IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DeLEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEZ, PENNY POPE and OSCAR ORTIZ,<br><br>*Plaintiffs*,<br><br>v.<br><br>RICK PERRY in his Official Capacity as Governor of Texas; and JOHN STEEN in his Official Capacity as Texas Secretary of State,<br><br>*Defendants*. | CIVIL ACTION NO. 2:13cv193 |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that in addition to undersigned counsel, the following listed persons and entities, as described in the fourth sentence of Rule 28.2.1, have an interest in the outcome of this case. These representations are made in order that the Judge of this Court may evaluate possible disqualification or recusal.

1. Marc Veasey
2. Jane Hamilton
3. Sergio DeLeon
4. Floyd J. Carrier
5. Anna Burns
6. Michael Montez

7. Penny Pope

8. Oscar Ortiz

9. Rick Perry

10. John Steen

Dated:   July 12, 2013

                                                      Respectfully Submitted,

**BRAZIL & DUNN**

 */s/ Chad W. Dunn*
Chad W. Dunn – Attorney In Charge
State Bar No. 24036507
BRAZIL & DUNN
K. Scott Brazil
State Bar No. 02934050
4201 Cypress Creek Parkway, Suite 530
Houston, Texas  77068
Telephone:  (281) 580-6310
Facsimile:   (281) 580-6362
chad@brazilanddunn.com
scott@brazilanddunn.com


J. Gerald Hebert
D.C. Bar No. 447676
Attorney at Law
191 Somerville Street, #405
Alexandria, VA 22304
Telephone: 703-628-4673
hebert@voterlaw.com


Neil G. Baron
State Bar No. 01797080
Law Office of Neil G. Baron
914 FM 517 W, Suite 242

2

        Dickinson, Texas 77539
        Telephone (281) 534-2748
        Facsimile  (281) 534-4309
        neil@ngbaronlaw.com

Attorneys for Plaintiffs