| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-00193 |
|---|---|---|---|
| Marc Veasey, et al. ||||
| *versus* ||||
| Rick Perry, Governor of Texas and John Steen, Texas Secretary of State ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Armand Derfner<br>Derfne, Altman & Wilborn, LLC<br>PO Box 600<br>Charleston, SC 29402<br>843-723-9804<br>SC 1650<br>502 |
|---|---|
| Seeks to appear for this party: | Plaintiffs |
| Dated:   8/22/2013 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: | . |
|---|---|
| Dated: | Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____    _____
                                                                     United States District Judge