UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-00193 |
|---|---|---|---|
| Marc Veasey, et al. | | | |
| *versus* | | | |
| Rick Perry, et al. | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | J. Gerald Hebert<br>J. Gerald Hebert, PC<br>191 Somervelle Street, #405<br>Alexandria, VA 22304<br>703-628-4673<br>Virginia #38432<br>US District Court for DC #447676 |
|---|---|
| Seeks to appear for this party: | Plaintiffs Marc Veasey, et al. |
| Dated:    8/23/2013 | Signed: *J. Gerald Hebert* |

| The state bar reports that the applicant's status is:                           . |
|---|
| Dated:  |  Clerk's signature: |

Order        This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                                              United States District Judge