IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DELEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEZ, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMLEY, JANE DOE, JOHN DOE, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), and DALLAS COUNTY, TEXAS, | § § § § § § § § § § § § § § § § § | Case No. 2:13-cv-00193 |
| *Plaintiffs*, | | |
| v. | | |
| RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State, | | |
| *Defendants*. | | |

## **PLAINTIFFS' NOTICE OF ATTORNEY'S APPEARANCE AS CO-COUNSEL**

COMES NOW Armand Derfner and gives notice that he has been designated as additional co-counsel of record for Plaintiffs.

The complete contact information for Armand Derfner to be entered on the Court's electronic docket is:

Armand G. Derfner
Derfner, Altman & Wilborn, LLC
P.O. Box 600
Charleston, SC 29402
T:   (843) 723-9804
F:   (843) 723-7446
Email: aderfner@dawlegal.com
            khart@dawlegal.com

Please see that all notices of settings, as well as all other communications relating to this matter are provided to Armand Derfner, utilizing e-mail address(es):

- 1 -

aderfner@dawlegal.com and khart@dawlegal.com.

Dated this 28th day of August, 2013.

                                                   Respectfully submitted,

**BRAZIL & DUNN**

  /s/ Chad W. Dunn
Chad W. Dunn
State Bar No. 24036507
K. Scott Brazil
State Bar No. 02934050
Brazil & Dunn
4201 Cypress Creek Parkway, Suite 530
Houston, Texas 77068
Telephone:  (281) 580-6310
Facsimile:   (281) 580-6362
chad@brazilanddunn.com
scott@brazilanddunn.com

J. Gerald Hebert
D.C. Bar No. 447676
Campaign Legal Center
215 E Street, NE
Washington, DC 20002
Telephone (202) 736-2200 ext. 12
Facsimile (202) 736-2222
GHebert@campaignlegalcenter.org
(Pro Hac Vice Motion Granted)

Neil G. Baron
State Bar No. 01797080
Law Office of Neil G. Baron
914 FM 517 W, Suite 242
Dickinson, Texas 77539
Telephone (281) 534-2748
Facsimile (281) 534-4309
neil@ngbaronlaw.com

David Richards
State Bar No. 16846000
Richards, Rodriguez & Skeith, LLP
816 Congress Avenue, Suite 1200

Austin, Texas 78701
Telephone (512) 476-0005
Facsimile  (512) 476-1513
daverichards4@juno.com

Armand G. Derfner
Derfner, Altman & Wilborn, LLC
P.O. Box 600
Charleston, S.C. 29402
Telephone (843) 723-9804
aderfner@dawlegal.com
(Pro Hac Vice Motion Granted)

*Attorneys for Plaintiffs*

LUIS ROBERTO VERA, JR.
LULAC National General Counsel
State Bar No.  20546740
The Law Offices of Luis Vera Jr., and Associates
1325 Riverview Towers, 111 Soledad
San Antonio, Texas 78205-2260
Telephone (210) 225-3300
Facsimile (210) 225-2060
lrvlaw@sbcglobal.net

*Attorney for LULAC*

Craig M. Watkins
Dallas County District Attorney
State Bar No. 00791886
Teresa G. Snelson
Chief, Civil Division
Dallas County District Attorney's Office
State Bar. No. 08577250
George L Allen Sr. Courts Building
600 Commerce St., Floor 6
Dallas, TX 75202-4606
Telephone (214) 653-6043
Facsimile (214) 653-6134
Teresa.Snelson@dallascounty.org

*Attorneys for Dallas County, Texas*