| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-00193 |
|---|---|---|---|
| Marc Veasey, et al. | | | |
| *versus* | | | |
| Rick Perry, et al. | | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | J. Gerald Hebert<br>J. Gerald Hebert, PC<br>191 Somervelle Street, #405<br>Alexandria, VA 22304<br>703-628-4673<br>Virginia #38432<br>US District Court for DC #447676 |
| Seeks to appear for this party: | Plaintiffs Marc Veasey, et al. |
| Dated: 8/23/2013 | Signed: *J. Gerald Hebert* |

| The state bar reports that the applicant's status is: Active | |
|---|---|
| Dated: 8-27-13 | Clerk's signature: *Donna Terrell* |

Order

This lawyer is admitted *pro hac vice*.

Dated: 8/29/13

United States District Judge