IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DELEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEZ, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMLEY, JANE DOE, JOHN DOE, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), and DALLAS COUNTY, TEXAS<br><br>Plaintiffs,<br><br>v.<br><br>RICK PERRY, Governor of t Texas; and JOHN STEEN, Texas Secretary of State,<br><br>Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF TEXAS; JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br><br>Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

**ORDER**

Upon consideration, the United States' motion to consolidate (ECF No. _12_) is hereby **GRANTED.** All pretrial and trial proceedings in *United States v. Texas*, No. 2:13-cv-263, shall be consolidated with such proceedings in *Veasey v. Perry*, No. 2:13-cv-193. The initial

conference in these consolidated matters is to be held at 9:00am, on October 25, 2013. Defendants shall file responsive pleadings no later than October 25, 2013.

**SO ORDERED.**

Date: August 30, 2013.

_____
NELVA GONZALES RAMOS
United States District Judge