IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND; and IMANI CLARK,<br><br>*Proposed Plaintiff-Intervenors,*<br><br>v.<br><br>STATE OF TEXAS; JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br><br>*Defendants.* | Civ. No. 2:13-cv-00263 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, counsel for Proposed Plaintiff-Intervenors hereby certify that Proposed Plaintiff-Intervenor the Texas League of Young Voters Education Fund (the "Texas League") is a 501(c)(3) nonprofit corporation and is an affiliate of the League of Young Voters Education Fund (the "League of Young Voters"). Counsel for Plaintiff-Intervenors further certify that the Texas League and the League of Young Voters have no outstanding securities in the hands of the public.

Dated: August 26, 2013

Respectfully submitted,

/s/ Christina A. Swarns

Sherrilyn Ifill
  *Director-Counsel*
Christina A. Swarns*
Ryan P. Haygood*
  *Attorney-in-Charge*
Natasha M. Korgaonkar*
Leah C. Aden*
NAACP Legal Defense and
  Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006
Tel: (212) 965-2200
Fax: (212) 226-7592

Danielle Conley*
Jonathan Paikin*
Kelly P. Dunbar*
Sonya L. Lebsack*
Wilmer Cutler Pickering
  Hale and Dorr LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

*Attorneys for Proposed
Plaintiff-Intervenors*

* Applications for admission
*pro hac vice* submitted