## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND; and IMANI CLARK,<br><br>*Proposed Plaintiff-Intervenors,*<br><br>v.<br><br>STATE OF TEXAS; JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br><br>*Defendants.* | Civ. No. 2:13-cv-00263 |

## ORDER GRANTING MOTION TO INTERVENE

On this date the Court considered Proposed Plaintiff-Intervenors' Motion to Intervene and supporting papers.

Accordingly, it is ORDERED that the Motion Intervene as Plaintiffs is GRANTED.

The Clerk of the Court is hereby directed to enter Plaintiff-Intervenors' Complaint in Intervention, which was filed simultaneously with their Motion.

SIGNED on this _____ day of _____, 2013.


_____
HONORABLE Nelva Gonzales Ramos
United States District Court Judge