**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND; and IMANI CLARK,<br><br>*Proposed Plaintiff-Intervenors,*<br><br>v.<br><br>STATE OF TEXAS; JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br><br>*Defendants.* | Civ. No. 2:13-cv-00263 |

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2013, I electronically filed the *Proposed Intervenors' the Texas League of Young Voters Education Fund and Imani Clark Motion to Intervene*, and the accompanying *Memorandum of Law in Support of Motion to Intervene of Proposed Plaintiff-Intervenors the Texas League of Young Voters Education Fund and Imani Clark; Corporate Disclosure Statement*; *Complaint in Intervention of Plaintiff-Intervenors the Texas League of Young Voters Education Fund and Imani Clark* (with exhibits); and a *Proposed Order* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record registered with the ECF system as required by this Court's Rules.

I further certify that I mailed the foregoing document by first-class mail to counsel of record who are not CM/ECF participants as indicated in the notice of electronic filing.

/s/ Christina A. Swarns
CHRISTINA A. SWARNS*
NAACP LEGAL DEFENSE &
  EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Tel:  (212) 965-2200
Fax: (212) 229-7592

*Application for Admission
Pro Hac Vice Submitted

**Attorney for Proposed
Plaintiff-Intervenor**