UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Clerk, U.S. District Court
Southern District of Texas
FILED

Motion and Order for Admission *Pro Hac Vice*          AUG 2 7 2013

David J. Bradley, Clerk of Court

| Division | Corpus Christi | Case Number | 2:13-cv-00193 |
|---|---|---|---|

| United States of America, |
|---|
| *versus* |
| State of Texas, et. al., |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Leah C. Aden<br>NAACP Legal Defense and<br>Educational Fund, Inc.<br>40 Rector Street, 5th Floor<br>New York, New York 10006<br>212-965-2200<br>New York (4555207) |
|---|---|
| Seeks to appear for this party: | PLAINTIFF-INTERVENORS FOR TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, and IMANI CLARK. |
| Dated:  8/22/13 | Signed: |

| The state bar reports that the applicant's status is:  active |
|---|
| Dated:  8/28/13 | Clerk's signature: |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated:  9/6/13

Nelva Gonzales Ramos
United States District Judge