UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Clerk, U.S. District Court
Southern District of Texas
FILED

Motion and Order for Admission *Pro Hac Vice*

AUG 2 7 2013

David J. Bradley, Clerk of Court

| Division | Corpus Christi | Case Number | 2:13-cv-0193 |
|---|---|---|---|
| United States of America, | | | |
| *versus* | | | |
| State of Texas, et. al., | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Natasha M. Korgaonkar<br>NAACP Legal Defense and<br>Educational Fund, Inc.<br>40 Rector Street, 5th Floor<br>New York, New York 10006<br>212-965-2200<br>New York (4653168) |
|---|---|
| Seeks to appear for this party: | PLAINTIFF-INTERVENORS FOR TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, and IMANI CLARK. |
| Dated: 8/22/13 | Signed: |

| The state bar reports that the applicant's status is: ～ Active | . |
|---|---|
| Dated: 8/28/13 | Clerk's signature: A Mue |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: 9/6/13

Nelva Gonzales Ramos
United States District Judge