UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

Clerk, U.S. District Court
Southern District of Texas
FILED

AUG 2 7 2013

David J. Bradley, Clerk of Court

Motion and Order for Admission *Pro Hac Vice*

| Division | CORPUS CHRISTI | Case Number | 2:13-cv-00193 |
|---|---|---|---|
| United States of America, ||||
| *versus* ||||
| State of Texas, et. al., ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Ryan P. Haygood<br>NAACP Legal Defense and<br>Educational Fund, Inc.<br>40 Rector Street, 5th Floor<br>New York, New York 10006<br>212-965-2200<br>New York (4089397) |
|---|---|
| Seeks to appear for this party: | PLAINTIFF-INTERVENORS FOR TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, and IMANI CLARK. |
| Dated: 08/26/2013 | Signed: [signature] R P Haygood |

| The state bar reports that the applicant's status is: Active |||
|---|---|---|
| Dated: 8/28/13 | Clerk's signature: [signature] | |

Order

This lawyer is admitted *pro hac vice*.

Dated: 9/6/13

[signature] Nelva Gonzales Ramos
United States District Judge