UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Clerk, U.S. District Court
Southern District of Texas
FILED

AUG 2 7 2013

Motion and Order for Admission *Pro Hac Vice*

David J. Bradley, Clerk of Court

| Division | Corpus Christi | Case Number | 2:13-cv-193 |
|---|---|---|---|
| United States | | | |
| *versus* | | | |
| State of Texas, et al. | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Jonathan E. Paikin<br>Wilmer Cutler Pickering Hale & Dorr, LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>(202) 663-6703<br>District of Columbia #466445 |
|---|---|
| Seeks to appear for this party: | Plaintiff-Intervenor Texas League of Young Voters, et al. |
| Dated:          8/26/2013 | Signed: |

| The state bar reports that the applicant's status is:  Active | |
|---|---|
| Dated:   8/28/13 | Clerk's signature: |

| Order |
|---|

Dated: 9/6/13

This lawyer is admitted *pro hac vice.*

_____
United States District Judge