UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

U.S. District Court
Southern District of Texas
FILED

AUG 2 7 2013

David J. Bradley, Clerk of Court

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-193 |
|---|---|---|---|
| United States ||||
| *versus* ||||
| State of Texas, et al. ||||

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Kelly P. Dunbar<br>Wilmer Cutler Pickering Hale & Dorr, LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>(202) 663-6262<br>District of Columbia #500038<br>New York #4347332 |
| Seeks to appear for this party: | Plaintiff-Intervenor Texas League of Young Voters, et al. |
| Dated: 8/26/2013 | Signed: /s/ Kelly P. Dunbar |

| | |
|---|---|
| The state bar reports that the applicant's status is: | Active |
| Dated: 8/28/13 | Clerk's signature: |

Order

This lawyer is admitted *pro hac vice*.

Dated: 9/6/13

_____
United States District Judge