UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

Clerk, U.S. District Court
Southern District of Texas
FILED
AUG 2 7 2013
David J. Bradley, Clerk of Court

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv 193 |
|---|---|---|---|
| United States | | | |
| *versus* | | | |
| State of Texas, et al. | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Danielle Conley<br>Wilmer Cutler Pickering Hale & Dorr, LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>(202) 663-6006<br>District of Columbia #503345<br>New York #647886 |
|---|---|
| Seeks to appear for this party: | Plaintiff-Intervenor Texas League of Young Voters, et al. |
| Dated: 8/26/2013 | Signed: /s/ Danielle Conley |

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 8/28/13    Clerk's signature: A Mundy |

Order

Dated: 9/6/13

This lawyer is admitted *pro hac vice*.

_____
United States District Judge