```
Arturo Guajardo            for: David J Bradley       Sep 6 13
Hidalgo County Clerk            US District Clerk's Office
100 N Closner Blvd              515 Rusk # 5401
Edinburg TX 78539               Houston TX 77002
                                713-250-5500
```

I suggest referenda for TX CAMERON & HIDALGO Cos on electing their TX House members by one man one vote limited voting to loosen winners ties to liars and avoid overreach. If not for 2014 perhaps later.

I suggest one bundle for House districts 36 39 40 & 41 all completely within Hidalgo County and a separate bundle for districts 35 split between Cam & Hid Co and 37 & 38 completely within Cameron Co.

Peoria IL has elected five aldermen by cum voting and five by wards since 1991. Guin AL has elected seven city councilmen by cum voting since about 1987 and plans to go to five by one man one vote limited voting.

I wrote similar suggestions to other county clerks.

David J Bradley    Sep 6 13
                                  Robert M Allensworth B14522
I read in Ballot Access News      BMRCC 251 N IL 37 S
Sep 1 13 about USA v TEXAS        Ina IL 62846 2419
SDTX 2:13cv263 based on §§2&3 of the Voting Rights Act and bail-in §3c to remedy persistent intentional discrimination within the state of Texas. I suggest referenda for CAMERON & HIDALGO COs at the NOV 2013 vote on the Texas Constitution. I suggest three or four Texas House members by one man one vote limited election and the rest by single-member districts in Cam & Hig Cos. Also some each way for Harris, Travis, Dallas, El Paso, Bexar, Tarrant & some other cos. Enclosed is a $10 inmate trust fund check for info USA v TEXAS SDTX 2:13cv263.

*Robert M Allensworth*

If limited voting doesn't go in Texas in 2014 perhaps 2016 or later.
Does the filing period for the Nov 4 14 general election open Nov 9 and close Dec 9 13?

887 FS2 133,244 ¶279 "Chairman [Burt R] Solomons (3232 McKinney Av #1400, Dallas) was aware excess pop in both Cam & Hid Cos, but never realized a district could be created using these pops." Trial Tr. Jan 20 2012 (Solomons).

P241 ¶256 [Gerardo A] Interiano [9606 N Mopac Expy #700, Austin first drew HD 41 with the objective of boosting Peña's chanches 66r reelection (he lost).

887 FS2 133,178 As detailed above, the mapmakers modified HD 117 so that it would elect the anglo-preferred candidate (he lost).

**Laura Hinojosa**
Hidalgo County
District Clerk

To whom it may concern,

Unfortunately, we are unable to assist you with your request. The District Clerk's office is a custodian of records and not licensed attorneys to be able to provide you with assistance. Please seek legal counsel or assistance at your nearest library.

We apologize for the inconvenience this may cause. If you have any other questions or concerns please feel free to contact us.

Sincerely,

_Angelica M/auuf_
Deputy Clerk

Post Office Box 87
Edinburg, Texas 78540
Telephone (956) 318-2200
Fax (956) 318-2251
districtclerk@co.hidalgo.tx.us

# Racism can't fix racism

## El Conservador

AUG 19 ()

**George Rodriguez**

George



George Rodriguez is a San Antonio resident. He is the former President of the San Antonio Tea Party, and is now Executive Director of the South Texas Political Alliance.

Let's talk about racism. This week, two stories caught my attention.

First, last Friday, Aug. 16, Chris Lane, a 22 year old Australian white man was shot and killed by three minority youths while jogging. On Monday, Aug. 19, the trial began in Georgia for the murder of 11 month old Antonio Santiago who was shot point blank by a black teenager.

These two stories are interesting for showing how minority politicians and leaders, like President Obama, Al Sharpton, and others talk about race only when it is convenient and politically advantageous, but ignore it when it isn't.

Obama has been quick to use race to lecture to America from his moral high ground. For example, he commented on the Trayvon Martin case before the legal process ended. Then he did an impromptu press conference regarding the verdict and even portrayed himself as a victim of occasional racism.

In 2009, black Harvard University professor Henry Louis Gates, Jr. was arrested at his home by a local Cambridge police officer who was responding to a report of men breaking and entering the residence. Five days after the incident, Obama held a "teachable moment" and lectured to America about racism.

In both cases, minority leaders like Al Sharpton and Jesse Jackson were quick to add their two-cents to condemning America for being racist. George Zimmerman's "not guilty" verdict also brought a reaction from U.S. Attorney General Eric Holder and Florida state attorney Angela Corey, both of whom are black. The case was also interesting because Zimmerman, a "white Hispanic", was never defended by LULAC, MALDEF, or any Hispanic civil rights groups.

However, the demand for justice by all of these minority groups and leaders only masks their own prejudice and racism.

Minority racists, like all racists, believe that each race possess characteristics or abilities specific to their own race. They view their group as helpless victims, but believe that all whites will never understand, or empathize, or accept them as equals and thus white are incapable of being just or fair. They push for collective power and demand guarantees of success, but what they really want is power.

Minority racists also justified their own prejudice and discrimination. For example, they justified legal discrimination such as affirmative action.

In Texas, Hispanic racists want segregated minority-dominant voting districts to guarantee Hispanics "fair representation". However, they disregard the fact that Hispanics like Ted Cruz or former Congressman Francisco Canseco were elected as conservative Republicans, by a majority of non-minority voters. Hispanic racists like former New Mexico Governor Bill Richardson and Texas state representative Trey Martinez Fisher, have also shown their hypocrisy by claiming Cruz and Canseco are "not real Hispanics".

These Hispanic racists also refuse to admit that the illegal immigration issue is about border security, not about discrimination against Hispanics.

All racism is evil, and it cannot be corrected by revenge and more racism. As in the old days of Jim Crow, today minority racists try to use the law to cover their sins. Minority racists should be shamed by the people they claim to represent.

## THE GONZALES CANNON
**BOARD OF DIRECTORS**
Billy Bob Low • Chairman
Randy Robinson, Vice Chairman
Mary Lou Philippus, Secretary
Myrna McLeroy
Alice Hermann

**Dave Mundy - Editor & General Manager**
manager@gonzalescannon.com

**Cedric Iglehart - News Editor**
region@gonzalescannon.com
newseditor@gonzalescannon.com

**Debbie Toliver - Advertising Director**
advertising@gonzalescannon.com

**Dorothy Gast - Business Manager**
dot@gonzalescannon.com

**Mark Lube - Sports Editor**
sportseditor@gonzalescannon.com

**Sanya Harkey - Circulation/Classifieds**

erit awards, and the Purchase Prize which results in one piece of artwork being added to the museum's collection each year. Many works are available for sale, and a silent auction of donated works also is held throughout the entire show period.

Gonzales County is rep-

Monday-Saturday 10 am to 3 pm, and Sunday 1 to 4 pm. Individuals or tour groups are welcome.

The Central Texas Oil Patch Museum is operated

the show, museum hours, exhibits and tours, contact: Carol Voigt at 830-875-1922 or the Luling Chamber of Commerce at 830-875-3214, Ext. 1.

## Heritage Quilters kick off year

The Shiner Heritage Quilters Guild is kicking off a new calendar year with lots of interesting programs, activities, workshops and camaraderie.

The club invites everyone who is interested in the art of quilting to attend our Tuesday, September 3 meeting at the First United Methodist Church, located at 102 W. Church Street just off Hwy 90A in Shiner. Our members' experiences range from beginners to advance and all are willing to share creative

**Shiner**

knowledge about this beautiful craft.

The club gathers around 6 p.m. for socializing and start the meeting at 6:30 p.m. As a special treat, this meeting will begin with a potluck supper hosted by the members. There will be an overview of the programs and activities for the year, a trunk show and an expanded show and tell. For more information, call 361-594-3185.



CASH FOR RECEIVABLES WITHOUT FACTORING

# Texas voter ID law likely enforced next week

By CHRIS TOMLINSON
The Associated Press

AUSTIN — Unless a federal judge intervenes, the South Texas city of Edinburg could be the first to enforce a new voter ID law next week, and lawyers will likely use the special election to gather evidence to strengthen lawsuits to block it in the future.

While the U.S. Justice Department and several civil rights groups have filed federal lawsuits to block the requirement that voters produce a state-issued photo ID, no one as of Friday had asked for a restraining order to stop enforcement of the law. That means it will be in effect when early voting in the city's special election begins Wednesday.

Allowing Texas to enforce the law could be part of a larger legal strategy to defeat it in the long run.

Texas has been the center of the fight over voting laws after the U.S. Supreme Court ruled in June that Congress must update how it enforces the Voting Rights Act of 1965. Texas is the only state in the last three years where a federal judge has ruled the Legislature intentionally discriminated against minorities.

Federal judges in Corpus Christi are hearing two cases opposing Texas' voter ID law. One filed in June by Democratic U.S. Rep. Marc Veasey, the League of United Latin American Citizens, the NAACP and Dallas County and a new one filed Thursday by the Justice Department. Both cases will likely be combined by Judge Nelva Gonzales Ramos, an Obama administration appointee.



MGN ONLINE

Texas Attorney General Greg Abbott insists there is nothing wrong with the voter ID law and says enforcing it is critical to preventing fraud in upcoming elections. He also points out that the U.S. Supreme Court has ruled that states may require a photo ID to vote.

Opponents, though, say that's only if the requirement doesn't make it too difficult for people, particularly minorities, to cast ballots.

Those who brought the lawsuits argue Texas is doing just that by requiring state-issued ID cards. In the past, Texas law has allowed people to vote after showing their voter registration card or state, federal, city and college IDs.

The Justice Department points out that a state-issued ID can only be obtained from the Department of Motor Vehicles. Many counties don't have a DMV office, or it is only open one or two days a week and never on weekends or after 6 p.m.

The complaint adds that to get a free Election Identification Card, a person must pay either $22 for a certified copy of their birth certificate or $345 for a copy of naturalization and citizenship papers. State data also shows that Hispanic and African-American citizens are more likely not to possess a state-issued ID.

# San Diego mayor agrees to resign

By ELLIOT SPAGAT
and JULIE WATSON
The Associated Press

SAN DIEGO — Mayor Bob Filner agreed Friday to resign in return for the city's help defending him against claims he groped, kissed and made lewd comments to women, allegations that shook and embarrassed the city and turned the former 10-term congressman into a national punch line.

Filner was regretful and defiant during a City Council meeting as he explained the "the toughest decision of my life." He apologized to his accusers but insisted he was innocent of sexual harassment and said he was the victim of a "lynch mob."

"The city should not have to go through this, and my own personal failures were responsible and I apologize to the city," Filner said after the council voted 7-0 on a deal that ended a political stalemate after 17 women publicly accused him of harassment.

"To all the women that I've offended, I had no intention to be offensive to

CALLENSWORTH BITS22 4831
3MRCC 251 N IC 375
IN FC62896 2418

USA
FIRST-CLASS

David J Bradley
US District Clerk's Office
515 Rusk #5401
Houston TX 77002

7500326504 0008