# EXHIBIT 1:  UNPUBLISHED ORDERS

**FILED**

**JUL 1 3 2011**

CLERK, U.S. DIST...
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANNON PEREZ, HAROLD DUTTON, JR. AND GREGORY TAMEZ | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | CIVIL ACTION NO. SA-11-CA-360-OLG-JES-XR [Lead case] |
| STATE OF TEXAS; RICK PERRY, in his official capacity as Governor of the State of Texas; DAVID DEWHURST, in his official capacity as Lieutenant Governor of the State of Texas; JOE STRAUS, in his official capacity as Speaker of the Texas House of Representatives; HOPE ANDRADE, in her official capacity as Secretary of State of the State of Texas | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants | ) | |

| | | |
|---|---|---|
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES (MALC) | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | CIVIL ACTION NO. SA-11-CA-361-OLG-JES-XR [Consolidated case] |
| STATE OF TEXAS; RICK PERRY, in his official capacity as Governor of the State of Texas; DAVID DEWHURST, in his official capacity as Lieutenant Governor of the State of Texas; JOE STRAUS, in his official capacity as Speaker of the Texas House of Representatives; | ) ) ) ) ) ) ) ) | |
| Defendants | ) | |

TEXAS LATINO REDISTRICTING                )
TASK FORCE, JOEY CARDENAS,                )
ALEX JIMENEZ, EMELDA                       )
MENENDEZ, TOMACITA OLIVARES,              )
JOSE OLIVARES, ALEJANDRO ORTIZ,           )
AND REBECCA ORTIZ                          )
                                          )
      Plaintiffs              )
                                          )
v.                                         )      CIVIL ACTION NO.
                                          )    SA-11-CA-490-OLG-JES-XR
RICK PERRY, in his official capacity      )      [Consolidated case]
as Governor of the State of Texas         )
                                          )
      Defendants              )

## ORDER GRANTING THE TEXAS DEMOCRATIC PARTY
## AND BOYD RICHIE'S MOTION TO INTERVENE

Pending before the Court is the Motion to Intervene filed by the Texas Democratic Party ("TDP") and Mr. Boyd Richie in Cause No. SA-11-CA-361. (Dkt. #16). The movants' request is timely, and they have met all requirements under Fed.R.Civ.P. 24(a)(2). Plaintiffs do not oppose the intervention (Dkt. #16, p. 6), and Defendants have not filed a response indicating that they oppose the intervention. See Local Rule CV-7(d) ("If there is no response filed within the time period prescribed by this rule, the Court may grant the motion as unopposed").

It is therefore ORDERED that the Motion to Intervene filed by the Texas Democratic Party ("TDP") and Mr. Boyd Richie in Cause No. SA-11-CA-361(Dkt. #16) is GRANTED, and the movants will be entitled to appear as Intervenors in the above styled consolidated action.

2

SIGNED and ENTERED this 12th day of July, 2011.

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE


*And on behalf of:*

Jerry E. Smith
United States Circuit Judge
U.S. Court of Appeals, Fifth Circuit

*- and -*

Xavier Rodriguez
United States District Judge
Western District of Texas

3

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JUL 15 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| SHANNON PEREZ, HAROLD DUTTON, JR. AND GREGORY TAMEZ )<br>)<br>)<br>Plaintiffs )<br>)<br>)<br>v. )<br>)<br>STATE OF TEXAS; RICK PERRY, )<br>in his official capacity as Governor of the )<br>State of Texas; DAVID DEWHURST, )<br>in his official capacity as Lieutenant )<br>Governor of the State of Texas; JOE )<br>STRAUS, in his official capacity as Speaker )<br>of the Texas House of Representatives; )<br>HOPE ANDRADE, in her official )<br>capacity as Secretary of State of the )<br>State of Texas )<br>)<br>Defendants ) | CIVIL ACTION NO.<br>SA-11-CA-360-OLG-JES-XR<br>[Lead case] |

| | |
|---|---|
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES (MALC) )<br>)<br>)<br>)<br>Plaintiffs )<br>)<br>)<br>v. )<br>)<br>STATE OF TEXAS; RICK PERRY, )<br>in his official capacity as Governor of the )<br>State of Texas; DAVID DEWHURST, )<br>in his official capacity as Lieutenant )<br>Governor of the State of Texas; JOE )<br>STRAUS, in his official capacity as Speaker )<br>of the Texas House of Representatives; )<br>)<br>Defendants ) | CIVIL ACTION NO.<br>SA-11-CA-361-OLG-JES-XR<br>[Consolidated case] |

TEXAS LATINO REDISTRICTING )
TASK FORCE, JOEY CARDENAS, )
ALEX JIMENEZ, EMELDA )
MENENDEZ, TOMACITA OLIVARES, )
JOSE OLIVARES, ALEJANDRO ORTIZ, )
AND REBECCA ORTIZ )
 )
   Plaintiffs )
 )
v. )  CIVIL ACTION NO.
 )  SA-11-CA-490-OLG-JES-XR
RICK PERRY, in his official capacity )  [Consolidated case]
as Governor of the State of Texas )
 )
   Defendants )

## ORDER GRANTING CONGRESSMAN HENRY CUELLAR'S MOTION TO INTERVENE

Pending before the Court is the Motion to Intervene filed by Congressman Henry Cuellar in cause number SA-11-CA-361. (Dkt. #24). The movant's request is timely, and he has met all requirements under Fed.R.Civ.P. 24(a)(2). Alternatively, movant has shown that he should be permitted to intervene under Fed.R.Civ.P. 24(b)(1)(B). Plaintiffs do not oppose the intervention (Dkt. #24, p.7), and Defendants have not filed a response indicating that they oppose the intervention. See Local Rule CV-7(d) ("If there is no response filed within the time period prescribed by this rule, the Court may grant the motion as unopposed").

It is therefore ORDERED that the Motion to Intervene filed by Congressman Henry Cuellar (Dkt. # 24) is GRANTED, and Congressman Cuellar is permitted to appear as Plaintiff-Intervenor in the above styled consolidated action.

SIGNED and ENTERED this 14th day of July, 2011.

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

Jerry E. Smith
United States Circuit Judge
U.S. Court of Appeals, Fifth Circuit

*- and -*

Xavier Rodriguez
United States District Judge
Western District of Texas

3

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**JUL 2 5** 2011

CLERK, U.S. DIST.
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| SHANNON PEREZ, HAROLD DUTTON, JR. AND GREGORY TAMEZ | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | CIVIL ACTION NO. SA-11-CA-360-OLG-JES-XR [Lead case] |
| STATE OF TEXAS; RICK PERRY, in his official capacity as Governor of the State of Texas; DAVID DEWHURST, in his official capacity as Lieutenant Governor of the State of Texas; JOE STRAUS, in his official capacity as Speaker of the Texas House of Representatives; HOPE ANDRADE, in her official capacity as Secretary of State of the State of Texas | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants | ) | |

---

| | | |
|---|---|---|
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES (MALC) | ) ) ) | |
| Plaintiffs | ) | |
| -and- | ) | |
| THE HONORABLE HENRY CUELLAR, Member of Congress, CD 28; THE TEXAS DEMOCRATIC PARTY and BOYD RICHIE, in his official capacity as Chair of the Texas Democratic Party; and LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC) and its individually named members | ) ) ) ) ) ) ) ) ) | |
| Plaintiff-Intervenors | ) ) | |
| v. | ) ) | CIVIL ACTION NO. SA-11-CA-361-OLG-JES-XR [Consolidated case] |
| STATE OF TEXAS; RICK PERRY, in his official capacity as Governor of the | ) ) | |

State of Texas; DAVID DEWHURST, )
in his official capacity as Lieutenant )
Governor of the State of Texas; JOE )
STRAUS, in his official capacity as Speaker )
of the Texas House of Representatives; )
)
            Defendants )

---

TEXAS LATINO REDISTRICTING )
TASK FORCE, JOEY CARDENAS, )
ALEX JIMENEZ, EMELDA )
MENENDEZ, TOMACITA OLIVARES, )
JOSE OLIVARES, ALEJANDRO ORTIZ, )
AND REBECCA ORTIZ )
)
            Plaintiffs )
)
v. )          CIVIL ACTION NO.
)     SA-11-CA-490-OLG-JES-XR
RICK PERRY, in his official capacity )    [Consolidated case]
as Governor of the State of Texas )
)
            Defendants )

---

MARGARITA V. QUESADA; ROMEO )
MUNOZ; MARC VEASEY; JANE )
HAMILTON; LYMAN KING; and )
JOHN JENKINS )
)
            Plaintiffs )      CIVIL ACTION NO.
)     SA-11-CA-592-OLG-JES-XR
v. )         [Consolidated case]
)
RICK PERRY, in his official capacity )
as Governor of the State of Texas; and )
HOPE ANDRADE, in her official )
capacity as Secretary of State for the )
State of Texas )
)
            Defendants )

# O R D E R

Pending before the Court are various pretrial motions.  After reviewing the motions, and any responses thereto, the Court rules as follows:

1.  Unopposed Motion for Leave to File Third Amended Complaint, filed by Shannon Perez, Harold Dutton, Jr. Gregory Tamez, Sergio Salinas, Carmen Rodriguez, Rudolfo Ortiz and Nancy Hall (the '360 Plaintiffs) (Dkt. # 52) is GRANTED.

2.  Motion to Dismiss [the '360 Plaintiffs'] Second Amended Complaint (Dkt. # 20) is DENIED as moot, in light of the third amended complaint (Dkt. # 53) being filed without objection.

3.  Motion to Dismiss MALC's First Amended Complaint (Dkt. # 17) is DENIED as moot, in light of the Second Amended Complaint (Dkt. # 50) being filed without objection.

4.  Motion for Leave to file Second Amended Complaint (Dkt. # 59), filed by the Texas Latino Redistricting Task Force, et. al. (the '490 Plaintiffs), is GRANTED as unopposed.

5.  Motion to Dismiss [the '490 Plaintiffs] First Amended Complaint (Dkt. # 39) is DENIED as moot, in light of the second amended complaint (Dkt. # 59) being filed without objection.

6.  Plaintiffs' Partially Unopposed Motion for Extension of Expert Deadline (Dkt. # 41) is DENIED as moot in light of the amended scheduling order entered on July 19, 2011 (Dkt. # 51).

7.  Amended Motion to Intervene filed by the Texas State Conference of NAACP Branches, Howard Jefferson, Juanita Wallace and Rev. Bill Lawson (Dkt. # 64) is GRANTED as unopposed, and these parties shall be allowed to appear as Plaintiff-Intervenors in this consolidated action.

8.  Motion to Intervene filed by the Texas State Conference of NAACP Branches, et. al. (Dkt. # 56) is DENIED as moot, because the motion was superseded by amendment (Dkt. # 64).

9.    Motions for Admission Pro Hac Vice, filed by Anita Sue Earles (Dkt. # 57) and Allison Jean Riggs (Dkt. # 58) are GRANTED, and movants shall be allowed to appear as counsel on behalf of the NAACP Plaintiff-Intervenors.

10.   Texas Legislative Black Caucus Plaintiff-Intervenor's Motion to Intervene (Dkt. # 60) is GRANTED as unopposed, and movants may appear as Plaintiff-Intervenors herein.

11.   Motion to Intervene as Plaintiff-Intervenors, filed by Members of the United States Congress (Dkt. # 61) is GRANTED as unopposed, and movants may appear as Plaintiff-Intervenors herein.

The deadline for amendment of pleadings has passed. Any parties that have been given permission to intervene after the deadline for amendment of pleadings should ensure that their pleadings are sufficient.

It is imperative that the parties include a certificate of conference in every motion, or otherwise indicate whether the motion is opposed. If the parties do not indicate that a motion is unopposed, the Court must assume that it is opposed and a ruling will not be forthcoming until the response time has passed. Due to the expedited nature of this matter, the response time may be shortened by order of the Court whenever necessary.

IT IS SO ORDERED this ___25___ day of July, 2011.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| Jerry E. Smith | | Xavier Rodriguez |
|---|---|---|
| United States Circuit Judge | *-and-* | United States District Judge |
| U.S. Court of Appeals, Fifth Circuit | | Western District of Texas |

4

```
                                                        FILED
        UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF TEXAS           JUN 2 8 2013
            SAN ANTONIO DIVISION        CLERK, U.S. DISTRICT COURT
                                        WESTERN DISTRICT OF TEXAS
                                        BY_____
                                                    DEPUTY CLERK
```

| | | |
|---|---|---|
| SHANNON PEREZ, et al. | § | |
| | § | |
| *Plaintiffs* | § | |
| | § | |
| And | § | |
| | § | |
| EDDIE BERNICE JOHNSON, SHEILA | § | CIVIL ACTION NO. |
| JACKSON-LEE, and ALEXANDER | § | 5:11-CV-0360-OLG-JES-XR |
| | § | [Lead Case] |
| | § | |
| GREEN, MEMBERS OF THE UNITED | § | |
| STATES CONGRESS | § | |
| | § | |
| And | § | |
| | § | |
| TEXAS LEGISLATIVE BLACK | § | |
| CAUCUS, TEXAS HOUSE OF | § | |
| REPRESENTATIVES | § | |
| | § | |
| And | § | |
| | § | |
| TEXAS STATE CONFERENCE OF | § | |
| NAACP BRANCHES; HOWARD | § | |
| JEFFERSON, JUANITA WALLACE and | § | |
| REV. BILL LAWSON | § | |
| | § | |
| *Plaintiffs-Intervenors* | § | |
| | § | |
| v. | § | |
| | § | |
| STATE OF TEXAS, et al. | § | |
| | § | |
| ———————————————————— | § | |
| | § | |
| MEXICAN AMERICAN LEGISLATIVE | § | |
| CAUCUS, TEXAS HOUSE OF | § | |
| REPRESENTATIVES, (MALC) | § | |
| | § | |
| *Plaintiffs* | § | CIVIL ACTION NO. |
| And | § | 5:11-CV-00361-OLG-JES-XR |
| | § | [Consolidated Case] |
| THE HONORABLE HENRY CUELLAR, | § | |

Member of Congress, CD28; THE TEXAS             §
DEMOCRATIC PARTY and BOYD                       §
RICHIE, in his official capacity as Chair of    §
the Texas Democratic Party; and LEAGUE          §
OF UNITED LATIN AMERICAN                        §
CITIZENS (LULAC) and its individually           §
named members                                   §
                    *Plaintiff-Intervenors*     §
                                                §
v.                                              §
                                                §
STATE OF TEXAS, *et al.*,                       §
                                                §
                    *Defendants*                §
_____        §
                                                §
TEXAS LATINO REDISTRICTING                      §
TASK FORCE, *et al.*,                           §
                                                §
                    *Plaintiff*                 §
                                                § CIVIL ACTION NO.
v.                                              § 5:11-CV-0490-OLG-JES-XR
                                                § [Consolidated Case]
RICK PERRY, In His Official Capacity            §
as Governor of the State of Texas,              §
                                                §
                    *Defendant*                 §
_____        §
MARGARITA V. QUESADA; ROMEO                     §
MUNOZ; MARC VEASEY; JANE                        §
HAMILTON; LYMAN KING; and JOHN                  §
JENKINS                                         §
                                                §
                    *Plaintiffs*                § CIVIL ACTION NO.
                                                § SA-11-CA-592-OLG-JES-XR
v.                                              § [Consolidated case]
                                                §
RICK PERRY, in his official capacity as         §
Governor of the State of Texas, and HOPE        §
ANDRADE, in her official capacity as            §
Secretary of State of the State of Texas        §
                                                §
                    *Defendants*                §
_____        §
JOHN T. MORRIS                                  §

| | § | |
|---|---|---|
| Plaintiff | § | |
| | § | CIVIL ACTION NO. |
| v. | § | SA-11-CA-615-OLG-JES-XR |
| | § | [Consolidated Case] |
| STATE OF TEXAS, et al. | § | |
| Defendants | § | |
| | § | |

EDDIE RODRIGUEZ, MILTON GERARD
WASHINGTON, BRUCE ELFANT, ALEX
SERNA, SANDRA SERNA, BETTY F.
LOPEZ, DAVID GONZALEZ, BEATRICE
SALOMA, LIONOR SOROLA-
POHLMAN; ELIZA ALVARADO;
JUANITA VALDEZ-COX; JOSEY
MARTINEZ; NINA JO BAKER; TRAVIS
COUNTY and CITY OF AUSTIN,

§§§§§§§§

**CIVIL ACTION NO.**
**SA-11-CA-635-OLG-JES-XR**
**[Consolidated case]**

Plaintiffs

§§§§

v.

§§

STATE OF TEXAS, et al

Defendants

§§§

## ORDER

Pending before the Court is the Motion to Intervene filed by Congressman Pete Gallego and Congressman Filemon Vela, Jr. in the above-entitled and numbered cause. The movants' request is timely, and they have met all requirements under Fed. R. Civ. P. 24(a)(2). Alternatively, movants have shown that they should be permitted to intervene under Fed. R. Civ. P. 24(b)(1)(B). Plaintiffs do not oppose the intervention and it serves the ends of justice.

It is therefore ORDERED that the Motion to Intervene filed by Congressman Pete Gallego and Congressman Filemon Vela, Jr. is GRANTED and Congressmen Pete Gallego and Filemon Vela, Jr. are permitted to appear as Plaintiffs-Intervenors in the above-styled consolidated action.

_____

JUDGE PRESIDING

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| |
|---|
| STATE OF SOUTH CAROLINA, |
| Plaintiff, |
| v. |
| UNITED STATES OF AMERICA, *et al.*, |
| Defendants. |

Civil Action No. 12-203-CKK-BMK-JDB

**ORDER**
(March 20, 2012)

Before the Court is the [7] Motion to Intervene as Defendants by James Dubose, Junior Glover, Family Unit, Inc., Brenda C. Williams, and Amanda Wolf (collectively "Putative Intervenors"). The Putative Intervenors seek leave to intervene in this action either as of right, *see* Fed. R. Civ. P. 24(a)(2), or permissively, *see* Fed. R. Civ. P. 24(b)(1). Defendants oppose intervention as of right, but do not oppose permissive intervention. Atty Gen.'s Resp. to Mot. to Intervene, ECF No. [9]. Plaintiff did not file a response to the Motion to Intervene. Upon consideration of the parties' submissions, the relevant authorities, and the record as a whole, it is, this 20th day of March, 2012, hereby

**ORDERED** that Putative Intervenors' [7] Motion to Intervene as Defendants is GRANTED pursuant to Rule 24(b)(1) of the Federal Rules of Civil Procedure; it is further

**ORDERED** that the Defendant-Intervenors shall confer with Defendants prior to the filing of any motion, responsive filing, brief, or discovery request to determine whether Defendant-Intervenors' positions can be set forth in a consolidated fashion so that duplication of

effort and redundant filings are avoided.  Separate filings by Defendant-Intervenors shall include

certificates of compliance with this requirement and a brief description of the need for separate

filings; and it is further

   **ORDERED** that Defendant-Intervenors shall file their Answer(s) to the [1] Complaint

for Declaratory Judgment by no later than **April 9, 2012**.

   **SO ORDERED.**


_____
**BRETT M. KAVANAUGH**
UNITED STATES CIRCUIT JUDGE


_____
**JOHN D. BATES**
UNITED STATES DISTRICT JUDGE


_____
**COLLEEN KOLLAR-KOTELLY**
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **STATE OF TEXAS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 12-128** |
| | ) | **(DST, RMC, RLW)** |
| **ERIC H. HOLDER, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER re EXPEDITED DISCOVERY

This Court held a teleconference with the State of Texas, the Department of Justice, and two Proposed Intervenors on March 14, 2012 at which the United States proposed multiple months for discovery as to whether the adoption of Senate Bill 14 ("Voter-ID Law") by the State of Texas resulted from a discriminatory purpose or effect. Having ordered that such a schedule must be expedited, the Court enters the following Order.

Because whether purpose is at issue in this case will likely determine whether a trial is necessary, it is **ORDERED** that the parties shall begin immediately and conclude, no later than **April 16, 2012**, all discovery on whether a discriminatory purpose animated the adoption of the Voter-ID Law. In order to meet this deadline, all parties must respond to discovery requests in an expedited manner; and it is

**FURTHER ORDERED** that the State of Texas shall file a motion for protective order regarding alleged privilege(s) of the Texas Legislature no later than **March 22, 2012**;

Defendants shall file oppositions no later than **March 29, 2012**; and the State of Texas shall file its reply, if any, no later than **April 2, 2012;** and it is

      **FURTHER ORDERED** that the parties shall meet and confer and attempt to establish a joint scheduling order in this case setting forth all discovery deadlines, anticipated trial date, and the estimated number of days for trial, should one be necessary; and it is

      **FURTHER ORDERED** that the State of Texas shall, no later than **March 29, 2012**, file an affidavit identifying the latest date on which the Voter-ID Law must become effective if it is to apply to elections in November 2012 and providing a detailed explanation therefor; and it is

      **FURTHER ORDERED** that the United States shall inform the Court and the State of Texas, no later than **April 20, 2012**, whether it will take the position that in addition to having a discriminatory effect, the Voter-ID Law as adopted with a discriminatory purpose; and it is

      **FURTHER ORDERED** that Plaintiff's Motion for Leave to File Amended Complaint [Dkt. # 16] is **GRANTED**; and it is

      **FURTHER ORDERED** that Eric Kennie, Anna Burns, Michael Montez, Penny Pope, Marc Veasy, Jane Hamilton, David De La Fuente, Lorraine Birabil, Daniel Clayton, and Sergio Deleon's Motion to Intervene [Dkt. # 5] is **GRANTED**, and they are permitted to intervene pursuant to Fed. R. Civ. P. 24(b); and it is

      **FURTHER ORDERED** that the Texas State Conference of NAACP Branches and the Mexican American Legislative Causus's Motion to Intervene [Dkt. # 15] is **GRANTED**; and they are permitted to intervene pursuant to Fed. R. Civ. P. 24(b); and it is

**FURTHER ORDERED** that a telephone conference is scheduled for **March 21, 2012** at 4:30 p.m.  The United States shall set up the telephone conference and email the call-in number and passcode to each party and the Courtroom Deputy.

**SO ORDERED**.

Date: March 15, 2012

_____/s/_____
DAVID S. TATEL
United States Circuit Judge


_____/s/_____
ROSEMARY M. COLLYER
United States District Judge


_____/s/_____
ROBERT L. WILKINS
United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

STATE OF FLORIDA,

      Plaintiff,

      v.

UNITED STATES OF AMERICA, and
ERIC H. HOLDER, JR., in his official
capacity as Attorney General of the United
States,

      Defendants.

Civil Action No. 11-01428
(CKK) (MG) (ESH)

## ORDER
(October 19, 2011)

Before the Court are the following motions:

- the [10/13] Amended Motion for Leave to Intervene as Defendants by Kenneth Sullivan, Albert Leo Sullivan, Michael Berman, Senator Arthenia Joyner, Representative Janet Cruz, Helen Gordon Davis, Joyce Hamilton Henry, Harold Weeks, Ophelia Allen, Project Vote, Voting for America, Harry L. Sawyer, Jr., Ion Sancho, Reverend Tom Scott, and the Florida AFL-CIO (collectively, the "Sullivan Group");

- the [15] Motion to Intervene as Defendants by the Florida State Conference of the NAACP, Belinthia Berry, Sharon Carter, Ella Kate Coffee, Howard Harris, Dianne Hart, Yvette Lewis, Marvin Martin, Charles McKenzie, Jr., Earl Rutledge, Alonda Vaughan, and Paulette Walker (collectively, the "NAACP Group"); and

- the [16] Motion to Intervene as Defendants by the National Council of La Raza and the League of Women Voters of Florida (the "NCLR Group").

In each instance, the movants seek leave to intervene in this action either as of right, *see* Fed. R. Civ. P. 24(a)(2), or permissively, *see* Fed. R. Civ. P. 24(b)(1). Plaintiff and Defendants oppose intervention as of right, but do not oppose permissive intervention. Upon consideration of the parties' submissions, the relevant authorities, and the record as whole, it is, this 19th day of October, 2011, hereby

**ORDERED** that the Sullivan Group's [10/13] Amended Motion for Leave to Intervene as Defendants, the NAACP Group's [15] Motion to Intervene as Defendants, and the NCLR Group's [16] Motion to Intervene as Defendants are **GRANTED** pursuant to Rule 24(b)(1) of the Federal Rules of Civil Procedure; it is further

**ORDERED** that the Sullivan Group, the NAACP Group, and the NCLR Group (collectively, "Defendant-Intervenors") shall confer with each other and Defendants prior to the filing of any motion, responsive filing, brief, or discovery request to determine whether Defendant-Intervenors' positions can be set forth in a consolidated fashion so that duplication of effort and redundant filings are avoided. Separate filings by Defendant-Intervenors shall include certificates of compliance with this requirement and briefly describe the need for separate filings; and it is further

/

/

/

/

/

/

2

**ORDERED** that Defendant-Intervenors shall file their Answer(s) to the [39] First

Amended Complaint for Declaratory Judgment by no later than **Friday, October 28, 2011**.

**SO ORDERED.**

_____/s/_____
**MERRICK B. GARLAND**
United States Circuit Judge

_____/s/_____
**ELLEN S. HUVELLE**
United States District Judge

_____/s/_____
**COLLEEN KOLLAR-KOTELLY**
United States District Judge

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STATE OF TEXAS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 11-1303 (RMC-TBG-BAH)** |
| ) | |
| **UNITED STATES OF AMERICA and** ) | |
| **ERIC H. HOLDER, in his official** ) | |
| **capacity as Attorney General of the** ) | |
| **United States** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Before the Court is the Motion to Intervene as Defendants filed by Wendy Davis, Marc Veasey, John Jenkins, Vicki Bargas and Romeo Munoz ("Movants"). Movants seek to intervene either as of right, *see* Fed. R. Civ. P. 24(a)(2), or permissively, *see* Fed. R. Civ. P. 24(b)(1). The parties oppose intervention as of right, but agree that permissive intervention may be proper in this matter. Accordingly, upon consideration of the motion, the parties' memoranda, and the entire record herein, it is hereby

**ORDERED** that the Motion to Intervene as Defendants pursuant to Federal Rule of Civil Procedure 24(b)(1) [Dkt # 5] is **GRANTED**; it is further

**ORDERED** that defendant-intervenors Wendy Davis, Marc Veasey, John Jenkins, Vicki Bargas and Romeo Munoz shall file their Answer to the Complaint no later than August 24, 2011.

**SO ORDERED**

Date:  August 16, 2011

_____/s/_____
THOMAS B. GRIFFITH
United States Circuit Judge


_____/s/_____
ROSEMARY M. COLLYER
United States District Judge


_____/s/_____
BERYL A. HOWELL
United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STATE OF TEXAS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 11-1303 (RMC-TBG-** |
| ) | **BAH)** |
| ) | |
| **UNITED STATES OF AMERICA and** ) | |
| **ERIC H. HOLDER, in his official** ) | |
| **capacity as Attorney General of the** ) | |
| **United States** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

Before the Court are Motions to Intervene as Defendants filed by the Mexican American Legislative Caucus of the Texas House of Representatives [Dkt. # 13]; Greg Gonzales, Lisa Aguilar, Daniel Lucio, Victor Garza, Blanca Garcia, Josephine Martinez, Katrina Torres, and Nina Jo Baker, a group of Hispanic and African-American voters residing in Texas [Dkt. #14]; the Texas Legislative Black Caucus [Dkt. # 16]; the Texas Latino Redistricting Task Force [Dkt. # 17]; and the Texas State Conference of NAACP Branches, Juanita Wallace, Rev. Bill Lawson, Howard Jefferson, Ericka Cain, Nelson Linder, and Reginald Lillie [Dkt. # 28], (collectively "Movants"). Movants seek to intervene either as of right, *see* FED. R. CIV. P. 24(a)(2), or permissively, *see* FED. R. CIV. P. 24(b)(1). The Plaintiff opposes intervention on either grounds. The Defendants oppose intervention as of right, but do not oppose permissive intervention by the Movants. Upon consideration of the motions, the parties' memoranda, and the entire record herein, it is hereby

**ORDERED** that the Motions to Intervene as Defendants pursuant to Federal Rule of Civil Procedure 24(b)(1) [Dkt. ## 13, 14, 16, 17, 28] are **GRANTED**; it is further

**ORDERED** that all defendant-intervenors shall file Answers to the Complaint no later than September 15, 2011.

**SO ORDERED.**


Date:   September 8, 2011

_____/s/_____
THOMAS B. GRIFFITH
United States Circuit Judge


_____/s/_____
ROSEMARY M. COLLYER
United States District Judge


_____/s/_____
BERYL A. HOWELL
United States District Judge

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

STEPHEN LAROQUE, et al.

     **Plaintiffs,**

     **v.**

**ERIC H. HOLDER, Jr., in his official capacity as Attorney General of the United States,**

     **Defendant.**

Civil Action No.  10-0561 (JDB)

## ORDER

Before the Court is a motion to intervene by Joseph M. Tyson, W.J. Best, Sr., A. Offord Carmichael, Jr., George Graham, Julian Pridgen, William A. Cooke, and the North Carolina Conference of Branches of the National Association for the Advancement of Colored People. Movants seek either intervention as of right, see Fed. R. Civ. P. 24(a), or permissive intervention, see Fed. R. Civ. P. 24(b)(1).  Plaintiffs oppose intervention, and defendants do not oppose permissive intervention.  Upon consideration of the motion, the parties' several memoranda, and the entire record herein, it is hereby

**ORDERED** that [13] Joseph M. Tyson, et al.'s motion to intervene as defendant is **GRANTED** pursuant to Federal Rule of Civil Procedure 24(b)(1); it is further

**ORDERED** that Joseph M. Tyson, et al.'s proposed motion to dismiss shall be deemed filed as of this date; and it is further

**ORDERED** that, by not later than September 3, 2010, plaintiff, defendant, and

-1-

defendant-intervenors shall confer and jointly submit a proposed briefing schedule to govern further proceedings in this case.  To the extent the parties disagree on a proposed briefing schedule, they should so indicate.  Along with this joint proposed briefing schedule, defendants and defendant-intervenors shall submit a report discussing what steps they will take to avoid duplication of effort and to reduce redundant filings.

       **SO ORDERED**.


                     /s/

                   JOHN D. BATES
              United States District Judge


Dated: August 25, 2010

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SHELBY COUNTY, ALABAMA,

      Plaintiff,

      v.

ERIC H. HOLDER, Jr., in his official
capacity as Attorney General of the United
States,

      Defendant.

Civil Action No. 10-0651 (JDB)

## ORDER

Before the Court are motions to intervene by Earl Cunningham, et al., Bobby Pierson, et al., and Bobby Lee Harris. Movants seek either intervention as of right, see Fed. R. Civ. P. 24(a), or permissive intervention, see Fed. R. Civ. P. 24(b)(1). The parties do not oppose permissive intervention. Accordingly, upon consideration of the motions, the parties' several memoranda, and the entire record herein, it is hereby

**ORDERED** that [6] Earl Cunningham, et al.'s motion to intervene as defendant is **GRANTED** pursuant to Federal Rule of Civil Procedure 24(b)(1); it is further

**ORDERED** that [26] Earl Cunningham, et al.'s proposed answer shall be deemed filed as of this date; it is further

**ORDERED** that [9] Bobby Pierson, et al.'s motion to intervene as defendant is **GRANTED** pursuant to Federal Rule of Civil Procedure 24(b)(1); it is further

**ORDERED** that [15] Bobby Pierson, et al.'s proposed answer shall be deemed filed as of

-1-

this date; it is further

**ORDERED** that [18] Bobby Lee Harris's motion to intervene as defendant is

**GRANTED** pursuant to Federal Rule of Civil Procedure 24(b)(1); it is further

**ORDERED** that Bobby Lee Harris's proposed answer shall be deemed filed as of this

date; and it is further

**ORDERED** that, by not later than September 3, 2010, plaintiff, defendant, and

defendant-intervenors shall confer and jointly submit a proposed briefing schedule to govern

further proceedings in this case.  To the extent the parties disagree on a proposed briefing

schedule, they should so indicate.  Along with this joint proposed briefing schedule, defendants

and defendant-intervenors shall submit a report discussing the steps they will take to avoid

duplication of effort and to reduce redundant filings.

**SO ORDERED**.

_____
/s/
JOHN D. BATES
United States District Judge

Dated: August 25, 2010

-2-

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| **STATE OF GEORGIA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 10-1062 (ESH)** |
| | ) | |
| **ERIC H. HOLDER, in his official** | ) | |
| **capacity as Attorney General of the** | ) | |
| **United States,** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____

### ORDER

Before the Court is the Motion to Intervene as Defendants filed by Tyrone Brooks, Edward O. DuBose, Helen Butler, Georgia Association of Black Elected Officials, Georgia State Conference NAACP, and Georgia Coalition for the Peoples' Agenda ("Movants"). Movants seek to intervene either as of right, *see* Fed. R. Civ. P. 24(a)(1), or permissively, *see* Fed. R. Civ. P. 24(b)(1)(A) and (B). The parties do not oppose permissive intervention. Accordingly, upon consideration of the motion and the lack of opposition to permissive intervention, it is hereby

**ORDERED** that the motion to intervene as defendants pursuant to Federal Rule of Civil Procedure 24(b)(1)(A) and (B) [dkt. #5] is **GRANTED**; it is further

**ORDERED** that defendant-intervenors Tyrone Brooks, Edward O. DuBose, Helen Butler, Georgia Association of Black Elected Officials, Georgia State Conference NAACP, and Georgia Coalition for the Peoples' Agenda shall file their Answer; and it is further

**ORDERED** that defendant-intervenors' Answer shall be deemed filed as of the date of this Order.


_____/s/_____
THOMAS B. GRIFFITH
United States Circuit Judge


_____/s/_____
HENRY H. KENNEDY
United States District Judge


_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge


DATE: July 7, 2010

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| **STATE OF GEORGIA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 10-1062 (ESH)** |
| | ) | |
| **ERIC H. HOLDER, in his official** | ) | |
| **capacity as Attorney General of the** | ) | |
| **United States,** | ) | |
| | ) | |
| **Defendant,** | ) | |
| | ) | |
| **TYRONE BROOKS, et al.,** | ) | |
| | ) | |
| **Defendant-Intervenors.** | ) | |

_____

## ORDER

Before the Court is a motion to intervene as defendant filed by the Georgia Association of Latino Elected Officials ("GALEO" ).  (Amended Mot. to Intervene, July 16, 2010 [dkt. #21].) GALEO seeks to intervene either as of right, *see* Fed. R. Civ. P. 24(a)(1), or permissively, *see* Fed. R. Civ. P. 24(b)(1)(A) and (B).   The parties do not oppose permissive intervention. Accordingly, upon consideration of the motion and the lack of opposition to permissive intervention, it is hereby

**ORDERED** that GALEO's motion to intervene as defendant pursuant to Federal Rule of Civil Procedure 24(b)(1)(A) and (B) [dkt. #21] is **GRANTED**; it is further

**ORDERED** that defendant-intervenor GALEO shall file its Answer; it is further

**ORDERED** that defendant-intervenor GALEO's Answer shall be deemed filed as of the date of this Order; and it is further

**ORDERED** that defendant-intervenor GALEO shall comply with all deadlines in the July 12, 2010 Scheduling Order.


_____/s/_____
THOMAS B. GRIFFITH
United States Circuit Judge


_____/s/_____
HENRY H. KENNEDY
United States District Judge


_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

DATE: July 28, 2010

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **STATE OF GEORGIA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 10-1062 (ESH)** |
| | ) | |
| **ERIC H. HOLDER, in his official capacity as Attorney General of the United States,** | ) ) ) | |
| | ) | |
| **Defendant,** | ) | |
| | ) | |
| **TYRONE BROOKS, et al.,** | ) | |
| | ) | |
| **Defendant-Intervenors,** | ) | |
| | ) | |
| **GEORGIA ASSOCIATION OF LATINO ELECTED OFFICIALS,** | ) ) | |
| | ) | |
| **Defendant-Intervenor.** | ) | |
| | ) | |

## ORDER

Before the Court is a motion to intervene as defendants filed by Marvin Lim, the

Organization of Chinese Americans Georgia Chapter, and the Asian American Legal Advocacy

Center of Georgia (collectively "Movants"). (Mot. to Intervene, July 26, 2010 [dkt. #22].)

Movants seek to intervene either as of right, *see* Fed. R. Civ. P. 24(a)(1), or permissively, *see*

Fed. R. Civ. P. 24(b)(1)(A) and (B). The parties do not oppose permissive intervention. (*See*

*id.*, Ex. C, Decl. of Glenn D. Magpantay, ¶¶ 10, 11, 12; Attorney General's Response to Mot. to

Intervene, July 28, 2010 [dkt. #23].) Accordingly, upon consideration of the motion and the lack

of opposition to permissive intervention, it is hereby

**ORDERED** that the motion to intervene as defendants filed by Marvin Lim, the Organization of Chinese Americans Georgia Chapter, and the Asian American Legal Advocacy Center of Georgia pursuant to Federal Rule of Civil Procedure 24(b)(1)(A) and (B) [dkt. #22] is **GRANTED**; it is further

**ORDERED** that Movants shall file their Answer; it is further

**ORDERED** that Movants' Answer shall be deemed filed as of the date of this Order; and it is further

**ORDERED** that Movants shall comply with all deadlines in the July 12, 2010 Scheduling Order.

_____/s/_____
THOMAS B. GRIFFITH
United States Circuit Judge

_____/s/_____
HENRY H. KENNEDY
United States District Judge

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

DATE: July 29, 2010

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| STATE OF GEORGIA,       ) | |
|       ) | |
|     **Plaintiff,**   ) | |
|       ) | |
|   **v.**     ) | **Civil Action No. 10-1062 (ESH)** |
|       ) | |
| **ERIC H. HOLDER,** in his official  ) | |
| **capacity as Attorney General of the**  ) | |
| **United States,**   ) | |
|       ) | |
|     **Defendant,**  ) | |
|       ) | |
| **TYRONE BROOKS, et al.,**  ) | |
|       ) | |
|     **Defendant-Intervenors,**  ) | |
|       ) | |
| **GEORGIA ASSOCIATION OF**  ) | |
| **LATINO ELECTED OFFICIALS,**  ) | |
|       ) | |
|     **Defendant-Intervenor,**  ) | |
|       ) | |
| **MARVIN LIM, et al.,**  ) | |
|       ) | |
|     **Defendant-Intervenors.**  ) | |
| _____ ) | |

## <u>ORDER</u>

Before the Court is a motion to intervene as defendants filed by Concerned Black Clergy

of Metropolitan Atlanta, the Southern Regional Office of the Rainbow Push Coalition, Michael

B. Wright, Sr., and Janice Mathis (collectively "Movants").  (Mot. to Intervene, Aug. 2, 2010

[dkt. #28].)  Movants seek to intervene either as of right, _see_ Fed. R. Civ. P. 24(a)(1), or

permissively, _see_ Fed. R. Civ. P. 24(b)(1)(A) and (B).   The parties do not oppose permissive

intervention.  (Mot. ¶ 22.)  Accordingly, upon consideration of the motion and the lack of

opposition to permissive intervention, it is hereby

**ORDERED** that the motion to intervene as defendants filed by Concerned Black Clergy of Metropolitan Atlanta, the Southern Regional Office of the Rainbow Push Coalition, Michael B. Wright, Sr., and Janice Mathis pursuant to Federal Rule of Civil Procedure 24(b)(1)(A) and (B) [dkt. #28] is **GRANTED**; it is further

**ORDERED** that Movants shall file their Answer; it is further

**ORDERED** that Movants' Answer shall be deemed filed as of the date of this Order; and it is further

**ORDERED** that Movants shall comply with all deadlines in the July 12, 2010 Scheduling Order.


_____/s/_____
THOMAS B. GRIFFITH
United States Circuit Judge


_____/s/_____
HENRY H. KENNEDY
United States District Judge


_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

DATE: August 3, 2010

2

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| NORTHWEST AUSTIN MUNICIPAL ) | |
| UTILITY DISTRICT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1384 (DST, PLF, EGS) |
| ) | |
| ALBERTO GONZALES, ) | |
| Attorney General of the United States, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER

Before the Court are the motions to intervene of the Texas State Conference of NAACP Branches, *et al.*, Rodney Louis, *et al.*, and David Diaz, *et al.*  Upon consideration of the motions, oppositions, replies, and the record of the entire case, it is hereby

ORDERED that the motion of the Texas State Conference of NAACP Branches, *et al.*, to intervene [9] is GRANTED;  it is

FURTHER ORDERED that the answer of defendant-intervenors Texas State Conference of NAACP Branches, *et al.*, shall be deemed filed as of the date of this Order;  it is

FURTHER ORDERED that the motion of Rodney Louis, *et al.*, to intervene [10] is GRANTED;  it is

FURTHER ORDERED that the answer of defendant-intervenors Rodney Louis, *et al.*, shall be deemed filed as of the date of this Order;  it is

FURTHER ORDERED that the motion to amend or correct [22] the motion of David Diaz, *et al.*, to intervene is GRANTED, and Gabriel Diaz is therefore added as a proposed defendant-intervenor; it is

FURTHER ORDERED that the motion of David Diaz, *et al.*, to intervene [13] is GRANTED; it is

FURTHER ORDERED that the answer of defendant-intervenors, David Diaz, *et al.*, shall be deemed filed as of the date of this Order; and it is

FURTHER ORDERED that the plaintiff, defendant, and defendant-intervenors, in compliance with Local Civil Rule 16.3 of this Court and Rule 26(f) of the Federal Rules of Civil Procedure, shall meet and confer and submit to this Court a joint report on or before November 28, 2006. The parties shall particularly address the issue of what dispositive motions, if any, they intend to file and what briefing schedule they propose.

SO ORDERED.


_____/s/_____
DAVID S. TATEL
United States Circuit Judge



_____/s/_____
PAUL L. FRIEDMAN
United States District Judge



_____/s/_____
EMMET G. SULLIVAN
United States District Judge

DATE: November 9, 2006

Case 1:06-cv-01384-PLF-EGS-DST   Document 34-1   Filed 09/16/13 in TXSD   Page 41 of 45

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| NORTHWEST AUSTIN MUNICIPAL<br>UTILITY DISTRICT, | ) )<br>) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | )   Civil Action No. 06-1384 (DST, PLF, EGS) |
|  | ) |
| ALBERTO GONZALES,<br>Attorney General of the United States, <u>et al</u>., | )<br>) |
|  | ) |
| Defendants. | ) |

_____

## ORDER

Before the Court are the motions to intervene of People for the American Way,

Nathaniel Lesane, and Travis County, Texas.  Upon consideration of the motions, oppositions,

replies, and the record of the entire case, it is hereby

ORDERED that the motion of the People for the American Way to intervene [19]

is GRANTED;  it is

FURTHER ORDERED that the answer of defendant-intervenor People for the

American Way shall be deemed filed as of the date of this Order;  it is

FURTHER ORDERED that the motion of Nathaniel Lesane to intervene [28] is

GRANTED;  it is

FURTHER ORDERED that the answer of defendant-intervenor Nathaniel Lesane

shall be deemed filed as of the date of this Order;  it is

FURTHER ORDERED that the motion of Travis County, Texas to intervene [23]

is GRANTED;  it is

FURTHER ORDERED that the answer of defendant-intervenor Travis County, Texas shall be deemed filed as of the date of this Order;  and it is

FURTHER ORDERED that plaintiff, defendants, and defendant-intervenors People for the American Way, Nathaniel Lesane, and Travis County, Texas, in compliance with this Court's November 9, 2006 Order and pursuant to Local Civil Rule 16.3 of this Court and Rule 26(f) of the Federal Rules of Civil Procedure, shall meet and confer and submit to this Court a joint report on or before November 28, 2006.  The parties shall particularly address the issue of what dispositive motions, if any, they intend to file and what briefing schedule they propose.

SO ORDERED.


_____/s/_____
DAVID S. TATEL
United States Circuit Judge



_____/s/_____
PAUL L. FRIEDMAN
United States District Judge



_____/s/_____
EMMET G. SULLIVAN
United States District Judge

DATE:  November 15, 2006

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
|                                          )
NORTHWEST AUSTIN MUNICIPAL                 )
UTILITY DISTRICT,                          )
                                           )
          Plaintiff,     )
                                           )
      v.                    )     Civil Action No. 06-1384 (DST, PLF, EGS)
                                           )
ALBERTO GONZALES,                          )
Attorney General of the United States, et al., )
                                           )
         Defendants.       )
_____)

## ORDER

      Before the Court are the motions to intervene of Angie Garcia, *et al.* Upon

consideration of the motions, oppositions, and the record of the entire case, it is hereby

      ORDERED that the motion of Angie Garcia, *et al.*, to intervene [32] is

GRANTED; it is

      FURTHER ORDERED that the answer of defendant-intervenor Angie Garcia,

*et al.,* shall be deemed filed as of the date of this Order; it is

      FURTHER ORDERED that defendant-intervenors Angie Garcia, *et al.*, in

compliance with this Court's November 9, 2006 and November 15, 2006 Orders and pursuant to

Local Civil Rule 16.3 of this Court and Rule 26(f) of the Federal Rules of Civil Procedure, shall

meet and confer with plaintiff, defendants, and defendant-intervenors already parties in  this case,

and submit to this Court a joint report on or before November 28, 2006.  The parties shall

particularly address the issue of what dispositive motions, if any, they intend to file and what

briefing schedule they propose;  and it is

FURTHER ORDERED that defendant-intervenors Angie Garcia, *et al.*, as well as all other defendants and defendant-intervenors already parties in this case, and in compliance with this Court's November 15, 2006 Order, shall submit a report on or before November 28, 2006 discussing what steps will be taken to avoid duplication of effort by defendants, to reduce redundant filings and discovery requests, and to promote efficiency in the litigation of this matter. Specifically, the defendant and intervenor-defendants will address coordination of their efforts through a lead counsel.

SO ORDERED.

_____/s/_____
DAVID S. TATEL
United States Circuit Judge

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

_____/s/_____
EMMET G. SULLIVAN
United States District Judge

DATE: November 17, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
NORTHWEST AUSTIN MUNICIPAL              )
UTILITY DISTRICT,                       )
                                        )
                Plaintiff,              )
                                        )
        v.                              )       Civil Action No. 06-1384 (DST, PLF, EGS)
                                        )
ALBERTO GONZALES,                       )
Attorney General of the United States, et al.,  )
                                        )
                Defendants.             )
_____)

ORDER

        Before the Court is the motion to intervene of Winthrop Graham, *et al.* Upon

consideration of the motion, opposition, reply, and the record of the entire case, it is hereby

        ORDERED that the motion of Winthrop Graham, *et al.*, to intervene [70] is

GRANTED; it is

        FURTHER ORDERED that the plaintiff may move for a reasonable extension of

time to complete any necessary discovery related to the Graham defendant-intervenors.

        SO ORDERED.

                                _____/s/_____
                                DAVID S. TATEL
                                United States Circuit Judge

                                _____/s/_____
                                PAUL L. FRIEDMAN
                                United States District Judge

                                _____/s/_____
                                EMMET G. SULLIVAN
                                United States District Judge

DATE: