IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>                    Plaintiffs,<br>          v.<br><br>RICK PERRY, *et al.*,<br>                    Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>          v.<br><br>STATE OF TEXAS, *et al.*,<br><br>                    DEFENDANTS. | Civil Action No. 2:13-cv-263 (NGR) |

## NOTICE OF APPEARANCE OF GOVERNMENT COUNSEL

The United States of America, by Kenneth Magidson, United States Attorney for the Southern District of Texas, through  John A. Smith III, the undersigned Assistant United States Attorney, makes this appearance as co-counsel for the United States of America.

                              Respectfully submitted,

                              KENNETH MAGIDSON
                              United States Attorney

By:      *s/ John A. Smith III*
                              JOHN A. SMITH III
                              Assistant United States Attorney
                              Southern District of Texas No. 8638
                              Texas Bar No. 18627450
                              800 N. Shoreline, Suite 500

Corpus Christi, Texas 78401
Tel: (361) 903-7926
Fax: (361) 888-3200
E-mail: john.a.smith@usdoj.gov

## CERTIFICATE OF SERVICE

I, John A. Smith III, Assistant United States Attorney for the Southern District of Texas, do hereby certify that on September 17, 2013,  a true and correct copy was delivered via ECF to counsel of recordl:

By:    *s/ John A. Smith III*
JOHN A. SMITH III
Assistant United States Attorney