CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
1133 NORTH SHORELINE, RM. 208
CORPUS CHRISTI, TX 78401

OFFICIAL BUSINESS

J Gerald Hebert
Attorney at Law
5019 Waple Ln
Alexandria VA 22304

22304+7901 02042

Clerk, U.S. District Court
Southern District of Texas
FILED

SEP 16 2013

David J. Bradley, Clerk of Court

13cv193
DE #13

NIXIE        207  7E  1009        0005/16/13

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 78401284258        *0488-00125-03-40

02 1P
0003176767        SEP 03 2013
MAILED FROM ZIP CODE 78401

$ 000.46⁰

PITNEY BOWES
UNITED STATES POSTAGE