# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DELEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEZ, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMLEY, JANE DOE, JOHN DOE, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), and DALLAS COUNTY, TEXAS,<br><br>        Plaintiffs,<br><br>  v.<br><br>RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State,<br><br>        Defendants. | Case No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>STATE OF TEXAS; JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br><br>        Defendants. | Case No. 2:13-cv-263 (NGR) |
| TEXAS STATE CONFERENCE OF NAACP BRANCHES; and the MEXICAN AMERICAN LEGISLATIVE CAUCUS OF THE TEXAS HOUSE OF REPRESENTATIVES,<br><br>        Plaintiffs,<br><br>  v.<br><br>JOHN STEEN, in his official capacity as Secretary of State of Texas; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br><br>        Defendants. | Case No. 2:13-cv-291 (NGR) |

**UNOPPOSED MOTION TO CONSOLIDATE**

Pursuant to Rule 42 of the Federal Rules of Civil Procedure and Local Rule 7.6, the Texas State Conference of NAACP Branches and the Mexican American Legislative Caucus of the Texas House of Representatives respectfully move to consolidate *Texas State Conference of NAACP Branches, et al. v. Steen, et al.*, No. 2:13-cv-291 (S.D. Tex.) (NGR), with *Veasey, et al. v. Perry, et al.*, No. 2:13-cv-193 (S.D. Tex.) (NGR), and *United States v. Texas, et al.*, No. 2:13-cv-263 (S.D. Tex.) (NGR).  Rule 42(a) establishes that "[i]f actions before the court involve a common question of law or fact, the court may (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay."  "Rule 42(a) should be used to expedite trial and eliminate unnecessary repetition and confusion," *Miller v. U.S. Postal Serv.*, 729 F.2d 1033, 1036 (5th Cir. 1984), and "considerations of judicial economy strongly favor simultaneous resolution of all claims growing out of one event," *Ikerd v. Lapworth*, 435 F.2d 197, 204 (7th Cir. 1970).

*Texas State Conference of NAACP Branches, et al. v. Steen, et al.* is a challenge under Section 2 of the Voting Rights Act, 42 U.S.C. § 1973, and the Fourteenth and Fifteenth Amendments to the United States Constitution, to the State of Texas's photographic voter identification law, SB 14 (2011).  *See* Compl. ¶¶ 1, 78-86 (ECF No. 1).  This action raises common questions of both law and fact with the Section 2 and constitutional racial discrimination claims against SB 14 currently before this Court in *Veasey v. Perry*.  *See* Am. Compl. (*Veasey* ECF No. 4).  As well, this action raises common questions of both law and fact with the Section 2 claim against SB 14 as alleged in the Complaint filed by the United States in *United States v. Texas*.  *See* Complaint (*United States v. Texas* ECF No. 1).  In light of the complexity of these common questions, consolidation would promote the "interests of efficiency and judicial economy," *Pittman v. Mem'l Herman Healthcare*, 124 F. Supp. 2d 446, 449 (S.D. Tex. 2000), and should therefore be granted.  Indeed, in a similar

motion by the United States to consolidate *Veasey v. Perry* and *United States v. Texas*, this Court recognized that consolidation was appropriate and granted that motion on August 30, 2013. The Texas State Conference of NAACP Branches and the Mexican American Legislative Caucus of the Texas House of Representatives agree that if these actions are consolidated, they will comply with all scheduling currently in place, including that Defendants' responsive pleadings to the Complaint filed in *Texas State Conference of NAACP Branches, et al. v. Steen, et al.* shall be due no later than October 25, 2013.

Pursuant to Local Rule 7.2, counsel for the Texas State Conference of NAACP Branches and the Mexican American Legislative Caucus of the Texas House of Representatives has conferred with counsel for all Defendants and Plaintiffs in the above-captioned matters, and all parties indicated that they do not oppose this motion for consolidation.

Dated: September 18, 2013

/s/ Amy L. Rudd
Steven B. Weisburd
State Bar No. 24054515
Amy L. Rudd
State Bar No. 24043561
S.D. Tex. No. 1149768
Lindsey B. Stelcen
State Bar No. 24083903
Dechert LLP
500 W. 6th Street, Suite 2010
Austin, TX 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
lindsey.stelcen@dechert.com

Ezra D. Rosenberg (*pro hac vice* pending)
Dechert LLP
902 Carnegie Center, Suite 500
Princeton, New Jersey 08540-6531
Telephone: (609) 955-3222
Facsimile: (609) 955-3259
ezra.rosenberg@dechert.com

Robert A. Kengle
Mark A. Posner (*pro hac vice* pending)
Sonia Kaur Gill (*pro hac vice* pending)
Erandi Zamora (*pro hac vice* pending)
Lawyers' Committee for Civil Rights Law
1401 New York Avenue, N.W., Suite
Washington, D.C. 20005
Telephone: (202) 662-8389
Facsimile: (202) 628-2858
mposner@lawyerscommittee.org

Wendy Weiser (*pro hac vice* pending)
Myrna Pérez
State Bar No. 24041676
Vishal Agraharkar (*pro hac vice* pending)
Jennifer Clark (*pro hac vice* pending)
The Brennan Center for Justice at NYU Law School*
161 Avenue of the Americas, Floor 12
New York, New York 10013-1205
Telephone: (646) 292-8329
Facsimile: (212) 463-7308
wendy.weiser@nyu.edu
myrna.perez@nyu.edu
vishal.agraharkar@nyu.edu
clarkj@exchange.law.nyu.edu

*This complaint has been prepared by an institute affiliated with New York University School of Law, but does not purport to present the school's institutional views, if any.

Robert Notzon
The Law Office of Robert Notzon
State Bar No. 00797934
1502 West Avenue
Austin, Texas 78701
Telephone: (512) 474-7563
Facsimile: (512) 474-9489
Robert@NotzonLaw.com

Gary Bledsoe
State Bar No.: 02476500
PotterBledsoe, L.L.P.
316 West 12th Street, Suite 307
Austin, Texas 78701
Telephone: (512) 322-9992
Facsimile: (512) 322-0840
garybledsoe@sbcglobal.net

Kim Keenan
Marshall Taylor
Victor Goode
State Bar No. 08145525
NAACP
4805 Mt. Hope Drive
Baltimore, Maryland 21215
Telephone: (410) 580-5120
Facsimile: (410) 358-9350
kkeenan@naacpnet.org
mtaylor@naaacpnet.org
vgoode@naacpnet.org

Jose Garza
Law Office of Jose Garza
State Bar No. 07731950
7414 Robin Rest Drive
San Antonio, Texas 98209
Telephone: (210) 392-2856
garzapalm@aol.com

Clay Bonilla
State Bar No. 24055193
S.D. Tex. ID 596241
Daniel G. Covich
State Bar No. 04906500
S.D. Tex. ID 10706
The Law Offices of William Bonilla, P.C.
2727 Morgan Ave.
Corpus Christi, Texas 78405
Telephone: (361) 882-8284
Facsimile: (361) 881-1031
claybonilla@hotmail.com
Daniel@bonillalaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 18, 2013, I served a true and correct copy of the foregoing via the Court's ECF system on all counsel of record.

                /s/ Lindsey B. Stelcen
                Lindsey B. Stelcen
                State Bar No. 24083903
                Dechert LLP
                500 W. 6th Street, Suite 2010
                Austin, TX 78701
                Telephone:  (512) 394-3000
                Facsimile:  (512) 394-3001
                lindsey.stelcen@dechert.com