IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DELEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEZ, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMLEY, JANE DOE, JOHN DOE, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), and DALLAS COUNTY, TEXAS,<br><br>        Plaintiffs,<br><br>  v.<br><br>RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State,<br><br>        Defendants. | Case No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>STATE OF TEXAS; JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br><br>        Defendants. | Case No. 2:13-cv-263 (NGR) |
| TEXAS STATE CONFERENCE OF NAACP BRANCHES; and the MEXICAN AMERICAN LEGISLATIVE CAUCUS OF THE TEXAS HOUSE OF REPRESENTATIVES,<br><br>        Plaintiffs,<br><br>  v.<br><br>JOHN STEEN, in his official capacity as Secretary of State of Texas; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br><br>        Defendants. | Case No. 2:13-cv-291 (NGR) |

**CONSENT ORDER OF CONSOLIDATION**

Upon consideration, the Texas State Conference of NAACP Branches and the Mexican American Legislative Caucus of the Texas House of Representatives motion to consolidate (ECF No. ___) is hereby **GRANTED**.  All pretrial and trial proceedings in *Texas State Conference of NAACP Branches, et al. v. Steen, et al.*, No. 2:13-cv-291 (NGR), shall be consolidated with such proceedings in *Veasey v. Perry*, No. 2:13-cv-193 (NGR), and *United States v. Texas, et al.*, No. 2:13-cv-263 (NGR).  Defendants shall file responsive pleadings no later than October 25, 2013.

      **SO ORDERED**.

Date: _____, 2013.

                                                                                                      _____
                                                                                    NELVA GONZALES RAMOS
                                                                                     United States District Judge