UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION TO INTERVENE

Before the Court is the proposed intervenors' Motion to Intervene (D.E. 15). After due consideration, the Court GRANTS the Motion and the Texas League of Young Voters Education Fund and Imani Clark are permitted to intervene in this action. The Clerk is instructed to file the Plaintiff-Intervenors' Complaint in Intervention (D.E. 15-2) as an independent document on the docket of this case.

ORDERED this 19th day of September, 2013.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE