IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DELEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEZ, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMLEY, JANE DOE, JOHN DOE, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), and DALLAS COUNTY, TEXAS,<br><br>Plaintiffs,<br><br>v.<br><br>RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State,<br><br>Defendants. | Case No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF TEXAS; JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br><br>Defendants. | Case No. 2:13-cv-263 (NGR) |
| TEXAS STATE CONFERENCE OF NAACP BRANCHES; and the MEXICAN AMERICAN LEGISLATIVE CAUCUS OF THE TEXAS HOUSE OF REPRESENTATIVES,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN STEEN, in his official capacity as Secretary of State of Texas; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br><br>Defendants. | Case No. 2:13-cv-291 (NGR) |

## CONSENT ORDER OF CONSOLIDATION

Upon consideration, the Texas State Conference of NAACP Branches and the Mexican American Legislative Caucus of the Texas House of Representatives motion to consolidate (ECF No. 27) is hereby **GRANTED**. All pretrial and trial proceedings in *Texas State Conference of NAACP Branches, et al. v. Steen, et al.*, No. 2:13-cv-291 (NGR), shall be consolidated with such proceedings in *Veasey v. Perry*, No. 2:13-cv-193 (NGR), and *United States v. Texas, et al.*, No. 2:13-cv-263 (NGR). Defendants shall file responsive pleadings no later than October 25, 2013.

**SO ORDERED.**

Date: 9/19/13, 2013.

NELVA GONZALES RAMOS
United States District Judge