## Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-00291 |
|---|---|---|---|

| Texas State Conference of NAACP Branches, et al. |
|---|
| *versus* |
| Steen, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Ezra D. Rosenberg<br>Dechert LLP<br>902 Carnegie Center, Suite 500<br>Princeton, New Jersey 08540-6531<br>(609) 955-3222<br>New Jersey #012671974<br>U.S. District Court for D.C. #360927 |
|---|---|
| Seeks to appear for this party: | Tex. State Conference of NAACP Branches and MALC |
| Dated: | Signed: *[signature]* |

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 9-19-13 　　　　Clerk's signature: Donna Jewell |

Order

Dated: 9/20/13

This lawyer is admitted *pro hac vice*.

*[signature]*
United States District Judge