UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-00291 |
|---|---|---|---|
| Texas State Conference of NAACP Branches, et al. ||||
| *versus* ||||
| John Steen, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Mark A. Posner<br>Lawyers' Committee for Civil Rights Under Law<br>1401 New York Avenue, NW Suite 400<br>Washington, DC 20005<br>(202) 662-8389<br>District of Columbia, #457833 |
|---|---|
| Seeks to appear for this party: | Texas State Conference of NAACP Branches, et al. |
| Dated:   9/18/2013 | Signed:  *[signature]* |

| The state bar reports that the applicant's status is:  Active |
|---|
| Dated:  9-19-13    Clerk's signature:  Donna Jerell |

Order

Dated: 9/20/13

This lawyer is admitted *pro hac vice*.

*[signature]*
United States District Judge