UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-00291 |
|---|---|---|---|
| Texas State Conference of NAACP Branches, et al. | | | |
| *versus* | | | |
| John Steen, et al. | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Erandi Zamora<br>Lawyers' Committee for Civil Rights Under Law<br>1401 New York Avenue, NW Suite 400<br>Washington, DC 20005<br>(202) 662-8345<br>California, #281929 |
|---|---|
| Seeks to appear for this party: | Texas State Conference of NAACP Branches, et al. |
| Dated:          9/18/2013 | Signed: |

| The state bar reports that the applicant's status is: *Active* . | |
|---|---|
| Dated: 9-19-13 | Clerk's signature: *Donna Terell* |

| Order |
|---|

Dated: 9/20/13

This lawyer is admitted *pro hac vice*.

_____
United States District Judge