UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-00291 |
|---|---|---|---|
| Texas State Conference of NAACP Branches, et al. ||||
| *versus* ||||
| John Steen, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Sonia Kaur Gill<br>Lawyers' Committee for Civil Rights Under Law<br>1401 New York Ave. NW, Ste. 400<br>Washington, D.C. 20003<br>202-662-8356<br>New York, 4749891 |
|---|---|
| Seeks to appear for this party: | Texas State Conference of NAACP Branches, et al. |
| Dated: 9/18/2013 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 9-19-13 · Clerk's signature: Donna Jewell |

**Order**

Dated: 9/20/13

This lawyer is admitted *pro hac vice*.

_____
United States District Judge