United States District Court
Southern District of Texas
FILED

SEP 2 3 2013

David J. Bradley, Clerk of Court

C-13-CV-193

US District Clerk's Office            Sep 16 13
Brownsville TX 78520-7114

I suggest some Texas House members from Cameron & Hidalgo counties be elected by voters in those counties by one man one vote limited voting to loosen winners ties to liars, promote turnover and inhibit tyranny.

   From Sun Sep 8 13 POLK COUNTY ENTERPRISE
A San Antonio-based federal panel of judges ruled Fri Sep 6 13 the state's 2014 primaries will be held using the maps approved by lawmakers this summer. The panel told the state to proceed with those maps until the law suits play out.

Issues will remain under consideration. That was a loss for the state. Arguments and challenges are pending in court.

*Robert M Allensworth*
Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419

R. ALLENSWORTH B12722 4874
BMRCC 251 N Il 37 S
IMA IL 6 2852 2119

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS

Rosalinda Venturi
Deputy-in-Charge
US District Clerk's Office
600 E Harrison #101
Brownsville TX 78520-7114

United States District Court
Southern District of Texas
RECEIVED
SEP 23 2013
David J. Bradley, Clerk of Court

7852087273 C016