**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
1133 NORTH SHORELINE, RM. 208
CORPUS CHRISTI, TX 78401

OFFICIAL BUSINESS

J Gerald Hebert
Attorney at Law
5019 Waple Ln
Alexandria VA 22304

Clerk, U.S. District Court
Southern District of Texas
FILED

SEP 23 2013

David J. Bradley, Clerk of Court

2:13cv193
DE # 14



MAILED FROM ZIP CODE 78401
$ 000.46⁰
SEP 04 2013
02 1P
0000317 67 67

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 78401264258      *0588-08718-04-39