IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

_____
                                    )
THE UNITED STATES OF AMERICA,       )
                                    )
    *Plaintiff*,                      )
                                    )
  v.                                )   Case No. 2:13-CV-00193
                                    )
STATE OF TEXAS and JOHN STEEN,      )
in his official capacity as Secretary of State, )
STEVE MCCRAW, in his official capacity )
as Director of the Texas Department of Public )
Safety,                             )
    *Defendants*.                    )
_____ )

## ORDER

    Came on for consideration the Motion in Intervention of True the Vote. The Motion is Granted.

True the Vote must file an Answer by October __, 2013.


Signed this ___ day of _____, 2013


                                                                                                           _____
                                                                                                           Nelva Gonzales Ramos
                                                                                                           United State District Judge