UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiffs,*<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, and MARIA LONGORIA BENEVIDES and<br><br>*Proposed Plaintiff Intervenor*,<br><br>**V.**<br>RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br>*Defendants,* | Case No. 2:13-cv-00193<br>Consolidated with 2:13-cv-00263 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, counsel for Proposed Plaintiff-Intervenors hereby certify that Proposed Plaintiff-Intervenors the TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS is a association of Hispanic County elected officials and have no outstanding securities in the hands of the public.

DATED:  September 27, 2013            Respectfully Submitted,

                                    ROLANDO L. RIOS
                                    115 E. Travis, Suite 1645
                                    San Antonio, Texas 78205
                                    Ph:    (210) 222-2102
                                    Fax:   (210) 222-2898
                                    E-mail: rios@sbcglobal.net
                                    LAW OFFICES OF ROLANDO L. RIOS

1

By:   /s/ Rolando Rios
    ROLANDO L. RIOS
   Attorney for the TEXAS ASSOCIATION OF
HISPANIC COUNTY JUDGES AND COUNTY
COMMISSIONERS and MARIA LONGORIA
BENEVIDES