UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| *Plaintiffs,* | § | |
| | § § | Case No. 2:13-cv-00193 |
| TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, and MARIA LONGORIA BENEVIDES and | § § § § § | Consolidated with 2:13-cv-00263 |
| *Proposed Plaintiff Intervenor*, | § § § | |
| **V.** RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety, | § § § § § § | |
| *Defendants,* | § | |

**ORDER GRANTING MOTION TO INTERVENE**

On this date the Court considered Proposed Platintiff-Intervenors' TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS and MARIA LONGORIA BENEVIDES Motion to Intervene and supporting documents.

Accordingly, it is ORDERED that the Motion to Intervene is GRANTED.

The Clerk of the Court is hereby directed to enter Plaintiff-Intervenors' Complaint in Intervention, which was filed simultaneously with their Motion

SIGNED on this _____ day of _____ 2013.

_____
HONORABLE Nelva Gonzales Ramos
United States District Court Judge

1