UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-263 |
|---|---|---|---|
| United States ||||
| *versus* ||||
| State of Texas et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Anna M. Baldwin<br>U.S. Department of Justice<br>950 Pennsylvania Ave NW, NWB 7273<br>Washington DC, 20009<br>(202) 305-4278<br>New York, 4711800 |
|---|---|
| Seeks to appear for this party: | United States |
| Dated: 9/30/2013 | Signed:  s/ Anna M. Baldwin |

| The state bar reports that the applicant's status is:                                          . |
|---|
| Dated: | Clerk's signature: |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____

_____
United States District Judge