IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>   Plaintiffs,<br><br> v.<br><br>RICK PERRY, *et al.*,<br><br>   Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*,<br><br>   Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*,<br><br>   Movant-Intervenors,<br><br> v.<br><br>STATE OF TEXAS, *et al.*,<br><br>   Defendants.<br><br>TRUE THE VOTE,<br><br>   Movant-Intervenor. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*,

        Plaintiffs,

v.

JOHN STEEN, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

## [PROPOSED] ORDER

Upon consideration, the United States' motion for a stay in light of the lapse of appropriations (ECF No. ___) is hereby **GRANTED**. All briefing, responses on behalf of the United States to pending motions, responses on behalf of the United States to pleadings and motions filed during the lapse in appropriations, court appearances, discovery obligations, and Rule 26 pre-discovery obligations are hereby **STAYED** until appropriations have been restored to the United States Department of Justice.

    **SO ORDERED**.

Date: _____, 2013.

                                                      _____
                                                      NELVA GONZALES RAMOS
                                                      United States District Judge