IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. Action No. 2:13-cv-193 (NGR) |
| | ) |
| RICK PERRY, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |
| | ) |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. Action No. 2:13-cv-263 (NGR) |
| | ) |
| RICK PERRY, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. Action No. 2:13-cv-263 (NGR) |
| | ) |
| JOHN STEEN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**<u>VEASEY PLAINTIFFS' RESPONSE TO UNITED STATES' MOTION
FOR A STAY IN LIGHT OF LAPSE OF APPROPRIATIONS</u>**

Plaintiffs MARC VEASEY, *et al*., do not oppose the motion "for a stay of all briefing, responses on behalf of the United States, court appearances, discovery obligations, and pre-discovery obligations…in the above captioned case." We would note, however, that the requested stay does not impact the existing deadlines in the original action, *Veasey v. Perry*, Civil Action No. 2:13-cv-193. These existing deadlines include the October 11 joint report of meeting and joint discovery/case management plan due on October 11, and the Initial Pretrial and Scheduling Conference schedule for October 25, 2013.

The Veasey Plaintiffs intend to comply with aforementioned deadlines and understand that the State of Texas Defendants intend to do so also. However, if the lapse of appropriations continues for an extended period, these or other aspects of the case may be affected.

Respectfully submitted,

**BRAZIL & DUNN**


  */s/ Chad W. Dunn*
Chad W. Dunn
State Bar No. 24036507
K. Scott Brazil
State Bar No. 02934050
Brazil & Dunn
4201 Cypress Creek Parkway, Suite 530
Houston, Texas  77068
Telephone:  (281) 580-6310
Facsimile:   (281) 580-6362
chad@brazilanddunn.com
scott@brazilanddunn.com

J. Gerald Hebert
D.C. Bar No. 447676
Campaign Legal Center
215 E Street, NE
Washington, DC 20002
Telephone (202) 736-2200 ext. 12
Facsimile (202) 736-2222
GHebert@campaignlegalcenter.org

Armand G. Derfner
Derfner, Altman & Wilborn, LLC
P.O. Box 600
Charleston, S.C. 29402
Telephone (843) 723-9804
aderfner@dawlegal.com

2

Neil G. Baron
State Bar No. 01797080
Law Office of Neil G. Baron
914 FM 517 W, Suite 242
Dickinson, Texas 77539
Telephone (281) 534-2748
Facsimile (281) 534-4309
neil@ngbaronlaw.com

David Richards
State Bar No. 16846000
Richards, Rodriguez & Skeith, LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701
Telephone (512) 476-0005
Facsimile (512) 476-1513
daverichards4@juno.com

*Attorneys for Plaintiffs*

Craig M. Watkins
Dallas County District Attorney
State Bar No. 00791886
Teresa G. Snelson
Chief, Civil Division
Dallas County District Attorney's Office
State Bar. No. 08577250
George L Allen Sr. Courts Building
600 Commerce St., Floor 6
Dallas, TX 75202-4606
Telephone (214) 653-6043
Facsimile (214) 653-6134
Teresa.Snelson@dallascounty.org

*Attorneys for Dallas County, Texas*

LUIS ROBERTO VERA, JR.
LULAC National General Counsel
State Bar No.  20546740
The Law Offices of Luis Vera Jr., and Associates
1325 Riverview Towers, 111 Soledad
San Antonio, Texas 78205-2260
Telephone (210) 225-3300
Facsimile (210) 225-2060
lrvlaw@sbcglobal.net

*Attorney for LULAC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2013, I served a copy of the foregoing Veasey Plaintiffs' Response to the United States' Motion for a Stay on the following counsel of record by filing the same via ECF and emailing it to the following attorneys:

John B. Scott
Patrick Sweeten
Office of the Texas Attorney General
john.scott@texasattorneygeneral.gov
patrick.sweeten@texasattorneygeneral.gov

*Counsel for the State Defendants*

Christina Swarns
Ryan P. Haygood
Natasha M. Korgaonkar
Leah C. Aden
NAACP Legal Defense and Educational Fund, Inc.
cswarns@naacpldf.org
rhaygood@naacpldf.org
nkorgaonkar@naacpldf.org
laden@naacpldf.org
Danielle Conley
Jonathan Paikin
Kelly P. Dunbar
Sonya L. Lebsack
WilmerHale LLP
danielle.conley@wilmerhale.com
jonathan.paikin@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com

*Counsel for Texas League of Young Voters Plaintiff-Intervenors*

Rolando L. Rios
Law Offices of Rolando L. Rios
rrios@rolandorioslaw.com

*Counsel for Texas Association of Hispanic County Judges and County Commissioners Movant-Intervenor*

Joseph M. Nixon
Bierne, Maynard, & Parsons
jnixon@bmpllp.com

*Counsel for True the Vote Movant-Intervenor*

Ezra D. Rosenberg
Amy L. Rudd
Dechert LLP
ezra.rosenberg@dechert.com
amy.rudd@dechert.com

Wendy Weiser
Jennifer Clark
Vishal Agraharkar
Brennan Center for Justice at
   NYU School of Law
wendy.weiser@nyu.edu
jenniferl.clark@nyu.edu
vishal.argraharkar@nyu.edu

Mark A. Posner
Sonia Kaur Gill
Lawyers' Committee for Civil Rights
mposner@lawyerscommittee.org
sgill@lawyerscommittee.org

*Counsel for Texas State Conference of NAACP Branches Plaintiffs*

/s/ Chad Dunn
Chad Dunn