IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>                Plaintiffs,<br><br>  v.<br><br>RICK PERRY, *et al.*,<br><br>                Defendants. | Case No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>STATE OF TEXAS, *et al.*,<br><br>                Defendants. | Case No. 2:13-cv-263 (NGR) |
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*,<br><br>                Plaintiffs,<br><br>  v.<br><br>JOHN STEEN, *et al.*,<br><br>                Defendants. | Case No. 2:13-cv-291 (NGR) |

**JOINT RESPONSE OF PLAINTIFFS TEXAS STATE CONFERENCE OF NAACP BRANCHES AND MEXICAN AMERICAN LEGISLATIVE CAUCUS AND PLAINTIFF-INTERVENORS TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND AND IMANI CLARK TO UNITED STATES' <u>MOTION FOR A STAY IN LIGHT OF LAPSE OF APPROPRIATIONS</u>**

Plaintiffs Texas State Conference of NAACP Branches and Mexican American Legislative Caucus of the Texas House of Representatives and Plaintiff-Intervenors Texas League of Young Voters Education Fund and Imani Clark do not oppose the motion by the United States for a stay in

light of the suspension of appropriations. However, because these are consolidated cases involving parties other than the United States, these Plaintiffs and Plaintiff-Intervenors respectfully request that the Court clarify the effect of a grant of the Motion for a Stay, and direct that the relief requested by the United States should apply to all existing deadlines for all parties in the consolidated cases, with the exception of the deadline for Texas to respond to the complaints by October 25, 2013. The duration of the suspension of appropriations is uncertain. If the suspension is relatively short-lived, then it would make sense for the stay to affect all parties and all three cases similarly, so as not to subject the parties to duplicative discovery and confusing schedules. If the suspension is very long, it may have more serious ramifications, but, in any event, the Court and the parties would be free to revisit the issue at any time. These Plaintiffs and Plaintiff-Intervenors, therefore, respectfully request that the stay requested by the United States be applied to all deadlines in the consolidated cases, with the exception of the deadline for Texas to respond to the complaints by October 25, 2013.

Dated: October 3, 2013

/s/ Amy L. Rudd

| | |
|---|---|
| Steven B. Weisburd<br>State Bar No. 24054515<br>Amy L. Rudd<br>State Bar No. 24043561<br>S.D. Tex. No. 1149768<br>Lindsey B. Stelcen<br>State Bar No. 24083903<br>Dechert LLP<br>500 W. 6th Street, Suite 2010<br>Austin, TX 78701<br>Telephone: (512) 394-3000<br>Facsimile: (512) 394-3001<br>steven.weisburd@dechert.com<br>amy.rudd@dechert.com<br>lindsey.stelcen@dechert.com | Ezra D. Rosenberg (*pro hac vice*)<br>Dechert LLP<br>902 Carnegie Center, Suite 500<br>Princeton, New Jersey 08540-6531<br>Telephone: (609) 955-3222<br>Facsimile: (609) 955-3259<br>ezra.rosenberg@dechert.com<br><br>Robert A. Kengle<br>Mark A. Posner (*pro hac vice*)<br>Sonia Kaur Gill (*pro hac vice*)<br>Erandi Zamora (*pro hac vice*)<br>Lawyers' Committee for Civil Rights Law<br>1401 New York Avenue, N.W., Suite<br>Washington, D.C. 20005<br>Telephone: (202) 662-8389<br>Facsimile: (202) 628-2858<br>mposner@lawyerscommittee.org |

Wendy Weiser (*pro hac vice*)
Myrna Pérez
State Bar No. 24041676
Vishal Agraharkar (*pro hac vice*)
Jennifer Clark (*pro hac vice*)
The Brennan Center for Justice at NYU Law School*
161 Avenue of the Americas, Floor 12
New York, New York 10013-1205
Telephone: (646) 292-8329
Facsimile: (212) 463-7308
wendy.weiser@nyu.edu
myrna.perez@nyu.edu
vishal.agraharkar@nyu.edu
jennifer.clark@nyu.edu

*This complaint has been prepared by an institute affiliated with New York University School of Law, but does not purport to present the school's institutional views, if any.

Robert Notzon
The Law Office of Robert Notzon
State Bar No. 00797934
1502 West Avenue
Austin, Texas 78701
Telephone: (512) 474-7563
Facsimile: (512) 474-9489

Robert@NotzonLaw.com
Gary Bledsoe
State Bar No.: 02476500
PotterBledsoe, L.L.P.
316 West 12th Street, Suite 307
Austin, Texas 78701
Telephone: (512) 322-9992
Facsimile: (512) 322-0840
garybledsoe@sbcglobal.net

Kim Keenan
Marshall Taylor
Victor Goode
State Bar No. 08145525
NAACP
4805 Mt. Hope Drive
Baltimore, Maryland 21215
Telephone: (410) 580-5120
Facsimile: (410) 358-9350
kkeenan@naacpnet.org
mtaylor@naaacpnet.org
vgoode@naacpnet.org

Jose Garza
Law Office of Jose Garza
State Bar No. 07731950
7414 Robin Rest Drive
San Antonio, Texas 98209
Telephone: (210) 392-2856
garzapalm@aol.com

Clay Bonilla
State Bar No. 24055193
S.D. Tex. ID 596241
Daniel G. Covich
State Bar No. 04906500
S.D. Tex. ID 10706
The Law Offices of William Bonilla, P.C.
2727 Morgan Ave.
Corpus Christi, Texas 78405
Telephone: (361) 882-8284
Facsimile: (361) 881-1031
claybonilla@hotmail.com
Daniel@bonillalaw.com

*Counsel for Plaintiffs Texas State Conference of NAACP Branches & Mexican American Legislative Caucus*

Sherrilyn Ifill
*Director-Counsel*
Christina A. Swarns (*pro hac vice*)
Ryan Haygood (*pro hac vice*)
*Attorney-in-Charge*
Natasha Korgaonkar (*pro hac vice*)
Leah Aden (*pro hac vice*)
NAACP LEGAL DEFENSE FUND AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 229-7592
cswarns@naacpldf.org
nkorgaonkar@naacpldf.org
rhaygood@naacpldf.org
laden@naacpldf.org

Jonathan E. Paikin (*pro hac vice*)
Danielle Conley (*pro hac vice*)
Kelly Dunbar (*pro hac vice*)
Sonya Lebsack (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND
DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
jonathan.paikin@wilmerhale.com
danielle.conley@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com

*Counsel for Plaintiff-Intervenors Texas
League of Young Voters Education Fund
and Imani Clark*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2013, I served a true and correct copy of the foregoing via the Court's ECF system on all counsel of record.

I also certify that upon filing, I will immediately serve a true and correct copy of the foregoing via e-mail on the following counsel who have not yet appeared:

John B. Scott
Patrick Sweeten
Office of the Texas Attorney General
john.scott@texasattorneygeneral.gov
patrick.sweeten@texasattorneygeneral.gov

*Counsel for the State Defendants*

                                                  /s/ Lindsey B. Stelcen
                                                  Lindsey B. Stelcen
                                                  State Bar No. 24083903
                                                  Dechert LLP
                                                  500 W. 6th Street, Suite 2010
                                                  Austin, TX 78701
                                                  Telephone: (512) 394-3000
                                                  Facsimile: (512) 394-3001
                                                  lindsey.stelcen@dechert.com