UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Marc Veasey, et al.

V.                                    CASE NUMBER:      2:13-cv-00193

Rick Perry, et al.

NOTICE OF SETTING

YOU ARE ORDERED TO APPEAR   **BEFORE:**

**Nelva Gonzales Ramos, U.S. District Judge**
**3rd Floor Courtroom**
**1133 N. Shoreline Blvd.**
**Corpus Christi, Texas  78401**

TO ATTEND THE FOLLOWING PROCEEDING:

TELEPHONIC **STATUS HEARING : FRIDAY, OCTOBER** *11, 2013 at 1:30 pm*

*NOTE: You must use a land line. No speaker phones or cellphones allowed. Please call (713) 250-5675 at least 10 minutes prior to the hearing.*

**BY ORDER OF THE COURT**

**David J. Bradley, Clerk**                                    **October 4, 2013**