UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-263 |
|---|---|---|---|
| United States | | | |
| *versus* | | | |
| State of Texas et al. | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Anna M. Baldwin<br>U.S. Department of Justice<br>950 Pennsylvania Ave NW, NWB 7273<br>Washington DC, 20009<br>(202) 305-4278<br>New York, 4711800 |
|---|---|
| Seeks to appear for this party: | United States |
| Dated:        9/30/2013 | Signed:     s/ Anna M. Baldwin |

| The state bar reports that the applicant's status is: *Active* | |
|---|---|
| Dated: *10 - 1 - 13* | Clerk's signature: *Donna Terell* |

| Order |
|---|

Dated: 10/8/13

This lawyer is admitted *pro hac vice*.

United States District Judge