Marianne Serpa, Deputy-in-Charge  
Corpus Christi US District Court  
1133 N Shoreline Blvd # 208  
Corpus Christi TX 78401

2:13cv193

Oct 14 13

Clerk, U.S. District Court  
Southern District of Texas  
FILED  
OCT 21 2013  
David J. Bradley, Clerk of Court

RE: USA v Texas (Corpus Christi) 13cv

I suggest two ballots for 2014 for Texas State House members from some counties and groups of counties, one by one man one vote limited voting to loosen winners ties to liars, inhivit tyranny and promote turnover. I include the following groups of counties which pursuant to the Texas County Line Rule elect their House members by themselves alone.

NUECES, KLEBERG, JIM WELLS, LIVE OAK, BEE & SAN PATRICIO,  
HAYS, COMAL, KENDALL, GUADALUPE & WILSON,  
WILLIAMSON, BURNET, LAMPASAS, BELL & MILAM,  
McLENNAN, FALLS, LIMESTONE, ROBERTSON & BRAZOS,  
MATAGORD, JACKSON, WHARTON, FORT BEND, BRAZORIA,  
ORANGE, JEFFERSON, CHAMBERS & GALVESTON,  
MONTGOMERY & WALLER,  
CAMERON & HIDALGO, & COLLIN & ROCKWALL.

PEORIA IL has elected five aldermen by cum voting and five by wards since 1991. GUIN AL seven city councilmen by cum voting since about 1987. Guin plans to go to five by one man one vote limited voting.

Robert M Allensworth  
Robert M Allensworth B14522  
BMRCC 251 N IL 37 S  
Ina IL 62846 2419

R Allensworth B14522 4B21
BMRCC 251 N IL 37 S
Ina IL 62846 2419

Clerk, U.S. District Court
Southern District of Texas
FILED

OCT 21 2013

David J. Bradley, Clerk of Court

Marianne Serpa
Deputy-in-Chrge
Corpus Christi US District Court
1133 N Shoreline Blvd #208
Corpus Christi TX 78401

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS





02 1M
0004266687
MAILED FROM ZIP