# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

Clerk, U.S. District Court
Southern District of Texas
FILED

OCT 21 2013

David J. Bradley, Clerk of Court

Robert M Allensworth
B14522
BMRCC 251 N IL 37 S
Ina IL US 62846-2419

---

Case: 2:13-cv-00193   Instrument: 48   (1 pages)   pty
Date: Oct 8, 2013
Control: 13104415
Notice: The attached order has been entered.

---

Marianne Serpa, Dep-in-Charge                                Oct 15 13
US District Clerk's Office
1133 N Shoreline Blvd #208
Corpus Christi TX 78401

RE: VEASEY v PERRY (Corpus Christi) 2:13cv193

I got your Oct 8 note asking me to mark on the docket sheet which documents I want. I have access to a copy machine at the BMRCC library about once every three weeks. I will write you which docs I want. I expect to want copies of more docs and want to have an account for copies.

I WANT DOCS:

06/26/13 1 COMPLAINT or 08/22/13 1st AMENDED Complaint
09/10/13 23 Letter from Robert M.Allensworth
09/18/13 27 MOTION to Consolidate
09/20/13 30 INTERVENOR COMPLAINT
09/23/13 36 Letter from Robert M Allensworth
09/25/13 38 MOTION True the Vote
09/27/13 41 MOTION Hispanic County Judges & Com'rs
10/01/13 43 MOTION to Stay by USA

I suggest TEXAS have two ballots for State House members from some counties and groups of counties that pursuant to the Texas County Line Rule elect their State House members by themselves alone. One ballot by one man one vote limited voting to loosen winners ties to liars, inhibit tyranny and promote turnover. I suggest NUECES, KLEBERG, JIM WELLS, LIVE OAK, BEE & SAN PATRICIO BE ONE SUCH GROUP. MATAGORDA, JACKSON, WHARTON, FORT BEND & BRAZORIA another such group.        Robert M Allensworth

R Allensworth B14522 4B21
BMRCC 251 N IL 37 S
Ina IL 62846 2419

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS
Marianne Serna,

US District Clerk's Office
1133 N Shoreline Blvd # 208
Corpus Christi TX 78401

Clerk, U.S. District Court
Southern District of Texas
FILED
OCT 21 2013
David J. Bradley, Clerk of Court

78401$2042 C029

FOREVER
UNITED STATES POSTAGE
FIRST-CLASS
MAILED FROM
02 1M
0004266687
62846
2013