IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DELEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEZ, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMLEY, JANE DOE, JOHN DOE, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), and DALLAS COUNTY, TEXAS,<br><br>    *Plaintiffs,*<br><br>v.<br><br>RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State,<br><br>    *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO.<br>2:13-CV-193 (NGR)<br>[Lead case] |
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>STATE OF TEXAS, JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE MCCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br><br>    *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO.<br>2:13-CV-263 (NGR)<br>[Consolidated case] |
| TEXAS STATE CONFERENCE OF NAACP BRANCHES; and the MEXICAN AMERICAN LEGISLATIVE CAUCUS OF THE TEXAS HOUSE OF REPRESENTATIVES,<br><br>    *Plaintiffs,*<br><br>v.<br><br>JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE MCCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br><br>    *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO.<br>2:13-CV-291 (NGR)<br>[Consolidated case] |

**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS**

The Defendants' motion to dismiss is **GRANTED**. The claims brought by plaintiffs Carrier, Burns, Ozias, and Mellor-Crumley, and all claims brought against Defendants McCraw and Perry, are dismissed for lack of subject-matter jurisdiction. All remaining claims are dismissed for failure to state a claim upon which relief can be granted.

**SO ORDERED.**

Date: _____, 2013.

_____
NELVA GONZALES RAMOS
United States District Judge