UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Clerk, U.S. District Court
Southern District of Texas
FILED

Motion and Order for Admission *Pro Hac Vice*

OCT 2 8 2013

David J. Bradley, Clerk of Court

| Division | Corpus Christi | Case Number | 2:13-cv-193/263 |
|---|---|---|---|
| United States ||||
| *versus* ||||
| State of Texas, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | M. Hasan Ali<br>Wilmer Cutler Pickering Hale & Dorr, LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>(202) 663-6671<br>District of Columbia #1014497 |
|---|---|
| Seeks to appear for this party: | Plaintiff-Intervenor Texas League of Young Voters, et al. |
| Dated:          10/22/2013 | Signed: |

| The state bar reports that the applicant's status is: |  |
|---|---|
| Dated: | Clerk's signature: |

| Order |

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                                United States District Judge