UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

Clerk, U.S. District Court
Southern District of Texas
FILED
OCT 2 8 2013
David J. Bradley, Clerk of Court

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-193 |
|---|---|---|---|
| UNITED STATES ||||
| *versus* ||||
| STATE OF TEXAS, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Gerard J. Sinzdak<br>Wilmer Cutler Pickering Hale & Dorr, LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>(202) 663-6220<br>District of Columbia #1015266 |
|---|---|
| Seeks to appear for this party: | Plaintiff-Intervenor Texas League of Young Voters, et al. |
| Dated: 10/18/2013 | Signed: |

| The state bar reports that the applicant's status is: | . |
|---|---|
| Dated: | Clerk's signature: |

Order     This lawyer is admitted *pro hac vice*.

Dated: _____     _____
United States District Judge