UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

Clerk, U.S. District Court
Southern District of Texas
FILED

OCT 2 8 2013

David J. Bradley, Clerk of Court

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-193/263 |
|---|---|---|---|
| United States | | | |
| *versus* | | | |
| State of Texas, et al. | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | M. Hasan Ali<br>Wilmer Cutler Pickering Hale & Dorr, LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>(202) 663-6671<br>District of Columbia #1014497 |
|---|---|
| Seeks to appear for this party: | Plaintiff-Intervenor Texas League of Young Voters, et al. |
| Dated: 10/22/2013 | Signed: |

| The state bar reports that the applicant's status is: *Active* |
|---|
| Dated: 10-29-13 | Clerk's signature: Donna Terrell |

**Order**

Dated: 10/30/13

This lawyer is admitted *pro hac vice*.

United States District Judge