UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Clerk, U.S. District Court
Southern District of Texas
FILED

OCT 28 2013

David J. Bradley, Clerk of Court

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-193 |
|---|---|---|---|
| UNITED STATES ||||
| *versus* ||||
| STATE OF TEXAS, et al. ||||

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Gerard J. Sinzdak<br>Wilmer Cutler Pickering Hale & Dorr, LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>(202) 663-6220<br>District of Columbia #1015266 |
| Seeks to appear for this party: | Plaintiff-Intervenor Texas League of Young Voters, et al. |
| Dated: 10/18/2013 | Signed: /s/ Gerard Sinzdak |

| | |
|---|---|
| The state bar reports that the applicant's status is: Active | |
| Dated: 10-29-13 | Clerk's signature: Donna Jewell |

Order

Dated: 10/30/13

This lawyer is admitted *pro hac vice*.

_____
United States District Judge