# Exhibit 2

Case 2:13-cv-00193 Document 59-2 Filed on 10/30/13 in TXSD Page 2 of 5
Case 1:13-cv-00734-RBW Document 14-2 Filed 07/22/13 Page 29 of 40
Fax Server                    9/16/2010 2:58:11 PM    PAGE    2/006    Fax Server

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Hope Andrade
Secretary of State

## Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

KSP/True the Vote
Filing Number: 801278527

Certificate of Formation                                                June 07, 2010

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on September 16, 2010.



Hope Andrade
Secretary of State

Come visit us on the internet at http://www.sos.state.tx.us/

Phone: (512) 463-5555          Fax: (512) 463-5709           Dial: 7-1-1 for Relay Services
Prepared by: VCASTILLO         TID: 10266                    Document: 328076970002

Exhibit B, Page 20

Case 2:13-cv-00193 Document 59-2 Filed on 10/30/13 in TXSD Page 3 of 5
Case 1:13-cv-00734-RBW Document 42 Filed 03/12/13 Page 22 of 40
Fax Server                    9/16/2010 2:58:11 PM  PAGE    3/006     Fax Server

| Form 202 |  | Filed in the Office of the |
|---|---|---|
| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709 | | Secretary of State of Texas<br>Filing #: 801278527 06/07/2010<br>Document #: 310811380002 |
| Filing Fee: $25 | **Certificate of Formation<br>Nonprofit Corporation** | Image Generated Electronically<br>for Web Filing |

### Article 1 - Corporate Name

The filing entity formed is a nonprofit corporation. The name of the entity is:

**KSP/True the Vote**

### Article 2 – Registered Agent and Registered Office

☐ A. The initial registered agent is an organization (cannot be corporation named above) by the name of:

**OR**

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

Name:
**Catherine   Engelbrecht**

C. The business address of the registered agent and the registered office address is:

Street Address:

### Consent of Registered Agent

☐ A. A copy of the consent of registered agent is attached.

**OR**

☑ B. The consent of the registered agent is maintained by the entity.

### Article 3 - Management

☐ A. Management of the affairs of the corporation is to be vested solely in the members of the corporation.

**OR**

☑ B. Management of the affairs of the corporation is to be vested in its board of directors. The number of directors, which must be a minimum of three, that constitutes the initial board of directors and the names and addresses of the persons who are to serve as directors until the first annual meeting or until their successors are elected and qualified are set forth below.

| Director 1: **Catherine   Engelbrecht** | Title: **Director** |
|---|---|
| Address: | |
| Director 2: **Lynn   Lasher** | Title: **Director** |
| Address: | |
| Director 3: **Bryan   Engelbrecht** | Title: **Director** |
| Address: | |

### Article 4 - Organization Structure

☐ A. The corporation will have members.

or

☑ B. The corporation will not have members.

### Article 5 - Purpose

The corporation is organized for the following purpose or purposes:
**The Corporation is organized for charitable purposes, including such purposes as, making distributions to organizations that qualify as exempt organizations under Section 501(c)(3) of the Internal Revenue Code of 1986, as amended, or**

Case 2:13-cv-00193 Document 59-2 Filed on 10/30/13 in TXSD Page 4 of 5
Case 1:13-cv-00734-RBW Document 4 Filed 07/22/13 Page 29 of 40
Fax Server 9/16/2010 2:58:11 PM PAGE 4/006 Fax Server

corresponding section of any future federal tax code and the Texas Tax Code, Section 11.18. The specific and primary purpose of the Corporation is to educate/inform and register voters within the meaning of Section 501(c)(3) of the Internal Revenue Code of 1986, as amended, or any future federal tax code and the Texas Tax Code, Section 11.18.

### Supplemental Provisions / Information

**Restrictions and Limitations**

No part of the net earnings of the Corporation shall inure to the benefit of, or be distributable to its members, trustees, or other private persons, except that the Corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in the purpose clause hereof. No substantial part of the activities of the Corporation shall be the carrying on of propaganda, or otherwise attempting to influence legislation, and the Corporation shall not participate in, or intervene in (including the publishing or distribution of statements) any political campaign on behalf of any candidate for public office. Notwithstanding any other provision of this document, the Corporation shall not carry on any other activities not permitted to be carried on (a) by an organization exempt from federal income tax under section 501(c)(3) of the Internal Revenue Code, or corresponding section of any future federal tax code, or (b) by an organization, contributions to which are deductible under section 1-70(c)(2) of the Internal Revenue Code, or corresponding section of any future federal tax code.

**Distribution of Assets Upon Winding Up**

Upon the dissolution of the Corporation, assets shall be distributed for one or more exempt purposes within the meaning of section 501(c)(3) of the Internal Revenue Code, or corresponding section of any future federal tax code, or shall be distributed to the federal government, or to a state or local government, for a public purpose. Any such assets not disposed of shall be disposed of by the Court of commons Pleas of the county in which the principal office of the Corporation is then located, exclusively for such purposes or to such organization or organizations, as said Court shall determine, which are organized and operated exclusively for such purposes.

[The attached addendum, if any, is incorporated herein by reference.]

### Effectiveness of Filing

☑ A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

### Organizer

The name and address of the organizer are set forth below.
**Brian G. Herrington**

### Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The

Case 2:13-cv-00193 Document 59-2 Filed on 10/30/13 in TXSD Page 5 of 5
Case 1:13-cv-00734-RBW Document 142 Filed 07/22/13 Page 24 of 40
Fax Server                    9/16/2010 2:58:11 PM    PAGE    5/006    Fax Server

undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Brian G. Herrington, Attorney-in-fact**
Signature of organizer.

**FILING OFFICE COPY**