# Exhibit 4

Colby Beuck                                                        May 14, 2012

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
STATE OF TEXAS,                    )
                                   )
          Plaintiff,               )
                                   )
VS.                                )
                                   )
ERIC H. HOLDER, JR. in his         )
official capacity as Attorney      )
General of the United States,      )
                                   )
          Defendant,               )
                                   )
ERIC KENNIE, et al,                )
                                   )
   Defendant-Intervenors,          )
                                   )
TEXAS STATE CONFERENCE OF          )   CASE NO. 1:12-CV-00128
NAACP BRANCHES,                    )   (RMC-DST-RLW)
                                   )   Three-Judge Court
   Defendant-Intervenors,          )
                                   )
TEXAS LEAGUE OF YOUNG VOTERS       )
EDUCATION FUND, et al,             )
                                   )
   Defendant-Intervenors,          )
                                   )
TEXAS LEGISLATIVE BALCK            )
CAUCUS, et al,                     )
                                   )
   Defendant-Intervenors,          )
                                   )
VICTORIA RODRIGUEZ, et al.,        )
                                   )
   Defendant-Intervenors.          )
```

**************************************************
ORAL DEPOSITION OF
COLBY BEUCK
MAY 14, 2012
**************************************************



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Colby Beuck                                                             May 14, 2012

2

1      ORAL DEPOSITION OF COLBY BEUCK, produced as a
2   witness at the instance of the Defendant, was duly
3   sworn, was taken in the above-styled and numbered cause
4   on the MAY 14, 2012, from 9:50 a.m. to 6:08 p.m., before
5   Chris Carpenter, CSR, in and for the State of Texas,
6   reported by machine shorthand, at the offices of The
7   United States Attorney, 816 Congress Avenue, Suite 1000,
8   Austin, Texas 78701, pursuant to the Federal Rules of
9   Civil Procedure and the provisions stated on the record
10  or attached hereto.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Colby Beuck                                              May 14, 2012

3

```
 1                  A P P E A R A N C E S
 2   FOR THE PLAINTIFF, STATE OF TEXAS:
 3         Patrick K. Sweeten
           Matthew Frederick
 4         Jonathan F. Mitchell
           OFFICE OF THE ATTORNEY GENERAL OF TEXAS
 5         P.O. Box 12548
           Austin, TX  78711-2548
 6
           209 West 8th Street
 7         8th Floor
           Austin, TX  78701
 8
           (512) 936-1307
 9         patrick.sweeten@aog.state.tx.us
10   FOR THE DEFENDANT, HOLDER, ET AL:
11         Elizabeth S. Westfall
           Daniel Freeman
12         Risa Berkower
           Jennifer Maranzano
13         Bruce Gear
           U.S. DEPARTMENT OF JUSTICE
14         950 Pennsylvania Avenue, NW
           NWB - Room 7202
15         Washington, DC  20530
           (202) 305-7766
16         elizabeth.westfall@usdoj.gov
17   FOR THE DEFENDANT-INTERVENOR TEXAS STATE CONFERENCE OF
     NAACP BRANCHES AND THE MEXICAN AMERICAN LEGISLATIVE
18   CAUCUS:
19         Ezra D. Rosenberg
           DECHERT, LLP
20         Suite 500
           902 Carnegie Center
21         Princeton, NJ  08540-6531
           (609) 955-3200
22         ezra.rosenberg@dechert.com
23
24
25
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Colby Beuck                                                    May 14, 2012

                                                                          4
1   FOR THE KENNIE INTERVENORS:
2        Chad W. Dunn
         BRAZIL & DUNN, LLP
3        4201 Cypress Creek Parkway
         Suite 530
4        Houston, TX  77068
         (281) 580-6310
5        chad@brazilanddunn.com
6   FOR THE RODRIGUEZ INTERVENORS:
7        Amy Pederson (by telephone)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Colby Beuck                                          May 14, 2012

5

1                              INDEX
2    Appearances.........................................3
3    COLBY BEUCK
4        Examination by Ms. Westfall................7
         Examination by Mr. Rosenberg.............249
5
     Signature and Changes.............................278
6
     Reporter's Certificate............................280
7
                               EXHIBITS
8
     NO.  DESCRIPTION                              PAGE MARKED
9
      2    Notice of Deposition                         19
10
      3    Letter From Lt. Governor Dewhurst on Voter   32
11         I.D. Bill

12    4    House Bill 112                               56

13    5    Senate Bill 14                              111

14    6    Georgia Statute on Photo Indentification    142

15    7    Printout From the Website of Rep.           157
           Patricia Harless
16
      8    Bill History of SB 14                       190
17
      9    House Journal, March 23, 2011               214
18
      10   Bloomberg Article:  Texas Voter             220
19         Identification Law Blocked by Justice
           Department as Biased
20
21
22
23
24
25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

Colby Beuck                                                May 14, 2012

                                                                    240

1   Harless or you become aware of those concerns from any
2   other sources communicated to the representative or to
3   you?
4              MR. SWEETEN:  Objection to the question,
5   it calls for speculation.  In addition, I'm going to
6   instruct you as I previously have:  Do not reveal
7   communications that you have had with Representative
8   Harless, staff members, state agencies, constituents or
9   TLC.  Let me also tell you that if you've got
10  information as to that question based upon the public
11  record, you can go ahead and try to answer her question.
12             THE WITNESS:  Okay.
13             MS. WESTFALL:  And to be clear,
14  Mr. Sweeten, I'm asking about communications from
15  members of the public, groups, interest groups that were
16  communications to Representative Harless or Mr. Beuck.
17             MR. SWEETEN:  Again, as to constituent
18  communications, we've held that there is a privilege as
19  to that information, so...
20             THE WITNESS:  Okay.
21             MS. WESTFALL:  Therefore, you're
22  instructing him not to answer if he received those
23  communications; is that correct?
24             MR. SWEETEN:  I'm instructing him not to
25  reveal the substance of the communication that he



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Colby Beuck									May 14, 2012

241

1   received from constituents; that's correct.
2        Q.   Have there been elections held since SB 14 was
3   signed into law in July -- I mean, pardon me -- in May
4   2011?
5        A.   There was a -- yes, a constitutional election
6   -- a constitutional amendment election in November, and
7   we're currently having an election right now.
8        Q.   To your knowledge, has the Secretary of State
9   or any County election officials enforced SB 14?
10       A.   Not to my knowledge.
11       Q.   Are you aware of any in-person voter
12  impersonation having occurred during these elections?
13       A.   Not to my personal knowledge, no.
14            Could I get a drink of water real fast?
15            MS. WESTFALL:  Why don't we take a little
16  break, because I think we'll be concluding and passing
17  the baton.
18            (Recess 5:05 p.m. to 5:16 p.m.)
19       Q.   (By Ms. Westfall)  I believe you testified
20  earlier about provisional ballots in SB 14?
21       A.   Yes.
22       Q.   Could you describe how provisional ballots work
23  in the bill?
24       A.   Okay.  There is a provision in the bill that
25  allows for a voter to cast a provisional ballot if they


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Colby Beuck                                                May 14, 2012

242

1    do not have the required photo identification.
2        Q.   And could you describe the circumstances under
3    which a provisional ballot is counted?
4        A.   Yes.  They must -- they must state that they do
5    not have any other form of identification that meets the
6    requirements of Senate Bill 14.  Wait.  No.  Excuse
7    me.  Those are the exceptions.
8        Q.   Is it true that a person who casts a
9    provisional ballot under SB 14 must present one of the
10   allowable forms of ID in order for it to be counted
11   except narrow circumstances related to religious
12   objection or natural disaster?
13       A.   They have within six days to return and show
14   the identification.
15       Q.   And if they don't show the identification or
16   fall into one of these exceptions, the religious
17   exception or the natural disaster exception, their
18   provisional ballot will not be counted; is that correct?
19       A.   That is my understanding.
20       Q.   And I think you testified earlier that there
21   may have been nonpublic investigations of the impact of
22   Senate Bill 14; is that correct?
23            MR. SWEETEN:  Objection.  You're asking
24   him to reveal information that's protected by the
25   legislative privilege.  He's not going to answer that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Colby Beuck                                                May 14, 2012

243

1     question.  So I'm going to instruct you not to answer
2     the question, unless public information reveals the
3     answer, which I think by its own terms, it could not.
4         Q.   (By Ms. Westfall)  I believe you testified
5     earlier that you answered phone calls for Representative
6     Harless; is that correct?
7         A.   Correct.
8         Q.   Did you ever receive any phone calls from
9     anyone from the King Street Patriots regarding voter ID?
10              MR. SWEETEN:  Objection, asked and
11    answered.  I'm also going to object, because it
12    potentially implicates communications from a
13    constituent.  And so with that, I'm going to go ahead
14    and instruct you not to answer that.  It's already been
15    asked and answered.
16        Q.   (By Ms. Westfall)  Did you already -- did you
17    take any phone calls from Paul Bettencourt related to
18    photo ID on behalf of Representative Harless?
19              MR. SWEETEN:  Objection, asked and
20    answered.
21              MS. WESTFALL:  You may answer.
22              MR. SWEETEN:  Same instruction.
23              MS. WESTFALL:  Are you instructing him not
24    to answer?
25              MR. SWEETEN:  I am.  I think you're asking



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Colby Beuck                                                May 14, 2012

                                                                    244

```
 1   for constituent communications.  I think that's within
 2   the privilege.  It's one of the categories that we've
 3   been asserting.
 4              MS. WESTFALL:  Are you asserting a
 5   privilege over the fact that a communication was made?
 6              MR. SWEETEN:  First of all, he's already
 7   answered this question.  So if you're just asking the
 8   fact, was a communication made, I will let him answer
 9   whether he received those.  I think I know the answer,
10   though, but I'm going to let him answer it again.
11              So you can go ahead and do it, Colby, if
12   you can.
13              THE WITNESS:  Okay.
14      Q.   (By Ms. Westfall)  Did you receive any phone
15   call from anyone with the King Street Patriots related
16   to photo ID that were made in to Representative Harless?
17      A.   Yes.
18              MR. SWEETEN:  That were made in to?
19              MS. WESTFALL:  That were called in to
20   Representative Harless's office.
21              MR. SWEETEN:  Okay.  All right.  He's --
22   he can answer as to whether contact was made.  He will
23   not answer the substance.
24              Once again, the prefatory remarks on
25   your question, you're asking about substance, and I'm
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Colby Beuck                                                May 14, 2012

245

1  not going to continue to allow you to do that.  That is
2  improper.  You're asking about substance of
3  conversation.  So I'll let him talk about contact.
4  We'll talk about the privilege log like you said, but
5  I'm not going to let him get into the substance of any
6  conversations.
7              MS. WESTFALL:  I understand that.  The
8  question's not improper.  It's relevant.  It's within
9  Rule 26.  You're asserting a privilege.  You can
10 instruct your witness not to answer.  That's how we've
11 been operating today.
12             MR. SWEETEN:  Okay.  He's answered the
13 question I think you asked.  I'm not going to let him
14 reveal substance of the communication.  I've been very
15 clear about that.
16             MS. WESTFALL:  I'm now going to ask my
17 question to make my record.  I understand your position
18 on privilege.
19    Q.   (By Ms. Westfall)  What was the nature and the
20 substance of the communication and phone call from the
21 King Street Patriots regarding photo ID?
22             MR. SWEETEN:  Do not answer the question
23 proposed.  She's asking about substance of
24 communications.  You don't have to do that.
25    Q.   (By Ms. Westfall)  Did you receive a phone



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Colby Beuck                                          May 14, 2012

246

```
 1   call --
 2           MR. SWEETEN:  Let me just say for the
 3   record, it's protected by the legislative privilege.  Go
 4   ahead.
 5       Q.  (By Ms. Westfall)  Did you receive a phone call
 6   from Paul Bettencourt regarding photo ID issues in
 7   Representative Harless's office?
 8       A.  No.
 9       Q.  Did you receive any phone call from Catherine
10   Engelbrecht concerning photo ID issues?
11           MR. SWEETEN:  Objection, asked and
12   answered.
13       Q.  (By Ms. Westfall)  You may answer.
14       A.  Yes.
15       Q.  What was that call regarding or concerning?
16           MR. SWEETEN:  Don't reveal communications
17   between constituents that contacted your office.  It's
18   covered by the legislative privilege.
19       Q.  (By Ms. Westfall)  In Texas, are there as many
20   driver's license offices as polling locations to your
21   knowledge?
22           MR. SWEETEN:  You can answer if you know.
23       A.  I don't know the exact numbers of either of
24   those.
25       Q.  (By Ms. Westfall)  Have there been any driver
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com