# Exhibit 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF TEXAS,    ) | |
|         Plaintiff,    ) | |
|    ) | |
| V.    ) | |
|    ) | |
| ERIC H. HOLDER, JR.,    ) | |
| in his official capacity    ) | |
| as Attorney General of    ) | |
| the United States,    ) | |
|         Defendant.    ) | |
|    ) | |
| ERIC KENNIE, et al.,    ) | |
|    Defendant-Intervenors,    ) | |
|    ) | |
| TEXAS STATE CONFERENCE    ) | CASE NO. 1:12-CV-00128 |
| OF NAACP BRANCHES, et al.,    ) | (RMC-DST-RLW) |
|    Defendant-intervenors,    ) | Three-Judge Court |
|    ) | |
| TEXAS LEAGUE OF YOUNG    ) | |
| VOTERS EDUCATION FUND, et al.,    ) | |
|    Defendant-Intervenors,    ) | |
|    ) | |
| TEXAS LEGISLATIVE BLACK    ) | |
| CAUCUS, et al.,    ) | |
|    Defendant-Intervenors,    ) | |
|    ) | |
| VICTORIA RODRIGUEZ, et al.,    ) | |
|    Defendant-Intervenors.    ) | |

---
ORAL DEPOSITION OF
REPRESENTATIVE PATRICIA HARLESS
May 15, 2012
---

        ORAL DEPOSITION OF REPRESENTATIVE PATRICIA HARLESS,
produced as a witness at the instance of the Defendant, and duly
sworn, was taken in the above-styled and numbered cause on the
15th day May, 2012, from 9:42 a.m. to 7:11 p.m., before Amy C.
Kofron, CSR in and for the State of Texas, reported by machine
shorthand, at the offices of the United States Attorney, 816
Congress Avenue, Austin, Texas, pursuant to the Federal Rules of
Civil Procedure and the provisions stated on the record or
attached hereto.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
 1                  A P P E A R A N C E S
 2      FOR THE PLAINTIFF:
        Mr. Patrick Sweeten
 3      Mr. Matthew H. Frederick
        OFFICE OF THE ATTORNEY GENERAL OF TEXAS
 4      P.O. Box 12548
        Austin, Texas 78711-2548
 5
 6      FOR THE DEFENDANT:
        Mr. Daniel J. Freeman
 7      Ms. Elizabeth S. Westfall
        Ms. Risa Berkower
 8      Ms. Jennifer Maranzano
        Mr. Bruce Gear
 9      U.S. DEPARTMENT OF JUSTICE
        950 Pennsylvania Avenue NW
10      NWB Room 7203
        Washington, DC 20530
11
12      FOR THE DEFENDANT-INTERVENORS, TEXAS
        STATE CONFERENCE OF NAACP BRANCHES AND
13      MEXICAN AMERICAN LEGAL CAUCUS:
        Mr. Ezra Rosenberg
14      DECHERT, L.L.P.
        902 Carnegie Center
15      Suite 500
        Princeton, New Jersey 08540-6531
16
17      FOR THE DEFENDANT-INTERVENOR, KENNIE:
        Mr. Chad Dunn
18      BRAZIL & DUNN, L.L.P.
        4201 Cypress Creek Parkway
19      Suite 530
        Houston, Texas  77068
20
21
22
23
24
25
```


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
 1                               INDEX
 2
 3      Appearances. . . . . . . . .                           2
 4      REPRESENTATIVE PATRICIA HARLESS
 5           Examination by Mr. Freeman. . .                   5
 6           Examination by Mr. Rosenberg. . .               274
 7      Signature and Changes. . . .                         292
 8      Reporter's Certificate. . .                          294
 9
10                              EXHIBITS
11      NO.   DESCRIPTION                                   PAGE
12      (Exhibits 1-10 referred to were marked in previous depositions)
13      11    Deposition Notice                               13
14      12    Press Release                                   35
15      13    Texas Legislature Bills by Committee            37
16      14    Population and Voter Data                       82
17      15    Population and Voter Data                       89
18      16    Press Release                                  102
19      17    House Journal                                  115
20      18    House Debate Transcript Vol. I                 116
21      19    "Making the Case for Photo IDs at the polls"   133
22      20    Houston Chronicle NewsRoom                     142
23      21    May 9, 2012 letter                             155
24      22    Caucus Members Pledge Press Release            177
25      23    Plaintiff's Interrogatory Responses            218
```


Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

| | | | |
|---|---|---|---|
| 1 | 24 | House Debate Transcript Vol. II | 246 |
| 2 | 25 | Recognized Tribes List | 255 |
| 3 | 26 | House Committee Transcript Vol. III | 267 |
| 4 | 27 | Texas Response to Motion to Compel | 268 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1   submitted for the 82nd Legislature related to photographic voter
2   identification?
3       A.   It was a bill that was prefiled because it's got a low
4   number.  Is it photographic or is it --
5           MR. SWEETEN:  Just take your time.  You can
6   review it.
7       A.   I think this was the bill that was similar to the bill
8   filed in -- yeah, driver's license.  Yeah.  It's a photographic
9   identification bill, yes.
10      Q.   Why did you take a more prominent position on this
11  issue in the 82nd Legislature?
12          MR. SWEETEN:  Don't reveal any communications
13  that you've had with other legislators, staff, state agencies,
14  constituents or Texas Legislative Council, and don't reveal
15  thoughts, mental impressions or opinions about legislation.  To
16  the extent you're not doing so, you can answer that question.
17      A.   Well, it's difficult to answer that without revealing
18  communications with constituents, but I will say it's an issue
19  that was important to my district.
20      Q.   Did you have any communications in 2010, prior to
21  filing this bill, concerning photographic voter ID with
22  constituents?
23      A.   That's privileged.
24          MR. SWEETEN:  I'm going to object to legislative
25  privilege.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
 1        Q.   I'm going to ask not in favor or opposed, so I'm not
 2   going to ask the position, but I want to ask as a matter of
 3   subject matter whether you had any such conversations.  And I
 4   think that --
 5             MR. SWEETEN:  You can answer that question.  You
 6   can identify as to the subject matter that he's saying.  You can
 7   identify whether you had constituent communications and the form
 8   and the approximate date, if you're able to.
 9        A.   Yes.
10        Q.   Did you have -- did you speak with anyone from ALEC,
11   the American Legislative Exchange Council?
12        A.   No.
13        Q.   Did you speak with anyone from the King Street
14   Patriots?
15        A.   No.
16        Q.   Did you speak with anyone from any other Tea Party
17   groups?
18        A.   No.
19        Q.   Did you speak with Catherine Engelbrecht?
20        A.   Prior to this legislation?
21        Q.   Yes.
22        A.   No.
23        Q.   Did you speak with her after this legislation?
24        A.   That's privileged.
25        Q.   As a matter -- not as a matter of whether she
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
 1    supported or opposed the legislation, but just about voter ID.
 2                MR. SWEETEN:  You can testify about whether or
 3    not you had contact and with whom the contact was with.  Don't
 4    go into the subject matter of it.
 5        A.   I had contact with her after the committee hearing
 6    on --
 7        Q.   Do you remember the approximate date?
 8        A.   No.
 9        Q.   But the hearing was -- do you remember which
10    particular committee hearing?
11        A.   The committee hearing where this legislation went
12    through.
13        Q.   Okay.  And this was S.B. 14?
14        A.   Yes.
15        Q.   So March 2011?
16        A.   Yes.
17        Q.   Okay.  Did you have any conversations with Paul
18    Bettencourt?
19        A.   No.
20        Q.   Did you have any conversations with any experts,
21    political scientists, concerning photographic voter ID before
22    filing this bill?
23        A.   I would have to say probably no.
24        Q.   Okay.  Did you have any conversations with any
25    experts, including political scientists, at any time after you
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
 1      filed this bill concerning photographic voter ID?
 2           A.   I have concerns that those are privileged.  But we
 3      were doing due diligence in the legislation, so I am probably
 4      sure there were some conversations with experts.
 5           Q.   Just to jump back real quickly to Ms. Engelbrecht, how
 6      many times did you speak with her?
 7           A.   Maybe once or twice.
 8           Q.   Was it on the phone?
 9           A.   She came by the office after the committee hearing.
10           Q.   Okay.  And how long was the conversation?
11           A.   Ten minutes.
12           Q.   Okay.  Did you have any conversations -- excuse me.
13      Who are the experts who you had conversations with?
14           A.   I can't recall.  I don't know for sure that I did.
15           Q.   Did you ever speak with an individual named Hans von
16      Spakovsky?
17           A.   No, I didn't.
18           Q.   Are you aware of any conversations that occurred with
19      Mr. Von Spakovsky?
20           A.   I think my chief of staff may have, but I don't know
21      for sure.
22           Q.   Okay.  That's fine.  Did you ever have any
23      conversations with George Hammerline?
24           A.   Yes.
25           Q.   When did that occur?
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
 1         A.   Probably after -- probably after they announced that I
 2    would be carrying the bill in the House.
 3         Q.   And who is George Hammerline?
 4         A.   He's someone who works for one of the government
 5    agencies in Harris County.  I can't tell you which one.  He used
 6    to work with Paul Bettencourt before Bettencourt left office.
 7         Q.   Okay.  Did you speak with him in person?
 8         A.   He came by the office.
 9         Q.   About how long was the conversation or conversations?
10         A.   Longer than I wanted.  Maybe five, ten minutes.
11         Q.   Okay.  Did you ever have any conversations with any
12    minority groups concerning photographic voter ID?
13         A.   I can't tell you for sure, but I know that after it
14    was announced that we would carry the legislation, there were a
15    number of groups that came back to visit about --
16         Q.   Do you recall any of the names of those groups?
17         A.   It seems like League of Women Voters was probably one,
18    but I can't recall all of them.  And I didn't meet with them.
19         Q.   Who did?
20         A.   I would -- I don't know if one of the interns did,
21    Julie or Colby.  I'm not sure.
22         Q.   Did you make any changes to either your proposed bill,
23    H.B. 112 or S.B. 14 as a result of concerns expressed by these
24    groups?
25                   MR. SWEETEN:  Hold on a minute.  Don't reveal any
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
 1      thoughts, mental impressions or opinions about legislation or
 2      conversations or the substance of conversations with any
 3      legislator, staff, state agency, TLC or constituents.
 4           A.   That is privileged.
 5           Q.   Okay.  Who drafted the bill that you have in front of
 6      you, H.B. 112?
 7           A.   Leg Council.
 8           Q.   What input did you provide?
 9                MR. SWEETEN:  Don't talk about the specific
10      substance of any input or communications you've had with TLC.
11           A.   None.
12           Q.   Who else provided input concerning the substance of
13      the bill?
14                MR. SWEETEN:  Again, I think that you're asking
15      her to provide mental impressions, opinions about legislation or
16      conversations that she's had with the individuals or entities
17      named.  So I'm going to instruct you not to answer based on
18      legislative privilege.
19           Q.   If you can indicate if you're not answering on the
20      basis of privilege, that would be great.
21           A.   Not answering based on privilege.
22           Q.   Okay.  Thank you.  Are you aware of whether the
23      speaker provided input concerning the substance of H.B. 112?
24                MR. SWEETEN:  Same objection, same instruction.
25           A.   Privileged.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com