# Exhibit 8

```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA


STATE OF TEXAS,                    :
                                   :
          Plaintiff,               :     Docket No. CA 12-128
                                   :
     vs.                           :     Washington, D.C.
                                   :     Friday, July 13, 2012
ERIC H. HOLDER, JR., in his        :        9:05 a.m.
official capacity as               :        (Day Five)
Attorney General of                :
the United States,                 :
                                   :
          Defendant, and           :
                                   :
ERIC KENNIE, et al.,               :
                                   :
          Defendant-Intervenors.   :
----------------------------------x



                    TRANSCRIPT OF BENCH TRIAL
              BEFORE THE HONORABLE DAVID S. TATEL
                  UNITED STATES CIRCUIT JUDGE
               THE HONORABLE ROSEMARY M. COLLYER
                THE HONORABLE ROBERT L. WILKINS
                  UNITED STATES DISTRICT JUDGES



APPEARANCES:

For the Plaintiff:         ADAM MORTARA, Esquire
                           ASHA L. I. SPENCER, Esquire
                           JOHN M. HUGHES, Esquire
                           Bartlit Beck Herman
                           Palenchar & Scott LLP
                           54 West Hubbard Street
                           Suite 300
                           Chicago, IL  60654
```

```
Appearances continued:


For the Plaintiff:         JONATHAN F. MITCHELL, Esquire
                           MATTHEW FREDERICK, Esquire
                           PATRICK SWEETEN, Esquire
                           STACEY NAPIER, Esquire
                           Office of Attorney General of Texas
                           209 West 14th Street, 7th Floor
                           Austin, TX 78701

For the Defendant:         ELIZABETH S. WESTFALL, Esquire
                           DANIEL J. FREEMAN, Esquire
                           MEREDITH E.B. BELL-PLATTS, Esquire
                           BRUCE I. GEAR, Esquire
                           JENNIFER L. MARANZANO, Esquire
                           BRYAN L. SELLS, Esquire
                           U.S. Department of Justice
                           950 Pennsylvania Avenue, NW
                           Washington, DC  20530


For Defendant-             EZRA D. ROSENBERG, Esquire
Intervenors:               Dechert LLP
                           902 Carnegie Center
                           Suite 500
                           Princeton, NJ  08540-6531


                           JOSEPH GERALD HEBERT, Esquire
                           J. Gerald Hebert, P.C.
                           191 Somervelle Street,
                           Suite 405
                           Alexandria, VA  22304


                           NANCY ABUDU, Esquire
                           American Civil Liberties Union
                           Foundation, Inc.
                           230 Peachtree Street NW
                           Suite 1440
                           Atlanta, GA  30303

                           CHAD W. DUNN, Esquire
                           Brazil & Dunn
                           4201 FM 1960 West
                           Suite 530
                           Houston, Texas  77068
```

1        I think even when we, once we actually talked to some of
2   the agencies, it was unclear even if we had started way earlier
3   that we could get the data in time.  So we went about figuring
4   it out.
5            JUDGE TATEL:  That's not what record shows, sir.
6        I had a hearing where we went through that chapter and
7   verse, sir.  You could have gotten it from some of these
8   agencies in as short of two or three weeks.
9            MR. HUGHES:  Your Honor, I wasn't participating in
10  that hearing.  I'm sorry and I'm not totally familiar with the
11  details.
12       But given what happened, the way we analyzed whether
13  Texans possessed all forms of SB 14 ID was to conduct a survey
14  asking those questions which again, Professor Ansolabehere
15  suggested was a valid methodological approach.
16       I want to turn now to what I call show stopper number
17  two on Professor Ansolabehere's approach which is he employed
18  the same flawed approach that brought down the database match
19  in Crawford.
20       Mr. Mortara showed in his opening the Crawford District
21  Court opinion that said the database match there was hopelessly
22  flawed because the expert in Crawford did not attempt to clean
23  the bloated voter rolls and the Supreme Court did not disturb
24  that holding of course.
25       Here the undisputed evidence from the testimony of Keith

1  Ingram, the director of Texas Elections is that the Texas rolls
2  are bloated.
3      It's also undisputed that Professor Ansolabehere did
4  nothing to clean the registered voter list.  He cleaned the DPS
5  but not the registered voter list, and that's why we have over
6  50,000 dead people that Professor Ansolabehere said will be
7  disenfranchised and hundreds of thousands of people like
8  Mr. Mortara's brother-in-law Mr. Craft, our law partner Mr.
9  Byers who the Department of Justice says will be
10 disenfranchised who moved.
11      Those are nice celebrity examples that Mr. Mortara
12 showed yesterday but there are categorical problems with what
13 Professor Ansolabehere did and it's exactly the same thing that
14 brought down the list in Crawford, and the fact that he didn't
15 clean the rolls and that the rolls are bloated, those are
16 undisputed facts and sufficient to bring down his analysis.
17      JUDGE COLLYER:  So can we now take this down?  It's
18 in the way of people.
19      MR. HUGHES:  I was going to come to it later.
20      JUDGE COLLYER:  Never mind.
21      MR. HUGHES:  The third show stopper, and this
22 requires a little bit more explanation is Professor
23 Ansolabehere employed a completely biased matching protocol.
24 We are aware of the bias against women.  I won't spend any time
25 on that.