IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br>   Plaintiffs, <br><br> v. <br><br>RICK PERRY, *et al.*, <br><br>   Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br>   Plaintiff, <br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br>   Plaintiff-Intervenors, <br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br>   Movant-Intervenors, <br><br> v. <br><br>STATE OF TEXAS, *et al.*, <br><br>   Defendants, <br><br>TRUE THE VOTE, <br><br>   Movant-Intervenor. | Civil Action No. 2:13-cv-263 (NGR) |

2

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, <br><br>    Plaintiffs, <br><br>    v. <br><br>JOHN STEEN, *et al.*, <br><br>    Defendants. | Civil Action No. 2:13-cv-291 (NGR) |

### **[PROPOSED] ORDER DENYING MOTION TO INTERVENE OF TRUE THE VOTE**

On this date, the Court considered the Motion to Intervene of True the Vote, memorandum in support, and the response thereto.

Accordingly, it is ORDERED that the Motion to Intervene of True the Vote is DENIED in all respects.

SIGNED on this _____ day of _____, 2013.

                                                                                          _____
                                                                                          NELVA GONZALES RAMOS
                                                                                          UNITED STATES DISTRICT JUDGE

2