IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DELEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEZ, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMLEY, JANE DOE, JOHN DOE, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), AND DALLAS COUNTY, TEXAS,<br><br>*Plaintiffs*,<br><br>v.<br><br>RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State,<br><br>*Defendants*. | Case No. 2:13-cv-00193 |

## MOVANTS MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES AND TEXAS STATE CONFERENCE OF NAACP BRANCHES' NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Amy L. Rudd and gives notice that Myrna Pérez has been designated as additional co-counsel of record for Movants Mexican American Legislative Caucus, Texas House of Representatives and Texas State Conference of NAACP Branches.

The complete contact information for Myrna Pérez to be entered on the Court's electronic docket is:

> Myrna Pérez
> Texas Bar No. 24041676
> Brennan Center for Justice
> NYU School of Law
> 161 Avenue of the Americas, 12th Floor
> New York, New York 10013
> Phone: (646) 292-8329
> Facsimile: (212) 463-7308

Please see that all notices of settings, as well as all other communications relating to this matter are provided to Myrna Pérez, utilizing e-mail address: myrna.perez@nyu.edu.

Respectfully submitted this 1st day of November, 2013.

Ezra D. Rosenberg
Dechert LLP
902 Carnegie Center, Suite 500
Princeton, New Jersey  08540-6531
Telephone:  (609) 955-3222
Facsimile:  (609) 955-3259
ezra.rosenberg@dechert.com

*/s/ Amy L. Rudd*
Steven B. Weisburd
State Bar No. 24054515
Amy L. Rudd
State Bar No. 24043561
S.D. Tex. No. 1149768
Lindsey B. Stelcen
State Bar No. 24083903
Dechert LLP
500 W. 6th Street, Suite 2010
Austin, TX 78701
Telephone:  (512) 394-3000
Facsimile:  (512) 394-3001
lindsey.stelcen@dechert.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule LR5 on November 1, 2013.

*/s/ Amy L. Rudd*
Amy L. Rudd