# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>   Plaintiffs,<br><br>  v.<br><br>RICK PERRY, *et al.*,<br><br>   Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*,<br><br>   Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*,<br><br>   Movant-Intervenors,<br><br>  v.<br><br>STATE OF TEXAS, *et al.*,<br><br>   Defendants,<br><br>TRUE THE VOTE,<br><br>   Movant-Intervenor. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>JOHN STEEN, *et al.*,<br><br>　　　　　　　Defendants. | Civil Action No. 2:13-cv-291 (NGR) |

**(PROPOSED) ORDER**

　　　Pursuant to Fed. R. Civ. P. 16 and upon consideration of the parties' joint report of the Rule 26(f) meeting and joint discovery/case management plan, the following schedule is hereby **ORDERED**:

1. Fact discovery shall conclude on August 15, 2014.  Notwithstanding the limits set forth in Fed. R. Civ. P. 30(a)(2), Plaintiffs, Plaintiff-Intervenors, and Movant- Intervenors Texas Association of Hispanic Judges and Commissioners, et al. (if intervention is granted) shall be permitted to depose sixty (60) fact witnesses collectively.  Likewise, Defendants and Movant-Intervenor True the Vote (if intervention is granted) shall be permitted to depose sixty (60) fact witnesses collectively.

2. The deadline to amend pleadings is August 15, 2014.

3. Expert disclosure under Fed. R. Civ. P 26(a)(2)(A) and disclosure of all expert reports under Fed. R. Civ. P. 26(a)(2)(B) shall be no later than September 5, 2014.  Disclosure of rebuttal experts and disclosure of rebuttal reports shall be no later than October 6, 2014.  Disclosure of surrebuttal experts and disclosure of surrebuttal reports shall be no later than October 31, 2014.  Expert discovery shall conclude on November 21, 2014.

4. Daubert motions shall be filed on or after December 1, 2014.

5. Between October 21, 2014, and December 23, 2014, the parties may engage in limited fact discovery related only to the November 2014 federal election.  Notwithstanding Fed. R. Civ. P. 33(b)(2) and 34(b)(2)(A), the party responding to discovery must serve or produce, where applicable, answers, objections, and responsive documents within twenty-one (21) days of service.

6. Dispositive motions shall be filed by January 12, 2015; responses shall be filed by February 11, 2015; and replies shall be filed by February 23, 2015.  For any dispositive

    motions filed prior to January 12, 2015, responses shall be filed within thirty (30) days and replies within ten (10) days after that.

7. The pretrial statement shall be filed two weeks prior to the pretrial conference.

8. The parties will be ready for trial as of March 17, 2015.

_____
NELVA GONZALES RAMOS
United States District Judge