# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br>    Plaintiffs, <br><br>v. <br><br>RICK PERRY, *et al.*, <br><br>    Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br>    Plaintiff, <br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br>    Plaintiff-Intervenors, <br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br>    Movant-Intervenors, <br><br>v. <br><br>STATE OF TEXAS, *et al.*, <br><br>    Defendants, <br><br>TRUE THE VOTE, <br><br>    Movant-Intervenor. | Civil Action No. 2:13-cv-263 (NGR) |

|   |   |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*,<br><br>            Plaintiffs,<br><br>  v.<br><br>JOHN STEEN, *et al.*,<br><br>            Defendants. | Civil Action No. 2:13-cv-291 (NGR) |

### (PROPOSED) ORDER

Pursuant to Fed. R. Civ. P. 16 and upon consideration of the parties' joint report of the Rule 26(f) meeting and joint discovery/case management plan, the following schedule is hereby **ORDERED**:

1. Fact discovery shall conclude on May 2, 2014. Notwithstanding the limits set forth in Fed. R. Civ. P. 30(a)(2), Plaintiffs, Plaintiff-Intervenors, and Movant- Intervenors Texas Association of Hispanic Judges and Commissioners, et al. (if intervention is granted) shall be permitted to depose sixty (60) fact witnesses collectively. Likewise, Defendants and Movant-Intervenor True the Vote (if intervention is granted) shall be permitted to depose sixty (60) fact witnesses collectively.

2. Expert disclosure under Fed. R. Civ. P 26(a)(2)(A) and disclosure of all expert reports under Fed. R. Civ. P. 26(a)(2)(B) shall be no later than May 9, 2014. Disclosure of rebuttal experts and disclosure of rebuttal reports shall be no later than June 6, 2014. Disclosure of surrebuttal experts and disclosure of surrebuttal reports shall be no later than June 13, 2014. Expert discovery shall conclude on July 15, 2014.

3. Daubert motions shall be filed on or after July 22, 2014; responses shall be filed by August 4, 2014; and replies shall be filed by August 11, 2014.

4. Dispositive motions shall be filed by July 22, 2014; responses shall be filed by August 4, 2014; and replies shall be filed by August 11, 2014. For any dispositive motions filed prior to July 22, 2014, responses shall be filed within thirty (30) days, but no later than August 4, 2014, and replies shall be filed within ten (10) days after responses, but no later than August 11, 2014.

5. The pretrial statement shall be filed two weeks prior to the pretrial conference.

6. The parties will be ready for trial as of September 2, 2014.

                                                                               _____
NELVA GONZALES RAMOS
United States District Judge