IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>          Plaintiffs,<br><br>    v.<br><br>RICK PERRY, *et al.*,<br><br>          Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*,<br><br>          Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*,<br><br>          Movant-Intervenors,<br><br>    v.<br><br>STATE OF TEXAS, *et al.*,<br><br>          Defendants,<br><br>TRUE THE VOTE,<br><br>          Movant-Intervenors, | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*,<br><br>                Plaintiffs,<br><br>    v.<br><br>JOHN STEEN, *et al.*,<br><br>                Defendants. | Civil Action No. 2:13-cv-291 (NGR) |

**CORPORATE DISCLOSURE STATEMENT AND STATEMENT
OF INTERESTED PARTIES OF THE TEXAS STATE CONFERENCE OF
NAACP BRANCHES AND THE MEXICAN AMERICAN LEGISLATIVE CAUCUS**

      Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Order for Conference and Disclosure of Interested Parties, neither The Texas State Conference of NAACP Branches nor the Mexican American Legislative Caucus of the Texas House of Representatives has a parent corporation or issues stock.  The Texas State Conference of NAACP Branches is an affiliate of the national NAACP.   There are no other persons with a financial interest in the outcome of this matter.

      Respectfully submitted this 5th day of November, 2013.


s/ Amy L. Rudd
Steven B. Weisburd
TX Bar No. 24054515
S.D. Tex. No. 1691215
Amy L. Rudd
TX Bar No. 24043561
S.D. Tex. No. 1149768
Lindsey B. Stelcen
TX Bar No. 24083903
Dechert LLP
500 W. 6th Street, Suite 2010
Austin, Texas 78701
Telephone: (512) 394-3000
lindsey.stelcen@dechert.com

Ezra D. Rosenberg
NJ Bar No. 012671974
DC Bar No. 360927
Dechert LLP
902 Carnegie Center, Suite 500
Princeton, New Jersey 08540-6531
Telephone: (609) 955-3222
ezra.rosenberg@dechert.com

Robert Notzon
The Law Office of Robert Notzon
TX Bar No. 00797934
1502 West Avenue
Austin, Texas 78701
Telephone: (512) 474-7563
Facsimile: (512) 474-9489
Robert@NotzonLaw.com

WendyWeiser
NY Bar No. 2919595
Myrna Pérez
NY Bar No. 24041676
Vishal Agraharkar
NY Bar No. 4931457
Jennifer Clark
NY Bar No. 5064100
The Brennan Center for Justice at NYU Law School
161 Avenue of the Americas, Floor 12
New York, New York 10013-1205
Telephone: (646) 292-8329
wendy.weiser@nyu.edu
myrna.perez@nyu.edu
vishal.agraharkar@nyu.edu
jennifer.clark@nyu.edu

Clay Bonilla
TX Bar No. 24055193
S.D. Tex. No. 596241
Daniel G. Covich
TX Bar No. 04906500
S.D. Tex. No. 10706
The Law Offices of William Bonilla, P.C.
2727 Morgan Ave.
Corpus Christi, Texas 78405
Telephone: (361) 882-8284
claybonilla@hotmail.com
Daniel@bonillalaw.com

Gary Bledsoe
TX Bar No. 02476500
PotterBledsoe, L.L.P.
316 West 12th Street, Suite 307
Austin, Texas 78701
Telephone: (512) 322-9992
garybledsoe@sbcglobal.net

Jose Garza
Law Office of Jose Garza
TX Bar No. 07731950
7414 Robin Rest Drive
San Antonio, Texas 98209
Telephone: (210) 392-2856
garzapalm@aol.com

Robert A. Kengle
(Admitted in MD, no bar number)
Mark A. Posner
DC Bar No. 457833
Sonia Kaur Gill
NY Bar No. 4749891
Erandi Zamora
CA Bar No. 281929
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue, N.W., Suite 400
Washington, D.C. 20005
Telephone: (202) 662-8389
mposner@lawyerscommittee.org

Kim Keenan
DC Bar No. 419241
Marshall Taylor
DC Bar No. 454615
Victor Goode
MD Bar No. 08145525
NAACP
4805 Mt. Hope Drive
Baltimore, Maryland 21215
Telephone: (410) 580-5120
kkeenan@naacpnet.org
mtaylor@naaacpnet.org
vgoode@naacpnet.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2013, I served a true and correct copy of the foregoing via the Court's ECF system on all counsel of record.

s/ Amy L. Rudd
Amy L. Rudd
TX Bar No. 24043561
S.D. Tex. No. 1149768
Dechert LLP
500 W. 6th Street, Suite 2010
Austin, TX 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
Amy.rudd@dechert.com
