Marianne Serpa, Deputy-in-Charge
US District Clerk's Office
1133 N Shoreline Blvd # 208
Corpus Christi TX 78401
 361-888-3142

Oct 28 13

Clerk, U.S. District Court
Southern District of Texas
FILED

NOV 0 4 2013

David J. Bradley, Clerk of Court

I am an Interested Party pro se in VEASEYvPERRY 2:13cv193 Docs 23 & 36.

I suggest a 2nd ballot for limited voting for Texas State House candidates with candidates on the limited voting ballot in about four districts beyond their own to loosen winners ties to liars and fellow travelers, inhibit tyranny and promote turnover.

Li (Michael?) Li, Slater & Matsil LLP, 17950 Preston Rd # 1000, Dallas 75252-5793, 972-732-1001, Fax 9218 claims only ¼ of 18-24 Texas voters participated in the 2012 elections. Contact Matt Naber, Editor Three Rivers Progress, 109 W Alexander, Three Rivers TX 78071, 361-786-3022.

I lack and want more info on this case and an account so I don't need to specify what I want in detail.

George West High School senior Shelby James was elected vice president of the High School Republicans of Texas (HSRT). Her picture with Todd Staples, Com'r Texas Dept of Agriculture, PO Box 12847, Austin 78711-2847, 512-463-7476, Fax 1104 was on the front page of the Oct 16 Progress.

*Robert M Allensworth*
Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419



OFFICE OF THE SENATE PRESIDENT
STATE OF ILLINOIS

JOHN J. CULLERTON
SENATE PRESIDENT

327 STATE CAPITOL
SPRINGFIELD, ILLINOIS 62706
217-782-2728

<u>**Via United States Mail**</u>

June 20, 2012

Robert M. Allensworth- B14522
BMRCC
P.O. Box 900
Ina, IL 62846

Re: **FOIA Request Received June 14, 2012**

Dear Mr. Allensworth:

On June 14, 2012, this office received your letter dated June 12, 2012. While your letter does not state that you are making a Freedom of Information Act ("Act" or "FOIA") request ("Request"), we are treating your letter as a FOIA request.

In your letter you request "house and senate floor debates" on HB 5877 from the 97th General Assembly and SB 1582 from the 96th General Assembly.

Our office does not yet possess written transcripts for any floor debate on HB 5877. Furthermore, SB 1582 was never called for a vote on the House floor and therefore there is no written transcript available. However, we do have in our possession a Senate floor debate on SB 1582 from the 96th General Assembly which we have enclosed.

Thank you for your cooperation.

Sincerely,

Eric M. Madiar
FOIA Officer

EMM:sjg

R ALLENSWORTH B18522 4021

BMRCC 251 N IL 37 S

INA IL 62846 2419

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS



92

Clerk, U.S. District Court
Southern District of Texas
FILED

NOV 04 2013

David J. Bradley, Clerk of Court

Marianne Serpa, Deputy-in-Charge

US District Clerk's Office

1133 N Shoreline Blvd #208

Corpus Christi TX 78401