**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>RICK PERRY, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*,<br><br>        Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*,<br><br>        Movant-Intervenors,<br><br>        v.<br><br>STATE OF TEXAS, *et al.*,<br><br>        Defendants.<br><br>TRUE THE VOTE,<br><br>        Movant-Intervenor. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*,<br><br>     Plaintiffs,<br><br>    v.<br><br>JOHN STEEN, *et al.*,<br><br>     Defendants. | Civil Action No. 2:13-cv-291 (NGR) |

**CERTIFICATE OF INTERESTED PARTIES
SUBMITTED BY COUNSEL FOR PLAINTIFF-INTERVENORS TEXAS LEAGUE OF
YOUNG VOTERS EDUCATION FUND AND IMANI CLARK**

  Paragraph 2 of the Court's Order for Conference and Disclosure of Interested Parties ("Order") (*Veasey, et al.* v. *Perry, et al.*, ECF No. 2) instructs undersigned counsel for Plaintiff-Intervenors Texas League of Young Voters Education Fund and Imani Clark to submit a certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation. Undersigned counsel for Plaintiff-Intervenors are not aware of any such persons or entities, as listed above, that have a financial interest in the outcome of this case. If new parties are added and/or undersigned counsel become aware of persons or entities with a financial interest in the outcome of this case, undersigned counsel will amend this certificate pursuant to this Court's Order.


DATE:  November 7, 2013      Respectfully Submitted,

                /s/ Ryan P. Haygood

                Ryan P. Haygood
                *Attorney-in-Charge*

Christina A. Swarns
Natasha M. Korgaonkar
Leah C. Aden
NAACP Legal Defense and
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006
Tel: (212) 965-2200
Fax: (212) 226-7592

Danielle Conley
Jonathan Paikin
Kelly P. Dunbar
Sonya L. Lebsack
Gerard Sinzdak
M. Hasan Ali
Wilmer Cutler Pickering
Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

*Attorneys for Plaintiff-Intervenors Texas League of Young Voters Education Fund and Imani Clark*