UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-263 |
|---|---|---|---|
| United States ||||
| *versus* ||||
| State of Texas, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Robert S. Berman<br>United States Department of Justice<br>950 Pennsylvania Ave., N.W. - NWB<br>Washington, D.C. 20530<br>800-253-3931<br>Wisconsin, 1015402<br>Western District of Wisconsin |
|---|---|
| Seeks to appear for this party: | United States |
| Dated:      11/12/2013 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |

Dated: _____          _____
                                  United States District Judge