IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DELEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEX, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMLEY, JANE DOE, JOHN DOE, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), AND DALLAS COUNTY, TEXAS,<br><br>*Plaintiffs,*<br><br>v.<br><br>RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State,<br><br>*Defendants.* | CIVIL ACTION NO. 2:13-CV-193 (NGR)<br>[Lead case] |
| UNITED STATES OF AMERICA,<br><br>*Plaintiffs,*<br><br>v.<br><br>STATE OF TEXAS, JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br><br>*Defendants.* | CIVIL ACTION NO. 2:13-CV-263 (NGR)<br>[Consolidated case] |
| TEXAS STATE CONFERENCE OF NAACP BRANCHES; and the MEXICAN AMERICAN LEGISLATIVE CAUCUS OF THE TEXAS HOUSE OF REPRESENTATIVES, | |

1

|  |  |
|---|---|
| *Plaintiffs,*<br>v.<br><br>JOHN STEEN, in his official capacity as Secretary of State of Texas; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br><br>*Defendants.* | )<br>)<br>)   CIVIL ACTION NO.<br>)   2:13-CV-291 (NGR)<br>)   [Consolidated case]<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Defendants the State of Texas, Rick Perry, John Steen and Steve McCraw, by and through the Attorney General for the State of Texas, submit this Notice of Attorney Appearance as Co-Counsel. Defendants are represented by the Office of the Attorney General for the State of Texas. Stephen Ronald Keister has been assigned as co-counsel with John Scott.

Dated: November 13, 2013

Respectfully submitted.

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JONATHAN F. MITCHELL
Solicitor General

J. REED CLAY, JR.
Special Assistant and Senior Counsel
to the Attorney General
Southern District of Texas No. 1160600
Texas State Bar No. 24072039

JOHN B. SCOTT
Deputy Attorney General for Litigation
Southern District of Texas No. 10418
Texas State Bar No. 17901500
ATTORNEY-IN-CHARGE

ARTHUR C. D'ANDREA
RICHARD B. FARRER
Assistant Solicitors General

*S. Ronald Keister*
STEPHEN RONALD KEISTER
Assistant Attorney General
Southern District of Texas No. 18580
Texas State Bar No. 11185300

209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 475-0131

COUNSEL FOR THE STATE OF TEXAS,
RICK PERRY, JOHN STEEN, and STEVE
MCCRAW

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served by electronic mail on November 13, 2013 to the following individuals:

Armand Derfner
P.O. Box 600
Charleston, SC 29402
843-723-9804
Email: aderfner@dawlegal.com

Chad W. Dunn
Brazil & Dunn
4201 Cypress Creek Pkwy, Ste 530
Houston, TX 77068
281-580-6310 / Fax: 281-580-6362
Email: chad@brazilanddunn.com
*COUNSEL FOR PLAINTIFFS MARC VEASEY, SERGIO DELEON, JANE HAMILTON, FLOYD CARRIER, ANNA BURNS, MICHAEL MONTEZ, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN DOE, JOHN MELLOR-CRUMLEY, DALLAS COUNTY, TEXAS, JANE DOE, and LEAGUE OF UNITED LATIN AMERICAN CITIZENS*

Campaign Legal Center
215 E. Street, NE
Washington, D.C. 20002
202-736-2200 ext. 12 / Fax: 202-736-2222
GHebert@campaignlegalcenter.org
*COUNSEL FOR PLAINTIFF MARC VEASEY*

Kembel Scott Brazil
Brazil & Dunn
4201 Cypress Creek Parkway Suite 530
Houston, TX 77068
281-580-6310 / Fax: 281-580-6362
Email: scott@brazilanddunn.com

Neil G. Baron
914 FM 517 Rd W Suite 242
Dickinson, TX 77539
281-534-2748 / Fax: 281-534-4309
Email: neil@ngbaronlaw.com
*COUNSEL FOR PLAINTIFFS MARC VEASEY, SERGIO DELEON, JANE HAMILTON, FLOYD CARRIER, ANNA BURNS, MICHAEL MONTEZ, PENNY POPE, OSCAR ORTIZ, JOHN MELLOR-CRUMLEY, DALLAS COUNTY, TEXAS, JANE DOE*

Luis Roberto Vera, Jr
111 Soledad Ste 1325
San Antonio, TX 78205
210-225-3300 / Fax: 210-225-2060
Email: lrvlaw@sbcglobal.net
*COUNSEL FOR LEAGUE OF UNITED LATIN AMERICAN CITIZENS*

Anna Baldwin, Elizabeth S. Westfall, Daniel J. Freeman,
Jennifer L. Maranzano, Meredith Bell-Platts
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
202-305-4278
Email: anna.baldwin@usdoj.gov
Email: elizabeth.westfall@usdoj.gov
Email: daniel.freeman@usdoj.gov
Email: jennifer.maranzano@usdoj.gov
Email: meredith.bell-platts@usdoj.gov

Bruce I. Gear
Department of Justice
1800 G St NW
Washington, DC 20006
202-353-0419
Email: bruce.gear@usdoj.gov

John Albert Smith , III
Office of the US Attorney
800 N Shoreline Blvd  Ste 500
Corpus Christi, TX 78401
361-888-3111 / Fax: 361-888-3200
Email: john.a.smith@usdoj.gov
*COUNSEL FOR CONSOLIDATED PLAINTIFF UNITED STATES OF AMERICA*

Christina A. Swarns, Leah Aden, Natasha Korgaonkar, Ryan Haygood
NAACP Legal Defense and Educational Fund, Inc.
40 Rector St 5th Floor
New York, NY 10006
212-965-2200 / Fax: 212-229-7592
Email: cswarns@naacpldf.org
Email: laden@naacpldf.org
Email: nkorgaonkar@naacpldf.org
Email: rhaygood@naacpldf.org

Danielle Conley, Jonathan E. Paikin, Kelly Dunbar, Sonya Lebsack
Wilmer Cutler et al
1875 Pennsylvania Avenue NW
Washington, DC 20006
202-663-6703
Email: danielle.conley@wilmerhale.com
Email: jonathan.paikin@wilmerhale.com
Email: kelly.dunbar@wilmerhale.com
Email: sonya.lebsack@wilmerhale.com
*COUNSEL FOR CONSOLIDATED PLAINTIFF TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND and IMANI CLARK*

Rolando L. Rios
115 E Travis Ste 1645
San Antonio, TX 78205
210-222-2102 / Fax: 210-222-2898
Email: rrios@rolandorioslaw.com
*COUNSEL FOR TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS*

Joseph M Nixon
Bierne Maynard & Parsons
1300 Post Oak Blvd Ste 2500
Houston, TX 77056
713-871-6809 / Fax: 713-960-1527
Email: jnixon@bmpllp.com
*COUNSEL FOR TRUE THE VOTE*

Ezra D Rosenberg
Dechert LLP
902 Carnegie Ctr  Ste 500
Princeton, NJ 08540-6531
609-955-3222
Email: ezra.rosenberg@dechert.com

Amy L. Rudd
Dechert LLP
300 W 6th St Suite 2010
Austin, TX 78701
512-394-3000
Email: amy.rudd@dechert.com

6

Jennifer Clark, Vishal Agraharkar, Wendy Weiser, Ezra D. Rosenberg
Brennan Center for Justice
NYU School of Law
161 Avenue of the Americas 12th Fl
New York, NY 10013
646-292-8310
Email: jenniferl.clark@nyu.edu
Email: vishal.agraharkar@nyu.edu
Email: wendy.weiser@nyu.edu

Erandi Zamora, Mark A. Posner, Sonia Kaur Gill
Lawyers' Committee of Civil Rights Under Law
1401 New York Ave Ste 400
Washington, DC 20005
202-662-8345
Email: ezamora@lawyerscommittee.org
Email: mposner@lawyerscommittee.org
Email: sgill@lawyerscommittee.org
*COUNSEL FOR MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES AND TEXAS STATE CONFERENCE OF NAACP BRANCHES*

Robert M Allensworth
B14522
BMRCC 251 N IL 37 S
Ina, IL 62846-2419
*PRO SE*

            *S. Ronald Keister*
            STEPHEN RONALD KEISTER
            Assistant Attorney General