2:13cv193

Clerk of Court                                    Nov 6 13
PO Box 61010                                                    Clerk, U.S. District Court
                    1133 N Shoreline Blvd #208                  Southern District of Texas
HOUSTON TX 77208    Corpus Christi TX 78401                     FILED

                                                                NOV 12 2013

                                                                David J. Bradley, Clerk of Court

RE: United States v Texas 2:13 cv 193/263

I suggest a 2nd ballot by limited voting for Texas State House to loosen winners ties to liars, inhibit tyranny and promote turnover.

I suggest candidates be on the limited voting ballot on about three districts beyond their own.

Note mention of cumulative voting on back from HARPER v CHICAGO HEIGHTS 223 F3 593,9.

The professional political        Robert M Allensworth
class has found a way to          Robert M Allensworth B14522
keep most lawmakers from          BMRCC 251 N IL 37 S
being held accountable.           Ina IL 62846 2419

I got a copy of Instruments 56 & 57 admitting

M Hasan Ali & Gerard J Sinzdak pro hac vice.

NOTE HIGHLIGHTS in Scott Reeder STATEHOUSE COLUME:
In most Statehouse elections, the winner was a foregone conclusion long before Election Day.

When politicians fear the voters, we have democracy.

When voters fear the government, we have something more sinister.

Instead of voters picking legislators, legislators are picking
                                                           voters.

Scott Reeder is the journalist in residence at Illinois
     sreader@illioispolicy.org Policy Institute.

free newsletter go to ILNEWS.ORG
Twitter @scottreeder.

I suggest the two Illinois State House members now in each Senate district be elected by limited one man one vote voting.

DC CM/ECF LIVE- US District Court-Texas Southern     Page 15 of 17
Case 2:13-cv-00193   Document 68   Filed in TXSD on 11/12/13   Page 2 of 7
VEASEY v PERRY (Corpus Christi) 2:13 cv 193 /263

| | | |
|---|---|---|
| | | Daniel) (Entered: 08/30/2013) |
| 08/30/2013 | 14 | ORDER granting 12 Motion to Consolidate Cases: Lead Case No. 2:13cv193 and Member Case No. 2:13cv263.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, ) (Entered: 09/03/2013)  37 H@oot |
| 09/06/2013 | 16 | ORDER FOR ADMISSION PRO HAC VICE, granted. Attorney Leah C. Aden is admitted to represent Plaintiff-Intervenors for Texas League of Young Voters Education Fund and Imani Clark.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 17 | ORDER granting Admission Pro Hac Vice. Attorney Natasha M. Korgaonkar is representing Plaintiff-Intervenors for Texas League of Young Voters Education Fund and Imani Clark.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 18 | ORDER granting Admission Pro Hac Vice. Attorney Ryan P. Haygood is admitted to represent Plaintiff-Intervenors for Texas League of Young Voters Education Fund and Imani Clark.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 19 | ORDER granting Admission Pro Hac Vice. Attorney Jonathan E. Paikin is admitted to represent Plaintiff-Intervenor Texas League of Young Voters and Imani Clark. (Signed by Judge Nelva Gonzales Ramos) Parties notified. (jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 20 | ORDER granting Admision Pro Hac Vice. Attorney Sonya L. Lebsack represents Plaintiff-Intervenor Texas League of Young Voters and Imani Clark.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 21 | ORDER granting Admission Pro Hac Vice. Attorney Kelly Dunbar represents Plaintiff-Intervenor Texas League of Young Voters and Imani Clark.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 22 | ORDER granting Admission Pro Hac Vice. Attorney Danielle Conley represents Plaintiff-Intervenor Texas League of Young Voters and Imani Clark. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(jalvarez, 2) (Entered: 09/06/2013) |
| 09/10/2013 | 23 | Letter from Robert M. Allensworth, filed. (Per Houston - no fees were included with this letter) (mserpa, 2) (Entered: 09/13/2013) |
| 09/16/2013 | 24  29 | RESPONSE to 15 MOTION to Intervene filed by United States Of America. (Attachments: # 1 Exhibit)(Maranzano, Jennifer) (Entered: 09/16/2013) |
| 09/16/2013 | 26 | Mail Returned Undeliverable as to All Plaintiffs re: 13 Order on Motion to Appear Pro Hac Vice, filed. (vrios, 2) (Entered: 09/17/2013)  7 H@BGnT |
| 09/17/2013 | 25 | NOTICE of Appearance by John A. Smith III on behalf of United States Of America, filed. (Smith, John) (Entered: 09/17/2013) |
| 09/18/2013 | 27  31 | MOTION to Consolidate Lead Case No. 2:13-cv-193 and Member Case No. |

for USA v Texas   2:13 cv 193/203         Nov 6 13
from Robert M Allensworth B14522
     BMRCC 251 N IL 37 S
     Ina IL 62846 2419

*Robert M Allensworth* (signature)

Westlaw

Page 1 of 1

Date of Printing: Aug 27, 2013

KEYCITE

H Dillard v. Crenshaw County, 748 F.Supp. 819 (M.D.Ala. May 25, 1990) (NO. CIV A 85-T-1332-N)
Citing References: limited to selected document types
Positive Cases (U.S.A.)

*** Discussed
1 White v. State of Ala., 867 F.Supp. 1519, 1533+ (M.D.Ala. Oct 06, 1994) (NO. CIV. A. 94-T-94-N) " HN: 1,2 (F.Supp.)
2 Shelby County, Ala. v. Holder, 811 F.Supp.2d 424, 442+ (D.D.C. Sep 21, 2011) (NO. CIV.A. 10-0651 JDB) HN: 13 (F.Supp.)

** Cited
3 Shelby County, Ala. v. Holder, 133 S.Ct. 2612, 2646, 186 L.Ed.2d 651, 651, 81 USLW 4572, 4572, 13 Cal. Daily Op. Serv. 6569, 6569, 2013 Daily Journal D.A.R. 8199, 8199, 24 Fla. L. Weekly Fed. S 407, 407 (U.S. Jun 25, 2013) (NO. 12-96) (In dissent)
4 Alabama Legislative Black Caucus v. Alabama, 2013 WL 3976626, *43 (M.D.Ala. Aug 02, 2013) (NO. 2:12-CV-1081, 2:12-CV-691) HN: 13 (F.Supp.)
5 Alabama Legislative Black Caucus v. Alabama, 2013 WL 4102154, *15 (M.D.Ala. Aug 02, 2013) (NO. 2:12CV1081, 2:12CV691) HN: 13 (F.Supp.)
6 Wyatt By and Through Rawlins v. King, 793 F.Supp. 1058, 1061 (M.D.Ala. May 14, 1992) (NO. CIV. A. 3195-N) HN: 1 (F.Supp.)
7 Perdue v. Green, --- So.3d ----, 2012 WL 887492, *10 (Ala. Mar 16, 2012) (NO. 1101337, 1101506) " HN: 1,2 (F.Supp.)
8 Dunn v. Alabama State University Bd. of Trustees, 628 So.2d 519, 527, 88 Ed. Law Rep. 484, 484 (Ala. Oct 08, 1993) (NO. 1910469, 1910751, 1920953) HN: 10 (F.Supp.)

* Mentioned
9 Knight v. Alabama, 469 F.Supp.2d 1016, 1031, 216 Ed. Law Rep. 475, 475 (N.D.Ala. Dec 12, 2006) (NO. CV 83 M 1676 S) HN: 2 (F.Supp.)
10 Blalock v. Dale County Bd. of Educ., 33 F.Supp.2d 995, 998, 4 Empl. Prac. Dec. P 46,295, 46295, 137 Lab.Cas. P 33,849, 33849, 132 Ed. Law Rep. 476, 476 (M.D.Ala. Oct 06, 1998) (NO. CIV. A. 97-D-650-S) HN: 7 (F.Supp.)
11 In re Domestic Air Transp. Antitrust Litigation, 148 F.R.D. 297, 305, 61 USLW 2610, 2610, 1993-1 Trade Cases P 70,165, 70165 (N.D.Ga. Mar 22, 1993) (NO. 1:90-CV-2485-MHS, MDL 861) HN: 1 (F.Supp.)

© 2013 Thomson Reuters. All rights reserved.

http://web2.westlaw.com/print/printstream.aspx?utid=2&prft=HTMLE&pbc=BC6E23F9&...   8/27/2013

October 30, 2013

FOR TEXAS, USA
CORPUS CHRISTI - 2:17cv193
263

Robert McClelland 8/10/22

# Opinion

## STATEHOUSE
### Reeder
Scott Reeder

sreeder@illinoispolicy.org

**REDISTRICT**
*Voters aren't choosing lawmakers, lawmakers are choosing voters.*

When it comes to state legislative races, most of us don't have much of a choice in the voting booth.

In fact, during the last general election 42 percent of Illinois lawmakers didn't have an opponent at all.

And another 53 percent faced only nominal opposition, winning their races by a margin greater than 5 percent.

That leaves few competitive legislative races.

In 2012, only 10 of 194 legislative races – a mere 5 percent – were actually close.

So in most Statehouse elections, the winner was a foregone conclusion long before Election Day.

"I think a lot of people don't run because they don't think they can win," said Neil Anderson, of Rock Island who is seeking the Republican nomination for state senate. "The system we have now favors one party. The public deserves to have a choice in can-

isn't a consideration in the redistricting process," said Mike Lawrence, former director of the Paul Simon Public Policy Institute at Southern Illinois University. "The two considerations that do go into legislative redistricting, right now, are consolidation of political power and to a lesser extent protection of incumbents. Neither serves the public particularly well. That's why I support a change."

Instead of drawing districts with a good mix of Republicans, Democrats and independents, state politicians are deliberately drawn to favor one party – the one in control.

Democrats control the House, the Senate and governor's office.

The maps they have been drawn disproportionately favor their political party here in the Prairie State.

Republicans aren't any angels either.

In the states where the GOP has control, they often do the same thing.

It seems whichever party is in control, the professional politicians want to curtail the ability of voters to be heard.

didates."

Anderson, who expects to run against incumbent state Sen. Mike Jacobs, D-East Moline, in the 2014 general election said he has been told his race may well be the most competitive state senate race in Illinois.

A coalition called Yes for Independent Maps is pushing to have voters consider a constitutional amendment next year that would take the power to draw legislative maps away from legislators.

Instead, an independent commission would draw the boundaries of legislative districts. The commission members would be drawn from a pool of experts and selected in a manner similar to how jury members are picked.

Lincoln drawn into a partisan of gerrymandering districts designed to block the election prospects of one particular political party, the commission proposed would divorce themselves from partisan considerations.

It would seem a step in the right direction.

Whether it is an epistatic field, the business world or at the ballot box, competition makes for a better society.

It's time that more lawmakers to learn to compete in the marketplace of ideas.

The only way to get winners in such a contest is the voters.

Scott Reeder is a veteran statehouse reporter and the journalist in residence at the Illinois Policy Institute. He can be reached at sreeder@illinoispolicy.org. Readers can subscribe to his free political newsletter by going to ILNEWS.ORG or follow his work on Twitter @scottreeder.

"In Illinois, the public is really with how the legislative districts are drawn..."

professional political class had a way to keep most lawmakers from being held accountable to how they voted on important legislation, lawmakers drew up legislative districts.

[heavily redacted middle portion illegible]

KELLY CHEESMAN, CCR CCH
200 S QUAM
CORPUS CHRISTI TX GIFU

NOV 06 13

Clerk of Court
1133 N Shoreline Blvd # 208
Corpus Christi TX 78401

RE: ALLENSWORTH 9T CX 264 SDA

361-888-3142   www.txs.uscourts.gov.

USA v TEXAS (Corpus Christi) 2:13cv193/263.

ENCLOSED V IMP ON CUM VOTING ANN MY DUC 2J 876

IN VEASEY v PERRY (CORPUS CHRISTI) 2:13 cv 193/263

AND DILLARD-CRENSHAW CO AL 748 FS 819.

"[T]he court's order requires
the establishment of an
at-large system that uses
cumulative voting.
This came as a surprise to
the parties, who had not proposed any such structure."

Robert M Allensworth B14522
BMRCC 251 N IL 37 S
INA IL 62876 2419

HARPER v CHICAGO HEIGHTS 223 F3 593, 9.

I WANT HELP GETTING LIBRARY PASSES.

Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419

Signed before me this 5th
day of November, 2013

[signature]

OFFICIAL SEAL
JOANNA K. HOSCH
Notary Public - State of Illinois
My Commission Expires Sep 03, 2014

Robert M Allensworth B14522 4B21
BMRCC 251 N IL 37 S
Ina IL 62846 2419

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS

Marianne Serpa,
US District Clerk's Officer
1133 N Shoreline Blvd # 208
Corpus Christi TX 78401

Clerk, U.S. District Court
Southern District of Texas
FILED
NOV 12 2013
David J. Bradley, Clerk of Court