IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br> Movant-Intervenors, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants. <br><br> TRUE THE VOTE, <br><br> Movant-Intervenor. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN STEEN, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-291 (NGR) |

## NOTICE OF ERRATUM

Plaintiff United States of America hereby informs the Court of an erratum identified in the United States' Proposed Scheduling Order attached as Exhibit 1 to the Parties' Joint Report of the 26(f) Meeting and Joint Discovery/Case Management Plan (Nov. 4, 2013)(ECF No. 61-1). On page 1, in item number 5, the first sentence should read, "Between October 1, 2014, and December 23, 2014, the parties may engage in limited fact discovery related only to the November 2014 federal election." The dates set forth in the body of the parties' Joint Report are correct. A corrected copy of the United States' proposed scheduling order is attached hereto as Exhibit 1.

Date: November 13, 2013

                                                  Respectfully submitted,

KENNETH MAGIDSON                      JOCELYN SAMUELS
United States Attorney                        Acting Assistant Attorney General
Southern District of Texas                    Civil Rights Division

                                                  */s/Jennifer L. Maranzano*
                                                  T. CHRISTIAN HERREN, JR.
                                                  MEREDITH BELL-PLATTS
                                                  ELIZABETH S. WESTFALL
                                                  BRUCE I. GEAR
                                                  JENNIFER L. MARANZANO
                                                  ANNA M. BALDWIN
                                                  DANIEL J. FREEMAN
                                                  Attorneys, Voting Section
                                                  Civil Rights Division
                                                  U.S. Department of Justice
                                                  950 Pennsylvania Avenue, N.W.
                                                  Washington, D.C. 20530

## **CERTIFICATE OF SERVICE**

       I hereby certify that on November 13, 2013, I served a true and correct copy of the foregoing via the Court's ECF system on the following counsel of record:

John B. Scott
Office of the Texas Attorney General
john.scott@texasattorneygeneral.gov

*Counsel for Defendants*

Chad W. Dunn
Kembel Scott Brazil
Brazil & Dunn
chad@bradzilanddunn.com
scott@bazilanddunn.com

Neil G. Baron
Law Offices of Neil G. Baron
neil@ngbaronlaw.com

Armand Derfner
Derfner, Altman, & Wilborn
aderfner@dawlaw.com

Luiz Roberto Vera, Jr.
lrvlaw@sbcglobal.net

*Counsel for Veasey Plaintiffs*

Christina Swarns
Ryan P. Haygood
Natasha M. Korgaonkar
Leah C. Aden
NAACP Legal Defense and Educational
   Fund, Inc.
cswarns@naacpldf.org
rhaygood@naacpldf.org
nkorgaonkar@naacpldf.org
laden@naacpldf.org

Danielle Conley
Jonathan Paikin
Kelly P. Dunbar
Sonya L. Lebsack
WilmerHale LLP
danielle.conley@wilmerhale.com
jonathan.paikin@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com

*Counsel for Texas League of Young Voters Plaintiff-Intervenors*

Ezra D. Rosenberg
Amy L. Rudd
Dechert LLP
ezra.rosenberg@dechert.com
amy.rudd@dechert.com

Wendy Weiser
Jennifer Clark
Vishal Agraharkar
Brennan Center for Justice at NYU School of
    Law
wendy.weiser@nyu.edu
jenniferl.clark@nyu.edu
vishal.argraharkar@nyu.edu

Mark A. Posner
Sonia Kaur Gill
Lawyers' Committee for Civil Rights
mposner@lawyerscommittee.org
sgill@lawyerscommittee.org

*Counsel for Texas State Conference of
NAACP Branches Plaintiffs*

Joseph M. Nixon
Bierne, Maynard, & Parsons
jnixon@bmpllp.com

*Counsel for True the Vote Movant-Intervenor*

Rolando L. Rios
Law Offices of Rolando L. Rios
rrios@rolandorioslaw.com

*Counsel for Texas Association of Hispanic
County Judges and County Commissioners
Movant-Intervenor*

 

        */s/ Jennifer L. Maranzano*
        JENNIFER L. MARANZANO
        Voting Section
        Civil Rights Division
        Department of Justice
        Jennifer.maranzano@usdoj.gov