UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-193 |
|---|---|---|---|
| United States ||||
| *versus* ||||
| State of Texas, et al. ||||

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Robert S. Berman<br>United States Department of Justice<br>950 Pennsylvania Ave., N.W. - NWB<br>Washington, D.C. 20530<br>800-253-3931<br>Wisconsin, 1015402<br>Western District of Wisconsin |
| Seeks to appear for this party: | United States |
| Dated: 11/12/2013 | Signed: /s/ Robert S. Berman |

| | |
|---|---|
| The state bar reports that the applicant's status is: Active ||
| Dated: 11-13-13 | Clerk's signature: Donna Twell |

Order

Dated: 11/13/13

This lawyer is admitted *pro hac vice*.

United States District Judge