UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

David J Bradley        NOV 12 2013        Nov 8 13
Clerk of Court
515 Rusk #5401    David J. Bradley, Clerk of Court
Houston TX 77002        RE: USA v TEXAS 2:13 cv 193/263

I believe AL LEG BLACK CAUCUS v AL (MD AL) 2:12 cv 691 puts a hold on changing several AL settlements involving cumulative voting from about 1990.

Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419

I WANT AUG 02 13 ORDER IN LEG BLACK v AL 2:12 cv 691/1081

I would like your help getting info from the BMRCC library. I got this info about the Aug 2 Order in AL LEG BLACK CAUCUS V AL (MD AL) 2:12 cv 691/1081 on Nov 5 13.

I WANT UPDATED DOCKET SHEET FOR USA v TEXAS (SD TX) 2:13 cv 193/...

MY MOST RECENT WAS OCT OF

Page 1 of 1

Date of Printing: Aug 27, 2013

KEYCITE

H Dillard v. Crenshaw County, 748 F.Supp. 819 (M.D.Ala. May 25, 1990) (NO. CIV A 85-T-1332-N)
Citing References: limited to selected document types
Positive Cases (U.S.A.)
*** Discussed
1 White v. State of Ala, 867 F.Supp. 1519, 1533+ (M.D.Ala. Oct 06, 1994) (NO. CIV. A. 94-T-94-N) " HN: 1,2 (F.Supp.)
2 Shelby County, Ala. v. Holder, 811 F.Supp.2d 424, 442+ (D.D.C. Sep 21, 2011) (NO. CIV.A. 10-0651 JDB) HN: 13 (F.Supp.)
** Cited
3 Shelby County, Ala. v. Holder, 133 S.Ct. 2612, 2646, 186 L.Ed.2d 651, 651, 81 USLW 4572, 4572, 13 Cal. Daily Op. Serv. 6569, 6569, 2013 Daily Journal D.A.R. 8199, 8199, 24 Fla. L. Weekly Fed. S 407, 407 (U.S. Jun 25, 2013) (NO. 12-96) (in dissent)
4 Alabama Legislative Black Caucus v. Alabama, 2013 WL 3976626, *43 (M.D.Ala. Aug 02, 2013) (NO. 2:12-CV-1081, 2:12-CV-691) HN: 13 (F.Supp.)
5 Alabama Legislative Black Caucus v. Alabama, 2013 WL 4102154, *15 (M.D.Ala. Aug 02 2013) (NO. 2:12CV1081, 2:12CV691) HN: 13 (F.Supp.)
6 Wyatt By and Through Rawlins v. King, 793 F.Supp. 1058, 1061 (M.D.Ala. May 14, 1992) (NO. CIV. A. 3195-N) HN: 1 (F.Supp.)
7 Perdue v. Green, --- So.3d ----, 2012 WL 887492, *10 (Ala. Mar 16, 2012) (NO. 1101337, 1101506) " HN: 1,2 (F.Supp.)
8 Dunn v. Alabama State University Bd of Trustees, 628 So.2d 519, 527, 88 Ed. Law Rep. 484, 484 (Ala. Oct 08, 1993) (NO. 1910469, 1910751, 1920953) HN: 10 (F.Supp.)
* Mentioned
9 Knight v. Alabama, 469 F.Supp.2d 1016, 1031, 216 Ed. Law Rep. 475, 475 (N.D.Ala. Dec 12, 2006) (NO. CV 83 M 1676 S) HN: 2 (F.Supp.)
10 Blalock v. Dale County Bd. of Educ., 33 F.Supp.2d 995, 998, 4 Empl. Prac. Dec. P 46,295, 46295, 137 Lab Cas. P 33,849, 33849, 132 Ed. Law Rep. 476, 476 (M.D.Ala. Oct 06, 1998) (NO. CIV. A. 97-D-650-S) HN: 7 (F.Supp.)
11 In re Domestic Air Transp. Antitrust Litigation, 148 F.R.D. 297, 305, 61 USLW 2610, 2610, 1993-1 Trade Cases P 70,165, 70165 (N.D.Ga. Mar 22, 1993) (NO. 1:90-CV-2485-MHS, MDL 861) HN: 1 (F.Supp.)

© 2013 Thomson Reuters. All rights reserved.

http://web2.westlaw.com/print/printstream.aspx?utid=2&prft=HTMLE&pbc=BC6E23F9&...  8/27/2013