R Allensworth R14522 4P21
BMRCC 251 N IL 37 S
Ina IL 62846

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS

David J Bradley

Clerk of Court

515 Rusk #5401

Houston TX 77002

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

NOV 1 2 2013

David J. Bradley, Clerk of Court

