CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
1133 NORTH SHORELINE, RM. 208
CORPUS CHRISTI, TX 78401

OFFICIAL BUSINESS

Clerk, U.S. District Court
Southern District of Texas
FILED

NOV 12 2013

David J. Bradley, Clerk of Court



$ 000.46⁰
02 1P
0003176767   OCT 31 2013
MAILED FROM ZIP CODE 78401

2:13cv193
DE#57
DE#54

Anna Baldwin
U.S. Dept. of Justice
950 Pennsylvania Ave NW
NWB 7273
Washington DC 20009

NIXIE    208  SE 1009    0011/07/13
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 78401204258      *0488-08589-31-43