| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-00193 |
|---|---|---|---|
| Veasey et al. ||||
| *versus* ||||
| Perry et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Myrna Perez<br>Brennan Center for Justice at NYU School of Law<br>161 Avenue of the Americas, 12th Fl., New York, NY 10013<br>646-292-8329<br>TX-24041676 |
|---|---|
| Seeks to appear for this party: | Texas State Conference of NAACP & MALC |
| Dated: 11/18/2013 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: |
|---|
| Dated:            Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____            _____
                                                            United States District Judge