UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Marc Veasey, et al. | § | |
| | § | |
| *versus* | § | Civil Action 2:13−cv−00193 |
| | § | |
| Rick Perry, et al. | § | |

## NOTICE OF RESETTING

YOU ARE ORDERED TO APPEAR BEFORE:

**Nelva Gonzales Ramos, U.S. District Judge**

**United States Courthouse**

**3rd Floor Courtroom**

**1133 N. Shoreline**

**Corpus Christi, Texas 78401**

TO ATTEND THE FOLLOWING PROCEEDINGS:

**Miscellaneous Hearing : 11/22/2013 at 11:30 AM**

*Note: If appearing by phone, you must use a land line. No speaker phones or cell phones allowed.*

## BY ORDER OF THE COURT

**David J. Bradley, Clerk**                                             **Date: November 20, 2013**