**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| *Plaintiffs,* | § |
| | § |
| | §   Case No. 2:13-cv-00193 |
| TEXAS ASSOCIATION OF HISPANIC | § Consolidated  2:13-cv-00263 |
| COUNTY JUDGES AND COUNTY | § |
| COMMISSIONERS and MARIA LONGORIA | § |
| BENEVIDES | § |
| *Proposed Plaintiff Intervenor*, | § |
| | § |
| | § |
| | § |
| **V.** | § |
| RICK PERRY, Governor of Texas; and | § |
| JOHN STEEN, Texas Secretary of State | § |
| STEVE McCRAW, in his official capacity as | § |
| Director of the Texas Department of Public | § |
| Safety, | § |
| *Defendants,* | § |

Plaintiff-Intervenors  TEXAS ASSOCIATION OF HISPANIC COUNTY
JUDGES AND COUNTY COMMISSIONERS and MARIA LONGORIA
BENEVIDES Initial Rule 26 Disclosures

Plaintiff-Intervenors  file the following Rule 26 Disclosures:

*(i)     Persons with discoverable knowledge:*

1.  All of the members of the Texas Legislature in 2011 have information on the adoption of
Senate Bill 14; all of the members of the Texas Legislature in 2013 have information on the
adoption of Senate Bill 14 and, more importantly, the 2013 Texas Legislature had knowledge of
the Opinion issued in *Texas v. Holder*, 888 F. Supp. 2d 113 (D.D.C. 2012) (three-judge court). In
*Holder* the three judge court denied approval of SB 14 under Section 5 of the Federal Voting Rights
Act, 42 USC §1973c.

2.     Further, members of the 2013 Legislature and the named defendants were aware that in
*Holder*, the three judge court found the retrogressive effect of SB 14 as follows: "(1) a substantial
subgroup of Texas voters, many of whom are African American or Hispanic, lack photo ID; (2) the
burdens associated with obtaining ID will weigh most heavily on the poor; and (3) racial minorities
in Texas are disproportionately likely to live in poverty." Based on these findings, the Court

concluded that SB 14 would violate Section 5 of the Voting Rights Act "because it would in fact have a retrogressive effect on Hispanic and African American voters." *Id* at 138.

3.   Members of the 2011 and 2013 legislature have knowledge of the racial concerns expressed by the Hispanic and Black Legislators on the racial impact of SB14.

4.   Members of the Texas Association of Hispanic County Judges and County Commissioners have knowledge of the voting procedures used in Texas elections and the potential impact of SB14 on voter turnout.

5.   Intervenor Maria Longoria Benevides has knowledge about the impact of SB14 on her ability to vote.

6.   Every election administrator in Texas Counties has knowledge of Texas voting procedures.

7.   Individuals whose identity is not now known to the Plaintiff-Intervenors but whose identity is known to the Defendants and those in league with the Defendants.  These unknown individuals were involved in the actual process of passing SB14 by the legislature.   Some were employed the State of Texas and some were not.

8.   The Chairmen of the Republican and Democratic Parties of Texas.

9.   Persons currently unknown associated with the National Republican Party who participated in the strategy to suppress the voter turnout in Texas.

10.  Individuals currently unknown who contributed to a fund or funds to the support the passage of SB14 in Texas.   Individuals currently unknown who briefed or send documentation to these unknown contributors.

11.  Unknown accountants who would have knowledge of state funds that were spent relating to the passage of SB14 including funds used to pay attorneys or other professionals.

   *(ii)  Documents and tangible things:*

12.  The data to be used by the Plaintiff-Intervenors is primarily data electronically stored by the State of Texas, voter registration list stored by county election administrators and Census Data stored by the United States Census Bureau.   This includes but is not limited to publically available information and relates also to files maintained for or on behalf of the various legislative committees and or members of the public.

   *(iii)  Damages claimed:*

13.  Plaintiff-Intervenor does not claim direct financial damages. Pending discovery Plaintiff-Intervenor believes that the damages are related primarily to Constitutional and Statutory rights.

*(iv)  Insurance documents:*

14.  Plaintiff-Intervenor is unaware of any insurance policies relating to this matter.


DATED:  November 21, 2013                          Respectfully Submitted,


                                                   ROLANDO L. RIOS
                                                    115 E. Travis, Suite 1645
                                                   San Antonio, Texas 78205
                                                   Ph:     (210) 222-2102
                                                   Fax:    (210) 222-2898
                                                   E-mail:rios@rolandorioslaw.com


                                                   By:_____/  S  /_____
                                                   ROLANDO L. RIOS
                                                   SBN: 16935900
                                                   Attorney for Intervenor County Judges and
                                                   Commissioners


                            CERTIFICATE OF SERVICE

        I certify that on this a true and correct copy of this Rule 26 Disclosures has been
served upon the Defendants using the Federal Courts electronic filing system.


                                                   By:_____/  S  /_____
                                                   ROLANDO L. RIOS