David J Bradley, Clerk of Court
515 Rusk St, Rm 5401
Houston TX 77002

Nov 13 13

United States District Court
Southern District of Texas
FILED

NOV 1 8 2013

David J. Bradley, Clerk of Court

Docs 23 & 36 in TXSD 2:13 cv 193 are letters from me. I suggest a 2nd ballot by limited voting for Texas State House with candidates on the limited voting ballot in about three districts beyond their own.

I want a copy of Ralph Boyd's Sep 24 01 letter to attys for Haskell CISD on objection 00-4426 on reversing to cumulative voting/staggered term elections. County officials cited higher turnout for reversal. DOJ FOUND THEIR NUMBERS AND ASSERTIONS didn't withstand close scrutiny.
    -SDTX 2:13cv193 Doc 30 P 45 of 83 with appx.

I also want info on objections 94-1303 Morton cumulative voting and 94-2271 Andrews cumulative voting/staggered terms, Andrews v Reno (DDC 1995) Declaratory Jgmt 1-29-96.

I read Thomas Perez's Mar 5 12 letter to James Trainer III in above Doc 30 pp 80-83 and suggest a 2nd primary for Galveston Co Com'rs. If one dies, retires or becomes disabled a high placer by limited voting would be a prime candidate for the office.

"The status of both the commissioners court and the justice of the peace and constable plans under Section 5 is a relevant fact in petteway v Galveston County SDTX 3:11cv511."

I want info about this Petteway case.

Enclosed articles from Wise Co Messenger.

Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419