Robert M. [illegible]
BMRCC 1 N IL 37 S
Ina IL 62846 2419

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS

David J. Bradley, Clerk
515 Rusk St, Rm 5401
Houston TX 77002

United States District Court
Southern District of Texas
FILED
NOV 18 2013
David J. Bradley, Clerk of Court