# EXHIBIT C

# Affidavit of Provisional Voter

AW7-15-53, 9/13
Prescribed by Secretary of State
Sec. 63.011, Election Code

| Type of Election / Tipo de Elección | Precinct No. where voted / Núm. de Precinto-lugar de votación | Precinct No. where registered (if known) / Núm. de Precinto-inscrito para votar (si se sabe) | Date of Election / Fecha de la Elección | Authority Conducting Election / Autoridad Administrando la Elección |
|---|---|---|---|---|

# Affidavit of Provisional Voter (Declaración Jurada de Votante Provisional) (Ballot number if using DRE ___)

**TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.**

PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar.  Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2° grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

| Last Name /Apellido usual | First Name / Su nombre de pila | Middle Name (if any) / Segundo nombre (si tiene) | Former Name / Nombre anterior | Gender: (Optional) / Sexo (Optativo)  ☐ Male (Hombre)  ☐ Female (Mujer) | Date of Birth: Month, Day, Year / Fecha de nacimiento: mes, día, año  ☐☐ / ☐☐ / ☐☐☐☐ |
|---|---|---|---|---|---|

**Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. Or Business Address)**
Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)

**Mailing Address:  City, State, and ZIP.  If mail cannot be delivered to your residence address.** / Dirección postal: Ciudad, Estado y Código Postal (si es imposible entregarle correspondencia a su domicilio).

| TX Driver's License No. or Personal I.D. No. (Issued by Dept of Public Safety) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de  ☐☐☐☐☐☐☐☐ | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) / Número de Seguro Social. (Si no tiene licencia, de conducir ni identificación personal, se requiere  los últimos 4 números de su seguro social)  XXX-XX-☐☐☐☐ | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. Yo no tengo una licencia de conducir de  Texas/Cedúla de identidad personal de Texas ni un Número de Seguro Social. |
|---|---|---|

**Check appropriate box:  ARE YOU A UNITED STATES CITIZEN?**
Marque el cuadro apropiado: Soy ciudadano/a de los Estados Unidos        Yes ☐  /  Si        NO ☐  /  No

Signature of Voter / Firma del votante
X _____

## TO BE COMPLETED BY ELECTION JUDGE:

**VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION**

☐ Yes    ☐ No

**REASON FOR VOTING PROVISIONAL**

1. _____ Failed to present acceptable form of identification or voter certificate with exemption.
2. _____ Voter not on list of registered voters.
3. _____ Voter not on list, registered in another precinct.
4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. _____ Voting after 7:00 p.m. due to court order.
6. _____ Voter on list, but registered residence address outside the _____ political subdivision.
7. _____ Other: _____ (Please explain)

Sworn and subscribed to before me this date: _____

_____
Signature of Election Judge

---

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. _____ Voter presented acceptable form of identification within 6 days of election day.
2. _____ Voter met disability exemption within 6 days of election day.
3. _____ Voter executed religious objection affidavit within 6 days of election day.
4. _____ Voter executed natural disaster affidavit within 6 days of election day.
5. _____ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. _____ Not a registered voter or registration not effective in time for this election.
7. _____ Registered to vote, erroneously listed in wrong precinct.
8. _____ Registered to vote in a different precinct within the county.
9. _____ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.
10. _____ Voter erroneously removed from the list.
11. _____ Voter is not registered to vote in _____ political subdivision.
12. _____ Other: _____ (Please explain)

_____
Signature of Voter Registrar

---

**Action taken by the Early Voting Ballot Board:**   ☐ ACCEPTED   ☐ REJECTED   Signature of Ballot Board Judge: _____   Date _____