# EXHIBIT D

# Notice To Voter Who Must Provide Identification

AW5-22a
Prescribed by the Secretary of State
Advisory 2006-19, Texas Election Code Sec. 63.0101, 42 U.S.C. §§15301-15545.
9/13

## NOTICE TO VOTER WHO MUST PROVIDE IDENTIFICATION
### (FOR VOTERS VOTING BY MAIL)

There is an indication on the list of registered voters that you are a registered voter whose driver's license, personal identification or last 4 digits of your social security could not be verified at the time of registration.

Therefore, you are required to include a copy of one of the following documents when returning your ballot:

(1) Texas Driver's License issued by the Department of Public Safety ("DPS");
(2) Texas Election Identification Certificate issued by DPS;
(3) Texas Personal Identification Card issued by DPS;
(4) Texas Concealed Handgun License issued by DPS;
(5) United States Military Identification Card containing the person's photograph;
(6) United States Citizenship Certificate containing the person's photograph; or
(7) United States Passport.

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented at the polling place.

A copy of one of the above documents must be included inside your carrier envelope. If your carrier envelope is received without your documentation, your ballot will not be counted, unless you claim one of the exemptions below.

## EXEMPTIONS

If you are disabled, in the military, or living overseas, you are NOT required to include a copy of your identification. If you are exempt from providing identification, you must complete and return this form in the carrier envelope in order for your vote to count.

Indicate your status below, sign your name, and include this form in the carrier envelope.

☐ Disabled
☐ Military
☐ Overseas

_____
Signature of Voter

If you have any questions, please contact the early voting clerk's office at:

_____
Name and Phone # of Early Voting Clerk

AW5-22a
Prescrito por la Secretaria del Estado
Aviso 2006-19, Código Electoral de Texas Sec. 63.0101, 42 U.S.C. §§15301-15545.
9/13

## NOTIFICACIÓN AL VOTANTE QUIEN DEBERÁ DEMOSTRAR IDENTIFICACIÓN
## (PARA QUIENES VOTAN POR CORREO)

Hay una anotación en la lista de votantes inscritos que su licencia de conducir, su identificación personal o las últimas 4 cifras de su número de seguro social no los pudimos verificar en el momento de inscribirse.

Por lo tanto, es necesario incluir una copia de uno de los documentos a continuación cuando devuelva su boleta.

(1) Licencia de Conducir de Texas expedida por el Departamento de Seguridad Pública ("DPS", según sus siglas en inglés);
(2) Cédula de Identificación Electoral de Texas expedida por DPS;
(3) Tarjeta de Identificación Personal de Texas expedida por DPS;
(4) Licencia de Texas para Portar un Arma de Fuego Oculta expedida por DPS;
(5) Cédula de Identidad Militar de los Estados Unidos con fotografía de la persona;
(6) Certificado de Ciudadanía Estadounidense con fotografía de la persona; o
(7) Pasaporte de los Estados Unidos.

Con la excepción del certificado de ciudadanía estadounidense, la identificación deberá estar vigente; si no la está, no debe estar vencida más de 60 días en el momento de presentarla para calificar como votante en el sitio electoral.

**Tiene que incluir una copia de uno de los documentos anteriormente enumerados en el sobre de correo cuando devuelva su boleta. Si se recibe su sobre de correo sin su identificación, no se contará su boleta, a menos que reclame una de las siguientes exenciones.**

## EXENCIONES

Si esta discapacitado, en el militar, o viviendo en el extranjero, **NO** se requiere incluir una copia de su identificación. Si usted está exento de proporcionar su identificación, tiene que llenar y regresar esta forma en el sobre de correo para que su voto cuente.

Indique su estatus, firme su nombre, e incluya esta forma en el sobre de correo.

☐ Discapacitado
☐ Militar
☐ En el extranjero

------------------------------------------------------------
Firma de Votante

Si tiene alguna pregunta, por favor llame a la oficina del secretario de votación temprana al

Nombre del secretario de votación temprana