IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DELEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEX, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMLEY, JANE DOE, JOHN DOE, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), AND DALLAS COUNTY, TEXAS,<br><br>    *Plaintiffs,*<br><br>v.<br><br>RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State,<br><br>    *Defendants.* | CIVIL ACTION NO.<br>2:13-CV-193 (NGR)<br>[Lead case] |
| UNITED STATES OF AMERICA,<br><br>    *Plaintiffs,*<br><br>v.<br><br>STATE OF TEXAS, JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br><br>    *Defendants.* | CIVIL ACTION NO.<br>2:13-CV-263 (NGR)<br>[Consolidated case] |
| TEXAS STATE CONFERENCE OF NAACP BRANCHES; and the MEXICAN AMERICAN LEGISLATIVE CAUCUS OF THE TEXAS HOUSE OF REPRESENTATIVES, | |

|  |  |
|---|---|
| *Plaintiffs,*  <br>v.  <br><br>JOHN STEEN, in his official capacity as Secretary of State of Texas; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,  <br><br>*Defendants.* | )  <br>)  <br>)  CIVIL ACTION NO.  <br>)  2:13-CV-291 (NGR)  <br>)  [Consolidated case]  <br>)  <br>)  <br>)  <br>)  |

_____

## DEFENDANTS' NOTICE OF INITIAL DISCLOSURES

Pursuant to the Federal Rule of Civil Procedure 5(a), Defendants the State of Texas, Rick Perry, John Steen and Steve McCraw, by and through the Attorney General for the State of Texas, hereby notify all parties to this case that their Initial Disclosures to all counsel of record have been served on November 21, 2013.

                                                Respectfully submitted.

                                                GREG ABBOTT  
                                                Attorney General of Texas

                                                DANIEL T. HODGE  
                                                First Assistant Attorney General

                                                J. REED CLAY, JR.  
                                                Special Assistant and Senior Counsel  
                                                to the Attorney General

                                                */s/ John B. Scott*  
                                                JOHN B. SCOTT  
                                                Deputy Attorney General for Litigation  
                                                Southern District of Texas No. 10418  
                                                Texas State Bar No. 17901500  
                                                ATTORNEY-IN-CHARGE

                                                G. DAVID WHITLEY  
                                                Assistant Deputy Attorney General

>STEPHEN RONALD KEISTER
>Assistant Attorney General
>
>SEAN FLAMMER
>Assistant Attorney General
>
>209 West 14th Street
>P.O. Box 12548
>Austin, Texas 70711-2548
> (512) 475-0131
>
>COUNSEL FOR THE STATE OF TEXAS,
>RICK PERRY, JOHN STEEN AND STEVE
>MCCRAW

## CERTIFICATE OF SERVICE

   I hereby certify that on November 21, 2013, a true and correct copy of the foregoing document was served via the Court's ECF system on all counsel of record.

>*/s/ John B. Scott*
>JOHN B. SCOTT
>Deputy Attorney General for Civil Litigation