IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants. <br><br> TRUE THE VOTE, <br><br> Movant-Intervenor. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

v.

JOHN STEEN, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

## DECLARATION OF MARC VEASEY

Pursuant to 28 U.S.C. § 1746, I, Marc Veasey, declare as follows:

1. I am one of the named Plaintiffs in this case.
2. I live in Tarrant County, Texas and am registered to vote in Tarrant County.
3. I am currently a Member of Congress, elected from District 33 in the Dallas-Fort Worth region. I ran for Congress in the 2012 elections and intend to run for re-election in 2014.
4. In my 2012 election, my campaign engaged in substantial efforts to register and turnout voters. My re-election campaign in 2014 will do so as well.
5. As a result of the new Texas photo ID law (SB 14), I will incur significant new and burdensome costs to: educate potential voters in my congressional district about the new voter identification requirements; verify whether registered voters have acceptable identification; and assist voters who do not have acceptable identification to obtain it.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on this 19 day of November, 2013.

                                                  Marc Veasey