IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br>   Plaintiffs, <br><br> v. <br><br>RICK PERRY, *et al.*, <br><br>   Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br>   Plaintiff, <br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br>   Plaintiff-Intervenors, <br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br>   Movant-Intervenors, <br><br> v. <br><br>STATE OF TEXAS, *et al.*, <br><br>   Defendants. <br><br>TRUE THE VOTE, <br><br>   Movant-Intervenor. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>JOHN STEEN, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-291 (NGR) |

## DECLARATION OF EVELYN R. BRICKNER

Pursuant to 28 U.S.C. § 1746, I, Evelyn R. Brickner, declare as follows:

1. I was born on December 17, 1916. I moved to San Antonio, Texas approximately two years ago. I am currently registered to vote in Texas.
2. I, with the help of my daughter, tried to obtain a Texas state identification but was unable to do so, despite bringing numerous forms of documentation with me.
3. My daughter took me to a Department of Public Safety office on Friday, October 18, 2013. We brought my unexpired Ohio driver's license, my Social Security card, my Texas voter registration card, my Medicare identification, my credit cards, and a letter from my condo association stating I have lived there for two years. When we presented the documents, a DPS worker said my Social Security card and my Medicare card were not proof of citizenship and that I needed a certified copy of my birth certificate in order to get an ID.
4. After that trip, my daughter called the county where I was born and was able to get the county to send a certified copy of my birth certificate.
5. My daughter took me back to the DPS office a second time on Monday, October 28, 2013. When the DPS worker looked at the birth certificate, she said the name was not the same. My daughter told them of course it was not the same because I was married. But the DPS worker said I needed a certified copy of my marriage license to get an ID.
6. I was married August 8, 1936 and I do not have a copy of my marriage license. My daughter tried to get a certified copy of my marriage license by calling Auglaize County in Ohio, where I was married. The staff there looked five years before and five years after my wedding date but they were not able to find it.
7. My daughter also called Putnam County, Ohio, where my husband lived his entire life to see if the county had a marriage license on file. They did not have my marriage license either.
8. I did not vote on November 5, 2013 because it is extremely difficult for me to get around and because I did not want to be embarrassed at the polls. I was already embarrassed twice when I tried to obtain a state ID and was turned away, and I thought that trying to vote would be even worse with the lack of ID issue.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on this _15_ day of __NOVEMBER__, _2013_.

                                                     _Evelyn R. Brickner_
                                                   Evelyn R. Brickner