**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | |
|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DELEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEZ, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMLEY, JANE DOE, JOHN DOE, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), AND DALLAS COUNTY, TEXAS, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State <br><br> Defendants. | CIVIL ACTION NO. 2:13-CV-193 (NGR) [Lead case] |
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND; IMANI CLARK; AURICA WASHINGTON; CRYSTAL OWENS; AND MICHELLE BESSIAKE, <br><br> Plaintiffs-Intervenors, <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS and MARIA LONGORIA BENEVIDES, <br><br> Plaintiffs-Intervenors, <br><br> v. <br><br> STATE OF TEXAS, JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety, <br><br> Defendants. | CIVIL ACTION NO. 2:13-CV-263 (NGR) [Consolidated case] |

|  |  |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES; and the MEXICAN AMERICAN LEGISLATIVE CAUCUS OF THE TEXAS HOUSE OF REPRESENTATIVES,<br><br>                    Plaintiffs,<br><br>     v.<br><br>JOHN STEEN, in his official capacity as Secretary of State of Texas; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br><br>                    Defendants. | CIVIL ACTION NO. 2:13-CV-291 (NGR) [Consolidated case] |

**PLAINTIFFS TEXAS NAACP AND MALC'S**
**NOTICE OF INITIAL DISCLOSURES PURSUANT TO RULE 26**

Pursuant to Federal Rule of Civil Procedure 5(a), Plaintiffs Texas State Conference of NAACP Branches ("Texas NAACP) and the Mexican American Legislative Caucus of the Texas House of Representatives ("MALC") hereby notify all parties to this case that their Initial Disclosures to all counsel of record have been served on November 21, 201

Respectfully submitted,

/s/ Ezra D. Rosenberg
Ezra D. Rosenberg Dechert LLP
902 Carnegie Center, Suite 500
Princeton, New Jersey 08540-6531
Telephone: (609) 955-3222
Facsimile: (609) 955-3259
ezra.rosenberg@dechert.com

Steven B. Weisburd
State Bar No. 24054515
Amy L. Rudd
State Bar No. 24043561
S.D. Tex. No. 1149768
Lindsey B. Stelcen
State Bar No. 24083903
Dechert LLP
500 W. 6th Street, Suite 2010
Austin, TX 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
lindsey.stelcen@dechert.com

Robert A. Kengle
Mark A. Posner
Sonia Kaur Gill
Erandi Zamora
Lawyers' Committee for Civil
Rights Law
1401 New York Avenue, N.W.,
Suite Washington, D.C. 20005
Telephone: (202) 662-8389
Facsimile: (202) 628-2858
mposner@lawyerscommittee.org

Wendy Weiser
Myrna Pérez
State Bar No. 24041676
Vishal Agraharkar
Jennifer Clark
The Brennan Center for Justice at
NYU Law
School
161 Avenue of the Americas,
Floor 12
New York, New York 10013-1205
Telephone: (646) 292-8329
Facsimile: (212) 463-7308
wendy.weiser@nyu.edu
myrna.perez@nyu.edu
vishal.agraharkar@nyu.edu
clarkj@exchange.law.nyu.edu

Robert Notzon
The Law Office of Robert Notzon
State Bar No. 00797934
1502 West Avenue
Austin, Texas 78701
Telephone: (512) 474-7563
Facsimile: (512) 474-9489
Robert@NotzonLaw.com

Gary Bledsoe
State Bar No.: 02476500
PotterBledsoe, L.L.P.
316 West 12th Street, Suite 307
Austin, Texas 78701
Telephone: (512) 322-9992
Facsimile: (512) 322-0840
garybledsoe@sbcglobal.net

Kim Keenan
Marshall Taylor
Victor Goode
State Bar No. 08145525
NAACP
4805 Mt. Hope Drive
Baltimore, Maryland 21215
Telephone: (410) 580-5120
Facsimile: (410) 358-9350
kkeenan@naacpnet.org
mtaylor@naaacpnet.org
vgoode@naacpnet.org

Jose Garza
Law Office of Jose Garza
State Bar No. 07731950
7414 Robin Rest Drive
San Antonio, Texas 98209
Telephone: (210) 392-2856
garzapalm@aol.com

Clay Bonilla
State Bar No. 24055193
S.D. Tex. ID 596241
Daniel G. Covich
State Bar No. 04906500
S.D. Tex. ID 10706
The Law Offices of William
Bonilla, P.C.
2727 Morgan Ave.
Corpus Christi, Texas 78405
Telephone: (361) 882-8284
Facsimile: (361) 881-1031
claybonilla@hotmail.com
Daniel@bonillalaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 21, 2013, I served a true and correct copy of the foregoing via the Court's ECF system on all counsel of record.

                                                /s/ Lindsey B. Stelcen
                                                Lindsey B. Stelcen
                                                State Bar No. 24083903
                                                Dechert LLP
                                                500 W. 6th Street, Suite 2010
                                                Austin, TX 78701
                                                Telephone: (512) 394-3000
                                                Facsimile: (512) 394-3001
                                                lindsey.stelcen@dechert.com