US District Clerk's Office     NOV 22 2013     Nov 19 13

David J. Bradley, Clerk of Court

I seem to be the target of troublemakers and harrassers at BMRCC. I feel impelled to act in desperate ways. The filing date for the Mar 4 Texas primary is Dec 9. Time is running out. My latest docket for SDTX 2:13cv193 is Oct 8. What has happened since?

My enclosed note to the US Northern District of Texas was returned, can't use sued envelopes. Was the language over-reaching?

*Robert M Allensworth*
Robert M Allensworth B14522
BMRCC 251 N IL 82856
Ina IL 62846 2419

**INMATE MAIL PROCEDURES**
**BIG MUDDY RIVER CORRECTIONAL CENTER**

To:
NAME: Allensworth   NUMBER: B14522   DATE: 11-18-13
HOUSING UNIT: 4B21

- \_\_\_\_ All outgoing mail is required to have name, number and return address in the upper left hand corner of the envelope.
- \_\_\_\_ Outgoing privileged mail must be clearly marked and addressed to a privileged correspondent.
- \_\_\_\_ With the exception of privileged mail, all mail shall be left unsealed for processing.
- \_\_\_\_ State envelopes can only be used for…Legal mail, mail going overseas's and overweight mail.
- \_\_\_\_ This piece of mail is overweight. Please attach a request for payment of postage voucher and resubmit. Voucher must be signed in the (Request for payment of postage) box.
- \_\_\_\_ Stamp is unacceptable at the post office.
- \_\_\_\_ All money vouchers must be witnessed before being sent to the mailroom.
- \_\_\_\_ This correspondence is being returned to you as you are not allowed to enter sweepstakes.
- \_\_\_\_ Resident to Resident correspondence not allowed without permission of both Wardens.
- \_\_\_\_ NOT CONSIDERED LEGAL MAIL.
- \_\_\_\_ Upside down envelopes cannot be processed correctly.
- \_\_\_\_ You cannot order on credit or enter into contracts. Please attach a request for payment of postage voucher and resubmit.
- ✓ Comments from the mailroom: _Used envelopes not allowed._

DC 1000-37111                                                                                                    IL 8426-20660

ILLINOIS DEPARTMENT OF CORRECTIONS

$34

## Offender Authorization for Payment

Posting Document # _____  Date Nov 13 13

Offender Name __Allensworth_____  ID# __B14522__  Housing Unit __4P21__

Pay to ____HASKELL FREE PRESS_____

Address ____PO Box 555_____

City, State, Zip __HASKELL TX 79521_____

The sum of ____Thirty Four -_____ dollars and __no__ cents charged to my trust fund account, for the purpose of __New Subscription_____

☐ I hereby authorize payment of postage for the attached mail.   ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____  ID# B14522

Witness Signature _____

☒ Approved  ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender, Mail Room

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

*Printed on Recycled Paper*

US District Clerk's Office                    Nov 19 13
1133 N Shoreline Blvd # 208
Corpus Christi TX 78401

DOJ objected to HASKELL CISD's figures cumulative voting/
staggered terms. find they didn't pass close scrutiny
My latest docket is thru Oct 8. What has happened since?

Applications for the Mar 4 primary are due Dec 9 13.
Time is running out.
I focus on CAMERON & HIDALGO Cos and want something for 2014.

Merle R Hudgins, Republican Party Chair for Wharton Co
wrote in the Nov 06 El Campo Leader News that filing fees
for some offices can be substituted with a signed petition
of 2% of the registered voters for the area you want to
represent. Can such fees be waived for these counties?

Time is running out.

Marianne Serpa, Dep-in-Charge    Nov 18 13
Corpus Christi US District Clerk's Office
1133 N Shoreline Blvd # 208
Corpus Christi TX 78401

I want an updated Docket sheet for VEASEY v PERRY 2:13cv197
DOCS 23 & 36 in this case are letters from me. I suggest a
2nd ballot by limited voting for the Texas State House with
candidates on the limited voting ballot in about three
districts beyond their own. I HAVE DOCKET THRU OCT 8

DOJ objected to HASKELL CISD figures cumulative voting/
staggered terms finding they didn't pass scrutiny.
I want details. See SDTX 2:13cv193 DOC 30 page 45 of 83.

I wrote about this objection to several US District Clerk's
offices, County Clerks, Newspapers and others. I included
checks for subscriptions to some of the newspapers.
I also suggest a 2nd primary for Galveston Co Com'rs.

You may get some flac.
MISTAKES CAN BE CORRECTED BY
THE VOTERS IN 2016 AND LATER.

Robert M Allensworth
Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419

Time is important. The 4
primary is set for March 2014.

COPY CRAVE[?]

TO US ~~NORTHERN~~ DISTRICT OF TEXAS    Feb 10 13   NOV 18 13
to WARDEN,

from ALLENSWORTH B14522 4B21

Clerk, U.S. District Court
Southern District of Texas
FILED

NOV 2 2 2013

David J. Bradley, Clerk of Court

I WANT TO BUY STAMPED POSTCARDS AND UNSTAMPED ENVELOPES AT THE BMRCC COMMISBARY.

I HAVE SEN**t** YOU <u>MANY</u> SIMILAR REQUESTS.

ARE YOU A FOCUS POINT CHOKE MAN FOR <u>MUZZLERS</u>?

BOTH A~~RE~~ (are) ON THE IDOC APPROVED LISTS FOR MAX, MED, AND MIN SECURITY CORRECTIONAL CENTERS.

IF NOT YOU <u>WHO</u>?

*Allensworth*

c. I SENT SIMILAR NOTES TO OTHERS.

I have written to others and expect to keep writing I did <u>not</u> lure the then 12-year old neighbor boy who came up to me to ask if I had some money before about six boys and girls taunted m[e] money and ~~drew~~ threw rocks. I did <u>not</u> videotape neighbor boys who felt me up and ~~said~~ ON TAPE the camera didn't work.
    South East MO Mental Health Center
Mark Carich, our <u>ex</u> SDP staff director quit in May to become dir <u>Farmington</u> MO Sex Pred Unit. He has n~~ot~~ been replaced. An amendment to the IL SDP Act
REPLACED BY DR HOLT WHO SEEKS GRANTS.
died when the IL house failed to concur with a Senate amendment. <u>YOU</u> won't let me buy unstamped envelopes at BMRCC even though they are on the IDIC approved list.

I can't buy <u>many</u> envelopes but I can buy <u>some</u>.
I WANT MY 3 MONTHS ACCROSS THE BOARD FOR ASKING FOR UNSTAMPED ENVELOPS IN
I want my 2 months C grade etc for "trading and SOLD 2017 trafficking" xmas day expunged.

I talked with Jessica about the check the Butler MO newspaper returned to me through <u>you</u>.
I AM SUSPENDED FROM GROUPS UNTIL DEC 20.

Commissary List
Maximum Security

to US Northern    Nov 18 13
District of Texas
Karen S Mitchell, Clerk of Court
Jim Barton, Chief Dep Clerk
1100 Commerce # 1452
Dallas TX 75242-1003
   214-753-2201

DOCS 23 & 36 in VEASEY v PERRY SDTX 2:13 cv 193 are letters from me. I suggest a 2nd ballot by limited voting for the TEXAS State House with candidates on the limited voting ballot in about three districts beyond their own. This may loosen winners ties to liars, inhibit tyranny and promote turnover.

DOJ objected to HASKELL CISD's numbers, cumulative voting/ staggered terms, finding they didn't pass close scrutiny. See SDTX 2:13cv193 DOC 30 p 45 of 83.

I wrote to Abilene and other US District Clerk's offices.

I wrote to Marianne Serpa, Dep-in-Charge, Corpus Christi, for updated Docket in 2:13cv193. I am still expecting a reply.

BMRCC still refuses to sell unstamped envelopes except Manila

Robert M Allensworth
   Robert M Allensworth B14522
   BMRCC 251 N IL 37 S
   Ina IL 62846 2419

---

NO item that is not on this approved list can be sold on the commissary. Any changes or deviation from this approved list must be done through the Committee and will be presented to the Director to ensure consistency. However, because an item appears on this list, does not mean it must be sold on your commissary. But, keep in mind, if it appears on this list for your security level, he/she will be allowed to retain possession of said item. Items sold on your commissary should be based on the needs of the inmate population within your facility and the availability of space in your commissary.

Unstamped envelopes <u>are</u> on the IL DOC approved list.

Deleted items will not be available for purchase. However, will be allowable items and removed through attrition. Non Clear electronics/headphones that are under warranty can go out to be repaired, though will not be allowed back in.

It is the responsibility of each individual inmate to ensure that they only purchase items that can be stored in their property/correspondence boxes in compliance with the Administrative Directive for your respective security level. The accountability will be the responsibility of the inmate.

In accordance with DR535, the CAO has the authority to establish limits. Some purchase limits have been established on the approved list.

R ALLENSWORTH B14522 4821
BMRCC 251 P.K. 37.5
P.O. 16 62846 2410

Clerk, U.S. District Court
Southern District of Texas
FILED

NOV 22 2013

David J. Bradley, Clerk of Court

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS

US DISTRICT Clerk's Office
1133 N Shoreline Blvd # 208
Corpus Christi TX 78401