IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>RICK PERRY, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*,<br><br>        Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*,<br><br>        Plaintiff-Intervenors,<br><br>    v.<br><br>STATE OF TEXAS, *et al.*,<br><br>        Defendants.<br><br>TRUE THE VOTE,<br><br>        Movant-Intervenor. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*,<br><br>             Plaintiffs,<br><br>    v.<br><br>JOHN STEEN, *et al.*,<br><br>             Defendants. | Civil Action No. 2:13-cv-291 (NGR) |

## UNOPPOSED MOTION TO EXCEED PAGE LIMITS ON PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS

      Plaintiffs MARC VEASEY, *et al.*, (the "Veasey-LULAC Plaintiffs") request leave to exceed the page limits typically allowed for the Response to Defendants' Motion to Dismiss (Dkt. 52). The Response offered by Veasey-LULAC Plaintiffs contains 34 pages in the body. The extensive legal issues raised by the Motion to Dismiss, as well as the circumstances involved in this case, require a response of this length. Counsel for the Defendants (Mr. John Scott) has consented to this motion.

      WHEREFORE, Plaintiffs pray that this Honorable Court will grant this Motion to Exceed Page Limits, for the reasons set forth herein.

      This the 22nd day of November, 2013.

                                                Respectfully submitted,

                                                **BRAZIL & DUNN**

                                                 */s/ Chad W. Dunn*
                                                Chad W. Dunn
                                                Attorney-in-charge
                                                State Bar No. 24036507
                                                K. Scott Brazil

State Bar No. 02934050
Brazil & Dunn
4201 Cypress Creek Parkway, Suite 530
Houston, Texas  77068
Telephone:  (281) 580-6310
Facsimile:   (281) 580-6362
chad@brazilanddunn.com
scott@brazilanddunn.com



J. Gerald Hebert
D.C. Bar No. 447676
Campaign Legal Center
215 E Street, NE
Washington, DC 20002
Telephone (202) 736-2200 ext. 12
Facsimile (202) 736-2222
GHebert@campaignlegalcenter.org
(Pro Hac Vice Motion Granted Dkt. #13)

Neil G. Baron
State Bar No. 01797080
Law Office of Neil G. Baron
914 FM 517 W, Suite 242
Dickinson, Texas 77539
Telephone (281) 534-2748
Facsimile (281) 534-4309
neil@ngbaronlaw.com

David Richards
State Bar No. 16846000
Richards, Rodriguez & Skeith, LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701
Telephone (512) 476-0005
Facsimile  (512) 476-1513
daverichards4@juno.com

Armand G. Derfner
Derfner, Altman & Wilborn, LLC
P.O. Box 600
Charleston, S.C. 29402

Telephone (843) 723-9804
aderfner@dawlegal.com
(Pro Hac Vice Motion Granted Dkt. # 6)

*Attorneys for Plaintiffs Marc Veasey, Floyd James Carrier, Anna Burns, Michael Montez, Penny Pope, Jane Hamilton, Sergio DeLeon, Oscar Ortiz, Koby Ozias, John Mellor-Crummey, Jane Doe, James Doe, League of United Latin American Citizens ("LULAC") and Dallas County, Texas*

LUIS ROBERTO VERA, JR.
LULAC National General Counsel
State Bar No. 20546740
The Law Offices of Luis Vera Jr., and Associates
1325 Riverview Towers, 111 Soledad
San Antonio, Texas 78205-2260
Telephone (210) 225-3300
Facsimile (210) 225-2060
lrvlaw@sbcglobal.net

*Attorney for LULAC*

Craig M. Watkins
Dallas County District Attorney
State Bar No. 00791886
Teresa G. Snelson
Chief, Civil Division
Dallas County District Attorney's Office
State Bar. No. 08577250
411 Elm Street, 5th Floor
Dallas, TX 75202-4606
Telephone (214) 653-7358
Facsimile (214) 653-6134
Teresa.Snelson@dallascounty.org

*Attorneys for Dallas County, Texas*

4

## **CERTIFICATE OF SERVICE**

The undersigned here by certifies that a true and correct copy of the foregoing has been sent by electronic notice in accordance with the Federal Rules of Civil Procedure, to all counsel of record, this 22nd day of November, 2013:

>   */s/ Chad W. Dunn*
>   Chad W. Dunn