IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br> RICK PERRY, *et al.*, <br><br>　　　　　Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br>　　　　　Plaintiff, <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br>　　　　　Plaintiff-Intervenors, <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br>　　　　　Plaintiff-Intervenors, <br><br>　　v. <br><br> STATE OF TEXAS, *et al.*, <br><br>　　　　　Defendants. <br><br> TRUE THE VOTE, <br><br>　　　　　Movant-Intervenor. | Civil Action No. 2:13-cv-263 (NGR) |

1

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*,<br><br>             Plaintiffs,<br><br>      v.<br><br>JOHN STEEN, *et al.*,<br><br>             Defendants. | Civil Action No. 2:13-cv-291 (NGR) |

## **ORDER DENYING DEFENDANTS' MOTION TO DISMISS**

The Defendants have filed a motion to dismiss these consolidated actions (Dkt. #52). The Plaintiffs have filed timely oppositions thereto. The Court, having considered the Defendants' motion to dismiss, as well as the responses in opposition filed by various Plaintiffs, hereby DENIES the motion to dismiss.

SIGNED this the ____ day of _____, 2013.

                                               _____
                                               UNITED STATES DISTRICT JUDGE