IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>RICK PERRY, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*,<br><br>        Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*,<br><br>        Plaintiff-Intervenors,<br><br>v.<br><br>STATE OF TEXAS, *et al.*,<br><br>        Defendants.<br><br>TRUE THE VOTE,<br><br>        Movant-Intervenor. | Civil Action No. 2:13-cv-263 (NGR) |

1

| |
|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, |
| Plaintiffs, |
| v. |
| JOHN STEEN, *et al.*, |
| Defendants. |

Civil Action No. 2:13-cv-291 (NGR)

## ORDER GRANTING VEASEY-LULAC PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS

Pending before the court is the Veasey-LULAC Plaintiffs' Unopposed Motion for Leave to Exceed Page Limit with respect to Plaintiffs' Response to Defendants' Motion to Dismiss. The motion is hereby **GRANTED**.

SIGNED this the 22nd day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE