Plano US District Clerk's Office
7940 Preston Rd # 101
Plano TX 75024
   214-872-4800, FAX 4811

Nov 18 13

Clerk, U.S. District Court
Southern District of Texas
FILED
NOV 2 5 2013
David J. Bradley, Clerk of Court

DOCS 23 & 36 in VEASEY v PERRY SDTX 2:13 cv 193 are letters from me. I suggest a 2nd ballot by limited voting for the Texas State House with candidates on the limited voting ballot in about three districts beyond their own to loosen winners ties to liars, inhibit tyranny and promote turnover.

DOJ objected to HASKELL CISD's cumulative voting/staggered term figures finding they didn't pass close scrutiny. I wrote to Marsha Elliott, Dep-in-Charge, Abilene.

I want details. See 2:13 cv 193 SDTX DOC 30 page 45 of 83.

Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
NOV 20 2013
BY
DEPUTY _____

ILLINOIS DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF UNAUTHORIZED MAIL
### BIG MUDDY RIVER CORRECTIONAL CENTER

INMATE: **Allensworth**  NUMBER: **B14522**  H/U: **4B28**  DATE: **5-11-12**

Received from: **Star Gazette (Cass County)**

On today's date mail was received containing the following items and must be returned or destroyed.

- [ ] Cash or personal check
- [ ] Money order:
    Incomplete inmate info
    Incomplete purchaser info
    Over $200.00
- [x] Inappropriate photographs:
    Nudity **Shirtless infant**
    Polaroids **on cover of**
    Inmate
    Altered **Newspaper**
    Other: _____
- [ ] Hand-crafted items if heavily painted, glued or taped, cloth, leather, yarn, feather or flower

- [ ] Foreign substance
- [ ] Lottery tickets / gift certificates
- [ ] Postage stamps / stamped envelopes
- [ ] Stationary items:
    Pens/pencils/markers/crayons
    Blank paper
    Blank envelopes
    Folders
    Unused greeting cards
- [ ] Laminated / hard plastic items
- [ ] Musical cards / books

- [ ] Maps
- [ ] Stickers
- [ ] STG related material
- [ ] Third party mail
- [ ] Unauthorized mail from resident of a penal institution, house arrest or parole
- [ ] Unauthorized publication: _____
- [ ] Other: _____

- [ ] This item requires a money voucher to return.
- [ ] This item requires a large envelope to return.

**I HEREBY REQUEST THE FOLLOWING METHOD BE USED TO HANDLE MY MAIL WHICH CONTAINED CONTRABAND:**

- [ ] Please destroy the contraband and send me the rest of my mail, if any.
- [ ] Attached is an addressed, stamped envelope to return the contraband and send me the rest of my mail, if any.
- [ ] Attached is an addressed envelope and a signed money voucher to return the contraband and send me the rest of my mail, if any.

INMATE SIGNATURE

Distribution:
White – Mailroom
Yellow – Offender
Pink – Sender
Goldenrod – Offender

**\*\*\* ATTACH THIS FORM to the outside of the envelope that you are returning to the Mailroom WITHIN 30 DAYS or it will be destroyed\*\*\***

BMR 0002 (Eff 11/2011)

R. ACCENSWORTH B17522 %?2?
BMRCC 27 M R 77?
IMA R C28-6 2YC+

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS



Plano US District Clerk's

7940 Preston Rd # 101

Plano TX 75024

Clerk, U.S. District Court
Southern District of Texas
FILED

NOV 25 2013

David J. Bradley, Clerk of Court

7502432362 R086

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF TEXAS
7940 PRESTON ROAD, ROOM 210
PLANO, TEXAS 75024

OFFICIAL BUSINESS

Clerk, U.S. District Court
Southern District of Texas
FILED

NOV 25 2013

David J. Bradley, Clerk of Court



U.S. Courthouse
1133 N. Shoreline Blvd
Room 208
Corpus Christi, TX
78401

78401$2042