# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

Robert M Allensworth
B14522
BMRCC 251 N IL 37 S
Ina IL US 62846-2419

Clerk, U.S. District Court
Southern District of Texas
FILED

NOV 29 2013

David J. Bradley, Clerk of Court

---

Case: 2:13-cv-00193   Instrument: 70   (1 pages)   pty
Date: Nov 14, 2013
Control: 13116256
Notice: The attached order has been entered.

Robert S Berman
admitted pro hac vice.

---

US District Clerk's Office
Marianne Serpa, Dep-in-Charge TXSD       Nov 25 13
1133 N Shoreline Blvd #208
Corpus Christi TX 78401

I got yhe above order Nov 22. I am writing more Texas US District Clerks and Newspapers and others with my suggestion for a 2nd limited voting ballot for the Texas State House with candidates on the limited voting ballot in about two or three districts beyond their own district to loosen winners ties to liars and fellow travelers, inhibit tyranny and promote turnover.

If this suggestion doesn't go for the Mar 4 primary I suggest a close substitute for November. If it doesn't go in 2014 it may in 2016 or later.

DOJ objected to HASKELL CISD's figures cumulative voting/ stag terms finding they didn't pass close scrutiny. I want details. See Above case DOC 30 page 45 of 83 and Appx.

DOJ objected to Morton cum voting and Andrews cum/stag terms. See Doc 30 appx.

I wrote Glen Callison, Atty, I
mailed you Bill Conrad's Nov 10
article he announced for Texas
State House.

*Robert M Allensworth*
Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419

## News & Business

Plano Star Courier  Sunday, November 10, 2013      Home Delivery: 972-424-9504  **3A**

# Callison announces ...tion to seek House seat

### PARTY PRIMARIES SET FOR MARCH 4

**By Bill Conrad**
bconrad@...star...com

A longtime Plano Republican has announced his intention to run for the state House seat being vacated by Van Taylor.

Glenn Callison, a real estate attorney who has lived in Plano for 25 years, threw his hat into the ring Wednesday. Callison said with the seat opening up, he saw an opportunity to step up and serve as a conservative voice in Austin for the people of District 66.

While he has not previously served as an elected official, Callison said he feels his business background gives him the experience necessary to serve in Austin.

"For the last eight years I have served as the CEO, or managing partner, of my law firm," he said. "That has given me both the problem solving skills that I use for my clients day in and day out, but it has also helped me be a leader who understands the issues people are facing each day."

If he is elected, Callison said there are several issues that he feels should take top priority during the next legislative session — water and transportation.

"The good news is that Collin County is one of the fastest growing counties in the country, but without adequate water and transportation resources that growth will end," he said. "If that happens, it will impact our quality of life, our home values and our future growth."

Callison said even though Proposition 6 will use money from the state's rainy day fund to finance water projects, simply throwing money at the situation is not going to result in the problem's solving themselves.

"It takes smart, creative solutions and careful thinking about the problems to figure them out," he said.

Callison is married to Jean, who served on the Plano City Council for eight years. They are the parents of two children, both of whom are Plano ISD graduates. In addition to his law practice, Callison serves as the chairman of the board at Baylor Regional Medical Center of Plano, as well as chairman of The Heart Hospital at Baylor Plano. He has also served on boards for the Plano Education Foundation, Plano Family YMCA and Plano Symphony Orchestra.

The one-month filing period for the March 4 Republican and Democratic primaries begins Nov. 9.

*For continued coverage of local news, follow @Bill...on Twitter.*

Robert M Allensworth B14522 4B21
BMRCC 241 N IL 37 S
Ina IL 62846 2419

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS

Marianne Serpa, Dep-In Charge

US District Clerk's Office

1133 N Shoreline Blvd #208

Corpus Christi TX 78401

7 LEGAL MAIL

USPS $00.46 NOV 25 2013
MAILED FROM ZIPCODE 62846