Rosie Rodriguez, Dep-in-Charge
US District Clerk's Office
1300 Victoria #1131
Laredo TX 78040

United States District Court
Southern District of Texas
FILED Nov 25 13
NOV 29 2013
David J. Bradley, Clerk
Laredo Division

DOCS 23 & 36 in VEASEY v PERRY TXSD 2:13cv193 are letters from me. I suggest a 2nd ballot by limited voting for the Texas State House with candidates on the limited voting ballot in about two or three districts beyond their own to loosen winners ties to liars and fellow travelerers, inhibit tyranny and promote turnover.

DOJ objected to HASKELL CISD's figures cumulative voting/ staggered terms finding they didn't pass close scrutiny. I want details. See above case DOC 30 page 45 of 83 & appx.

DOJ objected to Morton and Andrews TX.

Robert M Allensworth
Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419

Robert M Allesworth B14522 4E21
RMRCC 251 N IL 37 S
Ina IL 62846 2419

LEGAL MAIL

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS

Rodriguez,
US District Clerk's Office
1300 Victoria #1131
Laredo TX 78040

UNITED STATES POSTAGE
02 1M
0004256687
MAILED FROM ZIPCODE 62846
$00.46
NOV 25 2013
PITNEY BOWES