UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-00193 |
|---|---|---|---|
| Veasey, et al. | | | |
| *versus* | | | |
| Perry, et al. | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Michelle Yeary<br>Dechert LLP<br>902 Carnegie Center, Suite 500<br>Princeton, New Jersey 08540-6531<br>(609) 955-3277<br>PA: 77258, NJ: 029251995<br>D.N.J., E.D.P.A., 3rd Cir. Ct. Appeals |
|---|---|
| Seeks to appear for this party: | Texas State Conference of NAACP Branches & MALC |
| Dated:  11/26/2013 | Signed: Michelle Yeary |

The state bar reports that the applicant's status is: Active

Dated: 11-27-13   Clerk's signature: Donna Terrell

Order

Dated: 12-2-13

This lawyer is admitted *pro hac vice*.

United States District Judge