UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-00193 |
|---|---|---|---|
| Veasey et al. | | | |
| *versus* | | | |
| Perry et al. | | | |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number / Federal Bar & Number | Myrna Perez<br>Brennan Center for Justice at NYU School of Law<br>161 Avenue of the Americas, 12th Fl., New York, NY 10013<br>646-292-8329<br>TX-24041676 |
|---|---|
| Seeks to appear for this party: | Texas State Conference of NAACP & MALC |
| Dated: 11/18/2013 | Signed: [signature] |

| The state bar reports that the applicant's status is: | Registered |
|---|---|
| Dated: 12/3/13 | Clerk's signature: [signature] |

Order

Dated: 12/3/13

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge