Clerk, U.S. District Court
Southern District of Texas
FILED

DEC 04 2013

David J. Bradley, Clerk of Court

Rebecca Moore, Div Office Mgr
US District Clerk's Office
111 E Broadway #190
Del Rio TX 78840

Nov 25 13

DOCS 23 & 36 in VEASEY v PERRY TXSD 2:13cv193 are letters from me. I suggest a 2nd ballot by limited voting for the Texas State House with candidates on the limited voting ballot in about two or three districts beyond their own to loosen winners ties to liars and fellow travelers, inhibit tyranny and promote turnover.

DOJ objected to HASKELL CISD's figures cumulative voting/ staggered terms. I want details. See Doc 30 page 45 of 83 in this suit with appx. DOJ objected to Andrews, same.

Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419

Robert M Allensworth B14522 4B21
BMRCC 251 N IL 37 S
Ina IL 62846 2419

RECEIVED
DEC 0 2 2013
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

LEGAL MAIL

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS

US District Clerk's Office
111 E Broadway #100
Del Rio TX 78840

Clerk, U.S. District Court
Southern District of Texas
FILED
DEC 0 4 2013
David J. Bradley, Clerk of Court



02 1M
1000 4266687
MAILED FROM ZIPCODE 62846
$ 00.46⁰
NOV 25 2013
PITNEY BOWES

7664065573 C022