# Jones County Clerk

LeeAnn Jennings

(325) 823-3762 Phone
(325) 823-3979 Fax

Clerk, U.S. District Court
Southern District of Texas
FILED
DEC 0 5 2013
David J. Bradley, Clerk of Court

P.O. Box 552
Anson, Texas 79501

November 21, 2013

Robert M. Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846-2410

to Marianne Serpa         Nov 27 13
US District Clerk's Office
1133 N Shoreline Blvd Rm 208
Corpus Christi TX 78401

To Whom It May Concern:    from Robert M Allensworth B14522

I will not be able to assist in any legal search.

The Jones County Courthouse has a law library which is open to the public from 8 to 5 Monday through Friday with the exception of designated holidays in which the Courthouse is closed. The law library is located on the third floor of the Jones County Courthouse, 100 Courthouse Square, Anson, Texas 79501.

Regards,

LeeAnn Jennings
Jones County Clerk

---

I got a copy of Insrument 86 (3 pages) pty Case 2:13cv193 Date Nov 22. SCHEDULING ORDER. ¶9 calling for pleading form, not correspondance form thru the US District Clerk and final note on informality suggest you are protecting liars, muzzlers, delayers, and deceivers.

I want action before the 2014 primary set for Mar 4 2014.

I want an updated docket sheet. I have ~~only~~ thru Oct 8 13. [Nov 22]

I suggest a 2nd ballot by limited voting for the Texas State House with candidates on the limited voting ballot in about two or three districts or parts of districts beyond their own district.

I got INITIAL DISCLOSURES from Texas State Conference of NAACP Branches served by first-class mail Nov 21 13, /s/ Ryan P Haygood, atty-in-Charge

I want a copy of my DOCs 50,51,63,68,71,80 & 87 and DOCs 76 ADVISORY of McGrw et al,81 Joint RESPONCE to 76 Advisory & 82 NOTICE of initial Disclosures McGraw.

Marianne Serpa, Dep-in-Charge         Nov 2? 13
US District Clerk's Office
1133 N Shoreline Blvd Rm 208
Corpus Christi TX 78401

DOCS 23 & 36 in USA v TEXAS TXSD 2:13cv193 are letters from me. I suggest a 2nd ballot by limited voting for the TEXAS (& ILLINOIS) State House with candidates on the limited voting ballot in about two or three districts beyond their own in Texas and one in Illinois. This may loosen winners ties to liars and fellow travelers, inhibit tyranny and promote turnover.

DOJ objected to HASKELL CISD's figures cumulative voting/ staggered terms finding they didn't pass close scrutiny. I want details. See above case DOC 30 page 45 & Appx A.

The TXSD US District Court mailed me DOC 70 Order signed Nov 13 Robert S Berman admitted <u>pro hac vice</u>.

I write to several County Clerks and Newspapers because they are in or close to Drew Springs's (Haskell) R-68 Muenster district.

I wrote or plan to write to: Ralls Crosby Co Reporter-Examiner, Paducah Post, Wellington Leader, Childress Index, Clarenden Enterprise, Memphis Hall Co Herald, Floydada Floyd Co Hesperian-Beacon, Matador Motley Co Tribune, Crowell Foard Co News, Throckmorton Tribune, Seymour Baylor Co Banner, Spur Texas Spur, Wheeler Times.

If my notion for limited voting doesn't go for the 2014 primaries I suggest a close variation for the November Geneal Election.

Illinois has 118 district General
Assemblymen nested two each
in 59 Senate districts.

Robert M Allensworth
Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419

I think it is significant that much of Drew Springs's R-68 Muenster district is far west of Muenster.

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Authorization for Payment**

940-759-4311

$42

Posting Document # _____

Date  Nov 24 13

Offender Name  Allensworth     ID#  B14522     Housing Unit  4B21

Pay to  Muenster Enterprise     Drew Springs's home city R-68

Address  117 E 1st

City, State, Zip  Muenster TX 76252

The sum of  Forty Two  dollars and  no  cents charged to my trust fund account, for the purpose of  New Subscription

☐ I hereby authorize payment of postage for the attached mail.
☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____  ID#  B14522

Witness Signature _____

☒ Approved  ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender, Mail Room

*Printed on Recycled Paper*

DOC 0296 (Eff. 1/2006)
(Replaces DC 826)

806-296-1300   **ILLINOIS DEPARTMENT OF CORRECTIONS**   $50

## Offender Authorization for Payment

Posting Document # _____   Date __Nov 22 13__

Offender Name __Allensworth__   ID# __B14522__   Housing Unit __4B21__

Pay to __Plainview Herald__   HALE Co is near Morton (DOJ objected ~~Morton cum voting, and CROSBY Co,~~

Address __820 Broadway__   R-68 with HASKELL, DOJ objected CISD.

City, State, Zip __Plainview TX 79072__   Far from Muenster

The sum of __Fifty--__ dollars and __no__ cents charged to my trust fund account, for the purpose of __New subscription__

☐ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____   ID# B14522

Witness Signature _____

☒ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender, Mail Room

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

*Printed on Recycled Paper*

I got $2000 in Nov 6 and another $2000 in Nov 21 13

**ILLINOIS DEPARTMENT OF CORRECTIONS**

432-523-2085                                                                                   $60

## Offender Authorization for Payment

Posting Document # _____                    Date __Nov 13 13__

Offender Name __Allensworth_____    ID# __B14522__   Housing Unit __4B21__

Pay to _____Andrews Cojnty News_____   DOJ objected Cumulative voting/

Address _____210 E Broadway_____   staggered terms.

City, State, Zip __Andrews TX 79714-6507__

The sum of ____Sixty -_____ dollars and __no__ cents charged to my trust fund

account, for the purpose of __New Subscription__

☐ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____      ID# B14522

Witness Signature _____

☒ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender, Mail Room

*Printed on Recycled Paper*

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Authorization for Payment**   $35

806-253-0211

Posting Document # _____   Date __Nov 24 13__

Offender Name __Allensworth__   ID# __B14522__   Housing Unit __4B21__

Pay to __Crosby County Reporter-Examiner__   In dist 68 far from Muenster

Address __817 Main, PO Box 1115__

City, State, Zip __Ralls TX 79357-1115__

The sum of __Thirty Five --__ dollars and __no__ cents charged to my trust fund account, for the purpose of __New subscription__

☐ I hereby authorize payment of postage for the attached mail.   ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____   ID# __B14522__

Witness Signature _____

☒ Approved  ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender, Mail Room

DOC 0296 (Eff. 1/2006) (Replaces DC 828)

Printed on Recycled Paper

972-542-2631

**ILLINOIS DEPARTMENT OF CORRECTIONS**

$150

## Offender Authorization for Payment

Posting Document # _____  Date __Nov 20 13__

Offender Name __Allenworo(?)__  ID# _____  Housing Unit _____

Pay to __Star Local Media__

Address __PO Box 860248__

City, State, Zip __Plano TX 75086-0248__

The sum of __One Hundred Fifty -__ dollars and __no__ cents charged to my trust fund account, for the purpose of __Subscriptions Plano Star & McKinney Courier__

I mailed Corpus Christi US District Clerk's office announcement story for House by Glenn Callson. Collin Co Bar Assn is listed in Legal Dir

☒ I hereby authorize payment of postage for the attached mail.  ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____  ID# _____

Witness Signature __H Followell__

☒ Approved  ☐ Not Approved  Chief Administrative Officer Signature _____

Postage applied in the amount of __1__ dollars and __12__ cents.

11-26-13

Distribution: Business Office, Offender, Mail Room

DOC 0296 (Eff. 1/2006) (Replaces DC 828)

Please lift hold on $2000
I got $2000 about Nov 5
618-497-9272

**ILLINOIS DEPARTMENT OF CORRECTIONS**

I am an Interested Party pro se in VEASEY v PERRY
**Offender Authorization for Payment** SDTX 2:13cv193 Doc 23 & 36
Nov 16 13 are letters from me.

Posting Document # _____ Date _____
Offender Name __Allensworth_____ ID# __B14522__ Housing Unit __4B21__
Pay to __PERCY COUNTY JOURNAL_____
Address __PO Box 369_____          I wrotew McBride Commissary I
City, State, Zip __PERCY IL 62272__        want an extra Correspondence box.
The sum of __Twenty Two -__ dollars and __50__ cents charged to my trust fund
account, for the purpose of __Renewal__   I suggest a 2nd ballot by limited voting for
~~the Texas State House with candidates on~~
☐ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic
about these limited voting ballot districts
funds transfers to be placed in the attached mail.
beyond their own district.

Offender Signature _____ ID# __B14522__
Witness Signature _____
☒ Approved ☐ Not Approved  Chief Administrative Officer Signature _____
Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender, Mail Room

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

Printed on Recycled Paper

Nov 27 13

Marianne Serpa, Dep-n-Charge
US District Clerk's Office
1133 N Shoreline Blvd Rm 208
Corpus Christi TX 78401

I get a lot of buck-passing excuses from prison workers. These include "I don't care what you tell someone else".

Get Docket Thee Robert M Allenwall
Nov 22
Thank you.   Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419

get a one-hour library pass about every three weeks. I have to address and rn in all the legal mail envelopes I t, they are counted, to the library.

RCC doesn't sell <u>un</u>stamped envelopes t other Illinois Correctional Centers. Sometimes I get some from incoming mates.

**ILLINOIS DEPARTMENT OF CORRECTIONS**

806-447-2559             $30

## Offender Authorization for Payment

Posting Document # _____  Date __Nov 26 13__

Offender Name __Allensworth__  ID# __B14522__  Housing Unit __4B21__

Pay to __Wellington Leader__  COLLINGSWORTH, CHILDRESS & HALL are in

Address __PO Box 992__  R-68 with HASKELL. DOJ objected to

City, State, Zip __Wellington TX 79095__  HASKELL CISD's numbers Cumulative

voting/ stag tderms

The sum of __Thirty --__ dollars and __no__ cents charged to my trust fund

account, for the purpose of __New subscription__

☐ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____  ID# __B14522__

Witness Signature __H Cribamand__

☒ Approved ☐ Not Approved  Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender, Mail Room

*Printed on Recycled Paper*

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

I got $2000 about Nov 6. Dept of Justice objected to HASKELL CISD's figures cumulative voting/staggered terms finding they didn't pass close scrutiny. Anson is near Haskell. I mailed letter about this to Anson ED-Pub.

**ILLINOIS DEPARTMENT OF CORRECTIONS**

325-823-3253 $30

## Offender Authorization for Payment

Posting Document # 310  Date Nov 15 13

Offender Name Allensworth  ID# B14522  Housing Unit 4B21

Pay to ~~Anson Western Observer~~  I wrote McBride commissary I want an

Address PO Box 792  extra correspondence box.

City, State, Zip Anson TX 79501  I am an Interested Party pro se in SDTX

The sum of Thirty - dollars and ___ cents  VEASEY vs PERRY 2:13cv193. DOCS 23 & 36 are charged to my trust fund letters from me.

account, for the purpose of New Subscription

[X] I hereby authorize payment of postage for the attached mail. [ ] I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____  ID# B14522

Witness Signature H Callowell

[ ] Approved [ ] Not Approved  Chief Administrative Officer Signature _____

Postage applied in the amount of ___ dollars and 92 cents.

11-18-13

Distribution: Business Office, Offender, Mail Room

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

11-21-13

I am an Interested Party pro se in VEASEY v PERRY SDTX 2:13 cv 193
I got $2000 in about Nov 6

**ILLINOIS DEPARTMENT OF CORRECTIONS**

806-285-4481                                                    $46

## Offender Authorization for Payment

Posting Document # _____  Date  Nov 22 13

Offender Name  Allensworth            ID# B14522   Housing Unit 4B21

Pay to  Lamb County Leader-News        Littlefield is near Morton

Address  313 W 4th                     DOJ objected to Morton cum

City, State, Zip  Littlefield TX 79338        voting

The sum of  Forty-Six -  dollars and  no  cents charged to my trust fund account, for the purpose of  New Subscription

☐ I hereby authorize payment of postage for the attached mail.  ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____  ID# B14522

Witness Signature  _____

☒ Approved  ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender, Mail Room

*Printed on Recycled Paper*

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

**ILLINOIS DEPARTMENT OF CORRECTIONS**

940-422-4314 $30

## Offender Authorization for Payment

Posting Document # 6312  Date Nov 20 13

Offender Name Allensworth  ID# B14522  Housing Unit 4B21

Pay to Knox County News Courier

Address PO Box 130

City, State, Munday TX 76371

The sum of Thirty -  dollars and no cents charged to my trust fund account, for the purpose of New Subscription

☒ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____  B14522

Witness Signature _____

☒ Approved ☐ Not Approved  Chief Administrative Officer Signature _____

Postage applied in the amount of 1 dollars and 12 cents.

11-21-13

Distribution: Business Office, Offender, Mail Room

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

Marianne Serpa               Nov 27 13
Dep-in-Charge
US District Clerk's Office
1133 Shoreline Blvd Rm 208
Corpus Christi TX 78401

I don't remember getting a renewal
notice from the Peoria IL Joprnal-Star
but suppose my subscription lapsed.

*Robert M Allensworth*
Robert M Allensworth

I just ordered a new subscription to
the Eastland Telegram, 215 S Seaman,
76448. Jimm Keffer, R-60, is from Eastland
Eastland is near HASKELL.
Shackelford and Stephens Counties both in
District 60 are near Haskell.
I expect to write to the Breckenridge
American and the Albany News.

Marianne Serpa                                      Nov 27 13
Corpus Christi US Dist Clerk's Office

I got INITIAL DISCLOSURE FROM Texas State Conference of NAACP

I want to be noticed

