IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 2:13-cv-193 (lead) |
| | § | (consolidated w/ 2:13-cv-263) |
| TEXAS, ET AL | § | |
| | § | |
| *Defendant(s).* | § | |
| | § | |

---

**DEFENDANTS' UNOPPOSED MOTION TO FILE TWO OUT-OF-TIME MOTIONS TO DISMISS, WITH PLAINTIFFS' RESPONSES DUE NO LATER THAN JANUARY 2, 2014.**

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JONATHAN F. MITCHELL
Solicitor General

ARTHUR C. D'ANDREA
RICHARD B. FARRER
JAMES P. SULLIVAN
Assistant Solicitors General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas  78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697
jonathan.mitchell@texasattorneygeneral.gov

COUNSEL FOR DEFENDANTS

Defendants' seek leave to file out-of-time motions to dismiss (1) the Amended Complaint in Intervention of Plaintiff-Intervenors the Texas League of Young Voters Education Fund et al. (Doc #73); and (2) the Complaint in Intervention of Plaintiff-Intervenors Texas Association of Hispanic County Judges et al. (Doc #74). Neither of the above plaintiff groups opposes this motion, so long as they are given an opportunity to respond to the defendants' motion to dismiss by January 2, 2014.

The Texas League of Young Voters Education Fund et al. filed an amended complaint on November 14, 2013. *See* Doc. 73. The Texas Association of Hispanic County Judges et al. filed a complaint in intervention on November 15, 2013. *See* Doc. 74. The state defendants apologize to Court and counsel for missing their deadline to respond to these filings, s*ee* FED. R. CIV. P. 15a(3), and seek leave to file out of time their responsive motions to dismiss. The state defendants' late-filed motions to dismiss will be very short, incorporating by reference the arguments made in the State defendants' original 12(b)(6) motion. *See* Doc #52.

Respectfully submitted.

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
Solicitor General

ARTHUR C. D'ANDREA
RICHARD B. FARRER
JAMES P. SULLIVAN
Assistant Solicitors General

209 West 14th Street
P.O. Box 12548
Austin, Texas  78711-2548
(512) 936-1700

Dated:  December 10, 2013

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendants' reply brief was served via the *CM/ECF system* on December 10, 2013, to:

Armand Derfner
P O Box 600
Charleston, SC 29402
843-723-9804
Email: aderfner@dawlegal.com

Chad W Dunn
Brazil & Dunn
4201 Cypress Creek Pkwy, Ste 530
Houston, TX 77068
281-580-6310 / Fax: 281-580-6362
Email: chad@brazilanddunn.com
COUNSEL FOR PLAINTIFFS JANE HAMILTON, FLOYD CARRIER, ANNA
BURNS, MICHAEL MONTEZ, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS,
JOHN DOE, JOHN MELLOR-CRUMLEY, DALLAS COUNTY, TEXAS, JANE
DOE, and LEAGUE OF UNITED LATIN AMERICAN CITIZENS

J Gerald Hebert
191 Somervelle Street #405
Alexandria, VA 22304
703-628-4673 / Fax: 703-567-5876
COUNSEL FOR PLAINTIFF MARC VEASEY

Kembel Scott Brazil
Brazil & Dunn
4201 Cypress Creek Parkway Suite 530
Houston, TX 77068
281-580-6310 / Fax: 281-580-6362
Email: scott@brazilanddunn.com

Neil G Baron
914 FM 517 Rd W Suite 242
Dickinson, TX 77539
281-534-2748 / Fax: 281-534-4309
Email: neil@ngbaronlaw.com
COUNSEL FOR PLAINTIFFS JANE HAMILTON, FLOYD CARRIER, ANNA
BURNS, MICHAEL MONTEZ, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS,
JOHN DOE, JOHN MELLOR-CRUMLEY, DALLAS COUNTY, TEXAS, JANE DOE

Luis Roberto Vera, Jr
111 Soledad Ste 1325
San Antonio, TX 78205
210-225-3300 / Fax: 210-225-2060
Email: lrvlaw@sbcglobal.net
COUNSEL FOR LEAGUE OF UNITED LATIN AMERICAN CITIZENS

Elizabeth S Westfall
US Department of Justice
950 Pennsylvania Ave
NW NWB Rm 7125
Washington, DC 20530
202-305-7766
Email: elizabeth.westfall@usdoj.gov

Daniel J Freeman
US Department of Justice
950 Pennsylvania Ave NW
NWB 7123
Washington, DC 20009
202-305-4355 / Fax: 202-307-3961
Email: daniel.freeman@usdoj.gov

Jennifer L Maranzano
US Department of Justice
Civil Rights Division - Voting Section
950 Pennsylvania Ave, NW - NWB
Washington, DC 20530
800-253-3931
Email: jennifer.maranzano@usdoj.gov

John Albert Smith , III
Office of the US Attorney
800 N Shoreline Blvd  Ste 500
Corpus Christi, TX 78401
361-888-3111 / Fax: 361-888-3200
Email: john.a.smith@usdoj.gov

Meredith Bell-Platts
US Department of Justice
Voting Section - Civil Rights Division
950 Pennsylvania Ave, NW
NWB 7259
Washington, DC 20530

202-305-8051
Email: meredith.bell-platts@usdoj.gov
COUNSEL FOR CONSOLIDATED PLAINTIFF UNITED STATES OF AMERICA

Danielle Conley, Jonathan E Paikin, Kelly Dunbar, Sonya Lebsack
Wilmer Cutler et al
1875 Pennsylvania Avenue NW
Washington, DC 20006
202-663-6703
Email: danielle.conley@wilmerhale.com
Email: jonathan.paikin@wilmerhale.com
Email: kelly.dunbar@wilmerhale.com
Email: sonya.lebsack@wilmerhale.com

Christina A Swarns, Leah Aden, Natasha Korgaonkar, Ryan Haygood
NAACP Legal Defense and Educational Fund, Inc.
40 Rector St 5th Floor
New York, NY 10006
212-965-2200 / Fax: 212-229-7592
Email: cswarns@naacpldf.org
Email: laden@naacpldf.org
Email: nkorgaonkar@naacpldf.org
Email: rhaygood@naacpldf.org
COUNSEL FOR CONSOLIDATED PLAINTIFF TEXAS LEAGUE OF YOUNG
VOTERS EDUCATION FUND and IMANI CLARK

Amy L Rudd
Dechert LLP
300 W 6th St
Suite 2010
Austin, TX 78701
512-394-3000
Email: amy.rudd@dechert.com
COUNSEL FOR CONSOLIDATED PLAINTIFF MEXICAN AMERICAN
LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES, TEXAS
STATE CONFERENCE OF NAACP BRANCHES

Rolando L Rios
115 E Travis Ste 1645
San Antonio, TX 78205
210-222-2102 / Fax: 210-222-2898
Email: rrios@rolandorioslaw.com
COUNSEL FOR TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND
COUNTY COMMISSIONERS

Joseph M Nixon
Bierne Maynard & Parsons
1300 Post Oak Blvd
Ste 2500
Houston, TX 77056
713-871-6809
Fax: 713-960-1527
Email: jnixon@bmpllp.com
COUNSEL FOR TRUE THE VOTE

Robert M Allensworth
B14522
BMRCC 251 N IL 37 S
Ina, IL 62846-2419
PRO SE
INTERESTED PARTY

/s/ Jonathan F. Mitchell
Solicitor General