**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | |
|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DELEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEX, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMLEY, JANE DOE, JOHN DOE, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), AND DALLAS COUNTY, TEXAS,  ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiffs,*  ) ) | |
| v.  ) ) | CIVIL ACTION NO. 2:13-CV-193 (NGR) |
| RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State,  ) ) ) | [Lead case] |
| *Defendants.*  ) ) | |
| ———————————————— ) ) | |
| UNITED STATES OF AMERICA,  ) ) | |
| *Plaintiffs,*  ) ) | |
| v.  ) ) | |
| STATE OF TEXAS, JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,  ) ) ) ) ) ) | CIVIL ACTION NO. 2:13-CV-263 (NGR) [Consolidated case] |
| *Defendants.*  ) ) | |
| ———————————————— ) ) | |
| TEXAS STATE CONFERENCE OF NAACP BRANCHES; and the MEXICAN AMERICAN LEGISLATIVE CAUCUS OF THE TEXAS HOUSE OF REPRESENTATIVES,  ) ) ) ) ) ) | |

|  |  |  |
|---|---|---|
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:13-CV-291 (NGR) |
| JOHN STEEN, in his official capacity as | ) | [Consolidated case] |
| Secretary of State of Texas; and STEVE | ) | |
| McCRAW, in his official capacity as Director | ) | |
| of the Texas Department of Public Safety, | ) | |
| | ) | |
| *Defendants.* | | |

_____

### [PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS

Having considered Defendants' Motion to Dismiss the Amended Complaint in

Intervention of Plainitff-Intervenors The Texas League of Young Voters Education Fund, et al.,

the Court finds that the Motion should be, and hereby is, GRANTED.

**SO ORDERED.**

Date: _____, 2013.

_____
NELVA GONZALES RAMOS
United States District Judge

2