IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, ET AL. ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 2:13-CV-00193 |
| ) | |
| RICK PERRY, ET AL. ) | |
| ) | |
| *Defendants*. ) | |

## TRUE THE VOTE'S NOTICE OF APPEAL

TO THE HONORABLE COURT:

Please take notice that True the Vote, proposed intervenor in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Court's December 11, 2013 Order Denying Intervention of True to Vote. (Doc. 113). *See City of Houston v. Am. Traffic Solutions, Inc.*, 668 F.3d 291, 293 (5th Cir. 2012) (permitting appeal of order denying intervention); *Edwards v. Houston,* 78 F.3d 983, 992 (5th Cir.1996) (en banc) (same). Along with this Notice of Appeal, True the Vote tenders to the district court all required fees for docketing its appeal.

1

Respectfully submitted,

*/s/ Joseph M. Nixon*
Joseph M. Nixon – attorney-in-charge
  State Bar No. 15244899
  jnixon@bmpllp.com
James E. ("Trey") Trainor, III
  State Bar No. 24042052
  ttrainor@bmpllp.com
N. Terry Adams, Jr.
  State Bar No. 00874010
  tadams@bmpllp.com
Kelly H. Leonard
  State Bar No. 24078703
  kleonard@bmpllp.com
**BEIRNE, MAYNARD & PARSONS, L.L.P.**
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527


J. Christian Adams
South Carolina Bar No. 7136
**ELECTION LAW CENTER, PLLC**
300 N. Washington Street
Suite 405
Alexandria, Virginia 22314
Telephone: (703) 963-8611
Email: adams@electionlawcenter.com
(*Pro Hac Vice application to be filed*)

## **CERTIFICATE OF SERVICE**

      I hereby certify that I did serve a copy of this Notice of Appeal on all counsel who have made appearance in this case and consented to service by electronic means through the Electronic Case Filing system on this 13th day of December 2013.

                                        /s/ *Kelly H. Leonard*
                                        Kelly H. Leonard