# This year's election circus

**COMMON SENSE | Jim Hightower**

Election days can be dizzying – like trying to absorb a three-ring circus with all three acts going at once.

In last week's elections, the national media focused tightly on the center ring, where two gubernatorial contests and one mayoral race were spotlighted. The most interesting of these to me was the dazzling, out-of-nowhere, high-wire performance of Bill de Blazio, the free-wheeling, 6-foot-7, progressive populist who shocked New York City's establishment with his landslide victory, becoming mayor of America's biggest metropolis.

That was fun, but so was the clown ring, where two performances deserve our attention. First was a bizarre act of political slapstick that played out far from the Big Apple. Coralville, Iowa, with fewer than 20,000 denizens, had the pleasure of publicly kicking the Koch brothers' kiesters on Election Day! Americans for Prosperity, the chief political arm of the multi-billionaire right-wing extremists, suddenly descended from out of the blue to run a high-dollar campaign against the re-election bids of Coralville's mayor and two city council members. The Koch group snidely called the little town "Iowa's version of Detroit." That was hardly a winning strategy – voters roundly rebuked the rich out-of-towners by voting two-to-one to return all three incumbents to office.

Next came a clown act that was completely odd, troubling and disgusting.

It took place in (where else?) Texas, where a right wing, white Republican won a seat on Houston's community college board of trustees from a district that's predominantly African-American. Dave Wilson literally snuck onto the board by pretending to be black. In his fliers (which had no photos of him, but plenty of smiling African-American faces he took from the internet), Dave claimed to be endorsed by Ron Wilson – a popular black political leader. Actually, though, it was not the black Ron Wilson from Houston who'd endorsed the white Republican. Rather, it was Dave's own cousin, also named Ron – a white guy who lives in Iowa, nearly 1,000 miles away. How clever is that?

After he "won," Dave added to his legacy of political integrity by asserting that all politicians are "out there deceiving voters," so why should he be apologetic?

For the most electrifying display of political deception, however, turn to the third ring of this year's election circus. There you can see some of America's biggest food conglomerates doing astonishing acrobatic maneuvers to defeat Initiative 522 in Washington state. Put on the ballot by a broad coalition of consumer, organic, environmental and other groups, 522 would have required grocery manufactures that slip genetically manipulated organisms into their products to be honest with shoppers by stating that fact on the food labels.

But the industry ran a dishonest, multimillion-dollar PR campaign to dodge having to be honest about their ingredients. They ran ads to scare voters, falsely claiming that the truth-in-labeling provision would jack up each family's food costs by an average of more than $450.

Especially dishonest (and likely illegal, to boot) was the industry's crude attempt to keep voters from knowing which corporations were funding the attack ads. A front group, the Grocery Manufacturers Association, set up a dummy campaign account it called "Defense of Brand." It was really the "Hiding of Brand" account, for it let big-name food giants put some $11 million into the no-labeling campaign, without revealing their participation or angering consumers. ☐

*Jim Hightower is national radio commentator, columnist and author.*

---

**THIS WEEK | Chris Britt**





# The curator in the day of the Internet

**DYSPEPSIANA | James Krohe Jr.**

ILLINOIS TIMES Nov 21 13 217-753-2226

for USA v TEXAS 2:13cv193/263
from Robert M Allensworth B14522

"Everything's on the Web." It's laughably untrue, but there is still too much stuff for most of us to make sense of. Thus the debate now raging on the Internet – by which I mean a lot of people are talking out loud to themselves – about the rise of the online curator.

Curators are the people who know what is important to know. They acquire knowledge within their field, organize it and make judgments based on it. While the phenomenon of the curator is new to the Web (and to young people who mistake the Web for the world) curators have been fixtures in the real world for a very long time. Newspaper, magazine and book editors function as curators, among other roles. So do critics. (In high school I subscribed to *Downbeat* magazine, from which I learned which jazz artists smart people in New York City thought were worth listening to.) There are many others.

At their best, curators help the curious tell a legitimate work of a given kind – a painting, say, or a baseball card – from an imitation, teach them how to look at objects and paintings, how to compare one work to another, one school to another, one period to another, and so equip them to judge good work from bad. Library collections are curated too, if not by experts then by people who know where to consult the experts. Years ago, I set out to give myself a rudimentary education in classical music. I found that I could trust anything in the classical section of the Lincoln Library's collection of vinyl to be a first-class work performed by capable artists. Diligent borrowers like me, having learned from the choices of the library's staff, thus learned how to make our own choices in the future.

The Internet, then, did not create the cultivated amateur curator, even if it has made them more useful. Every town has always had them in the person of hobbyists and enthusiasts. In the days before video, Springfieldians who wanted to see films reckoned to be worth watching – foreign mostly but also superior genre movies from Hollywood directors – had to drive to Champaign-Urbana or St. Louis. Or they could attend the showings at Springfield College in Illinois of 16mm versions arranged by the Shoestring Film Society, a wholly owned subsidiary of Lincoln Library's Jim Huston. Dave Leonatti's Nightsounds program on WUIS-FM is a reminder that radio DJs (at least those on independent or public stations) have long functioned as curators of the eccentric, the overlooked, the forgotten and the exotic in music.

Such people are what online curator Maria Popova ("Brainpicker") has described as interestingness hunter-gatherers who (as one fan put it) go around and learn all this stuff so we don't have to. Happily, such enthusiasts have a powerful urge to share. Ron Davis was the manager of Appletree Records in the 1980s, or rather he is the music fan who also managed the store. He always had heard something new (at least to you) he thought you might like, and he usually was right. Because of Ron my music library includes the likes of Richard Thompson, Amalia Rodrigues (the great Portuguese fado singer) and the ill-fated albums by Alex Chilton's Big Star.

The curator's role is disputed, or at least resented, by the many Americans who think the mere possession of knowledge to be presumptuous and anti-democratic. Much of this resentment should be dismissed as yahoo-ism, but some gripes are well-deserved. Too many credentialed curators rationalize the tastes of the establishment in charge at the time. Too many of them obscure what they know to preserve their status as priests with exclusive mastery of the arcana of art or music or whatever. Fine arts curators in particular are very bad about this; the labels on the wall on most art exhibitions are as unintelligible to the non-academic visitor as the old Mass must have been to the worshipper not versed in Latin.

The new masters of the world beguile us with technology that promises to replace curators with something even better – machines capable of exercising critical judgments. Pandora, the Internet "radio station," decides what you will like by what it knows about what you already like. Pick an artist and its computers will find others like her by measuring more than 400 different musical attributes that compose elements of 2,000 focus traits such as rhythm and tonality. No human can master a large catalog in such detail. Of course, Pandora can't anticipate different kinds of music you might also like, the way Ron does, but then Pandora is new to the business.

The heyday of the online curator, alas, promises to be brief. The Internet also destroys the presumptions of knowledge itself. Customer rankings and user tags make it possible for curatorial judgments to be made by the masses. All one needs to know to decide the quality of a song or a book or a politician is to count. □

POB 5256 62705 $75/yr

**Editor's note**

Discussion surrounding this week's 150th anniversary of the Gettysburg Address made clear that Abraham Lincoln didn't just dash it off. He worked on those 272 words, both in Washington before he left for Gettysburg and in his room after he arrived, wordsmithing as he went, drawing upon a lifetime of wisdom and Bible reading. It worked to move a nation then, and still we strive for "a new birth of freedom." It is a reminder to mourn the rarity of crafted speech in today's culture, where whatever comes up comes out. Words come off the tops of our heads, not deep down where Lincoln worked. You know what I mean?

–Fletcher Farrar, editor and publisher

*Contact James Krohe Jr. at Krohe@gmail.com*

KELLY CHEESMAN, CLK CCU
200 S QUINN
GALESBURG IL CITY

NOV 06 13

RE: ALL ENCLOSURE 9Y CK 264 SDA

ENCLOSED IS INFO ON CUM VOTING AND MY DOCS 23 P26
IN VEASEY v PERRY (CORPUS CHRISTI) 2:13 CV193
AND DISNNA-CRONKEW CL AC 748 F.S. 819.

Robert M Allensworth B14522
BMRCC 251 N R 375
INA IL 62846 2419

I WANT HELP GETTING LIBRARY PAPER.

Robert M Allensworth

Signed before me this 5th
day of November, 2013

[notary signature]

OFFICIAL SEAL
JOANNA K. BOSCH
Notary Public - State of Illinois
My Commission Expires Sep 03, 2014

FILED
KNOX CO., IL
NOV - 8 2013
KELLY CHEESMAN
Clerk of the Circuit Court
_____ Deputy



# COURT OF APPEALS

for USAvTEXAS 2:13cv193/263    Dec 6 13
### THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.3rdcoa.state.tx.us
(512) 463-1733

J. WOODFIN JONES, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
JEFF L. ROSE, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE

JEFFREY D. KYLE, CLERK

MANY LIARS AND FELLOW TRAVELERS OBSCURE WHAT
THEY KNOW TO PRESERVE THEIR STATUS AS PRIESTS
WITH EXCLUSIVE MASTERY OF THE ARCANE.

October 21, 2013

Mr. Robert Allensworth
B14522
Big Muddy River Correctional Center
251 N. IL Hwy 37
Ina, IL 62846

*Robert M Allensworth B14522*

Re: Tom Delay Case

Dear Mr. Scoggins:

    In response to your recent correspondence with this Court dated October 9, 2013, please be advised that as of the date of this letter a motion for rehearing has not been filed. It is unclear what other information you are requesting. Accordingly, the Court is returning your $10.00 trust fund check.

Clerk's Office

**ILLINOIS DEPARTMENT OF CORRECTIONS**

325-762-2201                                                                $45

## Offender Authorization for Payment

Posting Document # _____     Date **Nov 29 13**

Offender Name **Allensworth**     ID# **B14522**     Housing Unit **4B21**

Pay to **Albany News**

Address **PO Box 2139**

City, State, Zip **Albany TX 76430**

The sum of **Forty Five --** dollars and **no** cents charged to my trust fund account, for the purpose of **New subscription**

☐ I hereby authorize payment of postage for the attached mail.  ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____     ID# _____

Witness Signature _____

☒ Approved  ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender, Mail Room

*Printed on Recycled Paper*

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

**ILLINOIS DEPARTMENT OF CORRECTIONS**

830-773-2309          $40
**Offender Authorization for Payment**

Posting Document # 7086   Date Jul 8 13

Offender Name Allensworth   ID# B16522   Housing Unit 4B21

Pay to Eagle Pass News Guide

Address 1342 Main

City, State, Zip Eagle Pass TX 78852

The sum of Forty - _____ dollars and no cents charged to my trust fund account, for the purpose of New Subscription

☐ I hereby authorize payment of postage for the attached mail.   ☐ I hereby request information on electronic

Offender Signature _____   ID# B14522

Witness Signature _____

☒ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender, Mail Room

*Printed on Recycled Paper*

DOC 0296 (Eff. 1/2006)
(Replaces DC 625)

**ILLINOIS DEPARTMENT OF CORRECTIONS**

806-259-2441

**Offender Authorization for Payment**

$30

Posting Document # _____  Date **Dec 2 13**

Offender Name **Allensworth**   ID# **B14522**   Housing Unit **4B21**

Pay to **Hall County Herald**

Address **PO Box 190**

City, State, Zip **MEMPHIS TX 79245**

The sum of **Thirty --** dollars and **no** cents charged to my trust fund account, for the purpose of **New Subscription**

☒ I hereby authorize payment of postage for the attached mail.  ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Witness Signature _____

☒ Approved  ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and ___ cents.

Distribution: Business Office, Offender, Mail Room

Printed on Recycled Paper

(DOC 0091 Rev. 1/2006)

806-872-2177  ILLINOIS DEPARTMENT OF CORRECTIONS  $46

## Offender Authorization for Payment

Posting Document # _____  Date **Dec 2 13**

Name _____ Aikensworth _____  ID# **B14522**  Housing Unit _____

Pay to _____ **Lamesa Press-Reporter** _____ 12Aee/or

Address _____ **PO Box 710** _____

City, State, Zip _____ **Lamesa TX 79331** _____

The sum of _____ **Forty Six** _____ dollars and **no** _____ cents charged to my trust fund account, for the purpose of **New Subscription** _____

☐ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____  ID# **B14522**

Witness Signature _____

☒ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender, Mail Room

Printed on Recycled Paper

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Authorization for Payment**

940-665-3511

$126

Posting Document # _____

Date **Nov 25 13**

Offender Name **Allensworth**

ID# **B14522**

Housing Unit **4B21**

Pay to **Gainsville Register** — Cooke County

Address **306 E California** — Residence of Drew Springs, R-68

City, State, Zip **Gainesville TX 76240**

The sum of **One Hundred Twenty Six** dollars and **no** cents charged to my trust fund account, for the purpose of **New Subscription**

☐ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____  ID# **B14522**

Witness Signature _____

☒ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender, Mail Room

Printed on Recycled Paper

DOC 0250 (Eff. 1/2006)
(Replaces DC 828)

for USA v TEXAS Corpus Christi 2:13cv193/263     Dec 6 13

# CHRISTOPHER W. KANTHAK
## Attorney at Law
### 161 South Cherry Street, Suite 102
### Galesburg, IL 61401
### (309) 341-2211

---

Main line: 309-341-2211                                                                    email: kanthaklaw@aol.com

**August 17, 2012**

Mr. Robert Allensworth-B14522
Big Muddy Correctional Center
P. O. Box 900
Ina, IL 62846

To many judges obscure what they know to preserve their stautus as priests with exclusive mastery of the arcane.

Dear Mr. Allensworth:

-Adopted from James Krohe, *Telling good from bad*, OPINION Nov 21 13, ILLINOIS Times. POB 5256, 62705, 217-753-2226, FX 2281

The court has requested I look into your request for assistance on an appeal to the Illinois Supreme Court. In consideration of this I have contacted the Appellate Court in Ottawa. It appears that your appeal was dismissed not on its merits, but because you failed to file a proper brief with the Court of Appeals. Your failure to file a brief would not be a basis to appeal. I would suggest you file another petition asserting your recovery with the court in Galesburg as a proper way of handling this matter.   ?(p f(4)      I did this.

Sincerely,

*[signature]*

CHRISTOPHER W. KANTHAK

CWK:mjp

for USA v TEXAS Corpus Christi 2:13cv193/263

Section nine of the IL SDP Act provides the Court **shall** consider relevant **facts** submitted by or for such applicant. My court **parrots** them. This suggests my court is tied up with liars.

*Robert M Allensworth*

---

161 South Cherry Street, Galesburg, IL 61401, Suite 102, Galesburg, Illinois 61401
309-341-2211          Fax: 309-341-0917          kanthaklaw@aol.com

PEOPLE v ROBERT M ALLENSWORTH 94 cf 254   3-12-114
APPLICATION FOR RECOVERY / MOTION TO RECALL MANDATE

Pursuant to the request on back I ask the court to rehash my claims, especially that I did not **lure** a then 12-year old neighbor boy who came up to me and asked if I had some money before about six boys and girls taunted me and threw rocks and pebbles at me just before my Oct 29 94 arrest.

Children tend to think and speak for people who tell them what to think. Some adults do this too.

I did not vidiotape kids who said the camera didn't work!

Sen Dan Kotowski filed Apr 24 12 an amendment to HB 5451 changing the SDP Act changing sections 4, 4.01, 4.02, 5, and 9 and adding 4.04 and 4.05.

   Sec 9 Recovery; examination and hearing.
(a) An application in writing setting forth facts showing that such sexually dangerous person...has recovered may be filed before the committing court.... The report shall be prepared by <u>an evaluator</u> <u>approved by</u> <u>the</u> <u>SEX</u> <u>Offender</u> <u>Management</u> <u>Board</u>.

   Sec 99 This Act takes effect upon becoming law.

Mark Carich quit to become dir. Farmington MO Sex Pred. Unit.
            South East MO Mental Health Ctr 63640
These new evaluators are now acting in his place

WHEREFORE I pray the clerk of the trial court shall cause a copy of this application be sent to the dir of the Dept of Corrections pursuant to Sec 9 of the SDP Act.

I also want a hearing for the court to consider not just parrot my claims. There is no statutory limit excluding old claims (rehashing).

Mailed Sep 20 12 to           *Robert M Allensworth*
Kelly Cheesman, Cir Clk       Robert M Allensworth
                              BMRCC POB 900-B14522
                              Ina IL 62846

Library was cancelled Sep 20 12
I wrote to the Office of the Clerk, IL House
and the FOI officer IL Senate for info on HB 5451.

FILED
KNOX CO., IL
SEP 24 2012
by Kelly Cheesman
of the Circuit Court
Deputy

Marianne Serpa, Dep-in-Charge
US District Clerk's Office
1133 N Shoreline Blvd #208
Corpus Christi TX 78401

Dec 6 13

Enclosed is a $20 inmate trust fund check for info in your case MARK VEASEY, et al v RICK PERRY, et al 2:13-cv-193.

I have the Sept 19 Order Granting Motion to Intervene by Texas League of Young Voters Ed Fund and Imani Clark.

I suggest 2nd primary ballots in some Texas counties and groups of counties on electing some Texas State House members by one man one vote limited voting to loosen winners ties to liars, promote turnover and inhibit tyranny.

For Tarrant, Collin & Rockwall counties I suggest candidates for the Texas State house be on the primary for their own and some, determined in part by their county commissioners, other legisture decided districts. For Nueces co I suggest all.

For Cameron & Hidalgo cos I suggest all with the possible review if the number of candidates becomes unwieldy.

I wrote Gilberto Hinojosa, see PEREZ v PERRY (San Antonio) 5:11-cv-360-OLG-JES-XR, Doc 886, 9/6/13 Page 10 of 26, Magallanes & H, 1713 Boca Chica Blvd, Brownsville TX 78520 and Steve Munisteri, Chairman TX Rep Party with this suggestion, 1108 Lavaca #500 Houston 77012. (Not deliverable).

PEORIA IL has elected five aldermen by cum voting and five by wards since 1991. Guin AL seven city councilme by cum voting since about 1987. Guin plans to go to five by one man one vote limited voting. (Beth Ball, City Clerk, 419 Fulton Rm 401 Peoria IL 61602-1232, 309-494-8565, FX 8574)

Plaintiffs' claim for §3(c) relief is certainly not so implausible that it is insufficient to preserve jurisdiction. See Chafin (2013) 133 SCt 1017, 26-7 (holding that uncertainty as to relief doesn't render a case moot and even availability of a partial remedy is sufficient to prevent a case from being moot. See PEREZ v PERRY above Page 15 of 26. We simply hold the claims are not moot....The Court concludes that §2284 presents no jurisdictional bar.

Robert M Allensworth
Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419

US District Clerk's Office          Page 2 Of 2   Oct 1 13
                                                 Dec 6 13

"Some Plaintiffs herein have requested equitable relief under §3(c) of the Voting Rights Act, but coverage under §3(c) is not triggered unless or until the Court finds that the 14th or 15th Amendment has been violated. At this juncture this court has not made such a finding....More evidence will be presented and the Court will give such evidence due consideration....coverage under §3(c) is not triggered and any remedial relief thereunder would be premature."

                -PEREZ v PERRY above Page 26 of 26.

Robert M Allensworth
Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419

The plain language of §2284 doesn't require appointing a 3-judge court every time an apportionmt is challenged. that was done in this case. §2284 presents no jurisdictional bar.
  - Doc 886 page 16 of 26.

Is VEASEY v PERRY encroaching on PEREZ v PERRY?



Robert N Allensworth P14522 4B21
PNNCC 251 N IL 37 S
Ina IL 62846 2419

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS

Clerk, U.S. District Court
Southern District of Texas
FILED
DEC 13 2013
David J. Bradley, Clerk of Court

02 1M
0004266687
DEC 06 2013
$00.20

UNITED STATES POSTAGE
PITNEY BOWES
FOREVER
FIRST-CLASS
USA

US District Clerk's Office
1133 N Shoreline Blvd Rm 208
Corpus Christi TX 78401

78401$2042 0029