**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| MARC VEASEY ET AL. | § | |
| | § | |
| | § | CASE NUMBER: 2:13-CV-1943 |
| v. | § | District Judge: NELVA GONZALES RAMOS |
| | § | Court Reporter(s): GENAY ROGAN |
| RICK PERRY ET AL. | § | |

## <u>NOTICE OF THE FILING OF AN APPEAL</u>

In connection with this appeal, instrument # 120, filed by TRUE THE VOTE, a copy of the notice of appeal, the order being appealed and the docket sheet are attached.

In regard to this appeal:

- The Court of Appeal $455.00 filing and docketing fees have been paid or a motion for in forma pauperis has been granted.

- DKT-13 transcript ordering instructions are attached.

- The Clerk of Court will submit to the Fifth Circuit Court of Appeals a Certificate of Non-Compliance if the appellant fails to return the transcript order form.

David Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| MARC VEASEY ET AL. | § | |
| | § | |
| | § | CASE NUMBER: 2:13-CV-1943 |
| v. | § | District Judge: NELVA GONZALES RAMOS |
| | § | Court Reporter(s): GENAY ROGAN |
| RICK PERRY ET AL. | § | |

**TRANSCRIPT ORDER INSTRUCTIONS TO APPELLANT**

Pursuant to FRAP 10(a)(1), a transcript order form must be filed within 14 days of the filing of the notice of appeal.

Please review the instructions on the attached DKT 13 Transcript Order Form.  Prepare a separate DKT 13 for each reporter from whom transcripts are ordered.  All transcripts from tape recorded proceedings may be ordered on one form.  Specify exact dates of proceedings to be transcribed on the appropriate reporter or tape order.

If transcript is unnecessary or already on file in the Clerk's office, prepare a DKT 13 and mark the appropriate box to indicate this information.

The appellant must contact the court reporter within 14 days of the filing of the notice of appeal to arrange for the preparation of transcripts.

Court Reporting Services
P.O. Box 61010
Houston, TX  77208

Electronic Court Reporting 713-250-5404
Court Reporters 713-250-5499

US District Court
600 E Harrison Street
Brownsville, TX 78520-7114
956-548-2500

US District Court
1300 Victoria Street, Suite 1131
Laredo, TX 78040
956-723-3542

US District Court
1133 North Shoreline Blvd, Room 208
Corpus Christi, TX 78401
361-888-3142

US District Court
1701 W. Business Hwy 83, Suite 1011
McAllen, TX 78501
956-618-8065

US District Court
PO Box 2300
Galveston, TX 77553
409-766-3530

US District Court
PO Box 1638
Victoria, TX 78476
361-788-5000

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| MARC VEASEY ET AL. | § | |
| | § | |
| | § | CASE NUMBER: 2:13-CV-1943 |
| v. | § | District Judge: NELVA GONZALES RAMOS |
| | § | Court Reporter(s): GENAY ROGAN |
| RICK PERRY ET AL. | § | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING INTERVENTION OF TRUE THE VOTE

Before the Court is the "Motion for Intervention of True the Vote" (D.E. 38). After reviewing the documents on file and hearing arguments of counsel on November 15, 2013, the Court DENIES the Motion.

The burden of proof on a request to intervene as of right under FED. R. CIV. P. 24(a)(2) is on the party seeking intervention, True the Vote. *See generally, Ordnance Container Corp. v. Sperry Rand Corp.*, 478 F.2d 844, 845 (5th Cir. 1973). Three of the four requirements for intervention as of right under Rule 24(a)(2) require a particularized interest that the litigation threatens and that no existing party to the suit adequately represents. *See generally, Haspel & Davis Milling & Planting Co.*, 493 F.3d 570, 578 (5th Cir. 2007) (listing the four requirements). The Court agrees with the opinion in *United States v. Florida*, No. 4:12-cv-285, Slip. Op. at 3-4 (N.D. Fla. Nov. 6, 2012) (D.E. 59-1), concluding that True the Vote's interests are generalized and are adequately represented by the State Defendants.

Permissive intervention under Fed. R. Civ. P. 24(a)(1) is a matter entrusted to the Court's discretion.  *New Orleans Public Service, Inc. v. United Gas Pipe Line Co.*, 732 F.2d 452, 470-71 (5th Cir. 1984) (en banc).  True the Vote does not claim a conditional right to intervene by federal statute, so the question for the Court is whether it "has a claim or defense that shares with the main action a common question of law or fact." FED. R. CIV. P. 24(b)(1).  The Court finds that True the Vote's intended contribution to this case may be accomplished without the necessity of, or burden incident to, making it a party.  The Court, instead, will duly consider any motion for leave to file briefing as *amicus curiae* that True the Vote may feel compelled to file.

For the reasons set out above, the Court DENIES the Motion for Intervention of True the Vote (D.E. 38) in its entirety.

ORDERED this 11th day of December, 2013.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

_____ )
                                        )
MARC VEASEY, ET AL.                     )
                                        )
            *Plaintiff,*                )
                                        )
        v.                              )     Case No. 2:13-CV-00193
                                        )
RICK PERRY, ET AL.                      )
                                        )
            *Defendants.*               )
_____ )

## <u>TRUE THE VOTE'S NOTICE OF APPEAL</u>

TO THE HONORABLE COURT:

Please take notice that True the Vote, proposed intervenor in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Court's December 11, 2013 Order Denying Intervention of True to Vote. (Doc. 113). *See City of Houston v. Am. Traffic Solutions, Inc.*, 668 F.3d 291, 293 (5th Cir. 2012) (permitting appeal of order denying intervention); *Edwards v. Houston,* 78 F.3d 983, 992 (5th Cir.1996) (en banc) (same). Along with this Notice of Appeal, True the Vote tenders to the district court all required fees for docketing its appeal.

1

Respectfully submitted,

*/s/ Joseph M. Nixon*
Joseph M. Nixon – attorney-in-charge
  State Bar No. 15244899
  jnixon@bmpllp.com
James E. ("Trey") Trainor, III
  State Bar No. 24042052
  ttrainor@bmpllp.com
N. Terry Adams, Jr.
  State Bar No. 00874010
  tadams@bmpllp.com
Kelly H. Leonard
  State Bar No. 24078703
  kleonard@bmpllp.com
**BEIRNE, MAYNARD & PARSONS, L.L.P.**
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527


J. Christian Adams
South Carolina Bar No. 7136
**ELECTION LAW CENTER, PLLC**
300 N. Washington Street
Suite 405
Alexandria, Virginia 22314
Telephone: (703) 963-8611
Email: adams@electionlawcenter.com
(*Pro Hac Vice application to be filed*)

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I did serve a copy of this Notice of Appeal on all counsel who have made appearance in this case and consented to service by electronic means through the Electronic Case Filing system on this 13th day of December 2013.

/s/ *Kelly H. Leonard*
Kelly H. Leonard

APPEAL,APPEAL_NAT,LEAD

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Corpus Christi)
## CIVIL DOCKET FOR CASE #: 2:13-cv-00193
## Internal Use Only

Veasey et al v. Perry et al
Assigned to: Judge Nelva Gonzales Ramos
Member cases:

    2:13-cv-00263

    2:13-cv-00291

Related Case: 2:13-cv-00263
Cause: 42:1973 Voting Rights Act

Date Filed: 06/26/2013
Jury Demand: None
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: Federal Question

**Plaintiff**

**Marc Veasey**                    represented by   **Armand Derfner**
P O Box 600
Charleston, SC 29402
843-723-9804
Email: aderfner@dawlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
Brazil & Dunn
4201 Cypress Creek Pkwy
Ste 530
Houston, TX 77068
281-580-6310
Fax: 281-580-6362
Email: chad@brazilanddunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
Attorney at Law
191 Somervelle Street
#405
Alexandria, VA 22304
703-628-4673
Email: ghebert@campaignlegalcenter.org
*ATTORNEY TO BE NOTICED*

**Kembel Scott Brazil**
Brazil & Dunn
4201 Cypress Creek Parkway
Suite 530

Houston, TX 77068
281-580-6310
Fax: 281-580-6362
Email: scott@brazilanddunn.com
*ATTORNEY TO BE NOTICED*

**Neil G Baron**
Attorney at Law
914 FM 517 Rd W
Suite 242
Dickinson, TX 77539
281-534-2748
Fax: 281-534-4309
Email: neil@ngbaronlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jane Hamilton**                represented by   **Armand Derfner**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Chad W Dunn**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **J Gerald Hebert**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Kembel Scott Brazil**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Neil G Baron**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sergio DeLeon**               represented by   **Armand Derfner**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Chad W Dunn**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kembel Scott Brazil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil G Baron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Floyd Carrier**                    represented by   **Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kembel Scott Brazil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil G Baron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Burns**                    represented by   **Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kembel Scott Brazil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil G Baron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Montez**                    represented by   **Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kembel Scott Brazil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil G Baron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Penny Pope**                        represented by   **Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kembel Scott Brazil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil G Baron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Oscar Ortiz**                    represented by   **Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kembel Scott Brazil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil G Baron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Koby Ozias**                    represented by   **Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOHN DOE**                    represented by   **Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**League Of United Latin American**          represented by   **Armand Derfner**
**Citizens**                                                  (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **J Gerald Hebert**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Luis Roberto Vera , Jr**
                                                              Attorney at Law
                                                              111 Soledad
                                                              Ste 1325
                                                              San Antonio, TX 78205
                                                              210-225-3300
                                                              Fax: 210-225-2060
                                                              Email: lrvlaw@sbcglobal.net
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Chad W Dunn**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Mellor-Crumley**                      represented by   **Armand Derfner**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **J Gerald Hebert**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Chad W Dunn**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dallas County, Texas**                     represented by   **Armand Derfner**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **J Gerald Hebert**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE**      represented by   **Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**United States Of America**      represented by   **Anna Baldwin**
U.S. Dept. of Justice
950 Pennsylvania Ave NW
NWB 7273
Washington, DC 20530
202-305-4278
Email: anna.baldwin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth S Westfall**
US Department of Justice
950 Pennsylvania Ave
NW NWB Rm 7125
Washington, DC 20530
202-305-7766
Email: elizabeth.westfall@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert S Berman**
US Department of Justice
Civil Rights Division
950 Pennsylvania Ave NW, 7243NWB
Washington, DC 20530
2025148690

Email: robert.berman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce I Gear**
Department of Justice
1800 G St NW
Washington, DC 20006
202-353-0419
Email: bruce.gear@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Daniel J Freeman**
US Department of Justice
950 Pennsylvania Ave NW
NWB 7123
Washington, DC 20009
202-305-4355
Fax: 202-307-3961
Email: daniel.freeman@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Jennifer L Maranzano**
US Department of Justice
Civil Rights Division - Voting Section
950 Pennsylvania Ave, NW - NWB
Washington, DC 20530
800-253-3931
Email: jennifer.maranzano@usdoj.gov
*ATTORNEY TO BE NOTICED*

**John Albert Smith , III**
Office of the US Attorney
800 N Shoreline Blvd
Ste 500
Corpus Christi, TX 78401
361-888-3111
Fax: 361-888-3200
Email: john.a.smith@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Meredith Bell-Platts**
US Department of Justice
Voting Section - Civil Rights Division
950 Pennsylvania Ave, NW
NWB 7259
Washington, DC 20530
202-305-8051
Email: meredith.bell-platts@usdoj.gov
*ATTORNEY TO BE NOTICED*

## V.

**Defendant**

**Rick Perry**
*in his Official Capacity as Governor*
*of Texas*

represented by **John Barret Scott**
Scott Yung LLP
208 N Market St
Ste 200
Dallas, TX 75202
214-220-0422
Fax: 214-220-9932
Email: john.scott@texasattorneygeneral.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory David Whitley**
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
512-475-3281
Email:
david.whitley@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**John Reed Clay , Jr**
Office Of The Attorney General
PO Box 12548
MC001
Austin, TX 78711-2548
512-936-2541
Fax: 512-936-0545
Email: reed.clay@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
Office of the Texas Attorney General
209 West 14th St (MC 059)
7th Floor
Austin, TX 78701
512-936-1695
Email:
jonathan.mitchell@texasattorneygeneral.gov

*ATTORNEY TO BE NOTICED*

**Sean Flammer**
2808 W. Fresco Drive
Austin, TX 78731
512-750-1433

Email:
sean.flammer@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**Stephen Ronald Keister**
Texas Attorney General
P O Box 12548
Capitol Station
Austin, TX 78711-2548
512-463-2197
Email:
Ronny.Keister@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **John Steen** | represented by | **John Barret Scott** |
| *in his Official Capacity as Texas Secretary of State* | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Gregory David Whitley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Reed Clay , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Flammer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Ronald Keister**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **State Of Texas** | represented by | **John Barret Scott** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Gregory David Whitley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Reed Clay , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Flammer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Ronald Keister**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steve McGraw**                     represented by   **Gregory David Whitley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Reed Clay , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Barret Scott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Flammer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Ronald Keister**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Defendant**

**State Of Texas**                     represented by   **Jonathan F. Mitchell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

| | | |
|---|---|---|
| **Steve McCraw** | represented by | **John Barret Scott** |
| *In His Official Capacity as Director* | | (See above for address) |
| *of the Texas Department of Public* | | *LEAD ATTORNEY* |
| *Safety* | | *ATTORNEY TO BE NOTICED* |

**Jonathan F. Mitchell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

| | | |
|---|---|---|
| **Imani Clark** | represented by | **Christina A Swarns** |
| | | NAACP Legal Defense Fund |
| | | 40 Rector Street, 5th Floor |
| | | New York, NY 10006 |
| | | 212-965-2200 |
| | | Fax: 212-229-7592 |
| | | Email: cswarns@naacpldf.org |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Intervenor Plaintiff**

| | | |
|---|---|---|
| **Texas League of Young Voters** | represented by | **Christina A Swarns** |
| **Eduction Fund** | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Gerard J Sinzdak**
Wilmer Cutler Pickering Hale & Dorr, LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
202-663-6220
Email: gerard.sinzdak@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**M Hasan Ali**
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
202-663-6671
Email: hasan.ali@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

| | | |
|---|---|---|
| **Texas Association of Hispanic** | represented by | **Rolando L Rios** |
| **County Judges and County** | | Attorney at Law |
| **Commissioners** | | 115 E Travis |
| | | Ste 1645 |
| | | San Antonio, TX 78205 |
| | | 210-222-2102 |
| | | Fax: 210-222-2898 |

Email: rrios@rolandorioslaw.com
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Aurica Washington**                    represented by   **Aurica Washington**
                                                           PRO SE

**Intervenor Plaintiff**

**Crystal Owens**                        represented by   **Crystal Owens**
                                                           PRO SE

**Intervenor Plaintiff**

**Michelle Bessiake**                    represented by   **Michelle Bessiake**
                                                           PRO SE

**Intervenor Plaintiff**

**Maria Longoria Benavides**             represented by   **Rolando L Rios**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**True the Vote**                        represented by   **Joseph M Nixon**
                                                           Bierne Maynard & Parsons
                                                           1300 Post Oak Blvd
                                                           Ste 2500
                                                           Houston, TX 77056
                                                           713-871-6809
                                                           Fax: 713-960-1527
                                                           Email: jnixon@bmpllp.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **James Edwin Trainor , III**
                                                           Beirne, Maynard & Parsons, L.L.P.
                                                           401 W 15th St
                                                           Ste 845
                                                           Austin, TX 78701
                                                           512-623-6700
                                                           Fax: 512-623-6701
                                                           Email: ttrainor@bmpllp.com
                                                           *ATTORNEY TO BE NOTICED*

**Movant**

**TEXAS LEAGUE OF YOUNG**                 represented by   **Christina A Swarns**
**VOTERS EDUCATION FUND**                                  (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Danielle Conley**
                                                           Wilmer Cutler Pickering, et al

1875 Pennsylvania Avenue, NW
Washington, DC 20006
202-663-6006
Email: danielle.conley@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan E Paikin**
Wilmer Cutler et al
1875 Pennsylvania Avenue NW
Washington, DC 20006
202-663-6703
Email: jonathan.paikin@wilmerhale.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kelly Dunbar**
Wilmer Cutler Pickering, et al
1875 Pennsylvania Avenue, NW
Washington, DC 20006
202-663-6262
Email: kelly.dunbar@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leah Aden**
NAACP Legal Defense and Educational
Fund, Inc.
40 Rector St
5th Floor
New York, NY 10006
212-965-2200
Email: laden@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natasha Korgaonkar**
NAACP Legal Def and Educational Funds,
Inc.
40 Rector St
5th Floor
New York, NY 10006
212-965-2200
Email: nkorgaonkar@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Haygood**
NAACP Legal Def and Educational Fund,

Inc.
40 Rector Street
5th Floor
New York, NY 10006
212-965-2200
Email: rhaygood@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sonya Lebsack**
Wilmer Cutler Pickering, et al
1875 Pennsylvania Avenue, NW
Washington, DC 20006
202-663-6063
Email: sonya.lebsack@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**IMANI CLARK**                 represented by  **Christina A Swarns**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle Conley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan E Paikin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kelly Dunbar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leah Aden**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natasha Korgaonkar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Haygood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sonya Lebsack**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Movant**</u>

**Mexican American Legislative        represented by   Ezra D Rosenberg**
**Caucus, Texas House of                                Dechert LLP**
**Representatives**                                     902 Carnegie Ctr
                                                        Ste 500
                                                        Princeton, NJ 08540-6531
                                                        609-955-3222
                                                        Email: ezra.rosenberg@dechert.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Amy L Rudd**
                                                        Dechert LLP
                                                        300 W 6th St
                                                        Suite 2010
                                                        Austin, TX 78701
                                                        512-394-3000
                                                        Email: amy.rudd@dechert.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jennifer Clark**
                                                        Brennan Ctr for Justice
                                                        NYU School of Law
                                                        161 Avenue of the Americas
                                                        12th Fl
                                                        New York, NY 10013
                                                        646-292-8310
                                                        Email: jenniferl.clark@nyu.edu
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Michelle Yeary**
                                                        Dechert LLP
                                                        902 Carnegie Ctr
                                                        Ste 500
                                                        Princeton, NJ 08540-6531
                                                        609-955-3277
                                                        Email: michelle.yeary@dechert.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Myrna Perez**

Brennan Ctr for Justice at NYU School of
Law
161 Ave of the Americas, 12th Fl
New York, NY 10013
646-292-8329
Email: myrna.perez@nyu.edu
*ATTORNEY TO BE NOTICED*

**Vishal Agraharkar**
Brennan Ctr for Justice
NYU School of Law
161 Avenue of the Americas
12th Fl.
New York, NY 10013
646-292-8310
Email: vishal.agraharkar@nyu.edu
*ATTORNEY TO BE NOTICED*

**Wendy Weiser**
Brennan Ctr for Justice
NYU School of Law
161 Avenue of the Americas
12th Fl
New York, NY 10013
646-292-8310
Email: wendy.weiser@nyu.edu
*ATTORNEY TO BE NOTICED*

**Movant**

| | | |
|---|---|---|
| **Texas State Conference of NAACP Branches** | represented by | **Erandi Zamora** |

Lawyers' Committee of Civil Rights Under
Law
1401 New York Ave
Ste 400
Washington, DC 20005
202-662-8345
Email: ezamora@lawyerscommittee.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ezra D Rosenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A Posner**
Lawyers' Committee for Civil Rights
1401 New York Ave NW
Ste 400
Washington, DC 20005

202-662-8389
Email: mposner@lawyerscommittee.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sonia Kaur Gill**
Lawyers' Committee for Civil Rights Under
Law
1401 New York Ave NW
Ste 400
Washington, DC 20005
202-662-8356
Email: sgill@lawyerscommittee.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy L Rudd**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Clark**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle Yeary**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Myrna Perez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vishal Agraharkar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wendy Weiser**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**<u>Interested Party</u>**

**Robert M Allensworth**                    represented by **Robert M Allensworth**
B14522
BMRCC 251 N IL 37 S
Ina, IL 62846-2419
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2013 | 1 | COMPLAINT against Rick Perry, John Steen (Filing fee $ 400 receipt number 0541-11624407) filed by Michael Montez, Sergio DeLeon, Penny Pope, Jane Hamilton, Oscar Ortiz, Floyd Carrier, Marc Veasey, Anna Burns. (Attachments: # 1 Exhibit Exhibit A, # 2 Civil Cover Sheet)(Dunn, Chad) (Entered: 06/26/2013) |
| 06/27/2013 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 9/27/2013 at 09:00 AM before Judge Nelva Gonzales Ramos Parties notified. (dterrell, ) (Entered: 06/27/2013) |
| 07/11/2013 | 3 | CERTIFICATE OF INTERESTED PARTIES by Marc Veasey, filed. (Dunn, Chad) (Entered: 07/11/2013) |
| 08/22/2013 | 4 | First AMENDED Complaint against All Defendants filed by Michael Montez, Sergio DeLeon, Penny Pope, Jane Hamilton, Oscar Ortiz, Floyd Carrier, Marc Veasey, Anna Burns, Koby Ozias, JOHN DOE, League Of United Latin American Citizens, John Mellor-Crumley, Dallas County, Texas, JANE DOE.(Dunn, Chad) (Entered: 08/22/2013) |
| 08/22/2013 | 5 | MOTION for Armand Derfner to Appear Pro Hac Vice by Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. Motion Docket Date 9/12/2013. (Dunn, Chad) (Entered: 08/22/2013) |
| 08/23/2013 | 6 | ORDER granting 5 Motion to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, ) (Entered: 08/23/2013) |
| 08/26/2013 | 7 | MOTION for J. Gerald Hebert to Appear Pro Hac Vice by Marc Veasey, filed. Motion Docket Date 9/16/2013. (Dunn, Chad) (Entered: 08/26/2013) |
| 08/26/2013 | 15 | MOTION to Intervene by TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, filed. Motion Docket Date 9/16/2013. (Attachments: # 1 Memorandum of Law in Support of Motion to Intervene, # 2 Complaint, # 3 Exhibit A to Complaint, # 4 Exhibit B to Complaint, # 5 Corporate Disclosure Statement, # 6 Proposed Order, # 7 Certificate of Service) (Clerk's Notes: Motion was originally filed in member case 2:13cv263.)(bcortez, 2) (Entered: 09/06/2013) |
| 08/28/2013 | 8 | WAIVER OF SERVICE Returned Executed as to Rick Perry served on 8/26/2013, answer due 10/25/2013, filed.(Dunn, Chad) (Entered: 08/28/2013) |
| 08/28/2013 | 9 | WAIVER OF SERVICE Returned Executed as to John Steen served on 8/26/2013, answer due 10/25/2013, filed.(Dunn, Chad) (Entered: 08/28/2013) |
| 08/28/2013 | 10 | NOTICE of Appearance by J. Gerald Hebert on behalf of Anna Burns, |

| | | Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. (Dunn, Chad) (Entered: 08/28/2013) |
|---|---|---|
| 08/28/2013 | 11 | NOTICE of Appearance by Armand G. Derfner on behalf of Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. (Dunn, Chad) (Entered: 08/28/2013) |
| 08/29/2013 | 13 | ORDER granting 7 Motion to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, ) (Entered: 08/30/2013) |
| 08/30/2013 | 12 | Unopposed MOTION to Consolidate Lead Case No. 2:13-cv-193 and Member Case No. 2:13-cv-263 by United States Of America, filed. Motion Docket Date 9/20/2013. (Attachments: # 1 Proposed Order) (Freeman, Daniel) (Entered: 08/30/2013) |
| 08/30/2013 | 🔒 | (Court only) ***Attorney J Gerald Hebert for Marc Veasey added. (lcayce, ) (Entered: 08/30/2013) |
| 08/30/2013 | 14 | ORDER granting 12 Motion to Consolidate Cases: Lead Case No. 2:13cv193 and Member Case No. 2:13cv263.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, ) (Entered: 09/03/2013) |
| 09/06/2013 | 🔒 | (Court only) ***Attorney Leah Aden for IMANI CLARK,Leah Aden for TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND added. (jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 16 | ORDER FOR ADMISSION PRO HAC VICE, granted. Attorney Leah C. Aden is admitted to represent Plaintiff-Intervenors for Texas League of Young Voters Education Fund and Imani Clark.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 🔒 | (Court only) ***Attorney Natasha Korgaonkar for IMANI CLARK,Natasha Korgaonkar for TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND added. (jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 17 | ORDER granting Admission Pro Hac Vice. Attorney Natasha M. Korgaonkar is representing Plaintiff-Intervenors for Texas League of Young Voters Education Fund and Imani Clark.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 🔒 | (Court only) ***Attorney Ryan Haygood for IMANI CLARK,Ryan Haygood for TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND added. (jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 18 | ORDER granting Admission Pro Hac Vice. Attorney Ryan P. Haygood |

| | | |
|---|---|---|
| | | is admitted to represent Plaintiff-Intervenors for Texas League of Young Voters Education Fund and Imani Clark.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 🔒 | (Court only) ***Attorney Jonathan E Paikin for IMANI CLARK,Jonathan E Paikin for TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND added. (jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 19 | ORDER granting Admission Pro Hac Vice. Attorney Jonathan E. Paikin is admitted to represent Plaintiff-Intervenor Texas League of Young Voters and Imani Clark. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 🔒 | (Court only) ***Attorney Sonya Lebsack for IMANI CLARK,Sonya Lebsack for TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND added. (jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 20 | ORDER granting Admision Pro Hac Vice. Attorney Sonya L. Lebsack represents Plaintiff-Intervenor Texas League of Young Voters and Imani Clark.(Signed by Judge Nelva Gonzales Ramos) Parties notified. (jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 🔒 | (Court only) ***Attorney Kelly Dunbar for IMANI CLARK,Kelly Dunbar for TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND added. (jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 21 | ORDER granting Admission Pro Hac Vice. Attorney Kelly Dunbar represents Plaintiff-Intervenor Texas League of Young Voters and Imani Clark.(Signed by Judge Nelva Gonzales Ramos) Parties notified. (jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 🔒 | (Court only) ***Attorney Danielle Conley for IMANI CLARK,Danielle Conley for TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND added. (jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 22 | ORDER granting Admission Pro Hac Vice. Attorney Danielle Conley represents Plaintiff-Intervenor Texas League of Young Voters and Imani Clark. (Signed by Judge Nelva Gonzales Ramos) Parties notified. (jalvarez, 2) (Entered: 09/06/2013) |
| 09/10/2013 | 23 | Letter from Robert M. Allensworth, filed. (Per Houston - no fees were included with this letter) (mserpa, 2) (Entered: 09/13/2013) |
| 09/16/2013 | 24 | RESPONSE to 15 MOTION to Intervene filed by United States Of America. (Attachments: # 1 Exhibit)(Maranzano, Jennifer) (Entered: 09/16/2013) |
| 09/16/2013 | 26 | Mail Returned Undeliverable as to All Plaintiffs re: 13 Order on Motion to Appear Pro Hac Vice, filed. (vrios, 2) (Entered: 09/17/2013) |
| 09/17/2013 | 25 | NOTICE of Appearance by John A. Smith III on behalf of United |

|            |    | States Of America, filed. (Smith, John) (Entered: 09/17/2013) |
|------------|----|--------------------------------------------------------------|
| 09/18/2013 | 27 | MOTION to Consolidate Lead Case No. 2:13-cv-193 and Member Case No. 2:13-cv-263 and 2:13-cv-291 by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. Motion Docket Date 10/9/2013. (Attachments: # 1 Proposed Order)(Rudd, Amy) (Entered: 09/18/2013) |
| 09/19/2013 | 28 | NOTICE of Resetting. Parties notified. Initial Conference set for 10/25/2013 at 09:00 AM before Judge Nelva Gonzales Ramos, filed. (See order entered at DE 14.) (bcortez, 2) (Entered: 09/19/2013) |
| 09/19/2013 | 29 | ORDER granting 15 Motion to Intervene of Texas League of Young Voters Eduction Fund and Imani Clark.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(vrios, 2) (Entered: 09/20/2013) |
| 09/19/2013 | 31 | Consent Order of Consolidation re 27 Motion to Consolidate Cases: Lead Case No. 2:13cv193 and Member Case No. 2:13cv263 and 2:13cv291.(Signed by Judge Nelva Gonzales Ramos) Parties notified. (amireles, 2) (Entered: 09/20/2013) |
| 09/20/2013 | 30 | INTERVENOR COMPLAINT against Imani Clark, Texas League of Young Voters Eduction Fund, State Of Texas, Steve McGraw filed by Imani Clark, Texas League of Young Voters Eduction Fund.(vrios, 2) (Entered: 09/20/2013) |
| 09/20/2013 | 32 | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE. Ezra D. Rosenberg granted leave to appear for Texas State Conference of NAACP Brances and MALC. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 09/23/2013) |
| 09/20/2013 | 33 | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE. Mark A. Posner granted leave to appear for Texas State Conference of NAACP Branches, et al. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 09/23/2013) |
| 09/20/2013 | 34 | ORDER GRANTING LEAVE TO APPEAR PRO HAC VICE. Erandi Zamora granted leave to appear for Texas State Conference of NAACP Branches, et al. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 09/23/2013) |
| 09/20/2013 | 35 | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE. Sonia Kaur Gill granted leave to appear for Texas State Conference of NAACP Branches, et al. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 09/23/2013) |
| 09/23/2013 | 36 | Letter from Robert M. Allensworth re: Polk County Enterprise, filed. (jtabares, 1) (Entered: 09/23/2013) |
| 09/23/2013 | 37 | Mail Returned Undeliverable as to attorney J Gerald Hebert re: 14 Order on Motion to Consolidate Cases, filed. (vrios, 2) (Entered: 09/24/2013) |

| | | |
|---|---|---|
| 09/24/2013 | | DE # 14 Re-Noticed to attorney, J. Gerald Hebert ***, filed. (vrios, 2) (Entered: 09/24/2013) |
| 09/25/2013 | 38 | MOTION to Intervene by True the Vote, filed. Motion Docket Date 10/16/2013. (Attachments: # 1 Exhibit 1)(Nixon, Joseph) (Entered: 09/25/2013) |
| 09/26/2013 | 39 | PROPOSED ORDER re: 38 MOTION to Intervene, filed.(Nixon, Joseph) (Entered: 09/26/2013) |
| 09/27/2013 | 40 | Request for Issuance of Summons as to Steve McGraw, State Of Texas, John Steen, filed. (Attachments: # 1 1, # 2 2)(Korgaonkar, Natasha) (Entered: 09/27/2013) |
| 09/27/2013 | | Summons Issued as to Rick Perry, State Of Texas, John Steen, filed. (ntirado, 2) (Entered: 09/27/2013) |
| 09/27/2013 | 41 | MOTION to Intervene by Texas Association of Hispanic County Judges and County Commissioners, filed. Motion Docket Date 10/18/2013. (Attachments: # 1 Complaint, # 2 Exhibit, # 3 Proposed Order)(Rios, Rolando) (Entered: 09/27/2013) |
| 09/30/2013 | 42 | MOTION for Anna M. Baldwin to Appear Pro Hac Vice by United States Of America, filed. Motion Docket Date 10/21/2013. (Maranzano, Jennifer) (Entered: 09/30/2013) |
| 10/01/2013 | 43 | MOTION to Stay by United States Of America, filed. Motion Docket Date 10/22/2013. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 10/01/2013) |
| 10/02/2013 | 44 | RESPONSE to 43 MOTION to Stay filed by Marc Veasey. (Dunn, Chad) (Entered: 10/02/2013) |
| 10/03/2013 | 45 | NOTICE of Setting as to 43 MOTION to Stay . Parties notified. Telephonic Motion Hearing set for 10/4/2013 at 01:30 PM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 10/03/2013) |
| 10/03/2013 | 46 | Joint RESPONSE to 43 MOTION to Stay filed by IMANI CLARK, Mexican American Legislative Caucus, Texas House of Representatives, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, Texas State Conference of NAACP Branches. (Rudd, Amy) (Entered: 10/03/2013) |
| 10/04/2013 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. Proceedings held on 10/4/2013. Weekly status hearing discussed if the Governemnt has a shut down. Status conference is set for Friday, October 11, 2013 art 1:30. Parties excused. Appearances: Chad W Dunn, Natasha Korgaonkar, Kelly Dunbar, Danielle Conley, Luis Roberto Vera, Jr, Jennifer Clark, Vishal Agraharkar, Ezra D Rosenberg, Rolando L Rios, Joseph M Nixon, Meredith Bell-Platts, John Albert Smith, III.(Digital # 1:35 to 1:50)(ERO:G. Rogan), filed. (lrivera, 2) (Entered: 10/04/2013) |
| 10/04/2013 | 47 | NOTICE of Setting. Parties notified. Status Conference set for |

| | | 10/11/2013 at 01:30 PM before Judge Nelva Gonzales Ramos, filed. (lrivera, 2) (Entered: 10/04/2013) |
|---|---|---|
| 10/08/2013 | 48 | ORDER granting 42 Motion to Appear Pro Hac Vice. Anna M. Baldwin granted leave to appear for the United States.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 10/08/2013) |
| 10/11/2013 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 10/11/2013. Discussion held re: status of case and government shutdown. Status Conference set for 10/18/2013 at 08:30 AM before Judge Nelva Gonzales Ramos Appearances:John Scott. Chad W Dunn, Ryan Haygood, Danielle Conley, Jennifer Clark, Ezra D Rosenberg, Rolando L Rios, Joseph M Nixon, Elizabeth S Westfall, Meredith Bell-Platts, J Gerald Hebert. (Digital # 1:28-1:36)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 10/11/2013) |
| 10/17/2013 | 49 | NOTICE *Regarding Restoration of Appropriations* by United States Of America, filed. (Maranzano, Jennifer) (Entered: 10/17/2013) |
| 10/18/2013 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 10/18/2013. Discussion held regarding status of case. Case can proceed. Responses to 38 , 41 due by 10/30/2013 by agreement. Joint Plan due by 11/4/2013. Initial Conference set for 11/15/2013 at 09:00 AM before Judge Nelva Gonzales Ramos. Parties have agreed to a briefing schedule regarding state's motion to dismiss that will be filed on 10/25/13. Responses due by 11/22/13. Replies due by 12/6/13. Parties to confer on scheduling order to be entered in case. Appearances:Chad Dunn, Gerry Hebert, Neil Baron, John Smith, Elizabeth Westfall, Daniel Freeman, Jennifer Maranzano, Robert Berman, Rolando Rios, Joseph Nixon, Natasha Korgaonkar, Leah Aden, Ryan Haygood, Danielle Conley, Kelly Dunbar, Ezra Rosenberg, Jennifer Clarke, John Scott, David Whitley, Reed Clay.(Digital # 8:31-8;42)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 10/18/2013) |
| 10/21/2013 | 50 | Letter from Robert Allensworth re: ballots for Texas State house members, filed. (lcayce, 2) (Entered: 10/21/2013) |
| 10/21/2013 | 51 | Letter from Robert Allensworth re: ballots Texas State bar members, filed. (Clerk's note: A letter was sent to Mr. Allensworth re: cost for copies requested) (lcayce, 2) (Entered: 10/22/2013) |
| 10/22/2013 | 🔒 | (Court only) ***Motion(s) terminated: 43 MOTION to Stay . (bcortez, 2) (Entered: 10/22/2013) |
| 10/25/2013 | 52 | MOTION to Dismiss 30 Intervenor Complaint, 1 Complaint, 4 Amended Complaint/Counterclaim/Crossclaim etc., by Steve McCraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 11/15/2013. (Attachments: # 1 Proposed Order)(Scott, John) (Entered: 10/25/2013) |

| 10/25/2013 | 53 | NOTICE of Appearance by James E. Trainor, III on behalf of True the Vote, filed. (Trainor, James) (Entered: 10/25/2013) |
|---|---|---|
| 10/28/2013 | 54 | MOTION for M. Hasan Ali to Appear Pro Hac Vice by TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, Texas League of Young Voters Eduction Fund, filed. Motion Docket Date 11/18/2013. (dterrell, 2) (Entered: 10/29/2013) |
| 10/28/2013 | 55 | MOTION for Gerard J. Sinzdak to Appear Pro Hac Vice by Texas League of Young Voters Eduction Fund, filed. Motion Docket Date 11/18/2013. (dterrell, 2) (Entered: 10/29/2013) |
| 10/30/2013 | 56 | ORDER granting 54 Motion to Appear Pro Hac Vice of M. Hasan Ali. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(vrios, 2) (Entered: 10/30/2013) |
| 10/30/2013 | 57 | ORDER granting 55 Motion to Appear Pro Hac Vice of Gerard J. Sinzdak.(Signed by Judge Nelva Gonzales Ramos) Parties notified. (vrios, 2) (Entered: 10/30/2013) |
| 10/30/2013 | 58 | RESPONSE to 41 MOTION to Intervene filed by United States Of America. (Maranzano, Jennifer) (Entered: 10/30/2013) |
| 10/30/2013 | 59 | RESPONSE to 38 MOTION to Intervene filed by United States Of America. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Proposed Order)(Maranzano, Jennifer) (Entered: 10/30/2013) |
| 11/01/2013 | 60 | NOTICE of Appearance by Myrna Perez on behalf of Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. (Rudd, Amy) (Entered: 11/01/2013) |
| 11/04/2013 | 61 | JOINT DISCOVERY/CASE MANAGEMENT PLAN by United States Of America, filed. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(Maranzano, Jennifer) (Entered: 11/04/2013) |
| 11/04/2013 | 63 | Letter from Robert Allensworth, filed. (amireles, 2) (Entered: 11/05/2013) |
| 11/05/2013 | 62 | CORPORATE DISCLOSURE STATEMENT by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed.(Rudd, Amy) (Entered: 11/05/2013) |
| 11/07/2013 | 64 | CERTIFICATE OF INTERESTED PARTIES by Plaintiff-Intervenors Texas League of Young Voters Education Fund and Imani Clark, filed. (bcortez, 2) (Entered: 11/07/2013) |
| 11/12/2013 | 65 | NOTICE of Appearance by JOHN REED CLAY on behalf of Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Clay, John) (Entered: 11/12/2013) |

| 11/12/2013 | 66 | MOTION for Robert S. Berman to Appear Pro Hac Vice by United States Of America, filed. Motion Docket Date 12/3/2013. (Maranzano, Jennifer) (Entered: 11/12/2013) |
| 11/12/2013 | 68 | Letter from Robert M. Allensworth re: ballots for Texas State house members, filed. (lcayce, 2) (Entered: 11/13/2013) |
| 11/12/2013 | 71 | Letter from Robert M. Allensworth re: BMRCC Library assistance, filed. (Attachments: # 1 Exhibit, # 2 Envelope) (avleal, 1) (Entered: 11/14/2013) |
| 11/12/2013 | 72 | Mail Returned Undeliverable as to attorney Anna Baldwin as to United States Of America re: 56 Order on Motion to Appear Pro Hac Vice, 57 Order on Motion to Appear Pro Hac Vice, filed. (amireles, 2) (Entered: 11/14/2013) |
| 11/13/2013 | 67 | NOTICE of Appearance by S. RONALD KEISTER on behalf of Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Keister, Stephen) (Entered: 11/13/2013) |
| 11/13/2013 | 69 | NOTICE *of Erratum* by United States Of America, filed. (Attachments: # 1 Exhibit)(Maranzano, Jennifer) (Entered: 11/13/2013) |
| 11/13/2013 | 70 | ORDER granting 66 Motion for Robert S. Berman to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified. (amireles, 2) (Entered: 11/14/2013) |
| 11/14/2013 | 73 | AMENDED INTERVENOR COMPLAINT against Steve McGraw, State Of Texas, John Steen filed by Texas League of Young Voters Eduction Fund, Imani Clark, Aurica Washington, Crystal Owens, Michelle Bessiake. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Haygood, Ryan) (Entered: 11/14/2013) |
| 11/15/2013 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. INITAL PRETRIAL CONFERENCE held on 11/15/2013. Court grants 41 Motion to Intervene by Texas Association of Hispanic County Judges and County Commissioners. Court takes 38 Motion to Intervene by True the Vote under advisement. Trial date September 2, 2014. Court enters scheduling order. Appearances: Chad W Dunn, Kembel Scott Brazil, Neil G Baron, Natasha Korgaonkar, Ryan Haygood, Kelly Dunbar, John Barret Scott, Vishal Agraharkar, Ezra D Rosenberg, Rolando L Rios, M Hasan Ali, Mark A Posner, Joseph M Nixon, James Edwin Trainor, III, Elizabeth S Westfall, John Albert Smith, III, Anna Baldwin, J Gerald Hebert.(Digital # 9:32-10:19) (ERO:G. Rogan), filed.(bcortez, 2) (Entered: 11/15/2013) |
| 11/15/2013 | 74 | INTERVENOR COMPLAINT against All Defendants filed by Texas Association of Hispanic County Judges and County Commissioners, Maria Longoria Benavides.(vrios, 2) (Entered: 11/15/2013) |
| 11/18/2013 | 75 | MOTION for Myrna Perez to Appear Pro Hac Vice by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. Motion Docket Date |

| | | |
|---|---|---|
| | | 12/9/2013. (Rudd, Amy) (Entered: 11/18/2013) |
| 11/18/2013 | 80 | Letter to Court regarding ballots from Robert M. Allensworth, filed. (Attachments: # 1 Envelope, # 2 Exhibit) (vrios, 2) (Entered: 11/21/2013) |
| 11/19/2013 | 76 | ADVISORY by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit A - Declaration of B. Keith Ingram)(Scott, John) (Entered: 11/19/2013) |
| 11/20/2013 | 77 | NOTICE of Setting as to 76 Advisory. Parties notified. Status Conference set for 11/21/2013 at 01:00 PM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 11/20/2013) |
| 11/20/2013 | 78 | NOTICE of Resetting as to 76 Advisory. Parties notified. Miscellaneous Hearing set for 11/22/2013 at 11:30 AM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 11/20/2013) |
| 11/21/2013 | 79 | INITIAL DISCLOSURES by Maria Longoria Benavides, Texas Association of Hispanic County Judges and County Commissioners, filed.(Rios, Rolando) (Entered: 11/21/2013) |
| 11/21/2013 | 81 | Joint RESPONSE to 76 Advisory *of Defendants*, filed by Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Texas Association of Hispanic County Judges and County Commissioners, Marc Veasey. (Attachments: # 1 Exhibit Declaration of Toni Pippins-Poole, # 2 Exhibit Affidavit of Keith Ingram, # 3 Exhibit Affidavit of provisional voter, # 4 Exhibit Notice to Voter who must provide Identification)(Hebert, J) (Entered: 11/21/2013) |
| 11/21/2013 | 82 | NOTICE *of Initial Disclosures* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 11/21/2013) |
| 11/21/2013 | 83 | INITIAL DISCLOSURES by Penny Pope, filed. (Attachments: # 1 Exhibit Declaration, # 2 Exhibit Declaration, # 3 Exhibit Declaration, # 4 Exhibit Declaration, # 5 Exhibit Declaration)(Baron, Neil) (Entered: 11/21/2013) |
| 11/21/2013 | 84 | NOTICE *of Initial Disclosures* by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. (Rudd, Amy) (Entered: 11/21/2013) |
| 11/21/2013 | 85 | RESPONSE to 76 Advisory *Regarding September 2014 Trial Date*, filed by United States Of America. (Westfall, Elizabeth) (Entered: 11/21/2013) |
| 11/22/2013 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. HEARING held on 11/22/2013. Arguments heard re: 76 Advisory. Court keeps current trial setting of September 2, 2014. Scheduling order to be entered. Parties agree there is no need for a three judge panel. Appearances:Chad Dunn, Meredith Bell-Platts, Elizabeth Westfall, Rolando Rios, Joseph Nixon, Leah Aden, Ryan Haygood, |

| | | |
|---|---|---|
| | | Ezra Rosenberg, John Scott.(Digital # 1:36-1:56)(ERO:L. Cayce), filed. (bcortez, 2) (Entered: 11/22/2013) |
| 11/22/2013 | 86 | SCHEDULING ORDER. Bench trial. Amended Pleadings due by 3/2/2014. Joinder of Parties due by 12/6/2013 Pltf Expert Report due by 5/9/2014. State's Expert Rebuttal Reports due 6/6/14. Plaintiff's Expert Reply Reports due 6/30/14. Fact Discovery shall end on 5/2/14. Expert Witness Discovery shall end on 7/15/14. Dispositive Motion Filing due by 7/22/2014. Responses due by 8/4/2014. Replies to Dispositive Motions due 8/11/14. Status Conference will be held on 2/12/14 at 9:00 AM. Joint Pretrial Order due by 8/7/2014. Final Pretrial Conference set for 8/21/14 at 9:00 AM. Bench Trial set for 9/2/2014 at 09:00 AM before Judge Nelva Gonzales Ramos(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 11/22/2013) |
| 11/22/2013 | | ***Set Hearings: Final Pretrial Conference set for 8/21/2014 at 09:00 AM before Judge Nelva Gonzales Ramos Status Conference set for 2/12/2014 at 09:00 AM before Judge Nelva Gonzales Ramos (mserpa, 2) (Entered: 11/22/2013) |
| 11/22/2013 | 87 | Letter from Robert M. Allensworth re: ballots for Texas State house members, filed. Copy of current docket sheet mailed to Allensworth. (lcayce, 2) (Entered: 11/22/2013) |
| 11/22/2013 | 88 | RESPONSE in Opposition to 52 MOTION to Dismiss 30 Intervenor Complaint, 1 Complaint, 4 Amended Complaint/Counterclaim/Crossclaim etc., , filed by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches. (Rudd, Amy) (Entered: 11/22/2013) |
| 11/22/2013 | 89 | Unopposed MOTION for Leave to File Excess Pages by Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. Motion Docket Date 12/13/2013. (Attachments: # 1 Proposed Order)(Hebert, J) (Entered: 11/22/2013) |
| 11/22/2013 | 90 | RESPONSE in Opposition to 52 MOTION to Dismiss 30 Intervenor Complaint, 1 Complaint, 4 Amended Complaint/Counterclaim/Crossclaim etc., , filed by Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey. (Attachments: # 1 Proposed Order)(Hebert, J) (Entered: 11/22/2013) |
| 11/22/2013 | 91 | Corrected RESPONSE in Opposition to 52 MOTION to Dismiss 30 Intervenor Complaint, 1 Complaint, 4 Amended Complaint/Counterclaim/Crossclaim etc., , filed by Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, |

| | | |
|---|---|---|
| | | Penny Pope, Marc Veasey. (Attachments: # 1 Proposed Order)(Hebert, J) (Entered: 11/22/2013) |
| 11/22/2013 | 92 | RESPONSE in Opposition to 52 MOTION to Dismiss 30 Intervenor Complaint, 1 Complaint, 4 Amended Complaint/Counterclaim/Crossclaim etc., , filed by United States Of America. (Attachments: # 1 Proposed Order)(Baldwin, Anna) (Entered: 11/22/2013) |
| 11/22/2013 | 94 | ORDER GRANTING VEASEY-LULAC PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS granting 89 Motion for Leave to File Excess Pages.(Signed by Judge Nelva Gonzales Ramos Parties notified.(mserpa, 2) (Entered: 11/25/2013) |
| 11/25/2013 | 93 | NOTICE of Appearance by SEAN PATRICK FLAMMER on behalf of Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Flammer, Sean) (Entered: 11/25/2013) |
| 11/25/2013 | 95 | NOTICE of Appearance by G. David Whitley on behalf of Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Whitley, Gregory) (Entered: 11/25/2013) |
| 11/25/2013 | 96 | Letter from Robert M Allensworth re: 2nd ballot, filed. (amireles, 2) (Entered: 11/26/2013) |
| 11/26/2013 | 97 | MOTION for Michelle Yeary to Appear Pro Hac Vice by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. Motion Docket Date 12/17/2013. (Rudd, Amy) (Entered: 11/26/2013) |
| 11/29/2013 | 98 | Letter from Robert M. Allensworth re: suggestion for a 2nd limited voting ballot, filed. (mserpa, 2) (Entered: 11/29/2013) |
| 11/29/2013 | 99 | Letter from Robert M. Allensworth, filed. (dmorales, 5) (Entered: 11/29/2013) |
| 12/02/2013 | 100 | AO 435 TRANSCRIPT ORDER FORM by Chad W. Dunn. This is to order a transcript of Initial Conference held on November 15, 2013 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 12-2-13. Modified on 12/2/2013 (grogan, 2). (Entered: 12/02/2013) |
| 12/02/2013 | 101 | ORDER granting 97 Motion for Michelle Yeary to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified. (amireles, 2) (Entered: 12/03/2013) |
| 12/03/2013 | 102 | ORDER granting 75 Motion for Myrna Perez to Appear Pro Hac Vice. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, 2) (Entered: 12/03/2013) |
| 12/03/2013 | 103 | Unopposed MOTION for Protective Order by United States Of America, filed. Motion Docket Date 12/24/2013. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 12/03/2013) |

| 12/04/2013 | 104 | Letter from Robert M Allensworth re: 2nd ballot, filed.(lcayce, 2) (Entered: 12/04/2013) |
| 12/05/2013 | 105 | CONSENT PROTECTIVE ORDER - Granting 103 Unopposed MOTION for Protective Order.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(sscotch, 2) (Entered: 12/05/2013) |
| 12/05/2013 | 106 | AO 435 TRANSCRIPT ORDER FORM by John Scott. This is to order a transcript of Hearing held on November 22, 2013 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2)Electronically forwarded to Exceptional Reporting on 12-6-13. Modified on 12/6/2013 (grogan, 2). (Entered: 12/06/2013) |
| 12/05/2013 | 107 | Letter re: 2nd ballot and MOTION for Copies of Documents by Robert M Allensworth, filed. Motion Docket Date 12/26/2013. (lcayce, 2) (Entered: 12/06/2013) |
| 12/06/2013 | 108 | REPLY in Support of 52 MOTION to Dismiss 30 Intervenor Complaint, 1 Complaint, 4 Amended Complaint/Counterclaim/Crossclaim etc., , filed by Steve McCraw, Steve McGraw, Rick Perry, State Of Texas, State Of Texas, John Steen. (Mitchell, Jonathan) (Entered: 12/06/2013) |
| 12/06/2013 | 109 | Second AMENDED Complaint against Rick Perry, John Steen filed by Penny Pope, Jane Hamilton, Marc Veasey, John Mellor-Crumley, JANE DOE, Michael Montez, Sergio DeLeon, Dallas County, Texas, League Of United Latin American Citizens, Oscar Ortiz, Floyd Carrier, JOHN DOE, Koby Ozias, Anna Burns.(Hebert, J) (Entered: 12/06/2013) |
| 12/10/2013 | 110 | Unopposed MOTION for Leave to File attached motions to dismiss by Steve McCraw, Steve McGraw, Rick Perry, State Of Texas, State Of Texas, John Steen, filed. Motion Docket Date 12/31/2013. (Attachments: # 1 Exhibit Motion to dismiss Hispanic Judges, # 2 Exhibit Motion to dismiss TLYVEF)(Mitchell, Jonathan) (Entered: 12/10/2013) |
| 12/11/2013 | 111 | PROPOSED ORDER re: 110 Unopposed MOTION for Leave to File attached motions to dismiss, filed.(Mitchell, Jonathan) (Entered: 12/11/2013) |
| 12/11/2013 | 🔒 112 | TRANSCRIPT re: CIVIL INITIAL CONFERENCE (TELEPHONIC) held on 11/15/13 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party FARIZA IBRAHIM Release of Transcript Restriction set for 3/11/2014., filed. (thudson, ) (Entered: 12/11/2013) |
| 12/11/2013 | 113 | ORDER denying Intervention of True the Vote re 38 .(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, 2) (Entered: 12/11/2013) |
| 12/11/2013 | 114 | ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR LEAVE |

| | | |
|---|---|---|
| | | TO FILE TWO OUT-OF-TIME MOTIONS TO DISMISS granting 110 Motion for Leave to File.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 12/11/2013) |
| 12/11/2013 | 115 | MOTION to Dismiss 74 Intervenor Complaint by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 1/2/2014. (mserpa, 2) (Entered: 12/11/2013) |
| 12/11/2013 | 116 | MOTION to Dismiss 73 Amended Intervenor Complaint by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 1/2/2014. (mserpa, 2) Modified on 12/11/2013 (mserpa, 2). (Entered: 12/11/2013) |
| 12/12/2013 | 117 | Notice of Filing of Official Transcript as to 112 Transcript,. Party notified, filed. (dterrell, 2) (Entered: 12/12/2013) |
| 12/12/2013 | 118 | PROPOSED ORDER re: 115 MOTION to Dismiss 74 Intervenor Complaint, filed.(Mitchell, Jonathan) (Entered: 12/12/2013) |
| 12/12/2013 | 119 | PROPOSED ORDER re: 116 MOTION to Dismiss 73 Amended Intervenor Complaint, filed.(Mitchell, Jonathan) Modified on 12/12/2013 (mserpa, 2). (Entered: 12/12/2013) |
| 12/13/2013 | 120 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 113 Order on Motion to Intervene by True the Vote (Filing fee $ 505, receipt number 0541-12483281), filed.(Nixon, Joseph) (Entered: 12/13/2013) |
| 12/13/2013 | 121 | DOCUMENT by Robert M Allensworth, filed.(mserpa, 2) (Entered: 12/13/2013) |
| 12/17/2013 | 122 | RESPONSE in Opposition to 115 MOTION to Dismiss 74 Intervenor Complaint, filed by Maria Longoria Benavides, Texas Association of Hispanic County Judges and County Commissioners. (Rios, Rolando) (Entered: 12/17/2013) |