IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| Mark Veasey, Jane Hamilton, Segio DeLeon, Floyd Carrier, Anna Burns, Michael Montez, Penny Pope, Oscar Ortiz, Koby Ozias, John Mellor-Crumley, Jane Doe, John Doe, League of United Latin American Citizens and Dallas County, Texas,<br>  *Plaintiffs*<br><br>v.<br><br>Rick Perry, In his Official Capacity as Governor of Texas, John Steen, In his Official Capacity as Texas Secretary of State,<br>  *Defendants* | Consolidated Action<br>No 2:13-CV-00193 |

### NOTICE OF WITHDRAWAL OF TRUE THE VOTE'S NOTICE OF APPEAL DATED DECEMBER 13, 2013

TO THE HONORABLE COURT:

Without prejudice to its appellate rights, True the Vote, proposed intervenor in member cause number 2:13-CV-00263, styled *United States et al v. Texas et al*, hereby withdraws its Notice of Appeal dated December 13, 2013. (Doc. 120).

1

Respectfully submitted,

*/s/ Joseph M. Nixon*
Joseph M. Nixon – attorney-in-charge
  State Bar No. 15244899
  jnixon@bmpllp.com
James E. ("Trey") Trainor, III
  State Bar No. 24042052
  ttrainor@bmpllp.com
N. Terry Adams, Jr.
  State Bar No. 00874010
  tadams@bmpllp.com
Kelly H. Leonard
  State Bar No. 24078703
  kleonard@bmpllp.com
**BEIRNE, MAYNARD & PARSONS, L.L.P.**
1300 Post Oak Boulevard, Suite 2500
Houston, Texas  77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527


J. Christian Adams
South Carolina Bar No. 7136
**ELECTION LAW CENTER, PLLC**
300 N. Washington Street
Suite 405
Alexandria, Virginia 22314
Telephone: (703) 963-8611
Email: adams@electionlawcenter.com
(*Pro Hac Vice application to be filed*)

## **CERTIFICATE OF SERVICE**

  I hereby certify that I did serve a copy of this Withdrawal Notice on all counsel who have made appearance in this case and consented to service by electronic means through the Electronic Case Filing system on this 20th day of December 2013.

               /s/ *Kelly H. Leonard*
               Kelly H. Leonard