IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| Mark Veasey, Jane Hamilton, Segio DeLeon, Floyd Carrier, Anna Burns, Michael Montez, Penny Pope, Oscar Ortiz, Koby Ozias, John Mellor-Crumley, Jane Doe, John Doe, League of United Latin American Citizens and Dallas County, Texas,<br>    *Plaintiffs*<br><br>v.<br><br>Rick Perry, In his Official Capacity as Governor of Texas, John Steen, In his Official Capacity as Texas Secretary of State,<br>    *Defendants* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>Consolidated Action<br>No 2:13-CV-00193 |

## TRUE THE VOTE'S NOTICE OF APPEAL

TO THE HONORABLE COURT:

    Please take notice that True the Vote, proposed intervenor in member case 2:13-CV-00263, *United States et al v. Texas et al*, hereby appeals to the United States Court of Appeals for the Fifth Circuit from this Court's December 11, 2013 Order Denying Intervention of True the Vote. (Doc. 113). *See City of Houston v. Am. Traffic Solutions, Inc.*, 668 F.3d 291, 293 (5th Cir. 2012) (permitting appeal of order denying intervention); *Edwards v. Houston,* 78 F.3d 983, 992 (5th Cir.1996) (en banc) (same).

1

True the Vote moved to intervene as a defendant in case number 2:13-CV-00263, *United States et al v. Texas et al*, one of three cases in the consolidated action reflecting *Veasey v. Perry*, No 2:13-CV-00193 as lead case. (Doc. 38). The Court's December 11, 2013 Order Denying Intervention of True the Vote bears the case-style and cause number of the lead case, *Veasey v. Perry*. (Doc. 113). This is because all of the filings in the three consolidated cases are collected under the lead case of *Veasey v. Perry.*

Accordingly, this Notice of Appeal by True the Vote from the December 11, 2013 Order Denying Intervention of True the Vote (Doc. 113) pertains to case number 2:13-CV-00263, *United States et al v. Texas et al.* True the Vote has tendered to the district court all required fees for docketing its appeal.

Respectfully submitted,

*/s/ Joseph M. Nixon*
Joseph M. Nixon – attorney-in-charge
  State Bar No. 15244899
  jnixon@bmpllp.com
James E. ("Trey") Trainor, III
  State Bar No. 24042052
  ttrainor@bmpllp.com
N. Terry Adams, Jr.
  State Bar No. 00874010
  tadams@bmpllp.com
Kelly H. Leonard
  State Bar No. 24078703
  kleonard@bmpllp.com
**BEIRNE, MAYNARD & PARSONS, L.L.P.**
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056
Telephone: (713) 623-0887

> Facsimile: (713) 960-1527
>
> -and-
>
> J. Christian Adams
> South Carolina Bar No. 7136
> **ELECTION LAW CENTER, PLLC**
> 300 N. Washington Street
> Suite 405
> Alexandria, Virginia 22314
> Telephone: (703) 963-8611
> Email: adams@electionlawcenter.com
> (*Pro Hac Vice application to be filed*)

## **CERTIFICATE OF SERVICE**

I hereby certify that I did serve a copy of this Notice of Appeal on all counsel who have made appearance in this case and consented to service by electronic means through the Electronic Case Filing system on this 20th day of December 2013.

> /s/ *Kelly H. Leonard*
> Kelly H. Leonard