# Veasey 2nd Amended Complaint

Scott, John

**Sent:** Tuesday, December 17, 2013 5:07 PM
**To:**   chad@brazilanddunn.com
**Cc:**   Whitley, David; Flammer, Sean; Wilson, Anne

Chad-

Your second amended adds parties and edits the complaint.  The state defendants are not opposed to a Motion to Intervene for the new parties nor are we opposed to a Motion for Leave to file the 2nd Amended Complaint.  Please let me know.

John

John B. Scott
Deputy Attorney General
For Civil Litigation
Office of the Texas Attorney General
Post Office Box 12548
Austin, TX 78711-2548

Telephone: 512-475-0131 (Direct)
Facsimile: 512-936-0545
Email: john.scott@texasattorneygeneral.gov

This message and any attachment(s) may be confidential and/or privileged pursuant to
Government Code sections 552.101, 552.103, 552.107, and 552.111, and
should not be disclosed without the express authorization of the Attorney General of Texas.