# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>RICK PERRY, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-00193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*,<br><br>    Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*,<br><br>    Plaintiff-Intervenors,<br><br>    v.<br><br>STATE OF TEXAS, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-00263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.,*<br><br>             Plaintiffs,<br><br>     v.<br><br>JOHN STEEN, *et al.,*<br><br>             Defendants. | Civil Action No. 2:13-cv-00291 (NGR) |

## [PROPOSED] ORDER

For the reasons set forth in Plaintiff-Intervenors' Opposition (ECF No. 134), Defendants' Motion to Dismiss the Amended Complaint in Intervention of Plaintiff-Intervenors the Texas League of Young Voters Education Fund, *et al*. (ECF No. 116) is **DENIED**.

**SO ORDERED.**

Date:

_____
NELVA GONZALES RAMOS
U.S. DISTRICT JUDGE