Clerk, U.S. District Court
Southern District of Texas
FILED
DEC 30 2013
David J. Bradley, Clerk of Court

Bella Abila, Haskell Co Clerk  
Billy Wayne Hester, Com'r 1  
Tiffin Mayfield, Com'r 2  
Kenny Thompson, Com'r 3  
Neal Kreger, Com'r, 4  
Cthse, One Av d  
HASKELL TX 79521

Dec 26 13

for USA v TEXAS TXSD 2:13 cv 263

from Robert M Allensworth B14522

940-864-2066, 2451, 2851, FAX 6164.
291

NINE+ DOCs in USA v TEXAS TXSD 2:13cv193/263 are letters from me.

I suggest a 2nd ballot by limiterd voting for the Texas State House with candidates on the limited voting ballot in about two or three districts beyond their own to loosen winners ties to liars, inhibit tyranny and promote turnover.

I want county clerks/comrs to help with details. I suggest co party chairmen select two or three candidates for each district for 2014 for their own district and two or three neighboring districts to fill up the ballot.

Drew Springs's R-Muenster district includes many counties far west of Muenster, so I suggest Haskell co pick neighboring districts far west of Muenster.

There was a Status Hearing in this case Nov 22. I ordered a transcript. Nine attys attended. It may go on PACER.

SEE www.txs.uscourts.gov.    Arguments heard re:
76 Nov 19 Advisory.

114 DEC 11 ORDER Granting def's mtn to file Out-of-Time mtns to Dismiss.

John B Scott is atty for Texas.  208 N Market Rm 200 Dallas TX
214-220-0422, FAX 9032    75202

Another status hearing is set for Feb 12 9am.

DOJ objected to HASKELL CISD's figures cumulative voting/ stag terms finding they didn't stand close scrutiny. I want details. See USA above DOC 30 page 45.

Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419

Signed before me this 12/24/13

JENNIFER L WILSON
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
October 28, 2016

**State of Illinois - Department of Corrections**
**Counseling Summary**

for USA v TEXAS TXSD
2:13cv193/263/291

| | | | |
|---|---|---|---|
| **IDOC #** | B14522 | **Counseling Date** | 12/19/13 06:44:00:923 |
| **Offender Name** | ALLENSWORTH, ROBERT | **Type** | Personal |
| **Current Admit Date** | 06/22/1995 | **Method** | Other |
| **MSR Date** | TO BE DETERI | **Location** | BMR WARDENS OFFICE |
| **HSE/GAL/CELL** | 04-B -21 | **Staff** | ROECKEMAN, ZACHARY S., Senior Public Service Administrator |

Received request from ALLENSWORTH regardign discipline and an additional correspondence box. Based on the Adjustment Committee proceedings, you pleaded guilty to the Insolence charge. The discipline given for this charge was within the statutory limits. There will be no reduction in the discipline. Offenders are allowed one correspondence box in the cell. No additional correspondence box will be allowed in the cell.

I asked Lt Jackson for help getting unstamped envelopes at the commissary.

He put on the insolence ticket I wanted more stamped envelopes. I was given 3-months across-the-board, C Grade (One $30 shop/month), Commissary restriction ($15 limit on selected items) and yard/gym denial. These punishments extend previous punishments. I have asked for and sent in requests for relief.

Robert M Allensworth
Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419

I did <u>not</u> lure a then 12-year old neighbor boy who came up to me and asked if I had some money. I gave him 30¢. About six boys and girls then tauntedme and threw pebbles.

I did not videotape three neighbor boys, aged 15, 16 and 18 who felt me up and released me after they showed me a video camera they said didn't work.

Print Date  12/19/2013

for USA v TEXAS TXSD 2:13cv193/263/291       Dec 26 13

Kelly Cheesman, Cir Clk
Scott Shipplett, Presiding Judge        Aug 19 13
200 S Cherry
Galesburg IL 61401          94 CF 264 SDP

Jessica Stover didn't show at her Thursday weekly call
at 4P wing Aug 15 when she announced on 4C wing Tony
Isaacs no longer works here. She saw me briefly Aug 16
and said again I can't see Dr Lipshitz on the videoconference.

I complained earlier to 4B counselor Lisa Dollins I want to see
Dr Lipshitz who I last saw about two years ago. Dollins
said she would talk to Stover.
I still want out of prison.

Your claim I can't rehash old claims makes sense to me
only as showing you a ◆ rubber-stamp stooge flunky and
tool of liars. I did **not** lure the then 12-year old
neighbor boy who came up to me and asked if I had some
money before about six boys and girls taunted me and
threw rocks etc. I told this to Dr Lipshitz about two
years ago.

I now plan to bug zone lieutenants on● this issue fully
expecting insolence tickets. Do you have another suggestion?
       or other reliation
I want a wide-ranging conference focusing on old claims.
                         placefiller
Jessica Stover seems to be a rubber-stamp figurehead dupe,
stooge and tool of liars.

**Added Dec 26 13**                  *Robert M Allensworth*
**Dr HOLT has been BMRCC SDP**   Robert M Allensworth B14522
**staff dir since Oct. I have had** BMRCC 251 N IL 37 S
**less than one minute with him.** Ina IL 62846 2419

   Judge Stewart ordered an evaluation Nov 16 11 when I was
   in court. See minute order.
   Kids do and say silly and stupid things.
**Jessica parrots my claims but won't
let me see Dr Lipshitz who told me about
two years ago he would see me in about
six months.** *Robert M Allensworth*

**FILED**
KNOX CO., IL

AUG 21 2013

KELLY CHEESMAN
Clerk of the Circuit Court
_____ Deputy

Marianne Serpa, Dep-in-Charge          Dec 26 13
US District Clerk's Office
1133 N Shoreline Blvd # 208
Corpus Christi TX 78401          TXSD 2:13cv193/263/291

I want your price for the following copies:
50 10 21 Letter from me re: Ballots for Texas State House
5¢ 10 21 Letter from me re: same + cost of copies requested.
58 10 30 RESPONSE to 41 mtn to intervene by USA.
59 10 30 RESPONSE to 38 mtn to intervene (Maranzano).
63 11 04 Letter from me.
68 11 12 Letter from me.
71 11 12 Letter from me re: BMRCC Library.
80 11 18 Letter from me re: Ballots
76 11 19 Advisory by TEXAS, Declaration by BK Ingram.
81 11 21 Joint RESPONSE to 76 Advisory (Hebert) John B Scott.
82 11 21 NOTICE of Initial Disclosures (Scott).
83 11 21 INITIAL DISCLOSURES by Penny Pope.
84 11 21 INITIAL DISCLOSURES Mex Am Leg Caucus, TX State Conf
          of NAACP Branches.   Arguments heard re: 76 Advisory.
   11 22 Status Hearing. NINE Attys. (I want transcript).
87 11 22 Letter from me. Current docket sheet mailed to me.

Is the transcript to go on PACER?
   NOV 22

                              *Robert M Allensworth*
                              Robert M Allensworth B14522
                              BMRCC 251 N IL 37 S
                              Ina IL 62846 2419

I also want docket sheets subsequent to NOV 22 and TEXAS's mtns to dismiss.

Robert M Allensworth B14522 4B21
BMRCC 251 N IL 37 S
Ina IL 62846 2419

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS

Marianne Serpa
Deputy-in-Charge
US District Clerk's Office
1133 N Shoreline Blvd Rm 208
Corpus Christi TX 78401

Clerk, U.S. District Court
Southern District of Texas
FILED
DEC 30 2013
David J. Bradley, Clerk of Court

78401$2042 CO29