United States District Court
Southern District of Texas
FILED
DEC 3 0 2013
David J. Bradley, Clerk

Rosalinda Ventuni

Dec 27 13

Next docs in USA-Texas SDTX 2:13 cv 193/203/291 and letter by me.

I suggest a 2nd ballot for the Texas state house with candidates in about two or three limited voting ballot district between their own to lessen winner take to loser, inhibit tyranny and promote takeover.

114 Dec 11 order granting def's mtn to file out-of-time mtn to dismiss.

Do to the short time before the primary I suggest county party chairman select about two or three candidates for each party in each district.

I have written no special court clerks and personal.

Robert M. Allensworth B14-22
BMRCC 2-7 M 1037 S
(PA IL 62846)

Robert M Allensworth B14522 4B21
Ina IL 62846 2419
BMRCC 251 N IL 37 S

United States District Court
Southern District of Texas
RECEIVED

DEC 30 2013

David J. Bradley, Clerk of Court

Roshinda Votore
Deputy Charge
US District Clerk's office
Coc E Harvey #fer
Brownsville Tx 78520 7223

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS

FOREVER