Marianne Serpa, Dep-in-Charge　　　　　　　Dec 23 13
US District Clerk's Office
1133 N Shoreline Blvd Rm 208
Corpus Christi TX 78401
　　361-888-3142

**Clerk, U.S. District Court**
**Southern District of Texas**
**FILED**

**DEC 30 2013**

　　　　RE: USA v TEXAS 2:13 cv 193/263

David J. Bradley, Clerk of Court

I want a transcript of the NOV 22 Status Hearing and docket sheets subsequent to Nov 22.
Do I need the name of the Court Reporter/Transcriber?

I don't have access to PACER or other transcript formats.

　　　　　R E D A C T I O N  O F  T R A N S C R I P T S
　　　　　　　YOUR RULES MAY BE LIKE THESE
THE PARTIES HAVE 21 DAYS TO FILE WITH THE COURT AND THE COURT REPORTER ANY REQUEST TO REDACT PERSONAL IDENTIFIERS FROM THIS TRANSCRIPT. IF NO SUCH REQUESTS ARE FILED THE TRANSCRIPT WILL BE MADE AVAILABLE TO THE PUBLIC VIA **PACER** WITHOUT REDACTION AFTER 90 DAYS. THE POLICY, WHICH INCLUDES THE FIVE PERSONAL IDENTIFIERS SPECIFICALLY COVERED, IS LOCATED ON OUR WEBSITE AT www.dcd.uscourts.gov.

I enclose the DEC 14 13 GAINESVILLE DAILY REGISTER ARTICLE "ADDITIONAL CANDIDATES FILE BEFORE DEADLINE."
Drew Springers's R-Muenster (Cooke Co) district includes many counties far west of Cooke Co. I wrote to and subscribed to many newspapers in or near his R-Muenster district.

This article shows Chuck Bartush, (408 N Main, PO Box 68, Muenster 76252, 940-759-2953, FAX 2980, bartlawc@netscape.net). is chairman of the Cooke Co Republican Party

I also want a copy of TEXAS's Motions to Dismiss.

**I wrote Chuck Bartush I**
**mailed this article to you.**

Robert M Allensworth
Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419

# Additional candidates file before deadline

DIR. GAINESVILLE DAILY REGISTER — CHUCK BARTUSH is Chair Rep Party
PO Box N Main, 68 MUENSTER TX 76252
940-759-2953, FAX 2980

By Chuck Bartush Special to the Register

Three local candidates braved the icy roads to throw their hats in the ring as the Republican Primary on the final day of the filing period, Monday, Dec. 9. Aaron Smith of Gainesville filed to run for County Judge, Neil E. Trice of Valley View filed for Justice of the Peace, JP Precinct 4, and District Clerk Susan Hughes of Gainesville filed for reelection.

All County Republican candidates are now filed and ready to run for the nine local offices up for election in 2014. Republican County Chair Chuck Bartush reports that there are four contested races:

Three Republicans have filed for County Judge, to fill the position currently held by County Judge John Roane, who has chosen not to run for reelection. The candidates are Byron R. Berry, Jason Brinkley and Aaron Smith.

Two candidates have filed for County Court-at-Law

See CANDIDATES, page 2A



Local candidates compete the latest 2014 election campaign on the Cooke County Courthouse steps recently for a group photo. Pictured are Carroll Johnson, Lee Tatum, John Morris, Aaron Smith, Vince Jaska, Jason Brinkley, Byron Berry, Neil Trice, Leon Klement, Patty Brennan, Rebecca Lawson, Susan Hughes and Dorthy Lewis. Not pictured is B.C. Lemons.

Icy weather forces ch[...]






Robert M Allensworth B14522 4B21
BuRCC 251 N IL 37 S
Ina IL 62845 2419

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS

Marianne Serpa, Dep-in-Ch[...]

US District Clerk's Office

1133 N Shoreline Blvd Rm 208

Corpus Christi TX 78401

Clerk, U.S. District Court
Southern District of Texas
FILED

DEC 30 2013

David J. Bradley, Clerk of Court