UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-263 |
|---|---|---|---|
| | United States | | Clerk, U.S. District Court<br>Southern District of Texas<br>FILED |
| | *versus* | | DEC 1 6 2013 |
| | State of Texas, et al. | | David J. Bradley, Clerk of Court |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Lynn Eisenberg<br>Wilmer Cutler Pickering Hale & Dorr, LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>(202) 663-6809<br>New York Bar Number: 5136528 |
|---|---|
| Seeks to appear for this party: | Plaintiff-Intervenor Texas League of Young Voters, et al. |
| Dated:  12/9/2013 | Signed: /s/ |

| The state bar reports that the applicant's status is: Currently Registered |
|---|
| Dated: 12/17/13    Clerk's signature: |

Order

Dated: 12/31/13

This lawyer is admitted *pro hac vice*.

United States District Judge