UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-263 |
|---|---|---|---|
| United States | | | |
| | *versus* | | Clerk, U.S. District Court<br>Southern District of Texas<br>FILED |
| | State of Texas, et al. | | DEC 1 6 2013 |

David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Richard F. Shordt<br>Wilmer Cutler Pickering Hale & Dorr, LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>(202) 663-6693<br>Virginia # 80928 |
|---|---|
| Seeks to appear for this party: | Plaintiff-Intervenor Texas League of Young Voters, et al. |
| Dated:          12/9/2013 | Signed:   *Richard F. Shordt* |

| The state bar reports that the applicant's status is:   *Active* | |
|---|---|
| Dated:   12/17/13 | Clerk's signature:   *[signature]* |

| Order |
|---|

Dated: 12/31/13

This lawyer is admitted *pro hac vice*.

*[signature]*
United States District Judge