

**14-40003 Fw: NEW NOA Fw: Activity in Case 2:13-cv-00193 Veasey et al v. Perry et al Notice of Appeal**
Brandy Lemelle    to: TXSDdb_AppealCO                            01/02/2014 09:33 AM

From:    Brandy Lemelle/CA05/05/USCOURTS
To:      TXSDdb_AppealCO@USCOURTS

Brandy C. Lemelle, Deputy Clerk
Southern & Eastern Texas
United States Court of Appeals, 5th Circuit
600 S. Maestri Place 2nd Floor
New Orleans, LA 70130
(504) 310-7714

Clerk, U.S. District Court
Southern District of Texas
FILED

JAN 02 2014

David J. Bradley, Clerk of Court

---- Forwarded by Brandy Lemelle/CA05/05/USCOURTS on 01/02/2014 09:33 AM ----

From:     Michael Brown/CA05/05/USCOURTS
To:       Brandy Lemelle/CA05/05/USCOURTS@USCOURTS
Date:     01/02/2014 08:43 AM
Subject:  Re: Fw: NEW NOA    Fw: Activity in Case 2:13-cv-00193 Veasey et al v. Perry et al Notice of Appeal

[attachment "True the Vote Case Opening Sheet.pdf" deleted by Brandy Lemelle/CA05/05/USCOURTS]

Michael R. Brown
Assistant Case Manager
United States Court of Appeal for the
Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

Direct Dial - 504-310-7692



Brandy Lemelle    Mike No gold sheet attached.                  12/31/2013 04:42:16 PM

From:     Brandy Lemelle/CA05/05/USCOURTS
To:       Michael Brown/CA05/05/USCOURTS@USCOURTS
Date:     12/31/2013 04:42 PM
Subject:  Fw: NEW NOA    Fw: Activity in Case 2:13-cv-00193 Veasey et al v. Perry et al Notice of Appeal

Mike

No gold sheet attached.

Thanks

Brandy C. Lemelle, Deputy Clerk
Southern & Eastern Texas
United States Court of Appeals, 5th Circuit
600 S. Maestri Place 2nd Floor

New Orleans, LA 70130
(504) 310-7714

----- Forwarded by Brandy Lemelle/CA05/05/USCOURTS on 12/31/2013 04:41 PM -----

| | |
|---|---|
| From: | Michael Brown/CA05/05/USCOURTS |
| To: | Brandy Lemelle/CA05/05/USCOURTS@USCOURTS |
| Cc: | Amanda Sutton-Foy/CA05/05/USCOURTS@USCOURTS |
| Date: | 12/31/2013 02:15 PM |
| Subject: | Fw: NEW NOA   Fw: Activity in Case 2:13-cv-00193 Veasey et al v. Perry et al Notice of Appeal |

# THIS IS A MAIN APPEAL - I will send you the additonal next.

Please docket this one today if you can.  I will be grabbing some of the NOA back to help docket them for you.

Michael R. Brown
Assistant Case Manager
United States Court of Appeal for the
Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

Direct Dial - 504-310-7692



----- Forwarded by Michael Brown/CA05/05/USCOURTS on 12/31/2013 01:54 PM -----

| | |
|---|---|
| From: | CA5SETX Notification/CA05/05/USCOURTS |
| To: | Michael Brown/CA05/05/USCOURTS@USCOURTS |
| Date: | 12/31/2013 01:13 PM |
| Subject: | NEW NOA   Fw: Activity in Case 2:13-cv-00193 Veasey et al v. Perry et al Notice of Appeal |
| Sent by: | Michael Brown |

----- Forwarded by Michael Brown/CA05/05/USCOURTS on 12/31/2013 01:12 PM -----

| | |
|---|---|
| From: | CA5SETX Notification/CA05/05/USCOURTS |
| To: | Jann Wynne/CA05/05/USCOURTS@USCOURTS |
| Date: | 12/16/2013 08:50 AM |
| Subject: | Fw: Activity in Case 2:13-cv-00193 Veasey et al v. Perry et al Notice of Appeal |
| Sent by: | Michael Brown |

----- Forwarded by Michael Brown/CA05/05/USCOURTS on 12/16/2013 08:49 AM -----

| | |
|---|---|
| From: | DCECF_LiveDB@txs.uscourts.gov |
| To: | DC_Notices@txs.uscourts.gov |

Date: 12/13/2013 11:15 AM
Subject: Activity in Case 2:13-cv-00193 Veasey et al v. Perry et al Notice of Appeal

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

SOUTHERN DISTRICT OF TEXAS

### Notice of Electronic Filing

The following transaction was entered by Nixon, Joseph on 12/13/2013 at 11:13 AM CST and filed on 12/13/2013

| | |
|---|---|
| **Case Name:** | Veasey et al v. Perry et al |
| **Case Number:** | 2:13-cv-00193 |
| **Filer:** | True the Vote |
| **Document Number:** | 120 |

Docket Text:
**NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: [113] Order on Motion to Intervene by True the Vote (Filing fee $ 505, receipt number 0541-12483281), filed.(Nixon, Joseph)**

**2:13-cv-00193 Notice has been electronically mailed to:**

Amy L Rudd    amy.rudd@dechert.com, lindsey.stelcen@dechert.com

Anna Baldwin    anna.baldwin@usdoj.gov

Armand Derfner    aderfner@dawlegal.com, khart@dawlegal.com

Bruce I Gear    bruce.gear@usdoj.gov

Chad W Dunn    chad@brazilanddunn.com, carol@brazilanddunn.com,

holly@brazilanddunn.com, nanette@brazilanddunn.com, scott@brazilanddunn.com

Christina A Swarns   cswarns@naacpldf.org

Daniel J Freeman   daniel.freeman@usdoj.gov

Danielle Conley   danielle.conley@wilmerhale.com

Elizabeth S Westfall   elizabeth.westfall@usdoj.gov

Erandi Zamora   ezamora@lawyerscommittee.org

Ezra D Rosenberg   ezra.rosenberg@dechert.com, antonella.capobianco-ranallo@dechert.com

Gerard J Sinzdak   gerard.sinzdak@wilmerhale.com

Gregory David Whitley   david.whitley@texasattorneygeneral.gov, lisa.ried@texasattorneygeneral.gov

J Gerald Hebert   ghebert@campaignlegalcenter.org, esimson@campaignlegalcenter.org

James Edwin Trainor , III   ttrainor@bmpllp.com, efnotify@bmpllp.com, pnuckolls@bmpllp.com

Jennifer Clark   jenniferl.clark@nyu.edu

Jennifer L Maranzano   jennifer.maranzano@usdoj.gov

John Albert Smith , III   john.a.smith@usdoj.gov, CorpusChristi.TXS@usdoj.gov, dianna.winstead@usdoj.gov, monica.cole@usdoj.gov, ruth.pena@usdoj.gov, shevawn.sapp@usdoj.gov

John Barret Scott   john.scott@texasattorneygeneral.gov, anne.wilson@texasattorneygeneral.gov, david.whitley@texasattorneygeneral.gov

John Reed Clay , Jr   reed.clay@texasattorneygeneral.gov

Jonathan E Paikin   jonathan.paikin@wilmerhale.com

Jonathan F. Mitchell   jonathan.mitchell@texasattorneygeneral.gov, andy.oldham@texasattorneygeneral.gov, sabrina.wycoff@texasattorneygeneral.gov, vera.calamusa@texasattorneygeneral.gov

Joseph M Nixon   jnixon@bmpllp.com, efnotify@bmpllp.com, kreid@bmpllp.com

Kelly Dunbar     kelly.dunbar@wilmerhale.com

Kembel Scott Brazil     scott@brazilanddunn.com, carol@brazilanddunn.com, chad@brazilanddunn.com, cyndi@brazilanddunn.com, karen@brazilanddunn.com, nanette@brazilanddunn.com

Leah Aden     laden@naacpldf.org

Luis Roberto Vera , Jr     lrvlaw@sbcglobal.net

M Hasan Ali     hasan.ali@wilmerhale.com

Mark A Posner     mposner@lawyerscommittee.org

Meredith Bell-Platts     meredith.bell-platts@usdoj.gov, ryan.king@usdoj.gov

Michelle Yeary     michelle.yeary@dechert.com

Myrna Perez     myrna.perez@nyu.edu

Natasha Korgaonkar     nkorgaonkar@naacpldf.org

Neil G Baron     neil@ngbaronlaw.com, heather@ngbaronlaw.com

Robert S Berman     robert.berman@usdoj.gov

Rolando L Rios     rrios@rolandorioslaw.com

Ryan Haygood     rhaygood@naacpldf.org

Sean Flammer     sean.flammer@texasattorneygeneral.gov

Sonia Kaur Gill     sgill@lawyerscommittee.org

Sonya Lebsack     sonya.lebsack@wilmerhale.com, Donna.Christian@wilmerhale.com, Hasan.Ali@wilmerhale.com

Stephen Ronald Keister     Ronny.Keister@texasattorneygeneral.gov

Vishal Agraharkar     vishal.agraharkar@nyu.edu, carson.whitelemons@nyu.edu

Wendy Weiser     wendy.weiser@nyu.edu

**2:13-cv-00193 Notice has not been electronically mailed to:**

Aurica Washington

Crystal Owens

Michelle Bessiake

Robert M Allensworth
B14522
BMRCC 251 N IL 37 S
Ina, IL 62846-2419

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=12/13/2013]
[FileNumber=18616853
-0]
[ade2160b805bfb0c39b0e58e1681cb12fb705c4bbd2874fdf303a76f17599c751
414d409951c0fd5b1502164172d54ed1e4ceb6ab5705e531f7ffab7bc574be9]]