UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BELINDA ORTIZ, LENARD TAYLOR, EULALIO MENDEZ JR., LIONEL ESTRADA, ESTELA GARCIA, ESPINOSA ROXSANNE HERNANDEZ, LYDIA LARA, MARGARITO MARTINEZ LARA, MAXIMINA MARTINEZ LARA, and *LA UNION DEL PUEBLO ENTERO, INC.*, Plaintiffs, v. STATE OF TEXAS; JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety, Defendants. | § | Civil Action No. 2:13-CV-348 |

## ORDER

Plaintiffs in this cause have filed a motion seeking consolidation of this cause with the following cases before this Court: *Veasey, et al. v. Perry et al.*, No. 2:13-cv-193 (S.D. Tex.)(NGR), *United States v. Texas, et al.*, No. 2:13-cv-263 (S.D. Tex) and *Texas State Conference of NAACP Branches, et al. v. Steen, et al.*, No. 2-13-cv-291 (S.D. Tex.)(NGR). The Defendants do not oppose this motion. Moreover, the Plaintiffs in *Veasey, United States v. Texas,* and *Texas State Conference of NAACP Branches* do not oppose this Motion.

Having reviewed the Motion and the arguments therefore, the Court is of the

opinion that the Motion should and is hereby GRANTED.

SO ORDERED, SIGNED AND ENTERED this 10th day of January, 2014.

_____
United States District Judge