IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (lead) <br> (consolidated w/ 2:13-cv-263) |

# **ORDER**

Before the Court is Defendants' Motion to Dismiss the Veasey-LULAC Plaintiffs' Second Amended Complaint (ECF No. 130). Having considered the parties' submissions and the arguments contained therein, the Court is of the opinion that the Defendants' Motion should be and is hereby **DENIED**.

So ORDERED this ___ day of _____, 2014.

_____
NELVA GONZALES RAMOS
United States District Judge