IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>               Plaintiffs,<br><br>     v.<br><br>RICK PERRY, *et al.*,<br><br>               Defendants. | Civil Action No. 2:13-cv-193 (lead)<br>(consolidated w/ 2:13-cv-263) |

### VEASEY-LULAC PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiffs Marc Veasey, Jane Hamilton, Sergio DeLeon, Floyd J. Carrier, Anna Burns, Michael Montez, Penny Pope, Oscar Ortiz, Koby Ozias, John Mellor-Crummey, Peggy Draper Herman, Evelyn Brickner, Gordon Benjamin, Ken Gandy, League of United Latin American Citizens ("LULAC") and Dallas County, Texas (hereafter, the "Veasey-LULAC Plaintiffs") respectfully submit this unopposed motion for leave to file a second amended complaint. The Veasey-LULAC Plaintiffs do not believe leave is required, but Defendants have said they think it is, so Plaintiffs are doing so to resolve this issue without further debate. Defendants have indicated that they do not oppose this motion.[1]

WHEREFORE, the Veasey-LULAC Plaintiffs respectfully pray that this Court grant this unopposed motion. A proposed Order is attached.

---

[1] If the Court grants this motion, no further action is required, because Plaintiffs have already filed their second Amended Complaint (ECF No. 109), Defendants have already moved to dismiss it (ECF No. 130), Plaintiffs are today filing their Opposition to the motion to dismiss, and Defendants will then have the opportunity to file their Reply in support of their motion to dismiss.

Respectfully submitted,

**BRAZIL & DUNN**

 */s/ Chad W. Dunn*
Chad W. Dunn
State Bar No. 24036507
K. Scott Brazil
State Bar No. 02934050
Brazil & Dunn
4201 Cypress Creek Parkway, Suite 530
Houston, Texas  77068
Telephone:  (281) 580-6310
Facsimile:   (281) 580-6362
chad@brazilanddunn.com
scott@brazilanddunn.com

J. Gerald Hebert (*Pro Hac Vice* )
D.C. Bar No. 447676
Attorney at Law
Campaign Legal Center
215 E Street NE
Washington DC 20002
Telephone (202) 736-2200
ghebert@campaignlegalcenter.org

Neil G. Baron
State Bar No. 01797080
Law Office of Neil G. Baron
914 FM 517 W, Suite 242
Dickinson, Texas 77539
Telephone (281) 534-2748
Facsimile  (281) 534-4309
neil@ngbaronlaw.com

David Richards
State Bar No. 16846000
Richards, Rodriguez & Skeith, LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701
Telephone (512) 476-0005
Facsimile  (512) 476-1513
daverichards4@juno.com

Armand G. Derfner
Derfner, Altman & Wilborn, LLC

2

P.O. Box 600
Charleston, S.C. 29402
Telephone (843) 723-9804
aderfner@dawlegal.com

*Attorneys for All Plaintiffs*

LUIS ROBERTO VERA, JR.
LULAC National General Counsel
State Bar No. 20546740
The Law Offices of Luis Vera Jr., and Associates
1325 Riverview Towers, 111 Soledad
San Antonio, Texas 78205-2260
Telephone (210) 225-3300
Facsimile (210) 225-2060
lrvlaw@sbcglobal.net

*Attorney for LULAC Plaintiffs*

Craig M. Watkins
Dallas County District Attorney
State Bar No. 00791886
Teresa G. Snelson
Chief, Civil Division
Dallas County District Attorney's Office
State Bar. No. 08577250
411 Elm Street, 5th Floor
Dallas, TX 75202-4606
Telephone (214) 653-7358
Facsimile (214) 653-6134
Teresa.Snelson@dallascounty.org

*Attorneys for Dallas County, Texas*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2014, I served a copy of the foregoing on all counsel of record by filing a copy of the same in this Court's ECF system.

      */s/ Chad W. Dunn*
      Chad W. Dunn

3