IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (lead) <br> (consolidated w/ 2:13-cv-263) |

## **ORDER**

Pending before the Court is the Veasey-LULAC Plaintiffs' Unopposed Motion for Leave to File a Second Amended Complaint. For good cause shown, the Court finds that the motion is due to be, and hereby is, GRANTED.

So ORDERED this \_\_\_\_ day of January, 2014.

_____
NELVA GONZALES RAMOS
United States District Judge