UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is "Veasey-Lulac Plaintiffs' Unopposed Motion for Leave to File Second Amended Complaint" (D.E. 144). The Motion seeks retroactive leave to file their Second Amended Complaint, which is docketed as D.E. 109. After due consideration, the Court GRANTS the Motion (D.E. 144) and deems the Second Amended Complaint (D.E. 109) properly filed. No further action is required by any party or the Clerk of Court.

ORDERED this 13th day of January, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE