IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY ET AL. | § | |
| | § | |
| | § | CASE NUMBER: 2:13-CV-193 |
| v. | § | District Judge: NELVA GONZALES RAMOS |
| | § | Court Reporter(s): GENAY ROGAN |
| RICK PERRY ET AL. | § | |

Court Reporting Services            Dec 30, 13
PO Box 61010
Houston TX 77208

2:13 cv 193 Doc 126

I want your price for a transcript of telephonic status hearing 11/22/13 in Texas 2:13cv 193/263/291
Exceptional reporting, ordinary form please
(foregoing)

May I get transcript reporting please in/re being release of transcript restriction set for 3/18/14?

Robert M Allensworth B14-22
BMRCC 251 N IL 37 S
IvA IL 62846-2419

Fifteen docs in Veasey Texas are listed above me
2:13cv 193/263/291.

Mail me Doc 106 Pac 06 13 AO 435 transcript order form if you need me to fill it out.

TO    COURT CLURICAL SERVICES        DEC 30, 13

FIFTEEN DOCS IN VEASEY - PERRY (LEAD CASE) TXSD
    ME LESLIE IS IN ME    2:13 CV 193

23
3?
50 —
5
53
68
7(
80
87
104
107
121
96
97
99

       C. Plesmanski