US DISTRICT COURT, TXSD  
1133 N SHORELINE BLVD RM 208  
CORPUS CHRISTI, TX 78401   **2:13CV193**

JAN 14 14

Clerk, U.S. District Court
Southern District of Texas
FILED

JAN 21 2014

David J. Bradley, Clerk of Court

RE: VEASEY v PERRY 2:13 CV 193/263 (I AM IN SEG.)  
/348

I WANT AN ADVANCE PROOF COPY OF THE TRANSCRIPT OF THE NOV 22 TELEPHONIC STATUS HEARING WITH PLEADINGS REDACTED.

POLITICAL GERRYMANDERING  VIETH v JUBELIRER  
2004  541 US 267   124 Sct 1769

DAVIS v BANDEMER 1986 478 US 109 FOUND THAT SINCE IT WAS "NOT PERSUADED THAT THERE ARE NO JUDICIALLY DISCERNABLE AN MANAGEABLE MEASURES BY WHICH POLITICAL GERRYMANDERING CASES ARE TO BE DECIDED (AT 128, 106 Sct 2297) SUCH CASES WERE JUSTICEABLE." (VIETH AT 278).

WE MUST CONCLUDE THAT POLITICAL GERRYMANDERING CLAIMS ARE NON JUSTICABLE AND BANDEMER WAS WRONGLY DECIDED (VIETH AT 281)

COURTS MIGHT BE JUSTIFIED IN ACCEPTING A MODEST DEGREE OF UNMANAGEABILITY TO ENFORCE A CONSTITUTIONAL COMMAND (VIETH AT 286).

I BELIEVE A 2ND BALLOT BY LIMITED VOTING FOR THE TEXAS STATE HOUSE WILL LEAD TO JUDICIALLY DISCERNABLE AND MANAGEABLE MEASURES BY WHICH POLITICAL GERRYMANDERING (UNDUE INFLUENCE BY LINES) CAN BE DECIDED. ILLINOIS LONG HAD CUMULATIVE VOTING FOR ITS STATE HOUSE.

I SUGGEST A ONE THOUSAND DOLLAR FILLING FEE FOR THE FIRST THREE CANDIDATES IN EACH DISTRICT AND A TWO THOUSAND DOLLAR FILING FEE FOR ADD'L CANDIDATES, FOR THE 2ND BALLOT BY LIMITED VOTING FOR THE TEXAS STATE HOUSE FOR 2014, BEYOND PRIMARY WINNER.

Robert M Allensworth BN5 22  
BMRCC 251 N IL 37 S  
INA IL 62846 2419

I GOT DOC 142 RE: LA UNION DE PUEBLO ENTERO, INC.  
LA UNION DEL PUEBLO ENTERO



THIS CORRESPONDENCE IS FROM AN INMATE OF THE ILLINOIS DEPARTMENT OF CORRECTIONS

US DISTRICT COURT, TXSD
1133 N SHORELINE BLVD RM 208
CORPUS CHRISTI TX 78401

R AL[...]
BMACC 757 N IL 175
INA IL 62846 TC 2419

Clerk, U.S. District Court
Southern District of Texas
FILED
JAN 21 2014
David J. Bradley, Clerk of Court