UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Robert M. Allensworth has filed with the Court documents that the Clerk of Court has docketed as motions: D.E. 107, D.E. 137, and D.E. 147. Mr. Allensworth is not a party to this action and is not entitled to relief from the Court in this case. Accordingly, the Court STRIKES these "motions" as improperly filed and docketed.

ORDERED this 22nd day of January, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE