KELLY CHEESMAN, CIR CLK
200 S CHERRY
GALESBURG IL 61401

JAN 07 14

94 CF 264 SPF

Clerk, U.S. District Court
Southern District of Texas
FILED

JAN 27 2014

David J. Bradley, Clerk of Court

MARIANNE SERPA, OFF IN CHARGE
US DISTRICT CLERK'S OFFICE
1133 N SHORELINE BLVD #208
CORPUS CHRISTI TX 78401 2042

JAN 22 14

2:13cv193

I WANT VERIFICATION OF HOW CALERA CLERK IN CITY COUNCIL. I THOUGHT IT WAS AT (CUMULATIVE VOTING) (CALERA'S DEFIANCE) REQUIRED DOJ TO BRING A §5 ENFORCEMENT ACTION THAT ULTIMATELY YIELDED ACCOMMODATE REMEDY INCLUDING RESTORATION OF THE MAJORITY-BLACK DISTRICT (BRIEF OF INTERVENOR (EARL CUNNINGHAM) ET AL 20 132 SCT 2612, 46 GINSBURG DISSENTING.

SHELBY-HOLDER 819 FS2 427, 44 (2011)

Robert M Allensworth
B14522
BMRCC 251 N IL 37 S
INA IL 62846 2419

"OUR ACCUMULATED HABITS, CUSTOMS, AND INSTITUTIONS, FLAWED THOUGH THEY BE CONTAIN WITHIN THEM MYRIAD AND OFTEN MYSTERIOUS SOURCES OF WISDOM WORTHY OF RESPECT EVEN WHEN IT IS NECESSARY TO MODIFY OR OVERTHROW THEM. — GALESBURG COMMENTARY JAN 2014 40-52

FILED
KNOX CO., IL

JAN - 9 2014

KELLY CHEESMAN
Clerk of the Circuit Court
Deputy

FOR USA v TEXAS TXSD 2:13 CV 193/263 JAN 22 14

FROM ROBERT M ALLENSWORTH 0145-22

HIGHLIGHTS I AM IN SEG

AS REGISTRATION AND VOTING OF MINORITY CITIZENS INCREASED OTHER MEASURES MAY BE RESORTED TO WHICH WOULD DILUTE MINORITY VOTING STRENGTH. ROME v USA 1980 446 US 156, 81 H R REP 94-196 P 10 1975 (SHELBY) GINZBURG 133 SCT 2612,

LITIGATION OCCURS ONLY AFTER THE FACT, WHEN THE ILLEGAL VOTING SCHEME HAS ALREADY BEEN PUT IN PLACE AND INDIVIDUALS HAVE BEEN ELECTED. I EVIDENCE OF CONTINUED NEED. 97 GINZBURG ABOVE AT 2640

WHEN POLITICAL PREFERENCES FALL ALONG RACIAL LINES, THE NATURAL INCLINATIONS OF INCUMBANTS AND RULING PARTIES TO ENTRENCH THEMSELVES HAVE (PREDICTABLE RACIAL EFFECTS.) ANSOLABEHERE HARV L REV FORUM ABOVE AT 2643

NEARLY 200 JURISDICTIONS HAVE SUCCESSFULLY BAILED OUT OF THE PRECLEARANCE REQUIREMENTS. ABOVE AT 2644.

(CALERA'S) DEFIANCE REQUIRED DOJ TO BRING A § 5 ENFORCEMENT ACTION THAT ULTIMATELY YIELD APPROPRIATE REDRESS... MAJORITY-BLACK DISTRICT (LIMITED VOTING, CHECK WITH CITY OF CALERA). ABOVE AT 2646

(I WROTE TO CITY OF CALERA) FOR VERIFICATION ABOUT JAN 7 NO REPLY.

FOR USA-TEXAS 2:13 CV 193/263 JAN 22 14

FROM ROBERT M ALLENSWORTH B15722

HIGHLIGHTS (I AM IN SEG)

"ALL WE CAN DO... IS TO PROVIDE THAT THE CHANGE PROCEED BY INSENSIBLE DEGREES. THIS HAS ALL THE BENEFITS IN CHANGE WITHOUT THE INCONVENIENCE OF MUTATION." GREAT DEBATE REVIEWED BY GOLDBERG IN COMMENTARY JAN 2014, 49-52.

"CONGRESS ESTABLISHED THE THREE-JUDGE-COURT APPARATUS FOR ONE REASON: TO SAVE STATE AND FEDERAL STATUTES FROM IMPROVIDENT DOOM, ON CONSTITUTIONAL GROUNDS, AT THE HANDS OF A SINGLE FEDERAL DISTRICT JUDGE." GONZALEZ-AUTOMATIC EMP 1974 419 US 90, 7, 95 SCT 289, 94

"GIVE US THE BALLOT AND WE WILL QUIETLY AND WITHOUT RANCOR OR BITTERNESS IMPLEMENT THE SUPREME COURT'S DECISION OF MAY 17 54...

"GIVE US THE BALLOT AND WE WILL TRANSFORM THE SALIENT MISDEEDS OF BLOODTHIRSTY MOBS INTO THE CALCULATED GOOD DEEDS OF ORDERLY CITIZENS."

MLK KING AT 1957 "GIVE US THE BALLOT" SPEECH AT PRAYER PILGRIMAGE FOR FREEDOM DEMONSTRATION.

Robert M Allensworth B15722
BMRCC 251 N IL 37 S
INA IL 62846 2419

MARIANNE SERPA, DEP IN CHARGE
US DISTRICT CLERK'S OFFICE
1133 N SHORELINE BLVD #208
CORPUS CHRISTI TX 78401 2048

JAN 22 14

TXSD 2:13cv193(2C)

I AM IN SEG

PLEASE SEND ME THE FOLLOWING COPIES:

2 PGS 50 10 21 LETTER FROM ME RE BALLOT
2 57 10 21 " BALLOTS + CUT OF COSTS
7 58 10 30 RESPONSE TO 41
3 63 11 04 LETTER FROM ME
7 68 11 12 "
6 71 11 12 " RE BMREC LIBRARY
7 80 11 18 " BALLOTS
18 76 11 14 ADVISORY BY TEXAS
25 81 11 21 JOINT RESPONSE TO 76
3 82 11 21 NOTICE (SCOTT)
26 83 11 21 PERRY POLE
4 84 11 21 INITIAL DISCLOSURES
8 87 11 22 LETTER FROM ME.

TOTAL PAGES 213 LESS 95 (DOC 59) = 118 @ .10 $11.80
CHECK ~~[illegible]~~ PENDING

I WOULD LIKE ANOTHER COMPLETE CURRENT DOCKET SHEET.

I WANT PRICE FOR ENTRIES 96, 98, 99, 104, 126, 130

96 LETTER FROM ME
98 LETTER FROM ME.
99 LETTER FROM ME.
104 LETTER FROM ME.
126 DOCUMENT BY ME.
130 MTN TO DISMISS W/ATTACHMENT.

FILING FEE

I SUGGEST A FILING FEE FOR CANDIDATES BEYOND MAN WITH INCLUDES SOME LOOSER OF ONE THOUSAND DOLLARS FOR THE FIRST THREE CANDIDATES PER DISTRICT. TWO THOUSAND THEREAFTER, IF FEWER THAN THREE FILE BY FILING DATE I SUGGEST FIVE HUNDRED FOR ONE WEEK. I EXPECT SOME CANDIDATES WILL BEAT THE PRIMARY WINNER. COUNTY COMMISSIONERS SHOULD HAVE AN INPUT OF DETERMINING WHO IS ELECTED.

IF THEY DON'T AGREE HAVE A SPECIAL RUN-OFF ELECTION.

DO SOMETHING NOW.

Robert M Allensworth BMR 22
BMREC 25 1 N 1C 77 S
IMA 1C 62846 2419

FOR US v TEXAS 2:13 CV 193/263 JAN 22 14

HIGHLIGHTS (I AM IN SEC.)

IF SUITABLE STANDARDS WITH WHICH TO MEASURE THE BURDEN GERRYMANDER IMPOSES (DOES) EMERGE, HINDSIGHT WOULD SHOW THE COURT PREMATURELY ABANDONED THE FIELD. VIETH KENNEDY 2004 541 US 267 31[illegible]

I BELIEVE A 2ND BALLOT BY LIMITED VOTING WILL LEAD TO SUITABLE STANDARDS. TIME IS RIPE, TAKE THE RUN.

A CLAIM IS NOT RIPE FOR ADJUDICATION IF IT RESTS UPON FUTURE EVENTS THAT MAY NOT OCCUR AS ANTICIPATED OR INDEED MAY NOT OCCUR AT ALL. TEXAS-US 1998 523 US 296, 300 118 SCT 1257 140 LE2 406

IF AT LEAST THREE CANDIDATES DON'T PAY A ONE THOUSAND DOLLAR FILING FEE IN A HOUSE DISTRICT BY THE DEADLINE I SUGGEST A ONE WEEK EXTENSION WITH A FIVE HUNDRED DOLLAR FILING FEE FOR THE LIMITED VOTING BALLOT.

DO SOMETHING NOW.

Robert M Allensworth

UNTIL TODAY THERE HAS NOT BEEN THE SLIGHTEST INTIMATION IN ANY WRITTEN OPINION BY ANY MEMBER OF THIS COURT THAT A NAKED PURPOSE TO DISADVANTAGE A POLITICAL MINORITY WOULD PROVIDE A RATIONAL BASIS FOR DRAWING A DISTRICT LINE. VIETH STEVENS 541 US AT 337.

A 2ND BALLOT BY LIMITED VOTING INHIBITS THIS PURPOSE.

Westlaw

Date of Printing: Nov 08, 2013

KEYCITE

H People v. Cooper, 64 Ill.App.3d 880, 381 N.E.2d 1178, 21 Ill.Dec. 634 (Ill.App. 2 Dist. Oct 19, 1978) (NO. 77-290)

Citing References: limited to Other Court, selected document types

Positive Cases (U.S.A.)

** Cited

1 People v. Sanders, 431 N.E.2d 1145, 1152, 103 Ill.App.3d 700, 709, 59 Ill.Dec. 388, 395 (Ill.App. 1 Dist. Dec 29, 1981) (NO. 80-1810, 80-1813) HN: 6 (Ill.Dec.)

2 Matter of Gernich, 431 N.E.2d 1092, 1095, 103 Ill.App.3d 626, 629, 59 Ill.Dec. 335, 338 (Ill.App. 1 Dist. Dec 28, 1981) (NO. 80-2612) HN: 5,6 (Ill.Dec.)

3 People v. Mello, 409 N.E.2d 152, 154, 87 Ill.App.3d 506, 509, 42 Ill.Dec. 657, 659 (Ill.App. 3 Dist. Aug 22, 1980) (NO. 79-486)

4 People v. Rhoads, 391 N.E.2d 512, 531, 73 Ill.App.3d 288, 314, 29 Ill.Dec. 249, 268 (Ill.App. 1 Dist. Jun 08, 1979) (NO. 77-1734) HN: 5,6 (Ill.Dec.)

© 2013 Thomson Reuters. All rights reserved.

TO RANI WALKER JAN 14 13

FROM ALLEN [illegible] B[illegible]

4 D 28 SEC 29

I WROTE CANDICE CHILDON YOU SAID SHE DID NOT [illegible]

I DON'T WANT TROUBLE WITH HER. I WANT OUT OF SEG.

I AM [illegible] THE [illegible] CASE. I WANT LOTS OF [illegible] [illegible].

CANDICE CHILDON WOULDN'T LET ME SEE THE 4B COUNSELOR.

[signature]

I WANT OUT OF SEG.

TO RANI WALKER JAN 14 13

TO RAMON VALDEZ

JAN 14 14

FROM ALLENSWORTH BRUZZ
4B 21 SEC 29

I WANT OUT OF SEC.

I AM 76 YEARS OLD

I MAKE MORE MISTAKES.

CANDICE CHILDEN [illegible] UP
[illegible] [illegible] I WANTED HER [illegible]

I WANTED IT BACK. SHE [illegible]

I [illegible] AND [illegible] AGAIN.

SHE [illegible] ME IN MY CELL.
SHE DID NOT [illegible] A TICKET.
I WANTED [illegible] BACK, SHE [illegible]

SHE [illegible] MAYHAM.

I WANT OUT OF SEC
(RAMON VALDEZ [illegible] ME SHE DID NOT FREEZE)

Allensworth Bruzz

NO
you have to
do SEG
time.

[illegible]

Robert M Allensworth B14522 4B21
BMRCC 251 N IL 37 S
Ina IL 62846 2419

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS

UNITED STATES POSTAGE
02 1M
0004266619
MAILED FROM
FIRST-CLASS
USA
2014
62846
FOREVER

MARIANNE SERPA
~~[illegible]~~
US DISTRICT CLERK'S OFFICE
1133
~~[illegible]~~ N SHORELINE BLVD #208
1133
CORPUS CHRISTI TX 78401 2042