UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiffs*,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, and MARIA LONGORIA BENEVIDES, ET AL.<br>*Plaintiff Intervenors*,<br>V.<br><br>RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br>*Defendants*, | Case No. 2:13-cv-00193<br>Consolidated  2:13-cv-00263 |

**PLAINTIFF INTERVENORS TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS (HJ&C) UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Intervenors Texas Association of Hispanic County Judges and County Commissioners, et. al. (HJ&C) respectfully submits this unopposed motion for leave to file a first amended complaint. Defendants have indicated that they do not oppose this motion.

WHEREFORE, Intervenors HJ&C et. al. respectfully pray that this Court grant this unopposed motion. A proposed Order is attached.

Dated: February 3 , 2014.

Respectfully Submitted,

LAW OFFICES OF ROLANDO L. RIOS
115 E. Travis, Suite 1645
San Antonio, Texas 78205
Ph:   (210) 222-2102
Fax:   (210) 222-2898
E-mail:rrios@rolandorioslaw.com

Attorneys for the TEXAS ASSOCIATION OF   HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, MARIA  LONGORIA BENEVIDES, ET. AL.

By:_____
    Rolando L. Rios
    SBN 1693500
    Attorney in Charge