# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiffs,* <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS and MARIA LONGORIA BENEVIDES, ET AL. <br> *Plaintiff Intervenors,* <br><br><br> **V.** <br> RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety, <br> *Defendants,* | Case No. 2:13-cv-00193 <br> Consolidated 2:13-cv-00263 |

## [PROPOSED] ORDER ON PLAINTIFF INTERVENORS' UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Having considered Plaintiff - Intervenors' Texas Association of Hispanic County Judges and County Commissioners, et al, Unopposed Motion to File First Amended Complaint, the Court finds that the Motion should be, and hereby is, GRANTED.

**SO ORDERED.**

Date: _____, 2014.

_____
NELVA GONZALES RAMOS
United States District Judge