| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Clerk, U.S. District Court
Southern District of Texas
FILED

FEB 0 3 2014

David J. Bradley, Clerk of Court

Motion and Order for Admission *Pro Hac Vice*

| Division | | Case Number | 2:13-cv-00193 |
|---|---|---|---|
| United States of America ||||
| *versus* ||||
| State of Texas, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Deuel Ross<br>NAACP Legal Defense &<br>Educational Fund, Inc.<br>40 Rector Street 5 FL<br>New York, NY 10006<br>(212) 965-2200<br>New York Bar No.: 4825295 |
|---|---|
| Seeks to appear for this party: | TX League of Young Voters Educ. Fund, and Imani Clark |
| Dated: 1/28/2014 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: Currently registered |
|---|
| Dated: 2/3/14 | Clerk's signature: *[signature]* |

| Order | This lawyer is admitted *pro hac vice*. |

Dated: _____    _____
                          United States District Judge