UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff Intervenors Texas Association of Hispanic County Judges and County Commissioners, Hidalgo County, and Maria Longoria Benevides' (collectively HJ&C's) Unopposed Motion for Leave to File First Amended Complaint (D.E. 150). After due consideration, the Motion is GRANTED. The Clerk is instructed to file the First Amended Complaint in Intervention (D.E. 150-2) as an independent document on the docket of this case. The parties are instructed that the Court will consider the Defendants' Motions to Dismiss (D.E. 52 and 115) as they apply to the allegations made in the First Amended Complaint in Intervention (D.E. 150-2). It is further

ORDERED that within 24 hours of the entry of this Order, Plaintiff Intervenors HJ&C file with the Court a redlined copy of the First Amended Complaint to make plain the changes made in comparison to their prior pleading (D.E. 74).

ORDERED this 4th day of February, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE