UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § | |
| | § | |
|     Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al*, | § | |
| | § | |
|     Defendants. | § | |

## ORDER REGARDING AMENDING PLEADINGS

The Court, *sua sponte*, ORDERS that all motions to amend pleadings filed by any party to this case, from the date of this Order forward, be accompanied by a redlined copy that illustrates all amendments made by the newly submitted pleadings.

ORDERED this 4th day of February, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE