| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Motion and Order for Admission *Pro Hac Vice*

| Division | | Case Number | |
|---|---|---|---|
| | | | |
| versus ||||
| | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | |
|---|---|
| Seeks to appear for this party: | |
| Dated: | Signed: |

| The state bar reports that the applicant's status is:                               . ||
|---|---|
| Dated: | Clerk's signature: |

Order     This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                       United States District Judge