UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-263 |
|---|---|---|---|

| United States |
|---|
| *versus* |
| State of Texas, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Avner Shapiro<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW, NWB Rm. 7201<br>Washington, DC 20530, (202) 305-1840<br>Licensed: D.C., Bar No. 452475 |
|---|---|
| Seeks to appear for this party: | Plaintiff, the United States |
| Dated: 2/5/2014 | Signed: **Avner Shapiro** |

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 2-6-14 | Clerk's signature: Donna Terrell |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 2/10/14

United States District Judge