FEB 07 14

Clerk, U.S. District Court
Southern District of Texas
FILED

FEB 10 2014

David J. Bradley, Clerk of Court

US DISTRICT CLERK'S OFFICE
1133 N SHORELINE RM 208
CORPUS CHRISTIE TX 78401

(1 PM IN SES)

RE: VEASEY v PERRY 2:13 CV 193/263/291/348

ON JAN 6 2014 THE ELEVENTH CIRCUIT ISSUED A SHORT OPINION IN GREEN PARTY v KEMP 12-11816 REMANDING TO DISTRICT COURT. THE ISSUE IS GEORGIA BALLOT ACCESS. THE LAW REQUIRES ABOUT 50,000 VALID SIGNATURES FOR INDEPENDENT AND MINOR PARTY CANDIDATES FOR PRESIDENT, SOUASE FEB 07 14 BEN.

I SUGGEST A ONE THOUSAND DOLLAR FILING FEE, WAIVED FOR CANDIDATES WITH ONE THOUSAND VALID SIGNATURES FOR THE LIMITED VOTING BALLOT IN HIS OWN DISTRICT AND TWO MORE OF HIS CHOICE. IF THESE CANDIDATES ARE APP'S CANDIDATES I SUGGEST THEY PAY TWO THOUSAND DOLLAR FILING FEE IN THIS DISTRICT.

Robert M Allensworth B14552
BMRCC 251 N RT 37 S
CNA IL 62846-2719

CALERA'S "DEFIANCE REQUIRED DOJ TO BRING A SECTION FIVE ENFORCEMENT ACTION THAT ULTIMATELY YIELDED" (LIMITED) VOTING, SHELBY 2013 133 SCT 2622, 41.

Kelly Cheesman, Cir Clk                    Mar 4 13
200 S Cherry              94 CF 264 SDF
Galesburg IL 61401

## CONSERVATIVES TAKE AIM AT VOTING RIGHTS
### BY Ari Berman, Nation Feb 25 13, 11-7,12

"Calera moved from single-member districts to an at-large election for the city council. Montgomery was easily elected under the new (no details, cumulative voting?) [LIMITED VOTING] system.... 'I realized how important section 5 is.' Montgomery said.

"That would have been the end of it—if Ed Blum...hadn't convinced Shelby County's lawyer (no name) to challenge §5."

I want mailing addresses for John D Bates, US District Court Dist of Columbia (Shelby Co AL v HOLDER 679 FR3 848-905), Sam Bagenstos, Ryan Haygood and Kevin Myles. I wrote to City Clerk, Calera AL, Montgomery, Shelby County's lawyer (no name) and main Calera newspaper (no name or address). I also sent $20 to the AL Press Assn for a directory of AL newspapers.

679 FR3 857 has "Shelby County was clearly ineligible for bailout. See 811 FS2 424,46 n6....The 'serious constitutional questions' raised in Northwest Austin could 'no longer be avoided.' Id at 427." I haven't seen 811 FS2 424+.

Robert M Allensworth
Robert M Allensworth 4B21
BMRCC POB 900-B14522
251 N IL Rte 37 S
Ina IL 62846 2419

FILED
KNOX CO., IL
MAR -7 2013
KELLY CHEESMAN
Clerk of the Circuit Court
_____ Deputy

FEB 07 14

US DISTRICT CLERK'S OFFICE
1133 N SHORELINE RM 208
CORPUS CHRISTI TX 78401

(I AM IN SEG)

RE: VEASEY v PERRY TXSD 2:13 CV 193/263
DE 148 JAN 22 14. I AM AN INTERESTED PARTY PRO SE
I WANT SOME OF MY EXHIBITS TO BE CONSIDERED
PROPERLY FILED AND DOCKETED. MY CLAIMS ABOUT A
2ND BALLOT BY LIMITED VOTING FOR THE TEXAS
STATE HOUSE ARE NOT RUINED BY OR SOON LIKELY
TO BE RUINED BY ANOTHER. THE 2014 ELECTION IS
SET FOR NOV 4. TAKE THE RISK, THE TIME IS RIPE.

"A CLAIM IS NOT RIPE FOR ADJUDICATION IF IT RESTS
UPON CONTINGENT FUTURE EVENTS THAT MAY NOT OCCUR
AS ANTICIPATED, OR MAY NOT OCCUR AT ALL."
— TEXAS v USA 1998 523 US 296, 300 118 SCT 1257,4

"THE ALABAMA CONSTITUTIONAL CONVENTION OF 1901
WAS PART OF A MOVEMENT THAT SWEPT THE POST
RECONSTRUCTION SOUTH TO DISENFRANCHISE BLACKS."
— HUNTER v UNDERWOOD 1985 471 US 222, 9

ALABAMA BILLS SB 70 AND HB 327 HAVE BEEN
INTRODUCED TO EASE BALLOT ACCESS TO INDEPENDENT
CANDIDATES FOR US (AND STATE HOUSE?) HOUSE FROM
3 TO 1.5% AND EXTEND THE DEADLINE FROM
PRIMARY DAY TO THREE WEEKS AFTER THE PRIMARY RUN
OFF. SOURCE FED OF IN BALLOT ACCESS NEWS, BX 470296
SAN FRANCISCO CA 94147          Robert M Ashenmurd[?]
415 922 9779                    014522
BICRMPWINGER@YAHOO.COM          BRAZC Z-7, N 11 37 S
                                IFA 1C 62876 2419

*SHELBY v HOLDER   MTN TO INTERVENE BY MONTGOMERY VINES AND WALKER.*

Proposed Intervenors aver that, if intervention is granted, they will (i) participate in the action on the schedule that will be established for the existing parties; (ii) avoid unnecessary delays or duplication of efforts in areas satisfactorily addressed and represented by the existing Defendant, to the extent possible; and (iii) coordinate all future proceedings with the existing Defendant to the extent possible.

Proposed Intervenors Harry Jones, Ernest Montgomery and Anthony Vines are African-American registered voters who reside in the City of Calera, located in Shelby County, Alabama. Proposed Intervenors Earl Cunningham, Albert Jones and William Walker are African-American registered voters who reside in other municipalities located in Shelby County, Alabama. All Proposed Intervenors regard the VRA to be an essential piece of federal civil rights legislation that has long provided important protections, and continues to safeguard their voting rights. All Proposed Intervenors deem the protections afforded by Section 5 to be necessary in Shelby County and, more broadly, in the State of Alabama.

The grounds for this motion, more fully described in the accompanying Statement of Points and Authorities, are set forth below:

1. Plaintiff brought this declaratory judgment action challenging the constitutionality of the Section 5 preclearance provision and Section 4(b) scope of coverage provision of the Voting Rights Act of 1965, as amended.

2. Proposed Intervenors are filing this motion to intervene in a timely manner. Plaintiff filed its Complaint on April 27, 2010, followed quickly by a Motion for Summary Judgment on June 8, 2010. This motion to intervene is made just three days after Plaintiff filed its Motion for Summary Judgment, and before the Defendant has filed an answer or responsive pleading. This motion is also made prior to the scheduling of any preliminary conference, and before the

FEB 07 14

US DISTRICT CLERK'S OFFICE
1133 N SHORELINE RM 308
CORPUS CHRISTI, TX 78401

(I AM 14 SEC) 

YOUR COURT LIBRARY MAY WANT TO SUBSCRIBE TO SOME DIGITAL SUBSCRIPTIONS AT MYSOURCE.COM DIGITAL EDITION.

I HAVE WRITTEN FOR AND LACK CURRENT INFO ON HOW CALERA AL ELECTS ITS CITY COUNCILMEN, 35040

I HAVE CONTACTED ITS CITY CLERK AND OTHERS (INCLUDING:
TOM SERMAN, MAYOR, 103 N MAIN, MONTGOMERY AL 36104  334-241-4400
BOBBY LEE HARRIS, 112 REESE DR, ALABASTER 35007
MARY LOU WILLIAMS, MONTEVALLO COFC 845 VALLEY ST 35115
WILLIAM BELL, MAYOR, 710 20 ST N BIRMINGHAM 35203  205-254-2000
BRIAN HILSON, BIRMINGHAM BUSINESS ALLIANCE, 505 20 ST N RM 200, BIRMINGHAM 35203

CALERA'S "DEFIANCE REQUIRED DOJ TO BRING A SECTION 5 ENFORCEMENT ACTION THAT ULTIMATELY YIELDED" (LIMITED? VOTING). SHELBY GINSBURG 2013 133 SCT 2622, 41

CANDICE CHICHON REFUSED TO RETURN MY TYPED LETTER. SHE UNDERCOVER ME TO MY CELL. SHE WALKED AWAY, I FOLLOWED, SHE FROZE. I THOUGHT SHE WOULD RETURN IT.

Robert M Allensworth
B14522 BMRCC 251 N IL37S
IRA IL 62846 2419

**PROGRESS**
**(361) 358-2550**
**SUBSCRIPTION INVOICE**

YOUR SUBSCRIPTION EXPIRES
01/27/2014

0013167
ROBERT ALLENSWORTH #B14522
251 N IL HIGHWAY 37
INA, IL 62846-2419

**2nd NOTICE**

**It's time to renew your newspaper subscription!**

PLEASE MAKE CHECKS PAYABLE TO PROGRESS

**Please select from the payment options below :**

Best Value - 12 Months **$40.00**

Better Value - 6 Months **$22.00**

Good Value - 3 Months

**DIGITAL SUBSCRIPTIONS AVAILABLE AT**
**mysoutex.com DIGITAL EDITION**

Your carrier is:

------------------------------- CUT HERE - RETURN BOTTOM PORTION WITH YOUR PAYMENT -------------------------------

**ONE TIME CREDIT CARD PAYMENT**

0013167
01/27/2014
ROBERT ALLENSWORTH #B14522
251 N IL HIGHWAY 37
INA, IL 62846-2419

Credit Card# _____

Exp Date: _____ / _____   Name on Card _____

Credit Card Billing Address : _____

_____

Optional Carrier Tip         $_____

Subscription Rate:           $_____

**TOTAL ENCLOSED** $_____

City _____ State _____ Zip _____

Phone _____

Signature _____

Mail To: **PROGRESS**
**P O BOX 10**
**BEEVILLE, TX 78104-0010**

____ **YES! I want recurring credit card payment**
Please use the above credit card info to auto bill me each time my account is due. I hereby authorize Beeville Publishing Co., Inc. to charge my credit card the current subscription rate each (check one) ____ 6 months ____ 12 months

Recurring Charge Signature:

_____

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 5
Receipt Number: 500022831
Cashier ID: dgarci
Transaction Date: 10/18/2013
Payer Name: BIG MUDDY RIVER CORRECTIONAL
--------------------------------
PAPER COPIES
 For: ROBERT ALLENSWORTH
 Amount:         $20.00
--------------------------------
CHECK
 Check/Money Order Num: 96979
 Amt Tendered: $20.00
--------------------------------
Total Due:       $20.00
Total Tendered:  $20.00
Change Amt:       $0.00

SA-11-CV-0360. PEREZ, ET AL. V.
PERRY, ET AL.    (COPIES)..
```

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Authorization for Payment

Posting Document # _5834_ Date _Jan 27 14_

Offender Name _Allen Glover_ ID# _____ Housing Unit _____

Pay to _U.S. District Court TXSD_ _13297_

Address _1133 N Shoreline Dr 2nd ___

City, State, Zip _Corpus Christi TX 78401_

The sum of _thirteen ___ dollars and _no_ cents charged to my trust fund account, for the purpose of _2:13-cv-00193_

☐ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____ ID# _____

Witness Signature _____

☒ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _1_ dollars and _19_ cents.

1-30-14

Distribution: Business Office, Offender, Mail Room

DOC 0296 (Eff. 1/2006) (Replaces DC 828)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____5850_____ Date __1/8 or 14__

Offender Name __ALLENSWORTH__ ID# _____ Housing Unit _____

Pay to __Clerk, US District Court TXSD__ — 13508

Address __655 E DURANGO BLVD__

City, State, Zip __SAN ANTONIO TX 78206__

The sum of __Twenty one__ dollars and __no__ cents charged to my trust fund account, for the purpose of __Civil filing fee 360 pro se cv-13__

☐ I hereby authorize payment of postage for the attached mail.  ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____ ID# _____

Witness Signature _____

☒ Approved  ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and __21__ cents.

1-31-14

Distribution: Business Office, Offender, Mail Room

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

Printed on Recycled Paper

Case 2:13-cv-00193   Document 159   Filed on 02/10/14 in TXSD   Page 10 of 10

R ALLENSWORTH B14-22 4B21

BMRCC 251 N IL 37 S

INA IL 62846 2419

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS



Clerk, U.S. District Court
Southern District of Texas
FILED

FEB 10 2014

David J. Bradley, Clerk of Court

US DISTRICT CLERK'S OFFICE

1133 N SHORELINE RM 208

CORPUS CHRISTI TX 78401

78401$2042