IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br>        Plaintiffs, <br><br>        v. <br><br>RICK PERRY, *et al.*, <br><br>        Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br>        Plaintiff, <br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br>        Plaintiff-Intervenors, <br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br>        Plaintiff-Intervenors, <br><br>        v. <br><br>STATE OF TEXAS, *et al.*, <br><br>        Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NANDITA BERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants | Civil Action No. 2:13-cv-348 (NGR) |

**JOINT MOTION TO ENTER THE DISCOVERY ORDER
AND SUPPLEMENTAL PROTECTIVE ORDER**

The United States and Defendants jointly move that the Court enter the accompanying Discovery Order and Supplemental Protective Order. The proposed order sets forth procedures necessary to facilitate the disclosure and comparison of certain information from databases and records maintained by Defendants and by the United States. These procedures are also necessary to provide additional protections governing use, access, storage, and destruction of the relevant data and data comparisons. All parties in these consolidated cases, with the exception of the *Veasey* plaintiffs and *Texas Association of County Judges and County Commissioners* plaintiff-intervenors, consent to this motion.

As will be explained more fully in the United States' forthcoming Motion to Modify the Scheduling Order, the Discovery Order and Supplemental Protective Order, if entered, would permit the disclosure of data after May 2, 2014, the deadline for fact discovery under the Scheduling Order (ECF No. 86).  The United States' Motion to Modify the Scheduling Order will seek an adjustment of the fact discovery deadline, among other deadlines, to provide sufficient time for the complex and time-consuming process of comparing the state and federal databases at issue.

This protective order is justified by Rule 26(c) of the Federal Rules of Civil Procedure and relevant case law and is necessary in order for the parties to obtain relevant discovery.  The United States and Defendants, therefore, respectfully request that the attached Discovery Order and Supplemental Protective Order be entered by the Court.

Date: February 11, 2014

| | |
|---|---|
| GREG ABBOTT<br>Attorney General of Texas | KENNETH MAGIDSON<br>United States Attorney<br>Southern District of Texas |
| DANIEL T. HODGE<br>First Assistant Attorney General | JOCELYN SAMUELS<br>Acting Assistant Attorney General |
| */s/ John B. Scott*<br>JOHN B. SCOTT<br>REED CLAY<br>DAVID WHITLEY<br>RONNY KEISTER<br>SEAN FLAMMER<br>Attorneys<br>Office of the Texas Attorney General<br>209 West 14th Street<br>Austin, Texas 78711 | Civil Rights Division<br><br>*/s/ Elizabeth S. Westfall*<br>T. CHRISTIAN HERREN, JR.<br>MEREDITH BELL-PLATTS<br>ELIZABETH S. WESTFALL<br>BRUCE I. GEAR<br>JENNIFER L. MARANZANO<br>ANNA M. BALDWIN<br>DANIEL J. FREEMAN<br>Attorneys, Voting Section<br>Civil Rights Division<br>Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530 |

## **CERTIFICATE OF CONFERRAL**

Pursuant to Local Rule 7.1(D)(1), I hereby aver that on February 10, 2014, I met and conferred with counsel for the Veasey Plaintiffs and counsel for the Texas Association of Hispanic County Judges and County Commissioners Plaintiff-Intervenors in an effort to reach consent regarding this request. Counsel cannot agree about the disposition of the instant motion.

*/s/ Jennifer L. Maranzano*
Jennifer L. Maranzano
Voting Section
Civil Rights Division
U.S. Department of Justice
jennifer.maranzano@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 11, 2014, I served a true and correct copy of the foregoing via the Court's ECF system on the following counsel of record:

Chad W. Dunn
Kembel Scott Brazil
Brazil & Dunn
chad@bradzilanddunn.com
scott@bazilanddunn.com

Neil G. Baron
Law Offices of Neil G. Baron
neil@ngbaronlaw.com

Armand Derfner
Derfner, Altman, & Wilborn
aderfner@dawlaw.com

Luiz Roberto Vera, Jr.
lrvlaw@sbcglobal.net

*Counsel for Veasey Plaintiffs*

Rolando L. Rios
Law Offices of Rolando L. Rios
rrios@rolandorioslaw.com

*Counsel for Texas Association of Hispanic County Judges and County Commissioners Plaintiff-Intervenors*

Christina Swarns
Ryan P. Haygood
Natasha M. Korgaonkar
Leah C. Aden
NAACP Legal Defense and Educational Fund, Inc.
cswarns@naacpldf.org
rhaygood@naacpldf.org
nkorgaonkar@naacpldf.org
laden@naacpldf.org

Danielle Conley
Jonathan Paikin
Kelly P. Dunbar
Sonya L. Lebsack
Gerald J. Sinzdak
Lynn Eisenberg
M. Hasan Ali
Richard F. Shordt
WilmerHale LLP
danielle.conley@wilmerhale.com
jonathan.paikin@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com
Gerard.sinzdak@wilmerhale.com
Lynn.eisenberg@wilmerhale.com
hasan.ali@wilmerhale.com
richard.shordt@wilmerhale.com

*Counsel for Texas League of Young Voters Plaintiff-Intervenors*

Ezra D. Rosenberg
Amy L. Rudd
Dechert LLP
ezra.rosenberg@dechert.com
amy.rudd@dechert.com

Wendy Weiser
Jennifer Clark
Vishal Agraharkar
Brennan Center for Justice at NYU School
    of Law
wendy.weiser@nyu.edu
jenniferl.clark@nyu.edu
vishal.argraharkar@nyu.edu

Mark A. Posner
Sonia Kaur Gill
Erandi Zamora
Lawyers' Committee for Civil Rights
mposner@lawyerscommittee.org
sgill@lawyerscommittee.org
ezamora@lawyerscommittee.org

*Counsel for Texas State Conference of
NAACP Branches Plaintiffs*

Jose Garza
Marinda van Dalen
Robert W. Doggett
Peter McGraw
Texas Rio Grande Legal Aid, Inc.
jgarza@trla.org
mvandalen@trla.org
rdoggett@trla.org
pmcgraw@trla.org

*Counsel for Ortiz Plaintiffs*

*/s/ Jennifer L. Maranzano*
Jennifer L. Maranzano
Voting Section
Civil Rights Division
Department of Justice
Room 7123 NWB
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
jennifer.maranzano@usdoj.gov