EXHIBIT

7

TRANSCRIPT OF PROCEEDINGS BEFORE

THE SENATE OF THE STATE OF TEXAS

EIGHTY-SECOND LEGISLATURE

(COMMITTEE OF THE WHOLE SENATE)

AUSTIN, TEXAS

IN RE:                          §
                                §
CONSIDERATION OF                §
SENATE BILL 14                  §

COMMITTEE OF THE WHOLE SENATE

TUESDAY, JANUARY 25, 2011

BE IT REMEMBERED THAT AT 8:05 a.m., on Tuesday, the 25th day of January 2011, the above-entitled matter continued at the Texas State Capitol, Senate Chamber, Austin, Texas, before the Committee of the Whole Senate. The following proceedings were reported by Aloma J. Kennedy, Lorrie A. Schnoor and Kim Pence, Certified Shorthand Reporters.

VOLUME 2                                    PAGES 20 - 542

CONSIDERATION OF SENATE BILL 14 1/25/2011

21

1           P R O C E E D I N G S
2           TUESDAY, JANUARY 25, 2011
3                (8:05 a.m.)
4           CHAIRMAN DUNCAN:  The Committee of the
5  Whole will come to order.
6       OPENING INSTRUCTIONS BY CHAIRMAN DUNCAN
7           CHAIRMAN DUNCAN:  Members, we talked
8  yesterday a little bit about the process, and I thought
9  I would go through that once again so that we'll all
10  kind of know what the plan is.
11           First of all, I intend to recognize
12  Senator Fraser in just a moment to lay out the specifics
13  of Senate Bill 14.  And then after he lays the bill out,
14  then members will be recognized for questions of the
15  author or co-authors.  Then after that is finished, then
16  our invited testimony will begin.  It's the Chair's
17  intent to place a 10-minute limit on invited testimony.
18  And then there will be no questions to interrupt the
19  invited testimony as they're laying out their positions
20  or their testimony.  Then once they're finished, members
21  will be recognized for questions.
22           When that's done, we'll have a resource
23  witness panel that will be available for you.  I'm
24  advised that we have David Maxwell, Deputy Director of
25  Law Enforcement with the Office of the Attorney General;

22

1  and Ann McGeehan, Director of Elections, the Secretary
2  of State's office; and Rebecca Davio, Assistant Director
3  for Driver's License with the Department of Public
4  Safety.
5           When we have completed the invited
6  testimony and you've had an opportunity to question
7  those who have been invited, then I will -- I don't
8  think the list is as long as it was last year, but
9  certainly I'm sure there will be discussion among the
10  members concerning their testimony.
11           Then we'll open up for public testimony.
12  You will recall last session, we would announce the
13  names of those who were in line, and you are in line in
14  order of your registration at the front desk.  We will
15  have those persons escorted down to the well, and then
16  they will be allowed to begin their testimony.
17           It's the intent of the Chair to impose a
18  three-minute time limit on the public testimony as well,
19  and I will not recognize anyone to interrupt someone
20  giving public testimony until their time has run.  There
21  is a timer at the front at the secretary's desk.  There
22  will be a warning; I think it's a 30-second warning.
23           Members, we do have a court reporter,
24  Ms. Kennedy.
25           Ms. Kennedy, would you stand so everyone

23

1  can see you.
2           Remember Ms. Kennedy from last time.  I
3  think she went 12 or 13 hours.
4           Because we're making a record here,
5  obviously we need to be mindful that the court reporter
6  only has two hands and can only type one person at a
7  time.  So the Chair will be careful to help you remember
8  that we cannot have people talking over each other.
9           Also we need to try to identify each other
10  so that -- or identify yourself when you're speaking or
11  I'll try to do that so that the record will be clear as
12  to the source of the comments being recorded.
13           We will take periodic breaks in order to
14  allow the court reporter a little time, but we will move
15  expeditiously as we move through the process.
16           There is a document -- like last session,
17  we will have an orderly process for admitting documents
18  into the record.  They will be labeled as exhibits and
19  be referred to in the record and will be received in the
20  record by exhibit number.  So when you have an exhibit
21  that you want to introduce into the record, well, then,
22  you'll need to have it marked.  And the secretary's desk
23  up here will have a procedure for marking your exhibits
24  and receiving them in the record.
25           Once we have completed the public

24

1  testimony -- and, obviously, we're going to be
2  interrupted by our Senate session which begins at 11:00.
3  Once we finish the public testimony, then it will be
4  appropriate for you to lay out any amendments that you
5  may wish to have considered by the body.
6           And once that's completed, then,
7  obviously, we will vote on our resolutions to rise and
8  report back to the full Senate.
9           That is basically the layout of the
10  procedure.  Any questions?
11           Senator Van de Putte.
12           SEN. VAN de PUTTE:  Thank you,
13  Mr. Chairman.  Thank you for outlining the process and
14  the procedures that we will be using today.  My question
15  is specifically with those members of the public who
16  wish to offer testimony sometimes today who have
17  disabilities.  To my knowledge, we have people coming to
18  the floor who are in wheelchairs and will not be able to
19  use the podium.  I wanted to ask what sort of amenities
20  or accommodations we will have so that they will be able
21  to have that, but some sort of a table so they can refer
22  to their documents when they're testifying.
23           CHAIRMAN DUNCAN:  Thank you, Senator Van
24  de Putte, an excellent question.
25           We do have a wireless mic that will be

KENNEDY REPORTING SERVICE, INC.
512.474.2233

Case 2:13-cv-00193 Document 162-9 Filed on 02/14/14 in TXSD Page 4 of 8
Case 1:12-cv-00128-RMC-DST-RLW Document 206-1 Filed 06/20/12 Page 63 of 156

3

CONSIDERATION OF SENATE BILL 14 1/25/2011

25

1 available for those who cannot access the mic -- at the
2 secretary's desk.
3           SEN. VAN de PUTTE:  Would it be possible
4 for those members of the public who are offering
5 testimony who have disabilities who are in a wheelchair
6 to have some sort of -- either a table or something so
7 that they can refer to their notes?  The problem with
8 last time is that they weren't able to actually, because
9 they don't have use of the podium.
10          CHAIRMAN DUNCAN:  Senator, we can
11 accommodate that.
12          SEN. VAN de PUTTE:  Thank you very much,
13 Mr. Chairman.
14          CHAIRMAN DUNCAN:  Members, also I forgot
15 to mention, the resolution that we passed yesterday
16 allows us to have a staff person on the floor to assist
17 us.  And so if you wish to have that person sit, well,
18 then, you'll need to ask the sergeant for a chair, and
19 we have chairs available back there.
20          Any other questions?
21          All right.  The Chair hears none.
22          Senator Fraser, you're recognized to
23 explain Senate Bill 14.
24
25

26

1          LAYING OUT OF SENATE BILL 14
2          SEN. FRASER:  Thank you, members.
3 Obviously, this is an issue that we know a lot about, we
4 had a lot of experience with two years ago.  The issue I
5 think has been defined and talked about a lot.
6          I think we all recognize the dangers of
7 voter fraud has threatened the integrity of the
8 electoral process for the entire history of the United
9 States.  The threat continues today.  In 2005, there was
10 a Commission, a bipartisan commission, the Carter-Baker
11 Commission, that was appointed by the Election
12 Commission.  Of course, President Carter, a past
13 president; James Baker, Secretary of State, they
14 reaffirmed the dangers by saying, "Elections are at the
15 heart of democracy.  Americans are losing confidence in
16 the fairness of elections.  And while we do not face a
17 crisis today, we need to address the problem of our
18 electoral system."
19          The Commission concluded at the end of the
20 day, "There is considerable national evidence of
21 in-person voter fraud.  And regardless of whether one
22 believes that voter impersonation is widespread or
23 relatively rare, there can be no serious dispute that
24 the real effect can be substantial because in a close
25 election, even a small amount of fraud could make the

27

1 margin of difference."
2          Texas today has a legitimate interest in
3 protecting elections.  It is imperative that we protect
4 the public's confidence in elections by deterring and
5 detecting voter fraud.
6          In upholding the Indiana photo ID law, the
7 U.S. Supreme Court stated, "Confidence in the integrity
8 of our electoral process is essential to the functioning
9 of our participatory democracy.  Voter fraud drives
10 honest citizens out of the democratic process and breeds
11 distrust of our government.  Voters who fear the
12 legitimate votes will be outweighed by fraudulent ones,
13 will feel disenfranchised."
14          On October 10, Lighthouse poll, which I
15 have here and be entering into the record -- it's the
16 newest poll that is out -- shows that 86 percent of
17 Texas voters -- that's both Republican and Democrats --
18 favor voter photo ID laws.
19          The bill that we're laying out today is in
20 compliance with the U.S. Supreme Court Decision which
21 upheld the Indiana voter ID legislation because it,
22 No. 1, deters and detects fraud; 2, it protects the
23 confidence in elections; and, 3, it counts only eligible
24 voters' votes.
25          It also complies with the Supreme Court

28

1 decision, because it offset burdens on voters by
2 providing access to free ID cards, allowing for
3 provisional ballots and absentee ballots, ensuring that
4 obtaining photo ID is no more inconvenient or burdensome
5 than the usual act of voting and providing an exception
6 for elderly voters.
7          The current law, as you know, provides
8 that when a voter shows up to vote, he or she must just
9 show a valid voter registration card.  If unable to do
10 so, the voter may show a photo ID card or other official
11 mail from a government entity -- utility bill, bank
12 statement, government check, paycheck or other
13 government document with name and address -- and sign an
14 affidavit.
15          Senate Bill 14, what we're doing with this
16 bill, Senate Bill 14 would require a voter to show a
17 photo ID except that people 70 or older on January 1,
18 2012, may continue to vote with just a registration
19 card, under current law.
20          Acceptable ID will include an unexpired
21 card issued by the Department of Public Safety, a
22 military ID, a passport or a citizenship certificate
23 with photo.  Voters who cannot produce an acceptable
24 form of photo identification will be allowed to cast a
25 provisional ballot.  That ballot will be counted if the

KENNEDY REPORTING SERVICE, INC.
512.474.2233

CONSIDERATION OF SENATE BILL 14 1/25/2011

|  | 29 |
|---|---|
| 1 | voter returns within six days to show a photo ID. |
| 2 | It would also provide for statewide |
| 3 | training and notification of the changes required for |
| 4 | the individual to vote with the photo ID. It would |
| 5 | provide for a free DPS-issued identification card to any |
| 6 | registered voter who requests an identification card. |
| 7 | Every fraudulent vote effectively still is |
| 8 | a legitimate vote. Elections are too important to leave |
| 9 | unprotected when the Legislature could take proactive |
| 10 | steps to prevent fraud and protect our democracy. |
| 11 | Mr. President, that is what Senate Bill 14 |
| 12 | does. And if there's no questions, I would move |
| 13 | passage. |
| 14 | SEN. WHITMIRE: Mr. President -- |
| 15 | SEN. VAN de PUTTE: Yes. |
| 16 | SEN. WHITMIRE: -- could we slow down? |
| 17 | Will the gentleman yield? |
| 18 | CHAIRMAN DUNCAN: I think Senator Van de |
| 19 | Putte was first on the list, Senator. |
| 20 | Senator Van de Putte. |
| 21 | SEN. VAN de PUTTE: Thank you, |
| 22 | Mr. Chairman, I think. Mr, Chairman, inquiry. At what |
| 23 | point in the proceedings today would a motion be in |
| 24 | order to move that all of the testimony and record from |
| 25 | this issue from the 2009 legislative session be made |

|  | 31 |
|---|---|
| 1 | CHAIRMAN DUNCAN: Senator Fraser, why |
| 2 | don't we approach the chair; approach. |
| 3 | (Off-the-record discussion at bench) |
| 4 | CHAIRMAN DUNCAN: The Chairman recognizes |
| 5 | Senator Huffman for motion in writing. |
| 6 | SEN. HUFFMAN: Thank you, Mr. Chairman. |
| 7 | At this time I move that the entire record |
| 8 | and transcripts of the hearing related to Senate Bill |
| 9 | 362 heard by the Committee of the Whole during the 81st |
| 10 | Legislative session be included in the record and would |
| 11 | move that it marked as Exhibit No. 1. |
| 12 | Exhibit No. 1 includes all the invited, |
| 13 | public and written testimony, in addition to all of the |
| 14 | exhibits submitted by the members during the hearing on |
| 15 | Senate Bill 362. The previous testimony and debate on |
| 16 | Senate Bill 362 is relevant, because then and now the |
| 17 | objective is to create legislation that protects the |
| 18 | integrity and reliability of the electoral process. |
| 19 | It includes 870 pages of transcribed |
| 20 | testimony. There were 13 invited witnesses plus two |
| 21 | resource witnesses, 36 public witnesses and 29 written |
| 22 | articles presented. So it includes all the exhibits as |
| 23 | well, submitted by members during the 81st legislative |
| 24 | session on the Committee of the Whole, which totals 55 |
| 25 | total exhibits. |

|  | 30 |
|---|---|
| 1 | into the record? Would that be done -- would that |
| 2 | motion be proper at the point of original testimony or |
| 3 | at the beginning of these questions at this point? |
| 4 | CHAIRMAN DUNCAN: Senator, at any time |
| 5 | that one would want to make that motion, it would be |
| 6 | recognized. |
| 7 | SEN. VAN de PUTTE: Mr. Chairman, would |
| 8 | you recognize me for that motion at this time? |
| 9 | SEN. FRASER: Mr. Chairman -- |
| 10 | CHAIRMAN DUNCAN: Before we do that, we do |
| 11 | have a motion in writing that Sen. Huffman intends to |
| 12 | introduce with the record, so why don't we do that first |
| 13 | and then we'll do everything else. And it would be my |
| 14 | suggestion to -- and what I had hoped to do was finish |
| 15 | the testimony or at least the question and answers on |
| 16 | the bill and then start at that point in time putting |
| 17 | evidence into the record. So if that's suitable with |
| 18 | everyone, it just makes a little more sense to me to |
| 19 | keep it in order that way. |
| 20 | SEN. VAN de PUTTE: Thank you, |
| 21 | Mr. Chairman. |
| 22 | And then I would like to ask my colleague, |
| 23 | the author of the bill, to yield. |
| 24 | CHAIRMAN DUNCAN: Okay. |
| 25 | SEN. FRASER: Mr. Chairman, before we -- |

|  | 32 |
|---|---|
| 1 | At this time I move for introduction of |
| 2 | Exhibit No. 1 into the Committee of the Whole's records. |
| 3 | (Exhibit No. 1 marked) |
| 4 | CHAIRMAN DUNCAN: Members, you've heard |
| 5 | the motion. Is there any objection to the motion? |
| 6 | SEN. DAVIS: Question. |
| 7 | CHAIRMAN DUNCAN: Senator Davis, do you |
| 8 | have a question? |
| 9 | SEN. DAVIS: Yes. |
| 10 | Senator Huffman, during the debate on the |
| 11 | Senate floor last session, a number of questions could |
| 12 | not be answered by some of the resource witnesses at the |
| 13 | moment that they were asked; and, instead, there was a |
| 14 | follow-up. For example, the Secretary of State's office |
| 15 | and the Attorney General's office wrote follow-up |
| 16 | answers to some of the questions that they were not |
| 17 | prepared to ask during the hearing. Does your motion in |
| 18 | writing include the inclusion of those written responses |
| 19 | that were provided to the Senate after the hearing took |
| 20 | place? |
| 21 | SEN. HUFFMAN: I am not advised on that, |
| 22 | but I would certainly have no objection and would move |
| 23 | for all of that to be included in the record, because I |
| 24 | think it would certainly make it, you know, more |
| 25 | complete and certainly would be relevant. |

KENNEDY REPORTING SERVICE, INC.
512.474.2233

## CONSIDERATION OF SENATE BILL 14 1/25/2011

**165**

1 is the case. Plus the fact that if you ask African

2 Americans or Hispanics in Texas, it's a very

3 straightforward question. When you have 82 percent of

4 the public, the people that you represent, saying, you

5 know, "I think that's a good ideal," I'm having a lot of

6 trouble understanding how -- why you don't understand

7 that.

8          SEN. WEST: Okay. So the answer to my

9 question is, is that you did not conduct any type of

10 research on it other than looked at opinion polls and

11 referenced what went on in other states?

12          SEN. FRASER: No, we've done all --

13 there's been a lot of research done.

14          SEN. WEST: And that's what I was asking.

15 What research have you done --

16          SEN. FRASER: I just explained --

17          SEN. WEST: -- to make that determination?

18          SEN. FRASER: -- to you what we did. We

19 have looked at the experience of other states. And

20 you're going to have witnesses come from some of the

21 other affected states, and you're going to be able to

22 ask that question: Who has came forward in your state

23 and said it's a problem?

24          SEN. WEST: Okay. So you're saying, then,

25 that as a result of experiences in other states and an

**166**

1 opinion poll, that that is the sum total of the research

2 that's been done by you in preparation of this bill?

3          SEN. FRASER: Senator, I think the people

4 in your district understand very clearly. If you ask

5 them a direct question, someone you represent, and said,

6 "Do you favor or oppose requiring a valid photo ID

7 before you're allowed to vote," this is -- that's not

8 rocket science.

9          SEN. WEST: Well, the --

10          SEN. FRASER: "Should you be required to

11 show your picture ID when you go into vote?" That's --

12 that's -- to me, that's -- that's, you know, pretty

13 telling.

14          SEN. WEST: Well, the great thing about it

15 is, we're going to have an opportunity to do just that.

16 Because guess what? I've got a few people from my

17 district down here to testify, so you'll have an

18 opportunity to ask them that. Okay?

19          SEN. FRASER: Good.

20          SEN. WEST: But, again, that's the sum

21 total of your research, though. Right?

22          SEN. FRASER: I didn't say that was the

23 sum total of my research.

24          SEN. WEST: Now, would you agree that

25 Texas has a larger proportion of minorities than

**167**

1 Indiana?

2          SEN. FRASER: Not advised.

3          SEN. WEST: So if -- if the demographic

4 information that we have from the U.S. Department of

5 Census indicated that, you would not disagree with that.

6 Correct?

7          SEN. FRASER: Well, I mean, every state

8 has a different demographic of the makeup of people

9 within the state.

10          SEN. WEST: Sure. I know that, yeah.

11          SEN. FRASER: Georgia is a -- you know,

12 they're -- they're a Section 5 voter rights state, but

13 their makeup is not exactly like Texas.

14          SEN. WEST: That's the point. That's what

15 I'm asking you. You said you weren't advised, so I was

16 just trying to point to you some set of facts that all

17 of us commonly know that we get from the Department of

18 Census, U.S. Department of Census. And if they give

19 different demographic information for the states, then

20 that would probably be controlling, and you would agree

21 that that's the best evidence that we have of what the

22 population is in those various states. That's all I'm

23 asking. Now, let me ask this.

24          SEN. FRASER: But you're trying to answer

25 my question, and I did not say that.

**168**

1          SEN. WEST: No, I'm not. But are the

2 forms of identification listed in your bill the least

3 restrictive options in order to achieve the goal of

4 avoiding what you call voter identification fraud?

5          SEN. FRASER: Okay. You're going to have

6 to ask that again.

7          SEN. WEST: Are the forms of

8 identification that you've listed in the bill the least

9 restrictive options in order to achieve the goal of

10 avoiding what you have said is voter identification

11 fraud?

12          SEN. FRASER: And I think what you're

13 asking, which is going to be the easiest to use? And

14 the -- the data, if you look back at 2006, the number of

15 people that have registered to vote, about -- I think

16 the number now is 91 percent actually use their driver's

17 license when they registered to vote. So the assumption

18 is at least 91 percent of the people that voted -- or

19 that registered since 2006 had a driver's license. So

20 I'd say that's the -- if it's the -- the easiest thing,

21 I'd say a driver's license.

22          SEN. WEST: So this -- the list of

23 identifications that you use as the -- is the least

24 restrictive options that you could come up with?

25          SEN. FRASER: Well, I don't -- I'm not

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00000098
JA_000097

39

## CONSIDERATION OF SENATE BILL 14 1/25/2011

169

1 sure. Your verbiage you're using, I don't know that

2 that's the intent.

3          SEN. WEST: Well --

4          SEN. FRASER: I'm saying that the thing

5 that the -- the type of identification that is most

6 readily available appears to be a driver's license.

7 It -- we think, that is.

8          SEN. WEST: Okay. Now, since there are

9 studies that show that African Americans and Hispanics

10 are more affected by poverty and --

11          SEN. FRASER: Ask him, then.

12          We're trying to figure out if this is a

13 filibuster.

14          SEN. WEST: Is it a what?

15          SEN. FRASER: A filibuster?

16          SEN. WEST: Oh, no, this is serious

17 business. This is serious business.

18          SEN. FRASER: I guess I would remind you

19 that the information that was put into the record this

20 morning by Senator Huffman, the questions you've gone

21 over, I believe we put these --

22          SEN. WEST: Well, at any -- at any point,

23 you can defer to whomever you want to answer the

24 question.

25          SEN. FRASER: No, no, I'm saying --

170

1          SEN. WEST: You've been referring to the

2 Secretary of State.

3          SEN. FRASER: -- these -- the questions --

4 the questions you're asking, the question and the answer

5 are already in the record from two years ago; that

6 you're asking the exact same question, and I'm answering

7 the exact same answer. It's already in the --

8          SEN. WEST: And it may very well be. I

9 just don't remember. I haven't gone back and read that

10 entire record. It was like 26 hours. So if I'm being a

11 little bit redundant, please give me -- give me a little

12 space on that.

13          Let me go back to the questions I'm

14 asking. Studies have shown that African Americans and

15 Hispanics are more affected by poverty and, therefore,

16 are more likely to participate in government benefit

17 programs. Will the elimination of the government

18 documents as a form of ID disproportionately affect

19 African Americans and Hispanics?

20          SEN. FRASER: I'm not advised.

21          SEN. WEST: Okay. If in fact -- well, let

22 me back up and ask you this question.

23          Do you agree that African Americans and

24 Hispanics are disproportionately affected by poverty in

25 the state of Texas?

171

1          SEN. FRASER: Not advised.

2          SEN. WEST: Okay. Do you --

3          SEN. FRASER: I grew up in a pretty poor

4 family, so --

5          SEN. WEST: Well, that's what I know, and

6 correct me if I'm wrong because we've had our

7 conversations. Your father was a minister, too. Right?

8          SEN. FRASER: Minster and --

9          SEN. WEST: Okay. He went to a lot of

10 African American churches?

11          SEN. FRASER: Yes, he did.

12          SEN. WEST: Did a little singing and stuff

13 like that?

14          SEN. FRASER: Yes.

15          SEN. WEST: Okay. And do you represent a

16 district that has a high poverty level -- or excuse

17 me -- a high ethnic minority population?

18          SEN. FRASER: Interestingly -- well, and

19 what you call high, it is not one of the highest

20 percentage wise of ethnic minority. But the last figure

21 I was shown, my district is the third poorest district

22 in the state, right behind Senator Uresti's. That

23 that -- that number is a couple of year's old, but

24 I'm -- you know, the --

25          SEN. WEST: Okay.

172

1          SEN. FRASER: -- people in my district

2 are -- are the working poor.

3          SEN. WEST: Okay. The -- the protected

4 classes, that would be an African American and

5 Hispanics, do you have a high concentration of African

6 Americans and Hispanics in your district?

7          SEN. FRASER: Well, I don't know what

8 you'll call a high percentage. I've got --

9          SEN. WEST: Okay. Comparatively speaking.

10          SEN. FRASER: There -- there are a lot of

11 my voters in my district that, you know, I'm -- I love

12 to say "my constituents" -- that are African American or

13 Hispanic.

14          SEN. WEST: Are they in poverty or what?

15 I mean, you know what poverty is.

16          SEN. FRASER: Well, Senator, if --

17          SEN. WEST: Oh.

18          SEN. FRASER: If I have the third poorest

19 district in the state, that implies that we have some

20 people that are working poor.

21          SEN. WEST: Let me just ask you this

22 question.

23          Do you know whether or not the elimination

24 of the government documents that have hereto before been

25 utilized by voters for identification purposes at the

TX_00000099

CONSIDERATION OF SENATE BILL 14 1/25/2011

173

1 polls --

2          SEN. FRASER: Issued before?

3          SEN. WEST: Yeah, I mean, under current

4 law. Let me back up, then.

5          Based on current law and the various

6 government identifications that can be used for purposes

7 of voting, by eliminating those, whether they have an

8 adverse impact on ethic minorities in the state?

9          SEN. FRASER: Let me -- let me tell you

10 that the people in my district voted -- or they're

11 polling that they -- 92 percent of them say that they're

12 in favor of this -- this requirement.

13          SEN. WEST: Okay. So you don't -- and

14 that's your response to my question?

15          SEN. FRASER: My response is, is that I

16 think the people of the state of Texas, which makes

17 up -- I think it was 83 percent of -- of African

18 Americans and 85 percent of Hispanics, said that they're

19 in favor of it. I'm sorry. It's 82 percent Hispanic --

20 I'm sorry -- Hispanic, 80 -- 83 percent Hispanic, the

21 African American, which is -- it's listed as a black

22 vote, is 82 percent say they are in favor of asking for

23 a photo ID.

24          So it's -- it's -- this is a pretty easy

25 question for them, "Should you have to show your -- your

174

1 photo ID, your driver's license, when you come in to

2 vote?" And they said, "Sure. That's" -- you know,

3 "That's fair."

4          SEN. WEST: And that's your response to my

5 question?

6          SEN. FRASER: Yes.

7          SEN. WEST: Okay. No more questions at

8 this time.

9          SEN. FRASER: Thank you, Senator.

10          CHAIRMAN DUNCAN: Chair recognizes Senator

11 Lucio for questions.

12          SEN. LUCIO: Thank you, Mr. Chairman.

13          Senator Fraser, under this legislation,

14 there are no exceptions at all if you do not have a

15 driver's license -- and correct me if I'm wrong --

16 military ID, citizenship certificates, or passports.

17 Now, not even Senate IDs are appropriate for the

18 purposes of voting. That means the state employee

19 working in the building wishing to cast a ballot during

20 early voting at the Sam Houston Building couldn't use a

21 combination of their voter registration card and their

22 Senate ID. Further, this bill's requirements for

23 identification are stronger than what's used for new

24 employees in obtaining driver's license, the way we

25 understand it.

175

1          Now, I know many people don't think it's

2 all that difficult to get a driver's license and that

3 everyone has one, but that's just not the case.

4 Eleven percent of Americans surveyed by the Brennan

5 Center for Justice do not have government-issued photo

6 ID. Forty percent of those without voter ID are

7 disproportionately the -- the elderly, the -- the

8 students, women, people with disabilities, low-income

9 people, and people of color.

10          According to disability advocates, nearly

11 10 percent of the 40 million Americans with disabilities

12 do not have any state-issued photo ID. So I do not see

13 how this legislation is going to ensure that they are

14 not kept from exercising their right to vote. Again,

15 it's a right. It's not a privilege. Plus, according to

16 that same survey, one of every five senior women does

17 not have a license.

18          What troubles me even more about the

19 legislation is that it could mean, for so many, under

20 this legislation, election workers will be responsible

21 for determining identity; and that has never been part

22 of their job as election clerks.

23          Now, I got a question.

24          SEN. FRASER: Is there a question coming?

25 I'm looking for the question.

176

1          SEN. LUCIO: Yeah, it's coming up. I had

2 to --

3          SEN. FRASER: You've got about five or six

4 thoughts. I -- well, I'm going to --

5          (Simultaneous speaking)

6          SEN. FRASER: -- one of them. But you're

7 getting so many thoughts, I'll have trouble responding

8 to them.

9          SEN. LUCIO: What are -- what are they

10 going to do, Senator Fraser, when someone has

11 conflicting last names, conflicting last names on IDs,

12 on their voter rolls, and how many professional ballots

13 will be cast? Are counties ready to resolve all those

14 issues?

15          That might have been asked, I missed it,

16 and I apologize for that because we've been busy, as we

17 always are. But let me -- let me just ask this

18 question, as a follow-up.

19          (Simultaneous speaking)

20          SEN. FRASER: You've asked me 12 --

21          SEN. LUCIO: Go ahead and address --

22          SEN. FRASER: -- so far.

23          SEN. LUCIO: Go ahead and address that

24 one.

25          SEN. FRASER: Huh?

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00000100

JA_000099