# EXHIBIT 11

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF TEXAS<br><br>    *Plaintiff,*<br><br>vs.<br><br>ERIC H. HOLDER, JR.,<br><br>    *Defendant.* | Case No. 1:12-cv-00128<br>RMC-DST-RLW |

**NOTICE OF LEGISLATIVE PRIVILEGE ASSERTION**

The Department of Justice and Intervenors are seeking depositions or documents from 30 current or former state legislators. All of these persons have decided to assert state legislative privilege except Representative Craig Eiland. In addition, these individuals maintain that the Supreme Court's decision in *Village of Arlington Heights v. Metropolitan Housing Development Corp.*, 429 U.S. 252 (1977), independently bars testimony regarding legislatively privileged subject matter absent "extraordinary instances," which are not present in this case.

Each individual intends to assert the privilege to cover the categories of communications the State has claimed privilege over as the Court's order recounts. Accordingly, the state legislators will not answer questions or produce documents regarding confidential communications with their fellow legislators, the members of their staff, or their constituents. They will

1

answer deposition questions regarding non-privileged matters of public record. Non-confidential communications, such as colloquies between legislators that occurred during the floor debate over SB14 are not privileged and will not draw an objection if the Defendants seek to discover them. And the legislators will of course comply with any order from this Court compelling discovery.

The State legislators are not parties to this lawsuit. As Texas made clear to DOJ weeks ago, DOJ should subpoena the legislators that it wishes to depose. See Fed. R. Civ. P. 45; see also March 30, 2012 Letter from Jonathan F. Mitchell, Solicitor General of Texas, to Elizabeth S. Westfall. But DOJ failed to do so. It is now apparent to the State and its legislators that litigating this issue will prolong discovery and possibly delay the trial date that the Court has set for July 9, 2012. In the interests of expediting discovery and preserving the trial date, the legislators will agree to appear for depositions without the need for a subpoena.[1] By appearing for depositions, however, the legislators are not waiving their rights under *Arlington Heights* or their legislative privilege.

---

[1] In addition, Representative Leo Berman is currently undergoing a course of chemotherapy and is unable to participate in a deposition at this time.

2

Respectfully submitted.

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

*/s/ Jonathan F. Mitchell*
JONATHAN F. MITCHELL
Solicitor General

MATTHEW H. FREDERICK
Assistant Attorney General
ADAM W. ASTON
ARTHUR C. D'ANDREA
Assistant Solicitors General
PATRICK SWEETEN
Assistant Attorney General
209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 936-1695

COUNSEL FOR PLAINTIFF
THE STATE OF TEXAS

3

## CERTIFICATE OF SERVICE

      I certify that on April 24, 2012, I served the foregoing via CM/ECF on the following counsel of record:

Elizabeth Stewart Westfall, David J. Freeman, Bruce I. Gear
U.S. DEPARTMENT OF JUSTICE
Civil Rights Division, Voting Section
950 Pennsylvania Avenue, NW
NWB-Room 7202
Washington, DC 20530
(202) 305-7766/Fax: (202) 307-3961
Email: elizabeth.westfall@usdoj.gov
Email: daniel.freeman@usdoj.gov
Email: bruce.gear@usdoj.gov

Jennifer Lynn Maranzano
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 305-0185
Email: jennifer.maranzano@usdoj.gov
*Counsel for the United States*

Chad W. Dunn
BRAZIL & DUNN
4201 FM 1960 West, Suite 530
Houston, TX 77068
(281) 580-6310
Email: chad@brazilanddunn.com

J. GERALD HEBERT
191 Somerville Street, #405
Alexandria, VA 22304
Telephone: 703-628-4673
Email: hebert@voterlaw.com
*Counsel for Eric Kennie, Anna Burns, Michael Montez, Penny Pope, Marc Veasy, Jane Hamilton, David De La Fuente, Lorraine Birabil, Daniel Clayton, and Sergio Deleon*

Mark A. Posner
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
1401 New York Avenue, NW, Suite 400
Washington, DC 20005
(202) 307-1388
Email: mposner@lawyerscommittee.org

Ezra D. Rosenberg *Pro Hac Vice*
Michelle Hart Yeary
DECHERT LLP
902 Carnegie Center, Suite 500
Princeton, NJ 08540
(609) 955-3200/Fax: (609) 955-3259
Email: ezra.rosenberg@dechert.com
Email: michelle.yeary@dechert.com

Ian Vandewalker   *Pro Hac Vice*
Myrna Perez
Wendy Weiser
THE BRENNAN CENTER FOR JUSTICE AT NYU LAW SCHOOL
161 Avenue of the Americas, Floor 12
New York, NY 10013-1205
Tel: (646) 292-8362
Fax: (212) 463-7308
Email: ian.vandewalker@nyu.edu
Email: myrna.perez@nyu.edu
Email: wendy.weiser@nyu.edu

4

JOHN K. TANNER
3743 Military Road, NW
Washington, DC 20015
202-503-7696
Email: john.k.tanner@gmail.com

MOFFATT LAUGHLIN
McDONALD
NANCY GBANA ABUDU
KATIE O'CONNOR
American Civil Liberties Union
Foundation, Inc.
230 Peachtree Street, NW
Suite 1440
Atlanta, Georgia 30303-1227
(404) 523-2721/(404) 653-0331 (fax)
Email: lmcdonald@aclu.org
Email: nabudu@aclu.org
Email: koconnor@aclu.org

LISA GRAYBILL
REBECCA ROBERTSON
American Civil Liberties Union
Foundation of Texas
1500 McGowan Street
Houston, Texas 77004
(713) 942-8146
Email: lgraybill@aclutx.org
Email: rrobertson@aclutx.org

PENDA HAIR
KUMIKI GIBSON
Advancement Project
1220 L Street, NW, Suite 850
Washington, DC 20005
(202) 728-9557
phair@advancementproject.org
kgibson@advancementproject.org
*Counsel for Texas Legislative Black Caucus, the League of Women Voters of Texas, the Justice Seekers, Reverend Peter Johnson, Reverend Ronald Wright and Donald Wright*

Myrna Perez  *Pro Hac Vice*
Ian Vandewalker  *Pro Hac Vice*
THE BRENNAN CENTER FOR
JUSTICE AT
NYU LAW SCHOOL
161 Avenue of the Americas, Floor 12
New York, NY 10013-1205
 (646) 292-8329 / (212)463-7308 (fax)
Email: myrna.perez@nyu.edu
Email: ian.vandewalker@nyu.edu

Victor L. Goode
NAACP National Headquarters
4805 Mt. Hope Dr.
Baltimore, Maryland 21215-3297
(410) 580-5120 (phone)
Email: vgoode@naacpnet.org

Robert S. Notzon
The Law Office of Robert Notzon
1507NuecesSt.
Austin, Texas 78701
(512) 474.7563 (phone)
Email: Robert@notzonlaw.com

Jose Garza
Law Office of Jose Garza
7414 Robin Rest Dr.
San Antonio, Texas 98209
(210) 392-2856 (phone)
Email: garzpalm@aol.com
*Counsel for Texas State Conference of NAACP Branches, Mexican American Legislative Caucus of the Texas House of Representatives*

5

Ryan Haygood  *Pro Hac Vice*
Natasha M. Korgaonkar
Leah C. Aden
Debo P. Adegbile
Dale E. Ho
NAACP Legal Defense and
Educational Fund, Inc.
99 Hudson Street, Suite 1600
New York, New York 10013
(212) 965-2200 / (212) 226-7592 (fax)
Email: rhaygood@naacpldf.org
Email: nkorgaonkar@naacpldf.org
Email: laden@naacpldf.org
Email: dho@naacpldf.org
Email: dadegbile@naacpldf.org

FRIED, FRANK, HARRIS,
SHRIVER & JACOBSON LLP
Douglas H. Flaum
Michael B. de Leeuw
One New York Plaza
New York, New York 10004-1980
(212) 859-8000
Email:
douglas.flaum@friedfrank.com
Email: michael.deleeuw@friedfrank.com
*Counsel for Texas League of Young Voters Education Fund, Imani Clark, KiEssence Culbreath, Demariano Hill, Felicia Johnson, Dominique Monday, and Brianna Williams*

Nina Perales
MEXICAN AMERICAN LEGAL
DEFENSE & EDUCATIONAL FUND,
INC.
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476 / 210-224-5382 (fax)
Email: nperales@maldef.org
*Counsel for Mi Familia Vota Education Fund, Southwest Voter Registration Education Project, Nicole Rodriguez, Victoria Rodriguez*

*/s/ Jonathan F. Mitchell*
JONATHAN F. MITCHELL
Solicitor General

6