IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NANDITA BERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants | Civil Action No. 2:13-cv-348 (NGR) |

## [Proposed] Amended Scheduling Order

Having reviewed the United States' Motion to Modify the Scheduling Order and the Veasey Plaintiffs' Response thereto (ECF No. ___), the United States' Motion to Modify the Scheduling Order is **GRANTED**. The following deadlines will govern this case:

| | |
|---|---|
| Fact Discovery Closes: | July 11, 2014 |
| Deadline for Filing Preliminary Injunctions: | July 18, 2014 |
| Preliminary Injunction Responses Deadline: | August 1, 2014 |
| Preliminary Injunction Reply Deadline: | August 15, 2014 |
| Plaintiffs' Expert Reports: | August 29, 2014 |
| Defendants' Expert Rebuttal Reports: | September 19, 2014 |
| Plaintiffs' Expert Reply Reports: | October 3, 2014 |

| | |
|---|---|
| Expert Discovery Closes: | October 24, 2014 |
| Deadline for Dispositive and *Daubert* Motions | November 7, 2014 |
| Dispositive and *Daubert* Oppositions Due: | November 21, 2014 |
| Pretrial Order: | December 1, 2014 |
| Pretrial Conference | December 15, 2014 |
| Trial | Ready as of January 2015 |

In all other respects, this Court's initial scheduling order (ECF No. 86) will continue to apply.

**SO ORDERED.**

Date:

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE