IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>RICK PERRY, *et al.*,<br><br>   Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*,<br><br>   Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*,<br><br>   Plaintiff-Intervenors,<br><br>   v.<br><br>STATE OF TEXAS, *et al.*,<br><br>   Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, <br><br>    Plaintiffs, <br><br>    v. <br><br> NANDITA BERRY, *et al.*, <br><br>    Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*, <br><br>    Plaintiffs, <br><br>    v. <br><br> STATE OF TEXAS, *et al.*, <br><br>    Defendants | Civil Action No. 2:13-cv-348 (NGR) |

### United States' Response to the Court

At the conference on Wednesday, February 12, the Court asked the United States to notify it today regarding whether the United States could agree to any portion of the proposed order filed by the Veasey plaintiffs embodied in the attachment at ECF 161-3.

The United States can agree to the entry of pages 1-10 of ECF 161-3.  These provisions cover initial steps to begin the database work.  They provide for the confidentiality of the database data, order the State of Texas to provide the State's data to the United States within one business day after entry of the order (paragraph 1), and direct the United States to provide its proposed search criteria for the database comparisons (referred to as "the algorithm") to all parties within 7 days after receiving the data from Texas (paragraph 5).  For the court's convenience, we have attached the parts of ECF 161-3 that are agreed to at this time.

1

The United States' various motions, including the motions for supplemental protective order and motion to modify, remain pending.  The United States has today begun what it hopes to be productive discussions with the other parties about the steps that should follow from these initial steps set forth at pages 1-10 of ECF 161-3.  The United States will report to the court regarding these discussions in advance of the hearing currently scheduled for February 26.

As a consequence, the United States respectfully suggests that the court postpone the conference call scheduled for tomorrow.

Date:  February 13, 2014

                                                      Respectfully submitted,

KENNETH MAGIDSON                        JOCELYN SAMUELS
United States Attorney                           Acting Assistant Attorney General
Southern District of Texas                     Civil Rights Division

                                                      */s/ Elizabeth S. Westfall*
                                                      T. CHRISTIAN HERREN, JR.
                                                      MEREDITH BELL-PLATTS
                                                      ELIZABETH S. WESTFALL
                                                      BRUCE I. GEAR
                                                      JENNIFER L. MARANZANO
                                                      ANNA M. BALDWIN
                                                      DANIEL J. FREEMAN
                                                      Attorneys, Voting Section
                                                      Civil Rights Division
                                                      U.S. Department of Justice
                                                      950 Pennsylvania Avenue, N.W.
                                                      Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 13, 2014, I served a true and correct copy of the foregoing via the Court's ECF system on the following counsel of record:

John B. Scott
John Reed Clay, Jr.
Gregory David Whitley
Jonathan F. Mitchell
Sean Flammer
Stephen Ronald Keister
Office of the Texas Attorney General
john.scott@texasattorneygeneral.gov
reed.clay@texasattorneygeneral.gov
david.whitley@texasattorneygeneral.gov
jonathan.mitchell@texasattorneygeneral.gov
sean.flammer@texasattorneygeneral.gov
ronny.keister@texasattorneygeneral.gov

*Counsel for Defendants*

Chad W. Dunn
Kembel Scott Brazil
Brazil & Dunn
chad@bradzilanddunn.com
scott@bazilanddunn.com

J. Gerald Hebert
Law Offices of J. Gerald Hebert
ghebert@campaignlegalcenter.org

Neil G. Baron
Law Offices of Neil G. Baron
neil@ngbaronlaw.com

Armand Derfner
Derfner, Altman, & Wilborn
aderfner@dawlaw.com

Luiz Roberto Vera, Jr.
lrvlaw@sbcglobal.net

*Counsel for Veasey Plaintiffs*

Christina Swarns
Ryan P. Haygood
Natasha M. Korgaonkar
Leah C. Aden
Deuel Ross
NAACP Legal Defense and Educational
 Fund, Inc.
cswarns@naacpldf.org
rhaygood@naacpldf.org
nkorgaonkar@naacpldf.org
laden@naacpldf.org
dross@naacpldf.org

Danielle Conley
Jonathan Paikin
Kelly P. Dunbar
Sonya L. Lebsack
Gerald J. Sinzdak
Lynn Eisenberg
M. Hasan Ali
Richard F. Shordt
WilmerHale LLP
danielle.conley@wilmerhale.com
jonathan.paikin@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com
Gerard.sinzdak@wilmerhale.com
Lynn.eisenberg@wilmerhale.com
hasan.ali@wilmerhale.com
richard.shordt@wilmerhale.com

*Counsel for Texas League of Young Voters Plaintiff-Intervenors*

Ezra D. Rosenberg
Amy L. Rudd
Dechert LLP
ezra.rosenberg@dechert.com
amy.rudd@dechert.com

Wendy Weiser
Jennifer Clark
Myrna Pérez
Vishal Agraharkar
Brennan Center for Justice at NYU School of Law
wendy.weiser@nyu.edu
jenniferl.clark@nyu.edu
myrna.perez@nyu.edu
vishal.argraharkar@nyu.edu

Mark A. Posner
Sonia Kaur Gill
Erandi Zamora
Lawyers' Committee for Civil Rights
mposner@lawyerscommittee.org
sgill@lawyerscommittee.org
ezamora@lawyerscommittee.org

*Counsel for Texas State Conference of NAACP Branches Plaintiffs*

Jose Garza
Marinda van Dalen
Robert W. Doggett
Peter McGraw
Texas Rio Grande Legal Aid, Inc.
jgarza@trla.org
mvandalen@trla.org
rdoggett@trla.org
pmcgraw@trla.org

*Counsel for Ortiz Plaintiffs*

Rolando L. Rios
Law Offices of Rolando L. Rios
rrios@rolandorioslaw.com

*Counsel for Texas Association of Hispanic County Judges and County Commissioners Plaintiff-Intervenors*

*/s/ Daniel J. Freeman*
Daniel J. Freeman
Voting Section
Civil Rights Division
U.S. Department of Justice
daniel.freeman@usdoj.gov