# Exhibit 1

Best Regards,
Rolando L. Rios
Attorney at Law

| | |
|---|---|
| **From:** | Scott, John |
| **Sent:** | Monday, February 10, 2014 11:19 AM |
| **To:** | 'Rolando Rios'; 'Westfall, Elizabeth (CRT)'; Hayes, Kevin; Keister, Ronny; Flammer, Sean; Whitley, David; Clay, Reed; 'Rosenberg, Ezra'; myrna.perez@nyu.edu; 'Mark Posner'; 'Ryan Haygood'; 'Natasha Korgaonkar'; 'Armand Derfner'; 'Gerry Hebert'; 'Chad Dunn'; 'Jose Garza' |
| **Cc:** | 'Bell-Platts, Meredith (CRT)'; 'Berman, Robert (CRT)'; 'Freeman, Daniel (CRT)'; 'Baldwin, Anna (CRT)'; 'Maranzano, Jennifer (CRT)'; 'Gear, Bruce (CRT)'; 'King, Ryan (CRT)' |
| **Subject:** | RE: Veasey v Perry: draft proposed discovery order and supplemental protective order |

May the defendants get a copy of the proposed changes at dispute?

---

**From:** Rolando Rios [mailto:rrios@rolandorioslaw.com]
**Sent:** Monday, February 10, 2014 10:28 AM
**To:** 'Westfall, Elizabeth (CRT)'; Scott, John; Hayes, Kevin; Keister, Ronny; Flammer, Sean; Whitley, David; Clay, Reed; 'Rosenberg, Ezra'; myrna.perez@nyu.edu; 'Mark Posner'; 'Ryan Haygood'; 'Natasha Korgaonkar'; 'Armand Derfner'; 'Gerry Hebert'; 'Chad Dunn'; 'Jose Garza'
**Cc:** 'Bell-Platts, Meredith (CRT)'; 'Berman, Robert (CRT)'; 'Freeman, Daniel (CRT)'; 'Baldwin, Anna (CRT)'; 'Maranzano, Jennifer (CRT)'; 'Gear, Bruce (CRT)'; 'King, Ryan (CRT)'
**Subject:** RE: Veasey v Perry: draft proposed discovery order and supplemental protective order

Ms. Westfall, just to clarify, the HJ&C intervenor plaintiffs will agree with your proposed discovery order and supplemental protective order only if the DOJ accepts the suggested changes made by the Veasey Plaintiffs. Thank you for your courtesy, RR

Rolando L. Rios
Attorney at Law
115 E. Travis, Suite 1645
San Antonio, Texas 78205
210-222-2102
rrios@rolandorioslaw.com

### NOTICE

The Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521, covers this electronic message. This message and any attachment thereto contains **CONFIDENTIAL INFORMATION** intended for the exclusive use of the named recipient(s) and may further be **PRIVILEGED and CONFIDENTIAL** attorney client *communication, attorney* work product or proprietary information. If you are not an *intended recipient*, you are hereby notified that any use, disclosure, dissemination, distribution, other than to return this message to the addressee(s), notification of its unintended disclosure, and the deletion of all copies is **STRICTLY PROHIBITED AND MAY BE ILLEGAL.** *If you receive this communication in error, please notify the sender or the person who transmitted the communication immediately by telephone and/or by reply to this communication and delete this message. Persons responsible for delivering this communication to the intended recipient are admonished that this communication not be copied or disseminated except as directed by the intended recipient*

**From:** Westfall, Elizabeth (CRT) [mailto:Elizabeth.Westfall@usdoj.gov]
**Sent:** Friday, February 07, 2014 7:49 AM
**To:** Scott, John; Hayes, Kevin; Keister, Ronny; Flammer, Sean; Whitley, David; Clay, Reed; Rosenberg, Ezra; 'myrna.perez@nyu.edu'; Mark Posner; Ryan Haygood; Natasha Korgaonkar; Armand Derfner; Gerry Hebert; Chad Dunn; Rolando Rios; Jose Garza
**Cc:** Bell-Platts, Meredith (CRT); Berman, Robert (CRT); Freeman, Daniel (CRT); Baldwin, Anna (CRT); Maranzano, Jennifer (CRT); Gear, Bruce (CRT); King, Ryan (CRT)
**Subject:** Veasey v Perry: draft proposed discovery order and supplemental protective order

Dear Counsel:

Please see attached draft supplemental discovery order and protective order. The draft reflects comments that we have received from Defendants, as well issues that we have discussed with the parties by phone.

We intend to move for entry of the order on Monday, February 10. Please let us know if you consent to this order no later than 10 am EST on Monday.

If you have any questions or concerns, do not hesitate to call me at the number below.

Thank you,

Elizabeth

Elizabeth S. Westfall
Trial Attorney
Voting Section, Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
NWB Room 7125
Washington, DC 20530
(202) 305-7766