IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DELEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEZ, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMLEY, JANE DOE, JOHN DOE, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), AND DALLAS COUNTY, TEXAS,<br>    *Plaintiffs,*<br>v.<br><br>RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State,<br>    *Defendants.* | CIVIL ACTION NO.<br>2:13-CV-193 (NGR)<br>[Lead case] |
| UNITED STATES OF AMERICA,<br>    *Plaintiffs,*<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, IMANI CLARK, AURICA WASHINGTON, CRYSTAL OWENS, AND MICHELLE BESSIAKE,<br>    *Plaintiff-Intervenors,*<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, HIDALGO COUNTY, AND MARIA LONGORIA BENAVIDES,<br>    *Plaintiff-Intervenors,*<br>v.<br><br>STATE OF TEXAS, JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br>    *Defendants.* | CIVIL ACTION NO.<br>2:13-CV-263 (NGR)<br>[Consolidated case] |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES; and the MEXICAN AMERICAN LEGISLATIVE CAUCUS OF THE TEXAS HOUSE OF REPRESENTATIVES,<br>  *Plaintiffs,*<br>v.<br>JOHN STEEN, in his official capacity as Secretary of State of Texas; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br>  *Defendants.* | CIVIL ACTION NO. 2:13-CV-291 (NGR) [Consolidated case] |
| BELINDA ORTIZ, LENARD TAYLOR, EULALIO MENDEZ JR., LIONEL ESTRADA; ESTELA GARCIA ESPINOSA, ROXANNE HERNANDEZ, LYDIA LARA, MARGARITO MARTINEZ LARA, MAXIMINA MARTINEZ LARA, AND *LA UNION DEL PUEBLO ENTERO, INC.*<br>  *Plaintiffs,*<br>v.<br>STATE OF TEXAS; JOHN STEEN, in his Official capacity as Texas Secretary of State; And STEVE McCRAW, in his official capacity As Director of the Texas Department of Public Safety,<br>  *Defendants.* | CIVIL ACTION NO. 2:13-CV-348 (NGR) [Consolidated case] |

## NOTICE OF ERRATA

The Defendants hereby inform the Court of two errata identified in their Response to the Court filed on February 13, 2013, as ECF No. 166. On Page 5 of the Response, the pleading date was listed as February 2, 2014, and J. Reed Clay's Southern District of Texas number was omitted. Defendants' Response to the Court has been modified to reflect the correct filing date of February 13, 2014, and J. Reed

2

Clay, Jr.'s Southern District of Texas number has been added to his signature block and is attached as Exhibit 1 to this Notice of Errata.

Dated:    February 14, 2014

>Respectfully submitted,
>
>GREG ABBOTT
>Attorney General of Texas
>
>DANIEL T. HODGE
>First Assistant Attorney General
>
>*/s/ J. Reed Clay, Jr.*
>J. REED CLAY, JR.
>Special Assistant and Senior Counsel
>to the Attorney General
>Southern District of Texas No. 1160600
>
>JOHN B. SCOTT
>Deputy Attorney General for Litigation
>Southern District of Texas No. 10418
>Texas State Bar No. 17901500
>ATTORNEY-IN-CHARGE
>
>G. DAVID WHITLEY
>Assistant Deputy Attorney General
>Southern District of Texas No. 2080496
>
>STEPHEN RONALD KEISTER
>Assistant Attorney General
>Southern District of Texas No. 18580
>
>SEAN PATRICK FLAMMER
>Assistant Attorney General
>Southern District of Texas No. 1376041

        209 West 14th Street
        P.O. Box 12548
        Austin, Texas 70711-2548
        (512) 475-0131

        COUNSEL FOR THE STATE OF TEXAS, RICK PERRY, JOHN STEEN, and STEVE MCCRAW

## CERTIFICATE OF SERVICE

    I hereby certify that on February 14, 2014, I served a true and correct copy of the foregoing document is being served via the Court's ECF system to all counsel of record.

        */s/ J. Reed Clay, Jr.*
        J. REED CLAY, JR.
        Special Assistant and Senior Counsel
        to the Attorney General