# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DELEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEZ, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMLEY, JANE DOE, JOHN DOE, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), AND DALLAS COUNTY, TEXAS, <br><br>*Plaintiffs,* <br><br>v. <br><br>RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State, <br><br>*Defendants.* | CIVIL ACTION NO. 2:13-CV-193 (NGR) <br> [Lead case] |
| UNITED STATES OF AMERICA, <br><br>*Plaintiffs,* <br><br>v. <br><br>STATE OF TEXAS, JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety, <br><br>*Defendants.* | CIVIL ACTION NO. 2:13-CV-263 (NGR) <br> [Consolidated case] |
| TEXAS STATE CONFERENCE OF NAACP BRANCHES; and the MEXICAN AMERICAN LEGISLATIVE CAUCUS OF THE TEXAS HOUSE OF REPRESENTATIVES, | |

|   |   |
|---|---|
| *Plaintiffs,* | ) |
| v. | ) CIVIL ACTION NO. |
|   | ) 2:13-CV-291 (NGR) |
| JOHN STEEN, in his official capacity as Secretary of State of Texas; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety, | ) [Consolidated case] |
| *Defendants.* | |

### [PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS

Having considered Defendants' Motion to Dismiss the Complaint in Intervention of Plaintiff-Intervenors Texas Association of Hispanic County Judge, et al., the Court finds that the Motion should be, and hereby is, GRANTED.

**SO ORDERED.**

Date: _____, 2013.

                                                                       _____
                                                                        NELVA GONZALES RAMOS
                                                                        United States District Judge