UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Marc Veasey, et al.
                 Plaintiff

v.                                             Case No.: 2:13–cv–00193
                                             Judge Nelva Gonzales Ramos

Rick Perry, et al.
                 Defendant

---

NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Nelva Gonzales Ramos

**PLACE:**

United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX

**DATE:** 3/5/14

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Miscellaneous Hearing

Date:   February 21, 2014

                                                                             David J. Bradley, Clerk