# UNITED STATES'

# EXHIBIT 2

# ATTORNEY GENERAL OF TEXAS

## GREG ABBOTT

December 20, 2013

G. DAVID WHITLEY
DIRECT DIAL: (512) 475-3281

Ms. Jennifer L. Maranzano
U.S. Department of Justice
Voting Section—NWB
950 Pennsylvania Ave, NW
Washington, DC 20530
(via e-mail)

      **Re:**   *Veasey v. Perry*, No. 2:13-cv-00193 (S.D. Tex.)

Dear Ms. Maranzano:

     I write to address the Department of Justice's (DOJ) concerns with the Defendants' First Request for Production (First Request). During the December 19, 2013 meet-and-confer between the DOJ and the Defendants, you stated that an amended request for production is not needed when the making non-substantive changes to a set of requests. In addressing the DOJ's concerns, the Defendants are not making substantive changes; the Defendants are providing clarification so as to reduce the burden on you as you respond to our requests. Therefore, consistent with the DOJ's position, Defendants will not submit an amended version of its First Request for Production, but instead clarify here the ways in which we are amenable to reducing your burden in responding to our requests.

Definitions

     The Defendants do not change the definition of "Electronically stored information," as we believe it comports with the Federal Rules. *See* Defendants' First Request for Production to Plaintiff United States of America definition 4(b); FED. R. CIV. P. 34. The Defendants do not change the definition of "SB 14." But, in order to alleviate the burden on DOJ and to ease DOJ's convenience in responding to our requests, Defendants provide a list of the precise bill numbers to which requests regarding SB 14 apply. *Id.* at definition 8.

     Bills:
     79th Leg., R.S. 2005: HB 178, HB 516, HB 1293, HB 1402, HB 1555, HB 1706
     80th Leg., R.S. 2007: HB 101, HB 218, HB 244, HB 626, HB 979, HB 1726, HB 2035, HB 2247, HB 2319, SB 308, SB 1464
     81st Leg., R.S. 2009: HB 47, HB 125, HB 208, HB 248, HB 283, HB 373, HB 1414, HB 1780, HB 2335, HB 2513, HB 2997, HB 3556, HB 3948, HB 4418, HB 4422, SB 139, SB 268, SB 362, SB 391, SB 1970
     82d Leg., R.S. 2011: HB 16, HB 112, HB 174, HB 186, HB 248, HB 250, HB 401, HB 539, HB 624, HB 1005, HB 1084, HB 1338, HB 1412, HB 1458, HB 1596, HB 1975, HB 1977, HB 1978, HB 2875, HB 3072, HB 3160, HB 3498, SB 14, SB 178, SB 212, SB 384, SB 849, SB 1283

83rd Leg., R.S. 2013: HB 465, HB 466, HB 827, HB 1253, HB 1515, HB 1700, HB 2665, HB 3074, HB 3104, HB 3199, HB 3340, HB 3719, SB 81, SB 82, SB 568, SB 910, SB 1582, SB 1722

For your further convenience, in complying with our First Requests for Production, please limit your reading of "you and your" as follows:

3. **You & your.** "The terms "you" and "your" means the Department of Justice; the Department of Defense; the United States Citizenship and Immigration Services; the Department of State; the United States Social Security Administration; the Department of Veteran's Affairs; the Department of Homeland Security; the United States Congress; Eric H. Holder, Jr., Attorney General of the United States and his agents, representatives, attorneys, experts, and other persons acting or purporting to act on Eric H. Holder, Jr's behalf; and Barack H. Obama, President of the United States and his agents, representatives, attorneys, experts, and other persons acting or purporting to act on Barack H. Obama's behalf.

Time Period

The Defendants' First Request applies to the period from January 1, 2007, through the present unless otherwise limited or expanded by a particular request.

Specific Request Numbers

For your further convenience to allow you to comply with Defendants First Request for Production, the Defendants agree to a more narrow reading of these specific requests:

**No. 1.** This request is narrowed to no longer apply to the "United States Census Bureau." However, the request still applies to the Department of Homeland Security (DHS). The Defendants desire to find the best way to find people with photo identification. In the event DHS is a custodian of forms of the photo identification that is acceptable to vote in Texas, that information is responsive to our requests.

**No. 2.** The DOJ has indicated that it will provide the Defendants an algorithm for making matches between its databases and the Defendants' databases. The Defendants will provide feedback on the DOJ algorithm once we have the information requested in Defendants' First Request for Production No. 2. Absent DOJ providing that information, the Defendants will not have sufficient or necessary information with which to accurately analyze the algorithm.

**Nos. 7 and 8.** The time period that applies to these requests is January 1, 2011, to the present.

**No. 9.** The time period that applies to this request is January 1, 2005, to the present.

Sincerely,

G. David Whitley