UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-00193 |
|---|---|---|---|
| Marc Veasey, et al. ||||
| *versus* ||||
| Rick Perry, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Emma P. Simson<br>Campaign Legal Center<br>215 E Street NE<br>Washington, DC 20002<br>(202) 736-2200<br>Maryland (bar number n/a) |
|---|---|
| Seeks to appear for this party: | Plaintiffs Marc Veasey, et al. |
| Dated:    2/20/2014 | Signed: *[signature]* |

| The state bar reports that the applicant's status is:                     . |
|---|
| Dated: | Clerk's signature: |

Order        This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                                          United States District Judge