```
                   IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA

   STATE OF TEXAS,                  )
            Plaintiff,              )
                                    )
   V.                               )
                                    )
   ERIC H. HOLDER, JR.,             )
   in his official capacity         )
   as Attorney General of           )
   the United States,               )
            Defendant.              )
                                    )
   ERIC KENNIE, et al.,             )
       Defendant-Intervenors,       )
                                    )
   TEXAS STATE CONFERENCE           )  CASE NO. 1:12-CV-00128
   OF NAACP BRANCHES, et al.,       )  (RMC-DST-RLW)
       Defendant-intervenors,       )  Three-Judge Court
                                    )
   TEXAS LEAGUE OF YOUNG            )
   VOTERS EDUCATION FUND, et al.,   )
       Defendant-Intervenors,       )
                                    )
   TEXAS LEGISLATIVE BLACK          )
   CAUCUS, et al.,                  )
       Defendant-Intervenors,       )
                                    )
   VICTORIA RODRIGUEZ, et al.,      )
       Defendant-Intervenors.       )
                   _____
                             ORAL DEPOSITION OF
                      REPRESENTATIVE PATRICIA HARLESS
                                May 15, 2012
                   _____

           ORAL DEPOSITION OF REPRESENTATIVE PATRICIA HARLESS,
   produced as a witness at the instance of the Defendant, and duly
   sworn, was taken in the above-styled and numbered cause on the
   15th day May, 2012, from 9:42 a.m. to 7:11 p.m., before Amy C.
   Kofron, CSR in and for the State of Texas, reported by machine
   shorthand, at the offices of the United States Attorney, 816
   Congress Avenue, Austin, Texas, pursuant to the Federal Rules of
   Civil Procedure and the provisions stated on the record or
   attached hereto.
```

```
 1              MR. FREEMAN:  If I can mark this as U.S. Exhibit 12.
 2                        (Exhibit No. 12 marked)
 3        Q.    I guess that copy is for you.  Could you take a look
 4     at this document? Have you seen this document before?
 5        A.    Not that I recall.
 6        Q.    Do you see on the second-to-last line of the first
 7     page where it says "fast track"?
 8        A.    I see that.
 9        Q.    Do you have any idea what that means?
10        A.    I know that the voter ID legislation was an emergency
11     item for the governor's office.
12        Q.    Were there other emergency items for the governor's
13     office?
14        A.    Yes.
15        Q.    Were those assigned to fast-track select committees?
16        A.    I don't recall.
17        Q.    Were there any other fast-track select committees in
18     the 82nd legislature in 2011?
19        A.    I can't answer 100 percent sure, but I think that the
20     state sovereignty committee was a select committee.  The
21     government reform committee was a select committee for
22     government for the governor's emergency items.  I think there
23     were more than just this that were the governor's emergency
24     items that had select committees.
25        Q.    But if you look on this document below "Fast Track
```

1      Select Committee on Voter Identification and Voter Fraud," do
2      you see "Select Committee on State Sovereignty"?
3           A.   I do.
4           Q.   Is that designated a fast-track committee?
5           A.   It doesn't -- it doesn't say that in this document.
6           Q.   Are you aware of any other fast-track committees
7      having been established in the sessions of the legislature in
8      which you served?
9           A.   I can't answer that.  I didn't write this, so I can't
10     answer that.
11          Q.   But are you aware of any other committees being
12     designated as fast-track committees?
13          A.   I don't know for sure.
14          Q.   Okay.  So you're not aware?
15          A.   I'm not aware.
16          Q.   Thank you.
17          A.   No.  I can't say I'm not -- I don't recall.
18          Q.   Okay.  How many bills did the Select Committee on
19     Voter Identification and Voter Fraud consider?
20          A.   We had a hearing on just the one.
21          Q.   Okay.  Are there any other examples of committees of
22     which you are aware that heard only one bill?
23          A.   I don't know.
24          Q.   So you're not aware of any other examples of a
25     committee that has heard only one bill?

```
 1        A.   I don't know if there were any other committees that
 2   only heard one bill.  There's like 30-plus committees, and I
 3   have my hands full with my committee.
 4        Q.   No.  I understand.  I'm just asking:  To your
 5   knowledge, you don't --
 6        A.   Not to my knowledge.
 7        Q.   -- you're not aware of any other?
 8        A.   I don't remember.
 9        Q.   Okay.  Thank you.
10             Were there any bills submitted in the 82nd legislature
11   to address mail-in voter fraud?
12        A.   Any committees?
13        Q.   Any bills submitted?
14        A.   Yes, I think there were.
15        Q.   Were those referred to the Select Committee on Voter
16   Identification and Voter Fraud?
17        A.   If they were, we did not hear them.
18        Q.   Okay.
19        A.   I'm not sure where they referred them, but we did not
20   have a hearing on them.
21        Q.   If I can just -- we can just clean this up real
22   quickly, if I can have this marked U.S. Exhibit 13.
23                       (Exhibit No. 13 marked)
24             MR. SWEETEN:  That last one was 12?
25             MR. FREEMAN:  Yes.
```