Case 2:13-cv-00193 Document 182-9 Filed on 02/24/14 in TXSD Page 1 of 4
Case 1:12-cv-00128-RMC-DST-RLW Document 55-6 Filed 03/29/12 Page 2 of 5

165

```
 1              JUDGE GARCIA:  Any objections?
 2              MR. MATTAX:  A couple of clarifications with respect to
 3   that.  And I believe the same clarification with Mr. Hebert.
 4   With respect to newspaper articles that are being admitted, I
 5   don't object to those that -- so long as they're not being
 6   offered for the truth of the matter asserted I would have no
 7   objection for newspaper articles for what they're worth.
 8              JUDGE GARCIA:  Okay.  These are newspaper articles
 9   related to what?
10              MS. PERALES:  Some of the newspaper articles, Your
11   Honor, are demonstrative of legislator statements during the
12   process.  They aren't offered for the truth of the matter
13   asserted.
14              JUDGE GARCIA:  Okay.  All right.
15              MS. PERALES:  And also, Your Honor, we have a number of
16   exhibits that we're moving for admission subject to the exercise
17   of legislative privilege because they are depositions that may
18   include material --
19              JUDGE GARCIA:  Okay.
20              MS. PERALES:  -- that certain legislators would want to
21   vote privilege on.
22              JUDGE GARCIA:  Okay.  If you'll tell us beforehand the
23   day before or the day of that you're going to use them so we can
24   give that appropriate consideration.
25              MS. PERALES:  Yes, Your Honor.
```

Case 2:13-cv-00193 Document 182-9 Filed on 02/24/14 in TXSD Page 2 of 4
Case 1:12-cv-00128-RMC-DST-RLW Document 55-6 Filed 03/29/12 Page 3 of 5

166

```
 1              JUDGE GARCIA:  Okay.
 2              MR. MATTAX:  Yes.  Thank you, Your Honor.  That was the
 3   next point I was going to make.  I've tried to contact the
 4   various legislatures whose names may have been mentioned to see
 5   if they will, in fact, lodge an objection.
 6              The other thing I'd like to do now is move for
 7   admission of the agreed exhibits.  We have two forms of agreed
 8   exhibits.  I don't believe they were moved for admission.  The
 9   joint exhibit list is all the maps that have been provided and
10   that's J1 through J40, the different maps, including the maps
11   passed by the legislature, I move for admission.
12              JUDGE GARCIA:  All right.  Any objection on this side?
13              MR. GARZA:  No objection.
14              JUDGE GARCIA:  None.  Okay.  Fine.  They're admitted.
15              MR. MATTAX:  We also have compiled for the court a
16   joint expert exhibit list which has three binders which have been
17   provided to the court designated E-X 1 through E-X 20 and these
18   are the export reports of the various witnesses that will be
19   proffered in this case that we've put together and I move for
20   admission.
21              MR. GARZA:  No objection.
22              JUDGE GARCIA:  All right.  Those are in.
23              MR. MATTAX:  Lastly, Your Honor, we have one witness
24   who is going to be out of town next week on a vacation on a
25   vacation.  It's some mission work.  His name is Roy Handownton.
```

Case 2:13-cv-00193 Document 182-9 Filed on 02/24/14 in TXSD Page 3 of 4
Case 1:12-cv-00128-RMC-DST-RLW Document 55-6 Filed 03/29/12 Page 4 of 5

900

```
 1                    (September 9, 2011.)
 2              JUDGE GARCIA:  Ready?  Where is Mr. Bledsoe?
 3              MR. HICKS:  Mr. Who?
 4              JUDGE GARCIA:  Mr. Bledsoe, Mr. Rios, Mr. Garza?
 5              MR. HEBERT:  Mr. Rios is here.
 6              JUDGE GARCIA:  Oh, I didn't see you, Mr. Rios.  I
 7    just wanted to make sure the main team is here.
 8              MR. GARZA:  (Indicating.)
 9              JUDGE GARCIA:  Okay.  Good.
10              MR. HICKS:  Your Honor, Renea Hicks for the
11    Rodriguez plaintiffs.  We have got one exhibit to move the
12    admission on.  I believe we want to get that out of the way at
13    the beginning, so we can proceed.
14              We move for the admission of Plaintiff's Exhibit
15    901.
16              MR. MATTAX:  No objection.
17              JUDGE GARCIA:  Okay.
18              MS. PERALES:  Also, the Latino Task Force plaintiffs
19    have corrected one of their summary chart exhibits and placed
20    them into the Court's binders at tab 200.  And they are now
21    marked PL-200 corrected, and I believe also -- 201?  And 201.
22              JUDGE GARCIA:  Okay.
23              MR. MATTAX:  Good morning, Your Honor.  Pursuant to
24    the stipulation of the parties, we are going to take Mr. Ryan
25    Downton out of turn this morning.  Mr. Downton is not going to
```

Case 2:13-cv-00193 Document 182-9 Filed on 02/24/14 in TXSD Page 4 of 4
Case 1:12-cv-00128-RMC-DST-RLW Document 55-6 Filed 03/29/12 Page 5 of 5

901

```
 1  testify about absolutely everything that was done in the
 2  session.
 3          We are going to try to streamline that testimony,
 4  because he has been deposed, and the parties have agreed that
 5  his depositions can be introduced and relied upon in this
 6  case.
 7          Secondarily, the depositions identify certain
 8  legislators who had conversations with Mr. Downton; also,
 9  other witnesses have been deposed that identified legislators.
10  Mrs. Perales had indicated she was going to introduce those
11  exhibits.
12          We have contacted those legislators and indicated
13  that their names they be revealed.  I have heard no objections
14  from those legislators.  I have seen nothing filed with this
15  Court from those legislators, so I believe there is not going
16  to be an assertion of legislative privilege with respect to
17  those depositions in this matter.
18          Accordingly, we have no objection to the
19  introduction of the exhibits -- the depositions that Mrs.
20  Perales has provided to the Court.  So if she would like to
21  move for the admission of those, I have no objection.
22          MS. PERALES:  We believe that we have provided at
23  the Court's request a flash drive with copies of all of the
24  exhibits.  That was from last Thursday.
25          JUDGE GARCIA:  Okay.
```