**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

|  |  |  |
|---|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DELEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEX, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMLEY, JANE DOE, JOHN DOE, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), AND DALLAS COUNTY, TEXAS, | ) ) ) ) ) ) ) ) ) | |
| *Plaintiffs,* | ) | |
| v. | ) ) | CIVIL ACTION NO. 2:13-CV-193 (NGR) |
| RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State, | ) ) ) | [Lead case] |
| *Defendants.* | ) | |
| | ) ) | |
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, IMANI CLARK, AURICA WASHINGTON, CRYSTAL OWENS, AND MICHELLE BESSIAKE, | ) ) ) ) | |
| *Plaintiff-Intervenors,* | ) | |
| | ) | |
| TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, HIDALGO COUNTY, AND MARIA LONGORIA BENAVIDES, | ) ) ) ) | |
| *Plaintiff-Intervenors,* | ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:13-CV-263 (NGR) |
| STATE OF TEXAS, JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety, | ) ) ) ) ) ) | [Consolidated case] |
| *Defendants.* | ) | |
| | ) | |

TEXAS STATE CONFERENCE OF NAACP )
BRANCHES;     and     the     MEXICAN )
AMERICAN  LEGISLATIVE  CAUCUS  OF )
THE         TEXAS         HOUSE         OF )
REPRESENTATIVES, )
     *Plaintiffs,* )
v. )
                                      ) CIVIL ACTION NO.
JOHN  STEEN,  in  his  official  capacity  as )  2:13-CV-291 (NGR)
Secretary  of  State  of  Texas;  and  STEVE )  [Consolidated case]
McCRAW,  in  his  official  capacity  as  Director )
of the Texas Department of Public Safety, )
     *Defendants.* )
_____ )

BELINDA ORTIZ, LENARD TAYLOR, )
EULALIO MENDEZ JR., LIONEL )
ESTRADA; ESTELA GARCIA ESPINOSA, )
ROXANNE HERNANDEZ, LYDIA LARA, )
MARGARITO MARTINEZ LARA, )
MAXIMINA MARTINEZ LARA, AND )
*LA UNION DEL PUEBLO ENTERO, INC.* )
     *Plaintiffs,* )
v. )
                                        )
STATE OF TEXAS; JOHN STEEN, in his )  CIVIL ACTION NO.
Official capacity as Texas Secretary of State; )  2:13-CV-348 (NGR)
And STEVE McCRAW, in his official capacity )  [Consolidated case]
As Director of the Texas Department of )
Public Safety, )
     *Defendants.* )
_____

## [PROPOSED] ORDER ON UNITED STATES' MOTION TO COMPEL THE PRODUCTION OF LEGISLATIVE DOCUMENTS

Having considered United States' Motion to Compel the Production of Legislative

Documents, the Court finds that the Motion should be, and hereby is, DENIED.

     **SO ORDERED.**

Date: _____, 2014.

_____
NELVA GONZALES RAMOS
United States District Judge