IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiffs* | § | |
| | § | |
| TEXAS ASSOCIATION OF HISPANIC | § | |
| COUNTY JUDGES AND COUNTY | § | |
| COMMISSIONERS, HIDALGO COUNTY | § | |
| and MARIA LONGORIA | § | |
| BENEVIDES, ET AL. | § | CIVIL ACTION NO. 2:13-cv-00193 |
| *Plaintiff-Intervenors*, | § | CONSOLIDATED 2:13-cv-00263 |
| | § | |
| V. | § | |
| | § | |
| RICK PERRY, Governor of Texas; and | § | |
| JOHN STEEN, Texas Secretary of State; | § | |
| STEVE McCRAW, in his official capacity | § | |
| as Director of the Texas Department of | § | |
| Public Safety, | § | |
| *Defendants* | § | |

## HIDALGO COUNTY'S UNOPPOSED MOTION FOR LEAVE TO BE ADDED AS A PARTY

NOW COMES HIDALGO COUNTY, TEXAS, and files its Unopposed Motion for Leave to be Added as a Party, pursuant to Fed. R. Civ. P. 15(a)(2).[1]

Defendants do not oppose this motion, see Doc. #175 note 1.

                              Respectfully Submitted,

                              LAW OFFICES OF ROLANDO L. RIOS
                              115 E. Travis, Suite 1645
                              San Antonio, Texas 78205
                              Ph:    (210) 222-2102
                              Fax:   (210) 222-2898
                              E-mail:*rrios@rolandorioslaw.com*

---

[1] On February 7, 2014, the Court filed the unopposed Amended Complaint of Plaintiff Intervenors Texas Association of Hispanic County Judges and County Commissioners, et al, which included Hidalgo County, Texas as a Plaintiff Intervenor. See Doc. #157. This motion is retroactively filed as a formality.

LAW OFFICE OF FERNANDO G. MANCIAS
4428 South McColl Road
Edinburg, Texas 78539
Telephone: (956) 686-0385
Telecopier: (956) 686-0707


Attorneys for the TEXAS ASSOCIATION OF
HISPANIC COUNTY JUDGES AND COUNTY
COMMISSIONERS, MARIA LONGORIA BENEVIDES,
ET. AL.

By:_____/S/_____
    Rolando L. Rios
    SBN 1693500
    Attorney in Charge

LAW OFFICES OF PRESTON HENRICHSON P.C.
222 West Cano
Edinburg, TX 78539
Fax 956/383-3585
Phone 956/383-3535
preston@henrichsonlaw.com

    */s/ Preston Henrichson*
By: _____
    Preston Henirichson
    Texas Bar No. 09477000
    Federal I.D. # 1922
    Attorney in charge for HIDALGO COUNTY

## CERTIFICATE OF SERVICE

This is to certify that on this the 27th day of February, 2014, a true and correct copy of the above and foregoing was forwarded through the Electronic Case Filing System, to all counsel of record.

/s/ Preston Henrichson

_____
For the Firm

| | |
|---|---|
| John B. Scott<br>john.scott@texasattorneygeneral.gov<br>John Reed Clay, Jr.<br>reed.clay@texasattorneygeneral.gov<br>Gregory David Whitley<br>david.whitley@texasattorneygeneral.gov<br>Jonathan F. Mitchell<br>jonathanmitchell@texasattorneygeneral.gov<br>Sean Flammer<br>sean.flammer@texasattorneygeneral.gov<br>Stephen Ronald Keiser<br>Ronny.keiser@texasattorneygeneral.gov<br>Office of Texas Attorney General<br><br>COUNSEL FOR DEFENDANTS<br><br>Jose Garza<br>jgarza@trla.org<br>Marinda van Dalen<br>mvandalen@trla.org<br>Robert W. Doggett<br>rdogett@trla.org<br>Peter McGraw<br>pmcgraw@trla.org<br><br>COUNSEL FOR ORTIZ PLAINTIFFS | Christina Swarms<br>csswarns@naacpldf.org<br>Ryan P. Haygood<br>rhaygood@naacpldf.org<br>Natasha M. Korgaonkar<br>nkorgaonkar@naacpldf.org<br>Leah C. Aden<br>laden@naacpldf.org<br>Deuel Ross<br>dross@naacpldf.org<br>NAACP Legal Defense & Educational Fund, Inc.<br><br>Danielle Conley<br>danielle.conley@wilmerhale.com<br>Jonathan Paikin<br>jonathan.paikin@wilmerhale.com<br>Kelly P. Dunbar<br>kelly.dunbar@wilmerhale.com<br>Sonya L. Lebsack<br>sonya.lebsack@wilmerhale.com<br>Gerald J. Sinzdak<br>gerald.sinsdak@wilmerhale.com<br>Lynn Eisenberg<br>lynn.eisenberg@wilmerhale.com<br>M. Hasan Ali<br>hasan.ali@wilmerhale.com<br>Richard F. Shordt<br>richard.shordt@wilmerhale.com<br><br>COUNSEL FOR TEXAS LEAGUE OF YOUNG VOTERS, PLAINTIFF-INTERVENORS |

Ezra D. Rosenberg
ezra.rosenberg@dechert.com
Amy L. Rudd
amy.rudd@dechert.com
Dechert, LLP

Wendy Weiser
wendy.weiser@nyu.edu
Jennifer Clark
jenniferl.clark@nyu.edu
Myrna Perez
myrna.perez@nyu.edu
Vishal Agraharkar
vishal.agraharkar@nyu.edu
Brennan Center for Justice at NYU School of Law

Mark A. Posner
mposner@lawyerscommittee.org
Sonia Kaur Gill
sgill@lawyerscommittee.org
Erandi Zamora
ezamora@lawyerscommittee.org
Lawyers' Committee for Civil Rights

COUNSEL FOR TEXAS STATE CONFERENCE OF NAACP BRANCHES PLAINTIFFS

Elizabeth Westfall
elizabeth.westfall@usdoj.gov
Daniel J. Freeman
daniel.freeman@usdoj.gov
Jennifer L. Maranzano
jennifer.maranzano@usdoj.gov
John Albert Smith, III
john.a.smith@usdoj.gov
Meredith Bell-Platts
meredith.bell-platts@usdoj.gov

COUNSEL FOR CONSOLIDATED PLAINTIFF UNITED STATES OF AMERICA

Joseph M. Nixon
jnixon@bmpllp.com

COUNSEL FOR TRUE THE VOTE

Chad W. Dunn
chad@brazilanddunn.com
Kembel Scott Brazil
scott@brazilanddunn.com
Brazil & Dunn

J. Gerald Hebert
ghebert@campaignlegalcenter.org
Law Offices of J. Gerald Hebert

Neil G. Baron
neil@ngbaronlaw.com
Law Offices of Neil G. Baron

Armand Derfner
aderfner@dawlaw.com
Derfner, Altman & Wilborn

David Richards
daverichards4@juno.com
Richards, Rodriguez & Skeith, LLP

COUNSEL FOR VEASEY PLAINTIFFS

Craig M. Watkins
teresa.snelson@dallascounty.org
Dallas County District Attorney

COUNSEL FOR DALLAS COUNTY

Luis Roberto Vera, Jr.
lrvlaw@sbcglobal.net

COUNSEL FOR LULAC PLAINTIFFS