IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> *Plaintiffs* § <br> § <br> TEXAS ASSOCIATION OF HISPANIC § <br> COUNTY JUDGES AND COUNTY § <br> COMMISSIONERS, HIDALGO COUNTY § <br> and MARIA LONGORIA § <br> BENEVIDES, ET AL. § <br> *Plaintiff-Intervenors*, § <br> § <br> V. § <br> § <br> RICK PERRY, Governor of Texas; and § <br> JOHN STEEN, Texas Secretary of State; § <br> STEVE McCRAW, in his official capacity § <br> as Director of the Texas Department of § <br> Public Safety, § <br> *Defendants* § | CIVIL ACTION NO. 2:13-cv-00193 <br> CONSOLIDATED 2:13-cv-00263 |

### ORDER DENYING DEFENDANTS' MOTION TO DISMISS TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, AND HIDALGO COUNTY, ET AL'S AMENDED COMPLAINT IN INTERVENTION

Came on to be considered Defendants' Motion to Dismiss the First Amended Complaint In Intervention filed by Texas Association of Hispanic County Judges and County Commissioners, and Hidalgo County, et al.

Defendants' Motion includes a request to dismiss Hidalgo County for failure to state a claim.

The Court is of the opinion that Defendants' Motion to Dismiss Intervenor Plaintiffs' First Amended Complaint In Intervention, including their request to dismiss Hidalgo County for failure to state a claim should be DENIED.

2

It is, therefore, ORDERED, ADJUDGED AND DECREED that Defendants' Motion to Dismiss the First Amended Complaint in Intervention filed by Texas Association of Hispanic County Judges and County Commissioners, and Hidalgo County, et al is hereby DENIED.

It is, further, ORDERED, ADJUDGED AND DECREED that Defendants' request to dismiss Hidalgo County for failure to state a claim is hereby DENIED.

SO ORDERED, this _____ day of _____, 2014, at Corpus Christi, Texas.

_____
Nelva Gonzales Ramos
United States District Judge