IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiffs* § § § | |
| TEXAS ASSOCIATION OF HISPANIC<br>COUNTY JUDGES AND COUNTY<br>COMMISSIONERS, HIDALGO COUNTY<br>and MARIA LONGORIA<br>BENEVIDES, ET AL.<br>*Plaintiff-Intervenors,* § § § § § § § | CIVIL ACTION NO. 2:13-cv-00193<br>CONSOLIDATED 2:13-cv-00263 |
| V. § § | |
| RICK PERRY, Governor of Texas; and<br>JOHN STEEN, Texas Secretary of State;<br>STEVE McCRAW, in his official capacity<br>as Director of the Texas Department of<br>Public Safety,<br>*Defendants* § § § § § § | |

## ORDER GRANTING HIDALGO COUNTY LEAVE TO BE ADDED AS PARTY

Came on to be considered Hidalgo County's Unopposed Motion for Leave to Be Added as Party to this lawsuit.

The Court is of the opinion that Hidalgo County, et al. should be GRANTED leave to be added as a party to this lawsuit.

It is, therefore, ORDERED, ADJUDGED AND DECREED that Hidalgo County is GRANTED leave and is hereby added as a party to this lawsuit.

SO ORDERED, this ____ day of _2/27/14_____, 2014, at Corpus Christi, Texas.

Nelva Gonzales Ramos
United States District Judge