# EXHIBIT 2

```
 1                    UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF TEXAS
 2                        SAN ANTONIO DIVISION

 3   SHANNON PEREZ, ET AL,        )
         Plaintiffs,              )
 4                                ) No. SA:11-CV-360
         vs.                      )
 5                                ) San Antonio, Texas
     RICK PERRY, ET AL,           ) September 9, 2011
 6       Defendants.              )
     ------------------------------
 7
                              VOLUME 4
 8
                      TRANSCRIPT OF BENCH TRIAL
 9
              BEFORE THE HONORABLE ORLANDO L. GARCIA,
10               THE HONORABLE XAVIER RODRIGUEZ,
                 UNITED STATES DISTRICT JUDGES,
11            AND THE HONORABLE JERRY E. SMITH,
                  UNITED STATES CIRCUIT JUDGE
12
     A P P E A R A N C E S:
13
     FOR THE MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF
14   REPRESENTATIVES:

15   Texas Rio Grande Legal Aid
     Mr. Jose Garza
16   1111 North Main Street
     San Antonio, Texas 78212
17
     Mr. Joaquin G. Avila
18   Attorney at Law
     Seattle University School of Law
19   901 12th Avenue
     Seattle, Washington 90222
20
     Davis, Cedillo & Mendoza
21   Mr. Ricardo G. Cedillo
     Mr. Mark W. Kiehne
22   755 East Mulberry Avenue
     San Antonio, Texas 78212
23

24

25

              Karl H. Myers, CSR, RMR, CRR - (210) 212-8114
```

```
 1   FOR SHANNON PEREZ, ET AL:

 2   Gray & Becker, P.C.
     Mr. Richard Edwin Gray, III
 3   900 West Avenue, Suite 300
     Austin, Texas 78701-0001
 4
     Richards Rodriguez & Skeith
 5   Mr. David R. Richards
     816 Congress Avenue, Suite 1200
 6   Austin, Texas 78701

 7   FOR THE TEXAS LATINO REDISTRICTING TASK FORCE:

 8   Mexican American Legal Defense & Educational Fund
     Ms. Nina Perales
 9   Ms. Rebecca Couto
     Mr. Nicholas Espiritu
10   Mr. Luis Figueroa
     Ms. Marisa Bono
11   110 Broadway Street, Suite 300
     San Antonio, Texas 78205
12
     Gale, Wilson & Sanchez, PLLC
13   Mr. Robert W. Wilson
     115 East Travis Street, Suite 1900
14   San Antonio, Texas 78205

15   FOR LULAC:

16   Law Offices of Luis Roberto Vera & Associates
     Mr. Luis Roberto Vera, Jr.
17   111 Soledad, Suite 1325
     San Antonio, Texas 78205
18
     Mr. Manuel Escobar, Jr.
19   Attorney at Law
     201 West Poplar
20   San Antonio, Texas 78212

21   FOR TEXAS STATE CONFERENCE OF NAACP BRANCHES, ET AL:

22   Law Office of Robert Notzon
     Mr. Robert Stephen Notzon
23   1507 Nueces Street
     Austin, Texas 78701

24

25
```

```
 1   Southern Coalition for Social Justice
     Ms. Allison Jean Riggs
 2   1415 West Highway 54, Suite 101
     Durham, North Carolina 27707
 3
     FOR HOWARD JEFFERSON, EDDIE BERNICE JOHNSON, SHEILA
 4   JACKSON-LEE AND ALEXANDER GREEN:

 5   Law Office of Gary L. Bledsoe & Associates
     Mr. Gary L. Bledsoe
 6   316 West 12th Street, Suite 307
     Austin, Texas 78701
 7
     FOR U.S. CONGRESSMAN HENRY CUELLAR:
 8
     Law Offices of Rolando L. Rios
 9   Mr. Rolando L. Rios
     115 East Travis Street, Suite 1645
10   San Antonio, Texas 78205

11   FOR EDDIE RODRIGUEZ, CITY OF AUSTIN, ET AL:

12   Law Office of Max Renea Hicks
     Mr. Max Renea Hicks
13   101 West Sixth Street, Suite 504
     Austin, Texas 78701
14
     Perkins Cole, LLP
15   Mr. Abha Khanna
     1201 Third Avenue, Suite 4800
16   Seattle, Washington 98101

17   FOR MARGARITA V. QUESADA, ET AL:

18   J. Gerald Hebert, P.C.
     Mr. J. Gerald Hebert
19   191 Somervelle Street, Suite 405
     Alexandria, Virginia 22304
20
     Goldstein, Goldstein & Hilley
21   Mr. Donald H. Flanary, III
     310 South St. Mary's Street, Suite 2900
22   San Antonio, Texas 78205

23   FOR TEXAS DEMOCRATIC PARTY:

24   Brazil & Dunn
     Mr. Chad W. Dunn
25   4201 FM 1960 West, Suite 530
     Houston, Texas 77068
```

```
 1   FOR THE DEFENDANTS, STATE OF TEXAS, ET AL:

 2   Attorney General's Office
     Mr. David J. Schenck
 3   Mr. David C. Mattax
     Mr. Bruce Cohen
 4   Mr. Matthew H. Frederick
     Mr. John McKenzie
 5   Ms. Angela Colmenero
     P.O. Box 12548
 6   Austin, Texas 78711-2548

 7   COURT REPORTER:

 8   Karl H. Myers, CSR, RMR, CRR
     Official Court Reporter
 9   655 E. Durango Blvd., Rm. 315
     San Antonio, Texas 78206
10   Telephone:  (210) 212-8114
     Email:   karlcsr@yahoo.com
11
     Proceedings reported by stenotype, transcript produced by
12   computer-aided transcription.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    (September 9, 2011.)
 2              JUDGE GARCIA:  Ready?  Where is Mr. Bledsoe?
 3              MR. HICKS:  Mr. Who?
 4              JUDGE GARCIA:  Mr. Bledsoe, Mr. Rios, Mr. Garza?
 5              MR. HEBERT:  Mr. Rios is here.
 6              JUDGE GARCIA:  Oh, I didn't see you, Mr. Rios.  I
 7   just wanted to make sure the main team is here.
 8              MR. GARZA:  (Indicating.)
 9              JUDGE GARCIA:  Okay.  Good.
10              MR. HICKS:  Your Honor, Renea Hicks for the
11   Rodriguez plaintiffs.  We have got one exhibit to move the
12   admission on.  I believe we want to get that out of the way at
13   the beginning, so we can proceed.
14              We move for the admission of Plaintiff's Exhibit
15   901.
16              MR. MATTAX:  No objection.
17              JUDGE GARCIA:  Okay.
18              MS. PERALES:  Also, the Latino Task Force plaintiffs
19   have corrected one of their summary chart exhibits and placed
20   them into the Court's binders at tab 200.  And they are now
21   marked PL-200 corrected, and I believe also -- 201?  And 201.
22              JUDGE GARCIA:  Okay.
23              MR. MATTAX:  Good morning, Your Honor.  Pursuant to
24   the stipulation of the parties, we are going to take Mr. Ryan
25   Downton out of turn this morning.  Mr. Downton is not going to
```

```
 1    testify about absolutely everything that was done in the
 2    session.
 3             We are going to try to streamline that testimony,
 4    because he has been deposed, and the parties have agreed that
 5    his depositions can be introduced and relied upon in this
 6    case.
 7             Secondarily, the depositions identify certain
 8    legislators who had conversations with Mr. Downton; also,
 9    other witnesses have been deposed that identified legislators.
10    Mrs. Perales had indicated she was going to introduce those
11    exhibits.
12             We have contacted those legislators and indicated
13    that their names they be revealed.  I have heard no objections
14    from those legislators.  I have seen nothing filed with this
15    Court from those legislators, so I believe there is not going
16    to be an assertion of legislative privilege with respect to
17    those depositions in this matter.
18             Accordingly, we have no objection to the
19    introduction of the exhibits -- the depositions that Mrs.
20    Perales has provided to the Court.  So if she would like to
21    move for the admission of those, I have no objection.
22             MS. PERALES:  We believe that we have provided at
23    the Court's request a flash drive with copies of all of the
24    exhibits.  That was from last Thursday.
25             JUDGE GARCIA:  Okay.
```

```
 1              MS. PERALES:  That was at the request of the Court.
 2   I am not sure if we are planning to move the admission of all
 3   of the depositions, but we did provide them to the Court, and
 4   I guess we will come up with a decision about which ones we
 5   want to move into the record.
 6              JUDGE GARCIA:  Okay.
 7              MS. PERALES:  So we don't have to make it too
 8   unwieldy.
 9              MR. MATTAX:  Very good.
10              JUDGE GARCIA:  Okay.  Who -- you are presenting this
11   witness?
12              MR. MATTAX:  Yes.
13              JUDGE GARCIA:  And who else?  And then what is next?
14              MR. GRAY:  We will go back to Mr. Bledsoe and
15   complete Dr. Murray, who was on the stand, Your Honor, and the
16   NAACP and their witnesses will be taken forward.
17              JUDGE GARCIA:  Okay.
18              MR. MATTAX:  May I proceed, Your Honor?
19              JUDGE GARCIA:  Yes.
20              COURTROOM DEPUTY:  May I swear in the witness, Your
21   Honor?
22          Will you raise your right hand?
23          (Oath administered to the witness.)
24              COURTROOM DEPUTY:  Thank you.
25                        *-*-*-*-*-*-*-*
```