# EXHIBIT 3

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STATE OF TEXAS, )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>UNITED STATES OF AMERICA, and )<br>ERIC HOLDER, JR., in his official capacity )<br>as Attorney General of the United States, )<br>)<br>  Defendants, )<br>)<br>  and )<br>)<br>WENDY DAVIS, *et al.*, )<br>)<br>  Defendant-Intervenors. )<br>) | Civil Action No. 11-cv-1303<br>(RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby **ORDERED** that the motion to compel filed by the Davis Intervenors is **GRANTED**; and it is

**FURTHER ORDERED** that the motion to compel filed by the Texas Latino Redistricting Task Force is **GRANTED**; and it is

**FURTHER ORDERED** that the motion to compel filed by the United States is **GRANTED IN PART and DENIED IN PART** without prejudice, subject to further evidentiary

support from Texas on a schedule to be proposed by the parties, should Texas wish to proceed.

**SO ORDERED**.


Date: January 2, 2012                                    /s/
                                         ROSEMARY M. COLLYER
                                         United States District Judge