# Exhibit A

## Angela Colmenero

**From:** David Hanna
**Sent:** Wednesday, May 11, 2011 6:03 PM
**To:** Karina Davis
**Cc:** Doug Davis_SC
**Subject:** pre-doing committee report

No bueno. RedAppl time stamps everything when it assigns a plan. Doing it Thursday would create paper trail that some amendments were not going to be considered at all. Don't think this is good idea for preclearance. Best approach is do it afterwards and we'll go as fast as possible.

drh

THE STATE OF TEXAS
v. UNITED STATES et al.
Case No. 11-CV-1303
**DEFENDANT'S EXHIBIT**
DX359