# Ex. 1

**State of Texas v. Eric Holder, Jr., Attorney General of the United States**
Case No. 1:12-cv-00128
United States District Court for the District of Columbia

**OFFICE OF THE LIEUTENANT GOVERNOR PRIVILEGE LOG**
April 20, 2012

| Beginning Doc. Number | End Doc. Number | Basis for Withholding | Description | Date | Attachments |
|---|---|---|---|---|---|
| TX_00034435 | TX_00034435 | ATTORNEY-CLIENT PRIVILEGE | Confidential email among Lieutenant Governor attorneys and staff describing news article on voter ID and offered for the purpose of giving legal advice. | 6/24/2010 | |
| TX_00034436 | TX_00034437 | ATTORNEY-CLIENT PRIVILEGE | Confidential email among Lieutenant Governor attorneys and staff describing news article on voter ID and offered for the purpose of giving legal advice. | 10/27/2010 | |
| TX_00034438 | TX_00034438 | ATTORNEY-CLIENT PRIVILEGE LEGISLATIVE PRIVILEGE | Confidential email among Lieutenant Governor attorneys and staff offered for the purpose of giving legal advice on voter ID legislative proposals. | 11/10/2010 | |
| TX_00034439 | TX_00034441 | ATTORNEY-CLIENT PRIVILEGE LEGISLATIVE PRIVILEGE | Confidential email among Lieutenant Governor attorneys and staff offered for the purpose of giving legal advice on voter ID legislative proposals. | 11/29/2010 | |

| TX_00034442 | TX_00034442 | LEGISLATIVE PRIVILEGE | Confidential email among Lieutenant Governor attorneys and legislative staff offered for the purpose of giving legal advice on voter ID legislative proposals. | 1/19/2011 | |
|---|---|---|---|---|---|
| TX_00034447 | TX_00034447 | ATTORNEY-CLIENT PRIVILEGE | Confidential Briefing paper prepared for the Lieutenant Governor's lawyers for the Lieutenant Governor and his staff on SB 14. | 1/20/2010 | |
| TX_00034449 | TX_00034449 | LEGISLATIVE PRIVILEGE | Confidential letter communication from Lieutenant Governor to Senator Birdwell regarding procedures for introducing SB 14. | 1/20/2011 | |
| TX_00034450 | TX_00034451 | LEGISLATIVE PRIVILEGE | Confidential letter communication from Senator Van De Putte to Senator Duncan regarding procedures for introducing SB 14. | 1/21/2011 | |
| TX_00034452 | TX_00034452 | ATTORNEY-CLIENT PRIVILEGE | Confidential email among Lieutenant Governor attorneys and staff describing news article on voter ID and offered for the purpose of giving legal advice. | 1/22/2011 | |
| TX_00034453 | TX_00034453 | ATTORNEY-CLIENT PRIVILEGE | Confidential email among Lieutenant Governor attorneys and staff describing news article on voter ID and offered for the purpose of giving legal advice. | 1/22/2011 | |

| | | | | | |
|---|---|---|---|---|---|
| TX_00034454 | TX_00034454 | ATTORNEY-CLIENT PRIVILEGE | Confidential email among Lieutenant Governor attorneys and staff describing news article on voter ID and offered for the purpose of giving legal advice. | 1/22/2011 | |
| TX_00034455 | TX_00034456 | ATTORNEY-CLIENT PRIVILEGE LEGISLATIVE PRIVILEGE ATTORNEY WORK PRODUCT | Confidential email among Lieutenant Governor attorneys, Office of the attorney general, and legislative staff describing news article on voter ID and offered for the purpose of giving legal advice. | 1/24/2011 | |
| TX_00034457 | TX_00034457 | ATTORNEY-CLIENT PRIVILEGE LEGISLATIVE PRIVILEGE | Confidential email among Lieutenant Governor attorneys and staff describing proposed responses to a Senator's inquiry. | 1/24/2011 | |
| TX_00034458 | TX_00034459 | ATTORNEY-CLIENT PRIVILEGE LEGISLATIVE PRIVILEGE | Confidential email among Lieutenant Governor attorneys and staff describing public polling on voter ID and offered for the purpose of providing legal advice and offering feedback to legislators. | 1/24/2011 | |
| TX_00034460 | TX_00034460 | ATTORNEY-CLIENT PRIVILEGE LEGISLATIVE PRIVILEGE | Confidential email among Lieutenant Governor attorneys and staff describing public polling on voter ID and offered for the purpose of providing legal advice and offering feedback to legislators. | 1/24/2011 | |

| TX_00034464 | TX_00034465 | LEGISLATIVE PRIVILEGE | Undated draft floor amendment to SB 14. | | |
|---|---|---|---|---|---|
| TX_00034466 | TX_00034466 | ATTORNEY-CLIENT PRIVILEGE | Confidential email among Lieutenant Governor attorneys and staff describing news article on voter ID and offered for the purpose of giving legal advice. | 1/26/2011 | TX_00034467 |
| TX_00034467 | TX_00034468 | LEGISLATIVE PRIVILEGE | Undated draft floor amendment. | | |
| TX_00034469 | TX_00034469 | ATTORNEY-CLIENT PRIVILEGE | Confidential email among Lieutenant Governor attorneys and staff describing news article on voter ID and offered for the purpose of giving legal advice. | 1/27/2011 | TX_00034470 |
| TX_00034470 | TX_00034471 | LEGISLATIVE PRIVILEGE ATTORNEY-CLIENT PRIVILEGE | Undated confidential voter ID bill summary communicated to Lieutenant Governor attorneys and staff and offered for the purpose of providing legal advice and a legislative summary. | | |
| TX_00034472 | TX_00034472 | LEGISLATIVE PRIVILEGE | Email communication from Jerry Bonnet to Hope Andrade and Lieutenant Governor's attorneys regarding implementation cost of Indiana voter ID law. | 2/11/2011 | |
| TX_00034473 | TX_00034473 | ATTORNEY-CLIENT PRIVILEGE | Email communication regarding Senate floor debates. | 2/18/2011 | |

| | | | | | |
|---|---|---|---|---|---|
| TX_00034474 | TX_00034476 | LEGISLATIVE PRIVILEGE | Confidential email among Lieutenant Governor attorneys and staff describing news article on voter ID and offered for the purpose of giving legal advice. | 3/8/2011 | |
| TX_00034477 | TX_00034477 | LEGISLATIVE PRIVILEGE | Confidential communication among legislative and Lieutenant governor staff regarding SB 14 | 3/24/2011 | TX_00034478 |
| TX_00034478 | TX_00034497 | LEGISLATIVE PRIVILEGE | Undated draft version of SB 14. | | |
| TX_00034498 | TX_00034498 | LEGISLATIVE PRIVILEGE | Confidential communication among legislative and Lieutenant governor staff regarding SB 14 | 3/30/2011 | TX_00034499 |
| TX_00034499 | TX_00034515 | LEGISLATIVE PRIVILEGE | Draft version of SB 14 with handwritten markings. | | |
| TX_00034516 | TX_00034516 | LEGISLATIVE PRIVILEGE | Confidential communication among legislative and Lieutenant governor staff regarding SB 14 | 4/12/2011 | |
| TX_00034519 | TX_00034522 | LEGISLATIVE PRIVILEGE | Confidential List of House and Senate Priorities. | 5/2/2011 | |
| TX_00034524 | TX_00034525 | LEGISLATIVE PRIVILEGE | Draft speech prepared in anticipation of Voter ID signing. | 5/27/2011 | |
| TX_00034526 | TX_00034526 | LEGISLATIVE PRIVILEGE | Confidential constituent communication regarding support for SB 14. | 10/29/2010 | |
| TX_00034527 | TX_00034527 | LEGISLATIVE PRIVILEGE | Confidential constituent communication regarding support for SB 14. | 2/26/2010 | |

| | | | | | |
|---|---|---|---|---|---|
| TX_00034532 | TX_00034532 | LEGISLATIVE PRIVILEGE | Confidential constituent communication regarding opposition to SB 14. | 1/21/2011 | |
| TX_00034533 | TX_00034533 | LEGISLATIVE PRIVILEGE | Confidential constituent communication regarding opposition to SB 14. | 1/21/2011 | |
| TX_00034534 | TX_00034534 | LEGISLATIVE PRIVILEGE | Confidential constituent communication regarding support for SB 14. | 1/21/2011 | |
| TX_00034535 | TX_00034535 | LEGISLATIVE PRIVILEGE | Confidential constituent communication regarding support for SB 14. | 1/23/2011 | |
| TX_00034536 | TX_00034536 | LEGISLATIVE PRIVILEGE | Confidential constituent communication regarding opposition to SB 14. | 1/23/2011 | |
| TX_00034537 | TX_00034537 | LEGISLATIVE PRIVILEGE | Confidential constituent communication regarding opposition to SB 14. | 1/23/2011 | |
| TX_00034538 | TX_00034538 | LEGISLATIVE PRIVILEGE | Confidential constituent communication regarding support for SB 14. | 1/25/2011 | |
| TX_00034539 | TX_00034539 | LEGISLATIVE PRIVILEGE | Confidential constituent communication regarding support for SB 14. | 1/24/2011 | |
| TX_00034540 | TX_00034540 | LEGISLATIVE PRIVILEGE | Confidential constituent communication regarding support for SB 14. | 1/24/2011 | |
| TX_00034541 | TX_00034541 | LEGISLATIVE PRIVILEGE | Confidential constituent communication regarding support for SB 14. | 1/27/2011 | |

| | | | | | |
|---|---|---|---|---|---|
| TX_00034542 | TX_00034542 | LEGISLATIVE PRIVILEGE | Confidential constituent communication regarding opposition to SB 14. | 1/27/2011 | |
| TX_00034543 | TX_00034543 | LEGISLATIVE PRIVILEGE | Confidential constituent communication regarding support for SB 14. | 1/27/2011 | |
| TX_00034544 | TX_00034544 | LEGISLATIVE PRIVILEGE | Confidential constituent communication regarding SB 14. | 1/28/2011 | |
| TX_00034545 | TX_00034545 | LEGISLATIVE PRIVILEGE | Confidential constituent communication regarding opposition to SB 14. | 1/25/2011 | |
| TX_00034546 | TX_00034546 | LEGISLATIVE PRIVILEGE | Confidential constituent communication regarding support for SB 14. | 1/30/2011 | |
| TX_00034547 | TX_00034547 | LEGISLATIVE PRIVILEGE | Confidential constituent communication regarding support for SB 14. | 1/26/2011 | |
| TX_00034550 | TX_00034550 | LEGISLATIVE PRIVILEGE | Confidential constituent communication regarding SB 14. | 4/6/2011 | |
| TX_00034551 | TX_00034551 | LEGISLATIVE PRIVILEGE | Confidential constituent communication regarding support for SB 14. | 5/15/2011 | |
| TX_00034552 | TX_00034552 | LEGISLATIVE PRIVILEGE | Confidential constituent communication regarding opposition to SB 14. | 6/20/2011 | |
| TX_00034553 | TX_00034553 | LEGISLATIVE PRIVILEGE | Confidential communication to constituent regarding SB 14. | 10/5/2011 | |
| TX_00034554 | TX_00034554 | LEGISLATIVE PRIVILEGE | Confidential communication to constituent regarding SB 14. | 2/8/2011 | |

| | | | | | |
|---|---|---|---|---|---|
| TX_00034555 | TX_00034556 | LEGISLATIVE PRIVILEGE ATTORNEY-CLIENT PRIVILEGE | Undated draft talking points on SB 14 reflecting confidential communication from attorney to Lieutenant Governor's staff offering legal advice. | | |
| TX_00034557 | TX_00034558 | LEGISLATIVE PRIVILEGE | Undated summary of floor amendments offered during the legislative process leading up to the enactment of SB 14. | | |
| TX_00034559 | TX_00034559 | LEGISLATIVE PRIVILEGE | Undated confidential memorandum from attorney to Lieutenant Governor's staff offering legal advice. | | |
| TX_00034560 | TX_00034560 | LEGISLATIVE PRIVILEGE | Undated draft talking points reflecting thoughts, opinions, and mental impressions of Lieutenant Governor on SB 14 and further reflecting confidential attorney-client communications. | | |
| TX_00034561 | TX_00034562 | LEGISLATIVE PRIVILEGE | Undated draft procedures for consideration of SB 14. | | |
| TX_00034563 | TX_00034563 | LEGISLATIVE PRIVILEGE | Undated draft remarks to Senate on SB 14. | | |
| TX_00034564 | TX_00034564 | LEGISLATIVE PRIVILEGE | Undated draft remarks to Senate on SB 14. | | |
| TX_00034565 | TX_00034565 | LEGISLATIVE PRIVILEGE | Draft remarks to Senate on SB 14. | | |
| TX_00034566 | TX_00034566 | LEGISLATIVE PRIVILEGE | Draft letter to Senators on SB 14. | 1/20/2011 | |

| | | | | | |
|---|---|---|---|---|---|
| TX_00034567 | TX_00034568 | LEGISLATIVE PRIVILEGE | Undated draft notice of public hearing on SB 14. | | |
| TX_00034569 | TX_00034569 | LEGISLATIVE PRIVILEGE | Undates draft notice of public hearing on SB 14. | | |
| TX_00034570 | TX_00034571 | LEGISLATIVE PRIVILEGE | Undated draft remarks to Senate on SB 14. | | |
| TX_00034572 | TX_00034574 | LEGISLATIVE PRIVILEGE | Undated draft resolution convening Committee as a whole for the Senate. | | |
| TX_00034575 | TX_00034575 | LEGISLATIVE PRIVILEGE | Undated summary of legislation declared an emergency during the 82nd Legislative session. | | |
| TX_00034576 | TX_00034576 | LEGISLATIVE PRIVILEGE | Undated document describing management of major legislation. | | |
| TX_00034577 | TX_00034577 | LEGISLATIVE PRIVILEGE | Undated document identifying major legislative issues for the 82nd session. | | |
| TX_00034578 | TX_00034579 | LEGISLATIVE PRIVILEGE | Document identifying bill numbers for the 82nd session. | 3/10/2011 | |
| TX_00034580 | TX_00034581 | LEGISLATIVE PRIVILEGE | Undated confidential meeting agenda regarding priorities for the legislature. | | |
| TX_00034582 | TX_00034589 | LEGISLATIVE PRIVILEGE | Draft version of bill on early voting. | | |
| TX_00034590 | TX_00034591 | LEGISLATIVE PRIVILEGE | Draft version of portion of SB 14. | | |