Ex. 2

**Janice McCoy**

**From:**
**Sent:** Friday, January 28, 2011 8:50 AM
**To:** Alternate ID Sen. Troy Fraser
**Subject:** INETMAIL: SB 14

Senate Website E-Mail for SD-24
------------------------
Name:
Title: [omitted]
Organization: [omitted]
Phone: [omitted]
Address:
City: Needville
State: Texas
Zip: 77461
------------------------
Sen. Frasier,
Thank you for your wonderful bill on Voter ID from all the LEGAL Citizens of Texas. Please keep up the good work on upcoming illegal immigration bills. Congratulations.

Ragards,
Ronnie
------------------------

EXHIBIT 555

1

TX_00009586