Ex. 3

**Janice McCoy**

**From:**
**Sent:** Friday, January 21, 2011 4:19 PM
**To:** Alternate ID Sen. Troy Fraser
**Subject:** INETMAIL: Voter ID

```
Senate Website E-Mail for SD-24
------------------------
 Name:
 Title: Mrs.
 Organization: [omitted]
 Phone:
 Address:
 City: Brownwood
 State: TX
 Zip: 76801
------------------------
Voter ID , E verify and other anti illegal immigration bills are crucial to this State.
24 percent of the population is on some kind of social program. Schools, communities, and
our state gov are all overdrawn at the bank. Stop the invasion. Clean out the welfare
rolls.
Verify who is in this state.  Washington has stopped deporting. Texas has to tighten up
and toughen up NOW
------------------------
```

EXHIBIT 556

9

TX_00009549