Ex. 4

**From:** Eric Opiela [eopiela@ericopiela.com]
**Sent:** Friday, November 19, 2010 6:39 AM
**To:** Gerardo Interiano
**Cc:** 'Lisa Kaufman'
**Subject:** Re: useful metric

Happy to. Thanks Gerardo. Think of as "OHRVS" Optimal Hispanic Republican Voting Strength....a measure of how Hispanic, and Republican at the same time we can make a particular census block.

On Nov 19, 2010, at 6:17 AM, Gerardo Interiano wrote:

> I will gladly help with this Eric, but you're going to have to explain
> to me in layman's terms. Maybe you and I can sit down and go through
> this and you can show me exactly what you want next week or after Thanksgiving.
>
> -----Original Message-----
> From: Eric Opiela [mailto:eopiela@ericopiela.com]
> Sent: Wednesday, November 17, 2010 10:19 PM
> To: Gerardo Interiano
> Cc: Lisa Kaufman
> Subject: useful metric
>
> Just had a thought I needed to get out before I forget it. The raw
> data to calculate this is going to be in the PL 94-171 dataset we'll
> get in March (hopefully), but it would be really useful for someone to
> go in and calculate a ratio for every census block in the state of
> CVAP/Total Population, a ratio of Hispanic CVAP/Total Hispanic
> Population, a ratio of Spanish Surname RV/Hispanic CVAP, and a ratio
> of Spanish Surname RV/Total Hispanic Population (these last two have
> to be calculated with the voter file overlaid with census data). It
> also would be good to calculate a Spanish Surname Turnout/Total
> Turnout ratio for the 2006-2010 General Elections for all VTDs (I
> already have the data for this for 2006-2008 in a spreadsheet, just
> need to gather it for every VTD for 2010). These metrics would be
> useful in identifying a "nudge factor" by which one can analyze which
> census blocks, when added to a particular district (especially 50+1
> minority majority districts) help pull the district's Total Hispanic
> Pop and Hispanic CVAPs up to majority status, but leave the Spanish
> Surname RV and TO the lowest. This is especially valuable in shoring
> up Canseco and Farenthold. =
>

THE STATE OF TEXAS
v. UNITED STATES et al.
Case No. 11-CV-1303
**DEFENDANT'S EXHIBIT**
DX304

DEFPRIV000221

TE-005554