Ex. 5

| | |
|---|---|
| From: | Gerardo Interiano [ginteriano@gmail.com] |
| Sent: | Friday, December 10, 2010 4:11 PM |
| To: | Eric Opiela |
| Subject: | Re: |

They won't have 10 data yet.  So I went ahead and asked for it for 08.
 We'll have it on Monday.

On Fri, Dec 10, 2010 at 3:34 PM, Eric Opiela <eopiela@ericopiela.com> wrote:
> 08 and 10 would be nice.  08 is probably the only practical data.
>
>
> On Dec 10, 2010, at 9:16 AM, Gerardo Interiano wrote:
>
>> See below...what do you want?
>>
>> Gerardo,
>>
>> The only requested item we can actually do at the block level is
>> Spanish Surname VR / Total Hispanic Population.
>>
>> We will generate that and send it.  For which election (2008
>> general?) would you like the SSVR data?  The population stays the
>> same for the decade.
>>
>> Thanks- Clare
>
>



THE STATE OF TEXAS
v. UNITED STATES et al.
Case No. 11-CV-1303
DEFENDANT'S EXHIBIT
DX195

DEFPRIV000224

TE-004698