for USA v TEXAS 2:13cv193/263     Mar 10 14
from Robert M Allensworth B14522

copy

Gail Blankenship, Exec Dir or Pres     Mar 10 14
Calera C of C & Bureau of Tourism
PO Box 445
Calera, AL 35040
  668
205-868-3023

Clerk, U.S. District Court
Southern District of Texas
FILED

MAR 17 2014

David J. Bradley, Clerk of Court

I am the interested party pro se in USA V TEXAS 2:13cv193/263 suggesting a 2nd ballot by limited voting for the Texas State House with candidates paying a filing deposit to get on the 2nd ballot in their own and 2-4 add'l districts to loosen winners ties to liars, inhibit tyranny and promote turnover.

I suggest fees: $1000 for 1st six candidates, $2000 next six and $3000 thereafter for a candidate's own and two add'l districts. If the candidate wants on a 3rd or 4th district I suggest $1000 each. The court may endorse, modify and change these figures before or at the Sep 2 2014 trial.

The Nov 15 & 22 status hearing transcripts are due to go on PACER Mar 20. Check www.txs.uscourts.gov/.

                         Robert M Allensworth B14522
                         BMRCC 251 N IL 37 S
                         Ina IL 62846 2419

Similar earlier versions: Brian Hillson, Birmingham Business Alliance, 505 20th St N Rm 200, 35203, 205-324-2100, Fax 2560
Mary Lou Williams, Montevallo C of C, 845 Valley, 35115, 205-665-1519
South Shelby C of C, PO Box 396, Columbiana 35051, 205-669-9075.
various mayors and city clerks.

I lack and want current info on how Calera elects its city council.

I believe it is six by limited voting.

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | |
|---|---|---|
| **Name:** ALLENSWORTH, ROBERT | **IDOC Number:** B14522 | **Race:** WHI |
| **Hearing Date/Time:** 1/6/2013  12:40 PM | **Living Unit:** BMR-04-B-21 | **Orientation Status:** N/A |
| **Incident Number:** 201202623/1 - BMR | **Status:** Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 12/25/2012 | 201202623/1-BMR | VALDEZ, RANDY S | R4 HOUSING UNIT | 11:25 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 406 | Trading Or Trafficking | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

## RECORD OF PROCEEDINGS
Not guilty when i am done with them i pass them out to inmates

## BASIS FOR DECISION
Based on written report the r/o observed I/m Allensworth B14522 passing out newspapers on 4b wing. I/m has been warned on several occasions no to pass out newspapers. I/M id by state id.

## DISCIPLINARY ACTION  (Consecutive to any priors)

| RECOMMENDED | FINAL |
|---|---|
| 2 Months C Grade | 2 Months C Grade |
| 2 Months Commissary Restriction | 2 Months Commissary Restriction |
| 2 Months Gym/Yard Restriction | 2 Months Gym/Yard Restriction |

**Basis for Discipline:** NATURE OF OFFENSE

### Signatures
**Hearing Committee**

| | | | |
|---|---|---|---|
| DURBIN, MICHAEL A  - Chair Person | *Signature* | 01/06/13 | WHI |
| | | Date | Race |
| APARICIO, ALLEN J | *Signature* | 01/06/13 | HSP |
| | | Date | Race |

Recommended Action Approved

**Final Comments:** N/A

Zachary Roeckeman / ZSR  1/7/2013      *Signature*   01/07/13
**Chief Administrative Officer**                          **Date**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

*Signature*                                          1-8 3·  2n
**Employee Serving Copy to Committed Person**      **When Served -- Date and Time**

R Allensworth B14522 4B21
BMRCC 251 N IL 37 S
Ina IL 62846 2419

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS



02 1M  $ 00.98⁰
0004266687  MAR 10 2014
MAILED FROM ZIP CODE 62846

Clerk, U.S. District Court
Southern District of Texas
FILED

MAR 17 2014

David J. Bradley, Clerk of Court

Marianne Serpa, Dep-in-Charge
US District Clerk's Office
1133 N Shoreline Rm 208
Corpus Christi TX 78401