Clerk, U.S. District Court
Southern District of Texas
FILED

MAR 20 2014

David J. Bradley, Clerk of Court

SHELBY COUNTY CLERK
COUNTY CTHSE
COLUMBIANA AL 35051

MAR 3 14

I am the active interested party pro se in USA v TEXAS TXSD 2:13cv193/263 suggesting a 2nd ballot by limited voting for the Texas State House with candidates on the limited voting ballot in their own and two-four add'l districts upon paying a filing deposit which may be modified by the court before or at the Sep 2 2014 trial. I intend low filing deposits to get a fair bunch of candidates in some if not most districts.

"Testimony and opinions of historians were offered and received without objection. These showed that the 1901 Alabama Constitutional Convention was part of a movement that swept the post-Reconstruction South to disenfranchise blacks (opponents of a political machine). See S Hacney, Populism to Progressivism in Alabama 147 (1969); C Vann Woodward, Origins of the New South, 1877-1913, 321 (1971)....'What is it that we want to do?...to establish white supremacy in this State.' 1 Official Proceedings of the 1901 Alabama Constitutional Convention, 8 (1940)." -HUNTER v UNDERWOOD 1985 471 US 222,9.

Calera has 6679 registered voters, so the threshold of exclusion is (6679/7=) 935. There are 1097 non-white registered voters in Calera, so the proposed limited voting system will enable minority voters to elect the candidate of their choice, if the voters a politaclly cohesive. -BRET A ISOM
   -USA v CALERA ALND 2:08cv1982-KOB DOC 6-1 9/30/09

I lack and want current info on how Calera AL elects its city council.

*Robert M Allensworth*

"To learn who rules over you, simply find out who you are not allowed to criticize." - Voltaire

Robert M Allensworth B14522 4B21
BMRCC 251 N IL 37 S
Ina IL 62846 2419

IS FROM AN INMATE OF THE ILLINOIS DEPARTMENT OF CORRECTIONS

MAILED FROM USA FIRST-CLASS FOREVER

SHELBY CO CLERK
201 W COLLEGE
COLUMBIANA AL 35051

NIXIE    352   CC 1        7201/05/14
RETURN TO SENDER
VACANT
UNABLE TO FORWARD
BC: 62846241951    *2375-02618-05-23

Engage your community - connect to news, events and information you care about.   View more information...    Sign In



DEPARTMENTS    GOVERNMENT    SERVICES    BUSINESS    I WANT TO

FACEBOOK    TWITTER

Search    GO

Minutes & Agendas
Municipal Code
Employment
Public Notice
Events






NEWS & ANNOUNCEMENTS    CALENDAR

**Calera softball dominates Jemison at home**
While the temperatures were dropping close to freezing March 4, the Calera Eagles softball team's bats were anything but, taking down neighboring Jemison 17-7. Additional Info...

**Book characters come to life in a Fairy Tale Ball held at the Calera Library**
"The library is a little loud tonight," said Sara Dickens, a library assistant at the Roy Downs Memorial Calera Library. Additional Info...

VIEW ALL

FEATURE    LINKS



**Stay Connected**

The City of Calera offers a number of convenient ways for you to keep up-to-date with what's happening in the community.

Email Updates
Sign up to receive emails from the city with press releases, city information, meeting schedules, and other useful information.
Twitter
Follow Calera on Twitter for timely updates on city news, emergency information and other useful notifications.
Facebook
Like the City of Calera on Facebook to find out news about things going on in the city.
RSS
Find out when press releases, crime reports, agendas or bid documents are added to the city's website by subscribing to the city's RSS feeds

Home  Accessibility  Intranet  Webmail  Site Map  Copyright  Contact Us  Powered by CivicPlus
City of Calera AL: 10947 Highway 25  •  Calera, AL 35040  •  Ph: (205) 668-3500

City of Calera AL * 10947 Hwy 25 * 35040 * 205-668-3500

I am one of the election officials along with the Sheriff + Probate Judge who are in charge of "County/State" elections. Municipal elections are handled by each city. You will need to obtain your information by contacting the City of Calera. I have attached their mailing address + website address.

Engage your community - connect to news, events and information you care about    View more information...    Sign In



for USA v TEXAS TXSD 2:13cv193/263  Mar 17 14

from Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419

DEPARTMENTS    GOVERNMENT    SERVICES    BUSINESS    I WANT TO

FACEBOOK   TWITTER

Search    GO



Absentee Voting
Polling Locations
Voter Registration



REPORT A CONCERN    NOTIFY ME
JOBS    RECREATION
ONLINE PAYMENTS

You are here: Home > Government > Elections

### Elections

**Municipal Election Results**

Calera AL elects six city councilmen by limited voting, one man, one vote, one candidate. *Robert M Allensworth*

The following are the results for the municipal elections held on Tuesday, August 28, 2012.

Mayor:

| | | |
|---|---|---|
| Jon G. Graham | 939 | 50.3% |
| Mike Roberson | 648 | 34.7% |
| Ed "EZ" Gentry | 278 | 15.0% |
| Total Votes | 1865 | 100% |

City Council:

| | | |
|---|---|---|
| **Chris Bunn** | **366** | **19.7%** |
| **Philip Busby** | **270** | **14.5%** |
| **Ernest Montgomery** | **246** | **13.3%** |
| **David Bradshaw** | **238** | **12.8%** |
| **Bobby Joe Phillips** | **235** | **12.7%** |
| **Alan Watts** | **180** | **9.7%** |
| Barbara Gray | 141 | 7.6% |
| Gwendolyn "Kay" Snowden-Turner | 124 | 6.7% |
| Tim Sizemore | 56 | 3.0% |
| Total Votes | 1856 | 100% |

Council seats will be awarded to the six highest vote recipients.

Home  Accessibility  Intranet  Webmail  Site Map  Copyright  Contact Us  Powered by CivicPlus
City of Calera AL: 10947 Highway 25 • Calera, AL 35040 • Ph: (205) 668-3500



**MARY H. HARRIS**
CIRCUIT CLERK, SHELBY COUNTY
P.O. BOX 1810
COLUMBIANA, ALABAMA 35051

BIRMINGHAM
AL 350

10 MAR 2014
PM 6 L



neopost
03/10/2014
US POSTAGE $00.48

ZIP 35051
041L11232488

R Allensworth B14522 4B21
BMRCC 251 N IL 37 S
Ina IL 62846 2419

62846241951

R Allensworth B14522 4B21
BMRCC 251 N IL 37 S
Ina IL 62846 2419

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS

Marianne Serpa, Dep-in-Charge

Clerk, U.S. District Court
Southern District of Texas
FILED

MAR 20 2014

David J. Bradley, Clerk of Court

US District Clerk's Office

1133 N Shoreline Rm 208

Corpus Christi TX 78401

