# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

Marc Veasey, et al.

                Plaintiff

v.                                   Case No.: 2:13–cv–00193
                                        Judge Nelva Gonzales Ramos

Rick Perry, et al.

                Defendant

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Nelva Gonzales Ramos

**PLACE:**

United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX

**DATE:** 4/1/14

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Miscellaneous Conference

Date:   March 24, 2014

                                                                         David J. Bradley, Clerk