| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-CV-193 (NGR) |
|---|---|---|---|
| Veasey, et al. ||||
| *versus* ||||
| Perry ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Richard Dellheim<br>U.S. Dept. of Justice<br>950 Pennsylvania Ave., N.W. - 7254 NWB<br>Washington, DC 20530<br>202.305.1734<br>NY (Reg. no. 2564177)<br>N/A |
|---|---|
| Seeks to appear for this party: | United States of America |
| Dated: 3/26/2014 | Signed: [signature] |

| The state bar reports that the applicant's status is: | . |
|---|---|
| Dated: | Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____          _____
                                United States District Judge