UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **David J. Bradley**<br>Clerk | 1133 N Shoreline Blvd #208<br>Corpus Christi, Texas 78401-2042 | 361/888-3142 |

March 28, 2014

**Armand Derfner**
P O Box 600
Charleston, SC 29402

**Anna Baldwin**
U.S. Dept. of Justice
950 Pennsylvania Ave NW
NWB 7273
Washington, DC 20530

**Ezra D Rosenberg**
Dechert LLP
902 Carnegie Ctr
Ste 500
Princeton, NJ 08540-6531

**Erandi Zamora**
Lawyers' Committee of Civil Rights Under Law
1401 New York Ave
Ste 400
Washington, DC 20005

**Jose Garza**
Law Office of Jose Garza
7414 Robin Rest Dr.
San Antonio, TX 78209

**John Barret Scott**
Office of the Attorney General
209 West 14th Street
8th Floor
Austin, TX 78701

**Christina A Swarns**
NAACP Legal Defense Fund
40 Rector Street, 5th Floor
New York, NY 10006


**Rolando L Rios**
Attorney at Law
115 E Travis
Ste 1645
San Antonio, TX 78205


**Preston Edward Henrichson**
Attorney at Law
222 W Cano
Edinburg, TX 78539

Kelley Leonard
Beirne Maynard & Parsons
1300 Post Oak Blvd
24th Floor
Houston, TX 77056

Erin H. Flynn
U.S. Department of Justice
Civil Rights Division
Appellate Section
950 Pennsylvania Avenue, NW
RFK Room 3742
Washington, DC 20530


                                          Re: Case No: 2:13-cv-193; USCA # 14-40093
                                          Marc Veasey, et al. vs. Rick Perry, et al.

Dear Sir:

Enclosed is a CD containing the electronic record for the above Notice of Appeal.  Prepare your brief regarding this appeal using this copy of the paginated record.  A copy of this CD was also sent to opposing counsel.


                                                            Respectfully,


                                                            Verlinda Rios
                                                           Deputy Clerk

Encl.