# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DELEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEZ, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMLEY, JANE DOE, JOHN DOE, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), AND DALLAS COUNTY, TEXAS, <br><br> *Plaintiffs,* <br><br> v. <br><br> RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State, <br><br> *Defendants.* | CIVIL ACTION NO. 2:13-CV-193 (NGR) <br> [Lead case] |
| UNITED STATES OF AMERICA, <br><br> *Plaintiffs,* <br><br> v. <br><br> STATE OF TEXAS, JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety, <br><br> *Defendants.* | CIVIL ACTION NO. 2:13-CV-263 (NGR) <br> [Consolidated case] |
| TEXAS STATE CONFERENCE OF NAACP BRANCHES; and the MEXICAN AMERICAN LEGISLATIVE CAUCUS OF THE TEXAS HOUSE OF REPRESENTATIVES, | |

1

|  |  |
|---|---|
| *Plaintiffs,*<br>v.<br><br>JOHN STEEN, in his official capacity as Secretary of State of Texas; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br><br>*Defendants.* | CIVIL ACTION NO.<br>2:13-CV-291 (NGR)<br>[Consolidated case] |
| BELINDA ORTIZ, LENARD TAYLOR, EULALIO MENDEZ JR., LIONEL ESTRADA; ESTELA GARCIA ESPINOSA, ROXANNE HERNANDEZ, LYDIA LARA, MARGARITO MARTINEZ LARA, MAXIMINA MARTINEZ LARA, AND *LA UNION DEL PUEBLO ENTERO, INC.*<br>*Plaintiffs,*<br><br>v.<br><br>STATE OF TEXAS; JOHN STEEN, in his Official capacity as Texas Secretary of State; And STEVE McCRAW, in his official capacity As Director of the Texas Department of Public Safety,<br>*Defendants.* | CIVIL ACTION NO.<br>2:13-CV-348 (NGR)<br>[Consolidated case] |

**DEFENDANTS' OBJECTIONS TO UNITED STATES' AMENDED
SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

1.  The contents of all fields contained within the State of Texas's voter registration database, also known as the Texas Election Administration Management System (TEAM), used to determine voter eligibility, to implement or enforce SB 14, to record voter history in any federal, state, or municipal election since 2008 (including whether the individual cast a

2

regular or provisional ballot, whether the ballot was counted, the reason why any ballot was not counted, and whether the ballot was cast early by mail, early in-person, or in-person on election day), to match voters to other databases concerning possession of photographic identification named in

Section 63.0101 of the Texas Election Code, as amended by SB 14, or concerning disability status.

    a. With respect to voter eligibility, this requests covers, but is not limited to the following fields in TEAM (identified by currently understood field name as well as by field contents):

| Field Name | Field Description |
|---|---|
| VOTER_COUNTY_ID | Internal database key |
| JUR_ID | aka Jurisdiction ID, County |
| VUID | Voter Unique ID |
| LAST_NAME | Voter Last Name |
| FIRST_NAME | Voter First Name |
| MIDDLE_NAME | Voter Middle Name |
| FORMER_LAST_NAME | Voter Former Last Name |
| NAME_SUFFIX_CODE | Voter Name Suffix |
| SSN | Voter Social Security Number (complete where available, or last |
| GENDER_CODE | Voter Gender Code |
| OFFICIAL_ID_NUMBER | Texas Drivers License |
| DATE_OF_BIRTH | Voter Date of Birth- |
| VOTER_STATUS_CODE | Voter Status Code (V=Active, C=Cancelled, S=Suspense, |
| SPANISH_SURNAME_FG | Indicates whether Voter has a Spanish Surname (Y=Yes, N=No) |
| BLOCK_NUMBER | Voter Residential Block Number |
| DESIGNATOR | Voter Residential Designator |
| ST_DIR_PREFIX | Voter Residential Street Direction |
| STREET_NAME | Voter Residential Street Name |
| STREET_TYPE | Voter Residential Street Type |
| ST_DIR_SUFFIX | Voter Residential Street Direction Suffix |
| UNIT_NUMBER | Voter Residential Unit Number |
| UNIT_TYPE | Voter Residential Unit Type |
| PARCEL_NUMBER | Voter Residential Parcel Number |
| CITY | Voter Residential City Name |
| STATE | Voter Residential State Name |
| ZIP_CODE | Voter Residential ZipCode |
| MAIL_NAME | Voter Mailing Address Name |
| MAIL_ADRS_1 | Voter Mailing Address Line1 |
| MAIL_ADRS_2 | Voter Mailing Address Line2 |
| MAIL_CITY | Voter Mailing City Name |
| MAIL_STATE | Voter Mailing State Name |
| MAIL_ZIP_CODE | Voter Mailing Address ZipCode |
| PCT_CODE | Precinct Code |
| PCT_NAME | Precinct Name |
| LANGUAGE_CODE | Language Code |
| REGISTRATION_DATE | Voter Application Date |
| EDR | Effective Date of Registration- |
| DISPLAY_CODE | Cancel Event Display Code (Filled-in for Cancelled Voters Only) |
| EVENT_CODE | Cancel Event Code (Filled-in for Cancelled Voters Only) |
| EVENT_DESC | Cancel Event Description(Filled-in for Cancelled Voters Only) |
| APPLICATION_SOURCE_CODE | Voter Application Source Code |

    b. With respect to voter history, this requests covers, but is not limited to, the following fields in TEAM (identified by currently understood field name as well as by field contents):

3

| Field Name | Field Contents |
|---|---|
| VUID | Voter Unique ID |
| JUR_ID | Jurisdiction ID, County Number, or County Code |
| HIST_TYPE_CODE | Voting History Type Code (recording whether early, absentee, or election |
| ACTIVITY_DATE | Date of Activity (Voted, Rejected, etc.) |
| PROVISIONAL_REJECT_REASON_CODE | Provisional Ballot Rejected Reason Code |
| TITLE | Provisional Ballot Rejected Reason Description |
| ELECTION_DATE | Election Date |
| ELECTION_TYPE_CODE | Election Type Code: (E.g., primary, general, runoff) |
| ELECTION_NAME | Election Name |

c. With respect to implementation and enforcement of SB 14, this request includes the contents of all fields specifically included in TEAM to allow for implementation and enforcement of SB 14's requirements, including but not limited to, the content of all fields recording which voters have received a disability exemption from presenting SB 14-required photographic identification. In addition, this request includes any data recorded in TEAM regarding which voters, and on what date, have completed a substantially similar name affidavit as a result of enforcement of SB 14.

d. This request seeks any and all other fields produced by the State of Texas from the TEAM database during *Texas v. Holder*, No. 1:12-cv-128 (D.D.C.).

**RESPONSE:**

**Defendants object to this request, as it seeks information that is not reasonably calculated to lead to the discovery of admissible evidence. The Defendants further object to the extent the request presumes that the databases in question may be accurately or reliably compared against each other. Further, said information that would be responsive to this request is privileged and highly confidential, and no**

4

**adequate safeguards are currently in place to protect the disclosure of this information. In order for the information that is sought by way of this request to have any probative value, the complete databases within the United States government would need to be produced to all parties, but counsel for the United States have informed the counsel for Defendants that they are unwilling to produce said databases.**

**Subject to these objections and without waiving same, the Defendants continue to work with the United States toward a compromise on the privacy issues, and upon the successful agreement of all parties, shall provide such documents as are mutually agreed upon and ordered by the court.**

      2.      The contents of all fields contained within the State of Texas's driver license and personal identification card database that could be used to match individuals against the State of Texas's TEAM voter registration database, to determine voter eligibility, or to determine whether an individual currently possesses any form of identification named in Section 63.0101 of the Texas Election Code, as amended by SB 14.  This request includes the content of all fields reflecting the full name, address (including city, state, county, and ZIP code), date of birth, Social Security account number, race, ethnicity, sex, driver license or personal identification card number, and disability status of all driver license and personal identification card holders, as well as the content of fields reflecting whether the driver license or identification card has expired, been suspended, or confiscated, and whether the license or identification or holder is deceased. This request covers but is not limited to the entire Admin and Issuance files; the Person ID, Transaction ID, Issuance ID, Transaction Type Code, and Last Update Date fields in the Transactions file; and the contents of following fields contained in the Person file:

5

a. DL/ID/UNL or EC Number
b. Person ID
c. First Name
d. Last Name
e. Middle Name
f. Suffix
g. Date of Birth
h. Social Security Number
i. Permanent Street Address 1
j. Permanent Street Address 2
k. Permanent City
l. Permanent State
m. Permanent Zip Code
n. Permanent Zip Code Ext.
o. Permanent County
p. Permanent Country
q. Mailing Street Address 1
r. Mailing Street Address 2
s. Mailing City
t. Mailing State
u. Mailing Zip Code
v. Mailing Zip Code Ext.
w. Mailing County
x. Mailing Country
y. Sex
z. Race
aa. Disabled Veteran
bb. Homebound
cc. AKA Name
dd. AKA DL/ID Number
ee. Card Status
ff. Record Status
gg. Card Type
hh. Surrendered DL/ID Number
ii. License Surrendered
jj. License Confiscated
kk. DL Issuance Status
ll. ID Issuance Status
mm. License Status
nn. Deceased Certificate Number

In addition, this request includes all definitional tables for individual fields described above, including but not limited to homebound, county, race, and country.  This request seeks any and all other tables and fields produced by the State of Texas from the driver license and personal identification card database during *Texas v. Holder*, No. 1:12-cv-128 (D.D.C.).

**RESPONSE:**

**Defendants object to this request, as it seeks information that is not reasonably calculated to lead to the discovery of admissible evidence.  The Defendants further object to the extent the request presumes that the databases in question may be accurately or reliably compared against each other.  Further, said information that would be responsive**

6

**to this request is privileged and highly confidential, and no adequate safeguards are currently in place to protect the disclosure of this information. In order for the information that is sought by way of this request to have any probative value, the complete databases within the United States government would need to be produced to all parties, but counsel for the United States have informed the counsel for Defendants that they are unwilling to produce said databases.**

**Subject to these objections and without waiving same, the Defendants continue to work with the United States toward a compromise on the privacy issues, and upon the successful agreement of all parties, shall provide such documents as are mutually agreed upon and ordered by the court.**

3. The State of Texas's election identification certificate database, in its entirety with the exception of information on the hair color, height, and weight of election identification certificate applicants. This request includes data kept as a column within the State of Texas's driver license and personal identification card database. This request includes the content of all fields reflecting data collected through the election identification certification application (except for those on hair color, height, and weight) including the applicants' full name, residential and mailing addresses (including city, state, county, and ZIP code), date of birth, Social Security account number, race, ethnicity, sex, as well as all data on underlying documentation presented, and all dates of issuance or denial of issuance.

**RESPONSE:**

**Defendants object to this request, as it seeks information that is not reasonably calculated to lead to the discovery of admissible evidence. The Defendants further object to**

7

**the extent the request presumes that the databases in question may be accurately or reliably compared against each other. Further, said information that would be responsive to this request is privileged and highly confidential, and no adequate safeguards are currently in place to protect the disclosure of this information. In order for the information that is sought by way of this request to have any probative value, the complete databases within the United States government would need to be produced to all parties, but counsel for the United States have informed the counsel for Defendants that they are unwilling to produce said databases.**

**Subject to these objections and without waiving same, the Defendants continue to work with the United States toward a compromise on the privacy issues, and upon the successful agreement of all parties, shall provide such documents as are mutually agreed upon and ordered by the court.**

4.  The full set of fields contained within the State of Texas's license to carry database that could be used to match individuals against the State of Texas's TEAM voter registration database, to determine voter eligibility, or to determine whether an individual currently possesses any form of identification named in Section 63.0101 of the Texas Election Code, as amended by SB 14. This request includes the content of all fields reflecting the full name, residential and mailing addresses (including city, state, county, and ZIP code), date of birth, Social Security account number, race, ethnicity, and sex of all State of Texas concealed handgun license holders, the concealed license status (including the dates of issuance and expiration, and whether the license is currently suspended), and whether the license holder is deceased. This request covers but is not limited to the following fields:

| | | | |
|---|---|---|---|
| a. | ApplicantName | y. | ResAddr1 |
| b. | LastName | z. | ResAddr2 |
| c. | FirstName | aa. | ResCity |
| d. | MiddleName | bb. | ResState |
| e. | Suffix | cc. | ResZip |
| f. | DOBMMDDYYYY | dd. | ResCountyCode |
| g. | DOB | ee. | ResCountyName |
| h. | SSN | ff. | OID |
| i. | DL | gg. | RenewalDate |
| j. | SEX | hh. | DeceasedDate |
| k. | RACE | ii. | OriginalLicenseEligibility |
| l. | Number | jj. | RenewalLicenseEligibility |
| m. | License or Certificate Number | kk. | OriginalCertificateEligibility |
| n. | LicenseType | ll. | RenewalCertificateEligibility |
| o. | ApplicantID | mm. | LicenseApplicationInProgress |
| p. | ExpireDate | nn. | LicenseApplicationType |
| q. | AGExportStatus | oo. | CertificateApplicationInProgress |
| r. | MailAddr1 | pp. | CertificateApplicationType |
| s. | MailAddr2 | qq. | CertificateApplicationStatus |
| t. | MailCity | rr. | LicenseApplicationStatus |
| u. | MailState | ss. | Deceased |
| v. | MailZip | tt. | Chi ethnicity |
| w. | MailCountyCode | uu. | Ethnicity |
| x. | MailCountyName | | |

In addition, this request includes documentation of the meanings of any codes used within individual fields, including OriginalLicenseEligibility, RenewalLicenseEligibility, OriginalCertificateEligibility, RenewalCertificateEligibility, LicenseApplicationInProgress, LicenseApplicationType, CertificateApplicationInProgress, CertificateApplicationType, CertificateApplicationStatus, and LicenseApplicationStatus. This request also seeks any and all other tables and fields produced by the State of Texas from the license to carry database during *Texas v. Holder*, No. 1:12-cv-128 (D.D.C.).

**RESPONSE:**

**Defendants object to this request, as it seeks information that is not reasonably calculated to lead to the discovery of admissible evidence. The Defendants further**

9

**object to the extent the request presumes that the databases in question may be accurately or reliably compared against each other. Further, said information that would be responsive to this request is privileged and highly confidential, and no adequate safeguards are currently in place to protect the disclosure of this information. In order for the information that is sought by way of this request to have any probative value, the complete databases within the United States government would need to be produced to all parties, but counsel for the United States have informed the counsel for Defendants that they are unwilling to produce said databases.**

**Subject to these objections and without waiving same, the Defendants continue to work with the United States toward a compromise on the privacy issues, and upon the successful agreement of all parties, shall provide such documents as are mutually agreed upon and ordered by the court.**

Dated: January 21, 2014

Respectfully submitted.

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JONATHAN F. MITCHELL
Solicitor General

J. REED CLAY, JR.
Special Assistant and Senior Counsel
to the Attorney General
Southern District of Texas No. 1160600

*/s/ John B. Scott*
JOHN B. SCOTT
Deputy Attorney General for Litigation
Southern District of Texas No. 10418
ATTORNEY-IN-CHARGE

GREGORY DAVID WHITLEY
Assistant Deputy Attorney General
Southern District of Texas No. 2080496
State of Texas Bar No. 2080492

STEPHEN RONALD KEISTER
Assistant Attorney General
Southern District of Texas No. 18580

SEAN PATRICK FLAMMER
Assistant Attorney General
Southern District of Texas No. 1376041

209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 475-0131

COUNSEL FOR THE STATE OF TEXAS, RICK PERRY, JOHN STEEN, and STEVE MCCRAW

11

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document is being served by electronic mail on January 21, 2014 to counsel of record.

                                        */s/ John B. Scott*
                                        JOHN B. SCOTT
                                        Deputy Attorney General for Civil Litigation