# EXHIBIT 5

# Baldwin, Anna (CRT)

| | |
|---|---|
| **From:** | Whitley, David [david.whitley@texasattorneygeneral.gov] |
| **Sent:** | Friday, January 17, 2014 5:54 PM |
| **To:** | Westfall, Elizabeth (CRT); Baldwin, Anna (CRT) |
| **Cc:** | Freeman, Daniel (CRT); Bell-Platts, Meredith (CRT); Maranzano, Jennifer (CRT); Gear, Bruce (CRT); Clay, Reed; Deason, Whitney; Flammer, Sean; Hayes, Kevin; Keister, Ronny; Roscetti, Jennifer; Scott, John; Wilson, Anne |
| **Subject:** | Veasey v. Perry: Draft Supplemental Protective Order |
| **Attachments:** | Consent Supp Prot Order 01-17-16 DRAFT.docx |

Elizabeth,

Thanks for taking the time to talk about the databases. Attached is a draft of the Consent Supplemental Protective Order. As we discussed on the phone today, the United States and the Defendants agree that the Defendants will produce its databases to only the United States, and only the United States will perform the matching process between the TEAM database and the various Texas and federal databases corresponding to forms of identification under S.B. 14. The Defendants want to avoid any delay in turning over the Texas databases to the United States and thus seek consensus between the parties on the matching procedure. It is with this goal in mind that we propose this draft. Please send any edits you have in red line format.

Regards,
David

G. David Whitley
Assistant Deputy Attorney General
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
(512) 475-3281 Direct
(512) 936-0545 Fax
David.Whitley@texasattorneygeneral.gov

This message and any attachment(s) may be confidential and/or privileged pursuant to Government Code sections 552.101, 552.103, 552.107, and 552.111, and should not be disclosed without the express authorization of the Attorney General of Texas.