# EXHIBIT 6

## ATTORNEY GENERAL OF TEXAS
### GREG ABBOTT

February 19, 2014

G. DAVID WHITLEY
ASSISTANT DEPUTY ATTORNEY GENERAL
DIRECT DIAL: (512) 475-3281


Elizabeth S. Westfall                                               *Via Electronic Mail*
Trial Attorney
Voting Section, Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
NWB Room 7125
Washington, DC 20530

      Re:  *Veasey v. Perry*, No. 2:13-cv-193 (S.D. Tex.)

Dear Ms. Westfall,

      Today, subject to and without waiving Defendants Objections to United States' Amended Second Set of Requests for Production of Documents (Jan. 21, 2014), and pursuant to the Discovery Order and Supplemental Protective Order entered by the Court on February 18, 2014 (ECF No. 174), the Defendants produced databases responsive to the United States' Amended Second Set of Requests for Production of Documents (Dec. 16, 2013).

      Those databases are hereby designated as Highly Confidential Information pursuant to Paragraph 2.1 of the Consent Protective Order (ECF No. 105).

      Please see the next page of this letter for the contents of and passwords for this production.

                                             Regards,

                                             */s/ G. David Whitley*
                                             G. David Whitley
                                             Assistant Deputy Attorney General

Elizabeth S. Westfall
February 19, 2014
Page Two

**Contents of database production**:
1. One envelope labeled "DPS 1" containing one thumb drive
2. One envelope labeled "DPS 2" containing one thumb drive
3. One envelope labeled "DPS 3" containing one thumb drive
4. One DVD containing SOS data

Encrypted Passwords for .zip files on the thumb drive in Envelope **DPS 1**:

| File Name | Encrypted Password |
|---|---|
| 2014OAGDLEICextractnew.zip | !oageic2014# |
| 2014OAGDLfullextractnew.zip | !oagdl2014# |
| 2014EICDOC.zip | !oageicdoc2014# |
| 2012OAGDLSSNFULL.zip | !oagfullssn2012# |
| 2012OAGDL4digitSSN.zip | !oag4digit2012# |

The files on the thumb drive in Envelope **DPS 2** have no encrypted password, as it does not contain sensitive data.

Encrypted Password for the .zip file on the thumb drive in Envelope **DPS 3**:

| File Name | Encrypted Password |
|---|---|
| CHL_Applicant_All_as_20140115.zip | Wat3rB1rd? |

The SOS DVD contains three self-extracting files, all of which have the following password:

doj20140115