# EXHIBIT 10

| | |
|---|---|
| **From:** | Freeman, Daniel (CRT) |
| **To:** | "david.whitley@texasattorneygeneral.gov"; "Reed.Clay@texasattorneygeneral.gov"; "john.scott@texasattorneygeneral.gov" |
| **Cc:** | Westfall, Elizabeth (CRT); Baldwin, Anna (CRT); Gear, Bruce (CRT); Maranzano, Jennifer (CRT); Berman, Robert (CRT); Bell-Platts, Meredith (CRT); King, Ryan (CRT) |
| **Subject:** | Re: Veasey v. Perry: Call Concerning Outstanding Discovery Matters |
| **Date:** | Saturday, January 25, 2014 2:39:33 PM |

David:

We would like to discuss the status of Texas's production of documents and a privilege log in response to the United States' First Set of Requests for Production of Documents; the United States' request of January 10, 2014 that Defendants search the email records of certain legislators, staff, and agents; and the status of the modifications to Defendants' proposed email search terms.

Please let us know when it would be convenient to discuss these issues on Monday. I am sorry that we were unable to get you a written statement of the issues before COB last night.

Thank you,

Dan

---

**From**: Whitley, David [mailto:david.whitley@texasattorneygeneral.gov]
**Sent**: Friday, January 24, 2014 07:40 PM Eastern Standard Time
**To**: Freeman, Daniel (CRT); Clay, Reed <Reed.Clay@texasattorneygeneral.gov>; Scott, John <john.scott@texasattorneygeneral.gov>
**Cc**: Westfall, Elizabeth (CRT); Baldwin, Anna (CRT); Gear, Bruce (CRT); Maranzano, Jennifer (CRT); Berman, Robert (CRT); Bell-Platts, Meredith (CRT); King, Ryan (CRT)
**Subject**: RE: Veasey v. Perry: Call Concerning Outstanding Discovery Matters

Dan,

Because I haven't heard from you, and it's after 7:00 on the East Coast, I'm going to inform our attorneys not to stand by for a conference call today.  Have a great weekend.

Regards,
David

---

**From:** Whitley, David
**Sent:** Friday, January 24, 2014 3:20 PM
**To:** Freeman, Daniel (CRT); Clay, Reed; Scott, John
**Cc:** Westfall, Elizabeth (CRT); Baldwin, Anna (CRT); Gear, Bruce (CRT); Maranzano, Jennifer (CRT); Berman, Robert (CRT); Bell-Platts, Meredith (CRT); King, Ryan (CRT)
**Subject:** RE: Veasey v. Perry: Call Concerning Outstanding Discovery Matters

Dan,

Can you circulate the issues you'd like to discuss so we can gather the appropriate attorneys? We will also need a conference call-in number.

Thanks,
David

Sent from my Galaxy S®III
-------- Original message --------
From: "Freeman, Daniel (CRT)"
Date:01/24/2014 2:45 PM (GMT-06:00)
To: "Whitley, David"
Cc: "Westfall, Elizabeth (CRT)" ,"Baldwin, Anna (CRT)" ,"Gear, Bruce (CRT)" ,"Maranzano, Jennifer (CRT)" ,"Berman, Robert (CRT)" ,"Bell-Platts, Meredith (CRT)" ,"King, Ryan (CRT)"
Subject: Veasey v. Perry: Call Concerning Outstanding Discovery Matters

David,

Thank you again for letting us know that you and your co-counsel are out of the office today due to the weather.  However, would it be possible for you to call us so that we can discuss a few outstanding discovery matters?  I can be reached at (202) 305-4355.  Please give me a few minutes warning before calling so that I can gather other attorneys in my office.

Regards,

Dan Freeman

Daniel J. Freeman
Trial Attorney
Voting Section, Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
NWB Room 7203
Washington, DC 20530
(202) 305-4355
daniel.freeman@usdoj.gov