| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13CV00193 |
|---|---|---|---|
| Marc Veasey, et al. ||||
| *versus* ||||
| Rick Perry, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Arthur D'Andrea<br>Office of the Attorney Generla<br>P.O. Box 12548<br>Austin, Texas  78711-2548<br>(512) 936-2868<br>Texas 24050471 |
|---|---|
| Seeks to appear for this party: | Defendants Texas, Rick Perry, John Steen, Steve McGraw |
| Dated:   3/31/2014 | Signed: |

| The state bar reports that the applicant's status is:                                    . |
|---|
| Dated:                       Clerk's signature: |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____

_____
United States District Judge