IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, *et al.*,

            Plaintiffs,

      v.

RICK PERRY, *et al.*,

            Defendants.

Civil Action No. 2:13-cv-193 (lead)
(consolidated w/ 2:13-cv-263)

## ADVISORY CONCERNING SUBSEQUENT AUTHORITY

    The Veasey-LULAC Plaintiffs bring to the Court's attention the attached Order concerning legislative privilege, which was entered March 27, 2014 by the United States District Court for the Middle District of North Carolina. *North Carolina NAACP v. McCrory*, No. 1:13-cv-658 (M.D.N.C. Mar. 27, 2014). The Veasey-LULAC Plaintiffs do not believe this Order affects any of the arguments the Plaintiffs and Plaintiff-Intervenors have made in support of the United States' Motion to Compel the Production of Legislative Documents, ECF No. 162, which is now pending before the Court, but wish to provide it for the Court's information.

Dated: March 31, 2014

                                        Respectfully submitted,

                                        **BRAZIL & DUNN**

                                        */s/ Chad W. Dunn*
Chad W. Dunn
State Bar No. 24036507
K. Scott Brazil
State Bar No. 02934050
Brazil & Dunn
4201 Cypress Creek Parkway, Suite 530
Houston, Texas 77068
Telephone: (281) 580-6310
Facsimile: (281) 580-6362
chad@brazilanddunn.com
scott@brazilanddunn.com

J. Gerald Hebert
D.C. Bar No. 447676
Emma Simson
M.D. Bar
Campaign Legal Center
215 E Street, NE
Washington, DC 20002
Telephone (202) 736-2200 ext. 12
Facsimile (202) 736-2222
GHebert@campaignlegalcenter.org
ESimson@campaignlegalcenter.org

Neil G. Baron
State Bar No. 01797080
Law Office of Neil G. Baron
914 FM 517 W, Suite 242
Dickinson, Texas 77539
Telephone (281) 534-2748
Facsimile (281) 534-4309
neil@ngbaronlaw.com

David Richards
State Bar No. 16846000
Richards, Rodriguez & Skeith, LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701
Telephone (512) 476-0005
Facsimile  (512) 476-1513
daverichards4@juno.com

Armand G. Derfner
Derfner, Altman & Wilborn, LLC
P.O. Box 600
Charleston, S.C. 29402
Telephone (843) 723-9804
aderfner@dawlegal.com

*Attorneys for All Plaintiffs*

LUIS ROBERTO VERA, JR.
LULAC National General Counsel
State Bar No.  20546740
The Law Offices of Luis Vera Jr., and Associates
1325 Riverview Towers, 111 Soledad
San Antonio, Texas 78205-2260
Telephone (210) 225-3300
Facsimile (210) 225-2060
lrvlaw@sbcglobal.net

*Attorney for LULAC Plaintiffs*

Craig M. Watkins
Dallas County District Attorney
State Bar No. 00791886
Teresa G. Snelson
Chief, Civil Division
Dallas County District Attorney's Office
State Bar. No. 08577250
411 Elm Street, 5th Floor
Dallas, TX 75202-4606
Telephone (214) 653-7358
Facsimile (214) 653-6134
Teresa.Snelson@dallascounty.org

*Attorneys for Dallas County, Texas*

3

## CERTIFICATE OF SERVICE

     I hereby certify that on this 31st day of March, 2014, I served a copy of the foregoing on all counsel of record by filing a copy of the same in this Court's ECF system.

                                            */s/ Chad W. Dunn*
                                            Chad W. Dunn