IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DELEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEZ, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMLEY, PEGGY HERMAN, EVELYN BRICKNER, GORDON BENJAMIN, KEN GANDY, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), AND DALLAS COUNTY, TEXAS, *Plaintiffs,* v. RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State, *Defendants.* | CIVIL ACTION NO. 2:13-CV-193 (NGR) [Lead case] |
| UNITED STATES OF AMERICA, *Plaintiffs,* TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, IMANI CLARK, AURICA WASHINGTON, CRYSTAL OWENS, AND MICHELLE BESSIAKE, *Plaintiff-Intervenors,* TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, HIDALGO COUNTY, AND MARIA LONGORIA BENAVIDES, *Plaintiff-Intervenors,* v. STATE OF TEXAS, JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety, *Defendants.* | CIVIL ACTION NO. 2:13-CV-263 (NGR) [Consolidated case] |

1

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES; and the MEXICAN AMERICAN LEGISLATIVE CAUCUS OF THE TEXAS HOUSE OF REPRESENTATIVES,<br>    *Plaintiffs,*<br>v.<br><br>JOHN STEEN, in his official capacity as Secretary of State of Texas; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br>    *Defendants.* | CIVIL ACTION NO.<br>2:13-CV-291 (NGR)<br>[Consolidated case] |
| BELINDA ORTIZ, LENARD TAYLOR, EULALIO MENDEZ JR., LIONEL ESTRADA; ESTELA GARCIA ESPINOSA, ROXANNE HERNANDEZ, LYDIA LARA, MARGARITO MARTINEZ LARA, MAXIMINA MARTINEZ LARA, AND *LA UNION DEL PUEBLO ENTERO, INC.*<br>    *Plaintiffs,*<br>v.<br><br>STATE OF TEXAS; JOHN STEEN, in his Official capacity as Texas Secretary of State; And STEVE McCRAW, in his official capacity As Director of the Texas Department of Public Safety,<br>    *Defendants.* | CIVIL ACTION NO.<br>2:13-CV-348 (NGR)<br>[Consolidated case] |

## NOTICE OF FILING

As requested by the Court, please see attached Exhibits 1 through 4.

Dated:   March 31, 2014

 Respectfully submitted,

 GREG ABBOTT
 Attorney General of Texas

 DANIEL T. HODGE
 First Assistant Attorney General

 JONATHAN F. MITCHELL
 Solicitor General

 J. REED CLAY, JR.
 Special Assistant and Senior Counsel
 to the Attorney General
 Southern District of Texas No. 1160600

 */s/ John B. Scott*
 JOHN B. SCOTT
 Deputy Attorney General for Civil Litigation
 Southern District of Texas No. 10418
 Texas State Bar No. 17901500
 ATTORNEY-IN-CHARGE

 G. DAVID WHITLEY
 Assistant Deputy Attorney General
 Southern District of Texas No. 2080496

 STEPHEN RONALD KEISTER
 Assistant Attorney General
 Southern District of Texas No. 18580

 SEAN PATRICK FLAMMER
 Assistant Attorney General
 Southern District of Texas No. 1376041

 209 West 14th Street
 P.O. Box 12548
 Austin, Texas 70711-2548
 (512) 475-0131

 COUNSEL FOR THE STATE OF TEXAS,
 RICK PERRY, JOHN STEEN, and STEVE
 MCCRAW

3

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 31, 2014, I served a true and correct copy of the foregoing document is being served via the Court's ECF system to all counsel of record.


          */s/ John B. Scott*
          JOHN B. SCOTT
          Deputy Attorney General for Civil Litigation