# Exhibit 2

# Waivers

| | | |
|---|---|---|
| Wendy | Davis | No - 03/18/2014 |
| Yvonne | Davis | No - 3/19/2014 - Waive as to Documents/No as to Testimony * and ** |
| Craig | Eiland | No - 03/18/2014 |
| Senfronia | Thompson | No - 03/18/2014 |
| Jose | Rodriguez | No - 1/22/2014 |
| Carol | Alvarado | No - 3/11/2014 |
| Rafael | Anchia | No - 3/12/2014 |
| Terry | Canales | No - 3/12/2014 |
| Mary | Gonzalez | No - 3/12/2014 |
| Eddie | Lucio, Jr. | No - 3/12/2014 |
| Trey | Martinez Fischer | No - 3/13/2014 |
| Sylvester | Turner | No - 3/13/2014 |
| Rene O. | Oliveira | No - 3/17/14 |
| Doug | Miller | No - 3/17/2014 |
| Elliott | Naishtat | No - 3/17/2014 |
| Richard Pena | Raymond | No - 3/17/2014 |
| Chris | Turner | No - 3/17/2014 |
| Gene | Wu | No - 3/17/2014 |
| Scott | Hochberg | No - 3/18/2014 |
| Eddie | Lucio, III | No - 3/18/2014 |
| Armando | Martinez | No - 3/18/2014 |
| Juan | Hinojosa | No - 3/19/2014 |
| John | Whitmire | No - 3/19/2014 |
| Roland | Gutierrez | No - 3/20/2014 |
| Donna | Howard | No - 3/20/2014 |
| Eric | Johnson | No - 3/20/2014 |
| Oscar | Longoria | No - 3/20/2014 |
| Joe | Moody | No - 3/20/2014 |
| Eddie | Rodriguez | No - 3/20/2014 |
| Borris | Miles | No - 3/20/2014  * |

| | | |
|---|---|---|
| Philip | Cortez | No - 3/21/2014 |
| Jessica | Farrar | No - 3/21/2014 |
| Mary Ann | Perez | No - 3/21/2014 |
| Armando | Walle | No - 3/21/2014 |
| Marisa | Marquez | No - 3/21/2014 - Waiving; No Representation * |
| Leticia | Van de Putte | No - 3/21/2014; Waiving Privilege; No response on Representation. |
| Roberto | Guerra | No - 3/24/2014 |

\* Note: Legislator responded by March 21, 2014 deadline; however, changed their position after the deadline.

\*\* Complicated Response.  See attached letter.