# Exhibit 3

# Deceased

| | |
|---|---|
| Mario | Gallegos, Jr. |
| Edmund | Kuempel |
| Ken | Legler |
| George "Buddy" | West |