# Exhibit 4

# Did Not Respond

| | | |
|---|---|---|
| Alma | Allen | |
| Anna | Mowery | Unable to Respond Due to Illness |
| Roberto | Alonzo | |
| Joaquin | Castro | |
| Nicole | Collier | |
| Joe | Deshotel | |
| Harold V. | Dutton, Jr. | |
| Joe | Farias | |
| Pete | Gallego | |
| Veronica | Gonzales | |
| Ryan | Guillen | |
| Ana | Hernandez Luna | |
| Tracy O. | King | |
| Jose | Menendez | |
| Poncho | Nevarez | |
| Joe C. | Pickett | |
| Inocente | Quintanilla | |
| Justin | Rodriguez | |
| Carlos | Uresti | |
| Marc | Veasey | |