# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
## Corpus Christi Division

| | |
|---|---|
| MARC VEASEY, et al., | ) |
|        Plaintiffs, | ) |
| v. | ) No. 2:13-cv-00193 (NGR) |
| RICK PERRY, Governor of Texas, et al., | ) |
|        Defendants. | ) |
| UNITED STATES OF AMERICA, | ) |
|        Plaintiff, | ) |
| v. | ) No. 2:13-cv-00263 (NGR) Consolidated Case |
| STATE OF TEXAS, et al., | ) |
|        Defendants. | ) |
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, et al., | ) |
|        Plaintiffs, | ) |
| v. | ) No. 2:13-cv-00291 (NGR) Consolidated Case |
| JOHN STEEN, Secretary of State of Texas, et al., | ) |
|        Defendants. | ) |
| BELINDA ORTIZ, et al., | ) |
|        Plaintiffs, | ) |

|  |  |
|---|---|
| v. | ) No. 2:13-cv-00348 (NGR) |
|  | ) Consolidated Case |
| STATE OF TEXAS, et al., | ) |
|  | ) |
| Defendants. | ) |
| _____ | ) |

## [PROPOSED] ORDER

UPON CONSIDERATION of the Unopposed Motion of the Bipartisan Legal Advisory Group of the United States House of Representatives for Leave to File *Amicus Curiae* Brief Addressing One Discrete Discovery Issue in No. 2:13-cv-00263 ("Motion"), and the entire record herein, it is by the Court this ___ day of _____ 2014, ORDERED

That the Motion is granted for all the reasons set forth in the Memorandum in Support of the Motion.  IT IS FURTHER ORDERED

That the Clerk forthwith shall docket the *Amicus Curiae* Brief of the Bipartisan Legal Advisory Group of the United States House of Representatives, submitted with the Motion.

_____
NELVA GONZALES RAMOS
United States District Court Judge