# Exhibit 3




# RECORDS MANAGEMENT MANUAL FOR MEMBERS

HISTORICAL ART AND ARCHIVES, OFFICE OF THE CLERK
UNITED STATES HOUSE OF REPRESENTATIVES



## Setting Up a Filing System

A straightforward filing system makes filing and retrieving records easier. The records categories listed in the table *Guidelines for File Retention and Disposition* on page 6 can be used as the template for a filing system.

Staff members should be designated to document the office filing system and to oversee additions or changes. The filing system should be explained to all staff in the office, with one point of contact responsible for overseeing records management. District offices, as well as the Member's Washington, D.C., office, should designate staff to manage records.

Staff should be aware from the beginning that the records generated by the Member's office belong to the Member. New staff, both in the Washington, D.C., office and in district offices, should be briefed about the records ownership policy. Staff should be reminded on a regular basis about the records management plan, especially after periods of high staff turnover.

## Managing Space and Transferring Records

It is important for the Member's office to manage records in terms of space. Staff should keep working papers related to current business in the office and shift older materials elsewhere, such as the Member's storage cage or courtesy storage facilities. All Members have access to courtesy storage at the Washington National Records Center (WNRC), and Members' district offices can use courtesy storage at regional facilities (Federal Records Centers) managed by the National Archives and Records Administration (NARA). Please refer to the section on **Courtesy Storage Facilities** on page 12 for locations and contact information.

Do not save materials or publications that are unrelated to the activities or interests of the Member. Before boxing and transferring records, either to the storage cage or courtesy storage, staff should make a list of the folders in the boxes and note the range of dates for the materials. A copy of this list should be kept in the office as it is especially useful for reviewing or retrieving records.

## Electronic Records

OAA provides guidance and recommendations for transferring electronic records, but ultimately each office should establish its own conventions for categorizing and organizing electronic records to suit its business requirements.

OAA encourages offices to set up a records management plan that mirrors their plan for paper records.

### Definitions and Types

An electronic record is any stored data or information that a computer reads, displays, or processes. This manual uses the term "electronic record," but the terms "digital" and "electronic" are generally interchangeable in describing data stored by computer systems and devices.

Electronic records include materials that are "born digital" (records that exist only in digital form, such as email and word processing files), as well as "digitized" records (paper records that have been scanned into digital form). When paper records have been digitized, the paper copy should be retained as a backup. Electronic records should be readable and accessible for as long as the record is needed. If the record is considered permanent, this may require migrating the record to a newer format or storage device.