# Exhibit 1

# Assertions

| First | Last | Response |
|---|---|---|
| Craig | Estes | Yes - 01/22/2014 |
| Craig | Goldman | Yes - 01/22/2014 |
| Kevin | Eltife | Yes - 01/27/2014 |
| Kelly | Hancock | Yes - 01/27/2014 |
| Troy | Fraser | Yes - 01/28/2014 |
| Ken | Paxton | Yes - 01/28/2014 |
| Allan | Ritter | Yes - 01/28/2014 |
| Donna | Campbell | Yes - 01/29/2014 |
| Patricia | Harless | Yes - 01/29/2014 |
| Jimmie Don | Aycock | Yes - 02/03/2014 |
| Brandon | Creighton | Yes - 02/04/14 |
| Tryon D. | Lewis | Yes - 02/04/14 |
| Robert | Duncan | Yes - 02/04/2014 |
| Drew | Darby | Yes - 02/06/14 |
| Aaron | Pena | Yes - 02/18/2014 |
| Debbie | Riddle | Yes - 02/19/2014 |
| John | Kuempel | Yes - 03/10/2014 |
| Rick | Miller | Yes - 03/11/2014 |
| Allen | Fletcher | Yes - 03/12/2014 |
| Kyle | Kacal | Yes - 03/12/2014 |
| Geanie W. | Morrison | Yes - 03/12/2014 |
| Diane | Patrick | Yes - 03/12/2014 |
| John E. | Davis | Yes - 03/13/2014 |
| Sarah | Davis | Yes - 03/13/2014 |
| John T. | Smithee | Yes - 03/14/2014 |
| Ed | Thompson | Yes - 03/16/2014 |
| Bill | Zedler | Yes - 03/18/2014 |
| Frank | Corte | Yes - 03/19/2014 |
| Dan | Flynn | Yes - 03/19/2014 |
| Barbara | Nash | Yes - 03/19/2014 |
| Kip | Averitt | Yes - 1/20/2014 |
| Dan | Gattis | Yes - 1/20/2014 |
| Fred | Hill | Yes - 1/20/2014 |
| Todd | Hunter | Yes - 1/20/2014 |
| Mike | Jackson | Yes - 1/20/2014 |
| Sid | Miller | Yes - 1/20/2014 |
| Robert | Talton | Yes - 1/20/2014 |
| Leo | Berman | Yes - 1/20/2014; no representation |
| Warren | Chisum | Yes - 1/21/2014 |
| Rick | Hardcastle | Yes - 1/21/2014 |
| Carl | Isett | Yes - 1/21/2014 |
| Matt | Krause | Yes - 1/21/2014 |
| Kel | Seliger | Yes - 1/21/2014 |
| J.D. | Sheffield | Yes - 1/21/2014 |
| Ralph | Sheffield | Yes - 1/21/2014 |
| Paul | Workman | Yes - 1/21/2014 |
| Kim | Brimer | Yes - 1/22/2014 |
| Nathan | Macias | Yes - 1/22/2014 |
| John | Carona | Yes - 1/23/2014 |
| Thomas | Latham | Yes - 1/23/2014 |
| Mark | Shelton | Yes - 1/23/2014 |
| Todd | Smith | Yes - 1/23/2014 |
| Will | Harnett | Yes - 1/27/2014 |
| Chris | Harris | Yes - 1/27/2014 |
| Phil | King | Yes - 1/27/2014 |
| Jerry | Madden | Yes - 1/27/2014 |
| Dee | Margo | Yes - 1/27/2014 |
| Jane | Nelson | Yes - 1/27/2014 |
| Four | Price | Yes - 1/27/2014 |
| Mike | Krusee | Yes - 1/28/2014 |
| Erwin | Cain | Yes - 1/29/2014 |
| Wayne | Christian | Yes - 1/29/2014 |
| James | Jackson | Yes - 1/29/2014 |
| Lois W. | Kolkhorst | Yes - 1/29/2014 |
| Lyne | Lanham | Yes - 1/29/2014 |

| | | |
|---|---|---|
| Jodie | Laubenberg | Yes - 1/29/2014 |
| Kirk | England | Yes - 1/31/2014 |
| Rob | Orr | Yes - 1/31/2014 |
| Judith | Zaffirini | Yes - 12/17/2014 (RFR); 2/12/2014 (LP) |
| Byron | Cook | Yes - 2/10/2014 |
| Harvey | Hilderbran | Yes - 2/10/2014 |
| Robert | Nichols | Yes - 2/10/2014 |
| Jim | Pitts | Yes - 2/10/2014 |
| Larry | Taylor | Yes - 2/10/2014 |
| Van | Taylor | Yes - 2/10/2014 |
| Joe | Straus | Yes - 2/12/2014 |
| Beverly | Woolley | Yes - 2/12/2014 |
| Dennis | Bonnen | Yes - 2/3/2014 |
| Dan | Branch | Yes - 2/4/2014 |
| Glenn | Hegar | Yes - 2/4/2014 |
| Greg | Bonnen | Yes - 2/5/2014 |
| Cindy | Burkett | Yes - 2/5/2014 |
| Joe | Driver | Yes - 2/5/2014 |
| Rob | Eissler | Yes - 2/5/2014 |
| Larry | Gonzales | Yes - 2/5/2014 |
| John | Otto | Yes - 2/5/2014 |
| Corbin | Van Arsdale | Yes - 2/5/2014 |
| Betty | Brown | Yes - 2/6/2014 |
| Joe | Crabb | Yes - 2/6/2014 |
| John | Frullo | Yes - 2/6/2014 |
| Larry | Phillips | Yes - 2/6/2014 |
| Wayne | Smith | Yes - 2/6/2014 |
| Tommy | Williams | Yes - 2/6/2014 |
| Brian | Birdwell | Yes - 2/7/2014 |
| Stefani | Carter | Yes - 2/7/2014 |
| Bob | Deuell | Yes - 2/7/2014 |
| Dan | Patrick | Yes - 2/7/2014 |
| Charles | Perry | Yes - 2/7/2014 |
| Toni | Rose | Yes - 2/7/2014 |
| Jeff | Wentworth | Yes - 2/7/2014 |
| Charles | Anderson | Yes - 3/10/2014 |
| Charlie | Geren | Yes - 3/10/2014 |
| Dan | Huberty | Yes - 3/10/2014 |
| Joan | Huffman | Yes - 3/10/2014 |
| Ken | King | Yes - 3/10/2014 |
| Steve | Toth | Yes - 3/10/2014 |
| Jason | Villalba | Yes - 3/10/2014 |
| John | Zerwas | Yes -- 3/10/2014 |
| Marsha | Farney | Yes - 3/11/2014 |
| John | Garza | Yes - 3/11/2014 |
| Jeff | Leach | Yes - 3/11/2014 |
| Brian | McCall | Yes - 3/11/2014 |
| Chris | Paddie | Yes - 3/11/2014 |
| Stephanie | Klick | Yes - 3/11/2014 |
| Barbara | Mallory Caraway | Yes - 3/11/2014 - Wants to review any documents produced. |
| Charles | Schwertner | Yes - 3/11/2014 * |
| Charles | Hopson | Yes - 3/12/14 |
| Cecil | Bell | Yes - 3/12/2014 |
| Lance | Gooden | Yes - 3/12/2014 |
| Jim | Landtroop | Yes - 3/12/2014 |
| Scott | Sanford | Yes - 3/12/2014 |
| Burt | Solomons | Yes - 3/12/2014 |
| Jonathan | Stickland | Yes - 3/12/2014 |
| Raul | Torres | Yes - 3/12/2014 |
| J.M. | Lozano | Yes - 3/13/14 |
| Marva | Beck | Yes - 3/13/2014 |
| Pat | Fallon | Yes - 3/13/2014 |
| Ruth Jones | McClendon | Yes - 3/13/2014 - Asserting; No Representation |
| Royce | West | Yes - 3/13/2014 - Has indicted he "will not waive privilege" and does not want representation. |
| Charlie | Howard | Yes - 3/13/2014 - verbal |

| | | |
|---|---|---|
| Jose | Aliseda | Yes - 3/14/14 |
| Trent | Ashby | Yes - 3/14/14 |
| Ron | Simmons | Yes - 3/14/14 |
| Tom | Craddick | Yes - 3/17/2014 |
| Myra | Crownover | Yes - 3/17/2014 |
| Jason | Isaac | Yes - 3/17/2014 |
| George | Lavender | Yes - 3/17/2014 |
| Jim | Murphy | Yes - 3/17/2014 |
| Drew | Springer | Yes - 3/17/2014 |
| Kirk | Watson | Yes - 3/14/2014; No Representation |
| David | Swinford | Yes - 3/17/2014 |
| Rodney | Anderson | Yes - 3/18/2014 |
| Dwayne | Bohac | Yes - 3/18/2014 |
| Bill | Callegari | Yes - 3/18/2014 |
| Travis | Clardy | Yes - 3/18/2014 |
| Gary | Elkins | Yes - 3/18/2014 |
| James | Frank | Yes - 3/18/2014 |
| Tan | Parker | Yes - 3/18/2014 |
| Connie | Scott | Yes - 3/18/2014 |
| Florence | Shapiro | Yes - 3/18/2014 |
| John | Raney | Yes - 3/19/14 |
| Angie Chen | Button | Yes - 3/19/2014 |
| Pat | Haggerty | Yes - 3/19/2014 |
| Mark | Strama | Yes - 3/19/2014 |
| Bryan | Hughes | Yes - 3/19/2014 |
| Giovanni | Capriglione | Yes - 3/20/2014 |
| Tony | Dale | Yes - 3/20/2014 |
| Linda | Harper-Brown | Yes - 3/20/2014 |
| James L. | Keffer | Yes - 3/20/2014 |
| Matt | Schaefer | Yes - 3/20/2014 |
| Kenneth | Sheets | Yes - 3/20/2014 |
| Scott | Turner | Yes - 3/20/2014 |
| Randy | Weber | Yes - 3/20/2014 |
| Helen | Giddings | Yes - 3/20/2014 |
| Fred | Brown | Yes - 3/21/2014 |
| Garnet F. | Coleman | Yes - 3/21/2014 |
| Dianne | Delisi | Yes - 3/21/2014 |
| Mike | Hamilton | Yes - 3/21/2014 |
| Abel | Herrero | Yes - 3/21/2014 |
| Susan | King | Yes - 3/21/2014 |
| Lyle | Larson | Yes - 3/21/2014 |
| Mike | Oday | Yes - 3/21/2014 |
| Steve | Ogden | Yes - 3/21/2014 |
| Bennett | Ratliff | Yes - 3/21/2014 |
| David | Simpson | Yes - 3/21/2014 |
| Phil | Stephenson | Yes - 3/21/2014 |
| Vicki | Truitt | Yes - 3/21/2014 |
| Lon | Burnam | Yes - 3/21/2014 - Asserting; No Representation |
| Dawnna | Dukes | Yes - 3/21/2014 - Asserting; No Representation |
| Sergio | Munoz, Jr. | Yes - 3/21/2014 - Asserting; No Representation |
| Ron | Reynolds | Yes - 3/21/2014 - Asserting; No Representation |
| Sylvia | Garcia | Yes - 3/21/2014 (Asserting Only) no response on Representation. |
| Naomi | Gonzalez | Yes - 3/21/2014 Asserting; No - Representation - * |
| Tony | Goolsby | Yes - 1/29/2014 - Verbal; Letter - 3/31/2014 |
| Rodney | Ellis | Yes - But Own Counsel - 01/22/14 |
| James | White | Yes - Ltr. Rec'd 1/17/14 |
| Mike | Villareal | Yes (Assert) 2/7/2014; No (Representation) |
| Tim | Kleinschmidt | Yes -1/27/2014 |
| Hubert | Vo | Yes - 3/21/2014 to Privilege; No to Representation (3/21/2014) |

* Note: Legislator responded by March 21, 2014 deadline; however, changed their position after the deadline.