*CORRECTED*

Exhibit 2

Waivers

| | | |
|---|---|---|
| Wendy | Davis | No - 03/18/2014 |
| Yvonne | Davis | No - 3/19/2014 - Waive as to Documents/No as to Testimony * and ** |
| Craig | Eiland | No - 03/18/2014 |
| Senfronia | Thompson | No - 03/18/2014 |
| Jose | Rodriguez | No - 1/22/2014 |
| Carol | Alvarado | No - 3/11/2014 |
| Rafael | Anchia | No - 3/12/2014 |
| Terry | Canales | No - 3/12/2014 |
| Mary | Gonzalez | No - 3/12/2014 |
| Eddie | Lucio, Jr. | No - 3/12/2014 |
| Trey | Martinez Fischer | No - 3/13/2014 |
| Sylvester | Turner | No - 3/13/2014 |
| Rene O. | Oliveira | No - 3/17/14 |
| Doug | Miller | No - 3/17/2014 |
| Elliott | Naishtat | No - 3/17/2014 |
| Richard Pena | Raymond | No - 3/17/2014 |
| Chris | Turner | No - 3/17/2014 |
| Gene | Wu | No - 3/17/2014 |
| Scott | Hochberg | No - 3/18/2014 |
| Eddie | Lucio, III | No - 3/18/2014 |
| Armando | Martinez | No - 3/18/2014 |
| Juan | Hinojosa | No - 3/19/2014 |
| John | Whitmire | No - 3/19/2014 |
| Roland | Gutierrez | No - 3/20/2014 |
| Donna | Howard | No - 3/20/2014 |
| Eric | Johnson | No - 3/20/2014 |
| Oscar | Longoria | No - 3/20/2014 |
| Joe | Moody | No - 3/20/2014 |
| Eddie | Rodriguez | No - 3/20/2014 |
| Borris | Miles | No - 3/20/2014  * |

| | | |
|---|---|---|
| Philip | Cortez | No - 3/21/2014 |
| Jessica | Farrar | No - 3/21/2014 |
| Mary Ann | Perez | No - 3/21/2014 |
| Armando | Walle | No - 3/21/2014 |
| Marisa | Marquez | No - 3/21/2014 - Waiving; No Representation * |
| Leticia | Van de Putte | No - 3/21/2014; Waiving Privilege; No response on Representation. |
| Roberto | Guerra | No - 3/24/2014 |

\* Note: Legislator responded by March 21, 2014 deadline; however, changed their position after the deadline.
\*\* Complicated Response.  See attached letter.

# STATE OF TEXAS
# HOUSE OF REPRESENTATIVES

P.O. BOX 2910  
AUSTIN, TEXAS 78768-2910  
(512) 463-0598  
FAX: (512) 463-2297

5787 SOUTH HAMPTON RD.  
SUITE 447  
DALLAS, TEXAS 75232  
(214) 941-3895  
FAX: (214) 941-6859



**Yvonne Davis**  
DISTRICT 111

March 27, 2014

Mr. John B. Scott  
Deputy Attorney General for Civil Litigation  
Attorney General of Texas  
P. O. Box 12546  
Austin, Texas 78711-2548

Re: Veasey v. Perry, No. 2:13-cV-193 (V.S.D.Ct., S.D. Tx., Corpus Christi Division)

Dear Mr. Scott,

This letter is meant to clarify and amend my prior correspondence to you on this subject.

I respectfully decline your offer to represent me in the above litigation at this time. Although I am not currently a party to that litigation, I do not believe that the Office of Attorney General (OAG) is advocating a position in this litigation that would be consistent with mine. As such, it is my impression that any representation provided me by the Attorney General would not be free of conflict of interest. I will not waive any actual or potential conflict of interest in exchange for accepting your offer of representation.

I understand that the Court issued a verbal order in open court that you inquire concerning my intentions of asserting legislative privilege. Since the Office of the Attorney General does not represent me in this case in my legislative capacity or otherwise, and since at this time I am not asking you to do that, the Attorney General has no authority to assert or waive the legislative privilege on my behalf.

It is my intention to cooperate with the Court. As such, to the extent that the OAG possesses documents or information sought in the above case which relate specifically and only to S.B. 14, the 2011 legislation which is the subject of ongoing litigation in Veasey v. Perry, No. 2:13-cV-193 (V.S.D.Ct., S.D. Tx.), I authorize the OAG to provide those limited documents and information in response to any requests made by or on behalf of the Veasey Plaintiffs or the Department of Justice. This authorization is conditioned that there be no other waiver of privilege at this time. In regard to any other matter, I reserve the right to assert the privilege as to documents or information now held by the OAG or to which the OAG may have access.

As to whether I would agree at this time to waive my legislative privilege in the event I am requested or subpoenaed to provide testimony under deposition or in open court, I would reserve my right to assert or waive legislative privilege at that time, rather than waive it prospectively. Please advise if you need further information or clarification. I also request notice of any documents or information turned over in connection with my office and the above limited waiver.

Respectfully,

*Yvonne Davis*

Yvonne Davis  
State Representative  
District 111