# EXHIBIT 1

| Holder-ESI | Veasey-ESI | Technical Issues |
|---|---|---|
| Beg Bates | Beg Bates | |
| End Bates | End Bates | |
| Attachment Beginning Bates - Attachment Ending Bates | Attach Range | ParentID / BEGATT / ENDATT exist for very few families, but not all families in Holder case. The document review program—Summation—does not compute "attach range," so to accommodate the "attach range" for Veasey, in an attempt to comply with the Veasey ESI, we have been providing the info in the 3 above-mentioned fields. |
| To | To | |
| From | | |
| CC | CC | |
| BCC | BCC | |
| Subject | Subject | |
| Date Sent | Date Sent | |
| Time Sent | Time Sent | |
| Message ID | | |
| Main Date | | |
| Title | | |
| Document Type | | |
| Custodian | Custodian | Source information collected mostly at office level. Individual custodians not captured for Holder. |
| Redact Flag | | |
| Original Filename | Original Filename | Inconsistently captured in Holder. Missing file names could indicate scanned documents. |
| Original File Path | | |
| Folder | | |
| Create Date/Time | | |
| Modify Date/Time | | |
| Native File Path | Prod File Path | Many "natives" were produced as imaged in Holder. Native no longer exists. |
| | Author | Not captured in Holder |
| | MD5 Hash | Not captured in Holder |
| | Responsive To | Not captured in Holder |

Other Technical Limitation:

(Holder) No deduplication specified                    (Veasey) MD5 Deduplication