IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>    Plaintiffs,<br><br>   v.<br><br>RICK PERRY, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS<br>EDUCATION FUND, *et al.*,<br><br>    Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC<br>COUNTY JUDGES AND COUNTY<br>COMMISSIONERS, *et al.*,<br><br>    Plaintiff-Intervenors,<br><br>   v.<br><br>STATE OF TEXAS, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

                 Plaintiffs,

       v.

NANDITA BERRY, *et al.*,

                 Defendants.

Civil Action No. 2:13-cv-291 (NGR)

---

BELINDA ORTIZ, *et al.*,

                 Plaintiffs,

       v.

STATE OF TEXAS, *et al.*,

                 Defendants

Civil Action No. 2:13-cv-348 (NGR)

## <u>NOTICE OF FILING OF PLAINTIFFS AND PLAINTIFF-INTERVENORS' SECOND PROPOSED AMENDED SCHEDULING ORDER</u>

On March 13, 2014, all plaintiffs and plaintiff-intervenors jointly moved for entry of an amended scheduling order.  Joint Mot. (ECF No. 196).  On March 25, 2014, defendants filed a response in opposition thereto.  Defs. Opp. (ECF No. 206).  During a hearing on April 1, the Court instructed the parties to confer about the schedule and set a subsequent hearing for April 8.

The parties have conferred and are unable to reach a mutually-acceptable proposed schedule as to all relevant dates.  To assist the Court in evaluating the parties' proposals on the scheduling, the United States hereby submits a chart comparing the deadlines proposed by all parties.  Comparison Chart (Ex. 1).  For the reasons set out in the Joint Motion, as well as the reasons discussed during the April 1 hearing, plaintiffs and plaintiff-intervenors respectfully

request that the Court grant the pending Joint Motion and enter the second proposed amended

scheduling order.  2d Proposed Am. Scheduling Order (Ex. 2).


Date:  April 7, 2014

                                                    Respectfully submitted,


KENNETH MAGIDSON                                    JOCELYN SAMUELS
United States Attorney                              Acting Assistant United States
Southern District of Texas                          Civil Rights Division

                                                    _/s/ Elizabeth S. Westfall_____
                                                    T. CHRISTIAN HERREN, JR.
                                                    MEREDITH BELL-PLATTS
                                                    ELIZABETH S. WESTFALL
                                                    BRUCE I. GEAR
                                                    JENNIFER L. MARANZANO
                                                    ANNA M. BALDWIN
                                                    DANIEL J. FREEMAN
                                                    Attorneys, Voting Section
                                                    Civil Rights Division
                                                    Department of Justice
                                                    950 Pennsylvania Avenue, N.W.
                                                    Washington, D.C. 20530

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 7, 2014, I served a true and correct copy of the foregoing via electronic mail on the following counsel of record:

John B. Scott
John Reed Clay, Jr.
Gregory David Whitley
Sean Flammer
Stephen Ronald Keister
Office of the Texas Attorney General
john.scott@texasattorneygeneral.gov
reed.clay@texasattorneygeneral.gov
david.whitley@texasattorneygeneral.gov
sean.flammer@texasattorneygeneral.gov
ronny.keister@texasattorneygeneral.gov

*Counsel for Defendants*

Chad W. Dunn
Kembel Scott Brazil
Brazil & Dunn
chad@bradzilanddunn.com
scott@bazilanddunn.com

Neil G. Baron
Law Offices of Neil G. Baron
neil@ngbaronlaw.com

Armand Derfner
Derfner, Altman, & Wilborn
aderfner@dawlaw.com

Luiz Roberto Vera, Jr.
lrvlaw@sbcglobal.net

*Counsel for Veasey Plaintiffs*

Rolando L. Rios
Law Offices of Rolando L. Rios
rrios@rolandorioslaw.com

*Counsel for Texas Association of Hispanic
County Judges and County Commissioners
Plaintiff-Intervenors*

Christina Swarns
Ryan P. Haygood
Natasha M. Korgaonkar
Leah C. Aden
NAACP Legal Defense and Educational
Fund, Inc.
cswarns@naacpldf.org
rhaygood@naacpldf.org
nkorgaonkar@naacpldf.org
laden@naacpldf.org

Danielle Conley
Jonathan Paikin
Kelly P. Dunbar
Sonya L. Lebsack
Gerald J. Sinzdak
Lynn Eisenberg
M. Hasan Ali
Richard F. Shordt
WilmerHale LLP
danielle.conley@wilmerhale.com
jonathan.paikin@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com
Gerard.sinzdak@wilmerhale.com
Lynn.eisenberg@wilmerhale.com
hasan.ali@wilmerhale.com
richard.shordt@wilmerhale.com

*Counsel for Texas League of Young Voters
Plaintiff-Intervenors*

Ezra D. Rosenberg
Amy L. Rudd
Dechert LLP
ezra.rosenberg@dechert.com
amy.rudd@dechert.com

Wendy Weiser
Jennifer Clark
Vishal Agraharkar
Brennan Center for Justice at NYU School
   of Law
wendy.weiser@nyu.edu
jenniferl.clark@nyu.edu
vishal.argraharkar@nyu.edu

Mark A. Posner
Sonia Kaur Gill
Erandi Zamora
Lawyers' Committee for Civil Rights
mposner@lawyerscommittee.org
sgill@lawyerscommittee.org
ezamora@lawyerscommittee.org

*Counsel for Texas State Conference of
NAACP Branches Plaintiffs*

Jose Garza
Marinda van Dalen
Robert W. Doggett
Peter McGraw
Texas Rio Grande Legal Aid, Inc.
jgarza@trla.org
mvandalen@trla.org
rdoggett@trla.org
pmcgraw@trla.org

*Counsel for Ortiz Plaintiffs*

*/s/ Elizabeth S. Westfall*
Elizabeth S. Westfall
Voting Section
Civil Rights Division
Department of Justice
Room 7123 NWB
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
elizabeth.westfall@usdoj.gov