# EXHIBIT 1

**Comparison of Deadlines in Current Scheduling Order and Defendants' Proposed Scheduling Order**

| Pertinent Deadlines | Date in current scheduling | Date in proposed scheduling order (Texas) |
|---|---|---|
| United States will disclose the output of database comparisons | Not included | May 23 |
| Close of fact discovery | May 2 | May 30 |
| Plaintiffs' expert reports due | May 9 | June 20 |
| Non-expert summary judgment | Not included | June 30 |
| State's expert rebuttal reports due | June 6 | July 18 |
| Plaintiffs' reply reports due | June 30 | July 27 |
| Close of expert witness discovery | July 15 | August 17 |
| Close of de bene esse depositions | Not included | Not included |
| Proposed findings of fact and conclusions of law | August 7 (minute order, Jan. 3, 2014) | August 18 |
| Dispositive and Daubert motions due | July 22 | August 18 |
| Responses to dispositive and Daubert motions due | August 4 | August 28 |
| Replies to dispositive and Daubert motions due | August 11 | Not included |
| Joint pretrial order | August 7 | August 20 |
| Pre-File direct and declaration | Not included | August 27 |
| Final pretrial conference | August 21 | August 27 |
| Trial begins | September 2 | September 2 |