# Exhibit 5

ATTORNEY GENERAL OF TEXAS

GREG ABBOTT

February 20, 2014

G. DAVID WHITLEY
ASSISTANT DEPUTY ATTORNEY GENERAL
DIRECT DIAL: (512) 475-3281

Bruce I. Gear
Trial Attorney
Voting Section, Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
NWB Room 7125
Washington, DC 20530

      Re:  *Veasey v. Perry*, No. 2:13-cv-193 (S.D. Tex.)

Dear Mr. Gear,

      The Unites States' Privilege Log related to its Responses and Objections to Defendants' First Requests for Production (Jan. 23, 2014) is incomplete. The Defendants recognize the need to produce information and supplement privilege logs as information becomes available, which may have resulted in the insufficiencies in the United States' Privilege Log. Please advise by Monday, February 24, 2014, as to whether the United States' Privilege Log is the final version for the documents that were produced with its Responses and Objections to Defendants' First Requests for Production.

      Regards,

      */s/ G. David Whitley*
      G. David Whitley
      Assistant Deputy Attorney General