# Exhibit 6

# Wilson, Anne

| | |
|---|---|
| **From:** | Whitley, David |
| **Sent:** | Thursday, March 27, 2014 3:51 PM |
| **To:** | Westfall, Elizabeth (CRT) (Elizabeth.Westfall@usdoj.gov) |
| **Cc:** | Scott, John; Clay, Reed |
| **Subject:** | Veasey v. Perry: Motion to Compel the Production of Documents |

Elizabeth,

I called you earlier regarding the United States' privilege log but reached your voicemail. The deficiencies run throughout the entire privilege log. During our February 24, 2014 phone call, counsel for the Defendants reiterated that we have issues with the entire log; therefore, we will not identify specific log entries, by bates number, that we belief require supplementation to conform with the parties' Agreement Concerning Production Format as requested by your February 26 letter.

If we have not heard from you by 9:00 a.m. CDT on March 28, 2014, we will assume that the United States is resting on its current privilege log, and we be filing a Motion to Compel the production of documents delineated in Defendants' First and Second Requests for Production of Documents.

Regards,
David

G. David Whitley
Assistant Deputy Attorney General
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
(512) 475-3281 Direct
(512) 936-0545 Fax
David.Whitley@texasattorneygeneral.gov

This message and any attachment(s) may be confidential and/or privileged pursuant to Government Code sections 552.101, 552.103, 552.107, and 552.111, and should not be disclosed without the express authorization of the Attorney General of Texas.