# Exhibit 9

*United States v. Texas,* Civil Action No. 2:13-cv-263 (NGR)
**Amended Privilege Log of Plaintiff United States, for United States' Response to Defendant Texas First Request for Production Served on Plaintiff**
Key: DPP (Deliberative Process Privilege); AWP (Attorney Work Product Privilege); ATC (Attorney-Client Privilege); CIP (Common Interest Privilege)

| BEGDOC | ENDDOC | Privilege Asserted | Document Description | To/Recipient | From/Author | Date |
|---|---|---|---|---|---|---|
| USA_00006865 | USA_00006866 | DPP | Portion of Docket Sheet, regarding election-related forms, signs, and handbooks modified so as to comply with Chapter 123 (S.B. 14) (2011), File No. 2012-3260, showing internal distribution and staff assignment | Not Applicable, standard form in Section 5 file | Not Applicable, standard form in Section 5 file | 6/4/2012 |
| USA_00006882 | USA_00006883 | DPP | Portion of Docket Sheet, regarding election-related forms, signs, and handbooks modified so as to comply with Chapter 123 (S.B. 14) (2011), File No. 2012-3260, showing internal distribution and staff assignment | Not Applicable, standard form in Section 5 file | Not Applicable, standard form in Section 5 file | 7/24/2012 |
| USA_00006884 | USA_00006885 | DPP | Portion of Docket Sheet, regarding election-related forms, signs, and handbooks modified so as to comply with Chapter 123 (S.B. 14) (2011), File No. 2012-3260, showing internal distribution and staff assignment | Not Applicable, standard form in Section 5 file | Not Applicable, standard form in Section 5 file | 7/26/2012 |
| USA_00006892 | USA_00006893 | DPP | Portion of DOJ ltr to Ingram, regarding election-related forms, signs, and handbooks modified so as to comply with Chapter 123 (S.B. 14) (2011), File No. 2012-3260, indicating internal distribution of copies | Keith Ingram, Director of Elections, State of Texas | T. Christian Herren Jr., Chief, Voting Section | 7/27/2012 |
| USA_00006896 | USA_00006897 | DPP | Portion of DOJ ltr to Ingram regarding election-related forms, signs, and handbooks modified so as to comply with Chapter 123 (S.B. 14) (2011), File No. 2012-3260, indicating internal distribution of copies | Keith Ingram, Director of Elections, State of Texas | T. Christian Herren Jr., Chief, Voting Section | 9/11/2012 |
| USA_00057576 | USA_00057589 | DPP, AWP, ATC | Section 5 Analysis Memorandum, regarding election-related forms, signs, and handbooks modified so as to comply with Chapter 123 (S.B. 14) (2011), File No. 2012-3260 | Voting Section Attorney | Voting Section Attorney | 9/13/2012 |
| USA_00057590 | USA_00057593 | DPP, AWP | Portion of TX SOS forms AW 7-7 and 7-20 showing internal notes, File No. 2012-3260 | NA | NA | Undated |
| USA_00057594 | USA_00057691 | DPP, AWP | Portion of TX SOS information showing internal notes, File No. 2012-3260 | NA | NA | Undated |
| USA_00056129 | USA_00056129 | DPP | Place holder for the internal portion of file No. 2011-2775 | Not Applicable, standard form in Section 5 file | Not Applicable, standard form in Section 5 file | Undated |
| USA_00056130 | USA_00056130 | DPP | Copy of file folder for the internal portion of file No. 2011-2775 | Not Applicable, standard form in Section 5 file | Not Applicable, standard form in Section 5 file | Undated |
| USA_00056131 | USA_00056139 | DPP | Portion of DOJ ltr to Ingram, regarding Chapter 123 (S.B. 14) (2011), File No. 2011-2775, indicating internal distribution of copies | Keith Ingram, Director of Elections, State of Texas | T. Christian Herren Jr., Chief, Voting Section | Undated |
| USA_00056140 | USA_00056141 | DPP | Mailing slip and memorandum of attestation, documenting mailing of March 12, 2012, determination letter regarding Chapter 123 (S.B. 14) (2011), File No. 2011-2775 | T. Christian Herren Jr., Chief, Voting Section | Voting Section Attorney | 3/12/2012 |
| USA_00056142 | USA_00056341 | DPP, AWP, ATC | Section 5 Recommendation Memorandum and Attachments, regarding Chapter 123 (S.B. 14) (2011), File No. 2011-2775 | Thomas E. Perez, Asst. Attorney General | Voting Section Attorneys | 3/2/2012 |
| USA_00056342 | USA_00056342 | DPP | Portion of DOJ ltr to Winn regarding 1 Tex. Admin. Code Section 81.71 and the amendments to 1 Tex. Admin. Code Sections 81.172, 81.173, and 81.174, File Nos. 2011-5073 and 2011-5552, indicating internal distribution of copies | Elizabeth Hanshaw Winn, Interim Director of Elections, State of Texas | T. Christian Herren Jr., Chief, Voting Section | 1/9/2012 |
| USA_00056343 | USA_00056343 | DPP | Fax Transmittal Sheet and Transaction Report, indicating DOJ staff, File No. 2011-2775 | Elizabeth Hanshaw Winn, Interim Director of Elections, State of Texas | Identity Witheld | 1/9/2012 |
| USA_00056344 | USA_00056345 | DPP | Portion of DOJ ltr to McGeehan, regarding Chapter 123 (S.B. 14) (2011), File No. 2011-2775, indicating internal distribution of copies | Ann McGeehan, Director of Elections, State of Texas | T. Christian Herren Jr., Chief, Voting Section | 11/16/2011 |

| | | | | | | |
|---|---|---|---|---|---|---|
| USA_00056346 | USA_00056346 | DPP | Mailing slip and memorandum of attestation, documenting mailing of November 16, 2011, letter regarding Chapter 123 (S.B. 14) (2011), File No. 2011-2775 | T. Christian Herren Jr., Chief, Voting Section | Illegible | 11/16/2011 |
| USA_00056347 | USA_00056347 | DPP | Fax Transmittal Sheet and Transaction Report, indicating DOJ staff, File No. 2011-2775 | Ann McGeehan, Director of Elections, State of Texas | Identity Witheld | 11/16/2011 |
| USA_00056348 | USA_00056350 | DPP | Portion of DOJ ltr to McGeehan, regarding Chapter 123 (S.B. 14) (2011), File No. 2011-2775, indicating internal distribution of copies | Ann McGeehan, Director of Elections, State of Texas | T. Christian Herren Jr., Chief, Voting Section | 9/23/2011 |
| USA_00056351 | USA_00056352 | DPP | Mailing slip and memorandum of attestation, documenting mailing of September 23, 2011, letter regarding Chapter 123 (S.B. 14) (2011), File No. 2011-2775 | T. Christian Herren Jr., Chief, Voting Section | Illegible | 9/23/2011 |
| USA_00056353 | USA_00056353 | DPP | Fax Transmittal Sheet and Transaction Report indicating DOJ staff, file No. 2011-2775 | N/A | N/A | 9/23/2011 |
| USA_00056354 | USA_00056354 | DPP | Cover sheet labeled "Recommendation Materials", File No. 2011-2775 | N/A | N/A | Undated |
| USA_00056355 | USA_00056358 | DPP | Docket Sheet, regarding Chapter 123 (S.B. 14) (2011), File No. 2011-2775, showing internal distribution and staff assignment | Not Applicable, standard form in Section 5 file | Not Applicable, standard form in Section 5 file | 3/15/2012 |
| USA_00056385 | USA_00056386 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, Texas state representative Armando Martinez | File | Voting Section Attorney(s) | 4/6/2012 |
| USA_00056387 | USA_00056390 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, Texas state senator Carlos Uresti | File | Voting Section Attorney(s) | 4/4/2012 |
| USA_00056391 | USA_00056396 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, Texas state senator Eddie Lucio | File | Voting Section Attorney(s) | 4/5/2012 |
| USA_00056397 | USA_00056403 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, United States Congressman Joaquin Castro | File | Voting Section Attorney(s) | 4/5/2012 |
| USA_00056404 | USA_00056410 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, Texas state representative Joe Farias | File | Voting Section Attorney(s) | 4/5/2012 |
| USA_00056411 | USA_00056417 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, Texas state senator Judith Zaffirini | File | Voting Section Attorney(s) | 4/5/2012 |
| USA_00056418 | USA_00056424 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, former Texas state senator Mario Gallegos | File | Voting Section Attorney(s) | 4/2/2012 |
| USA_00056425 | USA_00056427 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, United States Congressman Pete Gallego | File | Voting Section Attorney(s) | 4/2/2012 |
| USA_00056428 | USA_00056431 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, former Texas state representative Scott Hochberg | File | Voting Section Attorney(s) | 4/3/2012 |
| USA_00056432 | USA_00056437 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, Texas state representative Trey Martinez-Fischer | File | Voting Section Attorney(s) | 4/4/2012 |
| USA_00056438 | USA_00056444 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, Texas state representative Rafael Anchia | File | Voting Section Attorney(s) | NA |
| USA_00056445 | USA_00056448 | DPP, AWP | Voting Section draft internal outline for phone calls with potential witnesses | NA | Voting Section Attorney(s) | NA |
| USA_00056449 | USA_00056455 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, Texas state representative Dawnna Dukes | File | Voting Section Attorney(s) | 3/30/2012 |
| USA_00056456 | USA_00056464 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, Texas state senator Wendy Davis | File | Voting Section Attorney(s) | NA |
| USA_00056465 | USA_00056472 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, Texas state senator Rodney Ellis | File | Voting Section Attorney(s) | NA |
| USA_00056473 | USA_00056480 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, former Texas state representative Mark Strama | File | Voting Section Attorney(s) | NA |
| USA_00056481 | USA_00056488 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, Texas state representative Lon Burnam | File | Voting Section Attorney(s) | NA |
| USA_00056489 | USA_00056492 | DPP, AWP | Voting Section draft internal outline for phone calls with potential witnesses | NA | Voting Section Attorney(s) | NA |
| USA_00056493 | USA_00056495 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, former Texas state representative Scott Hochberg | File | Voting Section Attorney(s) | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| USA_00056496 | USA_00056505 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, Texas state senator Leticia Van de Putte | File | Voting Section Attorney(s) | NA |
| USA_00056506 | USA_00056515 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, Texas state representative Garnet Coleman | File | Voting Section Attorney(s) | NA |
| USA_00056516 | USA_00056524 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, United States Congressman Marc Veasey | File | Voting Section Attorney(s) | NA |
| USA_00056525 | USA_00056564 | DPP | Election 2006_Voting Complaints includes Voting Section attorney notes and the names of complainants | File | Voting Section Attorney(s) | 12/21/2006 |
| USA_00056730 | USA_00056730 | DPP | Email from Executive Sec. Tonia Myles to DOJ_Meeting with Congressman Jackson | DOJ | Tonia Myles | 9/26/2011 |
| USA_00056768 | USA_00056769 | DPP | Portion of letter to Rodney Ellis and Eddie Bernice Johnson from John R. Dunne indicating internal distribution of copies | Rodney Ellis, Eddie Bernice Johnson | John R. Dunne, Asst. Attorney General | 6/26/1992 |
| USA_00056770 | USA_00056771 | DPP | Portion of letter from Rodney Ellis and Eddie Bernice Johnson to John R. Dunne, Asst. Attorney General, indicating internal distribution of copies | John R. Dunne, Asst. Attorney General | Rodney Ellis, Eddie Bernice Johnson | 4/17/1992 |
| USA_00056772 | USA_00056773 | DPP | Portion of letter to Don Edwards Chairman, Subcommittee on Civ. Rights and Con. Rights, U.S. House of Representatives from John R. Dunne, Asst. Attorney General indicating internal distribution of copies | John R. Dunne, Asst. Attorney General | Don Edwards, Chairman, Subcommittee on Civ. Rights and Con. Rights, U.S. House of Representatives | 6/26/1992 |
| USA_00056780 | USA_00056780 | DPP | Portion of letter to Richard Polanco from Deval L. Patrick indicating internal distribution of copies | Richard Polanco | Deval L. Patrick, Asst. Attorney General | 12/2/1996 |
| USA_00056783 | USA_00056783 | DPP | Portion of letter to Arturo Vargas from Deval L. Patrick indicating internal distribution of copies | Arturo Vargas | Deval L. Patrick, Asst. Attorney General | 12/2/1996 |
| USA_00056785 | USA_00056785 | DPP | Portion of letter to J. Gerald Hebert from Elizabeth Johnson indicating internal distribution of copies | J. Gerald Hebert | Elizabeth Johnson, Chief, Voting Section | 12/4/1996 |
| USA_00056786 | USA_00056788 | DPP | Portion of letter to Janet Reno, United States Attorney General, from J. Gerald Hebert indicating intenral distribution of copies | Janet Reno, United States Attorney General | J. Gerald Hebert | 11/26/1996 |
| USA_0056790 | USA_00056790 | DPP | Portion of letter to Arturo Vargas from Deval L. Patrick indicating internal distribution of copies | Arturo Vargas | Deval L. Patrick, Asst. Attorney General | 12/11/1996 |
| USA_00056791 | USA_00056791 | DPP | Fax cover sheet, request for federal oversight | Department of Justice | Citizen complainant | 10/29/1996 |
| USA_00056795 | USA_00056795 | DPP | Fax cover sheet, request for federal oversight | Department of Justice | Citizen complainant | 10/29/1996 |
| USA_00056798 | USA_00056798 | DPP | Portion of letter to Belen Robles from Deval L. Patrick, Asst. Attorney General, indicating internal distribution of copies | Belen Robles | Deval L. Patrick, Asst. Attorney General | 12/11/1996 |
| USA_00056805 | USA_00056805 | DPP | Portion of letter to Miguel Vega from Deval L. Patrick, Asst. Attorney General, indicating internal distribution of copies | Miguel Vega | Deval L. Patrick, Asst. Attorney General | 12/11/1996 |
| USA_00056808 | USA_00056809 | DPP | Portion of letter to Tony Chavez from Elizabeth Johnson indicating internal distribution of copies | Tony Chavez | Elizabeth Johnson, Chief Voting Section | 11/2/1998 |
| USA_00056810 | USA_00056811 | DPP | Portion of letter to Raul Yzaguirre from Elizabeth Johnson indicating internal distribution of copies | Raul Yzaguirre | Elizabeth Johnson, Chief Voting Section | 11/2/1998 |
| USA_00056816 | USA_00056816 | DPP | Portion of letter to Martin Frost, U.S. House of Representatives from Robert Raben, Assistant Attorney General, indicating internal distribution of copies | Martin Frost | Robert Raben, Assist. Attorney General | 10/6/2000 |
| USA_00056822 | USA_00056823 | DPP | Portion of letter to James E. Clyburn, Chair Congressional Black Caucus from Robert Raben, Asst. Attorney General, indicating internal distribution of copies | James Clyburn, Congressional Black Caucus | Robert Raben, Assist. Attorney General | 12/8/2000 |
| USA_00056824 | USA_00056825 | DPP | Portion of letter to Eva M. Clayton, Congressional Black Caucus from Robert Raben, Asst. Attorney General, indicating internal distribution of copies | James Clyburn, Congressional Black Caucus | Robert Raben, Assist. Attorney General | 12/8/2000 |
| USA_00056826 | USA_00056827 | DPP | Portion of letter to Corrine Brown, U.S. House of Representatives from Robert Raben, Assistant Attorney General, indicating internal distribution of copies | Corrine Brown, U.S. House of Representatives | Robert Raben, Assist. Attorney General | 12/8/2000 |
| USA_00056828 | USA_00056829 | DPP | Portion of letter to Carolyn C. Kilpatrick, Congressional Black Caucus from Robert Raben, Assistant Attorney General, indicating internal distribution of copies | Carolyn C. Kilpatrick, Congressional Black Caucus | Robert Raben, Assist. Attorney General | 12/8/2000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| USA_00056830 | USA_00056831 | DPP | Portion of letter to Robert Scott, Congressional Black Caucus from Robert Raben, Assistant Attorney General, indicating internal distribution of copies | Robert Scott, Congressional Black Caucus | Robert Raben, Assist. Attorney General | 12/8/2000 |
| USA_00056832 | USA_00056833 | DPP | Portion of letter to John Conyers, Jr., Congressional Black Caucus from Robert Raben, Assistant Attorney General, indicating internal distribution of copies | John Conyers, Jr., Congressional Black Caucus | Robert Raben, Assist. Attorney General | 12/8/2000 |
| USA_00056834 | USA_00056835 | DPP | Portion of letter to Bobby L. Rush, Congressional Black Caucus from Robert Raben, Assistant Attorney General, indicating internal distribution of copies | Bobby L. Rush, Congressional Black Caucus | Robert Raben, Assist. Attorney General | 12/8/2000 |
| USA_00056836 | USA_00056837 | DPP | Portion of letter to Edolphus Towns, Congressional Black Caucus from Robert Raben, Assistant Attorney General, indicating internal distribution of copies | Edolphus Towns, Congressional Black Caucus | Robert Raben, Assist. Attorney General | 12/8/2000 |
| USA_00056838 | USA_00056839 | DPP | Portion of letter to Donald M. Payne, Congressional Black Caucus from Robert Raben, Assistant Attorney General, indicating internal distribution of copies | Donald M. Payne, Congressional Black Caucus | Robert Raben, Assist. Attorney General | 12/8/2000 |
| USA_00056840 | USA_00056841 | DPP | Portion of letter to Chaka Fattah, Congressional Black Caucus from Robert Raben, Assistant Attorney General, indicating internal distribution of copies | Chaka Fattah, Congressional Black Caucus | Robert Raben, Assist. Attorney General | 12/8/2000 |
| USA_00056842 | USA_00056843 | DPP | Portion of letter to Earl F. Hilliard, Congressional Black Caucus from Robert Raben, Assistant Attorney General, indicating internal distribution of copies | Earl F. Hilliard, Congressional Black Caucus | Robert Raben, Assist. Attorney General | 12/8/2000 |
| USA_00056844 | USA_00056845 | DPP | Portion of letter to Bennie Thompson, Congressional Black Caucus from Robert Raben, Assistant Attorney General, indicating internal distribution of copies | Bennie Thompson, Congressional Black Caucus | Robert Raben, Assist. Attorney General | 12/8/2000 |
| USA_00056846 | USA_00056847 | DPP | Portion of letter to Eleanor Holmes Norton, Congressional Black Caucus from Robert Raben, Assistant Attorney General, indicating internal distribution of copies | Eleanor Holmes Norton, Congressional Black Caucus | Robert Raben, Assist. Attorney General | 12/8/2000 |
| USA_00056848 | USA_00056849 | DPP | Portion of letter to Stephanie Tubbs Jones, Congressional Black Caucus from Robert Raben, Assistant Attorney General, indicating internal distribution of copies | Stephanie Tubbs Jones, Congressional Black Caucus | Robert Raben, Assist. Attorney General | 12/8/2000 |
| USA_00056850 | USA_00056851 | DPP | Portion of letter to Eddie Bernice Johnson, Congressional Black Caucus from Robert Raben, Assistant Attorney General, indicating internal distribution of copies | Eddie Bernice Johnson, Congressional Black Caucus | Robert Raben, Assist. Attorney General | 12/8/2000 |
| USA_00056852 | USA_00056853 | DPP | Portion of letter to Julia Carson, Congressional Black Caucus from Robert Raben, Assistant Attorney General, indicating internal distribution of copies | Julia Carson, Congressional Black Caucus | Robert Raben, Assist. Attorney General | 12/8/2000 |
| USA_00056854 | USA_00056855 | DPP | Portion of letter to Donna M. Christian-Christensen, Congressional Black Caucus from Robert Raben, Assistant Attorney General, indicating internal distribution of copies | Donna M. Christian-Christensen, Congressional Black Caucus | Robert Raben, Assist. Attorney General | 12/8/2000 |
| USA_00056856 | USA_00056857 | DPP | Portion of letter to Elijah E. Cummings, Congressional Black Caucus from Robert Raben, Assistant Attorney General, indicating internal distribution of copies | Elijah E. Cummings, Congressional Black Caucus | Robert Raben, Assist. Attorney General | 12/8/2000 |
| USA_00056858 | USA_00056859 | DPP | Portion of letter to Gregory W. Meeks, Congressional Black Caucus from Robert Raben, Assistant Attorney General, indicating internal distribution of copies | Gregory W. Meeks, Congressional Black Caucus | Robert Raben, Assist. Attorney General | 12/8/2000 |
| USA_00056860 | USA_00056861 | DPP | Portion of letter to Danny K. Davis, Congressional Black Caucus from Robert Raben, Assistant Attorney General, indicating internal distribution of copies | Danny K. Davis, Congressional Black Caucus | Robert Raben, Assist. Attorney General | 12/8/2000 |
| USA_00056862 | USA_00056863 | DPP | Portion of letter to Cynthia McKinney, Congressional Black Caucus from Robert Raben, Assistant Attorney General, indicating internal distribution of copies | Cynthia McKinney, Congressional Black Caucus | Robert Raben, Assist. Attorney General | 12/8/2000 |
| USA_00056864 | USA_00056865 | DPP | Portion of letter to John Lewis, Congressional Black Caucus from Robert Raben, Assistant Attorney General, indicating internal distribution of copies | John Lewis, Congressional Black Caucus | Robert Raben, Assist. Attorney General | 12/8/2000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| USA_00056866 | USA_00056867 | DPP | Portion of letter to Jesse L. Jackson, Jr. Congressional Black Caucus from Robert Raben, Assistant Attorney General, indicating internal distribution of copies | Jesse L. Jackson, Jr., Congressional Black Caucus | Robert Raben, Assist. Attorney General | 12/8/2000 |
| USA_00056868 | USA_00056869 | DPP | Portion of letter to Harold E. Ford, Jr. Congressional Black Caucus from Robert Raben, Assistant Attorney General, indicating internal distribution of copies | Harold E. Ford, Jr., Congressional Black Caucus | Robert Raben, Assist. Attorney General | 12/8/2000 |
| USA_00056870 | USA_00056871 | DPP | Portion of letter to Albert R. Wynn Congressional Black Caucus from Robert Raben, Assistant Attorney General, indicating internal distribution of copies | Albert R. Wynn, Congressional Black Caucus | Robert Raben, Assist. Attorney General | 12/8/2000 |
| USA_00056872 | USA_00056873 | DPP | Portion of letter to Juanita Millender-McDonald, Congressional Black Caucus from Robert Raben, Assistant Attorney General, indicating internal distribution of copies | Juanita Millender-McDonald, Congressional Black Caucus | Robert Raben, Assist. Attorney General | 12/8/2000 |
| USA_00056874 | USA_00056875 | DPP | Portion of letter to Sheila Jackson Lee, Congressional Black Caucus from Robert Raben, Assistant Attorney General, indicating internal distribution of copies | sheila Jackson Lee, Congressional Black Caucus | Robert Raben, Assist. Attorney General | 12/8/2000 |
| USA_00056876 | USA_00056877 | DPP | Portion of letter to Carrie P. Meek, Congressional Black Caucus from Robert Raben, Assistant Attorney General, indicating internal distribution of copies | Carrie P. Meek, Congressional Black Caucus | Robert Raben, Assist. Attorney General | 12/8/2000 |
| USA_00056878 | USA_00056879 | DPP | Portion of letter to Barbara Lee, Congressional Black Caucus from Robert Raben, Assistant Attorney General, indicating internal distribution of copies | Barbara Lee, Congressional Black Caucus | Robert Raben, Assist. Attorney General | 12/8/2000 |
| USA_00056880 | USA_00056881 | DPP | Portion of letter to William J. Jefferson, Congressional Black Caucus from Robert Raben, Assistant Attorney General, indicating internal distribution of copies | William J. Jefferson, Congressional Black Caucus | Robert Raben, Assist. Attorney General | 12/8/2000 |
| USA_00056882 | USA_00056883 | DPP | Portion of letter to Melvin L. Watt, Congressional Black Caucus from Robert Raben, Assistant Attorney General, indicating internal distribution of copies | Melvin L. Watt, Congressional Black Caucus | Robert Raben, Assist. Attorney General | 12/8/2000 |
| USA_00056884 | USA_00056884 | DPP | Portion of letter from Congressional Black Caucus to Janet Reno, Attorney General, indicating internal distribution of copies | Janet Reno, Attorney General | Congressional Black Caucus | 11/14/2000 |
| USA_00056898 | USA_00056899 | DPP | Portion of letter to Senator Rodney Ellis from Joseph Rich, Chief Voting Section, indicating internal distribution of copies | Rodney Ellis | Joseph Rich, Chief, Voting Section | 1/22/2004 |
| USA_00056900 | USA_00056901 | DPP | Portion of letter to Oliver S. Kitzman from Joseph Rich, Chief Voting Section, indicating internal distribution of copies | Oliver S. Kitzman | Joseph Rich, Chief, Voting Section | Undated |
| USA_00056908 | USA_00056908 | DPP | Portion of letter to Senator Joseph Biden, Jr. from Thomas M. Boyd, Assist. Attorney General, indicating internal distribution of copies | Joseph Biden, Jr. | Thomas M. Boyd, Assist. Attorney General | 11/22/1988 |
| USA_00056911 | USA_00056911 | DPP | Portion of letter to Jack Brooks, House of Representatives, from Thomas M. Boyd, Assist. Attorney General, indicating internal distribution of copies | Jack Brooks | Thomas M. Boyd, Assist. Attorney General | 12/5/1988 |
| USA_00056915 | USA_00056916 | DPP | Portion of letter to Bradford Reynolds, Assist. Attorney General from Paul Kirk, Jr., indicating internal distribution of copies | Paul Kirk, Jr. | Bradford Reynolds, Assist. Attorney General | 12/8/1988 |
| USA_00056917 | USA_00056918 | DPP | Portion of letter to Richard Thornburgh, United States Attorney General from Paul G. Kirk Jr., indicating internal distribution of copies | Richard Thornburgh, United States Attorney General | Paul Kirk, Jr. | 11/3/1988 |
| USA_00056922 | USA_00056923 | DPP | Portion of letter to Aurther C. Zeidman, from Steven Rosenbaum indicating internal distribution of copies | Aurther C. Zeidman | Steven Rosenbaum, Deputy Chief, Voting Section | 11/14/1990 |
| USA_00056924 | USA_00056924 | DPP | Portion of letter to Michael Lefkow, from Lee H. Rubin, Attorney, Voting Section, indicating internal distribution of copies | Michael Lefkow | Lee H. Rubin, Attorney Voting Section | 11/28/1990 |
| USA_00056925 | USA_00056925 | DPP | Portion of letter to Ross Masbach, from Lee H. Rubin, Attorney, Voting Section, indicating internal distribution of copies | Ross Masbach | Lee H. Rubin, Attorney Voting Section | 12/4/1990 |

| | | | | | | |
|---|---|---|---|---|---|---|
| USA_00056940 | USA_00056941 | DPP | Portion of letter to Ronald H. Brown from John R. Dunne, Assist. Attorney General, indicating internal distribution of copies | Ronald H. Brown | John R. Dunne, Assist. Attorney General | 12/18/1990 |
| USA_00056945 | USA_00056946 | DPP | Portion of letter to Michael A. Carvin from John R. Dunne, Assist. Attorney General, indicating internal distribution of copies | Michael A. Carvin | John R. Dunne, Assist. Attorney General | 1/14/1991 |
| USA_00056947 | USA_00056948 | DPP | Portion of letter to Thomas Farr from Steven Rosenbaum, Deputy Chief, Voting Section, indicating internal distribution of copies | Thomas Farr | Steven Rosenbaum, Deputy Chief, Voting Section | 1/14/1991 |
| USA_00056949 | USA_00056950 | DPP | Portion of letter to Thomas Farr from Lee Rubin, Voting Section, indicating internal distribution of copies | Thomas Farr | Lee H. Rubin, Attorney Voting Section | 3/8/1991 |
| USA_00056949 | USA_00056950 | DPP | Portion of letter to Thomas Farr from Lee Rubin, Voting Section, indicating internal distribution of copies | Thomas Farr | Lee H. Rubin, Attorney Voting Section | 3/8/1991 |
| USA_00056977 | USA_00056977 | DPP | Portion of letter to Audrey Williams from Wayne Budd, Associate Attorney General, indicating internal distribution of copies | Audrey Williams | Wayne Budd, Associate Attorney General | Undated |
| USA_00056983 | USA_00056984 | DPP | Portion of letter to Joe Thomas Knott, III from Steven Rosenbaum, Deputy Chief, Voting Section, indicating internal distribution of copies | Joe Thomas Knott, III | Steven Rosenbaum, Deputy Chief Voting Section | 10/14/1992 |
| USA_00056989 | USA_00056990 | DPP | Portion of letter to Edward G. Bryant from Rebecca J. Wertz, Deputy Chief, Voting Section, indicating internal distribution of copies | Edward G. Bryant | Rebecca J. Wetz, Deputy Chief Voting Section | 10/3/1992 |
| USA_00057000 | USA_00057000 | DPP | Portion of letter to Haley Barbour from Deval Partick, Assistant Attorney General, indicating internal distribution of copies | Haley Barbour | Deval Partick, Assist. Attorney General | 11/18/1994 |
| USA_00057001 | USA_00057002 | DPP | Portion of letter to Deval Partick, Assistant Attorney General, from Haley Barbour indicating internal distribution of copies | Deval Patrick, Assistant Attorney General | Haley Barbour | 11/3/1994 |
| USA_00057003 | USA_00057003 | DPP | Portion of letter to John R. Wallace from Elizabeth Johnson, Assist. Attorney General, indicating internal distribution of copies | John R. Wallace | Elizabeth Johnson, Assist. Attorney General | 10/31/1996 |
| USA_00057021 | USA_00057022 | DPP | Portion of letter to Manty Sabates Morse from Bill Lann Lee, Acting Assist. Attorney General, indicating internal distribution of copies | Manty Sabates Morse | Bill Lann Lee, Assist. Attorney General | 11/17/1998 |
| USA_00057044 | USA_00057045 | DPP | Portion of letter to Angie Rogers Laplace from Joseph Rich, Acting Chief, Voting Section, indicating internal distribution of copies | Angie Rogers Laplace | Joseph Rich, Chief, Voting Section | 10/14/1999 |
| USA_00057046 | USA_00057047 | DPP | Portion of letter to Charles S. Robb, United States Senate, from Bill Lann Lee, Acting Assist. Attorney General, indicating internal distribution of copies | Charles S. Robb | Bill Lann Lee, Assist. Attorney General | 11/8/1999 |
| USA_00057049 | USA_00057050 | DPP | Portion of letter from Alice Marie Marshall to Charles S. Robb, United States Senate, indicating internal distribution of copies | Charles S. Robb | Alice Marie Marshall | 6/15/1999 |
| USA_00057051 | USA_00057052 | DPP | Portion of letter to Fernando Ferrer from Joseph Rich, Acting Chief, Voting Section, indicating internal distribution of copies | Fernando Ferrer | Joseph Rich, Acting Chief, Voting Section | 11/16/2000 |
| USA_00057066 | USA_00057066 | DPP | Portion of letter to Jim Bennett from John Tanner, Acting Chief, Voting Section, indicating internal distribution of copies | Jim Bennett | John Tanner, Acting Chief, Voting Section | 11/2/1994 |
| USA_00057067 | USA_00057068 | DPP | Portion of letter to Edward Allen from John Tanner, Acting Chief, Voting Section, indicating internal distribution of copies | Edward Allen | John Tanner, Acting Chief, Voting Section | 11/2/1994 |
| USA_00057074 | USA_00057074 | DPP | Portion of letter to Matthew H. Patton from Elizabeth Johnson, Assist. Attorney General, indicating internal distribution of copies | Matthew H. Patton | Elizabeth Johnson, Assist. Attorney General | 10/30/1998 |

| | | | | | | |
|---|---|---|---|---|---|---|
| USA_00057077 | USA_00057078 | DPP | Portion of letter to Nick Lamson from Dennis Burke, Acting Assist. Attorney General, indicating internal distribution of copies | Nick Lamson | Dennis Burke, Acting Assist. Attorney General | 12/23/1998 |
| USA_00057080 | USA_00057081 | DPP | Portion of letter to Martin Frost, U.S. House of Representatives from Robert Raben, Assist. Attorney General, indicating internal distribution of copies | Martin Frost | Robert Raben, Assist. Attorney General | 12/6/2000 |
| USA_00057120 | USA_00057120 | DPP, ATC | Email from Timothy Mellett to Bell-Platts | Meredith Bell-Platts, Deputy Chief, Voting Section | Timothy Mellett | 1/31/2012 |
| USA_00057708 | USA_00057708 | DPP | Portion of DOJ ltr to McGeehan regarding Chapter 1189 (H.B. 178) (2005), File No. 2005-3455, showing internal distribution and staff assignment | Ann McGeehan, Director of Elections, State of Texas | John Tanner, Chief, Voting Section | 11/7/2005 |
| USA_00057709 | USA_00057709 | DPP | Docket sheet, regarding Chapter 1189 (H.B. 178) (2005), File No. 2005-3455, showing internal distribution and staff assignment | Not Applicable, standard form in Section 5 file | Not Applicable, standard form in Section 5 file | 9/26/2005 |
| USA_00057710 | USA_00057712 | DPP, ATC | Section 5 Analysis Memorandum, regarding Chapter 1189 (H.B. 178) (2005), File No. 2005-3455 | Voting Section Attorney(s) | Voting Section Attorney(s) | 11/1/2005 |
| USA_00057713 | USA_00057713 | DPP | Tracking Sheet, File No. 2005-3455 showing internal distribution and staff assignment | Not Applicable, standard form in Section 5 file | Not Applicable, standard form in Section 5 file | Undated |
| USA_00057729 | USA_00057729 | DPP | Portion of DOJ ltr to McGeehan regarding Chapter 1189 (H.B. 178) (2005), File No. 2005-3455, showing internal distribution and staff assignment | Ann McGeehan, Director of Elections, State of Texas | T. Christian Herren Jr., Chief, Voting Section | 10/3/2011 |
| USA_00057730 | USA_00057730 | DPP | Docket Sheet, regarding Chapter 683 (H.B. 174) (2011), File No. 2011-3157, showing internal distribution and staff assignment | Not Applicable, standard form in Section 5 file | Not Applicable, standard form in Section 5 file | 8/22/2011 |
| USA_00057739 | USA_00057746 | DPP, ATC | Section 5 Analysis Memorandum, regarding Chapter 683 (H.B. 174) (2011), File No. 2011-3157 | Voting Section Attorney(s) | Voting Section Attorney(s) | 9/23/2011 |