# Exhibit 10

*United States v. Texas,* Civil Action No. 2:13-cv-263 (NGR)

**Privilege Log of Plaintiff United States, for United States' Response to Defendant Texas First Request for Production Served on Plaintiff**
**Key:  DPP (Deliberative Process Privilege); AWP (Attorney Work Product Privilege); ATC (Attorney-Client Privilege); CIP (Common Interest Privilege)**

| BEGDOC | ENDDOC | Privilege Asserted | Document Description | To/Recipient | From/Author | Date |
|---|---|---|---|---|---|---|
| USA_00006865 | USA_00006866 | DPP, AWP | Docket Sheet,  FileNo. 2012-3260, showing internal distribution and staff assignment | NA | NA | 6/4/2012 |
| USA_00006882 | USA_00006883 | DPP, AWP | Docket Sheet, File No 2012-3260 showing internal distribution and staff assignment | NA | NA | 7/24/2012 |
| USA_00006884 | USA_00006885 | DPP, AWP | Docket Sheet, File No 2012-3260 showing internal distribution and staff assignment | NA | NA | 7/26/2012 |
| USA_00006892 | USA_00006893 | DPP, AWP | Portion of Ltr DOJ to Ingram indicating internal distribution of copies , File No.  2012-3260 | NA | NA | 7/27/2012 |
| USA_00006896 | USA_00006897 | DPP, AWP | Portion of Ltr DOJ to Ingram indicating internal distribution of copies , File No.  2012-3260 | NA | NA | 9/11/2012 |
| USA_00057576 | USA_00057589 | DPP, AWP, ATC | Internal Section 5 Analysis Memo, File No 2012-3260 | NA | NA | 9/13/2012 |
| USA_00057590 | USA_00057593 | DPP, AWP, ATC | Portion of TX SOS forms AW7-7 and 7-20 showing internal notes, File No 2012-3260 | NA | NA | Undated |
| USA_00057594 | USA_00057691 | DPP, AWP, ATC | Portion of TX SOS Information showing internal notes, File No. 2012-3260 | NA | NA | Undated |
| USA_00056129 | USA_00056129 | DPP | Place holder for the internal portion of file No. 2011-2775 | NA | NA | Undated |
| USA_00056130 | USA_00056130 | DPP | Copy of file folder for the internal portion of file No. 2011-2775 | NA | NA | Undated |
| USA_00056131 | USA_00056139 | DPP, AWP | Portion of determination Ltr indicating internal distribution of copies , file No. 2011-2775 | Keith Ingram, Director of Elections, State of Texas | Thomas E. Perez, Asst. Attorney General | Undated |
| USA_00056140 | USA_00056141 | DPP | Memorandum and attachment  documenting mailing of determination letter to the State, file No. 2011-2775 | T. Christian Herren Jr., Chief, Voting Section | Identity Witheld | 3/12/2012 |
| USA_00056142 | USA_00056341 | DPP, AWP, ATC | Section 5 Recommendation Memorandum and Attachments, thereto, for file No. 2011-2775 | Thomas E. Perez, Asst. Attorney General | Identity Witheld | 3/2/2012 |
| USA_00056342 | USA_00056342 | DPP, AWP | Portion of Copy of determination letter indicating internal distribution of copies, file No. 2011-2775 | Elizabeth Hanshaw Winn, Attorney, Texas Sec. of State | T. Christian Herren Jr., Chief, Voting Section | 1/9/2012 |
| USA_00056343 | USA_00056343 | DPP, AWP | Portion of Fax Transmittal Sheet and Transaction Report, indicating internal distribution of copies, file No. 2011-2775 | Elizabeth Hanshaw Winn, Attorney, Texas Sec. of State | Identity Witheld | 1/9/2012 |
| USA_00056344 | USA_00056345 | DPP, AWP | Portion of Copy of determination letter indicating internal distribution of copies, File No. 2011-2775 | Ann McGeehan, Director of Elections, State of Texas | T. Christian Herren Jr., Chief, Voting Section | 11/16/2011 |
| USA_00056346 | USA_00056346 | DPP, AWP | Memo documenting mailing of determination letter to the State, file No. 2011-2775 | T. Christian Herren Jr., Chief, Voting Section | Illegible | 11/16/2011 |
| USA_00056347 | USA_00056347 | DPP, AWP | Fax Transmittal Sheet and Transaction Report, file No. 2011-2775 | Ann McGeehan, Director of Elections, State of Texas | Identity Witheld | 11/16/2011 |
| USA_00056348 | USA_00056350 | DPP, AWP | Copy of determination letter indicating internal distribution of copies, file No. 2011-2775 | Ann McGeehan, Director of Elections, State of Texas | T. Christian Herren Jr., Chief, Voting Section | 9/23/2011 |
| USA_00056351 | USA_00056352 | DPP, AWP | Memo documenting mailing of determination letter to the State, file No. 2011-2775 | T. Christian Herren Jr., Chief, Voting Section | Illegible | 9/23/2011 |
| USA_00056353 | USA_00056353 | DPP, AWP | Portions of Fax Transmittal Sheet and Transaction Report indicating DOJ staff, file No. 2011-2775 | N/A | N/A | 9/23/2011 |
| USA_00056354 | USA_00056354 | DPP, AWP | Recommendation Materials, file No. 2011-2775 | NA | N/A | Undated |
| USA_00056355 | USA_00056358 | DPP, AWP | Portions of Docket Sheet Report showing internal distribution and staff assignment, file No. 2011-2775 | NA | N/A | 3/15/2012 |
| USA_00056385 | USA_00056386 | DPP, AWP | Attorney notes of phone call with potential witness | Identity Withheld | Voting Section Attorney(s) | 4/6/2012 |
| USA_00056387 | USA_00056390 | DPP, AWP | Attorney notes of phone call with potential witness | Identity Withheld | Voting Section Attorney(s) | 4/4/2012 |
| USA_00056391 | USA_00056396 | DPP, AWP | Attorney notes of phone call with potential witness | Identity Withheld | Voting Section Attorney(s) | 4/5/2012 |
| USA_00056397 | USA_00056403 | DPP, AWP | Attorney notes of phone call with potential witness | Identity Withheld | Voting Section Attorney(s) | 4/5/2012 |
| USA_00056404 | USA_00056410 | DPP, AWP | Attorney notes of phone call with potential witness | Identity Withheld | Voting Section Attorney(s) | 4/5/2012 |
| USA_00056411 | USA_00056417 | DPP, AWP | Attorney notes of phone call with potential witness | Identity Withheld | Voting Section Attorney(s) | 4/5/2012 |
| USA_00056418 | USA_00056424 | DPP, AWP | Attorney notes of phone call with potential witness | Identity Withheld | Voting Section Attorney(s) | 4/2/2012 |

| | | | | | | |
|---|---|---|---|---|---|---|
| USA_00056425 | USA_00056427 | DPP, AWP | Attorney notes of phone call with potential witness | Identity Withheld | Voting Section Attorney(s) | 4/2/2012 |
| USA_00056428 | USA_00056431 | DPP, AWP | Attorney notes of phone call with potential witness | Identity Withheld | Voting Section Attorney(s) | 4/3/2012 |
| USA_00056432 | USA_00056437 | DPP, AWP | Attorney notes of phone call with potential witness | Identity Withheld | Voting Section Attorney(s) | 4/4/2012 |
| USA_00056438 | USA_00056444 | DPP, AWP | Draft internal outline for phone calls w/potential witness | Identity Withheld | Voting Section Attorney(s) | Undated |
| USA_00056445 | USA_00056448 | DPP, AWP | Attorney notes of phone call with potential witness | Identity Withheld | Voting Section Attorney(s) | Undated |
| USA_00056449 | USA_00056455 | DPP, AWP | Attorney notes of phone call with potential witness | Identity Withheld | Voting Section Attorney(s) | 3/30/2012 |
| USA_00056456 | USA_00056464 | DPP, AWP | Attorney notes of phone call with potential witness | Identity Withheld | Voting Section Attorney(s) | Undated |
| USA_00056465 | USA_00056472 | DPP, AWP | Attorney notes of phone call with potential witness | Identity Withheld | Voting Section Attorney(s) | Undated |
| USA_00056473 | USA_00056480 | DPP, AWP | Attorney notes of phone call with potential witness | Identity Withheld | Voting Section Attorney(s) | Undated |
| USA_00056481 | USA_00056488 | DPP, AWP | Attorney notes of phone call with potential witness | Identity Withheld | Voting Section Attorney(s) | Undated |
| USA_00056489 | USA_00056495 | DPP, AWP | Attorney notes of phone call with potential witness | Identity Withheld | Voting Section Attorney(s) | Undated |
| USA_00056496 | USA_00056505 | DPP, AWP | Attorney notes of phone call with potential witness | Identity Withheld | Voting Section Attorney(s) | Undated |
| USA_00056506 | USA_00056515 | DPP, AWP | Attorney notes of phone call with potential witness | Identity Withheld | Voting Section Attorney(s) | Undated |
| USA_00056516 | USA_00056524 | DPP, AWP | Attorney notes of phone call with potential witness | Identity Withheld | Voting Section Attorney(s) | Undated |
| USA_00056525 | USA_00056564 | DPP, AWP | Election 2006_Voting Complaints includes internal Atty Notes/names of compl. | NA | NA | 12/21/2006 |
| USA_00056730 | USA_00056730 | DPP, AWP | Email from Executive Sec. Tonia Myles to DOJ_Meeting with Congressman Jackson | DOJ | Tonia Myles | 9/26/2011 |
| USA_00056768 | USA_00056769 | DPP | Portion of letter to Rodney Ellis From John R. Dunne indicating internal distribution of copies | Rodney Ellis | John R. Dunne, Asst. Attorney General | undated |
| USA_00056770 | USA_00056771 | DPP | Portion of letter from Rodney Ellis/Bernice Johnson to John R. Dunne, Asst. Attorney General indicating internal distribution of copies | John R. Dunne, Asst. Attorney General | Rodney Ellis/Eddie Bernice Johnson | 4/17/1992 |
| USA_00056772 | USA_00056773 | DPP | Portion of letter to Don Edwards Chairman, Subcommittee on Civ. Rights and Con. Rights, U.S. House of Representatives from John R. Dunne, Asst. Attorney General indicating internal distribution of copies | John R. Dunne, Asst. Attorney General | Don Edwards Chairman, Subcommittee on Civ. Rights and Con. Rights, U.S. House of Representatives | 6/26/1992 |
| USA_00056780 | USA_00056780 | DPP | Portion of letter to Richard Polanco from Deval L. Patrick indicating internal distribution of copies | Richard Polanco | Deval L. Patrick, Asst. Attorney General | 12/2/1996 |
| USA_00056783 | USA_00056783 | DPP | Portion of letter to Arturo Vargas from Deval L. Patrick indicating internal distribution of copies | Arturo Vargas | Deval L. Patrick, Asst. Attorney General | |
| USA_00056785 | USA_00056785 | DPP | Portion of letter to J. Gerald Hebert from Elizabeth Johnson indicating internal distribution of copies | J. Gerald Hebert | Elizabeth Johnson, Chief Voting Section | 12/4/1996 |
| USA_00056786 | USA_00056788 | DPP | Portion of letter to Janet Reno United States Attorney General from J. Gerald Hebert indicating internal distribution of copies | Janet Reno, United States Attorney General | J. Gerald Hebert | 11/26/1996 |
| USA_0056790 | USA_0056790 | DPP | Portion of letter to Arturo Vargas from Deval L. Patrick indicating internal distribution of copies | Arturo Vargas | Deval L. Patrick, Asst. Attorney General | 12/11/1996 |
| USA_00056791 | USA_00056791 | DPP | Fax cover sheet, request for federal oversight | Department of Justice | Identification Withheld | 10/29/1996 |
| USA_00056795 | USA_00056795 | DPP | Fax cover sheet, request for federal oversight | Department of Justice | Identification Withheld | 10/29/1996 |
| USA_00056798 | USA_00056798 | DPP | Portion of letter to Belen Robles from Deval L. Patrick, Asst. Attorney General indicating internal distribution of copies | Belen Robles | Deval L. Patrick, Asst. Attorney General | 12/11/1996 |
| USA_00056805 | USA_00056805 | DPP | Portion of letter to Miguel Vega from Deval L. Patrick, Asst. Attorney General indicating internal distribution of copies | Miguel Vega | Deval L. Patrick, Asst. Attorney General | 12/11/1996 |
| USA_00056808 | USA_00056809 | DPP | Portion of letter to Tony Chavez from Elizabeth Johnson indicating internal distribution of copies | Tony Chavez | Elizabeth Johnson, Chief Voting Section | 11/2/1998 |
| USA_00056810 | USA_00056811 | DPP | Portion of letter to Raul Yzaguirre from Elizabeth Johnson indicating internal distribution of copies | Raul Yzaguirre | Elizabeth Johnson, Chief Voting Section | 11/2/1998 |
| USA_00056816 | USA_00056817 | DPP | Portion of letter to Martin Frost, U.S. House of Representatives from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Martin Frost | Robert Raben, Assist. Attorney General | 10/6/200 |
| USA_00056822 | USA_00056823 | DPP | Portion of letter to James E. Clyburn, Chair Congressional Black Caucus from Robert Raben, Asst. Attorney General indicating internal distribution of copies | James Clyburn, Congressional Black Caucus | Robert Raben, Assist. Attorney General | 12/8/2000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| USA_00056824 | USA_00056825 | DPP | Portion of letter to James E. Clyburn, Chair Congressional Black Caucus from  Robert Raben, Asst. Attorney General indicating internal distribution of copies | James Clyburn, Congressional Black Caucus | Robert Raben,  Assist. Attorney General | December 8 |
| USA_00056826 | USA_00056827 | DPP | Portion of letter to Corrine Brown, U.S. House of Representatives from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Corrine Brown, U.S. House of Representatives | Robert Raben,  Assist. Attorney General | December 8 |
| USA_00056828 | USA_00056829 | DPP | Portion of letter to Carolyn C. Kilpatrick, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Carolyn C. Kilpatrick, Congressional Black Caucus | Robert Raben,  Assist. Attorney General | December 8 |
| USA_00056830 | USA_00056831 | DPP | Portion of letter to Robert Scott, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Robert Scott, Congressional Black Caucus | Robert Raben,  Assist. Attorney General | December 8 |
| USA_00056832 | USA_00056833 | DPP | Portion of letter to John Conyers, JR., Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | John Conyers, JR. Congressional Black Caucus | Robert Raben,  Assist. Attorney General | December 8 |
| USA_00056834 | USA_00056835 | DPP | Portion of letter to Bobby L. Rush, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Bobby L. Rush, Congressional Black Caucus | Robert Raben,  Assist. Attorney General | December 8 |
| USA_00056836 | USA_00056837 | DPP | Portion of letter to Edolphus Towns, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Edolphus Towns, Congressional Black Caucus | Robert Raben,  Assist. Attorney General | December 8 |
| USA_00056838 | USA_00056839 | DPP | Portion of letter to Donald M. Payne, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Donald M. Payne, Congressional Black Caucus | Robert Raben,  Assist. Attorney General | December 8 |
| USA_00056840 | USA_00056841 | DPP | Portion of letter to Chaka Fattah, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Chaka Fattah, Congressional Black Caucus | Robert Raben,  Assist. Attorney General | December 8 |
| USA_00056842 | USA_00056843 | DPP | Portion of letter to Earl F. Hilliard, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Earl F. Hilliard, Congressional Black Caucus | Robert Raben,  Assist. Attorney General | December 8 |
| USA_00056844 | USA_00056845 | DPP | Portion of letter to Bennie Thompson, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Bennie Thompson, Congressional Black Caucus | Robert Raben,  Assist. Attorney General | December 8 |
| USA_00056846 | USA_00056847 | DPP | Portion of letter to Eleanor Holmes Norton, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Eleanor Holmes Norton, Congressional Black Caucus | Robert Raben,  Assist. Attorney General | December 8 |
| USA_00056848 | USA_00056849 | DPP | Portion of letter to Stephanie Tubbs Jones, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Stephanie Tubbs Jones, Congressional Black Caucus | Robert Raben,  Assist. Attorney General | December 8 |
| USA_00056850 | USA_00056851 | DPP | Portion of letter to Eddie Bernice Johnson, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Eddie Bernice Johnson, Congressional Black Caucus | Robert Raben,  Assist. Attorney General | December 8 |
| USA_00056852 | USA_00056853 | DPP | Portion of letter to Julia Carson, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Julia Carson, Congressional Black Caucus | Robert Raben,  Assist. Attorney General | December 8 |
| USA_00056854 | USA_00056855 | DPP | Portion of letter to Donna M. Christian-Christensen, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Donna M. Christian-Christensen, Congressional Black Caucus | Robert Raben,  Assist. Attorney General | December 8 |
| USA_00056856 | USA_00056857 | DPP | Portion of letter to Elijah E. Cummings, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Elijah E. Cummings, Congressional Black Caucus | Robert Raben,  Assist. Attorney General | December 8 |

| | | | | | | |
|---|---|---|---|---|---|---|
| USA_00056858 | USA_00056859 | DPP | Portion of letter to Gregory W. Meeks, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Gregory W. Meeks, Congressional Black Caucus | Robert Raben, Assist. Attorney General | December 8 |
| USA_00056860 | USA_00056861 | DPP | Portion of letter to Danny K. Davis, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Danny K. Davis, Congressional Black Caucus | Robert Raben, Assist. Attorney General | December 8 |
| USA_00056862 | USA_00056863 | DPP | Portion of letter to Cynthia McKinney, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Cynthia McKinney, Congressional Black Caucus | Robert Raben, Assist. Attorney General | December 8 |
| USA_00056864 | USA_00056865 | DPP | Portion of letter to John Lewis, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | John Lewis, Congressional Black Caucus | Robert Raben, Assist. Attorney General | December 8 |
| USA_00056866 | USA_00056867 | DPP | Portion of letter to Jesse L. Jackson, Jr. Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Jesse L. Jackson, Jr.,Congressional Black Caucus | Robert Raben, Assist. Attorney General | December 8 |
| USA_00056868 | USA_00056869 | DPP | Portion of letter to Harold E. Ford, Jr. Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Harold E. Ford, Jr.,Congressional Black Caucus | Robert Raben, Assist. Attorney General | December 8 |
| USA_00056870 | USA_00056871 | DPP | Portion of letter to Albert R. Wynn Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Albert R. Wynn, Congressional Black Caucus | Robert Raben, Assist. Attorney General | December 8 |
| USA_00056872 | USA_00056873 | DPP | Portion of letter to Juanita Millender-McDonald, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Juanita Millender-McDonald, Congressional Black Caucus | Robert Raben, Assist. Attorney General | December 8 |
| USA_00056874 | USA_00056875 | DPP | Portion of letter to sheila Jackson Lee, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | sheila Jackson Lee, Congressional Black Caucus | Robert Raben, Assist. Attorney General | December 8 |
| USA_00056876 | USA_00056877 | DPP | Portion of letter to Carrie P. Meek, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Carrie P. Meek, Congressional Black Caucus | Robert Raben, Assist. Attorney General | December 8 |
| USA_00056878 | USA_00056879 | DPP | Portion of letter to Barbara Lee, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Barbara Lee, Congressional Black Caucus | Robert Raben, Assist. Attorney General | December 8 |
| USA_00056880 | USA_00056881 | DPP | Portion of letter to William J. Jefferson, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | William J. Jefferson, Congressional Black Caucus | Robert Raben, Assist. Attorney General | December 8 |
| USA_00056882 | USA_00056883 | DPP | Portion of letter to Melvin L. Watt, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Melvin L. Watt, Congressional Black Caucus | Robert Raben, Assist. Attorney General | December 8 |
| USA_00056884 | USA_00056884 | DPP | Portion of letter from Congressional Black Caucus to Janet Reno, Attorney General indicating internal distribution of copies | Janet Reno, Attorney General | Congressional Black Caucus | 11/14/2000 |
| USA_00056898 | USA_00056899 | DPP | Portion of letter to Senator Rodney Ellis from Joseph Rich, Chief Voting Section indicating internal distribution of copies | Rodney Ellis | Joseph Rich, Chief Voting Section | 1/22/2004 |
| USA_00056900 | USA_00056901 | DPP, AWP | Portion of letter to Oliver S. Kitzman from Joseph Rich, Chief Voting Section indicating internal distribution of copies | Oliver S. Kitzman | Joseph Rich, Chief Voting Section | Undated |
| USA_00056908 | USA_00056908 | DPP | Portion of letter to Senator Josheph Biden, Jr. from Thomas M. Boyd, Assist. Attorney General indicating internal distribution of copies | Josheph Biden, Jr | Thomas M. Boyd, Assist. Attorney General | 11/22/1988 |
| USA_00056911 | USA_00056911 | DPP | Portion of letter to Jack Brooks House of Representatives from Thomas M. Boyd, Assist. Attorney General indicating internal distribution of copies | Jack Brooks | Thomas M. Boyd, Assist. Attorney General | 12/5/1988 |

| | | | | | | |
|---|---|---|---|---|---|---|
| USA_00056915 | USA_00056916 | DPP | Portion of letter to Bradford Reynolds, Assist. Attorney General from Paul Kirk, Jr., indicating internal distribution of copies | Paul Kirk, Jr. | Bradford Reynolds, Assist. Attorney General | 12/8/1988 |
| USA_00056917 | USA_00056918 | DPP | Portion of letter to Richard Thornburgh, United States Attorney General from Paul G. Kirk Jr. indicating internal distribution of copies | Richard Thornburgh, United States Attorney General | Paul Kirk, Jr. | 11/3/1988 |
| USA_00056922 | USA_00056923 | DPP | Portion of letter to Aurther C. Zeidman, from Steven Rosenbaum indicating internal distribution of copies | Aurther C. Zeidman | Steven Rosenbaum, Deputy Chief Voting Section | 11/14/1990 |
| USA_00056924 | USA_00056924 | DPP | Portion of letter to Michael Lefkow, from Lee H. Rubin Attorney Voting Section indicating internal distribution of copies | Michael Lefkow | Lee H. Rubin, Attorney Voting Section | 11/28/1990 |
| USA_00056925 | USA_00056925 | DPP | Portion of letter to Ross Masbach, from Lee H. Rubin Attorney Voting Section indicating internal distribution of copies | Ross Masbach | Lee H. Rubin, Attorney Voting Section | 12/4/1990 |
| USA_00056940 | USA_00056941 | DPP | Portion of letter to Ronald H. Brown, from John R. Dunne, Assist. Attorney General indicating internal distribution of copies | Ronald H. Brown | John R. Dunne, Assist. Attorney General | 12/18/1990 |
| USA_00056945 | USA_00056946 | DPP | Portion of letter to Michael A. Carvin, from John R. Dunne, Assist. Attorney General indicating internal distribution of copies | Michael A. Carvin | John R. Dunne, Assist. Attorney General | 1/14/1991 |
| USA_00056947 | USA_00056948 | DPP | Portion of letter to Thomas Farr, from Steven Rosenbaum, Deputy Chief Voting Section indicating internal distribution of copies | Thomas Farr | Steven Rosenbaum, Deputy Chief Voting Section | 1/14/1991 |
| USA_00056949 | USA_00056950 | DPP | Portion of letter to Thomas Farr, from Lee Rubin, Voting Section indicating internal distribution of copies | Thomas Farr | Lee H. Rubin | 3/8/1991 |
| USA_00056949 | USA_00056950 | DPP | Portion of letter to  Thomas Farr, from Lee Rubin, Voting Section indicating internal distribution of copies | Thomas Farr | Lee H. Rubin | 3/8/1991 |
| USA_00056977 | USA_00056977 | DPP | Portion of letter to Audrey Williams, from Wayne Budd, Associate Attorney General indicating internal distribution of copies | Audrey Williams | Wayne Budd, Associate Attorney General | Undated |
| USA_00056983 | USA_00056984 | DPP | Portion of letter to Joe Thomas Knott, III from Steven Rosenbaum, Deputy Chief Voting Section indicating internal distribution of copies | Joe Thomas Knott, III | Steven Rosenbaum, Deputy Chief Voting Section | 10/14/1992 |
| USA_00056989 | USA_00056990 | DPP | Portion of letter to  Edward G. Bryant from Rebecca J. Wetz, Deputy Chief Voting Section indicating internal distribution of copies | Edward G. Bryant | Rebecca J. Wetz, Deputy Chief Voting Section | 10/3/1992 |
| USA_00057000 | USA_00057000 | DPP | Portion of letter to Haley Barbour from Deval Partick,Assistant Attorney General indicating internal distribution of copies | Haley Barbour | Deval Partick, Assist. Attorney General | 11/18/1994 |
| USA_00057001 | USA_00057002 | DPP | Portion of letter to Deval Partick, Assistant Attorney General from Haley Barbour indicating internal distribution of copies | Deval Partick,Assistant Attorney General | Haley Barbour | 11/3/1994 |
| USA_00057003 | USA_00057003 | DPP | Portion of letter to John R. Wallace from Elizabeth Johnson, Assist. Attorney General indicating internal distribution of copies | John R. Wallace | Elizabeth Johnson, Assist. Attorney General | 10/31/1996 |
| USA_00057021 | USA_00057022 | DPP | Portion of letter to Manty Sabates Morse from Bill Lann Lee, Acting Assist. Attorney General internal distribution of copies | Manty Sabates Morse | Bill Lann Lee, Assist. Attorney General | 11/17/1998 |
| USA_00057044 | USA_00057045 | DPP | Portion of letter to Angie Rogers Laplace from Joseph Rich, Acting Chief Voting Section indicating internal distribution of copies | Angie Rogers Laplace | Joseph Rich, Chief Voting Section | 10/14/1999 |
| USA_00057046 | USA_00057047 | DPP | Portion of letter to Charles S. Robb United States Senate from Bill Lann Lee, Acting Assist. Attorney General indicating internal distribution of copies | Charles S. Robb | Bill Lann Lee, Assist. Attorney General | 11/8/1999 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| USA_00057049 | USA_00057050 | DPP | Portion of letter from Alice Marie Marshall to Charles S. Robb United States senate indicating internal distribution of copies | Charles S. Robb | | Alice Marie Marshall | 6/15/1999 |
| USA_00057051 | USA_00057052 | DPP | Portion of letter to Fernando Ferrer from Joseph Rich, Acting Chief Voting Section indicating internal distribution of copies | Fernando Ferrer | | Joseph Rich, Acting Chief Voting Section | 11/16/2000 |
| USA_00057066 | USA_00057066 | DPP | Portion of letter to Jim Bennett from John Tanner, Acting Chief Voting Section indicating internal distribution of copies | Jim Bennett | | John Tanner, Acting Chief Voting Section | 11/2/1994 |
| USA_00057067 | USA_00057068 | DPP | Portion of letter to Edward Allen from John Tanner, Acting Chief Voting Section indicating internal distribution of copies | Edward Allen | | John Tanner, Acting Chief Voting Section | 11/2/1994 |
| USA_00057074 | USA_00057074 | DPP | Portion of letter to Matthew H. Patton from  Elizabeth Johnson, Assist. Attorney General indicating internal distribution of copies | Matthew H. Patton | | Elizabeth Johnson, Assist. Attorney General | 10/30/1998 |
| USA_00057077 | USA_00057078 | DPP | Portion of letter to Nick Lamson from  Dennis Burke, Acting Assist. Attorney General indicating internal distribution of copies | Nick Lamson | | Dennis Burke, Acting Assist. Attorney General | 12/23/1998 |
| USA_00057080 | USA_00057081 | DPP | Portion of letter to Martin Frost, U.S. House of Representatives from  Robert Raben, Assist. Attorney General indicating internal distribution of copies | Martin Frost | | Robert Raben, Assist. Attorney General | 12/6/2000 |
| USA_00057113 | USA_00057114 | CIP | Email from  Bell-Platts to Hebert | J. Gerald Hebert | | Bell-Platts | 3/5/2012 |
| USA_00057115 | USA_00057115 | CIP | Email from  Hebert to Bell-Platts | Meredith Bell-Platts, Deputy Chief Voting Section | | J. Gerald Hebert | 2/9/2012 |
| USA_00057116 | USA_00057116 | CIP | Email from  Hebert to Bell-Platts | Meredith Bell-Platts, Deputy Chief Voting Section | | J. Gerald Hebert | 2/9/2012 |
| USA_00057117 | USA_00057117 | CIP | Email from  Hebert to Bell-Platts | Meredith Bell-Platts, Deputy Chief Voting Section | | J. Gerald Hebert | 2/1/2012 |
| USA_00057118 | USA_00057118 | CIP | Email from  Hebert to Bell-Platts | Meredith Bell-Platts, Deputy Chief Voting Section | | J. Gerald Hebert | 2/1/2012 |
| USA_00057119 | USA_00057119 | CIP | Email from  Hebert to Bell-Platts | Meredith Bell-Platts, Deputy Chief Voting Section | | J. Gerald Hebert | 1/31/2012 |
| USA_00057120 | USA_00057120 | DPP, AWP | Email from Timothy Mellett to Bell-Platts | Meredith Bell-Platts, Deputy Chief Voting Section | | Timothy Mellett | 1/31/2012 |
| USA_00057121 | USA_00057121 | CIP | Email from  Hebert to Bell-Platts | Meredith Bell-Platts, Deputy Chief Voting Section | | J. Gerald Hebert | 3/5/2012 |
| USA_00057122 | USA_00057122 | CIP | Email from  Hebert to Bell-Platts | Meredith Bell-Platts, Deputy Chief Voting Section | | J. Gerald Hebert | 3/5/2012 |
| USA_00057123 | USA_00057123 | CIP | Email from  Hebert to Bell-Platts | Meredith Bell-Platts, Deputy Chief Voting Section | | J. Gerald Hebert | 3/5/2012 |
| USA_00057124 | USA_00057124 | CIP | Email from  Hebert to Bell-Platts | Meredith Bell-Platts, Deputy Chief Voting Section | | J. Gerald Hebert | 2/28/2012 |
| USA_00057125 | USA_00057125 | CIP | Email from  Hebert to Bell-Platts | Meredith Bell-Platts, Deputy Chief Voting Section | | J. Gerald Hebert | 2/28/2012 |
| USA_00057126 | USA_00057126 | CIP | Email from  Bell-Platts to Hebert | J. Gerald Hebert | | Meredith Bell-Platts, Deputy Chief Voting Section | 2/28/2012 |
| USA_00057708 | USA_00057708 | DPP, AWP | Portion of Ltr DOJ to McGeehan indicating internal distribution of copies, File No. 2005-3455 | Ann McGeehan, Director of Elections, State of Texas | | John Tanner, Chief, Voting Section | 11/7/2005 |
| USA_00057709 | USA_00057709 | DPP,AWP | Portion of Docket Sheet, File No. 2005-3455 showing internal distribution and staff assignment | NA | | NA | 9/26/2005 |
| USA_00057710 | USA_00057712 | DPP, AWP, ATC | Section 5 Analysis Memo, File No. 2005-3455 | NA | | NA | 11/1/2005 |
| USA_00057713 | USA_00057713 | DPP, AWP, ATC | Tracking Sheet, File No. 2005-3455 showing internal distribution and staff assignment | NA | | NA | NA |
| USA_00057729 | USA_00057729 | DPP, AWP | Portion of Ltr DOJ to McGeehan indicating internal distribution of copies, File No. 2011-3157 | Ann McGeehan, Director of Elections, State of Texas | | T. Christian Herren Jr., Chief, Voting Section | 10/3/2011 |
| USA_00057730 | USA_00057730 | DPP, AWP, ATC | Portion of Docket Sheet, File No. 2011-3157 showing internal distribution and staff assignment | NA | | NA | 8/22/2011 |
| USA_00057739 | USA_00057746 | DPP, AWP, ATC | Section 5 Analysis Memo, File No. 2011-3157 | NA | | NA | 9/23/2011 |