# Exhibit 13

*United States v. Texas,* Civil Action No. 2:13-cv-263 (NGR)
Amended Privilege Log of Plaintiff United States, for United States' Response to Defendant Texas First Request for Production Served on Plaintiff
Key:  DPP (Deliberative Process Privilege); AWP (Attorney Work Product Privilege); ATC (Attorney-Client Privilege); CIP (Common Interest Privilege)

| BEGDOC | ENDDOC | Privilege Asserted | Document Description | To/Recipient | From/Author | Date |
|---|---|---|---|---|---|---|
| USA_00006865 | USA_00006866 | DPP | Portion of Docket Sheet, regarding election-related forms, signs, and handbooks modified so as to comply with Chapter 123 (S.B. 14) (2011), File No. 2012-3260, showing internal distribution and staff assignment | Not Applicable, standard form in Section 5 file | Not Applicable, standard form in Section 5 file | 6/4/2012 |
| USA_00006882 | USA_00006883 | DPP | Portion of Docket Sheet, regarding election-related forms, signs, and handbooks modified so as to comply with Chapter 123 (S.B. 14) (2011), File No. 2012-3260, showing internal distribution and staff assignment | Not Applicable, standard form in Section 5 file | Not Applicable, standard form in Section 5 file | 7/24/2012 |
| USA_00006884 | USA_00006885 | DPP | Portion of Docket Sheet, regarding election-related forms, signs, and handbooks modified so as to comply with Chapter 123 (S.B. 14) (2011), File No. 2012-3260, showing internal distribution and staff assignment | Not Applicable, standard form in Section 5 file | Not Applicable, standard form in Section 5 file | 7/26/2012 |
| USA_00006892 | USA_00006893 | DPP | Portion of DOJ ltr to Ingram, regarding election-related forms, signs, and handbooks modified so as to comply with Chapter 123 (S.B. 14) (2011), File No. 2012-3260, indicating internal distribution of copies | Keith Ingram, Director of Elections, State of Texas | T. Christian Herren Jr., Chief, Voting Section | 7/27/2012 |
| USA_00006896 | USA_00006897 | DPP | Portion of DOJ ltr to Ingram regarding election-related forms, signs, and handbooks modified so as to comply with Chapter 123 (S.B. 14) (2011), File No. 2012-3260, indicating internal distribution of copies | Keith Ingram, Director of Elections, State of Texas | T. Christian Herren Jr., Chief, Voting Section | 9/11/2012 |
| USA_00057576 | USA_00057589 | DPP, AWP, ATC | Section 5 Analysis Memorandum, regarding election-related forms, signs, and handbooks modified so as to comply with Chapter 123 (S.B. 14) (2011), File No. 2012-3260 | Voting Section Attorney | Voting Section Attorney | 9/13/2012 |
| USA_00057590 | USA_00057593 | DPP, AWP | Portion of TX SOS forms AW 7-7 and 7-20 showing internal notes, File No. 2012-3260 | NA | NA | Undated |
| USA_00057594 | USA_00057691 | DPP, AWP | Portion of TX SOS information showing internal notes, File No. 2012-3260 | NA | NA | Undated |
| USA_00056129 | USA_00056129 | DPP | Place holder for the internal portion of file No. 2011-2775 | Not Applicable, standard form in Section 5 file | Not Applicable, standard form in Section 5 file | Undated |
| USA_00056130 | USA_00056130 | DPP | Copy of file folder for the internal portion of file No. 2011-2775 | Not Applicable, standard form in Section 5 file | Not Applicable, standard form in Section 5 file | Undated |
| USA_00056131 | USA_00056139 | DPP | Portion of DOJ ltr to Ingram, regarding Chapter 123 (S.B. 14) (2011), File No. 2011-2775, indicating internal distribution of copies | Keith Ingram, Director of Elections, State of Texas | T. Christian Herren Jr., Chief, Voting Section | Undated |
| USA_00056140 | USA_00056141 | DPP | Mailing slip and memorandum of attestation, documenting mailing of March 12, 2012, determination letter regarding Chapter 123 (S.B. 14) (2011), File No. 2011-2775 | T. Christian Herren Jr., Chief, Voting Section | Voting Section Attorney | 3/12/2012 |
| USA_00056142 | USA_00056341 | DPP, AWP, ATC | Section 5 Recommendation Memorandum and Attachments, regarding Chapter 123 (S.B. 14) (2011), File No. 2011-2775 | Thomas E. Perez, Asst. Attorney General | Voting Section Attorneys | 3/2/2012 |
| USA_00056342 | USA_00056342 | DPP | Portion of DOJ ltr to Winn regarding 1 Tex. Admin. Code Section 81.71 and the amendments to 1 Tex. Admin. Code Sections 81.172, 81.173, and 81.174, File Nos. 2011-5073 and 2011-5552, indicating internal distribution of copies | Elizabeth Hanshaw Winn, Interim Director of Elections, State of Texas | T. Christian Herren Jr., Chief, Voting Section | 1/9/2012 |
| USA_00056343 | USA_00056343 | DPP | Fax Transmittal Sheet and Transaction Report, indicating DOJ staff, File No. 2011-2775 | Elizabeth Hanshaw Winn, Interim Director of Elections, State of Texas | Identity Witheld | 1/9/2012 |
| USA_00056344 | USA_00056345 | DPP | Portion of DOJ ltr to McGeehan, regarding Chapter 123 (S.B. 14) (2011), File No. 2011-2775, indicating internal distribution of copies | Ann McGeehan, Director of Elections, State of Texas | T. Christian Herren Jr., Chief, Voting Section | 11/16/2011 |

| | | | | | | |
|---|---|---|---|---|---|---|
| USA_00056346 | USA_00056346 | DPP | Mailing slip and memorandum of attestation, documenting mailing of November 16, 2011, letter regarding Chapter 123 (S.B. 14) (2011), File No. 2011-2775 | T. Christian Herren Jr., Chief, Voting Section | Illegible | 11/16/2011 |
| USA_00056347 | USA_00056347 | DPP | Fax Transmittal Sheet and Transaction Report, indicating DOJ staff, File No. 2011-2775 | Ann McGeehan, Director of Elections, State of Texas | Identity Witheld | 11/16/2011 |
| USA_00056348 | USA_00056350 | DPP | Portion of DOJ ltr to McGeehan, regarding Chapter 123 (S.B. 14) (2011), File No. 2011-2775, indicating internal distribution of copies | Ann McGeehan, Director of Elections, State of Texas | T. Christian Herren Jr., Chief, Voting Section | 9/23/2011 |
| USA_00056351 | USA_00056352 | DPP | Mailing slip and memorandum of attestation, documenting mailing of September 23, 2011, letter regarding Chapter 123 (S.B. 14) (2011), File No. 2011-2775 | T. Christian Herren Jr., Chief, Voting Section | Illegible | 9/23/2011 |
| USA_00056353 | USA_00056353 | DPP | Fax Transmittal Sheet and Transaction Report indicating DOJ staff, file No. 2011-2775 | N/A | N/A | 9/23/2011 |
| USA_00056354 | USA_00056354 | DPP | Cover sheet labeled "Recommendation Materials", File No. 2011-2775 | N/A | N/A | Undated |
| USA_00056355 | USA_00056358 | DPP | Docket Sheet, regarding Chapter 123 (S.B. 14) (2011), File No. 2011-2775, showing internal distribution and staff assignment | Not Applicable, standard form in Section 5 file | Not Applicable, standard form in Section 5 file | 3/15/2012 |
| USA_00056385 | USA_00056386 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, Texas state representative Armando Martinez | File | Voting Section Attorney(s) | 4/6/2012 |
| USA_00056387 | USA_00056390 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, Texas state senator Carlos Uresti | File | Voting Section Attorney(s) | 4/4/2012 |
| USA_00056391 | USA_00056396 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, Texas state senator Eddie Lucio | File | Voting Section Attorney(s) | 4/5/2012 |
| USA_00056397 | USA_00056403 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, United States Congressman Joaquin Castro | File | Voting Section Attorney(s) | 4/5/2012 |
| USA_00056404 | USA_00056410 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, Texas state representative Joe Farias | File | Voting Section Attorney(s) | 4/5/2012 |
| USA_00056411 | USA_00056417 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, Texas state senator Judith Zaffirini | File | Voting Section Attorney(s) | 4/5/2012 |
| USA_00056418 | USA_00056424 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, former Texas state senator Mario Gallegos | File | Voting Section Attorney(s) | 4/2/2012 |
| USA_00056425 | USA_00056427 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, United States Congressman Pete Gallego | File | Voting Section Attorney(s) | 4/2/2012 |
| USA_00056428 | USA_00056431 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, former Texas state representative Scott Hochberg | File | Voting Section Attorney(s) | 4/3/2012 |
| USA_00056432 | USA_00056437 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, Texas state representative Trey Martinez-Fischer | File | Voting Section Attorney(s) | 4/4/2012 |
| USA_00056438 | USA_00056444 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, Texas state representative Rafael Anchia | File | Voting Section Attorney(s) | NA |
| USA_00056445 | USA_00056448 | DPP, AWP | Voting Section draft internal outline for phone calls with potential witnesses | NA | Voting Section Attorney(s) | NA |
| USA_00056449 | USA_00056455 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, Texas state representative Dawnna Dukes | File | Voting Section Attorney(s) | 3/30/2012 |
| USA_00056456 | USA_00056464 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, Texas state senator Wendy Davis | File | Voting Section Attorney(s) | NA |
| USA_00056465 | USA_00056472 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, Texas state senator Rodney Ellis | File | Voting Section Attorney(s) | NA |
| USA_00056473 | USA_00056480 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, former Texas state representative Mark Strama | File | Voting Section Attorney(s) | NA |
| USA_00056481 | USA_00056488 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, Texas state representative Lon Burnam | File | Voting Section Attorney(s) | NA |
| USA_00056489 | USA_00056492 | DPP, AWP | Voting Section draft internal outline for phone calls with potential witnesses | NA | Voting Section Attorney(s) | NA |
| USA_00056493 | USA_00056495 | DPP, AWP | Voting Section attorney notes of phone call with a potential witness, former Texas state representative Scott Hochberg | File | Voting Section Attorney(s) | NA |

*United States v. Texas,* Civil Action No. 2:13-cv-263 (NGR)
Privilege Log of Plaintiff United States, for United States' Response to Defendant Texas First Request for Production Served on Plaintiff
Key: DPP (Deliberative Process Privilege); AWP (Attorney Work Product Privilege); ATC (Attorney-Client Privilege); CIP (Common Interest Privilege)

| BEGDOC | ENDDOC | Privilege Asserted | Document Description | To/Recipient | From/Author | Date |
|---|---|---|---|---|---|---|
| USA_00006865 | USA_00006866 | DPP, AWP | Docket Sheet, FileNo. 2012-3260, showing internal distribution and staff assignment | NA | NA | 6/4/2012 |
| USA_00006882 | USA_00006883 | DPP, AWP | Docket Sheet, File No 2012-3260 showing internal distribution and staff assignment | NA | NA | 7/24/2012 |
| USA_00006884 | USA_00006885 | DPP, AWP | Docket Sheet, File No 2012-3260 showing internal distribution and staff assignment | NA | NA | 7/26/2012 |
| USA_00006892 | USA_00006893 | DPP, AWP | Portion of Ltr DOJ to Ingram indicating internal distribution of copies , File No. 2012-3260 | NA | NA | 7/27/2012 |
| USA_00006896 | USA_00006897 | DPP, AWP | Portion of Ltr DOJ to Ingram indicating internal distribution of copies , File No. 2012-3260 | NA | NA | 9/11/2012 |
| USA_00057576 | USA_00057589 | DPP, AWP, ATC | Internal Section 5 Analysis Memo, File No 2012-3260 | NA | NA | 9/13/2012 |
| USA_00057590 | USA_00057593 | DPP, AWP, ATC | Portion of TX SOS forms AW7-7 and 7-20 showing internal notes, File No 2012-3260 | NA | NA | Undated |
| USA_00057594 | USA_00057691 | DPP, AWP, ATC | Portion of TX SOS Information showing internal notes, File No. 2012-3260 | NA | NA | Undated |
| USA_00056129 | USA_00056129 | DPP | Place holder for the internal portion of file No. 2011-2775 | NA | NA | Undated |
| USA_00056130 | USA_00056130 | DPP | Copy of file folder for the internal portion of file No. 2011-2775 | NA | NA | Undated |
| USA_00056131 | USA_00056139 | DPP, AWP | Portion of determination Ltr indicating internal distribution of copies , file No. 2011-2775 | Keith Ingram, Director of Elections, State of Texas | Thomas E. Perez, Asst. Attorney General | Undated |
| USA_00056140 | USA_00056141 | DPP | Memorandum and attachment documenting mailing of determination letter to the State, file No. 2011-2775 | T. Christian Herren Jr., Chief, Voting Section | Identity Witheld | 3/12/2012 |
| USA_00056142 | USA_00056341 | DPP, AWP, ATC | Section 5 Recommendation Memorandum and Attachments, thereto, for file No. 2011-2775 | Thomas E. Perez, Asst. Attorney General | Identity Witheld | 3/2/2012 |
| USA_00056342 | USA_00056342 | DPP, AWP | Portion of Copy of determination letter indicating internal distribution of copies, file No. 2011-2775 | Elizabeth Hanshaw Winn, Attorney, Texas Sec. of State | T. Christian Herren Jr., Chief, Voting Section | 1/9/2012 |
| USA_00056343 | USA_00056343 | DPP, AWP | Portion of Fax Transmittal Sheet and Transaction Report, indicating internal distribution of copies, file No. 2011-2775 | Elizabeth Hanshaw Winn, Attorney, Texas Sec. of State | Identity Witheld | 1/9/2012 |
| USA_00056344 | USA_00056345 | DPP, AWP | Portion of Copy of determination letter indicating internal distribution of copies, File No. 2011-2775 | Ann McGeehan, Director of Elections, State of Texas | T. Christian Herren Jr., Chief, Voting Section | 11/16/2011 |
| USA_00056346 | USA_00056346 | DPP, AWP | Memo documenting mailing of determination letter to the State, file No. 2011-2775 | T. Christian Herren Jr., Chief, Voting Section | Illegible | 11/16/2011 |
| USA_00056347 | USA_00056347 | DPP, AWP | Fax Transmittal Sheet and Transaction Report, file No. 2011-2775 | Ann McGeehan, Director of Elections, State of Texas | Identity Witheld | 11/16/2011 |
| USA_00056348 | USA_00056350 | DPP, AWP | Copy of determination letter indicating internal distribution of copies, file No. 2011-2775 | Ann McGeehan, Director of Elections, State of Texas | T. Christian Herren Jr., Chief, Voting Section | 9/23/2011 |
| USA_00056351 | USA_00056352 | DPP, AWP | Memo documenting mailing of determination letter to the State, file No. 2011-2775 | T. Christian Herren Jr., Chief, Voting Section | Illegible | 9/23/2011 |
| USA_00056353 | USA_00056353 | DPP, AWP | Portions of Fax Transmittal Sheet and Transaction Report indicating DOJ staff, file No. 2011-2775 | N/A | N/A | 9/23/2011 |
| USA_00056354 | USA_00056354 | DPP, AWP | Recommendation Materials, file No. 2011-2775 | NA | N/A | Undated |
| USA_00056355 | USA_00056358 | DPP, AWP | Portions of Docket Sheet Report showing internal distribution and staff assignment, file No. 2011-2775 | NA | N/A | 3/15/2012 |
| USA_00056385 | USA_00056386 | DPP, AWP | Attorney notes of phone call with potential witness | Identity Withheld | Voting Section Attorney(s) | 4/6/2012 |
| USA_00056387 | USA_00056390 | DPP, AWP | Attorney notes of phone call with potential witness | Identity Withheld | Voting Section Attorney(s) | 4/4/2012 |
| USA_00056391 | USA_00056396 | DPP, AWP | Attorney notes of phone call with potential witness | Identity Withheld | Voting Section Attorney(s) | 4/5/2012 |
| USA_00056397 | USA_00056403 | DPP, AWP | Attorney notes of phone call with potential witness | Identity Withheld | Voting Section Attorney(s) | 4/5/2012 |
| USA_00056404 | USA_00056410 | DPP, AWP | Attorney notes of phone call with potential witness | Identity Withheld | Voting Section Attorney(s) | 4/5/2012 |
| USA_00056411 | USA_00056417 | DPP, AWP | Attorney notes of phone call with potential witness | Identity Withheld | Voting Section Attorney(s) | 4/5/2012 |
| USA_00056418 | USA_00056424 | DPP, AWP | Attorney notes of phone call with potential witness | Identity Withheld | Voting Section Attorney(s) | 4/2/2012 |

| | | | | | | |
|---|---|---|---|---|---|---|
| USA_00056824 | USA_00056825 | DPP | Portion of letter to James E. Clyburn, Chair Congressional Black Caucus from Robert Raben, Asst. Attorney General indicating internal distribution of copies | James Clyburn, Congressional Black Caucus | Robert Raben, Assist. Attorney General | December 8 |
| USA_00056826 | USA_00056827 | DPP | Portion of letter to Corrine Brown, U.S. House of Representatives from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Corrine Brown, U.S. House of Representatives | Robert Raben, Assist. Attorney General | December 8 |
| USA_00056828 | USA_00056829 | DPP | Portion of letter to Carolyn C. Kilpatrick, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Carolyn C. Kilpatrick, Congressional Black Caucus | Robert Raben, Assist. Attorney General | December 8 |
| USA_00056830 | USA_00056831 | DPP | Portion of letter to Robert Scott, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Robert Scott, Congressional Black Caucus | Robert Raben, Assist. Attorney General | December 8 |
| USA_00056832 | USA_00056833 | DPP | Portion of letter to John Conyers, JR., Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | John Conyers, JR. Congressional Black Caucus | Robert Raben, Assist. Attorney General | December 8 |
| USA_00056834 | USA_00056835 | DPP | Portion of letter to Bobby L. Rush, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Bobby L. Rush, Congressional Black Caucus | Robert Raben, Assist. Attorney General | December 8 |
| USA_00056836 | USA_00056837 | DPP | Portion of letter to Edolphus Towns, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Edolphus Towns, Congressional Black Caucus | Robert Raben, Assist. Attorney General | December 8 |
| USA_00056838 | USA_00056839 | DPP | Portion of letter to Donald M. Payne, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Donald M. Payne, Congressional Black Caucus | Robert Raben, Assist. Attorney General | December 8 |
| USA_00056840 | USA_00056841 | DPP | Portion of letter to Chaka Fattah, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Chaka Fattah, Congressional Black Caucus | Robert Raben, Assist. Attorney General | December 8 |
| USA_00056842 | USA_00056843 | DPP | Portion of letter to Earl F. Hilliard, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Earl F. Hilliard, Congressional Black Caucus | Robert Raben, Assist. Attorney General | December 8 |
| USA_00056844 | USA_00056845 | DPP | Portion of letter to Bennie Thompson, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Bennie Thompson, Congressional Black Caucus | Robert Raben, Assist. Attorney General | December 8 |
| USA_00056846 | USA_00056847 | DPP | Portion of letter to Eleanor Holmes Norton, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Eleanor Holmes Norton, Congressional Black Caucus | Robert Raben, Assist. Attorney General | December 8 |
| USA_00056848 | USA_00056849 | DPP | Portion of letter to Stephanie Tubbs Jones, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Stephanie Tubbs Jones, Congressional Black Caucus | Robert Raben, Assist. Attorney General | December 8 |
| USA_00056850 | USA_00056851 | DPP | Portion of letter to Eddie Bernice Johnson, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Eddie Bernice Johnson, Congressional Black Caucus | Robert Raben, Assist. Attorney General | December 8 |
| USA_00056852 | USA_00056853 | DPP | Portion of letter to Julia Carson, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Julia Carson, Congressional Black Caucus | Robert Raben, Assist. Attorney General | December 8 |
| USA_00056854 | USA_00056855 | DPP | Portion of letter to Donna M. Christian-Christensen, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Donna M. Christian-Christensen, Congressional Black Caucus | Robert Raben, Assist. Attorney General | December 8 |
| USA_00056856 | USA_00056857 | DPP | Portion of letter to Elijah E. Cummings, Congressional Black Caucus from Robert Raben, Assistant Attorney General indicating internal distribution of copies | Elijah E. Cummings, Congressional Black Caucus | Robert Raben, Assist. Attorney General | December 8 |

State of Texas v. Eric Holder, Jr., Attorney General of the United States
Case No. 1:12-cv-00128
United States District Court for the District of Columbia

SUPPLEMENTED PRIVILEGE LOG
May 21, 2012

| Beginning Doc. Number | End Doc. Number | Basis for Withholding | Description | Date | Sources | Sender / Author | Recipient | Cc |
|---|---|---|---|---|---|---|---|---|
| TX_00076512 | TX_00076512 | DNP - LEGISLATIVE PRIVILEGE | Confidential letter exchange between Lieutenant Governor David Dewhurst and Senator Joan Huffman regarding procedures relating to S.B. 14 | 1/20/2011 | STINSON | Lt. Gov. David Dewhurst | Senator Joan Huffman | |
| TX_00076513 | TX_00076513 | DNP - LEGISLATIVE PRIVILEGE | Confidential SB 14 legislative material from the files of legislative staff of Senator Joan Huffman reflecting the legislator's thoughts, opinions, and mental impressions on Voter ID. | | STINSON | | | |
| TX_00076514 | TX_00076517 | DNP - LEGISLATIVE PRIVILEGE | Confidential SB 14 legislative material from the files of legislative staff of Senator Joan Huffman reflecting the legislator's thoughts, opinions, and mental impressions on Voter ID. | | STINSON | | | |

| Beginning Doc. Number | End Doc. Number | Basis for Withholding | Description | Date | Sources | Sender / Author | Recipient | Cc |
|---|---|---|---|---|---|---|---|---|
| TX_00106318 | TX_00106319 | DNP - ATTY CLIENT | Confidential email communication among Secretary of State General Counsel attorneys and Secretary of State staff offered for the purpose of giving or seeking legal advice on reported election complaints and inquiries. | 4/5/2012 | SOS STAFF | Melanie Best <mbest@secretary of state.com> | Irene Diaz <IDiaz@sos.state.tx.us>; Elizabeth Winn <EHanshawWinn@sos.state.tx.us>;Melanie Best <MBest@sos.state.tx.us>;Melanie Huff <MHuff@sos.state.tx.us> | |
| TX_00106320 | TX_00106321 | DNP - ATTY CLIENT | Confidential email communication among Secretary of State General Counsel attorneys and Secretary of State staff offered for the purpose of giving or seeking legal advice on reported election complaints and inquiries. | 4/5/2012 | SOS STAFF | Irene Diaz <idiaz@secretary of state.com> | Melanie Huff <MHuff@sos.state.tx.us> | Best <MBest@sos.state.tx.us>;Elizabeth Winn <EHanshawWinn@sos.state.tx.us> |
| TX_00106400 | TX_00106400 | DNP - ATTY CLIENT | Confidential email communication among Secretary of State General Counsel attorneys and Secretary of State staff offered for the purpose of giving or seeking legal advice on Voter ID implementation. | 4/9/2012 | SOS STAFF | Elizabeth Winn <ewinn@secretary of state.com> | Elections Staff <ElectionsStaff@sos.state.tx.us> | |

| Beginning Doc. Number | End Doc. Number | Basis for Withholding | Description | Date | Sources | Sender / Author | Recipient | Cc |
|---|---|---|---|---|---|---|---|---|
| TX_00148362 | TX_00148363 | DNP - ATTY CLIENT;DNP - WORK PRODUCT | Confidential email communication among Secretary of State General Counsel and Secretary of State staff offered for the purpose of giving or seeking legal advice regarding voter ID.~~Email communications reflecting attorney thoughts, opinions and mental impressions on voter ID. | 3/26/2012 | SOS STAFF | Jennifer Templeton <jholliman@secretary of state.com> | Keith Ingram <KIngram@sos.state.tx.us> | |
| TX_00148364 | TX_00148364 | DNP - ATTY CLIENT;DNP - WORK PRODUCT | Confidential email communication among Secretary of State General Counsel and Secretary of State staff offered for the purpose of giving or seeking legal advice regarding voter ID.~~Email communications reflecting attorney thoughts, opinions and mental impressions on voter ID. | 3/26/2012 | SOS STAFF | Keith Ingram <kingram@secretary of state.com> | 'Jonathan Mitchell' <jonathan.mitchell@texasattorneygeneral.gov> | Lee Guyette <LGuyette@sos.state.tx.us>; Scott Brandt <SBrandt@sos.state.tx.us> |
| TX_00148366 | TX_00148369 | DNP - ATTY CLIENT | Confidential email communication among Secretary of State General Counsel and Secretary of State staff offered for the purpose of giving or seeking legal advice regarding Galveston county form. | 3/26/2012 | SOS STAFF | Melanie Huff <mhuff@secretary of state.com> | Keith Ingram <KIngram@sos.state.tx.us>;Elizabeth Winn <EHanshawWinn@sos.state.tx.us> | |