# CERTIFICATE OF SERVICE

I certify that on March 31, 2014, I filed the foregoing Brief of the Bipartisan Legal Advisory Group of the United States House of Representatives as *Amicus Curiae* by CM/ECF, which I understand has notified by electronic mail all counsel of record. Also, on March 31, 2014, I served the foregoing by first-class mail, postage prepaid, on the following non-CM/ECF user:

Robert M. Allensworth
B14522
BMRCC 251 N IL 37 S
Ina, IL 62846-2419
*Pro se*

United States District Court
Southern District of Texas
FILED

APR 1 0 2014

David J. Bradley, Clerk of Court

David J Bradley, Clerk of Court
US Souther, District of Texas
515 Rusk St Rm 5401
Houston TX 77002

/s/ William Pittard
William Pittard

I got the 44 page Unopposed Motion etc. (ECF No 217 responding to US Mot. for Protective Order ECF 180) served on me the non-CM/ECF user pro se.

20+ docket entries are letters from me. The Nov 15 & 22 status hearing transcripts were to go on Pacer Mar 20. I lack and want copies. Trial is set for Sep 2 2014. I suggest a 2nd ballot by limited voting for the Illinois State House with candidates on the limited voting ballot in their own and the one other district nested in their own senate district. The Illinois primary was Mar 18. Some activists are collecting signatures for changes.

Robert M Allensworth

Allensworth B14522 4B21
MRCC 251 N IL 37 S
ha IL 62846 2419

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS

David J Bradley, Clerk

US Southern District of Texas

515 Rusk St Rm 5401

Houston TX 77002

United States District Court
Southern District of Texas
FILED

APR 10 2014

David J. Bradley, Clerk of Court

FOREVER
UNITED STATES POSTAGE
MAILED FROM
FIRST-CLASS
02 1M
0004266687
7 2014
62846