IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>       Plaintiffs,<br><br>       v.<br><br>RICK PERRY, *et al.*,<br><br>       Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*,<br><br>       Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*,<br><br>       Plaintiff-Intervenors,<br><br>       v.<br><br>STATE OF TEXAS, *et al.*,<br><br>       Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NANDITA BERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants | Civil Action No. 2:13-cv-348 (NGR) |

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW PLAINTIFF-INTERVENORS AURICA WASHINGTON AND CRYSTAL OWENS

On this date, the Court considered Texas League of Young Voters Plaintiff-Intervenors' Unopposed Motion to Withdraw Plaintiff-Intervenors Aurica Washington and Crystal Owens.

Accordingly, it is ORDERED that Plaintiff-Intervenors' Motion is GRANTED.

SIGNED on this _____ day of _____, 2014.

_____
NELVA GONZALES RAMOS
United States District Judge