**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | |
|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DELEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEZ, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMLEY, PEGGY HERMAN, EVELYN BRICKNER, GORDON BENJAMIN, KEN GANDY, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), AND DALLAS COUNTY, TEXAS, *Plaintiffs,* v. RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State, *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 2:13-CV-193 (NGR) [Lead case] |
| UNITED STATES OF AMERICA, *Plaintiffs,* TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, IMANI CLARK, AURICA WASHINGTON, CRYSTAL OWENS, AND MICHELLE BESSIAKE, *Plaintiff-Intervenors,* TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, HIDALGO COUNTY, AND MARIA LONGORIA BENAVIDES, *Plaintiff-Intervenors,* v. STATE OF TEXAS, JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety, *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 2:13-CV-263 (NGR) [Consolidated case] |

1

_____  )
TEXAS STATE CONFERENCE OF NAACP  )
BRANCHES;   and   the   MEXICAN  )
AMERICAN  LEGISLATIVE  CAUCUS  OF  )
THE        TEXAS        HOUSE        OF  )
REPRESENTATIVES,                        )
       *Plaintiffs,*        )
v.                                             )  CIVIL ACTION NO.
                                             )  2:13-CV-291 (NGR)
JOHN  STEEN,  in  his  official  capacity  as  )  [Consolidated case]
Secretary  of  State  of  Texas;  and  STEVE  )
McCRAW,  in  his  official  capacity  as  Director  )
of the Texas Department of Public Safety,  )
       *Defendants.*          )
_____  )
BELINDA ORTIZ, LENARD TAYLOR,        )
EULALIO MENDEZ JR., LIONEL            )
ESTRADA; ESTELA GARCIA ESPINOSA,     )
ROXANNE HERNANDEZ, LYDIA LARA,       )
MARGARITO MARTINEZ LARA,             )
MAXIMINA MARTINEZ LARA, AND          )
*LA UNION DEL PUEBLO ENTERO, INC.*    )
       *Plaintiffs,*        )
v.                                             )
                                             )  CIVIL ACTION NO.
STATE OF TEXAS; JOHN STEEN, in his   )  2:13-CV-348 (NGR)
Official capacity as Texas Secretary of State;  )  [Consolidated case]
and STEVE McCRAW, in his official capacity  )
as Director of the Texas Department of  )
Public Safety,                          )
       *Defendants.*          )
_____

## MOTION TO WITHDRAW AS COUNSEL

NOW  COMES  the  Office  of  the  Attorney  General  of  Texas  moving  to

withdraw  Sean  Flammer  as  attorney  for  Defendants  Steve  McGaw,  Rick  Perry,

State of Texas, and John Steen ("Defendants"), and states as follows:

2

1. Attorney Sean Flammer will be leaving his position as an Assistant Attorney General with the Ofice of the Attorney General of Texas on April 11, 2014.

2. The Office of the Attorney General of Texas represents Defendants in the above-captioned matter and will continue to do so.  John Scott and other attorneys at the Office of the Attorney General remain responsible for representing the Defendants in the above-captioned matter.

WHEREFORE, The Office of the Attorney General of Texas respectfully requests this Honorable Court for an order withdrawing Sean Flammer's appearance in this matter.

3

Dated:        April 11, 2014

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JONATHAN F. MITCHELL
Solicitor General

J. REED CLAY, JR.
Special Assistant and Senior Counsel
to the Attorney General
Southern District of Texas No. 1160600

*/s/ John B. Scott*
JOHN B. SCOTT
Deputy Attorney General for Civil Litigation
Southern District of Texas No. 10418
Texas State Bar No. 17901500
ATTORNEY-IN-CHARGE

G. DAVID WHITLEY
Assistant Deputy Attorney General
Southern District of Texas No. 2080496

STEPHEN RONALD KEISTER
Assistant Attorney General
Southern District of Texas No. 18580

SEAN PATRICK FLAMMER
Assistant Attorney General
Southern District of Texas No. 1376041

209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 475-0131

COUNSEL FOR THE STATE OF TEXAS,
RICK PERRY, JOHN STEEN, and STEVE
MCCRAW

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 11, 2014, a true and correct copy of the foregoing document is being served via the Court's ECF system to all counsel of record.

*/s/ John B. Scott*
JOHN B. SCOTT