# Exhibit 7

# Whitley, David

| | |
|---|---|
| **From:** | Whitley, David |
| **Sent:** | Friday, March 28, 2014 4:04 PM |
| **To:** | Westfall, Elizabeth (CRT) (Elizabeth.Westfall@usdoj.gov) |
| **Cc:** | Scott, John; Clay, Reed; Gear, Bruce (CRT) (Bruce.Gear@usdoj.gov); Freeman, Daniel (CRT) (Daniel.Freeman@usdoj.gov); Maranzano, Jennifer (CRT) (Jennifer.Maranzano@usdoj.gov); Berman, Robert (CRT) (Robert.Berman@usdoj.gov); Dellheim, Richard (CRT); Bell-Platts, Meredith (CRT) (Meredith.Bell-Platts@usdoj.gov) |
| **Subject:** | Veasey v. Perry: Draft Motion to Compel |
| **Attachments:** | Motion to Compel DRAFT to DOJ 03-28-14.pdf |

Elizabeth,

Thank you for conferring with me this morning and afternoon about the United States' privilege log. Pursuant to that phone call, attached is a draft of the motion to compel the production of documents that points out the deficiencies in the privilege log. Please correct the deficiencies pointed out by the draft by the close of business on Tuesday, April 1, 2014. If this matter has not been resolved by then, the Defendants will be filing a motion to compel.

Regards,
David

G. David Whitley
Assistant Deputy Attorney General
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
(512) 475-3281 Direct
(512) 936-0545 Fax
David.Whitley@texasattorneygeneral.gov

This message and any attachment(s) may be confidential and/or privileged pursuant to Government Code sections 552.101, 552.103, 552.107, and 552.111, and should not be disclosed without the express authorization of the Attorney General of Texas.