Exhibit 14

# CONTESTED DOCUMENT PRIVILEGE CLAIM INDEX

**Privilege Log**

I. Documents for which the United States has provided only a cursory description, such that the State of Texas cannot assess the applicability of the claimed privileges or protections:

| | |
|---|---|
| USA_00057590 - USA_00057593 | USA_00056848 - USA_00056849 |
| USA_00057594 - USA_00057691 | USA_00056850 - USA_00056851 |
| USA_00056129 - USA_00056129 | USA_00056852 - USA_00056853 |
| USA_00056130 - USA_00056130 | USA_00056854 - USA_00056855 |
| USA_00056730 - USA_00056730 | USA_00056856 - USA_00056857 |
| USA_00056770 - USA_00056771 | USA_00056858 - USA_00056859 |
| USA_00056772 - USA_00056773 | USA_00056860 - USA_00056861 |
| USA_00056780 - USA_00056780 | USA_00056862 - USA_00056863 |
| USA_00056783 - USA_00056783 | USA_00056864 - USA_00056865 |
| USA_00056785 - USA_00056785 | USA_00056866 - USA_00056867 |
| USA_00056786 - USA_00056788 | USA_00056868 - USA_00056869 |
| USA_00056790 - USA_00056790 | USA_00056870 - USA_00056871 |
| USA_00056791 - USA_00056791 | USA_00056872 - USA_00056873 |
| USA_00056795 - USA_00056795 | USA_00056874 - USA_00056875 |
| USA_00056798 - USA_00056798 | USA_00056876 - USA_00056877 |
| USA_00056805 - USA_00056805 | USA_00056878 - USA_00056879 |
| USA_00056808 - USA_00056809 | USA_00056880 - USA_00056881 |
| USA_00056810 - USA_00056811 | USA_00056882 - USA_00056883 |
| USA_00056816 - USA_00056817 | USA_00056884 - USA_00056884 |
| USA_00056822 - USA_00056823 | USA_00056898 - USA_00056899 |
| USA_00056824 - USA_00056825 | USA_00056900 - USA_00056901 |
| USA_00056826 - USA_00056827 | USA_00056908 - USA_00056908 |
| USA_00056828 - USA_00056829 | USA_00056911 - USA_00056911 |
| USA_00056830 - USA_00056831 | USA_00056915 - USA_00056916 |
| USA_00056832 - USA_00056833 | USA_00056917 - USA_00056918 |
| USA_00056834 - USA_00056835 | USA_00056922 - USA_00056923 |
| USA_00056836 - USA_00056837 | USA_00056924 - USA_00056924 |
| USA_00056838 - USA_00056839 | USA_00056925 - USA_00056925 |
| USA_00056840 - USA_00056841 | USA_00056940 - USA_00056941 |
| USA_00056842 - USA_00056843 | USA_00056945 - USA_00056946 |
| USA_00056844 - USA_00056845 | USA_00056947 - USA_00056948 |
| USA_00056846 - USA_00056847 | USA_00056949 - USA_00056950 |

1

USA_00056977 - USA_00056977
USA_00056983 - USA_00056984
USA_00056989 - USA_00056990
USA_00057000 - USA_00057000
USA_00057001 - USA_00057002
USA_00057003 - USA_00057003
USA_00057021 - USA_00057022
USA_00057044 - USA_00057045
USA_00057046 - USA_00057047

USA_00057049 - USA_00057050
USA_00057051 - USA_00057052
USA_00057066 - USA_00057066
USA_00057067 - USA_00057068
USA_00057074 - USA_00057074
USA_00057077 - USA_00057078
USA_00057080 - USA_00057081
USA_00057120 - USA_00057120
USA_00057713 - USA_00057713

### Attorney-Client Privilege

II. **Documents over which the United States has asserted Attorney-Client privilege that (1) do not appear to contain confidential client information and (2) do not appear to have been prepared for the primary purpose of providing or seeking legal advice:**

USA_00057120 - USA_00057120

### Work-Product Doctrine

III. **Documents over which the United States has asserted Work Product protection that do not appear to have been prepared in anticipation of litigation or for trial:**

USA_00057576 - USA_00057589
USA_00057590 - USA_00057593
USA_00057594 - USA_00057691
USA_00056142 - USA_00056341

IV. **Documents over which the United States has asserted Work Product protection that are undated, thus making it impossible to determine if the documents were prepared in anticipation of litigation or trial:**

USA_00057590 - USA_00057593
USA_00057594 - USA_00057691
USA_00056438 - USA_00056444
USA_00056445 - USA_00056448
USA_00056456 - USA_00056464

USA_00056465 - USA_00056472
USA_00056473- USA_00056480
USA_00056481 - USA_00056488
USA_00056489 - USA_00056492
USA_00056493 – USA_00056495

USA_00056496 - USA_00056505  USA_00056516 - USA_00056524
USA_00056506 - USA_00056515

**Deliberative Process Privilege**

**V.   Document description fails to identify the deliberative policy decision[1]:**

---

[1] The State of Texas is unable determine whether or not the documents identified are pre- or post-decisional due to the United States' failure to indicate the general policy decisions covered by the documents. As a result, the State maintains all the identified Bates number documents are post-decision and not covered by the deliberative process to ensure the State's objections are not waived.

3

| | |
|---|---|
| USA_00006865 - USA_00006866 | USA_00056834 - USA_00056835 |
| USA_00006882 - USA_00006883 | USA_00056836 - USA_00056837 |
| USA_00006884 - USA_00006885 | USA_00056838 - USA_00056839 |
| USA_00006892 - USA_00006893 | USA_00056840 - USA_00056841 |
| USA_00006896 - USA_00006897 | USA_00056842 - USA_00056843 |
| USA_00057576 - USA_00057589 | USA_00056844 - USA_00056845 |
| USA_00057590 - USA_00057593 | USA_00056846 - USA_00056847 |
| USA_00057594 - USA_00057691 | USA_00056848 - USA_00056849 |
| USA_00056129 - USA_00056129 | USA_00056850 - USA_00056851 |
| USA_00056130 - USA_00056130 | USA_00056852 - USA_00056853 |
| USA_00056343 - USA_00056343 | USA_00056854 - USA_00056855 |
| USA_00056344 - USA_00056345 | USA_00056856 - USA_00056857 |
| USA_00056347 - USA_00056347 | USA_00056858 - USA_00056859 |
| USA_00056353 - USA_00056353 | USA_00056860 - USA_00056861 |
| USA_00056354 - USA_00056354 | USA_00056862 - USA_00056863 |
| USA_00056355 - USA_00056358 | USA_00056864 - USA_00056865 |
| USA_00056525 - USA_00056564 | USA_00056866 - USA_00056867 |
| USA_00056730 - USA_00056730 | USA_00056868 - USA_00056869 |
| USA_00056768 - USA_00056769 | USA_00056870 - USA_00056871 |
| USA_00056770 - USA_00056771 | USA_00056872 - USA_00056873 |
| USA_00056772 - USA_00056773 | USA_00056874 - USA_00056875 |
| USA_00056780 - USA_00056780 | USA_00056876 - USA_00056877 |
| USA_00056783 - USA_00056783 | USA_00056878 - USA_00056879 |
| USA_00056785 - USA_00056785 | USA_00056880 - USA_00056881 |
| USA_00056786 - USA_00056788 | USA_00056882 - USA_00056883 |
| USA_00056790 - USA_00056790 | USA_00056884 - USA_00056884 |
| USA_00056791 - USA_00056791 | USA_00056898 - USA_00056899 |
| USA_00056795 - USA_00056795 | USA_00056900 - USA_00056901 |
| USA_00056798 - USA_00056798 | USA_00056908 - USA_00056908 |
| USA_00056805 - USA_00056805 | USA_00056911 - USA_00056911 |
| USA_00056808 - USA_00056809 | USA_00056915 - USA_00056916 |
| USA_00056810 - USA_00056811 | USA_00056917 - USA_00056918 |
| USA_00056816 - USA_00056817 | USA_00056922 - USA_00056923 |
| USA_00056822 - USA_00056823 | USA_00056924 - USA_00056924 |
| USA_00056824 - USA_00056825 | USA_00056925 - USA_00056925 |
| USA_00056826 - USA_00056827 | USA_00056940 - USA_00056941 |
| USA_00056828 - USA_00056829 | USA_00056945 - USA_00056946 |
| USA_00056830 - USA_00056831 | USA_00056947 - USA_00056948 |
| USA_00056832 - USA_00056833 | USA_00056949 - USA_00056950 |

4

USA_00056977 - USA_00056977
USA_00056983 - USA_00056984
USA_00056989 - USA_00056990
USA_00057000 - USA_00057000
USA_00057001 - USA_00057002
USA_00057003 - USA_00057003
USA_00057021 - USA_00057022
USA_00057044 - USA_00057045
USA_00057046 - USA_00057047
USA_00057049 - USA_00057050
USA_00057051 - USA_00057052
USA_00057066 - USA_00057066

USA_00057067 - USA_00057068
USA_00057074 - USA_00057074
USA_00057077 - USA_00057078
USA_00057080 - USA_00057081
USA_00057120 - USA_00057120
USA_00057708 - USA_00057708
USA_00057709 - USA_00057709
USA_00057710 - USA_00057712
USA_00057713 - USA_00057713
USA_00057729 - USA_00057729
USA_00057730 - USA_00057730
USA_00057739 - USA_00057746

**VI.  Document description shows document is factual and not deliberative:**

USA_00057590 - USA_00057593
USA_00057594 - USA_00057691
USA_00056129 - USA_00056129
USA_00056130 - USA_00056130
USA_00056140 - USA_00056141
USA_00056346 - USA_00056346
USA_00056347 - USA_00056347

USA_00056353 - USA_00056353
USA_00056355 - USA_00056358
USA_00056525 - USA_00056564
USA_00056730 - USA_00056730
USA_00056791 - USA_00056791
USA_00056795 - USA_00056795
USA_00057120 - USA_00057120

**VII.  Document description states "indicating [or showing] internal distribution of copies" identifying document as procedural, failing to show document facts so intertwined with deliberative process, and that document could not be produced in a redacted form:**

USA_00006865 - USA_00006866
USA_00006882 - USA_00006883
USA_00006884 - USA_00006885
USA_00006892 - USA_00006893
USA_00006896 - USA_00006897
USA_00056131 - USA_00056139
USA_00056342 - USA_00056342
USA_00056343 - USA_00056343
USA_00056344 - USA_00056345

USA_00056348 - USA_00056350
USA_00056768 - USA_00056769
USA_00056770 - USA_00056771
USA_00056772 - USA_00056773
USA_00056780 - USA_00056780
USA_00056783 - USA_00056783
USA_00056785 - USA_00056785
USA_00056786 - USA_00056788
USA_00056790 - USA_00056790

5

USA_00056798 - USA_00056798
USA_00056805 - USA_00056805
USA_00056808 - USA_00056809
USA_00056810 - USA_00056811
USA_00056816 - USA_00056817
USA_00056822 - USA_00056823
USA_00056824 - USA_00056825
USA_00056826 - USA_00056827
USA_00056828 - USA_00056829
USA_00056830 - USA_00056831
USA_00056832 - USA_00056833
USA_00056834 - USA_00056835
USA_00056836 - USA_00056837
USA_00056838 - USA_00056839
USA_00056840 - USA_00056841
USA_00056842 - USA_00056843
USA_00056844 - USA_00056845
USA_00056846 - USA_00056847
USA_00056848 - USA_00056849
USA_00056850 - USA_00056851
USA_00056852 - USA_00056853
USA_00056854 - USA_00056855
USA_00056856 - USA_00056857
USA_00056858 - USA_00056859
USA_00056860 - USA_00056861
USA_00056862 - USA_00056863
USA_00056864 - USA_00056865
USA_00056866 - USA_00056867
USA_00056868 - USA_00056869
USA_00056870 - USA_00056871
USA_00056872 - USA_00056873
USA_00056874 - USA_00056875
USA_00056876 - USA_00056877
USA_00056878 - USA_00056879
USA_00056880 - USA_00056881
USA_00056882 - USA_00056883
USA_00056884 - USA_00056884
USA_00056898 - USA_00056899
USA_00056900 - USA_00056901

USA_00056908 - USA_00056908
USA_00056911 - USA_00056911
USA_00056915 - USA_00056916
USA_00056917 - USA_00056918
USA_00056922 - USA_00056923
USA_00056924 - USA_00056924
USA_00056925 - USA_00056925
USA_00056940 - USA_00056941
USA_00056945 - USA_00056946
USA_00056947 - USA_00056948
USA_00056949 - USA_00056950
USA_00056977 - USA_00056977
USA_00056983 - USA_00056984
USA_00056989 - USA_00056990
USA_00057000 - USA_00057000
USA_00057001 - USA_00057002
USA_00057003 - USA_00057003
USA_00057021 - USA_00057022
USA_00057044 - USA_00057045
USA_00057046 - USA_00057047
USA_00057049 - USA_00057050
USA_00057051 - USA_00057052
USA_00057066 - USA_00057066
USA_00057067 - USA_00057068
USA_00057074 - USA_00057074
USA_00057077 - USA_00057078
USA_00057080 - USA_00057081
USA_00057708 - USA_00057708
USA_00057709 - USA_00057709
USA_00057713 - USA_00057713
USA_00057729 - USA_00057729
USA_00057730 - USA_00057730

VIII.  **Document description indicates document is post-decisional:**

    USA_00056131 - USA_00056139
    USA_00056140 - USA_00056141
    USA_00056342 - USA_00056342
    USA_00056344 - USA_00056345
    USA_00056346 - USA_00056346
    USA_00056348 - USA_00056350
    USA_00056351 - USA_00056352