# EXHIBIT 3

**Defendants' Document Review sent Apr. 11, 2014 (pursuant to Court's Apr. 8, 2014 Minute Entry Order)**

## CATEGORY 1 DOCUMENTS

**Category 1 documents where AC privilege has been removed and which will be produced:**

TX_00007076-78
TX_00009917-68 (highly confidential, subject to legislative privilege)
TX_00011956-58 (highly confidential, subject to legislative privilege)
TX_00012729 (highly confidential, subject to legislative privilege)
TX_00012730-34 (highly confidential, subject to legislative privilege)
TX_00014920 (highly confidential, subject to legislative privilege)
TX_00017894
TX_00018648
TX_00019291-94
TX_00019377 (highly confidential, subject to legislative privilege)
TX_00019378-80 (highly confidential, subject to legislative privilege)
TX_00019381 (highly confidential, subject to legislative privilege)
TX_00019382 (highly confidential, subject to legislative privilege)
TX_00019383-85 (highly confidential, subject to legislative privilege)
TX_00019386 (highly confidential, subject to legislative privilege)
TX_00019387-89 (highly confidential, subject to legislative privilege)
TX_00019390 (highly confidential, subject to legislative privilege)
TX_00019770
TX_00022254-61 (highly confidential, subject to legislative privilege)
TX_00026295-98 (highly confidential, subject to legislative privilege)
TX_00027374-85
TX_00027868 (highly confidential, subject to legislative privilege)
TX_00027869-84 (highly confidential, subject to legislative privilege)
TX_00034455-56 (highly confidential, subject to legislative privilege)
TX_00034458-60 (highly confidential, subject to legislative privilege)
TX_00038296-97 (highly confidential, subject to legislative privilege)
TX_00038298-300 (highly confidential, subject to legislative privilege)
TX_00038302-04 (highly confidential, subject to legislative privilege)
TX_00038306 (highly confidential, subject to legislative privilege)
TX_00038308 (highly confidential, subject to legislative privilege)
TX_00048694-95 (highly confidential, subject to legislative privilege)
TX_00048696 (highly confidential, subject to legislative privilege)
TX_00048697-98 (highly confidential, subject to legislative privilege)
TX_00078174 (highly confidential, subject to legislative privilege)
TX_00078180 (highly confidential, subject to legislative privilege)
TX_00078188 (highly confidential, subject to legislative privilege)
TX_00078190-91 (highly confidential, subject to legislative privilege)
TX_00086962 (highly confidential, subject to legislative privilege)

**Defendants' Document Review sent Apr. 11, 2014 (pursuant to Court's Apr. 8, 2014 Minute Entry Order)**

TX_00086963-64 (highly confidential, subject to legislative privilege)
TX_00086965-72 (highly confidential, subject to legislative privilege)
TX_00086973-83 (highly confidential, subject to legislative privilege)
TX_00086984-91 (highly confidential, subject to legislative privilege)
TX_00086992-7001 (highly confidential, subject to legislative privilege)
TX_00087002-06 (highly confidential, subject to legislative privilege)
TX_00087306 (highly confidential, subject to legislative privilege)
TX_00087309 (highly confidential, subject to legislative privilege)
TX_00087310-11 (highly confidential, subject to legislative privilege)
TX_00092292 (already produced as part of 4/8/14 legislative privilege production)
TX_00092293-302
TX_00092303
TX_00019391-92 (highly confidential, subject to legislative privilege)
TX_00092554 (highly confidential, subject to legislative privilege)
TX_00204730 (highly confidential, subject to legislative privilege)
TX_00204721- 22 (highly confidential, subject to legislative privilege)
TX_00204723 (highly confidential, subject to legislative privilege)
TX_00204769 (highly confidential, subject to legislative privilege)
TX_00204770-71 (highly confidential, subject to legislative privilege)
TX_00034469 (already produced as part of 4/8/14 legislative privilege production)
TX_00091224 (already produced as part of 4/8/14 legislative privilege production)
TX_00091225 (already produced as part of 4/8/14 legislative privilege production)
TX_00091226 (already produced as part of 4/8/14 legislative privilege production)
TX_00038299-300 (no privileges attached, shown in Summation as already been produced)
TX_00026299-302 (no privileges attached, shown in Summation as having already been produced)
TX_00019173 (no privileges attached, shown in Summation as having already been produced)
TX_00018646-47 (no privileges attached, shown in Summation as having already been produced)
TX_00018649-50 (no privileges attached, shown in Summation as having already been produced)
TX_00015831
 TX_00015832-26 (already produced as part of 4/8/14 legislative privilege production)

**Category 1 documents which will be produced with attorney-client redactions:**
TX_00006535-45 (highly confidential, subject to legislative privilege)
TX_00006546-74 (highly confidential, subject to legislative privilege)
TX_00018855-57

**Category 1 documents that have been properly withheld and for which we will provide updated privilege log entries:**
TX_00014921
TX_00057627-44
TX_00092304

**Defendants' Document Review sent Apr. 11, 2014 (pursuant to Court's Apr. 8, 2014 Minute Entry Order)**

## CATEGORY 2 DOCUMENTS

**Category 2 documents where AC privilege has been removed and which will be produced:**

TX_00017894

TX_00088062

TX_00091207-22 (highly confidential, subject to legislative privilege)

TX_00011961-63 (highly confidential, subject to legislative privilege)

TX_00034473 (already produced as part of 4/8/14 legislative privilege production)

TX_00038305 (parent document to TX_00038306)

 TX_00038306 (highly confidential, subject to legislative privilege)

TX_00038307 (parent document to TX_00038308)

 TX_00038308 (highly confidential, subject to legislative privilege)


**Category 2 documents which will be produced with attorney-client redacti**ons:

TX_00009917-68 (highly confidential, subject to legislative privilege)

TX_00011948-51 (highly confidential, subject to legislative privilege)

**Category 2 documents that have been properly withheld and for which we will provide updated privilege log entries:**

TX_00011954-55

TX_00011981

TX_00012055-56

**Defendants' Document Review sent Apr. 11, 2014 (pursuant to Court's Apr. 8, 2014 Minute Entry Order)**

CATEGORY 3 DOCUMENTS

**Category 3 documents where AC privilege has been removed and which will be produced:**
TX_00078083 (highly confidential, subject to legislative privilege)
TX_00078084 (highly confidential, subject to legislative privilege)
TX_00078085 (highly confidential, subject to legislative privilege)
TX_00087394
TX_00086877
TX_00087792
TX_00087943
TX_00088018
TX_00088019
TX_00088059
TX_00092554
TX_00260337 (highly confidential, subject to legislative privilege)
TX_00260338-462 (highly confidential, subject to legislative privilege)
TX_00260463 (highly confidential, subject to legislative privilege)
TX_00260464-69 (highly confidential, subject to legislative privilege)
TX_00017894
TX_00254800
TX_00254801-17

**Category 3 documents where AC privilege has been removed, but which are being withheld on other grounds:**
TX_00087793-87805 (work-product privileged)
TX_00088053-54 (Redacted for Attorney-Client Privilege, Attorney work product)
TX_00088055-56 (Attorney work product)
TX_00088057-58 (Attorney work product)
TX_00088060-61 (Redacted for Attorney-Client Privilege, Attorney work product)
TX_00090771-72 (Work Product)
TX_ 00251748-49 (Work product)

**Category 3 documents which will be produced with attorney-client redactions:**
TX_00006129-30 (highly confidential, subject to legislative privilege)
TX_00087393
TX_00087397-98

**Category 3 documents which will be produced with redactions on grounds other than attorney-client:**
TX_00090478-79 (work-product privileged)
TX_00092394-95 (work-product privileged)

**Defendants' Document Review sent Apr. 11, 2014 (pursuant to Court's Apr. 8, 2014 Minute Entry Order)**

**Category 3 documents that have been properly withheld and for which we will provide updated privilege log entries:**

TX_00006134-35

TX_00006160

TX_00014012

TX_00041842-45

TX_00042138-44

TX_00042146

TX_00042147

TX_00042289-308

TX_00042440

TX_00081609-11

TX_00081612-14

TX_00085663-64

TX_00087830

TX_00087831

TX_00087837-38

TX_00087839-41

TX_00087898

TX_00087899

TX_00087900-42

TX_00087980-81

TX_00087982-88016

TX_00088017

TX_00090517

TX_00090546

TX_00090692

TX_00090693-724

TX_00090725

TX_00090726-30

TX_00090733-34

TX_00091799

TX_00091800-02

TX_00091803-04

TX_00092309

TX_00092310-11

TX_00101887-90 (Neither the communication nor the privilege log description relates to the Texas Legislative Council)

TX_00206556-69

TX_00206570-79

TX_00251796

TX_00251797-830

**Defendants' Document Review sent Apr. 11, 2014 (pursuant to Court's Apr. 8, 2014 Minute Entry Order)**

TX_00251831
TX_00251832-902
TX_00251903
TX_00251904-17
TX_00254767-68
TX_00254893
TX_00254944-45

**Defendants' Document Review sent Apr. 11, 2014 (pursuant to Court's Apr. 8, 2014 Minute Entry Order)**

## CATEGORY  4 DOCUMENTS

**Category 4 documents where AC has been removed and which will be produced:**

TX_00008681-89 (highly confidential, subject to legislative privilege)

TX_ 00019770

TX_00021737-85

TX_00022254-61 (highly confidential, subject to legislative privilege)

TX_00026295-97 (highly confidential, subject to legislative privilege)

TX_00027868  (highly confidential, subject to legislative privilege)

TX_00027869-84 (highly confidential, subject to legislative privilege)

TX_00076551 (highly confidential, subject to legislative privilege)

TX_00092293-302

TX_00204721 (highly confidential, subject to legislative privilege)

TX_00204722 (highly confidential, subject to legislative privilege)

TX_00204723 (highly confidential, subject to legislative privilege)


**Category 4 documents which will be produced with attorney-client redactions:**

TX_00006535-45 (highly confidential, subject to legislative privilege)

TX_00006546-74 (highly confidential, subject to legislative privilege)

TX_00090731-32