# EXHIBIT 4

Veasey v. Perry

Civil Action No. 2:13-cv-193

United States District Court for the Southern District of Texas, Corpus Christi Division

Supplemental Attorney-Client Privilege Log

April 10, 2014

| Docid | Enddoc | Attachment ID | Sources | From / Creator | To | Cc | Docdate | Issues | Attynotes |
|---|---|---|---|---|---|---|---|---|---|
| TX_00006129 | TX_00006130 | | BONNEN | Representative Dennis Bonnen Carson Hooks | Carson Hooks Shera Eichler | | 5/21/2009 | Legislative Privilege Redacted - Attorney Client | Confidential redacted e-mail communication from Texas Legislative Counsel drafting attorney Jennifer Jackson to Representative Bonnen staffer Carson Hooks,sent for purposes of providing legal advice to client legislator regarding draft SB 14 floor amendment. |
| TX_00006134 | TX_00006135 | | BONNEN | TLC Legal Division staff | Rep. Dennis Bonnen, Mollie Schall, Linda Winder, Shera Eichler, Jennifer Pierson, Carson Hooks | | 5/12/2009 | Legislative Privilege Attorney Client | Confidential e-mail communication tranmitted from Texas Legislative Counsel Legal Division staff at the direction of TLC assigning attorney David Hanna to client legislator Rep. Bonnen, and Rep. Bonnen staff confirming bill drafting request and assigning drafting attorney.  Email transmitted in furtherance of TLC legal services in drafting legislation for client legislators. |

| Docid | Enddoc | Attachment ID | Sources | From/Creator | To | Cc | Docdate | Issues | Attynotes |
|---|---|---|---|---|---|---|---|---|---|
| TX_00006160 | TX_00006160 | | BONNEN | TLC Legal Division staff | Rep. Dennis Bonnen, Mollie Schall, Linda Winder, Shera Eichler, Jennifer Pierson, Carson Hooks | | 5/20/2009 | Legislative Privilege Attorney Client | Confidential e-mail communication tranmitted from Texas Legislative Counsel Legal Division staff at the direction of TLC assigning attorney David Hanna to client legislator Rep. Bonnen, and Rep. Bonnen staff confirming bill drafting request and assigning drafting attorney. Email transmitted in furtherance of TLC legal services in drafting legislation for client legislators. |
| TX_00006535 | TX_00006545 | | BONNEN | Daniel Hodge | Lauren Sutterfield, Steven Schar | | 3/20/2011 | Redacted - Attorney Client Legislative Privilege | Redacted confidential email between OAG First Assisnat Attorney General, Rep. Bonnen staff and Rep. Bonnen General Counsel regarding photo ID requirement, sent for the purpose of providing legal advice regarding Voter ID and preclearance requirements. |
| TX_00006546 | TX_00006574 | | BONNEN | Shera Eichler | Steven Schar | | 3/21/2011 | Legislative Privilege Redacted - Attorney Client | Confidential e-mails between Rep. Bonnen staff, Rep. Bonnen General Counsel, and OAG attorneys sent for purposes of providing legal advice regarding Voter ID and preclearance requirements. E-mails reflect communications between Rep. Bonnen and Rep. Bonnen staff regarding voter ID legislation that reflect the legislator's thoughts, opinions, and mental impressions regarding Voter ID legislation. |
| TX_00011948 | TX_00011951 | | STRAUS | Meredyth Fowler | Speaker Joe Straus | | 2009 | Legislative Privilege Redacted - Attorney Client | Confidential attorney/policy advisor memorandum from the personal files of Speaker Straus reflecting the legislator's thoughts, opinions, or mental impressions on Voter ID. Redacted portions of the memorandum provides legal advice regarding Voter ID legislation. |

| Docid | Enddoc | Attachment ID | Sources | From/Creator | To | Cc | Docdate | Issues | Attynotes |
|-------|--------|---------------|---------|--------------|-----|-----|---------|--------|-----------|
| TX_00011954 | TX_00011955 | | STRAUS | Meredyth Fowler | Speaker Joe Straus | | 2/19/2009 | Legislative Privilege Attorney Client | Confidential attorney/legislative policy advisor memorandum from the personal files of Speaker Straus reflecting the legislator's thoughts, opinions, or mental impressions on Voter ID. Memorandum provides legal advice from Speaker Straus's legal counsel/elections policy advisor regarding Voter ID legislation. |
| TX_00011981 | TX_00011981 | | STRAUS | Meredyth Fowler | Speaker Joe Straus | | 2/13/2009 | Attorney Client Legislative Privilege | Confidential legislative policy advisor memorandum regarding Voter ID from the personal files of Speaker Straus reflecting the legislator's thoughts, opinions, or mental impressions on Voter ID. Memoradum provides legal advice from Speaker's general counsel/elections policy advisor regarding Voter ID legislationand related legislation. |
| TX_00012055 | TX_00012056 | | STRAUS | Meredyth Fowler | Speaker Joe Straus | | 2/13/2009 | Legislative Privilege Attorney Client | Confidential attorney/legislative policy advisor memorandum regarding Voter ID from the personal files of Speaker Straus reflecting the legislator's thoughts, opinions, or mental impressions on Voter ID and containing legal advice from the Speaker's general Counsel |
| TX_00014012 | TX_00014012 | | WILLIAMS PART II | Tisha Welch | Jason Baxter, Amanda Montagne, Robert Orr, Brady Vaughn | | 12/22/2010 | Legislative Privilege Attorney Client | Confidential e-mail communication from Texas Legislative Counsel assigning attorney to client legislator Senator Williams' staff confirming bill drafting request and assigning drafting attorney, sent as part of the legal services provided by TLC to the legislator for the purpose of providing legal advice regarding Voter ID bill draft. |

| Docid | Enddoc | Attachment ID | Sources | From/Creator | To | Cc | Docdate | Issues | Attynotes |
|---|---|---|---|---|---|---|---|---|---|
| TX_00014921 | TX_00014921 | | WILLIAMS PART II | Danial Hodge | Clete Buckaloo David Maxwell David Morales David Schenck Jay Dyer Jimmy Blacklock Jonathan Mitchell Reed Clay Stacey Napier Jerry Strickland Robert Allen | | 1/21/2011 | Attorney Client Legislative Privilege | Confidential attachment to above email communications regarding SB 362 Senate Committee of the Whole hearing testimony. Attachment contains confidential e-mail communication between OAG Attorneys, sent for the purpose of providing legal advice regarding voter ID legislation. |
| TX_00018855 | TX_00018855 | | SOS PART I | Bryan Hebert | John Sepehri | | 9/22/2011 | Redacted - Attorney Client | Confidential redacted confidential email communications between SOS attorney, OAG attorney, and attorney for Lieutenant Governor seeking or providing legal advice regarding DOJ's response to Texas Voter ID law. |
| TX_00041842 | TX_00041845 | | TLC PART II | Colby Beuck | Ross Giesinger | | 4/3/2012 | Attorney Client | Memorandum sent from Rep. Harless chief of staff to TLC legal dvision attorney regarding redistricting update, sent for the purpose of securing legal advice and assistance in responding to an open records request. |
| TX_00042138 | TX_00042138 | | TLC PART II | Jennifer Jackson (TLC Legal Division Attorney) | Karina Davis (Senate Parliamentarian/Lt. Governor staff), Chris Griesel (House Parliamentarian/Speaker staff) | | 2011 | Attorney Client | Confidential communication between TLC legal division attorney, Senate parliamentarian/Lt. Governor staff and House parliamentarian/speaker staff regarding SB 14 conference committee report, sent for the purpose of providing legal advice regarding parliamentary procedure. |

| Docid | Enddoc | Attachment ID | Sources | From/Creator | To | Cc | Docdate | Issues | Attynotes |
|---|---|---|---|---|---|---|---|---|---|
| TX_00042146 | TX_00042146 | | TLC PART II | Jennifer Jackson (TLC Legal Division Attorney) | Karina Davis (Senate Parliamentarian/Lt. Governor staff), Chris Griesel (House Parliamentarian/Speaker staff) | | 2011 | Attorney Client | Confidential communication between TLC legal division attorney, Senate parliamentarian/Lt. Governor staff and House parliamentarian/speaker staff regarding SB 14 conference committee report, sent for the purpose of providing legal advice regarding parliamentary procedure. |
| TX_00042147 | TX_00042147 | | TLC PART II | Jennifer Jackson (TLC Legal Division Attorney) | Karina Davis (Senate Parliamentarian/Lt. Governor staff), Chris Griesel (House Parliamentarian/Speaker staff) | | 2011 | Attorney Client | Confidential communication between TLC legal division attorney, Senate parliamentarian/Lt. Governor staff and House parliamentarian/speaker staff regarding SB 14 conference committee report, sent for the purpose of providing legal advice regarding parliamentary procedure. |
| TX_00042289 | TX_00042308 | | TLC PART II | Liz Morris (TLC Legal Division Attorney) | Senator Frasor | | 2011 | Attorney Client Legislative Privilege | Portion of confidential SB 14 bill drafting file reflecting SB 14 house committee substitute revisions, sent from TLC Legal Division Attorney to Senator Fraser for the purpose of providing legal advice and legal bill drafting services. |
| TX_00042440 | TX_00042440 | | TLC PART II | Colby Beuck (Rep. Harless chief of staff) | Jennifer Jackson (TLC Legal Division Attorney) | | 2/25/2011 | Attorney Client Legislative Privilege | Confidential email communications between Rep. Harless chief of staff and TLC Legal Division Attorney regarding SB 14 draft language, sent for the purpose of seeking legal advice and legal bill drafting services from TLC attorneys. |

| Docid | Enddoc | Attachment ID | Sources | From Creator | To | Cc | Docdate | Issues | Attynotes |
|-------|--------|---------------|---------|--------------|-----|-----|---------|--------|-----------|
| TX_00057627 | TX_00057644 | | GOVERNOR PART 3 | Michael Schofield | Jeff Boyd | | 5/6/2011 | Attorney Client Deliberate Process Privilege Legislative Privilege | Confidential email communications between Governor's Office General Counsel to Governor's Office Staff regarding funding for SB 14, sent for the purposes of providing legal advice regarding responding to legislative inquiry on SB 14 funding. The document contains internal discussions and delibrations regarding funding for SB 14 which were created to assist in deciding whether to veto or sign SB 14. Ultimately, the document was used to advise the Governor on his decision on whether to veto or sign SB 14. This document was created prior to a final decision by the Governor on whether to sign or veto SB 14. The document was not shared with the public, and the document cannot be produced in a redacted form without disclosing privileged information. |
| TX_00081609 | TX_00081611 | | KARINA DAVIS ELECTRONIC RECORDS | Jeff Archer | Karina Davis | | 1/23/2011 | Legislative Privilege Attorney Client | Confidential communication between TLC Chief Legislative Counsel and Senate Parliamentarian/Lt. Governor staff regarding Senate Committee of the Whole rule amendment, sent for the purpose or providing legal opinions regarding parliamentary procedure. |

| Docid | Enddoc | Attachment ID | Sources | From Creator | To | Cc | Docdate | Issues | Attynotes |
|---|---|---|---|---|---|---|---|---|---|
| TX_00081612 | TX_00081614 | | KARINA DAVIS ELECTRONIC RECORDS | Jeff Archer (TLC Chief Legislative Counsel/Attorney) | Karina Davis (Senate Paliamentarian/Lt. Governor staff) | | 7/11/2005 | Attorney Client | Attachment to above confidential e-mail communication (TX_00081609) between TLC Chief Legislative Counsel and Senate Parliamentarian/Lt. Governor staff regarding Senate Committee of the Whole rule amendment, sent for the purpose of providing legal opinions regarding parliamentary procedure. |
| TX_00085663 | TX_00085664 | | McCOY ELECTRONIC RECORDS | Jeff Archer | Janice McCoy | | 4/12/2012 | Attorney Client Legislative Privilege Work Product | Confidential e-mail communication between TLC Chief Legislative Counsel and Senator Fraser staff regarding TLC Voter ID discovery requests, sent in anticipation of Voter ID litigation for the purposes of providing legal advice regarding discovery and reflecting attorney thoughts, opinions, and mental impressions regarding privilege. |
| TX_00087393 | TX_00087393 | | LT. GOV ELECTRONIC DOCUMENTS | Frank Battle | David Hanna | | 6/10/2011 | Redacted - Attorney Client | Confidential redacted communications between OAG attorneys Stacey Napier and Reed Clay and Lt. Governor General Counsel Frank Battle and Lt. Governor Chief of Staff Bryan Hebert regarding SB 14 preclearance analysis, sent for the purposes of providing or seeking legal advice and opinions regarding SB 14 preclearance submission. |

| Docid | Enddoc | Attachment ID | Sources | From Creator | To | Cc | Docdate | Issues | Attynotes |
|---|---|---|---|---|---|---|---|---|---|
| TX_00087397 | TX_00087398 | | LT. GOV ELECTRONIC DOCUMENTS | Frank Battle | David Hanna | | 6/10/2011 | Redacted - Attorney Client | Confidential redacted communications between OAG attorneys Stacey Napier and Reed Clay and Lt. Governor General Counsel Frank Battle and Lt. Governor Chief of Staff Bryan Hebert regarding SB 14 preclearance analysis, sent for the purposes of providing or seeking legal advice and opinions regarding SB 14 preclearance submission. |
| TX_00087793 | TX_00087805 | | LT. GOV ELECTRONIC DOCUMENTS | Deborah Fulton (TLC Legal Division Director) | Debbie Irvine (TLC Executive Director) | | 3/7/2012 | Work Product | Legal memorandum attached to confidential email communication (TX_00087792), prepared by TLC Legal Division Director Deborah Fulton in preparation for ongoing Voter ID litigation and reflecting the attorney's thoughts, mental impressions, and legal opinions regarding attorney-client and Legislative Privilege. |
| TX_00087830 | TX_00087830 | | LT. GOV ELECTRONIC DOCUMENTS | David Hanna | Jesse Anira, Frank Battle | Deborah Fulton | 3/29/2012 | Attorney Client Work Product Legislative Privilege | Confidential e-mail communication between TLC Chief Legislative Counsel, TLC Executive, TLC Legal Division of TLC Legal Division Director, and TLC Governing Board Member staff regarding Voter ID discovery, sent in preparation for Voter ID discovery for the purpose of providing legal advice regarding pending Voter ID litigation and reflecting attorney thoughts, opinions, and mental impressions regarding privilege. |

| Docid | Enddoc | Attachments ID | Sources | From / Creator | To | Cc | Docdate | Issues | Attynotes |
|---|---|---|---|---|---|---|---|---|---|
| TX_00087831 | TX_00087831 | | LT. GOV ELECTRONIC DOCUMENTS | Frank Battle | David Hanna, Jesse Ancira | Deborah Fulton | 3/29/2012 | Attorney Client Work Product Legislative Privilege | Confidential e-mail communication between TLC Chief Legislative Counsel, TLC Executive, TLC Legal Division of TLC Legal Division Director, and TLC Governing Board Member staff regarding Voter ID discovery, sent in preparation for Voter ID discovery for the purpose of providing legal advice regarding pending Voter ID litigation and reflecting attorney thoughts, opinions, and mental impressions regarding privilege. |
| TX_00087837 | TX_00087838 | TX_00087839 | LT. GOV ELECTRONIC DOCUMENTS | Frank Battle | David Hanna | | 3/30/2012 | Attorney Client Work Product | Confidential e-mail between Lt. Governor General Counsel and TLC Chief Legislative Counsel regarding Voter ID interrogatory responses, sent for the purposes of seeking legal assistance responding to discovery requests in pending Voter ID litigation and reflecting attorney thoughts, opinions, and mental impressions regarding discovery responses. |
| TX_00087839 | TX_00087841 | | LT. GOV ELECTRONIC DOCUMENTS | Frank Battle | | | 3/30/2012 | Attorney Client Work Product | Attachment to above confidential e-mail (TX_00087837) between General Counsel for Lt. Governor and TLC Senior Legislative Counsel containing draft Voter ID interrogatory responses prepared by Lt. Governor General Counsel in response to Voter ID litigation and reflecting attorney thoughts, opinions, and mental impressions. |

| Docid | Enddoc | Attachments ID | Sources | From Creator | To | Cc | Docdate | Issues | Attynotes |
|-------|--------|----------------|---------|--------------|-----|-----|---------|--------|-----------|
| TX_00087898 | TX_00087898 | TX_00087899 | LT. GOV ELECTRONIC DOCUMENTS | Frank Battle | David Hanna | | 4/16/2012 | Attorney Client Work Product | Confidential e-mail communication between General Counsel for Lt. Governor and TLC Senior Legislative Counsel regarding Legislative Privilege, sent in response to Voter ID litigation for the purpose of seeking or providing legal advice and opinions regarding discovery in pending Voter ID lawsuit. |
| TX_00087899 | TX_00087899 | TX_00087900 | LT. GOV ELECTRONIC DOCUMENTS | Anne Wilson | Adam Mortara, John Hughes, Stephen Cowen, Adam Aston, Angela Colmenero, Anne Wilson, Arthur D'Andrea, Brooke Paup, Deborah Williams, Jay Dyer, Jennifer Rowell, Jimmy Blacklock, John McKenzie, Jonathan Mitchell, Kathleen Morris, Katie Taylor, Kevin Hayes, Patrick Sweeten, Reed Clay, Reynolds Brissenden, Stacey Napier, Vera Calamusa | amanda.saliga @bartlit-beck.com elinore.sheryka @bartlit-beck.com | 4/16/2012 | Attorney Client Work Product Legislative Privilege | Attachment to above confidential e-mail communication (TX_00087898) containing confidential communication from OAG legal assistant to OAG attorneys, legal staff, and outside counsel regarding Legislative Privilege reply brief, sent for the purpose of seeking or providing legal advice regarding pending Voter ID litigation. |

| Docid | Enddoc | Attachments ID | Sources | From Creator | To | Cc | Docdate | Issues | Attynotes |
|---|---|---|---|---|---|---|---|---|---|
| TX_00087900 | TX_00087942 | | LT. GOV ELECTRONIC DOCUMENTS | | | | 4/13/2012 | Attorney Client Work Product Legislative Privilege | Attachment to above confidential e-mail communication (TX_00087899) from OAG legal assistant to OAG attorneys, legal staff, and outside counsel regarding Legislative Privilege reply brief, sent for the purpose of seeking or providing legal advice regarding pending Voter ID litigation. |
| TX_00087980 | TX_00087981 | TX_00087982 TX_00088017 | LT. GOV ELECTRONIC DOCUMENTS | David Hanna (TLC Legal Division Attorney) | Frank Battle | | 4/20/2012 | Attorney Client Work Product Legislative Privilege | Confidential e-mail between TLC Chief Legislative Counsel and Lt. Governor General Counsel regarding draft supplemental interrogatory responses, sent in response to Voter ID interrogatory requests for the purpose of seeking or providing legal advice and assistance responding to discovery propounded during pending Voter ID litigation. |
| TX_00087982 | TX_00088016 | | LT. GOV ELECTRONIC DOCUMENTS | | | | 4/20/2012 | Attorney Client Work Product | Attachment to above confidential communication (TX_000878980) between TLC Senior Counsel and Lt. Governor General Counsel sent for purposes of providing legal advice regarding responses to discovery requests in ongoing Voter ID litigation. Attachment contains draft supplemental interrogatory responses prepared by attorneys in response to Voter ID discovery requests and reflects attorney thoughts, opinions, and mental impressions. |

| Docid | Enddoc | Attachments ID | Sources | From/Creator | To | Cc | Docdate | Issues | Attynotes |
|---|---|---|---|---|---|---|---|---|---|
| TX_00088017 | TX_00088017 | | LT. GOV ELECTRONIC DOCUMENTS | | | | 4/20/2012 | Attorney Client Work Product | Attachment to above confidential e-mail communication (TX_000878980) between TLC Senior Counsel and Lt. Governor General Counsel sent for purposes of providing legal advice regarding responses to discovery requests in ongoing Voter ID litigation. Attachment contains draft supplemental interrogatory response declaration prepared by OAG attorney in furtherance of Voter ID discovery and reflects attorney thoughts, opinions, and mental impressions. |
| TX_00088053 | TX_00088054 | TX_00088053 TX_00088057 | LT. GOV ELECTRONIC DOCUMENTS | Frank Battle | Nathan Gauldin | | 4/24/2012 | Redacted - Attorney Client Work Product | Confidential e-mail communication between Lt. Governor General Counsel and TLC staff requesting assistance conducting Voter ID email searches in furtherance of Voter ID discovery requests. Communication forwards redacted confidential communication between OAG attorney Stacey Napier, OAG paralegal Kathleen Morris, and Lt. Governor General Counsel Frank Battle regarding instruction for conducting email searches in response to Voter ID discovery requests. |
| TX_00088055 | TX_00088056 | | LT. GOV ELECTRONIC DOCUMENTS | | | | 4/24/2012 | Work Product | Attachment to above confidential e-mail communication (TX_00088053) containing attorney instructions for conducting email searches in response to pending Voter ID discovery. |

| Docid | Enddoc | Attachments ID | Sources | From/Creator | To | Cc | Docdate | Issues | Attynotes |
|-------|--------|----------------|---------|--------------|-----|-----|---------|--------|-----------|
| TX_00088057 | TX_00088058 | | LT. GOV ELECTRONIC DOCUMENTS | | | | 4/24/2012 | Work Product | Attachment to above confidential e-mail communication (TX_00088053) containing attorney instructions for conducting email searches in response to pending Voter ID discovery. |
| TX_00088060 | TX_00088061 | | LT. GOV ELECTRONIC DOCUMENTS | Nathan Gauldin | Frank Battle | | 4/24/2012 | Redacted - Attorney Client Work Product | Confidential e-mail communication between Lt. Governor General Counsel and TLC staff requesting assistance conducting Voter ID email searches in furtherance of Voter ID discovery requests.  Communication forwards redacted confidential communication between OAG attorney Stacey Napier, OAG paralegal Kathleen Morris, and Lt. Governor General Counsel Frank Battle regarding instruction for conducting email searches in response to Voter ID discovery requests. |
| TX_00090478 | TX_00090479 | | BIRDWELL,KELLY,ERICKSON ELECTRONIC RECORDS | Barbara Erickson on behalf of Senator Birdwell | Casey Kelley | | 4/12/2012 | Redacted - Work Product | Confidential redacted email from Texas Legislative Council Executive Director to legislators potentially affected by Voter ID discovery, sent at the direction of TLC General Counsel during ongoing Voter ID litigation for the purpose of notifying legislators with potentially responsive drafting files of Voter ID discovery and reflecting the thoughts, opinions, and mental impressions of TLC General Counsel attorneys regarding handling discovery in Voter ID litigation. |

| Docid | Enddoc | Attachments ID | Sources | From / Creator | To | Cc | Docdate | Issues | Attynotes |
|---|---|---|---|---|---|---|---|---|---|
| TX_00090517 | TX_00090517 | | BIRDWELL,KELLY ,ERICKSON ELECTRONIC RECORDS | Texas Legislative Council | Liz Young, Casey Kelley, Sen. Brian Birdwell | | 10/11/2010 | Legislative Privilege Attorney Client | Confidential e-mail communication tranmitted from Texas Legislative Counsel Legal Division staff at the direction of TLC assigning attorney David Hanna to client legislator Sen. Birdwell and Sen. Birdwell staff confirming bill drafting request and assigning drafting attorney. Email transmitted in furtherance of TLC legal services in drafting legislation for client legislators. |
| TX_00090546 | TX_00090546 | | BIRDWELL,KELLY ,ERICKSON ELECTRONIC RECORDS | Texas Legislative Council | Liz Young, Casey Kelley, Brian Birdwell | | 1/21/2011 | Legislative Privilege Attorney Client | Confidential e-mail communication tranmitted from Texas Legislative Counsel Legal Division staff at the direction of TLC assigning attorney David Hanna to client legislator Sen. Birdwell and Sen. Birdwell staff confirming bill drafting request and assigning drafting attorney. Email transmitted in furtherance of TLC legal services in drafting legislation for client legislators. |
| TX_00090692 | TX_00090692 | TX_00090693 | BIRDWELL,KELLY ,ERICKSON ELECTRONIC RECORDS | Mike Marshall | Casey Kelley | | 4/11/2012 | Attorney Client Work Product | Confidential email communication from TLC Legal Division Deputy Director to Senator Birdwell staff regarding responding to voter ID discovery, sent in response to discovery requests in pending Voter ID litigation for the purpose of providing  legal advice regarding discovery. and reflecting attorney thoughts, opinions, and mental impressions regarding legislative and attorney-client privileges. |

| Docid | Enddoc | Attachments ID | Sources | From/Creator | To | Cc | Docdate | Issues | Attynotes |
|---|---|---|---|---|---|---|---|---|---|
| TX_00090693 | TX_00090724 | | BIRDWELL,KELLY ,ERICKSON ELECTRONIC RECORDS | Mike Marshall | Casey Kelley | | 4/11/2012 | Legislative Privilege Attorney Client Work Product | Attachment to the above confidential email communication (TX_00090692) from TLC Legal Division Deputy Director to Senator Birdwell staff regarding responding to voter ID discovery requests, sent in response to Voter ID discovery requests for the purpose of providing legal advice regarding discovery. Attachment contains confidential bill drafting file containing confidential communications from Senator Birdwell staff to TLC Legal Division requesting legal services to help draft Voter ID legislation and draft Voter ID language and notes prepared by TLC Legal Division attorney Jennifer Jackson in response to bil drafting request. Bill file reflects legislator thoughts, opinions, and mental impressions regarding Voter ID. |
| TX_00090725 | TX_00090725 | TX_00090726 | BIRDWELL,KELLY ,ERICKSON ELECTRONIC RECORDS | Mike Marshall | Casey Kelley | | 4/11/2012 | Attorney Client Work Product | Confidential email communication from TLC Legal Division Deputy Director to Senator Birdwell staff regarding responding to voter ID discovery, sent in response to discovery requests in pending Voter ID litigation for the purpose of providing legal advice regarding discovery. |

| Docid | Enddoc | Attachments ID | Sources | From/Creator | To | Cc | Docdate | Issues | Attynotes |
|-------|--------|----------------|---------|--------------|-----|-----|---------|--------|-----------|
| TX_00090726 | TX_00090730 | | BIRDWELL,KELLY,ERICKSON ELECTRONIC RECORDS | Mike Marshall | Casey Kelley | | 4/11/2012 | Legislative Privilege Attorney Client | Attachment to the above confidential email communication (TX_00090725) from TLC Legal Division Deputy Director to Senator Birdwell staff regarding responding to voter ID discovery requests, sent in response to Voter ID discovery requests for the purpose of providing legal advice regarding discovery. Attachment contains confidential bill drafting file containing confidential communications from Senator Birdwell staff to TLC Legal Division requesting legal services in drafting Voter ID legislation and draft bill language and notes prepared by TLC Legal Division attorney Jennifer Jackson in response to bill drafting request. |
| TX_00090731 | TX_00090732 | | BIRDWELL,KELLY,ERICKSON ELECTRONIC RECORDS | Debbie Irvine | Debbie Irvine | | 4/12/2012 | Redacted - Work Product | Confidential redacted email from Texas Legislative Council Executive Director to legislators potentially affected by Voter ID discovery, sent at the direction of TLC General Counsel during ongoing Voter ID litigation for the purpose of notifying legislators with potentially responsive drafting files of Voter ID discovery and reflecting the thoughts, opinions, and mental impressions of TLC General Counsel attorneys regarding handling discovery in Voter ID litigation.. |

| Docid | Enddoc | Attachments ID | Sources | From / Creator | To | Cc | Docdate | Issues | Attynotes |
|---|---|---|---|---|---|---|---|---|---|
| TX_00090733 | TX_00090734 | | BIRDWELL,KELLY ,ERICKSON ELECTRONIC RECORDS | Mike Marshall | Casey Kelley | | 4/12/2012 | Attorney Client | Confidential email communication between Texas Legislative Council Deputy Director for the Legal Division and Senator Birdwell staff regarding discovery in Voter ID suit, sent for the purpose of providing legal advice regarding discovery of documents subject to attorney client and Legislative Privilege in pending voter ID litigation. |
| TX_00090771 | TX_00090772 | | BIRDWELL,KELLY ,ERICKSON ELECTRONIC RECORDS | Debbie Irvine | Debbie Irvine | | 4/12/2012 | Work Product | Confidential email from Texas Legislative Council Executive Director to legislators potentially affected by Voter ID discovery, sent at the direction of TLC General Counsel during ongoing Voter ID litigation for the purpose of notifying legislators with potentially responsive drafting files of Voter ID discovery and reflecting the thoughts, opinions, and mental impressions of TLC General Counsel attorneys regarding handing discovery in Voter ID litigation. |
| TX_00091799 | TX_00091799 | TX_00091800 TX_00091803 | HARLESS ELECTRONIC RECORDS | Ross Giesinger | Colby Beuck | | 1/6/2011 | Attorney Client | Confidential communication between Representative Harless staff and Texas Legislative Council Legal Division Attorney regarding Voter ID open records request sent for the purpose of providing legal services and advice responding to open records request and reflecting attorneys thoughts, opinions, and mental impressions regarding the Texas Open Records Act. |

| Docid | Enddoc | Attachments ID | Sources | From / Creator | To | Cc | Docdate | Issues | Attynotes |
|---|---|---|---|---|---|---|---|---|---|
| TX_00091800 | TX_00091802 | | HARLESS ELECTRONIC RECORDS | Ross Giesinger | | | 1/6/2011 | Attorney Client | Attachment to above confidential communication (TX_00091799) between Representative Harless staff and Texas Legislative Council Legal Division Attorney regarding Voter ID open records request sent for the purpose of providing legal services and advice responding to open records request and reflecting attorneys thoughts, opinions, and mental impressions regarding the Texas Open Records Act. |
| TX_00091803 | TX_00091804 | | HARLESS ELECTRONIC RECORDS | Ross Giesinger | | | 1/6/2011 | Attorney Client | Attachment to above confidential communication (TX_00091799) between Representative Harless staff and Texas Legislative Council Legal Division Attorney regarding Voter ID open records request sent for the purpose of providing legal services and advice responding to open records request and reflecting attorneys thoughts, opinions, and mental impressions regarding the Texas Open Records Act. |
| TX_00092304 | TX_00092304 | | HARLESS ELECTRONIC RECORDS | Ross Giesinger | Colby Beuck | | 1/17/2012 | Legislative Privilege Attorney Client | Confidential e-mail communication from Texas Legislative Counsel Attorney and Representative Harless staff sent for purposes of providing legal advice regarding documents required to produce when responding to an open record request. |

| Docid | Enddoc | Attachments ID | Sources | From Creator | To | Cc | Docdate | Issues | Attynotes |
|---|---|---|---|---|---|---|---|---|---|
| TX_00092309 | TX_00092309 | TX_00092310 | HARLESS ELECTRONIC RECORDS | Ross Giesinger | Colby Beuck | | 1/17/2012 | Attorney Client | Confidential communication between Representative Harless staff and Texas Legislative Council Legal Division Attorney regarding Voter ID open records request sent for the purpose of providing legal services and advice responding to open records request and reflecting attorneys thoughts, opinions, and mental impressions regarding the Texas Open Records Act. |
| TX_00092310 | TX_00092311 | | HARLESS ELECTRONIC RECORDS | Ross Giesinger | | | 1/17/2012 | Attorney Client | Attachment to above confidential e-mail communication (TX_00092309) between Representative Harless staff and Texas Legislative Council Legal Division Attorney regarding Voter ID open records request sent for the purpose of providing legal services and advice responding to open records request and reflecting attorneys thoughts, opinions, and mental impressions regarding the Texas Open Records Act. |
| TX_00092394 | TX_00092395 | | HARLESS ELECTRONIC RECORDS | Colby Beuck | Rep. Patricia Harless | | 4/12/2012 | Redacted - Work Product | Confidential redacted email from Texas Legislative Council Executive Director to legislators potentially affected by Voter ID discovery, sent at the direction of TLC General Counsel during ongoing Voter ID litigation for the purpose of notifying legislators with potentially responsive drafting files of Voter ID discovery and reflecting the thoughts, opinions, and mental impressions of TLC General Counsel attorneys regarding handling discovery in Voter ID litigation. |

| Docid | Enddoc | Attachments ID | Sources | From/Creator | To | Cc | Docdate | Issues | Attynotes |
|---|---|---|---|---|---|---|---|---|---|
| TX_00101887 | TX_00101890 | | SOS STAFF ELECTRONIC RECORDS | Elizabeth Hanchaw Winn | Paul Miles | | 4/7/2008 | Attorney Client | Confidential communications between SOS attorneys offered for the purpose of requesting legal advice regarding voter registration under NVRA in community health centers. Communication reflects attorneys thoughts, opinions, and mental impressions regarding regarding vote registration in community health centers. |
| TX_00206556 | TX_00206569 | | TLC Reponse to RFP #1 - Privileged | Jennifer Jackson (TLC Legal Division Attorney) | Representative Denny | | 3/21/2005 | Legislative Privilege Attorney Client | Legislative drafting file documenting confidential communications between TLC Legal Division Attorney Jennifer Jackson and legislative client, Representative Denny, and research notes and draft language relating to producing the proposed legislation as requested by Rep. Denny. Bill drafting file reflects Rep. Denny's thoughts, opinions, or mental impressions on Voter ID. |
| TX_00206570 | TX_00206579 | | TLC Reponse to RFP #1 - Privileged | David Hanna (TLC Legal Division Attorney) | Representative Denny | | 3/29/2005 | Legislative Privilege Attorney Client | Legislative drafting file documenting confidential communications between TLC Legal Division Attorney David Hanna and legislative client, Representative Denny, and research notes and draft language relating to producing the proposed legislation as requested by tRepresentative Denny. Bill drafting file reflects Rep. Denny's thoughts, opinions, or mental impressions on Voter ID. |

| Docid | Enddoc | Attachments ID | Sources | From Creator | To | Cc | Docdate | Issues | Attynotes |
|-------|--------|----------------|---------|--------------|-----|-----|---------|--------|-----------|
| TX_00251748 | TX_00251749 | | LOGAN SPENCE ELECTRONIC RECORDS | Deborah Fulton | Deborah Fulton | | 4/27/2012 | Work Product | Confidential email from Texas Legislative Council Legal Division Director to legislators potentially affected by Voter ID discovery, sent during ongoing Voter ID litigation for the purpose of notifying legislators with potentially responsive drafting files of Voter ID discovery and reflecting the thoughts, opinions, and mental impressions of TLC Legal Division Director regarding handing discovery in Voter ID litigation. |
| TX_00251796 | TX_00251796 | TX_00251797 | HARVEY HILDERBRAN ELECTRONIC RECORDS | Jennifer Jackson (TLC Legal Division Attorney) | Isaac Albarado | | 4/11/2012 | Attorney Client Work Product | Confidential e-mail communication between TLC Legal Division Attorney Jennifer Jackson and TLC legislator client Rep. Hildebran's staff transferring voter ID bill drafting file, sent in response to Voter ID litigation for purpose of providing legal services to client legislator in compiling documents responsive to Voter ID discovery. |
| TX_00251797 | TX_00251830 | | HARVEY HILDERBRAN ELECTRONIC RECORDS | Jennifer Jackson (TLC Legal Division Attorney) | | | | Attorney Client Work Product | Confidential bill drafting file attachment to above attorney-client email (TX_00251796) sent in response to Voter ID litigation for purpose of providing legal services to client legislator in compiling documents responsive to Voter ID discovery. Attachment contains confidential requests for legal advice and services researching and drafting Voter ID legislation, and proposed language drafted by TLC Legal Division attorney Jennifer Jackson at the request of legislative client Rep. Hilderbran. |

| Docid | Enddoc | Attachments ID | Sources | From / Creator | To | Cc | Docdate | Issues | Attynotes |
|---|---|---|---|---|---|---|---|---|---|
| TX_00251831 | TX_00251831 | TX_00251832 | HARVEY HILDERBRAN ELECTRONIC RECORDS | Jennifer Jackson (TLC Legal Division Attorney) | Isaac Albrado | | 4/11/2012 | Attorney Client Work Product | Confidential e-mail communication between TLC Attorney Jennifer Jackson and TLC legislator client Representative Hildebran's staff sent for purpose of providing legal advice to client legilsator regarding draft voter ID legislation. |
| TX_00251832 | TX_00251902 | | HARVEY HILDERBRAN ELECTRONIC RECORDS | Jennifer Jackson (TLC Legal Division Attorney) | | | | Attorney Client Work Product | Confidential bill drafting file attachment to above attorney-client email (TX_00251831) sent in response to Voter ID litigation for purpose of providing legal services to client legislator in compiling documents responsive to Voter ID discovery. Attachment contains confidential requests for legal advice and services researching and drafting Voter ID legislation, and proposed language drafted by TLC Legal Division attorney Jennifer Jackson at the request of legislative client Rep. Hilderbran. |
| TX_00251903 | TX_00251903 | TX_00251904 | HARVEY HILDERBRAN ELECTRONIC RECORDS | Jennifer Jackson (TLC Legal Division Attorney) | Isaac Albrado | | 4/11/2012 | Attorney Client Work Product | Confidential e-mail communication between TLC Attorney Jennifer Jackson and TLC legislator client Representative Hildebran's staff sent for purpose of providing legal advice to client legilsator regarding draft voter ID legislation. |

| Docid | Enddoc | Attachments ID | Sources | From/Creator | To | Cc | Docdate | Issues | Attynotes |
|---|---|---|---|---|---|---|---|---|---|
| TX_00251904 | TX_00251917 | | HARVEY HILDERBRAN ELECTRONIC RECORDS | Jennifer Jackson (TLC Legal Division Attorney) | | | | Attorney Client Work Product | Confidential bill drafting file attachment to above attorney-client email (TX_00251903) sent in response to Voter ID litigation for purpose of providing legal services to client legislator in compiling documents responsive to Voter ID discovery. Attachment contains confidential requests for legal advice and services researching and drafting Voter ID legislation, and proposed language drafted by TLC Legal Division attorney Jennifer Jackson at the request of legislative client Rep. Hilderbran. |
| TX_00254767 | TX_00254768 | | SPEAKER'S OFFICE ELECTRONIC RECORDS | Jeff Archer | Jesse Anira | | 1/4/2012 | Attorney Client Legislative Privilege | Confidential email communications from TLC chief counsel to client Speaker Straus's General Counsel sent for purposes of providing legal advice regarding a response to a PIA Request. |
| TX_00254893 | TX_00254893 | | SPEAKER'S OFFICE ELECTRONIC RECORDS | David Hanna | Jesse Ancira | | 4/27/2012 | Attorney Client Legislative Privilege Work Product | Confidential e-mail communication from TLC attorney David Hanna to Speaker Straus Legal Counsel sent in anticipation of Voter ID litigation and reflecting TLC attorney's thoughts, opinions, and mental impressions on discovery matters in voter ID litigation. Communication made for purposes of providing legal advice on discovery matters in Voter Id litigation to client Speaker Straus. |

| Docid | Enddoc | Attachments ID | Sources | From/Creator | To | Cc | Docdate | Issues | Attynotes |
|---|---|---|---|---|---|---|---|---|---|
| TX_00254944 | TX_00254945 | | SPEAKER'S OFFICE ELECTRONIC RECORDS | Deborah Fulton (TLC Legal Division Director) | Deborah Fulton (TLC Legal Division Director) | | 4/27/2012 | Legislative Privilege Attorney Client Work Product | Confidential email from Texas Legislative Council Legal Division Director to legislators potentially affected by Voter ID discovery, sent during ongoing Voter ID litigation for the purpose of notifying legislators with potentially responsive drafting files of Voter ID discovery and reflecting the thoughts, opinions, and mental impressions of the TLC Legal Division Director regarding handling discovery in Voter ID litigation. |