IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br>      Plaintiffs, <br><br>      v. <br><br> RICK PERRY, *et al.*, <br><br>      Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br>      Plaintiff, <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br>      Plaintiff-Intervenors, <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br>      Plaintiff-Intervenors, <br><br>      v. <br><br> STATE OF TEXAS, *et al.*, <br><br>      Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>NANDITA BERRY, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>STATE OF TEXAS, *et al.*,<br><br>　　　　　Defendants | Civil Action No. 2:13-cv-348 (NGR) |

## Proposed [Order]

Having reviewed Defendants' Motion to Compel the Production of Documents (ECF No. 230) and the United States' Response thereto (ECF No. ___), Defendants' Motion to Compel is hereby **DENIED**.

**SO ORDERED.**

Date: _____, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NELVA GONZALES RAMOS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1