IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DELEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEZ, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMLEY, PEGGY HERMAN, EVELYN BRICKNER, GORDON BENJAMIN, KEN GANDY, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), AND DALLAS COUNTY, TEXAS, *Plaintiffs*, v. RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State, *Defendants*. | CIVIL ACTION NO. 2:13-CV-193 (NGR) [Lead case] |
| UNITED STATES OF AMERICA, *Plaintiffs*, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, IMANI CLARK, AURICA WASHINGTON, CRYSTAL OWENS, AND MICHELLE BESSIAKE, *Plaintiff-Intervenors*, TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, HIDALGO COUNTY, AND MARIA LONGORIA BENAVIDES, *Plaintiff-Intervenors*, v. STATE OF TEXAS, JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety, *Defendants*. | CIVIL ACTION NO. 2:13-CV-263 (NGR) [Consolidated case] |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES; and the MEXICAN AMERICAN LEGISLATIVE CAUCUS OF THE TEXAS HOUSE OF REPRESENTATIVES,<br>    *Plaintiffs,*<br>v.<br><br>JOHN STEEN, in his official capacity as Secretary of State of Texas; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br>    *Defendants.* | CIVIL ACTION NO.<br>2:13-CV-291 (NGR)<br>[Consolidated case] |
| BELINDA ORTIZ, LENARD TAYLOR, EULALIO MENDEZ JR., LIONEL ESTRADA; ESTELA GARCIA ESPINOSA, ROXANNE HERNANDEZ, LYDIA LARA, MARGARITO MARTINEZ LARA, MAXIMINA MARTINEZ LARA, AND *LA UNION DEL PUEBLO ENTERO, INC.*<br>    *Plaintiffs,*<br>v.<br><br>STATE OF TEXAS; JOHN STEEN, in his Official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br>    *Defendants.* | CIVIL ACTION NO.<br>2:13-CV-348 (NGR)<br>[Consolidated case] |

## NOTICE OF APPEARANCE

Defendants the State of Texas, Rick Perry, John Steen and Steve McCraw, by and through the Attorney General for the State of Texas and Donnell, Abernethy & Kieschnick, submit this Notice of Attorney Appearance. Ben A. Donnell of Donnell,

Abernethy & Kieschnick has been assigned as co-counsel with John Scott of the Office of the Attorney General for the State of Texas.

Dated: April 22, 2014

                              Respectfully submitted,

                              GREG ABBOTT
                              Attorney General of Texas

                              DANIEL T. HODGE
                              First Assistant Attorney General

                              JONATHAN F. MITCHELL
                              Solicitor General

                              J. REED CLAY, JR.
                              Special Assistant and Senior Counsel
                              to the Attorney General
                              Southern District of Texas No. 1160600

                              JOHN B. SCOTT
                              Deputy Attorney General for Civil Litigation
                              Southern District of Texas No. 10418
                              Texas State Bar No. 17901500
                              ATTORNEY-IN-CHARGE

                              G. DAVID WHITLEY
                              Assistant Deputy Attorney General
                              Southern District of Texas No. 2080496

                              STEPHEN RONALD KEISTER
                              Assistant Attorney General
                              Southern District of Texas No. 18580

                              JENNIFER MARIE ROSCETTI
                              Assistant Attorney General
                              Southern District of Texas No. 224780

                              209 West 14th Street
                              P.O. Box 12548
                              Austin, Texas 70711-2548
                              (512) 475-0131

/s/ *Ben A. Donnell*

Ben A. Donnell
DONNELL, ABERNETHY & KIESCHNICK
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853
Southern District of Texas No. 5689

COUNSEL FOR THE STATE OF TEXAS,
RICK PERRY, JOHN STEEN, and STEVE
MCCRAW

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2014, a true and correct copy of the foregoing document is being served via the Court's ECF system to all counsel of record.

/s/ *Ben A. Donnell*
Ben A. Donnell