UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Marc Veasey, et al.
                Plaintiff

v.                                Case No.: 2:13–cv–00193
                                        Judge Nelva Gonzales Ramos

Rick Perry, et al.
                Defendant

NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Nelva Gonzales Ramos

**PLACE:**

United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX

**DATE:** 5/15/14

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   April 24, 2014

                                                              David J. Bradley, Clerk