EXHIBIT

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| STATE OF TEXAS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 11-1303 (TBG-RMC-BAH) |
| UNITED STATES OF AMERICA, and ERIC H. HOLDER, in his official capacity as Attorney General of the United States | ) ) ) ) ) | |
| Defendants, and | ) ) ) | |
| Wendy Davis, *et. al.*, | ) ) | |
| Intervenor-Defendants. | ) ) | |

ORDER

Before the Court are two motions to take judicial notice. The first, filed by the United States, asks the Court to take judicial notice of certain data based upon the 2010 U.S. census and is unopposed by any other party to this case. *See* United States' Mot. for Judicial Not. [Dkt. # 180]. The second, filed by several Intervenors[1] in this action, asks the Court to take judicial notice of primary results in congressional district 35 ("CD 35") from the May 29, 2012 primary in the State of Texas; this latter motion is opposed by the Texas Latino Redistricting Task Force ("TLRTF"). *See* Mot. for Judicial Not. of Results from 2012 Primary [Dkt. # 224].

Federal Rule of Evidence 201 provides that a court may judicially notice a fact that is not subject to "reasonable dispute because it (1) is generally known within the trial court's

---

[1] The Intervenors that filed this motion include the League of United Latin American Citizens, the Texas Legislative Black Caucus, the Texas State Conference of NAACP Branches, the Gonzales Intervenors, and the Davis Intervenors.

territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). A court may take judicial notice at any stage in a case. Fed. R. Evid. 201(d). "[T]he matters to be noticed must be relevant." *Whiting v. AARP*, 637 F.3d 355, 430 (D.C. Cir. 2011).

The data at issue in the United States' motion is an aggregate of U.S. Census data based upon guidelines set forth by the Office of Management and Budget. *See* OMB Bulletin 00-02 (Mar. 9, 2000), available at http://www.whitehouse.gov/omb/bulletins_b00-02. This methodology classifies those individuals that identify themselves as both White and member of a minority group as members of the identified minority group. *Id*. Data from the U.S. census is an appropriate subject of judicial notice. *Hollinger v. Home State Mut. Ins. Co.*, 654 F.3d 564, 571-72 (5th Cir. 2011). The Court will take notice of the United States' aggregation of such data and the underlying data attached to its motion.

In their motion, the Intervenors ask this Court to take judicial notice of the demographics of interim congressional district 35 ("CD 35") and the results of the May 29, 2012, Texas Democratic Primary in that district. CD 35 is a new congressional district under the interim redistricting map drawn by a three-judge panel in the U.S. District Court for the Western District of Texas and contains portions of Travis County, Texas. *See* Order [Dkt. # 681], *Perez v. Perry*, 5:11-cv-00360 (W.D. Tex. Feb. 28, 2012). The TLRTF opposes the motion, arguing that information on demographics and election results in CD 35 are not relevant to this case. This Court agrees. Election results under the interim map in Texas are not relevant to this litigation. Accordingly, it is

**ORDERED** that the United States' Motion to Take Judicial Notice of Census Data [Dkt. # 180] is **GRANTED**; and it is

**FURTHER ORDERED** that the Intervenors' Motion to take Judicial Notice [Dkt. # 224] is **DENIED**.

**SO ORDERED.**

Date: August 28, 2012

/s/
THOMAS B. GRIFFITH
United States Circuit Judge

/s/
ROSEMARY M. COLLYER
United States District Judge

/s/
BERYL A. HOWELL
United States District Judge