# EXHIBIT 2

U.S. Department of Commerce
Economics and Statistics Administration
BUREAU OF THE CENSUS



CENSUS '90

1990 CP-1-45

1990 Census of Population

# General Population Characteristics

# Texas

Section 1 of 2



Table 3. **Race and Hispanic Origin: 1990**

[For definitions of terms and meanings of symbols, see text]

| State Urban and Rural and Size of Place | The State | Urban Total | Urban — Inside urbanized area Total | Urban — Inside urbanized area Central place | Urban — Inside urbanized area Urban fringe | Urban — Outside urbanized area Total | Urban — Outside urbanized area Place of 10,000 or more | Urban — Outside urbanized area Place of 2,500 to 9,999 | Rural Total | Rural Place of 1,000 to 2,499 | Rural Place of less than 1,000 | Rural Other rural |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RACE** | | | | | | | | | | | | |
| All persons | 16 986 510 | 13 634 517 | 11 372 246 | 7 984 880 | 3 387 366 | 2 262 271 | 1 260 403 | 1 001 868 | 3 351 993 | 495 882 | 212 418 | 2 643 693 |
| White | 12 774 762 | 9 865 325 | 8 132 054 | 5 346 714 | 2 785 340 | 1 733 271 | 959 773 | 773 498 | 2 909 437 | 414 628 | 183 990 | 2 310 819 |
| Black | 2 021 632 | 1 826 160 | 1 594 305 | 1 339 629 | 254 676 | 231 855 | 134 728 | 97 127 | 195 472 | 32 636 | 14 336 | 148 500 |
| American Indian, Eskimo, or Aleut | 65 877 | 51 867 | 43 886 | 30 258 | 13 628 | 7 981 | 4 777 | 3 204 | 14 010 | 1 864 | 976 | 11 170 |
| American Indian | 64 349 | 50 546 | 42 717 | 29 372 | 13 345 | 7 829 | 4 689 | 3 140 | 13 803 | 1 832 | 968 | 11 003 |
| Eskimo | 721 | 597 | 517 | 391 | 126 | 80 | 46 | 34 | 124 | 14 | 8 | 102 |
| Aleut | 807 | 724 | 652 | 495 | 157 | 72 | 42 | 30 | 83 | 18 | – | 65 |
| Asian or Pacific Islander | 319 459 | 308 353 | 293 980 | 182 071 | 111 909 | 14 373 | 9 968 | 4 405 | 11 106 | 1 422 | 504 | 9 180 |
| Asian | 311 918 | 301 422 | 287 635 | 178 395 | 109 240 | 13 787 | 9 577 | 4 210 | 10 496 | 1 332 | 475 | 8 689 |
| Chinese | 63 232 | 62 145 | 60 096 | 38 386 | 21 710 | 2 049 | 1 651 | 398 | 1 087 | 129 | 54 | 904 |
| Filipino | 34 350 | 32 407 | 30 515 | 16 883 | 13 632 | 1 892 | 1 332 | 560 | 1 943 | 237 | 59 | 1 647 |
| Japanese | 14 795 | 13 755 | 12 824 | 9 113 | 3 711 | 931 | 696 | 235 | 1 040 | 134 | 55 | 851 |
| Asian Indian | 55 795 | 54 617 | 51 789 | 28 969 | 22 820 | 2 828 | 2 026 | 802 | 1 178 | 214 | 32 | 932 |
| Korean | 31 775 | 30 662 | 29 676 | 19 297 | 10 379 | 986 | 722 | 264 | 1 113 | 131 | 65 | 917 |
| Vietnamese | 69 634 | 67 325 | 65 137 | 41 396 | 23 741 | 2 188 | 1 413 | 775 | 2 309 | 285 | 106 | 1 918 |
| Cambodian | 5 887 | 5 636 | 5 411 | 3 284 | 2 127 | 225 | 165 | 60 | 251 | 21 | 17 | 213 |
| Hmong | 176 | 176 | 171 | 83 | 88 | 5 | – | 5 | – | – | – | – |
| Laotian | 9 332 | 9 001 | 8 003 | 5 115 | 2 888 | 998 | 383 | 615 | 331 | 8 | 24 | 299 |
| Thai | 5 816 | 5 415 | 5 113 | 3 332 | 1 781 | 302 | 222 | 80 | 401 | 37 | 20 | 344 |
| Other Asian | 21 126 | 20 283 | 18 900 | 12 537 | 6 363 | 1 383 | 967 | 416 | 843 | 136 | 43 | 664 |
| Bangladeshi | 628 | 622 | 605 | 430 | 175 | 17 | 8 | 9 | 6 | 3 | – | 3 |
| Burmese | 172 | 163 | 156 | 79 | 77 | 7 | 4 | 3 | 9 | 2 | – | 7 |
| Indonesian | 1 264 | 1 230 | 1 181 | 936 | 245 | 49 | 36 | 13 | 34 | 6 | 2 | 26 |
| Malayan | 1 224 | 1 212 | 1 000 | 875 | 125 | 212 | 192 | 20 | 12 | 3 | – | 9 |
| Okinawan | 63 | 55 | 52 | 30 | 22 | 3 | 2 | 1 | 8 | 1 | – | 7 |
| Pakistani | 7 627 | 7 523 | 7 254 | 4 286 | 2 968 | 269 | 215 | 54 | 104 | 11 | 5 | 88 |
| Sri Lankan | 531 | 521 | 485 | 324 | 161 | 36 | 29 | 7 | 10 | 4 | – | 6 |
| All other Asian | 9 617 | 8 957 | 8 167 | 5 577 | 2 590 | 790 | 481 | 309 | 660 | 106 | 36 | 518 |
| Pacific Islander | 7 541 | 6 931 | 6 345 | 3 676 | 2 669 | 586 | 391 | 195 | 610 | 90 | 29 | 491 |
| Hawaiian | 2 979 | 2 674 | 2 438 | 1 514 | 924 | 236 | 143 | 93 | 305 | 43 | 16 | 246 |
| Samoan | 916 | 833 | 764 | 469 | 295 | 69 | 44 | 25 | 83 | 14 | 5 | 64 |
| Guamanian | 2 209 | 2 062 | 1 938 | 1 282 | 656 | 124 | 90 | 34 | 147 | 25 | 5 | 117 |
| Other Pacific Islander | 1 437 | 1 362 | 1 205 | 411 | 794 | 157 | 114 | 43 | 75 | 8 | 3 | 64 |
| Tongan | 630 | 626 | 625 | 94 | 531 | 1 | 1 | – | 4 | – | – | 4 |
| Tahitian | 19 | 18 | 18 | 2 | 16 | – | – | – | 1 | – | – | 1 |
| Northern Mariana Islander | 28 | 27 | 23 | 15 | 8 | 4 | 4 | – | 1 | – | – | 1 |
| Palauan | 73 | 68 | 33 | 17 | 16 | 35 | 32 | 3 | 5 | – | – | 5 |
| Fijian | 56 | 46 | 42 | 20 | 22 | 4 | – | 4 | 10 | 4 | 3 | 6 |
| All other Pacific Islander | 631 | 577 | 464 | 263 | 201 | 113 | 77 | 36 | 54 | 4 | – | 47 |
| Other race | 1 804 780 | 1 582 812 | 1 308 021 | 1 086 208 | 221 813 | 274 791 | 151 157 | 123 634 | 221 968 | 45 332 | 12 612 | 164 024 |
| **HISPANIC ORIGIN** | | | | | | | | | | | | |
| All persons | 16 986 510 | 13 634 517 | 11 372 246 | 7 984 880 | 3 387 366 | 2 262 271 | 1 260 403 | 1 001 868 | 3 351 993 | 495 882 | 212 418 | 2 643 693 |
| Hispanic origin (of any race) | 4 339 905 | 3 759 174 | 3 150 735 | 2 586 473 | 564 262 | 608 439 | 313 668 | 294 771 | 580 731 | 116 943 | 26 916 | 436 872 |
| Mexican | 3 890 820 | 3 354 829 | 2 791 588 | 2 312 140 | 479 448 | 563 241 | 289 282 | 273 959 | 535 991 | 109 674 | 24 792 | 401 525 |
| Puerto Rican | 42 981 | 40 197 | 37 743 | 24 524 | 13 219 | 2 454 | 1 472 | 982 | 2 784 | 350 | 93 | 2 341 |
| Cuban | 18 195 | 16 999 | 15 984 | 10 445 | 5 539 | 1 015 | 605 | 410 | 1 196 | 148 | 46 | 1 002 |
| Other Hispanic | 387 909 | 347 149 | 305 420 | 239 364 | 66 056 | 41 729 | 22 309 | 19 420 | 40 760 | 6 771 | 1 985 | 32 004 |
| Not of Hispanic origin | 12 646 605 | 9 875 343 | 8 221 511 | 5 398 407 | 2 823 104 | 1 653 832 | 946 735 | 707 097 | 2 771 262 | 378 939 | 185 502 | 2 206 821 |
| **RACE AND HISPANIC ORIGIN** | | | | | | | | | | | | |
| All persons | 16 986 510 | 13 634 517 | 11 372 246 | 7 984 880 | 3 387 366 | 2 262 271 | 1 260 403 | 1 001 868 | 3 351 993 | 495 882 | 212 418 | 2 643 693 |
| White | 12 774 762 | 9 865 325 | 8 132 054 | 5 346 714 | 2 785 340 | 1 733 271 | 959 773 | 773 498 | 2 909 437 | 414 628 | 183 990 | 2 310 819 |
| Hispanic origin | 2 483 082 | 2 127 017 | 1 797 613 | 1 463 413 | 334 200 | 329 404 | 159 952 | 169 452 | 356 065 | 71 090 | 14 128 | 270 847 |
| Not of Hispanic origin | 10 291 680 | 7 738 308 | 6 334 441 | 3 883 301 | 2 451 140 | 1 403 867 | 799 821 | 604 046 | 2 553 372 | 343 538 | 169 862 | 2 039 972 |
| Black | 2 021 632 | 1 826 160 | 1 594 305 | 1 339 629 | 254 676 | 231 855 | 134 728 | 97 127 | 195 472 | 32 636 | 14 336 | 148 500 |
| Hispanic origin | 45 272 | 42 569 | 37 904 | 32 099 | 5 805 | 4 665 | 2 549 | 2 116 | 2 703 | 438 | 173 | 2 092 |
| Not of Hispanic origin | 1 976 360 | 1 783 591 | 1 556 401 | 1 307 530 | 248 871 | 227 190 | 132 179 | 95 011 | 192 769 | 32 198 | 14 163 | 146 408 |
| American Indian, Eskimo, or Aleut | 65 877 | 51 867 | 43 886 | 30 258 | 13 628 | 7 981 | 4 777 | 3 204 | 14 010 | 1 864 | 976 | 11 170 |
| Hispanic origin | 13 074 | 11 370 | 9 853 | 8 033 | 1 820 | 1 517 | 892 | 625 | 1 704 | 352 | 96 | 1 256 |
| Not of Hispanic origin | 52 803 | 40 497 | 34 033 | 22 225 | 11 808 | 6 464 | 3 885 | 2 579 | 12 306 | 1 512 | 880 | 9 914 |
| Asian or Pacific Islander | 319 459 | 308 353 | 293 980 | 182 071 | 111 909 | 14 373 | 9 968 | 4 405 | 11 106 | 1 422 | 504 | 9 180 |
| Hispanic origin | 15 634 | 14 690 | 13 621 | 9 638 | 3 983 | 1 069 | 743 | 326 | 944 | 137 | 48 | 759 |
| Not of Hispanic origin | 303 825 | 293 663 | 280 359 | 172 433 | 107 926 | 13 304 | 9 225 | 4 079 | 10 162 | 1 285 | 456 | 8 421 |
| Other race | 1 804 780 | 1 582 812 | 1 308 021 | 1 086 208 | 221 813 | 274 791 | 151 157 | 123 634 | 221 968 | 45 332 | 12 612 | 164 024 |
| Hispanic origin | 1 782 843 | 1 563 528 | 1 291 744 | 1 073 290 | 218 454 | 271 784 | 149 532 | 122 252 | 219 315 | 44 926 | 12 471 | 161 918 |
| Not of Hispanic origin | 21 937 | 19 284 | 16 277 | 12 918 | 3 359 | 3 007 | 1 625 | 1 382 | 2 653 | 406 | 141 | 2 106 |
| **PERCENT DISTRIBUTION BY RACE** | | | | | | | | | | | | |
| All persons | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| White | 75.2 | 72.4 | 71.5 | 67.0 | 82.2 | 76.6 | 76.1 | 77.2 | 86.8 | 83.6 | 86.6 | 87.4 |
| Black | 11.9 | 13.4 | 14.0 | 16.8 | 7.5 | 10.2 | 10.7 | 9.7 | 5.8 | 6.6 | 6.7 | 5.6 |
| American Indian, Eskimo, or Aleut | .4 | .4 | .4 | .4 | .4 | .4 | .4 | .3 | .4 | .4 | .5 | .4 |
| American Indian | .4 | .4 | .4 | .4 | .4 | .3 | .4 | .3 | .4 | .4 | .5 | .4 |
| Asian or Pacific Islander | 1.9 | 2.3 | 2.6 | 2.3 | 3.3 | .6 | .8 | .4 | .3 | .3 | .2 | .3 |
| Asian | 1.8 | 2.2 | 2.5 | 2.2 | 3.2 | .6 | .8 | .4 | .3 | .3 | .2 | .3 |
| Pacific Islander | – | .1 | .1 | – | .1 | – | – | – | – | – | – | – |
| Other race | 10.6 | 11.6 | 11.5 | 13.6 | 6.5 | 12.1 | 12.0 | 12.3 | 6.6 | 9.1 | 5.9 | 6.2 |
| **PERCENT DISTRIBUTION BY HISPANIC ORIGIN** | | | | | | | | | | | | |
| All persons | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| Hispanic origin (of any race) | 25.5 | 27.6 | 27.7 | 32.4 | 16.7 | 26.9 | 24.9 | 29.4 | 17.3 | 23.6 | 12.7 | 16.5 |
| Mexican | 22.9 | 24.6 | 24.5 | 29.0 | 14.2 | 24.9 | 23.0 | 27.3 | 16.0 | 22.1 | 11.7 | 15.2 |
| Puerto Rican | .3 | .3 | .3 | .3 | .4 | .1 | .1 | .1 | .1 | .1 | – | .1 |
| Cuban | .1 | .1 | .1 | .1 | .2 | – | – | – | – | – | – | – |
| Other Hispanic | 2.3 | 2.5 | 2.7 | 3.0 | 2.0 | 1.8 | 1.8 | 1.9 | 1.2 | 1.4 | .9 | 1.2 |
| Not of Hispanic origin | 74.5 | 72.4 | 72.3 | 67.6 | 83.3 | 73.1 | 75.1 | 70.6 | 82.7 | 76.4 | 87.3 | 83.5 |
| **PERCENT WHITE, NOT OF HISPANIC ORIGIN** | | | | | | | | | | | | |
| All persons | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| White | 75.2 | 72.4 | 71.5 | 67.0 | 82.2 | 76.6 | 76.1 | 77.2 | 86.8 | 83.6 | 86.6 | 87.4 |
| Not of Hispanic origin | 60.6 | 56.8 | 55.7 | 48.6 | 72.4 | 62.1 | 63.5 | 60.3 | 76.2 | 69.3 | 80.0 | 77.2 |

GENERAL POPULATION CHARACTERISTICS                                                                                                                    TEXAS   29

TIPSII [UPF]  GP148 CENSUS90  72583600  05/01/92  9:47 PM  MACHINE: C  DATA:CENSUS90*P1TIPSDA48. 04/24/92  17:40:21  TAPE: NONE  FRAME: 29
TSF:CENSUS90*92. 04/24/92  18:01:10  UTF:CENSUS90*93. 04/24/92  18:01:11  META:CENSUS90*P1TABLES48. 04/24/92  19:23:07

Table 27. **Age and Sex by Type of Hispanic Origin: 1990**

[For definitions of terms and meanings of symbols, see text]

| State | All persons | Hispanic origin (of any race) | | | | | Not of Hispanic origin |
|---|---|---|---|---|---|---|---|
| | | Total | Mexican | Puerto Rican | Cuban | Other Hispanic | |
| **All persons** | **16 986 510** | **4 339 905** | **3 890 820** | **42 981** | **18 195** | **387 909** | **12 646 605** |
| Under 5 years | 1 390 054 | 470 811 | 427 699 | 4 435 | 1 147 | 37 530 | 919 243 |
| Under 1 year | 239 831 | 82 750 | 74 994 | 795 | 232 | 6 729 | 157 081 |
| 1 year | 296 682 | 99 920 | 90 639 | 925 | 237 | 8 119 | 196 762 |
| 2 years | 289 011 | 97 933 | 88 901 | 981 | 218 | 7 833 | 191 078 |
| 3 years | 282 173 | 95 648 | 86 990 | 871 | 240 | 7 547 | 186 525 |
| 4 years | 282 357 | 94 560 | 86 175 | 863 | 220 | 7 302 | 187 797 |
| 5 to 9 years | 1 396 173 | 464 617 | 423 844 | 4 351 | 1 010 | 35 412 | 931 556 |
| 5 years | 283 782 | 94 697 | 86 279 | 890 | 207 | 7 321 | 189 085 |
| 6 years | 275 860 | 91 483 | 83 456 | 872 | 208 | 6 947 | 184 377 |
| 7 years | 282 429 | 93 788 | 85 651 | 866 | 208 | 7 063 | 188 641 |
| 8 years | 270 204 | 90 566 | 82 661 | 864 | 193 | 6 848 | 179 638 |
| 9 years | 283 898 | 94 083 | 85 797 | 859 | 194 | 7 233 | 189 815 |
| 10 to 14 years | 1 294 353 | 430 058 | 390 302 | 3 865 | 865 | 35 026 | 864 295 |
| 10 years | 278 487 | 92 027 | 83 836 | 848 | 174 | 7 169 | 186 460 |
| 11 years | 260 917 | 85 716 | 77 752 | 819 | 169 | 6 976 | 175 201 |
| 12 years | 255 336 | 84 065 | 76 068 | 811 | 171 | 7 015 | 171 271 |
| 13 years | 252 894 | 84 812 | 76 964 | 711 | 189 | 6 948 | 168 082 |
| 14 years | 246 719 | 83 438 | 75 682 | 676 | 162 | 6 918 | 163 281 |
| 15 to 19 years | 1 311 691 | 427 734 | 385 642 | 3 631 | 1 035 | 37 426 | 883 957 |
| 15 years | 250 759 | 85 187 | 77 249 | 687 | 187 | 7 064 | 165 572 |
| 16 years | 249 719 | 84 194 | 76 137 | 679 | 203 | 7 175 | 165 525 |
| 17 years | 254 781 | 85 452 | 77 163 | 663 | 179 | 7 447 | 169 329 |
| 18 years | 266 495 | 85 811 | 77 128 | 776 | 197 | 7 710 | 180 684 |
| 19 years | 289 937 | 87 090 | 77 965 | 826 | 269 | 8 030 | 202 847 |
| 20 to 24 years | 1 334 412 | 410 807 | 365 055 | 3 968 | 1 249 | 40 535 | 923 605 |
| 20 years | 280 266 | 85 254 | 75 994 | 851 | 260 | 8 149 | 195 012 |
| 21 years | 264 658 | 80 491 | 71 861 | 751 | 227 | 7 652 | 184 167 |
| 25 to 29 years | 1 532 740 | 421 477 | 371 139 | 4 811 | 2 018 | 43 509 | 1 111 263 |
| 30 to 34 years | 1 553 431 | 379 622 | 333 924 | 4 956 | 2 020 | 38 722 | 1 173 809 |
| 35 to 39 years | 1 372 521 | 313 225 | 277 499 | 3 747 | 1 625 | 30 354 | 1 059 296 |
| 40 to 44 years | 1 166 504 | 246 297 | 219 261 | 2 754 | 1 234 | 23 048 | 920 207 |
| 45 to 49 years | 906 582 | 178 398 | 159 060 | 1 721 | 1 056 | 16 561 | 728 184 |
| 50 to 54 years | 722 052 | 138 052 | 123 592 | 1 202 | 1 053 | 12 205 | 584 000 |
| 55 to 59 years | 661 590 | 120 510 | 108 350 | 1 109 | 957 | 10 094 | 541 080 |
| 60 to 64 years | 627 831 | 107 246 | 96 871 | 845 | 933 | 8 597 | 520 585 |
| 65 to 69 years | 571 269 | 88 400 | 79 839 | 697 | 694 | 7 170 | 482 869 |
| 70 to 74 years | 426 970 | 54 972 | 49 518 | 400 | 482 | 4 572 | 371 998 |
| 75 to 79 years | 334 014 | 42 818 | 38 733 | 260 | 382 | 3 443 | 291 196 |
| 80 to 84 years | 217 718 | 26 297 | 23 782 | 137 | 244 | 2 134 | 191 421 |
| 85 years and over | 166 605 | 18 564 | 16 710 | 92 | 191 | 1 571 | 148 041 |
| 18 years and over | 12 150 671 | 2 719 586 | 2 418 426 | 28 301 | 14 604 | 258 255 | 9 431 085 |
| 62 years and over | 2 088 987 | 293 672 | 265 100 | 2 107 | 2 546 | 23 919 | 1 795 315 |
| 65 years and over | 1 716 576 | 231 051 | 208 582 | 1 586 | 1 993 | 18 890 | 1 485 525 |
| Median age | 30.7 | 24.6 | 24.4 | 26.4 | 34.4 | 25.9 | 32.9 |
| **Female** | **8 620 547** | **2 158 654** | **1 936 903** | **20 313** | **8 637** | **192 801** | **6 461 893** |
| Under 5 years | 678 910 | 230 371 | 209 204 | 2 236 | 565 | 18 366 | 448 539 |
| Under 1 year | 117 238 | 40 771 | 36 933 | 400 | 105 | 3 333 | 76 467 |
| 1 year | 144 795 | 48 975 | 44 432 | 473 | 127 | 3 943 | 95 820 |
| 2 years | 141 042 | 47 804 | 43 326 | 487 | 106 | 3 885 | 93 238 |
| 3 years | 137 772 | 46 753 | 42 501 | 452 | 121 | 3 679 | 91 019 |
| 4 years | 138 063 | 46 068 | 42 012 | 424 | 106 | 3 526 | 91 995 |
| 5 to 9 years | 682 510 | 228 134 | 208 046 | 2 120 | 516 | 17 452 | 454 376 |
| 5 years | 139 147 | 46 561 | 42 325 | 464 | 111 | 3 661 | 92 586 |
| 6 years | 134 981 | 45 080 | 41 113 | 426 | 114 | 3 427 | 89 901 |
| 7 years | 137 691 | 45 843 | 41 840 | 414 | 101 | 3 488 | 91 848 |
| 8 years | 132 202 | 44 476 | 40 670 | 399 | 93 | 3 314 | 87 726 |
| 9 years | 138 489 | 46 174 | 42 098 | 417 | 97 | 3 562 | 92 315 |
| 10 to 14 years | 632 261 | 210 727 | 191 426 | 1 841 | 428 | 17 032 | 421 534 |
| 10 years | 136 136 | 45 128 | 41 166 | 422 | 86 | 3 454 | 91 008 |
| 11 years | 126 921 | 41 677 | 37 838 | 384 | 80 | 3 375 | 85 244 |
| 12 years | 124 876 | 41 140 | 37 233 | 381 | 87 | 3 439 | 83 736 |
| 13 years | 123 969 | 41 844 | 38 031 | 336 | 83 | 3 394 | 82 125 |
| 14 years | 120 359 | 40 938 | 37 158 | 318 | 92 | 3 370 | 79 421 |
| 15 to 19 years | 639 134 | 207 230 | 187 287 | 1 690 | 485 | 17 768 | 431 904 |
| 15 years | 122 391 | 41 588 | 37 836 | 303 | 90 | 3 359 | 80 803 |
| 16 years | 121 556 | 40 780 | 36 868 | 330 | 86 | 3 496 | 80 776 |
| 17 years | 123 567 | 41 137 | 37 172 | 299 | 85 | 3 581 | 82 430 |
| 18 years | 129 445 | 41 348 | 37 265 | 368 | 98 | 3 617 | 88 097 |
| 19 years | 142 175 | 42 377 | 38 146 | 390 | 126 | 3 715 | 99 798 |
| 20 to 24 years | 655 158 | 196 107 | 175 150 | 1 791 | 575 | 18 591 | 459 051 |
| 20 years | 138 134 | 41 254 | 36 939 | 385 | 116 | 3 814 | 96 880 |
| 21 years | 129 929 | 38 602 | 34 600 | 338 | 111 | 3 553 | 91 327 |
| 25 to 29 years | 757 910 | 200 573 | 177 261 | 2 169 | 934 | 20 209 | 557 337 |
| 30 to 34 years | 771 887 | 184 306 | 162 370 | 2 235 | 818 | 18 883 | 587 581 |
| 35 to 39 years | 686 539 | 155 602 | 137 899 | 1 693 | 684 | 15 326 | 530 937 |
| 40 to 44 years | 588 457 | 124 953 | 111 179 | 1 317 | 519 | 11 938 | 463 504 |
| 45 to 49 years | 458 350 | 91 550 | 81 527 | 768 | 472 | 8 783 | 366 800 |
| 50 to 54 years | 369 970 | 72 682 | 65 026 | 555 | 484 | 6 617 | 297 288 |
| 55 to 59 years | 343 521 | 64 818 | 58 127 | 564 | 496 | 5 631 | 278 703 |
| 60 to 64 years | 334 835 | 59 090 | 53 294 | 428 | 464 | 4 904 | 275 745 |
| 65 to 69 years | 312 833 | 48 549 | 43 709 | 357 | 363 | 4 120 | 264 284 |
| 70 to 74 years | 242 882 | 31 171 | 27 967 | 236 | 268 | 2 700 | 211 711 |
| 75 to 79 years | 203 433 | 25 166 | 22 689 | 161 | 258 | 2 058 | 178 267 |
| 80 to 84 years | 141 899 | 15 891 | 14 265 | 83 | 177 | 1 366 | 126 008 |
| 85 years and over | 120 058 | 11 734 | 10 477 | 69 | 131 | 1 057 | 108 324 |
| 18 years and over | 6 259 352 | 1 365 917 | 1 216 351 | 13 184 | 6 867 | 129 515 | 4 893 435 |
| 62 years and over | 1 220 759 | 167 001 | 150 181 | 1 188 | 1 469 | 14 163 | 1 053 758 |
| 65 years and over | 1 021 105 | 132 511 | 119 107 | 906 | 1 197 | 11 301 | 888 594 |
| Median age | 31.7 | 25.2 | 24.9 | 26.1 | 35.0 | 26.8 | 33.9 |
| **Male** | **8 365 963** | **2 181 251** | **1 953 917** | **22 668** | **9 558** | **195 108** | **6 184 712** |
| Median age | 29.8 | 24.1 | 23.8 | 26.5 | 34.0 | 25.2 | 31.9 |
| Males per 100 females | 97.0 | 101.0 | 100.9 | 111.6 | 110.7 | 101.2 | 95.7 |

GENERAL POPULATION CHARACTERISTICS                                TEXAS    207

TIPSII [UPF]  GP148  CENSUS90  72583600  05/01/92  9:47 PM  MACHINE: C  DATA:CENSUS90*P1TIPSDA48. 04/24/92  17:40:21  TAPE: NONE  FRAME:  207
TSF:CENSUS90*92. 04/24/92  18:01:10  UTF:CENSUS90*93. 04/24/92  18:01:11  META:CENSUS90*P1TABLES48. 04/24/92  19:23:07

Table 28. **Age and Sex for Race by Hispanic Origin: 1990**

[For definitions of terms and meanings of symbols, see text]

| State | All persons | White Hispanic origin | White Not of Hispanic origin | Black Hispanic origin | Black Not of Hispanic origin | American Indian, Eskimo, or Aleut Hispanic origin | American Indian, Eskimo, or Aleut Not of Hispanic origin | Asian or Pacific Islander Hispanic origin | Asian or Pacific Islander Not of Hispanic origin | Other race Hispanic origin | Other race Not of Hispanic origin |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **All persons** | 16 986 510 | 2 483 082 | 10 291 680 | 45 272 | 1 976 360 | 13 074 | 52 803 | 15 634 | 303 825 | 1 782 843 | 21 937 |
| Under 5 years | 1 390 054 | 259 531 | 703 501 | 6 280 | 184 627 | 1 508 | 3 350 | 1 677 | 24 935 | 201 815 | 2 830 |
| Under 1 year | 239 831 | 45 878 | 121 226 | 1 136 | 30 987 | 271 | 539 | 296 | 3 795 | 35 169 | 534 |
| 1 year | 296 682 | 55 003 | 149 694 | 1 315 | 40 146 | 301 | 729 | 348 | 5 600 | 42 953 | 593 |
| 2 years | 289 011 | 53 588 | 145 175 | 1 360 | 39 273 | 298 | 737 | 381 | 5 299 | 42 306 | 594 |
| 3 years | 282 173 | 52 845 | 142 878 | 1 245 | 37 277 | 317 | 684 | 338 | 5 120 | 40 903 | 566 |
| 4 years | 282 357 | 52 217 | 144 528 | 1 224 | 36 944 | 321 | 661 | 314 | 5 121 | 40 484 | 543 |
| 5 to 9 years | 1 396 173 | 261 300 | 718 041 | 5 375 | 181 422 | 1 438 | 3 721 | 1 702 | 26 012 | 194 802 | 2 360 |
| 5 years | 283 782 | 53 155 | 145 985 | 1 122 | 36 730 | 290 | 737 | 341 | 5 147 | 39 789 | 486 |
| 6 years | 275 860 | 51 347 | 142 414 | 1 112 | 35 591 | 290 | 740 | 348 | 5 174 | 38 386 | 458 |
| 7 years | 282 429 | 52 578 | 145 345 | 1 092 | 36 788 | 287 | 744 | 321 | 5 266 | 39 510 | 498 |
| 8 years | 270 204 | 50 806 | 138 442 | 1 011 | 34 855 | 294 | 688 | 354 | 5 208 | 38 101 | 445 |
| 9 years | 283 898 | 53 414 | 145 855 | 1 038 | 37 458 | 277 | 812 | 338 | 5 217 | 39 016 | 473 |
| 10 to 14 years | 1 294 353 | 245 793 | 660 866 | 4 294 | 172 599 | 1 406 | 4 024 | 1 465 | 24 722 | 177 100 | 2 084 |
| 10 years | 278 487 | 52 519 | 142 420 | 966 | 37 491 | 320 | 817 | 299 | 5 241 | 37 923 | 491 |
| 11 years | 260 917 | 48 912 | 133 417 | 929 | 35 558 | 299 | 793 | 305 | 5 000 | 35 271 | 433 |
| 12 years | 255 336 | 48 178 | 131 356 | 825 | 33 921 | 271 | 836 | 284 | 4 739 | 34 507 | 419 |
| 13 years | 252 894 | 48 716 | 128 724 | 832 | 33 291 | 262 | 776 | 298 | 4 940 | 34 704 | 351 |
| 14 years | 246 719 | 47 468 | 124 949 | 742 | 32 338 | 254 | 802 | 279 | 4 802 | 34 695 | 390 |
| 15 to 19 years | 1 311 691 | 238 683 | 676 461 | 3 924 | 175 460 | 1 339 | 4 186 | 1 533 | 25 721 | 182 255 | 2 129 |
| 15 years | 250 759 | 48 565 | 126 685 | 749 | 32 751 | 266 | 815 | 316 | 4 911 | 35 291 | 410 |
| 16 years | 249 719 | 47 622 | 125 714 | 720 | 33 649 | 278 | 779 | 304 | 4 981 | 35 270 | 402 |
| 17 years | 254 781 | 48 201 | 128 521 | 772 | 34 624 | 238 | 798 | 281 | 4 970 | 35 960 | 416 |
| 18 years | 266 495 | 47 253 | 138 220 | 838 | 35 963 | 278 | 866 | 291 | 5 210 | 37 151 | 425 |
| 19 years | 289 937 | 47 042 | 157 321 | 845 | 38 473 | 279 | 928 | 341 | 5 649 | 38 583 | 476 |
| 20 to 24 years | 1 334 412 | 215 564 | 718 425 | 4 417 | 171 336 | 1 223 | 4 189 | 1 511 | 27 531 | 188 092 | 2 124 |
| 20 years | 280 266 | 45 554 | 152 276 | 876 | 35 844 | 231 | 917 | 331 | 5 544 | 38 262 | 431 |
| 21 years | 264 658 | 42 468 | 143 806 | 852 | 33 621 | 225 | 840 | 291 | 5 464 | 36 655 | 436 |
| 25 to 29 years | 1 532 740 | 223 577 | 884 071 | 4 791 | 189 288 | 1 288 | 4 976 | 1 608 | 30 690 | 190 213 | 2 238 |
| 30 to 34 years | 1 553 431 | 209 243 | 944 981 | 4 435 | 187 826 | 1 235 | 5 395 | 1 546 | 33 663 | 163 163 | 1 944 |
| 35 to 39 years | 1 372 521 | 178 847 | 862 385 | 3 320 | 158 331 | 930 | 4 925 | 1 262 | 32 191 | 128 866 | 1 464 |
| 40 to 44 years | 1 166 504 | 145 048 | 767 718 | 2 254 | 120 408 | 736 | 4 386 | 1 020 | 26 399 | 97 239 | 1 296 |
| 45 to 49 years | 906 582 | 107 999 | 619 129 | 1 510 | 87 373 | 500 | 3 666 | 681 | 17 136 | 67 708 | 880 |
| 50 to 54 years | 722 052 | 86 812 | 499 235 | 1 106 | 70 209 | 349 | 2 747 | 504 | 11 177 | 49 281 | 632 |
| 55 to 59 years | 661 590 | 77 967 | 466 421 | 973 | 64 164 | 318 | 2 108 | 360 | 7 870 | 40 892 | 517 |
| 60 to 64 years | 627 831 | 71 761 | 454 410 | 799 | 58 159 | 244 | 1 736 | 256 | 5 844 | 34 186 | 436 |
| 65 to 69 years | 571 269 | 60 295 | 426 339 | 667 | 50 535 | 248 | 1 346 | 196 | 4 263 | 26 994 | 386 |
| 70 to 74 years | 426 970 | 38 517 | 330 392 | 430 | 37 737 | 122 | 901 | 133 | 2 716 | 15 770 | 252 |
| 75 to 79 years | 334 014 | 30 146 | 258 339 | 339 | 30 389 | 94 | 570 | 86 | 1 705 | 12 153 | 193 |
| 80 to 84 years | 217 743 | 18 742 | 170 062 | 204 | 20 087 | 47 | 350 | 65 | 831 | 7 239 | 91 |
| 85 years and over | 166 605 | 13 257 | 130 904 | 154 | 16 410 | 49 | 227 | 29 | 419 | 5 075 | 81 |
| 18 years and over | 12 150 671 | 1 572 070 | 7 828 352 | 27 082 | 1 336 688 | 7 940 | 39 316 | 9 889 | 213 294 | 1 102 605 | 13 435 |
| 62 years and over | 2 088 987 | 203 180 | 1 587 107 | 2 264 | 189 366 | 692 | 4 403 | 661 | 13 187 | 86 875 | 1 252 |
| 65 years and over | 1 716 576 | 160 957 | 1 316 036 | 1 794 | 155 158 | 560 | 3 394 | 509 | 9 934 | 67 231 | 1 003 |
| Median age | 30.7 | 25.4 | 34.1 | 23.2 | 27.7 | 23.5 | 31.8 | 24.8 | 28.8 | 23.6 | 23.7 |
| **Female** | 8 620 547 | 1 253 513 | 5 243 483 | 21 505 | 1 027 903 | 6 322 | 26 149 | 7 829 | 153 542 | 869 485 | 10 816 |
| Under 5 years | 678 910 | 127 002 | 342 065 | 3 085 | 91 205 | 748 | 1 611 | 833 | 12 266 | 98 703 | 1 392 |
| Under 1 year | 117 238 | 22 558 | 58 862 | 563 | 15 265 | 128 | 245 | 130 | 1 831 | 17 392 | 264 |
| 1 year | 144 795 | 26 969 | 72 671 | 627 | 19 814 | 149 | 347 | 169 | 2 706 | 21 061 | 282 |
| 2 years | 141 042 | 26 228 | 70 450 | 654 | 19 512 | 155 | 361 | 192 | 2 611 | 20 575 | 304 |
| 3 years | 137 772 | 25 759 | 69 550 | 646 | 18 299 | 156 | 330 | 177 | 2 573 | 20 015 | 267 |
| 4 years | 138 063 | 25 488 | 70 532 | 595 | 18 315 | 160 | 328 | 165 | 2 545 | 19 660 | 275 |
| 5 to 9 years | 682 510 | 128 744 | 349 244 | 2 652 | 89 531 | 693 | 1 826 | 837 | 12 625 | 95 208 | 1 150 |
| 5 years | 139 147 | 26 268 | 71 384 | 560 | 18 116 | 135 | 365 | 169 | 2 490 | 19 429 | 231 |
| 6 years | 134 981 | 25 349 | 69 185 | 535 | 17 616 | 135 | 364 | 173 | 2 510 | 18 888 | 226 |
| 7 years | 137 691 | 25 754 | 70 616 | 539 | 18 066 | 133 | 349 | 166 | 2 566 | 19 251 | 251 |
| 8 years | 132 202 | 25 065 | 67 359 | 514 | 17 304 | 164 | 344 | 165 | 2 516 | 18 568 | 203 |
| 9 years | 138 489 | 26 308 | 70 700 | 504 | 18 429 | 126 | 404 | 164 | 2 543 | 19 072 | 239 |
| 10 to 14 years | 632 261 | 120 449 | 321 333 | 2 109 | 85 184 | 722 | 1 956 | 739 | 12 050 | 86 708 | 1 011 |
| 10 years | 136 136 | 25 805 | 69 282 | 475 | 18 511 | 163 | 396 | 157 | 2 594 | 18 528 | 225 |
| 11 years | 126 921 | 23 788 | 64 684 | 471 | 17 541 | 166 | 383 | 160 | 2 431 | 17 092 | 205 |
| 12 years | 124 876 | 23 581 | 64 052 | 386 | 16 751 | 136 | 403 | 136 | 2 331 | 16 901 | 199 |
| 13 years | 123 969 | 24 036 | 62 704 | 411 | 16 484 | 128 | 372 | 149 | 2 384 | 17 120 | 181 |
| 14 years | 120 359 | 23 239 | 60 611 | 366 | 15 897 | 129 | 402 | 137 | 2 310 | 17 067 | 201 |
| 15 to 19 years | 639 134 | 115 581 | 330 369 | 1 817 | 86 229 | 637 | 2 013 | 731 | 12 240 | 88 464 | 1 053 |
| 15 years | 122 391 | 23 700 | 61 736 | 342 | 16 086 | 140 | 393 | 149 | 2 384 | 17 257 | 204 |
| 16 years | 121 556 | 22 994 | 61 258 | 338 | 16 591 | 145 | 390 | 143 | 2 335 | 17 160 | 202 |
| 17 years | 123 567 | 23 067 | 62 502 | 351 | 16 898 | 111 | 404 | 132 | 2 421 | 17 476 | 205 |
| 18 years | 129 445 | 22 758 | 67 498 | 402 | 17 490 | 126 | 402 | 145 | 2 495 | 17 917 | 212 |
| 19 years | 142 175 | 23 062 | 77 375 | 384 | 19 164 | 115 | 424 | 162 | 2 605 | 18 654 | 230 |
| 20 to 24 years | 655 158 | 104 295 | 356 392 | 2 022 | 86 971 | 513 | 1 985 | 697 | 12 734 | 88 580 | 969 |
| 20 years | 138 134 | 22 069 | 75 526 | 405 | 18 210 | 103 | 398 | 154 | 2 525 | 18 523 | 221 |
| 21 years | 129 929 | 20 520 | 71 277 | 381 | 16 908 | 80 | 379 | 135 | 2 581 | 17 486 | 182 |
| 25 to 29 years | 757 910 | 108 992 | 441 266 | 2 147 | 97 756 | 599 | 2 377 | 788 | 14 901 | 88 047 | 1 037 |
| 30 to 34 years | 771 887 | 104 518 | 468 664 | 1 952 | 97 600 | 589 | 2 715 | 749 | 17 635 | 76 498 | 967 |
| 35 to 39 years | 686 539 | 90 879 | 427 919 | 1 464 | 82 742 | 437 | 2 500 | 668 | 17 073 | 62 154 | 703 |
| 40 to 44 years | 588 457 | 75 004 | 382 815 | 1 027 | 63 754 | 347 | 2 248 | 533 | 14 024 | 48 042 | 663 |
| 45 to 49 years | 458 350 | 56 401 | 309 332 | 717 | 46 513 | 248 | 1 756 | 359 | 8 733 | 33 825 | 466 |
| 50 to 54 years | 369 970 | 46 367 | 251 729 | 542 | 38 161 | 177 | 1 406 | 266 | 5 654 | 25 330 | 338 |
| 55 to 59 years | 343 521 | 42 345 | 237 798 | 512 | 35 211 | 182 | 1 024 | 179 | 4 410 | 21 600 | 260 |
| 60 to 64 years | 334 835 | 39 819 | 238 432 | 437 | 32 777 | 120 | 845 | 144 | 3 462 | 18 570 | 229 |
| 65 to 69 years | 312 833 | 33 100 | 232 026 | 357 | 28 898 | 129 | 692 | 123 | 2 455 | 14 840 | 213 |
| 70 to 74 years | 242 882 | 21 950 | 187 132 | 258 | 22 434 | 64 | 467 | 84 | 1 538 | 8 815 | 140 |
| 75 to 79 years | 203 433 | 17 983 | 158 001 | 189 | 18 791 | 62 | 341 | 48 | 1 013 | 6 884 | 121 |
| 80 to 84 years | 141 899 | 11 514 | 112 330 | 126 | 12 919 | 23 | 231 | 32 | 477 | 4 196 | 51 |
| 85 years and over | 120 058 | 8 570 | 96 636 | 92 | 11 227 | 32 | 156 | 19 | 252 | 3 021 | 53 |
| 18 years and over | 6 259 352 | 807 557 | 4 045 345 | 12 628 | 712 408 | 3 763 | 19 569 | 4 996 | 109 461 | 536 973 | 6 652 |
| 62 years and over | 1 220 759 | 116 565 | 929 356 | 1 277 | 113 640 | 378 | 2 379 | 394 | 7 682 | 48 487 | 701 |
| 65 years and over | 1 021 105 | 93 117 | 786 125 | 1 022 | 94 269 | 310 | 1 887 | 306 | 5 735 | 37 756 | 578 |
| Median age | 31.7 | 26.4 | 35.1 | 22.8 | 28.9 | 23.7 | 32.4 | 25.4 | 30.0 | 23.7 | 24.1 |
| **Male** | 8 365 963 | 1 229 569 | 5 048 197 | 23 767 | 948 457 | 6 752 | 26 654 | 7 805 | 150 283 | 913 358 | 11 121 |
| Median age | 29.8 | 24.5 | 33.1 | 23.5 | 26.5 | 23.3 | 31.2 | 24.1 | 27.6 | 23.5 | 23.4 |
| Males per 100 females | | 97.0 | 98.1 | 96.3 | 110.5 | 92.3 | 106.8 | 101.9 | 99.7 | 97.9 | 105.0 | 102.8 |

TIPSII [UPF]   GP148   CENSUS90   72583600   05/01/92   9:47 PM   MACHINE: C   DATA:CENSUS90*P1TIPSDA48.  04/24/92   17:40:21   TAPE: NONE   FRAME:  208
TSF:CENSUS90*92.   04/24/92   18:01:10   UTF:CENSUS90*93.   04/24/92   18:01:11   META:CENSUS90*P1TABLES48.   04/24/92   19:23:07