EXHIBIT 3



U.S. Census Bureau
American FactFinder

| PL002 | HISPANIC OR LATINO, AND NOT HISPANIC OR LATINO BY RACE [73] |
|---|---|
| | Universe: Total population |
| | Census 2000 Redistricting Data (Public Law 94-171) Summary File |

NOTE: For information on confidentiality protection, nonsampling error, definitions, and count corrections see http://www.census.gov/prod/cen2000/doc/pl94-171.pdf

| | Texas |
|---|---:|
| Total: | 20,851,820 |
|   Hispanic or Latino | 6,669,666 |
|   Not Hispanic or Latino: | 14,182,154 |
|     Population of one race: | 13,951,587 |
|       White alone | 10,933,313 |
|       Black or African American alone | 2,364,255 |
|       American Indian and Alaska Native alone | 68,859 |
|       Asian alone | 554,445 |
|       Native Hawaiian and Other Pacific Islander alone | 10,757 |
|       Some other race alone | 19,958 |
|     Population of two or more races: | 230,567 |
|       Population of two races: | 217,435 |
|         White; Black or African American | 34,828 |
|         White; American Indian and Alaska Native | 57,684 |
|         White; Asian | 40,487 |
|         White; Native Hawaiian and Other Pacific Islander | 2,879 |
|         White; Some other race | 40,353 |
|         Black or African American; American Indian and Alaska Native | 6,848 |
|         Black or African American; Asian | 4,931 |
|         Black or African American; Native Hawaiian and Other Pacific Islander | 1,046 |
|         Black or African American; Some other race | 9,745 |
|         American Indian and Alaska Native; Asian | 2,104 |
|         American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 129 |
|         American Indian and Alaska Native; Some other race | 1,346 |
|         Asian; Native Hawaiian and Other Pacific Islander | 3,196 |
|         Asian; Some other race | 11,436 |
|         Native Hawaiian and Other Pacific Islander; Some other race | 423 |
|       Population of three races: | 11,712 |
|         White; Black or African American; American Indian and Alaska Native | 3,516 |
|         White; Black or African American; Asian | 852 |
|         White; Black or African American; Native Hawaiian and Other Pacific Islander | 93 |
|         White; Black or African American; Some other race | 1,556 |
|         White; American Indian and Alaska Native; Asian | 738 |
|         White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 100 |
|         White; American Indian and Alaska Native; Some other race | 1,079 |
|         White; Asian; Native Hawaiian and Other Pacific Islander | 1,282 |
|         White; Asian; Some other race | 1,162 |

| | |
|---|---|
| White; Native Hawaiian and Other Pacific Islander; Some other race | 109 |
| Black or African American; American Indian and Alaska Native; Asian | 182 |
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 22 |
| Black or African American; American Indian and Alaska Native; Some other race | 224 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 275 |
| Black or African American; Asian; Some other race | 306 |
| Black or African American; Native Hawaiian and Other Pacific Islander; Some other race | 57 |
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 51 |
| American Indian and Alaska Native; Asian; Some other race | 25 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some other race | 5 |
| Asian; Native Hawaiian and Other Pacific Islander; Some other race | 78 |
| Population of four races: | 955 |
| White; Black or African American; American Indian and Alaska Native; Asian | 396 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 27 |
| White; Black or African American; American Indian and Alaska Native; Some other race | 123 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 76 |
| White; Black or African American; Asian; Some other race | 33 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander; Some other race | 10 |
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 101 |
| White; American Indian and Alaska Native; Asian; Some other race | 17 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some other race | 5 |
| White; Asian; Native Hawaiian and Other Pacific Islander; Some other race | 49 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 24 |
| Black or African American; American Indian and Alaska Native; Asian; Some other race | 10 |
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some other race | 13 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some other race | 68 |
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some other race | 3 |
| Population of five races: | 427 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 341 |
| White; Black or African American; American Indian and Alaska Native; Asian; Some other race | 48 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some other race | 0 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some other race | 7 |
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some other race | 15 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some other race | 16 |

| | Texas |
|---|---|
| Population of six races: | 38 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some other race | 38 |



| PL004 | HISPANIC OR LATINO, AND NOT HISPANIC OR LATINO BY RACE FOR THE POPULATION 18 YEARS AND OVER [73]<br>Universe: Total population 18 years and over<br>Census 2000 Redistricting Data (Public Law 94-171) Summary File |
|---|---|

NOTE: For information on confidentiality protection, nonsampling error, definitions, and count corrections see http://www.census.gov/prod/cen2000/doc/pl94-171.pdf

|  | Texas |
|---|---:|
| Total: | 14,965,061 |
| Hispanic or Latino | 4,282,901 |
| Not Hispanic or Latino: | 10,682,160 |
| Population of one race: | 10,543,445 |
| White alone | 8,426,166 |
| Black or African American alone | 1,631,448 |
| American Indian and Alaska Native alone | 51,540 |
| Asian alone | 415,219 |
| Native Hawaiian and Other Pacific Islander alone | 7,575 |
| Some other race alone | 11,497 |
| Population of two or more races: | 138,715 |
| Population of two races: | 131,305 |
| White; Black or African American | 7,725 |
| White; American Indian and Alaska Native | 43,925 |
| White; Asian | 21,996 |
| White; Native Hawaiian and Other Pacific Islander | 1,762 |
| White; Some other race | 28,314 |
| Black or African American; American Indian and Alaska Native | 4,875 |
| Black or African American; Asian | 2,597 |
| Black or African American; Native Hawaiian and Other Pacific Islander | 605 |
| Black or African American; Some other race | 6,036 |
| American Indian and Alaska Native; Asian | 1,523 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 87 |
| American Indian and Alaska Native; Some other race | 1,022 |
| Asian; Native Hawaiian and Other Pacific Islander | 2,496 |
| Asian; Some other race | 8,057 |
| Native Hawaiian and Other Pacific Islander; Some other race | 285 |
| Population of three races: | 6,445 |
| White; Black or African American; American Indian and Alaska Native | 2,156 |
| White; Black or African American; Asian | 234 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander | 38 |
| White; Black or African American; Some other race | 510 |
| White; American Indian and Alaska Native; Asian | 378 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 65 |
| White; American Indian and Alaska Native; Some other race | 819 |
| White; Asian; Native Hawaiian and Other Pacific Islander | 726 |
| White; Asian; Some other race | 658 |

| | |
|---|---|
| White; Native Hawaiian and Other Pacific Islander; Some other race | 73 |
| Black or African American; American Indian and Alaska Native; Asian | 113 |
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 10 |
| Black or African American; American Indian and Alaska Native; Some other race | 161 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 192 |
| Black or African American; Asian; Some other race | 174 |
| Black or African American; Native Hawaiian and Other Pacific Islander; Some other race | 33 |
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 35 |
| American Indian and Alaska Native; Asian; Some other race | 15 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some other race | 3 |
| Asian; Native Hawaiian and Other Pacific Islander; Some other race | 52 |
| Population of four races: | 613 |
| White; Black or African American; American Indian and Alaska Native; Asian | 274 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 10 |
| White; Black or African American; American Indian and Alaska Native; Some other race | 75 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 40 |
| White; Black or African American; Asian; Some other race | 12 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander; Some other race | 7 |
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 46 |
| White; American Indian and Alaska Native; Asian; Some other race | 10 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some other race | 5 |
| White; Asian; Native Hawaiian and Other Pacific Islander; Some other race | 41 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 21 |
| Black or African American; American Indian and Alaska Native; Asian; Some other race | 5 |
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some other race | 8 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some other race | 56 |
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some other race | 3 |
| Population of five races: | 318 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 253 |
| White; Black or African American; American Indian and Alaska Native; Asian; Some other race | 32 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some other race | 0 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some other race | 7 |
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some other race | 11 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some other race | 15 |

| | Texas |
|---|---|
| Population of six races: | 34 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some other race | 34 |



| PCT044 | SEX BY AGE BY CITIZENSHIP STATUS [23] |
|---|---|
| | Universe: Total population |
| | Census 2000 Summary File 4 (SF 4) - Sample Data |

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count corrections see http://www.census.gov/prod/cen2000/doc/sf4.pdf

**Population Group: Total population**

| | Texas |
|---|---:|
| Total: | 20,851,820 |
| Male: | 10,335,429 |
| Under 18 years: | 3,009,552 |
| Native | 2,826,958 |
| Foreign born: | 182,594 |
| Naturalized citizen | 22,039 |
| Not a citizen | 160,555 |
| 18 years and over: | 7,325,877 |
| Native | 6,014,130 |
| Foreign born: | 1,311,747 |
| Naturalized citizen | 420,637 |
| Not a citizen | 891,110 |
| Female: | 10,516,391 |
| Under 18 years: | 2,864,378 |
| Native | 2,697,166 |
| Foreign born: | 167,212 |
| Naturalized citizen | 20,496 |
| Not a citizen | 146,716 |
| 18 years and over: | 7,652,013 |
| Native | 6,413,924 |
| Foreign born: | 1,238,089 |
| Naturalized citizen | 451,154 |
| Not a citizen | 786,935 |



PCT044     SEX BY AGE BY CITIZENSHIP STATUS [23]
Universe: Total population
Census 2000 Summary File 4 (SF 4) - Sample Data

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

**POPGROUP: White alone, not Hispanic or Latino**

|  | Texas |
|---|---:|
| Total: | 10,927,538 |
| Male: | 5,374,489 |
| Under 18 years: | 1,286,256 |
| Native | 1,274,398 |
| Foreign born: | 11,858 |
| Naturalized citizen | 1,810 |
| Not a citizen | 10,048 |
| 18 years and over: | 4,088,233 |
| Native | 3,984,583 |
| Foreign born: | 103,650 |
| Naturalized citizen | 47,791 |
| Not a citizen | 55,859 |
| Female: | 5,553,049 |
| Under 18 years: | 1,218,047 |
| Native | 1,206,518 |
| Foreign born: | 11,529 |
| Naturalized citizen | 1,829 |
| Not a citizen | 9,700 |
| 18 years and over: | 4,335,002 |
| Native | 4,213,653 |
| Foreign born: | 121,349 |
| Naturalized citizen | 59,966 |
| Not a citizen | 61,383 |



PCT044  SEX BY AGE BY CITIZENSHIP STATUS [23]
Universe: Total population
Census 2000 Summary File 4 (SF 4) - Sample Data

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

**POPGROUP: Hispanic or Latino (of any race) (200-299)**

|  | Texas |
|---|---:|
| Total: | 6,670,122 |
| Male: | 3,384,056 |
| Under 18 years: | 1,220,356 |
| Native | 1,074,958 |
| Foreign born: | 145,398 |
| Naturalized citizen | 15,090 |
| Not a citizen | 130,308 |
| 18 years and over: | 2,163,700 |
| Native | 1,188,829 |
| Foreign born: | 974,871 |
| Naturalized citizen | 260,904 |
| Not a citizen | 713,967 |
| Female: | 3,286,066 |
| Under 18 years: | 1,162,322 |
| Native | 1,030,718 |
| Foreign born: | 131,604 |
| Naturalized citizen | 13,404 |
| Not a citizen | 118,200 |
| 18 years and over: | 2,123,744 |
| Native | 1,250,583 |
| Foreign born: | 873,161 |
| Naturalized citizen | 272,672 |
| Not a citizen | 600,489 |



| PCT044 | SEX BY AGE BY CITIZENSHIP STATUS [23]<br>Universe: Total population<br>Census 2000 Summary File 4 (SF 4) - Sample Data |

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

**POPGROUP: Black or African American alone, not Hispanic or Latino**

|  | **Texas** |
|---|---:|
| Total: | 2,349,641 |
|  Male: | 1,131,112 |
|   Under 18 years: | 368,574 |
|    Native | 365,154 |
|    Foreign born: | 3,420 |
|     Naturalized citizen | 708 |
|     Not a citizen | 2,712 |
|   18 years and over: | 762,538 |
|    Native | 729,860 |
|    Foreign born: | 32,678 |
|     Naturalized citizen | 14,406 |
|     Not a citizen | 18,272 |
|  Female: | 1,218,529 |
|   Under 18 years: | 355,290 |
|    Native | 351,979 |
|    Foreign born: | 3,311 |
|     Naturalized citizen | 553 |
|     Not a citizen | 2,758 |
|   18 years and over: | 863,239 |
|    Native | 835,005 |
|    Foreign born: | 28,234 |
|     Naturalized citizen | 11,561 |
|     Not a citizen | 16,673 |



American FactFinder

PCT044     SEX BY AGE BY CITIZENSHIP STATUS [23]
Universe: Total population
Census 2000 Summary File 4 (SF 4) - Sample Data

NOTE: Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf4.htm.

**POPGROUP: Asian alone, not Hispanic or Latino**

|  | Texas |
|---|---:|
| Total: | 549,054 |
| Male: | 269,420 |
|   Under 18 years: | 71,063 |
|     Native | 52,279 |
|     Foreign born: | 18,784 |
|       Naturalized citizen | 3,619 |
|       Not a citizen | 15,165 |
|   18 years and over: | 198,357 |
|     Native | 22,211 |
|     Foreign born: | 176,146 |
|       Naturalized citizen | 86,310 |
|       Not a citizen | 89,836 |
| Female: | 279,634 |
|   Under 18 years: | 66,153 |
|     Native | 48,249 |
|     Foreign born: | 17,904 |
|       Naturalized citizen | 4,111 |
|       Not a citizen | 13,793 |
|   18 years and over: | 213,481 |
|     Native | 19,818 |
|     Foreign born: | 193,663 |
|       Naturalized citizen | 97,035 |
|       Not a citizen | 96,628 |