# EXHIBIT 4



P2 | HISPANIC OR LATINO, AND NOT HISPANIC OR LATINO BY RACE

Universe: Total population
2010 Census Redistricting Data (Public Law 94-171) Summary File

NOTE: For information on confidentiality protection, nonsampling error, and definitions, see http://www.census.gov/prod/cen2010/pl94-171.pdf

NOTE: Change to the California,Connecticut,Mississippi,New Hampshire,Virginia, and Washington P. L. 94-171 Summary Files as delivered.

|  | Texas |
|---|---:|
| Total: | 25,145,561 |
| Hispanic or Latino | 9,460,921 |
| Not Hispanic or Latino: | 15,684,640 |
| Population of one race: | 15,365,082 |
| White alone | 11,397,345 |
| Black or African American alone | 2,886,825 |
| American Indian and Alaska Native alone | 80,586 |
| Asian alone | 948,426 |
| Native Hawaiian and Other Pacific Islander alone | 17,920 |
| Some Other Race alone | 33,980 |
| Two or More Races: | 319,558 |
| Population of two races: | 299,548 |
| White; Black or African American | 88,914 |
| White; American Indian and Alaska Native | 69,937 |
| White; Asian | 79,530 |
| White; Native Hawaiian and Other Pacific Islander | 5,245 |
| White; Some Other Race | 9,691 |
| Black or African American; American Indian and Alaska Native | 11,894 |
| Black or African American; Asian | 10,007 |
| Black or African American; Native Hawaiian and Other Pacific Islander | 2,089 |
| Black or African American; Some Other Race | 4,871 |
| American Indian and Alaska Native; Asian | 2,727 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 213 |
| American Indian and Alaska Native; Some Other Race | 495 |
| Asian; Native Hawaiian and Other Pacific Islander | 4,346 |
| Asian; Some Other Race | 9,178 |
| Native Hawaiian and Other Pacific Islander; Some Other Race | 411 |
| Population of three races: | 18,176 |
| White; Black or African American; American Indian and Alaska Native | 8,029 |
| White; Black or African American; Asian | 2,754 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander | 361 |
| White; Black or African American; Some Other Race | 787 |
| White; American Indian and Alaska Native; Asian | 1,431 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 239 |
| White; American Indian and Alaska Native; Some Other Race | 361 |
| White; Asian; Native Hawaiian and Other Pacific Islander | 2,201 |
| White; Asian; Some Other Race | 610 |

| Race | Count |
|---|---|
| White; Native Hawaiian and Other Pacific Islander; Some Other Race | 68 |
| Black or African American; American Indian and Alaska Native; Asian | 310 |
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 97 |
| Black or African American; American Indian and Alaska Native; Some Other Race | 153 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 330 |
| Black or African American; Asian; Some Other Race | 230 |
| Black or African American; Native Hawaiian and Other Pacific Islander; Some Other Race | 62 |
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 48 |
| American Indian and Alaska Native; Asian; Some Other Race | 27 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 9 |
| Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 69 |
| Population of four races: | 1,497 |
| White; Black or African American; American Indian and Alaska Native; Asian | 688 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 75 |
| White; Black or African American; American Indian and Alaska Native; Some Other Race | 250 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 153 |
| White; Black or African American; Asian; Some Other Race | 49 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander; Some Other Race | 4 |
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 171 |
| White; American Indian and Alaska Native; Asian; Some Other Race | 15 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 1 |
| White; Asian; Native Hawaiian and Other Pacific Islander, Some Other Race | 29 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 21 |
| Black or African American; American Indian and Alaska Native; Asian; Some Other Race | 8 |
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 9 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 22 |
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 2 |
| Population of five races: | 312 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 262 |
| White; Black or African American; American Indian and Alaska Native; Asian; Some Other Race | 26 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 4 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 6 |
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 11 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 3 |

| | Texas |
|---|---|
| Population of six races: | 25 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 25 |

Source: U.S. Census Bureau, 2010 Census.



| P4 | HISPANIC OR LATINO, AND NOT HISPANIC OR LATINO BY RACE FOR THE POPULATION 18 YEARS AND OVER |
|---|---|
| | Universe: Total population 18 years and over |
| | 2010 Census Redistricting Data (Public Law 94-171) Summary File |

NOTE: For information on confidentiality protection, nonsampling error, and definitions, see http://www.census.gov/prod/cen2010/pl94-171.pdf

NOTE: Change to the California, Connecticut, Mississippi, New Hampshire, Virginia, and Washington P. L. 94-171 Summary Files as delivered.

| | Texas |
|---|---:|
| Total: | 18,279,737 |
|   Hispanic or Latino | 6,143,144 |
|   Not Hispanic or Latino: | 12,136,593 |
|     Population of one race: | 11,963,907 |
|       White alone | 9,074,684 |
|       Black or African American alone | 2,076,282 |
|       American Indian and Alaska Native alone | 61,856 |
|       Asian alone | 716,968 |
|       Native Hawaiian and Other Pacific Islander alone | 12,912 |
|       Some Other Race alone | 21,205 |
|     Two or More Races: | 172,686 |
|       Population of two races: | 161,886 |
|         White; Black or African American | 26,192 |
|         White; American Indian and Alaska Native | 53,599 |
|         White; Asian | 41,668 |
|         White; Native Hawaiian and Other Pacific Islander | 3,182 |
|         White; Some Other Race | 6,275 |
|         Black or African American; American Indian and Alaska Native | 8,516 |
|         Black or African American; Asian | 5,242 |
|         Black or African American; Native Hawaiian and Other Pacific Islander | 1,169 |
|         Black or African American; Some Other Race | 2,848 |
|         American Indian and Alaska Native; Asian | 1,952 |
|         American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 155 |
|         American Indian and Alaska Native; Some Other Race | 371 |
|         Asian; Native Hawaiian and Other Pacific Islander | 3,398 |
|         Asian; Some Other Race | 7,026 |
|         Native Hawaiian and Other Pacific Islander; Some Other Race | 293 |
|       Population of three races: | 9,748 |
|         White; Black or African American; American Indian and Alaska Native | 4,900 |
|         White; Black or African American; Asian | 715 |
|         White; Black or African American; Native Hawaiian and Other Pacific Islander | 108 |
|         White; Black or African American; Some Other Race | 395 |
|         White; American Indian and Alaska Native; Asian | 714 |
|         White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 158 |
|         White; American Indian and Alaska Native; Some Other Race | 276 |
|         White; Asian; Native Hawaiian and Other Pacific Islander | 1,174 |

| | |
|---|---|
| White; Asian; Some Other Race | 387 |
| White; Native Hawaiian and Other Pacific Islander; Some Other Race | 47 |
| Black or African American; American Indian and Alaska Native; Asian | 201 |
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 51 |
| Black or African American; American Indian and Alaska Native; Some Other Race | 122 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 188 |
| Black or African American; Asian; Some Other Race | 157 |
| Black or African American; Native Hawaiian and Other Pacific Islander; Some Other Race | 39 |
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 32 |
| American Indian and Alaska Native; Asian; Some Other Race | 22 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 8 |
| Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 54 |
| Population of four races: | 801 |
| White; Black or African American; American Indian and Alaska Native; Asian | 346 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 34 |
| White; Black or African American; American Indian and Alaska Native; Some Other Race | 175 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 56 |
| White; Black or African American; Asian; Some Other Race | 26 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander; Some Other Race | 1 |
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 92 |
| White; American Indian and Alaska Native; Asian; Some Other Race | 7 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 1 |
| White; Asian; Native Hawaiian and Other Pacific Islander, Some Other Race | 18 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 13 |
| Black or African American; American Indian and Alaska Native; Asian; Some Other Race | 5 |
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 4 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 21 |
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 2 |
| Population of five races: | 235 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 203 |
| White; Black or African American; American Indian and Alaska Native; Asian; Some Other Race | 12 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 3 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 5 |
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 9 |

| | Texas |
|---|---|
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 3 |
| Population of six races: | 16 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 16 |

Source: U.S. Census Bureau, 2010 Census.