EXHIBIT

6

S0201

SELECTED POPULATION PROFILE IN THE UNITED STATES

2010-2012 American Community Survey 3-Year Estimates

Supporting documentation on code lists, subject definitions, data accuracy, and statistical testing can be found on the American Community Survey website in the Data and Documentation section.

Sample size and data quality measures (including coverage rates, allocation rates, and response rates) can be found on the American Community Survey website in the Methodology section.

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

| Subject | Total population | | Texas Hispanic or Latino (of any race) (200-299) | | White alone, not Hispanic or Latino | |
|---|---|---|---|---|---|---|
| | Estimate | Margin of Error | Estimate | Margin of Error | Estimate | Margin of Error |
| TOTAL NUMBER OF RACES REPORTED | | | | | | |
| Total population | 25,644,550 | ***** | 9,741,366 | +/-182 | 11,481,091 | +/-3,310 |
| One race | 97.7% | +/-0.1 | 97.6% | +/-0.1 | 100.0% | +/-0.1 |
| Two races | 2.1% | +/-0.1 | 2.3% | +/-0.1 | (X) | (X) |
| Three races | 0.1% | +/-0.1 | 0.1% | +/-0.1 | (X) | (X) |
| Four or more races | 0.0% | +/-0.1 | 0.0% | +/-0.1 | (X) | (X) |
| | | | | | | |
| SEX AND AGE | | | | | | |
| Total population | 25,644,550 | ***** | 9,741,366 | +/-182 | 11,481,091 | +/-3,310 |
| Male | 49.6% | +/-0.1 | 50.4% | +/-0.1 | 49.5% | +/-0.1 |
| Female | 50.4% | +/-0.1 | 49.6% | +/-0.1 | 50.5% | +/-0.1 |
| | | | | | | |
| Under 5 years | 7.5% | +/-0.1 | 10.1% | +/-0.1 | 5.3% | +/-0.1 |
| 5 to 17 years | 19.5% | +/-0.1 | 24.6% | +/-0.1 | 14.8% | +/-0.1 |
| 18 to 24 years | 10.3% | +/-0.1 | 11.8% | +/-0.1 | 8.7% | +/-0.1 |
| 25 to 34 years | 14.4% | +/-0.1 | 15.8% | +/-0.1 | 12.8% | +/-0.1 |
| 35 to 44 years | 13.7% | +/-0.1 | 14.1% | +/-0.1 | 12.9% | +/-0.1 |
| 45 to 54 years | 13.4% | +/-0.1 | 10.9% | +/-0.1 | 15.5% | +/-0.1 |
| 55 to 64 years | 10.6% | +/-0.1 | 6.9% | +/-0.1 | 14.1% | +/-0.1 |
| 65 to 74 years | 6.1% | +/-0.1 | 3.5% | +/-0.1 | 8.8% | +/-0.1 |
| 75 years and over | 4.6% | +/-0.1 | 2.4% | +/-0.1 | 7.1% | +/-0.1 |

04/09/2014

04/09/2014

| Subject | Texas Total population | | Hispanic or Latino (of any race) (200-299) | | White alone, not Hispanic or Latino | |
|---|---|---|---|---|---|---|
| | Estimate | Margin of Error | Estimate | Margin of Error | Estimate | Margin of Error |
| Median age (years) | 33.8 | +/-0.1 | 27.2 | +/-0.2 | 41.5 | +/-0.2 |
| 18 years and over | 73.0% | +/-0.1 | 65.3% | +/-0.1 | 79.9% | +/-0.1 |
| 21 years and over | 68.5% | +/-0.1 | 60.0% | +/-0.1 | 76.2% | +/-0.1 |
| 62 years and over | 13.5% | +/-0.1 | 7.6% | +/-0.1 | 19.8% | +/-0.1 |
| 65 years and over | 10.6% | +/-0.1 | 5.8% | +/-0.1 | 15.9% | +/-0.1 |
| Under 18 years | 6,928,341 | +/-1,334 | 3,376,785 | +/-181 | 2,309,994 | +/-2,364 |
| Male | 51.1% | +/-0.1 | 51.0% | +/-0.1 | 51.4% | +/-0.1 |
| Female | 48.9% | +/-0.1 | 49.0% | +/-0.1 | 48.6% | +/-0.1 |
| 18 years and over | 18,716,209 | +/-1,334 | 6,364,581 | +/-246 | 9,171,097 | +/-2,038 |
| Male | 49.1% | +/-0.1 | 50.1% | +/-0.1 | 49.0% | +/-0.1 |
| Female | 50.9% | +/-0.1 | 49.9% | +/-0.1 | 51.0% | +/-0.1 |
| 18 to 34 years | 6,322,196 | +/-3,040 | 2,687,841 | +/-1,648 | 2,471,717 | +/-1,467 |
| Male | 51.0% | +/-0.1 | 51.9% | +/-0.1 | 50.7% | +/-0.1 |
| Female | 49.0% | +/-0.1 | 48.1% | +/-0.1 | 49.3% | +/-0.1 |
| 35 to 64 years | 9,671,493 | +/-3,368 | 3,108,211 | +/-1,878 | 4,876,874 | +/-1,689 |
| Male | 49.4% | +/-0.1 | 49.8% | +/-0.1 | 49.7% | +/-0.1 |
| Female | 50.6% | +/-0.1 | 50.2% | +/-0.1 | 50.3% | +/-0.1 |
| 65 years and over | 2,722,520 | +/-1,798 | 568,529 | +/-879 | 1,822,506 | +/-674 |
| Male | 43.8% | +/-0.1 | 42.9% | +/-0.1 | 44.6% | +/-0.1 |
| Female | 56.2% | +/-0.1 | 57.1% | +/-0.1 | 55.4% | +/-0.1 |
| RELATIONSHIP | | | | | | |
| Population in households | 25,059,915 | ***** | 9,577,354 | +/-2,855 | 11,223,802 | +/-4,682 |
| Householder or spouse | 53.0% | +/-0.1 | 42.0% | +/-0.1 | 63.9% | +/-0.1 |
| Child | 33.3% | +/-0.1 | 41.1% | +/-0.1 | 25.9% | +/-0.1 |
| Other relatives | 8.7% | +/-0.1 | 11.9% | +/-0.2 | 5.1% | +/-0.1 |
| Nonrelatives | 5.0% | +/-0.1 | 5.0% | +/-0.1 | 5.1% | +/-0.1 |
| Unmarried partner | 1.9% | +/-0.1 | 1.9% | +/-0.1 | 1.9% | +/-0.1 |
| HOUSEHOLDS BY TYPE | | | | | | |
| Households | 8,852,441 | +/-11,475 | 2,625,503 | +/-9,234 | 4,717,745 | +/-8,689 |
| Family households | 69.7% | +/-0.1 | 78.8% | +/-0.3 | 65.8% | +/-0.2 |
| With own children under 18 years | 33.9% | +/-0.1 | 47.4% | +/-0.3 | 26.2% | +/-0.1 |
| Married-couple family | 50.1% | +/-0.1 | 51.3% | +/-0.3 | 53.2% | +/-0.2 |
| With own children under 18 years | 23.0% | +/-0.1 | 30.8% | +/-0.2 | 19.8% | +/-0.2 |
| Female householder, no husband present, family | 14.4% | +/-0.1 | 19.9% | +/-0.2 | 8.9% | +/-0.1 |

| Subject | Total population | | Texas<br>Hispanic or Latino (of any race)<br>(200-299) | | White alone, not Hispanic or Latino | |
|---|---|---|---|---|---|---|
| | Estimate | Margin of Error | Estimate | Margin of Error | Estimate | Margin of Error |
| With own children under 18 years | 8.6% | +/-0.1 | 12.9% | +/-0.2 | 4.7% | +/-0.1 |
| Nonfamily households | 30.3% | +/-0.1 | 21.2% | +/-0.3 | 34.2% | +/-0.2 |
| Male householder | 14.7% | +/-0.1 | 11.7% | +/-0.1 | 15.9% | +/-0.1 |
| Living alone | 11.6% | +/-0.1 | 8.8% | +/-0.2 | 12.6% | +/-0.1 |
| Not living alone | 3.1% | +/-0.1 | 2.9% | +/-0.1 | 3.3% | +/-0.1 |
| Female householder | 15.6% | +/-0.1 | 9.5% | +/-0.2 | 18.3% | +/-0.1 |
| Living alone | 13.4% | +/-0.1 | 7.7% | +/-0.2 | 15.8% | +/-0.1 |
| Not living alone | 2.3% | +/-0.1 | 1.8% | +/-0.1 | 2.6% | +/-0.1 |
| | | | | | | |
| Average household size | 2.83 | +/-0.01 | 3.53 | +/-0.01 | 2.46 | +/-0.01 |
| Average family size | 3.43 | +/-0.01 | 3.99 | +/-0.02 | 3.03 | +/-0.01 |
| MARITAL STATUS | | | | | | |
| Population 15 years and over | 19,840,813 | +/-1,906 | 6,879,528 | +/-761 | 9,576,289 | +/-2,210 |
| Now married, except separated | 49.7% | +/-0.1 | 47.2% | +/-0.2 | 54.8% | +/-0.2 |
| Widowed | 5.2% | +/-0.1 | 3.7% | +/-0.1 | 6.4% | +/-0.1 |
| Divorced | 11.0% | +/-0.1 | 8.5% | +/-0.1 | 12.7% | +/-0.1 |
| Separated | 2.8% | +/-0.1 | 3.9% | +/-0.1 | 1.7% | +/-0.1 |
| Never married | 31.3% | +/-0.1 | 36.7% | +/-0.2 | 24.5% | +/-0.1 |
| | | | | | | |
| Male 15 years and over | 9,766,627 | +/-2,267 | 3,451,848 | +/-994 | 4,699,566 | +/-1,517 |
| Now married, except separated | 51.3% | +/-0.2 | 48.0% | +/-0.3 | 56.6% | +/-0.2 |
| Widowed | 2.2% | +/-0.1 | 1.6% | +/-0.1 | 2.7% | +/-0.1 |
| Divorced | 9.5% | +/-0.1 | 7.2% | +/-0.2 | 11.3% | +/-0.2 |
| Separated | 2.3% | +/-0.1 | 2.9% | +/-0.1 | 1.5% | +/-0.1 |
| Never married | 34.7% | +/-0.1 | 40.2% | +/-0.2 | 27.8% | +/-0.2 |
| | | | | | | |
| Female 15 years and over | 10,074,186 | +/-2,050 | 3,427,680 | +/-978 | 4,876,723 | +/-1,491 |
| Now married, except separated | 48.1% | +/-0.1 | 46.4% | +/-0.3 | 53.0% | +/-0.2 |
| Widowed | 8.1% | +/-0.1 | 5.8% | +/-0.1 | 10.0% | +/-0.1 |
| Divorced | 12.4% | +/-0.1 | 9.8% | +/-0.2 | 14.0% | +/-0.2 |
| Separated | 3.3% | +/-0.1 | 4.9% | +/-0.1 | 1.8% | +/-0.1 |
| Never married | 28.1% | +/-0.1 | 33.1% | +/-0.2 | 21.2% | +/-0.1 |
| | | | | | | |
| SCHOOL ENROLLMENT | | | | | | |
| Population 3 years and over enrolled in school | 7,294,426 | +/-16,162 | 3,198,527 | +/-9,107 | 2,655,462 | +/-9,987 |
| Nursery school, preschool | 6.1% | +/-0.1 | 6.2% | +/-0.1 | 6.1% | +/-0.1 |
| Kindergarten | 5.7% | +/-0.1 | 6.6% | +/-0.1 | 5.0% | +/-0.1 |
| Elementary school (grades 1-8) | 42.7% | +/-0.1 | 47.6% | +/-0.2 | 39.1% | +/-0.2 |
| High school (grades 9-12) | 20.6% | +/-0.1 | 21.6% | +/-0.2 | 20.0% | +/-0.2 |
| College or graduate school | 24.9% | +/-0.1 | 18.1% | +/-0.2 | 29.9% | +/-0.2 |
| | | | | | | |
| Male 3 years and over enrolled in school | 3,613,530 | +/-10,827 | 1,590,455 | +/-6,158 | 1,318,562 | +/-6,697 |

| Subject | Total population | | Texas Hispanic or Latino (of any race) (200-299) | | White alone, not Hispanic or Latino | |
|---|---|---|---|---|---|---|
| | Estimate | Margin of Error | Estimate | Margin of Error | Estimate | Margin of Error |
| Percent enrolled in kindergarten to grade 12 | 71.6% | +/-0.2 | 77.8% | +/-0.3 | 66.6% | +/-0.3 |
| Percent enrolled in college or graduate school | 22.1% | +/-0.1 | 15.8% | +/-0.2 | 27.1% | +/-0.4 |
| Female 3 years and over enrolled in school | 3,680,896 | +/-9,798 | 1,608,072 | +/-6,252 | 1,336,900 | +/-6,464 |
| Percent enrolled in kindergarten to grade 12 | 66.5% | +/-0.2 | 73.6% | +/-0.3 | 61.6% | +/-0.3 |
| Percent enrolled in college or graduate school | 27.6% | +/-0.2 | 20.4% | +/-0.3 | 32.7% | +/-0.3 |
| | | | | | | |
| EDUCATIONAL ATTAINMENT | | | | | | |
| Population 25 years and over | 16,080,717 | +/-3,089 | 5,216,403 | +/-1,606 | 8,172,481 | +/-1,950 |
| Less than high school diploma | 18.9% | +/-0.1 | 39.5% | +/-0.3 | 7.6% | +/-0.1 |
| High school graduate (includes equivalency) | 25.4% | +/-0.1 | 25.9% | +/-0.2 | 25.0% | +/-0.1 |
| Some college or associate's degree | 29.3% | +/-0.1 | 22.7% | +/-0.2 | 32.6% | +/-0.1 |
| Bachelor's degree | 17.6% | +/-0.1 | 8.6% | +/-0.1 | 23.2% | +/-0.1 |
| Graduate or professional degree | 8.8% | +/-0.1 | 3.4% | +/-0.1 | 11.6% | +/-0.1 |
| | | | | | | |
| High school graduate or higher | 81.1% | +/-0.1 | 60.5% | +/-0.3 | 92.4% | +/-0.1 |
| Male, high school graduate or higher | 80.5% | +/-0.1 | 59.1% | +/-0.4 | 92.4% | +/-0.1 |
| Female, high school graduate or higher | 81.7% | +/-0.1 | 61.9% | +/-0.3 | 92.4% | +/-0.1 |
| Bachelor's degree or higher | 26.4% | +/-0.1 | 11.9% | +/-0.2 | 34.8% | +/-0.2 |
| Male, bachelor's degree or higher | 26.8% | +/-0.1 | 11.0% | +/-0.2 | 36.4% | +/-0.2 |
| Female, bachelor's degree or higher | 26.0% | +/-0.2 | 12.9% | +/-0.2 | 33.2% | +/-0.2 |
| | | | | | | |
| FERTILITY | | | | | | |
| Women 15 to 50 years | 6,466,285 | +/-5,161 | 2,566,387 | +/-2,505 | 2,672,158 | +/-3,197 |
| Women 15 to 50 years who had a birth in the past 12 months | 396,628 | +/-6,786 | 189,522 | +/-4,218 | 136,628 | +/-3,933 |
| Unmarried women 15 to 50 years who had a birth in the past 12 months | 141,290 | +/-3,999 | 75,707 | +/-2,733 | 33,352 | +/-1,692 |
| As a percent of all women with a birth in the past 12 months | 35.6% | +/-0.9 | 39.9% | +/-1.3 | 24.4% | +/-1.1 |
| | | | | | | |
| RESPONSIBILITY FOR GRANDCHILDREN UNDER 18 YEARS | | | | | | |
| Population 30 years and over | 14,210,672 | +/-2,334 | 4,437,470 | +/-906 | 7,420,232 | +/-1,727 |
| Living with grandchild(ren) | 5.3% | +/-0.1 | 8.6% | +/-0.2 | 3.0% | +/-0.1 |
| Responsible for grandchild(ren) | 43.0% | +/-0.7 | 39.0% | +/-0.9 | 49.1% | +/-1.1 |
| | | | | | | |
| VETERAN STATUS | | | | | | |
| Civilian population 18 years and over | 18,616,868 | +/-2,858 | 6,348,391 | +/-1,164 | 9,111,241 | +/-2,888 |
| Civilian veteran | 8.6% | +/-0.1 | 4.1% | +/-0.1 | 12.0% | +/-0.1 |
| | | | | | | |
| DISABILITY STATUS | | | | | | |
| Total civilian noninstitutionalized population | 25,166,829 | +/-2,734 | 9,599,915 | +/-2,435 | 11,275,323 | +/-4,736 |
| With a disability | 11.5% | +/-0.1 | 9.5% | +/-0.1 | 13.3% | +/-0.1 |
| | | | | | | |
| Civilian noninstitutionalized population under 18 years | 6,917,706 | +/-1,359 | 3,373,202 | +/-398 | 2,306,549 | +/-2,402 |
| With a disability | 4.1% | +/-0.1 | 4.0% | +/-0.1 | 4.0% | +/-0.1 |

04/09/2014

| Subject | Total population | | Texas Hispanic or Latino (of any race) (200-299) | | White alone, not Hispanic or Latino | |
|---|---|---|---|---|---|---|
| | Estimate | Margin of Error | Estimate | Margin of Error | Estimate | Margin of Error |
| Civilian noninstitutionalized population 18 to 64 years | 15,609,151 | +/-3,480 | 5,670,685 | +/-3,886 | 7,204,345 | +/-3,576 |
| With a disability | 10.0% | +/-0.1 | 9.0% | +/-0.1 | 10.3% | +/-0.1 |
| Civilian noninstitutionalized population 65 years and older | 2,639,972 | +/-2,252 | 556,028 | +/-1,172 | 1,764,429 | +/-1,608 |
| With a disability | 40.1% | +/-0.2 | 46.9% | +/-0.6 | 37.3% | +/-0.3 |
| RESIDENCE 1 YEAR AGO | | | | | | |
| Population 1 year and over | 25,294,633 | +/-6,172 | 9,563,224 | +/-3,886 | 11,370,415 | +/-4,609 |
| Same house | 82.8% | +/-0.1 | 83.1% | +/-0.2 | 84.0% | +/-0.2 |
| Different house in the U.S. | 16.5% | +/-0.1 | 16.0% | +/-0.2 | 15.6% | +/-0.2 |
| Same county | 10.6% | +/-0.1 | 12.0% | +/-0.2 | 8.5% | +/-0.1 |
| Different county | 5.9% | +/-0.1 | 4.1% | +/-0.1 | 7.1% | +/-0.1 |
| Same state | 4.0% | +/-0.1 | 2.9% | +/-0.1 | 4.7% | +/-0.1 |
| Different state | 2.0% | +/-0.1 | 1.2% | +/-0.1 | 2.4% | +/-0.1 |
| Abroad | 0.7% | +/-0.1 | 0.9% | +/-0.1 | 0.4% | +/-0.1 |
| PLACE OF BIRTH, CITIZENSHIP STATUS AND YEAR OF ENTRY | | | | | | |
| Native | 21,446,826 | +/-20,372 | 6,783,943 | +/-18,023 | 11,144,139 | +/-8,302 |
| Male | 49.5% | +/-0.1 | 49.9% | +/-0.1 | 49.5% | +/-0.1 |
| Female | 50.5% | +/-0.1 | 50.1% | +/-0.1 | 50.5% | +/-0.1 |
| Foreign born | 4,197,724 | +/-20,372 | 2,957,423 | +/-17,981 | 336,952 | +/-8,075 |
| Male | 50.5% | +/-0.1 | 51.6% | +/-0.2 | 47.0% | +/-0.7 |
| Female | 49.5% | +/-0.1 | 48.4% | +/-0.2 | 53.0% | +/-0.7 |
| Foreign born; naturalized U.S. citizen | 1,384,458 | +/-13,786 | 739,244 | +/-9,934 | 170,048 | +/-5,234 |
| Male | 47.2% | +/-0.3 | 47.5% | +/-0.4 | 46.0% | +/-1.0 |
| Female | 52.8% | +/-0.3 | 52.5% | +/-0.4 | 54.0% | +/-1.0 |
| Foreign born; not a U.S. citizen | 2,813,266 | +/-18,970 | 2,218,179 | +/-19,031 | 166,904 | +/-6,107 |
| Male | 52.1% | +/-0.2 | 53.0% | +/-0.2 | 48.0% | +/-1.1 |
| Female | 47.9% | +/-0.2 | 47.0% | +/-0.2 | 52.0% | +/-1.1 |
| Population born outside the United States | 4,197,724 | +/-20,372 | 2,957,423 | +/-17,981 | 336,952 | +/-8,075 |
| Entered 2010 or later | 4.4% | +/-0.2 | 3.1% | +/-0.2 | 7.5% | +/-0.7 |
| Entered 2000 to 2009 | 33.3% | +/-0.3 | 32.5% | +/-0.4 | 28.8% | +/-1.0 |
| Entered before 2000 | 62.3% | +/-0.4 | 64.5% | +/-0.4 | 63.7% | +/-1.0 |
| WORLD REGION OF BIRTH OF FOREIGN BORN | | | | | | |
| Foreign-born population excluding population born at sea | 4,197,724 | +/-20,372 | 2,957,423 | +/-17,981 | 336,952 | +/-8,075 |
| Europe | 4.3% | +/-0.1 | 0.2% | +/-0.1 | 47.7% | +/-1.2 |
| Asia | 18.9% | +/-0.2 | 0.1% | +/-0.1 | 22.2% | +/-1.2 |

| Subject | Total population | | Texas Hispanic or Latino (of any race) (200-299) | | White alone, not Hispanic or Latino | |
|---|---|---|---|---|---|---|
| | Estimate | Margin of Error | Estimate | Margin of Error | Estimate | Margin of Error |
| Africa | 3.5% | +/-0.2 | 0.0% | +/-0.1 | 5.6% | +/-0.6 |
| Oceania | 0.2% | +/-0.1 | 0.0% | +/-0.1 | 1.6% | +/-0.2 |
| Latin America | 72.1% | +/-0.2 | 99.6% | +/-0.1 | 11.5% | +/-0.7 |
| Northern America | 1.1% | +/-0.1 | 0.0% | +/-0.1 | 11.5% | +/-0.7 |
| **LANGUAGE SPOKEN AT HOME AND ABILITY TO SPEAK ENGLISH** | | | | | | |
| Population 5 years and over | 23,710,615 | +/-1,253 | 8,756,542 | +/-464 | 10,875,266 | +/-3,143 |
| English only | 65.2% | +/-0.1 | 23.4% | +/-0.2 | 94.9% | +/-0.1 |
| Language other than English | 34.8% | +/-0.1 | 76.6% | +/-0.2 | 5.1% | +/-0.1 |
| Speak English less than "very well" | 14.3% | +/-0.1 | 32.9% | +/-0.2 | 1.1% | +/-0.1 |
| **EMPLOYMENT STATUS** | | | | | | |
| Population 16 years and over | 19,465,219 | +/-4,873 | 6,707,093 | +/-3,436 | 9,442,023 | +/-3,199 |
| In labor force | 65.0% | +/-0.1 | 66.0% | +/-0.2 | 64.2% | +/-0.1 |
| Civilian labor force | 64.5% | +/-0.1 | 65.7% | +/-0.2 | 63.6% | +/-0.1 |
| Employed | 59.0% | +/-0.1 | 59.7% | +/-0.2 | 59.3% | +/-0.1 |
| Unemployed | 5.4% | +/-0.1 | 6.0% | +/-0.1 | 4.2% | +/-0.1 |
| Percent of civilian labor force | 8.4% | +/-0.1 | 9.2% | +/-0.2 | 6.7% | +/-0.1 |
| Armed Forces | 0.5% | +/-0.1 | 0.2% | +/-0.1 | 0.6% | +/-0.1 |
| Not in labor force | 35.0% | +/-0.1 | 34.0% | +/-0.2 | 35.8% | +/-0.1 |
| Females 16 years and over | 9,890,075 | +/-3,765 | 3,343,564 | +/-2,643 | 4,810,923 | +/-2,161 |
| In labor force | 58.2% | +/-0.1 | 56.7% | +/-0.3 | 57.4% | +/-0.2 |
| Civilian labor force | 58.0% | +/-0.1 | 56.6% | +/-0.3 | 57.2% | +/-0.2 |
| Employed | 53.1% | +/-0.1 | 51.0% | +/-0.3 | 53.4% | +/-0.2 |
| Unemployed | 5.0% | +/-0.1 | 5.6% | +/-0.2 | 3.8% | +/-0.1 |
| Percent of civilian labor force | 8.5% | +/-0.1 | 9.9% | +/-0.3 | 6.6% | +/-0.2 |
| **COMMUTING TO WORK** | | | | | | |
| Workers 16 years and over | 11,370,628 | +/-17,924 | 3,945,636 | +/-12,738 | 5,560,788 | +/-11,988 |
| Car, truck, or van - drove alone | 79.9% | +/-0.1 | 76.5% | +/-0.3 | 82.6% | +/-0.2 |
| Car, truck, or van - carpooled | 11.0% | +/-0.1 | 15.3% | +/-0.2 | 8.1% | +/-0.1 |
| Public transportation (excluding taxicab) | 1.6% | +/-0.1 | 1.7% | +/-0.1 | 0.9% | +/-0.1 |
| Walked | 1.7% | +/-0.1 | 1.7% | +/-0.1 | 1.5% | +/-0.1 |
| Other means | 1.8% | +/-0.1 | 2.3% | +/-0.1 | 1.5% | +/-0.1 |
| Worked at home | 4.1% | +/-0.1 | 2.5% | +/-0.1 | 5.5% | +/-0.1 |
| Mean travel time to work (minutes) | 24.9 | +/-0.1 | 24.1 | +/-0.1 | 25.1 | +/-0.1 |
| **OCCUPATION** | | | | | | |
| Civilian employed population 16 years and over | 11,491,664 | +/-18,613 | 4,005,289 | +/-12,735 | 5,603,584 | +/-11,812 |
| Management, business, science, and arts occupations | 34.4% | +/-0.1 | 19.7% | +/-0.2 | 44.2% | +/-0.2 |
| Service occupations | 17.9% | +/-0.1 | 24.7% | +/-0.2 | 12.3% | +/-0.1 |
| Sales and office occupations | 24.8% | +/-0.1 | 22.9% | +/-0.3 | 26.0% | +/-0.1 |

04/09/2014

| Subject | Total population | | Texas Hispanic or Latino (of any race) (200-299) | | White alone, not Hispanic or Latino | |
|---|---|---|---|---|---|---|
| | Estimate | Margin of Error | Estimate | Margin of Error | Estimate | Margin of Error |
| Natural resources, construction, and maintenance occupations | 11.1% | +/-0.1 | 17.4% | +/-0.2 | 8.7% | +/-0.1 |
| Production, transportation, and material moving occupations | 11.8% | +/-0.1 | 15.5% | +/-0.2 | 8.8% | +/-0.1 |
| Male civilian employed population 16 years and over | 6,244,098 | +/-13,218 | 2,300,192 | +/-8,576 | 3,032,490 | +/-7,292 |
| Management, business, science, and arts occupations | 31.0% | +/-0.2 | 15.7% | +/-0.2 | 41.6% | +/-0.3 |
| Service occupations | 14.2% | +/-0.2 | 18.6% | +/-0.3 | 10.2% | +/-0.2 |
| Sales and office occupations | 17.6% | +/-0.2 | 14.6% | +/-0.3 | 19.0% | +/-0.2 |
| Natural resources, construction, and maintenance occupations | 19.7% | +/-0.2 | 29.5% | +/-0.4 | 15.5% | +/-0.2 |
| Production, transportation, and material moving occupations | 17.6% | +/-0.2 | 21.6% | +/-0.3 | 13.7% | +/-0.2 |
| Female civilian employed population 16 years and over | 5,247,566 | +/-14,515 | 1,705,097 | +/-9,474 | 2,571,094 | +/-8,816 |
| Management, business, science, and arts occupations | 38.6% | +/-0.2 | 25.1% | +/-0.3 | 47.2% | +/-0.3 |
| Service occupations | 22.3% | +/-0.2 | 32.8% | +/-0.4 | 14.8% | +/-0.2 |
| Sales and office occupations | 33.5% | +/-0.2 | 33.9% | +/-0.4 | 34.3% | +/-0.3 |
| Natural resources, construction, and maintenance occupations | 0.8% | +/-0.1 | 1.0% | +/-0.1 | 0.7% | +/-0.1 |
| Production, transportation, and material moving occupations | 4.9% | +/-0.1 | 7.2% | +/-0.2 | 3.0% | +/-0.1 |
| INDUSTRY | | | | | | |
| Civilian employed population 16 years and over | 11,491,664 | +/-18,613 | 4,005,289 | +/-12,735 | 5,603,584 | +/-11,812 |
| Agriculture, forestry, fishing and hunting, and mining | 3.1% | +/-0.1 | 2.9% | +/-0.1 | 3.8% | +/-0.1 |
| Construction | 7.8% | +/-0.1 | 12.4% | +/-0.2 | 6.3% | +/-0.1 |
| Manufacturing | 9.3% | +/-0.1 | 9.4% | +/-0.1 | 9.2% | +/-0.1 |
| Wholesale trade | 2.9% | +/-0.1 | 2.7% | +/-0.1 | 3.3% | +/-0.1 |
| Retail trade | 11.6% | +/-0.1 | 12.0% | +/-0.2 | 11.4% | +/-0.1 |
| Transportation and warehousing, and utilities | 5.5% | +/-0.1 | 5.1% | +/-0.1 | 5.4% | +/-0.1 |
| Information | 1.8% | +/-0.1 | 1.3% | +/-0.1 | 2.0% | +/-0.1 |
| Finance and insurance, and real estate and rental and leasing | 6.6% | +/-0.1 | 5.0% | +/-0.1 | 7.7% | +/-0.1 |
| Professional, scientific, and management, and administrative and waste management services | 10.8% | +/-0.1 | 9.4% | +/-0.2 | 11.8% | +/-0.1 |
| Educational services, and health care and social assistance | 21.8% | +/-0.1 | 18.5% | +/-0.2 | 22.3% | +/-0.2 |
| Arts, entertainment, and recreation, and accommodation and food services | 8.7% | +/-0.1 | 11.5% | +/-0.2 | 7.0% | +/-0.1 |
| Other services (except public administration) | 5.4% | +/-0.1 | 6.1% | +/-0.1 | 5.0% | +/-0.1 |
| Public administration | 4.6% | +/-0.1 | 3.7% | +/-0.1 | 4.9% | +/-0.1 |
| CLASS OF WORKER | | | | | | |
| Civilian employed population 16 years and over | 11,491,664 | +/-18,613 | 4,005,289 | +/-12,735 | 5,603,584 | +/-11,812 |
| Private wage and salary workers | 78.3% | +/-0.1 | 80.3% | +/-0.3 | 76.9% | +/-0.2 |
| Government workers | 14.7% | +/-0.1 | 12.5% | +/-0.2 | 15.5% | +/-0.2 |
| Self-employed workers in own not incorporated business | 6.8% | +/-0.1 | 7.1% | +/-0.2 | 7.5% | +/-0.1 |
| Unpaid family workers | 0.1% | +/-0.1 | 0.1% | +/-0.1 | 0.2% | +/-0.1 |
| INCOME IN THE PAST 12 MONTHS (IN 2012 INFLATION-ADJUSTED DOLLARS) | | | | | | |

| Subject | Total population | | Texas Hispanic or Latino (of any race) (200-299) | | White alone, not Hispanic or Latino | |
|---|---|---|---|---|---|---|
| | Estimate | Margin of Error | Estimate | Margin of Error | Estimate | Margin of Error |
| Households | 8,852,441 | +/-11,475 | 2,625,503 | +/-9,234 | 4,717,745 | +/-8,689 |
| Median household income (dollars) | 50,776 | +/-162 | 38,600 | +/-311 | 62,426 | +/-256 |
| | | | | | | |
| With earnings | 82.5% | +/-0.1 | 88.0% | +/-0.2 | 79.4% | +/-0.1 |
| Mean earnings (dollars) | 71,142 | +/-263 | 51,449 | +/-351 | 86,004 | +/-413 |
| With Social Security income | 24.3% | +/-0.1 | 17.8% | +/-0.2 | 29.3% | +/-0.1 |
| Mean Social Security income (dollars) | 16,169 | +/-52 | 12,500 | +/-102 | 18,029 | +/-67 |
| With Supplemental Security Income | 4.8% | +/-0.1 | 5.9% | +/-0.1 | 3.4% | +/-0.1 |
| Mean Supplemental Security Income (dollars) | 8,643 | +/-80 | 7,799 | +/-113 | 9,606 | +/-151 |
| With cash public assistance income | 1.9% | +/-0.1 | 2.4% | +/-0.1 | 1.3% | +/-0.1 |
| Mean cash public assistance income (dollars) | 3,506 | +/-88 | 3,297 | +/-158 | 3,880 | +/-157 |
| With retirement income | 13.7% | +/-0.1 | 7.4% | +/-0.1 | 18.0% | +/-0.1 |
| Mean retirement income (dollars) | 22,904 | +/-227 | 17,911 | +/-463 | 24,773 | +/-321 |
| With Food Stamp/SNAP benefits | 13.6% | +/-0.1 | 23.2% | +/-0.2 | 6.6% | +/-0.1 |
| | | | | | | |
| Families | 6,169,161 | +/-13,694 | 2,069,043 | +/-8,994 | 3,103,808 | +/-8,988 |
| Median family income (dollars) | 59,594 | +/-291 | 40,569 | +/-302 | 78,266 | +/-402 |
| Married-couple family | 71.9% | +/-0.2 | 65.1% | +/-0.3 | 80.9% | +/-0.2 |
| Median income (dollars) | 73,425 | +/-303 | 50,151 | +/-404 | 88,041 | +/-510 |
| Male householder, no spouse present, family | 7.3% | +/-0.1 | 9.7% | +/-0.2 | 5.5% | +/-0.1 |
| Median income (dollars) | 41,836 | +/-649 | 36,103 | +/-707 | 53,647 | +/-1,157 |
| Female householder, no husband present, family | 20.7% | +/-0.1 | 25.2% | +/-0.3 | 13.6% | +/-0.2 |
| Median income (dollars) | 29,207 | +/-303 | 23,589 | +/-340 | 39,021 | +/-614 |
| | | | | | | |
| Individuals | 25,644,550 | ***** | 9,741,366 | +/-182 | 11,481,091 | +/-3,310 |
| Per capita income (dollars) | 25,268 | +/-86 | 14,768 | +/-81 | 35,598 | +/-170 |
| | | | | | | |
| With earnings for full-time, year-round workers: | | | | | | |
| Male | 4,911,079 | +/-13,189 | 1,739,267 | +/-9,432 | 2,464,104 | +/-9,585 |
| Female | 3,532,955 | +/-13,731 | 1,093,938 | +/-8,861 | 1,756,959 | +/-9,528 |
| Mean earnings (dollars) for full-time, year-round workers: | | | | | | |
| Male | 62,028 | +/-291 | 40,395 | +/-320 | 78,889 | +/-456 |
| Female | 43,928 | +/-224 | 32,112 | +/-198 | 51,032 | +/-381 |
| Median earnings (dollars) full-time, year-round workers: | | | | | | |
| Male | 44,237 | +/-325 | 30,984 | +/-162 | 57,406 | +/-466 |
| Female | 35,501 | +/-148 | 26,021 | +/-154 | 42,051 | +/-188 |
| | | | | | | |
| HEALTH INSURANCE COVERAGE | | | | | | |
| Civilian noninstitutionalized population | 25,166,829 | +/-2,734 | 9,599,915 | +/-2,435 | 11,275,323 | +/-4,736 |
| With private health insurance | 57.5% | +/-0.1 | 38.0% | +/-0.3 | 74.2% | +/-0.2 |
| With public coverage | 27.6% | +/-0.1 | 30.4% | +/-0.2 | 24.9% | +/-0.1 |
| No health insurance coverage | 23.0% | +/-0.1 | 35.2% | +/-0.3 | 13.6% | +/-0.1 |

| Subject | Total population | | Texas Hispanic or Latino (of any race) (200-299) | | White alone, not Hispanic or Latino | |
|---|---|---|---|---|---|---|
| | Estimate | Margin of Error | Estimate | Margin of Error | Estimate | Margin of Error |
| **POVERTY RATES FOR FAMILIES AND PEOPLE FOR WHOM POVERTY STATUS IS DETERMINED** | | | | | | |
| All families | 14.1% | +/-0.1 | 24.2% | +/-0.3 | 6.1% | +/-0.1 |
| With related children under 18 years | 20.9% | +/-0.2 | 30.7% | +/-0.4 | 9.5% | +/-0.3 |
| With related children under 5 years only | 20.2% | +/-0.5 | 28.6% | +/-1.1 | 11.0% | +/-0.7 |
| Married-couple family | 8.1% | +/-0.1 | 17.3% | +/-0.3 | 3.3% | +/-0.1 |
| With related children under 18 years | 11.9% | +/-0.2 | 21.6% | +/-0.4 | 4.2% | +/-0.2 |
| With related children under 5 years only | 9.5% | +/-0.5 | 17.7% | +/-1.2 | 4.0% | +/-0.5 |
| Female householder, no husband present, family | 33.7% | +/-0.4 | 43.3% | +/-0.5 | 21.1% | +/-0.7 |
| With related children under 18 years | 42.3% | +/-0.5 | 51.7% | +/-0.6 | 28.3% | +/-1.0 |
| With related children under 5 years only | 46.8% | +/-1.2 | 53.5% | +/-2.2 | 37.3% | +/-2.4 |
| | | | | | | |
| All people | 18.1% | +/-0.1 | 26.9% | +/-0.3 | 9.4% | +/-0.1 |
| Under 18 years | 26.0% | +/-0.3 | 35.9% | +/-0.5 | 10.8% | +/-0.4 |
| Related children under 18 years | 25.8% | +/-0.3 | 35.7% | +/-0.5 | 10.5% | +/-0.4 |
| Related children under 5 years | 29.2% | +/-0.4 | 39.3% | +/-0.7 | 12.2% | +/-0.5 |
| Related children 5 to 17 years | 24.4% | +/-0.3 | 34.3% | +/-0.5 | 9.9% | +/-0.4 |
| 18 years and over | 15.1% | +/-0.1 | 22.1% | +/-0.2 | 9.1% | +/-0.1 |
| 18 to 64 years | 15.7% | +/-0.1 | 22.1% | +/-0.3 | 9.7% | +/-0.1 |
| 65 years and over | 11.3% | +/-0.2 | 21.9% | +/-0.5 | 6.7% | +/-0.2 |
| People in families | 16.4% | +/-0.2 | 26.1% | +/-0.3 | 6.5% | +/-0.2 |
| Unrelated individuals 15 years and over | 26.8% | +/-0.3 | 33.4% | +/-0.6 | 21.7% | +/-0.3 |
| | | | | | | |
| **HOUSING TENURE** | | | | | | |
| Occupied housing units | 8,852,441 | +/-11,475 | 2,625,503 | +/-9,234 | 4,717,745 | +/-8,689 |
| Owner-occupied housing units | 63.0% | +/-0.2 | 57.0% | +/-0.3 | 71.1% | +/-0.2 |
| Renter-occupied housing units | 37.0% | +/-0.2 | 43.0% | +/-0.3 | 28.9% | +/-0.2 |
| | | | | | | |
| Average household size of owner-occupied unit | 2.94 | +/-0.01 | 3.72 | +/-0.02 | 2.57 | +/-0.01 |
| Average household size of renter-occupied unit | 2.65 | +/-0.01 | 3.29 | +/-0.02 | 2.20 | +/-0.01 |
| | | | | | | |
| **UNITS IN STRUCTURE** | | | | | | |
| Occupied housing units | 8,852,441 | +/-11,475 | 2,625,503 | +/-9,234 | 4,717,745 | +/-8,689 |
| 1-unit, detached or attached | 70.0% | +/-0.1 | 66.5% | +/-0.3 | 75.0% | +/-0.2 |
| 2 to 4 units | 5.0% | +/-0.1 | 6.2% | +/-0.1 | 3.7% | +/-0.1 |
| 5 or more units | 18.0% | +/-0.1 | 18.8% | +/-0.2 | 13.6% | +/-0.1 |
| Mobile home, boat, RV, van, etc. | 7.1% | +/-0.1 | 8.5% | +/-0.2 | 7.7% | +/-0.1 |
| | | | | | | |
| **YEAR STRUCTURE BUILT** | | | | | | |
| Occupied housing units | 8,852,441 | +/-11,475 | 2,625,503 | +/-9,234 | 4,717,745 | +/-8,689 |
| Built 2010 or later | 1.1% | +/-0.1 | 1.0% | +/-0.1 | 1.2% | +/-0.1 |
| Built 2000 to 2009 | 22.5% | +/-0.1 | 19.6% | +/-0.2 | 22.7% | +/-0.2 |
| Built 1980 to 1999 | 33.4% | +/-0.1 | 30.7% | +/-0.2 | 34.9% | +/-0.2 |

| Subject | Total population | | Texas Hispanic or Latino (of any race) (200-299) | | White alone, not Hispanic or Latino | |
|---|---|---|---|---|---|---|
| | Estimate | Margin of Error | Estimate | Margin of Error | Estimate | Margin of Error |
| Built 1960 to 1979 | 26.8% | +/-0.1 | 28.8% | +/-0.2 | 26.1% | +/-0.2 |
| Built 1940 to 1959 | 12.3% | +/-0.1 | 15.6% | +/-0.2 | 11.1% | +/-0.1 |
| Built 1939 or earlier | 3.9% | +/-0.1 | 4.3% | +/-0.1 | 4.0% | +/-0.1 |
| **VEHICLES AVAILABLE** | | | | | | |
| Occupied housing units | 8,852,441 | +/-11,475 | 2,625,503 | +/-9,234 | 4,717,745 | +/-8,689 |
| None | 6.0% | +/-0.1 | 7.0% | +/-0.2 | 3.9% | +/-0.1 |
| 1 or more | 94.0% | +/-0.1 | 93.0% | +/-0.2 | 96.1% | +/-0.1 |
| **HOUSE HEATING FUEL** | | | | | | |
| Occupied housing units | 8,852,441 | +/-11,475 | 2,625,503 | +/-9,234 | 4,717,745 | +/-8,689 |
| Gas | 41.0% | +/-0.1 | 37.7% | +/-0.3 | 44.5% | +/-0.2 |
| Electricity | 57.8% | +/-0.1 | 61.0% | +/-0.3 | 54.2% | +/-0.2 |
| All other fuels | 0.8% | +/-0.1 | 0.4% | +/-0.1 | 1.1% | +/-0.1 |
| No fuel used | 0.4% | +/-0.1 | 0.8% | +/-0.1 | 0.2% | +/-0.1 |
| **SELECTED CHARACTERISTICS** | | | | | | |
| Occupied housing units | 8,852,441 | +/-11,475 | 2,625,503 | +/-9,234 | 4,717,745 | +/-8,689 |
| No telephone service available | 2.6% | +/-0.1 | 3.1% | +/-0.1 | 2.3% | +/-0.1 |
| 1.01 or more occupants per room | 5.0% | +/-0.1 | 12.2% | +/-0.2 | 1.4% | +/-0.1 |
| **SELECTED MONTHLY OWNER COSTS AS A PERCENTAGE OF HOUSEHOLD INCOME IN THE PAST 12 MONTHS** | | | | | | |
| Housing units with a mortgage (excluding units where SMOC cannot be computed) | 3,423,993 | +/-12,282 | 918,598 | +/-8,119 | 2,012,781 | +/-10,451 |
| Less than 30 percent | 68.9% | +/-0.3 | 61.0% | +/-0.6 | 74.1% | +/-0.3 |
| 30 percent or more | 31.1% | +/-0.3 | 39.0% | +/-0.6 | 25.9% | +/-0.3 |
| **OWNER CHARACTERISTICS** | | | | | | |
| Owner-occupied housing units | 5,578,319 | +/-16,713 | 1,497,631 | +/-9,800 | 3,353,920 | +/-11,102 |
| Median value (dollars) | 128,400 | +/-482 | 93,100 | +/-539 | 151,400 | +/-494 |
| Median selected monthly owner costs with a mortgage (dollars) | 1,424 | +/-4 | 1,199 | +/-6 | 1,527 | +/-5 |
| Median selected monthly owner costs without a mortgage (dollars) | 448 | +/-2 | 373 | +/-3 | 482 | +/-2 |
| **GROSS RENT AS A PERCENTAGE OF HOUSEHOLD INCOME IN THE PAST 12 MONTHS** | | | | | | |
| Occupied units paying rent (excluding units where GRAPI cannot be computed) | 3,017,644 | +/-14,140 | 1,041,428 | +/-10,354 | 1,247,673 | +/-9,647 |
| Less than 30 percent | 50.5% | +/-0.3 | 47.0% | +/-0.5 | 55.9% | +/-0.5 |
| 30 percent or more | 49.5% | +/-0.3 | 53.0% | +/-0.5 | 44.1% | +/-0.5 |
| **GROSS RENT** | | | | | | |
| Occupied units paying rent | 3,087,369 | +/-13,748 | 1,062,882 | +/-9,998 | 1,270,016 | +/-9,842 |
| Median gross rent (dollars) | 834 | +/-2 | 752 | +/-4 | 909 | +/-4 |

04/09/2014

| Subject | Texas Black or African American alone, not Hispanic or Latino | |
|---|---|---|
| | Estimate | Margin of Error |
| **TOTAL NUMBER OF RACES REPORTED** | | |
| Total population | 2,956,974 | +/-6,733 |
| One race | 100.0% | +/-0.1 |
| Two races | (X) | (X) |
| Three races | (X) | (X) |
| Four or more races | (X) | (X) |
| | | |
| **SEX AND AGE** | | |
| Total population | 2,956,974 | +/-6,733 |
| Male | 48.3% | +/-0.1 |
| Female | 51.7% | +/-0.1 |
| | | |
| Under 5 years | 7.4% | +/-0.1 |
| 5 to 17 years | 20.1% | +/-0.1 |
| 18 to 24 years | 11.4% | +/-0.1 |
| 25 to 34 years | 14.8% | +/-0.1 |
| 35 to 44 years | 14.2% | +/-0.1 |
| 45 to 54 years | 14.1% | +/-0.1 |
| 55 to 64 years | 10.0% | +/-0.1 |
| 65 to 74 years | 4.7% | +/-0.1 |
| 75 years and over | 3.2% | +/-0.1 |
| | | |
| Median age (years) | 32.3 | +/-0.2 |
| | | |
| 18 years and over | 72.5% | +/-0.1 |
| 21 years and over | 67.3% | +/-0.1 |
| 62 years and over | 10.2% | +/-0.1 |
| 65 years and over | 7.8% | +/-0.1 |
| | | |
| Under 18 years | 814,353 | +/-4,311 |
| Male | 51.0% | +/-0.2 |
| Female | 49.0% | +/-0.2 |
| | | |
| 18 years and over | 2,142,621 | +/-4,091 |
| Male | 47.2% | +/-0.1 |
| Female | 52.8% | +/-0.1 |
| | | |
| 18 to 34 years | 776,871 | +/-3,048 |
| Male | 49.1% | +/-0.2 |
| Female | 50.9% | +/-0.2 |
| | | |
| 35 to 64 years | 1,134,970 | +/-3,111 |
| Male | 47.4% | +/-0.1 |

04/09/2014

| Subject | Texas Black or African American alone, not Hispanic or Latino | |
| --- | --- | --- |
| | Estimate | Margin of Error |
| Female | 52.6% | +/-0.1 |
| | | |
| 65 years and over | 230,780 | +/-1,196 |
| Male | 39.9% | +/-0.2 |
| Female | 60.1% | +/-0.2 |
| RELATIONSHIP | | |
| Population in households | 2,817,460 | +/-7,171 |
| Householder or spouse | 49.0% | +/-0.3 |
| Child | 34.8% | +/-0.3 |
| Other relatives | 11.3% | +/-0.3 |
| Nonrelatives | 4.9% | +/-0.2 |
| Unmarried partner | 2.0% | +/-0.1 |
| HOUSEHOLDS BY TYPE | | |
| Households | 1,062,050 | +/-5,658 |
| Family households | 63.5% | +/-0.5 |
| With own children under 18 years | 32.5% | +/-0.4 |
| Married-couple family | 30.3% | +/-0.4 |
| With own children under 18 years | 13.7% | +/-0.3 |
| Female householder, no husband present, family | 27.4% | +/-0.4 |
| With own children under 18 years | 16.2% | +/-0.4 |
| Nonfamily households | 36.5% | +/-0.5 |
| Male householder | 16.9% | +/-0.3 |
| Living alone | 14.3% | +/-0.3 |
| Not living alone | 2.6% | +/-0.2 |
| Female householder | 19.7% | +/-0.3 |
| Living alone | 17.8% | +/-0.3 |
| Not living alone | 1.9% | +/-0.1 |
| | | |
| Average household size | 2.66 | +/-0.01 |
| Average family size | 3.43 | +/-0.02 |
| | | |
| MARITAL STATUS | | |
| Population 15 years and over | 2,285,019 | +/-4,781 |
| Now married, except separated | 32.2% | +/-0.4 |
| Widowed | 5.7% | +/-0.1 |
| Divorced | 13.5% | +/-0.3 |
| Separated | 4.6% | +/-0.1 |
| Never married | 44.1% | +/-0.3 |
| Male 15 years and over | 1,084,564 | +/-3,062 |
| Now married, except separated | 35.9% | +/-0.4 |

04/09/2014

| Subject | Texas Black or African American alone, not Hispanic or Latino | |
|---|---|---|
| | Estimate | Margin of Error |
| Widowed | 2.5% | +/-0.1 |
| Divorced | 11.4% | +/-0.3 |
| Separated | 4.0% | +/-0.2 |
| Never married | 46.2% | +/-0.4 |
| | | |
| Female 15 years and over | 1,200,455 | +/-2,897 |
| Now married, except separated | 28.9% | +/-0.4 |
| Widowed | 8.5% | +/-0.2 |
| Divorced | 15.3% | +/-0.4 |
| Separated | 5.1% | +/-0.2 |
| Never married | 42.2% | +/-0.4 |
| | | |
| SCHOOL ENROLLMENT | | |
| Population 3 years and over enrolled in school | 941,619 | +/-7,195 |
| Nursery school, preschool | 5.9% | +/-0.3 |
| Kindergarten | 5.0% | +/-0.2 |
| Elementary school (grades 1-8) | 38.9% | +/-0.4 |
| High school (grades 9-12) | 21.0% | +/-0.3 |
| College or graduate school | 29.2% | +/-0.5 |
| | | |
| Male 3 years and over enrolled in school | 455,898 | +/-5,027 |
| Percent enrolled in kindergarten to grade 12 | 69.7% | +/-0.6 |
| Percent enrolled in college or graduate school | 24.2% | +/-0.6 |
| Female 3 years and over enrolled in school | 485,721 | +/-4,452 |
| Percent enrolled in kindergarten to grade 12 | 60.4% | +/-0.6 |
| Percent enrolled in college or graduate school | 34.0% | +/-0.7 |
| | | |
| EDUCATIONAL ATTAINMENT | | |
| Population 25 years and over | 1,804,548 | +/-3,334 |
| Less than high school diploma | 13.4% | +/-0.3 |
| High school graduate (includes equivalency) | 29.9% | +/-0.4 |
| Some college or associate's degree | 36.3% | +/-0.5 |
| Bachelor's degree | 13.7% | +/-0.3 |
| Graduate or professional degree | 6.6% | +/-0.2 |
| | | |
| High school graduate or higher | 86.6% | +/-0.3 |
| Male, high school graduate or higher | 85.7% | +/-0.4 |
| Female, high school graduate or higher | 87.3% | +/-0.3 |
| Bachelor's degree or higher | 20.3% | +/-0.3 |
| Male, bachelor's degree or higher | 18.2% | +/-0.4 |
| Female, bachelor's degree or higher | 22.1% | +/-0.4 |
| | | |
| FERTILITY | | |

04/09/2014

| Subject | Texas Black or African American alone, not Hispanic or Latino | |
|---|---|---|
| | Estimate | Margin of Error |
| Women 15 to 50 years | 820,414 | +/-3,110 |
| Women 15 to 50 years who had a birth in the past 12 months | 46,101 | +/-2,552 |
| Unmarried women 15 to 50 years who had a birth in the past 12 months | 28,641 | +/-1,986 |
| As a percent of all women with a birth in the past 12 months | 62.1% | +/-2.5 |
| RESPONSIBILITY FOR GRANDCHILDREN UNDER 18 YEARS | | |
| Population 30 years and over | 1,583,480 | +/-3,022 |
| Living with grandchild(ren) | 6.2% | +/-0.2 |
| Responsible for grandchild(ren) | 54.7% | +/-1.8 |
| VETERAN STATUS | | |
| Civilian population 18 years and over | 2,127,166 | +/-4,144 |
| Civilian veteran | 9.7% | +/-0.2 |
| DISABILITY STATUS | | |
| Total civilian noninstitutionalized population | 2,841,746 | +/-7,166 |
| With a disability | 13.7% | +/-0.2 |
| Civilian noninstitutionalized population under 18 years | 811,172 | +/-4,352 |
| With a disability | 4.9% | +/-0.3 |
| Civilian noninstitutionalized population 18 to 64 years | 1,810,578 | +/-4,691 |
| With a disability | 13.5% | +/-0.3 |
| Civilian noninstitutionalized population 65 years and older | 219,996 | +/-1,310 |
| With a disability | 47.9% | +/-1.0 |
| RESIDENCE 1 YEAR AGO | | |
| Population 1 year and over | 2,919,469 | +/-6,936 |
| Same house | 78.2% | +/-0.4 |
| Different house in the U.S. | 21.3% | +/-0.4 |
| Same county | 14.7% | +/-0.4 |
| Different county | 6.6% | +/-0.2 |
| Same state | 4.4% | +/-0.2 |
| Different state | 2.3% | +/-0.1 |
| Abroad | 0.5% | +/-0.1 |
| PLACE OF BIRTH, CITIZENSHIP STATUS AND YEAR OF ENTRY | | |
| Native | 2,800,453 | +/-9,129 |
| Male | 48.1% | +/-0.1 |
| Female | 51.9% | +/-0.1 |

04/09/2014

| Subject | Texas Black or African American alone, not Hispanic or Latino | |
|---|---|---|
| | Estimate | Margin of Error |
| Foreign born | 156,521 | +/-6,493 |
| Male | 51.0% | +/-1.1 |
| Female | 49.0% | +/-1.1 |
| | | |
| Foreign born; naturalized U.S. citizen | 73,241 | +/-3,997 |
| Male | 50.9% | +/-1.7 |
| Female | 49.1% | +/-1.7 |
| | | |
| Foreign born; not a U.S. citizen | 83,280 | +/-4,497 |
| Male | 51.1% | +/-2.0 |
| Female | 48.9% | +/-2.0 |
| | | |
| Population born outside the United States | 156,521 | +/-6,493 |
| Entered 2010 or later | 8.1% | +/-1.2 |
| Entered 2000 to 2009 | 45.9% | +/-2.0 |
| Entered before 2000 | 46.0% | +/-1.9 |
| | | |
| WORLD REGION OF BIRTH OF FOREIGN BORN | | |
| Foreign-born population excluding population born at sea | 156,521 | +/-6,493 |
| Europe | 2.7% | +/-0.5 |
| Asia | 0.9% | +/-0.3 |
| Africa | 76.3% | +/-1.6 |
| Oceania | 0.1% | +/-0.1 |
| Latin America | 19.6% | +/-1.5 |
| Northern America | 0.3% | +/-0.1 |
| | | |
| LANGUAGE SPOKEN AT HOME AND ABILITY TO SPEAK ENGLISH | | |
| Population 5 years and over | 2,738,413 | +/-6,038 |
| English only | 94.2% | +/-0.2 |
| Language other than English | 5.8% | +/-0.2 |
| Speak English less than "very well" | 1.4% | +/-0.1 |
| | | |
| EMPLOYMENT STATUS | | |
| Population 16 years and over | 2,237,694 | +/-4,536 |
| In labor force | 64.2% | +/-0.3 |
| Civilian labor force | 63.5% | +/-0.3 |
| Employed | 54.6% | +/-0.4 |
| Unemployed | 8.9% | +/-0.2 |
| Percent of civilian labor force | 14.1% | +/-0.3 |
| Armed Forces | 0.7% | +/-0.1 |
| Not in labor force | 35.8% | +/-0.3 |
| | | |
| Females 16 years and over | 1,177,585 | +/-2,965 |

04/09/2014

| Subject | Texas Black or African American alone, not Hispanic or Latino | |
|---|---|---|
| | Estimate | Margin of Error |
| In labor force | 64.9% | +/-0.4 |
| Civilian labor force | 64.6% | +/-0.4 |
| Employed | 56.5% | +/-0.5 |
| Unemployed | 8.1% | +/-0.3 |
| Percent of civilian labor force | 12.6% | +/-0.5 |
| | | |
| COMMUTING TO WORK | | |
| Workers 16 years and over | 1,208,704 | +/-8,431 |
| Car, truck, or van - drove alone | 80.0% | +/-0.5 |
| Car, truck, or van - carpooled | 9.6% | +/-0.4 |
| Public transportation (excluding taxicab) | 4.0% | +/-0.2 |
| Walked | 1.8% | +/-0.1 |
| Other means | 1.7% | +/-0.1 |
| Worked at home | 2.8% | +/-0.2 |
| Mean travel time to work (minutes) | 26.3 | +/-0.2 |
| | | |
| OCCUPATION | | |
| Civilian employed population 16 years and over | 1,222,112 | +/-8,125 |
| Management, business, science, and arts occupations | 30.7% | +/-0.5 |
| Service occupations | 22.6% | +/-0.5 |
| Sales and office occupations | 27.1% | +/-0.5 |
| Natural resources, construction, and maintenance occupations | 4.9% | +/-0.2 |
| Production, transportation, and material moving occupations | 14.7% | +/-0.4 |
| | | |
| Male civilian employed population 16 years and over | 557,284 | +/-6,009 |
| Management, business, science, and arts occupations | 24.9% | +/-0.7 |
| Service occupations | 19.4% | +/-0.7 |
| Sales and office occupations | 20.4% | +/-0.6 |
| Natural resources, construction, and maintenance occupations | 10.0% | +/-0.4 |
| Production, transportation, and material moving occupations | 25.3% | +/-0.7 |
| | | |
| Female civilian employed population 16 years and over | 664,828 | +/-5,528 |
| Management, business, science, and arts occupations | 35.7% | +/-0.7 |
| Service occupations | 25.3% | +/-0.6 |
| Sales and office occupations | 32.7% | +/-0.6 |
| Natural resources, construction, and maintenance occupations | 0.5% | +/-0.1 |
| Production, transportation, and material moving occupations | 5.8% | +/-0.4 |
| | | |
| INDUSTRY | | |
| Civilian employed population 16 years and over | 1,222,112 | +/-8,125 |
| Agriculture, forestry, fishing and hunting, and mining | 1.3% | +/-0.1 |
| Construction | 2.6% | +/-0.2 |
| Manufacturing | 8.0% | +/-0.2 |

04/09/2014

| Subject | Texas Black or African American alone, not Hispanic or Latino | |
|---|---|---|
| | Estimate | Margin of Error |
| Wholesale trade | 1.9% | +/-0.1 |
| Retail trade | 11.3% | +/-0.3 |
| Transportation and warehousing, and utilities | 8.4% | +/-0.3 |
| Information | 2.0% | +/-0.2 |
| Finance and insurance, and real estate and rental and leasing | 7.1% | +/-0.3 |
| Professional, scientific, and management, and administrative and waste management services | 9.2% | +/-0.3 |
| Educational services, and health care and social assistance | 29.9% | +/-0.5 |
| Arts, entertainment, and recreation, and accommodation and food services | 7.3% | +/-0.3 |
| Other services (except public administration) | 4.1% | +/-0.2 |
| Public administration | 6.9% | +/-0.3 |
| | | |
| CLASS OF WORKER | | |
| Civilian employed population 16 years and over | 1,222,112 | +/-8,125 |
| Private wage and salary workers | 75.9% | +/-0.5 |
| Government workers | 20.4% | +/-0.5 |
| Self-employed workers in own not incorporated business | 3.6% | +/-0.2 |
| Unpaid family workers | 0.1% | +/-0.1 |
| | | |
| INCOME IN THE PAST 12 MONTHS (IN 2012 INFLATION-ADJUSTED DOLLARS) | | |
| Households | 1,062,050 | +/-5,658 |
| Median household income (dollars) | 37,041 | +/-394 |
| | | |
| With earnings | 80.0% | +/-0.4 |
| Mean earnings (dollars) | 52,476 | +/-467 |
| With Social Security income | 22.0% | +/-0.3 |
| Mean Social Security income (dollars) | 12,937 | +/-140 |
| With Supplemental Security Income | 8.8% | +/-0.2 |
| Mean Supplemental Security Income (dollars) | 8,412 | +/-147 |
| With cash public assistance income | 3.1% | +/-0.1 |
| Mean cash public assistance income (dollars) | 3,105 | +/-232 |
| With retirement income | 13.1% | +/-0.3 |
| Mean retirement income (dollars) | 19,017 | +/-550 |
| With Food Stamp/SNAP benefits | 22.8% | +/-0.4 |
| | | |
| Families | 674,181 | +/-4,729 |
| Median family income (dollars) | 44,487 | +/-595 |
| Married-couple family | 47.8% | +/-0.6 |
| Median income (dollars) | 70,238 | +/-946 |
| Male householder, no spouse present, family | 9.1% | +/-0.4 |
| Median income (dollars) | 34,994 | +/-1,732 |
| Female householder, no husband present, family | 43.1% | +/-0.6 |

04/09/2014

| Subject | Texas Black or African American alone, not Hispanic or Latino | |
| --- | --- | --- |
| | Estimate | Margin of Error |
| Median income (dollars) | 27,466 | +/-579 |
| | | |
| Individuals | 2,956,974 | +/-6,733 |
| Per capita income (dollars) | 19,133 | +/-170 |
| | | |
| With earnings for full-time, year-round workers: | | |
| Male | 430,327 | +/-5,134 |
| Female | 477,294 | +/-5,631 |
| Mean earnings (dollars) for full-time, year-round workers: | | |
| Male | 47,634 | +/-662 |
| Female | 40,761 | +/-583 |
| Median earnings (dollars) full-time, year-round workers: | | |
| Male | 39,545 | +/-738 |
| Female | 33,952 | +/-534 |
| | | |
| HEALTH INSURANCE COVERAGE | | |
| Civilian noninstitutionalized population | 2,841,746 | +/-7,166 |
| With private health insurance | 52.8% | +/-0.5 |
| With public coverage | 33.5% | +/-0.4 |
| No health insurance coverage | 20.6% | +/-0.3 |
| | | |
| POVERTY RATES FOR FAMILIES AND PEOPLE FOR WHOM POVERTY STATUS IS DETERMINED | | |
| All families | 21.0% | +/-0.5 |
| With related children under 18 years | 28.2% | +/-0.8 |
| With related children under 5 years only | 31.1% | +/-1.9 |
| Married-couple family | 7.3% | +/-0.5 |
| With related children under 18 years | 8.8% | +/-0.8 |
| With related children under 5 years only | 8.0% | +/-1.7 |
| Female householder, no husband present, family | 35.7% | +/-0.9 |
| With related children under 18 years | 43.2% | +/-1.3 |
| With related children under 5 years only | 48.2% | +/-3.0 |
| | | |
| All people | 24.7% | +/-0.4 |
| Under 18 years | 33.9% | +/-0.9 |
| Related children under 18 years | 33.7% | +/-0.9 |
| Related children under 5 years | 38.9% | +/-1.4 |
| Related children 5 to 17 years | 31.8% | +/-0.9 |
| 18 years and over | 21.0% | +/-0.4 |
| 18 to 64 years | 21.1% | +/-0.4 |
| 65 years and over | 20.4% | +/-0.9 |
| People in families | 22.6% | +/-0.5 |
| Unrelated individuals 15 years and over | 33.4% | +/-0.7 |

04/09/2014

| Subject | Texas Black or African American alone, not Hispanic or Latino | |
|---|---|---|
| | Estimate | Margin of Error |
| **HOUSING TENURE** | | |
| Occupied housing units | 1,062,050 | +/-5,658 |
| Owner-occupied housing units | 43.9% | +/-0.4 |
| Renter-occupied housing units | 56.1% | +/-0.4 |
| | | |
| Average household size of owner-occupied unit | 2.85 | +/-0.02 |
| Average household size of renter-occupied unit | 2.52 | +/-0.02 |
| | | |
| **UNITS IN STRUCTURE** | | |
| Occupied housing units | 1,062,050 | +/-5,658 |
| 1-unit, detached or attached | 58.7% | +/-0.5 |
| 2 to 4 units | 7.6% | +/-0.3 |
| 5 or more units | 30.9% | +/-0.4 |
| Mobile home, boat, RV, van, etc. | 2.8% | +/-0.2 |
| | | |
| **YEAR STRUCTURE BUILT** | | |
| Occupied housing units | 1,062,050 | +/-5,658 |
| Built 2010 or later | 1.1% | +/-0.1 |
| Built 2000 to 2009 | 24.5% | +/-0.5 |
| Built 1980 to 1999 | 30.8% | +/-0.3 |
| Built 1960 to 1979 | 28.3% | +/-0.4 |
| Built 1940 to 1959 | 12.3% | +/-0.3 |
| Built 1939 or earlier | 3.0% | +/-0.1 |
| | | |
| **VEHICLES AVAILABLE** | | |
| Occupied housing units | 1,062,050 | +/-5,658 |
| None | 12.9% | +/-0.3 |
| 1 or more | 87.1% | +/-0.3 |
| | | |
| **HOUSE HEATING FUEL** | | |
| Occupied housing units | 1,062,050 | +/-5,658 |
| Gas | 32.5% | +/-0.4 |
| Electricity | 66.8% | +/-0.4 |
| All other fuels | 0.4% | +/-0.1 |
| No fuel used | 0.3% | +/-0.1 |
| | | |
| **SELECTED CHARACTERISTICS** | | |
| Occupied housing units | 1,062,050 | +/-5,658 |
| No telephone service available | 3.0% | +/-0.2 |
| 1.01 or more occupants per room | 3.6% | +/-0.2 |

| Subject | Texas Black or African American alone, not Hispanic or Latino | |
|---|---|---|
| | Estimate | Margin of Error |
| SELECTED MONTHLY OWNER COSTS AS A PERCENTAGE OF HOUSEHOLD INCOME IN THE PAST 12 MONTHS | | |
| Housing units with a mortgage (excluding units where SMOC cannot be computed) | 313,986 | +/-4,219 |
| Less than 30 percent | 60.6% | +/-0.9 |
| 30 percent or more | 39.4% | +/-0.9 |
| | | |
| OWNER CHARACTERISTICS | | |
| Owner-occupied housing units | 465,949 | +/-4,263 |
| Median value (dollars) | 105,300 | +/-1,222 |
| Median selected monthly owner costs with a mortgage (dollars) | 1,397 | +/-12 |
| Median selected monthly owner costs without a mortgage (dollars) | 386 | +/-6 |
| | | |
| GROSS RENT AS A PERCENTAGE OF HOUSEHOLD INCOME IN THE PAST 12 MONTHS | | |
| Occupied units paying rent (excluding units where GRAPI cannot be computed) | 558,476 | +/-5,792 |
| Less than 30 percent | 43.1% | +/-0.8 |
| 30 percent or more | 56.9% | +/-0.8 |
| | | |
| GROSS RENT | | |
| Occupied units paying rent | 575,954 | +/-5,711 |
| Median gross rent (dollars) | 821 | +/-5 |

Data are based on a sample and are subject to sampling variability. The degree of uncertainty for an estimate arising from sampling variability is represented through the use of a margin of error. The value shown here is the 90 percent margin of error. The margin of error can be interpreted roughly as providing a 90 percent probability that the interval defined by the estimate minus the margin of error and the estimate plus the margin of error (the lower and upper confidence bounds) contains the true value. In addition to sampling variability, the ACS estimates are subject to nonsampling error (for a discussion of nonsampling variability, see Accuracy of the Data). The effect of nonsampling error is not represented in these tables.

Fertility data are not available for certain geographic areas due to problems with data collection. See Errata Note #92 for details.

The Census Bureau introduced a new set of disability questions in the 2008 ACS questionnaire. Accordingly, comparisons of disability data from 2008 or later with data from prior years are not recommended. For more information on these questions and their evaluation in the 2006 ACS Content Test, see the Evaluation Report Covering Disability.

There were changes in the edit between 2009 and 2010 regarding Supplemental Security Income (SSI) and Social Security. The changes in the edit loosened restrictions on disability requirements for receipt of SSI resulting in an increase in the total number of SSI recipients in the American Community Survey. The changes also loosened restrictions on possible reported monthly amounts in Social Security income resulting in higher Social Security aggregate amounts. These results more closely match administrative counts compiled by the Social Security Administration.

Industry codes are 4-digit codes and are based on the North American Industry Classification System 2007. The Industry categories adhere to the guidelines issued in Clarification Memorandum No. 2, "NAICS Alternate Aggregation Structure for Use By U.S. Statistical Agencies," issued by the Office of Management and Budget.

Telephone service data are not available for certain geographic areas due to problems with data collection. See Errata Note #93 for details.

04/09/2014

While the 2010-2012 American Community Survey (ACS) data generally reflect the December 2009 Office of Management and Budget (OMB) definitions of metropolitan and micropolitan statistical areas; in certain instances the names, codes, and boundaries of the principal cities shown in ACS tables may differ from the OMB definitions due to differences in the effective dates of the geographic entities.

Estimates of urban and rural population, housing units, and characteristics reflect boundaries of urban areas defined based on Census 2000 data. Boundaries for urban areas have not been updated since Census 2000. As a result, data for urban and rural areas from the ACS do not necessarily reflect the results of ongoing urbanization.

Source: U.S. Census Bureau, 2010-2012 American Community Survey

Explanation of Symbols:

1. An '***' entry in the margin of error column indicates that either no sample observations or too few sample observations were available to compute a standard error and thus the margin of error. A statistical test is not appropriate.
2. An '-' entry in the estimate column indicates that either no sample observations or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in the lowest interval or upper interval of an open-ended distribution.
3. An '-' following a median estimate means the median falls in the lowest interval of an open-ended distribution.
4. An '+' following a median estimate means the median falls in the upper interval of an open-ended distribution.
5. An '**' entry in the margin of error column indicates that the median falls in the lowest interval or upper interval of an open-ended distribution. A statistical test is not appropriate.
6. An '*****' entry in the margin of error column indicates that the estimate is controlled. A statistical test for sampling variability is not appropriate.
7. An 'N' entry in the estimate and margin of error columns indicates that data for this geographic area cannot be displayed because the number of sample cases is too small.
8. An '(X)' means that the estimate is not applicable or not available.