EXHIBIT 2

Colby Beuck                                                              May 14, 2012

                                                                                  1
```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

STATE OF TEXAS,                 )
                                )
         Plaintiff,             )
                                )
VS.                             )
                                )
ERIC H. HOLDER, JR. in his      )
official capacity as Attorney   )
General of the United States,   )
                                )
         Defendant,             )
                                )
ERIC KENNIE, et al,             )
                                )
   Defendant-Intervenors,       )
                                )
TEXAS STATE CONFERENCE OF       )   CASE NO. 1:12-CV-00128
NAACP BRANCHES,                 )   (RMC-DST-RLW)
                                )   Three-Judge Court
   Defendant-Intervenors,       )
                                )
TEXAS LEAGUE OF YOUNG VOTERS    )
EDUCATION FUND, et al,          )
                                )
   Defendant-Intervenors,       )
                                )
TEXAS LEGISLATIVE BALCK         )
CAUCUS, et al,                  )
                                )
   Defendant-Intervenors,       )
                                )
VICTORIA RODRIGUEZ, et al.,     )
                                )
   Defendant-Intervenors.       )
```

          ***********************************************
                         ORAL DEPOSITION OF
                            COLBY BEUCK
                           MAY 14, 2012
          ***********************************************



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Colby Beuck                                                     May 14, 2012

                                                                          2

1        ORAL DEPOSITION OF COLBY BEUCK, produced as a
2    witness at the instance of the Defendant, was duly
3    sworn, was taken in the above-styled and numbered cause
4    on the MAY 14, 2012, from 9:50 a.m. to 6:08 p.m., before
5    Chris Carpenter, CSR, in and for the State of Texas,
6    reported by machine shorthand, at the offices of The
7    United States Attorney, 816 Congress Avenue, Suite 1000,
8    Austin, Texas 78701, pursuant to the Federal Rules of
9    Civil Procedure and the provisions stated on the record
10   or attached hereto.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Colby Beuck                                                         May 14, 2012

                                                                               3
1                        A P P E A R A N C E S
2    FOR THE PLAINTIFF, STATE OF TEXAS:
3         Patrick K. Sweeten
          Matthew Frederick
4         Jonathan F. Mitchell
          OFFICE OF THE ATTORNEY GENERAL OF TEXAS
5         P.O. Box 12548
          Austin, TX  78711-2548
6
          209 West 8th Street
7         8th Floor
          Austin, TX  78701
8
          (512) 936-1307
9         patrick.sweeten@aog.state.tx.us
10   FOR THE DEFENDANT, HOLDER, ET AL:
11        Elizabeth S. Westfall
          Daniel Freeman
12        Risa Berkower
          Jennifer Maranzano
13        Bruce Gear
          U.S. DEPARTMENT OF JUSTICE
14        950 Pennsylvania Avenue, NW
          NWB - Room 7202
15        Washington, DC  20530
          (202) 305-7766
16        elizabeth.westfall@usdoj.gov
17   FOR THE DEFENDANT-INTERVENOR TEXAS STATE CONFERENCE OF
     NAACP BRANCHES AND THE MEXICAN AMERICAN LEGISLATIVE
18   CAUCUS:
19        Ezra D. Rosenberg
          DECHERT, LLP
20        Suite 500
          902 Carnegie Center
21        Princeton, NJ  08540-6531
          (609) 955-3200
22        ezra.rosenberg@dechert.com
23
24
25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Colby Beuck May 14, 2012

4

1 FOR THE KENNIE INTERVENORS:
2     Chad W. Dunn
    BRAZIL & DUNN, LLP
3     4201 Cypress Creek Parkway
    Suite 530
4     Houston, TX  77068
    (281) 580-6310
5     chad@brazilanddunn.com
6 FOR THE RODRIGUEZ INTERVENORS:
7     Amy Pederson (by telephone)



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
 1       A.   Yes.
 2       Q.   Do you e-mail her on a work e-mail, or her
 3   personal e-mail, or all the above?
 4       A.   All of the above.
 5       Q.   What do you generally -- what e-mail do you
 6   generally use with Representative Harless?
 7       A.   It depends.  Typically, it is her -- her -- a
 8   personal account.
 9       Q.   Under Texas FOIA, public information law, are
10   citizens able to obtain e-mails through the government
11   account?
12       A.   I'm not an expert --
13       Q.   To the extent you know.
14       A.   -- on the public information law, so I can't --
15   I know state e-mails are subject to the open records
16   law.
17       Q.   Do you know whether legislators sometimes use
18   personal e-mail to avoid FOIA?
19            MR. SWEETEN:  Objection, calls for
20   speculation.
21       Q.   (By Ms. Westfall)  You may answer.
22       A.   I can't speak to that.  I don't know.  I can't
23   speak for other legislators.
24       Q.   Do you know whether Representative Harless has
25   a Gmail account?
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com