Janice McCoy                                        May 16, 2012

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STATE OF TEXAS,                    )
                                   )
          Plaintiff,               )
                                   )
VS.                                )
                                   )
ERIC H. HOLDER, JR. in his         )
official capacity as Attorney      )
General of the United States,      )
                                   )
          Defendant,               )
                                   )
ERIC KENNIE, et al,                )
                                   )
     Defendant-Intervenors,        )
                                   )
TEXAS STATE CONFERENCE OF          )  CASE NO. 1:12-CV-00128
NAACP BRANCHES,                    )  (RMC-DST-RLW)
                                   )  Three-Judge Court
     Defendant-Intervenors,        )
                                   )
TEXAS LEAGUE OF YOUNG VOTERS       )
EDUCATION FUND, et al,             )
                                   )
     Defendant-Intervenors,        )
                                   )
TEXAS LEGISLATIVE BLACK            )
CAUCUS, et al,                     )
                                   )
     Defendant-Intervenors,        )
                                   )
VICTORIA RODRIGUEZ, et al.,        )
                                   )
     Defendant-Intervenors.        )


     ************************************************

               ORAL DEPOSITION OF

                 JANICE McCOY

                 MAY 16, 2012

     ************************************************



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Janice McCoy                                          May 16, 2012

2

1      ORAL DEPOSITION OF JANICE McCOY, produced as a

2  witness at the instance of the Defendant, was duly

3  sworn, was taken in the above-styled and numbered cause

4  on the MAY 16, 2012, from 9:39 a.m. to 6:24 p.m., before

5  Chris Carpenter, CSR, in and for the State of Texas,

6  reported by machine shorthand, at the offices of The

7  United States Attorney's Office, 816 Congress Avenue,

8  Suite 1000, Austin, Texas 78701, pursuant to the Federal

9  Rules of Civil Procedure and the provisions stated on

10  the record or attached hereto.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Janice McCoy                                          May 16, 2012

3

```
 1
 2
 3                    A P P E A R A N C E S
 4     FOR THE PLAINTIFF, STATE OF TEXAS:
 5          Matthew Frederick
            Patrick K. Sweeten
 6          OFFICE OF THE ATTORNEY GENERAL OF TEXAS
            P.O. Box 12548
 7          Austin, TX  78711-2548
 8          209 West 14th Street
            8th Floor
 9          Austin, TX  78701
            (512) 936-1307
10          matthew.frederick@texasattorneygeneral.gov
11
12     FOR THE DEFENDANT, HOLDER, ET AL:
13          Jennifer Maranzano
            Elizabeth S. Westfall
14          U.S. DEPARTMENT OF JUSTICE
            950 Pennsylvania Avenue, NW
15          NWB - Room 7202
            Washington, DC  20530
16          (202) 305-7766
            jennifer.maranzano@usdoj.gov
17          elizabeth.westfall@usdoj.gov
18     FOR THE DEFENDANT-INTERVENOR TEXAS STATE CONFERENCE OF
       NAACP BRANCHES AND THE MEXICAN AMERICAN LEGISLATIVE
19     CAUCUS:
20          Ezra D. Rosenberg
            DECHERT, LLP
21          Suite 500
            902 Carnegie Center
22          Princeton, NJ  08540-6531
            (609) 955-3200
23          ezra.rosenberg@dechert.com
24
25
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Janice McCoy                                      May 16, 2012

4

1    FOR THE KENNIE INTERVENORS:

2            Chad W. Dunn
             BRAZIL & DUNN, LLP
3            4201 Cypress Creek Parkway
             Suite 530
4            Houston, TX  77068
             (281) 580-6310
5            chad@brazilanddunn.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Janice McCoy                                    May 16, 2012

34

1    your phone now, is that because they weren't archived in

2    some manner or --

3         A.   Right.  I delete them.

4         Q.   Okay.  So other than the phone during the

5    interim, do you communicate with the Senator in any

6    other ways?

7         A.   I will, if I'm writing a speech or if he needs

8    some information, I fax things to his home.  But other

9    than that, I do not communicate with him in any other

10   way.

11        Q.   When you're in the legislative session --

12        A.   Yes, ma'am.

13        Q.   -- how often do you communicate with the

14   Senator?

15        A.   Every day.

16        Q.   And how do you usually communicate with him?

17        A.   Verbally.

18        Q.   Do you and the Senator ever exchange e-mails?

19        A.   I have sent him e-mail.  He does not respond.

20        Q.   Do you send e-mail to his personal account or

21   to a government account?

22        A.   Personal.

23        Q.   During the time that you worked for Senator

24   Fraser, how many election-related bills has the Senator

25   authored?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com