# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NANDITA BERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants | Civil Action No. 2:13-cv-348 (NGR) |

## [Proposed] ORDER

Having reviewed Texas Legislators' Motion to Quash (ECF No. 251) and the United States' and Private Plaintiffs and Plaintiff-Intervenors' Opposition thereto (ECF Nos. 254, ___), the Legislators' motion is **DENIED**. Within seven days of the entry of this order, the Legislators shall produce all documents responsive to the United States' subpoenas, unless subject to an additional valid claims of privilege. Any document over which the Legislators assert a state legislative privilege shall be shall be produced under seal per the procedures set out in this Court's Order of April 3, 2014 (ECF No. 226).

**SO ORDERED.**

Date: _____

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE