# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| BELINDA ORTIZ, LENARD TAYLOR, EULALIO MENDEZ JR., LIONEL ESTRADA, ESTELA GARCIA ESPINOSA, ROXSANNE HERNANDEZ, LYDIA LARA, MARGARITO MARTINEZ LARA, MAXIMINA MARTINEZ LARA, and *LA UNION DEL PUEBLO ENTERO, INC.*, Plaintiffs, § § § § § § § § § § | Civil Action No. 2:13-CV-193 [Lead Case] |
| v. | Civil Action No. 2:13-CV-348 [Consolidated Case] |
| STATE OF TEXAS; JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety, Defendants. | |

## UNOPPOSED MOTION TO DISMISS
## PLAINTIFF ROXSANNE HERNANDEZ

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, Plaintiffs Belinda Ortiz, et al., move for the withdrawal of Plaintiff Roxsanne Hernandez from the above styled and numbered cause with prejudice. Counsel for Defendants have advised that they do not oppose this motion. All other parties among Plaintiffs Belinda Ortiz, et al., remain in this litigation.

Plaintiffs Belinda Ortiz, et al., respectfully request that this Court enter an order voluntarily withdrawing Roxsanne Hernandez, with prejudice, from this litigation.

Dated: April 30, 2014                          Respectfully submitted,

/s/ JOSE GARZA
Jose Garza
Texas Bar No. 07731950
S. Dist. No. 1959
1111 N. Main Ave.
San Antonio, Texas 78212
Telephone 210-212-3701
Fax 210-212-3772
jgarza@trla.org

Marinda van Dalen
Texas Bar No. 00789698
S. Dist. No. 17577
531 East St. Francis St.
Brownsville, Texas 78529
Telephone 956-982-5540
Fax 956-541-1410
mvandalen@trla.org

Robert W. Doggett
Texas Bar No. 05945650
4920 N. IH-35
Austin, Texas 78751
Telephone 512-374-2725
RDoggett@trla.org

## CERTIFICATE OF SERVICE

      I hereby certify that on the date stated by my signature, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to all counsel of record who have registered with this Court's ECF system.

      <u>/s/ JOSE GARZA</u>
      Jose Garza