# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BELINDA ORTIZ, LENARD TAYLOR, EULALIO MENDEZ JR., LIONEL ESTRADA, ESTELA GARCIA ESPINOSA, ROXSANNE HERNANDEZ, LYDIA LARA, MARGARITO MARTINEZ LARA, MAXIMINA MARTINEZ LARA, and *LA UNION DEL PUEBLO ENTERO, INC.*,<br>      Plaintiffs,<br><br>v.<br><br>STATE OF TEXAS; JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br>      Defendants. | § § § § § § § § § § § § § § § § § § § | Civil Action No. 2:13-CV-193<br>[Lead Case]<br><br>Civil Action No. 2:13-CV-348<br> [Consolidated Case] |

## ORDER

Plaintiffs Belinda Ortiz, et al., have filed an Unopposed Motion to Dismiss Plaintiff Roxsanne Hernandez from this cause with prejudice. Having reviewed this Motion, the Court is of the opinion that the Motion should and is hereby GRANTED.

SO ORDERED, SIGNED AND ENTERED this ____ day of _____ 2014.

_____
NELVA GONZALES RAMOS
United States District Judge