| AO 435 (Rev. 04/11) <br> *Please Read Instructions:* | Administrative Office of the United States Courts <br> **TRANSCRIPT ORDER** | | FOR COURT USE ONLY <br> DUE DATE: | |
|---|---|---|---|---|
| 1. NAME <br> Elizabeth Westfall | 2. PHONE NUMBER <br> (202) 305-7766 | | 3. DATE <br> 5/1/2014 | |
| 4. MAILING ADDRESS <br> DOJ, Civil Rights Division, Voting Section 1800 G St. NW | 5. CITY <br> Washington | | 6. STATE <br> DC | 7. ZIP CODE <br> 20006 |
| 8. CASE NUMBER <br> 2:13CV193 (NGR) | 9. JUDGE <br> Nelva Gonzales Ramos | DATES OF PROCEEDINGS | | |
| | | 10. FROM 5/1/2014 | 11. TO | |
| 12. CASE NAME <br> Marc Veasey, et al. v. Rick Perry, et al. | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY Corpus Christi | 14. STATE Texas | |
| 15. ORDER FOR <br> ☐ APPEAL        ☐ CRIMINAL        ☐ CRIMINAL JUSTICE ACT        ☐ BANKRUPTCY <br> ☐ NON-APPEAL  ☒ CIVIL           ☐ IN FORMA PAUPERIS              ☐ OTHER | | | | |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Hearing | 5/1/2014 |
| ☐ BAIL HEARING | | | |

Clerk, U.S. District Court
Southern District of Texas
FILED
MAY 01 2014
David J. Bradley, Clerk of Court

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☒ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (18. & 19.) <br> By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE <br> Elizabeth Westfall | PROCESSED BY | |
| 19. DATE <br> 5/1/2014 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY