# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BELINDA ORTIZ, et al., | § | |
| | § | Civil Action No. 2:13-CV-193 |
| Plaintiffs, | § | [Lead Case] |
| | § | |
| v. | § | Civil Action No. 2:13-CV-348 |
| | § | [Consolidated Case] |
| STATE OF TEXAS, et al., | § | |
| | § | |
| Defendants. | § | |

## <u>NOTICE OF APPEARANCE</u>

Plaintiffs Belinda Ortiz, et al., by and through Texas RioGrande Legal Aid, Inc., submit this Notice of Attorney Appearance as Co-Counsel. Plaintiffs are represented by Texas RioGrande Legal Aid, Inc. Kathryn Newell has been assigned as co-counsel with the other attorneys of record for Plaintiffs.

Date: May 2, 2014

Respectfully submitted,

/s/ Marinda van Dalen
Jose Garza
Texas Bar No. 07731950
S. Dist. No. 1959
1111 N. Main Ave.
San Antonio, Texas 78212
Telephone 210-212-3701
Fax 210-212-3772
jgarza@trla.org

1

Marinda van Dalen
Texas Bar No. 00789698
S. Dist. No. 17577
531 East St. Francis St.
Brownsville, Texas 78529
Telephone 956-982-5540
Fax 956-541-1410
mvandalen@trla.org

Robert W. Doggett
Texas Bar No. 05945650
4920 N. IH-35
Austin, Texas 78751
Telephone 512-374-2725
RDoggett@trla.org

Kathryn Newell
Texas Bar No. 24060330
S. Dist. No. 2258609
1111 N. Main Ave.
San Antonio, Texas 78212
Telephone 210-212-3711
Fax 210-212-3772
knewell@trla.org

Priscilla Noriega
Texas Bar No. 24074821
S. Dist. No. 1134642
531 East Saint Francis St.
Brownsville, TX 78521
Ph. (956) 982-5545
Fax (956) 541-1410
pnoriega@trla.org

Attorneys for "Ortiz Plaintiffs"
(BELINDA ORTIZ, LENARD TAYLOR,
EULALIO MENDEZ JR., LIONEL
ESTRADA, ESTELA GARCIA
ESPINOSA, LYDIA LARA, MARGARITO
MARTINEZ LARA, MAXIMINA
MARTINEZ LARA, and *LA UNION DEL
PUEBLO ENTERO, INC.*)

## CERTIFICATE OF SERVICE

I hereby certify that on the date stated by my signature, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to all counsel of record who have registered with this Court's ECF system.

/s/ Marinda van Dalen
Marinda van Dalen