# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BELINDA ORTIZ, LENARD TAYLOR, EULALIO MENDEZ JR., LIONEL ESTRADA, ESTELA GARCIA ESPINOSA, ROXSANNE HERNANDEZ, LYDIA LARA, MARGARITO MARTINEZ LARA, MAXIMINA MARTINEZ LARA, and *LA UNION DEL PUEBLO ENTERO, INC.*, <br> Plaintiffs, <br><br> v. <br><br> STATE OF TEXAS; JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety, <br> Defendants. | § § § § § § § § § § § § § § § § § § § | Civil Action No. 2:13-CV-193 <br> [Lead Case] <br><br> Civil Action No. 2:13-CV-348 <br> [Consolidated Case] |

## UNOPPOSED MOTION TO WITHDRAW PETER MCGRAW

Plaintiffs Belinda Ortiz, et al., move to withdraw Peter McGraw as their attorney in this matter, and state as follows:

1. Peter McGraw is one of six attorneys for the Ortiz Plaintiffs. Lead attorney Jose Garza, attorney of record Marinda van Dalen, attorney of record Robert Doggett, attorney of record Kathryn Newell, and attorney of record Priscilla Noriega will remain as attorneys for Plaintiffs in this matter.

2. Withdrawal of Peter McGraw as attorney of record for Plaintiffs will not cause undue delay and will not have a material adverse effect on Plaintiffs' interests.

3. Counsel for Defendants consent to this motion.

WHEREFORE, Plaintiffs respectfully request leave to allow Peter McGraw to withdraw as counsel in this matter.

Date: May 6, 2014

Respectfully submitted,

/s/Robert W. Doggett
Jose Garza
Texas Bar No. 07731950
S. Dist. No. 1959
1111 N. Main Ave.
San Antonio, Texas 78212
Telephone 210-212-3701
Fax 210-212-3772
jgarza@trla.org

Marinda van Dalen
Texas Bar No. 00789698
S. Dist. No. 17577
531 East St. Francis St.
Brownsville, Texas 78529
Telephone 956-982-5540
Fax 956-541-1410
mvandalen@trla.org

Robert W. Doggett
Texas Bar No. 05945650
S. Dist. No. 36389
4920 N. IH-35
Austin, Texas 78751
Telephone 512-374-2725

Fax 512-447-3940
RDoggett@trla.org

Kathryn Newell
Texas Bar No. 24060330
S. Dist. No. 2258609
1111 N. Main Ave.
San Antonio, Texas 78212
Telephone 210-212-3711
Fax 210-212-3772
knewell@trla.org

Priscilla Noriega
Texas Bar No. 24074821
S. Dist. No. 1134642
531 East Saint Francis St.
Brownsville, TX 78521
Ph. (956) 982-5545
Fax (956) 541-1410
pnoriega@trla.org

Attorneys for "Ortiz Plaintiffs" (BELINDA ORTIZ, LENARD TAYLOR, EULALIO MENDEZ JR., LIONEL ESTRADA, ESTELA GARCIA ESPINOSA, LYDIA LARA, MARGARITO MARTINEZ LARA, MAXIMINA MARTINEZ LARA, and *LA UNION DEL PUEBLO ENTERO, INC.*)

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to all counsel of record who have registered with this Court's ECF system.

/s/ Robert W. Doggett