UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| BELINDA ORTIZ, LENARD TAYLOR, EULALIO MENDEZ JR., LIONEL ESTRADA, ESTELA GARCIA ESPINOSA, ROXSANNE HERNANDEZ, LYDIA LARA, MARGARITO MARTINEZ LARA, MAXIMINA MARTINEZ LARA, and *LA UNION DEL PUEBLO ENTERO, INC.*, Plaintiffs, v. STATE OF TEXAS; JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety, Defendants. | Civil Action No. 2:13-CV-193 [Lead Case]  Civil Action No. 2:13-CV-348 [Consolidated Case] |

**ORDER GRANTING LEAVE TO WITHDRAW FOR PETER MCGRAW**

On this date the Court considered the Unopposed Motion to Withdraw Peter McGraw as counsel of record for Plaintiffs Belinda Ortiz, et al., in the above captioned case. Having considered the motion, the Court is of the opinion that the motion should be granted. It is,therefore, ORDERED that Peter McGraw is withdrawn as counsel of record for Plaintiffs. SIGNED this the 6th day of May, 2014.

UNITED STATES DISTRICT JUDGE