# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>RICK PERRY, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*,<br><br>    Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*,<br><br>    Plaintiff-Intervenors,<br><br>    v.<br><br>STATE OF TEXAS, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

1

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-291 (NGR) |
| NANDITA BERRY, *et al.*, | |
| Defendants. | |
| BELINDA ORTIZ, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-348 (NGR) |
| STATE OF TEXAS, *et al.*, | |
| Defendants | |

**PLAINTIFFS' AND PLAINTIFF-INTERVENORS' NOTICE OF RULE 30(B)(6) DEPOSITION OF THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION AND REQUEST FOR DOCUMENTS RELIED UPON BY 30(b)(6) DESIGNEES**

Pursuant to Federal Rules of Civil Procedure 26 and 30(b)(6), Plaintiffs and Plaintiff-Intervenors give notice that they will take the deposition by oral examination of the Texas Health and Human Services Commission ("the Commission"), testifying through one or more individuals designated by the Commission to testify on its behalf, concerning the matters for examination listed on Exhibit A to this Notice on a mutually agreed upon date, not to occur before April 28, 2014, at the Office of the United States Attorney for the Western District of Texas, 816 Congress Avenue, Suite 1000, Austin, Texas, 78701.

The Commission shall identify the specific subject matters (listed on Exhibit A to this Notice) upon which each designated individual will testify. The person or persons designated as deponents shall be prepared to testify as to matters within their knowledge and as to matters known by or reasonably available to the Commission. This notice serves to inform the Commission that it has a duty to make such designation.

Plaintiffs and Plaintiff-Intervenors further request that the Commission produce, by three days prior to the date of the deposition, any and all documents that the Commission's designee or designees relied on to prepare for testimony as to matters within their knowledge and as to matters known by or reasonably available to the Commission. For the purpose of this Rule 30(b)(6) deposition, "document" is defined to be synonymous in meaning and scope as the term "document" is used under Federal Rule of Civil Procedure 34 and the phrase "writings and recordings" is defined in Federal Rule of Evidence 1001, and includes any printed or handwritten material and any form or medium of electronically stored information, as well as all non-identical copies or drafts thereof and all copies bearing any notation or mark not found on the original.

This deposition will be recorded by stenographic means, conducted before an individual authorized to administer oaths, and used for any purpose permitted under the Federal Rules of Civil Procedure or court order, including as record evidence in any future proceedings.

Date: April 17, 2014

**For the United States of America**:

| | |
|---|---|
| KENNETH MAGIDSON<br>United States Attorney<br>Southern District of Texas | JOCELYN SAMUELS<br>Acting Assistant Attorney General<br>Civil Rights Division |
| JOHN A. SMITH III<br>Assistant United States Attorney<br>800 N. Shoreline, Suite 500<br>Corpus Christi, Texas 78401<br>(361) 903-7926 | */s/ Daniel J. Freeman*<br>T. CHRISTIAN HERREN, JR.<br>MEREDITH BELL-PLATTS<br>ELIZABETH S. WESTFALL<br>BRUCE I. GEAR<br>JENNIFER L. MARANZANO<br>ANNA M. BALDWIN<br>DANIEL J. FREEMAN<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>Room 7254 NWB<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530 |

# EXHIBIT A

## TO NOTICE OF RULE 30(b)(6) DEPOSITION OF THE
## TEXAS HEALTH AND HUMAN SERVICES COMMISSION

### Topics for Examination

1. The processes—including all attendant costs—for a voter to obtain any form of primary, secondary, or other acceptable supporting identification that may be used to obtain an election identification certificate (EIC) under Section 521A.001 of the Texas Transportation Code and Section 15.182 of Title 37 of the Texas Administrative Code, including but not limited to an original or certified copy of a birth certificate.

2. All efforts undertaken, including materials designed and distributed, to educate the public about the availability and costs of primary, secondary, or other acceptable supporting identification that may be used to obtain an EIC, including the availability of discounted certified copies of birth certificates.

3. The rule amendment that waives fees charged under Section 181.22 of Title 25 of the Texas Administrative Code to an individual seeking to secure a certified copy of a birth record in order to obtain an EIC. *See* 38 Tex. Reg. 7307 (Oct. 18, 2013). The designee for this topic should be qualified to discuss all comments on the proposed rule, implementation of the rule, communications with local registrars and county clerks about the rule, and all instances in which waivers of fees have been requested, including whether the fee waiver was denied or granted, from the rule's effective date of October 21, 2013 to the present.

4. The processes and all requirements for obtaining an Election Identification Birth Certificate, including the application for an Election Identification Birth Certificate, VS-141.

5. Limitations on use of a Election Identification Birth Certificate, including designations on the birth certificate itself and training of state, county, and local officials regarding a birth certificate so designated.

**Certificate of Service**

      I hereby certify that on April 17, 2014, I served a true and correct copy of the foregoing via electronic mail on counsel of record in this case.

                                            */s/ Daniel J. Freeman*
                                            Daniel J. Freeman
                                            U.S. Department of Justice
                                            950 Pennsylvania Ave., N.W.
                                            Washington, D.C.  20530
                                            daniel.freeman@usdoj.gov