# EXHIBIT 3

## Whitley, David

| | |
|---|---|
| **From:** | Whitley, David |
| **Sent:** | Wednesday, May 07, 2014 4:40 PM |
| **To:** | Freeman, Daniel (CRT) (Daniel.Freeman@usdoj.gov) |
| **Cc:** | Scott, John; Clay, Reed; Bell-Platts, Meredith (CRT) (Meredith.Bell-Platts@usdoj.gov); Westfall, Elizabeth (CRT) (Elizabeth.Westfall@usdoj.gov); Berman, Robert (CRT) (Robert.Berman@usdoj.gov); Maranzano, Jennifer (CRT) (Jennifer.Maranzano@usdoj.gov) |
| **Subject:** | Veasey v. Perry: HHSC Topics |
| **Attachments:** | New Proposed HHSC Topics 05-07-14.pdf |

Dan,

HHSC's designee is going to be prepared to discuss the attached topics on Friday.  As highlighted in our objections just sent to all counsel, the topics sent in the original 30(b)(6) notice requested information about supporting identification not issued by HHSC.  Supporting identification other than birth certificates have been removed in the attached list. Further, comments to proposed rules, along with the responses to the comments, are as equally available to HHSC as they are to plaintiffs.  However, how HHSC arrived at those responses are covered by multiple privileges including deliberative process.

As opposed to unnecessarily burdening the court with a partial motion to quash, can we talk about coming to an agreement on the attached topics?  If it works for you, we can make ourselves available tomorrow morning for a phone call.

Thanks,
David

G. David Whitley
Assistant Deputy Attorney General
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
(512) 475-3281 Direct
(512) 936-0545 Fax
David.Whitley@texasattorneygeneral.gov

This message and any attachment(s) may be confidential and/or privileged pursuant to Government Code sections 552.101, 552.103, 552.107, and 552.111, and should not be disclosed without the express authorization of the Attorney General of Texas.