# EXHIBIT 4

1. The processes—including all attendant costs—for a voter to obtain an original or certified copy of a birth certificate that may be used to obtain an election identification certificate (EIC) under Section 521A.001 of the Texas Transportation Code and Section 15.182 of Title 37 of the Texas Administrative Code.

2. All efforts undertaken, including materials designed and distributed, to educate the public about the availability and costs of discounted certified copies of birth certificates that may be used to obtain an EIC.

3. The rule amendment that waives fees charged under Section 181.22 of Title 25 of the Texas Administrative Code to an individual seeking to secure a certified copy of a birth record in order to obtain an EIC. *See* 38 Tex. Reg. 7307 (Oct. 18, 2013). The designee for this topic should be qualified to discuss implementation of the rule and communications with local registrars and county clerks about the rule.

4. The processes and all requirements for obtaining an Election Identification Birth Certificate, including the application for an Election Identification Birth Certificate, VS-141.

5. Limitations on use of an Election Identification Birth Certificate, including designations on the birth certificate itself and training of state, county, and local officials regarding a birth certificate so designated.