UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Marc Veasey, et al.

                Plaintiff,

v.                                        Case No.: 2:13−cv−00193
                                               Judge Nelva Gonzales Ramos

Rick Perry, et al.

                Defendant.

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

B. Janice Ellington

**PLACE:**

United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX

**DATE:** 5/9/14

**TIME:** 08:30 AM

**TYPE OF PROCEEDING:** Telephone Conference
Motion to Quash − #268

Date:   May 8, 2014

                                                                                 David J. Bradley, Clerk