IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>RICK PERRY, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*,<br><br>        Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*,<br><br>        Plaintiff-Intervenors,<br><br>        v.<br><br>STATE OF TEXAS, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>NANDITA BERRY, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>STATE OF TEXAS, *et al.*,<br><br>    Defendants | Civil Action No. 2:13-cv-348 (NGR) |

## **MOTION TO WITHDRAW GERARD J. SINZDAK AS COUNSEL**

  Plaintiff-Intervenors The Texas League of Young Voters Education Fund et al. move to withdraw Gerard J. Sinzdak as their attorney in this matter, and state as follows:

  1. Mr. Sinzdak is leaving Wilmer Cutler Pickering Hale and Dorr LLP on May 21, 2014 and will therefore no longer be able to represent Plaintiff-Intervenors.

  2. Mr. Sinzdak is one of several attorneys for The Texas League Plaintiff-Intervenors. Lead attorney Ryan Haygood of the NAACP Legal Defense and Educational Fund, and lead attorneys Danielle Conley and Jonathan E. Paikin of WilmerHale will remain as attorneys for Plaintiff-Intervenors in this matter. Other attorneys with the NAACP Legal Defense and Educational Fund and WilmerHale will also continue to represent Plaintiff-Intervenors.

2.      Withdrawal of Gerard J. Sinzdak as attorney of record will not cause undue delay and will not have a material adverse effect on Plaintiff-Intervenors' interests.

WHEREFORE, Plaintiff-Intervenors The Texas League of Young Voters Education Fund et al. respectfully request leave to allow Gerard J. Sinzdak to withdraw as counsel in this matter.

Respectfully submitted this 12th day of May 2014,

/s/ Gerard J. Sinzdak

| | |
|---|---|
| Christina Swarns | Danielle Conley |
| Ryan P. Haygood | Jonathan Paikin |
| Natasha M. Korgaonkar | Gerard J. Sinzdak |
| Leah C. Aden | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Deuel Ross | 1875 Pennsylvania Avenue, NW |
| NAACP Legal Defense and Educational Fund, Inc. | Washington, DC 20006 |
| 40 Rector Street, 5th Floor | danielle.conley@wilmerhale.com |
| New York, NY 10006 | jonathan.paikin@wilmerhale.com |
| cswarns@naacpldf.org | gerard.sinzdak@wilmerhale.com |
| rhaygood@naacpldf.org | |
| nkorgaonkar@naacpldf.org | |
| laden@naacpldf.org | |
| dross@naacpldf.org | *Counsel for Texas League of Young Voters, Imani Clark and Michelle Bessiake* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2014, I filed a true and correct copy of the foregoing document with the Clerk of court using the CM/ECF system, which will send a notice of the electronic filing to all counsel of record.

/s/ Gerard J. Sinzdak
WILMER CUTLER PICKERING HALE AND
 DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel. (202) 663-6220
Fax (202) 663-6363
gerard.sinzdak@wilmerhale.com

*Counsel for the Texas League Plaintiff-Intervenors*