IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>RICK PERRY, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*,<br><br>        Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*,<br><br>        Plaintiff-Intervenors,<br><br>    v.<br><br>STATE OF TEXAS, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, <br><br>         Plaintiffs, <br><br>    v. <br><br> NANDITA BERRY, *et al.*, <br><br>         Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*, <br><br>         Plaintiffs, <br><br>    v. <br><br> STATE OF TEXAS, *et al.*, <br><br>         Defendants | Civil Action No. 2:13-cv-348 (NGR) |

## ORDER GRANTING LEAVE TO WITHDRAW FOR GERARD J. SINZDAK

On this date, the Court considered Plaintiff-Intervenors Texas League of Young Voters et al.'s Motion to Withdraw Gerard J. Sinzdak as counsel of record in the above captioned case. Having considered the motion, the Court is of the opinion that the motion should be granted.

Accordingly, it is ORDERED that Plaintiff-Intervenors' Motion is GRANTED.

SIGNED on this _____ day of _____, 2014.

NELVA GONZALES RAMOS
United States District Judge