IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, *et al.*,

               Plaintiffs,

      v.

RICK PERRY, *et al.*,

               Defendants.

Civil Action No. 2:13-cv-193 (NGR)

UNITED STATES OF AMERICA,

               Plaintiff,

TEXAS LEAGUE OF YOUNG VOTERS
EDUCATION FUND, *et al.*,

               Plaintiff-Intervenors,

TEXAS ASSOCIATION OF HISPANIC
COUNTY JUDGES AND COUNTY
COMMISSIONERS, *et al.*,

               Plaintiff-Intervenors,

      v.

STATE OF TEXAS, *et al.*,

               Defendants.

Civil Action No. 2:13-cv-263 (NGR)

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>NANDITA BERRY, *et al.*,<br><br>　　　　　　　Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>STATE OF TEXAS, *et al.*,<br><br>　　　　　　　Defendants | Civil Action No. 2:13-cv-348 (NGR) |

## [PROPOSED] ORDER

Having reviewed the Defendants' Request for Judicial Notice of "A Review of the Operations of the Voting Section of the Civil Rights Division," (ECF No. 272), and the oppositions thereto filed by the United States (ECF No. ___) and the private plaintiffs and plaintiff-intervenors (ECF No. 277), the Defendants' request is hereby DENIED.

**SO ORDERED.**

Date:

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE