# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DELEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEZ, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMLEY, PEGGY HERMAN, EVELYN BRICKNER, GORDON BENJAMIN, KEN GANDY, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), AND DALLAS COUNTY, TEXAS, *Plaintiffs,* v. RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State, *Defendants.* | CIVIL ACTION NO. 2:13-CV-193 (NGR) [Lead case] |
| UNITED STATES OF AMERICA, *Plaintiffs,* TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, IMANI CLARK, AND MICHELLE BESSIAKE, *Plaintiff-Intervenors,* TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, HIDALGO COUNTY, AND MARIA LONGORIA BENAVIDES, *Plaintiff-Intervenors,* v. STATE OF TEXAS, JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety, *Defendants.* | CIVIL ACTION NO. 2:13-CV-263 (NGR) [Consolidated case] |

1

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES; and the MEXICAN AMERICAN LEGISLATIVE CAUCUS OF THE TEXAS HOUSE OF REPRESENTATIVES,<br>    *Plaintiffs,*<br>v.<br><br>JOHN STEEN, in his official capacity as Secretary of State of Texas; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br>    *Defendants.* | CIVIL ACTION NO. 2:13-CV-291 (NGR)<br>[Consolidated case] |
| BELINDA ORTIZ, LENARD TAYLOR, EULALIO MENDEZ JR., LIONEL ESTRADA; ESTELA GARCIA ESPINOSA, LYDIA LARA, MARGARITO MARTINEZ LARA, MAXIMINA MARTINEZ LARA, AND *LA UNION DEL PUEBLO ENTERO, INC.*<br>    *Plaintiffs,*<br>v.<br><br>STATE OF TEXAS, JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br>    *Defendants.* | CIVIL ACTION NO. 2:13-CV-348 (NGR)<br>[Consolidated case] |

## **DEFENDANTS' OPPOSITION TO THE UNITED STATES' REQUEST FOR JUDICIAL NOTICE**

The United States' Request for Judicial Notice ("Request") presents twenty individual summaries ("summaries") drawn from data. *See* ECF No. 252 at 3–8 (numbered para. 1–20), Apr. 25, 2014. United States Census Bureau reports were attached to the Request as exhibits. *See* ECF No. 252.3–252.7. Defendants do not

2

object to judicial notice of the census reports. However, Defendants oppose the Request insofar as it asks the Court to take judicial notice of the summaries contained therein.

The Census Bureau itself recognizes that census data "can be presented and discussed in a variety of ways." *See* United States Census Bureau, "Overview of Race and Hispanic Origin: 2010," at 4 n.11 (March 2011), *available at* http://www.census.gov/prod/cen2010/briefs/c2010br-02.pdf (last visited May 16, 2014). Thus, reasonable minds can differ on the appropriate way to interpret and present raw census data. The United States' summaries are but one possible way to present the attached census data, and they should not be accepted as fact before their accuracy can be examined through argument. *See* FED R. EVID. 201(b)(2) (allowing courts to notice facts that are not subject to reasonable dispute because the facts "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned"). Indisputable U.S. census data is an appropriate subject of judicial notice; editorialized summaries of such data are not.

Accordingly, Defendants respectfully request that this Court deny Plaintiff's Request for Judicial Notice to the extent it seeks judicial notice of the summaries contained therein.

Dated: May 16, 2014

                Respectfully submitted,

                GREG ABBOTT

Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JONATHAN F. MITCHELL
Solicitor General

J. REED CLAY, JR.
Special Assistant and Senior Counsel
to the Attorney General
Southern District of Texas No. 1160600

*/s/ John B. Scott*
JOHN B. SCOTT
Deputy Attorney General for Civil Litigation
Southern District of Texas No. 10418
Texas State Bar No. 17901500
ATTORNEY-IN-CHARGE

G. DAVID WHITLEY
Assistant Deputy Attorney General
Southern District of Texas No. 2080496

STEPHEN RONALD KEISTER
Assistant Attorney General
Southern District of Texas No. 18580

JENNIFER MARIE ROSCETTI
Assistant Attorney General
Southern District of Texas No. 224780

209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 475-0131

COUNSEL FOR THE DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2014, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ John B. Scott*
JOHN B. SCOTT