IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>RICK PERRY, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*,<br><br>        Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*,<br><br>        Plaintiff-Intervenors,<br><br>v.<br><br>STATE OF TEXAS, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

C:\Users\acapobianco-ranallo\Desktop\notice of change of address.docx

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NANDITA BERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants | Civil Action No. 2:13-cv-348 (NGR) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the contact information for Daniel G. Covich, counsel for Plaintiffs Texas State Conference of NAACP Branches, Mexican American Legislative Caucus of the Texas House of Representatives, has been changed to:

> Daniel G. Covich, Esq.
> The Covich Law Firm LLC
> Frost Bank Plaza, Suite 2100
> Corpus Christi, Texas 78401
> Phone: 361-884-5400
> Fax: 361-884-5401
> Daniel@covichlawfirm.com

Dated: May 20, 2014

                                      Respectfully submitted,

                                      */s/ Daniel G. Covich*
                                      Daniel G. Covich
                                      The Covich Law Firm LLC
                                      Frost Bank Plaza, Suite 2100
                                      Corpus Christi, Texas 78405
                                      Daniel@covichlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document is being served by electronic mail on May 20th, 2014, to counsel of record.

/s/ Daniel G. Covich
Daniel G. Covich