# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS CORPUS CHRISTI DIVISION

MARC VEASEY, JANE HAMILTON, SERGIO DELEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEZ, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMLEY, PEGGY HERMAN, EVELYN BRICKNER, GORDON BENJAMIN, KEN GANDY, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), AND DALLAS COUNTY, TEXAS,
    *Plaintiffs,*
v.

RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State,
    *Defendants.*

CIVIL ACTION NO. 2:13-CV-193 (NGR)
[Lead case]

UNITED STATES OF AMERICA,
    *Plaintiffs,*

TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, IMANI CLARK, AND MICHELLE BESSIAKE,
    *Plaintiff-Intervenors,*

TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, HIDALGO COUNTY, AND MARIA LONGORIA BENEVIDES,
    *Plaintiff-Intervenors,*
v.

STATE OF TEXAS, JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,
    *Defendants.*

CIVIL ACTION NO. 2:13-CV-263 (NGR)
[Consolidated case]

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES; and the MEXICAN AMERICAN LEGISLATIVE CAUCUS OF THE TEXAS HOUSE OF REPRESENTATIVES,<br>  *Plaintiffs,*<br>v.<br><br>JOHN STEEN, in his official capacity as Secretary of State of Texas; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br>  *Defendants.* | CIVIL ACTION NO. 2:13-CV-291 (NGR)<br>[Consolidated case] |
| BELINDA ORTIZ, LENARD TAYLOR, EULALIO MENDEZ JR., LIONEL ESTRADA; ESTELA GARCIA ESPINOSA, LYDIA LARA, MARGARITO MARTINEZ LARA, MAXIMINA MARTINEZ LARA, AND *LA UNION DEL PUEBLO ENTERO, INC.*<br>  *Plaintiffs,*<br>v.<br><br>STATE OF TEXAS, JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br>  *Defendants.* | CIVIL ACTION NO. 2:13-CV-348 (NGR)<br>[Consolidated case] |

**UNOPPOSED MOTION TO WITHDRAW PLAINTIFF-INTERVENOR MARIA LONGORIA BENEVIDES WITH PREJUDICE**

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, Plaintiff-Intervenors Texas Association of Hispanic County Judges and County Commissioners and Maria Longoria Benevides move for the withdrawal, with prejudice, of Plaintiff-Intervenor Maria Longoria Benevides as a party in this action. Counsel for Defendants have advised that they do not oppose this motion.

Ms. Benevides and Texas Association of Hispanic County Judges and County Commissioners respectfully request that this Court enter an order voluntarily withdrawing Ms. Benevides, with prejudice, from this litigation.

Dated: May 22, 2014.

> Respectfully Submitted,
>
> LAW OFFICES OF ROLANDO L. RIOS
> 115 E. Travis, Suite 1645
> San Antonio, Texas 78205
> Ph:   (210) 222-2102
> Fax:  (210) 222-2898
> E-mail: rrios@rolandorioslaw.com
>
> Attorney for the TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, MARIA LONGORIA BENEVIDES, ET. AL.
>
> By:_____/S/_____
>    Rolando L. Rios
>    SBN 1693500
>    Attorney in Charge

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2014, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

> By:_____/S/_____
>    Rolando L. Rios