Vanessa D Gilmore
US District Judge
515 Rusk Rm 9513
Houston TX 77002
713-250-5512, Fax 5934

United States Courts
Southern District of Texas
FILED
MAY 27 2014
David J. Bradley, Clerk of Court

May 12 14

**VANESSA D. GILMORE**
**U.S. DISTRICT JUDGE**
MAY 15 2014
RECEIVED IN CHAMBERS

I suggest a limited voting 2nd ballot for HARRIS Co's Com'nrs with candidates paying a filing deposit to get on the limited voting ballot. This would mean a phonebook style ballot. for RODRIGUEZ v HARRIS CO 4:11 cv 2907-VDG

I am the interested party pro se in USA v TEXAS 2:13cv193/263 suggesting such a limited voting 2nd ballot for the Texas State House with candidates paying to get on 2-4 districts beyond their own.

I believe this structure will loosen winners ties to liars, inhibit tyranny and promote turnover of bad legislators.
I suggest two year terms so the voters can vote out troublemakers when they appear.

20+ docket entries in USA v TEXAS are letters from me.
Trial is set for Sep 2 in Corpus Christi.

Robert M Allensworth
Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419

   BALLOT INITIATIVE LAWSUIT    by Sophia Tarsen (AP)
A brief hearing on Michael Kasper's suit set a loose
timetable for initiatives popular with voters.
Another hearing was set for May 7. Yes! for Independent
Maps, Michael Kolenc, wants a com'n for political boundaries.

Case 2:13-cv-00193 Document 289 Filed on 05/27/14 in TXSD Page 2 of 3
CASE 0:11-cv-03659-DWF-JJK Document 425 Filed 02/13/14 Page 10 of 10
CASE 0:11-cv-03659-DWF-JJK Document 415-1 Filed 01/09/14 Page 10 of 10

Thomas Evenstad
2950 Sunset Drive, Suite...
Spring Park, MN-5538...
www.MinnesotaSexOffender...
4704 Valley View Rd.
Edina, MN 55424

"RAYED USMS"



MINNEAPOLIS MN 554
28 DEC 2013 PM 7 L
RECEIVED
DEC 30 2013
BY: /DJB·USM

Honorable Judge Donovan Frank
United States District Court
724 Federal Bldg.
316 N. Robert St.
St. Paul, MN 55101

Robert M Allensworth B14522 4P21
BMFCC 251 N IL 37 S
Ina IL 62846 2419

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS
CORRECTSMSD Gilmore

US District Judge

515 Rusk Rm 9513

Houston TX 77002



7700232605 C057