IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>RICK PERRY, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*,<br><br>        Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*,<br><br>        Plaintiff-Intervenors,<br><br>        v.<br><br>STATE OF TEXAS, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, <br><br>             Plaintiffs, <br><br>      v. <br><br> NANDITA BERRY, *et al.*, <br><br>             Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*, <br><br>             Plaintiffs, <br><br>      v. <br><br> STATE OF TEXAS, *et al.*, <br><br>             Defendants | Civil Action No. 2:13-cv-348 (NGR) |

## JOINT MOTION TO ENTER ORDER

Pursuant to the Court's May 28, 2014 order, all plaintiffs and plaintiff-intervenors in the consolidated cases[1] jointly move that the Court enter the accompanying proposed order directing the United States to produce database extracts from Texas Election Administration Management System, along with the outputs of the algorithm comparison, to private plaintiffs and plaintiff-intervenors, as well as the defendants. This proposed order is consistent with the Discovery Order and Supplemental Protective Order (ECF No. 174) and the Court's oral ruling of May 28, 2014. The plaintiffs and plaintiff-intervenors respectfully request that the Court enter this order

---

[1] Counsel for the United States has been unable to reach counsel for plaintiff-intervenors Texas Association of Hispanic County Judges and County Commissioners to determine whether they join in this motion.

- 2 -

today in order to ensure timely production of the data to the parties on May 30, 2014, as required by the Amended Scheduling Order ¶ 3 (ECF No. 231).

Date:  May 29, 2014

|  |  |
|---|---|
|  | Respectfully submitted, |
| KENNETH MAGIDSON<br>United States Attorney<br>Southern District of Texas | JOCELYN SAMUELS<br>Acting Assistant Attorney General<br>Civil Rights Division<br><br>*s/ Anna M. Baldwin*<br>T. CHRISTIAN HERREN, JR.<br>MEREDITH BELL-PLATTS<br>ELIZABETH S. WESTFALL<br>BRUCE I. GEAR<br>JENNIFER L. MARANZANO<br>ANNA M. BALDWIN<br>DANIEL J. FREEMAN<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530 |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 29, 2014, I served a true and correct copy of the foregoing via electronic mail on the following counsel of record:

| | |
|---|---|
| John B. Scott | Chad W. Dunn |
| John Reed Clay, Jr. | Kembel Scott Brazil |
| Gregory David Whitley | Brazil & Dunn |
| Jonathan F. Mitchell | chad@bradzilanddunn.com |
| Stephen Ronald Keister | scott@bazilanddunn.com |
| Arthur D'Andrea | |
| Jennifer Marie Roscetti | J. Gerald Hebert |
| Office of the Texas Attorney General | Emma Simson |
| john.scott@texasattorneygeneral.gov | Campaign Legal Center |
| reed.clay@texasattorneygeneral.gov | ghebert@campaignlegalcenter.org |
| david.whitley@texasattorneygeneral.gov | esimson@campaignlegalcenter.org |
| jonathan.mitchell@texasattorneygeneral.gov | |
| ronny.keister@texasattorneygeneral.gov | Neil G. Baron |
| arthur.dandrea@texasattorneygeneral.gov | Law Offices of Neil G. Baron |
| jennifer.roscetti@texasattorneygeneral.gov | neil@ngbaronlaw.com |
| | |
| Ben Addison Donnell | Armand Derfner |
| Donnell Abernethy & Kieschnick | Derfner, Altman, & Wilborn |
| bdonnell@dakpc.com | aderfner@dawlaw.com |
| | |
| *Counsel for Defendants* | Luiz Roberto Vera, Jr. |
| | lrvlaw@sbcglobal.net |
| | |
| | *Counsel for Veasey Plaintiffs* |

- 4 -

Christina Swarns
Ryan P. Haygood
Natasha M. Korgaonkar
Leah C. Aden
Deuel Ross
NAACP Legal Defense and Educational
   Fund, Inc.
cswarns@naacpldf.org
rhaygood@naacpldf.org
nkorgaonkar@naacpldf.org
laden@naacpldf.org
dross@naacpldf.org

Danielle Conley
Jonathan Paikin
Kelly P. Dunbar
Sonya L. Lebsack
Lynn Eisenberg
M. Hasan Ali
Richard F. Shordt
WilmerHale LLP
danielle.conley@wilmerhale.com
jonathan.paikin@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com
Lynn.eisenberg@wilmerhale.com
hasan.ali@wilmerhale.com
richard.shordt@wilmerhale.com

*Counsel for Texas League of Young Voters
Plaintiff-Intervenors*

Ezra D. Rosenberg
Amy L. Rudd
Dechert LLP
ezra.rosenberg@dechert.com
amy.rudd@dechert.com

Wendy Weiser
Jennifer Clark
Myrna Pérez
Vishal Agraharkar
Brennan Center for Justice at NYU School of
   Law
wendy.weiser@nyu.edu
jenniferl.clark@nyu.edu
myrna.perez@nyu.edu
vishal.argraharkar@nyu.edu

Mark A. Posner
Sonia Kaur Gill
Erandi Zamora
Lawyers' Committee for Civil Rights
mposner@lawyerscommittee.org
sgill@lawyerscommittee.org
ezamora@lawyerscommittee.org

*Counsel for Texas State Conference of
NAACP Branches Plaintiffs*

Jose Garza  
Marinda van Dalen  
Robert W. Doggett  
Peter McGraw  
Texas Rio Grande Legal Aid, Inc.  
jgarza@trla.org  
mvandalen@trla.org  
rdoggett@trla.org  
pmcgraw@trla.org  

*Counsel for Ortiz Plaintiffs*

Rolando L. Rios  
Law Offices of Rolando L. Rios  
rrios@rolandorioslaw.com  

Preston Edward Henrichson  
Law Offices of Preston Henrichson  
preston@henrichsonlaw.com  

*Counsel for Texas Association of Hispanic County Judges and County Commissioners Plaintiff-Intervenors*

*/s/ Elizabeth S. Westfall*  
Elizabeth S. Westfall  
Voting Section  
Civil Rights Division  
Department of Justice  
Room 7123 NWB  
950 Pennsylvania Avenue, N.W.  
Washington, D.C. 20530  
elizabeth.westfall@usdoj.gov