IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>   Plaintiffs,<br><br>  v.<br><br>RICK PERRY, *et al.*,<br><br>   Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*,<br><br>   Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*,<br><br>   Plaintiff-Intervenors,<br><br>  v.<br><br>STATE OF TEXAS, *et al.*,<br><br>   Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NANDITA BERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants | Civil Action No. 2:13-cv-348 (NGR) |

## [Proposed] Order

Defendants have objected to the United States providing the private plaintiffs and plaintiff-intervenors data from the Texas Election Administration Management System database (the "TEAM" voter registration database) that was previously produced to the United States as part of the database matching process. The Court directed the parties to confer and, when the parties' discussions did not yield an agreement, the Court conducted a hearing on May 28, 2014. All parties appeared by telephone and brief memoranda of law were filed by the Veasey LULAC plaintiffs and by the Defendants.

Having considered the parties' written and oral arguments, the Court orders the following: The United States shall provide the private plaintiffs and plaintiff-intervenors with the contents of all TEAM data from the January 15, 2014 extract of the TEAM database

previously produced by Defendants to the United States in this litigation from the following files: "Active_voter-zip" and "Voting_history-zip" (with the exception of full nine digit social security numbers, which shall be redacted to the final four digits) along with the outputs from the database comparisons contemplated by this Court's Discovery Order and Supplemental Protective Order (ECF No. 174 at ¶ 3).

 The United States shall provide this same information to Defendants (except that the social security number information need not be redacted).

The Court finds that such action is consistent with the Discovery Order and Supplemental Protective Order (ECF No. 174).  The data to be provided are protected by the provisions of the Supplemental Protective Order and the Consent Protective Order (ECF No. 105) regarding the use and disclosure of highly confidential data.

So ordered this ____ day of May 2014.

_____
United States District Judge