IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DELEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEZ, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMLEY, PEGGY HERMAN, EVELYN BRICKNER, GORDON BENJAMIN, KEN GANDY, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), AND DALLAS COUNTY, TEXAS, *Plaintiffs,*<br>v.<br>RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State, *Defendants.* | CIVIL ACTION NO. 2:13-CV-193 (NGR) [Lead case] |
| UNITED STATES OF AMERICA, *Plaintiffs,*<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, IMANI CLARK, AND MICHELLE BESSIAKE, *Plaintiff-Intervenors,*<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, AND HIDALGO COUNTY, *Plaintiff-Intervenors,*<br>v.<br>STATE OF TEXAS, JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety, *Defendants.* | CIVIL ACTION NO. 2:13-CV-263 (NGR) [Consolidated case] |

1

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES; and the MEXICAN AMERICAN LEGISLATIVE CAUCUS OF THE TEXAS HOUSE OF REPRESENTATIVES,<br>　　　*Plaintiffs,*<br>v.<br><br>JOHN STEEN, in his official capacity as Secretary of State of Texas; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br>　　　*Defendants.* | CIVIL ACTION NO.<br>2:13-CV-291 (NGR)<br>[Consolidated case] |
| BELINDA ORTIZ, LENARD TAYLOR, EULALIO MENDEZ JR., LIONEL ESTRADA; ESTELA GARCIA ESPINOSA, LYDIA LARA, MARGARITO MARTINEZ LARA, MAXIMINA MARTINEZ LARA, AND *LA UNION DEL PUEBLO ENTERO, INC.*<br>　　　*Plaintiffs,*<br>v.<br><br>STATE OF TEXAS, JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br>　　　*Defendants.* | CIVIL ACTION NO.<br>2:13-CV-348 (NGR)<br>[Consolidated case] |

## DEFENDANTS' MOTION TO ENTER ORDER

Pursuant to the Court's May 28, 2014 Order, Defendants move that the Court enter the accompanying proposed order directing the United States to produce database extracts from the Texas Election Administration Management System to the private plaintiffs and plaintiff-intervenors. It also directs the United States to produce the outputs of the database comparisons to private plaintiffs and plaintiff-

2

intervenors, as well as the defendants. This proposed order gives the Defendants the right to pursue the databases used by the Plaintiffs to compile any of the outputs of the algorithm comparisons.

Dated: May 29, 2014

                                        Respectfully submitted,

                                        GREG ABBOTT
                                        Attorney General of Texas

                                        DANIEL T. HODGE
                                        First Assistant Attorney General

                                        JONATHAN F. MITCHELL
                                        Solicitor General

                                        J. REED CLAY, JR.
                                        Special Assistant and Senior Counsel
                                        to the Attorney General
                                        Southern District of Texas No. 1160600

                                        */s/ John B. Scott*
                                        JOHN B. SCOTT
                                        Deputy Attorney General for Civil Litigation
                                        Southern District of Texas No. 10418
                                        Texas State Bar No. 17901500
                                        ATTORNEY-IN-CHARGE

                                        G. DAVID WHITLEY
                                        Assistant Deputy Attorney General
                                        Southern District of Texas No. 2080496

                                        STEPHEN RONALD KEISTER
                                        Assistant Attorney General
                                        Southern District of Texas No. 18580

                                        JENNIFER MARIE ROSCETTI
                                        Assistant Attorney General
                                        Southern District of Texas No. 224780

209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 475-0131

BEN A. DONNELL
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853
Southern District of Texas No. 5689

COUNSEL FOR THE STATE OF TEXAS,
RICK PERRY, JOHN STEEN, and STEVE
MCCRAW

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 29, 2014, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.


                                      */s/ John B. Scott*
                                      JOHN B. SCOTT