# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, ET AL., | ) | CASE NO: 2:13-CV-00193 |
| | ) | |
| Plaintiffs, | ) | CIVIL |
| | ) | |
| vs. | ) | Corpus Christi, Texas |
| | ) | |
| RICK PERRY, ET AL., | ) | Wednesday, May 28, 2014 |
| | ) | (8:56 a.m. to 9:24 a.m.) |
| Defendants. | ) | (2:55 p.m. to 3:34 p.m.) |

TELEPHONIC STATUS CONFERENCE

BEFORE THE HONORABLE NELVA GONZALES RAMOS,
UNITED STATES DISTRICT JUDGE

Appearances:           See Next Page

Court Recorder:        Genay Rogan

Clerk:                 Brandy Cortez

Transcriber:           Exceptional Reporting Services, Inc.
                       P.O. Box 18668
                       Corpus Christi, TX 78480-8668
                       361 949-2988

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

2

APPEARANCES FOR:

| | |
|---|---|
| Marc Veasey, et al.: | CHAD W. DUNN, ESQ.<br>Brazil and Dunn<br>4201 Cypress Creek Parkway, Suite 530<br>Houston, TX 77068<br><br>ARMAND DERFNER, ESQ.<br>P.O. Box 600<br>Charleston, SC 29402<br><br>J. GERALD HEBERT, ESQ.<br>191 Somervelle Street<br>#405<br>Alexandria, VA 22304<br><br>KEMBEL SCOTT BRAZIL, ESQ.<br>Brazil and Dunn<br>4201 Cypress Creek Parkway<br>Suite 530<br>Houston, TX 77068<br><br>EMMA SIMPSON, ESQ. |
| United States of America: | ANNA BALDWIN, ESQ.<br>DANIEL FREEMAN, ESQ.<br>ELIZABETH WESTFALL, ESQ.<br>U. S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>NWB Room 7125<br>Washington, DC 20530 |
| Mexican American Legislative Caucus, et al.: | EZRA D. ROSENBERG, ESQ.<br>Dechert, LLP<br>902 Carnegie Center, Suite 500<br>Princeton, NJ 08540-6531 |
| Oscar Ortiz, et al.: | ROBERT W. DOGGETT, ESQ.<br>Texas Rio Grande Legal Aid<br>4920 North IH 35<br>Austin, TX 78751<br><br>MARINDA VAN DALEN, ESQ.<br>Texas Rio Grande Legal Aid<br>531 E. St. Francis<br>Brownsville, TX 78520 |

3

APPEARANCES FOR:     (CONTINUED)

| | |
|---|---|
| Texas Association of Hispanic County Judges and County Commissioners: | ROLANDO L. RIOS, ESQ.<br>115 E. Travis<br>Suite 1654<br>San Antonio, TX 78205 |
| Texas League of Young Voters Education Fund: | NATASHA KORGAONKAR, ESQ.<br>NAACP Legal Defendant and Educational Funds, Inc.<br>40 Rector Street<br>5th Floor<br>New York, NY 10006<br><br>RYAN HAYGOOD, ESQ.<br>NAACP Legal Def. and Educational Fund<br>40 Rector Street, 5th Floor<br>New York, NY 10006<br><br>KELLY DUNBAR, ESQ. |
| State of Texas: | JOHN BARRET SCOTT, ESQ.<br>Scott, Yung, L.L.P.<br>208 N. Market Street<br>Suite 200<br>Dallas, TX 75202<br><br>JOHN R. CLAY, ESQ.<br>Office of the Attorney General<br>P.O. Box 12548<br>MC 001<br>Austin, TX 78711<br><br>ARTHUR D'ANDREA, ESQ.<br>JENNIFER ROSCETTI, ESQ. |

1  understand is that we -- what we're asking for, and what I
2  think I understood the Court to indicate, is that we get the
3  TEAM databases, that is, which are the election databases that
4  the department has; we do not get the full socials out of
5  those.  We get everything else out of the TEAM or election
6  databases.  We do not get anything from other state databases,
7  like the DPS database or the concealed handgun database --
8       THE COURT:  Correct.
9       MR. DERFNER:  -- do get everything out of the
10 election or TEAM database.
11      THE COURT:  Correct.
12      MS. BALDWIN:  And that's been the United States'
13 understanding the entire time, your Honor.
14      THE COURT:  Mr. Scott?
15      MR. SCOTT:  Again, Judge, whatever you order we'll
16 do.  I just -- I guess we -- procedurally, you would like us to
17 file an official motion, and -- if I'm hearing the Court -- on
18 gaining access to the United States' databases so we can at
19 least have an opportunity to defend ourselves that way, so --
20      THE COURT:  Yes.
21      MR. SCOTT:  -- whether it be by a motion to compel on
22 discovery that was submitted, Judge, six months ago or so; but
23 something in a formal document --
24      THE COURT:  Right.
25      MR. SCOTT:  -- versus the informal process we've used

```
 1  today.
 2              THE COURT:  Right.  Well, at least today I had
 3  something to look at.  I mean, it wasn't formal, but there was
 4  an e-mail that was sent, I addressed it at a status hearing
 5  this morning, sounded like you all were going to discuss it
 6  further, so we were then going to get together, and I got some
 7  short little briefs.  I mean, that's just -- that's being more
 8  helpful than me trying to just have you all argue on something
 9  that wasn't before the Court right now and, you know, me trying
10  to make a hurried decision on it.  I think it would work
11  better.
12              MR. DERFNER:  Thank you, your Honor.
13              THE COURT:  Okay.  Nothing else; you're excused.
14              MR. SCOTT:  Thank you, Judge.
15         (Proceeding was adjourned at 3:34 p.m.)
16
17
18
19
20
21
22
23
24
25
```