| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

### Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-193 (NGR) |
|---|---|---|---|
| MARC VEASEY, et al. | | | |
| | Versus | | |
| RICK PERRY, et al. | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Lindsey Beth Cohan<br>Dechert LLP<br>300 West 6th Street, Suite 2010<br>Austin, Texas 78701<br>512-394-3027<br>TX 24083903 |
|---|---|
| Seeks to appear for this party: | MALC and Texas NAACP |
| Dated: 5/30/14 | Signed: *[signature]* Cohan |

| The state bar reports that the applicant's status is: | . |
|---|---|
| Dated: | Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____

_____
United States District Judge