| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Corpus Christi | 2:13-cv-193 (NGR) |
|---|---|
| MARC VEASEY, et al. | |
| RICK PERRY, et al. | |

| | Lindsey Beth Cohan<br>Dechert LLP<br>300 West 6th Street, Suite 2010<br>Austin, Texas 78701<br>512-394-3027<br>TX 24083903 |
|---|---|
| Seeks to appear for this party: | MALC and Texas NAACP |
| Dated: 5/30/14 | Signed: [signature] Cohan |

The state bar reports that the applicant's status is: Active

| Dated: 6-2-14 | Clerk's signature: Donna [Tenell] |
|---|---|

Order

Dated: 6/2/14

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge