# EXHIBIT 4

```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF TEXAS
                       CORPUS CHRISTI DIVISION




MARC VEASEY, ET AL.,          )      CASE NO: 2:13-CV-00193
                              )
         Plaintiffs,          )             CIVIL
                              )
    vs.                       )       Corpus Christi, Texas
                              )
RICK PERRY, ET AL.,           )       Wednesday, May 28, 2014
                              )       (8:56 a.m. to 9:24 a.m.)
         Defendants.          )       (2:55 p.m. to 3:34 p.m.)


                   TELEPHONIC STATUS CONFERENCE

            BEFORE THE HONORABLE NELVA GONZALES RAMOS,
                  UNITED STATES DISTRICT JUDGE



Appearances:             See Next Page

Court Recorder:          Genay Rogan

Clerk:                   Brandy Cortez

Transcriber:             Exceptional Reporting Services, Inc.
                         P.O. Box 18668
                         Corpus Christi, TX 78480-8668
                         361 949-2988
```

**Proceedings recorded by electronic sound recording; transcript produced by transcription service.**

2

**APPEARANCES FOR:**

| | |
|---|---|
| Marc Veasey, et al.: | CHAD W. DUNN, ESQ.<br>Brazil and Dunn<br>4201 Cypress Creek Parkway, Suite 530<br>Houston, TX 77068<br><br>ARMAND DERFNER, ESQ.<br>P.O. Box 600<br>Charleston, SC 29402<br><br>J. GERALD HEBERT, ESQ.<br>191 Somervelle Street<br>#405<br>Alexandria, VA 22304<br><br>KEMBEL SCOTT BRAZIL, ESQ.<br>Brazil and Dunn<br>4201 Cypress Creek Parkway<br>Suite 530<br>Houston, TX 77068<br><br>EMMA SIMPSON, ESQ. |
| United States of America: | ANNA BALDWIN, ESQ.<br>DANIEL FREEMAN, ESQ.<br>ELIZABETH WESTFALL, ESQ.<br>U. S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>NWB Room 7125<br>Washington, DC 20530 |
| Mexican American Legislative Caucus, et al.: | EZRA D. ROSENBERG, ESQ.<br>Dechert, LLP<br>902 Carnegie Center, Suite 500<br>Princeton, NJ 08540-6531 |
| Oscar Ortiz, et al.: | ROBERT W. DOGGETT, ESQ.<br>Texas Rio Grande Legal Aid<br>4920 North IH 35<br>Austin, TX 78751<br><br>MARINDA VAN DALEN, ESQ.<br>Texas Rio Grande Legal Aid<br>531 E. St. Francis<br>Brownsville, TX 78520 |

3

**APPEARANCES FOR:    (CONTINUED)**

| | |
|---|---|
| Texas Association of Hispanic County Judges and County Commissioners: | ROLANDO L. RIOS, ESQ.<br>115 E. Travis<br>Suite 1654<br>San Antonio, TX 78205 |
| Texas League of Young Voters Education Fund: | NATASHA KORGAONKAR, ESQ.<br>NAACP Legal Defendant and Educational Funds, Inc.<br>40 Rector Street<br>5th Floor<br>New York, NY 10006<br><br>RYAN HAYGOOD, ESQ.<br>NAACP Legal Def. and Educational Fund<br>40 Rector Street, 5th Floor<br>New York, NY 10006<br><br>KELLY DUNBAR, ESQ. |
| State of Texas: | JOHN BARRET SCOTT, ESQ.<br>Scott, Yung, L.L.P.<br>208 N. Market Street<br>Suite 200<br>Dallas, TX 75202<br><br>JOHN R. CLAY, ESQ.<br>Office of the Attorney General<br>P.O. Box 12548<br>MC 001<br>Austin, TX 78711<br><br>ARTHUR D'ANDREA, ESQ.<br>JENNIFER ROSCETTI, ESQ. |

4

**Corpus Christi, Texas; Wednesday, May 28, 2014; 8:56 a.m.**

**Call to Order**

3   **THE CLERK:** Good morning, Counsel. This is Brandy
4 with Judge Ramos's Court. Do I have attorneys on the line for
5 the individuals, Veasey, et al.
6   **MR. DUNN:** Yes. Hi, good morning. This is Chad Dunn
7 and with me is Armand Derfner, Emma Simpson, Gerry Hebert, Neil
8 Baron and Scott Brazil.
9   **THE CLERK:** Thank you. And then for the United
10 States who do I have present?
11   **MS. WESTFALL:** Yes, this is Elizabeth Westfall for
12 the United States, and I have Dan Freeman and Anna Baldwin on
13 the line and some others who will not be participating.
14   **THE CLERK:** Thank you. And for the Mexican American
15 Legislative Caucus, Mr. Rosenberg?
16   **MR. ROSENBERG:** Yes, I'm on the line and there may be
17 some others from my group, but I'll be doing the speaking.
18   **THE CLERK:** Okay. And then for Ortiz, et al, Ms. Van
19 Dalen?
20   **MS. VAN DALEN:** Yes, ma'am, Mirinda Van Dalen and
21 Robert Doggett is on the line as well.
22   **THE CLERK:** Thank you. And for the Texas Association
23 of Hispanic County Judges, Mr. Rios or Mr. Henrickson?
24   **MR. RIOS:** Rolando Rios is on the line, your Honor.
25   **THE CLERK:** Thank you. And for the Texas League of

19

1       **THE COURT:** Yes.

2       **MR. FREEMAN:** Mr. D'Andrea was not Counsel in *Texas v*
3 *Holder,* but those depositions were certainly necessary in order
4 to cross examine the witnesses that the State of Texas put
5 forward.

6       The State of Texas requested the exact same relief
7 that they requested for quashing (indiscernible) and quashing
8 legislative efforts in their entirety and I believe that was
9 denied.

10       **THE COURT:** Yeah, I don't think -- I don't think it's
11 appropriate to quash the entire deposition.

12       The issue is going to be how we address the
13 privilege, I think is the point.

14       **MR. FREEMAN:** Your Honor, if I may, to the extent
15 that your Honor believes that it would not be appropriate to
16 quash the depositions in entirety, the United States would
17 request an Order to that effect so that we may begin to
18 schedule these depositions. We attempted to schedule
19 previously. Counsel for the Legislators told us that he was
20 communicating with his client for --

21       **THE COURT:** Okay, just stop right there. So why
22 don't -- why don't -- I'll work on that and when we talk on
23 June 4th we need to discuss some dates for those depositions so
24 Defense needs to get with those witnesses and start getting
25 dates, correct?

25

1     You-all will continue discussing the issues with the
2 data base production of documents regarding that today and
3 we'll meet again at 3:00 o'clock on that issue.
4     Was there anything else?
5     **MR. DERFNER:** Your Honor, this is Armand Derfner.
6     Just for clarification, initially you said you wanted
7 that 10-page document among State and party's positions on
8 common interest by June 4, but if you're going to have this
9 hearing --
10     **THE COURT:** I'm sorry, I thought -- did we say -- I
11 have June 4th, too, but I think we're bumping it to June 2nd so
12 we can address it on June 4th. Is that a problem or no?
13     **MR. DERFNER:** No, that's why I wanted you to clarify.
14     **THE COURT:** Okay, yeah. What else?
15     **MR. FREEMAN:** Your Honor, this is Dan Freeman.
16     Also you had stated that the parties should
17 meet/confer regarding dates for the legislative (indiscernible)
18 depositions. Have subpoenas have been issued?
19     **THE COURT:** Right.
20     **MR. FREEMAN:** Thank you, your Honor.
21     **THE COURT:** Because we're going to -- if you-all
22 haven't confirmed dates we'll address that on June 4th, that
23 Wednesday.
24     **MR. FREEMAN:** Your Honor -- I'm sorry, your Honor.
25 Just -- I want to clarify (indiscernible) I'm hearing the right