EXHIBIT 7

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| SHANNON PEREZ, *et al.*, ) | |
| ) | CIVIL ACTION NO. |
| *Plaintiffs*, ) | SA-11-CA-360-OLG-JES-XR |
| ) | [Lead case] |
| v. ) | |
| ) | |
| STATE OF TEXAS, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| _____ ) | |
| ) | |
| MEXICAN AMERICAN LEGISLATIVE ) | CIVIL ACTION NO. |
| CAUCUS, TEXAS HOUSE OF ) | SA-11-CA-361-OLG-JES-XR |
| REPRESENTATIVES (MALC), ) | [Consolidated case] |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | |
| ) | |
| STATE OF TEXAS, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| _____ ) | |
| ) | CIVIL ACTION NO. |
| TEXAS LATINO REDISTRICTING TASK ) | SA-11-CA-490-OLG-JES-XR |
| FORCE, *et al.*, ) | [Consolidated case] |
| ) | |
| *Plaintiffs*, ) | |
| v. ) | |
| ) | |
| RICK PERRY, ) | |
| ) | |
| *Defendant*. ) | |
| _____ ) | |

| | | |
|---|---|---|
| MARGARITA V. QUESADA, *et al.*, | ) | CIVIL ACTION NO. |
| | ) | SA-11-CA-592-OLG-JES-XR |
| *Plaintiffs,* | ) | [Consolidated case] |
| | ) | |
| v. | ) | |
| | ) | |
| RICK PERRY, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |
| JOHN T. MORRIS, | ) | CIVIL ACTION NO. |
| | ) | SA-11-CA-615-OLG-JES-XR |
| *Plaintiff,* | ) | [Consolidated case] |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF TEXAS, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |
| EDDIE RODRIGUEZ, *et al.*, | ) | CIVIL ACTION NO. |
| | ) | SA-11-CA-635-OLG-JES-XR |
| *Plaintiffs,* | ) | [Consolidated case] |
| | ) | |
| v. | ) | |
| | ) | |
| RICK PERRY, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |

**NOTICE OF INTENT TO TAKE ORAL DEPOSITION OF
REP. GARNET COLEMAN**

TO:   Rep. Garnet Coleman, Room CAP 4N.10, PO Box 2910, Capitol Station, Austin, TX  78768, and to All Counsel of Record

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure and by agreement of the parties, Defendants will take the oral

2

deposition of Rep. Garnet Coleman on **January 23, 2014 beginning at 9:30 a.m. at The Office of the Attorney General for the State of Texas, Price Daniel Building, 209 West 14th Street, Austin, Texas** before a court reporter and notary public for the State of Texas. The deposition may be videotaped. The deposition will continue from time to time and place to place until concluded.

Dated:   December 20, 2013                    Respectfully submitted.

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

DAVID C. MATTAX
Deputy Attorney General
for Defense Litigation

J. REED CLAY, JR.
Special Assistant and Senior Counsel
to the Attorney General

   /s/ Patrick K. Sweeten
PATRICK K. SWEETEN
Chief, Special Litigation Division
Texas State Bar No. 00798537

P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 463-0150
(512) 936-0545 (fax)

**ATTORNEYS FOR THE STATE OF TEXAS, RICK PERRY, AND JOHN STEEN**

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was sent on December 20, 2013, via electronic mail to the following counsel of record:

DAVID RICHARDS
Richards, Rodriguez & Skeith LLP
816 Congress Avenue, Suite 1200
Austin, TX 78701
512-476-0005
davidr@rrsfirm.com

RICHARD E. GRAY, III
Gray & Becker, P.C.
900 West Avenue, Suite 300
Austin, TX 78701
512-482-0061/512-482-0924 (facsimile)
Rick.gray@graybecker.com

**ATTORNEYS FOR PLAINTIFFS PEREZ, DUTTON, TAMEZ, HALL, ORTIZ, SALINAS, DEBOSE, and RODRIGUEZ**

JOSE GARZA
Law Office of Jose Garza
7414 Robin Rest Dr.
San Antonio, Texas 78209
210-392-2856
garzpalm@aol.com

MARK W. KIEHNE
mkiehne@lawdcm.com
RICARDO G. CEDILLO
rcedillo@lawdcm.com
Davis, Cedillo & Mendoza
McCombs Plaza
755 Mulberry Ave., Ste. 500
San Antonio, TX 78212
210-822-6666/210-822-1151 (facsimile)

GERALD H. GOLDSTEIN
ggandh@aol.com
DONALD H. FLANARY, III
donflanary@hotmail.com
Goldstein, Goldstein and Hilley
310 S. St. Mary's Street
San Antonio, TX  78205-4605
210-226-1463/210-226-8367 (facsimile)

PAUL M. SMITH, MICHAEL B. DESANCTIS, JESSICA RING AMUNSON
Jenner & Block LLP
1099 New York Ave., NW
Washington, D.C. 20001
202-639-6000

J. GERALD HEBERT
191 Somervelle Street, # 405
Alexandria, VA 22304
703-628-4673
hebert@voterlaw.com

JESSE GAINES
P.O. Box 50093
Fort Worth, TX  76105
817-714-9988
gainesjesse@ymail.com

**ATTORNEYS FOR PLAINTIFFS QUESADA, MUNOZ, VEASEY, HAMILTON, KING and JENKINS**

JOAQUIN G. AVILA
P.O. Box 33687
Seattle, WA 98133
206-724-3731/206-398-4261 (facsimile)
jgavotingrights@gmail.com

**ATTORNEYS FOR MEXICAN AMERICAN LEGISLATIVE CAUCUS**

NINA PERALES
nperales@maldef.org
MARISA BONO
mbono@maldef.org
Mexican American Legal Defense
and Education Fund
110 Broadway, Suite 300
San Antonio, TX 78205
210-224-5476/210-224-5382 (facsimile)

MARK ANTHONY SANCHEZ
masanchez@gws-law.com
ROBERT W. WILSON
rwwilson@gws-law.com
Gale, Wilson & Sanchez, PLLC
115 East Travis Street, Ste. 1900
San Antonio, TX 78205
210-222-8899/210-222-9526 (facsimile)

**ATTORNEYS FOR TEXAS LATINO REDISTRICTING TASK FORCE, CARDENAS, JIMENEZ, MENENDEZ, TOMACITA AND JOSE OLIVARES, ALEJANDRO AND REBECCA ORTIZ**

JOHN T. MORRIS
5703 Caldicote St.
Humble, TX 77346
281-852-6388
Johnmorris1939@hotmail.com

**JOHN T. MORRIS, PRO SE**

LUIS ROBERTO VERA, JR.
Law Offices of Luis Roberto Vera, Jr.
1325 Riverview Towers
San Antonio, Texas 78205-2260
210-225-3300
lrvlaw@sbcglobal.net

GEORGE JOSEPH KORBEL
Texas Rio Grande Legal Aid, Inc.
1111 North Main
San Antonio, TX 78213
210-212-3600
korbellaw@hotmail.com

**ATTORNEYS FOR INTERVENOR-PLAINTIFF LEAGUE OF UNITED LATIN AMERICAN CITIZENS**

ROLANDO L. RIOS
Law Offices of Rolando L. Rios
115 E Travis Street, Suite 1645
San Antonio, TX 78205
210-222-2102
rrios@rolandorioslaw.com

**ATTORNEY FOR INTERVENOR-PLAINTIFF HENRY CUELLAR**

GARY L. BLEDSOE
Law Office of Gary L. Bledsoe
316 W. 12th Street, Ste. 307
Austin, TX 78701
512-322-9992/512-322-0840 (facsimile)
garybledsoe@sbcglobal.net

**ATTORNEY FOR INTERVENOR-PLAINTIFFS TEXAS STATE CONFERENCE OF NAACP BRANCHES, TEXAS LEGISLATIVE BLACK CAUCUS, EDDIE BERNICE JOHNSON, SHEILA JACKSON-LEE, ALEXANDER GREEN, HOWARD JEFFERSON, BILL LAWSON, and JUANITA WALLACE**

5

MAX RENEA HICKS
Law Office of Max Renea Hicks
101 West Sixth Street Suite 504
Austin, TX 78701
512-480-8231/512/480-9105 (facsimile)

**ATTORNEY FOR PLAINTIFFS CITY OF AUSTIN, TRAVIS COUNTY, ALEX SERNA, BEATRICE SALOMA, BETTY F. LOPEZ, CONSTABLE BRUCE ELFANT, DAVID GONZALEZ, EDDIE RODRIGUEZ, MILTON GERARD WASHINGTON, and SANDRA SERNA**
STEPHEN E. MCCONNICO
smcconnico@scottdoug.com
SAM JOHNSON
sjohnson@scottdoug.com
S. ABRAHAM KUCZAJ, III
akuczaj@scottdoug.com
Scott, Douglass & McConnico
One American Center
600 Congress Ave., 15th Floor
Austin, TX 78701
512-495-6300/512-474-0731 (facsimile)

**ATTORNEYS FOR PLAINTIFFS CITY OF AUSTIN, TRAVIS COUNTY, ALEX SERNA, BALAKUMAR PANDIAN, BEATRICE SALOMA, BETTY F. LOPEZ, CONSTABLE BRUCE ELFANT, DAVID GONZALEZ, EDDIE RODRIGUEZ, ELIZA ALVARADO, JOSEY MARTINEZ, JUANITA VALDEZ-COX, LIONOR SOROLA-POHLMAN, MILTON GERARD WASHINGTON, NINA JO BAKER, and SANDRA SERNA**

CHAD W. DUNN
chad@brazilanddunn.com
K. SCOTT BRAZIL
scott@brazilanddunn.com
Brazil & Dunn
4201 FM 1960 West, Suite 530
Houston, TX 77068
281-580-6310/281-580-6362 (facsimile)

**ATTORNEYS FOR INTERVENOR-DEFENDANTS TEXAS DEMOCRATIC PARTY and BOYD RICHIE**

VICTOR L. GOODE
Asst. Gen. Counsel, NAACP
4805 Mt. Hope Drive
Baltimore, MD 21215-5120
410-580-5120/410-358-9359 (facsimile)
vgoode@naacpnet.org

**ATTORNEY FOR TEXAS STATE CONFERENCE OF NAACP BRANCHES**

ROBERT NOTZON
Law Office of Robert S. Notzon
1507 Nueces Street
Austin, TX 78701
512-474-7563/512-474-9489 (facsimile)
robert@notzonlaw.com

ALLISON JEAN RIGGS
ANITA SUE EARLS
Southern Coalition for Social Justice
1415 West Highway 54, Ste. 101
Durham, NC 27707
919-323-3380/919-323-3942 (facsimile)
anita@southerncoalition.org

**ATTORNEYS FOR TEXAS STATE CONFERENCE OF NAACP BRANCHES, EARLS, LAWSON, WALLACE, and JEFFERSON**

DONNA GARCIA DAVIDSON
PO Box 12131
Austin, TX 78711
512-775-7625/877-200-6001 (facsimile)
donna@dgdlawfirm.com

**ATTORNEYS FOR DEFENDANT STEVE MUNISTERI**

KAREN M. KENNARD
2803 Clearview Drive
Austin, TX 78703
(512) 974-2177/512-974-2894 (facsimile)
karen.kennard@ci.austin.tx.us

**ATTORNEY FOR PLAINTIFF CITY OF AUSTIN**

6

RONALD C. MACHEN, JR.,
United States Attorney
District of Columbia
JOCELYN SAMUELS
T. CHRISTIAN HERREN, JR.
TIMOTHY F. MELLETT
timothy.f.mellett@usdoj.gov
BRYAN SELLS
Bryan.sells@usdoj.gov
JAYE ALLISON SITTON
jaye.sitton@usdoj.gov
DANIEL J. FREEMAN
daniel.freeman@usdoj.gov
MICHELLE A. MCLEOD
michelle.mcleod@usdoj.gov
Civil Rights Division, Voting Rights
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
NWB #7266
Washington, D.C. 20530
(202) 305-4143; (202) 305-4355

**ATTORNEYS FOR INTERVENOR
THE UNITED STATES**

DAVID ESCAMILLA
Travis County Asst. Attorney
P.O. Box 1748
Austin, TX 78767
(512) 854-9416
david.escamilla@co.travis.tx.us

**ATTORNEY FOR PLAINTIFF
TRAVIS COUNTY**

  /s/   Patrick K. Sweeten
PATRICK K. SWEETEN

7