IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>RICK PERRY, *et al.*,<br><br>　　　　　　Defendants. | Civil Actions No. 2:13-cv-193 (NGR);<br>2:14-cv-225 (NGR); 2:14-cv-236 (NGR) |
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*,<br><br>　　　　　　Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*,<br><br>　　　　　　Plaintiff-Intervenors,<br><br>　　v.<br><br>STATE OF TEXAS, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, <br><br>         Plaintiffs, <br><br>    v. <br><br> NANDITA BERRY, *et al.*, <br><br>         Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*, <br><br>         Plaintiffs, <br><br>    v. <br><br> STATE OF TEXAS, *et al.*, <br><br>         Defendants | Civil Action No. 2:13-cv-348 (NGR) |

## [Proposed] ORDER

Having reviewed Texas legislators' motions to quash (2:13-cv-193, ECF Nos. 312 & 313; 2:14-cv-225, ECF No. 1; and 2:14-cv-237, ECF No. 1) and the United States' opposition thereto (ECF No. ___), the legislators' motions are **DENIED**.  Depositions of legislators and aides subject to the jurisdiction of this Court shall proceed forthwith on mutually agreeable dates.  The deponents may invoke a state legislative privilege in response to particular questions, but the deponent must then answer the question subject to the privilege.  Those portions of the deposition transcript may then be designated as highly confidential pursuant to Paragraph 2.1 of the Consent Protective Order (ECF No. 65) and submitted to the Court for *in camera* review, along with a motion to compel, if the party taking the deposition wishes to use the testimony in

these proceedings.

**SO ORDERED.**

Date:

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE