EXHIBIT

1

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | |
|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DELEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEX, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMLEY, JANE DOE, JOHN DOE, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), AND DALLAS COUNTY, TEXAS, | ) ) ) ) ) ) ) ) ) ) |
| *Plaintiffs,* | ) ) |
| v. | ) ) |
| RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State, | ) ) ) |
| *Defendants.* | ) ) ) |

CIVIL ACTION NO.
2:13-CV-193 (NGR)
[Lead case]

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) |
| *Plaintiffs,* | ) ) |
| v. | ) ) |
| STATE OF TEXAS, JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety, | ) ) ) ) ) ) |
| *Defendants.* | ) ) ) |

CIVIL ACTION NO.
2:13-CV-263 (NGR)
[Consolidated case]

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES; and the MEXICAN AMERICAN LEGISLATIVE CAUCUS OF THE TEXAS HOUSE OF REPRESENTATIVES, | ) ) ) ) ) ) |

|  | ) |  |
| --- | --- | --- |
| *Plaintiffs,* | ) |  |
| v. | ) | CIVIL ACTION NO. |
|  | ) | 2:13-CV-291 (NGR) |
| JOHN STEEN, in his official capacity as | ) | [Consolidated case] |
| Secretary of State of Texas; and STEVE | ) |  |
| McCRAW, in his official capacity as Director | ) |  |
| of the Texas Department of Public Safety, | ) |  |
|  | ) |  |
| *Defendants.* |  |  |

## DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)

Defendants hereby submit their Initial Disclosures to Plaintiffs, Consolidated Plaintiffs, and Interested Parties under Rule 26(a)(1) of the Federal Rules of Civil Procedure. Defendants reserve the right to supplement these Initial Disclosures as additional discovery, investigation, and analysis may warrant. Defendants also do not waive any protections provided by any potential privileges, including but not limited to, the legislative privilege, the attorney work product protection, attorney-client privilege, or any other applicable privilege, protection, doctrine, or immunity. Defendants likewise do not waive the right to object, on any and all grounds, to (1) the evidentiary use of the information contained in these Initial Disclosures; and (2) discovery requests relating to these Initial Disclosures. Defendants also incorporate by reference Defendants' Motion to Dismiss and do not believe Plaintiffs have stated any claims on which relief can be granted and without waiving the same. Defendants provide the following disclosure responses based on the allegations contained in Plaintiffs' pleadings.

**INITIAL DISCLOSURES**

**A. The name and, if known, the address and telephone number of each person likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

 1. The Honorable Patricia Harless
    Texas House of Representatives
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Representative Harless sponsored Senate Bill (SB 14) in the Texas House of Representatives.  As the sponsor of SB 14, Representative Harless may have information concerning the goals of the legislation, debates regarding the legislation, amendments to the bill that were offered and considered, and any other matters related to SB 14 and the State's efforts to comply with state and federal law, including the Voting Rights Act, in the passage of this legislation.

 2. The Honorable Aaron Peña
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Representative Peña was a joint sponsor of SB 14 in the Texas House of Representatives.  As a joint sponsor of SB 14, Representative Peña may have information concerning the goals of the legislation, debates regarding the legislation, amendments to the bill that were offered and considered, and any other matters related to SB 14 and the State's efforts to comply with state and federal law, including the Voting Rights Act, in the passage of this legislation.

 3. The Honorable Larry Gonzales
    Texas House of Representatives
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Representative Gonzales was a co-sponsor of SB 14 in the Texas House of Representatives.  As a co-sponsor of SB 14, Representative Gonzales may have information concerning the goals of the legislation, debates regarding the legislation, amendments to the bill that were offered and considered, and any other matters related to SB 14 and the State's efforts to comply with state and federal law, including the Voting Rights Act, in the passage of this legislation.

4.  The Honorable Jose Aliseda
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Representative Aliseda was a co-sponsor of SB 14 in the Texas House of Representatives.  As a co-sponsor of SB 14, Representative Aliseda may have information concerning the goals of the legislation, debates regarding the legislation, amendments to the bill that were offered and considered, and any other matters related to SB 14 and the State's efforts to comply with state and federal law, including the Voting Rights Act, in the passage of this legislation.

5.  The Honorable Dennis Bonnen
    Texas House of Representatives
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Representative Bonnen was a co-sponsor of Senate Bill 14 in the Texas House of Representatives and served as Chair of the Select Committee on Voter Identification and Voter Fraud in 82nd Texas Legislature.  As a co-sponsor of SB 14, Representative Aliseda may have information concerning the goals of the legislation, debates regarding the legislation, amendments to the bill that were offered and considered, and any other matters related to SB 14 and the State's efforts to comply with state and federal law, including the Voting Rights Act, in the passage of this legislation.

6. The Honorable Troy Fraser
Texas Senate
c/o John B. Scott
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1695

Senator Fraser authored SB 14 in the Texas Senate.  As the author of SB 14, Senator Fraser may have information concerning the goals of the legislation, debates regarding the legislation, amendments to the bill that were offered and considered, and any other matters related to SB 14 and the State's efforts to comply with state and federal law, including the Voting Rights Act, in the passage of this legislation.

7. The Honorable Thomas Williams
c/o John B. Scott
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1695

Senator Williams co-authored SB 14 in the Texas Senate.  As a co-author of SB 14, Senator Williams may have information concerning the goals of the legislation, debates regarding the legislation, amendments to the bill that were offered and considered, and any other matters related to SB 14 and the State's efforts to comply with state and federal law, including the Voting Rights Act, in the passage of this legislation.

8. Janice McCoy
c/o John B. Scott
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1695

Ms. McCoy assisted with the passage of SB 14 in the Texas Senate.  She communicated directly with Senate members and committee members regarding their concerns and suggestions on SB 14 as well as amendments.

9. Colby Bueck
   c/o John B. Scott
   Office of the Attorney General
   P.O. Box 12548
   Austin, Texas 78711-2548
   (512) 936-1695

Mr. Bueck assisted with the passage of SB 14 in the Texas House of Representatives.  He communicated directly with House members and committee members regarding their concerns and suggestions on SB 14 as well as amendments.

10. Karina Davis
    Parliamentarian, Texas Senate
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Ms. Davis serves as the Texas Senate Parliamentarian.  As the Senate Parliamentarian, Ms. Davis may have information concerning debates regarding Senate Bill 14, amendments to the bill that were offered and considered in the Senate, the Senate Rules, and other matters related to SB 14.

11. Keith Ingram
    Director of Elections
    Texas Secretary of State
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Mr. Ingram participated in the administrative preclearance process of SB 14 and may have knowledge regarding the data that was provided to the Department of Justice during the administrative preclearance process on registered voters in Texas.  He may be contacted through counsel of record for the State of Texas.

12. Major Forrest Mitchell
   Office of the Attorney General
   Law Enforcement Division
   c/o John B. Scott
   Office of the Attorney General
   P.O. Box 12548
   Austin, Texas 78711-2548
   (512) 936-1695

Major Mitchell is a member of the Special Investigations Unit of the Law Enforcement Division of the Office of the Texas Attorney General. Major Mitchell has knowledge regarding election fraud in the State of Texas, including investigations, prosecutions, and referrals of suspected election fraud to the Texas Attorney General.

13. Ann McGeehan
   Assistant General Counsel
   Texas County and District Retirement System
   901 South Mopac
   Barton Oaks Plaza IV, Suite 500
   Austin, TX 78745
   (512) 328-8889

Ms. McGeehan is the former Director of Elections for the Texas Secretary of State and may have information regarding the development and analysis of S.B. 14. She may be contacted through counsel of record for the State of Texas.

14. Steven C. McCraw
   Director
   Texas Department of Public Safety
   c/o John B. Scott
   Office of the Attorney General
   P.O. Box 12548
   Austin, Texas 78711-2548
   (512) 936-1695

Mr. McCraw is a Director at the Texas Department of Public Safety and is responsible for managing and coordinating the Department's operations. He may be contacted through counsel of record for the State of Texas

15. Robert J. (Duke) Bodisch
    Chief of Staff
    Texas Department of Public Safety
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Mr. Bodisch is the Chief of Staff for the Texas Department of Public Safety and acts as the primary contact between the Department and other Texas state entities regarding the implementation of S.B. 14 and the Election Identification Certificate program. He may be contacted through counsel of record for the State of Texas.

16. Candace Notle
    Deputy Assistant Director
    Chief, Office of Government Relations
    Texas Department of Public Safety
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Ms. Nolte is the Deputy Assistant Director for the Texas Department of Public Safety. Since September 2012 to the present she has been in charge of the Department's Office of Government Relations and coordinates matters between the Department and the Texas Legislature. She may be contacted through counsel of record for the State of Texas.

17. Pamela Harden
    Legislative Coordinator
    Office of Government Relations
    Texas Department of Public Safety
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Ms. Harden is a Legislative Coordinator in the Texas Department of Public Safety's Office of Government Relations. She helps coordinate matters between the Department and the Texas Legislature. She may be contacted through counsel of record for the State of Texas.

18. Amanda Arriaga
    Assistant Director, Administration
    Texas Department of Public Safety
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Ms. Arriaga previously worked in the Texas Department of Public Safety's Office of Government Relations when S.B. 14 was passed. During that time, she assisted with coordinating matters between the Department and the Texas Legislature. She may be contacted through counsel of record for the State of Texas.

19. Rhonda Trumble
    Policy, Projects and Portfolio Management Office
    Texas Department of Public Safety
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Ms. Tumble was a staff member in the Texas Department of Public Safety's Office of Government Relations from 2009 through 2012, and worked on legislative tracking and communication during the legislative session when S.B. 14 was passed. She may be contacted through counsel of record for the State of Texas.

20. Sarah Hendricks
    Policy, Projects and Portfolio Management Office
    Texas Department of Public Safety
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Ms. Hendricks was a staff member in the Texas Department of Public Safety's Office of Government Relations from 2009 through 2012, and worked on legislative tracking and communication during the legislative session when S.B. 14 was passed. She may be contacted through counsel of record for the State of Texas.

21. Katherine Cesinger
    Deputy Assistant Director
    Media and Communications Office
    Texas Department of Public Safety
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Ms. Cesinger is the Deputy Assistant Director in the Media and Communications Office for the Texas Department of Public Safety. She is responsible for coordinating and communicating with the press and the public on behalf of the Department. She may be contacted through counsel of record for the State of Texas.

22. Tom Vinger
    Press Secretary/Assistant Chief
    Media Communications Office
    Texas Department of Public Safety
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Mr. Vinger is a staff member in the Texas Department of Public Safety's Media and Communications Office. He assists with the coordination and communication between the Department and the press and public. He may be contacted through counsel of record for the State of Texas.

23. Joe Peters
    Assistant Director
    Driver License Division
    Texas Department of Public Safety
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Mr. Peters is the Assistant Director of the Driver License Division for the Texas Department of Public Safety. He is responsible for all Department operations relating to driver licensing functions including the issuance of Election Identification Certificates. He assumed this position in June 2013 and worked on implementing S.B. 14. He may be contacted through counsel of record for the State of Texas.

24. Paul Watkins
    Deputy Assistant Director, Customer Operations
    Driver License Division
    Texas Department of Public Safety
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Mr. Watkins is the Deputy Assistant Director for Customer Operations within the Texas Department of Public Safety. He is responsible for Driver License operations statewide. He was involved in the creation of the Election Identification Certificate program and works directly with the Texas counties to provide Election Identification Certificate coverage. He may be contacted through counsel of record for the State of Texas.

25. Tony Rodriguez
    Senior Manager, Customer Operations
    Driver License Division
    Texas Department Public Safety
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Mr. Rodriguez is a Senior Manager for Customer Operations within the Texas Department of Public Safety. Since June 2013, Mr. Rodriguez has been the Department's primary contact for issues regarding Election Identification Certificates. He has also worked within other Department divisions and with other Texas state agencies to help develop, implement and execute the issuance of Election Identification Certificates. He may be contacted through counsel of record for the State of Texas.

26. Stephen Bell
    Senior Management, Customer Operations
    Driver License Division
    Texas Department of Public Safety
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Mr. Bell is a Senior Manager for Customer Operations within the Texas Department of Public Safety. He was involved in the training of the Department's field employees and providing customer service in the Department's offices. He also worked within other Department divisions and with other Texas state agencies to develop and execute a logistics plan to provide mobile Election Identification Certificate coverage throughout the state. He may be contacted through counsel of record for the State of Texas.

27. Joann Mastracchio
    Deputy Assistant Director
    Driver License Division
    Texas Department of Public Safety
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Ms. Mastracchio is a Deputy Assistant Director with the Texas Department of Public Safety's Driver License Division. She was involved in the creation of the Election Identification Certificate program by assisting the business process development and managing administration operations for the issuance of Election Identification Certificates. She may be contacted through counsel of record for the State of Texas.

28. Sheri Gipson
    Senior Management, Records and Enforcement, Customer Support
    Driver License Division
    Texas Department Public Safety
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Ms. Gipson works within the Texas Department of Public Safety's Driver License Division and provided statistical data and fiscal analysis information prior to and during the 82nd Legislative Session of the Texas Legislature. She served as a business subject matter expert for the Driver License System updates, and participated in the development of training curriculum provided to the Department's customer service representatives. She may be contacted through counsel of record for the State of Texas.

29. Margaret Spinks
    Manager, License and Record Service
    Driver License Division
    Texas Department of Public Safety
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Ms. Spinks is the Manager of License and Record Service within the Texas Department of Public Safety's Driver License Division. She was involved in the Department's process establishing business requirements for the program to issue Election Identification Certificates and continues to work in her role to help with the implementation and management of the process to issue Election Identification Certificates. She may be contacted through counsel of record for the State of Texas.

30. Kris Krueger
    Strategic Operations Analyst
    Driver License Division
    Texas Department Public Safety
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Mr. Kruger is a Strategic Operations Analyst with the Texas Department of Public Service and he offers support to the mobile Election Identification Certificate operations. He has also assisted in providing planning support between counties, regional managers, and headquarters for the fielding of employees and equipment to provide services to counties. He may be contacted through counsel of record for the State of Texas.

31. Ryan O'Connor
    Senior Business Analyst, Customer Operations
    Driver License Division
    Texas Department Public Safety
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Mr. O'Connor is a Senior Business Analyst within the Driver License Division of the Texas Department of Public Safety. He served as the point of contact for data related to Election Identification Certificate transactions and demographics of applicants. He collects data from field offices, applications and mail-in cards and distributes information within the Department to maintain situational awareness of transaction volume and requests for information regarding Election Identification Certificates. He may be contacted through counsel of record for the State of Texas.

32. Janie Smith
    Driver License Division
    Texas Department Public Safety
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

14

Ms. Smith works within the Texas Department of Public Safety's Driver License Division and has served as the legislative coordinator during the 82nd and 83rd Legislative Sessions for the Texas Legislature. She also acted as the subject matter expert for voter identification legislation, including S.B. 14, and helped with the initial implementation of S.B. 14 in 2011. She may be contacted through counsel of record for the State of Texas.

33. Bob Myers
    Training Specialist V
    Policy and Business Improvement
    Driver License Division
    Texas Department of Public Safety
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Mr. Myers is a Training Specialist with the Texas Department of Public Safety, and he developed training curriculum regarding the eligibility requirements and issuance procedures for obtaining an Election Identification Certificate. He has also assisted in developing curriculum and providing training for the Department's field teams and Texas county employees for the issuance of Election Identification Certificates. He may be contacted through counsel of record for the State of Texas.

34. Lynn Hale
    Training Specialist V
    Policy and Business Improvement
    Driver License Division
    Texas Department of Public Safety
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Ms. Hale is a Training Specialist with the Texas Department of Public Safety. She developed curriculum and assisted in training for the issuance of Election Identification Certificates for the Department's field teams and Texas county employees. She may be contacted through counsel of record for the State of Texas.

35. Germaine Martinez
    Program Specialist VII
    Policy and Business Improvement
    Driver License Division
    Texas Department of Public Safety
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Ms. Martinez is a Program Specialist with the Texas Department of Public Safety. She reviewed proposed voter identification legislation during the 82nd Legislative Session for the Texas Legislature to assess how the proposed legislation would impact the Department in various areas. She also served as a subject matter expert for the Department regarding technical issuance requirements and business rules development. She provided assistance with training and training guidelines for Department employees. She may be contacted through counsel of record for the State of Texas.

36. Lisa Daughtry
    Manager, License and Record Service
    Driver License Division
    Texas Department of Public Safety
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Ms. Daughtry is a Manager in the Driver License Division of the Texas Department of Public Safety. She has been involved in the process for the issuance of Election Identification Certificates.  She also oversees the quality assurance review of the Election Identification Certificate applications. She may be contacted through counsel of record for the State of Texas.

37. Bryan Lane
    Deputy Assistant Director
    Information Technology Division
    Texas Department of Public Safety
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Mr. Lane is the Texas Department of Public Safety's Deputy Assistant Director for Information Technology. He is responsible for overseeing the maintenance of the Driver License System database and the Concealed Handgun License database. He was involved in the development of the Election Identification Certificate programming and the extraction of data from these databases. He may be contacted through counsel of record for the State of Texas.

38. Frank Barker
    Information Technology Division
    Texas Department of Public Safety
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Mr. Barker works in the Texas Department of Public Safety's Information Technology Division, and he is the individual responsible for obtaining information from the Department's electronic mail system. He may be contacted through counsel of record for the State of Texas.

39. John Crawford
    Applications Manager, Licensing Services
    Texas Department of Public Safety
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Mr. Crawford is the Manager of the Licensing Services Applications for the Texas Department of Public Safety, and he manages the team responsible for developing and supporting the Driver License application software. He is also responsible for insuring that Election Identification Certificates are correctly processed and issued. He may be contacted through counsel of record for the State of Texas.

40. Lance Johnson
    Manager, Database Administration
    Information Technology Division
    Texas Department of Public Safety
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Mr. Johnson was the Database Administrator within the Texas Department of Public Safety that was responsible for obtaining data from the Driver License System in the *Texas v. Holder* litigation. He may be contacted through counsel of record for the State of Texas

41. Britt Brookshire
    Manager, Enterprise Services Applications
    Information Technology Division
    Texas Department of Public Safety
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Ms. Brookshire is a Manager in the Information Technology Division for the Texas Department of Public Safety, and oversees the programmers responsible with implementing voter identification and Election Identification Certificate changes to the Department's Driver License System. She may be contacted through counsel of record for the State of Texas.

42. Todd Polasek
    Systems Analyst IV
    Information Technology Division
    Texas Department of Public Safety
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Mr. Polasek is the Exchange Administrator in the Information Technology Division for the Texas Department of Public Safety and he executed various email searches for documents in the *Texas v. Holder* litigation. He may be contacted through counsel of record for the State of Texas.

43. Dennis Leopold
    Manager Shared Services
    Information Technology Division
    Texas Department of Public Safety
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Mr. Leopold was the Manager of Shared Services for the Texas Department of Public Safety's Information Technology Division. He is familiar with the Department's Concealed Handgun License database and has previously extracted data from this database for use in the *Texas v. Holder* litigation. He may be contacted through counsel of record for the State of Texas.

44. Robert Jett
    Information Technology Division
    Texas Department of Public Safety
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Mr. Jett is a Systems Analyst with the Texas Department of Public Safety's Information Technology Division. He is familiar with the Department's Concealed Handgun License database and has previously provided information regarding this database in the *Texas v. Holder* litigation. He may be contacted through counsel of record for the State of Texas.

45. Rick Smith
    Information Technology Division
    Texas Department of Public Safety
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Mr. Smith is a Database Analyst in the Texas Department of Public Safety's Information Technology Division. He is familiar with the Department's Driver License System database and has previously provided information regarding this database in the *Texas v. Holder* litigation. He may be contacted through counsel of record for the State of Texas.

46. Mark Whelan
    Former Contractor with Texas Department of Public Safety
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Mr. Whelan was a contractor who previously worked with the Texas Department of Public Safety. He was one of the Driver License System database developers and work with the Department's Information Technology Division in relation to this database. He may be contacted through counsel of record for the State of Texas.

47. Rebecca Davio
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Ms. Davio is the former Assistant Director of the Driver License Division for the Texas Department of Public Safety. She held this position during the 82nd legislative session for the Texas Legislature. She was in charge of the overall process for implementing the requirements under S.B. 14 and the development of the Election Identification Certificates. She may be contacted through counsel of record for the State of Texas.

48. Enrique Gomez
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Mr. Gomez is the former Director of Technology for the Texas Department of Public Safety's Driver License Division. He was responsible for coordinating between the Department's information technology and the database administrators for the Driver License System database. He also assisted with the creation of the Election Identification Certificate system. He may be contacted through counsel of record for the State of Texas.

49. Michael Terry
    c/o John B. Scott
    Office of the Attorney General
    P.O. Box 12548
    Austin, Texas 78711-2548
    (512) 936-1695

Mr. Terry is the former Deputy Assistant Director for Policy and Business Improvement for the Texas Department of Public Safety's Driver License Division. He involved in the development of the Election Identification Certificate and the business process. He may be contacted through the counsel of record for the State of Texas.

50. The Honorable Clay Jenkins
    Dallas County Judge
    411 Elm Street
    Dallas, Texas

Judge Jenkins is a Dallas County Judge, a county that is a Plaintiff in this litigation, and has made public statements regarding SB 14.

**The following are persons with knowledge of the Election Identification Certificate (EIC) systems:**

Peggy L. Friebele
301 N. Live Oak Street, Rockport 78382
(361) 790-0122

Vicki Wright
PO Box 700, Archer City, TX 76351
(940) 574-4224

Patricia Sherrill
P O Box 189, Claude, Texas  79019
(806) 226-2081

Marcus Pena
804 E. Wendt St., Bellville TX 77418-2840
(979) 865-8633

Toba Perez-Wright
P.O. Box 1882 Bandera 78003
(830) 796-8146

Benny Ray Allison
P.O. Box 115, Gail TX 79738
(806) 756-4311

Joyce Herridge
P.O. Box 124, Gail, Texas  79738
(806) 756-4324

Pam Ohlendorf
1403 Blackjack St., Lockhart, TX 78644
(512) 668-4347

Gale Burns
115 North Ave. Ste. B., Pittsburg TX 75686
(903) 856-3391

Mary Grim
13 E. 7th Street, Robert Lee, TX 76945
(325) 453-2631

Rhonda Shaw
P.O. Drawer H, Ozona, TX 76943
(325) 392-2674

Michelle Medley
P.O. Drawer H, Ozona, TX 76943
325-392-2674

Winona Humphreys
P.O. Box 120, Dickens TX 79229
(806) 623-5531

Mario Z. Garcia
103 N. 5th Street, Carrizo Springs, Texas 78834
(830) 876-4238

Ana Bazan
P.O. Box 308, San Diego TX 78384
(361) 279-6278

Nicket Peoples-Taylor
P.O. Box 810, Marlin TX 76661
(254) 883-1521

Dina Bell
P.O. Box 605, La Grange TX 78945
(979) 968-6563

Sue Ann Harper
P.O. Box 70, Mt. Vernon TX 75457
(903) 537-2358

Anna Alaniz
500 E. San Antonio St., #20, Pearsall TX 78061
(830) 334-2152

Nancy Wallace
P.O. Box 26, Post TX 79356
(806) 495-4448

Nancy Hillger
P.O. Box 89, Garden City TX 79739
(432) 354-2489

Michelle D. Garcia
P.O. Box 800, Goliad TX 77963
(361) 645-3354

Kristi Boehmer
P.O. Box 800, Goliad TX 77963
(361) 645-3354

Rebecca Duff
P.O. Box 375, Anderson TX 77830
(936) 873-4424

Kim Vera
15 NW Court, Spearman, TX 79081
(806) 659-4110

Linda Cummings
14 N.W. Court, Spearman TX 79081
(806) 659-4120

Karen Opiela
210 W. Calvert, Karnes City TX 78118
(830) 780-3938

Noel Peña
PO Box 243, Sarita TX 78385
(361) 294-5255

Martha Pena Padron
P.O. Box 1220, Brackettville TX 78832
(830) 563-2688

Kathy Fry
101 S. Main, Lipscomb TX 79056
(806) 862-2911

Billy B. Hopper
P.O. Box 104, Mentone TX 79754
(432) 377-2411

Earl C. Parker, Jr.
101 W. Main, Rm. 121, Madisonville TX 77864
(936) 349-0132

Karen G. Jones
114 W. Austin, Rm. 100, Jefferson TX 75657
(903) 665-3281

Angel Bostwick
P.O. Box 37, Tilden TX 78072
(361) 274-3233

Bessie Guerrero
P.O. Box 37, Tilden TX 78072
(361) 274-3233

Timothy Royce Powell
P.O. Box 215, Menard TX 76859
(325) 396-4523

Jo Elaine Hart
P.O. Box 727, Matador TX 79244
(806) 347-2252

Linda Brown
P.O. Box 211, Vega TX 79092-0211
(806) 267-2280

Knoxie Mathes
P.O. Box 9618, Amarillo TX 79105
(806) 379-2299

Bella A. Rubio
P. O. Box 750, Leakey, TX 78873
(830) 232-5202

Donna Brice
P.O. Box 898, Leakey TX 78873
(830) 232-6210

Rachael B. Garcia
P.O. Box 452, Refugio TX 78377
(361) 526-2151

DeAnn Williams
P.O. Box 458, Miami TX 79059
(806) 868-5281

Trudy R. Hancock
P.O. Box 819, Franklin TX 77856
(979) 828-5726

Deborah K. Woods
P.O. Box 873, San Augustine TX 75972
(936) 275-0989

Sherryl Evans
51 E. Pine Ave, Room A1, Coldspring TX 77331
(936) 653-5804

Stephen Boyd
500 E. Wallace, San Saba TX 76877
(325) 372-5551

Brenda Mayfield
P.O. Box 846, Eldorado TX 76936
(325) 853-2302

Valerie McAlister
P.O. Box 1229, Stratford TX 79084
(806) 366-2150

Cathy Thomas
P.O. Box 1355, Glen Rose TX 76043-0305
(254) 897-9470

Susan Wyatt
P.O. Box 808, Sterling City TX 76951
(325) 378-5191

Jim Ward
P.O. Box N, Aspermont TX 79502
(940) 989-2633

Erica Nicole Berry
P.O. Box 858, Sonora TX 76950
(325) 387-2342

William "Clint" McDonald
P.O. Box 320, Sanderson TX 79848
(432) 345-2525

Lindy Warren
P.O. Box 369, Groveton TX 75845
(936) 642-1637

Mary Martha Arana
P.O. Box 65, Rankin TX 79778
(432) 693-2014

Lewis "Scott: Porter
Box 1060, Wheeler TX 79096
(806) 826-3131

Hugo Leyva
190 N. 3rd St., Raymondville TX 78580
(956) 689-2387

Karen Newman
P.O. Box 65, Johnson City TX 78636
(830) 868-7357

Hollis W. Boatright
P.O. Box 465, Johnson City TX 78636
(830) 868-7178

Bena Hester
P. O. Box 555, Silverton, TX 79257
(806) 823-2134

Jon Etta Ziegler
P.O. Box 315, Silverton TX 79257
(806) 823-2136

Maribel Longoria
214 North Main, Henrietta TX 76365
(940) 538-4356

Cheryl Butler
100 N. Main, Room 201, Morton TX 79346
(806) 266-5450

Rita Tyson
100 North Main St., Morton, Texas 79346
(806) 266-5450

Jackie Johnson
800 W. Avenue, Box 10, Wellington TX 79095
(806) 447-2408

Genarah Manuel
800 West Ave., Box 2, Wellington TX 79095
(806) 447-5606

Barbara K. Hoffman
P.O. Box 67, Paint Rock TX 76866
(325) 732-4322

Jan Irons
P.O. Box 717, Paducah TX 79248
(806) 492-3823

Nakia Dawn Hargrave
P.O. Box 908, Paducah TX 79248-0908
(806) 492-3345

Jane Jones
200 W. Dallas Ave, Cooper TX 75432
(903) 395-4400 Ext. 222

Dawn Stewart
P.O. Box 388, Cooper TX 75432
(903) 395-4400 Ext. 22

Olga Lydia Reyes
P.O. Box 184, Rocksprings TX 78880
(830) 683-2235

Mark Bean
P.O. Box 378, Rocksprings TX 78880
(830) 683-2337

Debra Hopkins
P.O. Box 539, Crowell TX 79227
(940) 684-1365

Mike Brown
P.O. Box 309, Crowell TX 79227
(940) 684-1501

Raye Bailey
512 Main Street, Ste. 8, Memphis TX 79245
(806) 259-2627

Maribel C. Gonzales
512 Main, Suite 5, Memphis TX 79245
(806) 259-2125

Franky Scott
P.O. Box 89, Channing TX 79018
(806) 235-3142

Melissa Mead
P.O. Box Q, Channing TX 79018
(806) 235-3582

Virginia Doyal
P.O. Box 58, Sierra Blanca TX 79851
(915) 369-2301

Kay Scarbrough
P.O. Box 158, Sierra Blanca TX 79851
(915) 369-2331

Molly Criner
P.O. Box 736, Mertzon TX 76941
(325) 835-2421

Joyce Gray
P.O. Box 859, Mertzon TX 76941
(325) 835-7771

Janice C. Robinson
100 Main, Ste 208, Jacksboro TX 76458
(940) 567-2111

Sharon Robinson
100 N. Main, Ste. 209, Jacksboro TX 76458
(940) 567-2352

Barbara Williams
115 W. Main, Rm. 101, Edna TX 77957
(361) 782-3563

Donna Atzenhoffer
115 W. Main, Rm. 102, Edna TX 77957
(361) 782-3473

Jennifer Wright
P.O. Box 398, Fort Davis TX 79734
(432) 426-3251

Rick McIvor
P.O. Box 1061, Fort Davis TX 79734
(432) 426-3213

Zonia G. Morales
P.O. Box 878, Hebbronville TX 78361
(361) 527-4031

Norma Liza S. Hinojosa
P.O. Box 160, Hebbronville TX 78361
(361) 527-3237

Richard Craig Harrison
P.O. Box 9, Jayton TX 79528
(806) 237-3881

William Scogin
P.O. Box 7, Jayton TX 79528
(806) 237-3746

Haydee C. Torres
Courthouse, 501 Main St., Junction TX 76849
(325) 446-3353

Jammye D. Timmons
P.O. Box 135, Guthrie TX 79236
(806) 596-4412

Sadie Piper Spitzer
P.O. Box 105, Guthrie TX 79236
(806) 596-4318

Russ Towers
231 Lamar Avenue, Paris, Texas 75460
(903) 782-1116

Susan Tipton
P.O. Box 937, Tahoka TX 79373
(806) 561-4750

Donna Willis
P.O. Box 1205, Tahoka TX 79373
(806) 561-4112

Buster Nixon
P.O. Box 391, Mason TX 76856
(325) 347-5252

Sandra K. Duckworth
P.O. Box 484, Newton TX 75966
(409) 379-5341

Melissa Burks
P.O. Box 456, Newton TX 75966
(409) 379-4241

Betty Janice McDaniel
P.O. Box 580, Hemphill TX 75948
(409) 787-3786

Martha M. Stone
P.O. Box 310, Hemphill TX 75948
(409) 787-2257

Cheri Hawkins
P.O. Box 2109, Albany TX 76430
(325) 762-2232 Ext. 3

Edward "Ed" Miller
P.O. Box 2620, Albany TX 76430
(325) 762-2000

Dianna Moore
P.O. Box 309, Throckmorton TX 76483
(940) 849-2501

**B. A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession custody or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

1. Legislative records of Senate Bill 14 in the 82nd Texas Legislature;

Records of the Texas Legislature are publicly available in the form of published journals and electronic recordings.

2. Data Maintained by the Texas Secretary of State;

The Texas Secretary of State maintains voter registration data in the T.E.A.M. database.  Data from the T.E.A.M. database was produced by the State of Texas in *Texas v. Holder*, 888 F.Supp. 2d 113 (D.D.C.2012).

3. Data Maintained by the Texas Department of Public Safety;

The Texas Department of Public Safety maintains databases containing information related to Texas driver licenses, personal identification cards, and concealed handgun permits.  Data from these databases was produced by the State of Texas in *Texas v. Holder*, 888 F.Supp. 2d 113 (D.D.C.2012).

4. Deposition transcripts and deposition exhibits from deponents in the *Texas v. Holder*, 888 F.Supp. 2d 113 (D.D.C.2012);

5. Files of Election Identification Certificate Holders;

The Texas Department of Public Safety maintains files containing information relating to individuals requesting or in possession of Election Identification Certificates.

6. State of Texas' initial preclearance packet for Senate Bill 14 and any additional documents requested by the Department of Justice;
The Secretary of State for the State of Texas provided documents to the Department of Justice's Voting Section seeking preclearance for Senate Bill 14. Additional information was supplied by the Texas Secretary of State during the preclearance phase in response to requests for information from the Department of Justice.

7. Documents Produced by the State of Texas in *Texas v. Holder*, 888 F.Supp. 2d 113 (D.D.C.2012);

The State of Texas produced numerous documents on behalf of the Secretary of State, the Department of Public Service, the Governor's Office, the Lieutenant Governor's Office and the Texas Legislature which are identified in the attached production log. See Exhibit A. The State of Texas has in its possession but did not produce documents believed to be privileged and identified in privilege logs, incorporated by reference here, and previously produced in *Texas v. Holder*, 888 F.Supp. 2d 113 (D.D.C.2012).

8. Documents produced by the Department of Justice in *Texas v. Holder*, 888 F.Supp. 2d 113 (D.D.C.2012) identified by Bates numbers US_00000001 – US_00021928;

The original documents remain in the possession of the Department of Justice.

9. Documents produced by Texas State Conference of NAACP Branches in *Texas v. Holder*, 888 F.Supp. 2d 113 (D.D.C.2012) identified by Bates numbers NAACP-00000001 – NAACP-00006021;

The original documents remain in the possession of the Texas State Conference of NAACP Branches.

10. Documents produced by the Mexican American Legislative Caucus of Texas House Representatives in *Texas v. Holder*, 888 F.Supp. 2d 113 (D.D.C.2012), identified by Bates numbers MALC-00000001 – MALC-00009210;

The original documents remain in the possession of the Mexican American Legislative Caucus of Texas House Representatives.

11. Documents produced by Texas League of Young Voters Education Fund in *Texas v. Holder*, 888 F.Supp. 2d 113 (D.D.C.2012) identified by Bates numbers TLYV_0000000001 – 0000000748;

The original documents remain in the possession of the Texas League of Young Voters Education Fund.

12. Documents produced by the Texas Legislative Black Caucus on behalf of the Texas Legislative Black Caucus, League of Women Voters of Texas, Justice Seekers, Southwest Workers Union, La Union del Pueblo Entero, Rev. Ronald Wright, Rev. Peter Johnson, and Donald Wright in the *Texas v. Holder*, 888 F.Supp. 2d 113 (D.D.C.2012) identified by Bates numbers TLBC_0000001-00000906;

The original documents remain in possession of the Texas Legislative Black Caucus and the various entities it represented.

13. Documents produced by Rodriguez Intervenors (Mi Familia Vota Education Fund, Southwest Voter Registration Education Project, Nicole Rodriguez and Victoria Rodriguez) in the *Texas v. Holder*, 888 F.Supp. 2d 113 (D.D.C.2012) identified by Bates numbers RODR-001 – RODR-00154.

The original documents remain in the possession of the Rodriguez Intervenors.

14. The State of Texas incorporates by reference all exhibits disclosed, provided or used during *Texas v. Holder*, 888 F.Supp. 2d 113 (D.D.C.2012), regardless of which party, Plaintiff, Defendant, or Party Intervenors disclosed, provided or used such exhibits.

**C. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34, the documents or other evidentiary material on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Not applicable. Plaintiff is not claiming damages.

**D. For inspection and copying, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

None.

Respectfully submitted.

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

J. REED CLAY, JR.
Special Assistant and Senior Counsel
to the Attorney General

*/s/ John B. Scott*
JOHN B. SCOTT
Deputy Attorney General for Litigation
Southern District of Texas No. 10418
Texas State Bar No. 17901500
ATTORNEY-IN-CHARGE

G. DAVID WHITLEY
Assistant Deputy Attorney General

STEPHEN RONALD KEISTER
Assistant Attorney General

SEAN FLAMMER
Assistant Attorney General

209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
 (512) 475-0131

COUNSEL FOR THE STATE OF TEXAS,
RICK PERRY, JOHN STEEN AND STEVE
MCCRAW

35

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 21, 2013, a true and correct copy of the foregoing document was served via the Court's ECF system on all counsel of record.


<u>/s/ John B. Scott</u>
JOHN B. SCOTT
Deputy Attorney General for Civil Litigation