# EXHIBIT 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, ET AL.,          )          CASE NO: 2:13-CV-00193
                              )
              Plaintiffs,     )                CIVIL
                              )
     vs.                      )          Corpus Christi, Texas
                              )
RICK PERRY, ET AL.,           )          Wednesday, May 28, 2014
                              )          (8:56 a.m. to 9:24 a.m.)
              Defendants.     )          (2:55 p.m. to 3:34 p.m.)

TELEPHONIC STATUS CONFERENCE

BEFORE THE HONORABLE NELVA GONZALES RAMOS,
UNITED STATES DISTRICT JUDGE

Appearances:              See Next Page

Court Recorder:           Genay Rogan

Clerk:                    Brandy Cortez

Transcriber:              Exceptional Reporting Services, Inc.
                          P.O. Box 18668
                          Corpus Christi, TX 78480-8668
                          361 949-2988

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

2

**APPEARANCES FOR:**

Marc Veasey, et al.:    CHAD W. DUNN, ESQ.
                                  Brazil and Dunn
                                  4201 Cypress Creek Parkway, Suite 530
                                  Houston, TX 77068

                                  ARMAND DERFNER, ESQ.
                                  P.O. Box 600
                                  Charleston, SC 29402

                                  J. GERALD HEBERT, ESQ.
                                  191 Somervelle Street
                                  #405
                                  Alexandria, VA 22304

                                  KEMBEL SCOTT BRAZIL, ESQ.
                                  Brazil and Dunn
                                  4201 Cypress Creek Parkway
                                  Suite 530
                                  Houston, TX 77068

                                  EMMA SIMPSON, ESQ.

United States                  ANNA BALDWIN, ESQ.
of America:                    DANIEL FREEMAN, ESQ.
                                  ELIZABETH WESTFALL, ESQ.
                                  U. S. Department of Justice
                                  950 Pennsylvania Avenue, N.W.
                                  NWB Room 7125
                                  Washington, DC 20530

Mexican American           EZRA D. ROSENBERG, ESQ.
Legislative Caucus,       Dechert, LLP
et al.:                      902 Carnegie Center, Suite 500
                                  Princeton, NJ 08540-6531

Oscar Ortiz, et al.:     ROBERT W. DOGGETT, ESQ.
                                  Texas Rio Grande Legal Aid
                                  4920 North IH 35
                                  Austin, TX 78751

                                  MARINDA VAN DALEN, ESQ.
                                  Texas Rio Grande Legal Aid
                                  531 E. St. Francis
                                  Brownsville, TX 78520

3

<u>**APPEARANCES FOR:**</u>     (CONTINUED)

| | |
|---|---|
| Texas Association of | ROLANDO L. RIOS, ESQ. |
| Hispanic County Judges | 115 E. Travis |
| and County | Suite 1654 |
| Commissioners: | San Antonio, TX 78205 |
| Texas League of Young | NATASHA KORGAONKAR, ESQ. |
| Voters Education Fund: | NAACP Legal Defendant and Educational |
| | Funds, Inc. |
| | 40 Rector Street |
| | 5th Floor |
| | New York, NY 10006 |
| | |
| | RYAN HAYGOOD, ESQ. |
| | NAACP Legal Def. and Educational Fund |
| | 40 Rector Street, 5th Floor |
| | New York, NY 10006 |
| | |
| | KELLY DUNBAR, ESQ. |
| | |
| State of Texas: | JOHN BARRET SCOTT, ESQ. |
| | Scott, Yung, L.L.P. |
| | 208 N. Market Street |
| | Suite 200 |
| | Dallas, TX 75202 |
| | |
| | JOHN R. CLAY, ESQ. |
| | Office of the Attorney General |
| | P.O. Box 12548 |
| | MC 001 |
| | Austin, TX 78711 |
| | |
| | ARTHUR D'ANDREA, ESQ. |
| | JENNIFER ROSCETTI, ESQ. |

4

1          <u>**Corpus Christi, Texas; Wednesday, May 28, 2014; 8:56 a.m.**</u>

2                              <u>**Call to Order**</u>

3          **THE CLERK:**  Good morning, Counsel.  This is Brandy

4   with Judge Ramos's Court.  Do I have attorneys on the line for

5   the individuals, Veasey, et al.

6          **MR. DUNN:**  Yes.  Hi, good morning.  This is Chad Dunn

7   and with me is Armand Derfner, Emma Simpson, Gerry Hebert, Neil

8   Baron and Scott Brazil.

9          **THE CLERK:**  Thank you.  And then for the United

10  States who do I have present?

11         **MS. WESTFALL:**  Yes, this is Elizabeth Westfall for

12  the United States, and I have Dan Freeman and Anna Baldwin on

13  the line and some others who will not be participating.

14         **THE CLERK:**  Thank you.  And for the Mexican American

15  Legislative Caucus, Mr. Rosenberg?

16         **MR. ROSENBERG:**  Yes, I'm on the line and there may be

17  some others from my group, but I'll be doing the speaking.

18         **THE CLERK:**  Okay.  And then for Ortiz, et al, Ms. Van

19  Dalen?

20         **MS. VAN DALEN:**  Yes, ma'am, Mirinda Van Dalen and

21  Robert Doggett is on the line as well.

22         **THE CLERK:**  Thank you.  And for the Texas Association

23  of Hispanic County Judges, Mr. Rios or Mr. Henrickson?

24         **MR. RIOS:**  Rolando Rios is on the line, your Honor.

25         **THE CLERK:**  Thank you.  And for the Texas League of

1          **THE COURT:**  Yes.

2          **MR. FREEMAN:**  Mr. D'Andrea was not Counsel in *Texas v*

3    *Holder,* but those depositions were certainly necessary in order

4    to cross examine the witnesses that the State of Texas put

5    forward.

6          The State of Texas requested the exact same relief

7    that they requested for quashing (indiscernible) and quashing

8    legislative efforts in their entirety and I believe that was

9    denied.

10         **THE COURT:**  Yeah, I don't think -- I don't think it's

11   appropriate to quash the entire deposition.

12         The issue is going to be how we address the

13   privilege, I think is the point.

14         **MR. FREEMAN:**  Your Honor, if I may, to the extent

15   that your Honor believes that it would not be appropriate to

16   quash the depositions in entirety, the United States would

17   request an Order to that effect so that we may begin to

18   schedule these depositions.  We attempted to schedule

19   previously.  Counsel for the Legislators told us that he was

20   communicating with his client for --

21         **THE COURT:**  Okay, just stop right there.  So why

22   don't -- why don't -- I'll work on that and when we talk on

23   June 4th we need to discuss some dates for those depositions so

24   Defense needs to get with those witnesses and start getting

25   dates, correct?

1          You-all will continue discussing the issues with the

2    data base production of documents regarding that today and

3    we'll meet again at 3:00 o'clock on that issue.

4          Was there anything else?

5          **MR. DERFNER:**  Your Honor, this is Armand Derfner.

6          Just for clarification, initially you said you wanted

7    that 10-page document among State and party's positions on

8    common interest by June 4, but if you're going to have this

9    hearing --

10          **THE COURT:**  I'm sorry, I thought -- did we say -- I

11    have June 4th, too, but I think we're bumping it to June 2nd so

12    we can address it on June 4th.  Is that a problem or no?

13          **MR. DERFNER:**  No, that's why I wanted you to clarify.

14          **THE COURT:**  Okay, yeah.  What else?

15          **MR. FREEMAN:**  Your Honor, this is Dan Freeman.

16          Also you had stated that the parties should

17    meet/confer regarding dates for the legislative (indiscernible)

18    depositions.  Have subpoenas have been issued?

19          **THE COURT:**  Right.

20          **MR. FREEMAN:**  Thank you, your Honor.

21          **THE COURT:**  Because we're going to -- if you-all

22    haven't confirmed dates we'll address that on June 4th, that

23    Wednesday.

24          **MR. FREEMAN:**  Your Honor -- I'm sorry, your Honor.

25    Just -- I want to clarify (indiscernible) I'm hearing the right