# EXHIBIT 8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF TEXAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>and ERIC H. HOLDER, JR. in his )<br>official capacity as Attorney General )<br>of the United States, )<br>)<br>Defendants, )<br>)<br>WENDY DAVIS, *et al.,* )<br>)<br>Defendant-Intervenors. ) | Case No. 1:11-CV-01303<br>(RMC-TBG-BAH)<br>[Three-Judge Panel] |

### NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF REPRESENTATIVE GARNET COLEMAN

**TO:** Defendants United States of America and Eric H. Holder, Jr. by and through their attorney of record, Timothy F. Mellett, U.S. Department of Justice, Voting Rights Division, 950 Pennsylvania Avenue, NW Room 7203, Washington, DC 20530.

Please take notice that on January 6, 2012 beginning at 1:30 p.m. at the offices of the Texas Attorney General, 209 W. 14th Street, Austin, Texas, 78701, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff will take the oral deposition of REPRESENTATIVE GARNET COLEMAN, before a court reporter and notary public for the State of Texas. The deposition may be videotaped. The deposition will continue from time to time and place to place until concluded.

Dated: December 16, 2011                Respectfully Submitted,

FOR THE PLAINTIFF:

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

BILL COBB
Deputy Attorney General for Civil Litigation

DAVID C. MATTAX
Director of Defense Litigation

*/s/ David J. Schenck*
DAVID J. SCHENCK
Deputy Attorney General for Legal Counsel

J. REED CLAY, JR.
Special Assistant and Senior Counsel
to the Attorney General

BRUCE D. COHEN
Special Assistant to the Attorney General

Office of the Attorney General
P.O. Box 12548, Capitol Station
209 W. 14th Street
Austin, Texas  78701
(512) 936-1342 / (512) 936-0545 (fax)

*Attorneys for the State of Texas*

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document has been sent via email to the following parties on December 16, 2011:

Daniel J. Freeman
U.S. DEPARTMENT OF JUSTICE
Voting Section, Civil Rights Division
950 Pennsylvania Avenue, NW
NWB Room 7203
Washington, DC 20530
(202) 305-4355
Email: daniel.freeman@usdoj.gov

J. Gerald Hebert
191 Somerville Street, #405
Alexandria, VA 22304
(703) 628-4673 Fax: (202) 736-2222
Email: jghebert@comcast.net

Paul M. Smith
Michael B. DeSanctis
Jessica Ring Amunson
Caroline D. Lopez
JENNER & BLOCK LLP
1099 New York Ave., N.W.
Washington, D.C. 20001

Mark A. Posner
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
1401 New York Avenue, NW Suite 400
Washington, DC 20005
(202) 307-1388
Email: mposner@lawyerscommittee.org

John M. Devaney
Marc Erik Elias
PERKINS COIE
700 13th Street, NW Suite 600
Washington, DC 20005-3960
(202) 628-6600
Email: jdevaney@perkinscoie.com
Email: melias@perkinscoie.com

Nina Perales
MEXICAN AMERICAN LEGAL DEFENSE & EDUCATIONAL FUND, INC.
110 Broadway Suite 300
San Antonio, TX 78205
(210) 224-5476 Fax: 210-224-5382
Email: nperales@maldef.org

Robert Stephen Notzon
1507 Nueces Street
Austin, TX 78701-1501
(512) 474-7563 Fax: (512) 474-9489
Email: robert@notzonlaw.com

Ray Velarde
1216 Montana Avenue
El Paso, TX 79902
(915) 532-6003
Email: velardelaw2005@yahoo.com

Chad W. Dunn
BRAZIL & DUNN
4201 FM 1960 West Suite 530
Houston, TX 77068
(281) 580-6310
Email: chad@brazilanddunn.com

  */s/ David J. Schenck*
  DAVID J. SCHENCK
  Deputy Attorney General for Legal Counsel