IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-193 (NGR) |
| RICK PERRY, *et al.*, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, | |
| Plaintiff-Intervenors, | |
| TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, | Civil Action No. 2:13-cv-263 (NGR) |
| Plaintiff-Intervenors, | |
| v. | |
| STATE OF TEXAS, *et al.*, | |
| Defendants. | |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

               Plaintiffs,

      v.

NANDITA BERRY, *et al.*,

               Defendants.

Civil Action No. 2:13-cv-291 (NGR)

---

BELINDA ORTIZ, *et al.*,

               Plaintiffs,

      v.

STATE OF TEXAS, *et al.*,

               Defendants

Civil Action No. 2:13-cv-348 (NGR)

## NOTICE OF PENDING MATTERS AND SUBMISSION OF PROPOSED ORDERS

To facilitate resolution of the numerous motions to quash now pending before this Court, the United States hereby provides the Court with notice of the relevant pleadings in table form, along with proposed orders (1) resolving document subpoenas in a manner consistent with this Court's prior rulings and (2) resolving deposition subpoenas in accordance with the procedures set out in *Perez v. Perry*, No. 5:11-cv-360 (W.D. Tex. Aug. 1, 2011) (three-judge court) (ECF No. 102).

## DOCUMENT SUBPOENAS

### 1. Motions to Quash Identical to ECF No. 251

The U.S. District Court for the Western District of Texas has transferred thirty motions to quash subpoenas duces tecum to this Court.  Twenty-eight are identical in substance to the

motion to quash already resolved by this Court.  *See* 5/1/14 Minute Order; 5/15/14 Minute Order;

*see also* Mot. to Quash (ECF No. 251).

**Table 1:  Motions to Quash Identical to ECF No. 251**

| Movant | Docket | Mot. to Quash | Opposition |
|---|---|---|---|
| Rep. Charles Anderson | 2:14-cv-227 | ECF No. 1 | ECF No. 8 |
| Colby Beuck | 2:14-cv-214 | ECF No. 1 | ECF No. 8 |
| Sen. Brian Birdwell | 2:14-cv-211 | ECF No. 1 | ECF No. 8 |
| Rep. Dwayne Bohac | 2:14-cv-213 | ECF No. 1 | ECF No. 8 |
| Rep. Betty Brown | 2:14-cv-205 | ECF No. 1 | ECF No. 8 |
| Rep. Wayne Christian | 2:14-cv-206 | ECF No. 1 | ECF No. 8 |
| Rep. Tom Craddick | 2:14-cv-228 | ECF No. 1 | ECF No. 8 |
| Lt. Gov. David Dewhurst | 2:14-cv-230 | ECF No. 1 | ECF No. 8 |
| Sen. Robert Duncan | 2:14-cv-212 | ECF No. 1 | ECF No. 8 |
| Sen. Troy Fraser | 2:14-cv-231 | ECF No. 1 | ECF No. 8 |
| Rep. John Garza | 2:14-cv-219 | ECF No. 1 | ECF No. 8 |
| Sen. Joan Huffman | 2:14-cv-220 | ECF No. 1 | ECF No. 8 |
| Rep. Larry Gonzales | 2:14-cv-215 | ECF No. 1 | ECF No. 8 |
| Rep. Harvey Hilderbran | 2:14-cv-217 | ECF No. 1 | ECF No. 8 |
| Rep. Linda Harper-Brown | 2:14-cv-207 | ECF No. 1 | ECF No. 8 |
| Bryan Hebert | 2:14-cv-208 | ECF No. 1 | ECF No. 8 |
| Rep. Brian McCall | 2:14-cv-232 | ECF No. 1 | ECF No. 8 |
| Janice McCoy | 2:14-cv-233 | ECF No. 1 | ECF No. 8 |
| Rep. Geanie Morrison | 2:14-cv-218 | ECF No. 1 | ECF No. 8 |
| Rep. Aaron Peña | 2:14-cv-234 | ECF No. 1 | ECF No. 8 |
| Rep. Debbie Riddle | 2:14:cv-222 | ECF No. 1 | ECF No. 8 |
| Rep. David Simpson | 2:14-cv-223 | ECF No. 1 | ECF No. 8 |
| Rep. Todd Smith | 2:14-cv-221 | ECF No. 1 | ECF No. 8 |
| Speaker Joe Strauss III | 2:14-cv-224 | ECF No. 1 | ECF No. 8 |
| Rep. Van Taylor | 2:14-cv-210 | ECF No. 1 | ECF No. 8 |
| Rep. Raul Torres | 2:14-cv-209 | ECF No. 1 | ECF No. 8 |
| Rep. Jeff Wentworth | 2:14-cv-235 | ECF No. 1 | ECF No. 8 |
| Rep. Beverly Woolley | 2:14-cv-236 | ECF No. 1 | ECF No. 8 |

**2. Motions to Quash Identical to ECF No. 251 Plus Time to Comply**

The motion to quash filed by Representative Leo Berman contains an additional issue related to the reasonableness of time afforded to comply.  This issue is now moot because more than 14 days have passed since service of the subpoena to Representative Berman.

**Table 2:  Motions to Quash Identical to ECF No. 251 Plus Time to Comply**

| Movant | Docket | Mot. to Quash | Opposition |
|---|---|---|---|
| Rep. Leo Berman | 2:14-cv-216 | ECF No. 1 | ECF No. 8 |

**3. Motions to Quash Identical to ECF No. 251 Plus Search Terms**

The motion to quash filed by the Texas Legislative Council contains an additional issue related to the use of search terms.  For the reasons set out in the United States' opposition to the motion to quash (ECF No. 10), use of the search terms would not present an undue burden.

**Table 3:  Motions to Quash Identical to ECF No. 251 Plus Search Terms**

| Movant | Docket | Mot. to Quash | Opposition |
|---|---|---|---|
| Texas Legislative Council | 2:14-cv-226 | ECF No. 1 | ECF No. 10 |

**DEPOSITION SUBPOENAS**

**4. Motions to Quash Identical to ECF No. 290**

Legislators have filed four motions to quash deposition subpoenas in this Court.  In addition, the U.S. District Court for the Western District of Texas has transferred two motions to quash deposition subpoenas to this Court.  One, filed by Janice McCoy, is identical in substance to the motions to quash already before this Court.

**Table 4: Motions to Quash Identical to ECF No. 290**

| Movant | Docket | Mot. to Quash | Opposition |
|---|---|---|---|
| Sen. Dan Patrick | 2:13-cv-193 | ECF No. 290 | ECF No. 309 |
| Sen. Tommy Williams | 2:13-cv-193 | ECF No. 296 | ECF No. 309 |
| Rep. Patricia Harless | 2:13-cv-193 | ECF No. 312 | ECF No. 315 |
| Speaker Joe Strauss III | 2:13-cv-193 | ECF No. 313 | ECF No. 315 |
| Janice McCoy | 2:14-cv-237 | ECF No. 1 | ECF No. 7 |

**5.   Motions to Quash Identical to ECF No. 290 Plus Attorney-Client Privilege**

The sixth motion to quash a deposition subpoena (and the second of the two transferred from the U.S. District Court for the Western District of Texas) pending before this Court was filed by Bryan Hebert, an aide to Lieutenant Governor David Dewhurst.  That motion contains an additional issue related to the attorney-client privilege.  For the reasons set out in the United States' opposition to the motion to quash (ECF No. 7), the attorney-client privilege is not an adequate ground to quash the deposition.

**Table 5:  Motions to Quash Identical to ECF No. 290 Plus Attorney-Client Privilege**

| Movant | Docket | Mot. to Quash | Opposition |
|---|---|---|---|
| Bryan Hebert | 2:14-cv-225 | ECF No. 1 | ECF No. 7 |

**6.   Motions Pending Before the Western District of Texas**

Three additional motions to quash remain pending before the U.S. District Court for the Western District of Texas.  The United States has moved to transfer those motions to this Court, but the legislators have declined to consent to transfer.

**Table 6:  Motions Pending Before the Western District of Texas**

| Movant | W.D. Tex. Docket | Mot. to Quash | Mot. to Transfer |
|---|---|---|---|
| Sen. Troy Fraser | 1:14-mc-509 | ECF No. 1 | ECF No. 2 |
| Colby Beuck | 1:14-mc-515 | ECF No. 1 | ECF No. 3 |
| Lt. Gov David Dewhurst | 1:14-mc-517 | ECF No. 1 | ECF No. 2 |

**7.  Motions Pending Before the Northern District of Texas**

Another  motion to quash was filed today by Sen. Robert Duncan in the U.S. District Court for the Northern District of Texas.  The United States anticipates moving to transfer that motion shortly to this Court.

**Table 7:  Motions Pending Before the Northern District of Texas**

| Movant | N.D. Tex. Docket | Mot. to Quash | Mot. to Transfer |
|---|---|---|---|
| Sen. Robert Duncan | Unknown | ECF No. 1 | To Be Filed |

**8.  Legislators Who Have Not Yet Moved To Quash**

Finally, two legislators who have received deposition subpoenas have not yet moved to quash.  Because the deposition subpoenas served on these individuals set preliminary deposition dates for tomorrow, June 5, 2014, the United States anticipates that those individuals will move to quash shortly.

**Table 8:  Legislators Who Have Not Yet Moved To Quash**

| Subpoena Recipient | Anticipated Filing District |
|---|---|
| Sen. Brian Birdwell | N.D. Tex. |
| Rep. Debbie Riddle | S.D. Tex. |

Date:  June 4, 2014

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney
Southern District of Texas

JOCELYN SAMUELS
Acting Assistant Attorney General
Civil Rights Division

*/s/ Daniel J. Freeman*
T. CHRISTIAN HERREN, JR.
MEREDITH BELL-PLATTS
ELIZABETH S. WESTFALL
BRUCE I. GEAR
JENNIFER L. MARANZANO
ANNA M. BALDWIN
DANIEL J. FREEMAN
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2014, I served a true and correct copy of the foregoing via the Court's ECF system on the following counsel of record:

John B. Scott
John Reed Clay, Jr.
Gregory David Whitley
Jonathan F. Mitchell
Sean Flammer
Stephen Ronald Keister
Arthur D'Andrea
Jennifer Marie Roscetii
Lindsey Elizabeth Wolf
Office of the Texas Attorney General
john.scott@texasattorneygeneral.gov
reed.clay@texasattorneygeneral.gov
david.whitley@texasattorneygeneral.gov
jonathan.mitchell@texasattorneygeneral.gov
sean.flammer@texasattorneygeneral.gov
ronny.keister@texasattorneygeneral.gov
arthur.dandrea@texasattorneygeneral.gov
jennifer.roscetti@texasattorneygeneral.gov
lindsey.wolf@texasattorneygeneral.gov


Ben Addison Donnell
Donnell Abernethy & Kieschnick
bdonnell@dakpc.com

*Counsel for Defendants*

Chad W. Dunn
Kembel Scott Brazil
Brazil & Dunn
chad@bradzilanddunn.com
scott@bazilanddunn.com

J. Gerald Hebert
Emma Simson
Campaign Legal Center
ghebert@campaignlegalcenter.org
esimson@campaignlegalcenter.org

Neil G. Baron
Law Offices of Neil G. Baron
neil@ngbaronlaw.com

Armand Derfner
Derfner, Altman, & Wilborn
aderfner@dawlaw.com

Luiz Roberto Vera, Jr.
lrvlaw@sbcglobal.net

*Counsel for Veasey Plaintiffs*

Christina Swarns
Ryan P. Haygood
Natasha M. Korgaonkar
Leah C. Aden
Deuel Ross
NAACP Legal Defense and Educational
    Fund, Inc.
cswarns@naacpldf.org
rhaygood@naacpldf.org
nkorgaonkar@naacpldf.org
laden@naacpldf.org
dross@naacpldf.org

Danielle Conley
Jonathan Paikin
Kelly P. Dunbar
Sonya L. Lebsack
Gerald J. Sinzdak
Lynn Eisenberg
M. Hasan Ali
Richard F. Shordt
WilmerHale LLP
danielle.conley@wilmerhale.com
jonathan.paikin@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com
Gerard.sinzdak@wilmerhale.com
Lynn.eisenberg@wilmerhale.com
hasan.ali@wilmerhale.com
richard.shordt@wilmerhale.com

*Counsel for Texas League of Young Voters
Plaintiff-Intervenors*

Ezra D. Rosenberg
Amy L. Rudd
Lindsey Cohan
Dechert LLP
ezra.rosenberg@dechert.com
amy.rudd@dechert.com
lindsey.cohan@dechert.com

Wendy Weiser
Jennifer Clark
Myrna Pérez
Vishal Agraharkar
Brennan Center for Justice at NYU School of
    Law
wendy.weiser@nyu.edu
jenniferl.clark@nyu.edu
myrna.perez@nyu.edu
vishal.argraharkar@nyu.edu

Mark A. Posner
Sonia Kaur Gill
Erandi Zamora
Lawyers' Committee for Civil Rights
mposner@lawyerscommittee.org
sgill@lawyerscommittee.org
ezamora@lawyerscommittee.org

*Counsel for Texas State Conference of
NAACP Branches Plaintiffs*

Jose Garza
Marinda van Dalen
Robert W. Doggett
Peter McGraw
Kathryn Newell
Priscilla Noriega
Texas Rio Grande Legal Aid, Inc.
jgarza@trla.org
mvandalen@trla.org
rdoggett@trla.org
pmcgraw@trla.org
knewell@trla.org
pnoriega@trla.org

*Counsel for Ortiz Plaintiffs*

Rolando L. Rios
Law Offices of Rolando L. Rios
rrios@rolandorioslaw.com

Preston Edward Henrichson
Law Offices of Preston Henrichson
preston@henrichsonlaw.com

*Counsel for Texas Association of Hispanic
County Judges and County Commissioners
Plaintiff-Intervenors*

*/s/ Daniel J. Freeman*
Daniel J. Freeman
Voting Section
Civil Rights Division
U.S. Department of Justice
daniel.freeman@usdoj.gov