IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>RICK PERRY, *et al.*,<br><br>    Defendants. | Civil Actions No. 2:14-cv-205 (NGR); 2:14-cv-206 (NGR); 2:14-cv-207 (NGR); 2:14-cv-208 (NGR); 2:14-cv-209 (NGR); 2:14-cv-210 (NGR); 2:14-cv-211 (NGR); 2:14-cv-212 (NGR); 2:14-cv-213 (NGR); 2:14-cv-214 (NGR); 2:14-cv-215 (NGR); 2:14-cv-216 (NGR); 2:14-cv-217 (NGR); 2:14-cv-218 (NGR); 2:14-cv-219 (NGR); 2:14-cv-220 (NGR); 2:14-cv-221 (NGR); 2:14-cv-222 (NGR); 2:14-cv-223 (NGR); 2:14-cv-224 (NGR); 2:14-cv-227 (NGR); 2:14-cv-228 (NGR); 2:14-cv-230 (NGR); 2:14-cv-231 (NGR); 2:14-cv-232 (NGR); 2:14-cv-233 (NGR); 2:14-cv-234 (NGR); 2:14-cv-235 (NGR); 2:14-cv-236 (NGR) |

### [Proposed] **ORDER**

Having reviewed the motions to quash filed by legislators and legislative aides in the matters noted in the caption above and the United States' response thereto, the motions are **GRANTED IN PART AND DENIED IN PART**. With regard to Topics 15 and 16 the subpoenas are hereby **QUASHED**. With regard to the remaining topics, the motions to quash are hereby **DENIED**. Any documents produced pursuant to the remaining topics over which a legislator asserts a state legislative privilege may be designated as highly confidential pursuant to Paragraph 2.1 of the consent protective order (ECF No. 105).

**SO ORDERED.**

June ___, 2014

                     _____
                     Nelva Gonzales Ramos
                     United States District Judge