IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:14-cv-226 (NGR) |

[Proposed] **ORDER**

Having reviewed the motion to quash filed by the Texas Legislative Council and the United States' response thereto, the motion is hereby **DENIED**. Any documents produced pursuant to the subpoena over which a legislator asserts a state legislative privilege may be designated as highly confidential pursuant to Paragraph 2.1 of the consent protective order (ECF No. 105).

**SO ORDERED.**

June ___, 2014

 

Nelva Gonzales Ramos
United States District Judge