IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>RICK PERRY, *et al.*,<br><br>    Defendants. | Civil Actions No. 2:13-cv-193 (NGR);<br>2:14-cv-225 (NGR); 2:14-cv-237 (NGR) |

### [Proposed] **ORDER**

Having reviewed the motions to quash filed by Senator Dan Patrick (2:13-cv-193, ECF No. 290), Senator Tommy Williams (2:13-cv-193, ECF No. 296), Speaker Joe Strauss III (2:13-cv-193, ECF No. 313), Representative Patricia Harless (2:13-cv-193, ECF No. 312), Bryan Hebert (2:14-cv-225, ECF No. 1), and Janice McCoy (2:14-cv-237, ECF No. 290), and the Plaintiffs' opposition thereto, the motions are hereby **DENIED**.  Depositions shall proceed forthwith on mutually agreeable dates.  The deponents may invoke a state legislative privilege in response to particular questions, but the deponent must then answer the question subject to the privilege.  Those portions of the deposition transcript may then be designated as highly confidential pursuant to Paragraph 2.1 of the Consent Protective Order (ECF No. 105) and submitted to the Court for *in camera* review, along with a motion to compel, if the party taking the deposition wishes to use the testimony in these proceedings.

**SO ORDERED.**

June ___, 2014

                                                            Nelva Gonzales Ramos
                                                            United States District Judge