# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, <br><br>         Plaintiffs, <br><br>     v. <br><br> NANDITA BERRY, *et al.*, <br><br>         Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*, <br><br>         Plaintiffs, <br><br>     v. <br><br> STATE OF TEXAS, *et al.*, <br><br>         Defendants | Civil Action No. 2:13-cv-348 (NGR) |

### **OPPOSITION TO THIRD PARTY DEBBIE RIDDLE'S ORIGINAL MOTION TO QUASH THE SUBPOENA FOR DEPOSITION**

Plaintiffs Texas NAACP and MALC have subpoenaed Representative Debbie Riddle for her deposition.  Representative Riddle played a unique role in the legislative proceedings leading up to the enactment of SB 14.  She was deposed in the Section 5 litigation, during which time she invoked legislative privilege to numerous questions posed by the Defendant and Defendant-Intervenors in that case.  The Department of Justice has fully briefed the reasons why this deposition should go forward in the United States' Opposition to Texas Legislators' Motions to Quash Deposition Subpoenas (ECF 309), which briefing Plaintiffs incorporate herein by reference.

2

Without burdening this Court with additional argument, for the reasons set forth in the submission of the United States, Plaintiffs respectfully request that this Court deny Representative Riddle's motion to quash.

Dated: June 5, 2014

    Respectfully submitted,

    s/ Ezra Rosenberg
    Ezra D. Rosenberg
    Michelle H. Yeary
    Dechert LLP
    902 Carnegie Center, Suite 500
    Princeton, New Jersey 08540-6531
    ezra.rosenberg@dechert.com

    Steven B. Weisburd
    Amy L. Rudd
    Lindsey Cohan
    Dechert LLP
    500 W. 6th Street, Suite 2010
    Austin, Texas 78701
    lindsey.cohan@dechert.com

    Wendy Weiser
    Myrna Pérez
    Vishal Agraharkar
    Jennifer Clark
    The Brennan Center for Justice at NYU Law School
    161 Avenue of the Americas, Floor 12
    New York, New York 10013-1205
    wendy.weiser@nyu.edu
    myrna.perez@nyu.edu
    vishal.agraharkar@nyu.edu
    jenniferl.clark@nyu.edu

    Robert A. Kengle
    Mark A. Posner
    Sonia Kaur Gill
    Erandi Zamora
    Lawyers' Committee for Civil Rights Under Law
    1401 New York Avenue, N.W., Suite 400
    Washington, D.C. 20005
    mposner@lawyerscommittee.org

Clay Bonilla
The Law Offices of William Bonilla, P.C.
2727 Morgan Ave.
Corpus Christi, Texas 78405
claybonilla@hotmail.com

Daniel G. Covich
The Covich Law Firm LLC
Frost Bank Plaza, Suite 2100
Corpus Christi, TX 78405
Daniel@covichlawfirm.com

Gary Bledsoe
PotterBledsoe, L.L.P.
316 West 12th Street, Suite 307
Austin, Texas 78701
garybledsoe@sbcglobal.net

Robert Notzon
The Law Office of Robert Notzon
1502 West Avenue
Austin, Texas 78701
Robert@NotzonLaw.com

Jose Garza
Law Office of Jose Garza
7414 Robin Rest Drive
San Antonio, Texas 98209
garzapalm@aol.com

Kim Keenan
Marshall Taylor
Victor Goode
NAACP
4805 Mt. Hope Drive
Baltimore, Maryland 21215
Telephone: (410) 580-5120
kkeenan@naacpnet.org
mtaylor@naaacpnet.org
vgoode@naacpnet.org

*Counsel for Plaintiffs Texas State Conference of NAACP Branches, Mexican American Legislative Caucus of the Texas House of Representatives*

4

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing document is being served by electronic mail on June 5, 2014, to all counsel of record.

                                           /s Michelle Hart Yeary
                                           Michelle Hart Yeary