# Exhibit 6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br>   Plaintiffs, <br><br> v. <br><br>RICK PERRY, *et al.*, <br><br>   Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br>   Plaintiff, <br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br>   Plaintiff-Intervenors, <br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br>   Plaintiff-Intervenors, <br><br> v. <br><br>STATE OF TEXAS, *et al.*, <br><br>   Defendants. <br><br>TRUE THE VOTE, <br><br>   Movant-Intervenor. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*,<br><br>              Plaintiffs,<br><br>      v.<br><br>JOHN STEEN, *et al.*,<br><br>              Defendants. | Civil Action No. 2:13-cv-291 (NGR) |

### UNITED STATES' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, the United States of America requests that Defendants the State of Texas, John Steen, and Steve McCraw (Defendants) identify and produce the documents and items requested below for inspection and copying and deliver copies to counsel for United States by December 26, 2013.

### INSTRUCTIONS AND DEFINITIONS

1.      "Defendants" means defendants State of Texas, John Steen, and Steve McCraw and any of their past and present agents, advisors, employees, representatives, attorneys, consultants, contractors, or other persons or entities acting on behalf of defendants or subject to defendants' control.

2.      "SB 14" means 2011 Texas General Laws Chapter 123, which amends the Texas Transportation Code relating to the issuance of election identification certificates, and which amends the Texas Election Code relating to procedures for implementing the photographic identification requirements for voting in the State of Texas.

3. In construing these requests, apply the broadest construction, so as to produce the most comprehensive response. Construe the terms "and" and "or" either disjunctively or conjunctively as necessary to bring within the scope of the request all responses that might otherwise be construed to be outside that scope. Words used in the masculine gender include the feminine, and words used in the singular include the plural.

4. Consistent the Agreement Concerning Production Format (Nov. 4, 2013) (ECF No. 61-6), the United States requests that Defendants meet and confer to plan and execute the orderly and accurate production of the database excerpts requested below no later than December 10, 2013, and as part of such a meeting, include the custodians of the databases referenced below, as well as technicians with sufficient knowledge to explain the content and format of the databases and requested fields.

5. For each request for the production of database excerpts, the United States requests that all productions share a common snapshot date of December 6, 2013. In the event that the State is unable to produce data current as of December 6, 2013, the United States requests that Texas initiate a meet and confer in order to agree upon a common alternative snapshot date.

## DOCUMENT REQUESTS

1. The contents of all fields contained within the State of Texas's voter registration database, also known as the Texas Election Administration Management System (TEAM), used to determine voter eligibility, to implement or enforce SB 14, to record voter history in any federal, state, or municipal election since 2008 (including whether the individual cast a regular or provisional ballot, whether the ballot was counted, the reason why any ballot was not counted, and whether the ballot was cast early by mail, early in-person, or in-person on election day), to

match voters to other databases concerning possession of photographic identification named in Section 63.0101 of the Texas Election Code, as amended by SB 14, or concerning disability status.

    a. With respect to voter eligibility, this requests covers, but is not limited to the following fields in TEAM (identified by currently understood field name as well as by field contents):

| Field Name | Field Description |
|---|---|
| VOTER_COUNTY_ID | Internal database key |
| JUR_ID | aka Jurisdiction ID, County Number, or County Code |
| VUID | Voter Unique ID |
| LAST_NAME | Voter Last Name |
| FIRST_NAME | Voter First Name |
| MIDDLE_NAME | Voter Middle Name |
| FORMER_LAST_NAME | Voter Former Last Name |
| NAME_SUFFIX_CODE | Voter Name Suffix |
| SSN | Voter Social Security Number (complete where available, or last 4 digits where complete is unavailable) |
| GENDER_CODE | Voter Gender Code |
| OFFICIAL_ID_NUMBER | Texas Drivers License Number/Texas ID |
| DATE_OF_BIRTH | Voter Date of Birth- |
| VOTER_STATUS_CODE | Voter Status Code (V=Active, C=Cancelled, S=Suspense, L=Live Check Wait) |
| SPANISH_SURNAME_FG | Indicates whether Voter has a Spanish Surname (Y=Yes, N=No) |
| BLOCK_NUMBER | Voter Residential Block Number |
| DESIGNATOR | Voter Residential Designator |
| ST_DIR_PREFIX | Voter Residential Street Direction Prefix |
| STREET_NAME | Voter Residential Street Name |
| STREET_TYPE | Voter Residential Street Type |
| ST_DIR_SUFFIX | Voter Residential Street Direction Suffix |
| UNIT_NUMBER | Voter Residential Unit Number |
| UNIT_TYPE | Voter Residential Unit Type |
| PARCEL_NUMBER | Voter Residential Parcel Number |
| CITY | Voter Residential City Name |
| STATE | Voter Residential State Name |
| ZIP_CODE | Voter Residential ZipCode |
| MAIL_NAME | Voter Mailing Address Name |
| MAIL_ADRS_1 | Voter Mailing Address Line1 |
| MAIL_ADRS_2 | Voter Mailing Address Line2 |
| MAIL_CITY | Voter Mailing City Name |
| MAIL_STATE | Voter Mailing State Name |
| MAIL_ZIP_CODE | Voter Mailing Address ZipCode |
| PCT_CODE | Precinct Code |
| PCT_NAME | Precinct Name |
| LANGUAGE_CODE | Language Code |
| REGISTRATION_DATE | Voter Application Date |
| EDR | Effective Date of Registration- |
| DISPLAY_CODE | Cancel Event Display Code (Filled-in for Cancelled Voters Only) |
| EVENT_CODE | Cancel Event Code (Filled-in for Cancelled Voters Only) |
| EVENT_DESC | Cancel Event Description(Filled-in for Cancelled Voters Only) |
| APPLICATION_SOURCE_CODE | Voter Application Source Code |

    b. With respect to voter history, this requests covers, but is not limited to, the following fields in TEAM (identified by currently understood field name as well as by field contents):

3

| Field Name | Field Contents |
|---|---|
| VUID | Voter Unique ID |
| JUR_ID | Jurisdiction ID, County Number, or County Code |
| HIST_TYPE_CODE | Voting History Type Code (recording whether early, absentee, or election day votes are accepted or rejected) |
| ACTIVITY_DATE | Date of Activity (Voted, Rejected, etc.) |
| PROVISIONAL_REJECT_REASON_CODE | Provisional Ballot Rejected Reason Code |
| TITLE | Provisional Ballot Rejected Reason Description |
| ELECTION_DATE | Election Date |
| ELECTION_TYPE_CODE | Election Type Code: (E.g., primary, general, runoff) |
| ELECTION_NAME | Election Name |

   c. With respect to implementation and enforcement of SB 14, this request includes the contents of all fields specifically included in TEAM to allow for implementation and enforcement of SB 14's requirements, including but not limited to, the content of all fields recording which voters have received a disability exemption from presenting SB 14-required photographic identification. In addition, this request includes any data recorded in TEAM regarding which voters, and on what date, have completed a substantially similar name affidavit as a result of enforcement of SB 14.

   d. This request seeks any and all other fields produced by the State of Texas from the TEAM database during *Texas v. Holder*, No. 1:12-cv-128 (D.D.C.).

  2. The contents of all fields contained within the State of Texas's driver license and personal identification card database that could be used to match individuals against the State of Texas's TEAM voter registration database, to determine voter eligibility, or to determine whether an individual currently possesses any form of identification named in Section 63.0101 of the Texas Election Code, as amended by SB 14.  This request includes the content of all fields reflecting the full name, address (including city, state, county, and ZIP code), date of birth, Social Security account number, race, ethnicity, sex, driver license or personal identification card number, and disability status of all driver license and personal identification card holders, as well

4

as the content of fields reflecting whether the driver license or identification card has expired, been suspended, or confiscated, and whether the license or identification or holder is deceased. This request covers but is not limited to the entire Admin and Issuance files; the Person ID, Transaction ID, Issuance ID, Transaction Type Code, and Last Update Date fields in the Transactions file; and the contents of following fields contained in the Person file:

a. DL/ID/UNL or EC Number
b. Person ID
c. First Name
d. Last Name
e. Middle Name
f. Suffix
g. Date of Birth
h. Social Security Number
i. Permanent Street Address 1
j. Permanent Street Address 2
k. Permanent City
l. Permanent State
m. Permanent Zip Code
n. Permanent Zip Code Ext.
o. Permanent County
p. Permanent Country
q. Mailing Street Address 1
r. Mailing Street Address 2
s. Mailing City
t. Mailing State
u. Mailing Zip Code
v. Mailing Zip Code Ext.
w. Mailing County
x. Mailing Country
y. Sex
z. Race
aa. Disabled Veteran
bb. Homebound
cc. AKA Name
dd. AKA DL/ID Number
ee. Card Status
ff. Record Status
gg. Card Type
hh. Surrendered DL/ID Number
ii. License Surrendered
jj. License Confiscated

5

    kk. DL Issuance Status          mm. License Status

    ll. ID Issuance Status          nn. Deceased Certificate Number

In addition, this request includes all definitional tables for individual fields described above, including but not limited to homebound, county, race, and country.  This request seeks any and all other tables and fields produced by the State of Texas from the driver license and personal identification card database during *Texas v. Holder*, No. 1:12-cv-128 (D.D.C.).

        3.      The State of Texas's election identification certificate database, in its entirety with the exception of information on the hair color, height, and weight of election identification certificate applicants.  This request includes data kept as a column within the State of Texas's driver license and personal identification card database.  This request includes the content of all fields reflecting data collected through the election identification certification application (except for those on hair color, height, and weight) including the applicants' full name, residential and mailing addresses (including city, state, county, and ZIP code), date of birth, Social Security account number, race, ethnicity, sex, as well as all data on underlying documentation presented, and all dates of issuance or denial of issuance.

        4.      The full set of fields contained within the State of Texas's license to carry database that could be used to match individuals against the State of Texas's TEAM voter registration database, to determine voter eligibility, or to determine whether an individual currently possesses any form of identification named in Section 63.0101 of the Texas Election Code, as amended by SB 14.  This request includes the content of all fields reflecting the full name, residential and mailing addresses (including city, state, county, and ZIP code), date of birth, Social Security account number, race, ethnicity, and sex of all State of Texas concealed handgun license holders, the concealed license status (including the dates of issuance and

expiration, and whether the license is currently suspended), and whether the license holder is deceased.  This request covers but is not limited to the following fields:

a.  ApplicantName
b.  LastName
c.  FirstName
d.  MiddleName
e.  Suffix
f.  DOBMMDDYYYY
g.  DOB
h.  SSN
i.  DL
j.  SEX
k.  RACE
l.  Number
m.  License or Certificate Number
n.  LicenseType
o.  ApplicantID
p.  ExpireDate
q.  AGExportStatus
r.  MailAddr1
s.  MailAddr2
t.  MailCity
u.  MailState
v.  MailZip
w.  MailCountyCode
x.  MailCountyName
y.  ResAddr1
z.  ResAddr2
aa. ResCity
bb. ResState
cc. ResZip
dd. ResCountyCode
ee. ResCountyName
ff. OID
gg. RenewalDate
hh. DeceasedDate
ii. OriginalLicenseEligibility
jj. RenewalLicenseEligibility
kk. OriginalCertificateEligibility
ll. RenewalCertificateEligibility
mm. LicenseApplicationInProgress
nn. LicenseApplicationType
oo. CertificateApplicationInProgress
pp. CertificateApplicationType
qq. CertificateApplicationStatus
rr. LicenseApplicationStatus
ss. Deceased
tt. Chi ethnicity

7

uu. Ethnicity

In addition, this request includes documentation of the meanings of any codes used within individual fields, including OriginalLicenseEligibility, RenewalLicenseEligibility, OriginalCertificateEligibility, RenewalCertificateEligibility, LicenseApplicationInProgress, LicenseApplicationType, CertificateApplicationInProgress, CertificateApplicationType, CertificateApplicationStatus, and LicenseApplicationStatus.  This request also seeks any and all other tables and fields produced by the State of Texas from the license to carry database during *Texas v. Holder*, No. 1:12-cv-128 (D.D.C.).

Date:  November 26, 2013

| | |
|---|---|
| KENNETH MAGIDSON<br>United States Attorney<br>Southern District of Texas | JOCELYN SAMUELS<br>Acting Assistant Attorney General<br>Civil Rights Division |
| JOHN A. SMITH III<br>Assistant United States Attorney<br>800 N. Shoreline, Suite 500<br>Corpus Christi, Texas 78401<br>(361) 903-7926 | */s/ Anna M. Baldwin*<br>T. CHRISTIAN HERREN, JR.<br>MEREDITH BELL-PLATTS<br>ELIZABETH S. WESTFALL<br>BRUCE I. GEAR<br>JENNIFER L. MARANZANO<br>ANNA M. BALDWIN<br>DANIEL J. FREEMAN<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>Room 7254 NWB<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530 |

## **CERTIFICATE OF SERVICE**

       I hereby certify that on November 26, 2013, I served a true and correct copy of the foregoing on counsel for Defendants, and a redacted copy of the foregoing via electronic mail to the remaining counsel of record. I will serve a true and correct copy to all counsel of record upon entry of a protective order governing this case:

John B. Scott
Office of the Texas Attorney General
john.scott@texasattorneygeneral.gov

*Counsel for Defendants*

Chad W. Dunn
Kembel Scott Brazil
Brazil & Dunn
chad@bradzilanddunn.com
scott@bazilanddunn.com

Neil G. Baron
Law Offices of Neil G. Baron
neil@ngbaronlaw.com

Armand Derfner
Derfner, Altman, & Wilborn
aderfner@dawlaw.com

Luiz Roberto Vera, Jr.
lrvlaw@sbcglobal.net

*Counsel for Veasey Plaintiffs*

Rolando L. Rios
Law Offices of Rolando L. Rios
rrios@rolandorioslaw.com

*Counsel for Texas Association of Hispanic County Judges and County Commissioners Plaintiff-Intervenors*
Christina Swarns
Ryan P. Haygood
Natasha M. Korgaonkar
Leah C. Aden
NAACP Legal Defense and Educational
   Fund, Inc.
cswarns@naacpldf.org
rhaygood@naacpldf.org
nkorgaonkar@naacpldf.org
laden@naacpldf.org

Danielle Conley
Jonathan Paikin
Kelly P. Dunbar
Sonya L. Lebsack
WilmerHale LLP
danielle.conley@wilmerhale.com
jonathan.paikin@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com

*Counsel for Texas League of Young Voters Plaintiff-Intervenors*

Ezra D. Rosenberg
Amy L. Rudd
Dechert LLP
ezra.rosenberg@dechert.com
amy.rudd@dechert.com

Wendy Weiser
Jennifer Clark
Vishal Agraharkar
Brennan Center for Justice at NYU School of
    Law
wendy.weiser@nyu.edu
jenniferl.clark@nyu.edu
vishal.argraharkar@nyu.edu

Mark A. Posner
Sonia Kaur Gill
Lawyers' Committee for Civil Rights
mposner@lawyerscommittee.org
sgill@lawyerscommittee.org

*Counsel for Texas State Conference of NAACP Branches Plaintiffs*

                                              */s/ Anna M. Baldwin*
                                              Anna M. Baldwin
                                              Voting Section
                                              Civil Rights Division
                                              U.S. Department of Justice
                                              anna.baldwin@usdoj.gov