# Exhibit 7

## ATTORNEY GENERAL OF TEXAS
### GREG ABBOTT

February 19, 2014

G. DAVID WHITLEY
ASSISTANT DEPUTY ATTORNEY GENERAL
DIRECT DIAL: (512) 475-3281

Elizabeth S. Westfall *Via Electronic Mail*
Trial Attorney
Voting Section, Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
NWB Room 7125
Washington, DC 20530

    Re:  *Veasey v. Perry*, **No. 2:13-cv-193 (S.D. Tex.)**

Dear Ms. Westfall,

    Today, subject to and without waiving Defendants Objections to United States' Amended Second Set of Requests for Production of Documents (Jan. 21, 2014), and pursuant to the Discovery Order and Supplemental Protective Order entered by the Court on February 18, 2014 (ECF No. 174), the Defendants produced databases responsive to the United States' Amended Second Set of Requests for Production of Documents (Dec. 16, 2013).

    Those databases are hereby designated as Highly Confidential Information pursuant to Paragraph 2.1 of the Consent Protective Order (ECF No. 105).

    Please see the next page of this letter for the contents of and passwords for this production.

                                      Regards,

                                      */s/ G. David Whitley*
                                      G. David Whitley
                                      Assistant Deputy Attorney General