IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>                Plaintiffs,<br><br>v.<br><br>RICK PERRY, *et al.*,<br><br>                Defendants. | Civil Actions No. 2:14-cv-205 (NGR); 2:14-cv-206 (NGR); 2:14-cv-207 (NGR); 2:14-cv-208 (NGR); 2:14-cv-209 (NGR); 2:14-cv-210 (NGR); 2:14-cv-211 (NGR); 2:14-cv-212 (NGR); 2:14-cv-213 (NGR); 2:14-cv-214 (NGR); 2:14-cv-215 (NGR); 2:14-cv-216 (NGR); 2:14-cv-217 (NGR); 2:14-cv-218 (NGR); 2:14-cv-219 (NGR); 2:14-cv-220 (NGR); 2:14-cv-221 (NGR); 2:14-cv-222 (NGR); 2:14-cv-223 (NGR); 2:14-cv-224 (NGR); 2:14-cv-227 (NGR); 2:14-cv-228 (NGR); 2:14-cv-230 (NGR); 2:14-cv-231 (NGR); 2:14-cv-232 (NGR); 2:14-cv-233 (NGR); 2:14-cv-234 (NGR); 2:14-cv-235 (NGR); 2:14-cv-236 (NGR) |

[Proposed] **ORDER**

Having reviewed the motions to quash filed by legislators and legislative aides, and the United States' responses thereto, in the matters noted in the caption above, the motions are **GRANTED IN PART AND DENIED IN PART**. With regard to Topics 15 and 16 the subpoenas are hereby **QUASHED**. With regard to the remaining topics, the motions to quash are hereby **DENIED**. Any documents produced pursuant to the remaining topics over which a legislator asserts a state legislative privilege may be designated as highly confidential pursuant to Paragraph 2.1 of the consent protective order (ECF No. 105). All documents responsive to subpoenas issued to individuals who will be deposed between June 16 and June 23, 2014 must be produced by June 13, 2014. All documents responsive to subpoenas issued to individuals who will be deposed on June 24, 2014 or later must be produced by June 20, 2014. Documents

responsive to all other subpoenas must be produced by June 24, 2014.

**SO ORDERED.**

June ___, 2014

                                                    Nelva Gonzales Ramos
                                                  United States District Judge