Clerk, U.S. District Court
Southern District of Texas
FILED

JUN 1 2 2014

David J. Bradley, Clerk of Court

Marianne Serpa, Deputy-in-Charge  Jun 9 14
US District Clerk's Office
1133 Shoreline Rm 208
Corpus Christi TX 78401

RE: VEASEY v PERRY 2:13 cv 193/263

Please mail me docket sheets in your above case since Feb 1.

I suggest a limited voting 2nd ballot for Harris Co Com'rs. See RODRIGUEZ v HARRIS CO 4:11 cv 2907-VDG.

The Cook Co Illinois Circuit Clerk's Office, Law Div, Corresp Dept, 50 W Washington Rm 801, Chicago IL 60602, 312-603-5469, Fax 3421, www.cookcountyclerkofcourt.org is involved with seven ballot issues for the Nov General election. four const amendments and three non-binding poll-style questions.

They are being proposed by both Republicans and Democrats in hopes of boosting voter turnout in one of the nation's most expensive governor's races. Propositions would also change the size of the House and Senate and make it harder to override a governor's veto.

State Board of Elections Exec Dir Rupert Borgsmiller, 100 W Randolph Ste 14-100, Chicago IL 60601, 312-814-6440, Fax 6485 www.elections.il.gov, rborgsmiller@elections.il.gov told AP Jun 2 a preliminary estimate shows the Committee for Legislative Reform and term limits has about 370,000 valid signatures.

I want to come to the Sep 2 trial.

Enclosed June 3 AP article by Chacour Koop from Chicago Daily Law Bulletin.

Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419

Dorothy A. Brown Clerk
Circuit Court of Cook County
50 W Washington Rm 1001  60602

TUESDAY, JUNE 3, 2014 | CHICAGO DAILY LAW BULLETIN | PAGE 3

# Chicago attorney obtains $2.3M verdict in Florida death lawsuit

**BY MARC KARLINSKY**
*Law Bulletin staff writer*

A Chicago law firm has won a $2.3 million verdict in a Florida wrongful-death case.

The jury in Ocala, Fla., federal court found last week that two Marion County sheriff deputies used excessive force against 21-year-old Joshua Salvato of Summerfield, Fla., during a *Terry* stop on the side of a road in July 2012.

After stopping Salvato, who was walking along a state highway following a disturbance call, deputy Lauren Miley called for backup as she was questioning him. A second officer, deputy Norman Brown, arrived and approached with his gun drawn before tackling Salvato.

Salvato resisted and escaped Brown's grip. As he moved away, Miley drew her service pistol and shot him in the abdomen and handcuffed him. While Salvato was cuffed and bleeding, Brown fired his stun gun at him 12 times in the few minutes before he died.

Salvato's estate filed a lawsuit in federal court against the officers and Marion County Sheriff Chris Blair, alleging the officers used excessive deadly force and violated Salvato's constitutional rights.

The estate was represented by Antonio M. Romanucci and Angela P. Kurtz of the Law Offices of Romanucci & Blandin and Florida-based attorneys Theodore J. Leopold of Cohen, Milstein, Sellers & Toll PLLC in Palm Beach Gardens and Janet Varnell of Varnell & Warwick P.A. in Lady Lake.

Romanucci said Leopold recruited his firm to serve as a co-lead counsel after working similar cases in Illinois and other states.

Romanucci said the officers needed clear evidence of physical resistance before subduing Salvato.

"The shooting was captured on the dash cam, however, the tasing was not," Romanucci said. "We had an uphill climb proving all the elements we needed on the excessive force in the tasing."

Force becomes excessive after a suspect is stunned once, Romanucci said. After the eight-day trial



*Antonio M. Romanucci*

before U.S. District Judge William Terrell Hodges, the jury agreed.

As part of its verdict, the jury answered an interrogatory that could impact law enforcement practices throughout Florida by finding that Blair ratified the deputies' actions by failing to conduct an investigation.

VERDICT, Page 23

# Term-limit petitions look like a go

**BY CHACOUR KOOP**  CDLB
*Associated Press writer*  JUN 3 14

SPRINGFIELD — Illinois election officials say the group that wants to impose an eight-year term limit on state legislators appears to have enough petition signatures to let voters decide the issue in November — but the proposed constitutional change campaign led by Republican gubernatorial candidate Bruce Rauner still has several challenges before it's put on the ballot.

State Board of Elections Director Rupert Borgsmiller told The Associated Press on Monday that a preliminary estimate shows the Committee for Legislative Reform and Term Limits has about 370,000 valid signatures after testing a sample of the petitions.

Illinois ballot measures need about 300,000 voter signatures to be placed on the ballot.

event in Lisle. "My prediction is as soon as term limits becomes law, I think we'll have a number of members of the legislature who decide to retire because the game's sort of up."

But it isn't a done deal yet. It faces a legal challenge in Cook County Circuit Court by allies of longtime Democratic House Speaker Michael J. Madigan, and Borgsmiller said the board still needs to make an official decision.

"At this point in time, we're not anticipating doing anything else with this petition with this process," Borgsmiller said, indicating that he assumes the estimates will pass muster of the elections board panel in two weeks.

The measure also needs a favorable vote from either three-fifths of those voting on the proposal or 50 percent of the total number of votes cast in November's

sures possibly up for consideration, including three other constitutional amendments and three non-binding, poll-style questions.

They're being proposed by both Republicans and Democrats in hopes of boosting voter turnout in one of the nation's most expensive and competitive governor's races.

Rauner is the term limits campaign chairman, and the ballot measure could serve as boon to his chances of defeating Democratic Gov. Patrick J. Quinn, but he downplayed that on Monday.

"I think voters in both political parties support term limits. I hope they get out there and vote in favor of the term limits drive," Rauner said.

Quinn, who took over for former Gov. Rod Blagojevich in 2009 and is seeking his second full term, has said he supports term limits but not other parts of the proposal.

It would also change the size of

Robert W Allensworth B14522 4B21
BMPCC 251 N IL 37 S
Ina IL 62846 2419

Clerk, U.S. District Court
Southern District of Texas
FILED
JUN 12 2014
David J. Bradley, Clerk of Court

MARIANNE SERPA, DEPUTY-IN-CHARGE
US DISTRICT CLERK'S OFFICE
1133 SHORELINE RM 208
CORPUS CHRISTI TX 78401

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS




UNITED STATES POSTAGE
MAILED FROM Z