IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>RICK PERRY, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*,<br><br>　　　　　　Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*,<br><br>　　　　　　Plaintiff-Intervenors,<br><br>　　　　v.<br><br>STATE OF TEXAS, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NANDITA BERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants | Civil Action No. 2:13-cv-348 (NGR) |

## UNOPPOSED MOTION TO WITHDRAW PLAINTIFF-INTERVENOR MICHELLE BESSIAKE

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, Plaintiff-Intervenors the Texas League of Young Voters Education Fund, Imani Clark, and Michelle Bessiake (collectively, the "Texas League Plaintiff-Intervenors") move for the withdrawal of Plaintiff-Intervenor Michelle Bessiake as a party in this action. Counsel for Defendants have advised that they do not oppose this motion. All other parties among the Texas League Plaintiff-Intervenors remain in this litigation.

The Texas League Plaintiff-Intervenors respectfully request that this Court enter an order voluntarily withdrawing Ms. Bessiake, with prejudice, from this litigation.

Respectfully submitted this 16th day of June 2014.

/s/  Natasha M. Korgaonkar
Christina Swarns
Ryan P. Haygood
Natasha M. Korgaonkar
Leah C. Aden
Deuel Ross
NAACP LEGAL DEFENSE AND EDUCATIONAL
 FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
cswarns@naacpldf.org
rhaygood@naacpldf.org
nkorgaonkar@naacpldf.org
laden@naacpldf.org
dross@naacpldf.org

Danielle Conley
Jonathan Paikin
Kelly P. Dunbar
Sonya L. Lebsack
WILMER CUTLER PICKERING HALE
 AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
danielle.conley@wilmerhale.com
jonathan.paikin@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com

*Counsel for Texas League of Young Voters,
Imani Clark, and Michelle Bessiake*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2014, I filed a true and correct copy of the foregoing document with the Clerk of court using the CM/ECF system, which will send a notice of the electronic filing to all counsel of record.

/s/ Natasha M. Korgaonkar
NAACP LEGAL DEFENSE &
 EDUCATIONAL FUND, INC.
Natasha M. Korgaonkar
40 Rector Street, Floor 5
New York, New York 10013
Tel. (212) 965-2200
Fax (212) 226-7592
nkorgaonkar@naacpldf.org

*Counsel for the Texas League Plaintiff-Intervenors*