IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, <br><br>          Plaintiffs, <br><br>     v. <br><br> NANDITA BERRY, *et al.*, <br><br>          Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*, <br><br>          Plaintiffs, <br><br>     v. <br><br> STATE OF TEXAS, *et al.*, <br><br>          Defendants | Civil Action No. 2:13-cv-348 (NGR) |

## ORDER GRANTING UNOPPOSED MOTION
## TO WITHDRAW PLAINTIFF-INTERVENOR MICHELLE BESSIAKE

Upon consideration of the Unopposed Motion to Withdraw Plaintiff-Intervenor Michelle Bessiake submitted by Plaintiff-Intervenors Texas League of Young Voters Education Fund, Imani Clark, and Michelle Bessiake, it is hereby

**ORDERED** that Plaintiff-Intervenors' Motion is GRANTED and Plaintiff-Intervenor Michelle Bessiake is voluntarily withdrawn, with prejudice, from this case.

**SO ORDERED.**

SIGNED on this _____ day of _____, 2014.

_____
NELVA GONZALES RAMOS
United States District Judge