UNITED STATES DISTRICT COURT		SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-193 |
|---|---|---|---|
| United States ||||
| *versus* ||||
| State of Texas, et al ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Tania C. Faransso<br>Wilmer Cutler Pickering Hale & Dorr, LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>202-663-6435<br>District of Columbia #1005370 |
|---|---|
| Seeks to appear for this party: | Plaintiff-Intervenor Texas League of Young Voters, et al. |
| Dated:  6/13/2014 | Signed: *Tania C. Faransso* |

The state bar reports that the applicant's status is: Active

Dated: 6/16/14     Clerk's signature: *Brandy Cortz*

Order

Dated: 6/16/14

This lawyer is admitted *pro hac vice*.

_____
United States District Judge