## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DELEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEZ, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMLEY, PEGGY HERMAN, EVELYN BRICKNER, GORDON BENJAMIN, KEN GANDY, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), AND DALLAS COUNTY, TEXAS, | ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiffs,* | ) CIVIL ACTION NO. |
| v. | ) 2:13-CV-193 (NGR) |
| | ) [Lead case] |
| RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State, | ) ) |
| *Defendants.* | ) |
| ―――――――――――――――――― | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| *Plaintiffs,* | ) |
| | ) |
| TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, IMANI CLARK, AND MICHELLE BESSIAKE, | ) ) ) |
| *Plaintiff-Intervenors,* | ) |
| | ) |
| TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, AND HIDALGO COUNTY, | ) ) ) ) |
| *Plaintiff-Intervenors,* | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:13-CV-263 (NGR) |
| STATE OF TEXAS, JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety, | ) [Consolidated case] ) ) ) ) ) |
| *Defendants.* | ) |
| ―――――――――――――――――― | ) |
| | ) |

1

TEXAS STATE CONFERENCE OF NAACP    )
BRANCHES;    and    the    MEXICAN    )
AMERICAN LEGISLATIVE CAUCUS OF    )
THE    TEXAS    HOUSE    OF    )
REPRESENTATIVES,    )
     *Plaintiffs*,    )
         )
v.    )
         )    CIVIL ACTION NO.
JOHN STEEN, in his official capacity as    )    2:13-CV-291 (NGR)
Secretary of State of Texas; and STEVE    )    [Consolidated case]
McCRAW, in his official capacity as Director    )
of the Texas Department of Public Safety,    )
     *Defendants*.    )
_____    )
BELINDA ORTIZ, LENARD TAYLOR,    )
EULALIO MENDEZ JR., LIONEL    )
ESTRADA; ESTELA GARCIA ESPINOSA,    )
LYDIA LARA, MARGARITO MARTINEZ    )
LARA, MAXIMINA MARTINEZ LARA, AND    )
*LA UNION DEL PUEBLO ENTERO, INC.*    )
     *Plaintiffs*,    )
         )
v.    )
         )
STATE OF TEXAS, JOHN STEEN, in his    )
official capacity as Texas Secretary of State;    )
and STEVE McCRAW, in his official capacity    )    CIVIL ACTION NO.
as Director of the Texas Department of Public    )    2:13-CV-348 (NGR)
Safety,    )    [Consolidated case]
     *Defendants*.    )
_____    )

## MOTION FOR PROTECTION
## ON THE AMENDED NOTICE OF DEPOSITION OF COBY SHORTER

     The Texas Secretary of State ("SOS") moves for protection regarding the

Amended Notice of Deposition ("Notice") for Deputy Secretary of State, Mr. Coby

Shorter (*see* Ex. 1), who has *not* been designated as a Rule 30(b)(6) witness on

behalf of the SOS.  The SOS designated Keith Ingram as its 30(b)(6) witness, and

2

Mr. Ingram's deposition has already been taken in this case. The United States cannot show the extraordinary circumstances required to take the deposition of Mr. Shorter as a high-ranking agency official. And given that the SOS has already testified through a 30(b)(6) witness, the United States should at a minimum limit the topics and timeframe of Mr. Shorter's deposition.

The Notice calls for Mr. Shorter to appear in Austin, Texas at 9:00 a.m. on Tuesday, June 17, 2014. It also calls for the production of documents in Mr. Shorter's custody, possession, or control responsive to an attachment to the Notice. Counsel for Mr. Shorter objected to the document request. *See* Ex. 2 (Coby Shorter's Objections to the Notice to Produce Documents (May 22, 2014)). Counsel for the defendants have notified the United States that Mr. Shorter has no discoverable information, and the United States has not indicated what discoverable information Mr. Shorter has.

Mr. Shorter is an apex witness. The well-settled rule in the Fifth Circuit is that "exceptional circumstances must exist before the involuntary depositions of high agency officials are permitted." *In re Office of Inspector General*, 933 F.2d 276, 278 (5th Cir. 1991) (per curiam) (citation omitted). "Top executive department officials should not, absent extraordinary circumstances, be called to testify regarding their reasons for taking official actions." *Id.* (citations omitted). "High ranking government officials have greater duties and time constraints than other witnesses." *In re United States*, 985 F.2d 510, 512 (11th Cir.) (per curiam), *cert. denied*, 510 U.S. 989 (1993). "[T]he Supreme Court has indicated that the practice

of calling high officials as witnesses should be discouraged." *Id.* (citing *United States v. Morgan*, 313 U.S. 409 (1941)).

In his role as Deputy Secretary, Mr. Shorter is has the very role contemplated by the Fifth Circuit to be protected from testimony absent "exceptional" or "extraordinary" circumstances. He has the final sign-off on the agency's policies, which are developed and implemented at levels below him on the organizational chart. The Secretary of State designated *not Mr. Shorter*, but Keith Ingram as its 30(b)(6) witness, and Mr. Ingram's deposition has already been taken in this case. Indeed, Mr. Shorter may not be compelled to testify because he has no unique knowledge relating to this litigation.

To protect Mr. Shorter and the SOS's rights pursuant to the Federal Rules of Civil Procedure and their right to due process, the SOS respectfully asks the Court for protection.

Dated: June 17, 2014

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JONATHAN F. MITCHELL
Solicitor General

J. REED CLAY, JR.
Special Assistant and Senior Counsel
to the Attorney General
Southern District of Texas No. 1160600

4

*/s/ John B. Scott*
JOHN B. SCOTT
Deputy Attorney General for Civil Litigation
Southern District of Texas No. 10418
Texas State Bar No. 17901500
ATTORNEY-IN-CHARGE

G. DAVID WHITLEY
Assistant Deputy Attorney General
Southern District of Texas No. 2080496

STEPHEN RONALD KEISTER
Assistant Attorney General
Southern District of Texas No. 18580

JENNIFER MARIE ROSCETTI
Assistant Attorney General
Southern District of Texas No. 224780

LINDSEY ELIZABETH WOLF
Assistant Attorney General
Southern District of Texas No. 2292940

209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 475-0131

BEN A. DONNELL
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853
Southern District of Texas No. 5689

COUNSEL FOR THE STATE OF TEXAS,
RICK PERRY, JOHN STEEN, and STEVE
MCCRAW

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 17, 2014, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.


*/s/ John B. Scott*
JOHN B. SCOTT

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for the defendants have conferred with counsel for the United States, pursuant to Southern District of Texas Rule 7.1.  The United States has been agreeable to the postponing of the date of Mr. Shorter's deposition. However, because the time of compliance for the current deposition notice is upon us, the defendants are required to file this motion for protection.  Counsel for the defendants will continue discussing limiting the subject matter and timeframe of Mr. Shorter's deposition with counsel for the United States.

*/s/ G. David Whitley*
G. David Whitley