**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

_____

| | |
|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DELEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEZ, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMLEY, PEGGY HERMAN, EVELYN BRICKNER, GORDON BENJAMIN, KEN GANDY, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), AND DALLAS COUNTY, TEXAS, | ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiffs,* | ) |
| v. | ) ) |
| | ) |
| RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State, | ) ) |
| *Defendants.* | ) |
| _____ | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| *Plaintiffs,* | ) |
| | ) |
| TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, IMANI CLARK, AND MICHELLE BESSIAKE, | ) ) ) |
| *Plaintiff-Intervenors,* | ) |
| | ) |
| TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, AND HIDALGO COUNTY, | ) ) ) ) |
| *Plaintiff-Intervenors,* | ) |
| v. | ) |
| | ) |
| STATE OF TEXAS, JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety, | ) ) ) ) ) ) |
| *Defendants.* | ) |
| _____ | ) |

CIVIL ACTION NO.
2:13-CV-193 (NGR)
[Lead case]

CIVIL ACTION NO.
2:13-CV-263 (NGR)
[Consolidated case]

1

TEXAS STATE CONFERENCE OF NAACP        )
BRANCHES;   and   the   MEXICAN        )
AMERICAN LEGISLATIVE CAUCUS OF         )
THE      TEXAS      HOUSE      OF       )
REPRESENTATIVES,                       )
     *Plaintiffs,*                        )
v.                                     )
                                       )   CIVIL ACTION NO.
JOHN STEEN, in his official capacity as )   2:13-CV-291 (NGR)
Secretary of State of Texas; and STEVE )   [Consolidated case]
McCRAW, in his official capacity as Director )
of the Texas Department of Public Safety, )
    *Defendants.*                       )
_____      )
BELINDA ORTIZ, LENARD TAYLOR,          )
EULALIO MENDEZ JR., LIONEL             )
ESTRADA; ESTELA GARCIA ESPINOSA,       )
ROXANNE HERNANDEZ, LYDIA LARA,         )
MARGARITO MARTINEZ LARA,               )
MAXIMINA MARTINEZ LARA, AND            )
*LA UNION DEL PUEBLO ENTERO, INC.*     )
    *Plaintiffs,*                       )
v.                                     )
                                       )
STATE OF TEXAS; JOHN STEEN, in his     )   CIVIL ACTION NO.
Official capacity as Texas Secretary of State; )   2:13-CV-348 (NGR)
And STEVE McCRAW, in his official capacity )   [Consolidated case]
As Director of the Texas Department of  )
Public Safety,                         )
    *Defendants.*                       )
_____      )

## [PROPOSED] ORDER ON TEXAS SECRETARY OF STATE'S MOTION FOR PROTECTION

Having considered the Texas Secretary of State's Motion for Protection on the

Amended Notice of Deposition of Coby Shorter, the court finds that the Motion

should be, and hereby is, GRANTED.

2

**SO ORDERED.**

Date: _____, 2014.

_____
NELVA GONZALES RAMOS
United States District Judge