UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-CV-193 |
|---|---|---|---|
| Marc Veasey, et al. ||||
| *versus* ||||
| Rick Perry, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Bradley E. Heard<br>United States Department of Justice<br>Civil Rights Division, Voting Section<br>950 Pennsylvania Ave NW, Room 7269-NWB<br>Washington, DC 20530<br>(202) 305-4196<br>DC Bar No. 458309 |
|---|---|
| Seeks to appear for this party: | United States of America |
| Dated: 6/17/2014 | Signed: [signature] |

| The state bar reports that the applicant's status is: ||
|---|---|
| Dated: | Clerk's signature: |

Order — This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                          United States District Judge