UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Marc Veasey, et al.

                Plaintiff,

v.                                                                Case No.: 2:13–cv–00193
                                                            Judge Nelva Gonzales Ramos

Rick Perry, et al.

                Defendant.

NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Nelva Gonzales Ramos

**PLACE:**

United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX

**DATE:** 6/18/2014

**TIME:** 03:00 PM

**TYPE OF PROCEEDING:** Status Conference

Date:   June 18, 2014

                                                                                                               David J. Bradley, Clerk