# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al*,<br>    Plaintiffs,<br>v.<br><br>RICK PERRY, Governor of Texas, *et al*<br>    Defendants. | CIVIL ACTION NO.<br>2:13-CV-193 (NGR)<br>[Lead case] |
| UNITED STATES OF AMERICA,<br>    Plaintiffs,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al*,<br>    Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al*,<br>    Plaintiff-Intervenors,<br>v.<br><br>STATE OF TEXAS, *et al*,<br>    Defendants. | CIVIL ACTION NO.<br>2:13-CV-263 (NGR)<br>[Consolidated case] |
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al*,<br>    Plaintiffs,<br>v.<br><br>JOHN STEEN, in his official capacity as Secretary of State of Texas, *et al*,<br>    Defendants. | CIVIL ACTION NO.<br>2:13-CV-291 (NGR)<br>[Consolidated case] |

| | |
|---|---|
| BELINDA ORTIZ, *et al*,<br>    Plaintiffs,<br>v.<br><br>STATE OF TEXAS, *et al*,<br>    Defendants. | ) CIVIL ACTION NO.<br>) 2:13-CV-348 (NGR)<br>) [Consolidated case]<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER ON DEFENDANTS' MOTION TO COMPEL THE ORTIZ-LUPE PLAINTIFFS AND THE VEASEY-LULAC PLAINTIFFS TO ANSWER DEFENDANTS' <u>FIRST SET OF INTERROGATORIES</u>

Having considered Defendants' Motion to Compel the Ortiz-LUPE Plaintiffs and the Veasey-LULAC Plaintiffs[1] to Answer Defendants' First Set of Interrogatories, the Court finds that the Motion should be, and hereby is, GRANTED. The Ortiz-LUPE Plaintiffs and the Veasey-LULAC Plaintiffs shall promptly provide Verified Answers to Defendants' First Set of Interrogatories served on each respective Ortiz-LUPE Plaintiff and each respective Veasey-LULAC Plaintiff.

**SO ORDERED.**

Date: _____, 2014.

_____
NELVA GONZALES RAMOS
United States District Judge

---

[1] As defined in the Defendants' Motion to Compel the Ortiz-LUPE Plaintiffs and the Veasey-LULAC Plaintiffs to Answer Defendants First Set of Interrogatories