IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>RICK PERRY, *et al.*,<br><br>　　　　　　　Defendants. | Civil Action No. 2:14-cv-226 (NGR) |

[Proposed] **ORDER**

　　　　Having reviewed the motion to quash filed by the Texas Legislative Council (ECF No. 1), and the United States' response thereto (ECF No. 10), the motion is hereby **GRANTED IN PART AND DENIED IN PART**.  The motion to quash is granted with regard to mailboxes assigned to legislators and aides on whom the United States has also served an individual document subpoena.  With regard to the remaining mailboxes, the TLC shall search for discoverable email using search terms agreed upon by the TLC and the United States.  Production of materials over which a legislator has asserted a state legislative privilege shall proceed consistent with the prior orders of this Court.  *See* Order, *Veasey v. Perry*, No. 2:13-cv-193 (S.D. Tex. Apr. 3, 2014) (ECF No 226).

**SO ORDERED.**

June ___, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Nelva Gonzales Ramos
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge