| SLR 105 (3/93) (Replaces RMD 105) Texas State Library State and Local Records Management Division | | STATE OF TEXAS RECORDS RETENTION SCHEDULE | | | | | | | 1. Page 12 of 37 Form SLR 105C MUST accompany all submissions of this form Indicate Use of Form | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2. Agency Code 101 | | 3. Agency TEXAS SENATE | | | | | 8. Security | | ☐ ORIGINAL SUBMISSION ☒ RECERTIFICATION | |
| 4. Records Series Item Number | 5. Agency Item Number | 6. RECORD SERIES TITLE | 7. RETENTION PERIOD | | | 9. Archival | | | ☐ REPLACEMENT PAGE ☐ ADDENDUM | |
| | | | Agency | Storage | Total | 10. Medium | | | | |
| | | | | | | | 11. Vital | 12. | REMARKS | |
| | | **SENATE OFFICES** | | | | | | | | |
| | SPR1 | **Senate Journal Manuscripts** | 1 | 3 | 4 | O | | P | 90-101-001 | |
| | SPR2 | **Committee Working Files** Committee files may include meeting files, bill files, reports and studies, administrative correspondence, project files, resident/constituent casework and correspondence, and administrative files. | AV | 4 | AV+ 4 | C | A | P | 90-101-002 | |
| | SPR3 | **Senators Legislative Working Files** Senators files may include administrative correspondence, resident/constituent casework and correspondence, proposed legislation, committee files, project/issue files, press releases, district files, photographs, and clippings, calendars, and schedules. | AV | AC | AV+ AC | C | A | O | AC=term of office O=P+E 91-101-005 90-101-003 | |
| | SPR5 | **Reports-Administrative** | AV | 3 | AV+3 | C | A | P | 97-101-013 | |

EXHIBIT B

| RETENTION CODES (For Field 7) AC – After Closed, Terminated, Completed, Expired, Settled AV – Administrative Values CE – Calendar Year End | FE – Fiscal Year End LA – Life of Asset PM – Permanent US – Until Superseded | MEDIUM CODES (For Field 10) P – Paper M – Microfilm E – Electronic O – Other (Specify in Field 12) | ARCHIVAL CODES (For Field 9) A – Transfer to State Archives R – Review by State Archivist | SECURITY CODES (For Field 8) O – Open Record C – Confidential VITAL CODE (For Field 11) Indicate with an "X" |
|---|---|---|---|---|