**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>RICK PERRY, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*,<br><br>　　　　Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*,<br><br>　　　　Plaintiff-Intervenors,<br><br>　　v.<br><br>STATE OF TEXAS, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

1

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NANDITA BERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants | Civil Action No. 2:13-cv-348 (NGR) |

### TEXAS LEAGUE OF YOUNG VOTERS, ET AL, PLAINTIFF INTERVENORS' SUPPLEMENTAL DISCLOSURE PURSUANT TO RULE 26

Pursuant to Federal Rule of Civil Procedure 5(a), Plaintiff-Intervenors the Texas League of Young Voters Education Fund and Imani Clark (collectively the "Texas League Group") hereby notify all parties to this case that their Supplemental Disclosure to all counsel of record was served June 20, 2014.

Date: June 20, 2014

Respectfully submitted,

/s/ Ryan P. Haygood
Christina A. Swarns
Ryan P. Haygood
 *Attorney-in-Charge*
Natasha M. Korgaonkar

2

Leah C. Aden
Deuel Ross
NAACP LEGAL DEFENSE AND EDUCATIONAL
   FUND, INC.
40 Rector Street, 5th Floor
New York, New York 10006
cswarns@naacpldf.org
rhaygood@naacpldf.org
nkorgaonkar@naacpldf.org
laden@naacpldf.org
dross@naacpldf.org

Danielle Conley
Jonathan Paikin
Kelly P. Dunbar
Sonya L. Lebsack
WILMER CUTLER PICKERING HALE
   AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
danielle.conley@wilmerhale.com
jonathan.paikin@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on 6/20/2014 I served the foregoing document via the Court's ECF system on all counsel of record.

                                                         /s/
                                          Richard F. Shordt
                                          Wilmer Cutler Pickering Hale and Dorr LLP
                                          1875 Pennsylvania Avenue NW
                                          Washington, DC 20006
                                          (202) 663-6693
                                          Richard.Shordt@wilmerhale.com