IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br>    Plaintiffs, <br><br>  v. <br><br>RICK PERRY, *et al.*, <br><br>    Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br>    Plaintiff, <br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br>    Plaintiff-Intervenors, <br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br>    Plaintiff-Intervenors, <br><br>  v. <br>STATE OF TEXAS, *et al.*, <br><br>    Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NANDITA BERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants | Civil Action No. 2:13-cv-348 (NGR) |

**PLAINTIFFS TEXAS NAACP AND MALC'S
NOTICE OF SUPPLEMENTAL DISCLOSURES PURSUANT TO RULE 26**

Pursuant to Federal Rule of Civil Procedure 5(a), Plaintiffs Texas State Conference of NAACP Branches ("Texas NAACP) and the Mexican American Legislative Caucus of the Texas House of Representatives ("MALC") hereby notify all parties to this case that their Second Supplemental Disclosures to all counsel of record were served on June 25, 2014.

Date: June 25, 2014    Respectfully submitted,

　　　　　　　　　　　　　　　　　　s/ Ezra Rosenberg
　　　　　　　　　　　　　　　　　　Ezra D. Rosenberg
　　　　　　　　　　　　　　　　　　Michelle Hart Yeary
　　　       　　　　　　　　　　　　DECHERT LLP
　　　　　　　　　　　　　　　　　　902 Carnegie Center, Suite 500
　　　　　　　　　　　　　　　　　　Princeton, New Jersey 08540-6531
　　　　　　　　　　　　　　　　　　ezra.rosenberg@dechert.com

Amy L. Rudd
Lindsey Cohan
DECHERT LLP
500 W. 6th Street, Suite 2010
Austin, Texas 78701
lindsey.cohan@dechert.com

Wendy Weiser
Myrna Pérez
Vishal Agraharkar
Jennifer Clark
The Brennan Center for Justice at NYU Law School
161 Avenue of the Americas, Floor 12
New York, New York 10013-1205
wendy.weiser@nyu.edu
myrna.perez@nyu.edu
vishal.agraharkar@nyu.edu
jenniferl.clark@nyu.edu

Robert A. Kengle
Mark A. Posner
Sonia Kaur Gill
Erandi Zamora
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue, N.W., Suite 400
Washington, D.C. 20005
mposner@lawyerscommittee.org

Daniel Gavin Covich
Covich Law Firm LLC
Frost Bank Plaza
802 N Carancahua, Ste 2100
Corpus Christi, TX 78401
daniel@covichlawfirm.com

Gary Bledsoe
PotterBledsoe, L.L.P.
316 W. 12th Street, Suite 307
Austin, Texas 78701
garybledsoe@sbcglobal.net

Robert Notzon
The Law Office of Robert Notzon
1502 West Avenue
Austin, Texas 78701
Robert@NotzonLaw.com

Jose Garza
Law Office of Jose Garza
7414 Robin Rest Drive
San Antonio, Texas 98209
garzapalm@aol.com

Kim Keenan
Marshall Taylor
Victor Goode
NAACP
4805 Mt. Hope Drive
Baltimore, Maryland 21215
kkeenan@naacpnet.org
mtaylor@naaacpnet.org
vgoode@naacpnet.org

*Counsel for Plaintiffs Texas State Conference of NAACP Branches, Mexican American Legislative Caucus of the Texas House of Representatives*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2014, I served a true and correct copy of the foregoing via the Court's ECF system on all counsel of record.

/s/ Lindsey B. Cohan
Lindsey B. Cohan
State Bar No. 24083903
DECHERT LLP
500 W. 6th Street, Suite 2010
Austin, TX 78701
Telephone:  (512) 394-3000
Facsimile:  (512) 394-3001
lindsey.cohan@dechert.com
