# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br>    Plaintiffs, <br><br>    v. <br><br> RICK PERRY, *et al.*, <br><br>    Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br>    Plaintiff, <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br>    Plaintiff-Intervenors, <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br>    Plaintiff-Intervenors, <br><br>    v. <br><br> STATE OF TEXAS, *et al.*, <br><br>    Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>NANDITA BERRY, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>STATE OF TEXAS, *et al.*,<br><br>    Defendants | Civil Action No. 2:13-cv-348 (NGR) |

**PLAINTIFF-INTERVENORS TEXAS LEAGUE OF YOUNG VOTERS, ET AL, SECOND SUPPLEMENTAL DISCLOSURE PURSUANT TO RULE 26**

  Pursuant to Federal Rule of Civil Procedure 5(a), Plaintiff-Intervenors the Texas League of Young Voters Education Fund and Imani Clark (collectively the "Texas League Group") hereby notify all parties to this case that their Second Supplemental Disclosure to all counsel of record was served June 26, 2014.

Date: June 26, 2014        Respectfully submitted,

                /s/  Ryan P. Haygood_____
                Christina A. Swarns
                Ryan P. Haygood
                 *Attorney-in-Charge*
                Natasha M. Korgaonkar

Leah C. Aden
Deuel Ross
NAACP LEGAL DEFENSE AND EDUCATIONAL
  FUND, INC.
40 Rector Street, 5th Floor
New York, New York 10006
cswarns@naacpldf.org
rhaygood@naacpldf.org
nkorgaonkar@naacpldf.org
laden@naacpldf.org
dross@naacpldf.org

Danielle Conley
Jonathan Paikin
Kelly P. Dunbar
Sonya L. Lebsack
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
danielle.conley@wilmerhale.com
jonathan.paikin@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on 6/26/2014 I served the foregoing document via the Court's ECF system on all counsel of record.

                                                                                                          */s/*
                                                                   Richard F. Shordt
                                                                   Wilmer Cutler Pickering Hale and Dorr LLP
                                                                   1875 Pennsylvania Avenue NW
                                                                   Washington, DC 20006
                                                                   (202) 663-6693
                                                                   Richard.Shordt@wilmerhale.com