IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NANDITA BERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants | Civil Action No. 2:13-cv-348 (NGR) |

## **MOTION TO WITHDRAW M. HASAN ALI AS COUNSEL**

Plaintiff-Intervenors The Texas League of Young Voters Education Fund et al. move to withdraw M. Hasan Ali as their attorney in this matter, and state as follows:

1. Mr. Ali is leaving Wilmer Cutler Pickering Hale and Dorr LLP on June 27, 2014 and will therefore no longer be able to represent Plaintiff-Intervenors.

2. Mr. Ali is one of several attorneys for The Texas League Plaintiff-Intervenors. Lead attorney Ryan Haygood of the NAACP Legal Defense and Educational Fund, and lead attorneys Danielle Conley and Jonathan E. Paikin of WilmerHale will remain as attorneys for Plaintiff-Intervenors in this matter. Other attorneys with the NAACP Legal Defense and Educational Fund and WilmerHale will also continue to represent Plaintiff-Intervenors.

2.	Withdrawal of Mr. Ali as attorney of record will not cause undue delay and will not have a material adverse effect on Plaintiff-Intervenors' interests.

WHEREFORE, Plaintiff-Intervenors The Texas League of Young Voters Education Fund et al. respectfully request leave to allow M. Hasan Ali to withdraw as counsel in this matter.

Respectfully submitted this 26th day of June 2014,

/s/ M. Hasan Ali

| | |
|---|---|
| Christina Swarns<br>Ryan P. Haygood<br>Natasha M. Korgaonkar<br>Leah C. Aden<br>Deuel Ross<br>NAACP Legal Defense and Educational Fund, Inc.<br>40 Rector Street, 5th Floor<br>New York, NY 10006<br>cswarns@naacpldf.org<br>rhaygood@naacpldf.org<br>nkorgaonkar@naacpldf.org<br>laden@naacpldf.org<br>dross@naacpldf.org | Danielle Conley<br>Jonathan Paikin<br>M. Hasan Ali<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>danielle.conley@wilmerhale.com<br>jonathan.paikin@wilmerhale.com<br>hasan.ali@wilmerhale.com<br><br>*Counsel for Texas League of Young Voters and Imani Clark* |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2014, I filed a true and correct copy of the foregoing document with the Clerk of court using the CM/ECF system, which will send a notice of the electronic filing to all counsel of record.

/s/ M. Hasan Ali
WILMER CUTLER PICKERING HALE AND
 DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel. (202) 663-6220
Fax (202) 663-6363
hasan.ali@wilmerhale.com

*Counsel for the Texas League Plaintiff-Intervenors*
