Marianne Serpa, Dep-in-Charge
US District Clerk's Office
1133 N Shoreline Blvd Rm 208
Corpus Christi TX 78401

Clerk, U.S. District Court
Southern District of Texas
FILED
JUN 2 6 2014
David J. Bradley, Clerk of Court

Jun 23 14

RE: USA v TEXAS 2:13cv193/263

Let the voters endorse & enable a limited voting structure.
I want to be in Corpus Christi Labor Day Sep 1 for the trial.

Illinois may have seven ballot questions in November.
I want to be at some Cook County hearing's before Judge Mary L Mikva, 50 W Washington Rm 2508, Chicago IL 60602, 312-603-4890. The time is ripe for more Illinois ballot questions.

My only route to freedom s through the Courts. I did not lure the then 12-year old neighbor boy who came up to me to ask if I had some money before I gave him 30¢ and about six boys and girls taunted me and threw stones. I did not videotape neighbor boys who felt me up and said on the tape the camera didn't work.

I am the interested party pro se in USA v TEXAS 2:13cv193/263 suggesting a limited voting 2nd ballot for the Texas State House and Co Com'ns (See RODRIGUEZ v HARRIS CO 4:11 cv 2907-VDG). with candidates paying a filing deposit to get on the limited voting ballot in their own and 2-4 add'l districts.

20+ docket entries are letters from me. I want docket sheets from Feb 12 and the transcript of the Feb 12 telephonic status hearing.

*Robert M Allensworth*
Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419

# 3 WSIL Weather Outlook

NEWS-3 WEATHER

Meteorologist Jim Rasor









# Officials vote on 2 items

CHICAGO (AP) — A measure calling for initiatives before voters — four constitutional amendments and three poll-style questions — along with one of the most competitive gubernatorial races nationwide. However, the fate of the map and term limits measures still draws political boundaries more time to validate signatures. Both could appear on one of Illinois' leftiest ballots in state history, with a lawmaker term limits still but ready for a November ballot — elections officials headed Tuesday as he also reluctantly agreed to give back-up of an initiative charging how Illinois face other hurdles, still time to file objections. The board was less certain about efforts by the "Yes for Independent Maps" group, saying the signatures and allegations that the process has been laden with politics.

The Illinois State Board of Elections ruled that the "Committee for Legislative Reform and Term Limits," led by Republican gubernatorial candidate Bruce Rauner, had enough valid signatures based off a sample size, though there's still time to file objections. "Yet they keep running back here wanting more days, more time, more time. We've been very fair with them, but nature gathering was "a mess" and didn't meet deadlines.

"They didn't start soon enough. When they did get started, they didn't really work hard enough," board chairman Jesse Smart, who voted in favor of allowing more time, told reporters.

The map group's members have said the process smells of politics in a Democratic-leaning state where some top members of the party oppose the plans to impose two terms on legislators and shift the mapmaking process from lawmakers to an independent commission. Board members dismissed those allegations. The claim didn't crop up during the meeting, which bordered on rowdy at times with intense questioning from the board and cheers from roughly 100 supporters watching. An attorney for the map group said the citizen-driven effort was new to the rules and election officials rushed the process and didn't communicate clearly.

they've not portrayed we've been fair to them."

Allensworth P14522 4B21
MRCC 251 N IL 37 S
na IL 62846 2419

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS

Marianne Serpa, Dep-in-Charge
US District Clerk's Office
1133 N Shoreline Blvd
Corpus Christi TX 78401

Clerk, U.S. District Court
Southern District of Texas
FILED
JUN 2 6 2014
David J. Bradley, Clerk of Court

UNITED STATES POSTAGE
MAILED FROM
FIRST-CLASS
FOREVER
02 1M
0004266687
3 2014
62846