UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al*, § <br> § <br> Plaintiffs, § <br> VS. § <br> § <br> RICK PERRY, *et al*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 2:13-CV-00193 |

## ORDER GRANTING LEAVE TO WITHDRAW FOR M. HASAN ALI

On this date, the Court considered Plaintiff-Intervenors Texas League of Young Voters et al.'s Motion to Withdraw M. Hasan Ali as counsel of record in the above captioned case. Having considered the motion, the Court is of the opinion that the motion should be granted.

Accordingly, it is ORDERED that Plaintiff-Intervenors' Motion is GRANTED.

ORDERED this 26th day of June, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE