**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | |
|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DELEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEZ, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMLEY, PEGGY HERMAN, EVELYN BRICKNER, GORDON BENJAMIN, KEN GANDY, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), AND DALLAS COUNTY, TEXAS, <br>     *Plaintiffs,* <br> v. <br><br> RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State, <br>     *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
| UNITED STATES OF AMERICA, <br>     *Plaintiffs,* <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, AND IMANI CLARK, <br>     *Plaintiff-Intervenors,* <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, HIDALGO COUNTY, <br>     *Plaintiff-Intervenors,* <br> v. <br><br> STATE OF TEXAS, JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CIVIL ACTION NO.
2:13-CV-193 (NGR)
[Lead case]

CIVIL ACTION NO.
2:13-CV-263 (NGR)
[Consolidated case]

1

as Director of the Texas Department of Public )
Safety,                                        )
    *Defendants.*                               )
                                              )
_____        )
TEXAS STATE CONFERENCE OF NAACP                )
BRANCHES;   and   the   MEXICAN                )
AMERICAN LEGISLATIVE CAUCUS OF                 )
THE      TEXAS      HOUSE      OF                  )
REPRESENTATIVES,                               )
    *Plaintiffs,*                                )
v.                                             )
                                              )
JOHN STEEN, in his official capacity as  )  CIVIL ACTION NO.
Secretary of State of Texas; and STEVE   )  2:13-CV-291 (NGR)
McCRAW, in his official capacity as Director )  [Consolidated case]
of the Texas Department of Public Safety,     )
    *Defendants.*                                )
                                              )
_____        )
BELINDA ORTIZ, LENARD TAYLOR,                  )
EULALIO MENDEZ JR., LIONEL                     )
ESTRADA; ESTELA GARCIA ESPINOSA,               )
LYDIA LARA, MARGARITO MARTINEZ                 )
LARA, MAXIMINA MARTINEZ LARA, AND              )
*LA UNION DEL PUEBLO ENTERO, INC.*             )
    *Plaintiffs,*                                )
v.                                             )
                                              )
STATE OF TEXAS; JOHN STEEN, in his             )
Official capacity as Texas Secretary of State; )
And STEVE McCRAW, in his official capacity     )
As Director of the Texas Department of         )
Public Safety,                             )  CIVIL ACTION NO.
    *Defendants.*                            )  2:13-CV-348 (NGR)
_____    )  [Consolidated case]
                                              )
                                              )
                                              )

2

**DEFENDANTS' NOTICE OF INTENTION TO TAKE ORAL DEPOSITION
OF THE OFFICE OF THE INSPECTOR GENERAL**

To:   The **United States Department of Justice, Office of the Inspector General, Oversight and Review Division, of the United States of America**, by and through its attorneys of record Anna Baldwin, Robert Berman, Richard Dellheim, Elizabeth S. Westfall, Avner Shapiro, Daniel Freeman, Jennifer Maranzano, John A. Smith, Meredith Bell-Platts, and Bruce Gear, Voting Section, Civil Rights Division, United States Department of Justice, Room 7254 NWB, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530.

Please take notice that on June 27, 2014 beginning at 9:30 A.M., at the law office of Donnell, Abernethy & Kieschnick, 555 N. Carancahua, Suite 1770, Corpus Christi, Texas 78401-0853, Defendants the State of Texas, Rick Perry, the Texas Secretary of State[1] and Steve McCraw, by and through the Attorney General for the State of Texas, will take the oral deposition of the United States Department of Justice, Office of the Inspector General, Oversight and Review Division, of the United States of America ("Office of the Inspector General") pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure.

This deposition will be recorded by stenographic means, conducted before an individual authorized to administer oaths, and used for any purpose permitted under the Federal Rules of Civil Procedure or court order.  The deposition may be videotaped.  The deposition will continue from time to time and place to place until concluded.

The Office of the Inspector General is directed to designate a person or persons to testify on its behalf on the topic identified in Exhibit A.

---

[1] Various complaints identify the Texas Secretary of State as John Steen.  The current Secretary of State, however, is Nandita Berry.

## EXHIBIT A

## TOPIC

1. A Review of the Operations of the Voting Section of the Civil Rights Division, dated March 2013 and available at http://www.justice.gov/oig/reports/2013/s1303.pdf.

Dated:        June 20, 2014

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JONATHAN F. MITCHELL
Solicitor General

J. REED CLAY, JR.
Special Assistant and Senior Counsel
to the Attorney General
Southern District of Texas No. 1160600

*/s/ John B. Scott*
JOHN B. SCOTT
Deputy Attorney General for Civil Litigation
Southern District of Texas No. 10418
Texas State Bar No. 17901500
ATTORNEY-IN-CHARGE

G. DAVID WHITLEY
Assistant Deputy Attorney General
Southern District of Texas No. 2080496

STEPHEN RONALD KEISTER
Assistant Attorney General

4

Southern District of Texas No. 18580

JENNIFER MARIE ROSCETTI
Assistant Attorney General
Southern District of Texas No. 224780

LINDSEY ELIZABETH WOLF
Assistant Attorney General
Southern District of Texas No. 2292940

209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 475-0131

BEN A. DONNELL
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853
Southern District of Texas No. 5689

COUNSEL FOR THE STATE OF TEXAS,
RICK PERRY, JOHN STEEN, and STEVE
MCCRAW

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2014, a true and correct copy of the foregoing document is being served via electronic mail to all counsel of record.


*/s/ John B. Scott*
JOHN B. SCOTT