IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br>          Plaintiffs, <br><br>     v. <br><br> RICK PERRY, *et al.*, <br><br>          Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br>          Plaintiff, <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br>          Plaintiff-Intervenors, <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br>          Plaintiff-Intervenors, <br><br>     v. <br><br> STATE OF TEXAS, *et al.*, <br><br>          Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>NANDITA BERRY, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>STATE OF TEXAS, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-348 (NGR) |

## **ORDER**

THIS MATTER is before the Court on the United States' Motion for a protective order from Defendants' Rule 30(b)(6) deposition notice issued to the United States Department of Justice's Office of Inspector General ("OIG"). Upon due consideration of the parties' submissions and arguments, the Court finds that the topic upon which Defendants seek discovery by way of this deposition of OIG—i.e., a published report entitled *A Review of the Operations of the Voting Section of the Civil Rights Division*, dated March 2013 and available at http://www.justice.gov/oig/reports/2013/s1303.pdf (hereinafter, "OIG Report")—is not relevant to any claim or defense presently asserted in this litigation and is unlikely to lead to the

1

discovery of admissible evidence in connection with any such claim or defense. The deposition is, therefore, beyond the scope of permissible discovery pursuant to Fed. R. Civ. P. 26(b)(1).

For the foregoing reasons, the Court finds that the United States has demonstrated good cause for the entry of a protective order disallowing this deposition. Accordingly, the Court **GRANTS** the United States' motion and hereby **ORDERS** that Defendants are not permitted to take the Rule 30(b)(6) deposition of the Department of Justice's Office of Inspector General.

**SO ORDERED** this _____ day of _____, 20_____.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE