IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISON

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>              Plaintiffs,<br><br>     v.<br><br>RICK PERRY, *et al.*,<br><br>              Defendants. | Civil Action No. 2:13-cv-193 (lead)<br>(consolidated w/ 2:13-cv-263) |

## NOTICE OF VEASEY-LULAC PLAINTIFFS' SECOND AMENDED RULE 26 DISCLOSURES

      Pursuant to Federal Rule of Civil Procedure 5(a), Plaintiffs, Veasey-Lulac, hereby notify all parties to this case that their Second Amended Rule 26 Disclosures to all counsel of record were served June 27th, 2014.

Date:   June 27th, 2014

                                     Respectfully Submitted,

                                     /s/ Chad W. Dunn
                                     Chad W. Dunn
                                     TBN 24036507; Fed. I.D. No. 33467
                                     K. Scott Brazil
                                     TBN 02934050; Fed. I.D. No. 2585
                                     4201 Cypress Creek Parkway, Suite 530
                                     Houston, Texas 77068
                                     Telephone: (281) 580-6310
                                     Facsimile: (281) 580-6362
                                     E-Mail: chad@brazilanddunn.com
                                     E-Mail: scott@brazilanddunn.com

Neil G. Baron
State Bar No.: 017970180
Law Office of Neil G. Baron
914 FM 517 W., Ste. 242
Dickinson, Texas 77539
281/534-2748 – Main
281/534-4309 – Fax
neil@ngbaronlaw.com – E-mail

J. Gerald Hebert
District of Columbia State Bar No. 447676
Emma Simson
Maryland Bar
Campaign Legal Center
215 E. Street, NE
Washington, DC 20002
202/736-2200, ext. 12 – Main
202/736-2222 – Fax
ghebert@campaignlegalcenter.org – E-mail

David Richards
State Bar No.: 16846000
Richards, Rodriguez & Skeith, LLP
816 Congress Avenue, Ste. 1200
Austin, Texas 78701
512/476-0005 – Main
daverichards@june.com – E-mail

Armand G. Derfner
Derfner, Altman & Wilborn, LLC
P.O. Box 600
Charleston, S.C. 29402
843/723-9804 – Main
aderfner@dawlegal.com – E-mail

*ATTORNEYS FOR PLAINTIFFS*

Craig M. Watkins
Dallas County District Attorney
State Bar No. 00791886
Teresa G. Snelson
Chief, Civil Division
Dallas County District Attorney's Office

       State Bar. No. 08577250
       411 Elm Street, 5th Floor
       Dallas, TX 75202-4606
       Telephone (214) 653-7358
       Facsimile (214) 653-6134
       Teresa.Snelson@dallascounty.org

       *ATTORNEYS FOR DALLAS COUNTY, TEXAS*

       Luis Roberto Vera, Jr.
       LULAC National General Counsel
       State Bar No. 20546740
       The Law Offices of Luis Vera Jr., and Associates
       1325 Riverview Towers, 111 Soledad
       San Antonio, Texas 78205-2260
       Telephone (210) 225-3300
       Facsimile (210) 225-2060
       lrvlaw@sbcglobal.net

       *ATTORNEY FOR LULAC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27th, 2014, I served a true and correct copy of the foregoing via electronic mail on the counsel of record.

       */s/ Chad W. Dunn*
       Chad W. Dunn