IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>RICK PERRY, *et al.*,<br><br>    Defendants. | Civil Actions No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*,<br><br>    Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*,<br><br>    Plaintiff-Intervenors,<br><br>  v.<br><br>STATE OF TEXAS, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NANDITA BERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants | Civil Action No. 2:13-cv-348 (NGR) |

**UNITED STATES' NOTICE OF FILING OF**
**THE EXPERT REPORT OF DR. BARRY BURDEN**

At the Court's direction, the United States hereby files the expert report of Dr. Barry Burden, which is attached hereto.

Date:  June 27, 2014

                                                Respectfully submitted,

KENNETH MAGIDSON                  JOCELYN SAMUELS
United States Attorney                      Acting Assistant Attorney General
Southern District of Texas                Civil Rights Division

                                                */s/ Daniel J. Freeman*
                                                T. CHRISTIAN HERREN, JR.
                                                MEREDITH BELL-PLATTS
                                                ELIZABETH S. WESTFALL
                                                BRUCE I. GEAR
                                                JENNIFER L. MARANZANO
                                                ANNA M. BALDWIN
                                                DANIEL J. FREEMAN
                                                Attorneys, Voting Section
                                                Civil Rights Division, U.S. Department of Justice
                                                950 Pennsylvania Avenue, N.W.
                                                Washington, D.C. 20530

## **CERTIFICATE OF SERVICE**

       I hereby certify that on June 27, 2014, I served a true and correct copy of the foregoing via the Court's ECF system on the following counsel of record:

| | |
|---|---|
| John B. Scott | Chad W. Dunn |
| John Reed Clay, Jr. | Kembel Scott Brazil |
| Gregory David Whitley | Brazil & Dunn |
| Jonathan F. Mitchell | chad@bradzilanddunn.com |
| Sean Flammer | scott@bazilanddunn.com |
| Stephen Ronald Keister | |
| Arthur D'Andrea | J. Gerald Hebert |
| Jennifer Marie Roscetii | Emma Simson |
| Lindsey Elizabeth Wolf | Campaign Legal Center |
| Office of the Texas Attorney General | ghebert@campaignlegalcenter.org |
| john.scott@texasattorneygeneral.gov | esimson@campaignlegalcenter.org |
| reed.clay@texasattorneygeneral.gov | |
| david.whitley@texasattorneygeneral.gov | Neil G. Baron |
| jonathan.mitchell@texasattorneygeneral.gov | Law Offices of Neil G. Baron |
| sean.flammer@texasattorneygeneral.gov | neil@ngbaronlaw.com |
| ronny.keister@texasattorneygeneral.gov | |
| arthur.dandrea@texasattorneygeneral.gov | Armand Derfner |
| jennifer.roscetti@texasattorneygeneral.gov | Derfner, Altman, & Wilborn |
| lindsey.wolf@texasattorneygeneral.gov | aderfner@dawlaw.com |
| | |
| Ben Addison Donnell | Luiz Roberto Vera, Jr. |
| Donnell Abernethy & Kieschnick | lrvlaw@sbcglobal.net |
| bdonnell@dakpc.com | |
| | *Counsel for Veasey Plaintiffs* |
| *Counsel for Defendants* | |

Christina Swarns
Ryan P. Haygood
Natasha M. Korgaonkar
Leah C. Aden
Deuel Ross
NAACP Legal Defense and Educational Fund, Inc.
cswarns@naacpldf.org
rhaygood@naacpldf.org
nkorgaonkar@naacpldf.org
laden@naacpldf.org
dross@naacpldf.org

Danielle Conley
Jonathan Paikin
Kelly P. Dunbar
Sonya L. Lebsack
Gerald J. Sinzdak
Lynn Eisenberg
Richard F. Shordt
WilmerHale LLP
danielle.conley@wilmerhale.com
jonathan.paikin@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com
Gerard.sinzdak@wilmerhale.com
Lynn.eisenberg@wilmerhale.com
richard.shordt@wilmerhale.com

*Counsel for Texas League of Young Voters Plaintiff-Intervenors*

Ezra D. Rosenberg
Amy L. Rudd
Lindsey Cohan
Dechert LLP
ezra.rosenberg@dechert.com
amy.rudd@dechert.com
lindsey.cohan@dechert.com

Wendy Weiser
Jennifer Clark
Myrna Pérez
Vishal Agraharkar
Brennan Center for Justice at NYU School of Law
wendy.weiser@nyu.edu
jenniferl.clark@nyu.edu
myrna.perez@nyu.edu
vishal.argraharkar@nyu.edu

Mark A. Posner
Sonia Kaur Gill
Erandi Zamora
Lawyers' Committee for Civil Rights
mposner@lawyerscommittee.org
sgill@lawyerscommittee.org
ezamora@lawyerscommittee.org

*Counsel for Texas State Conference of NAACP Branches Plaintiffs*

Jose Garza
Marinda van Dalen
Robert W. Doggett
Peter McGraw
Kathryn Newell
Priscilla Noriega
Texas Rio Grande Legal Aid, Inc.
jgarza@trla.org
mvandalen@trla.org
rdoggett@trla.org
pmcgraw@trla.org
knewell@trla.org
pnoriega@trla.org

*Counsel for Ortiz Plaintiffs*

Rolando L. Rios
Law Offices of Rolando L. Rios
rrios@rolandorioslaw.com

Preston Edward Henrichson
Law Offices of Preston Henrichson
preston@henrichsonlaw.com

*Counsel for Texas Association of Hispanic County Judges and County Commissioners Plaintiff-Intervenors*

*/s/ Daniel J. Freeman*
Daniel J. Freeman
Voting Section
Civil Rights Division
U.S. Department of Justice
daniel.freeman@usdoj.gov