IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DeLEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEZ, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMMEY, PEGGY HERMAN, EVELYN BRICKNER, GORDON BENJAMIN, KEN GANDY, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC) and DALLAS COUNTY, TEXAS<br>  *Plaintiffs*,<br><br>v.<br><br>RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State,<br>  *Defendants.* | § § § § § § § § § § § § § § § § § § § § | Civil Action No.:<br>Case No. 2:13-CV-00193 (NGR)<br>[Lead Case] |
| UNITED STATES OF AMERICA,<br>  *Plaintiffs*,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, IMANI CLARK, AND MICHELLE BESSIAKE,<br>  *Plaintiff-Intervenors*,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, AND HIDALGO COUNTY,<br>  *Plaintiff-Intervenors*,<br><br>v.<br><br>STATE OF TEXAS, JOHN STEEN, in his Official capacity as Texas Secretary of State and STEVE McCRAW, in his Official capacity as Director of the Texas Department of Public Safety,<br>  *Defendants.* | § § § § § § § § § § § § § § § § § § § § § § | Civil Action No.:<br>2:13-CV-00263 (NGR) |

TEXAS STATE CONFERENCE OF           §
NAACP BRANCHES; and the MEXICAN     §
AMERICAN LEGISLATIVE CAUCUS         §
OF THE TEXAS HOUSE OF               §
REPRESENTATIVES,                    §
          *Plaintiffs*              §
                                    §
v.                                  §          Civil Action No.:
                                    §          2:13-CV-00291 (NGR)
JOHN STEEN, in his official capacity as    §
Secretary of State of Texas, and STEVE     §
McCRAW, in his official capacity as        §
Director of the Texas Department of        §
Public Safety                              §
          *Defendants.*             §
                                    §
BELINDA ORTIZ, LENARD TAYLOR,       §
EULALIO MENDEZ, JR., LIONEL         §
ESTRADA, ESTELA GARCIA             §
ESPINOSA, LYDIA LARA,               §
MARGARITO MARTINEZ LARA,            §
MAXIMINA MARTINEZ LARA, AND         §
*LA UNION DEL PUEBLO ENTERO, INC.*  §          Civil Action No.:
          *Plaintiffs*              §          2:13-CV-00348 (NGR)
                                    §
v.                                  §
                                    §
STATE OF TEXAS, JOHN STEEN, in      §
His official capacity as Texas Secretary of  §
State, and STEVE McCRAW, in his     §
Official capacity as Director of the Texas   §
Department of Public Safety         §
          *Defendants.*             §

## VEASEY-LULAC PLAINTIFFS' DESIGNATION OF EXPERTS

Plaintiffs, Marc Veasey, Jane Hamilton, Sergio DeLeon, Floyd J. Carrier, Anna Burns, Michael Montez, Penny Pope, Oscar Ortiz, Koby Ozias, John Mellor-Crummey, Peggy Herman, Evelyn Brickner, Gordon Benjamin, Ken Gandy, League of United Latin American Citizens and Dallas County file this Designation of Expert Witnesses, and would show this Honorable Court as follows:

2

I.

Veasey-LULAC Plaintiffs' Designation of Retained Expert Witnesses

1.    Matt A. Barreto, PhD.
      Department of Political Science
      University of Washington
      Box 353530
      Seattle, Washington
      909-489-2955

      Gabriel Ramon Sanchez, PhD.
      Department of Political Science
      University of New Mexico
      Box MSC05 3070
      Albuquerque, New Mexico
      505-277-5104

      Dr. Barreto and Dr. Sanchez's joint report and other Rule 26 disclosures are
      produced herewith.  Dr. Barreto and Dr. Sanchez are designated as expert
      witnesses on behalf of the Veasey-LULAC Plaintiffs and the NAACP-MALC
      Plaintiffs.

2.    George Korbel
      220 Gardenview
      San Antonio, Texas 78213

      Mr. Korbel's report and other Rule 26 disclosures are produced herewith.

3.    T. Ransom Cornish, C.P.A, J.D.
      One Sugar Creek Center Boulevard, Suite 340
      Sugar Land, Texas 77478
      281-207-1954

      Mr. Cornish's report and other Rule 26 disclosures are produced herewith.

4.    Michael C. Herron
      Dartmouth College
      Department of Government
      201 Silsby Hall
      Hanover, NH 03755
      603-646-2693

3

Dr. Herron's report and other Rule 26 disclosures are produced herewith.

5.      Randall Buck Wood
        Ray & Wood
        2700 Bee Caves Road
        Austin, Texas 78746
        512-328-8877

Mr. Wood's report and other Rule 26 disclosures are produced herewith.

6.      Allan J. Lichtman
        Department of History
        American University
        9219 Villa Dr.
        Bethesda, MD 20817
        202-885-2411

Dr. Lichtman's report and other Rule 26 disclosures are produced herewith.

II.

Supplementation and Cross Designation

Plaintiffs hereby cross designates and states that they may call any expert witness identified or designated by any party or any employee or representative of any party, subject to any objections that Plaintiffs may make concerning the designation or qualifications of those witnesses.

Plaintiffs reserve the right to elicit by way of cross examination, opinion testimony from experts or corporate representatives or other witnesses who may be qualified to render expert testimony designated and/or called by other parties to the suit.

Plaintiffs reserve the right to elicit by way or direction/cross examination, opinion testimony from fact witnesses who may be qualified to render testimony, but are not retained or designated experts at this time and who have expertise in certain areas

4

regarding the facts of this case.  Such witnesses include employees and/or officers of Dallas County, Texas and LULAC.

Plaintiffs reserve the right to elicit by way of direct/cross examination, opinion testimony for experts designated and/or called by other parties to the suit.  Plaintiffs reserve the right to call any expert witness of any party who may be added to this lawsuit.

Dated this 27th day of June, 2014.


Respectfully submitted,

**BRAZIL & DUNN**

 */s/ Chad W. Dunn*
Chad W. Dunn
State Bar No. 24036507
K. Scott Brazil
State Bar No. 02934050
Brazil & Dunn
4201 Cypress Creek Parkway, Suite 530
Houston, Texas  77068
Telephone:  (281) 580-6310
Facsimile:   (281) 580-6362
chad@brazilanddunn.com
scott@brazilanddunn.com

J. Gerald Hebert
D.C. Bar No. 447676
Campaign Legal Center
215 E Street, NE
Washington, DC 20002
Telephone (202) 736-2200 ext. 12
Facsimile (202) 736-2222
GHebert@campaignlegalcenter.org
(Pro Hac Vice Motion Granted)

Neil G. Baron
State Bar No. 01797080
Law Office of Neil G. Baron
914 FM 517 W, Suite 242
Dickinson, Texas 77539
Telephone (281) 534-2748
Facsimile (281) 534-4309
neil@ngbaronlaw.com

David Richards
State Bar No. 16846000
Richards, Rodriguez & Skeith, LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701
Telephone (512) 476-0005
Facsimile  (512) 476-1513
daverichards4@juno.com

Armand G. Derfner
Derfner, Altman & Wilborn, LLC
P.O. Box 600
Charleston, S.C. 29402
Telephone (843) 723-9804
aderfner@dawlegal.com
(Pro Hac Vice Motion Granted)

*Attorneys for Veasey-LULAC Plaintiffs*

LUIS ROBERTO VERA, JR.
LULAC National General Counsel
State Bar No.  20546740
The Law Offices of Luis Vera Jr., and Associates
1325 Riverview Towers, 111 Soledad
San Antonio, Texas 78205-2260
Telephone (210) 225-3300
Facsimile (210) 225-2060
lrvlaw@sbcglobal.net

*Attorney for LULAC*

6

Craig M. Watkins
Dallas County District Attorney
State Bar No. 00791886
Teresa G. Snelson
Chief, Civil Division
Dallas County District Attorney's Office
State Bar. No. 08577250
411 Elm Street, 5th Floor
Dallas, TX 75202-4606
Telephone (214) 653-7358
Facsimile (214) 653-6134
Teresa.Snelson@dallascounty.org

*Attorneys for Dallas County, Texas*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2014, I electronically provided the foregoing document with opposing counsel via ECF:


       */s/ Chad W. Dunn*
Chad W. Dunn