IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Actions No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*,<br><br>   Plaintiffs,<br><br>  v.<br><br>NANDITA BERRY, *et al.*,<br><br>   Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*,<br><br>   Plaintiffs,<br><br>  v.<br><br>STATE OF TEXAS, *et al.*,<br><br>   Defendants | Civil Action No. 2:13-cv-348 (NGR) |

**UNITED STATES' NOTICE OF FILING OF**
**THE EXPERT REPORT OF DR. JANE HENRICI**

At the Court's direction, the United States hereby files the expert report of Dr. Jane Henrici, which is attached hereto.

Date: June 27, 2014

                                          Respectfully submitted,

KENNETH MAGIDSON                 JOCELYN SAMUELS
United States Attorney                    Acting Assistant Attorney General
Southern District of Texas               Civil Rights Division

                                          */s/ Daniel J. Freeman*
                                          T. CHRISTIAN HERREN, JR.
                                          MEREDITH BELL-PLATTS
                                          ELIZABETH S. WESTFALL
                                          BRUCE I. GEAR
                                          JENNIFER L. MARANZANO
                                          ANNA M. BALDWIN
                                          DANIEL J. FREEMAN
                                          Attorneys, Voting Section
                                          Civil Rights Division, U.S. Department of Justice
                                          950 Pennsylvania Avenue, N.W.
                                          Washington, D.C. 20530

## **CERTIFICATE OF SERVICE**

   I hereby certify that on June 27, 2014, I served a true and correct copy of the foregoing via the Court's ECF system on the following counsel of record:

John B. Scott
John Reed Clay, Jr.
Gregory David Whitley
Jonathan F. Mitchell
Sean Flammer
Stephen Ronald Keister
Arthur D'Andrea
Jennifer Marie Roscetii
Lindsey Elizabeth Wolf
Office of the Texas Attorney General
john.scott@texasattorneygeneral.gov
reed.clay@texasattorneygeneral.gov
david.whitley@texasattorneygeneral.gov
jonathan.mitchell@texasattorneygeneral.gov
sean.flammer@texasattorneygeneral.gov
ronny.keister@texasattorneygeneral.gov
arthur.dandrea@texasattorneygeneral.gov
jennifer.roscetti@texasattorneygeneral.gov
lindsey.wolf@texasattorneygeneral.gov

Ben Addison Donnell
Donnell Abernethy & Kieschnick
bdonnell@dakpc.com

*Counsel for Defendants*

Chad W. Dunn
Kembel Scott Brazil
Brazil & Dunn
chad@bradzilanddunn.com
scott@bazilanddunn.com

J. Gerald Hebert
Emma Simson
Campaign Legal Center
ghebert@campaignlegalcenter.org
esimson@campaignlegalcenter.org

Neil G. Baron
Law Offices of Neil G. Baron
neil@ngbaronlaw.com

Armand Derfner
Derfner, Altman, & Wilborn
aderfner@dawlaw.com

Luiz Roberto Vera, Jr.
lrvlaw@sbcglobal.net

*Counsel for Veasey Plaintiffs*

Christina Swarns  
Ryan P. Haygood  
Natasha M. Korgaonkar  
Leah C. Aden  
Deuel Ross  
NAACP Legal Defense and Educational Fund, Inc.  
cswarns@naacpldf.org  
rhaygood@naacpldf.org  
nkorgaonkar@naacpldf.org  
laden@naacpldf.org  
dross@naacpldf.org  

Danielle Conley  
Jonathan Paikin  
Kelly P. Dunbar  
Sonya L. Lebsack  
Gerald J. Sinzdak  
Lynn Eisenberg  
Richard F. Shordt  
WilmerHale LLP  
danielle.conley@wilmerhale.com  
jonathan.paikin@wilmerhale.com  
kelly.dunbar@wilmerhale.com  
sonya.lebsack@wilmerhale.com  
Gerard.sinzdak@wilmerhale.com  
Lynn.eisenberg@wilmerhale.com  
richard.shordt@wilmerhale.com  

*Counsel for Texas League of Young Voters Plaintiff-Intervenors*

Ezra D. Rosenberg  
Amy L. Rudd  
Lindsey Cohan  
Dechert LLP  
ezra.rosenberg@dechert.com  
amy.rudd@dechert.com  
lindsey.cohan@dechert.com  

Wendy Weiser  
Jennifer Clark  
Myrna Pérez  
Vishal Agraharkar  
Brennan Center for Justice at NYU School of Law  
wendy.weiser@nyu.edu  
jenniferl.clark@nyu.edu  
myrna.perez@nyu.edu  
vishal.argraharkar@nyu.edu  

Mark A. Posner  
Sonia Kaur Gill  
Erandi Zamora  
Lawyers' Committee for Civil Rights  
mposner@lawyerscommittee.org  
sgill@lawyerscommittee.org  
ezamora@lawyerscommittee.org  

*Counsel for Texas State Conference of NAACP Branches Plaintiffs*

Jose Garza
Marinda van Dalen
Robert W. Doggett
Peter McGraw
Kathryn Newell
Priscilla Noriega
Texas Rio Grande Legal Aid, Inc.
jgarza@trla.org
mvandalen@trla.org
rdoggett@trla.org
pmcgraw@trla.org
knewell@trla.org
pnoriega@trla.org

*Counsel for Ortiz Plaintiffs*

Rolando L. Rios
Law Offices of Rolando L. Rios
rrios@rolandorioslaw.com

Preston Edward Henrichson
Law Offices of Preston Henrichson
preston@henrichsonlaw.com

*Counsel for Texas Association of Hispanic County Judges and County Commissioners Plaintiff-Intervenors*

*/s/ Daniel J. Freeman*
Daniel J. Freeman
Voting Section
Civil Rights Division
U.S. Department of Justice
daniel.freeman@usdoj.gov