IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, | |
| Plaintiffs, | Civil Action No. 2:13-cv-291 (NGR) |
| v. | |
| NANDITA BERRY, *et al.*, | |
| Defendants. | |
| BELINDA ORTIZ, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-348 (NGR) |
| STATE OF TEXAS, *et al.*, | |
| Defendants | |

## **DECLARATION OF JANE HENRICI**

Pursuant to 28 U.S.C. § 1746, I, Jane Henrici, make the following declaration:

I.      <u>Statement of Inquiry</u>

1.      I have been asked by attorneys with the U.S. Department of Justice to present evidence from social science research to assist the court in determining whether low-income Texans face increased burdens when attempting to obtain photo identification as authorized by Senate Bill 14 (SB 14) and, because the majority of Texans living in poverty are black and Hispanic, whether low-income blacks and Hispanics are disproportionately burdened by this law. I have been compensated at $200 per hour for my work, and have reviewed studies of poverty in Texas, some of which I authored or co-authored, and examined additional data, including from the U.S. Census, to assess circumstances faced by low-income members of racial and ethnic minorities in Texas.

2.      I have reached the following conclusion: poorer Texans who are registered voters or eligible to register to vote but do not possess photo identification acceptable under SB 14 face multiple obstacles in obtaining such documentation relative to Texans with higher income levels. Poorer Texans who are black and Hispanic are more likely than those who are white to have unreliable incomes, live in relative social and economic isolation, have health problems that limit mobility, and face stigmas associated with their poverty—which compounds and worsens difficulties securing authorized photo identification in order to vote. The law disproportionately burdens low-income black and Hispanic Texans.

3

II.     Background and Qualifications

3.      I am an anthropologist with twenty years of professional field research, policy analysis, publication, and university level teaching experience. I am an Independent Consultant, Senior Research Affiliate with the Institute for Women's Policy Research, and Professorial Lecturer at George Washington University.

4.      I specialize in issues of poverty as they affect gender, racial and ethnic groups, and those with special needs such as the elderly and those with disabilities. I focus in my research, teaching, and consulting on methods to improve opportunities and reduce obstacles that unequally affect various groups and communities. I have conducted and directed others in conducting quantitative and qualitative research in the United States, Latin America, and the Middle East and North Africa.

5.      I obtained my doctorate in anthropology at The University of Texas at Austin in 1996, my Master's degree at the University of Chicago in 1981, and graduated with my Bachelor's from the University of Texas at Austin *Cum Laude* in 1979 with three semesters at Southern Methodist University 1976–1977.

6.      After completing my doctoral dissertation field research in Peru, I was contracted as a qualitative ethnographic researcher on different projects to gather and analyze information concerning race, ethnicity, and experiences of poverty and marginalization in Texas. I conducted research for these projects in Laredo, Palestine, and various communities south of Austin.

7.      After obtaining my doctorate, I was selected to be a Postdoctoral Research Fellow 1998–2000 at the University of Texas at Austin for "Welfare,

4

Children, and Families: A Three-City Study," a large-scale, longitudinal, and mixed method research project on the consequences of welfare policy changes begun nationally in 1996 (in Texas, in 1995) on households, neighborhoods, and government and nonprofit agencies in Boston, Chicago, and San Antonio.

8.      Subsequent to my fellowship, I was hired full-time as a research scientist on the project 2000-2001, and continued during the summers of 2002 and 2003 as a subcontractor. More about my work on this study is described in my CV, provided as an appendix to this report.

9.      I taught for seven years in the Anthropology Department at the University of Memphis.  In 2008, I left that teaching position to join the Institute of Women's Policy Research, contracted to direct a long-term study of the ongoing conditions of 184 low-income African American women, former tenants of public housing, displaced by the flooding of New Orleans in the aftermath of Hurricane Katrina. We conducted interviews for this study in the womens' homes post-Katrina in New Orleans and Baton Rouge, Louisiana and Houston, Texas.

10.      Additional professional research and analysis experience in Texas that I have done includes qualitative projects dealing with food stamp use in rural and urban areas of central Texas and with minority math and science elementary school education in Laredo, Texas.

11.      Policy changes I have studied in Texas include, but are not limited to, the adoption of weekly work hour and parenting class requirements along with 60-month/5 year lifetime limits for cash welfare receipt; the delinking of cash benefits from medical coverage; the imposition of sanctions on benefits recipients in the

form of cutting their child care subsidy, cash assistance, or food stamps for violations such as unreported asset ownership or missed meetings with caseworkers; the state-adopted gender-based violence waivers on work requirements; the mass reductions to professional benefits and employment caseworker staffing; the contracting of nonprofits for job training programming; and the demolitions of traditional public housing stock.

12.     For all of these projects in Texas (1991-2013), I spent substantial interview and observation hours within the homes, recreational facilities, schools, stores, churches, child care centers, and social services benefits offices of the participating low-income families. In addition, I interviewed elementary school teachers in Laredo, and benefits caseworkers, religious leaders, political representatives, child care providers, and neighborhood organization administrators in San Antonio. For my research in Laredo, I lived with two families, for a period of three-months each (October - December 1991 and January - March 1992), in their homes located in the low-income Hispanic neighborhoods where our respondents were concentrated.

13.     I have authored and co-authored reports and publications including books, book chapters, evaluations, and policy recommendations; prepared grant proposals and legislative, media, and other communication; served on doctoral, peer-publication, and grant proposal review committees; delivered invited academic and public lectures and consulted internationally and domestically on issues of disparity and development; and mentored students and junior researchers.

14.     My edited volume, *Doing Without: Women and Work after Welfare Reform* (2006), and the book I co-authored with Ronald Angel and Laura Lein, *Poor Families in America's Health Care Crisis* (2006), have received honors and citations and application in university coursework. My recent publications include "Doubly Displaced: Women, Public Housing, and Spatial Analysis after Katrina," (with Allison Suppan Helmuth and Angela Carlberg) in *The Women of Katrina: How Gender, Race, and Class Matter in an American Disaster*.

15.     I have received multiple awards and honors, including a Fulbright Scholar Award, and have been elected multiple times to international professional offices.

16.     I am regularly asked to speak on and advise regarding ways to address issues of poverty and barriers confronted by lower-income individuals, particularly women of racial and ethnic minorities and those who have health and disability challenges.

17.     I am considered an expert in qualitative methods and in the integrated use of quantitative and qualitative methods of research (generally known as a mixed method approach). I do technical consulting and training in both, and am the regular instructor for the graduate course for the Elliott School of International Affairs at George Washington University in mixed methods.

III.    <u>Sources of Information</u>

18.     For this report, I reviewed scholarly literature regarding the use of documents, including those necessary to obtain government services and benefits,

7

by low-income minority citizens and particularly those living in Texas. I also examined demographic data concerning minorities and poverty in Texas, and reviewed all interview data from the two large-scale longitudinal projects in which I have conducted research in Texas.

19.    This mixed method approach to data collection and analysis has increasingly become regarded by policy experts as superior to either quantitative or qualitative alone for large-scale and in-depth examinations of lower income households and populations[1] as well as "street level" implementation of legislation and policy.[2] In particular, mixed method approaches are valued for assessing issues of poverty and economic development among diverse racial and ethnic groups.[3]

---

[1] Donna M. Mertens, Katrina L. Bledsoe, Martin Sullivan, and Amy Wilson. "Utilization of Mixed Methods for Transformative Purposes," In Abbas Tashakkori and Charles Teddlie (eds.), *SAGE Handbook of Mixed Methods in Social & Behavioral Research, 2nd Edition*, pp. 193 – 214 (Thousand Oaks, CA: SAGE Publications, 2010).

[2] Evelyn Z. Brodkin. "Accountability in Street-Level Organizations," *International Journal of Public Administration*. 31: 317 – 336 (2008).

[3] Kathryn Edin and Laura Lein. *Making Ends Meet: How Single Mothers Survive Welfare and Low-Wage Work* (New York, NY: Russell Sage Foundation, 1997); Frank Munger (ed.), *Laboring Below the Line: The New Ethnography of Poverty, Low-Wage Work, and Survival in the Global Economy* (New York, NY: Russell Sage Foundation, 2002); Steve Olson (ed.) *Toward an Integrated Science of Research on Families* (Washington, DC: Committee on the Science of Research on Families, Board on Children, Youth, and Families, Institute of Medicine and National Research Council of the National Academies, 2011); Susan J. Popkin, Laura E. Harris, and Mary K. Cunningham. *Families in Transition: A Qualitative Analysis of the MTO Experience, Final Report* (Washington, DC: U.S. Department of Housing and Urban Development, Office of Policy Development and Research and Abt Associates, Inc., 2002); Martín Sánchez-Jankowski. *Cracks in the Pavement: Social Change and Resilience in Poor Neighborhoods.* (Berkeley, CA: University of California Press, 2008); U.S. Department of Housing and Urban Development. "Mixed-Income Community Dynamics: Five Insights from Ethnography," *Evidence Matters* (Spring, 2013); William Julius Wilson. *When Work Disappears: The World of the New Urban Poor* (New York, NY: Knopf

This preference for mixed methods research comes from a long history of evaluating social science focused on poverty, and efforts to address it.[4] The principal reason for this preference is that, while survey data box in responses regarding human experiences, qualitative data open up explanations and provide in-depth information for those responses.[5] Moreover, within analyses and reporting of qualitative data, descriptive accounts of individual human experiences and views in the form of vignettes are valid and standard components.[6]

20.     I also reviewed for this report the texts of SB 14, the Texas Administrative Regulations related to Election Identification Certificates and the following websites of the Texas Secretary of State and Texas Department of Public Safety (DPS): www.votetexas.gov, www.txdps.state.tx.us/DriverLicense, and http://www.txdps.state.tx.us/driverlicense/electionid.htm as well as the version in Spanish of this last site, available through a link to an automatically generated Google translation.[7] In addition, I reviewed the expert report of Dr. Steven

Doubleday Publishing Group, 1996) and *More than Just Race: Being Black and Poor in the Inner City* (New York, NY: W.W. Norton and Company, 2010).

[4] Alice O'Connor. *Poverty Knowledge: Social Science, Social Policy, and the Poor in Twentieth-Century U.S. History* (Princeton, NJ: Princeton University Press, 2001).

[5] Donna M. Mertens, Katrina L. Bledsoe, Martin Sullivan, and Amy Wilson. "Utilization of Mixed Methods for Transformative Purposes," In Abbas Tashakkori and Charles Teddlie (eds.), *SAGE Handbook of Mixed Methods in Social & Behavioral Research, 2nd Edition*, pp. 193 – 214 (Thousand Oaks, CA: SAGE Publications, 2010).

[6] Margaret D. LeCompte and Jean J. Schensul. *Analysis and Interpretation of Ethnographic Data: A Mixed Methods Approach*, 2nd Edition, pp. 269 - 275 (Lanham, MD: AltaMira Press, 2013).

[7] http://translate.google.com/translate?depth=1&hl=en&rurl=translate.google.com&

Ansolabehere on the number and racial make-up of Texas voters who lack state or federal photo identification.

21.     SB 14 requires that a voter in Texas present one of seven forms of government-issued photo identification for verification at a polling station before being allowed to vote on site. The government-issued photo documentation, other than a citizenship certificate, must be current or have expired within 60 days of being presented. If voting by mail, no photo identification is required.

22.     The Texas Secretary of State website lists the seven acceptable forms of photo identification. If a currently registered voter in Texas lacks all seven valid forms of photo identification, and has not obtained a disability exemption, the voter can cast a provisional ballot. For such a provisional ballot to be counted a voter must show one of the required forms of photo identification to the county registrar within six calendar days of the election, except in circumstances that involve voters who have religious objections to being photographed or who lost their identification as a result of a natural disaster.

23.     To obtain a disability exemption/exception, adult voters (or their legal guardians) must supply written documentation from either the U.S. Social Security Administration or the U.S. Department of Veteran's Affairs confirming the disability determination and, for veterans, at least 50 percent impairment, along with a statement that the voter lacks any one of the allowable government-issued photo identifications.

---

sl=en&tl=es&twu=1&u=http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

24. In order to vote by mail, and thus not be required to show an authorized photo identification, a voter must be 65 years or older, disabled, out of the county on election day and during the period of early voting, or confined in jail but otherwise eligible. In addition, the person must submit to the proper early voting clerk a completed and signed application between the 60th to 9th day, or 11th if election day falls on a Tuesday, before election day or deliver the application before early voting in person begins.

25. Those who otherwise lack one of the specified forms of photo identification may apply for a Texas Election Identification Certificate (EIC) that, if issued, will be valid for six years (although EICs for citizens 70 years old and over do not expire). An EIC may be used only for voting, and can be issued through submission of an application and supporting documents at a DPS office, an EIC Mobile Station, or a designated county office in select counties that do not contain a DPS office. To get an EIC, a person needs to 1) go to the appropriate office during open hours, 2) complete and verify the application form (DL-14C) affirming that s/he lacks all other forms of qualifying identification under SB 14, 3) submit documentation as listed below, 4) have the application form notarized or signed by an authorized officer of the State of Texas, and 5) have a photograph taken.

26. According to the Texas Secretary of State website, an applicant must show a current voter registration card or be eligible to vote and submit a voter registration application. Moreover, according to the DPS website, EIC applicants must show documentary proof of U.S. citizenship and of identity.

11

27.     According to the DPS website, proof of citizenship for obtaining an EIC requires an (expired) U.S. passport book or card; an original or certified birth certificate from a U.S. state, territory, or District of Columbia or authorized Report of Birth issued by the U.S. Department of State; a Citizen or Citizen Resident Identification Card issued by the U.S. Department of Justice Immigration and Naturalization Service;[8] or a certificate of U.S. citizenship or naturalization.[9]

28.     Proof of identity documentation for an EIC must be: one piece of "primary" identification; two "secondary" pieces of identification; or one secondary plus two "supporting" pieces of identification. Primary identification must be either a Texas driver license or an authorized personal identification card expired for over 60 days and within two years. Secondary identification has to be a federal, state, U.S. territory, or the District of Columbia government-issued and recorded original or certified copy of: a birth certificate, court order with name and date of birth showing official name and/or gender change, or U.S. citizenship or naturalization papers without photo identification. Supporting pieces include, but are not limited to, a voter registration card; school or military record; a U.S. Social Security Card; Form W-2 or 1099; Medicaid or Medicare card; parole or mandatory release certificate or offender identification card issued by the Texas Department of Criminal Justice; Texas driver license or personal identification expired more than two years; and an

[8] U.S. Citizen and Resident Citizen ID cards, Forms I-197 and I-179 respectively, remain valid although are no longer issued.

[9] These certificates are issued by the U.S. Department of Homeland Security Citizenship and Immigration Services.

unexpired or expired within two years driver license from another U.S. state, territory, or District of Columbia.

29.     In other words, to secure and use an EIC, a person must first register to vote, take the time to learn what is required and gather or obtain copies of the necessary documentation, find a way to get to a location where EICs are being issued during the hours that the office is open, wait at that location for whatever time necessary in order to be served, complete and verify the EIC application, and bring the EIC at the time of voting.

30.     Large numbers of low-income black and Hispanic Texans are able to get by in their daily lives without photo identification. Research performed by Dr. Steven Ansolabehere for this litigation found that approximately 1.2 million registered voters in Texas lack an accepted form of federal or state photo identification as required by SB 14, and black and Hispanic voters are more likely to lack photo identification than white voters. According to Dr. Ansolabehere's report, black voters are roughly twice as likely as non-Hispanic white voters to lack authorized photo identification, and Hispanic voters are significantly more likely to lack photo identification as well.

31.     As I will describe, low-income Texans experience difficulties obtaining, keeping, replacing, and renewing government-issued documents such as vouchers, certificates, licenses, records, and cards—and the majority of low-income Texans are black and Hispanic. As Dr. Ansolabehere's research shows, black and Hispanic Texans are more likely to not already have a current and, as authorized by SB 14, appropriate form of photo identification. Low-income Texan voters who do

13

not already have photo identification as required by SB 14 will find getting one to be a burden, and this is a burden that disproportionately impacts minorities in Texas.

IV.   <u>Poverty, Race and Ethnicity, and Photo Identification in Texas</u>

32.   Poorer Texans will have significant difficulty getting photo identification if they do not have one already, and blacks and Hispanics are disproportionately represented among Texans living in poverty. In Texas, poverty is strongly associated with race and ethnicity, and conditions in which poorer minorities live and work in Texas affect their ability to obtain and update government-issued forms of documentation.

33.   Further, as I will describe in the following sections, poorer blacks and Hispanics are more likely than other Texans to have unreliable incomes, live in relative social and economic isolation, have health issues that limit mobility, and face stigmas associated with their poverty. These problems interact with one another and make getting and keeping current photo identification as authorized by SB 14 a burden for poorer African-American and Hispanic Texans not already in possession of one.

34.   According to a 2014 analysis[10] of the most recent income levels from the U.S. Census Bureau Current Population Survey for Texas (2011-2012), roughly one-fourth (23 percent) of the state population lives at and below 100 percent of the Federal Poverty Level, as defined by the U.S. Department of Health and Human Services. This poverty is spread unevenly across Texas among those of different race

---

[10] The Kaiser Family Foundation. *State Health Facts* (2014). http://kff.org/statedata/.

and ethnic groups. Using the U.S. Census categories for race and ethnic groups, the percentage of whites (12 percent) who live in poverty is less than half that of blacks (29 percent) or Hispanics of any race (33 percent) in Texas. In contrast, the percentage of all other races and ethnic groups in Texas who live at that level of poverty (14 percent) is closer to that of whites (Figure 1).



Source: Urban Institute and Kaiser Commission on Medicaid and the Uninsured estimates based on the Census Bureau's March 2012 and 2013 Current Population Survey (Annual Social and Economic Supplements).

Unreliable Income Burdens

35.     Among Texans in poverty, income is not only low, but unreliable. The lack of a consistent and reliable income affects the decisions that poorer blacks and

Hispanics, the majority of poorer Texans, must make regarding their time

expenditure, transportation use, residential location, and health care.

36.     Most of the job opportunities that poorer Texans can find pay

relatively low hourly wages and have few if any accompanying benefits. To earn an

income sufficient to shelter and feed an adult, much less a family, even in less

expensive parts of Texas often requires multiple jobs. In addition, many jobs are

only part-time or temporary, sometimes seasonal, and lack the option for the

employee to have a regular schedule: these conditions also make income

unsteady.[11] Multiple jobs combined with irregular hours of employment make

planning for appointments or meetings outside of work, particularly during open

office hours, problematic[12]—and that will include the scheduling necessary to

obtain photo identification authorized by SB 14.

---

[11] Ronald Angel, Laura Lein, and Jane Henrici. *Poor Families in America's Health Care Crisis: How the Other Half Pays*, pp. 101 – 128 (New York: Cambridge University Press, 2006); Beth Bruinsma. "Flexible Families: Low-Income Women Negotiating Employment Opportunities, Wages, and Child Care Needs in San Antonio," in Jane Henrici (ed.) *Doing Without: Women and Work after Welfare Reform*, pp. 40 – 63 (Tucson, AZ: University of Arizona, 2006); Jane Henrici, Allison Suppan Helmuth and Angela Carlberg. "Doubly Displaced: Women, Public Housing, and Spatial Analysis after Katrina," in Emmanuel David and Elaine Enarson (eds.), *The Women of Katrina: How Gender, Race, and Class Matter in an American Disaster*, pp. 142 – 154 (Nashville, TN: Vanderbilt University, 2012); Jane Henrici and E. Carol Miller. "Work First, Then What? Women and Job Training after Welfare Reform," in Jane Henrici (ed.) *Doing Without: Women and Work after Welfare Reform*, pp. 64 – 80 (Tucson, AZ: University of Arizona, 2006); Deanna Schexnayder et al. *Texas Families in Transition/Surviving without TANF: An Analysis of Families Diverted from or Leaving TANF*, pp. 67, 91, and 109 (Austin, TX: Ray Marshall Center for the Study of Human Resources, the University of Texas at Austin and the Center for Innovative Projects for Economic Development, Prairie View A&M University, 2002).

[12] Holly Bell. "Putting Mothers to Work: Caseworkers' Perceptions of Low-Income Women's Roles in the Context of Welfare Reform," in Jane Henrici (ed.), *Doing*

37.     Moreover, as a result of their unreliable incomes, low-income Texans do not always have access to credit and to formal financial services such as checking accounts. Relying on cash loans through friends and family and check cashing through local stores increases income instability. At the same time, relying on such transactions can allow those Texans to get by without the forms of photo identification that regular banking might demand—and that SB 14 requires.[13]

38.     Finally, unreliable and irregular wage work and other income also affect the cost of taking the time to locate and bring the requisite papers and identity cards, travel to a processing site, wait through the assessment, and get photo identification. This is because most job opportunities do not include paid sick or other paid leave; taking off from work means lost income. Employed low-income Texans not already in possession of such documents will struggle to afford income loss from the unpaid time needed to get photo identification.

39.     In fact, the time expenditure needed for obtaining a record or form of identification can be of questionable benefit and significant risk to a low-income person in Texas, unless that expenditure is clearly aimed toward the betterment of a child. While low-income women and men living in Texas will add, sometimes significantly, to their own hardships and risks in their effort to cover costs that could help their children, poorer minority adults are often reluctant to invest time

_____

*Without: Women and Work after Welfare Reform*, pp. 155 – 171 (Tucson, AZ: University of Arizona, 2006).

[13] Laura Lein, Alan Benjamin, Monica McManus, and Kevin Roy. "Without a Net, Without a Job: What's a Mother to Do?," in Jane Henrici (ed.), *Doing Without: Women and Work after Welfare Reform*, pp. 23 - 39 (Tucson, AZ: University of Arizona, 2006).

and other resources into tasks not directly related to that sort of outcome or objective.[14]

<u>Isolation Burdens</u>

40.     Related to their unreliable incomes, poorer Texans face troubles both in getting around and in finding a place to stay. Social and physical isolation related to transportation and housing issues interact with other problems to present a barrier that low-income black and Hispanic Texans in particular face in securing photo identification acceptable under SB 14.

41.     The majority of the blacks and Hispanics living in poverty about whom I have conducted research across Texas either walk and, where buses are available, take a bus or series of buses to get around. Most respondents are not car owners; those who own vehicles often own ones that fail to run reliably.[15] Thus, poorer minority Texans might not need to possess or renew a Texas driver license

---

[14] Beth Bruinsma. "Flexible Families: Low-Income Women Negotiating Employment Opportunities, Wages, and Child Care Needs in San Antonio," in Jane Henrici (ed.) *Doing Without: Women and Work after Welfare Reform*, pp. 40 – 63 (Tucson, AZ: University of Arizona, 2006); Jane Henrici, Allison Suppan Helmuth and Angela Carlberg. "Doubly Displaced: Women, Public Housing, and Spatial Analysis after Katrina," in Emmanuel David and Elaine Enarson (eds.), *The Women of Katrina: How Gender, Race, and Class Matter in an American Disaster*, pp. 142 – 154 (Nashville, TN: Vanderbilt University, 2012); Debra Skinner, William Lachicotte, and Linda Burton. "The Difference Disability Makes: Managing Childhood Disability, Poverty, and Work," in Jane Henrici (ed.), *Doing Without: Women and Work after Welfare Reform*, pp. 113 – 130 (Tucson, AZ: University of Arizona, 2006).

[15] Ronald Angel, Laura Lein, and Jane Henrici. *Poor Families in America's Health Care Crisis: How the Other Half Pays*, pp. 79 – 100 (New York: Cambridge University Press, 2006); Jane Henrici, Allison Suppan Helmuth and Angela Carlberg. "Doubly Displaced: Women, Public Housing, and Spatial Analysis after Katrina," in Emmanuel David and Elaine Enarson (eds.), *The Women* of *Katrina: How Gender, Race, and Class Matter in an American Disaster*, pp. 142 – 154 (Nashville, TN: Vanderbilt University, 2012).

and, as will be discussed below, face mobility and other challenges that affect getting an EIC.

42.     Low-income Texans give several reasons for either not owning a vehicle or keeping one in working order. Based on our research with primarily black and Hispanic poorer families in San Antonio, my co-authors and I observe that, "Ownership of a car often represents a burden as much as a useful asset."[16] Reasons include: 1) unless an auto is given to them or the resources for it provided, households in poverty lack the money to purchase, maintain, and insure a car;[17] and 2) poorer black or Hispanic Texans are disproportionately likely, even relative to other poorer Texans, to have grown up in or near a traditional-style public housing development that was within walking distance of services, schools, stores, and buses or collective transit. These families learned to survive without owning a car.[18]

43.     A study of overall transportation expenditures among poor in the United States based on research in California found that low-income families often employ complicated strategies in order to afford even minimal mobility. These

[16] Ronald Angel, Laura Lein, and Jane Henrici. *Poor Families in America's Health Care Crisis: How the Other Half Pays*, p. 96 (New York: Cambridge University Press, 2006.

[17] Laura Lein, Alan Benjamin, Monica McManus, and Kevin Roy. "Without a Net, Without a Job: What's a Mother to Do?" in Jane Henrici (ed.) *Doing Without: Women and Work after Welfare Reform*, pp. 23 – 39 (Tucson, AZ: University of Arizona, 2006).

[18] Ronald Angel, Laura Lein, and Jane Henrici. *Poor Families in America's Health Care Crisis: How the Other Half Pays*, pp. 139 – 146 (New York: Cambridge University Press, 2006); Jane Henrici, Allison Suppan Helmuth and Angela Carlberg. "Doubly Displaced: Women, Public Housing, and Spatial Analysis after Katrina," in Emmanuel David and Elaine Enarson (eds.), *The Women of Katrina: How Gender, Race, and Class Matter in an American Disaster*, pp. 142 – 154 (Nashville, TN: Vanderbilt University, 2012).

adaptations can include deliberately limiting travel to shorter distances and less frequent trips. However, even after doing their best to strategize, poorer households still sometimes have to sacrifice other critical items in their budget—including food—in order to cover transportation costs.[19]

44.     Some Texan families also forgo vehicle ownership to avoid undercutting access to means-tested benefits. Many low-income Texans worry they might need to use supplemental assistance in the future, even if they have not used it in the past, whether this means subsidized child care, food stamps, subsidized health coverage, or temporary cash welfare (which, in order to obtain, requires demonstrating at least part-time work). Texans living in poverty might go through phases of receiving and not receiving benefits depending on other circumstances in their lives, such as employment and health. A study of both survey and state administrative data concerning low-income Texans shows, however, that the effort required to seek out and obtain such help in Texas can be discouraging. Black and Hispanic Texans in particular tend to seek cash welfare only in a situation of unemployment. (Conversely, when employed, black and Hispanic low-income Texans are more likely than low-income white Texans to leave the welfare rolls.)[20]

---

[19] Asha Weinstein Agrawal et al. *Getting Around When You're Just Getting By: The Travel Behavior and Transportation Expenditures of Low-Income Adults*, MTI Report 10-02 (San José, CA: Mineta Transportation Institute, San José State University, 2011).

[20] Deanna Schexnayder et al. *Texas Families in Transition/Surviving without TANF: An Analysis of Families Diverted from or Leaving TANF*, pp. 91 and 109 (Austin, TX: Ray Marshall Center for the Study of Human Resources, the University of Texas at Austin and the Center for Innovative Projects for Economic Development, Prairie View A&M University, 2002).

One of the stipulations for determining eligibility to receive certain types of supplemental assistance is asset ownership; as a result, some poorer Texans concerned about seeking help at some point,[21] such as through Medicaid,[22] do not own a car.

45.     In other words, because of unreliable income burdens, and the problems and costs associated with car ownership, there are poorer black and Hispanic Texans who are getting by without owning a vehicle.[23]

46.     At the same time, while a portion of poorer minority Texans are getting by without a car, doing so is difficult and itself an obstacle to improving their lives. Public transit in Texas is not an adequate substitute for private vehicle ownership,[24] and lack of reliable transportation affects poorer Texans' employment

---

[21] Ronald Angel, Laura Lein, and Jane Henrici. *Poor Families in America's Health Care Crisis: How the Other Half Pays*, p. 96 (New York: Cambridge University Press, 2006); Jane Henrici, Allison S. Helmuth, Frances Zlotnick, and Jeff Hayes. *Women in Poverty During the Great Recession: Public Benefits Do Not Always Respond to Rising Need, Variation Across States is Substantial*, p. 2 (Washington, DC: Institute for Women's Policy Research, 2010).

[22] Although Texas does not require families to provide proof of assets when determining children's eligibility for Medicaid or the Children's Health Insurance Program (CHIP), the state may do so for adults in a household without a dependent, disabled, or elderly member. ("Texas Medicaid and CHIP Programs," Georgetown University Health Policy Institute Center for Children and Families," http://ccf.georgetown.edu/programs/tx-mcp/).

[23] Deanna Schexnayder et al. *Texas Families in Transition/Surviving without TANF: An Analysis of Families Diverted from or Leaving TANF*, p. 57 (Austin, TX: Ray Marshall Center for the Study of Human Resources, the University of Texas at Austin and the Center for Innovative Projects for Economic Development, Prairie View A&M University, 2002).

[24] Cf. Tricia Ann Barrow. "An Examination of Urban Public Transportation Equity in San Antonio, Texas," M.S. Report (Austin, TX: Department of Community and Regional Planning, the University of Texas at Austin, 2009).

opportunities and thus their already unsteady incomes. In the statewide study of poorer Texans mentioned earlier, respondents reported "transportation problems" as the second most common reason after "child care problems" for not having a job. Over two-thirds (68 percent) of respondents who had left welfare but remained unemployed said they lacked fully reliable transportation. Further, the issue varies by race and ethnicity among poorer Texans: white unemployed respondents were more likely to have use of a private and reliable vehicle than either Hispanics or blacks, while blacks were far more likely to suffer unemployment because of a lack of transportation than Hispanics or whites.[25]

47.     Relying on others who own cars for rides to centers where authorized photo identification can be made might not be an option either. Geographic distances in rural and small-town Texas form one obstacle, yet distances in urban areas of Texas can pose a problem as well. In part as a result of housing reform policy and the demolition of the preponderance of public housing during the mid-1990s-2000s, a portion of poorer families making use of housing assistance have been scattered across Texas cities.[26] In addition, when unable to make regular rent and utility payments due to irregular employment and limited access to credit or loans, poorer Texans often abruptly relocate or experience eviction without warning

---

[25] *Ibid*. pp. 56 – 60.

[26] Bruce Katz. "The Origins of HOPE VI," In *From Despair to HOPE: HOPE VI and the New Promise of Public Housing in America's Cities*, Henry G. Cisneros and Lora Engdahl (eds.), pp. 15 – 30 (Washington, DC: Brookings Institution Press, 2009); Lillian M. Salcido. "Looking for Home," in Jane Henrici (ed.), *Doing Without: Women and Work after Welfare Reform*, pp. 83 – 98 (Tucson, AZ: University of Arizona, 2006).

and get cut off from telephone and internet communication with others.[27] Many low-income Hispanic and black families in particular have moved out of or been displaced from their former neighborhoods. As I found in my research, changes and challenges to housing and communication among low-income minorities across Texas mean that members of extended families often no longer are able to remain near one another and help one another out (whether with transportation, shelter, child care, or loans).[28]

48.      Lack of reliable employment, housing, transportation, and assistance with these resources from either informal or formal systems create another aspect of social and economic isolation that especially affects poorer minority Texans who do not own cars: affording the necessary time to deal with issues that arise in daily life. Across much of Texas, either walking or taking a bus can cost hours in travel time to go to and from a child care center, work site, school registrar's office, employment office, doctor's office, or government agency—whether as part of a

---

[27] Ronald Angel, Laura Lein, and Jane Henrici. *Poor Families in America's Health Care Crisis: How the Other Half Pays*, pp. 10 – 12 (New York: Cambridge University Press, 2006).

[28] *Ibid*. p. 6; Jane Henrici, Allison Suppan Helmuth and Angela Carlberg. "Doubly Displaced: Women, Public Housing, and Spatial Analysis after Katrina," in Emmanuel David and Elaine Enarson (eds.), *The Women of Katrina: How Gender, Race, and Class Matter in an American Disaster*, pp. 142 – 154 (Nashville, TN: Vanderbilt University, 2012); Lillian M. Salcido. "Looking for Home," in Jane Henrici (ed.), *Doing Without: Women and Work after Welfare Reform*, pp. 83 – 98 (Tucson, AZ: University of Arizona, 2006).

daily routine or to obtain the documents necessary to acquire photo identification as authorized by SB 14.[29]

49.     Income and financial conditions interact with relative geographic and social isolation and impede access to government-issued documents including an EIC. Minority Texans living in poverty who are managing to get by without photo identification are significantly burdened by the requirement to obtain one in order to vote in person.

Health Burdens

50.     Meanwhile, health issues interact with race and ethnicity, poverty, transportation, and housing in Texas to create additional mobility impediments to the ability to obtain and renew photo identification. Compared with non-Hispanic white adults in Texas, minority individuals, particularly those who are low-income, experience higher levels of health impairment.[30]

51.     Poorer minority Texans also disproportionately struggle with managing personal or family member disabilities.[31] At the same time, obtaining

---

[29] Holly Bell. "Putting Mothers to Work: Caseworkers' Perceptions of Low-Income Women's Roles in the Context of Welfare Reform," in Jane Henrici (ed.), *Doing Without: Women and Work after Welfare Reform*, pp. 155 – 171 (Tucson, AZ: University of Arizona, 2006); Jane Henrici, Allison Suppan Helmuth and Angela Carlberg. "Doubly Displaced: Women, Public Housing, and Spatial Analysis after Katrina," in Emmanuel David and Elaine Enarson (eds.), *The Women of Katrina: How Gender, Race, and Class Matter in an American Disaster*, pp. 142 – 154 (Nashville, TN: Vanderbilt University, 2012).

[30] Ronald Angel, Laura Lein, and Jane Henrici. *Poor Families in America's Health Care Crisis: How the Other Half Pays*, pp. 79 – 100 (New York: Cambridge University Press, 2006).

[31] Deanna Schexnayder et al. *Texas Families in Transition/Surviving without TANF: An Analysis of Families Diverted from or Leaving TANF*, p. 58 (Austin, TX: Ray

federal disability status, which can result in a person being eligible for a higher level

of cash assistance than most other social benefits, is an onerous process that

typically requires professional legal assistance;[32] indeed, research finds that a larger

portion of poorer Texans have disabilities than the numbers documented by

government agencies.[33] Research also shows a cyclic problem: a disability can

restrict low-income minority Texans from taking the steps necessary to obtain and

hold onto documents crucial for other benefits that could assist these individuals,

such as housing vouchers or child care subsidies;[34] analogously, getting the

paperwork and going through the process needed for an EIC would present similar

difficulties.

---

Marshall Center for the Study of Human Resources, the University of Texas at Austin and the Center for Innovative Projects for Economic Development, Prairie View A&M University, 2002); Debra Skinner, William Lachicotte, and Linda Burton. "The Difference Disability Makes: Managing Childhood Disability, Poverty, and Work," in Jane Henrici (ed.), *Doing Without: Women and Work after Welfare Reform*, pp. 113 – 130 (Tucson, AZ: University of Arizona, 2006).

[32] Ronald Angel, Laura Lein, and Jane Henrici. *Poor Families in America's Health Care Crisis: How the Other Half Pays*, p. 144 (New York: Cambridge University Press, 2006).

[33] Deanna Schexnayder et al. *Texas Families in Transition/Surviving without TANF: An Analysis of Families Diverted from or Leaving TANF*, p. 58 - 60 (Austin, TX: Ray Marshall Center for the Study of Human Resources, the University of Texas at Austin and the Center for Innovative Projects for Economic Development, Prairie View A&M University, 2002).

[34] Ronald Angel, Laura Lein, and Jane Henrici. *Poor Families in America's Health Care Crisis: How the Other Half Pays*, pp. 164 – 165 (New York: Cambridge University Press, 2006); Jane Henrici, Allison Suppan Helmuth and Angela Carlberg. "Doubly Displaced: Women, Public Housing, and Spatial Analysis after Katrina," in Emmanuel David and Elaine Enarson (eds.), *The Women of Katrina: How Gender, Race, and Class Matter in an American Disaster*, pp. 142 – 154 (Nashville, TN: Vanderbilt University, 2012).

52.     Older age can also affect mobility and relative isolation. Transportation barriers and residential distances—to hospitals and clinics for care and government agencies to obtain health care coverage—worsen health among low-income minority Texans, and existing health, disability, and possible age-related problems further limit their abilities to get to and from sites for photo and other types of documentation.[35]

Stigma Burdens

53.     In the United States, in some public discourse, poverty and seeking assistance to mitigate it have become associated in particular with individuals who are black and Hispanic. Stigmas regarding presumed usage of social benefits and other government programs, and the awareness among low-income people of color of such stigmas and prejudices, further discourage low-income minority individuals in Texas from seeking out—or getting even when eligible—new documentation or replacing that which has been lost, destroyed (by fire or flood for example), or stolen.[36] Such stigmas and prejudices combine with the issues discussed above to add obstacles at every phase of getting, renewing, and using documents for those who are low-income Texans.[37] Intentional or not, negative attitudes and resulting

---

[35] Ronald Angel, Laura Lein, and Jane Henrici. *Poor Families in America's Health Care Crisis: How the Other Half Pays*, p. 97 (New York: Cambridge University Press, 2006).

[36] Jane Henrici, Allison Suppan Helmuth and Angela Carlberg. "Doubly Displaced: Women, Public Housing, and Spatial Analysis after Katrina," in Emmanuel David and Elaine Enarson (eds.), *The Women of Katrina: How Gender, Race, and Class Matter in an American Disaster*, pp. 142 – 154 (Nashville, TN: Vanderbilt University, 2012).

[37] Ronald Angel, Laura Lein, and Jane Henrici. *Poor Families in America's Health Care Crisis: How the Other Half Pays*, pp. 25 – 26, 149 –153 (New York: Cambridge University Press, 2006); Holly Bell. "Putting Mothers to Work: Caseworkers'

behaviors toward individuals because of their race and ethnic group identity form

yet another obstacle for low-income minority Texans to obtaining, and keeping

current, identification and other documents, whether housing vouchers, birth

certificates, medical cards, school records, or an EIC.

54.    Intentional interference or merely distraction can discourage poorer

minority Texans from completing the steps to obtaining documents.[38] Such

hindrances can arise with the staff or volunteers tasked with determining eligibility,

processing the paperwork to gain records and documentations, or putting into use

various certificates and records. Despite the many service providers across Texas

who do not respond to stigmas or show racial prejudices,[39] and the policymakers

and providers who find ways to ease rather than impede access to documentation

---

Perceptions of Low-Income Women's Roles in the Context of Welfare Reform," in
Jane Henrici (ed.), *Doing Without: Women and Work after Welfare Reform*, pp. 155 –
171 (Tucson, AZ: University of Arizona, 2006); Alexandra Filindra. "Immigrant
Social Policy in the American States: Race Politics and State TANF and Medicaid
Eligibility Rules for Legal Permanent Residents," *State Politics and Policy Quarterly*
13(1): 26 – 48 (2012); Lynn M. Hempel, Julie A. Dowling, Jason D. Boardman and
Christopher G. Ellison. "Racial Threat and White Opposition to Bilingual Education
in Texas," *Hispanic Journal of Behavior Sciences* 35(1): 85 – 102 (2012).

[38] Ronald Angel, Laura Lein, and Jane Henrici. *Poor Families in America's Health Care
Crisis: How the Other Half Pays*, pp. 25 – 26, 149 –153 (New York: Cambridge
University Press, 2006); Jane Henrici. "Agents of Change: Nonprofit Organization
Workers following Welfare Reform," In *Doing Without: Women and Work after
Welfare Reform,* pp. 172 – 189 (Tucson, AZ: University of Arizona, 2006); Jane
Henrici, Allison Suppan Helmuth and Angela Carlberg. "Doubly Displaced: Women,
Public Housing, and Spatial Analysis after Katrina," in Emmanuel David and Elaine
Enarson (eds.), *The Women of Katrina: How Gender, Race, and Class Matter in an
American Disaster*, pp. 142 – 154 (Nashville, TN: Vanderbilt University, 2012).

[39] Holly Bell. "Case Management with Displaced Survivors of Hurricane Katrina: A
Case Study of One Host Community," *Journal of Social Service Research* 34 (3): 15 –
27 (2008).

and thus to opportunities, rights, services, and benefits,[40] problems continue.

Studies going back to at least 1983 confirm that, when tasked with implementing

anti-fraud restrictions, service providers respond by seeking to avoid "errors of

liberality;"[41] in Texas, poll workers and those issuing EICs might be expected to feel

these same pressures.[42]

---

[40] A new documentation requirement, for citizenship, was added on to Medicaid and Children's Health Insurance (CHIP) programs in 2006; the documentation requirement created so many difficulties for families and administrators that it was found to cause enrollment in health coverage to go down (Benjamin D. Sommers. "Targeting in Medicaid: The Costs and Enrollment Effects of Medicaid's Citizenship Documentation Requirement," *Journal of Public Economics,* 94: 174 – 182*;* U.S. Government Accountability Office [GAO]. *Medicaid: States Reported That Citizenship Documentation Requirement Resulted in Enrollment Declines for Eligible Citizens and Posed Administrative Burdens.* Report to Congressional Requesters, 07-889 [Washington, DC: GAO, 2007]). In 2009, Federal CHIP reform (CHIPRA) addressed the problem and allowed states to match data between Medicaid-CHIP and other public benefits programs (Donna Cohen Ross. *New Citizenship Documentation Option for Medicaid and CHIP Is Up and Running: Data Matches with Social Security Administration Are Easing Burdens on Families and States* [Washington, DC: Center on Budget and Policy Priorities, 2010]). However, Texas opts not to participate in this data matching that reportedly expedites documentation ("Texas Medicaid and CHIP Programs," Georgetown University Health Policy Institute Center for Children and Families," http://ccf.georgetown.edu/programs/tx-mcp/ ) and thus presumably continues to have a documentation requirement that impedes enrollment.

[41] Evelyn Brodkin and Michael Lipsky. "Quality Control in AFDC as an Administrative Strategy," *Social Service Review.* 57 (1): 1 – 34 (1983).

[42] Michael Alvarez and Thad E. Hall. "Controlling Democracy: The Principal-Agent Problems in Election Administration," *Policy Studies Journal.* 34 (4): 491 – 510 (2006); Lonna Rae Atkeson, Lisa Ann Bryant, Thad E. Hall, Kyle L. Saunders, R. Michael Alvarez. "A New Barrier to Participation: Heterogeneous Application of Voter Identification Policies," *Electoral Studies.* 29: 66 – 73 (2010); Thad E. Hall, J. Quin Monson, and Kelly D. Patterson. The Human Dimension of Elections: How Poll Workers Shape Public Confidence in Elections. *Political Research Quarterly.* 62 (3): 507 – 522 (2009); Jason H.T. Karlawish et al. "Identifying the Barriers and Challenges to Voting by Residents in Nursing Homes and Assisted Living Settings," *Journal of Aging & Social Policy*, 20 (1): 65 – 79 (2008); Antony Page and Michael J. Pitts. "Poll Workers, Election Administration, and the Problem of Implicit Bias," *Michigan Journal of Race & Law*, 15 (1): 1 – 56 (2009); Gillian E. Piner and Michael D.

55.     Relevant racial and ethnic stigmas and prejudices persist, despite the fact that Texas is now a "minority-majority" state.[43] That is, as U.S. Census data from 2012 (Figure 2) shows, the percentage of non-white populations in Texas (55.5 percent) is now greater than that of non-Hispanic white Texans (44.5 percent).

---

Byrne. "The Experience of Accessible Voting: Results of a Survey among Legally-Blind Users [in Houston]." In *Proceedings of the Human Factors and Ergonomics Society 55th Annual Meeting*, 1686 – 1690 (2011) http://chil.rice.edu/research/pdf/PinerByrneHFES11.pdf.

[43] Ronald Angel, Laura Lein, and Jane Henrici. *Poor Families in America's Health Care Crisis: How the Other Half Pays*, pp. 25 – 26, 149 –153 (New York: Cambridge University Press, 2006); Jane Henrici. "Agents of Change: Nonprofit Organization Workers following Welfare Reform," In *Doing Without: Women and Work after Welfare Reform,* pp. 172 – 189 (Tucson, AZ: University of Arizona, 2006).



Figure 2: Texas Population by Race or Ethnic Group, 2012

Source: U.S. Census Bureau: State and County QuickFacts. Data derived from Population Estimates, 2012 American Community Survey, 1-Year Estimates

56.     Low-income minorities struggle more than their fellow Texans with the need to care for their families, stay employed, afford transportation, and deal with health problems all while confronting stigmas about poverty and racial identity. These same factors inhibit their ability to renew any photo documentation they might have let expire or obtain new documentation[44]—even one that does not

---

[44] Ronald Angel, Laura Lein, and Jane Henrici. *Poor Families in America's Health Care Crisis: How the Other Half Pays*, pp. 161 – 167 (New York: Cambridge University Press, 2006).

have a direct fee associated with its issuance such as the EIC—if they want to vote in person.

V. Conclusion

57.    SB 14 demands that Texans who do not have an updated form of specified photo identification and who wish to vote in person must obtain one in order to vote.  SB 14 requires these Texans—but not other registered voters—to spend additional time and resources that poorer minority Texans are unable to afford to submit paperwork to prove eligibility and obtain such documentation. Unless a document is intended to help a child, or might serve to directly increase income, reduce debt, or save on spending, low-income black and Hispanics in Texas encounter more disadvantages and discouragements than advantages or assistance with obtaining the paperwork needed for photo identification and obtaining that photo identification itself.

58.    At the same time, not having documentation can lead to other obstacles for individuals and households.[45] Minority Texans who do not have appropriate records on hand—to prove eligibility for a subsidy, school credit, parole status, child custody, or work hours completed, for example—face stigmas and difficulties that interact and multiply. As another researcher has described it, it can

---

[45] Amanda Tillotson and Laura Lein. *Lack of Identification and Associated Difficulties: Results from Study of Austin Panhandlers* (unpublished report, authors' communication, 2014)

"take ID to get ID"[46] and this, along with the configuration of obstacles that low-income Texan minorities face, can seem insurmountable. Taken together, multiple impediments disproportionately affect low-income Texans of racial and ethnic minorities in their efforts to obtain, renew, and maintain photo identification in order to vote.

59.     Poorer minorities in Texas face some combination of the following in order to obtain photo identification and preserve their right to vote: 1) potential loss of wages, on an already unreliable low income, from unpaid time off work; 2) difficulties with transportation and relative social and economic isolation; 3) health, age-related impediments and possibly disability problems; and 4) requirement to safely transport original documents or new ones and prevent their loss through theft, accident, or mistakes on the part of others, including service providers and eligibility caseworkers. Many poor Texan voters, disproportionately minority, will postpone or forego the challenge of obtaining the necessary photo identification since it is of little immediate benefit to their lives or those of their family members. The law demands that Texan voters present photo identification to vote in person. Low-income minority voters, who already experience difficulties with documentation in general and who are less likely to already have the photo documentation required by SB 14 in particular, will face significant obstacles to procure the documentation required by SB 14.

---

[46] Amy Blank Wilson. "It Takes ID to Get ID: The New Identity Politics in Services," *Social Service Review* 83 (1): 111 – 132 (2009)

60.     Based on this review of the literature, policies, and data, I conclude that poorer Texans of racial and ethnic minorities who do not already possess an acceptable and current form of photo identification disproportionately face burdens under SB 14 in obtaining one.

I declare under penalty of perjury that the aforementioned is true and correct to the best of my knowledge.

Executed this 27th day of June 2014.

33

VI.    Appendix: Curriculum Vitae


**JANE M. HENRICI, PH. D.**
800 Randolph St NE #2
Washington, D.C. 20017
202/258-8886/jmhenrici@gmail.com

**EDUCATION**
Ph.D.   University of Texas at Austin, Anthropology, 1996
M.A.    University of Chicago, 1981
B.A.    University of Texas at Austin, *Cum Laude*, 1979
        Southern Methodist University, 1976–77


**CORE COMPETENCIES**
Twenty years research experience including eight years managing large-scale projects, with excellent data analysis and report writing skills

Field experience at national, community, and organizational levels within developing nations and across the United States

Accomplished public speaker for U.S. and international panel discussions on poverty, race and ethnicity, gender, health, trade, development, and disaster

Fluent in Spanish, at professional level


**SELECT PROFESSIONAL EXPERIENCE**
**Research**
Independent Consultant, Present. Senior researcher and advisor on mainstreaming gender, and race and ethnicity; specialties in issues of livelihood development, displacement, disasters, poverty, and policy

Study Director, Institute for Women's Policy Research, 2008-2013. Supervised and conducted research and analysis independently and in group projects on gender, development, disparity, and policy; authored and co-authored reports and publications including policy recommendations; prepared grants, legislative, media and other communication; served on review committees and worked with outside researchers, policymakers, academics, and advocates; specialization in qualitative and mixed methods; responsibilities included:
• Conducted qualitative field research and co-authored published report for a mixed methods study about NGOs and faith-based organizations working to assist Latin American immigrant women in three U.S. urban areas; funded by the Ford Foundation; conducted interviews in English and in Spanish
• Supervised and conducted desk-based research, and authored and co-authored published reports and materials for immigration and labor policy advocates, regarding career development and visa issues among immigrant women in-

home care workers in the United States; funded by Ms. Foundation, Open Society Foundations, and the Annie E. Casey Foundation

- Supervised and conducted multi-year field research with African American women tenants of New Orleans public housing and Hurricane Katrina; co-authored fact sheets, a book chapter; authored funder's report; analyzed data within context of U.S. disaster, urban planning, and social safety net policies and authored report for publication currently under review; funded by the Bill & Melinda Gates Foundation as a Social Science Research Council (SSRC) Katrina Task Force project
- Directed team that coded all focus group data across 19 nations for the World Bank's "*World Development Report 2012: Gender Equality and Development*;" subcontracted by World Bank
- Directed IWPR team in partnership with International Foundation for Electoral Systems (IFES) team in original field survey design and analysis, report publication, and in-country presentations on the status of women in the Middle East and North Africa; co-authored capacity-building toolkit for NGOs to improve policy using status of women research; funded by Canadian International Development Agency
- Conducted expert interviews for analysis of and recommendations concerning best practices in postsecondary education programs helping low-income student parents in United States; funded by Bill & Melinda Gates Foundation
- Managed portion of focus group study examining barriers to women running for high-level elected offices; funded by Hunt Alternatives Fund

Principal Investigator, George Washington University Grants, Global Gender Program, Elliott School of International Affairs and International Institute of Tourism Studies, June 2013. Conducted open-ended interviews with government and NGO representatives, and with low-income women across multiple communities, on post-disaster development following the 2007 earthquake along Peru's southern coast as part of a proposed larger study

Principal Investigator, Faculty Research Grants, Office of Vice-Provost for Extended Programs, University of Memphis, 2006–2007. Evaluated nonprofit job training and housing programs to assist low-income African American and immigrant Latina women; conducted preliminary study of communities to be impacted by NAFTA highway expansion in Tennessee; conducted interviews in English and in Spanish

Visiting Fulbright Scholar, J. William Fulbright Foreign Scholarship Board Award, 2006. Interviewed Peruvian NGOs assisting women through development tourism and handicraft export, investigated potential effects of Peru-US Trade Agreement on small-scale producers; conducted interviews in Spanish

Research Scientist, Pennsylvania State University, John D. and Catherine T. MacArthur Foundation, University of Texas at Austin Center for Social Work Research, Robert Wood Johnson Foundation sub-contracts, 2002 and 2003.

Analyzed longitudinal qualitative material and published with analyses of multi-wave quantitative data, from Boston, Chicago, and San Antonio for "Welfare, Children, & Families: A Three-City Study," on conditions related to changes in U.S. social safety net policies affecting low-income women and their households; supervised San Antonio follow-up interviews and qualitative data management

<u>Research Scientist</u> and <u>Postdoctoral Research Fellow</u>, "Welfare, Children, and Families: A Three-City Study," University of Texas at Austin Population Research Center, Center for Social Work Research, 1998–2001. Managed San Antonio site for interdisciplinary and longitudinal research project; conducted qualitative ethnographic research with low-income women, less than half of whom were receiving TANF (cash welfare) and the other portion were income-eligible although not enrolled, and with local private nonprofit organizations and government agencies; trained and supervised teams of graduate and undergraduate students in interview methods, ethnographic theory, and QSR NVivo coding and analysis; following fellowship (1998-2000), hired as research scientist (2000-2001); conducted interviews in English and in Spanish

<u>Contract Field Researcher</u>, University of Texas at Austin Center for the Study of Human Resources and Lyndon B. Johnson School of Public Affairs, 1996–1997. Interviewed low-income adults on Food Stamp use for published report; conducted interviews in English and in Spanish

<u>Contract Ethnographer</u>, "Minority Math and Science Education Cooperative," Texas Higher Education Authority, 1991–1992. As part of a statewide study, residing for three-month periods within homes in two working-class neighborhoods in a U.S.-Mexico border city; conducted ethnographic project inside classrooms and homes interviewing citizen and non-citizen elementary school students, their parents, and their teachers; conducted interviews in English and in Spanish

**Consulting**
<u>Technical Consultant</u>, Solimar International advisor, June 2014. Advised on social justice/gender mainstreaming project innovation and design within sustainable business development in the nation of Jordan

<u>Technical Consultant</u>, Health Policy Project (Futures Group)/U.S. Agency for International Development and the President's Emergency Plan for AIDS Relief, May 2014. Advised on gender-responsive health governance, policy, and implementation

<u>Technical and Research Consultant</u>, American Planning Association/Centers for Disease Control and Prevention, 2012-2013. Advised on gender and other aspects of inclusion and diversity within city planning, and on study design and qualitative research methods; served as reviewer on report, *Integrating Health Into the Comprehensive Planning Process: An analysis of seven case studies and recommendations for change*, by Anna Ricklin and Nick Kushner

36

**<u>Training</u>**
Lawry Research Associates International, 2013. Conducted training workshop on qualitative data coding and analysis

Mathematica Policy Research, Inc., 2000. Prepared quantitatively trained professional researchers in ethnographic research methods

**<u>Teaching and Advising</u>**
<u>Professorial Lecturer</u>, George Washington University Elliott School of International Affairs and Global Gender Graduate Program, 2012–present

<u>Graduate Committee Faculty</u>, University of California-Los Angeles Department of Political Science, 2011-2014

<u>Lecturer and Graduate Committee Faculty,</u> George Mason University Department of Anthropology, 2008

<u>Assistant Professor</u>, University of Memphis Department of Anthropology and Honors Program, 2001–2008

<u>Visiting Fulbright Scholar</u>, Catholic University of Peru Department of Anthropology and Graduate Program in Gender Studies, 2006

**SELECT PUBLICATIONS**
**<u>Peer-reviewed Books</u>**
2006 Editor, *Doing Without: Women and Work after Welfare Reform*, Tucson: University of Arizona

2006 (with Ronald Angel and Laura Lein) *Poor Families in America's Health Care Crisis: How the Other Half Pays*, New York: Cambridge University; *Choice* 2007 Outstanding Academic Title

**<u>Peer-reviewed Book Chapters and Articles</u>**
2014 Disasters, Gender, and Policy, in *International Encyclopedia of the Social and Behavioral Sciences, 2nd edition*, edited by James Wright, Elsevier, submitted and under review

2014 Seeking Equilibrium: Gender, Ethnicity, and Race within Alternative Trade and Tourism Development, in *Towards a Publicly Relevant Anthropology*, edited by Elisabeth Tauber and Dorothy Zinn, Bozen Bolzano University, under revision and forthcoming

2012 (with Allison Suppan Helmuth and Angela Carlberg) Doubly Displaced: Women, Public Housing, and Spatial Analysis after Katrina, in *The Women of Katrina: How Gender, Race, and Class Matter in an American Disaster,* edited by Emmanuel David and Elaine Enarson, Vanderbilt University, pp. 142-154

2010 Free Trade, Alternative Trade, and Women in Peru: A First Look. In *Gender and Globalization: Patterns of Women's Resistance*, edited by Erica G. Polakoff and Ligaya Lindio-McGovern, Whitby, Ontario: de Sitter Publications; reprint of2007 Free Trade, Alternative Trade, and Women in Peru: A First Look, *Journal of Developing Societies*; 23: 145–157

2010 Naming Rights: Ethnographies of Fair Trade, In *Fair Trade and Social Justice: Global Ethnographies*, edited by Sarah Lyon and Mark Moberg. New York: New York University, pp. 283-298

2007 Género, Turismo y Exportación: ¿Llamando a la plata en el Perú? *Antropológica*. XXV (25): 83-101

2007 (with Laura Lein and Ronald Angel) Women and Children and the Health Care Gap, In *Child Poverty in America Today, Vol. 4: Children and the State*, edited by Barbara A. Arrighi and David J. Maume, Westport, CT: Praeger, pp. 56–70

2006 Agents of Change: Nonprofit Organization Workers following Welfare Reform, In *Doing Without: Women and Work after Welfare Reform,* Tucson: University of Arizona, pp. 172–189

2006 **(**with E. Carol Miller) Work First, Then What? Families and Job Training after Welfare Reform, In *Doing Without: Women and Work after Welfare Reform,* Tucson: University of Arizona, pp. 64–80

2006 (with Laura Lein and Ronald Angel) Women after Welfare Reform. In *Doing Without: Women and Work after Welfare Reform,* Tucson: University of Arizona, pp. 1–19

**Policy Briefs, Fact Sheets, and Reports**
2013 "Improving Career Opportunities for Immigrant Women In-Home Care Workers," IWPR #I925

2013 (with Cynthia Hess) "Increasing Pathways to Legal Status for Immigrant In-Home Care Workers," IWPR #I924

2012 "Community College Partnerships for Student and Career Success: Program Profile of *Carreras en Salud*," IWPR #C397

2012 (with Jennifer Herard, Kevin Miller, and Barbara Gault) "Low Literacy Means Lower Earnings, Especially for Women," IWPR #C392

2010-2011 (with multiple authors) Topic briefs on the Status of Women in the Middle East and North Africa on Morocco, Yemen, and Lebanon, IWPR and International Foundation for Electoral Processes

2011 (with Cynthia Hess and Claudia Williams) "Organizations Working with Latina Immigrants: Resources and Strategies for Change," IWPR, #1922

2010 (with Allison S. Helmuth, Frances Zlotnick, and Jeff Hayes) "Women in Poverty During the Great Recession: Public Benefits Do Not Always Respond to Rising Need, Variation Across States is Substantial," IWPR, #D493

2010 (with Allison S. Helmuth) "Women in New Orleans: Race, Poverty, and Hurricane Katrina," IWPR, #D490

2010 (with Allison S. Helmuth and Rhea Fernandes) "Mounting Losses: Women and Public Housing after Hurricane Katrina," IWPR, #D491

2010 (with Allison S. Helmuth and Jackie Braun) "Women, Disasters, and Hurricane Katrina," IWPR, #D492

2001 (with Ronald Angel, Laura Lein, and Emily Leventhal) Health Insurance Coverage for Children and Their Caregivers in Low–income Urban Neighborhoods, for Welfare, Children and Families: A Three-City Study Policy Brief 01–2, Johns Hopkins University

2001 (with Andrew Cherlin, Linda Burton, Judith Francis, Laura Lein, James Quane, and Karen Bogen) Sanctions and Case Closings for Noncompliance: Who Is Affected and Why, for Welfare, Children and Families: A Three-City Study Policy Brief 01–1, Johns Hopkins University

2001 (with Andrew Cherlin, Paula Fomby, Ronald Angel) Public Assistance Receipt among Native-Born Children of Immigrants, for Welfare, Children and Families: A Three-City Study Policy Brief 01–3, Johns Hopkins University

## Book Reviews

2014 (with Allison Suppan Helmuth) *Driven from New Orleans: How Nonprofits Betray Public Housing and Promote Privatization*, by John Arena, University of Minnesota Press, 2012. *Sociological Inquiry,* in press

2012 *Unveiling Secrets of War in the Peruvian Andes*. Olga M. González. Chicago: University of Chicago Press, 2011. *Visual Anthropology Review*, 28(1): 78-79

2011 *Capitalizing on Catastrophe: Neoliberal Strategies in Disaster Reconstruction*, edited by Nandini Gunewardena and Mark Schuller, *American Ethnologist* 38(4): 848-849

2000 *Cultural Tourism: A Strategic Focus*, by Alf H. Walle, *Practicing Anthropology*, 22(3): 4

**Toolkit**

2012 (with Denise Baer, Layla Moughari, and Barbara Gault) *Using Research on the Status of Women to Improve Public Policies in the Middle East and North Africa*: *A Capacity-Building Toolkit for Nongovernmental Organizations.* Washington, DC: IFES and IWPR

**Other**

2010 A Gendered Response to Disaster: In the Aftermath of Haiti's Earthquake. *Anthropology News* 51(7): 5

2006 (with Polly Spiegel). The Non-Public Process of a US Interstate Highway Corridor, Society for the Anthropology of North America column, *Anthropology News*, March

2004 Training them to Take It: Research on Job Training for Low-Income Women in the US, *Standpoint*, Center for Research on Women, University of Memphis, March

2002 US Women and Poverty, *Voices –Association for Feminist Anthropology Special Issue,* edited by Sandra Morgen, pp. 27–31

**SELECT HONORS AND AWARDS**

| | |
|---|---|
| 2011 | Listed as Woodrow Wilson International Center for Scholars Expert, Gender |
| 2007 | *Poor Families in America's Health Care Crisis* named one of the *Choice* Outstanding Academic Titles for 2007 |
| 2007 | Honorable Mention, 2006 Susan Koppelman Best Anthology, Multi-Authored or Edited Book in Feminist Studies in Popular/American Culture, Popular/American Culture Association, for *Doing Without: Women and Work after Welfare Reform* |
| 2006 | Visiting Scholar Award, J. William Fulbright Foreign Scholarship Board, for project "Gender and Free Trade: Peruvian Alternative Trading Projects and Free Trade Agreements," Peru |
| 2005–2006 | Distinguished Faculty Teaching Award Finalist, University of Memphis |
| 2006- | Phi Beta Delta Honor Society for International Scholars |
| 2003–2009 | Research Affiliate Status, Center for Research on Women, University of Memphis |
| 1989– | Phi Kappa Phi Academic Honor Society (Life Membership) |

**SELECT GRANTS AND CONTRACTS**

**Institutional External Funding**

| | |
|---|---|
| 2010–2013 | Project Director, proposal co-author, multiple grants and contracts to IWPR |
| 2006–2007 | Co-Principal Investigator, written into Community Foundation of Greater Memphis Community Grant, to Memphis Area Women's Council Workforce Action Collaborative |

| | |
|---|---|
| 2005 | Faculty Exchange Award, Regional Educational Network Between the European Union and the United States (RENEUUS), for "Gender, Tourism and Free Trade" |
| 2005 | Faculty Exchange Award, University Center for International Studies, Center for the Study of the American South, and The Rockefeller Foundation, "Navigating the Globalization of the American South" Conference, University of North Carolina-Chapel Hill |
| 2003 | Research Scientist, "Welfare, Children and Families: A Three-City Study," sub-contracted with the University of Texas Center for Social Work Research under grant from The Robert Wood Johnson Foundation |
| 2002 | Research Scientist, "Welfare, Children and Families: A Three-City Study," sub-contracted with Pennsylvania State University under grant from The John D. and Catherine T. MacArthur Foundation |
| 2000–2001 | Research Scientist, "Welfare, Children and Families: A Three-City Study," sub-contracted with the University of Texas Center for Social Work Research under grant from The Robert Wood Johnson Foundation |
| 1998–2000 | Postdoctoral Research Fellowship, Hogg Foundation Award, The University of Texas at Austin Population Research Center/Center for Social Work Research |

## Institutional Internal Funding

| | |
|---|---|
| 2013 | Principal Investigator, "Gender, Race, and Tourism Development in Disaster Recovery," Research Grants from Global Gender Program, Elliott School of International Affairs, and International Institute of Tourism Studies, School of Business, of The George Washington University |
| 2006 | Principal Investigator, Faculty Research Grant, The Office of Vice-Provost for Extended Programs, University of Memphis, for "Women and Memphis Workforce Development" |
| 2005–2006 | Principal Investigator, Benjamin L. Hooks Institute for Social Change Working Group Grant, with Steve Scanlan, for "North American Research and Action Network: 2005 Web Focus," public access and education |
| 2005 | Faculty Exchange Award, Center for Research on Women, University of Memphis, "Imagining Public Policy to Meet Women's Economic Security Needs" Conference, CCPA/Simon Fraser University, Vancouver, British Columbia, Canada |
| 2005 | Faculty Exchange Award, Center for Research on Women, University of Memphis, "Women and Globalization" Conference, San Miguel de Allende, Mexico |

## SELECT CONFERENCE AND SYMPOSIA PRESENTATIONS

"Gender and Migration in U.S. Planning: Recognizing Problems and Improving Responses," on Hosted Organized Session "Overcoming Gender Bias in Immigrant

Communities," American Planning Association 2014 National Planning Conference, Atlanta, 27 April 2014

"Gender and Race Post-Disaster in Peru: Resilience, Recovery, and Research," Institute for Global and International Studies Sandwich Symposium, Elliott School of International Affairs, George Washington University, 24 October 2013

"Post-Disaster Organizing to Help Women Across the Americas: Resilience, Recovery and Research," 63rd Society for the Study of Social Problems Annual Meeting, New York, 11 August 2013

"Research on Women in the Middle East and North Africa & The Arab Spring: Findings from Gender Surveys in Lebanon, Morocco, and Yemen and Electoral Surveys in Egypt and Tunisia," with Rola Abdul-Latif, Middle East Dialogue, International Policy Studies Organization, Washington, DC, 24 February 2012

"Gender and Disaster across the Americas," 4th Annual Lozano Long Conference, "From Natural Events to Social Disasters in the Circum-Caribbean," Lozano Long Institute for Latin American Studies, University of Texas at Austin, Austin, 25 February 2011

"Intersectional Policy: Gender, Race and Ethnicity Meet Immigrant Status," on Organized Session "The Racialization of Latinos: Everyday Lived Experiences Of Discrimination," Patricia Foxen, Organizer, 110th Annual meeting of American Anthropological Association, Montreal, 16-20 November 2011

"After the Flooding of New Orleans: Women, Public Housing, Transportation, and Disasters," on Invited Organized Session, American Educational Research Association Annual Meeting, New Orleans, 8-12 April 2011

"Organizations Working with Latina Immigrants: Resources and Strategies for Change," report release co-speaker, Institute for Women's Policy Research-National Council of La Raza-Wilson Center Joint Symposium, at Woodrow Wilson International Center for Scholars, Washington, DC, 25 March 2011

"'You've Got to Tell Them': Research with Women Displaced from New Orleans Public Housing," on Organized Session with Executive, Engaging Anthropology, and Association for Feminist Anthropology Invited Status, "Doubly Displaced: Women and Public Housing after the New Orleans Post-Katrina Flood," 109th Annual Meeting of the American Anthropological Association, New Orleans, 17-21 November 2010

"Gender and Disaster in the Americas," on Organized Session Invited by Society for Latin American and Caribbean Anthropology, "Conversations across the Americas," Ramona Perez, Organizer/Chair, 109th Annual Meeting of American Anthropological Association, New Orleans, 17-21 November 2010

"New Families, New Friends: Gaps in Support Services for Latina Immigrants," Latin American Studies Association International Congress, Toronto, 6-9 October 2010

"Space in the City: Women, Public Housing, and Urban Planning after Katrina," at symposium "Hurricane Katrina: Bringing Hurricane Katrina Research Back to the Community," Center for Policy and Resilience Conference, University of Southern Mississippi Gulf Coast, Long Beach, 4-5 June 2010

"Revolving Funds: Peruvian Women Migrants as Workers, Entrepreneurs, and Tourists," on Organized Session, "From Remitting Migrants to Market-Savvy Entrepreneurs: Reconceptualizing Diaspora and Development," Caroline Melly and Monica DeHart, Co-Organizers/Chairs, 107th Annual Meeting of American Anthropological Association, San Francisco, 19-23 November 2008

"Peruvian Women, Free Trade Agreements, and Alternative Trade: A New Look" with Organized Session Co-Invited by Society for Urban, National and Transnational/Global Anthropology and Association for Political and Legal Anthropology, "NGOs as Agents of Globalization," Mark A. Schuller, Organizer/Chair, 105th Annual Meeting of American Anthropological Association, San Jose, California, 15–19 November 2006

"El Género, la Exportación, y el Turismo: Nuevos Cambios" Fulbright Commission and Catholic University of Peru Department of Social Sciences, Lima, Peru, 6 July 2006

"Gender and Free Trade: Alternative Trade Organizations and Women in Peru" on Organized Session, "Fair Trade/Free Trade: Alternatives and Realities in Cross-Cultural Perspective," Sarah M. Lyon, Organizer/Chair, 104th Annual Meeting of American Anthropological Association, Washington, DC, 30 November–4 December 2005

"Learning to be Poor: Job Training and Women in the US," "Imagining Public Policy to Meet Women's Economic Security Needs" Conference, CCPA/Simon Fraser University, Vancouver, 14-15 October 2005

"Exchanges South and North: Collaboration and Communication and the NGO/Nonprofit Sector," on Organized Session "NGO Research: Methodological and Ethical Challenges," Nathalie Lebon, LeeRay Costa, and Donna Murdock, Co-Organizers/Chairs, 101st Annual Meeting of the American Anthropological Association, New Orleans, 20-24 November 2002

"Neighborhood Organizations and the People Who Use Them: A Spatial Consideration of Welfare Reform," with James Quane, Pamela Joshi, and Gwendolyn Dordick, on Invited Session, "Not by Jobs Alone: Families, Neighborhoods, and Welfare Reform," Linda M. Burton and William Julius Wilson, Co-Organizers, Annual

Meeting of American Sociological Association, Chicago, 16-19 August 2002

"Health Insurance Coverage for Vulnerable Children in the Context of Welfare Reform," co-presenter with Ronald Angel and Laura Lein, with organized poster symposium, "The Three-City Study of Welfare, Children, and Families: A Multidisciplinary Approach for Science to Influence Policy," Lindsay Chase-Landsdale, Organizer, Biennial Meeting of Society for Research in Child Development, Minneapolis, 19-22 April 2001

"Women, Wages, and Motherhood within Welfare Reform," co-author Laura Lein, with Organized Session, American Anthropological Association 100th Annual Meeting, Washington, DC, 28 November–2 December 2001

"Women's Studies and Research on Poverty," Women's Studies Symposium, "Women's Studies Scholarship at the University of Memphis," University of Memphis, 5 October 2001

"Health Insurance Coverage for Vulnerable Children in the Context of Welfare Reform," co-presenter with Ronald Angel and Laura Lein, with organized poster symposium, "The Three-City Study of Welfare, Children, and Families: A Multidisciplinary Approach for Science to Influence Policy," Lindsay Chase-Landsdale, Organizer, Biennial Meeting of Society for Research in Child Development, Minneapolis, 19–22 April 2001

"Being Blamed: Women and Local Responses to Welfare-To-Work," with Organized Session, "Engendered Economies: Women and Alternative Organizations in the Americas," Society for Latin American Anthropology Annual Meeting/Latin American Studies Association Semi–Annual Meeting, Miami, 16–18 March 2000, with Organized Session, "Engendered Economies: Women and Alternative Organizations in the Americas" Invited by Association for Feminist Anthropology, American Anthropological Association 98th Annual Meeting, Chicago, 17–21 November 1999

"A Three-City Ethnography," with Organized Session, "Combining Qualitative and Quantitative Data in Impact Evaluations of Welfare Reform," Twenty-first Annual Association for Public Policy Analysis and Management Research Conference, Washington, DC, 4–6 November 1999

**INVITED LECTURES**
"Caring for Workers and Workers Who Care: Gender and Migration Issues in U.S. Policy and Planning," Institute for Immigration Research Colloquium presentation and webcast, George Mason University, 29 January 2014

"Working Together: Low-Income Latina Immigrants, Service Organizations, and Northern Virginia," Smithsonian Cultural Center presentation and webcast, Washington, DC, 5 December 2012

"Research and Resilience," George Washington University's Global Gender Program and World Bank's Global Facility for Disaster Reduction and Recovery (GRDRR) event, "Women and Girls: Forces for Creating Disaster-Resilient Societies," Washington, DC, 11 October 2012

"Anthropology and Policy: Poverty and Reform in the United States," and "Rethinking Fair Trade: Gender and Ethnicity within Transnational Handicraft Exchanges," at the Free University of Bozen-Bolzano, Italy, 8 and 9 October 2012

"Dangerous Intersections: Issues of Identity and Disaster Policy," Department of Women's Studies, San Diego State University, CA, 19 October 2011

"Disasters and the Intersections of Race, Gender, and Class Across the Americas," Trevor W. Purcell Lecture, Department of Anthropology, University of South Florida, FL, 13 April 2011

"Ethnicity, Gender, Trade, and Tourism: Shifting Identities and Peru," Critical Race Studies, Benjamin L. Hooks Institute Working Group, University of Memphis, 30 October 2006

"Gendered Transnational Processes," Symposium on "National and International Migration: Implications for the Sending and Receiving Zones," Catholic University of Peru Graduate School of Social Sciences, Lima, Peru, 30–31 March 2006

"El Género y la globalización," International Economics, College of Communication Faculty of Universidad Pontificia de Salamanca, Spain, 10 May 2005

Keynote Speaker, Executive Directors' Roundtable, "Women after Welfare Reform," United Neighborhood Centers of America, Inc., San Antonio, TX, 11 February 2000

**SELECTED SERVICE**

*Listed Expert*, Woodrow Wilson International Center for Scholars, 2011-present

*President*, 2011-2013; *President-Elect,* Association for Feminist Anthropology, 2009–2011; *Executive Board Member,* Association for Feminist Anthropology, 2006–2008

*Council Member*, Society for Latin American and Caribbean Anthropology, 2009-2012

*Proposal Reviewer,* Rockefeller Foundation Bellagio Scholarly Residency Competition, 2008

*Advisory Committee Member* and *Program Evaluator*, *Mi Techo* non-profit organization assisting low-income Latin American immigrants with housing issues, 2005–2007

45

*Advisory Committee Member and Program Evaluator*, *La Maestra*, non-profit organization providing English-as-a-Second-Language classes to low-income recent Latin American immigrants, 2003–2007

*Grant Proposal Reviewer*, Social Science and Humanities Research Council of Canada, Special (three-year) Research Opportunity Program for Professors, 2006

*Grant Proposal Reviewer,* United States Social Science Research Council and American Council of Learned Societies International Dissertation Field Research Fellowship Program 2003, 2004, 2005

**PROFESSIONAL MEMBERSHIPS**

American Anthropological Association and sections:
   Association for Feminist Anthropology; Society for the Anthropology of North America; Society for the Anthropology of Work; Society for Economic Anthropology; Society for Latin American and Caribbean Anthropology; Society for Urban, National, and Transnational/Global Anthropology; Society for Visual Anthropology

Gender and Disaster Network
Latin American Studies Association and sections:
   Ethnicity, Race, Indigenous Peoples; Gender and Feminist Studies Section
   Latino Studies; Peru
NGOs and Anthropology Group
Society for Applied Anthropology
Society for International Development, Washington, DC
Washington Association of Professional Anthropologists