Appendix A: Tables of Results
Texas Voter ID Survey

# Rates of Posession of Voter Identification

Table 1: Possession/Lack of Possession of Valid Photo ID in Texas, by Race

|  | White | | Black | | Latino | | Total Eligible Voter Pop | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Don't Have | Have | Don't Have | Have | Don't Have | Have | Don't Have | Have |
| Total Population | 8,360,000 | | 2,144,000 | | 4,867,000 | | 16,062,000 | |
| Eligible voters who have a valid, unexpired photo ID | 4.7% | 95.3% | 8.4%** | 91.6% | 11.4% *** | 88.6% | 7.2% | 92.8% |
| Est. # of eligible voters who have a valid, unexpired ID | 395,000 | 7,965,000 | 180,000 | 1,965,000 | 555,000 | 4,315,000 | 1,155,000 | 14,900,000 |
| Registered voters who have a valid, unexpired photo ID | 2.1% | 97.9% | 4.9%** | 95.1% | 6.8%*** | 93.2% | 3.8% | 96.2% |

*p<0.1; **p<0.05; ***p<0.01

Table 2: Reason People Lack Valid Photo ID in Texas, by Race

|  | White | Black | Latino |
| --- | --- | --- | --- |
| Eligible voters who do not have an unexpired photo ID | 4.7% | 8.4% | 11.4% |
| Eligible voters who have an unexpired photo ID, but name does not match | 4.6% | 5.4% | 5.3% |
| Est. # of eligible voters who have an unexpired photo ID, but name does not match | 385,000 | 115,000 | 255,000 |
| Registered voters who do not have an unexpired photo ID | 2.1% | 4.9% | 6.8% |
| Registered voters who have an unexpired photo ID, but name does not match | 4.7% | 3.7% | 5.3% |

Table 3: Among Eligible Voters, by Race: Reason People Lack Valid Photo ID in Texas, Rate

|  | White | Black | Latino |
| --- | --- | --- | --- |
| Total | 100.0 | 100.0 | 100.0 |
| Does not have an **unexpired** photo ID | 4.7 | 8.4 | 11.4 |
| Has unexpired ID, but Name does not match | 4.6 | 5.4 | 5.3 |
| Total who do not have an unexpired ID with name matching | 9.3 | 13.8 | 16.7 |

Table 4: Among Eligible Voters, by Race: Reason People Lack Valid Photo ID in Texas, Estimated Total Count

|  | White | Black | Latino |
|---|---|---|---|
| Total | 8,360,000 | 2,144,000 | 4,867,000 |
| Does not have an **unexpired** photo ID | 395,000 | 180,000 | 555,000 |
| Has unexpired ID, but name does not match | 385,000 | 115,000 | 255,000 |
| Total who do not have an unexpired ID with name matching | 780,000 | 295,000 | 810,000 |

# Public Knowledge and Documents Required to Obtain a Piece of Voter Identification

Table 5: Among Eligible Voters, by Race: Perceptions of Texas Photo ID Requirements

|  | White | | Black | | Latino | |
|---|---|---|---|---|---|---|
|  | No | Yes | No | Yes | No | Yes |
| Believes they have a valid photo ID | 1.8 | 98.2 | 1.5 | 98.5 | 3.9 | 96.1 |
| Believes they have a valid photo ID, but actually do not | 96.2 | 3.8 | 93.0 | 7.0 | 90.9 | 9.1 |

Table 6: Among Eligible Voters who Lack an **unexpired photo ID**, by Race: Knowledge of the Voter ID Law in Texas

|  | White | | Black | | Latino | |
|---|---|---|---|---|---|---|
|  | No | Yes | No | Yes | No | Yes |
| Has Heard of an EIC | 81.8 | 18.2 | 87.0 | 13.0 | 78.7 | 21.3 |
| Knows to Get an EIC from DPS Office | 100.0 | 0.0 | 100.0 | 0.0 | 97.9 | 2.1 |
| Knows an EIC is Free | 37.9 | 62.1 | 26.1 | 73.9 | 30.9 | 69.1 |
| Thinks a State of TX University ID Counts | 29.8 | 70.2 | 23.5 | 76.5 | 40.5 | 59.5 |
| Thinks an Employment Photo ID From the State of TX Counts | 22.0 | 78.0 | 50.0 | 50.0 | 44.6 | 55.4 |
| Thinks an Employment Photo ID From the Fed Govt Counts | 10.5 | 89.5 | 23.8 | 76.2 | 25.9 | 74.1 |

Table 7: Among Eligible Voters, by Race: Rates of Possession/Lack of Possession of Documentary Proof of Citizenship and Identity Needed to Acquire an Election Identification Card, Among Those Without an **unexpired photo ID**

|  | White | | Black | | Latino | |
|---|---|---|---|---|---|---|
|  | No | Yes | No | Yes | No | Yes |
| Has proof of citizenship | 21.2 | 78.8 | 30.4 | 69.6 | 23.4 | 76.6 |
| Has proof of identification | 19.7 | 80.3 | 18.2 | 81.8 | 22.3 | 77.7 |
| Has both proof of citizenship and proof of ID | 21.2 | 78.8 | 30.4 | 69.6 | 23.4 | 76.6 |

## Problems Faced Accessing a Election Identification Card Among Eligible Voters

Table 8: Among Eligible Voters without an **Unexpired Photo ID**, by Race: Percent Who Indicate They Will Face at Least One Problem Getting Free ID

|  | White | Black | Latino |
|---|---|---|---|
| Total who do not face any problems | 0.0 | 20.0 | 13.3 |
| Total who face at least one problem | 100.0 | 80.0 | 86.7 |

Table 9: Among Eligible Voters without an **Unexpired Photo ID with name matching**, by Race: Percent Who Indicate They Will Face at Least One Problem Getting Free ID

|  | White | Black | Latino |
|---|---|---|---|
| Total who face at least one problem | 7.3 | 16.7 | 11.5 |
| Total who do not face any problems | 92.7 | 83.3 | 88.5 |

Table 10: Among **ALL** Eligible Voters, by Race: Percent Who **BOTH** Lack an Unexpired ID **AND** Face Problems Getting an ID

|                          | White | Black | Latino |
|--------------------------|-------|-------|--------|
| Faces at least 1 problem | 4.5   | 6.1   | 9.1    |
| Faces 5+ problems        | 2.3   | 3.7   | 4.1    |

Table 11: Among **ALL** Eligible Voters, by Race: Percent Who **BOTH** Lack an Unexpired ID with Matching Name **AND** Face Problems Getting an ID

|                          | White | Black | Latino |
|--------------------------|-------|-------|--------|
| Faces at Least 1 problem | 8.8   | 11.6  | 14.9   |
| Faces 5+ problems        | 4.6   | 5.5   | 7.0    |

Table 12: Among Eligible Voters without an **Unexpired Photo ID**, by Race: Do you happen to know where the nearest Texas Department of Public Safety Office is in relation to your home?

|     | White | Black | Latino |
|-----|-------|-------|--------|
| No  | 11.3  | 31.6  | 25.3   |
| Yes | 88.7  | 68.4  | 74.7   |

Table 13: Among Eligible Voters without an **Unexpired Photo ID with name matching**, by Race: Do you happen to know where the nearest Texas Department of Public Safety Office is in relation to your home?

|     | White | Black | Latino |
|-----|-------|-------|--------|
| No  | 13.0  | 20.0  | 28.9   |
| Yes | 87.0  | 80.0  | 71.1   |

Table 14: Among Eligible Voters without an **Unexpired Photo ID**, by Race: If you needed to go to the Texas DPS office on Monday through Friday during normal business hours to obtain an Election Identification Certificate, does this pose a problem or not? **Getting time off work or school...**

|                               | White | Black | Latino |
|-------------------------------|-------|-------|--------|
| Not a problem                 | 61.3  | 57.1  | 45.2   |
| A little problem              | 11.3  | 19.0  | 27.4   |
| Somewhat of a problem         | 11.3  | 9.5   | 6.0    |
| A Definite Problem            | 16.1  | 14.3  | 21.4   |
| Total who say it's a problem  | 38.7  | 40.0  | 54.2   |

Table 15: Among Eligible Voters without an **Unexpired Photo ID with name matching**, by Race: If you needed to go to the Texas DPS office on Monday through Friday during normal business hours to obtain an Election Identification Certificate, does this pose a problem or not? **Getting time off work or school...**

|                               | White | Black | Latino |
|-------------------------------|-------|-------|--------|
| Not a problem                 | 68.8  | 63.9  | 45.8   |
| A little problem              | 6.4   | 11.1  | 24.4   |
| Somewhat of a problem         | 12.8  | 8.3   | 11.5   |
| A Definite Problem            | 11.9  | 16.7  | 18.3   |
| Total who say it's a problem  | 31.2  | 36.1  | 53.8   |

Table 16: Among Eligible Voters without an **Unexpired Photo ID**, by Race: If you needed to go to the Texas DPS office on Monday through Friday during normal business hours to obtain an Election Identification Certificate, does this pose a problem or not? **Using or paying for public transit to get there...**

|                               | White | Black | Latino |
|-------------------------------|-------|-------|--------|
| Not a problem                 | 63.3  | 61.9  | 63.9   |
| A little problem              | 15.0  | 4.8   | 21.7   |
| Somewhat of a problem         | 3.3   | 19.0  | 7.2    |
| A Definite Problem            | 18.3  | 14.3  | 7.2    |
| Total who say it's a problem  | 37.7  | 38.1  | 36.1   |

Table 17: Among Eligible Voters without an **Unexpired Photo ID with name matching**, by Race: If you needed to go to the Texas DPS office on Monday through Friday during normal business hours to obtain an Election Identification Certificate, does this pose a problem or not? **Using or paying for public transit to get there...**

|  | White | Black | Latino |
|---|---|---|---|
| Not a problem | 65.7 | 67.6 | 60.3 |
| A little problem | 9.3 | 8.1 | 19.8 |
| Somewhat of a problem | 5.6 | 10.8 | 8.4 |
| A Definite Problem | 19.4 | 13.5 | 11.5 |
| Total who say it's a problem | 34.9 | 32.4 | 39.7 |

Table 18: Among Eligible Voters without an **Unexpired Photo ID**, by Race: If you needed to go to the Texas DPS office on Monday through Friday during normal business hours to obtain an Election Identification Certificate, does this pose a problem or not? **Making it to the required office during their normal business hours such as 8am to 5pm only...**

|  | White | Black | Latino |
|---|---|---|---|
| Not a problem | 44.3 | 52.4 | 56.6 |
| A little problem | 1.6 | 4.8 | 18.1 |
| Somewhat of a problem | 34.4 | 9.5 | 7.2 |
| A Definite Problem | 19.7 | 33.3 | 18.1 |
| Total who say it's a problem | 55.7 | 45.0 | 43.4 |

Table 19: Among Eligible Voters without an **Unexpired Photo ID with name matching**, by Race: If you needed to go to the Texas DPS office on Monday through Friday during normal business hours to obtain an Election Identification Certificate, does this pose a problem or not? **Making it to the required office during their normal business hours such as 8am to 5pm only...**

|  | White | Black | Latino |
|---|---|---|---|
| Not a problem | 55.6 | 62.2 | 60.5 |
| A little problem | 6.5 | 5.4 | 13.2 |
| Somewhat of a problem | 24.1 | 10.8 | 10.1 |
| A Definite Problem | 13.9 | 21.6 | 16.3 |
| Total who say it's a problem | 44.4 | 37.8 | 40.0 |