# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>              Plaintiffs,<br><br>     v.<br><br>RICK PERRY, *et al.*,<br><br>              Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*,<br><br>              Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*,<br><br>              Plaintiff-Intervenors,<br><br>     v.<br><br>STATE OF TEXAS, *et al.*,<br><br>              Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, <br><br>    Plaintiffs,<br><br>  v.<br><br>NANDITA BERRY, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>STATE OF TEXAS, *et al.*,<br><br>    Defendants | Civil Action No. 2:13-cv-348 (NGR) |

### DESIGNATION OF EXPERT WITNESSES BY TEXAS STATE CONFERENCE OF NAACP BRANCHES AND THE MEXICAN AMERICAN LEGISLATIVE CAUCUS OF THE TEXAS HOUSE OF REPRESENTATIVES

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and to the Court's April 8, 2014, Amended Scheduling Order (ECF No. 231), Plaintiffs Texas State Conference of NAACP Branches ("Texas NAACP") and the Mexican American Legislative Caucus of the Texas House of Representatives ("MALC") designate the following individuals as expert witnesses:

  1.  Matt A. Barreto, Ph.D.
     Department of Political Science
     University of Washington
     Box 353530
     Seattle, Washington

        Gabriel Ramon Sanchez, Ph.D.
Department of Political Science
University of New Mexico
Box MSC05 3070
Albuquerque, New Mexico

Dr. Barreto and Dr. Sanchez are designated as expert witnesses on behalf of the Veasey-LULAC Plaintiffs and Texas NAACP and MALC Plaintiffs. Dr. Barreto and Dr. Sanchez's joint report and other Rule 26 disclosures are being produced by the Veasey-LULAC Plaintiffs. The joint report addresses the results of a survey of Texas registered and eligible voters.

    2.    Lorraine Carol Minnite, Ph.D.
Rutgers, State University of New Jersey-Camden
Dept. of Public Policy & Administration
401 Cooper Street, Rm. 102
Camden, New Jersey

Dr. Minnite's report addresses the existence of voter fraud in Texas and nationwide. Dr. Minnite's report is designated "Highly Confidential" pursuant to the Consent Protective Order (Doc. #105) and has been filed separately under seal.

    3.    Daniel G. Chatman, Ph.D.
Asst. Professor of City & Regional Planning
University of California, Berkeley
410A Wurster Hall
#1850
Berkeley, California

Dr. Chatman's report addresses transportation-related burdens on white, African American and Hispanic populations of obtaining an EIC. Dr. Chatman's report and other Rule 26 disclosures are produced herewith.

Plaintiffs Texas NAACP and MALC hereby cross designate and state that they may rely on any expert witness identified or designated by any other plaintiff or plaintiff-intervenor in this consolidated action.

Date: June 27, 2014

Respectfully submitted,

s/ Ezra Rosenberg
Ezra D. Rosenberg
Michelle Hart Yeary
DECHERT LLP
902 Carnegie Center, Suite 500
Princeton, New Jersey 08540-6531
ezra.rosenberg@dechert.com

Steven B. Weisburd
Amy L. Rudd
Lindsey Cohan
DECHERT LLP
500 W. 6th Street, Suite 2010
Austin, Texas 78701
lindsey.cohan@dechert.com

Wendy Weiser
Myrna Pérez
Vishal Agraharkar
Jennifer Clark
The Brennan Center for Justice at NYU Law School
161 Avenue of the Americas, Floor 12
New York, New York 10013-1205
wendy.weiser@nyu.edu
myrna.perez@nyu.edu
vishal.agraharkar@nyu.edu
jenniferl.clark@nyu.edu

Robert A. Kengle
Mark A. Posner
Sonia Kaur Gill
Erandi Zamora
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue, N.W., Suite 400
Washington, D.C. 20005
mposner@lawyerscommittee.org

3

Daniel Gavin Covich
Covich Law Firm LLC
Frost Bank Plaza
802 N Carancahua, Ste 2100
Corpus Christi, TX 78401
daniel@covichlawfirm.com

Gary Bledsoe
PotterBledsoe, L.L.P.
316 W. 12th Street, Suite 307
Austin, Texas 78701
garybledsoe@sbcglobal.net

Robert Notzon
The Law Office of Robert Notzon
1502 West Avenue
Austin, Texas 78701
Robert@NotzonLaw.com

Jose Garza
Law Office of Jose Garza
7414 Robin Rest Drive
San Antonio, Texas 98209
garzapalm@aol.com

Kim Keenan
Marshall Taylor
Victor Goode
NAACP
4805 Mt. Hope Drive
Baltimore, Maryland 21215
kkeenan@naacpnet.org
mtaylor@naaacpnet.org
vgoode@naacpnet.org

*Counsel for Plaintiffs Texas State Conference of NAACP Branches, Mexican American Legislative Caucus of the Texas House of Representatives*

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2014, I served a true and correct copy of the foregoing via the Court's ECF system on all counsel of record.

/s/ Michelle Hart Yeary
Michelle Hart Yeary
