IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br>  Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br>  Plaintiff, <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br>  Plaintiff-Intervenors, <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br>  Plaintiff-Intervenors, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br>  Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NANDITA BERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants | Civil Action No. 2:13-cv-348 (NGR) |

**UNITED STATES' NOTICE OF DESIGNATION OF EXPERTS**

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and the Amended Scheduling Order (ECF No. 231), the United States respectfully designates the following individuals as expert witnesses:

1. Dr. Stephen D. Ansolabehere. Dr. Ansolabehere's report is designated highly confidential and has been filed under seal.

2. Dr. Barry C. Burden

3. Dr. Chandler Davidson. Dr. Davidson's report is designated highly confidential and has been filed under seal.

4. Yair Ghitza

5. Dr. Jane Henrici

6. Dr. Gerald R. Webster

2

Date:  June 27, 2014

Respectfully submitted,

KENNETH MAGIDSON  
United States Attorney  
Southern District of Texas

JOCELYN SAMUELS  
Acting Assistant Attorney General  
Civil Rights Division

*/s/ Elizabeth S. Westfall*  
T. CHRISTIAN HERREN, JR.  
MEREDITH BELL-PLATTS  
ELIZABETH S. WESTFALL  
BRUCE I. GEAR  
JENNIFER L. MARANZANO  
ANNA M. BALDWIN  
DANIEL J. FREEMAN  
Attorneys, Voting Section  
Civil Rights Division  
U.S. Department of Justice  
950 Pennsylvania Avenue, N.W.  
Washington, D.C. 20530

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2014, I served a true and correct copy of the foregoing via the Court's ECF system on the following counsel of record:

| | |
|---|---|
| John B. Scott | Chad W. Dunn |
| John Reed Clay, Jr. | Kembel Scott Brazil |
| Gregory David Whitley | Brazil & Dunn |
| Jonathan F. Mitchell | chad@bradzilanddunn.com |
| Sean Flammer | scott@bazilanddunn.com |
| Stephen Ronald Keister | |
| Arthur D'Andrea | J. Gerald Hebert |
| Jennifer Marie Roscetii | Emma Simson |
| Lindsey Elizabeth Wolf | Campaign Legal Center |
| Office of the Texas Attorney General | ghebert@campaignlegalcenter.org |
| john.scott@texasattorneygeneral.gov | esimson@campaignlegalcenter.org |
| reed.clay@texasattorneygeneral.gov | |
| david.whitley@texasattorneygeneral.gov | Neil G. Baron |
| jonathan.mitchell@texasattorneygeneral.gov | Law Offices of Neil G. Baron |
| sean.flammer@texasattorneygeneral.gov | neil@ngbaronlaw.com |
| ronny.keister@texasattorneygeneral.gov | |
| arthur.dandrea@texasattorneygeneral.gov | Armand Derfner |
| jennifer.roscetti@texasattorneygeneral.gov | Derfner, Altman, & Wilborn |
| lindsey.wolf@texasattorneygeneral.gov | aderfner@dawlaw.com |
| | |
| Ben Addison Donnell | Luiz Roberto Vera, Jr. |
| Donnell Abernethy & Kieschnick | lrvlaw@sbcglobal.net |
| bdonnell@dakpc.com | |
| | *Counsel for Veasey Plaintiffs* |
| *Counsel for Defendants* | |

Christina Swarns
Ryan P. Haygood
Natasha M. Korgaonkar
Leah C. Aden
Deuel Ross
NAACP Legal Defense and Educational
   Fund, Inc.
cswarns@naacpldf.org
rhaygood@naacpldf.org
nkorgaonkar@naacpldf.org
laden@naacpldf.org
dross@naacpldf.org

Danielle Conley
Jonathan Paikin
Kelly P. Dunbar
Sonya L. Lebsack
Gerald J. Sinzdak
Lynn Eisenberg
M. Hasan Ali
Richard F. Shordt
WilmerHale LLP
danielle.conley@wilmerhale.com
jonathan.paikin@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com
Gerard.sinzdak@wilmerhale.com
Lynn.eisenberg@wilmerhale.com
hasan.ali@wilmerhale.com
richard.shordt@wilmerhale.com

*Counsel for Texas League of Young Voters
Plaintiff-Intervenors*

Ezra D. Rosenberg
Amy L. Rudd
Lindsey Cohan
Dechert LLP
ezra.rosenberg@dechert.com
amy.rudd@dechert.com
lindsey.cohan@dechert.com

Wendy Weiser
Jennifer Clark
Myrna Pérez
Vishal Agraharkar
Brennan Center for Justice at NYU School of
   Law
wendy.weiser@nyu.edu
jenniferl.clark@nyu.edu
myrna.perez@nyu.edu
vishal.argraharkar@nyu.edu

Mark A. Posner
Sonia Kaur Gill
Erandi Zamora
Lawyers' Committee for Civil Rights
mposner@lawyerscommittee.org
sgill@lawyerscommittee.org
ezamora@lawyerscommittee.org

*Counsel for Texas State Conference of
NAACP Branches Plaintiffs*

Jose Garza
Marinda van Dalen
Robert W. Doggett
Peter McGraw
Kathryn Newell
Priscilla Noriega
Texas Rio Grande Legal Aid, Inc.
jgarza@trla.org
mvandalen@trla.org
rdoggett@trla.org
pmcgraw@trla.org
knewell@trla.org
pnoriega@trla.org

*Counsel for Ortiz Plaintiffs*

Rolando L. Rios
Law Offices of Rolando L. Rios
rrios@rolandorioslaw.com

Preston Edward Henrichson
Law Offices of Preston Henrichson
preston@henrichsonlaw.com

*Counsel for Texas Association of Hispanic County Judges and County Commissioners Plaintiff-Intervenors*

*/s/ Daniel J. Freeman*
Daniel J. Freeman
Voting Section
Civil Rights Division
U.S. Department of Justice
daniel.freeman@usdoj.gov