IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>RICK PERRY, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND and IMANI CLARK,<br><br>        Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*,<br><br>        Plaintiff-Intervenors,<br><br>    v.<br><br>STATE OF TEXAS, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>NANDITA BERRY, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>STATE OF TEXAS, *et al.*,<br><br>    Defendants | Civil Action No. 2:13-cv-348 (NGR) |

**PLAINTIFF-INTERVENORS THE TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND AND IMANI CLARK'S <u>DESIGNATION OF EXPERT WITNESSES</u>**

  The Texas League of Young Voters Education Fund and Imani Clark hereby make this expert witness designation as required by Federal Rule of Civil Procedure 26(a)(2) and this Court's Amended Scheduling Order (ECF No. 231).

  The following persons may be used to present evidence at trial under Federal Rules of Evidence 702, 703, or 705:

  1.  Coleman Bazelon
     The Brattle Group
     1850 M Street NW
     Suite 1200
     Washington, DC 20036
     Coleman.Bazelon@brattle.com
     202.955.5050

Dr. Bazelon's report, curriculum vitae, and testifying history are attached hereto as Exhibit A.  Dr. Bazelon may be called to testify regarding the economic burden that Senate Bill 14 imposes on Texas voters, whether that burden varies depending on a voter's race, and any other subjects or opinions referenced in his report or in subsequent deposition testimony, including reasonable inferences arising therein.

2. Vernon Burton
126 Hardin Hall, Box 340527
Clemson University
Clemson, SC 29634-0527
vburton@clemson.edu
864.656.7136

Dr. Burton's report, curriculum vitae, and testifying history are attached hereto as Exhibit B.  Dr. Burton may be called to testify about racial discrimination in Texas, the interaction between Senate Bill 14 and social and historical conditions in Texas, and any other subjects or opinions referenced in his report or in subsequent deposition testimony, including reasonable inferences arising therein.

3

Respectfully submitted this 27th day of June 2014.

<u>/s/   Ryan P. Haygood</u>
Ryan P. Haygood
Christina A. Swarns
Natasha M. Korgaonkar
Leah C. Aden
Deuel Ross
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006
cswarns@naacpldf.org
rhaygood@naacpldf.org
nkorgaonkar@naacpldf.org
laden@naacpldf.org
dross@naacpldf.org

Danielle Conley
Kelly P. Dunbar
Jonathan Paikin
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue
Washington, DC 20009
202-663-6262
kelly.dunbar@wilmerhale.com
danielle.conley@wilmerhale.com
jonathan.paikin@wilmerhale.com

*Counsel for Plaintiff-Intervenors Texas League of Young Voters Education Fund & Imani Clark*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2014, I filed a true and correct copy of the foregoing document with the Clerk of court using the CM/ECF system, which will send a notice of the electronic filing to all counsel of record.

    /s/ Ryan P. Haygood