# Appendix 1

Table 4A: Selected Characteristics of Houston Census Tracts Having 25% of More of Household Units Without Access to a Motor Vehicle: Tracts with a Majority of Plurality of African American Citizens of Voting Age

| Tract | Households without Vehicle Access | African American CVAP | African American Citizen Poverty | African American Households without Vehicle Access | One-Way Time to DPS by Car* | One-Way Time to DPS by Bus** | No-Match Registered Voters | No-Match Rate |
|---|---|---|---|---|---|---|---|---|
| 48201312200 | 56.7% | 92.9% | 68.2% | 56.3% | 12 minutes | 68 minutes | 312 | 25.7% |
| 48201331400 | 54.9% | 97.4% | 53.8% | 56.4% | 15 minutes | 112 minutes | 257 | 21.3% |
| 48201312800 | 51.4% | 94.5% | 69.5% | 48.5% | 13 minutes | 52 minutes | 441 | 26.1% |
| 48201312300 | 44.9% | 86.6% | 31.1% | 48.1% | 13 minutes | 84 minutes | 262 | 22.5% |
| 48201532001 | 41.0% | 73.5% | 65.8% | 49.6% | 9 minutes | 24 minutes | 320 | 16.6% |
| 48201211300 | 35.4% | 89.9% | 60.3% | 38.3% | 9 minutes | 22 minutes | 618 | 22.3% |
| 48201312400 | 34.6% | 90.2% | 42.9% | 43.1% | 12 minutes | 82 minutes | 300 | 24.0% |
| 48201211000 | 34.5% | 88.5% | 42.4% | 38.1% | 12 minutes | 25 minutes | 280 | 24.0% |
| 48201211400 | 33.7% | 70.9% | 39.7% | 46.5% | 9 minutes | 35 minutes | 371 | 17.7% |
| 48201531800 | 31.5% | 90.6% | 26.5% | 32.3% | 9 minutes | 80 minutes | 366 | 21.0% |
| 48201220800 | 31.2% | 73.4% | 52.7% | 43.0% | 12 minutes | 76 minutes | 307 | 24.7% |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 482015550200 | 30.6% | 80.3% | 45.0% | 39.3% | 13 minutes | 54 minutes | 223 | 19.1% |
| 482014422401 | 30.2% | 58.7% | 36.7% | 17.2% | 5 minutes | 79 minutes | 187 | 12.0% |
| 482013313600 | 29.5% | 94.5% | 36.6% | 33.1% | 13 minutes | 116 minutes | 595 | 20.5% |
| 482012222600 | 28.8% | 46.2% | 59.3% | 60.0% | 8 minutes | 51 minutes | 113 | 14.1% |
| 482014433502 | 27.9% | 49.5% | 43.8% | 32.5% | 8 minutes | 42 minutes | 161 | 13.3% |
| 482013313800 | 27.6% | 95.6% | 47.2% | 29.3% | 13 minutes | 106 minutes | 530 | 21.3% |
| 482012222700 | 27.4% | 69.2% | 58.9% | 35.7% | 5 minutes | 4 minutes | 406 | 18.6% |
| 482013331200 | 26.5% | 94.2% | 26.1% | 28.7% | 14 minutes | 117 minutes | 493 | 20.4% |
| 482012211700 | 26.2% | 87.7% | 37.4% | 26.9% | 10 minutes | 50 minutes | 499 | 21.5% |
| 482012240502 | 26.2% | 65.0% | 37.8% | 23.7% | 8 minutes | 8 minutes | 250 | 19.0% |
| 482012233600 | 25.8% | 99.2% | 33.5% | 25.0% | 7 minutes | 56 minutes | 312 | 21.5% |
| 482012211100 | 25.3% | 81.0% | 45.1% | 28.9% | 11 minutes | 55 minutes | 615 | 22.1% |

Table 4B: Selected Characteristics of Houston Census Tracts Having 25% of More of Household Units Without Access to a Motor Vehicle: Tracts with a Majority of Plurality of Hispanic Citizens of Voting Age

| Tract | Households without Vehicle Access | Hispanic CVAP | Hispanic Citizen Poverty | Hispanic Households without Vehicle Access | One-Way Time to DPS by Car[*] | One-Way Time to DPS by Bus[**] | No-Match Registered Voters | No-Match Rate |
|---|---|---|---|---|---|---|---|---|
| 48201220500 | 40.8% | 50.7% | 31.4% | 21.8% | 10 minutes | 87 minutes | 241 | 14.6% |
| 48201432701 | 34.8% | 27.7% | 67.9% | 39.3% | 12 minutes | 84 minutes | 124 | 17.5% |
| 48201433003 | 31.6% | 22.7% | 50.1% | 31.3% | 10 minutes | 93 minutes | 93 | 9.3% |
| 48201421202 | 31.4% | 66.3% | 66.9% | 35.1% | 12 minutes | 105 minutes | 45 | 17.2% |
| 48201212300 | 28.2% | 87.4% | 43.8% | 23.7% | 12 minutes | 61 minutes | 409 | 18.7% |
| 48201420500 | 25.4% | 21.4% | 42.7% | 14.6% | 7 minutes | 59 minutes | 109 | 12.2% |

Table 4C: Selected Characteristics of Houston Census Tracts Having 25% of More of Household Units Without Access to a Motor Vehicle: Tracts with a Majority of Plurality of Anglo Citizens of Voting Age

| Tract | Households without Vehicle Access | Anglo CVAP | Anglo Citizen Poverty | Anglo Households without Vehicle Access | One-Way Time to DPS by Car[*] | One-Way Time to DPS by Bus[**] | No-Match Registered Voters | No-Match Rate |
|---|---|---|---|---|---|---|---|---|
| 48201432802+ | 32.6% | 37.2% | 13.4% | 45.7% | 11 minutes | 114 minutes | 144 | 11.8% |

[*]Times for car travel time were calculated with ArcGIS's Network Analysts extension using the census tract's centroid as the starting point.
[**]Times for bus travel were calculated with RidMetro.org using the census tract's centroid as the starting point. For consistency, all trips were assumed to begin at 8:00am on a weekday. Times for bus travel do not include a calculation for walking to the nearest bus stop to begin the trip, and from the last bus stop to the DPS Office.
[+]This tract includes Bellerive, a public senior housing facility that includes 200 one bedroom and 10 two bedroom units.

Table 6A[+]: Selected Characteristics of San Antonio Census Tracts Having 25% of More of Household Units Without Access to a Motor Vehicle: Tracts with a Majority of Plurality of African American Citizens of Voting Age

| Tract | Households without Vehicle Access | African American CVAP | African American Citizen Poverty | African American Households without Vehicle Access | One-Way Time to DPS by Car[*] | One-Way Time to DPS by Bus[**] | No-Match Registered Voters | No-Match Rate |
|---|---|---|---|---|---|---|---|---|
| 48029130600 | 32.0% | 54.6% | 48.1% | 35.5% | 10 minutes | 34 minutes | 357 | 22.7% |
| 48029130500 | 31.4% | 52.0% | 36.9% | 42.0% | 9 minutes | 39 minutes | 394 | 22.2% |

Table 6B[+]: Selected Characteristics of San Antonio Census Tracts Having 25% of More of Household Units Without Access to a Motor Vehicle: Tracts with a Majority of Plurality of Hispanic Citizens of Voting Age

| Tract | Households without Vehicle Access | Hispanic CVAP | Hispanic Citizen Poverty | Hispanic Households without Vehicle Access | One-Way Time to DPS by Car[*] | One-Way Time to DPS by Bus[**] | No-Match Registered Voters | No-Match Rate |
|---|---|---|---|---|---|---|---|---|
| 48029110500 | 46.9% | 92.9% | 55.8% | 45.3% | 9 minutes | 26 minutes | 132 | 21.1% |
| 48029110100 | 42.4% | 55.5% | 29.1% | 43.7% | 9 minutes | 29 minutes | 221 | 13.9% |
| 48029181005 | 40.9% | 55.3% | 43.8% | 33.2% | 3 minutes | 19 minutes | 139 | 12.4% |
| 48029170401 | 36.7% | 91.0% | 52.4% | 37.2% | 8 minutes | 29 minutes | 320 | 19.7% |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 48029110800 | 36.3% | 66.5% | 37.9% | 33.6% | 10 minutes | 46 minutes | 123 | 14.6% |
| 48029110700 | 35.0% | 84.2% | 42.0% | 30.0% | 9 minutes | 36 minutes | 111 | 18.2% |
| 48029170800 | 32.3% | 96.8% | 33.4% | 32.9% | 5 minutes | 10 minutes | 146 | 21.0% |
| 48029111000 | 31.6% | 77.3% | 39.0% | 33.2% | 11 minutes | 29 minutes | 188 | 16.4% |
| 48029192200 | 30.2% | 79.3% | 14.3% | 40.0% | 6 minutes | 86 minutes | 186 | 13.7% |
| 48029150800 | 30.0% | 85.2% | 71.9% | 31.7% | 5 minutes | 68 minutes | 169 | 19.5% |
| 48029190100 | 28.8% | 78.8% | 22.8% | 28.4% | 8 minutes | 38 minutes | 332 | 18.4% |
| 48029170300 | 28.5% | 93.5% | 45.4% | 28.7% | 5 minutes | 26 minutes | 579 | 22.9% |
| 48029130402 | 28.4% | 51.8% | 60.3% | 20.8% | 9 minutes | 37 minutes | 323 | 20.5% |
| 48029130700 | 27.6% | 77.8% | 37.8% | 18.3% | 11 minutes | 38 minutes | 123 | 18.7% |
| 48029170200 | 27.4% | 95.9% | 54.8% | 27.9% | 8 minutes | 29 minutes | 616 | 21.1% |
| 48029180501 | 27.3% | 72.8% | 43.4% | 28.0% | 5 minutes | 40 minutes | 283 | 12.8% |
| 48029190504 | 27.1% | 80.0% | 22.8% | 28.1% | 7 minutes | 38 minutes | 212 | 15.0% |
| 48029110300 | 27.0% | 69.3% | 33.8% | 24.7% | 7 minutes | 35 minutes | 171 | 14.3% |
| 48029180400 | 25.6% | 81.8% | 33.5% | 23.2% | 3 minutes | 28 minutes | 262 | 14.6% |

+More than 25% of all household units in tract 48029110600 had no access to a motor vehicle, but the proportion was inflated due to the presence of the Bexar County Adult Detention Facility. As a result, the tract was deleted from the analysis.
*Times for car travel time were calculated with ArcGIS's Network Analysts extension using the census tract's centroid as the starting point.
**Times for bus travel were calculated with VIA Metropolitan Transit using the census tract's centroid as the starting point. For consistency, all trips were assumed to begin at 8:00am on a weekday. Times for bus travel do not include a calculation for walking to the nearest bus stop to begin the trip, and from the last bus stop to the DPS Office.

Table 8A: Selected Characteristics of Dallas Census Tracts Having 25% of More of Household Units Without Access to a Motor Vehicle: Tracts with a Majority of Plurality of African American Citizens of Voting Age

| Tract | Households without Vehicle Access | African American CVAP | African American Citizen Poverty | African American Households without Vehicle Access | One-Way Time to DPS by Car[*] | One-Way Time to DPS by Bus[**] | No-Match Registered Voters | No-Match Rate |
|---|---|---|---|---|---|---|---|---|
| 48113003901 | 55.3% | 100.0% | 47.2% | 55.3% | 15 minutes | 79 minutes | 307 | 25.9% |
| 48113003400 | 49.9% | 73.7% | 52.9% | 65.5% | 15 minutes | 72 minutes | 216 | 25.0% |
| 48113020300 | 43.2% | 89.0% | 54.2% | 44.3% | 13 minutes | 62 minutes | 465 | 27.2% |
| 48113002701 | 42.2% | 92.9% | 70.3% | 47.2% | 13 minutes | 84 minutes | 541 | 29.2% |
| 48113008604 | 41.8% | 88.4% | 51.8% | 47.0% | 13 minutes | 71 minutes | 262 | 23.8% |
| 48113003800 | 40.5% | 96.8% | 34.0% | 40.2% | 15 minutes | 73 minutes | 464 | 27.8% |
| 48113011500 | 34.1% | 93.4% | 57.8% | 51.5% | 18 minutes | 80 minutes | 205 | 21.8% |
| 48113008704 | 33.6% | 90.8% | 40.9% | 34.8% | 13 minutes | 75 minutes | 522 | 23.4% |
| 48113009304 | 33.6% | 83.0% | 59.4% | 44.3% | 19 minutes | 111 minutes | 493 | 21.3% |
| 48113011105 | 33.4% | 91.0% | 33.1% | 36.4% | 9 minutes | 48 minutes | 393 | 19.4% |
| 48113020500 | 33.3% | 61.9% | 66.0% | 44.7% | 14 minutes | 51 minutes | 444 | 20.3% |
| 48113002702 | 31.3% | 97.1% | 34.2% | 31.8% | 13 minutes | 75 minutes | 332 | 28.2% |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 48113012210 | 29.4% | 57.3% | 47.3% | 38.6% | 9 minutes | 30 minutes | 253 | 16.1% |
| 48113008701 | 28.6% | 95.2% | 51.3% | 31.0% | 14 minutes | 43 minutes | 589 | 23.0% |
| 48113011401 | 28.5% | 96.3% | 58.4% | 29.0% | 15 minutes | 62 minutes | 708 | 23.4% |
| 48113004100 | 28.4% | 91.0% | 78.0% | 35.5% | 12 minutes | 57 minutes | 173 | 26.8% |
| 48113016607 | 28.1% | 87.9% | 26.7% | 28.7% | 3 minutes | 7 minutes | 319 | 22.1% |
| 48113001600 | 27.5% | 41.3% | 55.9% | 61.2% | 14 minutes | 53 minutes | 323 | 11.1% |
| 48113012302 | 26.9% | 46.3% | 54.6% | 38.5% | 9 minutes | 50 minutes | 421 | 16.5% |
| 48113004000 | 26.8% | 90.8% | 15.3% | 27.0% | 16 minutes | 70 minutes | 195 | 24.9% |
| 48113007815 | 26.0% | 28.0% | 38.2% | 32.5% | 11 minutes | 41 minutes | 114 | 12.9% |

Table 8B: Selected Characteristics of Dallas Census Tracts Having 25% of More of Household Units Without Access to a Motor Vehicle: Tracts with a Majority of Plurality of Hispanic Citizens of Voting Age

| Tract | Households without Vehicle Access | Hispanic CVAP | Hispanic Citizen Poverty | Hispanic Households without Vehicle Access | One-Way Time to DPS by Car* | One-Way Time to DPS by Bus** | No-Match Registered Voters | No-Match Rate |
|---|---|---|---|---|---|---|---|---|
| 48113012208 | 42.3% | 24.3% | 56.9% | 26.5% | 10 minutes | 36 minutes | 96 | 16.9% |
| 48113001503 | 30.1% | 32.3% | 48.2% | 23.9% | 13 minutes | 50 minutes | 161 | 17.9% |
| 48113000405 | 28.3% | 20.7% | 67.3% | 9.3% | 16 minutes | 92 minutes | 161 | 18.9% |
| 48113004700 | 25.0% | 63.7% | 41.6% | 21.2% | 11 minutes | 52 minutes | 163 | 17.5% |

Table 8C: Selected Characteristics of Dallas Census Tracts Having 25% of More of Household Units Without Access to a Motor Vehicle: Tracts with a Majority of Plurality of Anglo Citizens of Voting Age

| Tract | Households without Vehicle Access | Anglo CVAP | Anglo Citizen Poverty | Anglo Households without Vehicle Access | One-Way Time to DPS by Car* | One-Way Time to DPS by Bus** | No-Match Registered Voters | No-Match Rate |
|---|---|---|---|---|---|---|---|---|
| 48113019213 | 27.2% | 58.6% | 32.8% | 34.7% | 13 minutes | 60 minutes | 184 | 20.4% |

*Times for car travel time were calculated with ArcGIS's Network Analysts extension using the census tract's centroid as the starting point.
**Times for bus travel were calculated with the DART website using the census tract's centroid as the starting point. For consistency, all trips were assumed to begin at 8:00am on a weekday. Times for bus travel do not include a calculation for walking to the nearest bus stop to begin the trip, and from the last bus stop to the DPS Office.

Table 11: Texas Population Growth by Race and Ethnicity, 2000-2010

|  | 2000 | 2010 | Absolute Change | Percent Change |
|---|---|---|---|---|
| Anglo[*] | 10,933,313 | 11,397,345 | 464,032 | +4.2% |
| Hispanic/Latino | 6,669,666 | 9,460,921 | 2,791,255 | +41.8% |
| African American[*] | 2,364,255 | 2,886,825 | 522,570 | +22.1% |
| Asian[*] | 554,445 | 948,426 | 393,981 | +71.1% |
| American Indian/ Alaska Native[*] | 68,859 | 80,586 | 11,727 | +17.0% |
| Native Hawaiian/ Pacific Islander | 10,757 | 17,920 | 7,163 | +66.6% |
| Another Race[*] | 19,958 | 33,980 | 14,022 | +70.3% |
| Two or More Races[**] | 230,567 | 319,558 | 88,991 | +38.6% |
| Total Population | 20,851,820 | 25,145,561 | 4,293,741 | +20.6% |

Source: Calculated from Census of Population 2000 and 2010.
[*]Does not include Hispanics.
[**]Does not include Hispanics, but does include respondents that list African American as one of their races.

Table 12: Texas Population Breakdown by Race and Ethnicity, 2000 and 2010

|  | % Total 2000 | % Total 2010 | Percent Point Change |
|---|---|---|---|
| Anglo[*] | 52.4% | 45.3% | -7.1% |
| Hispanic/Latino | 32.0% | 37.6% | +5.6% |
| African American[*] | 11.3% | 11.5% | +0.2% |
| Asian[*] | 2.7% | 3.8% | +1.1% |
| American Indian/ Alaska Native[*] | 0.3% | 0.3% | — |
| Native Hawaiian/ Pacific Islander | 0.05% | 0.07% | +0.02% |
| Another Race[*] | 0.1% | 0.1% | — |
| Two or More Races[**] | 1.1% | 1.3% | +0.2% |

Source: Calculated from Census of Population 2000 and 2010.
[*]Does not include Hispanics.
[**]Does not include Hispanics, but does include respondents that list African American as one of their races.

Table 13: U.S. Citizen Voting Age Population by Demographic Group

|  | State of Texas | Percent of Total |
|---|---|---|
| Citizen VAP | 15,276,966 | 100.0% |
| Anglo Citizen VAP | 8,800,442 | 57.6% |
| Hispanic Citizen VAP | 3,889,571 | 25.5% |
| African American Citizen VAP | 1,938,918 | 12.7% |
| Asian Citizen VAP | 419,716 | 2.8% |
| American Indian/ Alaska Native Citizen VAP | 51,965 | 0.34% |
| Native Hawaiian/ Pacific Islander Citizen VAP | 10,533 | 0.07% |
| Other Races Citizen VAP | 21,317 | 0.14% |
| Two or More Races Citizen VAP | 144,504 | 0.95% |

Source: American Community Survey Five Year Estimates, Selected Population Tables, 2006-10, Table B05003.