UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER REGARDING CAPTIONING

This is a consolidated case.  The above-captioned case is designated as the lead case and it automatically includes member cases 2:13-cv-00263, 2:13-cv-00291, and 2:13-cv-00348.  The Court ORDERS the parties to discontinue the practice of including the captions of each of the cases on documents filed in the consolidated case.  The Court ORDERS the parties to use the caption set out above with respect to any document filed with respect to any of the cases unless and until the cases are severed or further order issues.

ORDERED this 1st day of July, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE