# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### JOHN H. WOOD JR., U.S. COURTHOUSE
### 655 EAST CESAR E. CHAVEZ BOULEVARD
## SAN ANTONIO, TEXAS 78206

Clerk, U.S. District Court
Southern District of Texas
FILED

JUN 3 0 2014

David J. Bradley, Clerk of Court

**WILLIAM G. PUTNICKI**
Clerk of Court

Michael Oakes, Div Office Mgr, Rm C65
210-472-6550, Ext 222
210-472-6555; Fax 6587
www.txwd.uscourts.gov

June 12, 2014

Robert M. Allensworth
#B14522
BMRCC 251 N IL 37 S
Ina, IL 62846-2419

Marianne Serpa, Dep-in-Charge
1133 N Shoreline Rm 208
Corpus Christi TX 78401
361-888-3142          2:13 cv 193/263
www.txs.uscourts.gov
Darlene Hansen, Dep-in-Charge
515 Rusk Rm 5401
Houston TX 77002
713-250-5500          4:11 cv 2907-VDG

Dear Mr. Allensworth:

Thank you for your correspondence. Per the Miscellaneous Fee Schedule, this office is required to charge $.50 per page to generate court documents. Please remit $208.50 (417 pages @ $.50 per page) together with a copy of this correspondence. Once this office receives payment, this office will generate and mail to you a copy of the Docket Sheet, beginning with May 1st, 2014 through June 12th, 2014 (16 pages), document #976 (382 pages), document #978 (21 pages), and document #983 (30 pages) in case number 5:11CV360.

Please know this office is prohibited from providing legal advice.

Michael Oakes &
William Putnicki    Jun 20 14          doc 976 Mtn to Compel Leg
Please generate and mail me copies:     doc 978 Reply          priv
Docket Sheet          $8.00   Sincerely,   doc 983 Response to Reply
doc 978              10.50
doc 983              15.00     William G. Putnicki
                     ————      Clerk of Court
Enclosed             $33.50    Western District of Texas

I am the interested party pro se in USA v TEXAS 2:13 cv 193/263 suggesting a limited voting 2nd ballot for the Texas State House & Co Com'ns (See RODRIGUEZ v HARRIS CO 4:11 cv 2907-VDG) with candidates paying a filing deposit to get on the limited voting ballot in their own and 2-4 add'l districts. Trial is set for Sep 2 in Corpus Christi. 20+ docket entries are letters from me. Let the voters endorse & enable a limited voting structure.

Illinois may have seven State ballot questions in Nov 2014.

Robert M Allensworth

Monday, June 24, 2014

C



## Petition Process
## For Redistricting
## Reform Has Problems



# TATE

GALESBURG IL 61401

# it, political map lawsuit unfolds

... questioning the ... of the ... in a crowded ... could dramatically ... that voters will see ... elections ballot ... er could bring up ... a voter initiative ... changing the ... tion, and three ... style questions ... in ... of the bid ... and ... races nationwide

Cook County Circuit Court Judge Mary Mikva said she would issue her written decision about the two signature-driven ballot questions by noon on June 27. She could reject both, keep both or make a split decision.

One group, the Committee for Legislative Reform and Term Limits, led by Republican gubernatorial candidate Bruce Rauner, calls for limiting legislators

to 8 years in office, changing the sizes of the House and Senate and making it harder for lawmakers to override a governor's veto.

The other group, "Yes for Independent Maps," wants an independent commission to take over how the state draws its political boundaries, instead of leaving it to lawmakers. That effort has hit a snag after the Illinois State Board of Elections found more than half of the

signatures in a sample were invalid. Election officials granted the group more ... ... ... they ruled the ... ... ...

With the ... ... ... must decide the proposed questions ... ... and "procedural" changes to the Legislature. The lawsuit contends the measures don't meet these constitutional

requirements, would change rules for seeking office, and would affect the governor's powers. The Illinois Supreme Court has previously held a narrow definition for changing the constitution through a voter initiative.

"It's too aggressive," attorney Michael Kasper, who argued in opposition to the measures, said in court of the redistricting measure. "It goes too far."





THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS

UNITED STATES POSTAGE

$ 00.48°
JUN 27  2014
MAILED FROM ZIP CODE 62846
02 1M
0004266687

Clerk, U.S. District Court
Southern District of Texas
FILED

JUN 3 0 2014

David J. Bradley, Clerk of Court

LEGAL
MAIL

7840132042