UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
JOHN H. WOOD JR., U.S. COURTHOUSE
655 EAST CESAR E. CHAVEZ BOULEVARD
SAN ANTONIO, TEXAS 78206

United States District Court
Southern District of Texas
**FILED**
JUN 3 0 2014
**David J. Bradley, Clerk of Court**

**WILLIAM G. PUTNICKI**
Clerk of Court

Michael Oakes, Div Office Mgr, Rm C65
210-472-6550, Ext 222
210-472-6555; Fax 6587
www.txwd.uscourts.gov

June 12, 2014

Robert M. Allensworth
#B14522
BMRCC 251 N IL 37 S
Ina, IL 62846-2419

Marianne Serpa, Dep-in-Charge
1133 N Shoreline Rm 208
Corpus Christi TX 78401
361-888-3142                           2:13 cv 193/263
www.txs.uscourts.gov
Darlene Hansen, Dep-in-Charge
515 Rusk Rm 5401

Dear Mr. Allensworth:

Houston TX 77002
713-250-5500                           4:11 cv 2907-VDG

    Thank you for your correspondence. Per the Miscellaneous Fee Schedule, this office is required to charge $.50 per page to generate court documents. Please remit $208.50 (417 pages @ $.50 per page) together with a copy of this correspondence. Once this office receives payment, this office will generate and mail to you a copy of the Docket Sheet, beginning with May 1st, 2014 through June 12th, 2014 (16 pages), document #976 (382 pages), document #978 (21 pages), and document #983 (30 pages) in case number 5:11CV360.

    Please know this office is prohibited from providing legal advice.

Michael Oakes &
William Putnicki        Jun 20 14              doc 976 Mtn to Compel Lee

Please generate and mail me copies:         doc 978 Reply          priv

Docket Sheet            $8.00      Sincerely,    doc 983 Response to Reply

doc 978                 10.50

doc 983                 15.00      William G. Putnicki
                        ─────      Clerk of Court
Enclosed                $33.50     Western District of Texas

I am the interested party pro se in USA v TEXAS 2:13 cv 193/263 suggesting a limited voting 2nd ballot for the Texas State House & Co Com'ns (See RODRIGUEZ v HARRIS CO 4:11 cv 2907-VDG) with candidates paying a filing deposit to get on the limited voting ballot in their own and 2-4 add'l districts. Trial is set for Sep 2 in Corpus Christi. 20+ docket entries are letters from me. Let the voters endorse & enable a limited voting structure.

Illinois may have seven State ballot
questions in Nov 2014.

*Robert M Allensworth* (signature)

ALLENSWORTH B72277 4021
MENARD C.C. PO BOX 711
MENARD IL 62259-0711

**LEGAL MAIL**

United States District Court
Southern District of Texas
FILED
JUN 30 2014
David J. Bradley, Clerk of Court

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS

DARLENE NANCY BDC IN CHARGE
515 RUSK RM 5401
HOUSTON TX 77002



02 1M
0004266687
MAILED FROM ZIP CODE 62846
UNITED STATES POSTAGE
$ 00.48⁰
JUN 27 2014
PITNEY BOWES