## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISITRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Marc Veasey, Jane Hamilton, | § | |
| Sergio Deleon, Floyd J. Carrier, | § | |
| Anna Burns, Michael Montez, | § | |
| Penny Pope, Oscar Ortiz, Koby | § | |
| Ozias, John Mellor-Crumley, | § | |
| Peggy Herman, Evelyn Brickner, | § | |
| Gordon Benjamin, Ken Gandy, | § | |
| League Of United Latin | § | |
| American Citizens (LULAC), | § | CAUSE NO. 2:13-CV-193 [Lead Case] |
| and Dallas County, Texas, | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | |
| | § | |
| RICK PERRY, Governor of Texas and | § | |
| JOHN STEEN, Texas Secretary of | § | |
| State, | § | |
| *Defendants.* | § | |

## ORDER

Now pending before the Court for consideration is *Movants, Nonparty State Representatives, Motion to Quash Subpoenas and Motion for Protection*. Having reviewed the Motion, and any response, the Court finds that the Motion is meritorious. Accordingly, the Court hereby ORDERS that the *Nonparty State Representatives, Motion to Quash Subpoenas and Motion for Protection* is GRANTED.

_____
U.S. DISTRICT COURT JUDGE