IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br>         Plaintiffs, <br><br> VS. <br><br> RICK PERRY, *et al.*, <br><br>         Defendants. | CIVIL ACTION NO. 2:13-CV-193 (NGR) |

**[PROPOSED] ORDER TO UNOPPOSED MOTION FOR EXTENSION OF DEADLINE**

Having reviewed the Unopposed Motion for Extension of Deadline for United States' Response to the Texas Secretary of State's Motion for Protection on the Amended Notice of Deposition of Coby Shorter (ECF No. 335), the United States' request is hereby GRANTED.

**SO ORDERED.**

Date:

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE