UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Having reviewed the Unopposed Motion for Extension of Deadline (D.E. 387) for United States' Response to the Texas Secretary of State's Motion for Protection on the Amended Notice of Deposition of Coby Shorter (D.E. 335), the United States' motion (D.E. 387) is hereby GRANTED. The Court ORDERS the United States to file its response to the motion for protection on or before July 11, 2014.

ORDERED this 7th day of July, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE