**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | |
|---|---|
| MARC VEASEY, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-193 (NGR) |
| RICK PERRY, *et al.*, | |
| Defendants. | |

<u>**NOTICE BY TEXAS STATE CONFERENCE OF NAACP BRANCHES AND THE
MEXICAN AMERICAN LEGISLATIVE CAUCUS OF THE TEXAS HOUSE OF
REPRESENTATIVES OF FILING A CORRECTED EXPERT REPORT OF
DR. DANIEL G. CHATMAN**</u>

The Texas State Conference of NAACP Branches and the Mexican American Legislative Caucus of the Texas House of Representatives hereby files the corrected expert report of Dr. Daniel G. Chatman, which is attached hereto.  The corrections concern the following paragraphs in his original report:  paragraph 49, where Dr. Chatman has corrected the description of what the report refers to as "scenario 2"; and paragraphs 52 (Table 4) and 60 (text and Figures 7 and 8) where Dr. Chatman inadvertently included incorrect data sets and has substituted the correct data.

Date:   July 8, 2014                  Respectfully submitted,

                  <u>s/ Ezra Rosenberg</u>
                  Ezra D. Rosenberg
                  Michelle Hart Yeary
                  Dechert LLP
                  902 Carnegie Center, Suite 500
                  Princeton, New Jersey 08540-6531
                  ezra.rosenberg@dechert.com

2

Amy L. Rudd
Lindsey Cohan
Dechert LLP
500 W. 6th Street, Suite 2010
Austin, Texas 78701
lindsey.cohan@dechert.com

Wendy Weiser
Myrna Pérez
Vishal Agraharkar
Jennifer Clark
The Brennan Center for Justice at NYU Law School
161 Avenue of the Americas, Floor 12
New York, New York 10013-1205
wendy.weiser@nyu.edu
myrna.perez@nyu.edu
vishal.agraharkar@nyu.edu
jenniferl.clark@nyu.edu

Robert A. Kengle
Mark A. Posner
Sonia Kaur Gill
Erandi Zamora
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue, N.W., Suite 400
Washington, D.C. 20005
mposner@lawyerscommittee.org

Daniel Gavin Covich
Covich Law Firm LLC
Frost Bank Plaza
802 N Carancahua, Ste 2100
Corpus Christi, TX 78401
daniel@covichlawfirm.com

Gary Bledsoe
PotterBledsoe, L.L.P.
316 W. 12th Street, Suite 307
Austin, Texas 78701
garybledsoe@sbcglobal.net

3

Robert Notzon
The Law Office of Robert Notzon
1502 West Avenue
Austin, Texas 78701
Robert@NotzonLaw.com

Jose Garza
Law Office of Jose Garza
7414 Robin Rest Drive
San Antonio, Texas 98209
garzapalm@aol.com

Kim Keenan
Marshall Taylor
Victor Goode
NAACP
4805 Mt. Hope Drive
Baltimore, Maryland 21215
kkeenan@naacpnet.org
mtaylor@naaacpnet.org
vgoode@naacpnet.org

*Counsel for Plaintiffs Texas State Conference of
NAACP Branches, Mexican American Legislative
Caucus of the Texas House of Representatives*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2014, I served a true and correct copy of the foregoing on all counsel of record.

/s/ Lindsey B. Cohan
Lindsey B. Cohan
State Bar No. 24083903
Dechert LLP
500 W. 6th Street, Suite 2010
Austin, TX 78701
Telephone:  (512) 394-3000
Facsimile:  (512) 394-3001
lindsey.cohan@dechert.com