# EXHIBIT 1

Case 2:13-cv-00193   Document 394-1   Filed on 07/10/14 in TXSD   Page 2 of 6

**U.S. Census Bureau**


American FactFinder

P12 | SEX BY AGE
Universe: Total population
2010 Census Summary File 1

NOTE: For information on confidentiality protection, nonsampling error, and definitions, see http://www.census.gov/prod/cen2010/doc/sf1.pdf.

|  | Texas |
|---|---|
| Total: | 25,145,561 |
| Male: | 12,472,280 |
| Under 5 years | 984,149 |
| 5 to 9 years | 983,814 |
| 10 to 14 years | 962,866 |
| 15 to 17 years | 579,420 |
| 18 and 19 years | 389,266 |
| 20 years | 189,570 |
| 21 years | 184,652 |
| 22 to 24 years | 558,131 |
| 25 to 29 years | 938,966 |
| 30 to 34 years | 882,887 |
| 35 to 39 years | 876,139 |
| 40 to 44 years | 846,865 |
| 45 to 49 years | 874,863 |
| 50 to 54 years | 827,933 |
| 55 to 59 years | 691,275 |
| 60 and 61 years | 241,090 |
| 62 to 64 years | 324,730 |
| 65 and 66 years | 177,155 |
| 67 to 69 years | 226,114 |
| 70 to 74 years | 283,865 |
| 75 to 79 years | 208,530 |
| 80 to 84 years | 139,029 |
| 85 years and over | 100,971 |
| Female: | 12,673,281 |
| Under 5 years | 944,324 |
| 5 to 9 years | 944,420 |
| 10 to 14 years | 919,017 |
| 15 to 17 years | 547,814 |
| 18 and 19 years | 366,624 |
| 20 years | 179,470 |
| 21 years | 174,363 |
| 22 to 24 years | 530,893 |
| 25 to 29 years | 914,073 |
| 30 to 34 years | 877,547 |
| 35 to 39 years | 887,448 |
| 40 to 44 years | 847,930 |
| 45 to 49 years | 885,604 |
| 50 to 54 years | 846,936 |
| 55 to 59 years | 731,649 |
| 60 and 61 years | 259,433 |
| 62 to 64 years | 349,514 |
| 65 and 66 years | 195,907 |
| 67 to 69 years | 253,924 |

1 of 2

06/25/2012

**U.S. Census Bureau**


AMERICAN FactFinder

P12I  SEX BY AGE (WHITE ALONE, NOT HISPANIC OR LATINO)
Universe: People who are White alone, not Hispanic or Latino
2010 Census Summary File 1

NOTE: For information on confidentiality protection, nonsampling error, and definitions, see http://www.census.gov/prod/cen2010/doc/sf1.pdf.

|  | Texas |
|---|---|
| Total: | 11,397,345 |
| Male: | 5,632,646 |
| Under 5 years | 313,458 |
| 5 to 9 years | 328,256 |
| 10 to 14 years | 340,674 |
| 15 to 17 years | 210,637 |
| 18 and 19 years | 145,230 |
| 20 years | 71,950 |
| 21 years | 70,793 |
| 22 to 24 years | 218,501 |
| 25 to 29 years | 377,002 |
| 30 to 34 years | 351,610 |
| 35 to 39 years | 365,798 |
| 40 to 44 years | 384,251 |
| 45 to 49 years | 445,100 |
| 50 to 54 years | 460,530 |
| 55 to 59 years | 410,918 |
| 60 and 61 years | 148,523 |
| 62 to 64 years | 209,913 |
| 65 and 66 years | 116,175 |
| 67 to 69 years | 151,998 |
| 70 to 74 years | 191,683 |
| 75 to 79 years | 145,413 |
| 80 to 84 years | 99,859 |
| 85 years and over | 74,374 |
| Female: | 5,764,699 |
| Under 5 years | 297,020 |
| 5 to 9 years | 311,750 |
| 10 to 14 years | 322,087 |
| 15 to 17 years | 198,779 |
| 18 and 19 years | 136,570 |
| 20 years | 68,864 |
| 21 years | 68,422 |
| 22 to 24 years | 214,143 |
| 25 to 29 years | 370,121 |
| 30 to 34 years | 345,460 |
| 35 to 39 years | 361,071 |
| 40 to 44 years | 378,926 |
| 45 to 49 years | 447,799 |
| 50 to 54 years | 465,050 |
| 55 to 59 years | 424,649 |
| 60 and 61 years | 155,110 |
| 62 to 64 years | 218,315 |
| 65 and 66 years | 123,979 |
| 67 to 69 years | 164,011 |

**U.S. Census Bureau**


AMERICAN FactFinder

P12H | SEX BY AGE (HISPANIC OR LATINO)
Universe: People who are Hispanic or Latino
2010 Census Summary File 1

NOTE: For information on confidentiality protection, nonsampling error, and definitions, see http://www.census.gov/prod/cen2010/doc/sf1.pdf.

|  | Texas |
|---|---|
| Total: | 9,460,921 |
| Male: | 4,763,753 |
| Under 5 years | 497,257 |
| 5 to 9 years | 482,348 |
| 10 to 14 years | 451,085 |
| 15 to 17 years | 262,588 |
| 18 and 19 years | 173,234 |
| 20 years | 83,497 |
| 21 years | 80,617 |
| 22 to 24 years | 243,464 |
| 25 to 29 years | 401,096 |
| 30 to 34 years | 377,887 |
| 35 to 39 years | 353,360 |
| 40 to 44 years | 313,619 |
| 45 to 49 years | 281,238 |
| 50 to 54 years | 231,468 |
| 55 to 59 years | 173,600 |
| 60 and 61 years | 57,028 |
| 62 to 64 years | 71,938 |
| 65 and 66 years | 38,636 |
| 67 to 69 years | 45,823 |
| 70 to 74 years | 58,646 |
| 75 to 79 years | 41,079 |
| 80 to 84 years | 26,465 |
| 85 years and over | 17,780 |
| Female: | 4,697,168 |
| Under 5 years | 479,414 |
| 5 to 9 years | 464,774 |
| 10 to 14 years | 432,297 |
| 15 to 17 years | 248,014 |
| 18 and 19 years | 161,857 |
| 20 years | 76,978 |
| 21 years | 73,456 |
| 22 to 24 years | 219,265 |
| 25 to 29 years | 372,905 |
| 30 to 34 years | 362,596 |
| 35 to 39 years | 353,874 |
| 40 to 44 years | 309,098 |
| 45 to 49 years | 276,794 |
| 50 to 54 years | 233,488 |
| 55 to 59 years | 184,440 |
| 60 and 61 years | 62,504 |
| 62 to 64 years | 80,922 |
| 65 and 66 years | 44,515 |
| 67 to 69 years | 55,424 |

06/25/2012

**U.S. Census Bureau**



P12B | SEX BY AGE (BLACK OR AFRICAN AMERICAN ALONE)
Universe: People who are Black or African American alone
2010 Census Summary File 1

NOTE: For information on confidentiality protection, nonsampling error, and definitions, see http://www.census.gov/prod/cen2010/doc/sf1.pdf.

|  | Texas |
|---|---:|
| Total: | 2,979,598 |
| Male: | 1,438,179 |
| Under 5 years | 117,284 |
| 5 to 9 years | 118,818 |
| 10 to 14 years | 121,910 |
| 15 to 17 years | 77,997 |
| 18 and 19 years | 52,227 |
| 20 years | 24,787 |
| 21 years | 23,525 |
| 22 to 24 years | 66,812 |
| 25 to 29 years | 108,982 |
| 30 to 34 years | 102,673 |
| 35 to 39 years | 102,448 |
| 40 to 44 years | 100,734 |
| 45 to 49 years | 104,587 |
| 50 to 54 years | 97,991 |
| 55 to 59 years | 75,652 |
| 60 and 61 years | 24,567 |
| 62 to 64 years | 29,319 |
| 65 and 66 years | 15,002 |
| 67 to 69 years | 18,964 |
| 70 to 74 years | 22,581 |
| 75 to 79 years | 15,567 |
| 80 to 84 years | 9,123 |
| 85 years and over | 6,629 |
| Female: | 1,541,419 |
| Under 5 years | 114,200 |
| 5 to 9 years | 114,809 |
| 10 to 14 years | 116,620 |
| 15 to 17 years | 74,037 |
| 18 and 19 years | 50,613 |
| 20 years | 24,783 |
| 21 years | 23,432 |
| 22 to 24 years | 68,663 |
| 25 to 29 years | 115,455 |
| 30 to 34 years | 112,917 |
| 35 to 39 years | 112,926 |
| 40 to 44 years | 108,935 |
| 45 to 49 years | 114,592 |
| 50 to 54 years | 106,292 |
| 55 to 59 years | 86,509 |
| 60 and 61 years | 28,986 |
| 62 to 64 years | 34,679 |
| 65 and 66 years | 19,095 |
| 67 to 69 years | 24,336 |

**U.S. Census Bureau**



AMERICAN FactFinder

P12D | SEX BY AGE (ASIAN ALONE)
Universe: People who are Asian alone
2010 Census Summary File 1

NOTE: For information on confidentiality protection, nonsampling error, and definitions, see http://www.census.gov/prod/cen2010/doc/sf1.pdf.

|  | Texas |
|---|---|
| Total: | 964,596 |
| Male: | 468,770 |
| Under 5 years | 34,420 |
| 5 to 9 years | 35,752 |
| 10 to 14 years | 32,117 |
| 15 to 17 years | 18,717 |
| 18 and 19 years | 12,787 |
| 20 years | 6,650 |
| 21 years | 7,193 |
| 22 to 24 years | 22,481 |
| 25 to 29 years | 40,322 |
| 30 to 34 years | 40,636 |
| 35 to 39 years | 44,891 |
| 40 to 44 years | 39,427 |
| 45 to 49 years | 34,173 |
| 50 to 54 years | 28,244 |
| 55 to 59 years | 23,190 |
| 60 and 61 years | 8,283 |
| 62 to 64 years | 9,877 |
| 65 and 66 years | 5,493 |
| 67 to 69 years | 6,956 |
| 70 to 74 years | 8,272 |
| 75 to 79 years | 4,813 |
| 80 to 84 years | 2,539 |
| 85 years and over | 1,537 |
| Female: | 495,826 |
| Under 5 years | 33,305 |
| 5 to 9 years | 34,903 |
| 10 to 14 years | 31,244 |
| 15 to 17 years | 17,716 |
| 18 and 19 years | 11,734 |
| 20 years | 6,196 |
| 21 years | 6,490 |
| 22 to 24 years | 21,141 |
| 25 to 29 years | 43,317 |
| 30 to 34 years | 45,567 |
| 35 to 39 years | 49,055 |
| 40 to 44 years | 41,445 |
| 45 to 49 years | 35,706 |
| 50 to 54 years | 32,137 |
| 55 to 59 years | 27,777 |
| 60 and 61 years | 9,997 |
| 62 to 64 years | 11,902 |
| 65 and 66 years | 6,355 |
| 67 to 69 years | 7,749 |