# EXHIBIT 2

**U.S. Census Bureau**


American FactFinder

| P9 | HISPANIC OR LATINO, AND NOT HISPANIC OR LATINO BY RACE |
| --- | --- |
| | Universe: Total population |
| | 2010 Census Summary File 1 |

NOTE: For information on confidentiality protection, nonsampling error, and definitions, see http://www.census.gov/prod/cen2010/doc/sf1.pdf.

|  | Texas |
| --- | --- |
| Total: | 25,145,561 |
| Hispanic or Latino | 9,460,921 |
| Not Hispanic or Latino: | 15,684,640 |
| Population of one race: | 15,365,082 |
| White alone | 11,397,345 |
| Black or African American alone | 2,886,825 |
| American Indian and Alaska Native alone | 80,586 |
| Asian alone | 948,426 |
| Native Hawaiian and Other Pacific Islander alone | 17,920 |
| Some Other Race alone | 33,980 |
| Two or More Races: | 319,558 |
| Population of two races: | 299,548 |
| White; Black or African American | 88,914 |
| White; American Indian and Alaska Native | 69,937 |
| White; Asian | 79,530 |
| White; Native Hawaiian and Other Pacific Islander | 5,245 |
| White; Some Other Race | 9,691 |
| Black or African American; American Indian and Alaska Native | 11,894 |
| Black or African American; Asian | 10,007 |
| Black or African American; Native Hawaiian and Other Pacific Islander | 2,089 |
| Black or African American; Some Other Race | 4,871 |
| American Indian and Alaska Native; Asian | 2,727 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 213 |
| American Indian and Alaska Native; Some Other Race | 495 |
| Asian; Native Hawaiian and Other Pacific Islander | 4,346 |
| Asian; Some Other Race | 9,178 |
| Native Hawaiian and Other Pacific Islander; Some Other Race | 411 |
| Population of three races: | 18,176 |
| White; Black or African American; American Indian and Alaska Native | 8,029 |
| White; Black or African American; Asian | 2,754 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander | 361 |
| White; Black or African American; Some Other Race | 787 |
| White; American Indian and Alaska Native; Asian | 1,431 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 239 |
| White; American Indian and Alaska Native; Some Other Race | 361 |
| White; Asian; Native Hawaiian and Other Pacific Islander | 2,201 |
| White; Asian; Some Other Race | 610 |

|  | Texas |
|---|---|
| White; Native Hawaiian and Other Pacific Islander; Some Other Race | 68 |
| Black or African American; American Indian and Alaska Native; Asian | 310 |
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 97 |
| Black or African American; American Indian and Alaska Native; Some Other Race | 153 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 330 |
| Black or African American; Asian; Some Other Race | 230 |
| Black or African American; Native Hawaiian and Other Pacific Islander; Some Other Race | 62 |
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 48 |
| American Indian and Alaska Native; Asian; Some Other Race | 27 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 9 |
| Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 69 |
| Population of four races: | 1,497 |
| White; Black or African American; American Indian and Alaska Native; Asian | 688 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 75 |
| White; Black or African American; American Indian and Alaska Native; Some Other Race | 250 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 153 |
| White; Black or African American; Asian; Some Other Race | 49 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander; Some Other Race | 4 |
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 171 |
| White; American Indian and Alaska Native; Asian; Some Other Race | 15 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 1 |
| White; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 29 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 21 |
| Black or African American; American Indian and Alaska Native; Asian; Some Other Race | 8 |
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 9 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 22 |
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 2 |
| Population of five races: | 312 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 262 |
| White; Black or African American; American Indian and Alaska Native; Asian; Some Other Race | 26 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 4 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 6 |
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 11 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 3 |

|  | Texas |
|---|---|
| Population of six races: | 25 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 25 |

Source: U.S. Census Bureau, 2010 Census.