# EXHIBIT 3



**U.S. Census Bureau**

# American FactFinder

P11 — HISPANIC OR LATINO, AND NOT HISPANIC OR LATINO BY RACE FOR THE POPULATION 18 YEARS AND OVER
Universe: Population 18 years and over
2010 Census Summary File 1

NOTE: For information on confidentiality protection, nonsampling error, and definitions, see http://www.census.gov/prod/cen2010/doc/sf1.pdf.

|  | Texas |
|---|---|
| Total: | 18,279,737 |
| Hispanic or Latino | 6,143,144 |
| Not Hispanic or Latino: | 12,136,593 |
| Population of one race: | 11,963,907 |
| White alone | 9,074,684 |
| Black or African American alone | 2,076,282 |
| American Indian and Alaska Native alone | 61,856 |
| Asian alone | 716,968 |
| Native Hawaiian and Other Pacific Islander alone | 12,912 |
| Some Other Race alone | 21,205 |
| Two or More Races: | 172,686 |
| Population of two races: | 161,886 |
| White; Black or African American | 26,192 |
| White; American Indian and Alaska Native | 53,599 |
| White; Asian | 41,668 |
| White; Native Hawaiian and Other Pacific Islander | 3,182 |
| White; Some Other Race | 6,275 |
| Black or African American; American Indian and Alaska Native | 8,516 |
| Black or African American; Asian | 5,242 |
| Black or African American; Native Hawaiian and Other Pacific Islander | 1,169 |
| Black or African American; Some Other Race | 2,848 |
| American Indian and Alaska Native; Asian | 1,952 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 155 |
| American Indian and Alaska Native; Some Other Race | 371 |
| Asian; Native Hawaiian and Other Pacific Islander | 3,398 |
| Asian; Some Other Race | 7,026 |
| Native Hawaiian and Other Pacific Islander; Some Other Race | 293 |
| Population of three races: | 9,748 |
| White; Black or African American; American Indian and Alaska Native | 4,900 |
| White; Black or African American; Asian | 715 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander | 108 |
| White; Black or African American; Some Other Race | 395 |
| White; American Indian and Alaska Native; Asian | 714 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 158 |
| White; American Indian and Alaska Native; Some Other Race | 276 |
| White; Asian; Native Hawaiian and Other Pacific Islander | 1,174 |
| White; Asian; Some Other Race | 387 |


| | Texas |
|---|---|
| White; Native Hawaiian and Other Pacific Islander; Some Other Race | 47 |
| Black or African American; American Indian and Alaska Native; Asian | 201 |
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 51 |
| Black or African American; American Indian and Alaska Native; Some Other Race | 122 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 188 |
| Black or African American; Asian; Some Other Race | 157 |
| Black or African American; Native Hawaiian and Other Pacific Islander; Some Other Race | 39 |
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 32 |
| American Indian and Alaska Native; Asian; Some Other Race | 22 |
| American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 8 |
| Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 54 |
| Population of four races: | 801 |
| White; Black or African American; American Indian and Alaska Native; Asian | 346 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 34 |
| White; Black or African American; American Indian and Alaska Native; Some Other Race | 175 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander | 56 |
| White; Black or African American; Asian; Some Other Race | 26 |
| White; Black or African American; Native Hawaiian and Other Pacific Islander; Some Other Race | 1 |
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 92 |
| White; American Indian and Alaska Native; Asian; Some Other Race | 7 |
| White; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 1 |
| White; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 18 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 13 |
| Black or African American; American Indian and Alaska Native; Asian; Some Other Race | 5 |
| Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 4 |
| Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 21 |
| American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 2 |
| Population of five races: | 235 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander | 203 |
| White; Black or African American; American Indian and Alaska Native; Asian; Some Other Race | 12 |
| White; Black or African American; American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander; Some Other Race | 3 |
| White; Black or African American; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 5 |
| White; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 9 |
| Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 3 |

|  | Texas |
|---|---|
| Population of six races: | 16 |
| White; Black or African American; American Indian and Alaska Native; Asian; Native Hawaiian and Other Pacific Islander; Some Other Race | 16 |

Source: U.S. Census Bureau, 2010 Census.