IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>RICK PERRY, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**[PROPOSED] ORDER**

Having reviewed the Texas League of Young Voters Education Fund et al.'s Motion to Compel (ECF No. ____),

**IT IS HEREBY ORDERED** that the Motion to Compel the Office of the Attorney General of Texas to comply with a subpoena for documents and testimony is **GRANTED**.

**SO ORDERED**.

Date: _____    _____

District Judge Nelva Gonzales Ramos
United States District Court for the Southern District of Texas