UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al*, § <br> § <br> Plaintiffs, § <br> VS. § <br> § <br> RICK PERRY, *et al*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 2:13-CV-00193 |

## **ORDER**

Before the Court is the Motion of Plaintiffs and Plaintiff-Intervenors for Judicial Notice (D.E. 394). After due consideration, the Court GRANTS the motion and takes judicial notice of the following:

1. According to the 2010 Census, the State of Texas has a total population age 65 or older of 2,601,886 persons, including 1,760,065 non-Hispanic White persons (67.6%), 532,921 Hispanic persons (20.5%), 220,837 non-Hispanic Black persons (8.5%), and 65,804 non-Hispanic Asian persons (2.5%).

2. According to the 2010 Census, the State of Texas has a total population of 25,145,561 persons, including 11,397,345 non-Hispanic White persons (45.3%), 9,460,921 Hispanic persons (37.6%), 2,886,825 non-Hispanic Black persons (11.5%), and 948,426 non-Hispanic Asian persons (3.8%).

3. According to the 2010 Census, the State of Texas has a voting-age population of 18,279,737, including 9,074,684 non-Hispanic White persons (49.6%), 6,143,144 Hispanic persons (33.6%), 2,076,282 non-Hispanic Black persons

(11.4%), and 716,968 non-Hispanic Asian persons (3.9%).

4. Among non-Hispanic White persons of voting age, 19.4% are age 65 or older (1,760,065 divided by 9,074,684).

5. Among Hispanic persons of voting age, 8.7% are age 65 or older (532,921 divided by 6,143,144).

6. Among non-Hispanic Black persons of voting age, 10.6% are age 65 or older (220,837 divided by 2,076,282).

7. Among non-Hispanic Asian persons of voting age, 9.2% are age 65 or older (65,804 divided by 716,968).

ORDERED this 10th day of July, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE