UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On July 10, 2014, the Texas League of Young Voters Education Fund and Imani Clark filed a Motion to Compel (D.E. 395). The Motion was accompanied by a certificate of conference indicating that the Motion is either opposed or a party has not indicated whether it is opposed or unopposed. Any party opposing said Motion is ORDERED to file a response on or before July 16, 2014.

ORDERED this 10th day of July, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE