Marianne Serpa, Dep-in-Charge  
US District Clerk's Office  
1133 N Shoreline  
Corpus Christi TX 78401  
361-888-3142

Jul 7 14

Clerk, U.S. District Court  
Southern District of Texas  
FILED

JUL 11 2014

David J. Bradley, Clerk of Court

LET THE VOTERS ENDORSE & ENABLE A LIMITED VOTING STRUCTURE

I am the interested party pro se in USA v TEXAS 2:13cv193/263 suggesting a limited voting 2nd ballot for the Texas State House and Co Com'nrs with candidates paying a filing deposit to get on the limited voting ballot in their own and 2-4 add'l districts. 20+ docket entries are letters from me.
Trial is set for Sep 2 in Corpus Christi.
Illinois may have seven ballot questions in November.
See RODRIGUEZ v HARRIS CO TX 4:11cv2907-VDG USCA 13-20491.

Robert M Allensworth B14522  
BMRCC 251 N IL 37 S  
Ina IL 62846 2419

Similar copies: Lyle W Cayce, Clerk, 5th Circuit Ct of Appeals  
               Carl E Stewart, Chief Judge   ".

I suggest deposits of: $1000 for the 1st six candidates in each district for their own and 2 add'l districts. $2000 for the next six and $3000 thereafter. I Suggest $1000 each for a 3rd or 4th district beyond the candidates own.

I suggest the candidates be on the limited voting ballot in telephone book alphabetical order. Liars and troublemakers may try to sabotage this structure with decoy candidates. I expect the voters will see through this effott.

Robert M Allensworth B14522 4B21
BMRCC 251 N IL 37 S
Ina IL 62846 2419

Clerk, U.S. District Court
Southern District of Texas
FILED
JUL 11 2014
David J. Bradley, Clerk of Court

Marianne Serpa, Per-in-Charge
US District Clerk's Office
1133 N Shoreline Blvd Rm. 208
Corpus Christi TX 78401

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS



02 1M
0004256687
UNITED STATES POSTAGE
MAILED FROM ZIP