# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISON

| | |
|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DELEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEZ, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMLEY, JANE DOE, JOHN DOE, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), and DALLAS COUNTY, TEXAS, <br><br>    *Plaintiffs*, <br><br> v. <br><br> RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State, <br><br>    *Defendants*. | Case No. 2:13-cv-00193 |

___

## PLAINTIFFS', MARC VEASEY, ET. AL. RULE 26 INITIAL DISCLOSURES
___

Plaintiffs, Marc Veasey, Jane Hamilton, Sergio DeLeon, Floyd J. Carrier, Anna Burns, Michael Montez, Penny Pope, Oscar Ortiz, Koby Ozias, John Mellor-Crumley, Jane Doe, John Doe, League of United Latin American Citizens (LULAC), and Dallas County, Texas, (collectively "Plaintiffs") make this Rule 26 Initial Disclosures as follows:

**(a)(1)(A)**: The name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

**Response**:

    1.    Marc Veasey
           Jane Hamilton

       Sergio DeLeon
       Floyd J. Carrier
       Anna Burns
       Michael Montez
       Penny Pope
       Oscar Ortiz
       Koby Ozias
       John Mellor-Crummey
       Jane Doe
       John Doe
       League of United Latin American Citizens (LULAC)
       Dallas County, Texas

       The above referenced names and entities are Plaintiffs in the Veasey case.

       United States of America

       Consolidated Plaintiffs

2.     Rick Perry, Governor of Texas and
       John Steen, Texas Secretary of State,
       State of Texas,

       The above referenced individuals and the State of Texas are Defendants.

       Steve McGraw

       Consolidated Defendants

3.     Texas Association of Hispanic County Judges and County Commissioners
       and Maria Longoria Benevides
       Texas League of Young Voters Education Fund and Imani Clark
       Texas State Conference of NAACP Branches
       Mexican American Legislative Caucus of the Texas House of
       Representatives

       The above referenced individuals and entities are Plaintiff Intervenors.

5.     True the Vote, and officers or members of the organization

       The above referenced entity has moved to intervene as a Defendant.

6. Current and former officials, employees, and counsel of the State of Texas — including but not limited to the Texas Secretary of State's Office, the Texas Division of Elections, the Texas Department of Public Safety, other Texas offices responsible for various forms of accepted identification and for documentation necessary for obtaining accepted identification, and Texas county election officials — will likely have discoverable information regarding (a) the administration of elections in Texas, (b) the various forms of identification in Texas, procedures for obtaining such identification and necessary documentation for obtaining identification, (c) the history, development, enactment, and implementation plans for implementation of S.B. 14. (d) the actual implementation of the Voter ID law in Texas beginning on or about June 26th, 2013.

7. Persons who testified in the legislative proceedings related to S.B. 14 will likely have discoverable information regarding the administration of elections in Texas and the history, development, enactment, and plans for and actual implementation of S.B. 14.

8. Current and former Texas state legislators and legislative staff will likely have discoverable information related to the history, development, enactment, and plans for and actual implementation of S.B. 14.

9. Persons who submitted comments to the Attorney General, or otherwise talked to representatives from the Department of Justice during the Attorney General's administrative review of S.B. 14 pursuant to Section 5 of the Voting Rights Act, 42 U.S.C. § 1973c ("Section 5"), will likely have discoverable information related to the history, development, enactment, plans for implementation, and possible effects of S.B. 14.

10. Current and former officials, employees, and counsel of the individual county clerks and/or election administration offices of the 254 counties in Texas responsible for administering elections — will likely have discoverable information regarding (a) the administration of elections in Texas, before and after the implementation of the Voter ID law in Texas; (b) the various forms of identification in Texas, procedures for obtaining such identification and necessary documentation for obtaining identification; (c) the history, development, enactment, and implementation plans for implementation of S.B. 14; and (d) the actual implementation of the Voter ID law in Texas beginning on or about June 26th, 2013.

11. Sandra Lee Watts
Nueces County Courthouse,
901 Leopard St, Suite 904
Corpus Christi, TX 78401
(361) 888-0436

Sheila Korte
3678 Hidden Drive, #1402
San Antonio TX 78217
(210) 657-9030

Evelyn Brickner
3678 Hidden Drive, #1402
San Antonio TX 78217
(210) 657-9030

Peggy Draper Herman
13818 Brays Forest
San Antonio TX 78217
(210) 657-3257

Gordon Benjamin
902 Nevada Street
San Antonio TX 78203
(210) 309-1644

Cynthia Thomas
(469) 237-0601

Gabriella Lucero
(214) 707-7966

Ed Sills

Garciela Sills

Krissi Trumeter

Lindsay Smith

Kyle Nielson
Houston TX

Gail Boudreaux
Harris County, TX
(713) 423-5044

Kate Owen
Austin TX
(512) 775-7057

Carol Anderson

Dorothy Card

Chuck Elkins

Ismael Morin

Linda Britten

James Claude Wright, Jr. aka Jim Wright

Lesley Evans

Stephanie Cochran

Jonathan Bernstein

Kendall McCook
Fort Worth, TX

Janine Cicadas

Bartle Doo

Juan Quiroz
San Juan

Leah McInnis

Leticia San Miguel Van de Putte

Jacob Ramirez
@Geronimosfoodtr

Stephanie Stradley

Ken Gandy

Nelda Calhoun

Tanya SuJong Tarr

Cat Garlit Bucher

Greg Trimble

Betsy McLellan

Paula Kershaw

Rebecca Mason

Carol Wood

Julie Smith

Cindy Salinas Green

Alberta Brown
(214) 554-5780

Sara Horn

Jane Johnson

Attorney General Greg Abbott

@RuralBiztoday – Frisco TX

The people referenced above are believed to be Texas voters who are likely to have information about relevant issues, including problems that they as voters have had, or will have, exercising their voting rights under the new voter ID law. Some of these individuals have contacted Plaintiffs' counsel directly. Some of these individuals have been referred to Plaintiffs' counsel by individuals or organizations and some have been reported to have encountered voting problems in the print press or other media reports. Addresses and phone numbers currently known to Plaintiffs have been provided. Plaintiffs reserve the right to supplement these disclosures with additional names of individuals as well as with addresses and phone numbers.

John Stafford
(409) 866-6907

Joseph McBride
(210) 882-7122

Terry Combs

Marianna Cline
Houston TX

John Oldham
Fort Bend TX

Dana DeBeauvoir
Travis County Clerk
P O Box 149325
Austin, Texas 78714
(512) 854-9188

Cathy Courtney

Jacque Callanen
Bexar County

Stan Stanart
Harris County Clerk
P O Box 1525
Houston TX 77251
(713) 755-6411

Stelena Evans

Dorie Cranshaw

David Rosen

Hazel Weathers

Rochelle Lyon

Dan Teed (the Harrison County Elections Administrator)

The people referenced above are election officials, election judges or clerks who are likely to have information about relevant issues, including problems that voters have had, or will have, voting under the new voter ID law and problems that elections administrators and personnel have had, or will have, implementing or administering the new voter ID law. Some of these individuals have contacted Plaintiffs' counsel directly. Some of these individuals have been referred to Plaintiffs' counsel by individuals or organizations and some have been reported to have encountered voting problems in the print press or other media reports. Addresses and phone numbers currently known to Plaintiffs have been provided. Plaintiffs reserve the right to supplement these disclosures with additional names of individuals as well as with addresses and phone numbers.

        Anna Olivares

        David Miller

        LaKashia Wallace

        Stacie B. Royster

        Sondra Haltom
        Empower the Vote

        The people referenced above are Texas community organizers and community leaders who are likely to have information about relevant issues, including problems that voters have had, or will have, voting under the new voter ID law and problems that elections administrators and personnel have had, or will have, implementing or administering the new voter ID law. Some of these individuals have contacted Plaintiffs' counsel directly. Some of these individuals have been referred to Plaintiffs' counsel by individuals or organizations and some have been reported to have encountered voting problems in the print press or other media reports. Addresses and phone numbers currently known to Plaintiffs have been provided. Plaintiffs reserve the right to supplement these disclosures with additional names of individuals as well as with addresses and phone numbers.

**(a)(1)(B)**: A copy of, or a description by category and location of, all documents, data, compilations, and tangible things that are in the possession, custody, or controls of the party and the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**Response**: (1) The following preclearance submissions made to the United States Attorney General pursuant to Section 5 of the Voting Rights Act:

    1.    Submission No. 2012-0122

    2.    Submission No. 2011-2775

    3.    Submission No. 2011-5073

    4.    Submission No. 2011-5552

  (2) Satellite map data showing location of Texas DPS offices in relation to minority and/or rural and/or urban populations in numerous counties including but not limited to Harris, Dallas and Bexar counties.

  (3) Declarations of Marc Veasey, Sheila Korte, Evelyn Brickner Floyd Carrier and Peggy Draper Herman attached as Exhibits 1-5.

**(a)(1)(C)**: A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including material bearing on the nature and extent of damages.

**Response**: Plaintiffs are entitled to recover their reasonable and necessary court costs, expert fees and attorneys' fees to be described more fully in discovery, expert designations, and future court filings.

**(a)(1)(D)**: Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment, which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**Response**: None.

  Dated this _____ day of November, 2013.

          Respectfully submitted,

          **BRAZIL & DUNN**

          */s/ Chad W. Dunn*
          Chad W. Dunn
          State Bar No. 24036507
          K. Scott Brazil
          State Bar No. 02934050
          Brazil & Dunn
          4201 Cypress Creek Parkway, Suite 530
          Houston, Texas 77068
          Telephone: (281) 580-6310
          Facsimile: (281) 580-6362
          chad@brazilanddunn.com

scott@brazilanddunn.com

J. Gerald Hebert (*Pro Hac Vice*)
D.C. Bar No. 447676
Campaign Legal Center
215 E Street, NE
Washington, DC 20002
Telephone (202) 736-2200 ext. 12
Facsimile (202) 736-2222
GHebert@campaignlegalcenter.org

Neil G. Baron
Federal ID: 10141
State Bar No. 01797080
Law Office of Neil G. Baron
914 FM 517 W, Suite 242
Dickinson, Texas 77539
Telephone (281) 534-2748
Facsimile (281) 534-4309
neil@ngbaronlaw.com

David Richards
State Bar No. 16846000
Richards, Rodriguez & Skeith, LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701
Telephone (512) 476-0005
Facsimile   (512) 476-1513
daverichards4@juno.com

Armand G. Derfner
Derfner, Altman & Wilborn, LLC
P.O. Box 600
Charleston, S.C. 29402
Telephone (843) 723-9804
aderfner@dawlegal.com

*Attorneys for Plaintiffs*

                LUIS ROBERTO VERA, JR.
                LULAC National General Counsel
                State Bar No.   20546740
                The Law Offices of Luis Vera Jr., and Associates
                1325 Riverview Towers, 111 Soledad
                San Antonio, Texas 78205-2260
                Telephone (210) 225-3300
                Facsimile (210) 225-2060
                lrvlaw@sbcglobal.net

                *Attorney for LULAC*

                Craig M. Watkins
                Dallas County District Attorney
                State Bar No. 00791886
                Teresa G. Snelson
                Chief, Civil Division
                Dallas County District Attorney's Office
                State Bar. No. 08577250
                411 Elm Street, 5th Floor
                Dallas, TX 75202
                Telephone (214) 653-7358
                Facsimile (214) 653-6134
                Teresa.Snelson@dallascounty.org

                *Attorneys for Dallas County, Texas*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 21st, 2013, I served a true and correct copy of the foregoing via electronic mail on the following counsel of record:

                */s/   Chad W. Dunn*
                Chad W. Dunn