# Exhibit 4

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BELINDA ORTIZ, LENARD TAYLOR, EULALIO MENDEZ JR., LIONEL ESTRADA, ESTELA GARCIA ESPINOSA, ROXSANNE HERNANDEZ, LYDIA LARA, MARGARITO MARTINEZ LARA, MAXIMINA MARTINEZ LARA, and *LA UNION DEL PUEBLO ENTERO, INC.,*<br>Plaintiffs,<br><br>v.<br><br>STATE OF TEXAS; JOHN STEEN, in his Official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety,<br>Defendants, | § § § § § § § § § § § § § § § § § § § § | Civil Action No. 2:13-CV-348<br><br>Consolidated into Lead Case 2:13-CV-193 |

## RULE 26 INITIAL DISCLOSURES OF PLAINTIFFS BELINDA ORTIZ, LENARD TAYLOR, EULALIO MENDEZ JR., LIONEL ESTRADA, ESTELA GARCIA ESPINOSA, ROXSANNE HERNANDEZ, LYDIA LARA, MARGARITO MARTINEZ LARA, MAXIMINA MARTINEZ LARA, and *LA UNION DEL PUEBLO ENTERO, INC.*

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, BELINDA ORTIZ, LENARD TAYLOR, EULALIO MENDEZ JR., LIONEL ESTRADA, ESTELA GARCIA ESPINOSA, ROXSANNE HERNANDEZ, LYDIA LARA, MARGARITO MARTINEZ LARA, MAXIMINA MARTINEZ LARA, and *LA UNION DEL PUEBLO ENTERO, INC.* ("Ortiz Plaintiffs"), provide the follwing information to the other parties to this case and other cases consolidated with this one (2:13-CV-193; 2:13-CV-263; 1:13-CV-291) as follows:

**(a)(1)(A):** The name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

**Response:**

In addition to themselves, Ortiz Plaintiffs name all other parties to this case and the other cases consolidated with this one as persons likely to have discoverable information. These parties can be contacted through their respective counsel. In addition, Ortiz Plaintiffs incorporate by reference all other persons named by Plaintiffs or Plaintiff-Intervenors in the other cases consolidated with this one, and further incorporate their contact information and subjects of information.

**(a)(1)(B):** A copy of, or a description by category and location of, all documents, data, compilations, and tangible things that are in the possession, custody, or controls of the party and the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**Response:**

In addition to their own declarations, Ortiz Plaintiffs incorporate by reference all other items disclosed or provided by the parties to this case and the other cases consolidated with this one.

**(a)(1)(C):** A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including material bearing on the nature and extent of damages.

**Response:**

Plaintiffs are entitled to recover their reasonable and necessary court costs, expert fees and attorneys' fees to be described more fully in discovery, expert designations, and future court filings.

**(a)(1)(D):** Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment, which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**Response:**

None.

Dated: April 10, 2014

Respectfully Submitted,

Jose Garza by M. van Dalen
Jose Garza
Texas Bar No. 07731950
S. Dist. No. 1959
1111 N. Main
San Antonio, Texas 78212
Telephone 210-212-3701
Fax 210-212-3772
jgarza@trla.org

3

Marinda van Dalen
Texas Bar No. 00789698
S. Dist. No. 17577
531 East St. Francis St.
Brownsville, Texas 78529-5354
Telephone 956-982-5540
Fax 956-541-1410
mvandalen@trla.org

Robert W. Doggett
Texas Bar No. 05945650
S. Dist. No. 36389
4920 N. IH – 35
Austin, Texas 78751
Telephone 512-374-2725
Fax 512-447-3940
rdoggett@trla.org

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by electronic transmission to all other parties to this case and the cases consolidated with it through their respective counsel on the date this disclosure was made.

_Jose Garza by M. van Dalen_
Jose Garza