# Exhibit 5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>RICK PERRY, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*,<br><br>        Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*,<br><br>        Plaintiff-Intervenors,<br><br>v.<br><br>STATE OF TEXAS, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>NANDITA BERRY, *et al.*,<br><br>  Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>STATE OF TEXAS, *et al.*,<br><br>  Defendants | Civil Action No. 2:13-cv-348 (NGR) |

**PLAINTIFF UNITED STATES' SECOND SUPPLEMENTAL**
**INITIAL DISCLOSURES**

Plaintiff United States hereby supplements its initial disclosures. These disclosures are made based on the information available to the United States at this time. The United States reserves the right to rely on additional discovery and investigations, and to supplement its disclosures as warranted thereby. The disclosures are made in a good faith effort to supply as much information and specification as is presently known but shall not prejudice the United States in relation to further discovery and investigations. Should other information become available during the course of ongoing investigation and discovery, it will be disclosed to other parties pursuant to Federal Rule 26(e). The second supplemental disclosures are organized below by reference to the categories set forth in Federal Rule 26(a)(1)(i)-(ii).

*Rule 26(a)(1)(A)(i): The name and, if kmown, the address and telephone number of each individual likely to have discoverable information - along with the subject of that information - that the disclosing party may use to support its claims or defenses, unless solely for impeachment.*

**DISCLOSURE:** In addition to the individuals identified in the United States' Initial Disclosures and Supplemental Initial Disclosures, the following individuals are likely to have discoverable information that the United States may use to support its claim, unless the use would be solely for impeachment:

1. Michelle Curry, 3307 Holman Street, No. 2, Houston, TX 77004. (713) 566-0045. Ms. Curry will likely have discoverable information related to the effects of SB 14 on her ability to vote.

2. Marvin Holmes, 4002 Corder Street, No. 122, Houston, TX 77021. (832) 816-1738. Mr. Holmes will likely have discoverable information related to the effects of SB 14 on his ability to vote.

3. Hector Sanchez, 2510 Breedlove Street, Harlingen, TX 78550. (956) 793-6360. Mr. Sanchez will likely have discoverable information related to the effects of SB 14 on his ability to vote.

4. Phyllis Washington, 3938 Charleston Street, Houston, TX 77021. (832) 245-4232. Ms. Washington will likely have discoverable information related to the effects of SB 14 on her ability to vote.

5. Persons identified in all initial disclosures, supplements thereof, and discovery responses served by any party to these consolidated cases. These individuals will likely have discoverable information regarding the history, development, enactment, plans for implementation, and effects of SB 14.

*Rule 26(a)(1)(A)(ii): A copy - or a description by category and location - of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.*

**DISCLOSURE:** In addition to the documents and electronically stored information identified in the United States' Initial Disclosures and Supplemental Initial Disclosures, the United States may use the following additional documents and electronically stored information to support its

3

claim, unless the document or electronically stored information would be used solely for impeachment.

1. Documents and electronically stored information produced by any party in these actions that relate to the history, development, enactment, and plans for implementation of SB 14; effect of SB 14 on Hispanic and African-American voters; the tenuousness of the legislature's purported justifications for photographic voter identification legislation; the lack of responsiveness to the particularized needs of the minority community; or racial appeals in political campaigns.

2. Documents and electronically stored information produced by any third party in these actions that relate to the history, development, enactment, and plans for implementation of SB 14; effect of SB 14 on Hispanic and African-American voters; the tenuousness of the legislature's purported justifications for photographic voter identification legislation; the lack of responsiveness to the particularized needs of the minority community; or racial appeals in political campaigns.

3. Copies of deposition transcripts and exhibits from any deposition taken in these actions.

4. Documents and electronically stored information identified in the initial disclosures, supplements thereof, and discovery responses served by any party in these actions.

The United States will serve on all parties the documents and electronically stored information identified herein on June 27, 2014 by overnight mail.

Date: June 25, 2014

| | |
|---|---|
| KENNETH MAGIDSON<br>United States Attorney<br>Southern District of Texas | JOCELYN SAMUELS<br>Acting Assistant United States<br>Civil Rights Division<br><br>*/s/ Elizabeth S. Westfall*<br>T. CHRISTIAN HERREN, JR.<br>MEREDITH BELL-PLATTS<br>ELIZABETH S. WESTFALL<br>BRUCE I. GEAR<br>JENNIFER L. MARANZANO<br>ANNA M. BALDWIN<br>DANIEL J. FREEMAN<br>Attorneys, Voting Section<br>Civil Rights Division<br>Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530 |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 25, 2014, I served a true and correct copy of the foregoing via electronic mail on the following counsel of record:

| | |
|---|---|
| John B. Scott | Chad W. Dunn |
| John Reed Clay, Jr. | Kembel Scott Brazil |
| Gregory David Whitley | Brazil & Dunn |
| Jonathan F. Mitchell | chad@bradzilanddunn.com |
| Stephen Ronald Keister | scott@bazilanddunn.com |
| Arthur D'Andrea | |
| Jennifer Marie Roscetti | J. Gerald Hebert |
| Office of the Texas Attorney General | Emma Simson |
| john.scott@texasattorneygeneral.gov | Campaign Legal Center |
| reed.clay@texasattorneygeneral.gov | ghebert@campaignlegalcenter.org |
| david.whitley@texasattorneygeneral.gov | esimson@campaignlegalcenter.org |
| jonathan.mitchell@texasattorneygeneral.gov | |
| ronny.keister@texasattorneygeneral.gov | Neil G. Baron |
| arthur.dandrea@texasattorneygeneral.gov | Law Offices of Neil G. Baron |
| jennifer.roscetti@texasattorneygeneral.gov | neil@ngbaronlaw.com |
| | |
| Ben Addison Donnell | Armand Derfner |
| Donnell Abernethy & Kieschnick | Derfner, Altman, & Wilborn |
| bdonnell@dakpc.com | aderfner@dawlaw.com |
| | |
| *Counsel for Defendants* | Luiz Roberto Vera, Jr. |
| | lrvlaw@sbcglobal.net |
| | |
| | *Counsel for Veasey Plaintiffs* |

Christina Swarns
Ryan P. Haygood
Natasha M. Korgaonkar
Leah C. Aden
Deuel Ross
NAACP Legal Defense and Educational
    Fund, Inc.
cswarns@naacpldf.org
rhaygood@naacpldf.org
nkorgaonkar@naacpldf.org
laden@naacpldf.org
dross@naacpldf.org

Danielle Conley
Jonathan Paikin
Kelly P. Dunbar
Sonya L. Lebsack
Lynn Eisenberg
M. Hasan Ali
Richard F. Shordt
WilmerHale LLP
danielle.conley@wilmerhale.com
jonathan.paikin@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com
Lynn.eisenberg@wilmerhale.com
hasan.ali@wilmerhale.com
richard.shordt@wilmerhale.com

*Counsel for Texas League of Young Voters Plaintiff-Intervenors*

Ezra D. Rosenberg
Amy L. Rudd
Dechert LLP
ezra.rosenberg@dechert.com
amy.rudd@dechert.com

Wendy Weiser
Jennifer Clark
Myrna Pérez
Vishal Agraharkar
Brennan Center for Justice at NYU School of
    Law
wendy.weiser@nyu.edu
jenniferl.clark@nyu.edu
myrna.perez@nyu.edu
vishal.argraharkar@nyu.edu

Mark A. Posner
Sonia Kaur Gill
Erandi Zamora
Lawyers' Committee for Civil Rights
mposner@lawyerscommittee.org
sgill@lawyerscommittee.org
ezamora@lawyerscommittee.org

*Counsel for Texas State Conference of NAACP Branches Plaintiffs*

Jose Garza  
Marinda van Dalen  
Robert W. Doggett  
Peter McGraw  
Texas Rio Grande Legal Aid, Inc.  
jgarza@trla.org  
mvandalen@trla.org  
rdoggett@trla.org  
pmcgraw@trla.org  

*Counsel for Ortiz Plaintiffs*

Rolando L. Rios  
Law Offices of Rolando L. Rios  
rrios@rolandorioslaw.com  

Preston Edward Henrichson  
Law Offices of Preston Henrichson  
preston@henrichsonlaw.com  

*Counsel for Texas Association of Hispanic County Judges and County Commissioners Plaintiff-Intervenors*


*/s/ Elizabeth S. Westfall*  
Attorney, Voting Section  
Civil Rights Division  
Department of Justice  
Room 7123 NWB  
950 Pennsylvania Avenue, N.W.  
Washington, D.C. 20530