# Exhibit 8

# Texas Legislature Online
# Amendments

**Bill:** SB 14  **Legislative Session:** 82(R)  **Author:** Fraser

Number of Amendments: 104

| | | | | | |
|---|---|---|---|---|---|
| S 2 | F1 | Watson | Amendment | Tabled | 1/26/2011 |
| S 2 | F2 | Davis | Amendment | Tabled | 1/26/2011 |
| S 2 | F3 | Gallegos | Amendment | Adopted | 1/26/2011 |
| S 2 | F4 | Lucio | Amendment | Withdrawn | 1/26/2011 |
| S 2 | F5 | Zaffirini | Amendment | Adopted | 1/26/2011 |
| S 2 | F6 | Davis | Amendment | Withdrawn | 1/26/2011 |
| S 2 | F7 | Van de Putte | Amendment | Tabled | 1/26/2011 |
| S 2 | F8 | Davis | Amendment | Withdrawn | 1/26/2011 |
| S 2 | F9 | Hinojosa | Amendment | Adopted | 1/26/2011 |
| S 2 | F10 | Zaffirini | Amendment | Tabled | 1/26/2011 |
| S 2 | F11 | Davis | Amendment | Tabled | 1/26/2011 |
| S 2 | F12 | Davis | Amendment | Tabled | 1/26/2011 |
| S 2 | F13 | Davis | Amendment | Tabled | 1/26/2011 |
| S 2 | F14 | Lucio | Amendment | Tabled | 1/26/2011 |
| S 2 | F15 | Davis | Amendment | Tabled | 1/26/2011 |
| S 2 | F16 | Van de Putte | Amendment | Tabled | 1/26/2011 |
| S 2 | F17 | Gallegos | Amendment | Tabled | 1/26/2011 |
| S 2 | F18 | Hinojosa | Amendment | Adopted | 1/26/2011 |
| S 2 | F19 | Ellis | Amendment | Tabled | 1/26/2011 |
| S 2 | F20 | West | Amendment | Tabled | 1/26/2011 |
| S 2 | F21 | Davis | Amendment | Tabled | 1/26/2011 |
| S 2 | F22 | Lucio | Amendment | Tabled | 1/26/2011 |
| S 2 | F23 | Lucio | Amendment | Adopted | 1/26/2011 |
| S 2 | F24 | Hinojosa | Amendment | Tabled | 1/26/2011 |
| S 2 | F25 | Gallegos | Amendment | Tabled | 1/26/2011 |
| S 2 | F26 | Gallegos | Amendment | Tabled | 1/26/2011 |
| S 2 | F27 | Lucio | Amendment | Tabled | 1/26/2011 |
| S 2 | F28 | Ellis | Amendment | Tabled | 1/26/2011 |
| S 2 | F29 | Gallegos | Amendment | Tabled | 1/26/2011 |
| S 2 | F30 | Ellis | Amendment | Tabled | 1/26/2011 |
| S 2 | F31 | Van de Putte | Amendment | Tabled | 1/26/2011 |
| S 2 | F32 | Watson | Amendment | Adopted | 1/26/2011 |
| S 2 | F33 | West | Amendment | Tabled | 1/26/2011 |
| S 2 | F34 | West | Amendment | Tabled | 1/26/2011 |
| S 2 | F35 | Patrick | Amendment | Adopted | 1/26/2011 |
| S 2 | F36 | Davis | Amendment | Tabled | 1/26/2011 |
| S 2 | F37 | Davis | Amendment | Tabled | 1/26/2011 |
| S 2 | F38 | Davis | Amendment | Tabled | 1/26/2011 |
| S 2 | F39 | Davis | Amendment | Withdrawn | 1/26/2011 |
| S 2 | F40 | Duncan | Amendment | Adopted | 1/26/2011 |
| S 2 | F41 | Davis | Amendment | Adopted | 1/26/2011 |
| H 2 | 1 | Anchia | Amendment | Withdrawn | 3/23/2011 |
| H 2 | 2 | Anchia | Amendment | Withdrawn | 3/23/2011 |
| H 2 | 3 | Giddings | et al. | Amendment | Adopted | 3/23/2011 |
| H 2 | 4 | Turner | Amendment | Withdrawn | 3/23/2011 |

| | | | | | |
|---|---|---|---|---|---|
| H 2 | 5 | Hochberg | Amendment | Adopted | 3/23/2011 |
| H 2 | 6 | Davis, Yvonne | Amendment | Withdrawn | 3/23/2011 |
| H 2 | 7 | Bonnen \| et al. | Amendment | Adopted | 3/23/2011 |
| H 2 | 8 | Eiland | Amendment to Amendment | Tabled | 3/23/2011 |
| H 2 | 9 | Alonzo | Amendment to Amendment | Tabled | 3/23/2011 |
| H 2 | 10 | Davis, Yvonne | Amendment | Adopted | 3/23/2011 |
| H 2 | 11 | Veasey | Amendment | Tabled | 3/23/2011 |
| H 2 | 12 | Dutton | Amendment | Tabled | 3/23/2011 |
| H 2 | 13 | Eiland | Amendment | Adopted | 3/23/2011 |
| H 2 | 14 | Raymond | Amendment | Withdrawn | 3/23/2011 |
| H 2 | 15 | Martinez, "Mando" | Amendment | Tabled | 3/23/2011 |
| H 2 | 16 | Raymond | Amendment | Tabled | 3/23/2011 |
| H 2 | 17 | Dukes | Amendment | Tabled | 3/23/2011 |
| H 2 | 18 | Dutton | Amendment | Tabled | 3/23/2011 |
| H 2 | 19 | Allen | Amendment | Failed | 3/23/2011 |
| H 2 | 20 | Alonzo | Amendment | Adopted | 3/23/2011 |
| H 2 | 21 | Veasey | Amendment | Tabled | 3/23/2011 |
| H 2 | 22 | Gonzalez, Naomi | Amendment | Withdrawn | 3/23/2011 |
| H 2 | 23 | Dutton | Amendment | Tabled | 3/23/2011 |
| H 2 | 24 | Martinez Fischer | Amendment | Tabled | 3/23/2011 |
| H 2 | 25 | Hernandez Luna | Amendment | Tabled | 3/23/2011 |
| H 2 | 26 | Gonzales, Veronica | Amendment | Adopted | 3/23/2011 |
| H 2 | 27 | Miles | Amendment | Adopted | 3/23/2011 |
| H 2 | 28 | Harper-Brown \| et al. | Amendment | Adopted | 3/23/2011 |
| H 2 | 29 | Dutton | Amendment | Withdrawn | 3/23/2011 |
| H 2 | 30 | Gonzalez, Naomi | Amendment | Adopted | 3/23/2011 |
| H 2 | 31 | Dutton | Amendment | Tabled | 3/23/2011 |
| H 2 | 32 | Dukes | Amendment | Adopted | 3/23/2011 |
| H 2 | 33 | Dutton | Amendment | Withdrawn | 3/23/2011 |
| H 2 | 34 | Raymond | Amendment | Tabled | 3/23/2011 |
| H 2 | 35 | Raymond | Amendment | Tabled | 3/23/2011 |
| H 2 | 36 | Dutton | Amendment | Tabled | 3/23/2011 |
| H 2 | 37 | Hernandez Luna | Amendment | Failed | 3/23/2011 |
| H 2 | 38 | Burnam | Amendment | Failed | 3/23/2011 |
| H 2 | 39 | Anchia \| et al. | Amendment | Tabled | 3/23/2011 |
| H 2 | 40 | Menendez | Amendment | Tabled | 3/23/2011 |
| H 2 | 41 | Anchia | Amendment | Withdrawn | 3/23/2011 |
| H 2 | 42 | Walle | Amendment | Tabled | 3/23/2011 |
| H 2 | 43 | Rodriguez, Eddie | Amendment | Tabled | 3/23/2011 |
| H 2 | 44 | Gallego | Amendment | Tabled | 3/23/2011 |
| H 2 | 45 | Anchia | Amendment | Adopted | 3/23/2011 |
| H 2 | 46 | Martinez, "Mando" | Amendment | Tabled | 3/23/2011 |
| H 2 | 47 | Alonzo | Amendment | Withdrawn | 3/23/2011 |
| H 2 | 48 | Bonnen \| et al. | Amendment | Adopted | 3/23/2011 |
| H 2 | 49 | Alonzo | Amendment | Tabled | 3/23/2011 |
| H 2 | 50 | Raymond | Amendment | Tabled | 3/23/2011 |
| H 2 | 51 | Gutierrez | Amendment | Tabled | 3/23/2011 |
| H 2 | 52 | Castro | Amendment | Tabled | 3/23/2011 |
| H 2 | 53 | Lucio III | Amendment | Adopted | 3/23/2011 |
| H 2 | 54 | Alvarado | Amendment | Tabled | 3/23/2011 |
| H 2 | 55 | Veasey | Amendment | Tabled | 3/23/2011 |
| H 2 | 56 | Anchia | Amendment | Tabled | 3/23/2011 |
| H 2 | 57 | Anchia | Amendment | Tabled | 3/23/2011 |

| | | | | | |
|---|---|---|---|---|---|
| H 2 | 58 | Anchia | Amendment | Tabled | 3/23/2011 |
| H 2 | 59 | Dutton | Amendment | Adopted | 3/23/2011 |
| H 2 | 60 | Reynolds | Amendment | Tabled | 3/23/2011 |
| H 2 | 61 | Martinez, "Mando" | Amendment | Tabled | 3/23/2011 |
| H 2 | 62 | Strama | Amendment | Tabled | 3/23/2011 |
| H 2 | 63 | Eiland | Amendment | Tabled | 3/23/2011 |