IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISON

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (lead) <br> (consolidated w/ 2:13-cv-263) |

# NOTICE OF VEASEY-LULAC PLAINTIFFS' SECOND AMENDED RULE 26 DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 5(a), Plaintiffs, Veasey-Lulac, hereby notify all parties to this case that their Third Amended Rule 26 Disclosures to all counsel of record were served July 11th, 2014.

Date: June 11th, 2014

                                                                   Respectfully Submitted,

                                                                   /s/ Chad W. Dunn
                                                                   Chad W. Dunn
                                                                   TBN 24036507; Fed. I.D. No. 33467
                                                                   K. Scott Brazil
                                                                   TBN 02934050; Fed. I.D. No. 2585
                                                                   4201 Cypress Creek Parkway, Suite 530
                                                                   Houston, Texas 77068
                                                                   Telephone: (281) 580-6310
                                                                   Facsimile: (281) 580-6362
                                                                   E-Mail: chad@brazilanddunn.com
                                                                   E-Mail: scott@brazilanddunn.com

Neil G. Baron
State Bar No.: 017970180
Law Office of Neil G. Baron
914 FM 517 W., Ste. 242
Dickinson, Texas  77539
281/534-2748 – Main
281/534-4309 – Fax
neil@ngbaronlaw.com – E-mail

J. Gerald Hebert
District of Columbia State Bar No. 447676
Emma Simson
Maryland Bar
Campaign Legal Center
215 E. Street, NE
Washington, DC  20002
202/736-2200, ext. 12 – Main
202/736-2222 – Fax
ghebert@campaignlegalcenter.org – E-mail

David Richards
State Bar No.: 16846000
Richards, Rodriguez & Skeith, LLP
816 Congress Avenue, Ste. 1200
Austin, Texas  78701
512/476-0005 – Main
daverichards@june.com – E-mail

Armand G. Derfner
Derfner, Altman & Wilborn, LLC
P.O. Box 600
Charleston, S.C.  29402
843/723-9804 – Main
aderfner@dawlegal.com – E-mail

*ATTORNEYS FOR PLAINTIFFS*

Craig M. Watkins
Dallas County District Attorney
State Bar No. 00791886
Teresa G. Snelson
Chief, Civil Division
Dallas County District Attorney's Office

State Bar. No. 08577250
411 Elm Street, 5th Floor
Dallas, TX 75202-4606
Telephone (214) 653-7358
Facsimile (214) 653-6134
Teresa.Snelson@dallascounty.org

*ATTORNEYS FOR DALLAS COUNTY, TEXAS*

Luis Roberto Vera, Jr.
LULAC National General Counsel
State Bar No.  20546740
The Law Offices of Luis Vera Jr., and Associates
1325 Riverview Towers, 111 Soledad
San Antonio, Texas 78205-2260
Telephone (210) 225-3300
Facsimile (210) 225-2060
lrvlaw@sbcglobal.net

*ATTORNEY FOR LULAC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 11th, 2014, I served a true and correct copy of the foregoing via electronic mail on the counsel of record.


/s/  Chad W. Dunn
Chad W. Dunn