1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
STATE OF TEXAS,                  )
                                 )
          Plaintiff,             )
                                 )
VS.                              )
                                 )
ERIC H. HOLDER, JR. in his       )
official capacity as Attorney    )
General of the United States,    )
                                 )
          Defendant,             )
                                 )
ERIC KENNIE, et al,              )
                                 )
    Defendant-Intervenors,       )
                                 )
TEXAS STATE CONFERENCE OF        )   CASE NO. 1:12-CV-00128
NAACP BRANCHES,                  )   (RMC-DST-RLW)
                                 )   Three-Judge Court
    Defendant-Intervenors,       )
                                 )
TEXAS LEAGUE OF YOUNG VOTERS     )
EDUCATION FUND, et al,           )
                                 )
    Defendant-Intervenors,       )
                                 )
TEXAS LEGISLATIVE BLACK          )
CAUCUS, et al,                   )
                                 )
    Defendant-Intervenors,       )
                                 )
VICTORIA RODRIGUEZ, et al.,      )
                                 )
    Defendant-Intervenors.       )
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF
STATE OF TEXAS 30(b)(6)
LEE GUYETTE
JUNE 19, 2012

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



Toll Free: 800.211.DEPO
Facsimile: 202.296.8652

Suite 350
1425 K Street NW
Washington, DC 20005
www.esquiresolutions.com

2

1           ORAL DEPOSITION OF LEE GUYETTE, produced as a

2     witness at the instance of the Defendant, was duly

3     sworn, was taken in the above-styled and numbered cause

4     on the JUNE 19, 2012, from 3:13 p.m. to 6:09 p.m.,

5     before Chris Carpenter, CSR, in and for the State of

6     Texas, reported by machine shorthand, at the Offices of

7     the Texas Attorney General, 209 West 14th Street, 6th

8     Floor, Austin, TX  78701, pursuant to the Federal Rules

9     of Civil Procedure and the provisions stated on the

10    record or attached hereto.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 202.296.8652

Suite 350
1425 K Street NW
Washington, DC 20005
www.esquiresolutions.com

                                                                          3

 1

 2

 3                          A P P E A R A N C E S

 4        FOR THE PLAINTIFF, STATE OF TEXAS:

 5              Patrick K. Sweeten
                Reynolds Brissenden
 6              OFFICE OF THE ATTORNEY GENERAL OF TEXAS
                P.O. Box 12548
 7              Austin, TX  78711-2548

 8              209 West 14th Street
                8th Floor
 9              Austin, TX  78701
                (512) 936-1307
10              patrick.sweeten@texasattorneygeneral.gov

11

        FOR THE DEFENDANT, HOLDER, ET AL:
12
                Daniel Freeman
13              Victor Williamson
                U.S. DEPARTMENT OF JUSTICE
14              950 Pennsylvania Avenue, NW
                NWB - Room 7202
15              Washington, DC  20530
                (202) 305-7766
16              daniel.freeman@usdoj.gov

17

18

19

20

21

22

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 202.296.8652

Suite 350
1425 K Street NW
Washington, DC 20005
www.esquiresolutions.com

4

1                              INDEX

2      Appearances......................................2

3      Stipulations pages attached after Page...........93

4      LEE GUYETTE

5           Examination by Mr. Freeman.................5
            Examination by MR. Sweeten................85
6           Further Examination by Mr. Freeman........87
            Further Examination by Mr. Sweeten........89
7
       Signature and Changes...........................90
8
       Reporter's Certificate..........................92
9
                             EXHIBITS
10
       NO. DESCRIPTION                        PAGE MARKED
11
        971    E-mail string, January 25-27, 2011        22
12
        972    E-mail string, January 27 thru February 1,  28
13             2011

14      973    E-mail string, November 15-16, 2011        45

15      974    E-mail string, November 7 thru December 9,  47
               2011
16
        975    E-mail string, January 25, 2011            49
17
        976    Mendoza E-mail, January 25, 2011 1:03 p.m.  60
18
        977    Mendoza E-mail, January 25, 2011 3:35 p.m.  63
19

20

21

22

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 202.296.8652

Suite 350
1425 K Street NW
Washington, DC 20005
www.esquiresolutions.com

29

1          Richards, received copies of this analysis?

2               A.   I see the intent of the e-mail, but I don't

3          know if it went beyond the group that you mentioned.

4               Q.   Who is Coby?

5               A.   That would be Deputy Secretary Coby Shorter,

6          Secretary of State.

7               Q.   And the top of this e-mail, does Ms. McGeehan

8          state that she has attached a draft summary that she

9          will send to Coby and John so that they can distribute

10         to legislative folk?

11              A.   That's correct.  And to clarify, the John that

12         she's referencing is likely the John Sepehri, who was

13         general counsel.

14              Q.   Okay.  And to the extent of your knowledge, did

15         this distribution end with Coby and John?

16              A.   To be honest with you, I don't even know if it

17         went to Coby and John.  This is the extent of my

18         knowledge.

19              Q.   Okay.  All I can ask you for is the extent of

20         your knowledge.

21              A.   That's...

22              Q.   Now, if you can look back real quickly at

23         Exhibit 491.  Do you see on Wednesday, January 26th, at

24         just before 4:00 p.m., Karen Richards sent out an e-mail

25         saying that some queries had already been done, some



Toll Free: 800.211.DEPO
Facsimile: 202.296.8652

Suite 350
1425 K Street NW
Washington, DC 20005
www.esquiresolutions.com