IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>RICK PERRY, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-193 (NGR)<br>(Consolidated Action) |

## **ORDER**

THIS MATTER is before the Court on Defendants' Motion for Protection on the Amended Notice of Deposition of Coby Shorter, ECF No. 335. Upon due consideration of the parties' submissions and arguments, the Court finds that Texas Deputy Secretary of State Coby Shorter possesses "unique first-hand, non-repetitive knowledge of the facts at issue in the case" that cannot be obtained through other means. *Apple, Inc. v. Samsung Elec. Co.*, 282 F.R.D. 259, 263 (N.D. Cal. 2012); *see also Alexander v. FBI*, 186 F.R.D. 1, 4 (D.D.C. 1998). Accordingly, the United States is entitled to take his deposition.

For the foregoing reasons, the Court **DENIES** Defendants' motion.

**SO ORDERED** this _____ day of _____, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE