UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 2:13-CV-00193 |
| RICK PERRY, *et al*, | § § § | |
| Defendants. | § | |

**[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE EXPERT REBUTTAL REPORTS**

Having considered the defendants' Motion for Extension of Time to File Expert Rebuttal Reports, the Court finds that the Motion should be, and hereby is, GRANTED. The defendants' deadline to file expert rebuttal reports is August 1, 2014.

**SO ORDERED.**

Date: _____, 2014.

_____
NELVA GONZALES RAMOS
United States District Judge

1