UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13CV00193 |
|---|---|---|---|
| Marc Veasey, et al. ||||
| *versus* ||||
| Rick Perry, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Stephen Lyle Tatum, Jr.<br>Office of the Attorney General<br>209 West 14th Street<br>Austin, Texas 78701<br>512-463-3133<br>Texas 24070721 |
|---|---|
| Seeks to appear for this party: | Defendants Texas, Rick Perry, John Steen, Steve McCraw |
| Dated: 6/2/14 | Signed: [signature] |

| The state bar reports that the applicant's status is: Eligible. ||
|---|---|
| Dated: 7/15/14 | Clerk's signature: [signature] |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 7/15/14

[signature]
United States District Judge