UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 2:13-CV-00193 |
| RICK PERRY, *et al*, | § § | |
| Defendants. | § § | |

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO TEXAS LEAGUE OF YOUNG VOTERS' MOTION TO COMPEL (ECF NO. 395)

Defendants and Plaintiff-Intervenors Texas League of Young Voters' Education Fund ("TLYVEF") previously agreed to a briefing schedule for TLYVEF's Motion to Compel. *See* ECF No. 395 ("Motion"). This agreement provided that Defendants would have 7 days to file a response to the Motion, requesting that the deadline for Defendants' response be July 17. *Id*. at fn. 2. Subsequently this Court ordered that any response to the Motion be filed by July 16, 2014, (ECF No. 397). Defendants have made every effort to comply with this Court's request, but are unable to do so due to significant demands on the counsel for the Defendants.

Defendants have been diligently taking deposition testimony this week and last. Defendants took three depositions yesterday and will take another three today. Several of these depositions required travel to cities outside Austin. Last Friday, counsel for the Defendants were also tied up in two depositions in Houston. In addition to these discovery demands, counsel for the Defendants are working

1

diligently to prepare expert reports and comply with today's deadline to file answers in response to each of the complaints filed in this case. As such, Defendants respectfully request that this Court withdraw its July 10 Order and enter the attached proposed order establishing a July 17, 2014 response deadline. Defendants have conferred with counsel for TLYVEF, Imani Clark, Texas NAACP-MALC and Ortiz Plaintiffs, and each consents to this motion for extension of time. Defendants have not yet heard whether the Veasey-LULAC Plaintiffs oppose this motion.

Dated: July 16, 2014

        Respectfully submitted,

        GREG ABBOTT
        Attorney General of Texas

        DANIEL T. HODGE
        First Assistant Attorney General

        JONATHAN F. MITCHELL
        Solicitor General

        J. REED CLAY, JR.
        Special Assistant and Senior Counsel
        to the Attorney General
        Southern District of Texas No. 1160600

        */s/ John B. Scott*
        JOHN B. SCOTT
        Deputy Attorney General for Civil Litigation
        Southern District of Texas No. 10418
        Texas State Bar No. 17901500
        ATTORNEY-IN-CHARGE


G. DAVID WHITLEY
Assistant Deputy Attorney General
Southern District of Texas No. 2080496

STEPHEN RONALD KEISTER
Assistant Attorney General
Southern District of Texas No. 18580

JENNIFER MARIE ROSCETTI
Assistant Attorney General
Southern District of Texas No. 224780

LINDSEY ELIZABETH WOLF
Assistant Attorney General
Southern District of Texas No. 2292940

FRANCES WHITNEY DEASON
Assistant Attorney General
Southern District of Texas No. 2302872

209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 475-0131

BEN A. DONNELL
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853
Southern District of Texas No. 5689

COUNSEL FOR THE STATE OF TEXAS, RICK PERRY, JOHN STEEN, and STEVE MCCRAW

## CERTIFICATE OF SERVICE

 I hereby certify that on July 16, 2014, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

            */s/ John B. Scott*
            JOHN B. SCOTT