UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Marc Veasey, et al.

                              Plaintiff,

v.                                   Case No.: 2:13–cv–00193
                                             Judge Nelva Gonzales Ramos

Rick Perry, et al.

                              Defendant.

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Nelva Gonzales Ramos

**PLACE:**

United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX

**DATE:** 7/24/2014

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   July 16, 2014

                                                                David J. Bradley, Clerk