UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, et al, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § § | |
| RICK PERRY, et al, | § § | |
| Defendants. | § | |

**[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO TEXAS LEAGUE OF YOUNG VOTERS' MOTION TO COMPEL**

Having considered the Defendants' Unopposed Motion for Extension of Time to File Expert Response to Texas League of Young Voters' Motion to Compel, the Court finds that the Motion should be, and hereby is, GRANTED. The deadline for responses to ECF No. 395 is July 17, 2014.

**SO ORDERED.**

Date: 7/16/14, 2014.

NELVA GONZALES RAMOS
United States District Judge