IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**UNOPPOSED MOTION FOR ENTRY OF SECOND AMENDED SCHEDULING ORDER**

On July 14, 2014, Defendants filed a Motion for Extension of Time to File Expert Rebuttal Reports (ECF No. 402). Although Plaintiffs and Plaintiff-Intervenors do not agree with the reasons stated in Defendants' Motion, the parties have met and conferred and agreed to a one-week extension of all deadlines relating to expert discovery, subject, of course, to this Court's approval. The new schedule will not affect the date of the Pretrial Conference or the starting date of the trial. Entry of this Order, attached as Exhibit A to the Order Granting Unopposed Motion for Entry of Second Amended Scheduling Order will render moot Defendants' Motion, which will be deemed withdrawn.

The proposed Second Amended Scheduling Order makes the following changes:

1. It extends by one week the dates for the filing and service of Defendants' Expert Rebuttal Reports and Plaintiffs' Expert Reply Reports (¶ 4), and the conclusion of Expert Witness Discovery (¶ 5).

2. It provides that, because, expert depositions will continue for a few days past the filing of the parties' proposed Findings of Fact and Conclusions of Law on August 18, the

proposed Findings of Fact may be supplemented, if necessary, to reflect information discovered in depositions occurring after the filing of the proposed Findings of Fact. (¶ 7).

3. Although not related to Texas's motion, it deletes the directive that expert reports not be filed, as that directive has since been superseded by the Court. (¶ 4).

The parties jointly request that the Court enter the attached Order and the Second Amended Scheduling Order.

Date: July 17, 2014

Respectfully submitted,

s/ Ezra Rosenberg
Ezra D. Rosenberg
Michelle Hart Yeary
DECHERT LLP
902 Carnegie Center, Suite 500
Princeton, New Jersey 08540-6531
ezra.rosenberg@dechert.com

Amy L. Rudd
Lindsey Cohan
DECHERT LLP
500 W. 6th Street, Suite 2010
Austin, Texas 78701
lindsey.cohan@dechert.com

Wendy Weiser
Myrna Pérez
Vishal Agraharkar
Jennifer Clark
The Brennan Center for Justice at NYU Law School
161 Avenue of the Americas, Floor 12
New York, New York 10013-1205
wendy.weiser@nyu.edu
myrna.perez@nyu.edu
vishal.agraharkar@nyu.edu
jenniferl.clark@nyu.edu

Robert A. Kengle
Mark A. Posner
Sonia Kaur Gill
Erandi Zamora
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue, N.W., Suite 400
Washington, D.C. 20005
mposner@lawyerscommittee.org

Daniel Gavin Covich
Covich Law Firm LLC
Frost Bank Plaza
802 N Carancahua, Ste 2100
Corpus Christi, TX 78401
daniel@covichlawfirm.com

Gary Bledsoe
PotterBledsoe, L.L.P.
316 W. 12th Street, Suite 307
Austin, Texas 78701
garybledsoe@sbcglobal.net

Robert Notzon
The Law Office of Robert Notzon
1502 West Avenue
Austin, Texas 78701
Robert@NotzonLaw.com

Jose Garza
Law Office of Jose Garza
7414 Robin Rest Drive
San Antonio, Texas 98209
garzapalm@aol.com

Kim Keenan
Marshall Taylor
Victor Goode
NAACP
4805 Mt. Hope Drive
Baltimore, Maryland 21215
kkeenan@naacpnet.org
mtaylor@naaacpnet.org
vgoode@naacpnet.org

*Counsel for Plaintiffs Texas State Conference of NAACP Branches, Mexican American Legislative Caucus of the Texas House of Representatives*

Christina A. Swarns
Ryan P. Haygood
Natasha M. Korgaonkar
Leah C. Aden
Deuel Ross
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006
cswarns@naacpldf.org
rhaygood@naacpldf.org
nkorgaonkar@naacpldf.org
laden@naacpldf.org
dross@naacpldf.org

Danielle Conley
Jonathan Paikin
Kelly P. Dunbar
Sonya L. Lebsack
Lynn Eisenberg
Richard F. Shordt
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
danielle.conley@wilmerhale.com
jonathan.paikin@wilmerhale.com
kelly.dunbar@wilmerhale.com

*Counsel for Plaintiff-Intervenors Texas League of Young Voters Education Fund, et al.*

4

Jose Garza
Law Office of Jose Garza
7414 Robin Rest Drive
San Antonio, Texas 78209
garzpalm@aol.com

Marinda van Dalen
Texas RioGrande Legal Aid, Inc.
531 East St. Francis Street
Brownsville, Texas 78529-5354
mvandalen@trla.org

Robert W. Doggett
Texas Rio Grande Legal Aid Inc
4920 North IH 35
Austin, Texas 78751
rdoggett@trla.org

*Counsel for Plaintiff-Intervenors Estela Garcia Espinosa, Lionel Estrada, Roxsanne Hernandez, La Union Del Pueblo Entero, Inc. Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, Eulalio Mendez, Jr., Belinda Ortiz, Lenard Taylor*

Rolando L Rios
Attorney at Law
115 E Travis, Suite 1645
San Antonio, Texas 78205
rrios@rolandorioslaw.com

*Counsel for Plaintiff-Intervenor Texas Association of Hispanic County Judges and County Commissioners*

Chad W. Dunn
K. Scott Brazil
Brazil & Dunn
4201 Cypress Creek Parkway, Suite 530
Houston, Texas  77068
chad@brazilanddunn.com
scott@brazilanddunn.com

5

J. Gerald Hebert
Campaign Legal Center
215 E Street, N.E.
Washington, D.C. 20002
GHebert@campaignlegalcenter.org

Neil G. Baron
Law Office of Neil G. Baron
914 FM 517 W, Suite 242
Dickinson, Texas 77539
neil@ngbaronlaw.com

David Richards
Richards, Rodriguez & Skeith, LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701
daverichards4@juno.com

Armand G. Derfner
Derfner, Altman & Wilborn, LLC
575 King Street, Suite B
Charleston, South Carolina 29402
aderfner@dawlegal.com

*Counsel for Plaintiffs Marc Veasey, Floyd James Carrier, Anna Burns, Michael Montez, Penny Pope, Jane Hamilton, Sergio DeLeon, Oscar Ortiz, Koby Ozias, John Mellor-Crummey, and League of United Latin American Citizens ("LULAC")*

Luis Roberto Vera, Jr.
LULAC National General Counsel
The Law Offices of Luis Vera Jr., and Associates
1325 Riverview Towers, 111 Soledad
San Antonio, Texas 78205-2260
lrvlaw@sbcglobal.net

*Counsel for LULAC*

Greg Abbott
Daniel T. Hodge
Jonathan F. Mitchell
J. Reed Clay, Jr.
John B. Scott
G. David Whitley
Stephen Ronald Keister
Jennifer Marie Roscetti
Lindsey Elizabeth Wolf
Frances Whitney Deason
Office of the Attorney General
209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 475-0131

BEN A. DONNELL
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853
Southern District of Texas No. 5689

*Counsel For Defendants the State of Texas, Rick Perry, John Steen, and Steve McCraw*

7

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2014, I served a true and correct copy of the foregoing via the Court's ECF system on all counsel of record.

/s/ Lindsey B. Cohan
Lindsey B. Cohan
State Bar No. 24083903
DECHERT LLP
500 W. 6th Street, Suite 2010
Austin, TX 78701
Telephone:  (512) 394-3000
Facsimile:  (512) 394-3001
lindsey.cohan@dechert.com