IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>RICK PERRY, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

## [PROPOSED] ORDER

Upon consideration of the Unopposed Motion for Entry of Second Amended Scheduling Order, it is hereby **ORDERED** that the Unopposed Motion for Entry of Second Amended Scheduling Order (attached as Exhibit A to this Order) is **GRANTED**.

It is further **ORDERED** that Defendants' Motion for Extension of Time to File Expert Rebuttal Reports (ECF No. 402) is deemed withdrawn as moot.

Date: _____, 2014

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Nelva Gonzales Ramos
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge