IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

## ORDER

Upon consideration of the Unopposed Motion for Entry of Second Amended Scheduling Order, it is hereby **ORDERED** that the Unopposed Motion for Entry of Second Amended Scheduling Order (attached as Exhibit A to this Order) is **GRANTED**.

It is further **ORDERED** that Defendants' Motion for Extension of Time to File Expert Rebuttal Reports (ECF No. 402) is deemed withdrawn as moot.

Date: July 17, 2014

*[signature]*

The Honorable Nelva Gonzales Ramos
United States District Judge