# EXHIBIT 1

37

1      **THE CLERK:** February 12th at 9:00 a.m.

2      **THE COURT:** Okay, February 12th at 9:00 a.m.  And
3 then I know there was an issue regarding interrogatories and I
4 think in all fairness to both sides, it should be the same.  I
5 know we've got a lot of intervenors now on the Plaintiffs'
6 side.  So I believe the State of Texas had proposed 50
7 interrogatories per side.  Is there an objection from any of
8 the Plaintiffs and intervenors on that?

9      **MS. WESTFALL:** Yes, your Honor.  This is Elizabeth
10 Westfall for the United States.  We believe that it is not
11 appropriate to have fewer than 25 interrogatories --

12     **THE COURT:** Per party?

13     **MS. WESTFALL:** -- per party under the Federal Rules.
14 So we would request 25 interrogatories for the United States,
15 your Honor.

16     **THE COURT:** Okay.  What's the position on the other
17 -- the D.C. Plaintiffs?

18     **MR. RIOS:** This is Mr. Rios.  We don't have any
19 problems with what you suggested, your Honor.

20     **THE COURT:** Okay.

21     **MR. SPEAKER:** Your Honor, the State clearly leaves it
22 within the discretion of the Court.

23     **THE COURT:** Mr. Dunn?

24     **MR. DUNN:** Your Honor, we agree that a number of the
25 parties having the burden of proof are likely to need

EXCEPTIONAL REPORTING SERVICES, INC

38

1  additional interrogatories than others.  What I would propose
2  is that the parties live within the 50 that the Court suggested
3  at this time and then when we come back in February, we can
4  address having more as necessary.
5      **THE COURT:**  Or sooner if necessary but I'll set it at
6  50 interrogatories per side at this point and you can certainly
7  urge the Court for more on that if necessary and you can do
8  that by phone conference by calling Brandy if it's something
9  that needs to be addressed quickly.  Okay?
10     And there is an agreement regarding a discovery order
11 which I'll sign.  Is there any agreement regarding a protective
12 order?
13     **MS. WESTFALL:**  Your Honor, this is Elizabeth Westfall
14 for the United States.  We have circulated a draft of a
15 protective order and we submitted one most recently two days
16 ago.  We're waiting for a response from the other parties and
17 requested that they provide a response by November 20th.  So
18 hopefully we can reach agreement on the terms shortly.
19     **MR. TRAINOR:**  Your Honor, this is Trey Trainor for
20 True the Vote and we have no objections to the United States'
21 protective order.
22     **THE COURT:**  Okay.  Anything else that needs to be
23 addressed this morning?
24     I don't hear anything.  So I'm going to assume not
25 and I will move on then.  If nothing further, you're excused.

**EXCEPTIONAL REPORTING SERVICES, INC**