UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISON

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>RICK PERRY, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-00193 |

### [PROPOSED] ORDER

Having considered the Veasey-LULAC Plaintiffs' motion to compel interrogatory responses, the motion is GRANTED. The Court hereby orders the defendants to respond to Interrogatory No. 2 of the Plaintiffs and Plaintiff-Intervenors' Third Set of Interrogatories and to respond to the interrogatories in the Plaintiffs and Plaintiff-Intervenors' Fourth and Fifth Sets of Interrogatories by August ___, 2014.

**SO ORDERED.**

July ___, 2014

_____
Nelva Gonzales Ramos
United States District Judge

1