# EXHIBIT 1

Amend **SB 14** in SECTION 9 of the bill by striking added Section 63.0012(c), Election Code and replacing with the following:

<u>(c)  This section expires September 1, 2017.</u>

Amend **SB 14** as follows:

(1) In SECTION 12 of the bill, in amended Section 63.0101, Election Code, strike "<u>or</u>".

(2) In SECTION 12 of the bill, in amended Section 63.0101, Election Code, following "<u>expired</u>", insert the following:

<u>; or</u>

<u>(5) a license to carry a concealed handgun issued to the person by the Department of Public Safety of the State of Texas</u>

Amend **SB 14** by adding the following appropriately numbered SECTION to the bill and renumber subsequent SECTIONS accordingly:

SECTION ____.  This Act does not make an appropriation. This Act takes effect only if a specific appropriation for the implementation of the Act is provided in a general appropriations act of the 82nd Legislature.

Amend **SB 14** in SECTION 3 of the bill, in added Section 62.016, Election Code (page 3, line 20), after "24-point.", by adding "The notices required under this subsection shall be posted separately from all other notices required by state or federal law."

1

Senator Judith Zaffirini's Amendment to SB 14