UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISON

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>                Plaintiffs,<br><br>     v.<br><br>RICK PERRY, *et al.*,<br><br>                Defendants. | Civil Action No. 2:13-cv-00193 |

**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO COMPEL THE ORTIZ-LUPE PLAINTIFFS AND THE VEASEY-LULAC PLAINTIFFS TO ANSWER DEFENDANTS' FIRST SET OF INTERROGATORIES**

      Having considered Defendants' Motion to Compel the Ortiz-LUPE Plaintiffs and the Veasey-LULAC Plaintiffs to Answer Defendants' First Set of Interrogatories, the Court finds that the Motion should be, and hereby is, DENIED.

      SO ORDERED.

Date: _____, 2014.


                                                                         Nelva Gonzales Ramos
                                                                        United States District Judge