UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISON

MARC VEASEY, *et al.*,

           Plaintiffs,

    v.

RICK PERRY, *et al.*,

           Defendants.

Civil Action No. 2:13-cv-00193

ORDER

    Dallas County, Texas has filed a motion for leave to participate as *amicus curiae*. Its motion sets forth the limited role that the County would play if permitted to participate as *amicus curiae*. Dallas County has participated in this case as a party for eleven months before it was dismissed for lack of standing. Though dismissed as a party, the County nevertheless has expressed concerns about SB 14 and its implementation by local election officials. "Participation as *amicus curiae* will alert the court to the legal contentions of concerned bystanders, and … leaves the parties free to run their own case[.]" *Taylor Commc'ns Grp., Inc. v. Sw. Bell Tel. Co.*, 172 F.3d 385, 389 (5th Cir. 1999) (quoting *Bethune Plaza, Inc. v. Lumpkin*, 863 F.2d 525, 532–533 (7th Cir.1988)). Accordingly, the motion of Dallas County to participate as *amicus curiae* is hereby GRANTED.

    ORDERED this _____ day of July, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE