UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISON

MARC VEASEY, *et al.*,

        Plaintiffs,

        v.

RICK PERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-00193

**VEASEY-LULAC PLAINTIFFS' PRELIMINARY RESPONSE TO
DEFENDANTS' ADVISORY OF JULY 22, 2014**

    The Veasey-LULAC Plaintiffs submit this preliminary response to the Advisory filed by Defendants on July 22, 2014, regarding the DPS data extract that Defendants provided to the United States in January 2014. That extract, in turn, has been relied upon by all parties (and some of their experts) to conduct matching between the TEAM voter registration database and the various ID databases, including the DPS database. Defendants' assertion that the data provided six months ago were incomplete is of very serious concern.

    The Veasey-LULAC Plaintiffs respectfully request that the Court address the issues raised by Defendants' Advisory at the hearing scheduled for Thursday, July 24, 2014. Plaintiffs further request that the Court notify Defendants <u>today</u> to be prepared to address these issues at tomorrow's hearing.

    These are only preliminary suggestions of the Veasey-LULAC Plaintiffs and may be supplemented later today.

1

Respectfully submitted,

 /s/ Chad W. Dunn
Chad W. Dunn
State Bar No. 24036507
K. Scott Brazil
State Bar No. 02934050
Brazil & Dunn
4201 Cypress Creek Parkway, Suite 530
Houston, Texas  77068
Telephone:  (281) 580-6310
Facsimile:   (281) 580-6362
chad@brazilanddunn.com
scott@brazilanddunn.com

J. Gerald Hebert
D.C. Bar No. 447676
Emma Simson
Maryland Bar
Campaign Legal Center
215 E Street NE
Washington DC 20002
Telephone (202) 736-2200
ghebert@campaignlegalcenter.org
esimson@campaignlegalcenter.org

Neil G. Baron
State Bar No. 01797080
Law Office of Neil G. Baron
914 FM 517 W, Suite 242
Dickinson, Texas 77539
Telephone (281) 534-2748
Facsimile  (281) 534-4309
neil@ngbaronlaw.com

David Richards
State Bar No. 16846000
Richards, Rodriguez & Skeith, LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701
Telephone (512) 476-0005
Facsimile  (512) 476-1513
daverichards4@juno.com

Armand G. Derfner

Derfner, Altman & Wilborn, LLC
P.O. Box 600
Charleston, S.C. 29402
Telephone (843) 723-9804
aderfner@dawlegal.com

*Attorneys for All Plaintiffs*

LUIS ROBERTO VERA, JR.
LULAC National General Counsel
State Bar No.  20546740
The Law Offices of Luis Vera Jr., and Associates
1325 Riverview Towers, 111 Soledad
San Antonio, Texas 78205-2260
Telephone (210) 225-3300
Facsimile (210) 225-2060
lrvlaw@sbcglobal.net

*Attorney for LULAC Plaintiffs*

CERTIFICATE OF SERVICE

    I hereby certify that on July 22, 2014, I served a true and correct copy of the foregoing document via the Court's ECF system to all counsel of record.

*/s/ Chad W. Dunn*
Chad W. Dunn