| AO 435<br>(Rev. 04/11)<br>*Please Read Instructions:* | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | | **FOR COURT USE ONLY**<br>**DUE DATE:** | |
|---|---|---|---|---|
| 1. NAME<br>Elizabeth Westfall | 2. PHONE NUMBER<br>(202) 305-7766 | | 3. DATE<br>7/24/2014 | |
| 4. MAILING ADDRESS<br>DOJ, Civil Rights Division, Voting Section 1800 G St. NW | 5. CITY<br>Washington | | 6. STATE<br>DC | 7. ZIP CODE<br>20006 |
| 8. CASE NUMBER<br>2:13CV193 (NGR) | 9. JUDGE<br>Nelva Gonzales Ramos | DATES OF PROCEEDINGS | | |
| | | 10. FROM 7/24/2014 | 11. TO | |
| 12. CASE NAME<br>Marc Veasey, et al. v. Rick Perry, et al. | LOCATION OF PROCEEDINGS | | | |
| | 13. CITY Corpus Christi | | 14. STATE Texas | |

15. ORDER FOR
☐ APPEAL         ☐ CRIMINAL         ☐ CRIMINAL JUSTICE ACT         ☐ BANKRUPTCY
☐ NON-APPEAL     ☒ CIVIL            ☐ IN FORMA PAUPERIS            ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Hearing | 7/24/2014 |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☒ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

ESTIMATE TOTAL     0.00

18. SIGNATURE
Elizabeth Westfall

PROCESSED BY

19. DATE
7/24/2014

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY