# EXHIBIT 10

**From:** Baldwin, Anna (CRT)
**To:** Clay, Reed; Heard, Bradley (CRT); Westfall, Elizabeth (CRT); Whitley, David; Tatum, Stephen; Roscetti, Jennifer; Wolf, Lindsey; Keister, Ronny; Gear, Bruce (CRT); Maranzano, Jennifer (CRT); Scott, John; Deason, Whitney
**Cc:** Ried, Lisa
**Subject:** Re: Veasey: Election Crimes and Voter Fraud
**Date:** Friday, July 25, 2014 5:02:43 PM

Reed,

We are working to identify appropriate designees and will let you know as soon as we can who those will be, as well as their availability both toward the end of next week, and the week after.

As I indicated during the hearing yesterday, we stand by the reasonableness of the searches that we have made to date. We do not understand the court to have ordered us to conduct further searches, and thus we do not plan to conduct further searches. The general parameters of our searches for materials related to voter fraud are described in footnote three of the United States' filing at ECF No. 390. To the extent that you have particular questions about specific requests for production, we are happy to answer those.

Thanks,
Anna


----- Original Message -----
From: Clay, Reed [mailto:Reed.Clay@texasattorneygeneral.gov]
Sent: Friday, July 25, 2014 10:27 AM Eastern Standard Time
To: Baldwin, Anna (CRT); Heard, Bradley (CRT); Westfall, Elizabeth (CRT); Whitley, David <david.whitley@texasattorneygeneral.gov>; Tatum, Stephen <stephen.tatum@texasattorneygeneral.gov>; Roscetti, Jennifer <jennifer.roscetti@texasattorneygeneral.gov>; Wolf, Lindsey <Lindsey.Wolf@texasattorneygeneral.gov>; Keister, Ronny <ronny.keister@texasattorneygeneral.gov>; Gear, Bruce (CRT); Maranzano, Jennifer (CRT); Scott, John <john.scott@texasattorneygeneral.gov>; Deason, Whitney <Whitney.Deason2@texasattorneygeneral.gov>
Cc: Ried, Lisa <Lisa.Ried@texasattorneygeneral.gov>
Subject: Re: Veasey: Election Crimes and Voter Fraud

For clarification, we are requesting you provide the below by COB today, Friday, July 25.

Thanks,

Reed

Sent from my iPhone

> On Jul 25, 2014, at 12:49 AM, "Clay, Reed" <Reed.Clay@texasattorneygeneral.gov> wrote:
>
> Anna,
>
> As follow-up to today's hearing, please provide the following no later than COB tomorrow:
>
> 1. The names of designees who will be testifying on behalf of the DOJ in response to the Defendants' 30(b)(6) notice.
> 2. The availability of these designees to be deposed next week.
> 3. Written confirmation that the DOJ will be searching for and producing documents in the Public Integrity section and U.S. Attorney's office related to voter fraud and election crimes more generally both in Texas and nationwide.
> 4. A description of the methods and search terms that DOJ used to search for documents related to voter fraud and election crimes previously in this litigation.
> 5. A description of the methods and search terms that DOJ plans to use to comply with the search described by number 3.

>
> Your failure to provide the confirmation requested in number 3 by tomorrow will require us to file a motion to compel by close of business, which we will request the court to address at next week's hearing.
>
> Thanks,
>
> Reed
>
> Sent from my iPhone