# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

Clerk, U.S. District Court
Southern District of Texas
FILED

JUL 2 8 2014

David J. Bradley, Clerk of Court

---

REVISED

No. 14-40003

---

MARC VEASEY; JANE HAMILTON; SERGIO DELEON; FLOYD CARRIER; ANNA BURNS; MICHAEL MONTEZ; PENNY POPE; OSCAR ORTIZ; KOBY OZIAS; LEAGUE OF UNITED LATIN AMERICAN CITIZENS; JOHN MELLOR-CRUMLEY;  DALLAS COUNTY, TEXAS,

    Plaintiffs - Appellees

v.

RICK PERRY, in his Official Capacity as Governor of Texas; ET AL,

    Defendants

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND; IMANI CLARK; TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS; AURICA WASHINGTON; CRYSTAL OWENS; MICHELLE BESSIAKE; MARIA LONGORIA BENAVIDES,

    Intervenor Plaintiffs - Appellees

v.

STATE OF TEXAS; ET AL,

    Defendants

TRUE THE VOTE,

    Movant - Appellant

---

Appeal from the United States District Court for the
Southern District of Texas, Corpus Christi

---

Before JONES, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:

IT IS ORDERED that Appellant's motion to expedite the appeal is GRANTED.


IT IS FURTHER ORDERED that Appellant's alternative motion for stay of the U.S. District Court proceedings pending appeal is DENIED.

2 3 JUL 2014

# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 21, 2014

Clerk, U.S. District Court
Southern District of Texas
FILED

JUL 2 8 2014

David J. Bradley, Clerk of Court

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 14-40003   Marc Veasey, et al v. Rick Perry
USDC No. 2:13-CV-193
USDC No. 2:13-CV-263

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Angelique D. Batiste, Deputy Clerk
504-310-7715

Mr. David J. Bradley
Mr. Noel Terry Adams Jr.
Ms. Leah Camille Aden
Mr. Chad Wilson Dunn
Ms. Diana Katherine Flynn
Ms. Erin Helene Flynn
Mr. Ryan Paul Haygood
Mr. J. Gerald Hebert
Mr. Robert Acheson Koch
Ms. Natasha M. Korgaonkar
Ms. Kelly Hunsaker Leonard
Mr. Joseph M. Nixon
Mr. Rolando Leo Rios I
Mr. John Albert Smith III
Mr. James Edwin Trainor III