UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Marc Veasey, et al. | § | |
| | § | |
| *versus* | § | Civil Action 2:13−cv−00193 |
| | § | |
| Rick PerryOffice of The Attorney General, et al. | § | |

## NOTICE OF RESETTING

YOU ARE ORDERED TO APPEAR BEFORE:

**Nelva Gonzales Ramos, U.S. District Judge**

**United States Courthouse**

**3rd Floor Courtroom**

**1133 N. Shoreline**

**Corpus Christi, Texas 78401**

TO ATTEND THE FOLLOWING PROCEEDINGS:

**Status Conference : 7/30/2014 at 10:00 AM**

*Note: If appearing by phone, you must use a land line. No speaker phones or cell phones allowed.*

## BY ORDER OF THE COURT

David J. Bradley, Clerk                                             Date: July 29, 2014