UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

Defendants the State of Texas, Rick Perry, John Steen and Steve McCraw, by and through the Attorney General for the State of Texas, submit this Notice of Attorney Appearance as Co-Counsel. Defendants are represented by the Office of the Attorney General for the State of Texas. Stephen Lyle Tatum, Jr. has been assigned as co-counsel with John Scott.

Dated: July 30, 2014

                                              Respectfully submitted.

                                              GREG ABBOTT
                                              Attorney General of Texas

                                              DANIEL T. HODGE
                                              First Assistant Attorney General

                                              JONATHAN F. MITCHELL
                                              Solicitor General

                                              J. REED CLAY, JR.
                                              Special Assistant and Senior Counsel
                                              to the Attorney General
                                              Southern District of Texas No. 1160600

JOHN B. SCOTT
Deputy Attorney General for Litigation
Southern District of Texas No. 10418
ATTORNEY-IN-CHARGE


*/s/ Stephen Lyle Tatum, Jr.*
STEPHEN LYLE TATUM, JR.
Assistant Attorney General
Southern District of Texas No. 2338090
Texas State Bar No. 24070721

STEPHEN RONALD KEISTER
Assistant Attorney General
Southern District of Texas No. 18580

JENNIFER MARIE ROSCETTI
Assistant Attorney General
Southern District of Texas No. 224780

LINDSEY ELIZABETH WOLF
Assistant Attorney General
Southern District of Texas No. 2292940

FRANCES WHITNEY DEASON
Assistant Attorney General
Southern District of Texas No. 2302872

209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 475-0131

BEN A. DONNELL
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853
Southern District of Texas No. 5689

COUNSEL FOR THE STATE OF TEXAS,
RICK PERRY, JOHN STEEN, and STEVE
MCCRAW

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 30, 2014, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                          */s/ John B. Scott*
                                          JOHN B. SCOTT