IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RICK PERRY, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 2:13-cv-193 (NGR)<br>(Consolidated Action) |

## ORDER

THIS MATTER is before the Court on Defendants' Motion to Compel the Production of Documents Responsive to the Defendants' Second and Fourth Requests for Production to the United States of America Related to Election Crimes and Voter Fraud, ECF No. 441, and on the United States' cross-motion for a protective order, ECF No. 453. Upon due consideration of the parties' submissions and arguments, and consistent with its July 24 Protective Order regarding the scope of the Rule 30(b)(6) deposition of the United States, ECF No. 438, the Court finds that the challenged document requests are overly broad, unduly burdensome, not relevant, cumulative of documents already produced, and protected by governmental privileges. Accordingly Defendants' Motion to Compel is **DENIED**, and the United States' cross-motion for a protective order is **GRANTED**. Further discovery by Defendants relating to nationwide voter fraud and election crimes shall be limited to the searches of the Public Integrity Section and EOUSA databases that the United States offered to perform in its letter of August 1, 2014. *See* ECF No. 453, Ex. 1.

**SO ORDERED** this _____ day of _____, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE