UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 2:13-CV-00193 |
| RICK PERRY, *et al*, | § § | |
| Defendants. | § § | |

**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO COMPEL THE UNITED STATES, VEASEY-LULAC, AND TEXAS NAACP-MALC TO PRODUCE EXPERT DISCLOSURES AND THE UNITED STATES TO PRODUCE DOCUMENTS RESPONSIVE TO THE DEFENDANTS' FOURTH REQUESTS FOR PRODUCTION**

Having considered Defendants' Motion to Compel the Production of Documents Under Federal Rule 26 and Documents Responsive to the Defendants' Fourth Request for Production to the United States of America, the Court finds that the Motion should be, and hereby is, GRANTED.  Veasey-LULAC and Texas NAACP-MALC are ORDERED to produce a list of respondents, with contact information, of all the individuals who responded to the survey undertaken by Drs. Barreto and Sanchez, *see* ECF No. 370.  The United States is ORDERED to produce all "No-Match" lists or any other underlying data created by or considered by Dr. Ansolabehere, *see* ECF No. 383.  The United States is further ORDERED to produce all underlying data in the Catalist database used to calculate the information given in the Ghitza declaration in ECF No. 360.1.

**SO ORDERED.**

Date: _____, 2014.

                                                _____
NELVA GONZALES RAMOS
United States District Judge