IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>              Plaintiffs,<br><br>    v.<br><br>RICK PERRY, *et al.*,<br><br>              Defendants. | Civil Action No. 2:13-cv-193 (NGR)<br>(Consolidated Action) |

## ORDER

THIS MATTER is before the Court on the United States' Motion to Strike Defendants' "Affirmative Allegations and Defenses" accompanying their Answer. Upon due consideration of the parties' submissions and arguments, the Court finds that the challenged material is immaterial and impertinent to the claim asserted or the relief claimed by the United States, that it does not state a sufficient defense with respect to thereto, that it does not state any discernible or justiciable counterclaim, and that litigating such immaterial matters will unfairly prejudice the United States at trial. Accordingly, the United States' motion is **GRANTED**, and Defendants' "Affirmative Allegations and Defenses," ECF No. 417 at 13-23, are hereby **STRICKEN** from Defendants' Answer.

      **SO ORDERED** this _____ day of _____, 2014.

 

                                                                                             _____
                                                                                             NELVA GONZALES RAMOS
                                                                                             UNITED STATES DISTRICT JUDGE