UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al,* § | |
| § | |
| Plaintiffs, § | |
| § | |
| vs. § | Civil Action No. 2:13-CV-00193 |
| § | |
| RICK PERRY, *et al,* § | |
| § | |
| Defendants. § | |

## UNOPPOSED MOTION TO DISMISS
## PLAINTIFF LYDIA LARA

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, Plaintiffs Belinda Ortiz, et al., move for the withdrawal of Plaintiff Lydia Lara from the above styled and numbered cause with prejudice. Counsel for Defendants have advised that they do not oppose this motion. All other parties among Plaintiffs Belinda Ortiz, et al., remain in this litigation.

Plaintiffs Belinda Ortiz, et al., respectfully request that this Court enter an order voluntarily withdrawing Lydia Lara, with prejudice, from this litigation.

Dated: August 8, 2014                                  Respectfully submitted,

/s/ Marinda van Dalen
Marinda van Dalen
Texas Bar No. 00789698
S. Dist. No. 17577

1

531 East St. Francis St.
Brownsville, Texas 78529
Telephone 956-982-5540
Fax 956-541-1410
mvandalen@trla.org

Jose Garza
Texas Bar No. 07731950
S. Dist. No. 1959
1111 N. Main Ave.
San Antonio, Texas 78212
Telephone 210-212-3701
Fax 210-212-3772
jgarza@trla.org

Robert W. Doggett
Texas Bar No. 05945650
4920 N. IH-35
Austin, Texas 78751
Telephone 512-374-2725
RDoggett@trla.org

## CERTIFICATE OF SERVICE

I hereby certify that on the date stated by my signature, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to all counsel of record who have registered with this Court's ECF system.

/s/ Marinda van Dalen
Marinda van Dalen