# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | Civil Action No. 2:13-CV-00193 |
| RICK PERRY, *et al*, | § § § | |
| Defendants. | § | |

## [PROPOSED] ORDER

Plaintiffs Belinda Ortiz, et al., have filed an Unopposed Motion to Dismiss Plaintiff Lydia Lara from this cause with prejudice. Having reviewed this Motion, the Court is of the opinion that the Motion should and is hereby GRANTED.

SO ORDERED, SIGNED AND ENTERED this ____ day of _____ 2014.

_____
NELVA GONZALES RAMOS
United States District Judge