**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | |
|---|---|
| MARC VEASEY, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-193 (NGR) |
| RICK PERRY, *et al.*, | |
| Defendants. | |

**[PROPOSED] ORDER**

THIS MATTER is before the Court on the Plaintiffs' and Plaintiff-Intervenors' Motion to Strike Defendants' "Affirmative Allegations and Defenses" accompanying their Answer.  Upon due consideration of the parties' submissions and arguments, the Court finds that the challenged material is immaterial and impertinent to the claim asserted or the relief claimed by the Plaintiffs and Plaintiff-Intervenors, that it does not state a sufficient defense with respect to thereto, that it does not state any discernible or justiciable counterclaim, and that litigating such immaterial matters will unfairly prejudice the Plaintiffs and Plaintiff-Intervenors at trial.  Accordingly, the Plaintiffs' and Plaintiff-Intervenors' motion is **GRANTED**, and Defendants' "Affirmative Allegations and Defenses," contained in the Answers to Plaintiffs' and Plaintiff-Intervenors'

Complaints (ECF Nos. 419, 421, 422, 423, 425) are hereby **STRICKEN** from Defendants'

Answer.

Date: _____, 2014

_____
The Honorable Nelva Gonzales Ramos
United States District Judge