Clerk, U.S. District Court
Southern District of Texas
FILED
AUG 11 2014
David J. Bradley, Clerk of Court

Clerk, U.S. District Court
Southern District of Texas
FILED
AUG 11 2014

Mary Lane MIKVA, Judge
50 W Washington Rm 2508
Chicago IL 60602
312-603-4890

Aug 8 14

for Marianne Serpa, Dep-in-Charge
1133 N Shoreline Blvd
Corpus Christi TX 78401

The Time is Ripe

LET THE VOTERS ENDORSE & ENABLE A LIMITED VOTING STRUCTURE.
SEE RODRIGUEZ v HARRIS CO 4:11 cv 2907-VDG USCA 13-20491.
Docket entries 127 thru 129 are letters from me.

I am the interested person pro se with notice (I get orders) in VEASEY v PERRY 2:13 cv 193 suggesting a limited voting 2nd ballot for the Texas State House (and Illinois State House) with candidates paying a filing deposit to get on the limited voting ballot in their own and 2-4 add'l districts.

If this idea doesn't go in 2014 it may in 2016 or later.
The Time is Ripe.
Trial is set for Sep 2 in Corpus Christi (with follow up in San Antonio?).

I just got an airport time table for the San Antonio Airport, no envelope or cover sheet. Does the San Antonio US District Court want me to come?
20+ docket entries in VEASEY v PERRY 2:13cv193 are letters from me.

I want some effort this year. A small effort may be better than no effort. The time is ripe.

Robert M Allensworth B14522
PMRCC 251 N IL 37 S
Ina IL 62846 2419

William G Putnicki, Clerk of Court          Aug 8 14
727 E Cesar E Chavez Rm A500
San Antonio TX 78206
210-472-6555, Fax 6587           for Marianne Serpa
www.txwd.uscourts.gov/           Dep-in-Charge
                                 1133 N Shoreline Blvd
                                 Corpus Christi TX 78401

Clerk, U.S. District Court
Southern District of Texas
FILED
AUG 11 2014
David J. Bradley, Clerk of Court

I want the docket sheets for your case Christi TX 78401
5:11cv360-OLG-JES-XR from May 1 2014.

I mailed you an inmate trust fund check about Jun 28 for some of this, no reply.

I am the interested person pro se with notice (I get orders) in VEASEY v PERRY 2:13cv193 suggesting a limited voting 2nd ballot for the Texas State House. 20+ docket entries are letters from me.

Trial is set for Sep 2 in Corpus Christi (with follow up in San Antonio?). Time is short.

I got a JUL-Sep San Antonio airport timetable with no cover sheet or envelope. Does the San Antonio US District Court want me to come to SanAntonio?

*Robert M Allensworth*
Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419

LET THE VOTERS ENDORSE & ENABLE A LIMITED VOTING STRUCTURE.
SEE RODRIGUEZ v HARRIS CO 4:11 cv 2907-VDG USCA 13-20491.
Docket entries 127 thru 129 are letters from me.

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

CLERK, US DISTRICT COURT
PO Box 61010
HOUSTON TX 77002 77208

AUG 0 6 2014

David J. Bradley, Clerk of Court

AUG 1 14   Clerk, U.S. District Court
Southern District of Texas
FILED

AUG 11 2014

David J. Bradley, Clerk of Court

RODRIGUEZ v HARRIS CO TX 4:11-cv-2907-VDG USCA 13-20491

Enclosed is a $15.80 inmate trust fund check for a copy of entry 107 ORDER AUG 1 13 (158 pages).

I also want a copy of entries: 129 Jun 23 14 Letter from me.
for             Aug 8 14        3   128 Jun 03 14 Letter from me.
for Marianne Serpa, Dep-in-Charge  127 May 16 14 Letter from me.
1133 N Shoreline Blvd          9   96 Oct 29 12 Amended Exhibit
Corpus Christi TX 78401                         List (Sandill).
361-888-3142                   1   88 May 21 12 ORDER denying 84.
                              3/   86 May 10 12 RESPONSE to 84.
                              4/7  84 Apr 19 12 MOTION to Compel.
                               2   27 Oct 19 11 ORDER 3-judge.

Robert M Allensworth B14522 4B21
BMRCC 251 N IL 37 S
Ina IL 62846 2419

10.40

I am the interested party pro se with notice (I get orders) in VEASEY v PERRY suggesting a limited voting 2nd ballot for Texas House (and Co Com'nrs) with candidates paying a filing deposit to get on the limited voting ballot in their own and 2-4 add'l districts. 20+ docket entries are letters fro m me. Trial is set for Sep 2 in Corpus Christi.

I just got Instrument 438 (2 pages) Jul 24 14 ORDER

US Motion for a Protective Order DE 276 is Granted in Part and Denied in Part

I subscribe to 100+ Texas newspapers including several in HD 83. Charles Perry is running for Texas Senate.

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 0 5 2014

Robert M Allensworth B14522 4B21
BMRCC 251 N IL 37 S
Ira IL 62846 2419

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS

Joe Serpa,
1133 N Shoreline Blvd
Corpus Christi TX 78401

784013$2003 0029