IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br>        Plaintiffs, <br><br>    v. <br><br> RICK PERRY, *et al.*, <br><br>        Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

## [PROPOSED] ORDER

Upon consideration of the Unopposed Motion for Entry of Third Amended Scheduling Order, it is hereby **ORDERED** that the Unopposed Motion for Entry of Second Amended Scheduling Order (attached as Exhibit A to this Order) is **GRANTED**.

Date: _____, 2014

_____
The Honorable Nelva Gonzales Ramos
United States District Judge