# Exhibit 3


## Rosenberg, Ezra

| | |
|---|---|
| **From:** | Whitley, David [david.whitley@texasattorneygeneral.gov] |
| **Sent:** | Monday, August 04, 2014 5:17 PM |
| **To:** | EXT Chad Dunn |
| **Cc:** | Rosenberg, Ezra; Scott, John; Clay, Reed |
| **Subject:** | RE: Barreto / Sanchez Report |

Thanks, Chad. That resolved the confusion on my part with regards to Appendix B. We have another issue we'd like to get answered today: did you guys provide identifying information, including contact information, for the Barreto-Sanchez survey respondents? If not, can we get that information as soon as possible?

Thanks,
David

**From:** Chad Dunn [mailto:chad@brazilanddunn.com]
**Sent:** Thursday, July 17, 2014 5:02 PM
**To:** Whitley, David
**Cc:** Ezra Rosenberg (ezra.rosenberg@dechert.com); Scott, John; Clay, Reed
**Subject:** Re: Barreto / Sanchez Report

David,

Appendix B is in the dropbox and on the thumbdrive I sent. However, it was labeled Texas Survey Instrument.pdf and not Appendix B so perhaps that caused your confusion. I have attached the file to this e-mail for your ease of access but I pulled it from the shared dropbox we served back when the expert reports were served.

Let me know if this does not resolve your issue.

Thanks,

Chad W. Dunn


On Thu, Jul 17, 2014 at 2:01 PM, Whitley, David <david.whitley@texasattorneygeneral.gov> wrote:

Chad and Ezra,


Do you guys know where Appendix B to the Barreto / Sanchez Report can be found? The version of the Barreto report that was filed (ECF Nos. 370 and 370.1) did not include it, and it was not included with the dropbox documents. According to the report, the questionnaire appears in Appendix B (see p. 7). I just want to make sure we aren't missing something.

Thanks,

1

David

G. David Whitley

Assistant Deputy Attorney General

Office of the Attorney General

P.O. Box 12548

Austin, TX 78711-2548

(512) 475-3281 Direct

(512) 936-0545 Fax

David.Whitley@texasattorneygeneral.gov

This message and any attachment(s) may be confidential and/or privileged pursuant to Government Code sections 552.101, 552.103, 552.107, and 552.111, and should not be disclosed without the express authorization of the Attorney General of Texas.

2