IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br>         Plaintiffs, <br><br>    v. <br><br> RICK PERRY, *et al.*, <br><br>         Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO COMPEL
INFORMATION RELATING TO THE SURVEY CONDUCTED
BY DRS. BARRETTO AND SANCHEZ**

Having considered Defendants' Motion to Compel (ECF No. 454) the Veasey-LULAC and Texas NAACP-MALC Plaintiffs to produce certain information relating to the survey conducted by Drs. Barretto and Sanchez, the Court finds that the Motion should be, and hereby is, **DENIED**.

Date: _____, 2014        _____
                                                                              The Honorable Nelva Gonzales Ramos
                                                                              United States District Judge