Exhibit A - "Codebook060914.xls"

| Variable | type | Source | Description |
|---|---|---|---|
| vuid | long | TEAM | Voter Identification Number |
| last_name | str30 | TEAM | Last Name |
| first_name | str30 | TEAM | First Name |
| middle_name | str33 | TEAM | Middle Name |
| ssn | long | TEAM | Social Security Number |
| gender_code | str3 | TEAM | Gender |
| official_id | long | TEAM | DL Number |
| date_of_birth | long | TEAM | Date of birth (numeric) |
| dob | str8 | TEAM | Date of birth (string) |
| voter_status_~e | str1 | TEAM | Voter status |
| block_number | long | TEAM | Street Number |
| street_name | str43 | TEAM | Street Name |
| city | str23 | TEAM | City |
| state | str2 | TEAM | State |
| zip_code | long | TEAM | Zip Code |
| vf_disability | float | TEAM | Listed with disability flag |
| mail_adrs_1 | str77 | TEAM | Mailing address, line 1 |
| match_dl | float | From Linking Databases | Matched to the Driver's License Database |
| match_id | float | From Linking Databases | Matched to the DPS Identification Card Database |
| match_chl | float | From Linking Databases | Matched to the Handgun Database |
| match_eic | float | From Linking Databases | Matched to the Election Identification Database |
| record_expired | float | From Linking Databases | Indication of Expired Identification |
| any_dead_state | float | From Linking Databases | Deceased flag from a State Identification Database |
| match_state | float | From Linking Databases | Matched to Department of State Database |
| match_vba | float | From Linking Databases | Matched to VBA database |
| match_vha | float | From Linking Databases | Matched to VHA database |
| match_dod | float | From Linking Databases | Matcehd to DOD database |
| match_cis | float | From Linking Databases | Matched to CIS database |
| match_ssa | float | From Linking Databases | Matched to SSA database |
| MATCH | float | From Linking Databases | Overall any match |
| DISABILITY_EL~E | float | From Linking Databases | Any disability flag |
| countyfileid | long | Catalist | County File ID |
| race | str14 | Catalist | Prediction of Race |
| raceconfidence | str12 | Catalist | Confidence of Race Prediction |
| ncoaapplied | str1 | Catalist | NCOA flag applied to record |
| censusstate | long | Catalist | Census State |
| censuscounty | int | Catalist | Census County |
| censustract | long | Catalist | Census Tract |
| censusblock | str3 | Catalist | Census Block |
| censusblockgr~p | str1 | Catalist | Census Block Group |
| deceased | str10 | Catalist | Deceased Flag in Catalist |
| sy_deadwood | str8 | Catalist | Prediction of deadwood status |