IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>RICK PERRY, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

## **ORDER**

　　Before the Court is Defendants' Motion to Compel the United States to Produce Expert Disclosures, and the United States to Produce Documents Responsive to Defendants Fourth Requests for Production.  ECF No. 454.  Upon due consideration of the parties' submissions and arguments, the Court **DENIES** the motion for the reasons set out in the United States' opposition.


　　**SO ORDERED** this _____ day of _____, 2014.


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NELVA GONZALES RAMOS
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE