# Exhibit 2

```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
                   CORPUS CHRISTI DIVISION

MARC VEASEY, JANE HAMILTON     )
SERGIO DELEON, FLOYD J.        )
CARRIER, ANNA BURNS,           )
MICHAEL MONTEZ, PENNY POPE,    )
OSCAR ORTIZ, KOBY OZIAS,       )
JOHN MELLOR-CRUMLEY, PEGGY     )
HERMAN, EVELYN BRICKNER,       )
GORDON BENJAMIN, KEN GANDY,    )
LEAGUE OF UNITED LATIN         )
AMERICAN CITIZENS (LULAC),     ) CIVIL ACTION NO.
AND DALLAS COUNTY, TEXAS,      ) 2:13-CV-193 (NGR)
     Plaintiffs,               ) [Lead case]
                               )
V.                             )
                               )
RICK PERRY, Governor of        )
Texas; and JOHN STEEN,         )
Texas Secretary of State,      )
     Defendants.               )
_____

UNITED STATES OF AMERICA,      )
       Plaintiffs,             )
                               )
TEXAS LEAGUE OF YOUNG          )
VOTERS EDUCATION FUND,         )
IMANI CLARK, AND MICHELLE      )
BESSIAKE,                      )
    Plaintiff-Intervenors,     )
                               )
TEXAS ASSOCIATION OF           )
HISPANIC COUNTY JUDGES AND     )
COUNTY COMMISSIONERS,          )
HIDALGO COUNTY, AND MARIA      ) CIVIL ACTION NO.
LONGORIA BENAVIDES,            ) 2:13-CV-263 (NGR)
    Plaintiff-Intervenors,     ) [Consolidated case]
                               )
V.                             )
                               )
STATE OF TEXAS, JOHN STEEN,    )
in his official capacity as    )
Texas Secretary of State;      )
And STEVE McCRAW, in his       )
Official capacity as           )
Director of the Texas          )
```

## Page 14

1 Texas?
2  A  I think so, yes.
3  Q  Do you have a voter registration card?
4  A  Yes, ma'am.
5  Q  Did you provide that to your attorneys?
6     MS. VAN DALEN: Again, I'm not sure that
7 that's a appropriate question whether she provided
8 documents to her attorney. You can ask if she has it.
9     MS. WOLF: Okay. Well, to the extent it
10 was not produced, I guess we'll ask for its production;
11 but I'll deal with that.
12     MS. VAN DALEN: I can get documents from
13 my client and determine whether to produce them or not.
14     MS. WOLF: Okay.
15  Q  (By Ms. Wolf) And is the [redacted]
16 address, is that where you're registered to vote?
17  A  Yes, ma'am.
18  Q  And have you ever been registered to vote at
19 another address?
20  A  No, ma'am.
21  Q  So were you not registered to vote prior to
22 1970?
23  A  I don't remember.
24  Q  Do you know when you registered to vote?
25  A  No, ma'am.

## Page 15

1  Q  Have you ever used a post office box as your
2 mailing address?
3  A  No, ma'am.
4  Q  And where did you attend school?
5  A  In Sullivan City.
6  Q  Do you have any school records from when you
7 attended school?
8  A  No, ma'am.
9  Q  Do you have any transcripts or --
10  A  No, nothing.
11  Q  And what level of education did you complete?
12  A  Sixth grade.
13  Q  And are you currently employed?
14  A  No, ma'am.
15  Q  Have you ever been --
16  A  I'm disabled.
17  Q  Sorry. Okay. Have you ever been employed?
18  A  Yes. I worked as a provider since 2000 -- I
19 started in 2000 until 2005.
20  Q  And when you say provider, do you mean
21 childcare provider?
22  A  Adult.
23  Q  Adult provider?
24  A  Yes.
25  Q  Adult care.

## Page 16

1  A  Yeah.
2  Q  And where did you work as a provider?
3  A  Here in the Willacy County.
4  Q  Was there one building or location or did you
5 move around the county?
6  A  No, I moved. Yes.
7  Q  And how did you get from worksite to worksite?
8  A  I would drive.
9  Q  And prior to 2000, did you have any other
10 employment?
11  A  No, ma'am.
12  Q  Did you do anything to prepare for your
13 deposition today?
14  A  I just -- I was thinking that I was going to --
15 what I was going to say and --
16  Q  Did you meet -- I'm sorry. Go ahead. I didn't
17 mean to interrupt you.
18  A  And my lawyer told me what I was -- I was --
19     MS. VAN DALEN: I'm going to advise you
20 not to say anything that I told you or you told me,
21 please.
22  Q  (By Ms. Wolf) And to clarify, I don't want to
23 -- I'm not asking for that information either. I just
24 -- maybe we'll -- let's break it down. Did you meet
25 with Ms. van Dalen? And that's a yes or a no answer.

## Page 17

1     MS. VAN DALEN: That's me.
2  Q  (By Ms. Wolf) Sorry. With Marinda. Do you
3 know approximately for how long you met with her?
4  A  For about 30 minutes.
5  Q  And did you only meet with her one time in
6 preparation for this deposition?
7  A  About two, two or three times.
8  Q  And do you know when those other two meetings
9 were?
10     MS. VAN DALEN: And, again, I'm going to
11 ask you what relevance or how this is potentially going
12 to lead to relevant evidence, please?
13     MS. WOLF: Well, I think I'm entitled to
14 probe deposition preparation. I'm not going to ask her
15 what you said to her and what she said to you, but I
16 think it's pretty standard to ask what she did to
17 prepare.
18     MS. VAN DALEN: Okay. I fail to see the
19 relevance or how it's going to lead to admissible
20 evidence.
21  Q  (By Ms. Wolf) You can answer the question. I
22 think it was just if you know when those other two to
23 three meetings occurred?
24  A  When?
25  Q  Um-hum.