UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al*, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND ADDITIONAL DEPOSITION TESTIMONY FROM VARIOUS INDIVIDUAL AND ORGANIZATIONAL PLAINTIFFS FROM VARIOUS INDIVIDUAL AND ORGANIZATIONAL PLAINTIFFS**

Having considered the Defendants' Motion to Compel Production of Documents and Additional Deposition Testimony From Various Individual and Organizational Plaintiffs, the Court finds that the Motion should be, and hereby is, GRANTED.

**SO ORDERED.**

Date: _____, 2014.

_____
NELVA GONZALES RAMOS
United States District Judge