IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>RICK PERRY, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

## MOTION TO WITHDRAW SONIA KAUR GILL AS COUNSEL

Plaintiffs Texas State Conference of NAACP Branches ("Texas NAACP") and the Mexican American Legislative Caucus of the Texas House of Representatives ("MALC") move to withdraw Sonia Kaur Gill as their attorney in this matter, and state as follows:

1. Ms. Gill is leaving the Lawyers' Committee for Civil Rights Under Law on August 15, 2014 and will therefore no longer be able to represent Plaintiffs.

2. Ms. Gill is one of several attorneys for the Texas NAACP and MALC, and lead attorney Ezra Rosenberg of Dechert LLP, as well as other attorneys of record for the Texas NAACP and MALC, will continue to represent Plaintiffs in this litigation.

3. Withdrawal of Ms. Gill as attorney of record will not cause undue delay and will not have a material adverse effect on Plaintiffs' interests.

WHEREFORE, Plaintiffs the Texas NAACP and MALC respectfully request leave to allow Ms. Sonia Kaur Gill to withdraw as counsel in this matter.

Date:   August 11, 2014                                  Respectfully submitted,

                                                         s/ Ezra Rosenberg
                                                         Ezra D. Rosenberg
                                                         Michelle Hart Yeary
                                                         DECHERT LLP
                                                         902 Carnegie Center, Suite 500
                                                         Princeton, New Jersey 08540-6531
                                                         ezra.rosenberg@dechert.com

                                                         Amy L. Rudd
                                                         Lindsey Cohan
                                                         DECHERT LLP
                                                         500 W. 6th Street, Suite 2010
                                                         Austin, Texas 78701
                                                         lindsey.cohan@dechert.com

                                                         Wendy Weiser
                                                         Myrna Pérez
                                                         Vishal Agraharkar
                                                         Jennifer Clark
                                                         The Brennan Center for Justice at NYU Law School
                                                         161 Avenue of the Americas, Floor 12
                                                         New York, New York 10013-1205
                                                         wendy.weiser@nyu.edu
                                                         myrna.perez@nyu.edu
                                                         vishal.agraharkar@nyu.edu
                                                         jenniferl.clark@nyu.edu

                                                         Robert A. Kengle
                                                         Mark A. Posner
                                                         Erandi Zamora
                                                         Lawyers' Committee for Civil Rights Under Law
                                                         1401 New York Avenue, N.W., Suite 400
                                                         Washington, D.C. 20005
                                                         mposner@lawyerscommittee.org

Daniel Gavin Covich
Covich Law Firm LLC
Frost Bank Plaza
802 N Carancahua, Ste 2100
Corpus Christi, TX 78401
daniel@covichlawfirm.com

Gary Bledsoe
PotterBledsoe, L.L.P.
316 W. 12th Street, Suite 307
Austin, Texas 78701
garybledsoe@sbcglobal.net

Robert Notzon
The Law Office of Robert Notzon
1502 West Avenue
Austin, Texas 78701
Robert@NotzonLaw.com

Jose Garza
Law Office of Jose Garza
7414 Robin Rest Drive
San Antonio, Texas 98209
garzapalm@aol.com

Kim Keenan
Marshall Taylor
Victor Goode
NAACP
4805 Mt. Hope Drive
Baltimore, Maryland 21215
kkeenan@naacpnet.org
mtaylor@naaacpnet.org
vgoode@naacpnet.org

*Counsel for Plaintiffs Texas State Conference of NAACP Branches, Mexican American Legislative Caucus of the Texas House of Representatives*