**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

|  |  |
|---|---|
| MARC VEASEY, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>RICK PERRY, *et al.*,<br><br>                    Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**<u>ORDER GRANTING LEAVE TO WITHDRAW FOR SONIA GILL</u>**

On this date, the Court considered the Motion to Withdraw Sonia Kaur Gill as Counsel filed by Plaintiffs Texas State Conference of NAACP Branches and the Mexican American Legislative Caucus of the Texas House of Representatives.  Having considered the motion, the Court is of the opinion that the motion should be granted.

Accordingly, it is ORDERED that Plaintiff-Intervenors' Motion is GRANTED.

SIGNED on this _____ day of _____, 2014.


_____
NELVA GONAZALES RAMOS
United States District Judge