# Appendix 3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, *et al.*,

          Plaintiffs,

    v.

RICK PERRY, *et al.*,

          Defendants.

Civil Action No. 2:13-cv-193 (NGR)

UNITED STATES OF AMERICA,

          Plaintiff,

TEXAS LEAGUE OF YOUNG VOTERS
EDUCATION FUND, *et al.*,

          Plaintiff-Intervenors,

TEXAS ASSOCIATION OF HISPANIC
COUNTY JUDGES AND COUNTY
COMMISSIONERS, *et al.*,

          Plaintiff-Intervenors,

    v.

STATE OF TEXAS, *et al.*,

          Defendants.

Civil Action No. 2:13-cv-263 (NGR)

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

     Plaintiffs,

   v.

NANDITA BERRY, *et al.*,

     Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

     Plaintiffs,

   v.

STATE OF TEXAS, *et al.*,

     Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF MARCUS PENA

  I, Marcus Pena, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so.  If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of Austin County, Texas.

3. I am employed by Austin County, where I serve as the Tax Assessor-Collector.  As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Austin County Tax Assessor-Collector's office.

4. My office currently accepts applications for EICs.  Applicants must appear in person to submit their application.

5. Austin County does not have an operational driver license office.

6.     My office is located at 804 E. Wendt Street, Bellville, Texas 77418.  It is open Monday
       through Friday, from 8:30 am to 4:30 pm.

7.     Between the dates of June 25, 2013, to the present, my office received a total of one
       complete EIC application.

8.     Between the dates of June 25, 2013, to the present, my office received a total of zero
       incomplete or otherwise incorrect EIC applications.

9.     The Austin County Tax Assessor-Collector's office is under no obligation to continue
       accepting applications for EICs.

10.    The Austin County Tax Assessor-Collector's office does not currently have any plans to
       change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my
knowledge, information, and belief.


Executed on this the _19_ day of May 2014.


_____
Marcus Pena

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

      v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

      v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## <u>DECLARATION OF PAMELA OHLENDORF</u>

I, Pamela Ohlendorf, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.    I am a resident of Caldwell County, Texas.

3.    I am employed with the Caldwell County Election Administrator's Office, where I serve as the Elections Administrator. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Caldwell County Election Administrator's Office.

4.    My office accepts applications for EICs. Applicants must appear in person to submit their application.

5. Caldwell County does not currently have an operational driver license office.

6. My office is located at the Scott Annex on 1403 Blackjack Street, Suite C, Lockhart, Texas 78644. It is open Monday through Friday, from 8:30 am to 5:00 pm.

7. Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8. Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9. To the best of my knowledge, the Caldwell County Election Administrator's Office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the _21_ day of April 2014.

Pamela Ohlendorf
_____
Pamela Ohlendorf

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, *et al.*,

        Plaintiffs,

        v.

RICK PERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-193 (NGR)

UNITED STATES OF AMERICA,

        Plaintiff,

TEXAS LEAGUE OF YOUNG VOTERS
EDUCATION FUND, *et al.*,

        Plaintiff-Intervenors,

TEXAS ASSOCIATION OF HISPANIC
COUNTY JUDGES AND COUNTY
COMMISSIONERS, *et al.*,

        Plaintiff-Intervenors,

        v.

STATE OF TEXAS, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-263 (NGR)

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-291 (NGR) |
| NANDITA BERRY, *et al.*, | |
| Defendants. | |
| BELINDA ORTIZ, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-348 (NGR) |
| STATE OF TEXAS, *et al.*, | |
| Defendants | |

## DECLARATION OF JOHN CORTELYOU

I, John Cortelyou, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.  I make this declaration based on personal knowledge and am competent to do so.  If called as a witness and placed under oath, I could and would testify thereto.

2.  I am a resident of Camp County, Texas.

3.  I am employed by Camp County, where I serve as the Constable.  As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Camp County Judge's office.

4.  My office accepts applications for EICs.  Applicants must appear in person to submit their application.

5.  Camp County does not currently have an operational driver license office.

6.      My office is located at 126 Church Street, Pittsburg, Texas 75686.  It is open Monday through Friday, from 8:00 am to noon, and from 1:00 pm to 5:00 pm.

7.      Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8.      Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9.      To the best of my knowledge, the Camp County Judge's office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


Executed on this the __5__ day of ~~April~~ May 2014.


_____

John Cortelyou

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>   Plaintiffs,<br><br>  v.<br><br>RICK PERRY, *et al.*,<br><br>   Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS<br>EDUCATION FUND, *et al.*,<br><br>   Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC<br>COUNTY JUDGES AND COUNTY<br>COMMISSIONERS, *et al.*,<br><br>   Plaintiff-Intervenors,<br><br>  v.<br><br>STATE OF TEXAS, *et al.*,<br><br>   Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

            Plaintiffs,

     v.

NANDITA BERRY, *et al.*,

            Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

            Plaintiffs,

     v.

STATE OF TEXAS, *et al.*,

            Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF CHERYL J. BUTLER

I, Cheryl J. Butler, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.    I am a resident of Cochran County, Texas.

3.    I am employed by Cochran County, where I serve as the Elections Administrator. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Cochran County Election Administrator's office.

4.    My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.    Cochran County does not currently have an operational driver license office.

6.   My office is located at 100 North Main Street, Room 201, Morton, Texas 79346.  It is open Monday through Friday, from 8:00 am to noon.

7.   Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8.   Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9.   To the best of my knowledge, the Cochran County Election Administrator's office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the _30th_ day of April 2014.

Cheryl J. Butler

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>NANDITA BERRY, *et al.*,<br><br>            Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>STATE OF TEXAS, *et al.*,<br><br>            Defendants | Civil Action No. 2:13-cv-348 (NGR) |

## <u>DECLARATION OF MARY GRIM</u>

I, Mary Grim, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I make this declaration based on personal knowledge and am competent to do so.  If called as a witness and placed under oath, I could and would testify thereto.

2.    I am a resident of Coke County, Texas.

3.    I am employed by Coke County, where I serve as the County and District Clerk.  As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Coke County and District Clerk's office.

4.    My office accepts applications for EICs.  Applicants must appear in person to submit their application.

5.    Coke County does not currently have an operational driver license office.

6.      My office is located at 13 E. 7th Street, Robert Lee, Texas 76945.  It is open Monday
through Thursday, from 8:00 am to 5:00 pm, and on Friday from 8:00 am to 1:00 pm.

7.      Between the dates of June 25, 2013, to the present, my office received a total of zero
complete EIC applications.

8.      Between the dates of June 25, 2013, to the present, my office received a total of zero
incomplete or otherwise incorrect EIC applications.

9.      To the best of my knowledge, the Coke County and District Clerk's office does not have
any plans to change its location or hours of operation prior to the November 4, 2014,
general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my
knowledge, information, and belief.


Executed on this the 22nd day of April 2014.


_____

Mary Grim

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-193 (NGR) |
| RICK PERRY, *et al.*, | |
| Defendants. | |
| | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, | |
| Plaintiff-Intervenors, | Civil Action No. 2:13-cv-263 (NGR) |
| TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, | |
| Plaintiff-Intervenors, | |
| v. | |
| STATE OF TEXAS, *et al.*, | |
| Defendants. | |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

                 Plaintiffs,

       v.

NANDITA BERRY, *et al.*,

                  Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

                 Plaintiffs,

       v.

STATE OF TEXAS, *et al.*,

                  Defendants

Civil Action No. 2:13-cv-348 (NGR)

### DECLARATION OF ELISSA SMITH

      I, Elissa Smith, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.      I am a resident of Cottle County, Texas.

3.      I am employed with the Cottle County/District Clerk's office, where I serve as the deputy clerk. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Cottle County/District Clerk's office.

4.      My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.      Cottle County does not currently have an operational driver license office.

6. My office is located at 811 9th Street, Paducah, Texas 79248. It is open Monday through Thursday, from 9:00 am to 5:00 pm.

7. Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8. Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9. To the best of my knowledge, the Cottle County/District Clerk's office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the 28th day of April 2014.

Elissa Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-193 (NGR) |
| RICK PERRY, *et al.*, | |
| Defendants. | |
| | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, | |
| Plaintiff-Intervenors, | Civil Action No. 2:13-cv-263 (NGR) |
| TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, | |
| Plaintiff-Intervenors, | |
| v. | |
| STATE OF TEXAS, *et al.*, | |
| Defendants. | |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

          Plaintiffs,

          v.

NANDITA BERRY, *et al.*,

          Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

          Plaintiffs,

          v.

STATE OF TEXAS, *et al.*,

          Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF MICHELLE MEDLEY

      I, Michelle Medley, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.     I am a resident of Crockett County, Texas.

3.     I am employed by Crockett County, where I serve as the Tax Assessor-Collector. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Crockett County Tax Assessor-Collector's office.

4.     My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.     Crockett County does not currently have an operational driver license office.

6.    My office is located at 909 Avenue D, Ozona, Texas 76943. It is open Monday through
      Thursday, from 8:30 am to noon and from 1:00 pm to 5:00 pm. It is also open on Friday
      from 8:30 am to noon and from 1:00 pm to 4:00 pm.

7.    Between the dates of June 25, 2013, to the present, my office received a total of zero
      complete EIC applications.

8.    Between the dates of June 25, 2013, to the present, my office received a total of zero
      incomplete or otherwise incorrect EIC applications.

9.    To the best of my knowledge, the Crockett County Tax Assessor-Collector's office does
      not have any plans to change its location or hours of operation prior to the November 4,
      2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my
knowledge, information, and belief.


Executed on this the ⎰⎰ day of April 2014.


                                            Michelle Medley
                                            Michelle Medley

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>RICK PERRY, *et al.*,<br><br>            Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS<br>EDUCATION FUND, *et al.*,<br><br>            Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC<br>COUNTY JUDGES AND COUNTY<br>COMMISSIONERS, *et al.*,<br><br>            Plaintiff-Intervenors,<br><br>      v.<br><br>STATE OF TEXAS, *et al.*,<br><br>            Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*,<br><br>        Plaintiffs,<br><br>     v.<br><br>NANDITA BERRY, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*,<br><br>        Plaintiffs,<br><br>     v.<br><br>STATE OF TEXAS, *et al.*,<br><br>        Defendants | Civil Action No. 2:13-cv-348 (NGR) |

## DECLARATION OF HERBERT R. BROOKSHIRE

I, Herbert R. Brookshire, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of Delta County, Texas.

3. I am employed by Delta County, where I serve as the County Judge. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Delta County Judge's office.

4. My office accepts applications for EICs. Applicants must appear in person to submit their application.

5. Delta County does not currently have an operational driver license office.

6.  My office is located at 200 W. Dallas Avenue, Cooper, Texas 75432. It is open Monday through Friday, from 8:00 am to 5:00 pm.

7.  Between the dates of June 25, 2013, to the present, my office received a total of three complete EIC applications.

8.  Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9.  To the best of my knowledge, the Delta County Judge's office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the __31__ day of April 2014.

Herbert R. Brookshire

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

|  |  |
|---|---|
| MARC VEASEY, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>RICK PERRY, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS<br>EDUCATION FUND, *et al.*,<br><br>        Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC<br>COUNTY JUDGES AND COUNTY<br>COMMISSIONERS, *et al.*,<br><br>        Plaintiff-Intervenors,<br><br>v.<br><br>STATE OF TEXAS, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

        v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

        v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF MARIO Z. GARCIA

I, Mario Z. Garcia, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of Dimmit County, Texas.

3. I am employed by Dimmit County, where I serve as the County Clerk. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Dimmit County Clerk's office.

4. My office accepts applications for EICs. Applicants must appear in person to submit their application.

5. Dimmit County does not currently have an operational driver license office.

6.   My office is located at 103 N. 5th Street, Carrizo Springs, Texas 78834. It is open Monday through Friday, from 8:00 am to 4:30 pm.

7.   Between the dates of June 25, 2013, to the present, my office received a total of three complete EIC applications.

8.   Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9.   To the best of my knowledge, the Dimmit County Clerk's office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the _30th_ day of April 2014.

Mario Z. Garcia

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RICK PERRY, *et al.*,<br><br>Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*,<br><br>Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>STATE OF TEXAS, *et al.*,<br><br>Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

          Plaintiffs,

      v.

NANDITA BERRY, *et al.*,

          Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

          Plaintiffs,

      v.

STATE OF TEXAS, *et al.*,

          Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF ANA M. BAZAN

    I, Ana M. Bazan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of Duval County, Texas.

3. I am employed by Duval County, where I serve as the Elections Administrator. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Duval County Elections Administrator's office.

4. My office currently accepts applications for EICs. Applicants must appear in person to submit their application.

5. Duval County does not have an operational driver license office.

6.     My office is located at 400 E. Gravis, 2nd floor, San Diego, Texas 78384. It is open
       Monday through Friday, from 8:00 am to 5:00 pm.

7.     Between the dates of June 25, 2013, to the present, my office received a total of eight
       complete EIC applications, after which a temporary 30 day EIC receipt card was issued.
       Each applicant may have been issued a permanent EIC following final review by the
       Texas Department of Public Safety.

8.     Between the dates of June 25, 2013, to the present, my office received one incomplete or
       otherwise incorrect EIC application.

9.     The Duval County Elections Administrator's office does not currently have plans to
       change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my
knowledge, information, and belief.

Executed on this the 19th day of May 2014.

_____
Ana M. Bazan

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-193 (NGR) |
| RICK PERRY, *et al.*, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, | |
| Plaintiff-Intervenors, | Civil Action No. 2:13-cv-263 (NGR) |
| TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, | |
| Plaintiff-Intervenors, | |
| v. | |
| STATE OF TEXAS, *et al.*, | |
| Defendants. | |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

             Plaintiffs,

        v.

NANDITA BERRY, *et al.*,

             Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

             Plaintiffs,

        v.

STATE OF TEXAS, *et al.*,

             Defendants

Civil Action No. 2:13-cv-348 (NGR)

### DECLARATION OF DAVID ORTIZ

I, David Ortiz, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.     I am a resident of Edwards County, Texas.

3.     I am employed with the Edwards County Sheriff's office, where I serve as a dispatcher and temporary jailer. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Edwards County Sheriff's office.

4.     My office accepts applications for EICs. Applicants must appear in person to submit their application.

5. Edwards County does not currently have an operational driver license office.

6. My office is located at 404 W. Austin Street, Rocksprings, Texas 78880. It is open Monday through Friday, from 8:00 am to 4:00 pm.

7. Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8. Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9. To the best of my knowledge, the Edwards County Sheriff's office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the 5 day of ~~April~~ May 2014.

David Ortiz

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>RICK PERRY, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS<br>EDUCATION FUND, *et al.*,<br><br>    Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC<br>COUNTY JUDGES AND COUNTY<br>COMMISSIONERS, *et al.*,<br><br>    Plaintiff-Intervenors,<br><br>    v.<br><br>STATE OF TEXAS, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

                Plaintiffs,

      v.

NANDITA BERRY, *et al.*,

                Defendants.

Civil Action No. 2:13-cv-291 (NGR)

---

BELINDA ORTIZ, *et al.*,

                Plaintiffs,

      v.

STATE OF TEXAS, *et al.*,

                Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF DINA BELL

I, Dina Bell, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.     I am a resident of Fayette County, Texas.

3.     I am employed by Fayette County, where I serve as the Elections Administrator. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Fayette County Election Administrator's office.

4.     The Fayette County Election Administrator's office first became available to accept and process EIC applications on October 9, 2013. I received the training and equipment for issuing EICs from the Texas Department of Public Safety on that date.

5.   My office currently accepts applications for EICs.  Applicants must appear in person to submit their application.

6.   Fayette County does not have an operational driver license office.

7.   My office is located at 151 N. Washington Street, Room 108, La Grange, Texas 78945. It is open Monday through Friday, from 8:00 am to 5:00 pm.

8.   Between the dates of October 9, 2013, to the present, my office received a total of one complete EIC application.

9.   Between the dates of October 9, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

10.  The Fayette County Election Administrator's office does not currently have plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


Executed on this the _13th_ day of May 2014.


_Dina Bell_

Dina Bell

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-193 (NGR) |
| RICK PERRY, *et al.*, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, | |
| Plaintiff-Intervenors, | Civil Action No. 2:13-cv-263 (NGR) |
| TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, | |
| Plaintiff-Intervenors, | |
| v. | |
| STATE OF TEXAS, *et al.*, | |
| Defendants. | |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

               Plaintiffs,

      v.

NANDITA BERRY, *et al.*,

               Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

               Plaintiffs,

      v.

STATE OF TEXAS, *et al.*,

               Defendants

Civil Action No. 2:13-cv-348 (NGR)

## <u>DECLARATION OF RICKY JONES</u>

I, Ricky Jones, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.     I am a resident of Franklin County, Texas.

3.     I am employed by Franklin County, where I serve as the Sheriff. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Franklin County Sheriff's office.

4.     My office currently accepts applications for EICs. Applicants must appear in person to submit their application.

5.     Franklin County does not have an operational driver license office.

6.      My office is located at 208 Texas Highway 37, Mount Vernon, Texas 75457.  It is open

        Tuesday through Thursday, from 8:00 am to 4:00 pm.

7.      Between the dates of June 25, 2013, to the present, my office received a total of zero

        complete EIC applications.

8.      Between the dates of June 25, 2013, to the present, my office received a total of zero

        incomplete or otherwise incorrect EIC applications.

9.      The Franklin County Sheriff's office is under no obligation to continue accepting

        applications for EICs.

10.     The Franklin County Sheriff's office does not currently have any plans to change its

        location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information, and belief.


Executed on this the  19  day of May 2014.


Ricky Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, *et al.*,

        Plaintiffs,

    v.

RICK PERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-193 (NGR)

UNITED STATES OF AMERICA,

        Plaintiff,

TEXAS LEAGUE OF YOUNG VOTERS
EDUCATION FUND, *et al.*,

        Plaintiff-Intervenors,

TEXAS ASSOCIATION OF HISPANIC
COUNTY JUDGES AND COUNTY
COMMISSIONERS, *et al.*,

        Plaintiff-Intervenors,

    v.

STATE OF TEXAS, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-263 (NGR)

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

    v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

    v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF CARLOS SEGURA

I, Carlos Segura, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of Frio County, Texas.

3. I am employed by Frio County, where I serve as the Elections Administrator.

4. The Frio County Tax Assessor-Collector's office, located at 500 East San Antonio Street, Pearsall, Texas 78061, has received permission from the Texas Department of Public Safety ("DPS") to accept and process Election Identification Certificate applications ("EICs") completed by county residents.

5.   Cindy McCullough and Delia Mendez, two employees of the Frio County Tax Assessor-Collector's office, received training from DPS to accept and process EIC applications.

6.   As of May 5, 2014, the Frio County Tax Assessor-Collector's office never established any dates or times when EIC applications would be made available. The office never published notices to county residents informing them of the availability of EIC applications.

7.   No EIC applications have been issued from or received by the Frio County Tax Assessor-Collector's office.

8.   Based on publicly available information, including discussions in Frio County Commissioners' Court, I am aware that DPS is considering opening a permanent driver license office in the county at 500 East San Antonio, Trailer No. 2, Pearsall, Texas 78061. As of May 5, 2014, DPS has not provided me with the proposed date the office is scheduled to open.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the _15th_ day of May 2014.

Carlos Segura

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

|  |  |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NANDITA BERRY, *et al.*,<br><br>Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF TEXAS, *et al.*,<br><br>Defendants | Civil Action No. 2:13-cv-348 (NGR) |

## DECLARATION OF MICHELLE GARCIA

I, Michelle Garcia, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of Goliad County, Texas.

3. I am employed by Goliad County, where I serve as the Tax Assessor-Collector. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Goliad County Tax Assessor-Collector's office.

4. My office currently accepts applications for EICs. Applicants must appear in person to submit their application.

5. Goliad County does not have an operational driver license office.

6.      My office is located at 329 W. Franklin Street, Goliad, Texas 77963.  It is open Monday

through Friday, from 8:00 am to 5:00 pm.

7.      Between the dates of June 25, 2013, to the present, my office received a total of ~~zero~~ *ONE*

complete EIC applications.

8.      Between the dates of June 25, 2013, to the present, my office received a total of zero

incomplete or otherwise incorrect EIC applications.

9.      The Goliad County Tax Assessor-Collector's office is under no obligation to continue

accepting applications for EICs.

10.     The Goliad County Tax Assessor-Collector's office does not currently have plans to

change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information, and belief.


Executed on this the __*9*__ day of ~~May~~ *June* 2014.


_Michelle Garcia_
Michelle Garcia

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>RICK PERRY, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS<br>EDUCATION FUND, *et al.*,<br><br>    Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC<br>COUNTY JUDGES AND COUNTY<br>COMMISSIONERS, *et al.*,<br><br>    Plaintiff-Intervenors,<br><br>  v.<br><br>STATE OF TEXAS, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

            Plaintiffs,

        v.

NANDITA BERRY, *et al.*,

            Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

            Plaintiffs,

        v.

STATE OF TEXAS, *et al.*,

            Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF REBECCA DUFF

      I, Rebecca Duff, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I make this declaration based on personal knowledge and am competent to do so.  If called as a witness and placed under oath, I could and would testify thereto.

2.      I am a resident of Grimes County, Texas.

3.      I am employed by Grimes County, where I serve as the Voter Registrar and Elections Administrator.  As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Grimes County Elections office.

4.      My office accepts applications for EICs.  Applicants must appear in person to submit their application.

5.   Grimes County does not currently have an operational driver license office.

6.   My office is located at 100 Main Street, Anderson, Texas 77830.  It is open Monday
     through Friday, from 8:00 am to 4:30 pm.

7.   Between the dates of June 25, 2013, to the present, my office received a total of three
     complete EIC applications.

8.   Between the dates of June 25, 2013, to the present, my office received a total of zero
     incomplete or otherwise incorrect EIC applications.

9.   To the best of my knowledge, the Grimes County Elections Office does not have any
     plans to change its location or hours of operation prior to the November 4, 2014, general
     election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my
knowledge, information, and belief.


Executed on this the __28__ day of April 2014.

Rebecca Duff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, *et al.*,

        Plaintiffs,

        v.

RICK PERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-193 (NGR)

UNITED STATES OF AMERICA,

        Plaintiff,

TEXAS LEAGUE OF YOUNG VOTERS
EDUCATION FUND, *et al.*,

        Plaintiff-Intervenors,

TEXAS ASSOCIATION OF HISPANIC
COUNTY JUDGES AND COUNTY
COMMISSIONERS, *et al.*,

Civil Action No. 2:13-cv-263 (NGR)

        Plaintiff-Intervenors,

        v.

STATE OF TEXAS, *et al.*,

        Defendants.

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

      v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

---

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

      v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF TERESA ALTMAN

I, Teresa Altman, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of Hall County, Texas.

3. I am employed by Hall County, where I serve as the Tax Assessor-Collector. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Hall County Tax Assessor-Collector's office.

4. I was appointed Tax Assessor-Collector on January 1, 2014.

5. I have no knowledge of Hall County's practices related to EICs prior to January 1, 2014.

6. My office first became available to accept and process EIC applications sometime before January 1, 2014, but I do not know the specific date. My office possessed equipment necessary to accept and process EIC applications at the time of my appointment.

7. I received training from the Texas Department of Public Safety regarding how to accept and process EIC applications on February 12, 2014.

8. My office currently accepts applications for EICs. Applicants must appear in person to submit their application.

9. Hall County does not have an operational driver license office.

10. My office is located at 512 W. Main Street, Suite 5, Memphis, Texas 79245. It is open Monday through Friday, from 8:30 am to noon, and from 1:00 pm to 5:00 pm.

11. Between the dates of January 1, 2014, to the present, my office received a total of zero complete EIC applications.

12. Between the dates of January 1, 2014, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

13. The Hall County Tax Assessor-Collector's office does not currently have plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the _15th_ day of May 2014.

Teresa Altman

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, *et al.*,

              Plaintiffs,

        v.

RICK PERRY. *et al.*,

              Defendants.

Civil Action No. 2:13-cv-193 (NGR)

UNITED STATES OF AMERICA,

              Plaintiff,

TEXAS LEAGUE OF YOUNG VOTERS
EDUCATION FUND, *et al.*,

              Plaintiff-Intervenors,

TEXAS ASSOCIATION OF HISPANIC
COUNTY JUDGES AND COUNTY
COMMISSIONERS, *et al.*,

              Plaintiff-Intervenors,

        v.

STATE OF TEXAS, *et al.*.

              Defendants.

Civil Action No. 2:13-cv-263 (NGR)

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

              Plaintiffs,

        v.

NANDITA BERRY, *et al.*,

            Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

            Plaintiffs,

        v.

STATE OF TEXAS, *et al.*,

            Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF LINDA CUMMINGS

I, Linda Cummings, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of Hansford County, Texas.

3. I am employed by Hansford County, where I serve as the Tax Assessor-Collector. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Hansford County Tax Assessor-Collector's office.

4. My office accepts applications for EICs. Applicants must appear in person to submit their application.

5. Hansford County does not currently have an operational driver license office.

6.   My office is located at 14 Northwest Court, Spearman, Texas 79081.  It is open Monday through Friday, from 8:00 am to 4:45 pm; the office receives EIC applications between 8:00 am and noon.

7.   Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8.   Between the dates of June 25, 2013, to the present, my office received a total of eight incomplete or otherwise incorrect EIC applications.

9.   To the best of my knowledge, the Hansford County Tax Assessor-Collector's office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the _29_ day of April 2014.

Linda Cummings

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, *et al.*,

        Plaintiffs,

        v.

RICK PERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-193 (NGR)

UNITED STATES OF AMERICA,

        Plaintiff,

TEXAS LEAGUE OF YOUNG VOTERS
EDUCATION FUND, *et al.*,

        Plaintiff-Intervenors,

TEXAS ASSOCIATION OF HISPANIC
COUNTY JUDGES AND COUNTY
COMMISSIONERS, *et al.*,

        Plaintiff-Intervenors,

        v.

STATE OF TEXAS, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-263 (NGR)

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

    v.

NANDITA BERRY, *et al.*,

        Defendants.

        Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

    v.

STATE OF TEXAS, *et al.*,

        Defendants

        Civil Action No. 2:13-cv-348 (NGR)

## <u>DECLARATION OF JOYCE GRAY</u>

    I, Joyce Gray, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.    I am a resident of Irion County, Texas.

3.    I am employed by Irion County, where I serve as the Tax Assessor-Collector. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Irion County Tax Assessor-Collector's office.

4.    My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.    Irion County does not currently have an operational driver license office.

6. My office is located at 209 N. Parkview, Mertzon, Texas 76941. It is open Monday through Friday, from 8:00 am to noon, and from 1:15 pm to 5:00 pm.

7. Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8. Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9. To the best of my knowledge, the Irion County Tax Assessor-Collector's office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the _5th_ day of _May_ 2014.

_Joyce Gray_
Joyce Gray

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, *et al.*,

        Plaintiffs,

        v.

RICK PERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-193 (NGR)

UNITED STATES OF AMERICA,

        Plaintiff,

TEXAS LEAGUE OF YOUNG VOTERS
EDUCATION FUND, *et al.*,

        Plaintiff-Intervenors,

TEXAS ASSOCIATION OF HISPANIC
COUNTY JUDGES AND COUNTY
COMMISSIONERS, *et al.*,

        Plaintiff-Intervenors,

        v.

STATE OF TEXAS, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-263 (NGR)

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.,*

           Plaintiffs,

     v.

NANDITA BERRY, *et al.,*

          Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.,*

          Plaintiffs,

     v.

STATE OF TEXAS, *et al.,*

          Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF BARBARA WILLIAMS

I, Barbara Williams, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.    I am a resident of Jackson County, Texas.

3.    I am employed by Jackson County, where I serve as the County Clerk. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Jackson County Clerk's office.

4.    My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.    Jackson County does not currently have an operational driver license office.

6.   My office is located at 115 West Main Street Room 101, Edna, Texas 77957.  It is open Monday through Friday, from 8:00 am to 5:00 pm.

7.   Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8.   Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9.   To the best of my knowledge, the Jackson County Clerk's office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the _2 2_ day of April 2014.

Barbara Williams

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, *et al.*,

               Plaintiffs,

     v.

RICK PERRY, *et al.*,

               Defendants.

Civil Action No. 2:13-cv-193 (NGR)

UNITED STATES OF AMERICA,

               Plaintiff,

TEXAS LEAGUE OF YOUNG VOTERS
EDUCATION FUND, *et al.*,

               Plaintiff-Intervenors,

TEXAS ASSOCIATION OF HISPANIC
COUNTY JUDGES AND COUNTY
COMMISSIONERS, *et al.*,

               Plaintiff-Intervenors,

     v.

STATE OF TEXAS, *et al.*,

               Defendants.

Civil Action No. 2:13-cv-263 (NGR)

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

             Plaintiffs,

      v.

NANDITA BERRY, *et al.*,

             Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

             Plaintiffs,

      v.

STATE OF TEXAS, *et al.*,

             Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF NORMA L. HINOJOSA

I, Norma L. Hinojosa, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of Jim Hogg County, Texas.

3. I am employed by Jim Hogg County, where I serve as the Tax Assessor-Collector. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Jim Hogg County Tax Assessor-Collector's office.

4. My office accepts applications for EICs. Applicants must appear in person to submit their application.

5. Jim Hogg County does not currently have an operational driver license office.

6.   My office is located at 205 E. Tilley, Hebbronville, Texas 78361.  It is open Monday through Friday, from 9:00 am to noon, and 1:00 pm to 5:00 pm.

7.   Between the dates of June 25, 2013, to the present, my office received a total of seven complete EIC applications.

8.   Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9.   To the best of my knowledge, the Jim Hogg County Tax Assessor-Collector's office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


Executed on this the _25th_ day of April 2014.


Norma L. Hinojosa

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RICK PERRY, *et al.*,<br><br>Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*,<br><br>Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>STATE OF TEXAS, *et al.*,<br><br>Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

                  Plaintiffs,

      v.

NANDITA BERRY, *et al.*,

             Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

             Plaintiffs,

      v.

STATE OF TEXAS, *et al.*,

             Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF KAREN L. OPIELA

I, Karen L. Opiela, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I make this declaration based on personal knowledge and am competent to do so.  If called as a witness and placed under oath, I could and would testify thereto.

2.    I am a resident of Wilson County, Texas.

3.    I am employed with the Karnes County Elections Office, where I serve as the Elections Administrator.  As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Karnes County Elections Office.

4.    My office accepts applications for EICs.  Applicants must appear in person to submit their application.

5.   Karnes County does not currently have an operational driver license office.

6.   My office is located at 210 W. Calvert Street, Suite 140, Karnes City, Texas 78118.  It is open Monday through Thursday, from 9:00 am to 4:00 pm, and on Friday from 9:00 am to noon.

7.   Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8.   Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9.   To the best of my knowledge, the Karnes County Elections Office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


Executed on this the _2 2nd_ day of April 2014.

Karen L. Opiela



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br>         Plaintiffs, <br><br>     v. <br><br> RICK PERRY, *et al.*, <br><br>         Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br>         Plaintiff, <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br>         Plaintiff-Intervenors, <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br>         Plaintiff-Intervenors, <br><br>     v. <br><br> STATE OF TEXAS, *et al.*, <br><br>         Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

> Plaintiffs,

v.

NANDITA BERRY, *et al.*,

> Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

> Plaintiffs,

v.

STATE OF TEXAS, *et al.*,

> Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF WILLIAM D. SCOGIN

I, William D. Scogin, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of Kent County, Texas.

3. I am employed by Kent County, where I serve as the Sheriff and Tax Assessor-Collector. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Kent County Sheriff and Tax Assessor-Collector's office.

4. My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.      Kent County does not currently have an operational driver license office.

6.      My office is located at 227 S. Main, Jayton, Texas 79528.  It is open Monday through Friday, from 8:00 am to 5:00 pm.

7.      Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8.      Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9.      To the best of my knowledge, the Kent County Sheriff and Tax Assessor-Collector's office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


Executed on this the 21ST day of April 2014.


William D. Scogin

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, *et al.*,

        Plaintiffs,

    v.

RICK PERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-193 (NGR)

UNITED STATES OF AMERICA,

        Plaintiff,

TEXAS LEAGUE OF YOUNG VOTERS
EDUCATION FUND, *et al.*,

        Plaintiff-Intervenors,

TEXAS ASSOCIATION OF HISPANIC
COUNTY JUDGES AND COUNTY
COMMISSIONERS, *et al.*,

        Plaintiff-Intervenors,

    v.

STATE OF TEXAS, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-263 (NGR)

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

    v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

    v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF JAMMYE D. TIMMONS

I, Jammye D. Timmons, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of King County, Texas.

3. I am employed with King County, where I serve as the County Clerk. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the King County Clerk.

4. My office accepts applications for EICs. Applicants must appear in person to submit their application.

5. King County does not currently have an operational driver license office.

6.   My office is located at the County Courthouse, 800 S. Baker St., Guthrie, Texas 79236.
     It is open Monday through Friday, from 9:00 am to noon, and 1:00 pm to 5:00 pm.

7.   Between the dates of June 25, 2013, to the present, my office received a total of zero
     complete EIC applications.

8.   Between the dates of June 25, 2013, to the present, my office received a total of zero
     incomplete or otherwise incorrect EIC applications.

9.   To the best of my knowledge, the King County Clerk's office does not have any plans to
     change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information, and belief.


Executed on this the ⎽17th⎽ day of April 2014.


                                             *Jammye D. Timmons*
                                             Jammye D. Timmons

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, *et al.*,

               Plaintiffs,

       v.

RICK PERRY, *et al.*,

               Defendants.

Civil Action No. 2:13-cv-193 (NGR)

UNITED STATES OF AMERICA,

               Plaintiff,

TEXAS LEAGUE OF YOUNG VOTERS
EDUCATION FUND, *et al.*,

               Plaintiff-Intervenors,

TEXAS ASSOCIATION OF HISPANIC
COUNTY JUDGES AND COUNTY
COMMISSIONERS, *et al.*,

               Plaintiff-Intervenors,

       v.

STATE OF TEXAS, *et al.*,

               Defendants.

Civil Action No. 2:13-cv-263 (NGR)

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

     v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

     v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF MARGARITA A. ESQUEDA

I, Margarita A. Esqueda, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of La Salle County, Texas.

3. I am employed by La Salle County, where I serve as the County and District Clerk. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the County and District Clerk's office, along with Dora A. Gonzalez, the La Salle County Tax Assessor.

4. My office currently accepts applications for EICs. Applicants must appear in person to submit their application.

5.   La Salle County does not have an operational driver license office.

6.   My office is located at 101 Courthouse Square, Cotulla, Texas 78014.  My office can issue EICs on two Tuesdays within 30 days of each election, from 9:00 am to noon and from 1:00 pm to 3:00 pm.  Our office also plans to issue EICs from the Encinal Veterans Hall, located on 105 Bonanza Street, Encinal, Texas 78019, on two Thursdays within 30 days of each election, from 10:00 am to 2:00 pm.

7.   Between the dates of June 25, 2013, to the present, my office received a total of two complete EIC applications.

8.   Between the dates of June 25, 2013, to the present, my office received a total of one incomplete or otherwise incorrect EIC application.

9.   The La Salle County and District Clerk's office does not currently have plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the _7th_ day of May 2014.

Margarita A. Esqueda
La Salle County & District Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-193 (NGR) |
| RICK PERRY, *et al.*, | |
| Defendants. | |
| | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, | |
| Plaintiff-Intervenors, | Civil Action No. 2:13-cv-263 (NGR) |
| TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, | |
| Plaintiff-Intervenors, | |
| v. | |
| STATE OF TEXAS, *et al.*, | |
| Defendants. | |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

      Plaintiffs,

    v.

NANDITA BERRY, *et al.*,

      Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

      Plaintiffs,

    v.

STATE OF TEXAS, *et al.*,

      Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF KATHY FRY

I, Kathy Fry, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.    I am a resident of Lipscomb County, Texas.

3.    I am employed with the Lipscomb County Tax Office, where I serve as the Tax Assessor-Collector. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Lipscomb County Tax Office.

4.    My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.    Lipscomb County does not currently have an operational driver license office.

6. My office is located at 101 S. Main Ave., Lipscomb, Texas 79056. It is open Monday through Friday, from 8:30 am to 5:00 pm.

7. Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8. Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9. To the best of my knowledge, the Lipscomb County Tax Office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the _15_ day of April 2014.

Kathy Fry

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-193 (NGR) |
| RICK PERRY, *et al.*, | |
| Defendants. | |
| | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, | |
| Plaintiff-Intervenors, | Civil Action No. 2:13-cv-263 (NGR) |
| TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, | |
| Plaintiff-Intervenors, | |
| v. | |
| STATE OF TEXAS, *et al.*, | |
| Defendants. | |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

    v.

NANDITA BERRY, *et al.*,

        Defendants.

        Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

    v.

STATE OF TEXAS, *et al.*,

        Defendants

        Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF TINA POWERS

    I, Tina Powers, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.    I am a resident of Loving County, Texas.

3.    I am employed by the Loving County Sheriff's Office, where I serve as an administrative assistant. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Loving County Sheriff's Office.

4.    My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.    Loving County does not currently have an operational driver license office.

6.     My office is located at 114 West Collins Avenue, Mentone, Texas 79754. It is open Monday through Friday, from 8:00 am to noon, and 1:00 pm to 4:00 pm.

7.     Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8.     Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9.     To the best of my knowledge, the Loving County Sheriff's Office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the 22nd day of April 2014.

Tina Powers

CIVIL RIGHTS DIVISION
VOTING SECTION

2014 APR 30 PM 3: 15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>   Plaintiffs,<br><br> v.<br><br>RICK PERRY, *et al.*,<br><br>   Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS<br>EDUCATION FUND, *et al.*,<br><br>   Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC<br>COUNTY JUDGES AND COUNTY<br>COMMISSIONERS, *et al.*,<br><br>   Plaintiff-Intervenors,<br><br> v.<br><br>STATE OF TEXAS, *et al.*,<br><br>   Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NANDITA BERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants | Civil Action No. 2:13-cv-348 (NGR) |

## DECLARATION OF DONNA WILLIS

I, Donna Willis, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.  I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.  I am a resident of Lynn County, Texas.

3.  I am employed by Lynn County, where I serve as the Tax Assessor-Collector. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Lynn County Tax Office.

4.  My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.  Lynn County does not currently have an operational driver license office.

6. My office is located at 1521 Avenue J, Tahoka, Texas 79373. It is open Monday through Friday, from 8:30 am to noon, and 1:00 pm to 5:00 pm.

7. Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8. Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9. To the best of my knowledge, the Lynn County Tax Office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the _30th_ day of April 2014.

Donna Willis
Donna Willis

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-193 (NGR) |
| RICK PERRY, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, | |
| Plaintiff-Intervenors, | Civil Action No. 2:13-cv-263 (NGR) |
| TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, | |
| Plaintiff-Intervenors, | |
| v. | |
| STATE OF TEXAS, *et al.*, | |
| Defendants. | |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

    v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

    v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF EARL C. PARKER, JR.

I, Earl C. Parker, Jr., pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I make this declaration based on personal knowledge and am competent to do so.  If called as a witness and placed under oath, I could and would testify thereto.

2.    I am a resident of Madison County, Texas.

3.    I am employed by Madison County, where I serve as the Elections Administrator.  As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Madison County Elections Office.

4.    My office accepts applications for EICs.  Applicants must appear in person to submit their application.

5.    Madison County does not currently have an operational driver license office.

6.  My office is located at 101 West Main Street, Room 121, Madisonville, Texas 77864.  It is open Monday through Friday, from 8:00 am to 4:30 pm.

7.  Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8.  Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9.  To the best of my knowledge, the Madison County Elections Office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the _21_ day of April 2014.

Earl C. Parker, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>   Plaintiffs,<br><br>  v.<br><br>RICK PERRY, *et al.*,<br><br>   Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS<br>EDUCATION FUND, *et al.*,<br><br>   Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC<br>COUNTY JUDGES AND COUNTY<br>COMMISSIONERS, *et al.*,<br><br>   Plaintiff-Intervenors,<br><br>  v.<br><br>STATE OF TEXAS, *et al.*,<br><br>   Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

<table>
<tr><td>

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

    v.

NANDITA BERRY, *et al.*,

        Defendants.

</td><td>

Civil Action No. 2:13-cv-291 (NGR)

</td></tr>
<tr><td>

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

    v.

STATE OF TEXAS, *et al.*,

        Defendants

</td><td>

Civil Action No. 2:13-cv-348 (NGR)

</td></tr>
</table>

## DECLARATION OF KAREN G. JONES

I, Karen G. Jones, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of Marion County, Texas.

3. I am employed with the Marion County Tax Office, where I serve as the Tax Assessor-Collector. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Marion County Tax Office.

4. My office accepts applications for EICs. Applicants must appear in person to submit their application.

5. Marion County does not currently have an operational driver license office.

6.    My office is located at 114 W. Austin St., Room 100, Jefferson, Texas 75657.  It is open

      Monday through Friday, from 8:00 am to 5:00 pm.

7.    Between the dates of June 25, 2013, to the present, my office received a total of zero

      complete EIC applications.

8.    Between the dates of June 25, 2013, to the present, my office received a total of zero

      incomplete or otherwise incorrect EIC applications.

9.    To the best of my knowledge, the Marion County Tax Office does not currently have any

      plans to change its location or hours of operation prior to the November 4, 2014, general

      election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information, and belief.


Executed on this the _____ day of April 2014.


                                                    _____
                                                    Karen G. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, *et al.*,

              Plaintiffs,

     v.

RICK PERRY, *et al.*,

              Defendants.

Civil Action No. 2:13-cv-193 (NGR)

UNITED STATES OF AMERICA,

              Plaintiff,

TEXAS LEAGUE OF YOUNG VOTERS
EDUCATION FUND, *et al.*,

              Plaintiff-Intervenors,

TEXAS ASSOCIATION OF HISPANIC
COUNTY JUDGES AND COUNTY
COMMISSIONERS, *et al.*,

              Plaintiff-Intervenors,

     v.

STATE OF TEXAS, *et al.*,

              Defendants.

Civil Action No. 2:13-cv-263 (NGR)

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

                    Plaintiffs,

          v.                                            Civil Action No. 2:13-cv-291 (NGR)

NANDITA BERRY, *et al.*,

                    Defendants.

---

BELINDA ORTIZ, *et al.*,

                    Plaintiffs,

          v.                                            Civil Action No. 2:13-cv-348 (NGR)

STATE OF TEXAS, *et al.*,

                    Defendants

## DECLARATION OF MATTIE SADOVSKY

I, Mattie Sadovsky, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I make this declaration based on personal knowledge and am competent to do so.  If
      called as a witness and placed under oath, I could and would testify thereto.

2.    I am a resident of McMullen County, Texas.

3.    I am employed by McMullen County, where I serve as a deputy clerk and elections
      administrator.  As part of my responsibilities, I accept and process applications for
      election identification certificates ("EIC") received by the McMullen County Clerk's
      office.

4.    My office accepts applications for EICs.  Applicants must appear in person to submit
      their application.

5.      McMullen County does not currently have an operational driver license office.

6.      My office is located at 501 River Street, Tilden, Texas 78072.  It is open Monday through

Friday, from 8:00 am to 4:00 pm.

7.      Between the dates of June 25, 2013, to the present, my office received a total of zero

complete EIC applications.

8.      Between the dates of June 25, 2013, to the present, my office received a total of zero

incomplete or otherwise incorrect EIC applications.

9.      To the best of my knowledge, the McMullen County Clerk's office does not have any

plans to change its location or hours of operation prior to the November 4, 2014, general

election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information, and belief.


Executed on this the 24 day of April 2014.


Mattie Sadovsky

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>   Plaintiffs,<br><br>  v.<br><br>RICK PERRY, *et al.*,<br><br>   Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS<br>EDUCATION FUND, *et al.*,<br><br>   Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC<br>COUNTY JUDGES AND COUNTY<br>COMMISSIONERS, *et al.*,<br><br>   Plaintiff-Intervenors,<br><br>  v.<br><br>STATE OF TEXAS, *et al.*,<br><br>   Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

        v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

        v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF TIMOTHY R. POWELL

I, Timothy R. Powell, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of Menard County, Texas.

3. I am employed by Menard County, where I serve as the Tax Assessor-Collector. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Menard County Tax Assessor-Collector's office.

4. My office accepts applications for EICs. Applicants must appear in person to submit their application.

5. Menard County does not currently have an operational driver license office.

6.    My office is located at 206 E. San Saba Avenue, Menard, Texas 76859. It is open

     Monday through Thursday, from 8:00 am to noon and from 1:00 pm to 5:00 pm, and on

     Friday from 8:00 am to noon and from 1:00 pm to 4:00 pm.

7.    Between the dates of June 25, 2013, to the present, my office received a total of zero

     complete EIC applications.

8.    Between the dates of June 25, 2013, to the present, my office received a total of zero

     incomplete or otherwise incorrect EIC applications.

9.    To the best of my knowledge, the Menard County Tax Assessor-Collector's office does

     not have any plans to change its location or hours of operation prior to the November 4,

     2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information, and belief.


Executed on this the ⟋⟋ day of April 2014.

                                                    _____
                                                    Timothy R. Powell

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>   Plaintiffs,<br><br>  v.<br><br>RICK PERRY, *et al.*,<br><br>   Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS<br>EDUCATION FUND, *et al.*,<br><br>   Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC<br>COUNTY JUDGES AND COUNTY<br>COMMISSIONERS, *et al.*,<br><br>   Plaintiff-Intervenors,<br><br>  v.<br><br>STATE OF TEXAS, *et al.*,<br><br>   Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

          Plaintiffs,

      v.

NANDITA BERRY, *et al.*,

          Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

          Plaintiffs,

      v.

STATE OF TEXAS, *et al.*,

          Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF MELISSA BURKS

I, Melissa Burks, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.    I am a resident of Newton County, Texas.

3.    I am employed by Newton County, where I serve as the Tax Assessor-Collector. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Newton County Tax Assessor-Collector's office.

4.    My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.    Newton County does not currently have an operational driver license office.

6.  My office is located at 113 Court Street, Newton, Texas 75966.  It is open on both

    Tuesday and Thursday, from 9:00 am to 3:00 pm.

7.  Between the dates of June 25, 2013, to the present, my office received a total of zero

    complete EIC applications.

8.  Between the dates of June 25, 2013, to the present, my office received a total of zero

    incomplete or otherwise incorrect EIC applications.

9.  To the best of my knowledge, the Newton County Tax Assessor-Collector's office does

    not have any plans to change its location or hours of operation prior to the November 4,

    2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information, and belief.


Executed on this the 28th day of April 2014.


Melissa Burks

FROM :                               FAX NO. :8062672838              May. 19 2014 04:45PM P2

|  |  |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*,<br><br>      Plaintiffs,<br><br>    v.<br><br>NANDITA BERRY, *et al.*,<br><br>      Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*,<br><br>      Plaintiffs,<br><br>    v.<br><br>STATE OF TEXAS, *et al.*,<br><br>      Defendants | Civil Action No. 2:13-cv-348 (NGR) |

## DECLARATION OF COURTNEY BENNETT

I, Courtney Bennett, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.  I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.  I am a resident of Oldham County, Texas.

3.  I am employed by Oldham County, where I serve as the court clerk for the Justice of the Peace. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the office of the Justice of the Peace.

4.  My office currently accepts applications for EICs. Applicants must appear in person to submit their application.

5.  Oldham County does not have an operational driver license office.

FROM :                                    FAX NO. :8062672838                    May. 19 2014 04:46PM P3

6.     My office is located at 100 S. Main Street, Vega, Texas 79092.  It is open Monday

through Friday, from 9:00 am to noon, and 1:00 pm to 5:00 pm.

7.     Between the dates of June 25, 2013, to the present, my office received a total of zero

complete EIC applications.

8.     Between the dates of June 25, 2013, to the present, my office received a total of zero

incomplete or otherwise incorrect EIC applications.

9.     The Oldham County Justice of the Peace office is under no obligation to continue

accepting applications for EICs.

10.    The Oldham County Justice of the Peace office does not currently have any plans to

change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information, and belief.


Executed on this the _____ day of May 2014.


Courtney Bennett

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>RICK PERRY, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS<br>EDUCATION FUND, *et al.*,<br><br>        Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC<br>COUNTY JUDGES AND COUNTY<br>COMMISSIONERS, *et al.*,<br><br>        Plaintiff-Intervenors,<br><br>        v.<br><br>STATE OF TEXAS, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

      v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

      v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF TRUDY HANCOCK

I, Trudy Hancock, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.    I am a resident of Robertson County, Texas.

3.    I am employed by Robertson County, where I serve as the Elections Administrator. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Robertson County Elections Department.

4.    My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.    Robertson County does not currently have an operational driver license office.

6.   My office is located at 302 North Main, Franklin, Texas 77856. It is open Monday through Friday, from 8:00 am to noon, and from 1:00 pm to 5:00 pm. My office also made EICs available at the Precinct 4 Justice of the Peace office located at 113 Jack Street, Bremond, Texas 76629, on January 21, 2014, from 9:00 am to 4:00 pm; at the fire station located on 600 Railroad Street, Calvert, Texas 77837, on January 22, 2014, from 9:00 am to 4:00 pm; and at the former DPS office located on 306 West 3rd Street, Hearne, Texas, 77859, on January 23, 2014, from 9:00 am to 4:00 pm.

7.   Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8.   Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9.   To the best of my knowledge, the Robertson County Elections Department does not have any plans to change its hours of operation prior to the November 4, 2014, general election. The elections department currently has plans to move to a new location in or around July 2014; however, the future site for the office has not yet been determined.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the 5th day of May 2014.

Trudy Hancock

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br>    Plaintiffs, <br><br>   v. <br><br>RICK PERRY, *et al.*, <br><br>    Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br>    Plaintiff, <br><br>TEXAS LEAGUE OF YOUNG VOTERS <br>EDUCATION FUND, *et al.*, <br><br>    Plaintiff-Intervenors, <br><br>TEXAS ASSOCIATION OF HISPANIC <br>COUNTY JUDGES AND COUNTY <br>COMMISSIONERS, *et al.*, <br><br>    Plaintiff-Intervenors, <br><br>   v. <br><br>STATE OF TEXAS, *et al.*, <br><br>    Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

|  |  |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NANDITA BERRY, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 2:13-cv-291 (NGR) |
| BELINDA ORTIZ, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>STATE OF TEXAS, *et al.*, .<br><br>　　　　　Defendants | Civil Action No. 2:13-cv-348 (NGR) |

## DECLARATION OF DEBORAH WOODS

I, Deborah Woods, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of San Augustine County, Texas.

3. I am employed with the San Augustine County Election Administrator's Office, where I serve as the Elections Administrator. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the San Augustine County Election Administrator's Office.

4. My office currently accepts applications for EICs. Applicants must appear in person to submit their application.

5. San Augustine County does not have an operational driver license office.

6. My office is located at 225 N. Harrison, San Augustine, Texas 75972. Starting 45 days before any federal election and ending 45 days after that election, my office is open Monday through Friday, ~~from 8:00 am to 4:00 pm.~~ a minimum of 4 hours (dw) Currently, it is open on Monday, Wednesday, and Friday from 8:00 am to 3:00 pm.

7. Between the dates of June 25, 2013, to the present, my office received a total of one complete EIC application.

8. Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9. The San Augustine County Election Administrator's Office is under no obligation to continue accepting applications for EICs.

10. The San Augustine County Election Administrator's Office does not currently have plans to change its location prior to the November 4, 2014, general election. The office's hours of operation will change as described in paragraph 6, above.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the 9th day of May 2014.

Deborah Woods
Deborah Woods

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>RICK PERRY, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS<br>EDUCATION FUND, *et al.*,<br><br>    Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC<br>COUNTY JUDGES AND COUNTY<br>COMMISSIONERS, *et al.*,<br><br>    Plaintiff-Intervenors,<br><br>    v.<br><br>STATE OF TEXAS, *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

    Plaintiffs,

    v.

NANDITA BERRY, *et al.*,

    Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

    Plaintiffs,

    v.

STATE OF TEXAS, *et al.*,

    Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF SHERRYL EVANS

   I, Sherryl Evans, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so.  If
  called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of San Jacinto County, Texas.

3. I am employed by San Jacinto County, where I serve as the Elections Administrator.  As
  part of my responsibilities, I accept and process applications for election identification
  certificates ("EICs") received by the San Jacinto County Elections Office.

4. My office first became available to accept and process EIC applications on October 23,
  2013, when the Interlocal Cooperation Contract with the Texas Department of Public
  Safety was signed.

5.     My office currently accepts applications for EICs. Applicants must appear in person to submit their application.

6.     San Jacinto County does not have an operational driver license office.

7.     My office is located at 51 East Pine Avenue, Coldspring, Texas 77331. It is open Monday through Friday, from 8:00 am to 4:30 pm.

8.     Between the dates of October 23, 2013, to the present, my office received a total of one complete EIC application.

9.     Between the dates of October 23, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

10.    The San Jacinto County Elections Office is under no obligation to continue accepting applications for EICs.

11.    The San Jacinto County Elections Office does not currently have plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the _14_ day of May 2014.

Sherryl Evans

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, *et al.*,

        Plaintiffs,

      v.

RICK PERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-193 (NGR)

UNITED STATES OF AMERICA,

        Plaintiff,

TEXAS LEAGUE OF YOUNG VOTERS
EDUCATION FUND, *et al.*,

        Plaintiff-Intervenors,

TEXAS ASSOCIATION OF HISPANIC
COUNTY JUDGES AND COUNTY
COMMISSIONERS, *et al.*,

        Plaintiff-Intervenors,

      v.

STATE OF TEXAS, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-263 (NGR)

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

     Plaintiffs,

  v.

NANDITA BERRY, *et al.*,

     Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

     Plaintiffs,

  v.

STATE OF TEXAS, *et al.*,

     Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF BRENDA MAYFIELD

I, Brenda Mayfield, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of Schleicher County, Texas.

3. I am employed with the Schleicher County Election Administration Office, where I serve as the Elections Administrator. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Schleicher County Election Administration Office.

4. My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.      Schleicher County does not currently have an operational driver license office.

6.      My office is located at 1 North Cottonwood Street, Eldorado, Texas 79636. It is open Monday through Friday, from 9:00 am to noon, and from 1:00 pm to 5:00 pm.

7.      Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8.      Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9.      To the best of my knowledge, the Schleicher County Election Administration Office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


Executed on this the _23_ day of April 2014.



Brenda Mayfield

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

      v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

      v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF GAYALA ASKEW

I, Gayala Askew, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of Shackelford County, Texas.

3. I am employed with the Shackelford County Sheriff and Tax Assessor-Collector's office, where I serve as the chief deputy. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Shackelford County Sheriff and Tax Assessor-Collector's office.

4. My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.   Shackelford County does not currently have an operational driver license office.

6.   My office is located at 225 South Main, Albany, Texas 76430.  It is open Monday through Friday, from 8:30 am to noon, and from 1:00 pm to 5:00 pm.

7.   Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8.   Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9.   To the best of my knowledge, the Shackelford County Sheriff and Tax Assessor-Collector's office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the  21  day of April 2014.

Gayala Askew

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

    v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

    v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF VALERIE MCALISTER

I, Valerie McAlister, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.     I am a resident of Sherman County, Texas.

3.     I am employed by Sherman County, where I serve as the County Tax Assessor-Collector. As part of my responsibilities, I accept and process applications for election identification certificates ("EIC") received by the Sherman County Tax Assessor-Collector's office.

4.     My office accepts applications for EICs. Applicants must appear in person to submit their application.

5.     Sherman County does not currently have an operational driver license office.

6. My office is located at 701 North 3rd Street, Stratford, Texas 79084. It is open Monday through Friday, from 8:00 am to noon, and from 1:00 pm to 5:00 pm.

7. Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8. Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9. To the best of my knowledge, the Sherman County Tax Assessor-Collector's office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the 28th day of April 2014.

Valerie McAlister

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>RICK PERRY, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS<br>EDUCATION FUND, *et al.*,<br><br>        Plaintiff-Intervenors.<br><br>TEXAS ASSOCIATION OF HISPANIC<br>COUNTY JUDGES AND COUNTY<br>COMMISSIONERS, *et al.*,<br><br>        Plaintiff-Intervenors,<br><br>        v.<br><br>STATE OF TEXAS, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

                Plaintiffs,

        v.

NANDITA BERRY, *et al.*,

                Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

                Plaintiffs,

        v.

STATE OF TEXAS, *et al.*,

                Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF CATHY THOMAS

I, Cathy Thomas, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I make this declaration based on personal knowledge and am competent to do so.  If called as a witness and placed under oath, I could and would testify thereto.

2.    I am a resident of Somervell County, Texas.

3.    I am employed by Somervell County, where I serve as the Elections Administrator.  As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Somervell County Elections Administrator's office.

4.    My office currently accepts applications for EICs.  Applicants must appear in person to submit their application.

5.    Somervell County does not have an operational driver license office.

6.  My office is located at 107 N.E. Vernon, Glen Rose, Texas 76043. It is open Monday through Friday, from 8:00 am to 5:00 pm.

7.  Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8.  Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9.  The Somervell County Elections Administrator's office is under no obligation to continue accepting applications for EICs.

10. The Somervell County Elections Administrator's office does not currently have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the $\underline{1^{th}}$ day of May 2014.

Cathy Thomas

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>RICK PERRY, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*,<br><br>        Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.*,<br><br>        Plaintiff-Intervenors,<br><br>        v.<br><br>STATE OF TEXAS, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

    v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

    v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF CLINT MCDONALD

I, Clint McDonald, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I make this declaration based on personal knowledge and am competent to do so.  If called as a witness and placed under oath, I could and would testify thereto.

2.    I am a resident of Terrell County, Texas.

3.    I am employed by Terrell County, where I serve as the Sheriff and Tax Assessor-Collector.  As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Terrell County Sheriff and Tax Assessor-Collector's office.

4.    My office currently accepts applications for EICs.  Applicants must appear in person to submit their application.

5.   Terrell County does not have an operational driver license office.

6.   My office is located at 105 East Hackberry, Sanderson, Texas 79848.  It is open Monday
     through Friday, from 8:00 am to noon, and from 1:00 pm to 5:00 pm.

7.   Between the dates of June 25, 2013, to the present, my office received a total of zero
     complete EIC applications.

8.   Between the dates of June 25, 2013, to the present, my office received a total of zero
     incomplete or otherwise incorrect EIC applications.

9.   The Terrell County Sheriff and Tax Assessor-Collector's office is under no obligation to
     continue accepting applications for EICs.

10.  The Terrell County Sheriff and Tax Assessor-Collector's office does not currently have
     any plans to change its location or hours of operation prior to the November 4, 2014,
     general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my
knowledge, information, and belief.


Executed on this the  3 D  day of May 2014.


                                                    Clint McDonald

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, *et al.*,

    Plaintiffs,

   v.          Civil Action No. 2:13-cv-193 (NGR)

RICK PERRY, *et al.*,

    Defendants.

UNITED STATES OF AMERICA,

    Plaintiff,

TEXAS LEAGUE OF YOUNG VOTERS
EDUCATION FUND, *et al.*,

    Plaintiff-Intervenors,    Civil Action No. 2:13-cv-263 (NGR)

TEXAS ASSOCIATION OF HISPANIC
COUNTY JUDGES AND COUNTY
COMMISSIONERS, *et al.*,

    Plaintiff-Intervenors,

   v.

STATE OF TEXAS, *et al.*,

    Defendants.

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

        Plaintiffs,

    v.

NANDITA BERRY, *et al.*,

        Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

        Plaintiffs,

    v.

STATE OF TEXAS, *et al.*,

        Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF DIANNA MOORE

I, Dianna Moore, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.   I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2.   I am a resident of Throckmorton County, Texas.

3.   I am employed by Throckmorton County, where I serve as the County/District Clerk. On April 28, 2014, I accepted responsibility for processing applications for election identification certificates ("EICs") received by the Throckmorton County/District Clerk's office.

4. I have not received any training from the Texas Department of Public Safety ("DPS") on how to accept and process EIC applications. Also, as of today, my training with DPS has not been scheduled.

5. Prior to April 28, 2014, Sara Daws, a deputy clerk with the Throckmorton County/District Clerk's office, was responsible for accepting and processing EIC applications. She is no longer an employee of my office.

6. My office continues to accept applications for EICs. Applicants must appear in person to submit their application.

7. Throckmorton County does not have an operational driver license office.

8. My office is located at 121 North Minter, Throckmorton, Texas 76483. It is open Monday through Friday, from 8:00 am to 4:00 pm.

9. Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

10. Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

11. The Throckmorton County/District Clerk's office is under no obligation to continue accepting applications for EICs.

12. The Throckmorton County/District Clerk's office does not currently have plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the 9th day of May 2014.

Dianna Moore

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, *et al.*,

      Plaintiffs,

v.

RICK PERRY, *et al.*,

      Defendants.

Civil Action No. 2:13-cv-193 (NGR)

---

UNITED STATES OF AMERICA,

      Plaintiff,

TEXAS LEAGUE OF YOUNG VOTERS
EDUCATION FUND, *et al.*,

      Plaintiff-Intervenors,

TEXAS ASSOCIATION OF HISPANIC
COUNTY JUDGES AND COUNTY
COMMISSIONERS, *et al.*,

      Plaintiff-Intervenors,

v.

STATE OF TEXAS, *et al.*,

      Defendants.

Civil Action No. 2:13-cv-263 (NGR)

TEXAS STATE CONFERENCE OF NAACP
BRANCHES, *et al.*,

           Plaintiffs,

       v.

NANDITA BERRY, *et al.*,

           Defendants.

Civil Action No. 2:13-cv-291 (NGR)

BELINDA ORTIZ, *et al.*,

           Plaintiffs,

       v.

STATE OF TEXAS, *et al.*,

           Defendants

Civil Action No. 2:13-cv-348 (NGR)

## DECLARATION OF HUGO LEYVA

I, Hugo Leyva, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on personal knowledge and am competent to do so. If called as a witness and placed under oath, I could and would testify thereto.

2. I am a resident of Willacy County, Texas.

3. I am employed by Willacy County, where I serve as the Elections Administrator. As part of my responsibilities, I accept and process applications for election identification certificates ("EICs") received by the Willacy County Elections office.

4. My office accepts applications for EICs. Applicants must appear in person to submit their application.

5. Willacy County does not currently have an operational driver license office.

6. My office is located at 190 North 3rd Street, Raymondville, Texas 78580. It is open on Tuesday from 8:00 am to 4:00 pm.

7. Between the dates of June 25, 2013, to the present, my office received a total of zero complete EIC applications.

8. Between the dates of June 25, 2013, to the present, my office received a total of zero incomplete or otherwise incorrect EIC applications.

9. To the best of my knowledge, the Willacy County Elections office does not have any plans to change its location or hours of operation prior to the November 4, 2014, general election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this the 12th day of May 2014.

Hugo Leyva