UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Marc Veasey, et al.

v.                                                          Case No.: 2:13−cv−00193

Rick PerryOffice of The Attorney
General, et al.

___

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable Nelva Gonzales Ramos**

**PLACE:**
United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, Texas 78401

**DATE:**   8/21/2014

**TIME:**   09:30 AM

**TYPE OF PROCEEDING:**   Motion Hearing
Motion to Compel − #441

Date:   August 19, 2014

David J. Bradley, Clerk