# Exhibit 1

Election Code Referrals to the
Office of the Attorney General
Prosecutions Resolved

| County* | Defendant | Allegation | Election Involved | Cause Number | Charge(s) | Resolution Date | Election Code/Penal Code Provision | Disposition** |
|---|---|---|---|---|---|---|---|---|
| Bee | Melva Kay Ponce | Illegal assistance and illegal voting | 2004 General Election | B-05-2101-0-CR-B | 1 count illegal voting-(3) voter impersonation | 07/26/05 | EC 64.012 | Pled guilty to 1 count attempted illegal voting. 2 years deferred adjudication, $1500 fine w/$500 probated |
| Hardeman | Johnny Wayne Akers | Possession of an official ballot by another | 2004 Primary Election | 013449 | 6 counts possession of official ballot or carrier envelope of another | 11/04/05 | EC 86.006 | Pled guilty to 1 count possession of official ballot or carrier envelope of another. 2 years probation, $2000 fine |
| Nueces | Virginia Ramos Garza | Method of returning marked ballot, unlawful assistance, assisting voter | 2005 School District Election | 05-CR-9806-4 | 4 counts possessing an official ballot or carrier envelope of another | 03/22/06 | EC 86.006 | 1 year pre-trial diversion, 12 months community supervision |
| Nueces | Elida Garza Flores | Method of returning marked ballot, unlawful assistance, assisting voter | 2005 School District Election | 05-CR-9805-4 | 1 count possessing an official ballot or carrier envelope of another | 03/22/06 | EC 86.006 | 1 year pre-trial diversion, 12 months community supervision |
| Nueces | Isabel Lisa Rios Gonzalez | Method of returning marked ballot, unlawful assistance, assisting voter | 2005 School District Election | 05-CR-9808-3 | 2 counts possessing an official ballot or carrier envelope of another | 03/22/06 | EC 86.006 | Pled nolo contendere to 2 counts of possessing an official ballot or carrier envelope of another. 1 year deferred adjudication, $500 fine, 12 months community supervision |
| Nueces | Josefina Marinas Suarez | Method of returning marked ballot, unlawful assistance, assisting voter | 2005 School District Election | 05-CR-9807-1 | 1 count illegally possessing an official carrier envelope of another | 05/04/06 | EC 86.006 | Pled guilty to 1 count of illegally possessing an official carrier envelope of another. 1 year deferred adjudication, $500 fine, 12 months community supervision |
| Reeves | Trine Villalobos | Method of returning marked ballot | 2004 Primary Election | 25,185 | 4 counts possession of an official ballot or official carrier envelope of another | 06/27/06 | EC 86.006 | Jury verdict of guilty on 4 counts of possession of an official ballot or official carrier envelope of another. 10 days jail probated for 6 months probation |
| Bowie | Willie Howard Ray | Unlawfully obstructing watcher, unlawfully witnessing application for more than one application, unlawful assistance, security of ballots, ballot boxes and envelopes | 2004 Primary Election | 06M1309-CCL | 7 counts possessing an official ballot or carrier envelope of another | 07/17/06 | EC 86.006 | Pled guity to 1 count information of possession of an official ballot or official carrier envelope of another. 8 months deferred adjudication, $200 fine. Original indictment dismissed. |
| Bowie | Jamillah Johnson | Unlawfully obstructing watcher, unlawfully witnessing application for more than one application, unlawful assistance, security of ballots, ballot boxes and envelopes | 2004 Primary Election | 06M0302-CCL | 2 counts possessing an official ballot or carrier envelope of another | 07/17/06 | EC 86.006 | 6 months deferred adjudication, $200 fine |
| Bowie | Melinda Hunter | Unlawfully obstructing watcher, unlawfully witnessing application for more than one application, unlawful assistance, security of ballots, ballot boxes and envelopes | 2004 Primary Election | 06M0301-CCL | 7 counts possessing an official ballot or carrier envelope of another | 07/17/06 | EC 86.006 | 6 months pre-trial diversion |
| Nueces | Maria Dora Flores | Unlawful assistance, unlawfully influencing voter | 2006 Primary Election | 06-CR-2166-B | 2 counts illegal voting-(4) marking a ballot without voter's consent | 08/04/06 | EC 64.012 | Pled guilty to 2 counts illegal voting. 2 years deferred probation, $750 fine |
| Reeves | Anita Baeza | Method of returning marked ballot | 2004 Primary Election | 25,186 | 5 counts illegally possessing ballots for another person | 08/28/06 | EC 86.006 | 6 months pre-trial diversion |

Election Code Referrals to the
Office of the Attorney General
Prosecutions Resolved

| County* | Defendant | Allegation | Election Involved | Cause Number | Charge(s) | Resolution Date | Election Code/Penal Code Provision | Disposition** |
|---|---|---|---|---|---|---|---|---|
| Calhoun | Debra Briseno | Illegal voting | 2006 Primary Election | 2006-8-6465, 2006-8-6466, 2006-8-6467, 2006-8-6468, 2006-8-6469 | 3 counts Ilegal voting-(1) ineligible voter non-citizen, 1 count unlawful assistance, 11 counts possessing an official ballot or carrier envelope of another, 6 counts tampering with a governmental record, 6 counts false statement on a registration application | 06/25/07 | EC 64.012 / PC 37.10 | Jury verdict of guilty on 2 counts illegal voting, 1 count tampering with a government record. 5 years TDCJ |
| Refugio | Raymond Villarreal | Unlawful assistance | 2006 Primary Election | 2007-2-4809, 2007-2-4810 | 4 counts illegal voting, 3 count tampering with governmental record | 10/09/07 | PC 37.10 | Pled guilty to 1 count tampering with government record. 2 years suspended, 5 years community supervision, $1,500 fine, 90 days jail, $2,090 restitution |
| Starr/Brooks | Noelia Lopez | Illegal voting | 2006 General Election | 07-07-09767 CR | 1 count illegal voting | 01/24/08 | EC 64.012 | Dismissal |
| Hays | Mark Littlefield | Forgery, tampering with a government document | 2006 Special Election | 89,288 | Possession of forged instrument | 02/01/08 | PC 32.21 | 1 year pre-trial diversion, $300 donation |
| Starr/Brooks | Jose Rene Gomez | Illegal voting | 2006 General Election | 07-05-09743 CR | 1 count illegal voting-(2) voting more than once | 05/01/08 | EC 64.012 | Pled guilty to 1 count illegal voting. 2 years deferred adjudication, $300 fine, 2 years community supervision (Motion to Adjudicate) |
| Starr/Brooks | Oscar Luis Rios | Illegal voting | 2006 Primary Election | 07-05-09741 CR | 12 counts possessing a ballot without the voter's consent | 05/01/08 | EC 86.006 | Pled guilty to 12 counts possessing a ballot without the voters's consent. 2 years deferred adjudication, $300 fine, 2 years community supervision |
| Potter | Michael C. Shumate | Unlawfully accepting campaign donations, bribery | 2008 Primary Election | 56732-B, 56733-B, 56734-B | 1 count unlawfully accepting contribution, 1 count organized criminal activity,1 count unlawfully accepting contribution, | 06/12/08 | PC 71.02 | Jury verdict of guilty to 1 count organized criminal activity. 10 years suspended, 8 years community supervision, $5,000 fine |
| Duval/Brooks | Lydia Molina | Unlawful assistance, unlawful buying and selling of ballot materials | 2006 Primary Election | 08-01-09864, 11479 | 6 counts possession of official ballot or carrier envelope of another | 10/02/08 | EC 86.006 | Pled guilty to 1 count possession of official ballot or carrier envelope of another. 1 year deferred adjudication, $300 fine, 12 months community supervision |
| Duval/Brooks | Maria Soriano | Unlawful assistance, unlawful buying and selling of ballot materials | 2006 Primary Election | 08-01-09863, 11480 | 6 counts possession of official ballot or carrier envelope of another | 10/02/08 | EC 86.006 | Pled guilty to 1 count possession of official ballot or carrier envelope of another. 1 year deferred adjudication, $300 fine, 12 months community supervision |
| Duval/Brooks | Elva Gutierrez Lazo | Unlawful assistance, unlawful buying and selling of ballot materials | 2006 Primary Election | 08-01-09865, 11482 | 3 counts possession of official ballot or carrier envelope of another | 10/02/08 | EC 86.006 | Pled guilty to 1 count possession of official ballot or carrier envelope of another. 1 year deferred adjudication, $300 fine, 12 months community supervision |
| Duval/Brooks | Maria Adelina Trigo | Unlawful assistance, unlawful buying and selling of ballot materials | 2006 Primary Election | 08-01-09866, 11481 | 2 counts possession of official ballot or carrier envelope of another | 10/02/08 | EC 86.006 | Pled guilty to 1 count possession of official ballot or carrier envelope of another. 1 year deferred adjudication, $300 fine, 12 months community supervision |
| Goliad*** | Jami Parkinson Billings | Unlawfully divulged voting results prior to the closing of polls | 2008 Municipal Election | 08-8-8967 CR | 1 count unlawfully revealing information before polls close | 11/12/08 | EC 61.007 | Pled nolo contendere to 1 count unlawfully revealing information before polls close. 2 years deferred adjudication, $3,000 fine, 2 years community supervision |
| Starr/Brooks | Guadalupe Rios | Mail-in ballot violation | 2006 Municipal Election | 08-08-09945 CR | 11 counts possessing a ballot without the voter's consent | 03/16/09 | EC 86.006 | Pled guilty to 11 counts possesing a ballot without the voter's consent. 2 years probated for 4 years probation, $500 fine, 60 days house arrest |
| Starr/Brooks | Oralia Frausto | Illegal voting | 2006 Primary Election | 07-05-09738 CR | 15 counts of possessing a ballot without the voter's consent | 03/26/09 | EC 86.006 | 1 year pre-trial diversion |
| Starr/Brooks | Maria Gonzalez | Illegal voting | 2006 Primary Election | 07-05-09742 CR | 5 counts of possessing a ballot without the voter's consent | 03/26/09 | EC 86.006 | 1 year pre-trial diversion |

Election Code Referrals to the
Office of the Attorney General
Prosecutions Resolved

| County* | Defendant | Allegation | Election Involved | Cause Number | Charge(s) | Resolution Date | Election Code/Penal Code Provision | Disposition** |
|---|---|---|---|---|---|---|---|---|
| Hill | Leland Mac Coffman | Divulged election results prior to the closing of polls on election day | 2007 School District and Municipal Election | M0593-09 | 3 counts false report to police officer | 10/14/09 | PC 37.08 | Pled guilty to 3 counts of false report to a police officer, 2 years probation, $2000 fine, 90 days in jail, probated |
| Harris*** | Jack Carol Crowder | Deceased voters voting | 2008 Primary Election | 1215818 | 1 count illegal voting-(3) voter impersonation at polling place | 10/06/09 | EC 64.012 | Pled guilty to 1 count fraudulent use of identifying information, 1 year deferred adjudication, $200 fine |
| Starr/Brooks | Raul Reyna | Convicted felons registered in county and have cast ballots in elections | 2007 Municipal and School Election | 09-04-09980 CR | 2 counts illegal voting-(1) ineligible voter felon | 11/05/09 | EC 64.012 | Pled guilty to 1 count of illegal voting, 2 years TDCJ, $500 fine |
| Starr/Brooks | Cynthia Pena | Convicted felons registered in county and have cast ballots in elections | 2007 Municipal and School Election | 09-04-09881 CR | 2 counts illegal voting-(1) ineligible voter felon | 11/05/09 | EC 64.012 | Pled guilty to 1 count of illegal voting, 10 years TDCJ-suspended, 4 years community supervision, $500 fine |
| Starr/Brooks | Elizabeth Martinez | Convicted felons registered in county and have cast ballots in elections | 2007 Municipal Election | 09-04-09982 CR | 1 count illegal voting-(1) ineligible voter felon | 11/05/09 | EC 64.012 | Pled guilty to 1 count of illegal voting, 5 years TDCJ |
| Panola | Drew Nixon | Official oppression | 2006 Special Election | 2007-C-0193 | 2 counts of official oppression | 01/28/10 | PC 39.03 | Defense motion for collateral estoppel granted. Indictment dismissed. |
| Dimmit/LaSalle | Maria Mendoza Garcia | Illegal voting, forgery | 2006 Primary Election | 08-11-00052 CRL | 7 counts knowingly provide false information on an application for an early voting ballot | 04/15/10 | EC 84.0041 | 12 months pre-trial diversion, $60 supervision fee, 80 hours of community service |
| Dimmit/LaSalle | Estela Cruz Saenz | Illegal voting, forgery | 2006 Primary Election | 08-12-00063 CRL | 7 counts knowingly provide false information on an application for an early voting ballot | 04/15/10 | EC 84.0041 | 6 months pre-trial diversion, $60 supervision fee |
| Jim Wells/Live Oak | Zaida Cantu Bueno | Mail in ballot violations | 2008 Primary Election | 20068 | 4 counts of method of returned marked ballot (less than 10) | 06/24/10 | EC 86.006 | Pled guilty to 1 count, 12 months probation, 180 days in jail (suspended), $200 fine, 40 hours of community service |
| Jim Wells/Live Oak | Norma Lopez | Mail in ballot violations | 2008 Primary Election | 20067 | 8 counts of method of returned marked ballot (less than 10) | 06/24/10 | EC 86.006 | Pled guilty to 1 count, 12 months probation, 180 days in jail (suspended), $200 fine, 40 hours of community service |
| Jim Wells/Live Oak | Cynthia Lopez | Mail in ballot violations | 2008 Primary Election | 20066 | 3 counts of method of returned marked ballot (less than 10) | 06/24/10 | EC 86.006 | Pled guilty to 1 count, 12 months probation, 180 days in jail (suspended) $200 fine, 40 hours of community service. |
| Hidalgo/Brooks | Ruben Trevino Garcia | Illegal voting, bribery, and official misconduct | 2008 School District Election | 09-09-10116 CR | 1 count illegal voting-(1) ineligible voter felon | 06/17/10 | EC 64.012 | Pled guilty, 8 years TDCJ-ID suspended for 8 years community supervision, $500 fine |
| Starr*** | Raul Pena, Jr. | Unlawful possession of 56 mail-in ballots by candidate | 2010 Primary Election | CR-10-371 | 1 count of carrier envelope action by another person other than voter | 06/22/10 | EC 86.0051 | Pled guilty, 6 months community supervision, 180 days in jail (suspended), $500 fine |
| Starr/Brooks | Mary Lou Garza | Illegal voting | 2006 Primary Election | 07-07-09768 CR | 1 count of unlawful delivery of a certificate | 09/15/10 | EC 13.145 | Dismissal |
| Hidalgo/Brooks | Mario Manuel Medrano | Illegal voting, bribery, and official misconduct | 2008 School District Election | 09-09-10117 CR | 1 count illegal voting-(1) ineligible voter felon | 11/10/10 | EC 64.012 | Pled guilty, 2 years TDCJ-ID |

Election Code Referrals to the
Office of the Attorney General
Prosecutions Resolved

| County* | Defendant | Allegation | Election Involved | Cause Number | Charge(s) | Resolution Date | Election Code/Penal Code Provision | Disposition** |
|---|---|---|---|---|---|---|---|---|
| Duval/Live Oak | Christina Lichtenberger | Mail in ballot violations | 2008 Primary Election | 20080, 20081 | 1 count of unlawful assistance, 1 count of method of returned marked ballot | 12/14/10 | EC 64.036, 86.006 | Pled guilty to Possession of a Ballot and Unlawful Assistance, and received 1 year deferred adjudication, and paid a $1000 fine and court costs |
| Duval/Live Oak | Andrea Campos Bierstedt | Mail in ballot violations | 2008 Primary Election | 20082, 20083 | 1 count of unlawful assistance, 1 count of method of returned marked ballot | 12/14/10 | EC 64.036, 86.006 | Pre-trial diversion 6 months, $3,500 donation to the county |
| Duval/Live Oak | Alicia Pena Perez | Mail in ballot violations | 2008 Primary Election | 20084, 20085, 20086, 20087, 20088, 20089, 20090, 20091 | 4 counts of unlawful assistance, 4 counts of method of returned marked ballot | 12/14/10 | EC 64.036, 86.006 | Pled guilty to 4 counts of Possession of a Ballot and 4 counts of Unlawful Assistance, and received 1 year jail, probated for 12 months, and paid a $1000 fine and court costs |
| Aransas/Travis*** | Gallaher, Todd | Misrepresentation of identity | 2008 Primary Election | C08999934 | Misrepresentation of identity | 05/21/09 | E.C. 255.005 | Pre-trial diversion for 1 year, 60 hours of community service, completed early. |
| Bexar | Ester Sandoval Martinez-Moreno | Unlawfully accepting a voter, unlawfully permitting the deposit of a ballot, and illegal voting | 2010 Primary Election | 2010-W-0375 | 1 count of tampering of a governmental record | 03/23/11 | P.C. 37.10 | Pled guilty to one count of misdemeanor Tampering, 1 year probation |
| Dallas/Rockwall | Delores McMillian | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 2010 Primary Election | 11082011CCL-A | 1 count of attempted illegal voting-(3) voter impersonation at polling place | 06/16/11 | E.C. 64.012 | Pled guilty to one count of Attempted illegal voting, 1 year probation, paid $227 court costs. |
| Duval/Jim Wells | Regino Cantu Salinas | Illegal Voting | 2008 Primary Election | 11-02-13251-CR | 1 count of illlegal voting-(1) ineligible voter felon | 08/31/11 | E.C. 64.012 | Pled guilty for 2 years probation, 90 days in jail, and a $2000 fine |
| Hidaldo *** | Paulito Nilo | Unlawfully rejecting voters, illegal voting, and unlawfully accepting voters | 2008 Municipal Election | CR-2622-09-F | 1 count of illlegal voting-(1) ineligible voter felon | 09/29/09 | E.C. 64.012 | Pled guilty for 5 years TDCJ, probated for 5 years of community supervision, 1 day in jail, $500 fine |
| Hidalgo/Brooks | Reyna Almanza | Illegal voting | 2009 School District Election | 10-03-10342-CR | 1 count of illegal voting-(3) voter impersonation | 12/01/11 | E.C. 64.012 | Convicted by a jury on 11/16/11, sentenced to 2 years TCDJ, suspended for 5 years on probation, 90 days in County Jail as a condition of probation, $313 court costs |
| Brazos | Shank, Christine Thomas | Unlawful Assistance | 2010 General Election | 11-05590-CRM-CCL1 | 1 count of Unlawful Assistance | 02/06/12 | E.C. 64.036 | Pled guilty, 1 year deferred adjudication community supervision, 20 hours community service, $332.00 court costs, $500.00 fine, prohibited from offering assistance in the election process to anyone |
| Dallas/Rockwall | Carlos Medrano | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 2010 Primary Election | 2-11-418 | 2 counts of illegal voting-(1) ineligible voter | 02/27/12 | E.C. 64.012 | Convicted during a bench trial, 1 count of illegal voting (1) ineligible voter, 5 years TDCJ, probated for 5 years, 180 days in jail as a condition of probation, $2500 fine, removed from JP Office |

Election Code Referrals to the
Office of the Attorney General
Prosecutions Resolved

| County* | Defendant | Allegation | Election Involved | Cause Number | Charge(s) | Resolution Date | Election Code/Penal Code Provision | Disposition** |
|---|---|---|---|---|---|---|---|---|
| Dallas/Rockwall | Frank Medrano III | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 2010 Primary Election | 2-11-415 | 3 counts of aggravated perjury | 02/27/12 | T.P.C. 37.03 | Found not guilty during a bench trial |
| Dallas/Rockwall | Robert Edward Medrano | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 2010 Primary Election | 2-11-420 | 3 counts of illegal voting-(1) ineligible voter | 02/16/12 | E.C. 64.012 | Dismissed |
| Dallas/Rockwall | Rolando Medrano | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 2010 Primary Election | 2-11-416 | 6 counts of aggravated perjury | 02/29/12 | T.P.C. 37.03 | Pled guilty to two counts of aggravated perjury, 4 years TDCJ probated for 4 years community supervision, $5,000 fine, $219 Court Coust., 45 days in jail as a condition of probation, work release day for day |
| Dallas/Rockwall | Raquel Medrano | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 2010 Primary Election | 2-11-108, 2-11-414 | 1 count of illlegal voting-(1) ineligible voter, 5 counts of aggravated perjury | 02/28/12, 02/29/12 | E.C. 64.012, T.P.C. 37.03 | Dismissed |
| Dallas/Rockwall | Erica Perez | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 2010 Primary Election | 2-11-419 | 4 counts of illegal voting-(1) ineligible voter | 04/04/12 | E.C. 64.012 | Found not guilty during a bench trial |
| Dallas/Rockwall | Ricardo Medrano Sr | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 2010 Primary Election | 2-11-417 | 1 count of illegal voting-(1) ineligible voter | 04/04/12 | E.C. 64.012 | Found not guilty during a bench trial |

Election Code Referrals to the
Office of the Attorney General
Prosecutions Resolved

| County* | Defendant | Allegation | Election Involved | Cause Number | Charge(s) | Resolution Date | Election Code/Penal Code Provision | Disposition** |
|---|---|---|---|---|---|---|---|---|
| Dallas/Rockwall | Gilda Hernandez | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 2010 Primary Election | 11082011CCL-B | 4 counts of possession of an official ballot or carrier envelope, 3 counts of unlawful assistance | 04/05/12 | E.C. 86.006, 64.036 | Pled guilty to two counts of Unlawful Assistance, two counts of Possession of a Ballot, and two counts of Failure to Provide Identifying Information While Assisting a Voter, and receiving one year of deferred adjudication and a $250. |
| Smith | Ronald Marsh | Illegal Voting | 2009 Municipal Election-Local Option | 241-1682-11 | 1 count of Illegal Voting-(1) ineligible voter | 03/23/11 | E.C. 64.012 | Pled guilty to one count, received four years of deferred adjudication, a $1,000 fine, and 100 hours of community service hours |
| Smith | Ann Marie Marsh | Illegal Voting | 2009 Municipal Election-Local Option | 241-1681-11 | 1 count of Illegal Voting-(1) ineligible voter | 03/23/11 | E.C. 64.012 | Dimissed |
| Hidalgo / Brooks | Jose De Jesus Cano | Illegal voting, bribery, and official misconduct | 2008 School District Election | 09-09-10115 CR | 1 count illegal voting-(1) ineligible voter felon | 06/14/12 | EC 64.012 | Pled guilty, received 10 years TDCJ, probated for 10 years, $1,000 fine, and $313 court costs |
| Henderson / Smith | Frank Ross | Illegal Voting | 2009 Municipal Election | 241-1683-11 | 1 count of Illegal Voting-(1) ineligible voter | 06/19/12 | E.C. 64.012 | Dimissed |
| Dallas / Rockwall | Sylvia Medrano | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 2010 Primary Election | 2-11-186 | 7 counts of illegal voting-(1) ineligible voter | 06/28/12 | E.C. 64.012 | Dimissed |
| Hidalgo*** | Angel Trujillo | Illegal Voting | 2010 Municpal and School District Election | CR-1914-12-E | 1 count illegal voting (1) ineligible voter felon | 08/08/12 | E.C. 64.012 | Pled guilty to illegal voting, sentenced to 3 years TDCJ- probated for community supervision, $750 fine. Second count of illegal voting dismissed. |
| Hidalgo*** | Baudelia Zapata Rojas | Unlawfully revealing information before the polls close | 2008 Municipal Election | 12-03529 | Unl Revealing Info before polls close | 12/27/12 | E.C 61.007 | Grand Jury No Bill |
| Hidalgo*** | Sylvia Salas Vela | Illegal Voting | 2008 Municipal Election | 12-03519 | Illegal Voting | 12/27/12 | E.C. 64.012 | Grand Jury No Bill |
| Hidalgo*** | Salvador Vela | Mail in ballot violation | 2008 Municipal Election | 12-03528 | Method of returning marked ballot | 12/27/12 | E.C 86.006 | Grand Jury No Bill |
| Hidalgo*** | Castillo, Fermina | Illegal Voting | 2010 General Election | CR-1913-12-I | 1 count of Illegal Voting-(1) ineligible voter felon | 01/17/13 | E.C. 64.012 | Pled guilty to illegal voting, sentenced to 2 years deferred with community supervison and $100 fine. |
| Cameron | Ozuna, Margarita Rangel | Mail in ballot violations, forgery | 2010 Primary Election | 2013-DCR-00484 | 1 count Assisting Voter | 05/30/13 | E.C. 86.010 | Pled no contest to Assisting Voter (Class A Misdemeanor) 12 month county jail, probated for 12 month community service. $250.00 fine. |
| Hidalgo/Brooks | Lorenzo Antonio Almanza | Illegal Voting | 2009 School District Elec | 10-03-10343-CR | 2 counts of illegal voting-(3) voter impersonation at polling place | 06/24/13 | E.C. 64.012 | Pled guilty to Illegal Voting - voter impersonation, Illegal Voting - voting twice, sentenced to 2 years TDCJ on both counts, run concurrently, $313 court costs |

Election Code Referrals to the
Office of the Attorney General
Prosecutions Resolved

| County* | Defendant | Allegation | Election Involved | Cause Number | Charge(s) | Resolution Date | Election Code/Penal Code Provision | Disposition** |
|---|---|---|---|---|---|---|---|---|
| Montgomery | James Alan Jenkins | Illegal Voting | 2010 Special Election | 12-03-025479-CR | 1 count of illegal voting (1) ineligible voter | 06/28/13 | E.C. 64.012 | Convicted during a bench trial, 1 count of illegal voting (1) ineligible voter, 3 years TDCJ, probated for 5 years, 180 days in jail as a condition of probation, $2500 fine, removed from JP Office |
| Montgomery | Adrian Heath | False statement on application, illegal voting | 2010 Special Election | 12-03-025480-CR | 1 count of illegal voting (1) ineligible voter | 10/31/13 | E.C. 64.012 | Convicted during a bench trial, 1 count of illegal voting (1) ineligible voter, Pending Sentencing due to presentensing investigation. |
| Montgomery | Sybil Lea Doyle | Illegal Voting | 2010 Special Election | 12-03-02583-CR | 1 count of Illegal Voting-(1) ineligible voter | 04/02/14 | E.C. 64.012 | Convicted during a bench trial, 1 count of illegal voting (1) ineligible voter, Pending Sentencing due to presentensing investigation. |
| Montgomery | Roberta Margaret Cook | Illegal Voting | 2010 Special Election | 12-03-02585-CR | 1 count of Illegal Voting-(1) ineligible voter | 04/02/14 | E.C. 64.012 | Convicted during a bench trial, 1 count of illegal voting (1) ineligible voter, Pending Sentencing due to presentensing investigation. |

* County where offense committed/ County of prosecution

*** Investigated by OAG, however presented to, and prosecuted by local district/county attorney

** For complete information on disposition, see judgment and sentence agreement

TEX0649814