# Exhibit 3

Election Code Referrals to the
Office of the Attorney General
Charges Pending Resolution

| County* | Defendant | Allegation | Election Involved | Cause Number | Charge(s) | Charging Date | Election Code/Penal Code Provision |
|---|---|---|---|---|---|---|---|
| Bexar | Mary Comparin | Illegal voting | 2008  General Election | 2011-CR-7939 | 2 counts of illegal voting-(3) voter impersonation | 09/18/11 | E.C. 64.012 |
| Hidalgo | Jorge Luis Martinez | Unlawfully rejecting voters, illegal voting, and unlawfully accepting voters | 2008 Municipal Election | CR-2623-09-B | 12 counts of illegal voting | 06/24/09 | E.C. 64.012 |
| Montgomery | Peter Joseph Goeddertz | False statement on application, illegal voting | 2010 Special Election | 12-03-02581-CR | 1 count of Illegal Voting-(1) ineligible voter | 03/08/12 | E.C. 64.012 |
| Montgomery | Thomas Curry | False statement on application, illegal voting | 2010 Special Election | 12-03-02584-CR | 1 count of Illegal Voting-(1) ineligible voter | 03/08/12 | E.C. 64.012 |
| Montgomery | Willaim Mervin Bernstsen | False statement on application, illegal voting | 2010 Special Election | 12-03-02586-CR | 1 count of Illegal Voting-(1) ineligible voter | 03/08/12 | E.C. 64.012 |
| Cameraon*** | Garza, Israel | Illegal voting | 2010 Municipal Election | 2013-DCR-00957 | 1 count of Illegal Voting-(1) Ineleigable voter felon | 04/10/13 | E.C 64.012 |

* County where offense committed/ County of prosecution

*** Investigated by OAG, however presented to, and prosecuted by local district/county attorney

5/1/2014

1

TEX0649837