| AO 435 (Rev. 04/11) | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| *Please Read Instructions:* | **TRANSCRIPT ORDER** | **DUE DATE:** |

| 1. NAME<br>John Scott | 2. PHONE NUMBER<br>(512) 475-0131 | 3. DATE<br>8/21/2014 | |
|---|---|---|---|
| 4. MAILING ADDRESS<br>P.O. Box 12548 | 5. CITY<br>Austin | 6. STATE<br>TX | 7. ZIP CODE<br>78711 |
| 8. CASE NUMBER<br>2:13CV193(NGR) | 9. JUDGE<br>Nelva Gonzales Ramos | DATES OF PROCEEDINGS | |
| | | 10. FROM 8/21/2014 | 11. TO 8/21/2014 |
| 12. CASE NAME<br>Marc Veasey, et al. v. Rick Perry, et al. | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Corpus Christi | 14. STATE TX |

15. ORDER FOR
☐ APPEAL    ☐ CRIMINAL    ☐ CRIMINAL JUSTICE ACT    ☐ BANKRUPTCY
☐ NON-APPEAL    ☒ CIVIL    ☐ IN FORMA PAUPERIS    ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Hearing | 8/21/14 |
| ☐ BAIL HEARING | | | |

United States Courts
Southern District of Texas
FILED
AUG 21 2014
David J. Bradley, Clerk of Court

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☒ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE<br>/s/ John B. Scott | PROCESSED BY | |
| 19. DATE<br>8/21/2014 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | | |
|---|---|---|---|---|---|
| ORDER RECEIVED | | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY