# Exhibit 2

ATTORNEY GENERAL OF TEXAS

GREG ABBOTT

April 16, 2014

JOHN B. SCOTT
DEPUTY ATTORNEY GENERAL
FOR CIVIL LITIGATION
DIRECT DIAL: (512) 475-0131

Elizabeth Westfall
Voting Section, Civil Rights Division
United States Department of Justice
Room 7254 NWB, 950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
E-mail: Elizabeth.Westfall@usdoj.gov          *Via Electronic Mail*

Re: *Veasey v. Perry*, No. 2:13-cv-193 (S.D. Tex.)

Dear Ms. Westfall:

Attached please find a Notice of Deposition directed to the United States, pursuant to Fed. R. Civ. P. 30(b)(6), in the above-captioned consolidated matter:

The Notice of Deposition schedules the deposition on May 14, 2014, at the United States Attorney's Office in Austin; however, Defendants are willing to discuss an alternate date and/or location. Please respond by the close of business on April 18, 2014 if the United States of America would like to discuss an alternate date and/or location; otherwise, Defendants will presume that the date and location in the Notice of Deposition is acceptable to the United States of America.

Regards,

*/s/ John B. Scott*
John B. Scott

cc: All Counsel of Record