# Exhibit 4

## Ried, Lisa

| | |
|---|---|
| **From:** | Wolf, Lindsey |
| **Sent:** | Friday, August 22, 2014 12:19 PM |
| **To:** | Ried, Lisa |
| **Subject:** | FW: Marc Veasey, et al. v. Rick Perry, et al. |

---

**From:** Baldwin, Anna (CRT) [mailto:Anna.Baldwin@usdoj.gov]
**Sent:** Friday, April 25, 2014 10:58 AM
**To:** Scott, John; Whitley, David; Clay, Reed
**Cc:** chad@brazilanddunn.com; scott@brazilanddunn.com; aderfner@dawlegal.com; neil@ngbaronlaw.com; lrvlaw@sbcglobal.net; Berman, Robert (CRT); Dellheim, Richard (CRT); Shapiro, Avner (CRT); Freeman, Daniel (CRT); Maranzano, Jennifer (CRT); Smith, John A. (USATXS); Bell-Platts, Meredith (CRT); Gear, Bruce (CRT); cswarns@naacpldf.org; dross@naacpldf.org; laden@naacpldf.org; nkorgaonkar@naacpldf.org; rhaygood@naacpldf.org; danielle.conley@wilmerhale.com; Westfall, Elizabeth (CRT); richard.shordt@wilmerhale.com; jonathan.paikin@wilmerhale.com; Whitley, David; kelly.dunbar@wilmerhale.com; gerard.sinzdak@wilmerhale.com; sonya.lebsack@wilmerhale.com; hasan.ali@wilmerhale.com; lynn.eisenberg@wilmerhale.com; amy.rudd@dechert.com; ezra.rosenberg@dechert.com; michelle.yeary@dechert.com; ttrainor@bmpllp.com; jnixon@bmpllp.com; jenniferl.clark@nyu.edu; vishal.agraharkar@nyu.edu; wendy.weiser@nyu.edu; myrna.perez@nyu.edu; ezamora@lawyerscommittee.org; mposner@lawyerscommittee.org; sgill@lawyerscommittee.org; mvandalen@trla.org; rdoggett@trla.org; rrios@rolandorioslaw.com; ghebert@campaignlegalcenter.org; garzpalm@aol.com; preston@henrichsonlaw.com; esimson@campaignlegalcenter.org; sian@henrichsonlaw.com; pmcgraw@trla.org; Scott, John; Wilson, Anne
**Subject:** RE: Marc Veasey, et al. v. Rick Perry, et al.

Dear Counsel,

We are continuing to review Texas's Rule 30(b)(6) Notice to the United States. We hope to be in touch soon.

Sincerely,

Anna M. Baldwin
Trial Attorney
Voting Section, Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
NWB Room 7201
Washington, DC 20530
(202) 305-4278

---

**From:** Baldwin, Anna (CRT)
**Sent:** Friday, April 18, 2014 9:36 AM
**To:** Scott, John; 'Whitley, David'; Clay, Reed
**Cc:** chad@brazilanddunn.com; scott@brazilanddunn.com; aderfner@dawlegal.com; neil@ngbaronlaw.com; lrvlaw@sbcglobal.net; Berman, Robert (CRT); Dellheim, Richard (CRT); Shapiro, Avner (CRT); Freeman, Daniel (CRT); Maranzano, Jennifer (CRT); Smith, John A. (USATXS); Bell-Platts, Meredith (CRT); Gear, Bruce (CRT); cswarns@naacpldf.org; dross@naacpldf.org; laden@naacpldf.org; nkorgaonkar@naacpldf.org; rhaygood@naacpldf.org;

danielle.conley@wilmerhale.com; Westfall, Elizabeth (CRT); richard.shordt@wilmerhale.com; jonathan.paikin@wilmerhale.com; Whitley, David; kelly.dunbar@wilmerhale.com; gerard.sinzdak@wilmerhale.com; sonya.lebsack@wilmerhale.com; hasan.ali@wilmerhale.com; lynn.eisenberg@wilmerhale.com; amy.rudd@dechert.com; ezra.rosenberg@dechert.com; michelle.yeary@dechert.com; ttrainor@bmpllp.com; jnixon@bmpllp.com; jenniferl.clark@nyu.edu; vishal.agraharkar@nyu.edu; wendy.weiser@nyu.edu; myrna.perez@nyu.edu; ezamora@lawyerscommittee.org; mposner@lawyerscommittee.org; sgill@lawyerscommittee.org; mvandalen@trla.org; rdoggett@trla.org; rrios@rolandorioslaw.com; ghebert@campaignlegalcenter.org; garzpalm@aol.com; preston@henrichsonlaw.com; esimson@campaignlegalcenter.org; sian@henrichsonlaw.com; pmcgraw@trla.org; Scott, John; 'Wilson, Anne'
**Subject:** RE: Marc Veasey, et al. v. Rick Perry, et al.

John,

The United States will respond to your letter of April 16, 2014, during the coming week.

Sincerely,

Anna

Anna M. Baldwin
Trial Attorney
Voting Section, Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
NWB Room 7201
Washington, DC 20530
(202) 305-4278

---

**From:** Wilson, Anne [mailto:anne.wilson@texasattorneygeneral.gov]
**Sent:** Wednesday, April 16, 2014 5:18 PM
**To:** Westfall, Elizabeth (CRT)
**Cc:** chad@brazilanddunn.com; scott@brazilanddunn.com; aderfner@dawlegal.com; neil@ngbaronlaw.com; lrvlaw@sbcglobal.net; Baldwin, Anna (CRT); Berman, Robert (CRT); Dellheim, Richard (CRT); Shapiro, Avner (CRT); Freeman, Daniel (CRT); Maranzano, Jennifer (CRT); Smith, John A. (USATXS); Bell-Platts, Meredith (CRT); Gear, Bruce (CRT); cswarns@naacpldf.org; dross@naacpldf.org; laden@naacpldf.org; nkorgaonkar@naacpldf.org; rhaygood@naacpldf.org; danielle.conley@wilmerhale.com; richard.shordt@wilmerhale.com; jonathan.paikin@wilmerhale.com; Whitley, David; kelly.dunbar@wilmerhale.com; gerard.sinzdak@wilmerhale.com; sonya.lebsack@wilmerhale.com; hasan.ali@wilmerhale.com; lynn.eisenberg@wilmerhale.com; amy.rudd@dechert.com; ezra.rosenberg@dechert.com; michelle.yeary@dechert.com; ttrainor@bmpllp.com; jnixon@bmpllp.com; jenniferl.clark@nyu.edu; vishal.agraharkar@nyu.edu; wendy.weiser@nyu.edu; myrna.perez@nyu.edu; ezamora@lawyerscommittee.org; mposner@lawyerscommittee.org; sgill@lawyerscommittee.org; mvandalen@trla.org; rdoggett@trla.org; rrios@rolandorioslaw.com; ghebert@campaignlegalcenter.org; garzpalm@aol.com; preston@henrichsonlaw.com; esimson@campaignlegalcenter.org; sian@henrichsonlaw.com; pmcgraw@trla.org; Scott, John
**Subject:** Marc Veasey, et al. v. Rick Perry, et al.

Ms. Westfall –

Please see the attached correspondence from John Scott and Defendants' Notice of Intention to Take Oral Deposition of the United States of America.

*Anne P. Wilson*
Executive Assistant

Office of the Attorney General
P.O. Box 12548
Austin TX  78711-2548
(512) 475-4163
anne.wilson@texasattorneygeneral.gov