UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 2:13-CV-00193 |
| RICK PERRY, *et al*, | § § | |
| Defendants. | § § | |

## ORDER GRANTING DEFENDANTS' MOTION TO COMPEL THE UNITED STATES TO PRODUCE ITS 30(B)(6) DESIGNEES IN CORPUS CHRISTI ON AUGUST 26, 2014

Having considered the Defendants' Motion to Compel the United States to Produce Its 30(b)(6) Designees in Corpus Christi on August 26, 2014, the Court finds that the Motion should be, and hereby is, GRANTED.

**SO ORDERED.**

Dated: _____, 2014.

_____
NELVA GONZALES RAMOS
United States District Judge