# EXHIBIT 1

**Westfall, Elizabeth (CRT)**

| | |
|---|---|
| **From:** | Rosenberg, Ezra [ezra.rosenberg@dechert.com] |
| **Sent:** | Tuesday, June 24, 2014 4:22 PM |
| **To:** | Scott, John |
| **Cc:** | Westfall, Elizabeth (CRT) |
| **Subject:** | Re: Proposed stipulations re Section 5 case and depositions of witnesses within 100 miles of court |

Thanks, John.

Sent from my iPhone

On Jun 24, 2014, at 4:14 PM, "Scott, John" <john.scott@texasattorneygeneral.gov<mailto:john.scott@texasattorneygeneral.gov>> wrote:

I am working on getting to a final yes internally.

Sent from my iPhone

On Jun 24, 2014, at 1:55 PM, "Rosenberg, Ezra" <ezra.rosenberg@dechert.com<mailto:ezra.rosenberg@dechert.com>> wrote:

Hi, John.  Circling back to you on this, to see if you consent. Thanks. -- Ezra

From: Rosenberg, Ezra
Sent: Thursday, June 19, 2014 5:15 PM
To: Scott, John
Cc: Westfall, Elizabeth (CRT)
Subject: Proposed stipulations re Section 5 case and depositions of witnesses within 100 miles of court

Hi, John – DOJ and the private plaintiffs and plaintiff-intervenors have signed off on the following stipulations.  Let me know if it works for you all.  Thanks. – Ezra:


Subject to objections based on relevancy, portions of any transcript of depositions or trial testimony in Texas v. Holder, No. 1:12-cv-128 (D.D.C. 2012) may be received into evidence in this action.


Subject to objections based on relevancy, deposition testimony of any non-expert witness who resides within 100 miles of the Court may be received into evidence, notwithstanding Fed. R. Evid. 804.

_____
This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

**********************************************************************
This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-

mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.