# EXHIBIT 2

**Westfall, Elizabeth (CRT)**

| | |
|---|---|
| **From:** | Scott, John [john.scott@texasattorneygeneral.gov] |
| **Sent:** | Wednesday, July 09, 2014 11:24 AM |
| **To:** | Rosenberg, Ezra |
| **Cc:** | Westfall, Elizabeth (CRT) |
| **Subject:** | RE: Two open items |

Ezra-

I can agree to the 100 mile rule proposal on depos.  Not able to agree to use of the Section 5 record.

John

---

**From:** Rosenberg, Ezra [mailto:ezra.rosenberg@dechert.com]
**Sent:** Tuesday, July 08, 2014 1:34 PM
**To:** Scott, John
**Cc:** 'Westfall, Elizabeth (CRT)'
**Subject:** FW: Two open items

John - -Can we get a response on these today? Thanks. - Ezra

---

**From:** Rosenberg, Ezra
**Sent:** Thursday, July 03, 2014 8:56 AM
**To:** 'John Scott'
**Subject:** Two open items

Hi, John.  Two items that we need closure on:
1.  The stipulation as to the use of the Section 5 record – last you wrote you were seeking approval from upstairs
2.  The judicial notice request – in light of the information I sent indicating Texas's agreement in the Section 5 litigation
Thanks, and have a great holiday weekend. - Ezra

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.