IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

|  |  |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) <br> (Consolidated Action) |

### [Proposed] Order

Having reviewed the United States' Motion to Admit Depositions and Trial Testimony
(ECF No. ___), and Defendants' response thereto (ECF No. ___), the United States' Motion is
hereby **GRANTED**.  The Court will **ADMIT** depositions and trial testimony from *Texas v.
Holder*, No. 1:12-cv-128 (D.D.C.), offered under Rule 32 of the Federal Rules of Civil Procedure
and Rule 807 of Federal Rules of Evidence.

**SO ORDERED.**

Date:

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE