IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) <br> (Consolidated Action) |

### [Proposed] Order

Having reviewed the United States' Motion to Admit Declarations of County Officials (ECF No. \_\_\_), and Defendants' response thereto (ECF No. \_\_\_), the United States' Motion is hereby **GRANTED**. The forty-four declarations attached as Exhibit 1 to the United States' Motion (ECF No. \_\_\_-1) are hereby **ADMITTED** into evidence.

**SO ORDERED.**

Date:

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE