UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## UNOPPOSED MOTION TO WITHDRAW PLAINTIFF-INTERVENOR JOSEPH PALACIOS WITH PREJUDICE

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, Plaintiff-Intervenor Texas Association of Hispanic County Judges and County Commissioners moves for the withdrawal, with prejudice, of Plaintiff-Intervenor Joseph Palacios as a party in this action. Counsel for Defendants have advised that they do not oppose this motion.

Texas Association of Hispanic County Judges and County Commissioners respectfully requests that this Court enter an order voluntarily withdrawing Mr. Palacios, with prejudice, from this litigation.

Dated: July 23, 2014.

                                                          Respectfully Submitted,

                                                          LAW OFFICES OF ROLANDO L. RIOS
                                                          115 E. Travis, Suite 1645
                                                          San Antonio, Texas 78205
                                                          Ph:     (210) 222-2102
                                                          Fax:    (210) 222-2898
                                                          E-mail:rrios@rolandorioslaw.com

                                                          Attorney for the TEXAS ASSOCIATION OF   HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS.

By: *Rolando L. Rios*
Rolando L. Rios
SBN 1693500
Attorney in Charge

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2014, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

By: *Rolando L. Rios*