UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al*, | § § | |
| Defendants. | § § | |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW PLAINTIFF-INTERVENOR HECTOR PALACIOS

On this date, the Court considerered Plaintiff-Intervenor Texas Association of Hispanic County Judges and County Commissioners' Unopposed Motion to Withdraw Plaintiff-Intervenor Hector Palacios with Prejudice.[1]

Accordingly, it is ORDERED that Plaintiff-Intervenor's Motion is GRANTED.

SIGNED on this ____ day of 8/22/14, 2014.

NELVA GONZALES RAMOS
United States District Judge

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Unopposed Motion to Withdraw Plaintiff-Intervenor Hector Palacios with Prejudice.