UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, et al, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, et al, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW PLAINTIFF-INTERVENOR JOSEPH PALACIOS

On this date, the Court considerered Plaintiff-Intervenor Texas Association of Hispanic County Judges and County Commissioners' Unopposed Motion to Withdraw Plaintiff-Intervenor Joseph Palacios with Prejudice.[1]

Accordingly, it is ORDERED that Plaintiff-Intervenor's Motion is GRANTED.

SIGNED on this ___ day of 8/22/14, 2014.

NELVA GONZALES RAMOS
United States District Judge

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Unopposed Motion to Withdraw Plaintiff-Intervenor Joseph Palacios with Prejudice.