# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | (Consolidated Action) |
| RICK PERRY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

THIS MATTER is before the Court on the United States' Motion to Strike Defendants' "Affirmative Allegations and Defenses" accompanying their Corrected Answer and Defendants' subsequent Response and/or Motion for Leave to Amend Their Corrected Answer.  Upon due consideration of the parties' submissions and arguments, the Court finds that the challenged material directly relates to the bail-in remedy being sought by the United States under section 3(c) of the Voting Rights Act.  Accordingly, the United States' motion is **DENIED**, and, to the extent the Court deems it necessary, Defendants' motion for leave to amend their Corrected Answer is **GRANTED**.

**SO ORDERED** this _____ day of _____, 2014

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1