# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>RICK PERRY, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>TEXAS LEAGUE OF YOUNG VOTERS<br>EDUCATION FUND, *et al.*,<br><br>        Plaintiff-Intervenors,<br><br>TEXAS ASSOCIATION OF HISPANIC<br>COUNTY JUDGES AND COUNTY<br>COMMISSIONERS, *et al.*,<br><br>        Plaintiff-Intervenors,<br><br>    v.<br><br>STATE OF TEXAS, *et al.*,<br><br>        Defendants. | Civil Action No. 2:13-cv-263 (NGR) |

| | |
|---|---|
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-291 (NGR) |
| NANDITA BERRY, *et al.*, | |
| Defendants. | |
| BELINDA ORTIZ, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-348 (NGR) |
| STATE OF TEXAS, *et al.*, | |
| Defendants. | |

## UNITED STATES' CORRECTED SECOND SET OF REQUESTS FOR ADMISSION

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, the United States asks Defendants to respond to these requests by June 23, 2014, by admitting that the statements contained in the following numbered paragraphs are true.  To the extent Defendants cannot admit to the truth of any Request for Admission, in whole or in part, the United States requests that Defendants answer as fully and completely as possible, in the manner required by Rule 36(a)(4), and in keeping with Rule 37(c)(2).

## DEFINITIONS

1.      "Defendants" means Defendants State of Texas, Rick Perry, Nandita Berry, and Steve McCraw and any of their successors, predecessors, agents, representatives, employees, or other persons acting or purporting to act on their behalf.

2.      "*Texas v. United States*" means the litigation filed on July 19, 2011, by the State of Texas, "by and through its Attorney General Greg Abbott" against the United States of America and Eric H. Holder Jr., in his official capacity as Attorney General of the United States, in the U.S. District Court for the District of Columbia with the case number 11-cv-1303.

## REQUESTS FOR ADMISSION

1.  Admit that during the pendency of *Texas v. United States*, the State of Texas produced to the United States the document attached as Exhibit A, entitled "Racially Polarized Voting Analysis."

2.   Admit the document attached as Exhibit A, entitled "Racially Polarized Voting Analysis" regards Texas Senate Plan 148.

3.   Admit the document attached as Exhibit A, entitled "Racially Polarized Voting Analysis" is dated 5/18/2011

4.  Admit that the document attached as Exhibit A, entitled "Racially Polarized Voting Analysis," is a true and correct copy of a document produced to the United States by the State of Texas in *Texas v. United States*.

5.  Admit that the document attached as Exhibit A, entitled "Racially Polarized Voting Analysis," and dated 5/18/2011, was created by staff of the Texas Office of the Attorney General.

6.  Admit that the document attached as Exhibit A, entitled "Racially Polarized Voting Analysis," and dated 5/18/2011, was created in the Texas Office of the Attorney General using the computer program SAS.

7.  Admit that Joshua Zahn wrote the computer program for SAS that was used to create the document attached as Exhibit A, entitled "Racially Polarized Voting Analysis," and dated 5/18/2011.

8.  Admit that Joshua Zahn was employed by the Legal Technical Support Division of the Texas Office of the Attorney General at the time that he wrote the computer program for SAS that was used to create the document attached as Exhibit A, entitled "Racially Polarized Voting Analysis," and dated 5/18/2011.

9.  Admit that "PlanS148," as used in the document attached as Exhibit A, is the name of the legislatively-enacted redistricting plan for the Texas Senate that was passed by the Texas Legislature in 2011.

10. Admit that the document attached as Exhibit A, entitled "Racially Polarized Voting Analysis," regarding Texas Senate Plan 148 and dated 5/18/2011, was made available to members of the Texas Legislature.

11. Admit that the document attached as Exhibit A, entitled "Racially Polarized Voting Analysis," regarding Texas Senate Plan 148 and dated 5/18/2011, was made available to members of the Texas Legislature by the Office of the Texas Attorney General.

12. Admit that the document attached as Exhibit A, entitled "Racially Polarized Voting Analysis," regarding Texas Senate Plan 148 and dated 5/18/2011, was made available to staff of the House Redistricting Committee of the Texas Legislature.

13. Admit that the document attached as Exhibit A, entitled "Racially Polarized Voting Analysis," regarding Texas Senate Plan 148 and dated 5/18/2011, was made available to staff of the Senate Select Committee on Redistricting.

14. Admit that the document attached as Exhibit B, entitled "Racially Polarized Voting Analysis," regarding Texas Board of Education Plan 120 and dated 4/27/2011, is a true and correct copy of a document produced to the United States by the State of Texas in *Texas v. United States*.

15. Admit that the document attached as Exhibit B, entitled "Racially Polarized Voting Analysis," and dated 4/27/2011, was created by staff of the Texas Office of the Attorney General.

16. Admit that the document attached as Exhibit B, entitled "Racially Polarized Voting Analysis," and dated 4/27/2011, was created in the Texas Office of the Attorney General using the computer program SAS.

17. Admit that Joshua Zahn wrote the computer program for SAS that was used to create the document attached as Exhibit B, entitled "Racially Polarized Voting Analysis," and dated 4/27/2011.

18. Admit that Joshua Zahn was employed by the Legal Technical Support Division of the Texas Office of the Attorney General at the time that he wrote the computer program for SAS that was used to create the document attached as Exhibit B, entitled "Racially Polarized Voting Analysis," and dated 4/27/2011.

19. Admit that "PlanE120," as used in the document attached as Exhibit B, is the name of the legislatively-enacted redistricting plan for the Texas Board of Education that was passed by the Texas Legislature in 2011.

4

20. Admit that the document attached as Exhibit B, entitled "Racially Polarized Voting Analysis," regarding Texas Board of Education Plan 120 and dated 4/27/2011, was made available to members of the Texas Legislature.

21. Admit that the document attached as Exhibit B, entitled "Racially Polarized Voting Analysis," regarding Texas Board of Education Plan 120 and dated 4/27/2011, was made available to members of the Texas Legislature by the Office of the Texas Attorney General.

22. Admit that the document attached as Exhibit B, entitled "Racially Polarized Voting Analysis," regarding Texas Board of Education Plan 120 and dated 4/27/2011, was made available to staff of the House Redistricting Committee of the Texas Legislature.

23. Admit that the document attached as Exhibit B, entitled "Racially Polarized Voting Analysis," regarding Texas Board of Education Plan 120 and dated 4/27/2011, was made available to staff of the Senate Select Committee on Redistricting.

24. Admit that the document attached as Exhibit C, entitled "Racially Polarized Voting Analysis," regarding Texas House of Representatives Plan 283 and dated 4/29/2011, is a true and correct copy of a document produced to the United States by the State of Texas in *Texas v. United States*.

25. Admit that the document attached as Exhibit C, entitled "Racially Polarized Voting Analysis," and dated 4/29/2011, was created by staff of the Texas Office of the Attorney General.

26. Admit that the document attached as Exhibit C, entitled "Racially Polarized Voting Analysis," and dated 4/29/2011, was created in the Texas Office of the Attorney General using the computer program SAS.

27. Admit that Joshua Zahn wrote the computer program for SAS that was used to create the document attached as Exhibit C, entitled "Racially Polarized Voting Analysis," and dated 4/29/2011.

28. Admit that Joshua Zahn was employed by the Legal Technical Support Division of the Texas Office of the Attorney General at the time that he wrote the computer program for SAS that was used to create the document attached as Exhibit C, entitled "Racially Polarized Voting Analysis," and dated 4/29/2011.

29. Admit that "PlanH283," as used in the document attached as Exhibit C, is the name of the legislatively-enacted redistricting plan for the Texas House of Representatives that was passed by the Texas Legislature in 2011.

30. Admit that the document attached as Exhibit C, entitled "Racially Polarized Voting Analysis," regarding Texas House of Representatives Plan 283 and dated 4/29/2011, was made available to members of the Texas Legislature.

31. Admit that the document attached as Exhibit C, entitled "Racially Polarized Voting Analysis," regarding Texas House of Representatives Plan 283 and dated 4/29/2011, was made available to members of the Texas Legislature by the Texas Office of the Attorney General.

32. Admit that the document attached as Exhibit C, entitled "Racially Polarized Voting Analysis," regarding Texas House of Representatives Plan 283 and dated 4/29/2011, was made available to staff of the House Redistricting Committee.

33. Admit that the document attached as Exhibit C, entitled "Racially Polarized Voting Analysis," regarding Texas House of Representatives Plan 283 and dated 4/29/2011, was made available to staff of the Senate Select Committee on Redistricting.

34. Admit that the document attached as Exhibit D, entitled "Racially Polarized Voting Analysis," regarding Texas Congressional Plan 185 and dated 7/01/2011, is a true and correct copy of a document produced to the United States by the State of Texas in *Texas v. United States*.

35. Admit that the document attached as Exhibit D, entitled "Racially Polarized Voting Analysis," and dated 7/01/2011, was created by staff of the Texas Office of the Attorney General.

36. Admit that the document attached as Exhibit D, entitled "Racially Polarized Voting Analysis," and dated 7/01/2011, was created in the Texas Office of the Attorney General using the computer program SAS.

37. Admit that Joshua Zahn wrote the computer program for SAS that was used to create the document attached as Exhibit D, entitled "Racially Polarized Voting Analysis," and dated 7/01/2011.

38. Admit that Joshua Zahn was employed by the Legal Technical Support Division of the Texas Office of the Attorney General at the time that he wrote the computer program for SAS that was used to create the document attached as Exhibit D, entitled "Racially Polarized Voting Analysis," and dated 7/01/2011.

39. Admit that "PlanC185," as used in the document attached as Exhibit D, is the name of the legislatively-enacted redistricting plan for the Texas Congressional delegation that was passed by the Texas Legislature in 2011.

40. Admit that the document attached as Exhibit D, entitled "Racially Polarized Voting Analysis," regarding Texas Congressional Plan 185 and dated 7/01/2011, was made available to members of the Texas Legislature.

41. Admit that the document attached as Exhibit D, entitled "Racially Polarized Voting Analysis," regarding Texas Congressional Plan 185 and dated 7/01/2011, was made available to members of the Texas Legislature by the Office of the Texas Attorney General.

42. Admit that the document attached as Exhibit D, entitled "Racially Polarized Voting Analysis," regarding Texas Congressional Plan 185 and dated 7/01/2011, was made available to staff of the House Redistricting Committee.

43. Admit that the document attached as Exhibit D, entitled "Racially Polarized Voting Analysis," regarding Texas Congressional Plan 185 and dated 7/01/2011, was made available to staff of the Senate Select Committee on Redistricting.

44. Admit that the Complaint in *Texas v. United States* asserted that the case was brought by "[t]he State of Texas, by and through its Attorney General Greg Abbott."

45. Admit that for Texas Senate District 1, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2002 General election.  See Ex. A.

46. Admit that in Texas Senate District 1, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2004 General election.  See Ex. A.

47. Admit that in Texas Senate District 1, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2006 General election.  See Ex. A.

48. Admit that in Texas Senate District 1, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2008 General election.  See Ex. A.

49. Admit that in Texas Senate District 1, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2010 General election.  See Ex. A.

50. Admit that for Texas Senate District 2, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2002 General election.  See Ex. A.

51. Admit that for Texas Senate District 2, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2002 General election.  See Ex. A.

52. Admit that in Texas Senate District 2, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2004 General election.  See Ex. A.

53. Admit that in Texas Senate District 2, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2004 General election.  See Ex. A.

54. Admit that in Texas Senate District 2, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2006 General election.  See Ex. A.

55. Admit that in Texas Senate District 2, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2006 General election.  See Ex. A.

56. Admit that in Texas Senate District 2, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2008 General election.  See Ex. A.

57. Admit that in Texas Senate District 2, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2008 General election.  See Ex. A.

58. Admit that in Texas Senate District 2, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2010 General election.  See Ex. A.

59. Admit that in Texas Senate District 2, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2010 General election.  See Ex. A.

60. Admit that for Texas Senate District 3, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2002 General election.  See Ex. A.

61. Admit that in Texas Senate District 3, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2004 General election.  See Ex. A.

62. Admit that in Texas Senate District 3, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2006 General election.  See Ex. A.

63. Admit that in Texas Senate District 3, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2008 General election.  See Ex. A.

64. Admit that in Texas Senate District 3, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2010 General election.  See Ex. A.

65. Admit that in Texas Senate District 4, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2004 General election.  See Ex. A.

66. Admit that in Texas Senate District 4, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2006 General election.  See Ex. A.

67. Admit that in Texas Senate District 4, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2008 General election.  See Ex. A.

68. Admit that in Texas Senate District 4, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2010 General election.  See Ex. A.

69. Admit that for Texas Senate District 5, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2002 General election.  See Ex. A.

70. Admit that for Texas Senate District 5, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2002 General election.  See Ex. A.

71. Admit that in Texas Senate District 5, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2004 General election.  See Ex. A.

72. Admit that in Texas Senate District 5, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2004 General election.  See Ex. A.

73. Admit that in Texas Senate District 5, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2006 General election.  See Ex. A.

74. Admit that in Texas Senate District 5, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2006 General election.  See Ex. A.

75. Admit that in Texas Senate District 5, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2008 General election.  See Ex. A.

76. Admit that in Texas Senate District 5, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2008 General election.  See Ex. A.

77. Admit that in Texas Senate District 5, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2010 General election.  See Ex. A.

78. Admit that in Texas Senate District 5, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2010 General election.  See Ex. A.

79. Admit that for Texas Senate District 6, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2002 General election.  See Ex. A.

80. Admit that for Texas Senate District 6, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2002 General election.  See Ex. A.

81. Admit that in Texas Senate District 6, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2004 General election.  See Ex. A.

82. Admit that in Texas Senate District 6, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2004 General election.  See Ex. A.

83. Admit that in Texas Senate District 6, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2006 General election.  See Ex. A.

84.   Admit that in Texas Senate District 6, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2006 General election.  See Ex. A.

85.   Admit that in Texas Senate District 6, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2008 General election.  See Ex. A.

86.   Admit that in Texas Senate District 6, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2008 General election.  See Ex. A.

87.   Admit that in Texas Senate District 6, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2010 General election.  See Ex. A.

88.   Admit that in Texas Senate District 6, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2010 General election.  See Ex. A.

89.   Admit that for Texas Senate District 7, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2002 General election.  See Ex. A.

90.   Admit that for Texas Senate District 7, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2002 General election.  See Ex. A.

91.   Admit that in Texas Senate District 7, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2004 General election.  See Ex. A.

92.   Admit that in Texas Senate District 7, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2004 General election.  See Ex. A.

93.   Admit that in Texas Senate District 7, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2006 General election.  See Ex. A.

94.   Admit that in Texas Senate District 7, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2006 General election.  See Ex. A.

95.  Admit that in Texas Senate District 7, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2008 General election.  See Ex. A.

96.  Admit that in Texas Senate District 7, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2008 General election.  See Ex. A.

97.  Admit that in Texas Senate District 7, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2010 General election.  See Ex. A.

98.  Admit that in Texas Senate District 7, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2010 General election.  See Ex. A.

99.  Admit that for Texas Senate District 8, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2002 General election.  See Ex. A.

100.  Admit that for Texas Senate District 8, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2002 General election.  See Ex. A.

101.  Admit that in Texas Senate District 8, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2004 General election.  See Ex. A.

102.  Admit that in Texas Senate District 8, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2004 General election.  See Ex. A.

103.  Admit that in Texas Senate District 8, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2006 General election.  See Ex. A.

104.  Admit that in Texas Senate District 8, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2006 General election.  See Ex. A.

105.  Admit that in Texas Senate District 8, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2008 General election.  See Ex. A.

106. Admit that in Texas Senate District 8, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2008 General election.  See Ex. A.

107. Admit that in Texas Senate District 8, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2010 General election.  See Ex. A.

108. Admit that in Texas Senate District 8, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2010 General election.  See Ex. A.

109. Admit that for Texas Senate District 9, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2002 General election.  See Ex. A.

110. Admit that for Texas Senate District 9, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2002 General election.  See Ex. A.

111. Admit that in Texas Senate District 9, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2004 General election.  See Ex. A.

112. Admit that in Texas Senate District 9, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2004 General election.  See Ex. A.

113. Admit that in Texas Senate District 9, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2006 General election.  See Ex. A.

114. Admit that in Texas Senate District 9, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2006 General election.  See Ex. A.

115. Admit that in Texas Senate District 9, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2008 General election.  See Ex. A.

116. Admit that in Texas Senate District 9, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2008 General election.  See Ex. A.

13

117. Admit that in Texas Senate District 9, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2010 General election.  See Ex. A.

118. Admit that in Texas Senate District 9, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2010 General election.  See Ex. A.

119. Admit that for Texas Senate District 10, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2002 General election.  See Ex. A.

120. Admit that for Texas Senate District 10, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2002 General election.  See Ex. A.

121. Admit that in Texas Senate District 10, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2004 General election.  See Ex. A.

122. Admit that in Texas Senate District 10, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2004 General election.  See Ex. A.

123. Admit that in Texas Senate District 10, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2006 General election.  See Ex. A.

124. Admit that in Texas Senate District 10, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2006 General election.  See Ex. A.

125. Admit that in Texas Senate District 10, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2008 General election.  See Ex. A.

126. Admit that in Texas Senate District 10, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2008 General election.  See Ex. A.

127. Admit that in Texas Senate District 10, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2010 General election.  See Ex. A.

128. Admit that in Texas Senate District 10, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2010 General election.  See Ex. A.

129. Admit that for Texas Senate District 11, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2002 General election.  See Ex. A.

130. Admit that for Texas Senate District 11, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2002 General election.  See Ex. A.

131. Admit that in Texas Senate District 11, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2004 General election.  See Ex. A.

132. Admit that in Texas Senate District 11, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2004 General election.  See Ex. A.

133. Admit that in Texas Senate District 11, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2006 General election.  See Ex. A.

134. Admit that in Texas Senate District 11, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2006 General election.  See Ex. A.

135. Admit that in Texas Senate District 11, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2008 General election.  See Ex. A.

136. Admit that in Texas Senate District 11, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2008 General election.  See Ex. A.

137. Admit that in Texas Senate District 11, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2010 General election.  See Ex. A.

138. Admit that in Texas Senate District 11, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2010 General election.  See Ex. A.

139. Admit that for Texas Senate District 12, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2002 General election.  See Ex. A.

140. Admit that for Texas Senate District 12, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2002 General election.  See Ex. A.

141. Admit that in Texas Senate District 12, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2004 General election.  See Ex. A.

142. Admit that in Texas Senate District 12, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2004 General election.  See Ex. A.

143. Admit that in Texas Senate District 12, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2006 General election.  See Ex. A.

144. Admit that in Texas Senate District 12, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2006 General election.  See Ex. A.

145. Admit that in Texas Senate District 12, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2008 General election.  See Ex. A.

146. Admit that in Texas Senate District 12, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2008 General election.  See Ex. A.

147. Admit that in Texas Senate District 12, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2010 General election.  See Ex. A.

148. Admit that in Texas Senate District 12, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2010 General election.  See Ex. A.

149. Admit that for Texas Senate District 13, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2002 General election.  See Ex. A.

150. Admit that in Texas Senate District 13, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2004 General election.  See Ex. A.

151. Admit that in Texas Senate District 13, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2006 General election.  See Ex. A.

152. Admit that in Texas Senate District 13, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2008 General election.  See Ex. A.

153. Admit that in Texas Senate District 13, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2010 General election.  See Ex. A.

154. Admit that for Texas Senate District 14, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2002 General election.  See Ex. A.

155. Admit that for Texas Senate District 14, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2002 General election.  See Ex. A.

156. Admit that in Texas Senate District 14, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2004 General election.  See Ex. A.

157. Admit that in Texas Senate District 14, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2004 General election.  See Ex. A.

158. Admit that in Texas Senate District 14, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2006 General election.  See Ex. A.

159. Admit that in Texas Senate District 14, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2006 General election.  See Ex. A.

160. Admit that in Texas Senate District 14, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2008 General election.  See Ex. A.

161. Admit that in Texas Senate District 14, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2008 General election.  See Ex. A.

162. Admit that in Texas Senate District 14, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2010 General election.  See Ex. A.

163. Admit that in Texas Senate District 14, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2010 General election.  See Ex. A.

164. Admit that for Texas Senate District 15, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2002 General election.  See Ex. A.

165. Admit that for Texas Senate District 15, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2002 General election.  See Ex. A.

166. Admit that in Texas Senate District 15, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2004 General election.  See Ex. A.

167. Admit that in Texas Senate District 15, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2004 General election.  See Ex. A.

168. Admit that in Texas Senate District 15, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2006 General election.  See Ex. A.

169. Admit that in Texas Senate District 15, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2006 General election.  See Ex. A.

170. Admit that in Texas Senate District 15, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2008 General election.  See Ex. A.

171. Admit that in Texas Senate District 15, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2008 General election.  See Ex. A.

18

172. Admit that in Texas Senate District 15, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2010 General election.  See Ex. A.

173. Admit that in Texas Senate District 15, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2010 General election.  See Ex. A.

174. Admit that for Texas Senate District 16, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2002 General election.  See Ex. A.

175. Admit that for Texas Senate District 16, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2002 General election.  See Ex. A.

176. Admit that in Texas Senate District 16, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2004 General election.  See Ex. A.

177. Admit that in Texas Senate District 16, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2004 General election.  See Ex. A.

178. Admit that in Texas Senate District 16, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2006 General election.  See Ex. A.

179. Admit that in Texas Senate District 16, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2006 General election.  See Ex. A.

180. Admit that in Texas Senate District 16, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2008 General election.  See Ex. A.

181. Admit that in Texas Senate District 16, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2008 General election.  See Ex. A.

182. Admit that in Texas Senate District 16, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2010 General election.  See Ex. A.

19

183. Admit that in Texas Senate District 16, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2010 General election.  See Ex. A.

184. Admit that for Texas Senate District 17, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2002 General election.  See Ex. A.

185. Admit that for Texas Senate District 17, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2002 General election.  See Ex. A.

186. Admit that in Texas Senate District 17, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2004 General election.  See Ex. A.

187. Admit that in Texas Senate District 17, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2004 General election.  See Ex. A.

188. Admit that in Texas Senate District 17, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2006 General election.  See Ex. A.

189. Admit that in Texas Senate District 17, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2006 General election.  See Ex. A.

190. Admit that in Texas Senate District 17, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2008 General election.  See Ex. A.

191. Admit that in Texas Senate District 17, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2008 General election.  See Ex. A.

192. Admit that in Texas Senate District 17, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2010 General election.  See Ex. A.

193. Admit that in Texas Senate District 17, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2010 General election.  See Ex. A.

194. Admit that for Texas Senate District 18, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2002 General election.  See Ex. A.

195. Admit that for Texas Senate District 18, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2002 General election.  See Ex. A.

196. Admit that in Texas Senate District 18, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2004 General election.  See Ex. A.

197. Admit that in Texas Senate District 18, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2004 General election.  See Ex. A.

198. Admit that in Texas Senate District 18, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2006 General election.  See Ex. A.

199. Admit that in Texas Senate District 18, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2006 General election.  See Ex. A.

200. Admit that in Texas Senate District 18, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2008 General election.  See Ex. A.

201. Admit that in Texas Senate District 18, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2008 General election.  See Ex. A.

202. Admit that in Texas Senate District 18, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2010 General election.  See Ex. A.

203. Admit that in Texas Senate District 18, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2010 General election.  See Ex. A.

204. Admit that for Texas Senate District 19, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2002 General election.  See Ex. A.

205. Admit that for Texas Senate District 19, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2002 General election. See Ex. A.

206. Admit that in Texas Senate District 19, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2004 General election. See Ex. A.

207. Admit that in Texas Senate District 19, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2004 General election. See Ex. A.

208. Admit that in Texas Senate District 19, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2006 General election. See Ex. A.

209. Admit that in Texas Senate District 19, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2006 General election. See Ex. A.

210. Admit that in Texas Senate District 19, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2008 General election. See Ex. A.

211. Admit that in Texas Senate District 19, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2008 General election. See Ex. A.

212. Admit that in Texas Senate District 19, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2010 General election. See Ex. A.

213. Admit that in Texas Senate District 19, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2010 General election. See Ex. A.

214. Admit that for Texas Senate District 20, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2002 General election. See Ex. A.

215. Admit that for Texas Senate District 20, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2002 General election. See Ex. A.

216. Admit that in Texas Senate District 20, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2004 General election.  See Ex. A.

217. Admit that in Texas Senate District 20, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2004 General election.  See Ex. A.

218. Admit that in Texas Senate District 20, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2006 General election.  See Ex. A.

219. Admit that in Texas Senate District 20, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2006 General election.  See Ex. A.

220. Admit that in Texas Senate District 20, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2008 General election.  See Ex. A.

221. Admit that in Texas Senate District 20, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2008 General election.  See Ex. A.

222. Admit that in Texas Senate District 20, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2010 General election.  See Ex. A.

223. Admit that in Texas Senate District 20, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2010 General election.  See Ex. A.

224. Admit that for Texas Senate District 21, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2002 General election.  See Ex. A.

225. Admit that for Texas Senate District 21, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2002 General election.  See Ex. A.

226. Admit that in Texas Senate District 21, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2004 General election.  See Ex. A.

227.  Admit that in Texas Senate District 21, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2004 General election.  See Ex. A.

228.  Admit that in Texas Senate District 21, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2006 General election.  See Ex. A.

229.  Admit that in Texas Senate District 21, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2006 General election.  See Ex. A.

230.  Admit that in Texas Senate District 21, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2008 General election.  See Ex. A.

231.  Admit that in Texas Senate District 21, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2008 General election.  See Ex. A.

232.  Admit that in Texas Senate District 21, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2010 General election.  See Ex. A.

233.  Admit that in Texas Senate District 21, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2010 General election.  See Ex. A.

234.  Admit that for Texas Senate District 22, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2002 General election.  See Ex. A.

235.  Admit that in Texas Senate District 22, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2004 General election.  See Ex. A.

236.  Admit that in Texas Senate District 22, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2006 General election.  See Ex. A.

237.  Admit that in Texas Senate District 22, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2006 General election.  See Ex. A.

238. Admit that in Texas Senate District 22, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2008 General election.  See Ex. A.

239. Admit that in Texas Senate District 22, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2010 General election.  See Ex. A.

240. Admit that in Texas Senate District 22, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2010 General election.  See Ex. A.

241. Admit that for Texas Senate District 23, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2002 General election.  See Ex. A.

242. Admit that in Texas Senate District 23, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2004 General election.  See Ex. A.

243. Admit that in Texas Senate District 23, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2006 General election.  See Ex. A.

244. Admit that in Texas Senate District 23, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2006 General election.  See Ex. A.

245. Admit that in Texas Senate District 23, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2008 General election.  See Ex. A.

246. Admit that in Texas Senate District 23, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2010 General election.  See Ex. A.

247. Admit that for Texas Senate District 24, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2002 General election.  See Ex. A.

248. Admit that for Texas Senate District 24, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2002 General election.  See Ex. A.

249. Admit that in Texas Senate District 24, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2004 General election.  See Ex. A.

250. Admit that in Texas Senate District 24, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2004 General election.  See Ex. A.

251. Admit that in Texas Senate District 24, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2006 General election.  See Ex. A.

252. Admit that in Texas Senate District 24, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2006 General election.  See Ex. A.

253. Admit that in Texas Senate District 24, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2008 General election.  See Ex. A.

254. Admit that in Texas Senate District 24, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2008 General election.  See Ex. A.

255. Admit that in Texas Senate District 24, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2010 General election.  See Ex. A.

256. Admit that in Texas Senate District 24, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2010 General election.  See Ex. A.

257. Admit that for Texas Senate District 25, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2002 General election.  See Ex. A.

258. Admit that for Texas Senate District 25, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2002 General election.  See Ex. A.

259. Admit that in Texas Senate District 25, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2004 General election.  See Ex. A.

260. Admit that in Texas Senate District 25, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2004 General election.  See Ex. A.

261. Admit that in Texas Senate District 25, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2006 General election.  See Ex. A.

262. Admit that in Texas Senate District 25, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2006 General election.  See Ex. A.

263. Admit that in Texas Senate District 25, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2008 General election.  See Ex. A.

264. Admit that in Texas Senate District 25, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2008 General election.  See Ex. A.

265. Admit that in Texas Senate District 25, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2010 General election.  See Ex. A.

266. Admit that in Texas Senate District 25, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2010 General election.  See Ex. A.

267.  Admit that for Texas Senate District 26, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2002 General election.  See Ex. A.

268. Admit that for Texas Senate District 26, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2002 General election.  See Ex. A.

269. Admit that in Texas Senate District 26, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2004 General election.  See Ex. A.

270. Admit that in Texas Senate District 26, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2004 General election.  See Ex. A.

271.  Admit that in Texas Senate District 26, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2006 General election.  See Ex. A.

272.  Admit that in Texas Senate District 26, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2006 General election.  See Ex. A.

273.  Admit that in Texas Senate District 26, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2008 General election.  See Ex. A.

274.  Admit that in Texas Senate District 26, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2008 General election.  See Ex. A.

275.  Admit that in Texas Senate District 26, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2010 General election.  See Ex. A.

276.  Admit that in Texas Senate District 26, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2010 General election.  See Ex. A.

277.  Admit that for Texas Senate District 27, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2002 General election.  See Ex. A.

278.  Admit that for Texas Senate District 27, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2002 General election.  See Ex. A.

279.  Admit that in Texas Senate District 27, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2004 General election.  See Ex. A.

280.  Admit that in Texas Senate District 27, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2004 General election.  See Ex. A.

281.  Admit that in Texas Senate District 27, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2006 General election.  See Ex. A.

282. Admit that in Texas Senate District 27, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2006 General election.  See Ex. A.

283. Admit that in Texas Senate District 27, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2008 General election.  See Ex. A.

284. Admit that in Texas Senate District 27, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2008 General election.  See Ex. A.

285. Admit that in Texas Senate District 27, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2010 General election.  See Ex. A.

286. Admit that in Texas Senate District 27, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2010 General election.  See Ex. A.

287. Admit that for Texas Senate District 28, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2002 General election.  See Ex. A.

288. Admit that for Texas Senate District 28, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2002 General election.  See Ex. A.

289. Admit that in Texas Senate District 28, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2004 General election.  See Ex. A.

290. Admit that in Texas Senate District 28, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2004 General election.  See Ex. A.

291. Admit that in Texas Senate District 28, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2006 General election.  See Ex. A.

292. Admit that in Texas Senate District 28, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2006 General election.  See Ex. A.

293. Admit that in Texas Senate District 28, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2008 General election.  See Ex. A.

294. Admit that in Texas Senate District 28, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2008 General election.  See Ex. A.

295. Admit that in Texas Senate District 28, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2010 General election.  See Ex. A.

296. Admit that in Texas Senate District 28, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2010 General election.  See Ex. A.

297. Admit that for Texas Senate District 29, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2002 General election.  See Ex. A.

298. Admit that for Texas Senate District 29, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2002 General election.  See Ex. A.

299. Admit that in Texas Senate District 29, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2004 General election.  See Ex. A.

300. Admit that in Texas Senate District 29, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2004 General election.  See Ex. A.

301. Admit that in Texas Senate District 29, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2006 General election.  See Ex. A.

302. Admit that in Texas Senate District 29, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2006 General election.  See Ex. A.

303. Admit that in Texas Senate District 29, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2008 General election.  See Ex. A.

304. Admit that in Texas Senate District 29, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2008 General election.  See Ex. A.

305. Admit that in Texas Senate District 29, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2010 General election.  See Ex. A.

306. Admit that in Texas Senate District 29, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2010 General election.  See Ex. A.

307. Admit that for Texas Senate District 30, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2002 General election.  See Ex. A.

308. Admit that for Texas Senate District 30, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2002 General election.  See Ex. A.

309. Admit that in Texas Senate District 30, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2004 General election.  See Ex. A.

310. Admit that in Texas Senate District 30, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2004 General election.  See Ex. A.

311. Admit that in Texas Senate District 30, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2006 General election.  See Ex. A.

312. Admit that in Texas Senate District 30, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2006 General election.  See Ex. A.

313. Admit that in Texas Senate District 30, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2008 General election.  See Ex. A.

314. Admit that in Texas Senate District 30, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2008 General election.  See Ex. A.

315. Admit that in Texas Senate District 30, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2010 General election.  See Ex. A.

316. Admit that in Texas Senate District 30, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2010 General election.  See Ex. A.

317. Admit that for Texas Senate District 31, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2002 General election.  See Ex. A.

318. Admit that for Texas Senate District 31, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2002 General election.  See Ex. A.

319. Admit that in Texas Senate District 31, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2004 General election.  See Ex. A.

320. Admit that in Texas Senate District 31, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2004 General election.  See Ex. A.

321. Admit that in Texas Senate District 31, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2006 General election.  See Ex. A.

322. Admit that in Texas Senate District 31, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2006 General election.  See Ex. A.

323. Admit that in Texas Senate District 31, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2008 General election.  See Ex. A.

324. Admit that in Texas Senate District 31, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2008 General election.  See Ex. A.

325. Admit that in Texas Senate District 31, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Black voters cast ballots in the 2010 General election.  See Ex. A.

326. Admit that in Texas Senate District 31, as drawn under PlanS148, the Office of the Texas Attorney General estimated that a higher percentage of Anglo voters than of Hispanic voters cast ballots in the 2010 General election.  See Ex. A.

324. Admit that for Texas Senate District 1, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

325. Admit that for Texas Senate District 1, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2002 General Election contest for Governor.  See Ex. A.

326. Admit that for Texas Senate District 1, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

327. Admit that for Texas Senate District 1, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

328. Admit that for Texas Senate District 1, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

329. Admit that for Texas Senate District 1, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2006 General Election contest for Lt. Governor.  See Ex. A.

330. Admit that for Texas Senate District 1, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

331. Admit that for Texas Senate District 1, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots

and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

332. Admit that for Texas Senate District 1, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2008 General Election contest for U.S. Senate.  See Ex. A.

333. Admit that for Texas Senate District 1, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

334. Admit that for Texas Senate District 1, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

335. Admit that for Texas Senate District 1, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2010 General Election contest for Lt. Governor.  See Ex. A.

336. Admit that for Texas Senate District 2, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

337. Admit that for Texas Senate District 2, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

338. Admit that for Texas Senate District 2, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2002 General Election contest for Governor.  See Ex. A.

339. Admit that for Texas Senate District 2, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and

the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6. See Ex. A.

340. Admit that for Texas Senate District 2, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6. See Ex. A.

341. Admit that for Texas Senate District 2, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2004 General Election contest for Court of Criminal Appeals, Place 6. See Ex. A.

342. Admit that for Texas Senate District 2, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor. See Ex. A.

343. Admit that for Texas Senate District 2, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor. See Ex. A.

344. Admit that for Texas Senate District 2, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2006 General Election contest for Lt. Governor. See Ex. A.

345. Admit that for Texas Senate District 2, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate. See Ex. A.

346. Admit that for Texas Senate District 2, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate. See Ex. A.

347. Admit that for Texas Senate District 2, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the

majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2008 General Election contest for U.S. Senate.  See Ex. A.

348. Admit that for Texas Senate District 2, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

349. Admit that for Texas Senate District 2, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

350. Admit that for Texas Senate District 2, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2010 General Election contest for Lt. Governor.  See Ex. A.

351. Admit that for Texas Senate District 3, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

352. Admit that for Texas Senate District 3, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2002 General Election contest for Governor.  See Ex. A.

353. Admit that for Texas Senate District 3, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

354. Admit that for Texas Senate District 3, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

355. Admit that for Texas Senate District 3, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and

the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

356. Admit that for Texas Senate District 3, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2006 General Election contest for Lt. Governor.  See Ex. A.

357. Admit that for Texas Senate District 3, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

358.  Admit that for Texas Senate District 3, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2008 General Election contest for U.S. Senate.  See Ex. A.

359. Admit that for Texas Senate District 3, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

360. Admit that for Texas Senate District 3, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2010 General Election contest for Lt. Governor.  See Ex. A.

361. Admit that for Texas Senate District 4, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

362. Admit that for Texas Senate District 4, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2002 General Election contest for Governor.  See Ex. A.

363. Admit that for Texas Senate District 4, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

364. Admit that for Texas Senate District 4, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

365. Admit that for Texas Senate District 4, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

366. Admit that for Texas Senate District 4, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2006 General Election contest for Lt. Governor.  See Ex. A.

367. Admit that for Texas Senate District 4, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

368.  Admit that for Texas Senate District 4, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2008 General Election contest for U.S. Senate.  See Ex. A.

369. Admit that for Texas Senate District 4, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

370. Admit that for Texas Senate District 4, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2010 General Election contest for Lt. Governor.  See Ex. A.

371. Admit that for Texas Senate District 5, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

372. Admit that for Texas Senate District 5, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2002 General Election contest for Governor.  See Ex. A.

373. Admit that for Texas Senate District 5, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

374. Admit that for Texas Senate District 5, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

375. Admit that for Texas Senate District 5, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

376. Admit that for Texas Senate District 5, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

377. Admit that for Texas Senate District 5, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

378. Admit that for Texas Senate District 5, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2006 General Election contest for Lt. Governor.  See Ex. A.

379. Admit that for Texas Senate District 5, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

380. Admit that for Texas Senate District 5, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

381. Admit that for Texas Senate District 5, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2008 General Election contest for U.S. Senate.  See Ex. A.

382. Admit that for Texas Senate District 5, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

383. Admit that for Texas Senate District 5, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

384. Admit that for Texas Senate District 5, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2010 General Election contest for Lt. Governor.  See Ex. A.

385. Admit that for Texas Senate District 6, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

386. Admit that for Texas Senate District 6, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

387.   Admit that for Texas Senate District 6, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2002 General Election contest for Governor.  See Ex. A.

388.   Admit that for Texas Senate District 6, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

389.   Admit that for Texas Senate District 6, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

390.   Admit that for Texas Senate District 6, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

391.   Admit that for Texas Senate District 6, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

392.   Admit that for Texas Senate District 6, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

393.   Admit that for Texas Senate District 6, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2006 General Election contest for Lt. Governor.  See Ex. A.

394.   Admit that for Texas Senate District 6, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

395. Admit that for Texas Senate District 6, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

396. Admit that for Texas Senate District 6, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2008 General Election contest for U.S. Senate.  See Ex. A.

397. Admit that for Texas Senate District 6, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

398. Admit that for Texas Senate District 6, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

399. Admit that for Texas Senate District 6, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2010 General Election contest for Lt. Governor.  See Ex. A.

400. Admit that for Texas Senate District 7, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

401. Admit that for Texas Senate District 7, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

402. Admit that for Texas Senate District 7, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2002 General Election contest for Governor.  See Ex. A.

403. Admit that for Texas Senate District 7, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

404. Admit that for Texas Senate District 7, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

405. Admit that for Texas Senate District 7, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

406. Admit that for Texas Senate District 7, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

407. Admit that for Texas Senate District 7, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

408. Admit that for Texas Senate District 7, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2006 General Election contest for Lt. Governor.  See Ex. A.

409. Admit that for Texas Senate District 7, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

410. Admit that for Texas Senate District 7, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

411. Admit that for Texas Senate District 7, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2008 General Election contest for U.S. Senate.  See Ex. A.

412. Admit that for Texas Senate District 7, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

413. Admit that for Texas Senate District 7, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

414. Admit that for Texas Senate District 7, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2010 General Election contest for Lt. Governor.  See Ex. A.

415. Admit that for Texas Senate District 8, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

416. Admit that for Texas Senate District 8, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2002 General Election contest for Governor.  See Ex. A.

417. Admit that for Texas Senate District 8, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

418. Admit that for Texas Senate District 8, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

419.  Admit that for Texas Senate District 8, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

420.  Admit that for Texas Senate District 8, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2006 General Election contest for Lt. Governor.  See Ex. A.

421.  Admit that for Texas Senate District 8, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

422.  Admit that for Texas Senate District 8, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2008 General Election contest for U.S. Senate.  See Ex. A.

423.  Admit that for Texas Senate District 8, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

424.  Admit that for Texas Senate District 8, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2010 General Election contest for Lt. Governor.  See Ex. A.

425.  Admit that for Texas Senate District 9, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

426.  Admit that for Texas Senate District 9, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

427. Admit that for Texas Senate District 9, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2002 General Election contest for Governor.  See Ex. A.

428. Admit that for Texas Senate District 9, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

429. Admit that for Texas Senate District 9, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

430. Admit that for Texas Senate District 9, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

431. Admit that for Texas Senate District 9, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

432. Admit that for Texas Senate District 9, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

433. Admit that for Texas Senate District 9, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2006 General Election contest for Lt. Governor.  See Ex. A.

434. Admit that for Texas Senate District 9, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

435. Admit that for Texas Senate District 9, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

436. Admit that for Texas Senate District 9, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2008 General Election contest for U.S. Senate.  See Ex. A.

437. Admit that for Texas Senate District 9, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

438. Admit that for Texas Senate District 9, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2010 General Election contest for Lt. Governor.  See Ex. A.

439. Admit that for Texas Senate District 10, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

440. Admit that for Texas Senate District 10, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

441. Admit that for Texas Senate District 10, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2002 General Election contest for Governor.  See Ex. A.

442. Admit that for Texas Senate District 10, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

443. Admit that for Texas Senate District 10, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

444. Admit that for Texas Senate District 10, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

445. Admit that for Texas Senate District 10, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

446. Admit that for Texas Senate District 10, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

447. Admit that for Texas Senate District 10, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2006 General Election contest for Lt. Governor.  See Ex. A.

448. Admit that for Texas Senate District 10, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

449. Admit that for Texas Senate District 10, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

450. Admit that for Texas Senate District 10, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2008 General Election contest for U.S. Senate.  See Ex. A.

451. Admit that for Texas Senate District 10, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

452. Admit that for Texas Senate District 10, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

453. Admit that for Texas Senate District 10, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2010 General Election contest for Lt. Governor.  See Ex. A.

454. Admit that for Texas Senate District 11, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

455. Admit that for Texas Senate District 11, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

456. Admit that for Texas Senate District 11, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2002 General Election contest for Governor.  See Ex. A.

457. Admit that for Texas Senate District 11, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

458. Admit that for Texas Senate District 11, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

459. Admit that for Texas Senate District 11, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

460. Admit that for Texas Senate District 11, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

461. Admit that for Texas Senate District 11, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

462. Admit that for Texas Senate District 11, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2006 General Election contest for Lt. Governor.  See Ex. A.

463. Admit that for Texas Senate District 11, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

464. Admit that for Texas Senate District 11, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

465. Admit that for Texas Senate District 11, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2008 General Election contest for U.S. Senate.  See Ex. A.

466. Admit that for Texas Senate District 11, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

467. Admit that for Texas Senate District 11, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2010 General Election contest for Lt. Governor.  See Ex. A.

468. Admit that for Texas Senate District 12, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

469. Admit that for Texas Senate District 12, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2002 General Election contest for Governor.  See Ex. A.

470. Admit that for Texas Senate District 12, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

471. Admit that for Texas Senate District 12, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

472. Admit that for Texas Senate District 12, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

473. Admit that for Texas Senate District 12, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2006 General Election contest for Lt. Governor.  See Ex. A.

474. Admit that for Texas Senate District 12, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

475. Admit that for Texas Senate District 12, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

476. Admit that for Texas Senate District 12, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2008 General Election contest for U.S. Senate.  See Ex. A.

477. Admit that for Texas Senate District 12, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

478. Admit that for Texas Senate District 12, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

479. Admit that for Texas Senate District 12, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2010 General Election contest for Lt. Governor.  See Ex. A.

480. Admit that for Texas Senate District 13, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

481. Admit that for Texas Senate District 13, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2002 General Election contest for Governor.  See Ex. A.

482. Admit that for Texas Senate District 13, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

483. Admit that for Texas Senate District 13, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

484. Admit that for Texas Senate District 13, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

485. Admit that for Texas Senate District 13, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2006 General Election contest for Lt. Governor.  See Ex. A.

486. Admit that for Texas Senate District 13, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

487. Admit that for Texas Senate District 13, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2008 General Election contest for U.S. Senate.  See Ex. A.

488. Admit that for Texas Senate District 13, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

489. Admit that for Texas Senate District 13, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2010 General Election contest for Lt. Governor.  See Ex. A.

490. Admit that for Texas Senate District 14, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

491. Admit that for Texas Senate District 14, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

492. Admit that for Texas Senate District 14, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2002 General Election contest for Governor.  See Ex. A.

493. Admit that for Texas Senate District 14, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

494. Admit that for Texas Senate District 14, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

495. Admit that for Texas Senate District 14, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2010 General Election contest for Lt. Governor.  See Ex. A.

496. Admit that for Texas Senate District 15, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

497. Admit that for Texas Senate District 15, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2002 General Election contest for Governor.  See Ex. A.

498. Admit that for Texas Senate District 15, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

499. Admit that for Texas Senate District 15, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

500. Admit that for Texas Senate District 15, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

501. Admit that for Texas Senate District 15, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2006 General Election contest for Lt. Governor.  See Ex. A.

502. Admit that for Texas Senate District 15, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

503. Admit that for Texas Senate District 15, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2008 General Election contest for U.S. Senate.  See Ex. A.

504. Admit that for Texas Senate District 15, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

505. Admit that for Texas Senate District 15, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2010 General Election contest for Lt. Governor.  See Ex. A.

506. Admit that for Texas Senate District 16, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

507. Admit that for Texas Senate District 16, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

508. Admit that for Texas Senate District 16, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2002 General Election contest for Governor.  See Ex. A.

509. Admit that for Texas Senate District 16, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

510. Admit that for Texas Senate District 16, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

511. Admit that for Texas Senate District 16, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

512. Admit that for Texas Senate District 16, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

513. Admit that for Texas Senate District 16, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

514. Admit that for Texas Senate District 16, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2006 General Election contest for Lt. Governor.  See Ex. A.

515. Admit that for Texas Senate District 16, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

516. Admit that for Texas Senate District 16, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

517. Admit that for Texas Senate District 16, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2008 General Election contest for U.S. Senate.  See Ex. A.

518. Admit that for Texas Senate District 16, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

519. Admit that for Texas Senate District 16, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

520. Admit that for Texas Senate District 16, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2010 General Election contest for Lt. Governor.  See Ex. A.

521. Admit that for Texas Senate District 17, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

522. Admit that for Texas Senate District 17, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

523. Admit that for Texas Senate District 17, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2002 General Election contest for Governor.  See Ex. A.

524. Admit that for Texas Senate District 17, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

525. Admit that for Texas Senate District 17, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

526. Admit that for Texas Senate District 17, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

527. Admit that for Texas Senate District 17, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

528. Admit that for Texas Senate District 17, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2006 General Election contest for Lt. Governor.  See Ex. A.

529. Admit that for Texas Senate District 17, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

530. Admit that for Texas Senate District 17, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

531. Admit that for Texas Senate District 17, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2008 General Election contest for U.S. Senate.  See Ex. A.

532. Admit that for Texas Senate District 17, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

533. Admit that for Texas Senate District 17, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2010 General Election contest for Lt. Governor.  See Ex. A.

534. Admit that for Texas Senate District 18, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

535. Admit that for Texas Senate District 18, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

536. Admit that for Texas Senate District 18, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2002 General Election contest for Governor.  See Ex. A.

537. Admit that for Texas Senate District 18, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

538. Admit that for Texas Senate District 18, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

539. Admit that for Texas Senate District 18, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

540. Admit that for Texas Senate District 18, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

541. Admit that for Texas Senate District 18, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

542. Admit that for Texas Senate District 18, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2006 General Election contest for Lt. Governor.  See Ex. A.

543. Admit that for Texas Senate District 18, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

544. Admit that for Texas Senate District 18, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

545. Admit that for Texas Senate District 18, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2008 General Election contest for U.S. Senate.  See Ex. A.

546. Admit that for Texas Senate District 18, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

547. Admit that for Texas Senate District 18, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

548. Admit that for Texas Senate District 18, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2010 General Election contest for Lt. Governor.  See Ex. A.

549. Admit that for Texas Senate District 19, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

550. Admit that for Texas Senate District 19, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

551. Admit that for Texas Senate District 19, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2002 General Election contest for Governor.  See Ex. A.

552. Admit that for Texas Senate District 19, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

553. Admit that for Texas Senate District 19, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

554. Admit that for Texas Senate District 19, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

555. Admit that for Texas Senate District 19, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

556. Admit that for Texas Senate District 19, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

557. Admit that for Texas Senate District 19, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2006 General Election contest for Lt. Governor.  See Ex. A.

558. Admit that for Texas Senate District 19, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

559. Admit that for Texas Senate District 19, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

560. Admit that for Texas Senate District 19, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2008 General Election contest for U.S. Senate.  See Ex. A.

561. Admit that for Texas Senate District 19, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

562. Admit that for Texas Senate District 19, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

563. Admit that for Texas Senate District 19, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2010 General Election contest for Lt. Governor.  See Ex. A.

564. Admit that for Texas Senate District 20, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

565. Admit that for Texas Senate District 20, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

566. Admit that for Texas Senate District 20, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2002 General Election contest for Governor.  See Ex. A.

567. Admit that for Texas Senate District 20, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

568. Admit that for Texas Senate District 20, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

569. Admit that for Texas Senate District 20, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

570. Admit that for Texas Senate District 20, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

571. Admit that for Texas Senate District 20, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

572. Admit that for Texas Senate District 20, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2006 General Election contest for Lt. Governor.  See Ex. A.

573. Admit that for Texas Senate District 20, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

574. Admit that for Texas Senate District 20, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

575. Admit that for Texas Senate District 20, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2008 General Election contest for U.S. Senate.  See Ex. A.

576. Admit that for Texas Senate District 20, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

577. Admit that for Texas Senate District 20, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

578. Admit that for Texas Senate District 20, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2010 General Election contest for Lt. Governor.  See Ex. A.

579. Admit that for Texas Senate District 21, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

580. Admit that for Texas Senate District 21, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2002 General Election contest for Governor.  See Ex. A.

581. Admit that for Texas Senate District 21, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

582. Admit that for Texas Senate District 21, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

583. Admit that for Texas Senate District 21, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

584. Admit that for Texas Senate District 21, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2006 General Election contest for Lt. Governor.  See Ex. A.

585. Admit that for Texas Senate District 21, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

586. Admit that for Texas Senate District 21, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2008 General Election contest for U.S. Senate.  See Ex. A.

587. Admit that for Texas Senate District 21, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

588. Admit that for Texas Senate District 21, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2010 General Election contest for Lt. Governor.  See Ex. A.

589. Admit that for Texas Senate District 22, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

590. Admit that for Texas Senate District 22, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

591. Admit that for Texas Senate District 22, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2002 General Election contest for Governor.  See Ex. A.

592. Admit that for Texas Senate District 22, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

593. Admit that for Texas Senate District 22, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

594. Admit that for Texas Senate District 22, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

595. Admit that for Texas Senate District 22, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

596. Admit that for Texas Senate District 22, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

597. Admit that for Texas Senate District 22, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2006 General Election contest for Lt. Governor.  See Ex. A.

598. Admit that for Texas Senate District 22, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

599. Admit that for Texas Senate District 22, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

600. Admit that for Texas Senate District 22, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2008 General Election contest for U.S. Senate.  See Ex. A.

601. Admit that for Texas Senate District 22, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

602. Admit that for Texas Senate District 22, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

603. Admit that for Texas Senate District 22, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2010 General Election contest for Lt. Governor.  See Ex. A.

604. Admit that for Texas Senate District 23, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

605. Admit that for Texas Senate District 23, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

606. Admit that for Texas Senate District 23, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2002 General Election contest for Governor.  See Ex. A.

607. Admit that for Texas Senate District 23, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

608. Admit that for Texas Senate District 23, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

609. Admit that for Texas Senate District 23, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

610. Admit that for Texas Senate District 23, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

611. Admit that for Texas Senate District 23, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

612. Admit that for Texas Senate District 23, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2006 General Election contest for Lt. Governor.  See Ex. A.

613. Admit that for Texas Senate District 23, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

614. Admit that for Texas Senate District 23, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

615. Admit that for Texas Senate District 23, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2008 General Election contest for U.S. Senate.  See Ex. A.

616. Admit that for Texas Senate District 23, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

617. Admit that for Texas Senate District 23, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

618. Admit that for Texas Senate District 23, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2010 General Election contest for Lt. Governor.  See Ex. A.

619. Admit that for Texas Senate District 24, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

620. Admit that for Texas Senate District 24, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

621. Admit that for Texas Senate District 24, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2002 General Election contest for Governor.  See Ex. A.

622. Admit that for Texas Senate District 24, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

623. Admit that for Texas Senate District 24, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

624. Admit that for Texas Senate District 24, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

625. Admit that for Texas Senate District 24, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

626. Admit that for Texas Senate District 24, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2006 General Election contest for Lt. Governor.  See Ex. A.

627.  Admit that for Texas Senate District 24, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

628.  Admit that for Texas Senate District 24, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

629.  Admit that for Texas Senate District 24, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2008 General Election contest for U.S. Senate.  See Ex. A.

630.  Admit that for Texas Senate District 24, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

631.  Admit that for Texas Senate District 24, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

632.  Admit that for Texas Senate District 24, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2010 General Election contest for Lt. Governor.  See Ex. A.

633.  Admit that for Texas Senate District 25, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

634.  Admit that for Texas Senate District 25, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2002 General Election contest for Governor.  See Ex. A.

635. Admit that for Texas Senate District 25, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

636. Admit that for Texas Senate District 25, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

637. Admit that for Texas Senate District 25, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

638. Admit that for Texas Senate District 25, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2006 General Election contest for Lt. Governor.  See Ex. A.

639. Admit that for Texas Senate District 25, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

640. Admit that for Texas Senate District 25, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

641. Admit that for Texas Senate District 25, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2008 General Election contest for U.S. Senate.  See Ex. A.

642. Admit that for Texas Senate District 25, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

643. Admit that for Texas Senate District 25, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2010 General Election contest for Lt. Governor.  See Ex. A.

644. Admit that for Texas Senate District 26, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

645. Admit that for Texas Senate District 26, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2002 General Election contest for Governor.  See Ex. A.

646. Admit that for Texas Senate District 26, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

647. Admit that for Texas Senate District 26, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

648. Admit that for Texas Senate District 26, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

649. Admit that for Texas Senate District 26, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2006 General Election contest for Lt. Governor.  See Ex. A.

650. Admit that for Texas Senate District 26, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

651. Admit that for Texas Senate District 26, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of 6 Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2008 General Election contest for U.S. Senate.  See Ex. A.

652. Admit that for Texas Senate District 26, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

653. Admit that for Texas Senate District 26, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2010 General Election contest for Lt. Governor.  See Ex. A.

654. Admit that for Texas Senate District 27, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

655. Admit that for Texas Senate District 27, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

656. Admit that for Texas Senate District 27, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2002 General Election contest for Governor.  See Ex. A.

657. Admit that for Texas Senate District 27, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

658. Admit that for Texas Senate District 27, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

659. Admit that for Texas Senate District 27, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

660. Admit that for Texas Senate District 27, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

661. Admit that for Texas Senate District 27, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2006 General Election contest for Lt. Governor.  See Ex. A.

662. Admit that for Texas Senate District 27, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

663. Admit that for Texas Senate District 27, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2008 General Election contest for U.S. Senate.  See Ex. A.

664. Admit that for Texas Senate District 27, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

665. Admit that for Texas Senate District 27, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2010 General Election contest for Lt. Governor.  See Ex. A.

666. Admit that for Texas Senate District 28, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

667. Admit that for Texas Senate District 28, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

668. Admit that for Texas Senate District 28, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2002 General Election contest for Governor.  See Ex. A.

669. Admit that for Texas Senate District 28, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

670. Admit that for Texas Senate District 28, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

671. Admit that for Texas Senate District 28, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

672. Admit that for Texas Senate District 28, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

673. Admit that for Texas Senate District 28, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

674. Admit that for Texas Senate District 28, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2006 General Election contest for Lt. Governor.  See Ex. A.

675. Admit that for Texas Senate District 28, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

676. Admit that for Texas Senate District 28, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

677. Admit that for Texas Senate District 28, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2008 General Election contest for U.S. Senate.  See Ex. A.

678. Admit that for Texas Senate District 28, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

679. Admit that for Texas Senate District 28, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

680. Admit that for Texas Senate District 28, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2010 General Election contest for Lt. Governor.  See Ex. A.

681. Admit that for Texas Senate District 29, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

682. Admit that for Texas Senate District 29, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2002 General Election contest for Governor.  See Ex. A.

683. Admit that for Texas Senate District 29, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

684. Admit that for Texas Senate District 29, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

685. Admit that for Texas Senate District 29, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

686. Admit that for Texas Senate District 29, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2006 General Election contest for Lt. Governor.  See Ex. A.

687. Admit that for Texas Senate District 29, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

688. Admit that for Texas Senate District 29, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of 9 Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2008 General Election contest for U.S. Senate.  See Ex. A.

689. Admit that for Texas Senate District 29, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

690. Admit that for Texas Senate District 29, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2010 General Election contest for Lt. Governor.  See Ex. A.

691. Admit that for Texas Senate District 30, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

692. Admit that for Texas Senate District 30, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2002 General Election contest for Governor.  See Ex. A.

693. Admit that for Texas Senate District 30, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

694. Admit that for Texas Senate District 30, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

695. Admit that for Texas Senate District 30, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

696. Admit that for Texas Senate District 30, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

697. Admit that for Texas Senate District 30, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2006 General Election contest for Lt. Governor.  See Ex. A.

698. Admit that for Texas Senate District 30, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

699. Admit that for Texas Senate District 30, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

700. Admit that for Texas Senate District 30, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2008 General Election contest for U.S. Senate.  See Ex. A.

701. Admit that for Texas Senate District 30, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

702. Admit that for Texas Senate District 30, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2010 General Election contest for Lt. Governor.  See Ex. A.

703. Admit that for Texas Senate District 31, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

704. Admit that for Texas Senate District 31, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2002 General Election contest for Governor.  See Ex. A.

705. Admit that for Texas Senate District 31, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2002 General Election contest for Governor.  See Ex. A.

706. Admit that for Texas Senate District 31, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

707. Admit that for Texas Senate District 31, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

708. Admit that for Texas Senate District 31, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2004 General Election contest for Court of Criminal Appeals, Place 6.  See Ex. A.

709. Admit that for Texas Senate District 31, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

710. Admit that for Texas Senate District 31, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2006 General Election contest for Lt. Governor.  See Ex. A.

711. Admit that for Texas Senate District 31, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2006 General Election contest for Lt. Governor.  See Ex. A.

712. Admit that for Texas Senate District 31, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

713. Admit that for Texas Senate District 31, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2008 General Election contest for U.S. Senate.  See Ex. A.

714. Admit that for Texas Senate District 31, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2008 General Election contest for U.S. Senate.  See Ex. A.

715. Admit that for Texas Senate District 31, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

716. Admit that for Texas Senate District 31, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Hispanic voters casting ballots and the majority of Anglo voters casting ballots preferred different candidates in the 2010 General Election contest for Lt. Governor.  See Ex. A.

717. Admit that for Texas Senate District 31, as drawn under PlanS148, the Office of the Texas Attorney General estimated that the majority of Black and the majority of Hispanic voters casting ballots preferred the Hispanic Democratic candidate while the majority of Anglo voters casting ballots preferred the Anglo Republican candidate in the 2010 General Election contest for Lt. Governor.  See Ex. A.

718. Admit that the majority of African American voters who cast ballots in the 2004 statewide primary elections in Texas chose to participate in the Democratic Party primary election.

719. Admit that the majority of African American voters who cast ballots in the 2006 statewide primary elections in Texas chose to participate in the Democratic Party primary election.  Admit that the majority of African American voters who cast ballots in the 2008 statewide primary elections in Texas chose to participate in the Democratic Party primary election.

720. Admit that the majority of African American voters who cast ballots in the 2010 statewide primary elections in Texas chose to participate in the Democratic Party primary election.

721. Admit that the majority of African American voters who cast ballots in the 2012 statewide primary elections in Texas chose to participate in the Democratic Party primary election.

722. Admit that the majority of African American voters who cast ballots in the 2014 statewide primary elections in Texas chose to participate in the Democratic Party primary election.

723. Admit that the majority of Hispanic voters who cast ballots in the 2004 statewide primary elections in Texas chose to participate in the Democratic Party primary election.

724. Admit that the majority of Hispanic voters who cast ballots in the 2006 statewide primary elections in Texas chose to participate in the Democratic Party primary election.

725. Admit that the majority of Hispanic voters who cast ballots in the 2008 statewide primary elections in Texas chose to participate in the Democratic Party primary election.

726. Admit that the majority of Hispanic voters who cast ballots in the 2010 statewide primary elections in Texas chose to participate in the Democratic Party primary election.

727. Admit that the majority of Hispanic voters who cast ballots in the 2012 statewide primary elections in Texas chose to participate in the Democratic Party primary election.

728. Admit that the majority of Hispanic voters who cast ballots in the 2014 statewide primary elections in Texas chose to participate in the Democratic Party primary election.

729. Admit that the majority of voters with Spanish surnames who cast ballots in the 2004 statewide primary elections in Texas chose to participate in the Democratic Party primary election.

730. Admit that the majority of voters with Spanish surnames who cast ballots in the 2006 statewide primary elections in Texas chose to participate in the Democratic Party primary election.

731. Admit that the majority of voters with Spanish surnames who cast ballots in the 2008 statewide primary elections in Texas chose to participate in the Democratic Party primary election.

732. Admit that the majority of voters with Spanish surnames who cast ballots in the 2010 statewide primary elections in Texas chose to participate in the Democratic Party primary election.

733. Admit that the majority of voters with Spanish surnames who cast ballots in the 2012 statewide primary elections in Texas chose to participate in the Democratic Party primary election.

734. Admit that the majority of voters with Spanish surnames who cast ballots in the 2014 statewide primary elections in Texas chose to participate in the Democratic Party primary election.

735. Admit that the majority of Anglo voters who cast ballots in the 2006 statewide primary elections in Texas chose to participate in the Republican Party primary election.

736. Admit that the majority of Anglo voters who cast ballots in the 2008 statewide primary elections in Texas chose to participate in the Republican Party primary election.

737. Admit that the majority of Anglo voters who cast ballots in the 2010 statewide primary elections in Texas chose to participate in the Republican Party primary election.

738. Admit that the majority of Anglo voters who cast ballots in the 2012 statewide primary elections in Texas chose to participate in the Republican Party primary election.

739. Admit that the majority of Anglo voters who cast ballots in the 2014 statewide primary elections in Texas chose to participate in the Republican Party primary election.

740. In all general elections for statewide office in Texas since 2006, the majority of African American voters casting ballots in each such election have voted for the Democratic candidate.

741. In all general elections for statewide office in Texas since 2006, the majority of Hispanic voters casting ballots in each such election have voted for the Democratic candidate.

742. In all general elections for statewide office in Texas since 2006, the majority of voters casting ballots in each such election who have been classified as having a Spanish Surname in Texas's voter registration database have voted for the Democratic candidate.

743. In all general elections for statewide office in Texas since 2006, the majority of Anglo voters casting ballots in each such election have voted for the Republican candidate.

744. The Texas Secretary of State's office classifies Texas registered voters based on whether or not they have a Spanish Surname, as defined by the 2000 Census Bureau List of Spanish Surnames.

745. The Texas Secretary of State's office uses Spanish Surname classifications to identify voters likely to be Hispanic.

746. The Texas Legislative Council used data regarding voter registration in Texas by persons with Spanish Surnames, as set out in the 2000 Census Bureau List of Spanish Surnames, during the course of the 2011 redistricting.

747. The Texas Office of the Attorney General used Spanish Surname classifications, as set out in the 2000 Census Bureau List of Spanish Surnames, to identify voters for purposes of the 2011 redistricting.

84

748. Admit that Exhibit E is a true and correct copy of a document created by the Texas Legislative Council entitled "Data for 2011 Redistricting in Texas."

749. Sid Miller is a candidate for Texas Agriculture Commissioner in the 2014 Republican Primary Runoff Election for Agriculture Commissioner.

750. As a candidate for elected state office, Texas law requires Miller to file a campaign treasurer appointment with the Texas Ethics Commission.

751. Admit that according to the 1990 Census, the State of Texas had a total population of 16,986,510 persons, including 10,291,680 non-Hispanic white persons (60.6%), 4,339,905 Hispanic persons (25.5%), 1,976,360 non-Hispanic black persons (11.6%), and 303,825 non-Hispanic Asian persons (1.8%). (ECF No. 252-3)

752. Admit that according to the 1990 Census, the State of Texas had a voting-age population of 12,150,671 persons, including 7,828,352 non-Hispanic white persons (64.4%), 2,719,586 Hispanic persons (21.1%), 1,336,688 non-Hispanic black persons (11.0%), and 213, 294 non-Hispanic Asian persons (1.8%). (ECF No. 252-3)

753. Admit that according to the 2000 Census, the State of Texas had a total population of 20,851,820 persons, including 10,933,313 non-Hispanic white persons (52.4%), 6,669,666 Hispanic persons (32.0%), 2,399,083 non-Hispanic black persons (11.5%), and 594,932 non-Hispanic Asian persons (2.8%). (ECF No. 252-3)

754. Admit that according to the 2000 Census, the State of Texas had a voting-age population of 14,965,061 persons, including 8,426,166 non-Hispanic white persons (56.3%), 4,282,901 Hispanic persons (28.6%), 1,639,173 non-Hispanic black persons (11.0%), and 437,215 non-Hispanic Asian persons (2.9%). (ECF No. 252-4)

755. Admit that according to the 2000 Census, the State of Texas had a citizen voting-age population of 13,299,845 persons, including 8,305,993 non-Hispanic white persons (62.5%), 2,972,988 Hispanic persons (22.4%), 1,590,832 non-Hispanic black persons (12.0%), and 225,374 non-Hispanic Asian persons (1.7%). (ECF No. 252-4)

756. Admit that according to the 2010 Census, the State of Texas has a total population of 25,145,561 persons, including 11,397,345 non-Hispanic white persons (45.3%), 9,460,921 Hispanic persons (37.6%), 2,975,739 non-Hispanic black persons (11.8%), and 1,027,956 non-Hispanic Asian persons. (ECF No. 252-5)

757.  Admit that according to the 2010 Census, the State of Texas has a voting-age population of 18,279,737, including 9,074,684 non-Hispanic white persons (49.6%), 6,143,144 Hispanic persons (33.6%), 2,102,474 non-Hispanic black persons (11.5%), and 758,636 non-Hispanic Asian persons (4.2%). (ECF No. 252-5)

758. Admit that according to the 2006-2010 ACS, the State of Texas has a citizen voting-age population of 15,276,966 (the margin of error is plus or minus 14,248) persons,

including 8,800,442 (the margin of error is plus or minus 5,099) non-Hispanic white persons (57.6%), 3,889,571 (the margin of error is plus or minus 11,549) Hispanic persons (25.5%), 1,938,918 (the margin of error is plus or minus 4,208) non-Hispanic black persons (12.7%), and 419,716 (the margin of error is plus or minus 3,618) non-Hispanic Asian persons (2.7%).  (ECF No. 252-6)

759. Admit that according to the 2010-2012 ACS, the State of Texas has a poverty rate of 18.1% (the margin of error is plus or minus 0.1%).  Non-Hispanic white persons have a poverty rate of 9.4% (the margin of error is plus or minus 0.1%); Hispanic persons, 26.9% (the margin of error is plus or minus 0.3%); and non-Hispanic black persons, 24.7% (the margin of error is plus or minus 0.4%).  (ECF No. 252-7)

760. Admit that according to the 2010-2012 ACS, 18.9% (the margin of error is plus or minus 0.1%) of Texans 25 years of age and older lack a high school diploma or equivalent. 7.6% (the margin of error is plus or minus 0.1%) of Non-Hispanic white persons lack a high school diploma, whereas 39.5% (the margin of error is plus or minus 0.3%) of Hispanic persons and 13.4% (the margin of error is plus or minus 0.3%) of non-Hispanic black persons lack a high school diploma.  (ECF No. 252-7)

761. Admit that according to the 2010-2012 ACS, the median household income in the State of Texas is $50,776 (the margin of error is plus or minus $162).  The median income is $62,426 (the margin of error is plus or minus $256) for households headed by non-Hispanic white persons, $38,600 (the margin of error is plus or minus $311) for households headed by Hispanic persons, and $37,041 (the margin of error is plus or minus 394) for households headed by non-Hispanic black persons.  (ECF No. 252-7)

762. Admit that according to the 2010-2012 ACS, the median per capita income in the State of Texas is $25,268 (the margin of error is plus or minus $86).  The median per capita income is $35,598 (the margin of error is plus or minus $170) for non-Hispanic white persons, $14,768 (the margin of error is plus or minus $81) for Hispanic persons, and $19,133 (the margin of error is plus or minus $170) for non-Hispanic black persons. (ECF No. 252-7)

763. Admit that according to the 2010-2012 ACS, the State of Texas has an unemployment rate of 8.4% (the margin of error is plus or minus 0.1%) within the civilian labor force. The unemployment rate is 6.7% (the margin of error is plus or minus 0.1%) for non-Hispanic white persons, 9.2% (the margin of error is plus or minus 0.2%) for Hispanic persons, and 14.1% (the margin of error is plus or minus 0.3%) for non-Hispanic black persons.  (ECF No. 252-7)

764. Admit that according to the 2010-2012 ACS, 16.1% (the margin of error is plus or minus 0.2%) of workers in Texas age 16 years or over commute by carpool, public transportation, walking, or other means besides driving alone.  12.0% (the margin of error is plus or minus 0.2%) of non-Hispanic white workers travel by one of these methods, whereas 21.0% (the margin of error is plus or minus 0.3%) of Hispanic

workers and 17.1% (the margin of error is plus or minus 0.5%) of non-Hispanic black workers do so.  (ECF No. 252-7)

765.  Admit that according to the 2010-2012 ACS, 6.0% (the margin of error is plus or minus 0.1%) of occupied housing units in the State of Texas have no vehicles available to them.  3.9% (the margin of error is plus or minus 0.1%) of households headed by an individual who is Non-Hispanic white have no vehicle available, whereas 7.0% (the margin of error is plus or minus 0.2%) of households headed by a Hispanic person and 12.9% (the margin of error is plus or minus 0.3%) of households headed by a non-Hispanic black person have no access to a vehicle.  (ECF No. 252-7)

766.  Admit that according to the 2010-2012 ACS, 63.0% (the margin of error is plus or minus 0.2%) of housing units in Texas are owner-occupied.  71.1% (the margin of error is plus or minus 0.2%) of households headed by a non-Hispanic white person are owner-occupied, whereas 57.0% (the margin of error is plus or minus 0.3%) of households headed by a Hispanic person and 43.9% (the margin of error is plus or minus 0.4%) of households headed by a non-Hispanic black person are owner occupied.  (ECF No. 252-7)

767.  Admit that according to the 2010-2012 ACS, 17.2% (the margin of error is plus or minus 0.1%) of Texas residents aged one and over had changed residences in the past year.  16.0% (the margin of error is plus or minus 0.2%) of non-Hispanic whites had moved, whereas 16.9% (the margin of error is plus or minus 0.2%) of Hispanics and 21.8% (the margin of error is plus or minus 0.4%) of non-Hispanic blacks had moved. (ECF No. 252-7)

768.  Admit that according to the 2010-2012 ACS, 13.6% (the margin of error is plus or minus 0.1%) of all households in the State of Texas receive Supplemental Nutrition Assistance Program ("SNAP") benefits.  6.6% (the margin of error is plus or minus 0.1%) of households headed by a non-Hispanic white person receive SNAP benefits, as do 23.2% (the margin of error is plus or minus 0.2%) of households headed by a Hispanic person and 22.8% (the margin of error is plus or minus 0.4%) of households headed by a non-Hispanic black person.  (ECF No. 252-7)

769.  Admit that according to the 2010-2012 ACS, 8.6% (the margin of error is plus or minus 0.1%) of the voting-age population of the State of Texas are military veterans.  12.0% (the margin of error is plus or minus 0.1%) of non-Hispanic white persons are veterans, as are 4.1% (the margin of error is plus or minus 0.1%) of Hispanic persons and 9.7% (the margin of error is plus or minus 0.2%) of non-Hispanic black persons.  (ECF No. 252-7)

770.  Admit that according to the 2010-2012 ACS, 11.5% (the margin of error is plus or minus 0.1%) of civilian noninstitutionalized persons in the State of Texas have a disability.  13.3% (the margin of error is plus or minus 0.1%) of non-Hispanic white civilian noninstitutionalized persons have a disability, as do 9.5% (the margin of error

is plus or minus 0.1%) of such Hispanic persons and 13.7% (the margin of error is plus or minus 0.2%) of such non-Hispanic black persons.  (ECF No. 252-7)

May 23, 2014

KENNETH MAGIDSON
United States Attorney
Southern District of Texas

JOCELYN SAMUELS
Acting Assistant Attorney General
Civil Rights Division

*s/ Anna M. Baldwin*
T. CHRISTIAN HERREN, JR.
MEREDITH BELL-PLATTS
ELIZABETH S. WESTFALL
BRUCE I. GEAR
JENNIFER L. MARANZANO
ANNA M. BALDWIN
DANIEL J. FREEMAN
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2014, I served a true and correct copy of the foregoing via email on the following counsel of record:

John B. Scott
John Reed Clay, Jr.
Gregory David Whitley
Jonathan F. Mitchell
Sean Flammer
Stephen Ronald Keister
Office of the Texas Attorney General
john.scott@texasattorneygeneral.gov
reed.clay@texasattorneygeneral.gov
david.whitley@texasattorneygeneral.gov
jonathan.mitchell@texasattorneygeneral.gov
sean.flammer@texasattorneygeneral.gov
ronny.keister@texasattorneygeneral.gov

*Counsel for Defendants*

Chad W. Dunn
Kembel Scott Brazil
Brazil & Dunn
chad@bradzilanddunn.com
scott@bazilanddunn.com

J. Gerald Hebert
Emma Simson
Campaign Legal Center
ghebert@campaignlegalcenter.org
esimson@campaignlegalcenter.org

Neil G. Baron
Law Offices of Neil G. Baron
neil@ngbaronlaw.com

Armand Derfner
Derfner, Altman, & Wilborn
aderfner@dawlaw.com

Luiz Roberto Vera, Jr.
lrvlaw@sbcglobal.net

*Counsel for Veasey Plaintiffs*

Christina Swarns
Ryan P. Haygood
Natasha M. Korgaonkar
Leah C. Aden
Deuel Ross
NAACP Legal Defense and Educational
    Fund, Inc.
cswarns@naacpldf.org
rhaygood@naacpldf.org
nkorgaonkar@naacpldf.org
laden@naacpldf.org
dross@naacpldf.org


Danielle Conley
Jonathan Paikin
Kelly P. Dunbar
Sonya L. Lebsack
Lynn Eisenberg
M. Hasan Ali
Richard F. Shordt
WilmerHale LLP
danielle.conley@wilmerhale.com
jonathan.paikin@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com
Lynn.eisenberg@wilmerhale.com
hasan.ali@wilmerhale.com
richard.shordt@wilmerhale.com


*Counsel for Texas League of Young Voters
Plaintiff-Intervenors*

Ezra D. Rosenberg
Amy L. Rudd
Dechert LLP
ezra.rosenberg@dechert.com
amy.rudd@dechert.com

Wendy Weiser
Jennifer Clark
Myrna Pérez
Vishal Agraharkar
Brennan Center for Justice at NYU School of
    Law
wendy.weiser@nyu.edu
jenniferl.clark@nyu.edu
myrna.perez@nyu.edu
vishal.argraharkar@nyu.edu


Mark A. Posner
Sonia Kaur Gill
Erandi Zamora
Lawyers' Committee for Civil Rights
mposner@lawyerscommittee.org
sgill@lawyerscommittee.org
ezamora@lawyerscommittee.org

*Counsel for Texas State Conference of
NAACP Branches Plaintiffs*

Jose Garza
Marinda van Dalen
Robert W. Doggett
Peter McGraw
Texas Rio Grande Legal Aid, Inc.
jgarza@trla.org
mvandalen@trla.org
rdoggett@trla.org
pmcgraw@trla.org

*Counsel for Ortiz Plaintiffs*

Rolando L. Rios
Law Offices of Rolando L. Rios
rrios@rolandorioslaw.com

*Counsel for Texas Association of Hispanic
County Judges and County Commissioners
Plaintiff-Intervenors*

*/s/ Anna Baldwin*
Anna Baldwin
Voting Section
Civil Rights Division
U.S. Department of Justice
anna.baldwin@usdoj.gov

3