**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | |
|---|---|
| Marc Veasey, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**JOINT PRETRIAL ORDER**

**I.     APPEARANCES**

    A.     <u>Plaintiffs</u>

        1.     *Counsel for Marc Veasey, Jane Hamilton, Sergio DeLeon, Floyd James Carrier, Anna Burns, Michael Montez, Penny Pope, Oscar Ortiz, Koby Ozias, John Mellor-Crummey, Peggy Herman, Evelyn Brickner, Gordon Benjamin, Ken Gandy, and League of United Latin American Citizens ("LULAC")*

            Chad W. Dunn
            Attorney-in-charge
            K. Scott Brazil
            Brazil & Dunn
            4201 Cypress Creek Parkway, Suite 530
            Houston, Texas  77068
            Telephone:  (281) 580-6310
            Facsimile:   (281) 580-6362
            chad@brazilanddunn.com
            scott@brazilanddunn.com

            J. Gerald Hebert
            Emma Simson
            Campaign Legal Center
            215 E Street, NE
            Washington, DC 20002
            GHebert@campaignlegalcenter.org

            Neil G. Baron

        Law Office of Neil G. Baron
914 FM 517 W, Suite 242
Dickinson, Texas 77539
neil@ngbaronlaw.com

        David Richards
Richards, Rodriguez & Skeith, LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701
daverichards4@juno.com

        Armand G. Derfner
Derfner, Altman & Wilborn, LLC
575 King Street
Suite B
Charleston, S.C. 29403
aderfner@dawlegal.com

2. *Counsel for LULAC*

        Luis Roberto Vera, Jr.
LULAC National General Counsel
The Law Offices of Luis Vera Jr., and Associates
1325 Riverview Towers, 111 Soledad
San Antonio, Texas 78205-2260
lrvlaw@sbcglobal.net

3. *Counsel for the United States of America*
Pamela S. Karlan
T. Christian Herren, Jr.
Richard Dellheim
Meredith Bell-Platts
Elizabeth S. Westfall
Bruce I. Gear
Avner Shapiro
Jennifer L. Maranzano
Anna Baldwin
Daniel J. Freeman
U.S. Department of Justice
950 Pennsylvania Ave NW
NWB 7273
Washington, DC 20009

4. *Counsel for Texas State Conference of NAACP Branches, Mexican American Legislative Caucus of the Texas House of Representatives*

        Ezra D. Rosenberg

Michelle Hart Yeary
Dechert LLP
902 Carnegie Center, Suite 500
Princeton, New Jersey 08540-6531
ezra.rosenberg@dechert.com

Steven B. Weisburd
Amy L. Rudd
Lindsey Cohan
Dechert LLP
500 W. 6th Street, Suite 2010
Austin, Texas 78701
lindsey.cohan@dechert.com

Wendy Weiser
Myrna Pérez
Vishal Agraharkar
Jennifer Clark
The Brennan Center for Justice at NYU Law School
161 Avenue of the Americas, Floor 12
New York, New York 10013-1205
wendy.weiser@nyu.edu
myrna.perez@nyu.edu
vishal.agraharkar@nyu.edu
jenniferl.clark@nyu.edu

Robert A. Kengle
Mark A. Posner
Erandi Zamora
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue, N.W., Suite 400
Washington, D.C. 20005
mposner@lawyerscommittee.org

Clay Bonilla
The Law Offices of William Bonilla, P.C.
2727 Morgan Ave.
Corpus Christi, Texas 78405
claybonilla@hotmail.com
Daniel G. Covich
The Covich Law Firm LLC
Frost Bank Plaza, Suite 2100
Corpus Christi, TX 78405
Daniel@covichlawfirm.com

Gary Bledsoe

       PotterBledsoe, L.L.P.
       316 West 12th Street, Suite 307
       Austin, Texas 78701
       garybledsoe@sbcglobal.net

       Robert Notzon
       The Law Office of Robert Notzon
       1502 West Avenue
       Austin, Texas 78701
       Robert@NotzonLaw.com

       Jose Garza
       Law Office of Jose Garza
       7414 Robin Rest Drive
       San Antonio, Texas 98209
       garzapalm@aol.com

       Kim Keenan
       Marshall Taylor
       Victor Goode
       NAACP
       4805 Mt. Hope Drive
       Baltimore, Maryland 21215
       kkeenan@naacpnet.org
       mtaylor@naaacpnet.org
       vgoode@naacpnet.org

5.    *Counsel for Belinda Ortiz; Lenard Taylor, Eulalio Mendez Jr. Lionel Estrada, Estela Garcia Espinoza, Margarito Martinez Lara, Maximina Martinez Lara, and La Union Del Pueblo Entero, Inc. (LUPE)*

       Marinda van Dalen
       Texas Rio Grande Legal Aid, Inc.
       531 East St. Francis St.
       Brownsville, Texas 78529
       mvandalen@trla.org

       Robert W. Doggett
       Texas Rio Grande Legal Aid, Inc.
       4920 North IH 35
       Austin, TX 78751
       rdoggett@trla.org

       Jose Garza
       Texas Rio Grande Legal Aid, Inc.
       1111 N. Main Ave.

        San Antonio, TX 78212
        jgarza@trla.org

        Kathryn Newell
        Texas Rio Grande Legal Aid, Inc.
        1111 N. Main Ave.
        San Antonio, Texas 78212
        knewell@trla.org

        Priscilla Noriega
        Texas Rio Grande Legal Aid, Inc.
        531 E. St. Francis
        Brownsville, TX 78520
        pnoriega@trla.org

B.    <u>Plaintiff-Intervenors</u>

    1.    *Counsel for Texas League of Young Voters Education Fund and Imani Clark*

        Ryan P. Haygood
        Christina A. Swarns
        Natasha M. Korgaonkar
        Leah C. Aden
        Deuel Ross
        NAACP Legal Defense and Educational Fund, Inc.
        40 Rector St, 5th Floor
        New York, NY 10006
        cswarns@naacpldf.org
        rhaygood@naacpldf.org
        nkorgaonkar@naacpldf.org
        laden@naacpldf.org
        dross@naacpldf.org

        Danielle Conley
        Kelly P. Dunbar
        Tania Faransso
        Richard Shordt
        Lynn Eisenberg
        Wilmer Cutler Pickering Hale and Dorr LLP
        1875 Pennsylvania Avenue, NW
        Washington, DC 20006
        danielle.conley@wilmerhale.com
        kelly.dunbar@wilmerhale.com
        tania.faransso@wilmerhale.com
        richard.shordt@wilmerhale.com

    lynn.eisenberg@wilmerhale.com

 2. *Counsel for Texas Association of Hispanic County Judges and County Commissioners*

    Rolando L Rios
    Attorney at Law
    115 E Travis, Ste 1645
    San Antonio, TX 78205
    rrios@rolandorioslaw.com

C. <u>Defendants</u>

*Counsel for the State of Texas, Rick Perry, Nandita Berry, and Steve McCraw*

John B. Scott
J. Reed Clay, Jr.
G. David Whitley
Jonathan F. Mitchell
Stephen Ronald Keister
Jennifer Marie Roscetti
Lindsey Elizabeth Wolf
Frances Whitney Deason
Stephen Lyle Tatum, Jr.
Office of the Texas Attorney General
209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
Telephone: (512) 475-0131
Facsimile: (512) 936-0545
john.scott@texasattorneygeneral.gov
reed.clay@texasattorneygeneral.gov
david.whitley@texasattorneygeneral.gov
jonathan.mitchell@texasattorneygeneral.gov
ronny.keister@texasattorneygeneral.gov
jennifer.roscetti@texasattorneygeneral.gov
lindsey.wolf@texasattorneygeneral.gov
whitney.deason@texasattorneygeneral.gov
stephen.tatum@texasattorneygeneral.gov

Ben A. Donnell
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853
Telephone: (361) 866-8102
bdonnell@dakpc.com

    D.    Non-Party Legislators

*Counsel for Non-Party Legislators*

Arthur D'Andrea
Office of the Texas Attorney General
209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
Phone: (512) 936-2868
Arthur.D'Andrea@texasattorneygeneral.gov

## II.  STATEMENT OF THE CASE

These consolidated cases address the voting rights claims of Plaintiffs and Plaintiff-Intervenors against the State of Texas, Rick Perry in his official capacity as Governor of the State of Texas, Nandita Berry in her official capacity as Texas Secretary of State, and Steve McCraw in his official capacity as Director of the Texas Department of Public Safety. Specifically, Plaintiffs are challenging the Texas Voter Photo Identification Law, Texas Senate Bill 14 (2011) (SB 14).

SB 14 requires a voter to show one of seven forms of photo identification when voting in person: (1) a Texas Driver License, (2) a Texas Personal Identification Card, (3) a Texas Concealed Handgun License, (4) a United States Military Identification Card, (5) a United States Citizenship Certificate, (6) a United States Passport, or (7) a Texas Election Identification Certificate.  All forms of identification except for a United States Citizenship Certificate must be unexpired or have expired no earlier than 60 days before the date of presentation.  Moreover, the name contained on a voter's photo identification must match the name on the poll book or be substantially similar thereto.

Plaintiffs allege that Texas's implementation and enforcement of SB 14 will interact with social and historical conditions in Texas to deny equal opportunities for Hispanic and African-

American voters to participate in the political process, resulting in a denial or abridgment of the right to vote in violation of Section 2 of the Voting Rights Act, 42 U.S.C. § 1973.  Plaintiffs also allege that SB 14 was adopted by Texas in 2011, and has been maintained since that time, at least in part for the purpose of denying Hispanics and African Americans equal access to the political process in violation of Section 2 of the Voting Rights Act.  Individual plaintiff groups further allege that SB 14 violates the First, Fourteenth, Fifteenth, and Twenty-Fourth Amendments to the United States Constitution.

### III. JURISDICTION

The Court has jurisdiction of this action pursuant to 28 U.S.C. §§ 1331, 1343, 1345, 1357, 2201, and 2284; and pursuant to 42 U.S.C. §§ 1973, 1973j(f).

### IV. MOTIONS

A. Plaintiffs' Pending/Anticipated Motions

1. U.S. Motion to Determine the Sufficiency of Defendants' Responses to the United States' Corrected Second Set of Requests for Admission (ECF No. 459)

2. U.S. Motion to Strike Defendants' Affirmative Allegations and Defenses (ECF No. 456)

3. Plaintiffs' Joint Motion to Unseal Documents and Testimony [not yet filed]

4. U.S. Motion in Limine to Admit Declarations of County Officials (ECF No. 492)

5. U.S. Motion in Limine to Admit Prior Deposition and Trial Testimony (ECF No. 491)

6. Anticipated motions to withdraw Peggy Draper Herman and Belinda Ortiz as plaintiffs.

B. Defendants' Pending/Anticipated Motions

1. ECF No. 469.  Defendants' Motion to Compel Production of Documents and Additional Deposition Testimony from Various Individual and Organizational Plaintiffs.

        2.    ECF No. 343. Defendants' Motion to Compel Ortiz and Veasey-LULAC Plaintiffs to Answer Defendants' First Set of Interrogatories.

        3.    ECF No. 454. Defendants' Opposed Motion to Compel the United States, Veasey-LULAC, and Texas NAACP-MALC to Produce Expert Disclosures and the United States to Produce Documents Responsive to the defendants' Fourth Requests for Production.

## V.    CONTENTIONS OF THE PARTIES

The parties refer the Court to their respective Proposed Findings of Fact and Conclusions of Law.

## VI.    ADMISSIONS OF FACT

The parties refer the Court to their respective Proposed Findings of Fact.

## VII.    CONTESTED ISSUES OF FACT

The parties refer the Court to their respective Proposed Findings of Fact.

## VIII.    AGREED PROPOSITIONS OF LAW

The parties refer the Court to their respective Conclusions of Law.

## IX.    CONTESTED PROPOSITIONS OF LAW

The parties refer the Court to their respective Conclusions of Law.

## X.    EXHIBITS

    A.    Attached as Exhibit A is Plaintiffs and Plaintiff-Intervenors' Joint Exhibit List. Attached as Exhibit B is Defendants' Exhibit List. The parties have agreed to exchange and provide to the Court electronic copies of all proposed exhibits as well as electronic copies of the exhibit lists with hyperlinks to each exhibit.

    B.    The parties have agreed to serve all objections to exhibits (including as to authenticity) by August 29, 2014.

### XI. WITNESSES

A. Attached as Exhibit C is Plaintiffs and Plaintiff-Intervenors' Joint Witness List. Attached as Exhibit D is Defendants' Witness List. The lists identify the witnesses the parties intend to call live at trial and those that will be offered via video and deposition designation. The parties have agreed that the testimony of any witness who testified by way of deposition (video or stenographic) in this case is admissible as if the witness were testifying live.

B. If any parties so choose, they may present all or part of the expert's testimony by way of submission of the expert's declaration, so long as the expert is available at trial for cross-examination on all aspects of the expert's direct testimony and declaration.

C. If other witnesses to be called at the trial become known, their names, addresses, and subject of their testimony will be reported to opposing counsel in writing as soon as they are known; this does not apply to rebuttal or impeachment witnesses.

### XII. SETTLEMENT

The parties have conferred and were unable to resolve this case.

### XIII. TRIAL

A. Length: The parties anticipate that the trial will last up to 14 trial days. As per the Court's prior order, each side (Plaintiffs and Plaintiff-Intervenors as one side collectively and Defendants as the other side) will have 40 hours to present their case, including openings (which are optional), direct and re-direct examinations, and cross-examinations. The Court's clerk will advise the parties at the close of each trial day how much time each side has used. The Court will decide on the amount of time for closings near the conclusion of trial.

B.	Other Trial Procedures:

1.	The parties have agreed to provide opposing counsel 24 hour advance notice of witnesses they expect to call to testify.  Before the commencement of a court day, the party expecting to call a witness at any time during the next court day will provide that name to opposing counsel.  If the witness is expected to be called on a Monday, the party expecting to call that witness will provide that name to opposing counsel no later than 9:00 a.m. the Sunday morning prior to the expected Monday testimony.

2.	The parties have agreed to provide opposing counsel with any demonstratives to be used on direct examination by close of business the day before a demonstrative is to be used.

Date:   August 22, 2014

Respectfully submitted,

s/ Ezra Rosenberg
Ezra D. Rosenberg
Michelle H. Yeary
Dechert LLP
902 Carnegie Center, Suite 500
Princeton, New Jersey 08540-6531
ezra.rosenberg@dechert.com

Steven B. Weisburd
Amy L. Rudd
Lindsey Cohan
Dechert LLP
500 W. 6th Street, Suite 2010
Austin, Texas 78701
lindsey.cohan@dechert.com

Wendy Weiser
Myrna Pérez
Vishal Agraharkar
Jennifer Clark

The Brennan Center for Justice at NYU Law School
161 Avenue of the Americas, Floor 12
New York, New York 10013-1205
wendy.weiser@nyu.edu
myrna.perez@nyu.edu
vishal.agraharkar@nyu.edu
jenniferl.clark@nyu.edu

Robert A. Kengle
Mark A. Posner
Erandi Zamora
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue, N.W., Suite 400
Washington, D.C. 20005
mposner@lawyerscommittee.org

Clay Bonilla
The Law Offices of William Bonilla, P.C.
2727 Morgan Ave.
Corpus Christi, Texas 78405
claybonilla@hotmail.com

Daniel G. Covich
The Covich Law Firm LLC
Frost Bank Plaza, Suite 2100
Corpus Christi, TX 78405
Daniel@covichlawfirm.com

Gary Bledsoe
PotterBledsoe, L.L.P.
316 West 12th Street, Suite 307
Austin, Texas 78701
garybledsoe@sbcglobal.net

Robert Notzon
The Law Office of Robert Notzon
1502 West Avenue
Austin, Texas 78701
Robert@NotzonLaw.com

Jose Garza
Law Office of Jose Garza
7414 Robin Rest Drive
San Antonio, Texas 98209
garzapalm@aol.com

Kim Keenan
Marshall Taylor
Victor Goode
NAACP
4805 Mt. Hope Drive
Baltimore, Maryland 21215
(410) 580-5120
kkeenan@naacpnet.org
mtaylor@naaacpnet.org
vgoode@naacpnet.org

*Counsel for Plaintiffs Texas State Conference of NAACP Branches, Mexican American Legislative Caucus of the Texas House of Representatives*


Christina A. Swarn
Ryan P. Haygood
Natasha M. Korgaonkar
Leah C. Aden
Deuel Ross
NAACP Legal Defense and Educational Fund, Inc.
40 Rector St, 5th Floor
New York, NY 10006
(212) 965-2200
cswarns@naacpldf.org
rhaygood@naacpldf.org
nkorgaonkar@naacpldf.org
laden@naacpldf.org
dross@naacpldf.org

Danielle Conley
Jonathan Paikin
Kelly P. Dunbar
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6006
danielle.conley@wilmerhale.com
jonathan.paikin@wilmerhale.com
kelly.dunbar@wilmerhale.com

*Counsel for Plaintiff-Intervenors Texas League of Young Voters Education Fund et al.*

Marinda van Dalen
Texas Bar No. 00789698
S. Dist. No. 17577
Priscilla Noriega
Texas Bar No. 24074821
S. Dist. No. 1134642
531 East St. Francis St.
Brownsville, Texas 78529-5340
(956) 982-5540
(956) 541-1410 (fax)
mvandalen@trla.org
pnoriega@trla.org

Robert W. Doggett
Texas Bar No. 05945650
4920 North IH 35
Austin, TX 78751
512-374-2725
512-447-3940 (fax)
rdoggett@trla.org

Jose Garza
Texas Bar No. 07731950
S. Dist. No. 1959
Kathryn Newell
Texas Bar No. 24060330
S. Dist. No. 2258609
1111 N. Main Avenue
San Antonio, Texas 98209
(210) 212-3701
(210) 212-3772
garza@trla.org
knewell@trla.org

*Counsel for Plaintiff Belinda Ortiz, Lenard Taylor, Eulalio Mendez Jr., Lionel Estrada, Estela Garcia Espinosa, Margarito Martinez Lara, Maximina Martinez Lara and La Union Del Pueblo Entero, Inc.*


Rolando L Rios
Attorney at Law
115 E Travis, Ste 1645
San Antonio, TX 78205

210-222-2102
rrios@rolandorioslaw.com

*Counsel for Plaintiff-Intervenor Texas Association of Hispanic County Judges and County Commissioners*


Chad W. Dunn
Attorney-in-charge
K. Scott Brazil
Brazil & Dunn
4201 Cypress Creek Parkway, Suite 530
Houston, Texas 77068
(281) 580-6310
(281) 580-6362 (fax)
chad@brazilanddunn.com
scott@brazilanddunn.com

J. Gerald Hebert
Campaign Legal Center
215 E Street, NE
Washington, DC 20002
(202) 736-2200 ext. 12
(202) 736-2222 (fax)
GHebert@campaignlegalcenter.org
(Pro Hac Vice Motion Granted Dkt. #13)

Neil G. Baron
Law Office of Neil G. Baron
914 FM 517 W, Suite 242
Dickinson, Texas 77539
(281) 534-2748
(281) 534-4309 (fax)
neil@ngbaronlaw.com

David Richards
Richards, Rodriguez & Skeith, LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701
(512) 476-0005
(512) 476-1513 (fax)
daverichards4@juno.com

Armand G. Derfner
Derfner, Altman & Wilborn, LLC

575 King Street
Suite B
Charleston, S.C. 29403
 (843) 723-9804
aderfner@dawlegal.com
(Pro Hac Vice Motion Granted Dkt. # 6)

*Attorneys for Plaintiffs Marc Veasey, Jane Hamilton, Sergio DeLeon, Floyd James Carrier, Anna Burns, Michael Montez, Penny Pope, Oscar Ortiz, Koby Ozias, John Mellor-Crummey, Peggy Herman, Evelyn Brickner, Gordon Benjamin, Ken Gandy, and League of United Latin American Citizens ("LULAC")*

Luis Roberto Vera, Jr.
LULAC National General Counsel
The Law Offices of Luis Vera Jr., and Associates
1325 Riverview Towers, 111 Soledad
San Antonio, Texas 78205-2260
(210) 225-3300
(210) 225-2060 (fax)
lrvlaw@sbcglobal.net

*Attorney for LULAC*


T. Christian Herren, Jr.
Richard Dellheim
Meredith Bell-Platts
Elizabeth S. Westfall
Bruce I. Gear
Avner Shapiro
Jennifer L. Maranzano
Anna Baldwin
Daniel J. Freeman
U.S. Department of Justice
950 Pennsylvania Ave NW
NWB 7273
Washington, DC 20009

*Attorneys for Plaintiff the United States of America*

>John B. Scott
>J. Reed Clay, Jr.
>G. David Whitley
>Jonathan F. Mitchell
>Stephen Ronald Keister
>Jennifer Marie Roscetti
>Lindsey Elizabeth Wolf
>Frances Whitney Deason
>Stephen Lyle Tatum, Jr.
>Office of the Texas Attorney General
>209 West 14th Street
>P.O. Box 12548
>Austin, Texas 70711-2548
>Telephone: (512) 475-0131
>Facsimile: (512) 936-0545
>john.scott@texasattorneygeneral.gov
>reed.clay@texasattorneygeneral.gov
>david.whitley@texasattorneygeneral.gov
>jonathan.mitchell@texasattorneygeneral.gov
>ronny.keister@texasattorneygeneral.gov
>jennifer.roscetti@texasattorneygeneral.gov
>lindsey.wolf@texasattorneygeneral.gov
>whitney.deason@texasattorneygeneral.gov
>stephen.tatum@texasattorneygeneral.gov
>
>Ben A. Donnell
>Donnell, Abernethy & Kieschnick
>555 N. Carancahua, Suite 1770
>Corpus Christi, Texas 78401-0853
>Telephone: (361) 866-8102
>bdonnell@dakpc.com
>
>*Attorneys for Defendants State of Texas, Rick Perry, Nandita Berry, and Steve McCraw*