UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the Court is "United States' Motion to Determine the Sufficiency of Defendants' Responses to the United States' Corrected Second Set of Requests for Admission" (D.E. 459). The Court GRANTS IN PART the motion. The authenticity of the following documents, including information on the face thereof indicating the respective dates of the documents' publication, their authors, and the nature of any methodology disclosed within those documents as having been used to create the documents is DEEMED ADMITTED:

1. Racially Polarized Voting Analysis (Tex. OAG, May 18, 2011);
2. Racially Polarized Voting Analysis (Tex. OAG, Apr. 27, 2011);
3. Racially Polarized Voting Analysis (Tex. OAG, Apr. 29, 2011);
4. Racially Polarized Voting Analysis (Tex. OAG, Jul. 1, 2011); and
5. Data for 2011 Redistricting in Texas (Tex. Leg. Council).

The Court further holds that Defendants' assertion that they "do not have sufficient knowledge to admit or deny," without detailing reasonable efforts made to obtain the

necessary information that it knows or can readily obtain, are insufficient responses to the requests for admission.  With that in mind, the parties are ORDERED to confer regarding the requests for admission and to identify for the Court on or before **August 29, 2014 at 12:00 noon** those that remain subject to genuine dispute.  The remainder of the motion (D.E. 459) is taken UNDER ADVISEMENT pending the parties' report of matters remaining in dispute.

  ORDERED this 26th day of August, 2014.

                _____
                NELVA GONZALES RAMOS
                UNITED STATES DISTRICT JUDGE