IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) <br> (Consolidated Action) |

**UNITED STATES' ADVISORY RE: PLAINTIFFS' JOINT MOTION TO UNSEAL**

The United States respectfully notifies the Court of the failure of negotiations concerning Plaintiffs' Joint Motion to Unseal Documents and Testimony (ECF No. 503). Following yesterday's status conference, the United States provided all exhibits and expert reports that raised a legislative privilege issue to counsel for the legislators. Counsel for the United States and counsel for the Legislators conferred and reached an agreement in principle by which the assertions of legislative privilege would be withdrawn with regard to those exhibits, depositions, and expert reports at issue. Counsel agreed to discuss the tentative agreement with their clients.

Yesterday evening, counsel for the Legislators informed the United States that his clients declined to consent to unsealing any document or testimony over which an assertion of a state legislative privilege had been made. The United States sent an email to confirm the Legislators' position. *See* Email from Daniel Freeman to Arthur D'Andrea (Aug. 28, 2014) (Ex. 1). Counsel for the Legislators responded by stating that he disagreed with the United States' characterization. The United States is, therefore, unclear as to the precise nature of the Legislators' position.

The United States remains ready to review each document at issue with counsel for the Legislators. So long as the Legislators' continue to adhere to their blanket refusal to withdraw any assertion of privilege, that exercise is not likely to be fruitful for the parties and the Court

To conserve judicial resources, the United States proposes that this Court review a small portion of the documents at issue to determine the extent to which any may be unsealed. Specifically, the United States respectfully requests that the Court determine whether the nine documents submitted as exhibits to the Plaintiffs' Joint Motion to Unseal may be unsealed. Based on the Court's determination, the United States will, if appropriate, then seek to recommence exhibit-by-exhibit review with counsel for the Legislators with respect to the remainder of the documents at issue, in light of the guidance that this Court provides.

The following documents were submitted as exhibits to Plaintiffs' Joint Motion to Unseal:

- Exhibit 3:  SB 362 Talking Points (PL 205)
- Exhibit 4:  SB 14 Bill Summary (PL 234)
- Exhibit 5: Deposition of Bryan Hebert (excerpts)
- Exhibit 6: Email from Bryan Hebert to Noe Barrois (Jan. 13, 2011) (PL 267)
- Exhibit 7: Email from Bryan Hebert to Jason Baxter (Jan. 22, 2011) (PL 272)
- Exhibit 8: Deposition of Senator Dan Patrick (excerpts)
- Exhibit 9:  Deposition of Senator Troy Fraser (excerpts)
- Exhibit 10: Deposition of Senator Tommy Williams (excerpts)
- Exhibit 11: Representative Patricia Harless Talking Points (PL 255)

Date:  August 28, 2014

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney
Southern District of Texas

MOLLY J. MORAN
Acting Assistant Attorney General
Civil Rights Division

*/s/ Daniel J. Freeman*
T. CHRISTIAN HERREN, JR.
MEREDITH BELL-PLATTS
ELIZABETH S. WESTFALL
BRUCE I. GEAR
JENNIFER L. MARANZANO
ANNA M. BALDWIN
DANIEL J. FREEMAN
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

   I hereby certify that on August 28, 2014, I served a true and correct copy of the foregoing via the Court's ECF system on the following counsel of record:

John B. Scott
John Reed Clay, Jr.
Gregory David Whitley
Jonathan F. Mitchell
Sean Flammer
Stephen Ronald Keister
Arthur D'Andrea
Jennifer Marie Roscetii
Lindsey Elizabeth Wolf
Stephen Tatum, Jr.
Office of the Texas Attorney General
john.scott@texasattorneygeneral.gov
reed.clay@texasattorneygeneral.gov
david.whitley@texasattorneygeneral.gov
jonathan.mitchell@texasattorneygeneral.gov
sean.flammer@texasattorneygeneral.gov
ronny.keister@texasattorneygeneral.gov
arthur.dandrea@texasattorneygeneral.gov
jennifer.roscetti@texasattorneygeneral.gov
lindsey.wolf@texasattorneygeneral.gov
stephen.tatum@texasattorneygeneral.gov

Ben Addison Donnell
Donnell Abernethy & Kieschnick
bdonnell@dakpc.com

*Counsel for Defendants*

Chad W. Dunn
Kembel Scott Brazil
Brazil & Dunn
chad@bradzilanddunn.com
scott@bazilanddunn.com

J. Gerald Hebert
Emma Simson
Campaign Legal Center
ghebert@campaignlegalcenter.org
esimson@campaignlegalcenter.org

Neil G. Baron
Law Offices of Neil G. Baron
neil@ngbaronlaw.com

Armand Derfner
Derfner, Altman, & Wilborn
aderfner@dawlaw.com

Luiz Roberto Vera, Jr.
lrvlaw@sbcglobal.net

*Counsel for Veasey Plaintiffs*

Christina Swarns
Ryan P. Haygood
Natasha M. Korgaonkar
Leah C. Aden
Deuel Ross
NAACP Legal Defense and Educational
    Fund, Inc.
cswarns@naacpldf.org
rhaygood@naacpldf.org
nkorgaonkar@naacpldf.org
laden@naacpldf.org
dross@naacpldf.org

Danielle Conley
Jonathan Paikin
Kelly P. Dunbar
Sonya L. Lebsack
Gerald J. Sinzdak
Lynn Eisenberg
Richard F. Shordt
WilmerHale LLP
danielle.conley@wilmerhale.com
jonathan.paikin@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com
Gerard.sinzdak@wilmerhale.com
Lynn.eisenberg@wilmerhale.com
richard.shordt@wilmerhale.com

*Counsel for Texas League of Young Voters Plaintiff-Intervenors*

Ezra D. Rosenberg
Amy L. Rudd
Lindsey Cohan
Dechert LLP
ezra.rosenberg@dechert.com
amy.rudd@dechert.com
lindsey.cohan@dechert.com

Wendy Weiser
Jennifer Clark
Myrna Pérez
Vishal Agraharkar
Brennan Center for Justice at NYU School of
    Law
wendy.weiser@nyu.edu
jenniferl.clark@nyu.edu
myrna.perez@nyu.edu
vishal.argraharkar@nyu.edu

Mark A. Posner
Sonia Kaur Gill
Erandi Zamora
Lawyers' Committee for Civil Rights
mposner@lawyerscommittee.org
sgill@lawyerscommittee.org
ezamora@lawyerscommittee.org

*Counsel for Texas State Conference of NAACP Branches Plaintiffs*

Jose Garza
Marinda van Dalen
Robert W. Doggett
Peter McGraw
Kathryn Newell
Priscilla Noriega
Texas Rio Grande Legal Aid, Inc.
jgarza@trla.org
mvandalen@trla.org
rdoggett@trla.org
pmcgraw@trla.org
knewell@trla.org
pnoriega@trla.org

*Counsel for Ortiz Plaintiffs*

Rolando L. Rios
Law Offices of Rolando L. Rios
rrios@rolandorioslaw.com

*Counsel for Plaintiff-Intervenor Texas Association of Hispanic County Judges*

*/s/ Daniel J. Freeman*
Daniel J. Freeman
Voting Section
Civil Rights Division
U.S. Department of Justice
daniel.freeman@usdoj.gov