# EXHIBIT 1

| | |
|---|---|
| **From:** | Freeman, Daniel (CRT) |
| **To:** | "D"Andrea, Arthur" |
| **Cc:** | Dellheim, Richard (CRT); King, Ryan (CRT); Westfall, Elizabeth (CRT) |
| **Subject:** | RE: Veasey v. Perry: our call tonight. |
| **Date:** | Thursday, August 28, 2014 7:29:00 AM |

Arthur,

This confirms our conversation last night in which you stated that you have declined to review individually any of the 123 documents and 2 expert reports subject to the United States' motion to unseal that the United States provided you. You explained that, despite the Court's directive to confer with the United States about each document at issue, your clients instead have renewed their blanket objection to unsealing any 1) document designated as highly confidential pursuant to an assertion of the state legislative privilege, 2) deposition transcript in which an assertion of a state legislative privilege has been made, and 3) expert report that relies on such documents or depositions.

We strongly urge you to reconsider. In hopes you will, we stand ready to discuss individual documents first thing this morning, should you once again be open to assessing the documents on an individual basis.

Please let us hear from you by 11 am CDT.

Regards,

Dan Freeman

-----Original Message-----
From: D'Andrea, Arthur [mailto:Arthur.D'Andrea@texasattorneygeneral.gov]
Sent: Wednesday, August 27, 2014 8:18 PM
To: Freeman, Daniel (CRT)
Subject: RE: Veasey v. Perry: our call tonight.

_____

From: Freeman, Daniel (CRT) [Daniel.Freeman@usdoj.gov]
Sent: Wednesday, August 27, 2014 6:58 PM
To: D'Andrea, Arthur
Subject: Re: Veasey v. Perry: our call tonight.

I just landed. Please let me know what number I can reach you at.

----- Original Message -----
From: D'Andrea, Arthur [mailto:Arthur.D'Andrea@texasattorneygeneral.gov]
Sent: Wednesday, August 27, 2014 07:51 PM
To: Freeman, Daniel (CRT)
Subject: Veasey v. Perry: our call tonight.

Dan:  Please call me early if you can.  There's been a change of plans since our lunch date and I want to give you a head start.