| AO 435<br>(Rev. 04/11) | Administrative Office of the United States Courts | | FOR COURT USE ONLY |
|---|---|---|---|
| Please Read Instructions: | TRANSCRIPT ORDER | | DUE DATE: |

| 1. NAME<br>John Scott | | 2. PHONE NUMBER<br>(512) 475-4163 | 3. DATE<br>8/28/2014 | | |
|---|---|---|---|---|---|
| 4. MAILING ADDRESS<br>Office of the Attorney General, P.O. Box 12548 | | 5. CITY<br>Austin | 6. STATE<br>TX | | 7. ZIP CODE<br>78711 |
| 8. CASE NUMBER<br>2:13cv193 (NGR) | 9. JUDGE<br>Nelva Gonzales Ramos | DATES OF PROCEEDINGS | | | |
| | | 10. FROM 8/27/2014 | 11. TO 8/27/2014 | | |
| 12. CASE NAME<br>Veasey v. Perry | | LOCATION OF PROCEEDINGS | | | |
| | | 13. CITY Corpus Christi | 14. STATE Texas | | |

15. ORDER FOR
☐ APPEAL     ☐ CRIMINAL     ☐ CRIMINAL JUSTICE ACT     ☐ BANKRUPTCY
☐ NON-APPEAL ☒ CIVIL        ☐ IN FORMA PAUPERIS        ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify)<br>Status Conference | 8/27/2014 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

United States Courts
Southern District of Texas
FILED
AUG 28 2014
David J. Bradley, Clerk of Court

17. ORDER

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to<br>Clerk for Records of the Court) | FIRST COPY | ADDITIONAL<br>COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☒ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

ESTIMATE TOTAL          0.00

| 18. SIGNATURE<br>/s/ John B. Scott | PROCESSED BY |
|---|---|
| 19. DATE<br>8/28/2014 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY