UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United
Southern Distri
FILED
AUG 28 2014
David J. Bradley, Clerk of Court

CASE NO.  CA-C-13-193

**VEASEY ET AL.**   )(   Judge  Nelva Gonzales Ramos
  Plaintiffs   )(   Courtroom Deputy  Brandy Cortez
vs.   )(   ERO/Court Reporter  GENAY ROGAN
**PERRY ET AL.**   )(   Proceeding: STATUS CONFERENCE
  Defendant   )(   Date: AUGUST 28, 2014
    )(   Exhibit List of:  NON-PARTY SENATORS
Page 1 of 1 Pages   )(   Attorney: ALICE LONDON

| Exhibit No. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 1 | Non-Party Senators' Non Privileged Docs | ✓ | ✓ |  | 8/28/14 |  |
| 2 | Letter dated August 25, 2014 | ✓ | ✓ |  | 8/28/14 |  |
| 3 | Leg Bates #s | ✓ | ✓ |  | 8/28/14 |  |
| 4 | Subset of Docs Withdrawn | ✓ | ✓ |  | 8/28/14 |  |