## Non-Party Senators' non privileged documents produced on June 24, 2014

| Senator Rodney Ellis | RE000001-RE004625 |
|---|---|
| Senator Juan Hinojosa | JH000001-JH000508 |
| Senator Jose Rodriguez | JRR000001-JRR000259 |
| Senator Carlos Uresti | CU000001-CU000407 |
| Senator Kirk Watson | KPW000001-KPW000214 |
| Senator John Whitmire | JW000001-JW000105 |
| Senator Royce West | RW000001-RW000527 |
| Senator Judith Zaffirini | JZ000001-JZ000698 |



EXHIBIT 2:13cv193 6/24/14
Non-party Senators