

## Attorney General of Texas
### GREG ABBOTT

August 25, 2014

JOHN B. SCOTT
DEPUTY ATTORNEY GENERAL
FOR CIVIL LITIGATION
DIRECT DIAL: (512) 475-0131

*Via Electronic Mail*

Ms. Alice London
Bishop London & Dodds, P.C.
3701 Bee Cave Road, Suite 200
Austin, Texas 78746

    Re: *Veasey v. Perry*, **No. 2:13-cv-193 (S.D. Tex.)**

Dear Ms. London:

    Pursuant to numbered paragraph 5 in your August 14, 2014 letter, this letter serves as notice that the State Defendants wish to use the following Senators' produced documents:

1. Rodney Ellis: RE-PRIV000010 through RE-PRIV004958
2. Carlos Uresti: CU-PRIV000001 through CU-PRIV000433
3. Kirk Watson: KPW-PRIV000001 through KPW-PRIV000906
4. Royce West: RW:PRIV000001 through RW-PRIV000425
5. John Whitmire: JW-PRIV000001 through JW-PRIV000010
6. Judith Zaffirini: JZ-PRIV000017 through JZ-PRIV000980

                      Regards,

                        */s/ John Scott*
                        John Scott
                        Deputy Attorney General
                        For Civil Litigation

cc:    Counsel of Record
       David Talbot
       Beau Eccles

