Leg Bates #'s

| Ellis | | Zaffirini | |
|---|---|---|---|
| 000044-66 | | 000751-75 | |
| 000071- | | 000017-341 | |
| 000166-167 | | 000483-491 | |
| 000262-265 | | 000505-508 | |
| 000335-338 | | 000534-555 | |
| 000350-364 | | 000589-608 | |
| 000432-433 | | 000620 | |
| 000534-542 | | 000621 | |
| 000557-558 | | 000735-736 | |
| 001171-1172 | | 000742-745 | |
| 001643-1647 | | 000834 | |
| 001665 | | 000841-843 | |
| 001668-1670 | | | |
| 001692 | | | |
| 001706-1708 | | | |
| 001757-1758 | | | |
| 001823-1824 | | | |
| 002033-2034 | | | |
| 003357-3358 | | | |
| 003422-3424 | | | |
| 003478-3482 | | | |
| 003354-3357 | | | |
| 003558-3561 | | | |
| 004358-4361 | | | |
| 004607-4613 | | | |

EXHIBIT 3 — Nonparty Senator

| Uresti | 000001-2 | 110-111 | Watson | 000 3-7 |
|---|---|---|---|---|
| | 7-10 | 112 | | 000 219-220 |
| | 32 | 113-115 | | 222-229 |
| | 33 | 116-118 | | 242-243 |
| | 34 | 119-120 | | 275-276 |
| | 37 | 121-122 | | 304-314 |
| | 38 | 123 | | 315-317 |
| | 42-43 | 124 | | 533 |
| | 46-47 | 125-140 | | 536 |
| | 48-49 | 142-162 | | 539-540 |
| | 50-51 | 165-169 | | 541-542 |
| | 54 | 170-173 | | 543 |
| | 56 | 174-177 | | 564-567 |
| | 57 | 179-183 | | 568-570 |
| | 58 | 184-187 | | 590 |
| | 59 | 188-191 | | 595-596 |
| | 61-62 | 192-195 | | 599-613 |
| | 65 | 196-200 | | 667 |
| | 66 | 200-203 | | 668-669 |
| | 67-82 | 204-207 | West | 000 159-170 |
| | 86 | 208-209 | | 000 187-188 |
| | 87 | 210 | | 000 202 ~~000216~~ |
| | 89 | 211-212 | | 000 204-206 |
| | 90 | 217 | | 299 |
| | 91-92 | 219 | | 312-313 |
| | 97 | 223 | | 314 |
| | 98-99 | 224 | | 320-321 |
| | 101 | 228 | | |
| | 103-104 | | | ~~(illegible)~~ |
| | 105-107 | | Whitemire | B000001-10 |
| | 108-109 | | | |