# Subset of Documents Withdrawn or Ruled on by the Court

## Ellis
- RE Priv 000049-66
- RE Priv 000171-2
- RE Priv 001706-08
- RE Priv 003478-82

## Zaffirini
- JZ Priv 000017, 21, 25, 28, 31, 34
- JZ Priv 000075-105
- JZ Priv 000106-113
- JZ Priv 000114-119
- JZ Priv 000120-121
- JZ Priv 000124
- JZ Priv 000127-148
- JZ Priv 000149-154
- JZ Priv 000155-172
- JZ Priv 000179-183
- ~~JZ Priv 000234-278~~
- JZ Priv 000324-329
- JZ Priv 000534-544
- JZ Priv 000545-555
- JZ Priv 000745



EXHIBIT 4 — 2:13cv193 — Non-party

Watson
  KPW Priv 000219-220
  KPW Priv 000242-3
  KPW Priv 000533

Uresti
  CU Priv 000032
  CU Priv 000154
  CU Priv 000188

Whitmire
  JW Priv 000001-10