IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) <br> (Consolidated Action) |

**ADVISORY AND STIPULATIONS RE: PLAINTIFFS' JOINT MOTION TO UNSEAL**

The United States and counsel for the Legislators respectfully notify the Court that the parties have reached an agreement to facilitate resolution of Plaintiffs' Joint Motion to Unseal Documents and Testimony (ECF No. 503).

The United States and the Legislators hereby stipulate that the Court's order applying the five-factor balancing test adopted in its April 3 Order (ECF No. 226) and unsealing the document Bates stamped as TX_00087007-14 (PL 205) applies with equal force to all legislative documents designated as highly confidential on Plaintiffs' August 22, 2014 Exhibit List (ECF No. 503-1), with the exception of the document Bates stamped as TX_00005515-16 (PL 817).[1] In addition, the United States and the Legislators hereby stipulate that the Court's orders applying the five-factor balancing test adopted in its April 3 Order and unsealing excerpts of the July 29, 2014 deposition of Senator Tommy Williams and the July 11, 2014 deposition of Senator Dan Patrick apply with equal force to the entirety of all depositions previously placed under seal pursuant to an assertion of a state legislative privilege. Finally, the United States and

---

[1] The Court has already determined that this document will be maintained under seal unless and until it is addressed at trial.

the Legislators stipulate that the Court's orders with regard to the documents and deposition testimony previously discussed (excluding TX_00005515-16) apply with equal force to information contained in the expert reports of Dr. Chandler Davidson and Dr. Allan Lichtman.

The legislators maintain their objection to the unsealing of any and all documents and testimony over which they have claimed a state legislative privilege. However, the parties respectfully request that the Court resolve the pending Joint Motion to Unseal based on the above stipulations.

Date:  August 28, 2014

|  | Respectfully submitted, |
|---|---|
| MOLLY J. MORAN<br>Acting Assistant Attorney General<br>Civil Rights Division | GREG ABBOTT<br>Attorney General of Texas |
| KENNETH MAGIDSON<br>United States Attorney<br>Southern District of Texas | DANIEL T. HODGE<br>First Assistant Attorney General |
| */s/ Daniel J. Freeman*<br>T. CHRISTIAN HERREN, JR.<br>RICHARD DELLHEIM<br>MEREDITH BELL-PLATTS<br>ELIZABETH S. WESTFALL<br>BRUCE I. GEAR<br>JENNIFER L. MARANZANO<br>ANNA M. BALDWIN<br>DANIEL J. FREEMAN<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530<br>(202) 305-4355 | */s/ Arthur C. D'Andrea*<br>ARTHUR C. D'ANDREA<br>Assistant Solicitor General<br>209 West 14th Street<br>P.O. Box. 12548<br>Austin, Texas 70711-2548<br>(512) 963-2868 |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2014, I served a true and correct copy of the foregoing via the Court's ECF system on the following counsel of record:

John B. Scott
John Reed Clay, Jr.
Gregory David Whitley
Jonathan F. Mitchell
Sean Flammer
Stephen Ronald Keister
Arthur D'Andrea
Jennifer Marie Roscetii
Lindsey Elizabeth Wolf
Stephen Tatum, Jr.
Office of the Texas Attorney General
john.scott@texasattorneygeneral.gov
reed.clay@texasattorneygeneral.gov
david.whitley@texasattorneygeneral.gov
jonathan.mitchell@texasattorneygeneral.gov
sean.flammer@texasattorneygeneral.gov
ronny.keister@texasattorneygeneral.gov
arthur.dandrea@texasattorneygeneral.gov
jennifer.roscetti@texasattorneygeneral.gov
lindsey.wolf@texasattorneygeneral.gov
stephen.tatum@texasattorneygeneral.gov

Ben Addison Donnell
Donnell Abernethy & Kieschnick
bdonnell@dakpc.com

*Counsel for Defendants*

Chad W. Dunn
Kembel Scott Brazil
Brazil & Dunn
chad@bradzilanddunn.com
scott@bazilanddunn.com

J. Gerald Hebert
Emma Simson
Campaign Legal Center
ghebert@campaignlegalcenter.org
esimson@campaignlegalcenter.org

Neil G. Baron
Law Offices of Neil G. Baron
neil@ngbaronlaw.com

Armand Derfner
Derfner, Altman, & Wilborn
aderfner@dawlaw.com

Luiz Roberto Vera, Jr.
lrvlaw@sbcglobal.net

*Counsel for Veasey Plaintiffs*

Christina Swarns
Ryan P. Haygood
Natasha M. Korgaonkar
Leah C. Aden
Deuel Ross
NAACP Legal Defense and Educational
    Fund, Inc.
cswarns@naacpldf.org
rhaygood@naacpldf.org
nkorgaonkar@naacpldf.org
laden@naacpldf.org
dross@naacpldf.org

Danielle Conley
Jonathan Paikin
Kelly P. Dunbar
Sonya L. Lebsack
Gerald J. Sinzdak
Lynn Eisenberg
Richard F. Shordt
WilmerHale LLP
danielle.conley@wilmerhale.com
jonathan.paikin@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com
Gerard.sinzdak@wilmerhale.com
Lynn.eisenberg@wilmerhale.com
richard.shordt@wilmerhale.com

*Counsel for Texas League of Young Voters Plaintiff-Intervenors*

Ezra D. Rosenberg
Amy L. Rudd
Lindsey Cohan
Dechert LLP
ezra.rosenberg@dechert.com
amy.rudd@dechert.com
lindsey.cohan@dechert.com

Wendy Weiser
Jennifer Clark
Myrna Pérez
Vishal Agraharkar
Brennan Center for Justice at NYU School of
    Law
wendy.weiser@nyu.edu
jenniferl.clark@nyu.edu
myrna.perez@nyu.edu
vishal.argraharkar@nyu.edu

Mark A. Posner
Sonia Kaur Gill
Erandi Zamora
Lawyers' Committee for Civil Rights
mposner@lawyerscommittee.org
sgill@lawyerscommittee.org
ezamora@lawyerscommittee.org

*Counsel for Texas State Conference of NAACP Branches Plaintiffs*

Jose Garza  
Marinda van Dalen  
Robert W. Doggett  
Peter McGraw  
Kathryn Newell  
Priscilla Noriega  
Texas Rio Grande Legal Aid, Inc.  
jgarza@trla.org  
mvandalen@trla.org  
rdoggett@trla.org  
pmcgraw@trla.org  
knewell@trla.org  
pnoriega@trla.org  

*Counsel for Ortiz Plaintiffs*

Rolando L. Rios  
Law Offices of Rolando L. Rios  
rrios@rolandorioslaw.com  

*Counsel for Plaintiff-Intervenor Texas Association of Hispanic County Judges*

*/s/ Daniel J. Freeman*  
Daniel J. Freeman  
Voting Section  
Civil Rights Division  
U.S. Department of Justice  
daniel.freeman@usdoj.gov