IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (lead) |

# VEASEY PLAINTIFFS' NOTICE OF FILING EXHIBITS AND APPENDICES TO EXPERT REPORTS OF RANSOM CORNISH AND GEORGE KORBEL

NOTICE to Counsel of Record:

Please take NOTICE that attached to this filing are the following documents: Exhibits B and C to the Expert Report of T. Ransom Cornish; and Appendices 2, 3 and 4 to the Expert Report of George Korbel. All of these documents were served on counsel of record when the reports of these two experts were filed, but were not filed with the Court through the ECF system at that time.

Respectfully submitted,

**BRAZIL & DUNN**

*/s/ Chad W. Dunn*
Chad W. Dunn
State Bar No. 24036507
K. Scott Brazil
State Bar No. 02934050
Brazil & Dunn
4201 Cypress Creek Parkway, Suite 530
Houston, Texas  77068
Telephone:  (281) 580-6310
Facsimile:   (281) 580-6362
chad@brazilanddunn.com
scott@brazilanddunn.com

J. Gerald Hebert (*Pro HacVice* )
Emma Simson (*Pro HacVice* )
Campaign Legal Center
215 E Street, NE
Washington, DC 20002
(202) 736-2200
ghebert@campaignlegalcenter.org
esimson@campaignlegalcenter.org

Neil G. Baron
State Bar No. 01797080
Law Office of Neil G. Baron
914 FM 517 W, Suite 242
Dickinson, Texas 77539
Telephone (281) 534-2748
Facsimile  (281) 534-4309
neil@ngbaronlaw.com

David Richards
State Bar No. 16846000
Richards, Rodriguez & Skeith, LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701
Telephone (512) 476-0005
Facsimile  (512) 476-1513
daverichards4@juno.com

        Armand G. Derfner
Derfner, Altman &Wilborn, LLC
P.O. Box 600
Charleston, S.C. 29402
Telephone (843) 723-9804
aderfner@dawlegal.com

*Attorneys for All Plaintiffs*

LUIS ROBERTO VERA, JR.
LULAC National General Counsel
State Bar No. 20546740
The Law Offices of Luis Vera Jr., and Associates
1325 Riverview Towers, 111 Soledad
San Antonio, Texas 78205-2260
Telephone (210) 225-3300
Facsimile (210) 225-2060
lrvlaw@sbcglobal.net

*Attorney for LULAC Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2014, I served a copy of the foregoing on all counsel of record by filing a copy of the same in this Court's ECF system.

*/s/ Chad W. Dunn*
Chad W. Dunn