# EXHIBIT B

# T. RANSOM CORNISH, CPA, ATTORNEY AT LAW
*1 Sugar Creek Center Blvd., Suite 475A, Sugar Land Texas 77478*

## EXPERIENCE

| | |
|---|---|
| STAFF ACCOUNTANT<br>*Main Lafrance & Co.* | YEARS EMPLOYED (EX: 1977-1979)<br>*Houston, Texas* |

Staff Audit Accountant.

| | |
|---|---|
| STAFF ACCOUNTANT<br>*Lafrance, Walker, Jackley & Seville.* | YEARS EMPLOYED (EX: 1979-1981)<br>*Houston, Texas* |

Staff Accountant in Tax and Audit.

| | |
|---|---|
| PARTNER<br>*McElhinney Cornish & Reynolds.* | YEARS EMPLOYED (EX: 1981-1988)<br>*Houston, Texas* |

Partner in local C.P.A. firm employing 12 Accountants & Staff. Practice included audit, tax and accounting services.

| | |
|---|---|
| SOLE PRACTITIONER<br>*T. Ransom Cornish, C.P.A., Attorney at Law.* | YEARS EMPLOYED (EX: 1988-PRESENT)<br>*Sugar Land, Texas* |

Sole practitioner performing both accounting and legal services. Primarily serving small to medium sized business.

## EDUCATION

| | |
|---|---|
| B.B.A.<br>*University of Houston* | YEARS ATTENDED (EX: 1973-1977)<br>*Houston, Texas* |

Graduated Cum Laude

| DOCTORATE OF JURISPRUDENCE | YEARS ATTENDED (EX: 1986-1991) |
|---|---|
| *University of Houston* | *Houston, Texas* |

## SKILLS

- Licensed to Practice as a Certified Public Accountant in 1980.
- Licensed to Practice as an Attorney in 1991.