# Selected Socio-Economic Data For

# **State of Texas**

## **and Certain Counties or Groups of Counties**

Veasey Plaintiffs
Appendix
No. _2_

Source: 2010 American Community Survey

**Korbel Research**



**$34,826**

**$18,418**

**$14,169**

**White**

**Af.Am.**

**Hispanic**

# State of Texas
## Per Capita Income

The White Per Capita
Income is Approximately
Twice That of Hispanics
and African Americans

Source: 2010 American Community Survey

Korbel Research 1

# State of Texas

## Median Family Income

The Median Income of Hispanics and African American Families is Approximately 60% that of White Families



**$76,350**

**$43,547**

**$38,916**

**White**

**Af.Am.**

**Hispanic**

Source: 2010 American Community Survey

Korbel Research 2



# State of Texas

Poverty in Families by Race and Ethnicity

The Poverty Rate for
Hispanics and African
Americans is
Approximately Five Times
that of Whites



**5.6%**

**20.0%**

**22.9%**

**White**          **Af.Am.**          **Hispanic**

Source: 2010 American Community Survey

Korbel Research 3

7/8/2014          Korbel Research for Perez v Perry          4



# State of Texas

Poverty In Single Female Parent Families

Over 40% of the Single
Female Parented
Hispanic Families Are In
Poverty

Source: 2010 American Community Survey

Korbel Research 4

42.9%

34.6%

20.8%

White          Af.Am.          Hispanic

# State of Texas

## Households Receiving Food Stamps





**18.8%**

**18.2%**

**4.9%**

**Af.Am.**  **Hispanic**  **White**

Minority Families Are
In the Range of 4
Times More Likely to
Receive Food Stamps

Sources: 2010 American Community Survey

Korbel Research 5

# State of Texas

Unemployment by Race and Ethnicity

Minority Unemployment
is Significantly Higher
Then that of Whites



Source: 2010 American Community Survey

**Korbel Research 6**

# State of Texas

Functional Illiteracy in Persons 25 Years and Older

More than One Quarter of Hispanics are Functionally Illiterate Compared to 2.4% of Whites



**25.4%**

**4.1%**

**2.4%**

**White**   **Af.Am**   **Hispanic**

Source: 2010 American Community Survey

**Korbel Research 7**

# State of Texas
## Functional Illiteracy in Persons 25 Years and Older

Hispanics Comprise More
Than 80% of the
Functionally Illiterate
Persons in Texas



**82.1%**

**6.0%**

**4.1%**

**White**        **Af.Am**        **Hispanic**

Source: 2010 American Community Survey

**Korbel Research 8**

# State of Texas
## Not High School Graduates

Almost 42% of Hispanics Over
the Age of 25 Have Not
Graduated From High School
Compared to 8.7% of Whites



Source: 2010 American Community Survey

**Korbel Research 9**

**77.7%**

# State of Texas

Persons over 25 With a Professional or Graduate Degree

Hispanics and African Americans
Comprise More Half of the State
Population But Anglos Make Up
Almost 80% of Those Over 25
With Professional or Post
Graduate Degrees.

**9.1%**

**13.6%**



**White**

**Af.Am**

**Hispanic**

Source: 2010 American Community Survey

Korbel Research 10

# Harris County
## Districts 126-135 and 137-150
### Functional Illiteracy

**Almost 30% of Hispanics
Compared to 1.7% of Whites
Over The Age of 25
Are Functionally Illiterate**



**29.6%**

**4.0%**

**1.7%**

**White**   **Black**   **Hispanic**

# Harris County
Districts 126-135 and 137-150
**Not High School Graduates**

**47.4% of Hispanics and
15.3% of African Americans
Over The Age of 25
Compared to 6.7% of Whites
Are Not High School Graduates**



# Harris County

## Districts 126-135 and 137-150

**Household that Received SNAP or Food Stamps in the Past 12 Months by Race and Ethnicity**

**Hispanics and African Americans are 5 Times More Likely to Qualify for Food Stamps than Whites**

**18.3%**

**11.9%**

**2.8%**

**White**

**Black**

**Hispanic**

# Harris County

Districts 126-135 and 137-150

**Percentage of Families Whose Income in the Past 12 Months was Below the Poverty Level**

**Hispanics and African American Families are Approximately 3 to4 Times More Likely to Experience  Poverty than White Families**



20.5%

21.2%

4.1%

**White**

**Black**

**Hispanic**

# Harris County
### Districts 126-135 and 137-150
## Mean Family Income

**The Mean Family Income for Whites is More Than Twice That of Hispanics and African Americans**



$126,369

$55,276

$51,770

**White**

**Black**

Hispanic

# Dallas County
## Districts 100, 102-105 and 107-116
### Functional Illiteracy

**32.4% of Hispanics
Compared to 1.8% of Whites
Over The Age of 25
are Functionally Illiterate**



**32.4%**

**3.7%**

**1.8%**

White    Black    Hispanic

White        Black        Hispanic

# Dallas County

### Districts 100, 102-105 and 107-116
## Not High School Graduates

## 54.1% of Hispanics and
## 14.9% of African Americans
## Compared to 7.2% of Whites
## Over The Age of 25
## Are Not High School Graduates



# Dallas County

### Districts 100, 102-105 and 107-116
**Mean Family Income**

**The Mean Family Income for Whites is More Than Twice That of African Americans and Almost Three Times That of Hispanics**



**$121,389**

**$54,141**

**$47,305**

**White**

**Black**

**Hispanic**

7/8/2014

Korber Research for Perez v Perry

19

# Tarrant County

Districts 90-00 and 101
**Functional Illiteracy**

**26.7% of Hispanics
Compared to 1.7% of Whites
Over The Age of 25
are Functionally Illiterate**



**26.7%**

**1.7%**

**2.9%**

**White**

**Black**

**Hispanic**

# Tarrant County

## Districts 90-00 and 101
### Mean Family Income

**The Mean Family Income for Whites is Essentially Twice That of Hispanics and African Americans**





$102,866

$58,101

$51,725

**White**

**Black**

**Hispanic**

# Tarrant County

## Districts 90-00 and 101
## Not High School Graduates

**44.7% of Hispanics and
12.6% of African Americans
Compared to 7.4% of Whites
Over The Age of 25
Have Not Graduated from
High School**



**44.7%**

**12.6%**

**7.4%**

**White**   **Black**   **Hispanic**

# Tarrant County

Districts 90-00 and 101

**Household that Received SNAP or Food Stamps in the Past 12 Months by Race and Ethnicity**

**Hispanics and African Americans are 3 to 4 Times More Likely to Qualify for Food Stamps than Whites**



17.6%

12.4%

4.2%

White    Black    Hispanic

# Tarrant County

Districts 90-00 and 101

**Percentage of Families Whose Income in the Past 12 Months Is Below the Poverty Level**

**Hispanics and African American Families are Approximately 3 to4 Times More Likely to Experience  Poverty than White Families**



# Fort Bend, Wharton and Jackson Counties

### Districts 26, 27, 28 and 85
### Functional Illiteracy

**Just Under 20% of
Hispanics are Over The Age of 25 are
Functionally Illiterate
Compared to 2% for Whites
and African Americans**

**19.9%**

**2.0%**  **2.2%**

**White**  **Black**  **Hispanic**

# Fort Bend, Wharton and Jackson Counties

Districts 26, 27, 28 and 85
**Functional Illiteracy**

**Hispanics Comprise
More than
Three Fourths of the
Functionally Illiterate
Persons Over 25**



**76.7%**

**7.9%**

**15.4%**

**White**   **Black**   **Hispanic**

# Fort Bend, Wharton and Jackson Counties

### Districts 26, 27, 28 and 85
### College Graduates

**14.6% of Hispanics Over The Age of 25 are College Graduates Compared to 44.3% Of Whites**



**44.3%**

**33.8%**

**14.6%**

**White**   **Black**   **Hispanic**

Korbel Research for Perez v Perry

# Fort Bend, Wharton and Jackson Counties

### Districts 26, 27, 28 and 85
**Household that Received SNAP or Food Stamps in the Past 12 Months by Race and Ethnicity**

**Hispanics and African Americans are 5 Times More Likely to Qualify for Food Stamps  than Whites**



**11.3%**

**10.3%**

**1.9%**

**White**       **Black**       **Hispanic**

# Fort Bend, Wharton and Jackson Counties

Districts 26, 27, 28 and 85
Percentage of Families and People
Whose Income in the Past 12 Months
is Below the Poverty Level

**Hispanics Families are
More than Twice as
Likely to Be Below
Poverty as
White Families**



**21.8%** White

**31.4%** Black

**46.8%** Hispanic

# Fort Bend, Wharton and Jackson Counties

Districts 26, 27, 28 and 85
Percentage of Households
With Income of Less Than $25,000

**20% of Hispanic and More Than 17% of Black Have Incomes of Less Than $25,000 Compared to 11.3% of Whites Households**



Korbel Research for Perez v Perry

# Fort Bend, Wharton and Jackson Counties

Districts 26, 27, 28 and 85
Percentage of Households With
Income of Greater Than $150,000.00

**More Than 25% of White Compared to Less Than 9% of Black and Hispanic Households have Incomes In Excess $150,000**



**25.4%**

**9.3%**

**6.1%**

**White**       **Black**   **Hispanic**

# Fort Bend, Wharton and Jackson Counties

Districts 26, 27, 28 and 85
Percentage of Households With An
Annual Income in Excess of $150,000

**Whites Households Comprise
More Than Three Fourths of the
Households With Incomes Over $150,000**

**78.6%**

**13.3%**

**8.1%**



**White** **Black** **Hispanic**

# Bell and Lampasas Counties

Districts 54 and 55

## Not High School Graduates

**25.5% of Hispanics Over the Age of 23 Have Not Graduated from High School Compared to 8.8% for Whites**



# Bell and Lampasas Counties

### Districts 54 and 55
### Functional Illiteracy

### 15.0% of Hispanics
### Compared to 2.4% of Whites
### Over The Age of 25
### Functionally Illiterate

Plaintiffs
*LULAC, Perez & MALC*

Exhibit No_____

**15.0%**

**2.4%**   **2.5%**

**White**   **Black**   **Hispanic**



# Bell and Lampasas Counties

Districts 54 and 55
**College Graduates**

**10.9% of Hispanics and 14% Of African Americans Over The Age of 25 are College Graduates Compared to 25.2% of Whites**




**25.2%**

**14.0%**

**10.9%**

**White**     **Black**     **Hispanic**

# Bell and Lampasas Counties

Districts 54 and 55
**Household that Received SNAP or Food Stamps in the Past 12 Months by Race and Ethnicity**

**13% of Hispanic and 12.1% of African American Households Received in the Past Year Compared to Only 5% for Whites**




**13.0%**

**12.1%**

**5.3%**

**White**

**Black**

**Hispanic**

Korbel Research for Perez v Perry

# Bell and Lampasas Counties

Districts 54 and 55
Percentage of Families and People
Whose Income in the Past 12 Months
is Below the Poverty Level

**Hispanics And African
Families are Almost Twice
as Likely to Be
Below Poverty as
White Families**



15.7%

16.0%

8.1%

**White**     **Black**     **Hispanic**

# Bell and Lampasas Counties

Districts 54 and 55
Percentage of Households
With Income of Less Than $25,000

**20% of Hispanic and More Than
17% of Black Have Incomes of
Less Than $25,000 Compared to
11.3% of Whites Households**



11.2% White
17.2% Black
20.0% Hispanic

# Mclennan, Brazos, Falls, Limestone and Robertson County Mix

Districts 12, 14 and 56
**Functional Illiteracy**

**Just Under 30% of
Hispanics are Over The Age of 25 are
Functionally Illiterate
Compared to 3.2% for Whites
and 6.2% for African Americans**



**29.0%**

**6.2%**

**3.1%**

**White**

**Black**

**Hispanic**

# Mclennan, Brazos, Falls, Limestone and Robertson County Mix

### Districts 12, 14 and 56
**Functional Illiteracy**

**Although Hispanics Make Up Only 18.7% Of The Persons Over 25, they Comprise 64.5% Of the Functionally Illiterate**



64.5%

24.8%

10.7%

White    Black    Hispanic

# Mclennan, Brazos, Falls, Limestone and Robertson County Mix

Districts 12, 14 and 56

**Not High School Graduates**

**One Third of Hispanics Over the Age of 23 Have Not Graduated from High School Compared to 5.8% for Whites**



48.0%

23.3%

10.4%

White          Black          Hispanic

# Mclennan, Brazos, Falls, Limestone and Robertson County Mix

Districts 12, 14 and 56
**College Graduates**

**Just Over 8% of
Hispanics are Over The Age of 25 are
College Graduates Compared to 31.9%
Of Whites**



**31.9%**

**11.2%**

**8.3%**

**White**   **Black**   **Hispanic**

7/8/2014

Korbel Research for Perez v Perry

42

# Mclennan, Brazos, Falls, Limestone and Robertson County Mix

### Districts 12, 14 and 56
Percentage of Households
With Income of Less Than $25,000

**34.9% of Hispanic and More Than 44% of Blacks Households Have Incomes of Less Than $25,000 Compared to 13.5% of Whites Households**



**44.3%**

**34.9%**

**13.5%**

**White**   **Black**   **Hispanic**

# Mclennan, Brazos, Falls, Limestone and Robertson County Mix

## Districts 12, 14 and 56

Percentage of Families and People Whose Income in the Past 12 Months is Below the Poverty Level

**Hispanics And African American Families are More than Three Times as Likely to Be Below Poverty as White Families**

8.0%
28.4%
26.6%
White
Black
Hispanic

# Mclennan, Brazos, Falls, Limestone and Robertson County Mix

## Districts 12, 14 and 56

Percentage of Households With
Income of Greater Than $150,000.00

**More Than 10% of White Compared to Fewer Than 2.1% of Black and Hispanic Households have Incomes In Excess $150,000**



**10.1%**

**1.2%**

**2.1%**

**White**   **Black**   **Hispanic**

