# Corpus Christi ISD

## Summary Analysis from the 2011-2012 Academic Excellence Indicator System (AEIS) Report

http://ritter.tea.state.tx.us/cgi/sas/broker

> Veasey Plaintiffs
> *Appendix*
>
> 3 A

# Corpus Christi ISD
## TAKS Commended Performance [1/] All Tests 2012
(Combined Grades 10 and 11)
By Race and Ethnicity
http://ritter.tea.state.tx.us/cgi/sas/broker

**14.0%** White *

**4.0%** Hispanic

**1.0%** Af.American



7/8/2014   Korbel Research   2

# Corpus Christi ISD
## Advanced Course Dual Enrollment 2011
### By Race and Ethnicity
Ethnicityhttp://ritter.tea.state.tx.us/cgi/sas/brok3.8er



**45.0%** White*



**26.9%** Hispanic



**26.5%** Af.American

7/8/2014 — Korbel Research Based on TEA Reports — 3

# Corpus Christi ISD
## SAT Test
## At or Above Criterion 2011
### By Race and Ethnicity
http://ritter.tea.state.tx.us/cgi/sas/broker

**34.8%** — White *

**13.4%** — Hispanic

**2.6%** — Af.American




7/8/2014   Korbel Research Based on TEA Reports   4

# Corpus Christi ISD
# Advanced Placement/IP
# 2011(Grade 11)

**By Race and Ethnicity**
http://ritter.tea.state.tx.us/cgi/sas/broker



**47.8%**

White*



**23.6%**

Hispanic



**15.4%**

Af. American

7/8/2014    Korbel Research Based on TEA Reports

# Corpus Christi ISD
## College Ready Graduates
## By Race and Ethnicity
http://ritter.tea.state.tx.us/cgi/sas/broker



**63.0%**

**White***



**45.0%**

**Hispanic**



**33.0%**

**Af. American**



# Corpus Christi ISD
## Average SAT 2011
### By Race and Ethnicity
http://ritter.tea.state.tx.us/cgi/sas/broker

**1021** White*
**899** Hispanic
**812** Af. American

```
12/17/12                         T E X A S  E D U C A T I O N  A G E N C Y                    Section II - Page 1
District Name: CORPUS CHRISTI ISD    Academic Excellence Indicator System
County Name: NUECES                         2011-12 District Profile
District #: 178904
```

| STUDENT INFORMATION | | |--------District--------| | |------------State------------| |
|---|---|---|---|---|---|
| | | Count | Percent | Count | Percent |
| Total Students: | | 38,608 | 100.0% | 4,978,120 | 100.0% |
| Students By Grade: | Early Childhood Education | 81 | 0.2% | 13,231 | 0.3% |
| | Pre-Kindergarten | 1,354 | 3.5% | 224,322 | 4.5% |
| | Kindergarten | 2,950 | 7.6% | 379,093 | 7.6% |
| | Grade 1 | 3,192 | 8.3% | 392,017 | 7.9% |
| | Grade 2 | 3,024 | 7.8% | 383,181 | 7.7% |
| | Grade 3 | 2,923 | 7.6% | 379,079 | 7.6% |
| | Grade 4 | 3,097 | 8.0% | 375,473 | 7.5% |
| | Grade 5 | 3,120 | 8.1% | 377,502 | 7.6% |
| | Grade 6 | 2,968 | 7.7% | 372,602 | 7.5% |
| | Grade 7 | 2,872 | 7.4% | 365,903 | 7.4% |
| | Grade 8 | 2,784 | 7.2% | 360,027 | 7.2% |
| | Grade 9 | 2,919 | 7.6% | 393,268 | 7.9% |
| | Grade 10 | 2,574 | 6.7% | 346,573 | 7.0% |
| | Grade 11 | 2,407 | 6.2% | 322,783 | 6.5% |
| | Grade 12 | 2,343 | 6.1% | 293,066 | 5.9% |
| Ethnic Distribution: | African American | 1,621 | 4.2% | 637,934 | 12.8% |
| | Hispanic | 30,472 | 78.9% | 2,530,789 | 50.8% |
| | White | 5,430 | 14.1% | 1,520,320 | 30.5% |
| | American Indian | 77 | 0.2% | 22,224 | 0.4% |
| | Asian | 611 | 1.6% | 176,755 | 3.6% |
| | Pacific Islander | 33 | 0.1% | 6,227 | 0.1% |
| | Two or More Races | 364 | 0.9% | 83,871 | 1.7% |
| Economically Disadvantaged | | 26,957 | 69.8% | 3,008,464 | 60.4% |
| Non-Educationally Disadvantaged | | 11,651 | 30.2% | 1,969,656 | 39.6% |
| Limited English Proficient (LEP) | | 1,761 | 4.6% | 837,536 | 16.8% |
| Students w/Disciplinary Placements (2010-11) | | 1,082 | 2.6% | 89,719 | 1.8% |
| At-Risk | | 20,178 | 52.3% | 2,262,066 | 45.4% |
| Graduates (Class of 2011): | | | | | |
| Total Graduates | | 2,152 | 100.0% | 290,581 | 100.0% |
| By Ethnicity (incl. Special Ed.): | | | | | |
| | African American | 117 | 5.4% | 38,755 | 13.3% |
| | Hispanic | 1,599 | 74.3% | 127,746 | 44.0% |
| | White | 366 | 17.0% | 107,597 | 37.0% |
| | American Indian | 4 | 0.2% | 1,430 | 0.5% |
| | Asian | 39 | 1.8% | 10,468 | 3.6% |
| | Pacific Islander | 1 | 0.0% | 406 | 0.1% |
| | Two or More Races | 26 | 1.2% | 4,179 | 1.4% |