# Fort Worth ISD

# TAKS Commended Performance All Tests 2011-2012

(Combined Grades 10 and 11)
By Race and Ethnicity
http://ritter.tea.state.tx.us/cgi/sas/broker



**15.0%** White

**4.0%** Hispanic

**2.0%** Af.American



Veasey Plaintiffs Appendix 3 B

7/8/2014         Korbel Research         1



# Fort Worth ISD

## Advanced Course Dual Enrollment 2011
### By Race and Ethnicity
Ethnicityhttp://ritter.tea.state.tx.us/cgi/sas/brok3.8er

**44.4%** White

**29.4%** Hispanic

**23.8%** Af.America.

7/8/2014 — Korbel Research Based on TEA Reports — 2

# Fort Worth ISD

**SAT Test At or Above Criterion 2011**

**By Race and Ethnicity**
http://ritter.tea.state.tx.us/cgi/sas/broker

**43.0%** — White



**6.4%** — Hispanic



**3.6%** — Af.American

# Fort Worth ISD

## Advanced Placement/IB 2011
### (Grade 11)
### By Race and Ethnicity
http://ritter.tea.state.tx.us/cgi/sas/broker





**46.7%** White

**15.4%** Hispanic

**11.7%** Af.American

**Fort Worth Advanced Course/Dual Enrollment Completion**
11.7% 15.4% 46.7% 46.2% 44.0%

7/8/2014

Korbel Research Based on TEA Reports

# College Ready Graduates

## By Race and Ethnicity

http://ritter.tea.state.tx.us/cgi/sas/broker

## Fort Worth ISD

**65.0%** — White

**Fort Worth College-Ready Graduates English and Math**
27% 36% 65% 20% 49%

**36.0%** — Hispanic

**27.0%** — Af.American

7/8/2014    Korbel Research Based on TEA Reports    5

# Average SAT 2011
## By Race and Ethnicity
http://ritter.tea.state.tx.us/cgi/sas/broker

**Fort Worth ISD**



1068 — White



865 — Hispanic



810 — Af.American

7/8/2014 — Korbel Research Based on TEA Reports — 6

```
12/17/12                        T E X A S   E D U C A T I O N   A G E N C Y              Section II - Page 1
District Name: FORT WORTH ISD         Academic Excellence Indicator System
County Name: TARRANT                       2011-12 District Profile
District #: 220905
```

| STUDENT INFORMATION | | |--------District--------| | |------------State-----------| |
|---|---|---|---|---|---|
| | | Count | Percent | Count | Percent |
| Total Students: | | 82,853 | 100.0% | 4,978,120 | 100.0% |
| Students By Grade: | Early Childhood Education | 202 | 0.2% | 13,231 | 0.3% |
| | Pre-Kindergarten | 4,361 | 5.3% | 224,322 | 4.5% |
| | Kindergarten | 7,304 | 8.8% | 379,093 | 7.6% |
| | Grade 1 | 7,651 | 9.2% | 392,017 | 7.9% |
| | Grade 2 | 7,081 | 8.5% | 383,181 | 7.7% |
| | Grade 3 | 6,861 | 8.3% | 379,079 | 7.6% |
| | Grade 4 | 6,688 | 8.1% | 375,473 | 7.5% |
| | Grade 5 | 6,432 | 7.8% | 377,502 | 7.6% |
| | Grade 6 | 5,823 | 7.0% | 372,602 | 7.5% |
| | Grade 7 | 5,805 | 7.0% | 365,903 | 7.4% |
| | Grade 8 | 5,442 | 6.6% | 360,027 | 7.2% |
| | Grade 9 | 6,182 | 7.5% | 393,268 | 7.9% |
| | Grade 10 | 4,878 | 5.9% | 346,573 | 7.0% |
| | Grade 11 | 4,449 | 5.4% | 322,783 | 6.5% |
| | Grade 12 | 3,694 | 4.5% | 293,066 | 5.9% |
| Ethnic Distribution: | African American | 19,231 | 23.2% | 637,934 | 12.8% |
| | Hispanic | 49,565 | 59.8% | 2,530,789 | 50.8% |
| | White | 11,316 | 13.7% | 1,520,320 | 30.5% |
| | American Indian | 259 | 0.3% | 22,224 | 0.4% |
| | Asian | 1,470 | 1.8% | 176,755 | 3.6% |
| | Pacific Islander | 53 | 0.1% | 6,227 | 0.1% |
| | Two or More Races | 959 | 1.2% | 83,871 | 1.7% |
| Economically Disadvantaged | | 64,235 | 77.5% | 3,008,464 | 60.4% |
| Non-Educationally Disadvantaged | | 18,618 | 22.5% | 1,969,656 | 39.6% |
| Limited English Proficient (LEP) | | 23,197 | 28.0% | 837,536 | 16.8% |
| Students w/Disciplinary Placements (2010-11) | | 1,974 | 2.2% | 89,719 | 1.8% |
| At-Risk | | 42,222 | 51.0% | 2,262,066 | 45.4% |
| Graduates (Class of 2011): | | | | | |
| Total Graduates | | 3,863 | 100.0% | 290,581 | 100.0% |
| By Ethnicity (incl. Special Ed.): | | | | | |
| | African American | 899 | 23.3% | 38,755 | 13.3% |
| | Hispanic | 2,114 | 54.7% | 127,746 | 44.0% |
| | White | 718 | 18.6% | 107,597 | 37.0% |
| | American Indian | 31 | 0.8% | 1,430 | 0.5% |
| | Asian | 57 | 1.5% | 10,468 | 3.6% |
| | Pacific Islander | 5 | 0.1% | 406 | 0.1% |
| | Two or More Races | 39 | 1.0% | 4,179 | 1.4% |