# Houston ISD

## Summary Analysis from the 2011-2012 Academic Excellence Indicator System (AEIS) Report

http://ritter.tea.state.tx.us/cgi/sas/broker

> Veasey Plaintiffs
>
> Appendix
> No. 3 C



**Houston ISD**

**TAKS Commended Performance All Tests 2012**
**(Combined Grades 10 and 11)**
**By Race and Ethnicity**
http://ritter.tea.state.tx.us/cgi/sas/broker

**38.0%**

**27.0%**

**6%**

**4%**

7/8/2014

Korbel Research

2



SAT Test At or Above Criterion 2011
By Race and Ethnicity
http://ritter.tea.state.tx.us/cgi/sas/broker

Houston ISD

- White *: 60.2%
- Asian: 62.3%
- Hispanic: 9.8%
- Af.Am.: 8.1%

7/8/2014   Korbel Research Based on TEA Reports   3

# Advanced Course Dual Enrollment 2011 By Race and Ethnicity

Ethnicityhttp://ritter.tea.state.tx.us/cgi/sas/brok3.8er

**Houston ISD**

- White*: 60.3%
- Asian: 58.8%
- Hispanic: 34.1%
- Af.Am.: 32.2%



# Average SAT 2011
## By Race and Ethnicity
http://ritter.tea.state.tx.us/cgi/sas/broker

**Houston ISD**

| White* | Asian | Hispanic | Af.Am. |
|--------|-------|----------|--------|
| 1134   | 1157  | 866      | 834    |

```
12/17/12                        T E X A S  E D U C A T I O N  A G E N C Y                      Section II
District Name: HOUSTON ISD
County Name: HARRIS             Academic Excellence Indicator System
District #:  101912                    2011-12 District Profile
```

| STUDENT INFORMATION | District Count | District Percent | State Count | State Percent |
|---|---|---|---|---|
| Total Students: | 201,594 | 100.0% | 4,978,120 | 100.0% |
| Students By Grade: Early Childhood Education | 270 | 0.1% | 13,231 | 0.3% |
| Pre-Kindergarten | 16,442 | 8.2% | 224,322 | 4.5% |
| Kindergarten | 16,653 | 8.3% | 379,093 | 7.6% |
| Grade 1 | 17,228 | 8.5% | 392,017 | 7.9% |
| Grade 2 | 16,554 | 8.2% | 383,181 | 7.7% |
| Grade 3 | 16,702 | 8.3% | 379,079 | 7.6% |
| Grade 4 | 15,810 | 7.8% | 375,473 | 7.5% |
| Grade 5 | 15,577 | 7.7% | 377,502 | 7.6% |
| Grade 6 | 13,286 | 6.6% | 372,602 | 7.5% |
| Grade 7 | 12,727 | 6.3% | 365,903 | 7.4% |
| Grade 8 | 12,504 | 6.2% | 360,027 | 7.2% |
| Grade 9 | 14,623 | 7.3% | 393,268 | 7.9% |
| Grade 10 | 11,870 | 5.9% | 346,573 | 7.0% |
| Grade 11 | 11,077 | 5.5% | 322,783 | 6.5% |
| Grade 12 | 10,271 | 5.1% | 293,066 | 5.9% |
| Ethnic Distribution: African American | 50,778 | 25.2% | 637,934 | 12.8% |
| Hispanic | 126,149 | 62.6% | 2,530,789 | 50.8% |
| White | 15,879 | 7.9% | 1,520,320 | 30.5% |
| American Indian | 465 | 0.2% | 22,224 | 0.4% |
| Asian | 6,611 | 3.3% | 176,755 | 3.6% |
| Pacific Islander | 216 | 0.1% | 6,227 | 0.1% |
| Two or More Races | 1,496 | 0.7% | 83,871 | 1.7% |
| Economically Disadvantaged | 162,699 | 80.7% | 3,008,464 | 60.4% |
| Non-Educationally Disadvantaged | 38,895 | 19.3% | 1,969,656 | 39.6% |
| Limited English Proficient (LEP) | 60,546 | 30.0% | 837,536 | 16.8% |
| Students w/Disciplinary Placements (2010-11) | 3,475 | 1.6% | 89,719 | 1.8% |
| At-Risk | 125,224 | 62.1% | 2,262,066 | 45.4% |
| Graduates (Class of 2011): | | | | |
| Total Graduates | 9,954 | 100.0% | 290,581 | 100.0% |
| By Ethnicity (incl. Special Ed.): | | | | |
| African American | 3,105 | 31.2% | 38,755 | 13.3% |
| Hispanic | 5,332 | 53.6% | 127,746 | 44.0% |
| White | 1,013 | 10.2% | 107,597 | 37.0% |
| American Indian | 22 | 0.2% | 1,430 | 0.5% |
| Asian | 379 | 3.8% | 10,468 | 3.6% |
| Pacific Islander | 47 | 0.5% | 406 | 0.1% |
| Two or More Races | 56 | 0.6% | 4,179 | 1.4% |