# Killeen ISD  Summary of Analysis from the 2011-2012 AEIS Reports

http://ritter.tea.state.tx.us/cgi/sas/broker

Veasey Plaintiffs
Appendix
No  3 D

# Killeen ISD
## TAKS Commended Performance[1/] All Tests 2011
### (Combined Grades 10 and 11)
### By Race and Ethnicity
http://ritter.tea.state.tx.us/cgi/sas/broker


6.0%
White *


4.0%
Hispanic


2.0%
Af.American

7/8/2014   Korbel Research   2

# Advanced Course [1/] Dual Enrollment 2011
## By Race and Ethnicity
Ethnicityhttp://ritter.tea.state.tx.us/cgi/sas/brok3.8er

**Killeen ISD**



34.9% — White*



22.2% — Hispanic



20.1% — Af.American



# Killeen ISD
## SAT Test
### At or Above Criterion 2011
**By Race and Ethnicity**
http://ritter.tea.state.tx.us/cgi/sas/broker

**31.7%** — White
**15.8%** — Hispanic
**5.7%** — Af.American

7/8/2014   Korbel Research Based on TEA Reports   4



# Killeen ISD
## Advanced Placement/IB 2011
### (Grade 11)
#### By Race and Ethnicity
http://ritter.tea.state.tx.us/cgi/sas/broker

**43.4%** — White
**33.1%** — Hispanic
**18.9%** — Af.American

7/8/2014

Korbel Research Based on TEA Reports

# Killeen ISD
## College Ready Graduates By Race and Ethnicity

http://ritter.tea.state.tx.us/cgi/sas/broker



51.0%

**White***



44.0%

**Hispanic**



31.0%

**Af.Am.**

# Killeen ISD
## Average SAT 2011
### By Race and Ethnicity
http://ritter.tea.state.tx.us/cgi/sas/broker

**1010**

**944**

**867**


**White***


**Hispanic**


**Af.American**

District Name: KILLEEN ISD
County Name: BELL
District #: 014906

Academic Excellence Indicator System
2011-12 District Profile

| STUDENT INFORMATION | | District | | State | |
|---|---|---|---|---|---|
| | | Count | Percent | Count | Percent |
| Total Students: | | 40,923 | 100.0% | 4,978,120 | 100.0% |
| Students By Grade: | Early Childhood Education | 94 | 0.2% | 13,231 | 0.3% |
| | Pre-Kindergarten | 3,102 | 7.6% | 224,322 | 4.5% |
| | Kindergarten | 3,644 | 8.9% | 379,093 | 7.6% |
| | Grade 1 | 3,656 | 8.9% | 392,017 | 7.9% |
| | Grade 2 | 3,121 | 7.6% | 383,181 | 7.7% |
| | Grade 3 | 3,332 | 8.1% | 379,079 | 7.6% |
| | Grade 4 | 3,122 | 7.6% | 375,473 | 7.5% |
| | Grade 5 | 3,063 | 7.5% | 377,502 | 7.6% |
| | Grade 6 | 2,921 | 7.1% | 372,602 | 7.5% |
| | Grade 7 | 2,771 | 6.8% | 365,903 | 7.4% |
| | Grade 8 | 2,725 | 6.7% | 360,027 | 7.2% |
| | Grade 9 | 2,853 | 7.0% | 393,268 | 7.9% |
| | Grade 10 | 2,328 | 5.7% | 346,573 | 7.0% |
| | Grade 11 | 2,194 | 5.4% | 322,783 | 6.5% |
| | Grade 12 | 1,997 | 4.9% | 293,066 | 5.9% |
| Ethnic Distribution: | African American | 13,731 | 33.6% | 637,934 | 12.8% |
| | Hispanic | 10,751 | 26.3% | 2,530,789 | 50.8% |
| | White | 11,976 | 29.3% | 1,520,320 | 30.5% |
| | American Indian | 347 | 0.8% | 22,224 | 0.4% |
| | Asian | 1,137 | 2.8% | 176,755 | 3.6% |
| | Pacific Islander | 556 | 1.4% | 6,227 | 0.1% |
| | Two or More Races | 2,425 | 5.9% | 83,871 | 1.7% |
| Economically Disadvantaged | | 22,352 | 54.6% | 3,008,464 | 60.4% |
| Non-Educationally Disadvantaged | | 18,571 | 45.4% | 1,969,656 | 39.6% |
| Limited English Proficient (LEP) | | 3,170 | 7.7% | 837,536 | 16.8% |
| Students w/Disciplinary Placements (2010-11) | | 1,179 | 2.6% | 89,719 | 1.8% |
| At-Risk | | 20,582 | 50.3% | 2,262,066 | 45.4% |
| Graduates (Class of 2011): | | | | | |
| Total Graduates | | 2,012 | 100.0% | 290,581 | 100.0% |
| By Ethnicity (incl. Special Ed.): | | | | | |
| African American | | 837 | 41.6% | 38,755 | 13.3% |
| Hispanic | | 403 | 20.0% | 127,746 | 44.0% |
| White | | 592 | 29.4% | 107,597 | 37.0% |
| American Indian | | 9 | 0.4% | 1,430 | 0.5% |
| Asian | | 87 | 4.3% | 10,468 | 3.6% |
| Pacific Islander | | 14 | 0.7% | 406 | 0.1% |
| Two or More Races | | 70 | 3.5% | 4,179 | 1.4% |