# Dallas ISD

## Summary Analysis from the 2011-2012 Academic Excellence Indicator System (AEIS) Report: Hispanic, Asian, Anglo and African American

http://ritter.tea.state.tx.us/cgi/sas/broker

> Veasey Plaintiffs
> Appendix
> No 3 E

# Dallas ISD

## Advanced Course Dual Enrollment 2010-2011 By Race and Ethnicity

Ethnicityhttp://ritter.tea.state.tx.us/cgi/sas/broker

- **White***: 52.1%
- **Asian**: 50.1%
- **Hispanic**: 31.8%
- **Af.Am.**: 30.9%







Dallas ISD — Advanced Placement 2/ 2011 (Grade 11) By Race and Ethnicity
http://ritter.tea.state.tx.us/cgi/sas/broker

- White*: 45.8%
- Asian: 38.6%
- Hispanic: 18.4%
- Af.Am.: 11.7%

7/8/2014                      Korbel Research Based on TEA Reports

# College Ready Graduates
## By Race and Ethnicity
http://ritter.tea.state.tx.us/cgi/sas/broker

**Dallas ISD**

- 70.0% White*
- 55.0% Asian
- 40.0% Hispanic
- 33.0% Af.Am.

# Average SAT 2011
## By Race and Ethnicity
http://ritter.tea.state.tx.us/cgi/sas/broker

**Dallas ISD**

| White* | Asian | Hispanic | Af.Am. |
|---|---|---|---|
| 1073 | 971 | 859 | 813 |

```
12/17/12                          TEXAS EDUCATION AGENCY                       Section II - Page 1
District Name: DALLAS ISD        Academic Excellence Indicator System
County Name: DALLAS                  2011-12 District Profile
District #: 057905
```

| STUDENT INFORMATION | District Count | District Percent | State Count | State Percent |
|---|---|---|---|---|
| Total Students: | 157,085 | 100.0% | 4,978,120 | 100.0% |
| Students By Grade: Early Childhood Education | 434 | 0.3% | 13,231 | 0.3% |
| Pre-Kindergarten | 8,083 | 5.1% | 224,322 | 4.5% |
| Kindergarten | 13,739 | 8.7% | 379,093 | 7.6% |
| Grade 1 | 14,122 | 9.0% | 392,017 | 7.9% |
| Grade 2 | 13,418 | 8.5% | 383,181 | 7.7% |
| Grade 3 | 12,929 | 8.2% | 379,079 | 7.6% |
| Grade 4 | 12,588 | 8.0% | 375,473 | 7.5% |
| Grade 5 | 12,654 | 8.1% | 377,502 | 7.6% |
| Grade 6 | 10,759 | 6.8% | 372,602 | 7.5% |
| Grade 7 | 10,299 | 6.6% | 365,903 | 7.4% |
| Grade 8 | 10,417 | 6.6% | 360,027 | 7.2% |
| Grade 9 | 11,224 | 7.1% | 393,268 | 7.9% |
| Grade 10 | 9,741 | 6.2% | 346,573 | 7.0% |
| Grade 11 | 8,748 | 5.6% | 322,783 | 6.5% |
| Grade 12 | 7,930 | 5.0% | 293,066 | 5.9% |
| Ethnic Distribution: African American | 38,381 | 24.4% | 637,934 | 12.8% |
| Hispanic | 107,990 | 68.7% | 2,530,789 | 50.8% |
| White | 7,417 | 4.7% | 1,520,320 | 30.5% |
| American Indian | 633 | 0.4% | 22,224 | 0.4% |
| Asian | 1,751 | 1.1% | 176,755 | 3.6% |
| Pacific Islander | 172 | 0.1% | 6,227 | 0.1% |
| Two or More Races | 741 | 0.5% | 83,871 | 1.7% |
| Economically Disadvantaged | 135,260 | 86.1% | 3,008,464 | 60.4% |
| Non-Educationally Disadvantaged | 21,825 | 13.9% | 1,969,656 | 39.6% |
| Limited English Proficient (LEP) | 61,615 | 39.2% | 837,536 | 16.8% |
| Students w/Disciplinary Placements (2010-11) | 2,674 | 1.6% | 89,719 | 1.8% |
| At-Risk | 97,042 | 61.8% | 2,262,066 | 45.4% |
| Graduates (Class of 2011): | | | | |
| Total Graduates | 7,267 | 100.0% | 290,581 | 100.0% |
| By Ethnicity (incl. Special Ed.): | | | | |
| African American | 2,187 | 30.1% | 38,755 | 13.3% |
| Hispanic | 4,434 | 61.0% | 127,746 | 44.0% |
| White | 446 | 6.1% | 107,597 | 37.0% |
| American Indian | 67 | 0.9% | 1,430 | 0.5% |
| Asian | 94 | 1.3% | 10,468 | 3.6% |
| Pacific Islander | 9 | 0.1% | 406 | 0.1% |
| Two or More Races | 30 | 0.4% | 4,179 | 1.4% |
| By Graduation Type (incl. Special Ed.): | | | | |
| Minimum H.S. Program | 1,152 | 15.9% | 57,772 | 19.9% |
| Recommended H.S. Pgm./DAP | 6,115 | 84.1% | 232,809 | 80.1% |
| Special Education Graduates | 671 | 9.2% | 26,142 | 9.0% |