# State of Texas

## Summary Analysis from the 2011-2012 Academic Excellence Indicator System (AEIS) Report

http://ritter.tea.state.tx.us/cgi/sas/broker

> Veasey Plaintiffs
> Appendix
> No 3 F

# TAKS
# Commended Performance
# All Tests 2011
**(Combined Grades 10 and 11)**
**By Race and Ethnicity**
http://ritter.tea.state.tx.us/cgi/sas/broker

**State of Texas**

- Asian: **29.0%**
- White *: **15.0%**
- Hispanic: **5%**
- Af.Am.: **3%**

7/8/2014　　Korbel Research　　2

# SAT Test
## At or Above Criterion 2011
### By Race and Ethnicity
http://ritter.tea.state.tx.us/cgi/sas/broker

**State of Texas**

- White *: 51.8%
- Asian: 40.6%
- Hispanic: 12.1%
- Af.Am.: 8.1%







## Texas Education Statistics
## 2011-12 State Profile Report

| STUDENT INFORMATION | | Count | Percent |
|---|---|---:|---:|
| Total Students | | 4,978,120 | 100.0% |
| | | | |
| Students By Grade: Early Childhood Education | | 13,231 | 0.3% |
| | Pre-Kindergarten | 224,322 | 4.5% |
| | Kindergarten | 379,093 | 7.6% |
| | Grade 1 | 392,017 | 7.9% |
| | Grade 2 | 383,181 | 7.7% |
| | Grade 3 | 379,079 | 7.6% |
| | Grade 4 | 375,473 | 7.5% |
| | Grade 5 | 377,502 | 7.6% |
| | Grade 6 | 372,602 | 7.5% |
| | Grade 7 | 365,903 | 7.4% |
| | Grade 8 | 360,027 | 7.2% |
| | Grade 9 | 393,268 | 7.9% |
| | Grade 10 | 346,573 | 7.0% |
| | Grade 11 | 322,783 | 6.5% |
| | Grade 12 | 293,066 | 5.9% |
| | | | |
| Ethnic Distribution: | African American | 637,934 | 12.8% |
| | Hispanic | 2,530,789 | 50.8% |
| | White | 1,520,320 | 30.5% |
| | American Indian | 22,224 | 0.4% |
| | Asian | 176,755 | 3.6% |
| | Pacific Islander | 6,227 | 0.1% |
| | Two or More Races | 83,871 | 1.7% |
| | | | |
| Economically Disadvantaged | | 3,008,464 | 60.4% |
| Non-Educationally Disadvantaged | | 1,969,656 | 39.6% |
| Limited English Proficient (LEP) | | 837,536 | 16.8% |
| Students w/Disciplinary Placements (2010-11) | | 89,719 | 1.8% |
| At-Risk | | 2,262,066 | 45.4% |

| | | Count | Percent |
|---|---|---:|---:|
| Total Graduates (Class of 2011) | | 290,581 | 100.0% |
| | | | |
| By Ethnicity (incl. Special Ed): | | | |
| | African American | 38,755 | 13.3% |
| | Hispanic | 127,746 | 44.0% |
| | White | 107,597 | 37.0% |
| | American Indian | 1,430 | 0.5% |
| | Asian | 10,468 | 3.6% |
| | Pacific Islander | 406 | 0.1% |
| | Two or More Races | 4,179 | 1.4% |
| | | | |
| By Graduation Type (incl. Special Ed.): | | | |
| | Minimum H.S. Program | 57,772 | 19.9% |
| | Recommended H.S. Pgm./DAP | 232,809 | 80.1% |
| | | | |
| Special Education Graduates: | | 26,142 | 9.0% |
| Data Quality: | PID Errors (student) | 4,268 | 0.1% |
| | Underreported Students | 8,149 | 0.4% |

7/8/2014   Korbel Research Based on TEA Reports   7