# State of Texas
## Population Growth 2000-2010

**The Minority Community Provided 90% of the State Growth And as a Result the Texas Congressional Delegation was Increased by Four Seats.**

Veasey Plaintiffs
Appendix
No. 4

3,971,112
(89.2%)

Other
464,032

Af. American
522,570

Hispanic
2,791,255

464,032
(10.8%)

**Minority**

**Anglo**

In Context this Almost 4,000,000 Growth in the minority Community Would Equal the Population of 25 State House Seats

While the White Population Growth Approximately 2.5 State House Seats

Had the Texas Minority Population Grown at the Same Rate as the White Population

Instead of Gaining Four Congressional Seats

The State would have Lost At least One and Probably Two Seats

Stated Otherwise, The Enormous Growth of the Minority Community Represents a Swing of Six Districts

# Dallas, County

**Population Growth 2000 - 2010**

**347,864**

Other 31,637

Af. American
73,146

Hispanic
243,211

**Minority**



-198,624

**Anglo**

**In Dallas County the Anglo population fell by 198,624 while the minority population grew by 347,834**

**The Growth of Minorities is the equivalent of 2 State Representative Districts while the Anglo Population Declined by more than an Entire State Representative District**

**1,200,792
(96.0%)**

Other
182,364

Af. American
155,375

Hispanic
628,971

Minority

**155,235
(12.9%)**

Anglo

# Dallas, Metroplex*

**Population Growth 2000 - 2010**

The Same is True for the
Entire Metroplex Area

**In the Greater Dallas-Fort
Worth Metroplex, the
Minorities made up 87.1%
of the Overall Growth
between 2000 and 2100**

\* Dallas and Tarrant as well
as the first ring of surrounding
counties

# Dallas County Population Growth 1970 -2040



Legend:
- Other
- African Am.
- Hispanic
- White

| Year | Total | White | Hispanic | African Am. | Other |
|------|-------|-------|----------|-------------|-------|
| 1970 | 1,327,321 | 1,007,904 (75.9%) | 88,332 (6.7%) | 220,512 (16.6%) | |
| 1980 | 1,556,390 | 1,089,655 (70.0%) | 154,561 (9.9%) | 285,787 (18.4%) | |
| 1990 | 1,852,810 | 1,115,096 (60.2%) | 315,630 (20.9%) | 369,597 (19.9%) | |
| 2000 | 2,218,899 | 983,317 (44.3%) | 662,729 (29.9%) | 445,716 (20.1%) | 127,137 (3.7%) |
| 2010 | 2,368,199 | 784,693 (33.31%) | 905,940 (38.3%) | 518,732 (21.9%) | 158,774 (6.7%) |
| 2020 (est.) | 2,683,973 | 553,536 (20.6%) | 1,4268017 (53.1%) | 551,617 (20.6%) | 192,803 (7.2%) |
| 2030 (est.) | 2,967,350 | 374,671 (12.6%) | 1,862,835 (62.8%) | 497,148 (16.8%) | 232,126 (7.8%) |
| 2040 (est.) | 3,250,089 | 241,118 (7.4%) | 2,285,805 (70.3%) | 455,101 (14.0%) | 268,045 (8.2%) |

# Harris County

## Population Growth 2000 - 2010

**In Harris County The Minority Population Increased by Almost 775,000 While the Anglo Population Declined by More Than 82,000**

**774,499**

Other
88,146

Af. Am
134,564

Hispanic
551,789

**Minority**

-82,618

**Anglo**

# Harris County Metro Area

## Population Growth 2000 - 2010

**1,060,450
(100%)**

Other
173,974

Af. American
206,454

Hispanic
683,755

**Minority**

**-3,743
(-0.35%)**

**Anglo**

**In the Greater Harris County Metro Area, the Hispanic and AfroAmerican Minority made up more than 100% of the Overall Growth between 2000 and 2100**

\* Harris County and the first ring of surrounding counties





Tarrant County Population 1970-2040

Source: Texas State Data Center

Other
African Am.
Hispanic
White

716,316
588,178

860,880
100,537
679,883

1,170,103
138,302
139,879
857,272

1,446,219
182,718 (12.6%)
285,290 (19.7%)
895,253 (61.9%)

1,809,034
129,400 (7.0%)
262,254 (14.5%)
482,977 (26.7%)
937,135 (51.8%)

2,383,230
240,680
303,564
1,003,975
835,011

3,182,541
418,067
356,660
1,681,056
725,768

4,303,657
685,173
396,231
2,626,997
595,256

1970   1980   1990   2000   2010   2020(est)   2030(est)   2040(est)

# Fort Bend, Wharton and Jackson Counties

**Population Growth 2000-2011 by Race and Ethnicity**
**(Districts 26, 27, 28 and 85)**

## The Minority Population Contributed More than 80% of the 2000-2010 Growth

**185,649**

Other
65,311

Af. Am.
53,157

Hispanic
67,181

**45,050**

White
45,050

# Fort Bend, Wharton and Jackson Counties

**Population Growth 2000-2011 by Race and Ethnicity**
**(Districts 26, 27, 28 and 85)**

## The Minority Population Contributed More than 80% of the 2000-2010 Growth

**185,649**

Other
65,311

Af. Am.
53,157

Hispanic
67,181

**45,050**

White
45,050

# Midland Ector Mix

## (Districts 81 and 82)
### Population Growth 2000 - 2010

**In the Midland and Odessa Area grew by 46,061 while Anglos Declined by 8,498**

46,061



Other 7,688

Hispanic 43,281

**Minority**





-8,498

**Anglo**

Korbel Research



Other
African Am.
Hispanic
White

# McLennan-Brazos Mix

## Population Growth 2000 - 2010

**(Districts 14, 56 and 57)**

**The Minority Population
Constituted just Under
80% of the Growth**



Other
African Am.
Hispanic
White



**51,198**



Other 7,355

Af.Am. 5,441

Hispanic
38,402

**Minority**

**13,872**

**Anglo**

Korbel Research

# McLennan-Brazos Mix

**(Districts 14, 56 and 57)**

**2010 Population by Race and Ethnicity**

**Minorities Constitute More that 41% of the 6 County Area ***



- Other
- African Am.
- Hispanic
- White



*Brazos, Falls, Limestone, McLennan and Robertson Counties

Korbel Research



**41.1%**

**Af Am 66,037 (13.7%)**

**Hispanic 112,047 (23.0%)**

**Minority**



**58.1%**

**287,182**

**Anglo**

# Bell and Lampasas County

## Population Growth 2000-2011 by Race and Ethnicity
### (Districts 54 and 55)

**52,413**

**The Minority Population
Contributed More than
70% of the 2000-2010 Growth**



**Other**
8,232 (11.1%)

**Af. Am.**
16,106
(19.4%)

**Hispanic**
28,075
(37.8%)

**21,163**

**White**
21,763
(29.3%)



Other
African Am.
Hispanic
White

# Bell and Lampasas Mix

## 2010 Census Pop by Race and Ethnicity
### (Districts 54 and 55)

According to the 2010 Census
Minorities were just under
Half of the Population of
Bell and Lampasas Counties

**157,587**

**172,125**

Other
23,373

Af. Am.
63,961

Hispanic
70,453

White
172,125







District 93 is fish hook shaped district that essentially winds from suburban heavily Anglo North central Tarrant County to the East central. What happens is that the state took a compact heavily minority fast growing area in the Central Cities that was in the former District 93 and ties it in with the Suburban Northern part of the County. This heavily minority area contains a total of almost 37,000 persons and based on the 2000 Census was more than 67.2 % minority. The balance of the old district 93 and Logically this minority area should have been added to District 106 which contains the balance of the central cities area.



District 93
Tarrant
County under
Former Plan

District 93 Tarrant County
under 2013 Plan



# Texas Population Growth 1970 -2040

# Bexar County Population 1970-2040



Source: Texas State Data Center



# Travis County Population 1970-2040

Source: Texas State Data Center

**Legend:**
- Other
- African Am.
- Hispanic
- White

**1970 — 295,516**
- 32,270 (10.1%)
- 43,899 (14.9%)
- 216,517 (73.3%)

**1980 — 419,573**
- 44,422 (10.6%)
- 72,288 (17.2%)
- 295,049 (70.3%)

**1990 — 576,410**
- 60,998 (10.6%)
- 121,689 (21.1%)
- 375,279 (65.1%)

**2000 — 812,280**
- 52,173 (6.4%)
- 73,242 (9.0%)
- 229,048 (28.2%)
- 465,317 (57.3%)

**2010 — 1,024,260**
- 81,051 (7.9%)
- 82,805 (8.1%)
- 342,766 (33.5%)
- 517,644 (50.5%)

**2020 (est) — 1,168,738**
- 98,284 (8.4%)
- 106,375 (9.1%)
- 540,071 (46.2%)
- 424,008 (36.3%)

**2030 (est) — 1,336,648**
- 139,142 (10.4%)
- 115,536 (8.6%)
- 717,539 (53.7%)
- 364,431 (27.3%)

**2040 (est) — 1,498,569**
- 188,110 (12.6%)
- 118,612 (7.9%)
- 895,481 (39.8%)
- 296,336 (19.8%)