| AO 435 (Rev. 04/11) *Please Read Instructions:* | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | | FOR COURT USE ONLY **DUE DATE:** |
|---|---|---|---|
| 1. NAME Lynn Eisenberg | 2. PHONE NUMBER (202) 663-6809 | | 3. DATE 8/27/2014 |
| 4. MAILING ADDRESS 1875 Pennsylvania Avenue NW | 5. CITY Washington | 6. STATE DC | 7. ZIP CODE 20006 |
| 8. CASE NUMBER 2:13CV193 (NGR) | 9. JUDGE Nelva Gonzales Ramos | DATES OF PROCEEDINGS | |
| | | 10. FROM 9/2/2014 | 11. TO 9/19/2014 |
| 12. CASE NAME Marc Veasey, et al. v. Rick Perry, et al. | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Corpus Christi | 14. STATE Texas |

15. ORDER FOR
☐ APPEAL   ☐ CRIMINAL   ☐ CRIMINAL JUSTICE ACT   ☐ BANKRUPTCY
☐ NON-APPEAL   ☒ CIVIL   ☐ IN FORMA PAUPERIS   ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Trial | 9/2/2014 - 9/19/2014 |
| ☐ BAIL HEARING | | | |

United States Courts
Southern District of Texas
**FILED**
AUG 29 2014
David J. Bradley, Clerk of Court

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☒ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional)

ESTIMATE TOTAL   0.00

18. SIGNATURE /s/

PROCESSED BY

19. DATE 8/27/2014

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

|  | DATE | BY |  |  |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY