# Exhibit C

**Veasey v. Perry**
**Texas v. Holder, No. 12-128 (D.D.C. 2012), Trial Testimony Designations**

| Witness | Transcript Date | STARTING Page | Line | ENDING Page | Line |
|---|---|---|---|---|---|
| Aliseda, Jose (Direct Examination) | 7/12/2012 AM | 123 | 23 | 124 | 7 |
| Aliseda, Jose (Direct Examination) | 7/12/2012 AM | 135 | 21 | 135 | 5 |
| Aliseda, Jose (Direct Examination) | 7/12/2012 AM | 136 | 4 | 136 | 11 |
| Aliseda, Jose (Cross Examination) | 7/9/2012 PM | 5 | 15 | 6 | 24 |
| Aliseda, Jose (Cross Examination) | 7/9/2012 PM | 7 | 12 | 10 | 18 |
| Aliseda, Jose (Cross Examination) | 7/9/2012 PM | 11 | 1 | 30 | 25 |
| Davis, Wendy (Direct Examination) | 7/12/2012 AM | 14 | 14 | 38 | 4 |
| Ingram, Brian Keith (Direct Examination) | 7/9/2012 AM | 45 | 20 | 46 | 6 |
| Ingram, Brian Keith (Cross Examination) | 7/9/2012 AM | 76 | 15 | 123 | 9 |
| Mitchell, Forrest (Direct Examination) | 7/9/2012 PM | 34 | 17 | 34 | 19 |
| Mitchell, Forrest (Direct Examination) | 7/9/2012 PM | 35 | 19 | 35 | 25 |
| Mitchell, Forrest (Direct Examination) | 7/9/2012 PM | 36 | 14 | 36 | 19 |
| Mitchell, Forrest (Direct Examination) | 7/9/2012 PM | 37 | 25 | 38 | 2 |
| Mitchell, Forrest (Direct Examination) | 7/9/2012 PM | 38 | 21 | 39 | 4 |
| Mitchell, Forrest (Direct Examination) | 7/9/2012 PM | 40 | 3 | 40 | 6 |
| Mitchell, Forrest (Direct Examination) | 7/9/2012 PM | 40 | 17 | 40 | 19 |
| Mitchell, Forrest (Direct Examination) | 7/9/2012 PM | 42 | 14 | 42 | 21 |
| Mitchell, Forrest (Cross Examination) | 7/9/2012 PM | 49 | 22 | 69 | 1 |
| Williams, Tommy (Direct Examination) | 7/9/2012 PM | 70 | 3 | 70 | 13 |
| Williams, Tommy (Direct Examination) | 7/9/2012 PM | 71 | 7 | 71 | 17 |
| Williams, Tommy (Direct Examination) | 7/9/2012 PM | 71 | 22 | 72 | 6 |
| Williams, Tommy (Direct Examination) | 7/9/2012 PM | 78 | 13 | 78 | 19 |
| Williams, Tommy (Direct Examination) | 7/9/2012 PM | 96 | 7 | 96 | 13 |
| Williams, Tommy (Cross Examination) | 7/9/2012 PM | 100 | 15 | 134 | 13 |