UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al*, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' NOTICE OF OBJECTIONS TO PLAINTIFFS' AND
PLAINTIFF-INTERVENORS' EXHIBITS**

Defendants hereby submit the attached objections to Plainitffs' and Plaintiffs- Intervenors' Exhibits, which were listed in Plaintiffs' and Plaintiff-Intervenors' Exhibit List, Supplemental Exhibit List, and Second Supplemental Exhibit List, on August 22, August 28, and August 29, 2014, respectively.

Dated: August 29, 2014

                                      Respectfully submitted,

                                      GREG ABBOTT
                                      Attorney General of Texas

                                      DANIEL T. HODGE
                                      First Assistant Attorney General

                                      JONATHAN F. MITCHELL
                                      Solicitor General

                                      J. REED CLAY, JR.
                                      Special Assistant and Senior Counsel
                                      to the Attorney General
                                      Southern District of Texas No. 1160600

/s/ *John B. Scott*
JOHN B. SCOTT
Deputy Attorney General for Civil Litigation
Southern District of Texas No. 10418
Texas State Bar No. 17901500
ATTORNEY-IN-CHARGE

G. DAVID WHITLEY
Assistant Deputy Attorney General
Southern District of Texas No. 2080496

STEPHEN RONALD KEISTER
Assistant Attorney General
Southern District of Texas No. 18580

JENNIFER MARIE ROSCETTI
Assistant Attorney General
Southern District of Texas No. 224780

LINDSEY ELIZABETH WOLF
Assistant Attorney General
Southern District of Texas No. 2292940

FRANCES WHITNEY DEASON
Assistant Attorney General
Southern District of Texas No. 2302872

STEPHEN LYLE TATUM, JR.
Assistant Attorney General
Southern District of Texas No. 2338090

209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 475-0131

BEN A. DONNELL
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853
Southern District of Texas No. 5689

COUNSEL FOR THE STATE OF TEXAS,
RICK PERRY, JOHN STEEN, and STEVE
MCCRAW

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2014, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ John B. Scott*
JOHN B. SCOTT