`

Exhibit 2

**Veasey, et al. v. Perry, et al.**

**Defendants' Objections to Plaintiffs' and Plaintiff-Intervenors' Supplemental Exhibit List**

| EXHIBIT NUMBER | BATES STAMP BEGINNING | BATES STAMP END | DESCRIPTION | HIGHLY CONFIDENTIAL | DATE ENTERED | DATE ADMITTED | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|---|
| PL1054 | | | Updated CV of Expert Coleman Bazelon | | | | No Foundation; No Authentication; Contains Hearsay |
| PL1055 | | | Perez v. Perry - Closing Arguments, Aug. 26, 2014 | | | | Irrelevant; Immaterial; No Foundation; Contains Hearsay; Contains Inadmissible Matter; No Authentication;Conflicts with the Court's Ruling on 8-29-14 |
| PL1056 | LYV00000091 | LYV00000091 | The League of Young Voters Education Fund Engaging the rising Texas electorate | Y | | | No Foundation; No Authentication |
| PL1057 | LYV00000092 | LYV00000099 | The League of Young Voters Education Fund Voter ID Update | Y | | | No Foundation; No Authentication |
| PL1058 | LYV00000100 | LYV00000100 | Texas Voters: Got ID? | Y | | | No Foundation; No Authentication; Contains Hearsay |
| PL1059 | LYV00000101 | LYV00000104 | The League of Young Voters Education Fund Mission and Purpose | Y | | | No Foundation; No Authentication; Contains Hearsay |
| PL1060 | LYV00001186 | LYV00001186 | Voters: Got ID Know What You Need to Vote Nov. 5th | Y | | | No Foundation; No Authentication; Contains Hearsay |
| PL1061 | LYV00001187 | LYV00001189 | Are you prepared? Voter ID law takes effect in Texas | Y | | | No Foundation; No Authentication; Contains Hearsay |

**Veasey, et al. v. Perry, et al.**

**Defendants' Objections to Plaintiffs' and Plaintiff-Intervenors' Supplemental Exhibit List**

| EXHIBIT NUMBER | BATES STAMP BEGINNING | BATES STAMP END | DESCRIPTION | HIGHLY CONFIDENTIAL | DATE ENTERED | DATE ADMITTED | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|---|
| PL1062 | LYV00001190 | LYV00001190 | #GotIDTexas Sample Script | Y | | | No Foundation; No Authentication; Contains Hearsay |
| PL1063 | LYV00001191 | LYV00001194 | Texas Voters: Got ID? New Rules | Y | | | No Foundation; No Authentication; Contains Hearsay |
| PL1064 | LYV00001195 | LYV00001195 | Protect Your Right to Vote Awareness Week | Y | | | No Foundation; No Authentication; Contains Hearsay |
| PL1065 | USA_00223532 | USA_00223533 | DHS letter to U.S. Rep. Kenny Marchant, August 7, 2004 | N | | | |
| PL1066 | USA_00223534 | USA_00223584 | DPS Responses to Written Deposition Questions Regarding Specified Topics From the United States' Notice of Rule 30(b)(6) Deposition of the Texas Department of Public Safety | N | | | Improper Exhibit |
| PL1067 | USA_00223585 | USA_00223586 | Email to Ryan O'Connor re: EIC Region 3 Weekly Report October 7 (Mon) - October 12 (Sat) | N | | | |
| PL1068 | USA_00223587 | USA_00223594 | Emilio Buendia Martinez Election Certificate | N | | | |
| PL1069 | USA_00223595 | USA_00223598 | EIC Issuance Documents - Martinez | | | | |
| PL1070 | USA_00223599 | USA_00223600 | Email to Lisa Daughtry re: EIC Issuance | N | | | |
| PL1071 | USA_00223601 | USA_00223610 | Email to Lisa Daughtry re: EIC Certificate (Hector Manuel Sanchez) | N | | | |

**Veasey, et al. v. Perry, et al.**

**Defendants' Objections to Plaintiffs' and Plaintiff-Intervenors' Supplemental Exhibit List**

| EXHIBIT NUMBER | BATES STAMP BEGINNING | BATES STAMP END | DESCRIPTION | HIGHLY CONFIDENTIAL | DATE ENTERED | DATE ADMITTED | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|---|
| PL1072 | USA_00223611 | USA_00223828 | House Journal, May 24, 2005 | N | | | |