Exhibit 3

# Veasey, et al. v. Perry, et al.
## Defendants' Objections to Plaintiffs' and Plaintiff-Intervenors'
## 2nd Supplemental Exhibit List

| EXHIBIT NUMBER | BATES STAMP BEGINNING | BATES STAMP END | DESCRIPTION | HIGHLY CONFIDENTIAL | DATE ENTERED | DATE ADMITTED | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|---|
| PL1073 | TEX0563471 | TEX0563471 | E-mails Oct. 24 2013 from MacGregor Stephenson to Coby Shorter, Keith Ingram, and Wroe Jackson re: EIC mobile program | N | | | |
| PL1074 | TEX0524010 | TEX0524011 | E-mails Feb. 10 2014 from Robert Bodisch to MacGregor Stephenson re: EIC County Update | N | | | |
| PL1075 | TEX0512029 | TEX0512030 | E-mails Oct. 22 2013 from Robert Bodisch to Steven McCraw re DPS EIC program | N | | | Attorney-client privilege; attorney work product |
| PL1076 | TEX0479638 | TEX0479641 | E-mails Sept. 17 2013 from MacGregor Stephenson to Robert Bodisch re Mobile EIC program | N | | | |
| PL1077 | TEX0524900 | TEX0524901 | Emails Feb. 15 2014 from Coby Shorter to MacGregor Stephenson re EIC locations | Y | | | |
| PL1078 | TEX0479617 | TEX0479618 | Emails Oct. 17 2013 from Robert Bodisch to MacGregor Stephenson re EIC program | N | | | |
| PL1079 | TEX0506782 | TEX0506783 | Emails Oct. 2 2013 re Voter ID grant | N | | | |
| PL1080 | TEX0479654 | TEX0479654 | Emails Sept. 23 2013 from Robert Bodisch to MacGregor Stephenson re Voter ID info | N | | | |
| PL1081 | TEX0501447 | TEX0501449 | Emails Sept. 13 2013 from Robert Bodisch to MacGregor Stephenson re EIC Program | N | | | |

# Veasey, et al. v. Perry, et al.
## Defendants' Objections to Plaintiffs' and Plaintiff-Intervenors'
## 2nd Supplemental  Exhibit List

| EXHIBIT NUMBER | BATES STAMP BEGINNING | BATES STAMP END | DESCRIPTION | HIGHLY CONFIDENTIAL | DATE ENTERED | DATE ADMITTED | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|---|
| PL1082 | TEX0479653 | TEX0479653 | Emails Oct. 14 2013 from MacGregor Stephenson to Robert Bodisch re EIC program | N | | | |
| PL1083 | | | DPS Webpage re Administrative License Revocation Program | N | | | |
| PL1084 | | | Defendants' Objections and Responses to Veasey-LULAC Plaintiffs' First Set of Requests for Admission | N | | | |
| PL1085 | | | Defendants' Objections and Responses to Veasey-LULAC Plaintiffs' Second Set of Requests for Admission | N | | | |
| PL1086 | | | Table of Amendments to SB 14 Defeated in the Senate in 2011 | N | | | Contains hearsay; No Foundation; No Authentication |
| PL1087 | | | Table of Acceptable Identification Documents Under Status Quo and 2005-2011 Voter Identification Bills | N | | | Contains hearsay; No Foundation; No Authentication |
| PL1088 | TX00009308 | TX00009308 | News article re San Antonio Woman Uses Dead Sister's Identity to Vote | Y | | | Contains hearsay; No Foundation; No Authentication |

**Veasey, et al. v. Perry, et al.**
## Defendants' Objections to Plaintiffs' and Plaintiff-Intervenors'
## 2nd Supplemental  Exhibit List

| EXHIBIT NUMBER | BATES STAMP BEGINNING | BATES STAMP END | DESCRIPTION | HIGHLY CONFIDENTIAL | DATE ENTERED | DATE ADMITTED | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|---|---|
| PL1089 | | | News article "Greg Abbott's Bogus Voter Fraud Crusade" | N | | | Contains hearsay; No Foundation; No Authentication; Improper Opinion |