UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### NOTICE OF STATE DEFENDANTS' DEPOSITION DESIGNATIONS

Pursuant to the Third Amended Scheduling Order entered August 11, 2014 (Dkt. 466), Defendants respectfully submit their affirmative deposition designations as follows.

Attached as Exhibit A are Defendants' affirmative deposition designations for depositions taken in *Veasey, et al. v. Perry, et al.* as originally served on Plaintiffs.

Attached as Exhibit B are Plaintiffs' deposition designations and Defendants' objections and counter-designations.

Attached as Exhibit C are Defendants' affirmative deposition designations (as compiled by Plaintiffs from Defendants' designations in Exhibit A), Plaintiffs' objections and counter-designations, and Defendants' objections to Plaintiffs' counters.

Attached as Exhibit D are Defendant's affirmative designations from *Texas v. Holder*.

1

Dated:  August 29, 2014

                        Respectfully submitted,

                        GREG ABBOTT
                        Attorney General of Texas

                        DANIEL T. HODGE
                        First Assistant Attorney General

                        JONATHAN F. MITCHELL
                        Solicitor General

                        J. REED CLAY, JR.
                        Special Assistant and Senior Counsel
                        to the Attorney General
                        Southern District of Texas No. 1160600

                        */s/ John B. Scott*
                        JOHN B. SCOTT
                        Deputy Attorney General for Civil Litigation
                        Southern District of Texas No. 10418
                        ATTORNEY-IN-CHARGE

                        G. DAVID WHITLEY
                        Assistant Deputy Attorney General
                        Southern District of Texas No. 2080496

                        STEPHEN RONALD KEISTER
                        Assistant Attorney General
                        Southern District of Texas No. 18580

                        JENNIFER MARIE ROSCETTI
                        Assistant Attorney General
                        Southern District of Texas No. 224780

                        LINDSEY ELIZABETH WOLF
                        Assistant Attorney General
                        Southern District of Texas No. 2292940

                        FRANCES WHITNEY DEASON
                        Assistant Attorney General
                        Southern District of Texas No. 2302872

                        STEPHEN LYLE TATUM, JR.

Assistant Attorney General
Southern District of Texas No. 2338090

209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 475-0131


BEN A. DONNELL
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853
Southern District of Texas No. 5689

COUNSEL FOR THE STATE OF TEXAS,
RICK PERRY, JOHN STEEN, AND STEVE
MCCRAW

3

## CERTIFICATE OF SERVICE

    I hereby certify that on August 29, 2014, a true and correct copy of the foregoing document was served to all counsel of record via the Court's ECF system.

*/s/ John B. Scott*
JOHN B. SCOTT