Exhibit D

**Veasey v. Perry**

**Texas v. Holder, No. 12-128 (D.D.C. 2012), Defendants' Designations**

| Witness | Excerpt |
| --- | --- |
| Anchia Depo | 138:21-25; 138:16-25; 83:4-7, 8-11; 59:13-19; 77:3-12; 101:1-3; 138:12-15; 137:23-138:11; 134:18-135:1 |
| Davio Depo | 135:9; 137:5-8; 198:22-24; 138:18-19; 200:6-10; 199:22-25; |
| Uresti Depo | 75:9-76:7; 42:3-21 |
| Veasey Depo | 51:8-52:4, 126:2-6; 122:4-16; 135:14-137:15 |
| Aliseda Depo | 215:7-9; 215:10-216:1; 216:2-4, 8, 9-11, 13-17; 103:17-104:6; 184:18-20; 184:22, 185:2-3; 185:5-8; 176:9-12; 176:14; 130:7-12; 130:20-133:16; 198:24-195:2; 125:10-16; 125:19-126:2 |
| Duncan Depo | 207:18, 21-22; 208:10-11; 208:22-23; 209:5-7; 235:13-23; 236:21-24; 240:16-19 |
| Harless Depo | 94:23-24; 95:8-10 |
| Patrick Depo | 158:10-13; 164:8-12 |
| Smith Depo | 175:16-22 |
| Joint Appendix | JA6499-6500 (Testimony of Buck Wood) |
| Mitchell Depo | 216:17, 21; 207:9-15, 19-25 |
| Senator Williams | TA001335-36, 1338 |
|  | JA0076-79 (Testimony of Harris Co. Official) |
|  | JA3185-88 (Testimony of Ann McGeehan) |
|  | JA004614 |
| Pena Depo | 65:11-66:12; 212:14-213:7; 66:13-17; 210:9-211:8; 79:18-25; 79:18-20; 156:22-157:3 |
|  | JA006056 (Polling Data) |
|  | JA001166-70 (Lighthouse Survey) |
|  | JA002240 (Representative Angie Chen Button) |
|  | JA002939 |
|  | JA003091-92 (Democrats overwhelming opposed bill, but two Democrats voted for bill) |