UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 2:13-CV-00193 |
| RICK PERRY, *et al*, | § § § | |
| Defendants. | § | |

### STIPULATION OF FACTS REGARDING THE
### TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND

Plaintiff-Intervenor the Texas League of Young Voters Education Fund ("TLYVEF") and Defendants stipulate to the following undisputed fact:

TLYVEF has never been a membership organization, and therefore does not have members.

Dated:  September 1, 2014

                                                Respectfully submitted,

                                                GREG ABBOTT
                                                Attorney General of Texas

                                                DANIEL T. HODGE
                                                First Assistant Attorney General

                                                JONATHAN F. MITCHELL
                                                Solicitor General

                                                J. REED CLAY, JR.
                                                Special Assistant and Senior Counsel
                                                to the Attorney General
                                                Southern District of Texas No. 1160600

                                                */s/ John B. Scott*
                                                JOHN B. SCOTT
                                                Deputy Attorney General for Civil Litigation

1

Southern District of Texas No. 10418
Texas State Bar No. 17901500
ATTORNEY-IN-CHARGE

G. DAVID WHITLEY
Assistant Deputy Attorney General
Southern District of Texas No. 2080496

STEPHEN RONALD KEISTER
Assistant Attorney General
Southern District of Texas No. 18580

JENNIFER MARIE ROSCETTI
Assistant Attorney General
Southern District of Texas No. 224780

LINDSEY ELIZABETH WOLF
Assistant Attorney General
Southern District of Texas No. 2292940

FRANCES WHITNEY DEASON
Assistant Attorney General
Southern District of Texas No. 2302872

209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 475-0131

BEN A. DONNELL
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853
Southern District of Texas No. 5689

COUNSEL FOR THE STATE OF TEXAS,
RICK PERRY, JOHN STEEN, and STEVE
MCCRAW

2

      /s/ Natasha Korgaonkar

Christina A. Swarn
Ryan P. Haygood
Natasha M. Korgaonkar
Leah C. Aden
Deuel Ross
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, New York 10006
cswarns@naacpldf.org
rhaygood@naacpldf.org
nkorgaonkar@naacpldf.org
laden@naacpldf.org
dross@naacpldf.org

Danielle Conley
Jonathan Paikin
Kelly Dunbar
Sonya L. Lebsack
Lynn Eisenberg
Tania Faransso
Richard F. Shordt
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
danielle.conley@wilmerhale.com
jonathan.paikin@wilmerhale.com
kelly.dunbar@wilmerhale.com

*Counsel for Plaintiff-Intervenors Texas League of Young Voters Education Fund et al.*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 1, 2014, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                            */s/ John B. Scott*
                                            JOHN B. SCOTT