UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al*, § § Plaintiffs, § VS. § § RICK PERRY, *et al*, § § Defendants. § | § § § CIVIL ACTION NO. 2:13-CV-00193 § § § § |

DEFENDANTS' FIRST AMENDED NOTICE OF DEPOSITION OF
PLAINTIFF LENARD TAYLOR

To: **Lenard Taylor**, by and through his attorneys of record, Jose Garza, Law Office of Jose Garza, 7414 Robin Rest Drive, San Antonio, TX 78209; Peter McGraw, Texas Rio Grande Legal Aide Inc., 3825 Agnes Street, Corpus Christi, TX 78405; and Marinda Van Dalen and Robert W. Doggett, Texas Rio Grande Legal Aid Inc., 531 E St Francis, Brownsville, TX 78520.

Pursuant to the Federal Rules of Civil Procedure, the State of Texas, Rick Perry, the Texas Secretary of State[1] and Steve McCraw ("Defendants"), by and through the Attorney General for the State of Texas, give notice that they will take the deposition by oral examination of Lenard Taylor, on July 18, 2014, at 1:00 P.M., at Texas Rio Grande Legal Aide's office, 3825 Agnes Street, Corpus Christi, Texas 78405.

This deposition will be recorded by stenographic means, conducted before an individual authorized to administer oaths, and used for any purpose permitted under the Federal Rules of Civil Procedure or court order. The deposition may be

---

[1] Various complaints identify the Texas Secretary of State as John Steen. The current Secretary of State, however, is Nandita Berry.

1

videotaped. The deposition will continue from time to time and place to place until concluded.

Dated:    July 17, 2014

                                      Respectfully submitted,

                                      GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JONATHAN F. MITCHELL
Solicitor General

J. REED CLAY, JR.
Special Assistant and Senior Counsel
to the Attorney General
Southern District of Texas No. 1160600

*/s/ John B. Scott*
JOHN B. SCOTT
Deputy Attorney General for Civil Litigation
Southern District of Texas No. 10418
Texas State Bar No. 17901500
ATTORNEY-IN-CHARGE

G. DAVID WHITLEY
Assistant Deputy Attorney General
Southern District of Texas No. 2080496

STEPHEN RONALD KEISTER
Assistant Attorney General
Southern District of Texas No. 18580

JENNIFER MARIE ROSCETTI
Assistant Attorney General
Southern District of Texas No. 224780

LINDSEY ELIZABETH WOLF
Assistant Attorney General
Southern District of Texas No. 2292940

FRANCES WHITNEY DEASON
Assistant Attorney General
Southern District of Texas No. 2302872

209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 475-0131

BEN A. DONNELL
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853
Southern District of Texas No. 5689

COUNSEL FOR THE STATE OF TEXAS,
RICK PERRY, JOHN STEEN, and STEVE
MCCRAW

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 17, 2014, a true and correct copy of the foregoing document is being served via electronic mail to all counsel of record.


                                          */s/ John B. Scott*
                                          JOHN B. SCOTT