# Whitley, David

| | |
|---|---|
| **From:** | Rosenberg, Ezra <ezra.rosenberg@dechert.com> |
| **Sent:** | Monday, September 01, 2014 8:09 AM |
| **To:** | Scott, John; Clay, Reed; Wolf, Lindsey; Whitley, David; Roscetti, Jennifer |
| **Cc:** | All Corpus Christi Section 2 Case Group; Dellheim, Richard (CRT); Westfall, Elizabeth (CRT); Freeman, Daniel (CRT); Baldwin, Anna (CRT); Maranzano, Jennifer (CRT); Gear, Bruce (CRT); King, Ryan (CRT) |
| **Subject:** | Notice to State of Wednesday's Witness List |

John et al – Here is our intended list for Wednesday. We listed the same additional transcript designations, as they would continue from day to day until we use them.

September 3:
Eulalio Mendez (Plaintiff)
Estela Espinoza (Plaintiff)
Yair Ghitza (Expert)
Matt Barreto (Expert)
Kristina Mora (voter assister)
Dawn White (social worker)
Buck Wood (Expert)
Gabriel Sanchez (Expert)
Leonard Taylor (Plaintiff)
Gordon Benjamin (Plaintiff)
Blake Green (League of Young Voters representative)
Phyllis Washington (Individual voter by video)

In addition, depending on whether there is time on either of the days, plaintiffs will begin to read in deposition/trial testimony depositions of the following witnesses:
Martin Golando (representative of MALC)
Linda Lydia (representative of Texas NAACP)
Yannis Banks (representative of Texas NAACP)
Juanita Cox (representative of LUPE)
Ruby Barber (Individual voter)
Jim Denton (Individual voter)
Vera Trotter (Individual voter)
Sen. Wendy Davis
Sen. Troy Fraser
Janice McCoy (legislative staff)
Brian Hebert (legislative staff)
Speaker Joe Straus

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.