# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DEPOSITION OF LENARD TAYLOR

Having considered Defendants' motion to compel the deposition of plaintiff Lenard Taylor, the Court finds that the Motion should be, and hereby is, GRANTED. Lenard Taylor is hereby ORDERED to appear at a deposition in Corpus Christi, Texas at a mutually agreeable time and date, to occur before he testifies at trial.

**SO ORDERED.**

Date: _____, 2014.

_____
NELVA GONZALES RAMOS
United States District Judge