UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 2:13-CV-00193 |
| § | |
| RICK PERRY, *et al.*, § | |
| § | |
| Defendants. § | |

**STIPULATION OF FACT REGARDING PLAINTIFF FLOYD CARRIER**

Plaintiff Floyd Carrier ("Plaintiff") and Defendants stipulate to the following:

1. Plaintiff has in his possession, custody, or control, two or more "Supporting Identification" documents listed on the Department of Public Safety's "Election Identification Certificates (EIC) – Documentation Requirements" webpage, http://www.txdps.state.tx.us/DriverLicense/eicDocReqmnts.htm.

Dated: September 1, 2014

                                              Respectfully submitted,

                                              GREG ABBOTT
                                              Attorney General of Texas

                                              DANIEL T. HODGE
                                              First Assistant Attorney General

                                              JONATHAN F. MITCHELL
                                              Solicitor General

                                              J. REED CLAY, JR.
                                              Special Assistant and Senior Counsel
                                              to the Attorney General
                                              Southern District of Texas No. 1160600

                                              */s/ John B. Scott*
                                              JOHN B. SCOTT

Deputy Attorney General for Civil Litigation
Southern District of Texas No. 10418
Texas State Bar No. 17901500
ATTORNEY-IN-CHARGE

G. DAVID WHITLEY
Assistant Deputy Attorney General
Southern District of Texas No. 2080496

STEPHEN RONALD KEISTER
Assistant Attorney General
Southern District of Texas No. 18580

JENNIFER MARIE ROSCETTI
Assistant Attorney General
Southern District of Texas No. 224780

LINDSEY ELIZABETH WOLF
Assistant Attorney General
Southern District of Texas No. 2292940

FRANCES WHITNEY DEASON
Assistant Attorney General
Southern District of Texas No. 2302872

209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 475-0131

BEN A. DONNELL
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853
Southern District of Texas No. 5689

COUNSEL FOR THE STATE OF TEXAS, RICK PERRY, JOHN STEEN, and STEVE MCCRAW

 /s/ Chad W. Dunn
Chad W. Dunn
State Bar No. 24036507
K. Scott Brazil
State Bar No. 02934050

Brazil & Dunn
4201 Cypress Creek Parkway, Suite 530
Houston, Texas  77068
Telephone:  (281) 580-6310
Facsimile:   (281) 580-6362
chad@brazilanddunn.com
scott@brazilanddunn.com

J. Gerald Hebert
D.C. Bar No. 447676
Emma Simson
Maryland Bar
Campaign Legal Center
215 E Street NE
Washington DC 20002
Telephone (202) 736-2200
ghebert@campaignlegalcenter.org
esimson@campaignlegalcenter.org

Neil G. Baron
State Bar No. 01797080
Law Office of Neil G. Baron
914 FM 517 W, Suite 242
Dickinson, Texas 77539
Telephone (281) 534-2748
Facsimile  (281) 534-4309
neil@ngbaronlaw.com

David Richards
State Bar No. 16846000
Richards, Rodriguez & Skeith, LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701
Telephone (512) 476-0005
Facsimile  (512) 476-1513
daverichards4@juno.com

Armand G. Derfner
Derfner, Altman & Wilborn, LLC
P.O. Box 600
Charleston, S.C. 29402
Telephone (843) 723-9804
aderfner@dawlegal.com

*Attorneys for Gordon Benjamin*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 1, 2014, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

      *John B. Scott* _____
      JOHN B. SCOTT