UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 2:13-CV-00193 |
| RICK PERRY, *et al*, | § § | |
| Defendants. | § § | |

### UNOPPOSED MOTION TO WITHDRAW PLAINTIFF BELINDA ORTIZ

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, Plaintiffs Belinda Ortiz, Lenard Taylor, Eulalio Mendez Jr., Lionel Estrada, Estela Garcia Espinoza, Margarito Martinez Lara, Maximina Martinez Lara, and *La Union Del Pueblo Entero* (collectively, the "Ortiz Plaintiffs") move for the withdrawal of Plaintiff Belinda Ortiz as a party in this action. Counsel for Plaintiff Belinda Ortiz indicated that they have been unable to reach Plaintiff Belinda Ortiz for several months. Accordingly, it is hereby stipluated and agreed by and between Defendants and Belinda Ortiz, through their respective attorneys, that Belinda Ortiz may seek to withdraw from this action without prejudice. In the event Plaintiff Belinda Ortiz moves to rejoin or seeks to participate in this litigation, Plaintiff Belinda Ortiz, by and through counsel, further agrees and stipulates to the make herself available for deposition by counsel for the Defendants within two days of the filing of any such motion, or two days prior to any such participation, and Defendants reserve their rights to oppose to any such motion or participation.

The Ortiz Plaintiffs respectfully request that this Court enter an order voluntarily withdrawing Ms. Ortiz from this litigation without prejudice.

Dated: September 1, 2014

                              Respectfully submitted,

                              [Texas Rio Grande Legal Aid Signature Block]

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September ___, 2014, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                                  [Texas Riogrande Legal Aid Signature Block]