UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al*, | § § | |
| Defendants. | § § | |

## STIPULATION REGARDING EULALIO MENDEZ, JR.

Plaintiff Eulalio Mendez, Jr. and Defendants stipulate to the following:

In addition to certain other documents produced in discovery, Plaintiff Eulalio Mendez, Jr. has possession or access to the following documents:

1. An expired Texas driver's license.
2. A Medicare card

Dated: September 3, 2014

                Respectfully submitted,

                GREG ABBOTT
                Attorney General of Texas

                DANIEL T. HODGE
                First Assistant Attorney General

                JONATHAN F. MITCHELL
                Solicitor General

                J. REED CLAY, JR.
                Special Assistant and Senior Counsel
                to the Attorney General
                Southern District of Texas No. 1160600

*/s/ John B. Scott*
JOHN B. SCOTT
Deputy Attorney General for Civil Litigation
Southern District of Texas No. 10418
Texas State Bar No. 17901500
ATTORNEY-IN-CHARGE

G. DAVID WHITLEY
Assistant Deputy Attorney General
Southern District of Texas No. 2080496

STEPHEN RONALD KEISTER
Assistant Attorney General
Southern District of Texas No. 18580

JENNIFER MARIE ROSCETTI
Assistant Attorney General
Southern District of Texas No. 224780

LINDSEY ELIZABETH WOLF
Assistant Attorney General
Southern District of Texas No. 2292940

FRANCES WHITNEY DEASON
Assistant Attorney General
Southern District of Texas No. 2302872

209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 475-0131

BEN A. DONNELL
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853
Southern District of Texas No. 5689

COUNSEL FOR THE STATE OF TEXAS, RICK PERRY, JOHN STEEN, and STEVE MCCRAW

/s/ Marinda van Dalen
Jose Garza
Texas Bar No. 07731950
S. Dist. No. 1959
1111 N. Main Ave.
San Antonio, Texas 78212
Telephone 210-212-3701
Fax 210-212-3772 jgarza@trla.org

Marinda van Dalen
Texas Bar No. 00789698
S. Dist. No. 17577
531 East St. Francis St. Brownsville, Texas 78529
Telephone 956-982-5540
Fax 956-541-1410 mvandalen@trla.org

Robert W. Doggett
Texas Bar No. 05945650
4920 N. IH-35
Austin, Texas 78751
Telephone 512-374-2725 rdoggett@trla.org

Kathryn Newell
Texas Bar No. 24060330
S. Dist. No. 2258609
1111 N. Main Ave.
San Antonio, Texas 78212
Telephone 210-212-3711
Fax 210-212-3772 knewell@trla.org

Priscilla Noriega
Texas Bar No. 24074821
S. Dist. No. 1134642
531 East Saint Francis St. Brownsville, TX 78521
Ph. (956) 982-5545
Fax (956) 541-1410 pnoriega@trla.org
Attorneys for *Eulalio Mendez, Jr.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 3, 2014, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.


*/s/ John B. Scott*
JOHN B. SCOTT