UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al*, | § | |
| | § | |
| Defendants. | § | |

### UNOPPOSED MOTION TO WITHDRAW, WITHOUT PREJUDICE, PLAINTIFF PEGGY DRAPER HERMAN

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, Plaintiffs Marc Veasey, Jane Hamilton, Sergio De Leon, Floyd J. Carrier, Anna Burns, Michael Montez, Penny Pope, Oscar Ortiz, Koby Ozias, John Mellor-Crummey, Peggy Herman, Evelyn Brickner, Gordon Benjamin, Ken Gandy, (collectively, the "Veasey Individual Plaintiffs") and the League of United Latin American Citizens ("LULAC") move for the withdrawal, without prejudice, of Plaintiff Peggy Draper Herman as a party in this action.  Counsel for Defendants have advised that they do not oppose this motion.

The Veasey Individual Plaintiffs, LULAC and Ms. Draper Herman respectfully request that this Court enter an order voluntarily withdrawing Ms. Draper Herman, from this litigation.

Dated: September 4th, 2014

Respectfully Submitted,

/s/ *Neil G. Baron*
Neil G. Baron
State Bar No.: 017970180
Law Office of Neil G. Baron

914 FM 517 W., Ste. 242
Dickinson, Texas  77539
281/534-2748 – Main
281/534-4309 – Fax
neil@ngbaronlaw.com – E-mail

Chad W. Dunn
TBN 24036507; Fed. I.D. No. 33467
K. Scott Brazil
TBN 02934050; Fed. I.D. No. 2585
4201 Cypress Creek Parkway, Suite 530
Houston, Texas 77068
Telephone: (281) 580-6310
Facsimile: (281) 580-6362
E-Mail: chad@brazilanddunn.com
E-Mail: scott@brazilanddunn.com

J. Gerald Hebert
District of Columbia State Bar No. 447676
Emma Simson
Maryland Bar
Campaign Legal Center
215 E. Street, NE
Washington, DC  20002
202/736-2200, ext. 12 – Main
202/736-2222 – Fax
ghebert@campaignlegalcenter.org – E-mail

David Richards
State Bar No.: 16846000
Richards, Rodriguez & Skeith, LLP
816 Congress Avenue, Ste. 1200
Austin, Texas  78701
512/476-0005 – Main
daverichards@june.com – E-mail

Armand G. Derfner
Derfner, Altman & Wilborn, LLC
P.O. Box 600
Charleston, S.C.  29402
843/723-9804 – Main
aderfner@dawlegal.com – E-mail

*ATTORNEYS FOR PLAINTIFFS*

        Craig M. Watkins
Dallas County District Attorney
State Bar No. 00791886
Teresa G. Snelson
Chief, Civil Division
Dallas County District Attorney's Office
State Bar. No. 08577250
411 Elm Street, 5th Floor
Dallas, TX 75202-4606
Telephone (214) 653-7358
Facsimile (214) 653-6134
Teresa.Snelson@dallascounty.org

*ATTORNEYS FOR DALLAS COUNTY, TEXAS*

Luis Roberto Vera, Jr.
LULAC National General Counsel
State Bar No. 20546740
The Law Offices of Luis Vera Jr., and Associates
1325 Riverview Towers, 111 Soledad
San Antonio, Texas 78205-2260
Telephone (210) 225-3300
Facsimile (210) 225-2060
lrvlaw@sbcglobal.net

*ATTORNEY FOR LULAC*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 4th, 2014, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

        /s/  *Neil G. Baron*
        Neil G. Baron