UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW, WITHOUT PREJUDICE, PLAINTIFF PEGGY DRAPER HERMAN

On this date, the Court considered Plaintiffs Marc Veasey, Jane Hamilton, Sergio De Leon, Floyd J. Carrier, Anna Burns, Michael Montez, Penny Pope, Oscar Ortiz, Koby Ozias, John Mellor-Crummey, Peggy Herman, Evelyn Brickner, Gordon Benjamin, Ken Gandy, and the League of United Latin American Citizens' Unopposed Motion to Withdraw Plaintiff Peggy Draper Herman, without prejudice.

Accordingly, it is ORDERED that Plaintiff-Intervenor's Motion is GRANTED.

SIGNED on this 11th day of September, 2014.

NELVA GONZALES RAMOS
United States District Judge