William G Putnicki, Clerk of Court
727 E Cesar E Chavez Blvd, Rm A500
San Antonio TX 78206
210-472-6555, Fax 6587
www.txwd.uscourts.gov/

Sep 5 14

Clerk, U.S. District Court
Southern District of Texas
FILED

SEP 0 9 2014

David J. Bradley, Clerk of Court

I want to come to San Antonio. I am the interested party pro se with notice (I got orders) in VEASEY v PERRY 2:13cv193 suggesting a limited voting 2nd ballot for the Texas State House with candidates paying a filing deposit to get on the limited voting ballot in their own and 2-4 add'l districts.

Trial was set for Sep 2 in Corpus Christi. I didn't attend.

Voters who like the party primary winners may ignore the limited voting 2nd ballot but voters who don't may ignore the general election. THE TIME IS RIPE.

There is still time for special procedures for a special 2nd ballot. A more robust effort can be made in 2016.

Docs 127 thru 129 in RODRIGUEZ v HARRIS CO TX 4:11 cv 2907-VDG USCA 13-20491 are letters from me.

Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419

I did not lure the then 12-year old neighbor boy who came up to me about 2 blocks from my apartment and asked if I had some money before I gave him 30¢ and about six boys and girls taunted me and threw stones. I did not videotape neighbor boys who felt me up and said the camera didn't work.

Signed before me this 9-4-14

JENNIFER L WILSON
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
October 28, 2016

Kelly Cheesman, Cir Clk                                    Aug 14 14
200 S Cherry
Galesburg IL ~~XXXXXXXXX~~ 61401

                Allensworth   94 CF 264 SDp

I got a San Antonio Airport timetable with out envelope or cover letter.

I suspect the San Antonio US District court is considering asking me to come for a follow up to VEASEY v PERRY 2:13 cv 193 Corpus Christi trial set for Sep 2 2014.

I want a low bond so I can go.

~~I suggest a limited voting 2nd ballot for the Texas (and now~~ Illinois) State House with candidates paying a filing deposit to get on the limited voting ballot in their own and 2-4 add'l districts. If this idea doesn't go in 2014 it may in 2016 or later. 20+ docket entries in 2:13cv193 are letters from me.

I did not lure the then 12-year old neighbor boy who came up to me before I gave him 30¢ and about 6 boys and girls taunted me and threw stones. I did not videotape neighbor boys who felt me up and said on the tape the camera didn't work.

Judge Stewart put a $300,000 bond on me for writing to Anthny not Bradley Terpening.

I got a $2000 Wells Fargo Trust fund check Aug 1 dated Jul 21 Check No 28983281 Account No XX6100 PO Box 95021 Henderson NV 89009-5021 800-352-3705.

                                        *Robert M Allensworth*
                                    Robert M Allensworth B14522
                                      BMRCC 251 N IL 37 S
                                      Ina IL 62846 2419

**FILED**
KNOX CO., IL

AUG 1 8 2014

KELLY CHEESMAN
Clerk of the Circuit Court
_____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
JOHN H. WOOD JR., U.S. COURTHOUSE
655 EAST CESAR E. CHAVEZ BOULEVARD
SAN ANTONIO, TEXAS 78206

**WILLIAM G. PUTNICKI**
Clerk of Court

Michael Oakes, Div Office Mgr, Rm G65
210-472-6550, Ext 222
210-472-6555; Fax 6587
www.txwd.uscourts.gov

June 12, 2014

Robert M. Allensworth
#B14522
BMRCC 251 N IL 37 S
Ina, IL 62846-2419

Marianne Serpa, Dep-in-Charge
1133 N Shoreline Rm 208
Corpus Christi TX 78401
361-888-3142
www.txs.uscourts.gov
Darlene Hansen, Dep-in-Charge
515 Rusk Rm 5401
Houston TX 77002
713-250-5500

Sep 5 14
( Xcx cuner
( opnam in sun
R allensworth
2:13 cv 193/263
4:11 cv 2907-VDG

Dear Mr. Allensworth:

Thank you for your correspondence. Per the Miscellaneous Fee Schedule, this office is required to charge $.50 per page to generate court documents. Please remit $208.50 (417 pages @ $.50 per page) together with a copy of this correspondence. Once this office receives payment, this office will generate and mail to you a copy of the Docket Sheet, beginning with May 1st, 2014 through June 12th, 2014 (16 pages), document #976 (382 pages), document #978 (21 pages), and document #983 (30 pages) in case number 5:11CV360.

Please know this office is prohibited from providing legal advice.

Michael Oakes &
William Putnicki       Jun 20 14            doc 976 Mtn to Compel Leg
Please generate and mail me copies:        doc 978 Reply         priv
Docket Sheet          $8.00    Sincerely,   doc 983 Response to Reply
doc 978               10.50
doc 983 PEREZ-PERRY   15.00    William G. Putnicki
5:11cv360-acc-Jes-xa           Clerk of Court
Enclosed              $33.50   Western District of Texas

I am the interested party pro se in USA v TEXAS 2:13 cv 193/263 suggesting a limited voting 2nd ballot for the Texas State House & Co Com'ns (See RODRIGUEZ v HARRIS CO 4:11 cv 2907-VDG) with candidates paying a filing deposit to get on the limited voting ballot in their own and 2-4 add'l districts. Trial is set for Sep 2 in Corpus Christi. 20+ docket entries are letters from me. Let the voters endorse & enable a limited voting structure.

Illinois may have seven State ballot questions in Nov 2014.

Robert M Allensworth

William G Putnicki, Clerk of Court         Sep 5 14
727 E Cesar E Chavez Blvd, Rm A500
San Antonio TX 78206
210-472-6555, Fax 6587
www.txwd.uscourts.gov/

I want to come to San Antonio. I am the interested party pro se with notice (I got orders) in VEASEY v PERRY 2:13cv193 suggesting a limited voting 2nd ballot for the Texas State House with candidates paying a filing deposit to get on the limited voting ballot in their own and 2-4 add'l districts.

Trial was set for Sep 2 in Corpus Christi. I didn't attend.

Voters who like the party primary winners may ignore the limited voting 2nd ballot but voters who don't may ignore the general election. THE TIME IS RIPE.

There is still time for special procedures for a special 2nd ballot. A more robust effort can be made in 2016.

Docs 127 thru 129 in RODRIGUEZ v HARRIS CC TX 4:11 cv 2907-VDG USCA 13-20491 are letters from me.

Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419

I did not lure the then 12-year old neighbor boy who came up to me about 2 blocks from my apartment and asked if I had some money before I gave him 30¢ and about six boys and girls taunted me and threw stones. I did not videotape neighbor boys who felt me up and said the camera didn't work.

Signed before me this 9-4-14

JENNIFER L WILSON
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
October 28, 2016

*[Handwritten annotations at top:]*
FOR KELLY SIEGERMAN, CIR CLK
200 S CHERRY
GALESBURG IL 61401

94-CF264 ALLENSWORTH

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, et al, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-193 |
| | § | |
| | § | Doc # 536 *(handwritten)* |
| RICK PERRY, et al, | § | |
| | § | |
| Defendants. | § | |

## ORDER

It is ORDERED that the U.S. Marshals pay for the transportation and lodging expenses associated with all witnesses subpoenaed by the United States.

ORDERED this 29th day of August, 2014.

*[Signature]*
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1/1

R. Allensworth B17-22 4721
BMCC 27 x R 37 S

THIS CORRESPONDENCE IS FROM AN INMATE OF THE ILLINOIS DEPARTMENT OF CORRECTIONS

$01.19
02 1M
0004288887  SEP 05 2014
MAILED FROM ZIP CODE 62846

Clerk, U.S. District Court
Southern District of Texas

SEP 09 2014

David J. Bradley, Clerk of Court

Marianne Serra - Atty in Charge
1137 N Shoreline Dr 208
Corpus Christi TX 78401

LEGAL MAIL