UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et a.l*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 2:13-CV-00193 |
| RICK PERRY, *et al.*, | § § § | |
| Defendants. | § | |

### NOTICE OF SERVICE OF DEFENDANTS' CORRECTED EIGHTH SUPPLEMENTAL EXHIBIT LIST

Please take notice that Defendants' Corrected Eight Supplemental Exhibit List has been served on all counsel of record via electronic mail this date.

Dated: September 10, 2014

          Respectfully submitted,

          GREG ABBOTT
          Attorney General of Texas

          DANIEL T. HODGE
          First Assistant Attorney General

          JONATHAN F. MITCHELL
          Solicitor General

          J. REED CLAY, JR.
          Special Assistant and Senior Counsel
          to the Attorney General
          Southern District of Texas No. 1160600

          */s/ John B. Scott*
          JOHN B. SCOTT
          Deputy Attorney General for Civil Litigation
          Southern District of Texas No. 10418
          Texas State Bar No. 17901500
          ATTORNEY-IN-CHARGE

G. DAVID WHITLEY
Assistant Deputy Attorney General
Southern District of Texas No. 2080496

STEPHEN RONALD KEISTER
Assistant Attorney General
Southern District of Texas No. 18580

JENNIFER MARIE ROSCETTI
Assistant Attorney General
Southern District of Texas No. 224780

LINDSEY ELIZABETH WOLF
Assistant Attorney General
Southern District of Texas No. 2292940

FRANCES WHITNEY DEASON
Assistant Attorney General
Southern District of Texas No. 2302872

STEPHEN LYLE TATUM, JR.
Assistant Attorney General
Southern District of Texas No. 2338090

209 West 14th Street
P.O. Box 12548
Austin, Texas 78711-2548
(512) 475-0131

BEN A. DONNELL
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853
Southern District of Texas No. 5689

COUNSEL FOR THE STATE OF TEXAS,
RICK PERRY, JOHN STEEN, and STEVE
MCCRAW

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 10, 2014, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                            */s/ John B. Scott*
                                            JOHN B. SCOTT