UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 2:13-CV-00193 |
| RICK PERRY, *et al.*, | § § | |
| Defendants. | § § | |

# ADVISORY CONCERNING TEXAS DEPARTMENT OF PUBLIC SAFETY WEB SITE

Defendant Department of Public Safety (DPS) has made the following changes to its web site.  *See* http://www.dps.texas.gov/.

1. An "espanol" link was added to the top of the DPS home page and to every other page on the web site.  The "espanol" link that was previously listed at the bottom of each page remains in that position.

2. In the Driver License service area on home page, when hovering over that link, the list of Driver License Services menu that populates to the right now includes the Election Identification Certificate page.

3. The Election Identification Certificate home page (http://www.txdps.state.tx.us/DriverLicense/electionID.htm), includes a hyperlink to the Spanish-only DL-14CS (Spanish form).  Also in the Election Identification Certificate home page, a sentence was added that reads as follows: "Fingerprints are not taken and warrant checks are not conducted on persons applying for an EIC."

1

Dated: September 11, 2014

        Respectfully submitted,

        GREG ABBOTT
        Attorney General of Texas

        DANIEL T. HODGE
        First Assistant Attorney General

        JONATHAN F. MITCHELL
        Solicitor General

        J. REED CLAY, JR.
        Special Assistant and Senior Counsel
        to the Attorney General
        Southern District of Texas No. 1160600

        */s/ John B. Scott*
        JOHN B. SCOTT
        Deputy Attorney General for Civil Litigation
        Southern District of Texas No. 10418
        Texas State Bar No. 17901500
        ATTORNEY-IN-CHARGE

        G. DAVID WHITLEY
        Assistant Deputy Attorney General
        Southern District of Texas No. 2080496

        STEPHEN RONALD KEISTER
        Assistant Attorney General
        Southern District of Texas No. 18580

        JENNIFER MARIE ROSCETTI
        Assistant Attorney General
        Southern District of Texas No. 224780

        LINDSEY ELIZABETH WOLF
        Assistant Attorney General
        Southern District of Texas No. 2292940

FRANCES WHITNEY DEASON
Assistant Attorney General
Southern District of Texas No. 2302872

STEPHEN LYLE TATUM, JR.
Assistant Attorney General
Southern District of Texas No. 2338090

209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 475-0131

BEN A. DONNELL
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853
Southern District of Texas No. 5689

COUNSEL FOR THE STATE OF TEXAS, RICK PERRY, JOHN STEEN, and STEVE MCCRAW

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 11, 2014, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ John B. Scott*
JOHN B. SCOTT