**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | |
|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DELEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEZ, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMLEY, PEGGY HERMAN, EVELYN BRICKNER, GORDON BENJAMIN, KEN GANDY, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), AND DALLAS COUNTY, TEXAS, *Plaintiffs,* | ) ) ) ) ) ) ) ) ) ) ) ) |
| v. | ) ) CIVIL ACTION NO. 2:13-CV-193 (NGR) |
| RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State, *Defendants.* | ) [Lead case] ) ) ) ) |
| UNITED STATES OF AMERICA, *Plaintiffs,* | ) ) ) ) |
| TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND AND IMANI CLARK, *Plaintiff-Intervenors,* | ) ) ) ) |
| TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, AND HIDALGO COUNTY, *Plaintiff-Intervenors,* | ) ) ) ) ) |
| v. | ) ) CIVIL ACTION NO. 2:13-CV-263 (NGR) |
| STATE OF TEXAS, JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety, *Defendants.* | ) [Consolidated case] ) ) ) ) ) ) |
| TEXAS STATE CONFERENCE OF NAACP | ) |

1

BRANCHES;   and   the   MEXICAN
AMERICAN   LEGISLATIVE   CAUCUS   OF
THE   TEXAS   HOUSE   OF
REPRESENTATIVES,
     *Plaintiffs,*

v.

JOHN STEEN, in his official capacity as
Secretary of State of Texas; and STEVE
McCRAW, in his official capacity as Director
of the Texas Department of Public Safety,
     *Defendants.*

_____

BELINDA ORTIZ, LENARD TAYLOR,
EULALIO MENDEZ JR., LIONEL
ESTRADA;  ESTELA GARCIA ESPINOSA,
LYDIA LARA,  MARGARITO MARTINEZ
LARA, MAXIMINA MARTINEZ LARA, AND
*LA UNION DEL PUEBLO ENTERO, INC.*
     *Plaintiffs,*

v.

STATE OF TEXAS, JOHN STEEN, in his
official capacity as Texas Secretary of State;
and STEVE McCRAW, in his official capacity
as Director of the Texas Department of Public
Safety,
     *Defendants.*

_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO.
2:13-CV-291 (NGR)
[Consolidated case]

CIVIL ACTION NO.
2:13-CV-348 (NGR)
[Consolidated case]

## ADVISORY CONCERNING SUBSEQUENT AUTHORITY

Today, a three-judge panel of the United States Court of Appeals for the

Seventh Circuit heard oral arguments concerning Wisconsin's appeal of the district

court's judgment in *Ruthelle Frank, et al. v. Scott Walker, et al.*, Case No. 11-CV-

01128 (holding that Wisconsin's voter photo identification law, 2011 Wisconsin Act

23, 2011 Wis. Sess. Laws 104 (codified as amended in various sections of Wis. Stat.

2

Ch. 5 and 6), violated the Fourteenth Amendment and Section 2 of the Voting Rights Act, 42 U.S.C. §1973).  Later today, the three-judge panel stayed the district court order enjoining enforcment of Wisconsin Act 23.  A copy of the Court of Appeal's order is attached.

Notably, the order mentions the Supreme Court of Wisconsin's decision making "it easier for persons who have difficulty affording any fees to obtain the birth certificate or other documentation needed under the law, or to have the need for documentation waived."  Order, *Ruthelle Frank, et al. v. Scott Walker, et al.*, Nos. 14-2058, 14-2059 (September 12, 2014).  Prior to these changes, Wisconsin charged a fee of $20 to obtain a birth certificate, *Ruthelle Frank, et al. v. Scott Walker, et al.,* Case No. 11-CV-01128, Dk. No 195, at 27, compared to the fee of $3-12 fee charged by Indiana at the time that *Crawford v. Marion County Election Bd.*, 128 S. Ct. 1610, 1621 (2008), was decided.  As the court is already aware, Texas has already waived all but $2-3 of the fee for obtaining a birth certificate, and eliminated the need for obtaining one for persons who are disabled or over the age of 65.

Dated:  September 12, 2014

                                         Respectfully submitted,

                                         GREG ABBOTT
                                         Attorney General of Texas

                                         DANIEL T. HODGE
                                         First Assistant Attorney General

                                         JONATHAN F. MITCHELL
                                         Solicitor General

J. REED CLAY, JR.
Special Assistant and Senior Counsel
to the Attorney General
Southern District of Texas No. 1160600

*/s/ John B. Scott*
JOHN B. SCOTT
Deputy Attorney General for Civil Litigation
Southern District of Texas No. 10418
Texas State Bar No. 17901500
ATTORNEY-IN-CHARGE

G. DAVID WHITLEY
Assistant Deputy Attorney General
Southern District of Texas No. 2080496

STEPHEN RONALD KEISTER
Assistant Attorney General
Southern District of Texas No. 18580

JENNIFER MARIE ROSCETTI
Assistant Attorney General
Southern District of Texas No. 224780

LINDSEY ELIZABETH WOLF
Assistant Attorney General
Southern District of Texas No. 2292940

FRANCES WHITNEY DEASON
Assistant Attorney General
Southern District of Texas No. 2302872

209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 475-0131

BEN A. DONNELL
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853
Southern District of Texas No. 5689

4

COUNSEL FOR THE STATE OF TEXAS,
RICK PERRY, JOHN STEEN, and STEVE
MCCRAW

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 12, 2014, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

<u>*/s/ John B. Scott*</u>
JOHN B. SCOTT