UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISON

MARC VEASEY, *et al.*,

            Plaintiffs,

        v.

RICK PERRY, *et al.*,

            Defendants.

Civil Action No. 2:13-cv-00193

**MOTION TO WITHDRAW EMMA SIMSON AS COUNSEL**

    The Veasey-LULAC Plaintiffs move to withdraw Emma Simson as an attorney in this matter, and state the following:

    1.    Ms. Simson is leaving the Campaign Legal Center on September 15, 2014 to start a clerkship and she will therefore no longer be able to represent the Plaintiffs.

    2.    Ms. Simson is one of several attorneys for the Veasey-LULAC Plaintiffs and lead attorney Chad Dunn, as well as other attorneys of record for the Veasey-LULAC Plaintiffs, will continue to represent the Plaintiffs in this litigation.

    3.    Ms. Simson's withdrawal from the case will not cause undue delay and will not have a material and adverse effect on the Plaintiffs' interests.

    WHEREFORE, the Veasey-LULAC Plaintiffs respectfully request leave to allow Ms. Simson to withdraw as counsel in this matter.

Date: September 15, 2014

                                      Respectfully submitted,

                                       /s/ *Chad W. Dunn*
Chad W. Dunn
State Bar No. 24036507
K. Scott Brazil
State Bar No. 02934050
Brazil & Dunn
4201 Cypress Creek Parkway, Suite 530
Houston, Texas  77068
Telephone:  (281) 580-6310
Facsimile:   (281) 580-6362
chad@brazilanddunn.com
scott@brazilanddunn.com

J. Gerald Hebert
D.C. Bar No. 447676
Campaign Legal Center
215 E Street NE
Washington DC 20002
Telephone (202) 736-2200
ghebert@campaignlegalcenter.org
esimson@campaignlegalcenter.org

Neil G. Baron
State Bar No. 01797080
Law Office of Neil G. Baron
914 FM 517 W, Suite 242
Dickinson, Texas 77539
Telephone (281) 534-2748
Facsimile  (281) 534-4309
neil@ngbaronlaw.com

David Richards
State Bar No. 16846000
Richards, Rodriguez & Skeith, LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701
Telephone (512) 476-0005
Facsimile  (512) 476-1513
daverichards4@juno.com

Armand G. Derfner
Derfner, Altman & Wilborn, LLC
P.O. Box 600
Charleston, S.C. 29402
Telephone (843) 723-9804
aderfner@dawlegal.com

*Attorneys for All Plaintiffs*

LUIS ROBERTO VERA, JR.
LULAC National General Counsel
State Bar No.  20546740
The Law Offices of Luis Vera Jr., and Associates
1325 Riverview Towers, 111 Soledad
San Antonio, Texas 78205-2260
Telephone (210) 225-3300
Facsimile (210) 225-2060
lrvlaw@sbcglobal.net

*Attorney for LULAC Plaintiffs*

CERTIFICATE OF SERVICE

    I hereby certify that on September 15, 2014, I served a true and correct copy of the foregoing document via the Court's ECF system to all counsel of record.

*/s/ Chad W. Dunn*
Chad W. Dunn
