UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISON

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-00193 |

## ORDER GRANTING LEAVE TO WITHDRAW EMMA SIMSON AS COUNSEL

Having considered the Motion to Withdraw Emma Simson as Counsel filed by the Veasey-LULAC Plaintiffs, the Court hereby GRANTS the motion to withdraw.

SIGNED on this 15th day of September, 2014.

NELVA GONZALES RAMOS
United States District Judge