Marianne Serpa, Dep-in-Charge
US District Clerk's Office
1133 N Shoreline
Corpus Christi TX 78401

Clerk, U.S. District Court
Southern District of Texas
FILED
SEP 15 2014
David J. Bradley, Clerk of Court

Sep 10 14

I want a copy or your price for a copy of the docket sheets in your case VEASEY v PERRY 2:13 cv 193-NGR.

I am the interested party pro se with notice (I got orders) suggesting a limited voting 2nd ballot for the Texas State House with candidates paying a filing deposit to get on the limited voting ballot in their own and 2-4 add'l districts.

Trial started Sep 2 and was expected to last about two weeks with follow up in San Antonio. I want to go to San Antonio but don't know yet. My last docket sheets for 2:13 cv 193 were Feb 11 14.

Voters who like the party primary winners may omit the limited voting ballot but those who don't may omit the genearal election. The time is Ripe Now, but if the Court won't endorse and enable a limited voting ballot for 2014 it may in 2016 or later.

PNRCC still won't sell unstamped envelopes at the commissary.

Robert M Allensworth B14522
PNRCC 251 N IL 37 S
Ina IL 62846 2419

I wrote to about 20 attorney members of the Missouri legislature about limited voting for the Texas State House. I believe limited voting as a 2nd ballot is a usefull idea.

109 pgs

William G Putnicki, Clerk of Court      Sep 5 14
727 E Cesar E Chavez Blvd, Rm A500
San Antonio TX 78206
210-472-6555, Fax 6587
www.txwd.uscourts.gov/

I want to come to San Antonio. I am the interested party pro se with notice (I got orders) in VEASEY v PERRY 2:13cv193 suggesting a limited voting 2nd ballot for the Texas State House with candidates paying a filing deposit to get on the limited voting ballot in their own and 2-4 add'l districts.

Trial was set for Sep 2 in Corpus Christi. I didn't attend.

Voters who like the party primary winners may ignore the limited voting 2nd ballot but voters who don't may ignore the general election. THE TIME IS RIPE.

There is still time for special procedures for a special 2nd ballot. A more robust effort can be made in 2016.

Docs 127 thru 129 in RODRIGUEZ v HARRIS CO TX 4:11 cv 2907-VDG USCA 13-20491 are letters from me.

*Robert M Allensworth*
Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419

I did not lure the then 12-year old neighbor boy who came up to me about 2 blocks from my apartment and asked if I had some money before I gave him 30¢ and about six boys and girls taunted me and threw stones. I did not videotape neighbor boys who felt me up and said the camera didn't work.

*Signed before me this 9-4-14*  [Notary seal: Jennifer L. Wilson, Official Seal, Notary Public - State of Illinois, My Commission Expires October 28, 2016]

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

66

Posting Document # _____  Date **Sep 8 14**

Offender Name **ALLENSWORTH** ID# **B14522** Housing Unit **4B21**

Pay to _____

Address _____

City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of **POSTAGE ONLY** _____

I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic

Offender Signature *Allensworth* ID# **B14522**

Witness Signature _____

☐ Approved ☐ Not Approved Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and 21 cents.

9-9-14

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

*Printed on Recycled Paper*



Robert L Allensworth B14522 4N21
PUBCC 251 N IL 37 C
Ina IL 62846 2419

Clerk, U.S. District Court
Southern District of Texas
FILED
SEP 15 2014
David J. Bradley, Clerk of Court

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS

Serpa, De
1133 N Shoreline
Corpus Christi TX 78401

LEGAL MAIL