IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, *et al.*,

        Plaintiffs,

   v.                            Civil Actions No. 2:13-cv-193 (NGR)

RICK PERRY, *et al.*,

        Defendants.

# UNITED STATES' NOTICE OF FILING OF CORRECTED SUPPLEMENTAL EXPERT REPORT OF DR. STEPHEN ANSOLABEHERE

The United States hereby files the attached Corrected Supplemental and Reply Report of Dr. Stephen Ansolabehere. Consistent with the Court's order on September 10, 2014, this report is being filed for the purpose of updating certain figures following Defendants' September 9, 2014, amendment to the answers to the Deposition on Written Questions to the Texas Department of Public Safety. The substance of Dr. Ansolabehere's attached report remains the same as his report previously filed on August 15, 2014.

Date: September 16, 2014

Respectfully submitted,

KENNETH MAGIDSON  
United States Attorney  
Southern District of Texas

MOLLY J. MORAN  
Acting Assistant Attorney General  
Civil Rights Division

*/s/ Anna M. Baldwin*  
T. CHRISTIAN HERREN, JR.  
RICHARD A. DELLHEIM  
MEREDITH BELL-PLATTS  
ELIZABETH S. WESTFALL  
BRUCE I. GEAR  
JENNIFER L. MARANZANO  
ANNA M. BALDWIN  
DANIEL J. FREEMAN  
Attorneys, Voting Section  
Civil Rights Division, U.S. Department of Justice  
950 Pennsylvania Avenue, N.W.  
Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 16, 2014, I served a true and correct copy of the foregoing via the Court's ECF system on the following counsel of record:

| | |
|---|---|
| John B. Scott | Chad W. Dunn |
| John Reed Clay, Jr. | Kembel Scott Brazil |
| Gregory David Whitley | Brazil & Dunn |
| Jonathan F. Mitchell | chad@bradzilanddunn.com |
| Sean Flammer | scott@bazilanddunn.com |
| Stephen Ronald Keister | |
| Arthur D'Andrea | J. Gerald Hebert |
| Jennifer Marie Roscetii | Campaign Legal Center |
| Lindsey Elizabeth Wolf | ghebert@campaignlegalcenter.org |
| Office of the Texas Attorney General | esimson@campaignlegalcenter.org |
| john.scott@texasattorneygeneral.gov | |
| reed.clay@texasattorneygeneral.gov | Neil G. Baron |
| david.whitley@texasattorneygeneral.gov | Law Offices of Neil G. Baron |
| jonathan.mitchell@texasattorneygeneral.gov | neil@ngbaronlaw.com |
| sean.flammer@texasattorneygeneral.gov | |
| ronny.keister@texasattorneygeneral.gov | Armand Derfner |
| arthur.dandrea@texasattorneygeneral.gov | Derfner, Altman, & Wilborn |
| jennifer.roscetti@texasattorneygeneral.gov | aderfner@dawlaw.com |
| lindsey.wolf@texasattorneygeneral.gov | |
| | Luiz Roberto Vera, Jr. |
| Ben Addison Donnell | lrvlaw@sbcglobal.net |
| Donnell Abernethy & Kieschnick | |
| bdonnell@dakpc.com | *Counsel for Veasey Plaintiffs* |

*Counsel for Defendants*

Christina Swarns
Ryan P. Haygood
Natasha M. Korgaonkar
Leah C. Aden
Deuel Ross
NAACP Legal Defense and Educational
  Fund, Inc.
cswarns@naacpldf.org
rhaygood@naacpldf.org
nkorgaonkar@naacpldf.org
laden@naacpldf.org
dross@naacpldf.org

Danielle Conley
Jonathan Paikin
Kelly P. Dunbar
Sonya L. Lebsack
Gerald J. Sinzdak
Lynn Eisenberg
Richard F. Shordt
WilmerHale LLP
danielle.conley@wilmerhale.com
jonathan.paikin@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com
Gerard.sinzdak@wilmerhale.com
Lynn.eisenberg@wilmerhale.com
richard.shordt@wilmerhale.com

*Counsel for Texas League of Young Voters Plaintiff-Intervenors*

Ezra D. Rosenberg
Amy L. Rudd
Lindsey Cohan
Dechert LLP
ezra.rosenberg@dechert.com
amy.rudd@dechert.com
lindsey.cohan@dechert.com

Wendy Weiser
Jennifer Clark
Myrna Pérez
Vishal Agraharkar
Brennan Center for Justice at NYU School of
  Law
wendy.weiser@nyu.edu
jenniferl.clark@nyu.edu
myrna.perez@nyu.edu
vishal.argraharkar@nyu.edu

Mark A. Posner
Sonia Kaur Gill
Erandi Zamora
Lawyers' Committee for Civil Rights
mposner@lawyerscommittee.org
sgill@lawyerscommittee.org
ezamora@lawyerscommittee.org

*Counsel for Texas State Conference of NAACP Branches Plaintiffs*

Jose Garza
Marinda van Dalen
Robert W. Doggett
Peter McGraw
Kathryn Newell
Priscilla Noriega
Texas Rio Grande Legal Aid, Inc.
jgarza@trla.org
mvandalen@trla.org
rdoggett@trla.org
pmcgraw@trla.org
knewell@trla.org
pnoriega@trla.org

*Counsel for Ortiz Plaintiffs*

Rolando L. Rios
Law Offices of Rolando L. Rios
rrios@rolandorioslaw.com

Preston Edward Henrichson
Law Offices of Preston Henrichson
preston@henrichsonlaw.com

*Counsel for Texas Association of Hispanic
County Judges and County Commissioners
Plaintiff-Intervenors*

*/s/ Anna M. Baldwin*
Anna M. Baldwin
Voting Section
Civil Rights Division
U.S. Department of Justice
Anna.Baldwin@usdoj.gov