**Criteria for Matching Records in the TEAM Database**

| ID Matching | | | |
|---|---|---|---|
| **Database** | **Valid ID** | **Matching Algorithm(s)** | **Additional Parameters** |
| Texas Dept. of Public Safety | Driver's License | 1. SSN (Last Four) + Last Name + DOB<br>2. SSN (Full)<br>3. First Name +Last Name + DOB<br>4. First Name+Middle Initial+Last Name+DOB<br>5. DL Number | ID unexpired or expired within 60 days of date that TEAM database was extracted |
| | Personal Identification Card | 1. SSN (Last Four) + Last Name + DOB<br>2. SSN (Full)<br>3. First Name +Last Name + DOB<br>4. First Name+Middle Initial+Last Name+DOB<br>5. DL Number | ID unexpired or expired within 60 days of date that TEAM database was extracted |
| | Concealed Handgun License | 1. SSN (Last Four) + Last Name + DOB<br>2. SSN (Full)<br>3. First Name +Last Name + DOB<br>4. First Name+Middle Initial+Last Name+DOB<br>5. DL Number | ID unexpired or expired within 60 days of date that TEAM database was extracted |
| | Texas Election Identification Certificate | 1. SSN (Last Four) + Last Name + DOB<br>2. SSN (Full)<br>3. First Name +Last Name + DOB<br>4. First Name+Middle Initial+Last Name+DOB<br>5. DL Number | ID unexpired or expired within 60 days of date that TEAM database was extracted |
| | | | |
| U.S. Department of Defense | Military ID-Common Access Card | 1. SSN (Last Four) + Last Name + DOB<br>2. SSN (Full)<br>3. First Name +Last Name + DOB<br>4. First Name+Middle Initial+Last Name+DOB | ID unexpired or expired within 60 days of date that TEAM database was extracted |
| | Military ID- Uniformed Services ID Cards | 1. SSN (Last Four) + Last Name + DOB<br>2. SSN (Full)<br>3. First Name +Last Name + DOB<br>4. First Name+Middle Initial+Last Name+DOB | ID unexpired or expired within 60 days of date that TEAM database was extracted |
| | Military ID- DOD Civilian Retiree Card | 1. SSN (Last Four) + Last Name + DOB<br>2. SSN (Full)<br>3. First Name +Last Name + DOB<br>4. First Name+Middle Initial+Last Name+DOB | ID unexpired or expired within 60 days of date that TEAM database was extracted |

| | | | |
|---|---|---|---|
| U.S. Dept. of Veterans Affairs | Veterans Affairs ID Card | 1. SSN (Last Four) + Last Name + DOB<br>2. SSN (Full)<br>3. First Name +Last Name + DOB<br>4. First Name+Middle Initial+Last Name+DOB | None. |
| U.S. Dept. of Homeland Security | U.S. Certificate of Citizenship | 1. SSN (Last Four) + Last Name + DOB<br>2. SSN (Full)<br>3. First Name +Last Name + DOB<br>4. First Name+Middle Initial+Last Name+DOB | None |
| | U.S. Certificate of Naturalization | 1. SSN (Last Four) + Last Name + DOB<br>2. SSN (Full)<br>3. First Name +Last Name + DOB<br>4. First Name+Middle Initial+Last Name+DOB | None |
| U.S. State Department | U.S. Passport | 1. SSN (Last Four) + Last Name + DOB<br>2. SSN (Full)<br>3. First Name +Last Name + DOB<br>4. First Name+Middle Initial+Last Name+DOB | ID unexpired or expired within 60 days of date that TEAM database was extracted |
| | U.S. Passport Card | 1. SSN (Last Four) + Last Name + DOB<br>2. SSN (Full)<br>3. First Name +Last Name + DOB<br>4. First Name+Middle Initial+Last Name+DOB | ID unexpired or expired within 60 days of date that TEAM database was extracted |
| **Permanent Exemptions** | | | |
| U.S. Social Security Administration | N/A | 1. SSN (Last Four) + Last Name + DOB<br>2. SSN (Full)<br>3. First Name +Last Name + DOB<br>4. First Name+Middle Initial+Last Name+DOB | Determined to have a disability |
| U.S. Department of Veterans Affairs | N/A | 1. SSN (Last Four) + Last Name + DOB<br>2. SSN (Full)<br>3. First Name +Last Name + DOB<br>4. First Name+Middle Initial+Last Name+DOB | Disability rating of 50% or more |

**Notes:**

For each ID/Database combination outlined above all specified matching queries should be run. Based on the matching algorithms, if a record (registrant) in the TEAM database matches a record in the database being searched, then this will be denoted as a match (For any given type of SB14 ID, a registrant will be determined to have valid ID if matched by any of the matching algorithms outlined). New fields will be added to the TEAM database to denote the presence of a match for each database/ID/query. In addition to searching for ID possession, records in the TEAM database will be flagged to indicate the registrant is exempt due to the presence of a qualified disability. (Disclaimer: The matching algorithms here denoted are based on data fields currently known to populate the listed databases).

Explanation of matching queries to be run (numbers correspond to matching algorithms in table above):
1. Records will be matched using the last four digits of the Social Security Number (where available) along with the last name and date of birth fields.
2. Records will be matched using the full Social Security Number field (where available).
3. Records will be matched using the first name, last name, and date of birth fields.
4. Records will be matched using the first name, middle initial, last name, and date of birth fields.
5. Records will be matched using the Texas Driver's License Number field (where available).