Exhibit J

# STEPHEN DANIEL ANSOLABEHERE

**Department of Government**
**Harvard University**
**1737 Cambridge Street**
**Cambridge, MA 02138**
sda@gov.harvard.edu

## EDUCATION

| | | |
|---|---|---|
| Harvard University | Ph.D., Political Science | 1989 |
| University of Minnesota | B.A., Political Science | 1984 |
| | B.S., Economics | |

## PROFESSIONAL EXPERIENCE

### ACADEMIC POSITIONS

| | |
|---|---|
| 2008-present | Professor, Department of Government, Harvard University |
| 1998-2009 | Elting Morison Professor, Department of Political Science, MIT (Associate Head, 2001-2005) |
| 1995-1998 | Associate Professor, Department of Political Science, MIT |
| 1993-1994 | National Fellow, The Hoover Institution |
| 1989-1993 | Assistant Professor, Department of Political Science, University of California, Los Angeles |

### FELLOWSHIPS AND HONORS

| | |
|---|---|
| American Academy of Arts and Sciences | 2007 |
| Carnegie Scholar | 2000-02 |
| Goldsmith Book Prize for *Going Negative* | 1996 |
| National Fellow, The Hoover Institution | 1993-94 |
| Harry S. Truman Fellowship | 1982-86 |

**PUBLICATIONS**

*Books*

2014            *Cheap and Clean:  How Americans Think About Energy in the Age of Global Warming*.  (with David Konisky).  MIT Press.

2011            *American Government*, 12th edition, W.W. Norton.  With Benjamin Ginsberg and  Kenneth Shepsle

2008            *The End of Inequality:  One Person, One Vote and the Transformation of American Politics*.  W. W. Norton.

1996            *Going Negative:  How Political Advertising Divides and Shrinks the American Electorate* (with Shanto Iyengar).  The Free Press.

1993            *Media Game:  American Politics in the Television Age* (with Roy Behr and Shanto Iyengar).  Macmillan.

*Recent Articles in Refereed Journals*

Forthcoming     "Mecro-economic Voting:  Local Information and Micro-Perceptions of the Macro-Economy" (With Marc Meredith and Erik Snowberg), *Economics and Politics* (accepted)

2013            "Race, Gender, Age, and Voting" *Politics and Governance*, vol. 1, issue 2. (with Eitan Hersh)
                http://www.librelloph.com/politicsandgovernance/article/view/PaG-1.2.132

2013            "Regional Differences in Racially Polarized Voting: Implications for the Constitutionality of Section 5 of the Voting Rights Act" (with Nathaniel Persily and Charles Stewart) 126 *Harvard Law Review* F 205 (2013)
                http://www.harvardlawreview.org/issues/126/april13/forum_1005.php

2013            "Cooperative Survey Research" *Annual Review of Political Science* (with Douglas Rivers)

2013            "Social Sciences and the Alternative Energy Future" *Daedalus* (with Bob Fri)

2013            "The Effects of Redistricting on Incumbents," *Election Law Journal* (with James Snyder)

2013            "Does Survey Mode Still Matter?"  *Political Analysis* (with Brian Schaffner)

2

2012        "Asking About Numbers:  How and Why" *Political Analysis* (with Erik Snowberg and Marc Meredith). doi:10.1093/pan/mps031

2012         "Movers, Stayers, and Registration" *Quarterly Journal of Political Science* (with Eitan Hersh and Ken Shepsle)

2012        "Validation:   What Big Data Reveals About Survey Misreporting and the Real Electorate" *Political Analysis* (with Eitan Hersh)

2012        "Arizona Free Enterprise v. Bennett and the Problem of Campaign Finance" *Supreme Court Review* 2011(1):39-79

2012        "The American Public's Energy Choice" *Daedalus* (with David Konisky)

2012        "Challenges for Technology Change" *Daedalus* (with Robert Fri)

2011        "When Parties Are Not Teams:  Party positions in single-member district and proportional representation systems" *Economic Theory* 49 (March)
DOI: 10.1007/s00199-011-0610-1

2011        "Profiling Originalism" *Columbia Law Review* (with Jamal Greene and Nathaniel Persily).

2010        "Partisanship, Public Opinion, and Redistricting" *Election Law Journal* (with Joshua Fougere and Nathaniel Persily).

2010        "Primary Elections and Party Polarization" *Quarterly Journal of Political Science* (with Shigeo Hirano, James Snyder, and Mark Hansen)

2010         "Constituents' Responses to Congressional Roll Call Voting,"  *American Journal of  Political Science*  (with Phil Jones)

2010        "Race, Region, and Stephen Ansolabehere, Nathaniel Persily, and Charles H. Stewart III, "Race, Region, and Vote Choice in the 2008 Election: Implications

for

the Future of the Voting Rights Act" *Harvard Law Review* April, 2010.

2010        "Residential Mobility and the Cell Only Population," *Public Opinion Quarterly* (with Brian Schaffner)

2009         "Explaining Attitudes Toward Power Plant Location,"  *Public Opinion Quarterly* (with David Konisky)

2009        "Public risk perspectives on the geologic storage of carbon dioxide,"

3

|      |      |
|------|------|
| | *International Journal of Greenhouse Gas Control* (with Gregory Singleton and Howard Herzog) 3(1):  100-107. |
| 2008 | "A Spatial Model of the Relationship Between Seats and Votes" (with William Leblanc) *Mathematical and Computer Modeling* (November). |
| 2008 | "The Strength of Issues: Using Multiple Measures to Gauge Preference Stability, Ideological Constraint, and Issue Voting" (with Jonathan Rodden and James M. Snyder, Jr.) *American Political Science Review* (May). |
| 2008 | "Access versus Integrity in Voter Identification Requirements." *New York University Annual Survey of American Law,* vol 63. |
| 2008 | "Voter Fraud in the Eye of the Beholder" (with Nathaniel Persily) *Harvard Law Review* (May) |
| 2007 | "Incumbency Advantages in U. S. Primary Elections," (with John Mark Hansen, Shigeo Hirano, and James M. Snyder, Jr.) *Electoral Studies* (September) |
| 2007 | "Television and the Incumbency Advantage" (with Erik C. Snowberg and James M. Snyder, Jr). *Legislative Studies Quarterly*. |
| 2006 | "The Political Orientation of Newspaper Endorsements" (with Rebecca Lessem and James M. Snyder, Jr.). *Quarterly Journal of Political Science* vol. 1, issue 3. |
| 2006 | "Voting Cues and the Incumbency Advantage:  A Critical Test" (with Shigeo Hirano, James M. Snyder, Jr., and Michiko Ueda) *Quarterly Journal of Political Science* vol. 1, issue 2. |
| 2006 | "American Exceptionalism?  Similarities and Differences in National Attitudes Toward Energy Policies and Global Warming" (with David Reiner, Howard Herzog, K. Itaoka, M. Odenberger, and Fillip Johanssen) *Environmental Science and Technology* (February 22, 2006), http://pubs3.acs.org/acs/journals/doilookup?in_doi=10.1021/es052010b |
| 2006 | "Purple America" (with Jonathan Rodden and James M. Snyder, Jr.) *Journal of Economic Perspectives* (Winter). |
| 2005 | "Did the Introduction of Voter Registration Decrease Turnout?" (with David Konisky). *Political Analysis*. |
| 2005 | "Statistical Bias in Newspaper Reporting:  The Case of Campaign Finance" *Public Opinion Quarterly* (with James M. Snyder, Jr., and Erik Snowberg). |

4

2005  "Studying Elections"  *Policy Studies Journal* (with Charles H. Stewart III and R. Michael Alvarez).

2005  "Legislative Bargaining under Weighted Voting" *American Economic Review* (with James M. Snyder, Jr., and Michael Ting)

2005  "Voting Weights and Formateur Advantages in Coalition Formation:  Evidence from Parliamentary Coalitions, 1946 to 2002" (with James M. Snyder, Jr., Aaron B. Strauss, and Michael M. Ting) *American Journal of Political Science*.

2005  "Reapportionment and Party Realignment in the American States"   *Pennsylvania Law Review* (with James M. Snyder, Jr.)

2004  "Residual Votes Attributable to Voting Technologies" (with Charles Stewart) *Journal of Politics*

2004  "Using Term Limits to Estimate Incumbency Advantages When Office Holders Retire Strategically" (with James M. Snyder, Jr.).  *Legislative Studies Quarterly* vol. 29, November 2004, pages 487-516.

2004  "Did Firms Profit From Soft Money?" (with James M. Snyder, Jr., and Michiko Ueda)  *Election Law Journal* vol. 3, April 2004.

2003  "Bargaining in Bicameral Legislatures" (with James M. Snyder, Jr. and Mike Ting)  *American Political Science Review,* August, 2003.

2003  "Why Is There So Little Money in U.S. Politics?" (with James M. Snyder, Jr.) *Journal of Economic Perspectives*, Winter, 2003.

2002  "Equal Votes, Equal Money:  Court-Ordered Redistricting and the Public Spending in the American States" (with Alan Gerber and James M. Snyder, Jr.) *American Political Science Review*, December, 2002.
Paper awarded the Heinz Eulau award for the best paper in the American Political Science Review.

2002  "Are PAC Contributions and Lobbying Linked?" (with James M. Snyder, Jr. and Micky Tripathi) *Business and Politics* 4, no. 2.

2002  "The Incumbency Advantage in U.S. Elections:  An Analysis of State and Federal Offices, 1942-2000"  (with James Snyder)  *Election Law Journal,* 1, no. 3.

2001  "Voting Machines, Race, and Equal Protection."  *Election Law Journal*, vol. 1, no. 1

2001  "Models, assumptions, and model checking in ecological regressions" (with

|      |    |
|------|----|
|      | Andrew Gelman, David Park, Phillip Price, and Larraine Minnite) *Journal of the Royal Statistical Society,* series A, 164:  101-118. |
| 2001 | "The Effects of Party and Preferences on Congressional Roll Call Voting." (with James Snyder and Charles Stewart)  *Legislative Studies Quarterly* (forthcoming).<br>Paper awarded the *Jewell-Lowenberg Award* for the best paper published on legislative politics in 2001.  Paper awarded the *Jack Walker Award* for the best paper published on party politics in 2001. |
| 2001 | "Candidate Positions in Congressional Elections," (with James Snyder and Charles Stewart). *American Journal of Political Science* 45 (November). |
| 2000 | "Old Voters, New Voters, and the Personal Vote," (with James Snyder and Charles Stewart) *American Journal of Political Science* 44 (February). |
| 2000 | "Soft Money, Hard Money, Strong Parties," (with James Snyder)  *Columbia Law Review* 100 (April):598 - 619. |
| 2000 | "Campaign War Chests and Congressional Elections," (with James Snyder) *Business and Politics*. 2 (April):  9-34. |
| 1999 | "Replicating Experiments Using Surveys and Aggregate Data:  The Case of Negative Advertising."  (with Shanto Iyengar and Adam Simon)  *American Political Science Review* 93 (December). |
| 1999 | "Valence Politics and Equilibrium in Spatial Models," (with James Snyder), *Public Choice.* |
| 1999 | "Money and Institutional Power," (with James Snyder), *Texas Law Review* 77 (June, 1999):  1673-1704. |
| 1997 | "Incumbency Advantage and the Persistence of Legislative Majorities," (with Alan Gerber), *Legislative Studies Quarterly* 22 (May 1997). |
| 1996 | "The Effects of Ballot Access Rules on U.S. House Elections," (with Alan Gerber), *Legislative Studies Quarterly* 21 (May 1996). |
| 1994 | "Riding the Wave and Issue Ownership: The Importance of Issues in Political Advertising and News," (with Shanto Iyengar) *Public Opinion Quarterly* 58: 335-357. |
| 1994 | "Horseshoes and Horseraces:  Experimental Evidence of the Effects of Polls on Campaigns," (with Shanto Iyengar) *Political Communications* 11/4 (October-December):  413-429. |

1994         "Does Attack Advertising Demobilize the Electorate?" (with Shanto Iyengar), *American Political Science Review* 89 (December).

1994         "The Mismeasure of Campaign Spending:  Evidence from the 1990 U.S. House Elections," (with Alan Gerber) *Journal of Politics* 56 (September).

1993         "Poll Faulting," (with Thomas R. Belin) *Chance* 6 (Winter):  22-28.

1991         "The Vanishing Marginals and Electoral Responsiveness," (with David Brady and Morris Fiorina) *British Journal of Political Science* 22 (November):  21-38.

1991         "Mass Media and Elections:  An Overview," (with Roy Behr and Shanto Iyengar) *American Politics Quarterly* 19/1 (January):  109-139.

1990         "The Limits of Unraveling in Interest Groups," *Rationality and Society* 2: 394-400.

1990         "Measuring the Consequences of Delegate Selection Rules in Presidential Nominations," (with Gary King) *Journal of Politics* 52:  609-621.

1989         "The Nature of Utility Functions in Mass Publics," (with Henry Brady) *American Political Science Review* 83: 143-164.

*Special Reports and Policy Studies*

2010         *The Future of Nuclear Power*, Revised.

2006         *The Future of Coal.* MIT Press.  Continued reliance on coal as a primary power source will lead to very high concentrations of carbon dioxide in the atmosphere, resulting in global warming.  This cross-disciplinary study – drawing on faculty from Physics, Economics, Chemistry, Nuclear Engineering, and Political Science – develop a road map for technology research and development policy in order to address the challenges of carbon emissions from expanding use of coal for electricity and heating throughout the world.

2003         *The Future of Nuclear Power*.  MIT Press.  This cross-disciplinary study – drawing on faculty from Physics, Economics, Chemistry, Nuclear Engineering, and Political Science – examines the what contribution nuclear power can make to meet growing electricity demand, especially in a world with increasing carbon dioxide emissions from fossil fuel power plants.

2002         "Election Day Registration." A report prepared for DEMOS.  This report analyzes the possible effects of Proposition 52 in California based on the experiences of 6

        states with election day registration.

2001    *Voting: What Is, What Could Be.* A report of the Caltech/MIT Voting Technology Project. This report examines the voting system, especially technologies for casting and counting votes, registration systems, and polling place operations, in the United States. It was widely used by state and national governments in formulating election reforms following the 2000 election.

2001    "An Assessment of the Reliability of Voting Technologies." A report of the Caltech/MIT Voting Technology Project. This report provided the first nationwide assessment of voting equipment performance in the United States. It was prepared for the Governor's Select Task Force on Election Reform in Florida.

### *Chapters in Edited Volumes*

2012    "Using Recounts to Measure the Accuracy of Vote Tabulations: Evidence from New Hampshire Elections, 1946-2002" in Confirming Elections, R. Michael Alvarez, Lonna Atkeson, and Thad Hall, eds. New York: Palgrave, Macmillan.

2010    "Dyadic Representation" in Oxford Handbook on Congress, Eric Schickler, ed., Oxford University Press.

2008    "Voting Technology and Election Law" in *America Votes!,* Benjamin Griffith, editor, Washington, DC: American Bar Association.

2007    "What Did the Direct Primary Do to Party Loyalty in Congress" (with Shigeo Hirano and James M. Snyder Jr.) in *Process, Party and Policy Making: Further New Perspectives on the History of Congress*, David Brady and Matthew D. McCubbins (eds.), Stanford University Press, 2007.

2007    "Election Administration and Voting Rights" in *Renewal of the Voting Rights Act*, David Epstein and Sharyn O'Hallaran, eds. Russell Sage Foundation.

2006    "The Decline of Competition in Primary Elections," (with John Mark Hansen, Shigeo Hirano, and James M. Snyder, Jr.) *The Marketplace of Democracy*, Michael P. McDonald and John Samples, eds. Washington, DC: Brookings.

2005    "Voters, Candidates and Parties" in *Handbook of Political Economy*, Barry Weingast and Donald Wittman, eds. New York: Oxford University Press.

2003    "Baker v. Carr in Context, 1946 – 1964" (with Samuel Isaacharoff) in *Constitutional Cases in Contex*t, Michael Dorf, editor. New York: Foundation Press.

2002    "Corruption and the Growth of Campaign Spending"(with Alan Gerber and James

8

Snyder).  *A User's Guide to Campaign Finance*, Jerry Lubenow, editor.  Rowman and Littlefield.

2001 "The Paradox of Minimal Effects," in Henry Brady and Richard Johnston, eds., *Do Campaigns Matter*?  University of Michigan Press.

2001 "Campaigns as Experiments," in Henry Brady and Richard Johnson, eds., Do *Campaigns Matter*?  University of Michigan Press.

2000 "Money and Office," (with James Snyder) in David Brady and John Cogan, eds., *Congressional Elections:  Continuity and Change*.  Stanford University Press.

1996 "The Science of Political Advertising," (with Shanto Iyengar) in *Political Persuasion and Attitude Change*, Richard Brody, Diana Mutz, and Paul Sniderman, eds.  Ann Arbor, MI:  University of Michigan Press.

1995 "Evolving Perspectives on the Effects of Campaign Communication," in Philo Warburn, ed., *Research in Political Sociology*, vol. 7, JAI.

1995 "The Effectiveness of Campaign Advertising: It's All in the Context," (with Shanto Iyengar) in *Campaigns and Elections American Style*, Candice Nelson and James A. Thurber, eds.  Westview Press.

1993 "Information and Electoral Attitudes:  A Case of Judgment Under Uncertainty," (with Shanto Iyengar), in *Explorations in Political Psychology*, Shanto Iyengar and William McGuire, eds.  Durham:  Duke University Press.

## *Working Papers*

2009 "Sociotropic Voting and the Media" (with Marc Meredith and Erik Snowberg), American National Election Study Pilot Study Reports, John Aldrich editor.

2007 "Public Attitudes Toward America's Energy Options:  Report of the 2007 MIT Energy Survey" CEEPR Working Paper 07-002 and CANES working paper.

2006 "Constituents' Policy Perceptions and Approval of Members' of Congress"  CCES Working Paper 06-01 (with Phil Jones).

2004 "Using Recounts to Measure the Accuracy of Vote Tabulations:  Evidence from New Hampshire Elections, 1946 to 2002"  (with Andrew Reeves).

2002 "Evidence of Virtual Representation:  Reapportionment in California,"  (with Ruimin He and James M. Snyder).

1999 "Why did a majority of Californians vote to lower their own power?" (with James

|      |      |
|------|------|
|      | Snyder and Jonathan Woon).  Paper presented at the annual meeting of the American Political Science Association, Atlanta, GA, September, 1999.  Paper received the award for the best paper on Representation at the 1999 Annual Meeting of the APSA. |
| 1999 | "Has Television Increased the Cost of Campaigns?" (with Alan Gerber and James Snyder). |
| 1996 | "Money, Elections, and Candidate Quality,"  (with James Snyder). |
| 1996 | "Party Platform Choice - Single- Member District and Party-List Systems,"(with James Snyder). |
| 1995 | "Messages Forgotten"  (with Shanto Iyengar). |
| 1994 | "Consumer Contributors and the Returns to Fundraising:  A Microeconomic Analysis," (with Alan Gerber), presented at the Annual Meeting of the American Political Science Association, September. |
| 1992 | "Biases in Ecological Regression," (with R. Douglas Rivers) August, (revised February 1994).  Presented at the Midwest Political Science Association Meetings, April 1994, Chicago, IL. |
| 1992 | "Using Aggregate Data to Correct Nonresponse and Misreporting in Surveys" (with R. Douglas Rivers).  Presented at the annual meeting of the Political Methodology Group, Cambridge, Massachusetts, July. |
| 1991 | "The Electoral Effects of Issues and Attacks in Campaign Advertising" (with Shanto Iyengar).  Presented at the Annual Meeting of the American Political Science Association, Washington, DC. |
| 1991 | "Television Advertising as Campaign Strategy:  Some Experimental Evidence" (with Shanto Iyengar).  Presented at the Annual Meeting of the American Association for Public Opinion Research, Phoenix. |
| 1991 | "Why Candidates Attack:  Effects of Televised Advertising in the 1990 California Gubernatorial Campaign," (with Shanto Iyengar).  Presented at the Annual Meeting of the Western Political Science Association, Seattle, March. |
| 1990 | "Winning is Easy, But It Sure Ain't Cheap."  Working Paper #90-4, Center for the American Politics and Public Policy, UCLA.  Presented at the Political Science Departments at Rochester University and the University of Chicago. |

***Research Grants***

| | |
|---|---|
| 1989-1990 | Markle Foundation. "A Study of the Effects of Advertising in the 1990 California Gubernatorial Campaign." Amount: $50,000 |
| 1991-1993 | Markle Foundation. "An Experimental Study of the Effects of Campaign Advertising." Amount: $150,000 |
| 1991-1993 | NSF. "An Experimental Study of the Effects of Advertising in the 1992 California Senate Electoral." Amount: $100,000 |
| 1994-1995 | MIT Provost Fund. "Money in Elections: A Study of the Effects of Money on Electoral Competition." Amount: $40,000 |
| 1996-1997 | National Science Foundation. "Campaign Finance and Political Representation." Amount: $50,000 |
| 1997 | National Science Foundation. "Party Platforms: A Theoretical Investigation of Party Competition Through Platform Choice." Amount: $40,000 |
| 1997-1998 | National Science Foundation. "The Legislative Connection in Congressional Campaign Finance. Amount: $150,000 |
| 1999-2000 | MIT Provost Fund. "Districting and Representation." Amount: $20,000. |
| 1999-2002 | Sloan Foundation. "Congressional Staff Seminar." Amount: $156,000. |
| 2000-2001 | Carnegie Corporation. "The Caltech/MIT Voting Technology Project." Amount: $253,000. |
| 2001-2002 | Carnegie Corporation. "Dissemination of Voting Technology Information." Amount: $200,000. |
| 2003-2005 | National Science Foundation. "State Elections Data Project." Amount: $256,000. |
| 2003-2004 | Carnegie Corporation. "Internet Voting." Amount: $279,000. |
| 2003-2005 | Knight Foundation. "Accessibility and Security of Voting Systems." Amount: $450,000. |
| 2006-2008 | National Science Foundation, "Primary Election Data Project" |
| 2008-2009 | Pew/JEHT. "Measuring Voting Problems in Primary Elections, A National Survey." Amount: $300,000 |
| 2008-2009 | Pew/JEHT. "Comprehensive Assessment of the Quality of Voter Registration |

                Lists in the United States:   A pilot study proposal" (with Alan Gerber).
                Amount:  $100,000.

2010-2011       National Science Foundation, "Cooperative Congressional Election Study," $360,000

2010-2012       Sloan Foundation, "Precinct-Level U. S. Election Data," $240,000.

2012-2014       National Science Foundation, "Cooperative Congressional Election Study, 2010-2012 Panel Study" $425,000

2012-2014       National Science Foundation, "2012 Cooperative Congressional Election Study," $475,000

*Professional Boards*

Editor, Cambridge University Press Book Series, Political Economy of Institutions and Decisions, 2006-present

Member, Board of the Reuters International School of Journalism, Oxford University, 2007 to present.

Member, Academic Advisory Board, Electoral Integrity Project, 2012 to present.

Contributing Editor, *Boston Review*, The State of the Nation.

Member, Board of Overseers, American National Election Studies, 1999 - 2013.

Associate Editor, Public Opinion Quarterly, 2012 to 2013.

Editorial Board of American Journal of Political Science, 2005 to present.
Editorial Board of Legislative Studies Quarterly, 2005 to present.
Editorial Board of Public Opinion Quarterly, 2006 to present.
Editorial Board of the Election Law Journal, 2002 to present.
Editorial Board of the Harvard International Journal of Press/Politics, 1996 to 2008.
Editorial Board of Business and Politics, 2002 to Present.
Scientific Advisory Board, Polimetrix, 2004 to 2006.

*Special Projects and Task Forces*

Principal Investigator, Cooperative Congressional Election Study, 2005 – present.

CBS News Election Decision Desk, 2006-present

Co-Director, Caltech/MIT Voting Technology Project, 2000-2004.

Co-Organizer, MIT Seminar for Senior Congressional and Executive Staff, 1996-2007.

MIT Energy Innovation Study, 2009-2010.
MIT Energy Initiative, Steering Council, 2007-2008
MIT Coal Study, 2004-2006.
MIT Energy Research Council, 2005-2006.
MIT Nuclear Study, 2002-2004.
Harvard University Center on the Environment, Council, 2009-present