# Appendix 1

Table 4A: Selected Characteristics of Houston Census Tracts Having 25% of More of Household Units Without Access to a Motor Vehicle: Tracts with a Majority of Plurality of African American Citizens of Voting Age

| Tract | Households without Vehicle Access | African American CVAP | African American Citizen Poverty | African American Households without Vehicle Access | One-Way Time to DPS by Car[*] | One-Way Time to DPS by Bus[**] | No-Match Registered Voters | No-Match Rate |
|---|---|---|---|---|---|---|---|---|
| 48201312200 | 56.7% | 92.9% | 68.2% | 56.3% | 12 minutes | 68 minutes | 205 | 17.0% |
| 48201331400 | 54.9% | 97.4% | 53.8% | 56.4% | 15 minutes | 112 minutes | 151 | 12.6% |
| 48201312800 | 51.4% | 94.5% | 69.5% | 48.5% | 13 minutes | 52 minutes | 343 | 20.3% |
| 48201312300 | 44.9% | 86.6% | 31.1% | 48.1% | 13 minutes | 84 minutes | 180 | 15.5% |
| 48201532001 | 41.0% | 73.5% | 65.8% | 49.6% | 9 minutes | 24 minutes | 181 | 9.4% |
| 48201211300 | 35.4% | 89.9% | 60.3% | 38.3% | 9 minutes | 22 minutes | 397 | 14.4% |
| 48201312400 | 34.6% | 90.2% | 42.9% | 43.1% | 12 minutes | 82 minutes | 206 | 16.5% |
| 48201211000 | 34.5% | 88.5% | 42.4% | 38.1% | 12 minutes | 25 minutes | 191 | 16.5% |
| 48201211400 | 33.7% | 70.9% | 39.7% | 46.5% | 9 minutes | 35 minutes | 223 | 10.7% |
| 48201531800 | 31.5% | 90.6% | 26.5% | 32.3% | 9 minutes | 80 minutes | 211 | 12.2% |
| 48201220800 | 31.2% | 73.4% | 52.7% | 43.0% | 12 minutes | 76 minutes | 202 | 16.3% |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 48201550200 | 30.6% | 80.3% | 45.0% | 39.3% | 13 minutes | 54 minutes | 96 | 8.2% |
| 48201422401 | 30.2% | 58.7% | 36.7% | 17.2% | 5 minutes | 79 minutes | 102 | 6.6% |
| 48201313600 | 29.5% | 94.5% | 36.6% | 33.1% | 13 minutes | 116 minutes | 383 | 13.3% |
| 48201222600 | 28.8% | 46.2% | 59.3% | 60.0% | 8 minutes | 51 minutes | 71 | 8.9% |
| 48201433502 | 27.9% | 49.5% | 43.8% | 32.5% | 8 minutes | 42 minutes | 95 | 7.9% |
| 48201313800 | 27.6% | 95.6% | 47.2% | 29.3% | 13 minutes | 106 minutes | 325 | 13.1% |
| 48201222700 | 27.4% | 69.2% | 58.9% | 35.7% | 5 minutes | 4 minutes | 225 | 10.4% |
| 48201331200 | 26.5% | 94.2% | 26.1% | 28.7% | 14 minutes | 117 minutes | 294 | 12.2% |
| 48201211700 | 26.2% | 87.7% | 37.4% | 26.9% | 10 minutes | 50 minutes | 320 | 13.8% |
| 48201240502 | 26.2% | 65.0% | 37.8% | 23.7% | 8 minutes | 8 minutes | 133 | 10.1% |
| 48201233600 | 25.8% | 99.2% | 33.5% | 25.0% | 7 minutes | 56 minutes | 205 | 14.2% |
| 48201211100 | 25.3% | 81.0% | 45.1% | 28.9% | 11 minutes | 55 minutes | 429 | 15.5% |

Table 4B: Selected Characteristics of Houston Census Tracts Having 25% of More of Household Units Without Access to a Motor Vehicle: Tracts with a Majority of Plurality of Hispanic Citizens of Voting Age

| Tract | Households without Vehicle Access | Hispanic CVAP | Hispanic Citizen Poverty | Hispanic Households without Vehicle Access | One-Way Time to DPS by Car* | One-Way Time to DPS by Bus** | No-Match Registered Voters | No-Match Rate |
|---|---|---|---|---|---|---|---|---|
| 48201220500 | 40.8% | 50.7% | 31.4% | 21.8% | 10 minutes | 87 minutes | 150 | 9.1% |
| 48201432701 | 34.8% | 27.7% | 67.9% | 39.3% | 12 minutes | 84 minutes | 85 | 12.1% |
| 48201433003 | 31.6% | 22.7% | 50.1% | 31.3% | 10 minutes | 93 minutes | 62 | 6.2% |
| 48201421202 | 31.4% | 66.3% | 66.9% | 35.1% | 12 minutes | 105 minutes | 31 | 11.9% |
| 48201212300 | 28.2% | 87.4% | 43.8% | 23.7% | 12 minutes | 61 minutes | 278 | 12.6% |
| 48201420500 | 25.4% | 21.4% | 42.7% | 14.6% | 7 minutes | 59 minutes | 71 | 8.0% |

Table 4C: Selected Characteristics of Houston Census Tracts Having 25% of More of Household Units Without Access to a Motor Vehicle: Tracts with a Majority of Plurality of Anglo Citizens of Voting Age

| Tract | Households without Vehicle Access | Anglo CVAP | Anglo Citizen Poverty | Anglo Households without Vehicle Access | One-Way Time to DPS by Car* | One-Way Time to DPS by Bus** | No-Match Registered Voters | No-Match Rate |
|---|---|---|---|---|---|---|---|---|
| 48201432802+ | 32.6% | 37.2% | 13.4% | 45.7% | 11 minutes | 114 minutes | 109 | 9.0% |

*Times for car travel time were calculated with ArcGIS's Network Analysts extension using the census tract's centroid as the starting point.
**Times for bus travel were calculated with RidMetro.org using the census tract's centroid as the starting point. For consistency, all trips were assumed to begin at 8:00am on a weekday. Times for bus travel do not include a calculation for walking to the nearest bus stop to begin the trip, and from the last bus stop to the DPS Office.
+This tract includes Bellerive, a public senior housing facility that includes 200 one bedroom and 10 two bedroom units.

Table 6A[+]: Selected Characteristics of San Antonio Census Tracts Having 25% of More of Household Units Without Access to a Motor Vehicle: Tracts with a Majority of Plurality of African American Citizens of Voting Age

| Tract | Households without Vehicle Access | African American CVAP | African American Citizen Poverty | African American Households without Vehicle Access | One-Way Time to DPS by Car[*] | One-Way Time to DPS by Bus[**] | No-Match Registered Voters | No-Match Rate |
|---|---|---|---|---|---|---|---|---|
| 48029130600 | 32.0% | 54.6% | 48.1% | 35.5% | 10 minutes | 34 minutes | 241 | 15.3% |
| 48029130500 | 31.4% | 52.0% | 36.9% | 42.0% | 9 minutes | 39 minutes | 243 | 13.8% |

Table 6B[+]: Selected Characteristics of San Antonio Census Tracts Having 25% of More of Household Units Without Access to a Motor Vehicle: Tracts with a Majority of Plurality of Hispanic Citizens of Voting Age

| Tract | Households without Vehicle Access | Hispanic CVAP | Hispanic Citizen Poverty | Hispanic Households without Vehicle Access | One-Way Time to DPS by Car[*] | One-Way Time to DPS by Bus[**] | No-Match Registered Voters | No-Match Rate |
|---|---|---|---|---|---|---|---|---|
| 48029110500 | 46.9% | 92.9% | 55.8% | 45.3% | 9 minutes | 26 minutes | 82 | 13.1% |
| 48029110100 | 42.4% | 55.5% | 29.1% | 43.7% | 9 minutes | 29 minutes | 161 | 10.2% |
| 48029181005 | 40.9% | 55.3% | 43.8% | 33.2% | 3 minutes | 19 minutes | 63 | 5.7% |
| 48029170401 | 36.7% | 91.0% | 52.4% | 37.2% | 8 minutes | 29 minutes | 199 | 12.3% |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 48029110800 | 36.3% | 66.5% | 37.9% | 33.6% | 10 minutes | 46 minutes | 74 | 8.8% |
| 48029110700 | 35.0% | 84.2% | 42.0% | 30.0% | 9 minutes | 36 minutes | 71 | 11.7% |
| 48029170800 | 32.3% | 96.8% | 33.4% | 32.9% | 5 minutes | 10 minutes | 98 | 14.1% |
| 48029111000 | 31.6% | 77.3% | 39.0% | 33.2% | 11 minutes | 29 minutes | 99 | 8.7% |
| 48029192200 | 30.2% | 79.3% | 14.3% | 40.0% | 6 minutes | 86 minutes | 92 | 6.8% |
| 48029150800 | 30.0% | 85.2% | 71.9% | 31.7% | 5 minutes | 68 minutes | 92 | 10.7% |
| 48029190100 | 28.8% | 78.8% | 22.8% | 28.4% | 8 minutes | 38 minutes | 220 | 12.2% |
| 48029170300 | 28.5% | 93.5% | 45.4% | 28.7% | 5 minutes | 26 minutes | 403 | 15.9% |
| 48029130402 | 28.4% | 51.8% | 60.3% | 20.8% | 9 minutes | 37 minutes | 192 | 12.2% |
| 48029130700 | 27.6% | 77.8% | 37.8% | 18.3% | 11 minutes | 38 minutes | 88 | 13.4% |
| 48029170200 | 27.4% | 95.9% | 54.8% | 27.9% | 8 minutes | 29 minutes | 424 | 14.6% |
| 48029180501 | 27.3% | 72.8% | 43.4% | 28.0% | 5 minutes | 40 minutes | 168 | 7.6% |
| 48029190504 | 27.1% | 80.0% | 22.8% | 28.1% | 7 minutes | 38 minutes | 138 | 9.8% |
| 48029110300 | 27.0% | 69.3% | 33.8% | 24.7% | 7 minutes | 35 minutes | 111 | 9.3% |
| 48029180400 | 25.6% | 81.8% | 33.5% | 23.2% | 3 minutes | 28 minutes | 117 | 6.5% |

[+]More than 25% of all household units in tract 48029110600 had no access to a motor vehicle, but the proportion was inflated due to the presence of the Bexar County Adult Detention Facility.  As a result, the tract was deleted from the analysis.
[*]Times for car travel time were calculated with ArcGIS's Network Analysts extension using the census tract's centroid as the starting point.
[**]Times for bus travel were calculated with VIA Metropolitan Transit using the census tract's centroid as the starting point.  For consistency, all trips were assumed to begin at 8:00am on a weekday.  Times for bus travel do not include a calculation for walking to the nearest bus stop to begin the trip, and from the last bus stop to the DPS Office.

Table 8A: Selected Characteristics of Dallas Census Tracts Having 25% of More of Household Units Without Access to a Motor Vehicle: Tracts with a Majority of Plurality of African American Citizens of Voting Age

| Tract | Households without Vehicle Access | African American CVAP | African American Citizen Poverty | African American Households without Vehicle Access | One-Way Time to DPS by Car[*] | One-Way Time to DPS by Bus[**] | No-Match Registered Voters | No-Match Rate |
|---|---|---|---|---|---|---|---|---|
| 48113003901 | 55.3% | 100.0% | 47.2% | 55.3% | 15 minutes | 79 minutes | 216 | 18.3% |
| 48113003400 | 49.9% | 73.7% | 52.9% | 65.5% | 15 minutes | 72 minutes | 154 | 17.9% |
| 48113020300 | 43.2% | 89.0% | 54.2% | 44.3% | 13 minutes | 62 minutes | 338 | 19.9% |
| 48113002701 | 42.2% | 92.9% | 70.3% | 47.2% | 13 minutes | 84 minutes | 381 | 20.7% |
| 48113008604 | 41.8% | 88.4% | 51.8% | 47.0% | 13 minutes | 71 minutes | 167 | 15.2% |
| 48113003800 | 40.5% | 96.8% | 34.0% | 40.2% | 15 minutes | 73 minutes | 328 | 19.7% |
| 48113011500 | 34.1% | 93.4% | 57.8% | 51.5% | 18 minutes | 80 minutes | 146 | 15.6% |
| 48113008704 | 33.6% | 90.8% | 40.9% | 34.8% | 13 minutes | 75 minutes | 341 | 15.4% |
| 48113009304 | 33.6% | 83.0% | 59.4% | 44.3% | 19 minutes | 111 minutes | 301 | 13.0% |
| 48113011105 | 33.4% | 91.0% | 33.1% | 36.4% | 9 minutes | 48 minutes | 243 | 12.1% |
| 48113020500 | 33.3% | 61.9% | 66.0% | 44.7% | 14 minutes | 51 minutes | 303 | 13.9% |
| 48113002702 | 31.3% | 97.1% | 34.2% | 31.8% | 13 minutes | 75 minutes | 252 | 21.5% |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 481130012210 | 29.4% | 57.3% | 47.3% | 38.6% | 9 minutes | 30 minutes | 148 | 9.5% |
| 481130008701 | 28.6% | 95.2% | 51.3% | 31.0% | 14 minutes | 43 minutes | 409 | 16.1% |
| 481130011401 | 28.5% | 96.3% | 58.4% | 29.0% | 15 minutes | 62 minutes | 434 | 14.4% |
| 481130004100 | 28.4% | 91.0% | 78.0% | 35.5% | 12 minutes | 57 minutes | 119 | 18.5% |
| 481130016607 | 28.1% | 87.9% | 26.7% | 28.7% | 3 minutes | 7 minutes | 180 | 12.5% |
| 481130001600 | 27.5% | 41.3% | 55.9% | 61.2% | 14 minutes | 53 minutes | 201 | 6.9% |
| 481130012302 | 26.9% | 46.3% | 54.6% | 38.5% | 9 minutes | 50 minutes | 235 | 9.3% |
| 481130004000 | 26.8% | 90.8% | 15.3% | 27.0% | 16 minutes | 70 minutes | 130 | 16.7% |
| 481130007815 | 26.0% | 28.0% | 38.2% | 32.5% | 11 minutes | 41 minutes | 56 | 6.4% |

Table 8B: Selected Characteristics of Dallas Census Tracts Having 25% of More of Household Units Without Access to a Motor Vehicle: Tracts with a Majority of Plurality of Hispanic Citizens of Voting Age

| Tract | Households without Vehicle Access | Hispanic CVAP | Hispanic Citizen Poverty | Hispanic Households without Vehicle Access | One-Way Time to DPS by Car[*] | One-Way Time to DPS by Bus[**] | No-Match Registered Voters | No-Match Rate |
|---|---|---|---|---|---|---|---|---|
| 48113012208 | 42.3% | 24.3% | 56.9% | 26.5% | 10 minutes | 36 minutes | 55 | 9.7% |
| 48113001503 | 30.1% | 32.3% | 48.2% | 23.9% | 13 minutes | 50 minutes | 111 | 12.4% |
| 48113000405 | 28.3% | 20.7% | 67.3% | 9.3% | 16 minutes | 92 minutes | 111 | 13.1% |
| 48113004700 | 25.0% | 63.7% | 41.6% | 21.2% | 11 minutes | 52 minutes | 118 | 12.7% |

Table 8C: Selected Characteristics of Dallas Census Tracts Having 25% of More of Household Units Without Access to a Motor Vehicle: Tracts with a Majority of Plurality of Anglo Citizens of Voting Age

| Tract | Households without Vehicle Access | Anglo CVAP | Anglo Citizen Poverty | Anglo Households without Vehicle Access | One-Way Time to DPS by Car[*] | One-Way Time to DPS by Bus[**] | No-Match Registered Voters | No-Match Rate |
|---|---|---|---|---|---|---|---|---|
| 48113019213 | 27.2% | 58.6% | 32.8% | 34.7% | 13 minutes | 60 minutes | 129 | 14.4% |

[*]Times for car travel time were calculated with ArcGIS's Network Analysts extension using the census tract's centroid as the starting point.
[**]Times for bus travel were calculated with the DART website using the census tract's centroid as the starting point. For consistency, all trips were assumed to begin at 8:00am on a weekday. Times for bus travel do not include a calculation for walking to the nearest bus stop to begin the trip, and from the last bus stop to the DPS Office.