# Appendix 2

Figure 30: State of Texas, Population per Square Mile

Figure 31: State of Texas, Major Cities

Figure 32: City of Houston, Anglo Citizen Voting-Age Population (CVAP)



Figure 33: City of Houston, Black Non-Hispanic CVAP



Figure 34: City of Houston, Hispanic CVAP



Figure 35: City of Houston, Citizen Poverty



Figure 32: City of San Antonio, Anglo CVAP



Figure 33: City of San Antonio, Black Non-Hispanic CVAP



Figure 34: City of San Antonio, Hispanic CVAP



Figure 35: City of San Antonio, Citizen Poverty



Figure 32: City of Dallas, Anglo CVAP



Figure 33: City of Dallas, Black Non-Hispanic CVAP



Figure 34: City of Dallas, Hispanic CVAP



Figure 35: City of Dallas, Citizen Poverty

