IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>RICK PERRY, *et al.*,<br><br>                    Defendants. | Civil Action No. 2:13-cv-193 (NGR)<br>(Consolidated Action) |

**PLAINTIFFS AND PLAINTIFF-INTERVENORS'
OBJECTIONS TO DEFENDANTS' EXHIBITS**

Plaintiffs and Plaintiff-Intervenors ("Plaintiffs") hereby submit the attached objections to

Defendants' exhibits (including all supplemental exhibits).  Plaintiffs utilized the following code

in designating their objections.

| Code | Objection |
|---|---|
| A | Authenticity:  The document is unsigned, undated, and/or has unidentified handwriting, and/or there is insufficient evidence to support a finding that the item is what the proponent claims it is (Fed. R. Evid. 901 & 902) |
| H | Hearsay:  Constitutes or contains hearsay and no exception applies (Fed. R. Evid. 801 & 802) |
| L | Conclusion of Law:  Contains conclusions of law |
| P | Unduly Prejudicial (Fed. R. Evid. 403) |
| R | Relevance:  Not relevant to any issue to be decided in this hearing (Fed. R. Evid. 401 & 402) |

Date: September 18, 2014

Respectfully submitted,


s/ Ezra Rosenberg
Ezra D. Rosenberg
Michelle H. Yeary
Dechert LLP
902 Carnegie Center, Suite 500
Princeton, New Jersey 08540-6531
ezra.rosenberg@dechert.com

Steven B. Weisburd
Amy L. Rudd
Lindsey Cohan
Dechert LLP
500 W. 6th Street, Suite 2010
Austin, Texas 78701
lindsey.cohan@dechert.com

Wendy Weiser
Myrna Pérez
Vishal Agraharkar
Jennifer Clark
The Brennan Center for Justice at NYU Law School
161 Avenue of the Americas, Floor 12
New York, New York 10013-1205
wendy.weiser@nyu.edu
myrna.perez@nyu.edu
vishal.agraharkar@nyu.edu
jenniferl.clark@nyu.edu

Robert A. Kengle
Mark A. Posner
Erandi Zamora
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue, N.W., Suite 400
Washington, D.C. 20005
mposner@lawyerscommittee.org

Clay Bonilla
The Law Offices of William Bonilla, P.C.
2727 Morgan Ave.

Corpus Christi, Texas 78405
claybonilla@hotmail.com

Daniel G. Covich
The Covich Law Firm LLC
Frost Bank Plaza, Suite 2100
Corpus Christi, TX 78405
Daniel@covichlawfirm.com

Gary Bledsoe
PotterBledsoe, L.L.P.
316 West 12th Street, Suite 307
Austin, Texas 78701
garybledsoe@sbcglobal.net

Robert Notzon
The Law Office of Robert Notzon
1502 West Avenue
Austin, Texas 78701
Robert@NotzonLaw.com

Jose Garza
Law Office of Jose Garza
7414 Robin Rest Drive
San Antonio, Texas 98209
garzapalm@aol.com

Kim Keenan
Marshall Taylor
Victor Goode
NAACP
4805 Mt. Hope Drive
Baltimore, Maryland 21215
(410) 580-5120
kkeenan@naacpnet.org
mtaylor@naaacpnet.org
vgoode@naacpnet.org

*Counsel for Plaintiffs Texas State Conference of
NAACP Branches, Mexican American Legislative
Caucus of the Texas House of Representatives*

Christina A. Swarn
Ryan P. Haygood
Natasha M. Korgaonkar
Leah C. Aden

Deuel Ross
NAACP Legal Defense and Educational Fund, Inc.
40 Rector St, 5th Floor
New York, NY 10006
(212) 965-2200
cswarns@naacpldf.org
rhaygood@naacpldf.org
nkorgaonkar@naacpldf.org
laden@naacpldf.org
dross@naacpldf.org

Danielle Conley
Jonathan Paikin
Kelly P. Dunbar
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6006
danielle.conley@wilmerhale.com
jonathan.paikin@wilmerhale.com
kelly.dunbar@wilmerhale.com

*Counsel for Plaintiff-Intervenors Texas League of Young Voters Education Fund et al.*

Marinda van Dalen
Texas Bar No. 00789698
S. Dist. No. 17577
Priscilla Noriega
Texas Bar No. 24074821
S. Dist. No. 1134642
531 East St. Francis St.
Brownsville, Texas 78529-5340
(956) 982-5540
(956) 541-1410 (fax)
mvandalen@trla.org
pnoriega@trla.org

Robert W. Doggett
Texas Bar No. 05945650
4920 North IH 35
Austin, TX 78751
512-374-2725
512-447-3940 (fax)

rdoggett@trla.org

Jose Garza
Texas Bar No. 07731950
S. Dist. No. 1959
Kathryn Newell
Texas Bar No. 24060330
S. Dist. No. 2258609
1111 N. Main Avenue
San Antonio, Texas 98209
(210) 212-3701
(210) 212-3772
garza@trla.org
knewell@trla.org

*Counsel for Plaintiff Belinda Ortiz, Lenard Taylor, Eulalio Mendez Jr., Lionel Estrada, Estela Garcia Espinosa, Margarito Martinez Lara, Maximina Martinez Lara and La Union Del Pueblo Entero, Inc.*

Rolando L Rios
Attorney at Law
115 E Travis, Ste 1645
San Antonio, TX 78205
210-222-2102
rrios@rolandorioslaw.com

*Counsel for Plaintiff-Intervenor Texas Association of Hispanic County Judges and County Commissioners*

Chad W. Dunn
Attorney-in-charge
K. Scott Brazil
Brazil & Dunn
4201 Cypress Creek Parkway, Suite 530
Houston, Texas  77068
(281) 580-6310
 (281) 580-6362 (fax)
chad@brazilanddunn.com
scott@brazilanddunn.com

J. Gerald Hebert

Campaign Legal Center
215 E Street, NE
Washington, DC 20002
(202) 736-2200 ext. 12
(202) 736-2222 (fax)
GHebert@campaignlegalcenter.org
(Pro Hac Vice Motion Granted Dkt. #13)

Neil G. Baron
Law Office of Neil G. Baron
914 FM 517 W, Suite 242
Dickinson, Texas 77539
(281) 534-2748
(281) 534-4309 (fax)
neil@ngbaronlaw.com

David Richards
Richards, Rodriguez & Skeith, LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701
(512) 476-0005
(512) 476-1513 (fax)
daverichards4@juno.com

Armand G. Derfner
Derfner, Altman & Wilborn, LLC
575 King Street
Suite B
Charleston, S.C. 29403
 (843) 723-9804
aderfner@dawlegal.com
(Pro Hac Vice Motion Granted Dkt. # 6)

*Attorneys for Plaintiffs Marc Veasey, Jane
Hamilton, Sergio DeLeon, Floyd James Carrier,
Anna Burns, Michael Montez, Penny Pope, Oscar
Ortiz, Koby Ozias, John Mellor-Crummey, Peggy
Herman, Evelyn Brickner, Gordon Benjamin, Ken
Gandy, and League of United Latin American
Citizens ("LULAC")*

Luis Roberto Vera, Jr.
LULAC National General Counsel
The Law Offices of Luis Vera Jr., and Associates
1325 Riverview Towers, 111 Soledad
San Antonio, Texas 78205-2260

(210) 225-3300
(210) 225-2060 (fax)
lrvlaw@sbcglobal.net

*Attorney for LULAC*


T. Christian Herren, Jr.
Richard Dellheim
Meredith Bell-Platts
Elizabeth S. Westfall
Bruce I. Gear
Avner Shapiro
Jennifer L. Maranzano
Anna Baldwin
Daniel J. Freeman
U.S. Department of Justice
950 Pennsylvania Ave NW
NWB 7273
Washington, DC 20009

*Attorneys for Plaintiff the United States of America*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 18, 2014, I served a true and correct copy of the foregoing via electronic mail on all counsel of record.

_/s/ Michelle H. Yeary_
Michelle Hart Yeary