**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | |
|---|---|
| MARC VEASEY, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 2:13-CV-00193 |
| § | |
| RICK PERRY, *et al.*, § | |
| § | |
| Defendants. § | |

**NOTICE OF (1) SERVICE OF DEFENDANTS' ELEVENTH
SUPPLEMENTAL EXHIBIT LIST AND
(2) THE SUBMISSION OF DEFENDANTS'
EXHIBIT LISTS TO THE COURT**

(1) Please take notice that Defendants' Eleventh Supplemental Exhibit List has been served on all counsel of record via electronic mail this date.

(2) Further, pursuant to an agreement with counsel for Plaintiffs, Defendants have submitted via Federal Express overnight the entirety of Defendant's exhibit lists and corresponding exhibits. Pursuant to the Court's wishes, two thumb drives are hereby submitted: one containing those exhibits submitted to the Court (without those submitted under seal) and the other containing those exhibits that are submitted to the Court under seal. Defendants' exhibit lists (Defendants' Exhibit List through Defendants' Eleventh Supplemental Exhibit List) are attached to this notice. Those exhibits that are highlighted on the attached lists indicate the exhibits that are submitted under seal.

Dated: September 18, 2014

1

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JONATHAN F. MITCHELL
Solicitor General

J. REED CLAY, JR.
Special Assistant and Senior Counsel
to the Attorney General
Southern District of Texas No. 1160600

*/s/ John B. Scott*
JOHN B. SCOTT
Deputy Attorney General for Civil Litigation
Southern District of Texas No. 10418
Texas State Bar No. 17901500
ATTORNEY-IN-CHARGE

ADAM W. ASTON
Deputy Solicitor General
Southern District of Texas No. 2157041

G. DAVID WHITLEY
Assistant Deputy Attorney General
Southern District of Texas No. 2080496

STEPHEN RONALD KEISTER
Assistant Attorney General
Southern District of Texas No. 18580

JENNIFER MARIE ROSCETTI
Assistant Attorney General
Southern District of Texas No. 224780

LINDSEY ELIZABETH WOLF
Assistant Attorney General
Southern District of Texas No. 2292940

FRANCES WHITNEY DEASON

Assistant Attorney General
Southern District of Texas No. 2302872

STEPHEN LYLE TATUM, JR.
Assistant Attorney General
Southern District of Texas No. 2338090

209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 475-0131

BEN A. DONNELL
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853
Southern District of Texas No. 5689

COUNSEL FOR THE STATE OF TEXAS, RICK PERRY, JOHN STEEN, and STEVE MCCRAW

## CERTIFICATE OF SERVICE

    I hereby certify that on September 18, 2014, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ John B. Scott*
JOHN B. SCOTT