UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al*, | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF FILING OF PLAINTIFFS' AND DEFENDANTS' ADDITIONAL DEPOSITION DESIGNATIONS**

On August 29, 2014, Plaintiffs and Defendants filed certain page and line deposition designations with the Court. (*See* Plaintiffs' Notice of Deposition Designations (ECF No. 539) and Defendants' Notice of Deposition Designations Designations (ECF No. 541)). Since that time, Plaintiffs and Defendants have completed additional deposition designations, including designations from (1) depositions and trial testimony from *Texas v. Holder*; (2) the depositions of Michelle Slusher and Debra Frary, the Department of Justice's designees for the 30(b)(6) deposition that occurred on August 26, 2014; (3) the deposition of Senator Robert Duncan, whose deposition was taken on August 28, 2014; (4) the continuation of Plaintiff Lenard Taylor's deposition, which occurred on September 3, 2014; (5) the deposition of Jeffrey Milyo; and (6) the deposition of Chandler Davidson.

The Plaintiffs have provided Defendants with a complete list of their Affirmative Deposition Designations, which has been updated since August 29, 2014, and is attached hereto as Exhibit 1 (which does not include the deposition

1

designations from Lenard Taylor's continued deposition or the 30(b)(6) deposition of the United States, but includes designations from Senator Robert Duncan and Jeffrey Milyo's depositions). Attached as Exhibit 2 is a chart which reflects the page-line designations from both parties from Mr. Taylor's continued deposition. Attached as Exhibit 3 is a chart which includes Defendants' Affirmative Designations from the August 28, 2014 deposition of Senator Robert Duncan. Attached as Exhibit 4 is a chart which includes Defendants' Affirmative Designations from the deposition of Chandler Davidson. Attached as Exhibit 5 are (a) Defendants' Deposition Designations for the United States' 30(b)(6) witnesses; (b) the United States' Counter-Designations to those designations; (c) an e-mail dated September 17, 2014 reflecting edits to those Counter-Designations; and (d) Defendants' responses to the United States' Counter-Designations. Attached as Exhibit 6 are Defendants' Affirmative Designations, and Plaintiffs' Counter-Designations, of trial and deposition testimony in *Texas v. Holder*, which, includes, for completeness, both designations submitted on August 29, 2014, and designations completed after that date by agreement of the parties. Attached as Exhibit 7 are Plaintiffs' Affirmative Designations, and Defendants' Counter-Designations, of trial and deposition testimony in *Texas v. Holder*, which includes, for completeness, both designations filed by Plaintiffs and Defendants on August 29, 2014, and designations completed after that date by agreement of the parties.

Defendants will be sending all highlighted deposition transcripts containing all deposition designations, via Federal Express, on behalf of both parties, to arrive on September 19, 2014.

Dated: September 18, 2014

                                                      Respectfully submitted,

                                                      GREG ABBOTT
                                                      Attorney General of Texas

                                                      DANIEL T. HODGE
                                                      First Assistant Attorney General

                                                      JONATHAN F. MITCHELL
                                                      Solicitor General

                                                      J. REED CLAY, JR.
                                                      Special Assistant and Senior Counsel
                                                      to the Attorney General
                                                      Southern District of Texas No. 1160600

                                                      */s/ John B. Scott*
                                                      JOHN B. SCOTT
                                                      Deputy Attorney General for Civil Litigation
                                                      Southern District of Texas No. 10418
                                                      Texas State Bar No. 17901500
                                                      ATTORNEY-IN-CHARGE

                                                      G. DAVID WHITLEY
                                                      Assistant Deputy Attorney General
                                                      Southern District of Texas No. 2080496

                                                      STEPHEN RONALD KEISTER
                                                      Assistant Attorney General
                                                      Southern District of Texas No. 18580

                                                      JENNIFER MARIE ROSCETTI
                                                      Assistant Attorney General
                                                      Southern District of Texas No. 224780

LINDSEY ELIZABETH WOLF
Assistant Attorney General
Southern District of Texas No. 2292940

FRANCES WHITNEY DEASON
Assistant Attorney General
Southern District of Texas No. 2302872

STEPHEN LYLE TATUM, JR.
Assistant Attorney General
Southern District of Texas No. 2338090

209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 475-0131

BEN A. DONNELL
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853
Southern District of Texas No. 5689

COUNSEL FOR THE STATE OF TEXAS, RICK PERRY, JOHN STEEN, and STEVE MCCRAW

4

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 18, 2014, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.


                                  */s/ John B. Scott*
                                  JOHN B. SCOTT