# Exhibit 2

| Veasey v. Perry, et al. -- Defendants' Affirmative Designations from 09-03-14 Lenard Taylor Deposition | | | | |
|---|---|---|---|---|
| **Witness** | **Date** | **Page/Line Designation** | **COUNTER-DESIGNATION** | **OBJECTIONS** |
| Taylor, Lenard | 9/3/2014 | | | |
| | | 5:7-17 | 5:18-25, 6:1-4 | |
| | | 6:5-14 | 6:15-9:11 | |
| | | 9:12-10:13 | 10:14-18 | |
| | | 10:19-25 | 11:1-7 | |
| | | 11:8-10 | 11:11-13:3 | |
| | | 13:9-14:4 | 16:25-18:16, 20:8-16 | |

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |