# Exhibit 4

**Veasey v. Perry**

**Defendants' Supplemental Designations for Chandler Davidson**

| Witness | Texas Designation |
|---|---|
| Davidson, Chandler | |
| | 4:10-25 |
| | 8:25 - 9:8 |
| | 9:22-25 |
| | 10:3 - 13:13 |
| | 20:10-15 |
| | 41:10-19 |
| | 42:25-43:13 |
| | 44:11-16 |
| | 45:2-8 |
| | 49:3 - 50:1 |
| | 50:23 - 51:15 |
| | 55:22 - 56:17 |
| | 60:5-8 |
| | 60:12-15 |
| | 65:11-21 |
| | 73:13-20 |
| | 79:22 - 80:11 |
| | 87:24 - 88:15 |
| | 90:18-24 |
| | 94:10-18 |
| | 104:9-12 |
| | 105:21-23 |
| | 107:22 - 108:6 |
| | 108:15-19 |
| | 111:16-21 |
| | 112:3 - 113:8 |
| | 115:19 - 118:3 |
| | 121:6 - 122:1 |
| | 124:6-17 |

9/10/2014

**Veasey v. Perry**

**Defendants' Supplemental Designations for Chandler Davidson**

| Witness | Texas Designation |
|---------|-------------------|
| | 126:4-12 |
| | 126:23 - 127:3 |
| | 128:5-20 |
| | 131:8-15 |
| | 132:20 - 133:3 |
| | 138:5-15 |
| | 143:11-24 |
| | 150:10-20 |
| | 153:2 - 154:23 |
| | 158:8 - 159:1 |
| | 167:6 - 168:10 |
| | 170:7 - 171:24 |
| | 175:9-12 |
| | 196:5-17 |
| | 211:5 - 212:2 |
| | 214:9 - 217:21 |
| | 228:10-22 |