# Exhibit 5

**<u>Veasey v. Perry</u>**

**Defendants Supplemental Deposition Designations**

| Witness | Date | STARTING | | ENDING | |
|---|---|---|---|---|---|
| | | Page | Line | Page | Line |
| **Frary, Deborah** | **8/26/2014** | | | | |
| | 8/26/2014 | 7 | 8 | 7 | 12 |
| | 8/26/2014 | 7 | 24 | 14 | 19 |
| | 8/26/2014 | 14 | 24 | 17 | 9 |
| | 8/26/2014 | 17 | 12 | 21 | 18 |
| | 8/26/2014 | 21 | 25 | 24 | 20 |
| | 8/26/2014 | 25 | 1 | 25 | 25 |
| | 8/26/2014 | 26 | 4 | 26 | 23 |
| | 8/26/2014 | 27 | 4 | 28 | 4 |
| | 8/26/2014 | 28 | 7 | 29 | 25 |
| | 8/26/2014 | 30 | 3 | 31 | 8 |
| | 8/26/2014 | 31 | 18 | 36 | 13 |
| | 8/26/2014 | 36 | 16 | 37 | 14 |
| | 8/26/2014 | 37 | 18 | 37 | 25 |
| | 8/26/2014 | 38 | 5 | 39 | 11 |
| | 8/26/2014 | 40 | 17 | 40 | 23 |
| | 8/26/2014 | 41 | 18 | 41 | 20 |
| | 8/26/2014 | 41 | 22 | 42 | 16 |
| | 8/26/2014 | 42 | 20 | 44 | 1 |
| | 8/26/2014 | 45 | 4 | 46 | 13 |
| Slusher, Michelle | 8/26/2014 | | | | |
| | 8/26/2014 | 5 | 8 | 5 | 21 |
| | 8/26/2014 | 6 | 1 | 6 | 4 |
| | 8/26/2014 | 6 | 16 | 7 | 9 |
| | 8/26/2014 | 7 | 11 | 7 | 25 |

| | 8/26/2014 | 8 | 3 | 8 | 25 |
|---|---|---|---|---|---|
| | 8/26/2014 | 9 | 21 | 10 | 1 |
| | 8/26/2014 | 10 | 3 | 10 | 9 |
| | 8/26/2014 | 10 | 11 | 10 | 23 |
| | 8/26/2014 | 11 | 21 | 13 | 4 |
| | 8/26/2014 | 13 | 13 | 15 | 14 |
| | 8/26/2014 | 16 | 6 | 18 | 22 |
| | 8/26/2014 | 19 | 9 | 20 | 20 |
| | 8/26/2014 | 20 | 23 | 21 | 12 |
| | 8/26/2014 | 21 | 15 | 21 | 17 |
| | 8/26/2014 | 21 | 22 | 22 | 9 |
| | 8/26/2014 | 22 | 12 | 25 | 13 |
| | 8/26/2014 | 25 | 16 | 26 | 3 |
| | 8/26/2014 | 26 | 8 | 26 | 23 |
| | 8/26/2014 | 27 | 4 | 28 | 18 |
| | 8/26/2014 | 29 | 4 | 29 | 5 |
| | 8/26/2014 | 29 | 8 | 29 | 9 |
| | 8/26/2014 | 29 | 12 | 29 | 23 |
| | 8/26/2014 | 30 | 8 | 30 | 14 |
| | 8/26/2014 | 30 | 22 | 32 | 6 |
| | 8/26/2014 | 32 | 10 | 33 | 9 |
| | 8/26/2014 | 33 | 12 | 33 | 25 |
| | 8/26/2014 | 34 | 7 | 35 | 2 |
| | 8/26/2014 | 35 | 5 | 35 | 8 |
| | 8/26/2014 | 35 | 11 | 37 | 4 |
| | 8/26/2014 | 37 | 11 | 37 | 22 |
| | 8/26/2014 | 38 | 5 | 38 | 22 |
| | 8/26/2014 | 38 | 25 | 39 | 17 |
| | 8/26/2014 | 40 | 1 | 42 | 2 |
| | 8/26/2014 | 42 | 8 | 45 | 19 |
| | 8/26/2014 | 45 | 24 | 46 | 12 |
| | 8/26/2014 | 46 | 15 | 47 | 2 |
| | 8/26/2014 | 47 | 5 | 47 | 8 |

| | 8/26/2014 | 47 | 10 | 47 | 11 |
|---|---|---|---|---|---|
| | 8/26/2014 | 47 | 13 | 48 | 6 |
| | 8/26/2014 | 48 | 19 | 49 | 8 |
| | 8/26/2014 | 49 | 17 | 50 | 1 |
| | 8/26/2014 | 50 | 4 | 50 | 7 |
| | 8/26/2014 | 50 | 11 | 50 | 20 |
| | 8/26/2014 | 50 | 25 | 53 | 22 |
| | 8/26/2014 | 54 | 2 | 54 | 24 |
| | 8/26/2014 | 55 | 5 | 55 | 10 |
| | 8/26/2014 | 56 | 5 | 59 | 18 |
| | 8/26/2014 | 59 | 22 | 62 | 7 |
| | 8/26/2014 | 62 | 10 | 64 | 23 |
| | 8/26/2014 | 65 | 1 | 65 | 21 |
| | 8/26/2014 | 66 | 1 | 69 | 17 |
| | 8/26/2014 | 69 | 24 | 70 | 2 |
| | 8/26/2014 | 70 | 4 | 71 | 22 |
| | 8/26/2014 | 72 | 2 | 73 | 14 |
| | 8/26/2014 | 76 | 11 | 78 | 23 |
| | 8/26/2014 | 78 | 25 | 79 | 10 |
| | 8/26/2014 | 79 | 12 | 79 | 18 |
| | 8/26/2014 | 79 | 20 | 79 | 23 |
| | 8/26/2014 | 80 | 1 | 80 | 4 |
| | 8/26/2014 | 80 | 7 | 80 | 17 |
| | 8/26/2014 | 80 | 21 | 81 | 10 |
| | 8/26/2014 | 81 | 19 | 81 | 24 |
| | 8/26/2014 | 82 | 4 | 84 | 1 |
| | 8/26/2014 | 84 | 3 | 84 | 4 |
| | 8/26/2014 | 84 | 6 | 85 | 2 |
| | 8/26/2014 | 85 | 6 | 86 | 7 |
| | 8/26/2014 | 86 | 10 | 87 | 7 |

**Veasey v. Perry, No. 2:13-cv-193(NGR)**

**United States' Deposition Designations**

| WITNESS | SOURCE Deposition (Date) or Other | STARTING Page | Line | ENDING Page | Line | COUNTER DESIGNATIONS | USA OBJECTION(S) | TX RESPONSE TO USA OBJECTION(S) |
|---------|-----------|------|------|------|------|---------------------|------------------|-------------------------------|
| Frary, Deborah | 8/26/2014 | 21 | 12 | 23 | 7 | | Beyond scope of protective order; lack of foundation | |
| | | 37 | 18 | 37 | 25 | 37:14-37:17 | Beyond scope of protective order; lack of foundation | |
| | | 38 | 5 | 39 | 11 | 38:1-38:4 | Beyond scope of protective order; lack of foundation | |
| | | 40 | 17 | 40 | 23 | | Lack of foundation | |
| Slusher, Michelle | 8/26/2014 | 6 | 1 | 6 | 4 | 6:6-6:15 | Beyond scope of protective order; lack of foundation | |
| | | 6 | 16 | 7 | 9 | 7:10 | Beyond scope of protective order; lack of foundation | |
| | | 7 | 11 | 7 | 25 | 8:1-8:4 | Beyond scope of protective order; lack of foundation | |
| | | 8 | 5 | 8 | 25 | 9:1-9:20 | Beyond scope of protective order; lack of foundation | |
| | | 18 | 3 | 18 | 22 | 87:18-88:24 | Clarified by subsequent testimony | |
| | | 35 | 5 | 35 | 8 | 35:9-35:10 | Beyond scope of protective order; lack of foundation | |
| | | 35 | 11 | 35 | 16 | | Beyond scope of protective order; lack of foundation | |
| | | 36 | 25 | 37 | 4 | 37:5-37:10; 89:3-90:2 | Calls for speculation; document speaks for itself. Also clarified by subsequent testimony. | |
| | | 38 | 20 | 38 | 22 | 38:23-38:24 | Calls for speculation; document speaks for itself. Also clarified by subsequent testimony. | |
| | | 38 | 25 | 39 | 10 | | Calls for speculation; document speaks for itself. Also clarified by subsequent testimony. | |
| | | 55 | 10 | 56 | 16 | | Lack of foundation | |
| | | 62 | 4 | 63 | 16 | | Lack of foundation | |
| | | 78 | 16 | 79 | 18 | | Beyond scope of protective order; lack of foundation | |

**Wolf, Lindsey**

| | |
|---|---|
| **From:** | Wolf, Lindsey |
| **Sent:** | Wednesday, September 17, 2014 10:55 AM |
| **To:** | 'Heard, Bradley (CRT)'; Ried, Lisa |
| **Cc:** | Shapiro, Avner (CRT); Westfall, Elizabeth (CRT); Dellheim, Richard (CRT) |
| **Subject:** | RE: Slusher and Frary Designations |

Hi Brad,

Thanks.  I think the "2" on the 90:2 may have been cut off when we printed the Excel spreadsheet.

We'll adjust the counter-designations on what is submitted to the Court per your e-mail below.

Regards,
Lindsey

---

**From:** Heard, Bradley (CRT) [mailto:Bradley.Heard@usdoj.gov]
**Sent:** Wednesday, September 17, 2014 10:18 AM
**To:** Wolf, Lindsey; Ried, Lisa
**Cc:** Shapiro, Avner (CRT); Westfall, Elizabeth (CRT); Dellheim, Richard (CRT)
**Subject:** RE: Slusher and Frary Designations

Hi Lindsey:

The counter-designation beginning at 89:3 ends at 90:2. That's indicated on the document we sent to you. I didn't see another place where this was referenced in our counter-designations, but if I missed it, then 90:2 would be the end range for any of those references.

We inadvertently included 55:11-56:4 and 62:8-9 in Defendants' designations. They  shouldn't be included in our counter-designations. However, 78:24 and 79:11 should be included in our counter-designations.

Thanks,
Brad

--
***Bradley E. Heard***
*Trial Attorney*
U.S. Department of Justice
Civil Rights Division, Voting Section
Phone: (202) 305-4196

---

**From:** Wolf, Lindsey [mailto:Lindsey.Wolf@texasattorneygeneral.gov]
**Sent:** Tuesday, September 16, 2014 6:59 PM
**To:** Shapiro, Avner (CRT)
**Cc:** Ried, Lisa
**Subject:** Slusher and Frary Designations

1

Hi Avner,

We are doing the highlights of the Slusher and Frary depositions to submit to the Court (both Defendants' and the United States'). It appears there may be a few typos in the United States' counter-designations (which I've attached for your convenience).

First, one of the counter-designations to 36:25-37:4 of the Slusher deposition, which starts at 89:3, appears to have the end line cutoff (it just says 90:___). Can you please advise where on p. 90 that counter-designation should end?

Second, as we noted in our responses to the United States' counter-designations to the Slusher deposition, the United States indicated that Defendants designated 55:11-56:4, 62:8-9, 78:24, and 79:11, which Defendants did not. Should we highlight these lines as the United States' counter-designations?

Thanks,



**Lindsey E. Wolf | Assistant Attorney General | Financial Litigation, Tax, and Charitable Trusts Division |** 300 West 15th Street, 6th Floor, Austin, Texas 78701 | Mail: P O Box 12548 | Austin, TX 78711-2548 | (512) 475-4233 | Fax: (512) 370-9126 | e-mail: **Lindsey.Wolf@texasattorneygeneral.gov**

**Veasey v. Perry**

**Defendants' Responses and Objections to United States' Deposition Designations**

| Witness | SOURCE Deposition (Date) or Other | STARTING | | ENDING | | COUNTER DESIGNATIONS | USA OBJECTION(S) | TX RESPONSE TO USA OBJECTION(S) |
|---|---|---|---|---|---|---|---|---|
| | | Page | Line | Page | Line | | | |
| **Frary, Deborah** | 8/26/2014 | 21 | 12 | 23 | 7 | | Beyond scope of protective order; lack of foundation | See Exhibits 1 and 2. |
| | | 37 | 18 | 37 | 25 | 37:14-37:17 | Beyond scope of protective order; lack of foundation | See Exhibits 1 and 2. |
| | | 38 | 5 | 39 | 11 | 38:1-38:4 | Beyond scope of protective order; lack of foundation | See Exhibits 1 and 2. |
| | | 40 | 17 | 40 | 23 | | Lack of foundation | See Exhibits 1 and 2. |
| **Slusher, Michelle** | 8/26/2014 | 6 | 1 | 6 | 4 | 6:6-6:15 | Beyond scope of protective order; lack of foundation | See Exhibits 1 and 2. |
| | | 6 | 16 | 7 | 9 | 7:10 | Beyond scope of protective order; lack of foundation | See Exhibits 1 and 2. |
| | | 7 | 11 | 7 | 25 | 8:1-8:4 | Beyond scope of protective order; lack of foundation | See Exhibits 1 and 2. |
| | | 8 | 5 | 8 | 25 | 9:1-9:20 | Beyond scope of protective order; lack of foundation | See Exhibits 1 and 2. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 18 | 3 | 18 | 22 | 87:18-88:24 | Clarified by subsequent testimony | 88:16 - Document speaks for itself; 88:23-24 - Speculation. |
| | | 35 | 5 | 35 | 8 | 35:9-35:10 | Beyond scope of protective order; lack of foundation | See Exhibits 1 and 2. |
| | | 35 | 11 | 35 | 16 | | Beyond scope of protective order; lack of foundation | See Exhibits 1 and 2. |
| | | 36 | 25 | 37 | 4 | 37:5-37:10; 89:3-90: | Calls for speculation; document speaks for itself.  Also clarified by subsequent testimony. | See Exhibits 1 and 2. |
| | | 38 | 20 | 38 | 22 | 38:23-38:24 | Calls for speculation; document speaks for itself.  Also clarified by subsequent testimony. | |
| | | 38 | 25 | 39 | 10 | | Calls for speculation; document speaks for itself.  Also clarified by subsequent testimony. | |
| | | 55 | 10 | 56 | 16 | | Lack of foundation | Defendants did not initially designate 55:11-56:4; Defendants assume the additional cites in this range are Plaintiffs' Counter Objections. |
| | | 62 | 4 | 63 | 16 | | Lack of foundation | Defendants did not initially designate 62:8-9 because Defendants' counsel said "strike that." |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 78 | 16 | 79 | 18 | | Beyond scope of protective order; lack of foundation | See Exhibits 1 and 2; Defendants did not initially designate 78:24,79:11; Defendants assume the additional cites in this range are Plaintiffs' Counter Objections. |