Nelva Gonzales Ramos, US District Judge        Sep 15 14
1133 N Shoreline Blvd
Corpus Christi TX 78401

LET THE VOTERS ENDOSE & ENABLE A LIMITED VOTING BALLOT.
I am the interested party pro se with notice (I got orders)
in VEASEY v PERRY 2:13 cv 193 suggesting a limited voting
2nd ballot for the Texas State House with candidates paying
a filing deposit to get on the limited voting ballot in
their own and in 2-4 add'l districts.

Trial started Sep 2 in Corpus Christie with follow up in
San Antonio. I want to go to San Antonio.

I want the Corpus Christi US District Court to endorse and
enable limited voting ballots in some of the US Southern
Districts of Texas Counties and let the San Antonio US District
Court extend this effort if it chooses to in 2014.

               RECENT ENTRIES IN SAN ANTONIO
1241 8-25-14 ADVISORY by USA (Sitton, Jaye entered 8-25)
1244 8-27-14 ORDER re 1241 (Part) The following deadlines will
apply to post-trial submissions...relating to the 2011 Texas
House and Congressional plans...on discrete issues such as the
county line rule, coalition districts, and crossover districts,
on or before Oct 2, 14.... The parties should also attempt to
address each challenged district in a separate subsection with
an appropriate heading for each subsection.

       --Signed by Orlando L Garcia (rf) (Entered 8-27)

                       *Robert M Allensworth*
                       Robert M Allensworth B14522
                       BMRCC 251 N IL 37 S
                       Ina IL 62846 2419

filed his Second Amended Complaint in Intervention (Doc. 893), on September 12, 2013.

2. Defendants admit that this is a redistricting lawsuit and admit, on information and belief, that Mr. Cuellar brings claims under Section 2 of the Voting Rights Act and the Fourteenth and Fifteenth Amendments, but deny the allegations. The Court has dismissed all Fifteenth Amendment claims against the 2011 maps in this case. Defendants admit, on information and belief, that Mr. Cuellar is seeking declaratory and injunctive relief against continued use of any congressional redistricting plan that dilutes the voting strength of Latinos and African-Americans, but deny that he is entitled to any such relief.

3. Defendants admit, on information and belief, that Mr. Cuellar seeks relief under Section 3(c) of the Voting Rights Act, but deny that he is entitled to any such relief.

4. Defendants admit, on information and belief, that Mr. Cuellar seeks declaratory and injunctive relief, but deny that he is entitled to any such relief.

### I. JURISDICTION

5. The allegations contained in this paragraph state conclusions of law to which no responsive pleading is required, but to the extent they require admission or denial, they are denied.

6. The allegations contained in this paragraph state conclusions of law to which no responsive pleading is required, but to the extent they require admission or denial, they are denied.

Robert M Allensworth B14522 4B21

BMRCC 251 N IL 37 S

Ina IL 62846 2419

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS



Nelva Gonzales Ramos, US District Judge

1133 N Shoreline Blvd

Corpus Christi TX 78401

CLERK, U.S. DISTRICT COURT
RECEIVED
SEP 18 2014
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS

78401$2003 C029