UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, § | | |
| § | | |
| Plaintiffs, § | | |
| VS. § | CIVIL ACTION NO. 2:13-CV-00193 | |
| § | | |
| RICK PERRY, *et al.*, § | | |
| § | | |
| Defendants. § | | |

## DEFENDANTS' NOTICE OF FILING OF AMENDED SECOND SUPPLEMENTAL REBUTTAL EXPERT REPORT OF DR. M.V. HOOD III

Defendants hereby file the attached Amended Second Supplemental Rebuttal Report of Dr. M.V. (Trey) Hood III. This amended expert report replaces ECF Nos. 604 and 604.1 and is filed pursuant to agreement with Plaintiffs' Counsel.

Dated: September 20, 2014

                                             Respectfully submitted,

                                             GREG ABBOTT
                                             Attorney General of Texas

                                             DANIEL T. HODGE
                                             First Assistant Attorney General

                                             JONATHAN F. MITCHELL
                                             Solicitor General

                                             J. REED CLAY, JR.
                                             Special Assistant and Senior Counsel
                                             to the Attorney General
                                             Southern District of Texas No. 1160600

*/s/ John B. Scott*
JOHN B. SCOTT
Deputy Attorney General for Civil Litigation
Southern District of Texas No. 10418
Texas State Bar No. 17901500
ATTORNEY-IN-CHARGE

ADAM W. ASTON
Deputy Solicitor General
Southern District of Texas No. 2157041

G. DAVID WHITLEY
Assistant Deputy Attorney General
Southern District of Texas No. 2080496

STEPHEN RONALD KEISTER
Assistant Attorney General
Southern District of Texas No. 18580

JENNIFER MARIE ROSCETTI
Assistant Attorney General
Southern District of Texas No. 224780

LINDSEY ELIZABETH WOLF
Assistant Attorney General
Southern District of Texas No. 2292940

FRANCES WHITNEY DEASON
Assistant Attorney General
Southern District of Texas No. 2302872

STEPHEN LYLE TATUM, JR.
Assistant Attorney General
Southern District of Texas No. 2338090

209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 475-0131

BEN A. DONNELL
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853

2

Southern District of Texas No. 5689

COUNSEL FOR THE STATE OF TEXAS, RICK PERRY, JOHN STEEN, and STEVE MCCRAW

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 20, 2014, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.


                        */s/ John B. Scott*
                        JOHN B. SCOTT