IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

**NOTICE OF FILING OF THIRD AMENDED EXPERT REPORT AND
SECOND AMENDED REPLY REPORT OF COLEMAN BAZELON**

Plaintiff-Intervenors the Texas League of Young Voters Education Fund and Imani Clark hereby file the attached Third Amended Expert Report and Second Amended Reply Report of Dr. Coleman Bazelon. These amended reports replace ECF Nos. 603-1 and 603-2 and are filed pursuant to agreement with Defendants' counsel.

Dated: September 21, 2014.

Respectfully submitted,

/s/ Ryan P. Haygood
Ryan P. Haygood
Christina A. Swarns
Natasha M. Korgaonkar
Leah C. Aden
Deuel Ross
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006
rhaygood@naacpldf.org

1

cswarns@naacpldf.org
nkorgaonkar@naacpldf.org
laden@naacpldf.org
dross@naacpldf.org

Danielle Conley
Kelly P. Dunbar
Jonathan Paikin
Sonya L. Lebsack
Lynn Eisenberg
Tania C. Faransso
Richard F. Shordt
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
danielle.conley@wilmerhale.com
jonathan.paikin@wilmerhale.com
kelly.dunbar@wilmerhale.com

*Counsel for Plaintiff-Intervenors Texas League of Young Voters Education Fund, et al.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2014, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ Ryan P. Haygood
Ryan P. Haygood
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006
rhaygood@naacpldf.org