Marianne Serpa, Dep-in-Charge
US District Clerk's Office
1133 N Shoreline Blvd
Corpus Christi TX 78401

*Clerk, U.S. District Court*
*Southern District of Texas*
*FILED*
*SEP 2 2 2014*
*David J. Bradley, Clerk of Court*

Sep 15 14

LET THE VOTERS ENDORSE & ENABLE A LIMITED VOTING BALLOT.

I am the interested party pro se with notice (I got orders) in VEASEY v PERRY 2:13 cv 193 suggesting a limited voting 2nd ballot for the Texas State House.

Trial started Sep 2 in Corpus Christi with follow up in San Antonio.

(I want to go to San Antonio.)

I want the Corpus Christi US District Court to endorse some limited voting ballots in some of the Southern District of Texas Counties and let the San Antonio US District Court extend this effort in 2014.if it chooses to.

### RECENT ENTRIES IN SAN ANTONIO

8-25-14 1241 ADVISORY by USA (Sitton, Jaye) (entered:8-25)
8-27-14 1244 ORDER re 1241 (Part) The following deadlines will apply to post-trial submissions...relating to the 2011 Texas Hoiuse and Congressional plns...on discrete issues such as the county line rule, coalition districts, and crossover disricts, on or before Oct 2,14.... The parties should also attempt to address each challenged district in a separate subsection with an appropriate heading for each subsection.

--Signed ny Orlando L Garcia (rf) (Entered 8-27)

*Robert M Allensworth*
Robert M Allensworth B14522
PMRCC 251 N IL 37 S
Ina IL 62846 2419

Robert M Allensworth B14522 4001
BMRCC 251 N IL 37 S
Ina IL 62865-2419

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS

Marianne Serpa, Pen-in-Charge
1133 N Shoreline
Corpus Christi TX 78401

Clerk, U.S. District Court
Southern District of Texas
FILED
SEP 22 2014
David J. Bradley, Clerk of Court

UNITED STATES POSTAL SERVICE
02 1M
0004266684
MAILED FROM ZIP 62846
FOREVER USA

7840132003