IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) <br> (Consolidated Action) |

# ERRATA SHEET FOR PLAINTIFFS AND PLAINTIFF-INTERVENORS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

Plaintiff-Intervenors the Texas League of Young Voters Education Fund, *et al.* hereby submit the following errata sheet addressing corrections to certain paragraphs contained in Plaintiffs and Plaintiff-Intervernors' Proposed Findings of Fact and Conclusions of Law (ECF No. 610).

The following paragraphs in the Proposed Findings of Fact should be amended as follows:

1. ¶ 116, line 5: replace "1.82" with "1.80"
2. ¶ 117, line 4: replace "44%" with "45%"
3. ¶ 117, line 7: replace "35%" with "34%"
4. ¶ 418, lines 3 and 7: replace "$36.23" with "$36.33"
5. ¶ 419, line 2: replace "$26.66" with "$26.68"
6. ¶ 419, line 3: replace "$48.10" with "$48.18"
7. ¶ 425, line 2: replace "$26.66" with "$26.68"
8. ¶ 425, line 3: replace "$48.10" with "$48.18"

The following paragraphs in the Proposed Conclusions of Law should be amended as follows:

9. ¶ 79, line 20: replace "EAC" with "EIC"

10. ¶ 145, line 3: replace "$36.23" with "$36.33"

11. ¶ 173, line 1: replace "SB 14" with "Section 2 of the Voting Rights Act"

All citations contained in the Proposed Findings of Fact and Conclusions of Law to the Expert Report, Expert Reply, and Trial Demonstratives of Dr. Coleman Bazelon should be amended as follows:[1]

12. Replace "Bazelon Second Am. Rep." with "Bazelon Third Am. Rep."

13. Replace "Bazelon Am. Reply Rep." with "Bazelon Second Am. Reply Rep."

14. Replace "Bazelon Am. Trial Demonstratives" with "Bazelon Second Am. Trial Demonstratives"

---

[1] These changes apply to FNs 170-175, 595-609, and 1136.

Date:  September 22, 2014

Respectfully submitted,


*/s/ Ryan Haygood*
CHRISTINA SWARNS
RYAN P. HAYGOOD*
NATASHA M. KORGAONKAR
LEAH C. ADEN
DEUEL ROSS
  NAACP LEGAL DEFENSE AND EDUCATIONAL
  FUND, INC.
40 Rector Street, 5th Floor
New York, New York 10006
212-965-2200
rhaygood@naacpldf.org

DANIELLE CONLEY
JONATHAN PAIKIN
KELLY P. DUNBAR
SONYA L. LEBSACK
LYNN EISENBERG
RICHARD F. SHORDT
TANIA C. FARANSSO
  WILMER CUTLER PICKERING HALE AND DORR
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
202-663-6006
danielle.conley@wilmerhale.com

*Counsel for Texas League of Young Voters
Education Fund & Imani Clark
Plaintiff-Intervenors*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 22, 2014, I served a true and correct copy of the foregoing via the Court's ECF system on the following counsel of record:

                                             /s/
                                Richard F. Shordt