UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, § | | |
| § | | |
| Plaintiffs, § | | |
| VS. § | | CIVIL ACTION NO. 2:13-CV-00193 |
| § | | |
| RICK PERRY, *et al.*, § | | |
| § | | |
| Defendants. § | | |

**ERRATA SHEET FOR DEFENDANTS' FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Pursuant to the Court's request, Sept. 22, 2014 Tr. at 11:11–21, Defendants hereby submit the following errata sheet addressing corrections to one paragraph in Defendants' Findings of Fact and Conclusions of Law (Sealed Event, ECF No. 611).

The following paragraphs in the Findings of Fact should be amended as follows:

1. ¶ 104, lines 12 through 16: replace the sentence and accompanying cite beginning with "[t]he differences between" that concludes that paragraph with "*Id.* at 34, table 11A."

Dated: September 23, 2014

                                                               Respectfully submitted,

                                                                GREG ABBOTT
                                                                Attorney General of Texas

                                                               DANIEL T. HODGE
                                                               First Assistant Attorney General

JONATHAN F. MITCHELL
Solicitor General

J. REED CLAY, JR.
Special Assistant and Senior Counsel
to the Attorney General
Southern District of Texas No. 1160600

*/s/ John B. Scott*
JOHN B. SCOTT
Deputy Attorney General for Civil Litigation
Southern District of Texas No. 10418
Texas State Bar No. 17901500
ATTORNEY-IN-CHARGE

ADAM W. ASTON
Deputy Solicitor General
Southern District of Texas No. 2157041

G. DAVID WHITLEY
Assistant Deputy Attorney General
Southern District of Texas No. 2080496

STEPHEN RONALD KEISTER
Assistant Attorney General
Southern District of Texas No. 18580

JENNIFER MARIE ROSCETTI
Assistant Attorney General
Southern District of Texas No. 224780

LINDSEY ELIZABETH WOLF
Assistant Attorney General
Southern District of Texas No. 2292940

FRANCES WHITNEY DEASON
Assistant Attorney General
Southern District of Texas No. 2302872

STEPHEN LYLE TATUM, JR.
Assistant Attorney General
Southern District of Texas No. 2338090

209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 475-0131

BEN A. DONNELL
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853
Southern District of Texas No. 5689

COUNSEL FOR THE STATE OF TEXAS,
RICK PERRY, JOHN STEEN, and STEVE
MCCRAW

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 23, 2014, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.


                          */s/ John B. Scott*
                          JOHN B. SCOTT