UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
JOHN H. WOOD JR., U.S. COURTHOUSE
655 EAST CESAR E. CHAVEZ BOULEVARD
SAN ANTONIO, TEXAS 78206

Clerk, U.S. District Court
Southern District of Texas
FILED

OCT 03 2014

David J. Bradley, Clerk of Court

**WILLIAM G. PUTNICKI**
Clerk of Court

for Marianne Serpa, Dep-in-Charge
US District Clerk's Office
1133 N Shoreline Blvd
Corpus Christi, TX 78401

September 23, 2014

Mr. Robert M. Allensworth
B14522
BMRCC 251 N IL 37 S
Ina, IL   62846-2419

I am the interested party pro se with notice (I got orders) in VEASEY v Perry 2:13 cv 193.

Trial started Sep 2 in Corpus Christi with follow up in San Antonio.

20+ docket entries are letters from me. This is enough to keep me and my idea about limited voting from being ignored.

Dear Mr. Allensworth:

Thank you for your correspondence, however you are not a party to 5:11CV360OLG-JES-XR, therefore the enclosed paperwork is being returned to you.

Please know this office is prohibited from providing legal advice.

JAPAN elected its lower house by limited voting from multi-member districts from about 1947 to about 1987.

Sincerely,

William G. Putnicki
Clerk of Court
Western District of Texas

For 2014 I would like a limited voting 2nd ballot backup for some or all the Texas State House districts with the primary winners being candidates in their own and 2-4 additional districts. Some of this can still be done for 2014.

Robert M Allensworth

Marianne Serpa, Dep-in-Charge                    Sep 30 14
US District Clerk's Office
1133 N Shoreline Blvd
Corpus Christi TX 78401

LET THE VOTERS ENDORSE & ENABLE A LIMITED VOTING 2nd BALLOT.

I am the interested party pro se in VEASEY v PERRY 2:13 cv 193 suggesting a limited voting 2nd ballot for the Texas State House.

Trial started Sep 2 in Corpus Christi with follow up in San Antonio which seems to be freezing me out.

20+ docket entries are letters from me. This is enough to keep me and this idea from being ignored.

See HUNTER v UNDERWOOD (ON ALABAMA).
CALERA AL elects six city councilmen by limited voting.
GUIN AL seven by cumulative voting since about 1987.
PEORIA IL five by cum voting and five by wards since 1991.
JAPAN elected its lower house by limited voting from multi-member districts from about 1947 to about 1987.

Voters who like the primary winners may omit the limited voting 2nd ballot but those who don't may foment violence mayham and chaos. The limited voting 2nd ballot may inhibit chaos.

Docs 127 thru 129 in RODRIGUEZ v HARRIS CO TX 4:11 cv 2907-VDG USCA5 13-20491 are letters from me.

For 2014 I would like a limited voting 2nd ballot backup for some or all the Texas State House districts with candidates being the winners of the district's own and 2-4 add'l districts.

A more robust effort may be made in 2016 and later.

Similar copies: US Supreme Court Justices, Chief US Circuit Court of Appeals Judges, Chief Texas US District Judges, Some US Circuit Executives.

I suggest seven districts w/ a limited voting 2nd ballot backup for the Irving ISD (Fitzwater).

I still would like to come to San Antonio to talk about limited voting for the Texas State House

Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419



**Illinois
Department of
Corrections**

Pat Quinn
Governor

S.A. Godinez
Director

1301 Concordia Court • P.O. Box 19277
Springfield IL 62794-9277

Telephone: (217) 558-2200
TDD: (800) 526-0844

January 2, 2013

Robert Allensworth, B14522
Big Muddy River Correctional Center
251 N. Illinois Highway 37
Ina, IL 62846

FEB 01 13
FOR KELLY CHEESMAN, CIR CLK
200 S CHERRY
GALESBURG IL 61401

Re: **Freedom of Information Act Request #121226194**

Dear Mr. Allensworth:

FILED KNOX CO CIR CLK
FEB 06 13 (SEE BACK SIDE)

This letter is in response to your request to the Illinois Department of Corrections for information pursuant to the Illinois Freedom of Information Act, 5 ILCS 140/1, et seq.

You have requested to know "if and when IDOC got a copy of my Sep 20 12 Application for Recovery filed in my Knox Co. case." The Illinois Department of Corrections does not maintain or possess records responsive to your request.

You have a right to have the denial of your request reviewed by the Public Access Counselor (PAC) at the Office of the Illinois Attorney General, pursuant to 5 ILCS 140/9.5(a). You can file your request for review with the PAC to:

> Public Access Counselor
> Office of the Attorney General
> 500 South 2nd Street
> Springfield, Illinois 62706

You also have the right to seek judicial review of your denial by filing a lawsuit in the state circuit court, pursuant to 5 ILCS 140/11.

If you choose to file a request for review with the PAC, you must do so within 60 calendar days of the date of this denial letter (5 ILCS 140/9.5(a)). Please note that you must include a copy of your original FOIA request and this denial letter when filing a request for review with the PAC.

Sincerely,

Lisa Weitekamp
Freedom of Information Officer

For previo...
dallasnews.com/dead...

:IDE
| | | |
|---|---|---|
| 2A | Jumble | 10D |
| 3,15A | Movies | 2E |
| -23,28A | Puzzles | 13,14E |
| 29A | Jobs | 1J |
| 10B | Travel | 1K |
| 2C | Editorials | 2P |
| 19-21C | Letters | 2-3P |

4, The Dallas Morning News



83197 00002

### CORRUPTION INVESTIGATION
# Feds: Price possibly profited from KwanzaaFest

DALLAS SEP 21 14

Commissioner, aide arranged deals between event, MMS, investigators contend; nothing was illegal, attorney says

**By DIANNA HUNT**
Staff Writer
dhunt@dallasnews.com

Dallas County Commissioner John Wiley Price funneled more than $120,000 from KwanzaaFest to a company he reportedly co-owned, in what federal investigators say was a series of business deals that may have generated questionable profits for him.

The deals between KwanzaaFest and MMS, a company also known as Male Man Sales, were made over six years at the direction of Price and Dapheny Fain, his top aide who founded MMS in 2003, according to investigators.

Such transactions would appear to contradict sworn statements submitted to the Internal Revenue Service by KwanzaaFest. The organization told the IRS that it had not had business dealings or business relationships with any of its directors.

KwanzaaFest purchased items from MMS between 2005 and 2010, investigators said.

See **FEDS** Page 26A



**JOHN WILEY PRICE** is the founder and chairman of Kwanzaa-Fest.



**Pork Spare Ribs**
Moist & Tender, Previously Frozen, Sold in the Bag, Limit 2 with Additional $10 Purchase

**1.59** lb
With Card

Kroger

Cantaloupe

**97¢** ea
With Card

Prices, items and offers effective thru Tuesday, September 23, 2014. So that all of our customers can take advantage of our outstanding prices we reserve the right to limit quantities. None sold to dealers, restaurants or other resale establishments. Copyright 2014 - KROGER TEXAS LP, www.kroger.com

Schiff, D-Calif.
**Lone Star Politics** (8:40 a.m., NBC5) — Democratic consultant Matt Angle;

...s. ...Murphy,
D...onn... Mi...ael Mullen, former Joint Chiefs of Staff chairman
**This Week** (9:30 a.m., Channel 8) —

Adam Kinzinger, R-I...
**Face the Nation** (9:30 a...
Sen. Dianne Feinstein, D-...
Rogers, R-Mich.
**State of the Union** (10 a.m., CNN) — Former British Prime Minister Tony Blair

...on that may req...
...ion. You can submit your comments
...llasnews.com/corrections or calling 214-977-8...

# The Dallas Morning News

508 Young St., Dallas TX 75202
USPS 147-680
Periodical postage paid at Dallas, TX 75260

Published daily by The Dallas Morning News, Inc., a subsidiary of A.H. Belo Corporation (ahbelo.com, NYSE symbol: AHC)

**TODAY'S EDITIONS**
Vol. 165, No. 356,
17 sections

Postmaster: Address changes to:
The Dallas Morning News Mail Circulation Dept.,
P.O. Box 655237, Dallas, TX 75265-5237

**Missing your paper?**
myaccount.dallasnews.com
214.745.8383   1.800.925.1500
In Dallas, Collin, Denton and Rockwall counties, we offer same-day replacement delivery if you call **before 10:00 a.m. Monday through Saturday** and **before noon on Sunday**. In all other areas and for missed deliveries reported after those times, we will credit your account.

**Subscribe to the paper**
dallasnews.com/subscribe
214.745.8383   1.800.925.1500
For next-day home delivery in metropolitan Dallas
**Before 11 a.m.**, 7 days a week

**CIRCULATION QUESTIONS?**
Chip Danneker
cdanneker@dallanews.com

**Contact the newspaper**   214.977.8222

| | |
|---|---|
| **News tips** | **SportsDay** |
| 214.977.8456 | 214.977.8444 |
| newstips@dallasnews.com | dmnsports@dallasnews.com |
| **Metro** | **Arts & Life** |
| 214.977.8456 | 214.977.8408 |
| metro@dallasnews.com | artslife@dallasnews.com |
| **Business** | **Editorial page** |
| 214.977.8429 | 214.977.8205 |
| businessnews@dallasnews.com | editorialboard@dallasnews.com |

**Publisher/CEO** James M. Moroney III
214.977.8866/jmoroney@dallasnews.com
**Editor** Bob Mong
214.977.6828/bmong@dallasnews.com
**Managing editor** George Rodrigue
214.977.8341/grodrigue@dallasnews.com
**Editorial Page** Keven Ann Willey
214.977.8253/kwilley@dallasnews.com
**Share your thoughts**
www.dallasnews.com/sendletters

**Manage your account**
myaccount.dallasnews.com
1.800.925.1500
Pay your bill    Report delivery issues
Update profile
Suspend delivery

**Buy an ad**   dallasnews.com/advertising
1.877.265.3995
**Classified**   **Retail & national**
214.745.8123   214.977.8000

**Weddings & engagements**
214.977.7855

**The Watchdog**
watchdog@dallasnews.com
214.977.2952
or write Dave Lieber, P.O. Box 655237, Dallas, Texas 75265

## TEXAS LOTTERY

**Powerball**
Saturday's numbers
**22 23 30 37 39**
Powerball: **16**
Jackpot: $198.3 million
Number of winners: N/A
Winning ticket: N/A
Next drawing: Wednesday
Est. jackpot: N/A

**Mega Millions**
Friday's numbers
**16 25 27 29 34**
Mega Ball: **2**
Jackpot: $72 million
Number of winners: 0
Winning ticket: N/A
Megaplier: **2**
Next drawing: Tuesday
Est. jackpot: $83 million

**Texas Two Step**
Thursday **7 14 17 22**
Bonus ball: **25**

**Lotto Texas**
Saturday's numbers
**24 29 42 48 49 54**
Jackpot: $7 million
Number of winners: 0
Winning ticket: N/A
Next drawing: Wednesday
Est. jackpot: $7.5 million

**Cash 5**
Saturday's numbers
**6 12 16 21 35**

**Daily 4**
Saturday morning  **0 6 2 6**
Saturday day  **5 9 1 6**
Saturday evening  **9 6 3 1**
Saturday night  **4 5 7 5**

**Pick 3**
Saturday morning  **7 4 9**
Saturday day  **2 5 9**
Saturday evening  **3 0 9**
Saturday night  **8 2 1**

For complete results, visit dallasnews.com/lottery

ILLINOIS DEPARTMENT OF CORRECTIONS

903-785-8744

**Offender Authorization for Payment**  $60

Posting Document # _____  Date **Sep 25 14**

Offender Name **ALLENSWORTH**  ID# **B14522**  Housing Unit **4B21**

Pay to **PARIS NEWS**

Address **5050 Loop 286 SE, PO Box 1078**

City, State, Zip **PARIS TX 75461**

The sum of **SIXTY -** dollars and **NO** cents charged to my trust fund account, for the purpose of **NEW SUBSCRIPTION**

☐ I hereby authorize payment of postage for the attached mail. . ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____ ID# **B14522**

Witness Signature _____

☒ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender, Mail Room

Printed on Recycled Paper

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

Marianne Serpa, Dep-in-Charge            Sep 30 14
Corpus Christi US District Court

I now subscribe to 100+ Texas Newspapers. I believe this
is not a wast of my time and money. I believe in limited
voting to loosen winners ties to liars troublemakers and
fellow travelers. This tie promotes violence mayham and chaos.

I expect to keep up the fight.

                          Robert M Allensworth B14522
                          BMRCC 251 N IL 37 S
                          Ina IL 62846 2419

**CLERK, U. S. DISTRICT COURT**
WESTERN DISTRICT OF TEXAS
JOHN H. WOOD JR., U. S. COURTHOUSE
655 EAST CESAR E. CHAVEZ BOULEVARD
SAN ANTONIO, TEXAS 78206-1106

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE: $300

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
23 SEP 2014 PM 4 L

02 1M
0004242561   SEP 23 2014
$ 00.69⁰
MAILED FROM ZIP CODE 78206

4B21

6284624 1951

Bobert M Allensworth B14522 4B21
BMRCC 251 N IL 37 S
Ina IL 62846 2419

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS

Marianne Serpa Dep-in-Charge

US District Clerk's Office

1133 N Shoreline Blvd

Corpus Christi TX 78401

Clerk, U.S. District Court
Southern District of Texas
FILED

OCT 03 2014

David J. Bradley, Clerk of Court

78401$2003 C029