Clerk, U.S. District Court
Southern District of Texas
FILED

OCT 03 2014

David J. Bradley, Clerk of Court

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
August 5, 2014
Lyle W. Cayce
Clerk

No. 14-40003

D.C. Docket No. 2:13-CV-193
D.C. Docket No. 2:13-CV-263

MARC VEASEY; JANE HAMILTON; SERGIO DELEON; FLOYD CARRIER; ANNA BURNS; MICHAEL MONTEZ; PENNY POPE; OSCAR ORTIZ; KOBY OZIAS; LEAGUE OF UNITED LATIN AMERICAN CITIZENS; JOHN MELLOR-CRUMLEY; DALLAS COUNTY, TEXAS,

 Plaintiffs - Appellees

v.

RICK PERRY, in his Official Capacity as Governor of Texas; ET AL,

 Defendants

---

UNITED STATES OF AMERICA,

 Plaintiff - Appellee

TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND; IMANI CLARK; TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS; AURICA WASHINGTON; CRYSTAL OWENS; MICHELLE BESSIAKE; MARIA LONGORIA BENAVIDES,

 Intervenor Plaintiffs - Appellees

v.

STATE OF TEXAS; ET AL,

 Defendants

TRUE THE VOTE,

    Movant - Appellant

    Appeals from the United States District Court for the
Southern District of Texas, Corpus Christi

Before DAVIS, SMITH, and BENAVIDES, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that appellant pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: 2 9 SEP 2014

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: *Christina␣␣Gardner* (signature)
Deputy
2 9 SEP 2014

New Orleans, Louisiana