UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, et al., §
Plaintiffs, §
§
VS. § CIVIL ACTION NO. 2:13-CV-00193
§
RICK PERRY, et al., §
Defendants. §

United States Courts
Southern District of Texas
FILED
SEP 02 2014
David J. Bradley, Clerk of Court

## Defendants' Witness List

Defendants hereby designate the following list of witnesses who may be called at trial, subject to the Court's ruling on legislative privilege. If other witnesses to be called at the trial become known, their names, addresses, and subject of their testimony will be reoprted to opposing counsel in writing as soon as they are known; this does not apply to rebuttal or impeachment witnesses.

1. **Dr. M.V. (Trey) Hood III**, c/o Office of the Attorney General, 209 W. 14th St., Austin, Texas 78701; Dr. Hood's qualifications are as follows: received Ph.D in Political Science from Texas Tech University; received a M.A. in Political Science from Baylor University; tenured professor at the University of Georgia with an appointment in the Department of Political Science; serves as the Director of Graduate Studies for the Department; published peer-reviewed journal articles specifically in the areas of election administration and voter ID laws; teaches courses on American politics, Southern politics, and research methods and has taught a graduate seminar on the topic of election administration; conducted research in election administration and voter ID laws; received research grants from the National Science Foundation and the Pew Charitable Trust. 9/10/14

2. **Dr. Jeffrey Milyo**, c/o Office of the Attorney General, 209 W. 14th St., Austin, Texas 78701; Dr. Milyo's qualifications are as follows: received Ph.D. in economics from Stanford University; received a M.A. in Economics from the University of Connecticut; professor of economics and adjunct professor of political science at the University of Missouri in Columbia, Missouri; Middlebush Professor of Social Science at the University of Missouri for the academic years of 2008-2013; has taught undergraduate and graduate-level courses on American politics, law and economics, political economics, public economics, and public policy; scholarly research has been published in several academic journals, including: the *American Economic Review*; the *American Journal of Public Health*; the *Election Law Journal*; the *Journal of Health, Politics, Policy and Law*; the *Journal of Human Resources*; the *Journal of Law and Economics*; the *Journal of Policy Analysis and Management*; the *Journal of Politics*; *Legislative Studies Quarterly*; *Public Choice*; the *Quarterly Journal of Economics*; *Social Science Quarterly*, and the *State Politics and Policy Quarterly*; is also frequent reviewer of submissions to these and several other academic journals.

3. **Sherri Zgabay**, c/o Office of the Attorney General, 209 W. 14th St., Austin, Texas 78701; Texas Department of Public Safety; testimony would concern the implementation of SB 14.

4. **Bryan Hebert**; c/o Office of the Attorney General, 209 W. 14th St., Austin, Texas 78701; testimony would concern the Texas Legislature's consideration of SB 14. 9/11/14 (depo)

5. **Marc Veasey**, c/o Office of the Attorney General, 209 W. 14th St., Austin, Texas 78701; current Congressman, former Texas State Reprentative; testimony would concern the Texas Legislature's consideration of SB 14.

6. **Sheri Gipson**, c/o Office of the Attorney General, 209 W. 14th St., Austin, Texas 78701; Texas Department of Public Safety; testimony would concern the implementation of SB 14.

7. **Jose Aliseda**, c/o Office of the Attorney General, 209 W. 14th St., Austin, Texas 78701; current District Attorney, former Texas State Representative; testimony would concern the Texas Legislature's consideration of SB 14.

8. **Troy Fraser**, c/o Office of the Attorney General, 209 W. 14th St., Austin, Texas 78701; Texas Senator; testimony would concern the Texas Legislature's consideration of SB 14. 9/10/14 (depo)

9. **Coby Shorter**, c/o Office of the Attorney General, 209 W. 14th St., Austin, Texas 78701; Texas Secretary of State's Office; testimony would concern the implementation of SB 14.

10. **Tommy Williams**, c/o Office of the Attorney General, 209 W. 14th St., Austin, Texas 78701; former Texas Senator; testimony would concern the Texas Legislature's consideration of SB 14. 9/11/14 (depo)

11. **Colby Bueck**; c/o Office of the Attorney General, 209 W. 14th St., Austin, Texas 78701; testimony would concern the Texas Legislature's consideration of SB 14.

12. **David Dewhurst**, c/o Office of the Attorney General, 209 W. 14th St., Austin, Texas 78701; Texas Lieutentant Governor; testimony would concern the Texas Legislature's consideration of SB 14.   9/10/14 (depo)

13. **Robert Duncan**; c/o Office of the Attorney General, 209 W. 14th St., Austin, Texas 78701; former Texas Senator; testimony would concern the Texas Legislature's consideration of SB 14.

14. **Patricia Harless**; c/o Office of the Attorney General, 209 W. 14th St., Austin, Texas 78701; Texas House of Representatives; testimony would concern the Texas Legislature's consideration of SB 14.

15. **B. Keith Ingram**, c/o Office of the Attorney General, 209 W. 14th St., Austin, Texas 78701; Texas Secretary of State's Office; testimony would concern the implementation of SB 14.   9/10/14

16. **Antonio (Tony) Rodriguez**, c/o Office of the Attorney General, 209 W. 14th St., Austin, Texas 78701; Texas Department of Public Safety; testimony would concern the implementation of SB 14.   9/9/14

17. **Janice McCoy**, c/o Office of the Attorney General, 209 W. 14th St., Austin, Texas 78701; former Texas Senate staffer; testimony would concern the Texas Legislature's consideration of SB 14.

18. **Victor Anthony Farinelli**, c/o Office of the Attorney General, 209 W. 14th St., Austin, Texas 78701; Texas Health and Human Services Commission, Department of State Health Services; testimony would concern the implementation of SB 14.   9/9/14

19. **Dan Patrick**, c/o Office of the Attorney General, 209 W. 14th St., Austin, Texas 78701; Texas Senator; testimony would concern the Texas Legislature's consideration of SB 14.   9/10/14 (depo)

20. **Forrest Mitchell**, c/o Office of the Attorney General, 209 W. 14th St., Austin, Texas 78701; Office of the Attorney General; testimony would concern the enforcment of voter fraud in Texas.   9/11/14 (depo)

3

21. **Ann McGeehan**, c/o Office of the Attorney General, 209 W. 14th St., Austin, Texas 78701; Texas County and District Retirement System; testimony would concern the Texas Secretary of State's implementation of SB 14.

22. **Joe Straus**, c/o Office of the Attorney General, 209 W. 14th St., Austin, Texas 78701; Speaker of the Texas House of Representatives; testimony would concern the Texas Legislature's consideration of SB 14.

23. **Joe Peters**, c/o Office of the Attorney General, 209 W. 14th St., Austin, Texas 78701; Texas Department of Public Safety; testimony would concern the implementation of SB 14.

24. **Katherine Cesinger**, c/o Office of the Attorney General, 209 W. 14th St., Austin, Texas 78701; Texas Department of Public Safety; testimony would concern the implementation of SB 14.

25. **John Crawford**, c/o Office of the Attorney General, 209 W. 14th St., Austin, Texas 78701; Department of Public Safety; testimony would concern the implementation of SB 14.   9/11/14

26. Caroline Guidry   9/11/14 (depo)

27. Kenneth Smith   9/11/14 (depo)

28. Michelle Rudolph   9/11/14 (depo)

4