UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, § | | |
| § | | |
| Plaintiffs, § | | |
| VS. § | CIVIL ACTION NO. 2:13-CV-00193 | |
| § | | |
| RICK PERRY, *et al.*, § | | |
| § | | |
| Defendants. § | | |

# DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE ADVISORY CONCERNING GUIDANCE FOR THE NOVEMBER 2014 ELECTIONS

Defendants respectfully request leave to file an advisory concerning guidance for the November 2014 Elections. Ex. 1 (Advisory). The Court previously foreclosed the filing of any further pleadings in the case unless leave is first sought with the Court. Sept. 22, 2014 Tr. at 12:3-5. Therefore, Defendants request leave to file the attached advisory.

Pursuant to the local rules, counsel for Defendants conferred with counsel for Plaintiffs, and this motion is unopposed.

Dated: October 10, 2014

                                                    Respectfully submitted,

                                                    GREG ABBOTT
                                                    Attorney General of Texas

                                                    DANIEL T. HODGE
                                                    First Assistant Attorney General

                                                    JONATHAN F. MITCHELL

Solicitor General

*/s/ J. Reed Clay, Jr.*
J. REED CLAY, JR.
Special Assistant and Senior Counsel
to the Attorney General
Southern District of Texas No. 1160600

JOHN B. SCOTT
Deputy Attorney General for Civil Litigation
Southern District of Texas No. 10418
Texas State Bar No. 17901500
ATTORNEY-IN-CHARGE

ADAM W. ASTON
Deputy Solicitor General
Southern District of Texas No. 2157041

G. DAVID WHITLEY
Assistant Deputy Attorney General
Southern District of Texas No. 2080496

STEPHEN RONALD KEISTER
Assistant Attorney General
Southern District of Texas No. 18580

JENNIFER MARIE ROSCETTI
Assistant Attorney General
Southern District of Texas No. 224780

LINDSEY ELIZABETH WOLF
Assistant Attorney General
Southern District of Texas No. 2292940

FRANCES WHITNEY DEASON
Assistant Attorney General
Southern District of Texas No. 2302872

STEPHEN LYLE TATUM, JR.
Assistant Attorney General
Southern District of Texas No. 2338090

209 West 14th Street
P.O. Box 12548

Austin, Texas 70711-2548
(512) 475-0131

BEN A. DONNELL
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853
Southern District of Texas No. 5689

COUNSEL FOR THE STATE OF TEXAS, RICK PERRY, JOHN STEEN, and STEVE MCCRAW

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2014, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                                        */s/ J. Reed Clay, Jr.*
                                                        J. REED CLAY, JR.