IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) <br> (Consolidated Action) |

**RESPONSE BY PLAINTIFFS AND PLAINTIFF-INTERVENORS TO DEFENDANTS'
ADVISORY REGARDING GUIDANCE FOR THE NOVEMBER 2014 ELECTIONS**

This response to Defendants' Advisory Regarding Guidance for the November 2014 Elections (ECF No. 629-1) is filed by all plaintiffs and plaintiff-intervenors other than the United States.

Although the state has suggested that the Court's opinion caused significant confusion, plaintiffs cannot see how the Court's decision to issue an opinion outlining its legal reasoning in any way *increased* confusion. Far from "adding to the confusion created by the Court's decision," Defendants' Advisory at 2, the Court's decision to issue its opinion as early as possible has provided all parties clarity. The Court's opinion clearly explains that the Court will issue an injunction, and plaintiffs have no doubt that the Court will issue this injunction at an appropriate time.[1] This is especially so given that the Court found that SB 14 was enacted with a purpose to discriminate against African Americans and Latinos in Texas. *Cf. City of Richmond v.*

---

[1] Plaintiffs would also clarify that all forms of SB 14-compliant photo ID would have been accepted as sufficient proof of voter identity under the voter identification rules in effect prior to passage of SB 14, so no voters thinking they have to comply with SB 14 would be turned away if the Court ordered Texas to return to its old rules for this upcoming election. *See* PL471 §30 (allowing the use of, among other things, any "form of identification containing the person's photograph that establishes the person's identity"). To the extent that the Court believes it helpful to make this proviso explicit, plaintiffs would have no opposition to that.

*United States*, 422 U.S. 358, 378 (1975) ("An official action . . . taken for the purpose of discriminating against Negroes on account of their race has no legitimacy at all under our Constitution or under the [Voting Rights Act].").

Date: 10/10/2014

Respectfully submitted,

 */s/ Chad W. Dunn*
CHAD W. DUNN
KEMBEL SCOTT BRAZIL
Brazil & Dunn
4201 Cypress Creek pkwy
Ste 530
Houston, TX 77068
281-580-6310
chad@brazilanddunn.com

J. GERALD HEBERT
JOSHUA J. BONE
Campaign Legal Center
215 E St. NE
Washington, DC 20002
202-736-2200
esimson@campaignlegalcenter.org

NEIL G. BARON
Law Offices of Neil G. Baron
914 FM 517 Rd W
Suite 242
Dickinson, TX 77539
281-534-2748
neil@ngbaronlaw.com

ARMAND DERFNER
Derfner, Altman, & Wilborn
P.O. Box 600
Charleston, SC 29402
843-723-9804
aderfner@dawlegal.com

LUIS ROBERTO VERA, JR.
Law Office of Luis Roberto Vera Jr.
111 Soledad
Ste 1325
San Antonio, TX 78205
210-225-2060
irvlaw@sbcglobal.net

*Counsel for Veasey Plaintiffs*

*/s/ Marinda Van Dalen*
MARINDA VAN DALEN
PRICILLA NORIEGA
ROBERT W. DOGGETT
KATHRYN NEWELL
Texas Rio Grande Legal Aid, Inc.
531 E St Francis
Brownsville, TX 78520
956-982-5543
mvandalen@trla.org

JOSE GARZA
Law Office of Jose Garza
7414 Robin Rest Drive
San Antonio, Texas 98209
210-392-2856
garzapalm@aol.com

*Counsel for Ortiz Plaintiffs*

*/s/ Rolando L. Rios*
ROLANDO L. RIOS
Law Offices of Rolando L. Rios
115 E. Travis
Ste 1645
San Antonio, TX 78205
210-222-2102
rrios@rolandorioslaw.com

*Counsel for Texas Association of Hispanic*
 *County Judges and County Commissioners*
*Plaintiff-Intervenors*

*/s/ Ezra D. Rosenberg*
EZRA D. ROSENBERG
MICHELLE H. YEARY
STEVEN B. WEISBURD
AMY L. RUDD
LINDSEY COHAN
DECHERT LLP
902 Carnegie Center, Suite 500
Princeton, New Jersey 08540-6531
609-955-3222
Ezra.rosenberg@dechert.com

WENDY WEISER
MYRNA PEREZ
VISHAL AGRAHARKAR
JENNIFER CLARK
The Brennan Center for Justice at NYU Law School
161 Avenue of the Americas, Floor 12
New York, New York 10013-1205
649-292-8310
Wendy.weiser@nyu.edu

ROBERT A. KENGLE
MARK A. POSNER
ERANDI ZAMORA
Lawyers' Committee for Civil Rights
1401 New York Avenue, N.W., Suite 400
Washington, D.C. 20005
202-662-8345
mposner@lawyerscommittee.org

DANIEL GAVIN COVICH
Covich Law Firm LLC
Frost Bank Plaza
802 N Carancahua, Ste 2100
Corpus Christi, TX 78401
361-884-5400
Daniel@covichlawfirm.com

GARY BLEDSOE
Potter Bledsoe, L.L.P.
316 W. 12th Street, Suite 307
Austin, Texas 78701
garybledsoe@sbcglobal.net

ROBERT NOTZON
The Law Office of Robert Notzon
1502 West Avenue
Austin, Texas 78701
Robert@notzonlaw.com

KIM KEENAN
MARSHALL TAYLOR
VICTOR GOODE
NAACP
4805 Mt. Hope Drive
Baltimore, Maryland 21215
kkeenan@naacpnet.org

*Counsel for Plaintiffs Texas State
Conference of NAACP Branches, Mexican
American Legislative Caucus of the Texas
House of Representatives*

*/s/ Christina Swarns*
CHRISTINA SWARNS
RYAN P. HAYGOOD
NATASHA M. KORGAONKAR
LEAH C. ADEN
DEUEL ROSS
NAACP Legal Defense and Educational
 Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006
212-965-2200
rhaygood@naacpldf.org

DANIELLE CONLEY
JONATHAN PAIKIN
KELLY P. DUNBAR
SONYA L. LEBSACK
LYNN EISENBURG
RICHARD F. SHORDT
TANIA C. FARANSSO
WilmerHale LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
202-663-6006
danielle.conley@wilmerhale.com

*Counsel for Texas League of Young Voters Plaintiff-Intervenors*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2014, I served a true and correct copy of the foregoing via the Court's ECF system on the following counsel of record:

John B. Scott
John Reed Clay, Jr.
Gregory David Whitley
Jonathan F. Mitchell
Sean Flammer
Stephen Ronald Keister
Arthur D'Andrea
Jennifer Marie Roscetii
Lindsey Elizabeth Wolf
Office of the Texas Attorney General
john.scott@texasattorneygeneral.gov
reed.clay@texasattorneygeneral.gov
david.whitley@texasattorneygeneral.gov
jonathan.mitchell@texasattorneygeneral.gov
sean.flammer@texasattorneygeneral.gov
ronny.keister@texasattorneygeneral.gov
arthur.dandrea@texasattorneygeneral.gov
jennifer.roscetti@texasattorneygeneral.gov
lindsey.wolf@texasattorneygeneral.gov

Ben Addison Donnell
Donnell Abernethy & Kieschnick
bdonnell@dakpc.com

*Counsel for Defendants*


*/s/ Chad W. Dunn*
Brazil & Dunn
4201 Cypress Creek pkwy
Ste 530
Houston, TX 77068
281-580-6310
chad@brazilanddunn.com