UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 2:13-CV-00193 |
| RICK PERRY, *et al.*, | § § | |
| Defendants. | § § | |

## ADVISORY REGARDING GUIDANCE FOR THE NOVEMBER 2014 ELECTIONS

Last night, this Court entered an opinion stating that S.B. 14 is illegal. Yet it has not entered final judgment or an injunction, though the opinion says they are forthcoming. The remedy described, although not implemented by the Court, is not clear. The scope of the planned injunction appears to be quite broad (much broader than it should be, even assuming the Court is correct regarding the merits of this case), but it is not described in any detail. Nor does the Court's opinion announce the anticipated timing of its injunction. It is not clear if the Court's injunction will apply to this election. On the one hand, this Court has seemed intent on deciding these issues in time for this election. On the other hand, the Supreme Court's decision in *Purcell* (and recent decisions regarding election laws in Wisconsin, Ohio, and North Carolina) counsel this Court against upsetting the status quo. In Texas, the status quo is that Voter ID is in effect. It has been already been used, without incident, in 3 statewide elections.

1

If this Court's purpose in implementing a hurried discovery period and holding trial in the midst of an election (over the protests of most plaintiffs, the Department of Justice, and the defendants) was designed to impact the current election, the Court has already succeeded. The issuance of an opinion with no injunction or direction regarding the timing of the injunction is already adding to the confusion created by the Court's decision. Texas respectfully requests that the Court enter the planned injunction and judgment by the close of business today.

Dated: October 10, 2014

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JONATHAN F. MITCHELL
Solicitor General

*/s/ J. Reed Clay, Jr.*
J. REED CLAY, JR.
Special Assistant and Senior Counsel
to the Attorney General
Southern District of Texas No. 1160600

JOHN B. SCOTT
Deputy Attorney General for Civil Litigation
Southern District of Texas No. 10418
Texas State Bar No. 17901500
ATTORNEY-IN-CHARGE

ADAM W. ASTON
Deputy Solicitor General
Southern District of Texas No. 2157041

G. DAVID WHITLEY
Assistant Deputy Attorney General
Southern District of Texas No. 2080496

STEPHEN RONALD KEISTER
Assistant Attorney General
Southern District of Texas No. 18580

JENNIFER MARIE ROSCETTI
Assistant Attorney General
Southern District of Texas No. 224780

LINDSEY ELIZABETH WOLF
Assistant Attorney General
Southern District of Texas No. 2292940

FRANCES WHITNEY DEASON
Assistant Attorney General
Southern District of Texas No. 2302872

STEPHEN LYLE TATUM, JR.
Assistant Attorney General
Southern District of Texas No. 2338090

209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 475-0131

BEN A. DONNELL
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853
Southern District of Texas No. 5689

COUNSEL FOR THE STATE OF TEXAS, RICK PERRY, JOHN STEEN, and STEVE MCCRAW