UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 13-CV-00193 |
| | § | |
| RICK PERRY, *et al*, | § § | |
| Defendants. | § | |

## FINAL JUDGMENT

Following a bench trial, the Court issued an Opinion in this case. (D.E. 628.) The Court hereby enters a permanent and final injunction, enjoining the Defendants from enforcing the voter identification provisions, Sections 1 through 15 and 17 through 22, of SB 14. The State of Texas is ORDERED to return to enforcing the voter identification requirements for in-person voting in effect immediately prior to the enactment and implementation of SB 14.

ORDERED this 11th day of October, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE