APPEAL,APPEAL_NAT,CLOSED,LEAD

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Corpus Christi)
## CIVIL DOCKET FOR CASE #: 2:13-cv-00193
### Internal Use Only

Veasey et al v. Perry et al
Assigned to: Judge Nelva Gonzales Ramos
Member cases:

    2:13-cv-00263
    2:13-cv-00291
    2:13-cv-00348

Cause: 42:1973 Voting Rights Act

Date Filed: 06/26/2013
Date Terminated: 10/11/2014
Jury Demand: None
Nature of Suit: 441 Civil
Rights: Voting
Jurisdiction: Federal Question

**Plaintiff**

**Marc Veasey**     represented by     **Armand Derfner**
P O Box 600
Charleston, SC 29402
843-723-9804
Email: aderfner@dawlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
Brazil & Dunn
4201 Cypress Creek Pkwy
Ste 530
Houston, TX 77068
281-580-6310
Fax: 281-580-6362
Email: chad@brazilanddunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emma P Simson**

Campaign Legal Center
215 E St NE
Washington, DC 20002
202-736-2200
Email: esimson@campaignlegalcenter.org
*TERMINATED: 09/15/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
Attorney at Law
191 Somervelle Street
#405
Alexandria, VA 22304
703-628-4673
Email: ghebert@campaignlegalcenter.org
*ATTORNEY TO BE NOTICED*

**Joshua James Bone**
Campaign Legal Center
215 E Street NE
Washington, DC 20002
202-736-2200
Email: jbone@campaignlegalcenter.org
*ATTORNEY TO BE NOTICED*

**Kembel Scott Brazil**
Brazil & Dunn
4201 Cypress Creek Parkway
Suite 530
Houston, TX 77068
281-580-6310
Fax: 281-580-6362
Email: scott@brazilanddunn.com
*ATTORNEY TO BE NOTICED*

**Neil G Baron**
Attorney at Law

914 FM 517 Rd W
Suite 242
Dickinson, TX 77539
281-534-2748
Fax: 281-534-4309
Email: neil@ngbaronlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jane Hamilton**    represented by    **Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kembel Scott Brazil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil G Baron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sergio DeLeon**    represented by    **Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kembel Scott Brazil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil G Baron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Floyd Carrier**    represented by **Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kembel Scott Brazil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil G Baron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Burns**          represented by  **Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kembel Scott Brazil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil G Baron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael          represented by  Armand Derfner**
**Montez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kembel Scott Brazil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil G Baron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Penny Pope**          represented by   **Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kembel Scott Brazil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil G Baron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Oscar Ortiz**          represented by   **Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kembel Scott Brazil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil G Baron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Koby Ozias**          represented by **Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOHN DOE**          represented by **Armand Derfner**
*TERMINATED:*
*12/16/2013*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**League Of        represented by   Armand Derfner**
**United Latin                      (See above for address)**
**American                          *LEAD ATTORNEY***
**Citizens                          *ATTORNEY TO BE NOTICED***

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luis Roberto Vera , Jr**
Attorney at Law
111 Soledad
Ste 1325
San Antonio, TX 78205
210-225-3300
Fax: 210-225-2060
Email: lrvlaw@sbcglobal.net
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**John Mellor-    represented by   Armand Derfner**
**Crumley                          (See above for address)**
**                                 *LEAD ATTORNEY***
**                                 *ATTORNEY TO BE NOTICED***

**J Gerald Hebert**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Dallas County, Texas** | represented by | **Armand Derfner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **JANE DOE**<br>*TERMINATED: 12/16/2013* | represented by | **Armand Derfner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

| | | |
|---|---|---|
| **United States** | represented by | **Anna Baldwin** |

**Of America**                            U.S. Dept. of Justice
                                          950 Pennsylvania Ave NW
                                          NWB 7273
                                          Washington, DC 20530
                                          202-305-4278
                                          Email: anna.baldwin@usdoj.gov
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Bradley E Heard**
                                          U.S. Department of Justice
                                          Civil Rights Division
                                          950 Pennsylvania Ave. N.W.
                                          Room NWB-7269
                                          Washington, DC 20530
                                          202-305-4196
                                          Email: bradley.heard@usdoj.gov
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Elizabeth S Westfall**
                                          US Department of Justice
                                          950 Pennsylvania Ave
                                          NW NWB Rm 7125
                                          Washington, DC 20530
                                          202-305-7766
                                          Email: elizabeth.westfall@usdoj.gov
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Richard Dellheim**
                                          US Dept of Justice
                                          950 Pennsylvania Ave NW
                                          7254 NWB
                                          Washington, DC 20530
                                          202-305-1734
                                          Email: richard.dellheim@usdoj.gov
                                          *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Robert S Berman**
US Department of Justice
Civil Rights Division
950 Pennsylvania Ave NW, 7243NWB
Washington, DC 20530
2025148690
Email: robert.berman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Avner Michael Shapiro**
U.S. Justice Department, Civil RIghts
Division
950 Pennsylvania Ave., NW (NWB-7200--
Voting Section)
Washington, DC 20530
202-305-1840
Email: avner.shapiro@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Bruce I Gear**
Department of Justice
1800 G St NW
Washington, DC 20006
202-353-0419
Email: bruce.gear@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Daniel J Freeman**
US Department of Justice
950 Pennsylvania Ave NW
NWB 7123
Washington, DC 20009
202-305-4355
Fax: 202-307-3961
Email: daniel.freeman@usdoj.gov

*ATTORNEY TO BE NOTICED*

**Jennifer L Maranzano**
US Department of Justice
Civil Rights Division - Voting Section
950 Pennsylvania Ave, NW - NWB
Washington, DC 20530
800-253-3931
Email: jennifer.maranzano@usdoj.gov
*ATTORNEY TO BE NOTICED*

**John Albert Smith , III**
Office of the US Attorney
800 N Shoreline Blvd
Ste 500
Corpus Christi, TX 78401
361-888-3111
Fax: 361-888-3200
Email: john.a.smith@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Meredith Bell-Platts**
US Department of Justice
Voting Section - Civil Rights Division
950 Pennsylvania Ave, NW
NWB 7259
Washington, DC 20530
202-305-8051
Email: meredith.bell-platts@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

| | | |
|---|---|---|
| **Mexican American Legislative Caucus, Texas House of Representatives** | represented by | **Ezra D Rosenberg**<br>Dechert LLP<br>902 Carnegie Ctr<br>Ste 500<br>Princeton, NJ 08540-6531<br>609-955-3222 |

Email: ezra.rosenberg@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lindsey Beth Cohan**
Dechert LLP
300 West 6th St
Ste 2010
Austin, TX 78701
512-394-3027
Email: Lindsey.Cohan@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Lynne Rudd**
Dechert LLP
300 W 6th St
Suite 2010
Austin, TX 78701
512-394-3040
Email: amy.rudd@dechert.com
*ATTORNEY TO BE NOTICED*

**Jennifer Clark**
Brennan Ctr for Justice
NYU School of Law
161 Avenue of the Americas
12th Fl
New York, NY 10013
646-292-8310
Email: jenniferl.clark@nyu.edu
*ATTORNEY TO BE NOTICED*

**Michelle Yeary**
Dechert LLP
902 Carnegie Ctr
Ste 500
Princeton, NJ 08540-6531

Case 2:13-cv-00193  Document 635-2  Filed on 10/14/14 in TXSD  Page 14 of 163

609-955-3277
Email: michelle.yeary@dechert.com
*ATTORNEY TO BE NOTICED*

**Myrna Perez**
Brennan Ctr for Justice at NYU School of
Law
161 Ave of the Americas, 12th Fl
New York, NY 10013
646-292-8329
Email: myrna.perez@nyu.edu
*ATTORNEY TO BE NOTICED*

**Vishal Agraharkar**
Brennan Ctr for Justice
NYU School of Law
161 Avenue of the Americas
12th Fl.
New York, NY 10013
646-292-8310
Email: vishal.agraharkar@nyu.edu
*ATTORNEY TO BE NOTICED*

**Wendy Weiser**
Brennan Ctr for Justice
NYU School of Law
161 Avenue of the Americas
12th Fl
New York, NY 10013
646-292-8310
Email: wendy.weiser@nyu.edu
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

| | | |
|---|---|---|
| **Texas State Conference of NAACP Branches** | represented by | **Daniel Gavin Covich**<br>Covich Law Firm LLC<br>Frost Bank Plaza<br>802 N Carancahua, Ste 2100 |

Corpus Christi, TX 78401
361-884-5400
Email: daniel@covichlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erandi Zamora**
Lawyers' Committee of Civil Rights Under
Law
1401 New York Ave
Ste 400
Washington, DC 20005
202-662-8345
Email: ezamora@lawyerscommittee.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ezra D Rosenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lindsey Beth Cohan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A Posner**
Lawyers' Committee for Civil Rights
1401 New York Ave NW
Ste 400
Washington, DC 20005
202-662-8389
Email: mposner@lawyerscommittee.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sonia Kaur Gill**

Lawyers' Committee for Civil Rights Under
Law
1401 New York Ave NW
Ste 400
Washington, DC 20005
202-662-8356
Email: sgill@lawyerscommittee.org
*TERMINATED: 08/15/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Lynne Rudd**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Clark**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle Yeary**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Myrna Perez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vishal Agraharkar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wendy Weiser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Estela Garcia**         represented by **Jose Garza**
**Espinosa**                              Law Office of Jose Garza

7414 Robin Rest Dr.
San Antonio, TX 78209
210-392-2856
Email: garzpalm@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Trenholm Newell**
Texas RioGrande Legal Aid Inc
1111 N Main Ave
San Antonio, TX 78212
210-212-3711
Email: knewell@trla.org
*ATTORNEY TO BE NOTICED*

**Marinda Van Dalen**
Texas RioGrande Legal Aid Inc
531 E St Francis
Brownsville, TX 78520
956-982-5543
Fax: 956-541-1410
Email: mvandalen@trla.org
*ATTORNEY TO BE NOTICED*

**Priscilla Noriega**
Texas Rio Grande Legal Aid Inc
531 E St Francis
Brownsville, TX 78521
956-243-4229
Email: pnoriega@trla.org
*ATTORNEY TO BE NOTICED*

**Robert W Doggett**
Texas Rio Grande Legal Aid Inc
4920 North IH 35
Austin, TX 78751
512-374-2725
Fax: 512-447-3940

Email: rdoggett@trla.org
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Lionel Estrada**      represented by      **Jose Garza**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Trenholm Newell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marinda Van Dalen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Priscilla Noriega**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert W Doggett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Roxanne      represented by      Jose Garza**
**Hernandez**                     (See above for address)
*TERMINATED:*                     *LEAD ATTORNEY*
*04/30/2014*                      *ATTORNEY TO BE NOTICED*

**Kathryn Trenholm Newell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marinda Van Dalen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Priscilla Noriega**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert W Doggett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**La Union Del          represented by   Jose Garza**
**Pueblo Entero,                         (See above for address)
Inc.                                     *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Kathryn Trenholm Newell**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

                                         **Marinda Van Dalen**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

                                         **Priscilla Noriega**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

                                         **Robert W Doggett**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Lydia Lara            represented by   Jose Garza**
*TERMINATED:*                            (See above for address)
*08/08/2014*                             *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Kathryn Trenholm Newell**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Marinda Van Dalen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Priscilla Noriega**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert W Doggett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Margarito**          represented by **Jose Garza**
**Martinez Lara**                    (See above for address)
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

                                     **Kathryn Trenholm Newell**
                                     (See above for address)
                                     *ATTORNEY TO BE NOTICED*

                                     **Marinda Van Dalen**
                                     (See above for address)
                                     *ATTORNEY TO BE NOTICED*

                                     **Priscilla Noriega**
                                     (See above for address)
                                     *ATTORNEY TO BE NOTICED*

                                     **Robert W Doggett**
                                     (See above for address)
                                     *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Maximina**            represented by  **Jose Garza**
**Martinez Lara**                      (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **Kathryn Trenholm Newell**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

                                       **Marinda Van Dalen**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

                                       **Priscilla Noriega**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

                                       **Robert W Doggett**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Eulalio**             represented by  **Jose Garza**
**Mendez, Jr.**                        (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **Kathryn Trenholm Newell**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

                                       **Marinda Van Dalen**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

                                       **Priscilla Noriega**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

Case 2:13-cv-00193  Document 635-2  Filed on 10/14/14 in TXSD  Page 22 of 163

**Robert W Doggett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Belinda Ortiz**        represented by   **Jose Garza**
*TERMINATED:*                            (See above for address)
*09/02/2014*                             *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Kathryn Trenholm Newell**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

                                         **Marinda Van Dalen**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

                                         **Priscilla Noriega**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

                                         **Robert W Doggett**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Sgt Lenard**          represented by   **Jose Garza**
**Taylor**                               (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Kathryn Trenholm Newell**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

                                         **Marinda Van Dalen**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Priscilla Noriega**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert W Doggett**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

**Rick Perry**        represented by   **Arthur D'Andrea**
*in his Official*                      Office of the Attorney General
*Capacity as*                          209 W 14th St
*Governor of*                          7th Fl
*Texas*                                Austin, TX 78701
                                       512-936-2868
                                       Email:
                                       arthur.dandrea@texasattorneygeneral.gov
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **John Barret Scott**
                                       Office of the Attorney General
                                       209 West 14th Street
                                       8th Floor
                                       Austin, TX 78701
                                       512-475-0131
                                       Fax: 512-936-0545
                                       Email: john.scott@texasattorneygeneral.gov

                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **Adam Warren Aston**

Texas Attorney General
209 W 14th St
7th Floor
Austin, TX 78701
512-936-1700
Email:
adam.aston@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**Ben Addison Donnell**
Donnell Abernethy Kieschnick
555 N Carancahua
Suite 400
Corpus Christi, TX 78401-0817
361-866-8102
Fax: 361-880-5618
Email: bdonnell@dakpc.com
*ATTORNEY TO BE NOTICED*

**Gregory David Whitley**
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
512-475-3281
Email:
david.whitley@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**Jennifer Marie Roscetti**
Office of the Attorney General
PO Box 12548
Austin, TX 78711-2548
512-475-4183
Email:
jennifer.roscetti@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**John Reed Clay , Jr**

Office Of The Attorney General
PO Box 12548
MC001
Austin, TX 78711-2548
512-936-2541
Fax: 512-936-0545
Email: reed.clay@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
Office of the Texas Attorney General
209 West 14th St (MC 059)
7th Floor
Austin, TX 78701
512-936-1695
Email:
jonathan.mitchell@texasattorneygeneral.gov

*ATTORNEY TO BE NOTICED*

**Lindsey Elizabeth Wolf**
Office of the Attorney General
PO Box 12548
Austin, TX 78703
512-475-4233
Email:
lindsey.wolf@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**Sean Flammer**
Mail Stop 017-6
P.O. Box 12548
Austin, TX 78711-2548
512-475-4866
Fax: (512) 477-2348
Email:
sean.flammer@texasattorneygeneral.gov
*TERMINATED: 04/11/2014*

*ATTORNEY TO BE NOTICED*

**Stephen Ronald Keister**
Texas Attorney General
P O Box 12548
Capitol Station
Austin, TX 78711-2548
512-463-2197
Email:
Ronny.Keister@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**Stephen Lyle Tatum , Jr**
Office of the Attorney General
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **John Steen**<br>*in his Official Capacity as Texas Secretary of State* | represented by | **Arthur D'Andrea**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**John Barret Scott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Warren Aston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ben Addison Donnell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory David Whitley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Marie Roscetti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Reed Clay , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsey Elizabeth Wolf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Flammer**
(See above for address)
*TERMINATED: 04/11/2014*
*ATTORNEY TO BE NOTICED*

**Stephen Ronald Keister**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Lyle Tatum , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**State Of Texas**    represented by **Arthur D'Andrea**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Barret Scott**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Warren Aston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ben Addison Donnell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory David Whitley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Marie Roscetti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Reed Clay , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsey Elizabeth Wolf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Flammer**
(See above for address)
*TERMINATED: 04/11/2014*
*ATTORNEY TO BE NOTICED*

**Stephen Ronald Keister**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**Steve McGraw**   represented by   **Arthur D'Andrea**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Warren Aston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ben Addison Donnell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory David Whitley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Marie Roscetti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Reed Clay , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Barret Scott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsey Elizabeth Wolf**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Sean Flammer**
(See above for address)
*TERMINATED: 04/11/2014*
*ATTORNEY TO BE NOTICED*

**Stephen Ronald Keister**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Lyle Tatum , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol
Defendant**

**State Of Texas**   represented by **John Barret Scott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol
Defendant**

**Steve McCraw**   represented by **John Barret Scott**
*In His Official*                (See above for address)
*Capacity as*                    *LEAD ATTORNEY*
*Director of the*                *ATTORNEY TO BE NOTICED*
*Texas*
*Department of*                  **Jonathan F. Mitchell**
*Public Safety*                  (See above for address)
                                 *ATTORNEY TO BE NOTICED*

V.

**Respondent**

| | | |
|---|---|---|
| **Office of The Attorney General** | represented by | **John Barret Scott** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Intervenor Plaintiff**

| | | |
|---|---|---|
| **Texas League of Young Voters Education Fund** | represented by | **Christina A Swarns** NAACP Legal Defense Fund 40 Rector Street, 5th Floor New York, NY 10006 212-965-2200 Fax: 212-229-7592 Email: cswarns@naacpldf.org *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Danielle Conley**
Wilmer Cutler Pickering, et al
1875 Pennsylvania Avenue, NW
Washington, DC 20006
202-663-6006
Email: danielle.conley@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan E Paikin**
Wilmer Cutler et al
1875 Pennsylvania Avenue NW
Washington, DC 20006
202-663-6703
Email: jonathan.paikin@wilmerhale.com
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Kelly Dunbar**
Wilmer Cutler Pickering, et al
1875 Pennsylvania Avenue, NW
Washington, DC 20006
202-663-6262
Email: kelly.dunbar@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leah Aden**
NAACP Legal Defense and Educational
Fund, Inc.
40 Rector St
5th Floor
New York, NY 10006
212-965-2200
Email: laden@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natasha Korgaonkar**
NAACP Legal Def and Educational Funds,
Inc.
40 Rector St
5th Floor
New York, NY 10006
212-965-2200
Email: nkorgaonkar@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Haygood**
NAACP Legal Def and Educational Fund,
Inc.
40 Rector Street
5th Floor

New York, NY 10006
212-965-2200
Email: rhaygood@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sonya Lebsack**
Wilmer Cutler Pickering, et al
1875 Pennsylvania Avenue, NW
Washington, DC 20006
202-663-6063
Email: sonya.lebsack@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard F. Shordt**
Wilmer Cutler et al
1875 Pennsylvania Ave NW
Washington, DC 20006
202-663-6693
Email: richard.shordt@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Tania C. Faransso**
Wilmer Cutler, et al
1875 Pennsylvania Ave NW
Washington, DC 20006
202-663-6435
Email: tania.faransso@wilmerhale.com
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Intervenor Plaintiff** | | |
| **IMANI CLARK** | represented by | **Christina A Swarns** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Danielle Conley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan E Paikin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kelly Dunbar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leah Aden**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natasha Korgaonkar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Haygood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sonya Lebsack**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**M Hasan Ali**
Wilmer Cutler Pickering Hale & Dorr LLP

1875 Pennsylvania Avenue NW
Washington, DC 20006
202-663-6671
Email: hasan.ali@wilmerhale.com
*TERMINATED: 06/26/2014*
*ATTORNEY TO BE NOTICED*

**Richard F. Shordt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor
Plaintiff**

**Imani Clark**          represented by     **Christina A Swarns**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deuel Ross**
NAACP Legal Defense and Educational
Fund Inc
40 Rector St
5th Fl
New York, NY 10006
212-965-2200
Email: dross@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor
Plaintiff**

**Texas League**     represented by     **Christina A Swarns**
**of Young**                            (See above for address)
**Voters**                              *LEAD ATTORNEY*
**Education**                           *ATTORNEY TO BE NOTICED*
**Fund**

**Deuel Ross**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerard J Sinzdak**
Wilmer Cutler Pickering Hale & Dorr, LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
202-663-6220
Email: gerard.sinzdak@wilmerhale.com
*TERMINATED: 05/12/2014*
*ATTORNEY TO BE NOTICED*

**Lynn Eisenberg**
Wilmer Cutler et al
1875 Pennsylvania Ave NW
Washington, DC 20006
202-663-6809
Email: lynn.eisenberg@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**M Hasan Ali**
(See above for address)
*TERMINATED: 06/26/2014*
*ATTORNEY TO BE NOTICED*

**Richard F. Shordt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Haygood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tania C. Faransso**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Intervenor</u>**

**<u>Plaintiff</u>**

| | | |
|---|---|---|
| **Texas Association of Hispanic County Judges and County Commissioners** | represented by | **Rolando L Rios** Attorney at Law 115 E Travis Ste 1645 San Antonio, TX 78205 210-222-2102 Fax: 210-222-2898 Email: rrios@rolandorioslaw.com *ATTORNEY TO BE NOTICED* |

**<u>Intervenor Plaintiff</u>**

| | | |
|---|---|---|
| **Aurica Washington** *TERMINATED: 04/11/2014* | represented by | **Ryan Haygood** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**<u>Intervenor Plaintiff</u>**

| | | |
|---|---|---|
| **Crystal Owens** *TERMINATED: 04/11/2014* | represented by | **Ryan Haygood** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**<u>Intervenor Plaintiff</u>**

| | | |
|---|---|---|
| **Michelle Bessiake** *TERMINATED: 06/17/2014* | represented by | **Ryan Haygood** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Christina A Swarns** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Danielle Conley** (See above for address) |

*ATTORNEY TO BE NOTICED*

**Jonathan E Paikin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kelly Dunbar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah Aden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Natasha Korgaonkar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sonya Lebsack**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Maria Longoria Benavides**     represented by   **Rolando L Rios**
*TERMINATED:*                                     (See above for address)
*05/22/2014*                                      *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Hidalgo County**   represented by   **Preston Edward Henrichson**
Attorney at Law
222 W Cano
Edinburg, TX 78539
956-383-3535

Fax: 956-383-3585
Email: preston@henrichsonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rolando L Rios**
(See above for address)
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Third Party Defendant** | | |
| **Third Party Legislators** | represented by | **Arthur D'Andrea**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Third Party Defendant** | | |
| **Texas Health and Human Services Commission** | represented by | **John Barret Scott**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Movant** | | |
| **True the Vote**<br>*TERMINATED: 12/11/2013* | represented by | **Joseph M Nixon**<br>Bierne Maynard & Parsons<br>1300 Post Oak Blvd<br>Ste 2500<br>Houston, TX 77056<br>713-871-6809<br>Fax: 713-960-1527<br>Email: jnixon@bmpllp.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**James Edwin Trainor , III**<br>Beirne, Maynard & Parsons, L.L.P.<br>401 W 15th St |

Ste 845
Austin, TX 78701
512-623-6700
Fax: 512-623-6701
Email: ttrainor@bmpllp.com
*ATTORNEY TO BE NOTICED*

**Movant**

| | | |
|---|---|---|
| **Bipartisan Legal Advisory Group of the United States House of Representatives** | represented by | **Kerry W Kircher**<br>Office of the General Counsel<br>U. S. House of Representatives<br>219 Cannon House Office Bldg<br>Washington, DC 20515<br>202-225-9700<br>Fax: 202-226-1360<br>Email: kerry.kircher@mail.house.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **Kirk P Watson** | represented by | **Alice London**<br>Bishop London & Dodds<br>3701 Bee Cave Rd<br>Ste 200<br>Austin, TX 78746<br>512-479-5900<br>Email: alondon@bishoplondon.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **Rodney Ellis** | represented by | **Alice London**<br>Bishop London Brophy and Dodds<br>3701 Bee Cave Rd<br>Ste 200<br>Austin, TX 78746<br>512-479-5900<br>Email: alondon@bishoplondon.com |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Juan Hinojosa**     represented by   **Alice London**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Movant**

**Jose Rodriguez**     represented by   **Alice London**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Movant**

**Carlos Uresti**     represented by   **Alice London**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Movant**

**Royce West**     represented by   **Alice London**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

**Movant**

**John Whitmire**     represented by   **Alice London**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Movant**

**Judith Zaffirini**  represented by   **Alice London**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

Case 2:13-cv-00193   Document 635-2   Filed on 10/14/14 in TXSD   Page 42 of 163

**Movant**

| | | |
|---|---|---|
| **Lon Burnam** | represented by | **James B Eccles** |
| | | Office of the AG of Texas |
| | | 300 W 15th Street |
| | | 11th Floor |
| | | Austin, TX 78701 |
| | | 512-463-2120 |
| | | Fax: 512-320-0667 |
| | | Email: |
| | | beau.eccles@texasattorneygeneral.gov |
| | | *ATTORNEY TO BE NOTICED* |

**Movant**

**Yvonne Davis**      represented by      **James B Eccles**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Jessica Farrar**      represented by      **James B Eccles**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Helen Giddings**  represented by  **James B Eccles**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Roland**      represented by      **James B Eccles**
**Gutierrez**          (See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Borris Miles**      represented by      **James B Eccles**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Sergio Munoz,**   represented by   **James B Eccles**

**Jr.**                         (See above for address)
                                *ATTORNEY TO BE NOTICED*

**Movant**

**Ron Reynolds**    represented by   **James B Eccles**
                                (See above for address)
                                *ATTORNEY TO BE NOTICED*

**Movant**

**Chris Turner**    represented by   **James B Eccles**
                                (See above for address)
                                *ATTORNEY TO BE NOTICED*

**Movant**

**Armando**         represented by   **James B Eccles**
**Walle**                       (See above for address)
                                *ATTORNEY TO BE NOTICED*


V.

**Interested
Party**

**Robert M**        represented by   **Robert M Allensworth**
**Allensworth**                 B14522 4B21
                                BMRCC 251 N IL 37 S
                                Ina, IL 62846-2419
                                PRO SE

**Interested
Party**

**C. Richard**      represented by   **C. Richard Quade**
**Quade**                       3105 21st Street
                                Lubbock, TX 79410
                                PRO SE

| Date Filed | # | Docket Text |
| --- | --- | --- |
|  |  |  |

| | | |
|---|---|---|
| 06/26/2013 | 1 | COMPLAINT against Rick Perry, John Steen (Filing fee $ 400 receipt number 0541-11624407) filed by Michael Montez, Sergio DeLeon, Penny Pope, Jane Hamilton, Oscar Ortiz, Floyd Carrier, Marc Veasey, Anna Burns. (Attachments: # 1 Exhibit Exhibit A, # 2 Civil Cover Sheet)(Dunn, Chad) (Entered: 06/26/2013) |
| 06/27/2013 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 9/27/2013 at 09:00 AM before Judge Nelva Gonzales Ramos Parties notified.(dterrell, ) (Entered: 06/27/2013) |
| 07/11/2013 | 3 | CERTIFICATE OF INTERESTED PARTIES by Marc Veasey, filed.(Dunn, Chad) (Entered: 07/11/2013) |
| 08/22/2013 | 4 | First AMENDED Complaint against All Defendants filed by Michael Montez, Sergio DeLeon, Penny Pope, Jane Hamilton, Oscar Ortiz, Floyd Carrier, Marc Veasey, Anna Burns, Koby Ozias, JOHN DOE, League Of United Latin American Citizens, John Mellor-Crumley, Dallas County, Texas, JANE DOE.(Dunn, Chad) (Entered: 08/22/2013) |
| 08/22/2013 | 5 | MOTION for Armand Derfner to Appear Pro Hac Vice by Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. Motion Docket Date 9/12/2013. (Dunn, Chad) (Entered: 08/22/2013) |
| 08/23/2013 | 6 | ORDER granting 5 Motion to Appear Pro Hac Vice. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, ) (Entered: 08/23/2013) |
| 08/26/2013 | 7 | MOTION for J. Gerald Hebert to Appear Pro Hac Vice by Marc Veasey, filed. Motion Docket Date |

| | | |
|---|---|---|
| | | 9/16/2013. (Dunn, Chad) (Entered: 08/26/2013) |
| 08/26/2013 | 15 | MOTION to Intervene by TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, filed. Motion Docket Date 9/16/2013. (Attachments: # 1 Memorandum of Law in Support of Motion to Intervene, # 2 Complaint, # 3 Exhibit A to Complaint, # 4 Exhibit B to Complaint, # 5 Corporate Disclosure Statement, # 6 Proposed Order, # 7 Certificate of Service) (Clerk's Notes: Motion was originally filed in member case 2:13cv263.) (bcortez, 2) (Entered: 09/06/2013) |
| 08/28/2013 | 8 | WAIVER OF SERVICE Returned Executed as to Rick Perry served on 8/26/2013, answer due 10/25/2013, filed.(Dunn, Chad) (Entered: 08/28/2013) |
| 08/28/2013 | 9 | WAIVER OF SERVICE Returned Executed as to John Steen served on 8/26/2013, answer due 10/25/2013, filed.(Dunn, Chad) (Entered: 08/28/2013) |
| 08/28/2013 | 10 | NOTICE of Appearance by J. Gerald Hebert on behalf of Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. (Dunn, Chad) (Entered: 08/28/2013) |
| 08/28/2013 | 11 | NOTICE of Appearance by Armand G. Derfner on behalf of Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. (Dunn, Chad) (Entered: 08/28/2013) |
| 08/29/2013 | 13 | ORDER granting 7 Motion to Appear Pro Hac Vice. (Signed by Judge Nelva Gonzales Ramos) Parties |

| | | |
|---|---|---|
| | | notified.(lcayce, ) (Entered: 08/30/2013) |
| 08/30/2013 | 12 | Unopposed MOTION to Consolidate Lead Case No. 2:13-cv-193 and Member Case No. 2:13-cv-263 by United States Of America, filed. Motion Docket Date 9/20/2013. (Attachments: # 1 Proposed Order) (Freeman, Daniel) (Entered: 08/30/2013) |
| 08/30/2013 | 14 | ORDER granting 12 Motion to Consolidate Cases: Lead Case No. 2:13cv193 and Member Case No. 2:13cv263.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, ) (Entered: 09/03/2013) |
| 09/06/2013 | 16 | ORDER FOR ADMISSION PRO HAC VICE, granted. Attorney Leah C. Aden is admitted to represent Plaintiff-Intervenors for Texas League of Young Voters Education Fund and Imani Clark. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 17 | ORDER granting Admission Pro Hac Vice. Attorney Natasha M. Korgaonkar is representing Plaintiff-Intervenors for Texas League of Young Voters Education Fund and Imani Clark.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 18 | ORDER granting Admission Pro Hac Vice. Attorney Ryan P. Haygood is admitted to represent Plaintiff-Intervenors for Texas League of Young Voters Education Fund and Imani Clark.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 19 | ORDER granting Admission Pro Hac Vice. Attorney Jonathan E. Paikin is admitted to represent Plaintiff-Intervenor Texas League of Young Voters and Imani Clark. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(jalvarez, 2) (Entered: 09/06/2013) |
| | | |

| | | |
|---|---|---|
| 09/06/2013 | 20 | ORDER granting Admision Pro Hac Vice. Attorney Sonya L. Lebsack represents Plaintiff-Intervenor Texas League of Young Voters and Imani Clark. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 21 | ORDER granting Admission Pro Hac Vice. Attorney Kelly Dunbar represents Plaintiff-Intervenor Texas League of Young Voters and Imani Clark.(Signed by Judge Nelva Gonzales Ramos) Parties notified. (jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 22 | ORDER granting Admission Pro Hac Vice. Attorney Danielle Conley represents Plaintiff-Intervenor Texas League of Young Voters and Imani Clark. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(jalvarez, 2) (Entered: 09/06/2013) |
| 09/10/2013 | 23 | Letter from Robert M. Allensworth, filed. (Per Houston - no fees were included with this letter) (mserpa, 2) (Entered: 09/13/2013) |
| 09/16/2013 | 24 | RESPONSE to 15 MOTION to Intervene filed by United States Of America. (Attachments: # 1 Exhibit)(Maranzano, Jennifer) (Entered: 09/16/2013) |
| 09/16/2013 | 26 | Mail Returned Undeliverable as to All Plaintiffs re: 13 Order on Motion to Appear Pro Hac Vice, filed. (vrios, 2) (Entered: 09/17/2013) |
| 09/17/2013 | 25 | NOTICE of Appearance by John A. Smith III on behalf of United States Of America, filed. (Smith, John) (Entered: 09/17/2013) |
| 09/18/2013 | 27 | MOTION to Consolidate Lead Case No. 2:13-cv-193 and Member Case No. 2:13-cv-263 and 2:13-cv-291 by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. Motion Docket Date 10/9/2013. (Attachments: # 1 Proposed Order)(Rudd, Amy) (Entered: 09/18/2013) |
| | | |

| | | |
|---|---|---|
| 09/19/2013 | 28 | NOTICE of Resetting. Parties notified. Initial Conference set for 10/25/2013 at 09:00 AM before Judge Nelva Gonzales Ramos, filed. (See order entered at DE 14.) (bcortez, 2) (Entered: 09/19/2013) |
| 09/19/2013 | 29 | ORDER granting 15 Motion to Intervene of Texas League of Young Voters Eduction Fund and Imani Clark.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(vrios, 2) (Entered: 09/20/2013) |
| 09/19/2013 | 31 | Consent Order of Consolidation re 27 Motion to Consolidate Cases: Lead Case No. 2:13cv193 and Member Case No. 2:13cv263 and 2:13cv291.(Signed by Judge Nelva Gonzales Ramos) Parties notified. (amireles, 2) (Entered: 09/20/2013) |
| 09/20/2013 | 30 | INTERVENOR COMPLAINT against Imani Clark, Texas League of Young Voters Eduction Fund, State Of Texas, Steve McGraw filed by Imani Clark, Texas League of Young Voters Eduction Fund. (vrios, 2) (Entered: 09/20/2013) |
| 09/20/2013 | 32 | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE. Ezra D. Rosenberg granted leave to appear for Texas State Conference of NAACP Brances and MALC. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 09/23/2013) |
| 09/20/2013 | 33 | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE. Mark A. Posner granted leave to appear for Texas State Conference of NAACP Branches, et al. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 09/23/2013) |
| 09/20/2013 | 34 | ORDER GRANTING LEAVE TO APPEAR PRO HAC VICE. Erandi Zamora granted leave to appear for Texas State Conference of NAACP Branches, et al. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 09/23/2013) |
| | | |

| 09/20/2013 | 35 | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE. Sonia Kaur Gill granted leave to appear for Texas State Conference of NAACP Branches, et al. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 09/23/2013) |
| --- | --- | --- |
| 09/23/2013 | 36 | Letter from Robert M. Allensworth re: Polk County Enterprise, filed. (jtabares, 1) (Entered: 09/23/2013) |
| 09/23/2013 | 37 | Mail Returned Undeliverable as to attorney J Gerald Hebert re: 14 Order on Motion to Consolidate Cases, filed. (vrios, 2) (Entered: 09/24/2013) |
| 09/24/2013 | | DE # 14 Re-Noticed to attorney, J. Gerald Hebert ***, filed. (vrios, 2) (Entered: 09/24/2013) |
| 09/25/2013 | 38 | MOTION to Intervene by True the Vote, filed. Motion Docket Date 10/16/2013. (Attachments: # 1 Exhibit 1)(Nixon, Joseph) (Entered: 09/25/2013) |
| 09/26/2013 | 39 | PROPOSED ORDER re: 38 MOTION to Intervene, filed.(Nixon, Joseph) (Entered: 09/26/2013) |
| 09/27/2013 | 40 | Request for Issuance of Summons as to Steve McGraw, State Of Texas, John Steen, filed. (Attachments: # 1 1, # 2 2)(Korgaonkar, Natasha) (Entered: 09/27/2013) |
| 09/27/2013 | | Summons Issued as to Rick Perry, State Of Texas, John Steen, filed.(ntirado, 2) (Entered: 09/27/2013) |
| 09/27/2013 | 41 | MOTION to Intervene by Texas Association of Hispanic County Judges and County Commissioners, filed. Motion Docket Date 10/18/2013. (Attachments: # 1 Complaint, # 2 Exhibit, # 3 Proposed Order)(Rios, Rolando) (Entered: 09/27/2013) |
| 09/30/2013 | 42 | MOTION for Anna M. Baldwin to Appear Pro Hac Vice by United States Of America, filed. Motion Docket Date 10/21/2013. (Maranzano, Jennifer) (Entered: 09/30/2013) |

| 10/01/2013 | 43 | MOTION to Stay by United States Of America, filed. Motion Docket Date 10/22/2013. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 10/01/2013) |
|---|---|---|
| 10/02/2013 | 44 | RESPONSE to 43 MOTION to Stay filed by Marc Veasey. (Dunn, Chad) (Entered: 10/02/2013) |
| 10/03/2013 | 45 | NOTICE of Setting as to 43 MOTION to Stay . Parties notified. Telephonic Motion Hearing set for 10/4/2013 at 01:30 PM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 10/03/2013) |
| 10/03/2013 | 46 | Joint RESPONSE to 43 MOTION to Stay filed by IMANI CLARK, Mexican American Legislative Caucus, Texas House of Representatives, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, Texas State Conference of NAACP Branches. (Rudd, Amy) (Entered: 10/03/2013) |
| 10/04/2013 |  | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. Proceedings held on 10/4/2013. Weekly status hearing discussed if the Governemnt has a shut down. Status conference is set for Friday, October 11, 2013 art 1:30. Parties excused. Appearances: Chad W Dunn, Natasha Korgaonkar, Kelly Dunbar, Danielle Conley, Luis Roberto Vera, Jr, Jennifer Clark, Vishal Agraharkar, Ezra D Rosenberg, Rolando L Rios, Joseph M Nixon, Meredith Bell-Platts, John Albert Smith, III. (Digital # 1:35 to 1:50)(ERO:G. Rogan), filed. (lrivera, 2) (Entered: 10/04/2013) |
| 10/04/2013 | 47 | NOTICE of Setting. Parties notified. Status Conference set for 10/11/2013 at 01:30 PM before Judge Nelva Gonzales Ramos, filed. (lrivera, 2) (Entered: 10/04/2013) |
| 10/08/2013 | 48 | ORDER granting 42 Motion to Appear Pro Hac Vice. Anna M. Baldwin granted leave to appear for the United States.(Signed by Judge Nelva Gonzales |

| | | |
|---|---|---|
| | | Ramos) Parties notified.(mserpa, 2) (Entered: 10/08/2013) |
| 10/11/2013 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 10/11/2013. Discussion held re: status of case and government shutdown. Status Conference set for 10/18/2013 at 08:30 AM before Judge Nelva Gonzales Ramos Appearances:John Scott. Chad W Dunn, Ryan Haygood, Danielle Conley, Jennifer Clark, Ezra D Rosenberg, Rolando L Rios, Joseph M Nixon, Elizabeth S Westfall, Meredith Bell-Platts, J Gerald Hebert.(Digital # 1:28-1:36)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 10/11/2013) |
| 10/17/2013 | 49 | NOTICE *Regarding Restoration of Appropriations* by United States Of America, filed. (Maranzano, Jennifer) (Entered: 10/17/2013) |
| 10/18/2013 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 10/18/2013. Discussion held regarding status of case. Case can proceed. Responses to 38 , 41 due by 10/30/2013 by agreement. Joint Plan due by 11/4/2013. Initial Conference set for 11/15/2013 at 09:00 AM before Judge Nelva Gonzales Ramos. Parties have agreed to a briefing schedule regarding state's motion to dismiss that will be filed on 10/25/13. Responses due by 11/22/13. Replies due by 12/6/13. Parties to confer on scheduling order to be entered in case. Appearances:Chad Dunn, Gerry Hebert, Neil Baron, John Smith, Elizabeth Westfall, Daniel Freeman, Jennifer Maranzano, Robert Berman, Rolando Rios, Joseph Nixon, Natasha Korgaonkar, Leah Aden, Ryan Haygood, Danielle Conley, Kelly Dunbar, Ezra Rosenberg, Jennifer Clarke, John Scott, David Whitley, Reed Clay. (Digital # 8:31-8;42)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 10/18/2013) |
| | | |

| 10/21/2013 | 50 | Letter from Robert Allensworth re: ballots for Texas State house members, filed. (lcayce, 2) (Entered: 10/21/2013) |
| 10/21/2013 | 51 | Letter from Robert Allensworth re: ballots Texas State bar members, filed. (Clerk's note: A letter was sent to Mr. Allensworth re: cost for copies requested) (lcayce, 2) (Entered: 10/22/2013) |
| 10/25/2013 | 52 | MOTION to Dismiss 30 Intervenor Complaint, 1 Complaint, 4 Amended Complaint/Counterclaim/Crossclaim etc., by Steve McCraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 11/15/2013. (Attachments: # 1 Proposed Order)(Scott, John) (Entered: 10/25/2013) |
| 10/25/2013 | 53 | NOTICE of Appearance by James E. Trainor, III on behalf of True the Vote, filed. (Trainor, James) (Entered: 10/25/2013) |
| 10/28/2013 | 54 | MOTION for M. Hasan Ali to Appear Pro Hac Vice by TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, Texas League of Young Voters Eduction Fund, filed. Motion Docket Date 11/18/2013. (dterrell, 2) (Entered: 10/29/2013) |
| 10/28/2013 | 55 | MOTION for Gerard J. Sinzdak to Appear Pro Hac Vice by Texas League of Young Voters Eduction Fund, filed. Motion Docket Date 11/18/2013. (dterrell, 2) (Entered: 10/29/2013) |
| 10/30/2013 | 56 | ORDER granting 54 Motion to Appear Pro Hac Vice of M. Hasan Ali.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(vrios, 2) (Entered: 10/30/2013) |
| 10/30/2013 | 57 | ORDER granting 55 Motion to Appear Pro Hac Vice of Gerard J. Sinzdak.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(vrios, 2) (Entered: 10/30/2013) |

| 10/30/2013 | 58 | RESPONSE to 41 MOTION to Intervene filed by United States Of America. (Maranzano, Jennifer) (Entered: 10/30/2013) |
| 10/30/2013 | 59 | RESPONSE to 38 MOTION to Intervene filed by United States Of America. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Proposed Order)(Maranzano, Jennifer) (Entered: 10/30/2013) |
| 11/01/2013 | 60 | NOTICE of Appearance by Myrna Perez on behalf of Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. (Rudd, Amy) (Entered: 11/01/2013) |
| 11/04/2013 | 61 | JOINT DISCOVERY/CASE MANAGEMENT PLAN by United States Of America, filed. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(Maranzano, Jennifer) (Entered: 11/04/2013) |
| 11/04/2013 | 63 | Letter from Robert Allensworth, filed. (amireles, 2) (Entered: 11/05/2013) |
| 11/05/2013 | 62 | CORPORATE DISCLOSURE STATEMENT by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed.(Rudd, Amy) (Entered: 11/05/2013) |
| 11/07/2013 | 64 | CERTIFICATE OF INTERESTED PARTIES by Plaintiff-Intervenors Texas League of Young Voters Education Fund and Imani Clark, filed.(bcortez, 2) (Entered: 11/07/2013) |
| 11/12/2013 | 65 | NOTICE of Appearance by JOHN REED CLAY on behalf of Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Clay, John) (Entered: 11/12/2013) |
| 11/12/2013 | 66 | MOTION for Robert S. Berman to Appear Pro Hac |

| | | |
|---|---|---|
| | | Vice by United States Of America, filed. Motion Docket Date 12/3/2013. (Maranzano, Jennifer) (Entered: 11/12/2013) |
| 11/12/2013 | 68 | Letter from Robert M. Allensworth re: ballots for Texas State house members, filed. (lcayce, 2) (Entered: 11/13/2013) |
| 11/12/2013 | 71 | Letter from Robert M. Allensworth re: BMRCC Library assistance, filed. (Attachments: # 1 Exhibit, # 2 Envelope) (avleal, 1) (Entered: 11/14/2013) |
| 11/12/2013 | 72 | Mail Returned Undeliverable as to attorney Anna Baldwin as to United States Of America re: 56 Order on Motion to Appear Pro Hac Vice, 57 Order on Motion to Appear Pro Hac Vice, filed. (amireles, 2) (Entered: 11/14/2013) |
| 11/13/2013 | 67 | NOTICE of Appearance by S. RONALD KEISTER on behalf of Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Keister, Stephen) (Entered: 11/13/2013) |
| 11/13/2013 | 69 | NOTICE *of Erratum* by United States Of America, filed. (Attachments: # 1 Exhibit)(Maranzano, Jennifer) (Entered: 11/13/2013) |
| 11/13/2013 | 70 | ORDER granting 66 Motion for Robert S. Berman to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, 2) (Entered: 11/14/2013) |
| 11/14/2013 | 73 | AMENDED INTERVENOR COMPLAINT against Steve McGraw, State Of Texas, John Steen filed by Texas League of Young Voters Eduction Fund, Imani Clark, Aurica Washington, Crystal Owens, Michelle Bessiake. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Haygood, Ryan) (Entered: 11/14/2013) |
| 11/15/2013 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. INITAL PRETRIAL CONFERENCE held on 11/15/2013. Court grants 41 |

Case 2:13-cv-00193  Document 635-2  Filed on 10/14/14 in TXSD  Page 55 of 163

| | | |
|---|---|---|
| | | Motion to Intervene by Texas Association of Hispanic County Judges and County Commissioners. Court takes 38 Motion to Intervene by True the Vote under advisement. Trial date September 2, 2014. Court enters scheduling order. Appearances: Chad W Dunn, Kembel Scott Brazil, Neil G Baron, Natasha Korgaonkar, Ryan Haygood, Kelly Dunbar, John Barret Scott, Vishal Agraharkar, Ezra D Rosenberg, Rolando L Rios, M Hasan Ali, Mark A Posner, Joseph M Nixon, James Edwin Trainor, III, Elizabeth S Westfall, John Albert Smith, III, Anna Baldwin, J Gerald Hebert.(Digital # 9:32-10:19) (ERO:G. Rogan), filed.(bcortez, 2) (Entered: 11/15/2013) |
| 11/15/2013 | 74 | INTERVENOR COMPLAINT against All Defendants filed by Texas Association of Hispanic County Judges and County Commissioners, Maria Longoria Benavides.(vrios, 2) (Entered: 11/15/2013) |
| 11/18/2013 | 75 | MOTION for Myrna Perez to Appear Pro Hac Vice by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. Motion Docket Date 12/9/2013. (Rudd, Amy) (Entered: 11/18/2013) |
| 11/18/2013 | 80 | Letter to Court regarding ballots from Robert M. Allensworth, filed. (Attachments: # 1 Envelope, # 2 Exhibit) (vrios, 2) (Entered: 11/21/2013) |
| 11/19/2013 | 76 | ADVISORY by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit A - Declaration of B. Keith Ingram)(Scott, John) (Entered: 11/19/2013) |
| 11/20/2013 | 77 | NOTICE of Setting as to 76 Advisory. Parties notified. Status Conference set for 11/21/2013 at 01:00 PM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 11/20/2013) |
| 11/20/2013 | 78 | NOTICE of Resetting as to 76 Advisory. Parties |

| | | |
|---|---|---|
| | | notified. Miscellaneous Hearing set for 11/22/2013 at 11:30 AM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 11/20/2013) |
| 11/21/2013 | 79 | INITIAL DISCLOSURES by Maria Longoria Benavides, Texas Association of Hispanic County Judges and County Commissioners, filed.(Rios, Rolando) (Entered: 11/21/2013) |
| 11/21/2013 | 81 | Joint RESPONSE to 76 Advisory *of Defendants*, filed by Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Texas Association of Hispanic County Judges and County Commissioners, Marc Veasey. (Attachments: # 1 Exhibit Declaration of Toni Pippins-Poole, # 2 Exhibit Affidavit of Keith Ingram, # 3 Exhibit Affidavit of provisional voter, # 4 Exhibit Notice to Voter who must provide Identification)(Hebert, J) (Entered: 11/21/2013) |
| 11/21/2013 | 82 | NOTICE *of Initial Disclosures* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 11/21/2013) |
| 11/21/2013 | 83 | INITIAL DISCLOSURES by Penny Pope, filed. (Attachments: # 1 Exhibit Declaration, # 2 Exhibit Declaration, # 3 Exhibit Declaration, # 4 Exhibit Declaration, # 5 Exhibit Declaration)(Baron, Neil) (Entered: 11/21/2013) |
| 11/21/2013 | 84 | NOTICE *of Initial Disclosures* by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. (Rudd, Amy) (Entered: 11/21/2013) |
| 11/21/2013 | 85 | RESPONSE to 76 Advisory *Regarding September 2014 Trial Date*, filed by United States Of America. (Westfall, Elizabeth) (Entered: 11/21/2013) |

| 11/22/2013 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. HEARING held on 11/22/2013. Arguments heard re: 76 Advisory. Court keeps current trial setting of September 2, 2014. Scheduling order to be entered. Parties agree there is no need for a three judge panel. Appearances:Chad Dunn, Meredith Bell-Platts, Elizabeth Westfall, Rolando Rios, Joseph Nixon, Leah Aden, Ryan Haygood, Ezra Rosenberg, John Scott.(Digital # 1:36-1:56)(ERO:L. Cayce), filed.(bcortez, 2) (Entered: 11/22/2013) |
| 11/22/2013 | 86 | **AMENDED AT D.E. 231** . SCHEDULING ORDER. Bench trial. Amended Pleadings due by 3/2/2014. Joinder of Parties due by 12/6/2013 Pltf Expert Report due by 5/9/2014. State's Expert Rebuttal Reports due 6/6/14. Plaintiff's Expert Reply Reports due 6/30/14. Fact Discovery shall end on 5/2/14. Expert Witness Discovery shall end on 7/15/14. Dispositive Motion Filing due by 7/22/2014. Responses due by 8/4/2014. Replies to Dispositive Motions due 8/11/14. Status Conference will be held on 2/12/14 at 9:00 AM. Joint Pretrial Order due by 8/7/2014. Final Pretrial Conference set for 8/21/14 at 9:00 AM. Bench Trial set for 9/2/2014 at 09:00 AM before Judge Nelva Gonzales Ramos (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 11/22/2013) |
| 11/22/2013 | | ***Set Hearings: Final Pretrial Conference set for 8/21/2014 at 09:00 AM before Judge Nelva Gonzales Ramos Status Conference set for 2/12/2014 at 09:00 AM before Judge Nelva Gonzales Ramos (mserpa, 2) (Entered: 11/22/2013) |
| 11/22/2013 | 87 | Letter from Robert M. Allensworth re: ballots for Texas State house members, filed. Copy of current docket sheet mailed to Allensworth. (lcayce, 2) (Entered: 11/22/2013) |

| 11/22/2013 | 88 | RESPONSE in Opposition to 52 MOTION to Dismiss 30 Intervenor Complaint, 1 Complaint, 4 Amended Complaint/Counterclaim/Crossclaim etc., , filed by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches. (Rudd, Amy) (Entered: 11/22/2013) |
|---|---|---|
| 11/22/2013 | 89 | Unopposed MOTION for Leave to File Excess Pages by Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. Motion Docket Date 12/13/2013. (Attachments: # 1 Proposed Order)(Hebert, J) (Entered: 11/22/2013) |
| 11/22/2013 | 90 | RESPONSE in Opposition to 52 MOTION to Dismiss 30 Intervenor Complaint, 1 Complaint, 4 Amended Complaint/Counterclaim/Crossclaim etc., , filed by Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey. (Attachments: # 1 Proposed Order)(Hebert, J) (Entered: 11/22/2013) |
| 11/22/2013 | 91 | Corrected RESPONSE in Opposition to 52 MOTION to Dismiss 30 Intervenor Complaint, 1 Complaint, 4 Amended Complaint/Counterclaim/Crossclaim etc., , filed by Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey. (Attachments: # 1 Proposed Order)(Hebert, J) |

| | | |
|---|---|---|
| | | (Entered: 11/22/2013) |
| 11/22/2013 | 92 | RESPONSE in Opposition to 52 MOTION to Dismiss 30 Intervenor Complaint, 1 Complaint, 4 Amended Complaint/Counterclaim/Crossclaim etc., , filed by United States Of America. (Attachments: # 1 Proposed Order)(Baldwin, Anna) (Entered: 11/22/2013) |
| 11/22/2013 | 94 | ORDER GRANTING VEASEY-LULAC PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS granting 89 Motion for Leave to File Excess Pages.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 11/25/2013) |
| 11/22/2013 | | ***Set Deadlines: Findings of Fact and Conclusions of Law due by 8/7/2014 (bcortez, 2) (Entered: 01/03/2014) |
| 11/25/2013 | 93 | NOTICE of Appearance by SEAN PATRICK FLAMMER on behalf of Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Flammer, Sean) (Entered: 11/25/2013) |
| 11/25/2013 | 95 | NOTICE of Appearance by G. David Whitley on behalf of Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Whitley, Gregory) (Entered: 11/25/2013) |
| 11/25/2013 | 96 | Letter from Robert M Allensworth re: 2nd ballot, filed. (amireles, 2) (Entered: 11/26/2013) |
| 11/26/2013 | 97 | MOTION for Michelle Yeary to Appear Pro Hac Vice by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. Motion Docket Date 12/17/2013. (Rudd, Amy) (Entered: 11/26/2013) |
| 11/29/2013 | 98 | Letter from Robert M. Allensworth re: suggestion for a 2nd limited voting ballot, filed. (mserpa, 2) |

| | | |
|---|---|---|
| | | (Entered: 11/29/2013) |
| 11/29/2013 | 99 | Letter from Robert M. Allensworth, filed. (dmorales, 5) (Entered: 11/29/2013) |
| 12/02/2013 | 100 | AO 435 TRANSCRIPT ORDER FORM by Chad W. Dunn. This is to order a transcript of Initial Conference held on November 15, 2013 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 12-2-13. Modified on 12/2/2013 (grogan, 2). (Entered: 12/02/2013) |
| 12/02/2013 | 101 | ORDER granting 97 Motion for Michelle Yeary to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, 2) (Entered: 12/03/2013) |
| 12/03/2013 | 102 | ORDER granting 75 Motion for Myrna Perez to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, 2) (Entered: 12/03/2013) |
| 12/03/2013 | 103 | Unopposed MOTION for Protective Order by United States Of America, filed. Motion Docket Date 12/24/2013. (Attachments: # 1 Proposed Order) (Freeman, Daniel) (Entered: 12/03/2013) |
| 12/04/2013 | 104 | Letter from Robert M Allensworth re: 2nd ballot, filed.(lcayce, 2) (Entered: 12/04/2013) |
| 12/05/2013 | 105 | CONSENT PROTECTIVE ORDER - Granting 103 Unopposed MOTION for Protective Order.(Signed by Judge Nelva Gonzales Ramos) Parties notified. (sscotch, 2) (Entered: 12/05/2013) |
| 12/05/2013 | 106 | AO 435 TRANSCRIPT ORDER FORM by John Scott. This is to order a transcript of Hearing held on November 22, 2013 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) |

| | | Electronically forwarded to Exceptional Reporting on 12-6-13. Modified on 12/6/2013 (grogan, 2). (Entered: 12/06/2013) |
|---|---|---|
| 12/05/2013 | 107 | Letter re: 2nd ballot and MOTION for Copies of Documents by Robert M Allensworth, filed. Motion Docket Date 12/26/2013. (lcayce, 2) (Entered: 12/06/2013) |
| 12/06/2013 | 108 | REPLY in Support of 52 MOTION to Dismiss 30 Intervenor Complaint, 1 Complaint, 4 Amended Complaint/Counterclaim/Crossclaim etc., , filed by Steve McCraw, Steve McGraw, Rick Perry, State Of Texas, State Of Texas, John Steen. (Mitchell, Jonathan) (Entered: 12/06/2013) |
| 12/06/2013 | 109 | Second AMENDED Complaint against Rick Perry, John Steen filed by Penny Pope, Jane Hamilton, Marc Veasey, John Mellor-Crumley, JANE DOE, Michael Montez, Sergio DeLeon, Dallas County, Texas, League Of United Latin American Citizens, Oscar Ortiz, Floyd Carrier, JOHN DOE, Koby Ozias, Anna Burns.(Hebert, J) (Entered: 12/06/2013) |
| 12/10/2013 | 110 | Unopposed MOTION for Leave to File attached motions to dismiss by Steve McCraw, Steve McGraw, Rick Perry, State Of Texas, State Of Texas, John Steen, filed. Motion Docket Date 12/31/2013. (Attachments: # 1 Exhibit Motion to dismiss Hispanic Judges, # 2 Exhibit Motion to dismiss TLYVEF)(Mitchell, Jonathan) (Entered: 12/10/2013) |
| 12/11/2013 | 111 | PROPOSED ORDER re: 110 Unopposed MOTION for Leave to File attached motions to dismiss, filed. (Mitchell, Jonathan) (Entered: 12/11/2013) |
| 12/11/2013 | 112 | TRANSCRIPT re: CIVIL INITIAL CONFERENCE (TELEPHONIC) held on 11/15/13 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party |

| | | |
|---|---|---|
| | | FARIZA IBRAHIM Release of Transcript Restriction set for 3/11/2014., filed. (thudson, ) (Entered: 12/11/2013) |
| 12/11/2013 | 113 | ORDER denying Intervention of True the Vote re 38 .(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, 2) (Entered: 12/11/2013) |
| 12/11/2013 | 114 | ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE TWO OUT-OF-TIME MOTIONS TO DISMISS granting 110 Motion for Leave to File.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 12/11/2013) |
| 12/11/2013 | 115 | MOTION to Dismiss 74 Intervenor Complaint by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 1/2/2014. (mserpa, 2) (Entered: 12/11/2013) |
| 12/11/2013 | 116 | MOTION to Dismiss 73 Amended Intervenor Complaint by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 1/2/2014. (mserpa, 2) Modified on 12/11/2013 (mserpa, 2). (Entered: 12/11/2013) |
| 12/12/2013 | 117 | Notice of Filing of Official Transcript as to 112 Transcript,. Party notified, filed. (dterrell, 2) (Entered: 12/12/2013) |
| 12/12/2013 | 118 | PROPOSED ORDER re: 115 MOTION to Dismiss 74 Intervenor Complaint, filed.(Mitchell, Jonathan) (Entered: 12/12/2013) |
| 12/12/2013 | 119 | PROPOSED ORDER re: 116 MOTION to Dismiss 73 Amended Intervenor Complaint, filed.(Mitchell, Jonathan) Modified on 12/12/2013 (mserpa, 2). (Entered: 12/12/2013) |
| 12/13/2013 | 120 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 113 Order on Motion to Intervene by True the Vote (Filing fee $ 505, receipt |

|  |  |  |
|---|---|---|
|  |  | number 0541-12483281), filed.(Nixon, Joseph) Modified on 12/30/2013 (mserpa, 2). CLERK'S NOTE: Notice of Appeal withdrawn - see DE 128 ). (Entered: 12/13/2013) |
| 12/13/2013 | 121 | DOCUMENT by Robert M Allensworth, filed. (mserpa, 2) (Entered: 12/13/2013) |
| 12/16/2013 | 124 | MOTION for Lynn Eisenberg to Appear Pro Hac Vice by Texas League of Young Voters , et al, filed. Motion Docket Date 1/6/2014. (amireles, 2) (Entered: 12/18/2013) |
| 12/16/2013 | 125 | MOTION for Richard F. Shordt to Appear Pro Hac Vice by Texas League of Young Voters, et al, filed. Motion Docket Date 1/6/2014. (amireles, 2) (Entered: 12/18/2013) |
| 12/17/2013 | 122 | RESPONSE in Opposition to 115 MOTION to Dismiss 74 Intervenor Complaint, filed by Maria Longoria Benavides, Texas Association of Hispanic County Judges and County Commissioners. (Rios, Rolando) (Entered: 12/17/2013) |
| 12/17/2013 | 123 | Notice of the Filing of an Appeal. DKT13 transcript order form was mailed to appellant (5 copies). Fee status: Paid. The following Notice of Appeal and related motions are pending in the District Court: 120 Notice of Appeal, filed.(vrios, 2) (Entered: 12/17/2013) |
| 12/18/2013 | 126 | TRANSCRIPT re: TELEPHONIC STATUS HEARING held on 11/22/13 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party DANIEL FREEMAN Release of Transcript Restriction set for 3/18/2014., filed. (thudson, ) (Entered: 12/18/2013) |
| 12/19/2013 | 127 | Notice of Filing of Official Transcript as to 126 Transcript. Party notified, filed. (dterrell, 2) |

| | | |
|---|---|---|
| | | (Entered: 12/19/2013) |
| 12/20/2013 | 128 | NOTICE *Withdrawing Notice of Appeal* re: 120 Notice of Appeal by True the Vote, filed. (Nixon, Joseph) (Entered: 12/20/2013) |
| 12/20/2013 | 129 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 113 Order on Motion to Intervene by True the Vote (Filing fee $ 505, receipt number 0541-12515354), filed.(Nixon, Joseph) (Entered: 12/20/2013) |
| 12/20/2013 | 130 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 1/10/2014. (Attachments: # 1 Exhibit Letter from J. Scott to C. Dunn, # 2 Proposed Order)(Scott, John) (Entered: 12/20/2013) |
| 12/20/2013 | 131 | TRANSCRIPT re: AMENDED TRANSCRIPT / CIVIL INITIAL CONFERENCE (TELEPHONIC) held on 11/15/13 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party KELLY LEONARD Release of Transcript Restriction set for 3/20/2014., filed. (thudson, ) (Entered: 12/20/2013) |
| 12/23/2013 | 132 | Notice of Filing of Official Transcript as to 131 Transcript,. Party notified, filed. (vrios, 2) (Entered: 12/23/2013) |
| 12/23/2013 | 133 | Notice of the Filing of an Appeal. DKT13 transcript order form was mailed to appellant (5 copies). Fee status: Paid. The following Notice of Appeal and related motions are pending in the District Court: 129 Notice of Appeal, filed.(vrios, 2) (Entered: 12/23/2013) |
| 12/30/2013 | 134 | RESPONSE in Opposition to 116 MOTION to Dismiss 30 Intervenor Complaint, filed by Michelle Bessiake, Imani Clark, Crystal Owens, Texas League |

| | | |
|---|---|---|
| | | of Young Voters Eduction Fund, Aurica Washington. (Attachments: # 1 Proposed Order) (Haygood, Ryan) (Entered: 12/30/2013) |
| 12/30/2013 | 135 | Document re: 2nd ballot by Robert M Allensworth, filed.(lcayce, 2) (Entered: 12/30/2013) |
| 12/30/2013 | 136 | Letter from Robert M. Allensworth re: Limiting Voting on 2nd Ballot, filed. (dnoriega, 1) (Entered: 12/31/2013) |
| 12/30/2013 | 137 | MOTION for Copy of Transcript by Robert M Allensworth, filed. Motion Docket Date 1/21/2014. (lcayce, 2) (Entered: 12/31/2013) |
| 12/31/2013 | 138 | ORDER granting 124 Motion to Appear Pro Hac Vice. Lynn Eisenberg granted leave to appear for Plaintiff-Intervenor Texas League of Young Voters, et al.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 12/31/2013) |
| 12/31/2013 | 139 | ORDER granting 125 Motion to Appear Pro Hac Vice. Richard F. Shordt granted leave to appear for Plaintiff-Intervenor Texas League of Young Voters, et al.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 12/31/2013) |
| 12/31/2013 | | ***Per Robert Allensworth's request on page 4 of D.E. 135 - a copy expense was mailed indicating cost of requested copies, filed. (lcayce, 2) (Entered: 12/31/2013) |
| 01/02/2014 | 141 | Notice of Assignment of USCA No. 14-40003 re: 120 Notice of Appeal,, filed.(lcayce, 2) (Entered: 01/03/2014) |
| 01/03/2014 | 140 | DKT-13 TRANSCRIPT ORDER FORM by Kelly Hunsaker Leonard. Transcript is already on file in Clerks office.. This order form relates to the following: 129 Notice of Appeal, 126 Transcript, 131 Transcript, 112 Transcript,, filed.(grogan, 2) (Entered: 01/03/2014) |

| 01/07/2014 | 146 | Letter from Robert M. Allensworth re: request for transcript estimate, filed. (avleal, 1) (Entered: 01/13/2014) |
| 01/10/2014 | 142 | ORDER TO CONSOLIDATE CASES: Lead Case No. 2:13cv193 and Member Case Nos. 2:13cv263, 2:13cv291, and 2:13cv348 (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 01/10/2014) |
| 01/10/2014 | 143 | RESPONSE in Opposition to 130 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , filed by Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey. (Attachments: # 1 Proposed Order Denying Defendants' Motion to Dismiss)(Hebert, J) (Entered: 01/10/2014) |
| 01/10/2014 | 144 | Unopposed MOTION for Leave to File Second Amended Complaint by Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. Motion Docket Date 1/31/2014. (Attachments: # 1 Proposed Order Granting Unopposed Motion for Leave to File Second Amended Complaint)(Hebert, J) (Entered: 01/10/2014) |
| 01/13/2014 | 145 | ORDER granting 144 Motion for Leave to File Second Amended Complaint.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 01/13/2014) |
| 01/21/2014 | 147 | MOTION for Copy of November 22, 2013 Hearing Transcript by Robert M Allensworth, filed. Motion |

| | | Docket Date 2/11/2014. (lcayce, 2) (Entered: 01/21/2014) |
|---|---|---|
| 01/22/2014 | 148 | ORDER striking 107 Motion; striking 137 Motion; striking 147 Motion. Order mailed to Mr. Allensworth at last known address(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lrivera, 2) (Entered: 01/22/2014) |
| 01/27/2014 | 149 | Letter by Robert M Allensworth, filed.(lcayce, 2) (Entered: 01/27/2014) |
| 02/03/2014 | 150 | Amended INTERVENOR COMPLAINT against All Defendants filed by Texas Association of Hispanic County Judges and County Commissioners, Maria Longoria Benavides. (Attachments: # 1 Proposed Order, # 2 Complaint)(Rios, Rolando) Modified on 2/4/2014 (mserpa, 2). (Entered: 02/03/2014) |
| 02/03/2014 | 151 | MOTION for Deuel Ross to Appear Pro Hac Vice by IMANI CLARK, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, Texas League of Young Voters Eduction Fund, filed. Motion Docket Date 2/24/2014. (sscotch, 2) (Entered: 02/03/2014) |
| 02/04/2014 | 152 | ORDER granting 150 Motion for Leave to File. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 02/04/2014) |
| 02/04/2014 | 153 | FIRST AMENDED Complaint in Intervention against Steve McGraw, Rick Perry, John Steen filed by Texas Association of Hispanic County Judges and County Commissioners, Maria Longoria Benavides, Hidalgo County.(mserpa, 2) (Entered: 02/04/2014) |
| 02/04/2014 | 154 | ORDER REGARDING AMENDED PLEADINGS. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 02/04/2014) |
| 02/04/2014 | 155 | ORDER granting 151 Motion to Appear Pro Hac Vice. Deuel Ross granted leave to appear for TX |

| | | |
|---|---|---|
| | | League of Young Voters Educ. Fund, and Imani Clark.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 02/04/2014) |
| 02/05/2014 | 156 | MOTION for Avner Shapiro to Appear Pro Hac Vice by United States Of America, filed. Motion Docket Date 2/26/2014. (Maranzano, Jennifer) (Entered: 02/05/2014) |
| 02/07/2014 | 157 | Unopposed AMENDED Intervenor Complaint against All Defendants filed by Texas Association of Hispanic County Judges and County Commissioners, Hidalgo County, Maria Longoria Benavides.(Rios, Rolando) (Entered: 02/07/2014) |
| 02/10/2014 | 158 | ORDER granting 156 Motion for Avner Shapiro to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, 2) (Entered: 02/10/2014) |
| 02/10/2014 | 159 | Letter from Robert M. Allensworth, filed. (amireles, 2) (Entered: 02/11/2014) |
| 02/11/2014 | 160 | Joint MOTION for Discovery Order and Supplemental Protective Order by United States Of America, filed. Motion Docket Date 3/4/2014. (Attachments: # 1 Proposed Order)(Maranzano, Jennifer) (Entered: 02/11/2014) |
| 02/11/2014 | 161 | Joint RESPONSE in Opposition to 160 Joint MOTION for Discovery Order and Supplemental Protective Order, filed by Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Texas Association of Hispanic County Judges and County Commissioners, Marc Veasey. (Attachments: # 1 Proposed Order Clean Not Redlined, # 2 Proposed Order Redlined Version for Court's Convenience, # 3 Proposed Order Separating out agreed and unagreed portions of proposed orders for court's convenience) (Hebert, J) (Entered: 02/11/2014) |
| | | |

| 02/11/2014 | 162 | MOTION to Compel the Production of Legislative Documents by United States Of America, filed. Motion Docket Date 3/4/2014. (Attachments: # 1 Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3 pt. I, # 5 Exhibit 3 pt. II, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12)(Freeman, Daniel) (Entered: 02/11/2014) |
| --- | --- | --- |
| 02/11/2014 | 163 | MOTION to Amend 86 Scheduling Order,, by United States Of America, filed. Motion Docket Date 3/4/2014. (Attachments: # 1 Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Freeman, Daniel) (Entered: 02/11/2014) |
| 02/12/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 2/12/2014. Discussion held regarding status of case. Responses to 162 Motion to Compel due within 10 days. Replies due within 3 days after filing of responses. Court will review DE 163 Motion to Modify Scheduling Order. Court does not make a ruling on motion at this time. Court will address motion at Friday's hearing. Hearing set for 2/14/2014 at 10:30 AM before Judge Nelva Gonzales Ramos to address if an agreed order can be entered regarding DE 161 Motion to Enter Discovery Order, Exhibit 3. Hearing set for 2/26/2014 at 10:30 AM before Judge Nelva Gonzales Ramos to address database issues. Motion Hearing on DE 162 Motion to Compel set for 3/5/2014 at 09:30 AM before Judge Nelva Gonzales Ramos. Appearances:Emma Simpson, Gary Bledsoe. Rolando L Rios, Chad W Dunn, Kembel Scott Brazil, Neil G Baron, J Gerald Hebert, Armand Derfner, Natasha Korgaonkar, Ryan Haygood, Deuel Ross, Jose Garza, Robert W Doggett, Marinda Van Dalen, Preston Edward Henrichson, John Barret Scott, Stephen Ronald |

|  |  |  |
|---|---|---|
|  |  | Keister, Amy L Rudd, Ezra D Rosenberg, Richard F. Shordt, Elizabeth S Westfall, John Albert Smith, III, Anna Baldwin, Robert S Berman, Daniel J Freeman. (Digital # 9:00-9:45)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 02/12/2014) |
| 02/13/2014 | 164 | AO 435 TRANSCRIPT ORDER FORM by Elizabeth Westfall. This is to order a transcript of Hearing held on February 12, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 2-13-14. Modified on 2/13/2014 (grogan, 2). (Entered: 02/13/2014) |
| 02/13/2014 | 165 | NOTICE *: Response to the Court* by United States Of America, filed. (Attachments: # 1 Exhibit) (Freeman, Daniel) (Entered: 02/13/2014) |
| 02/13/2014 | 166 | RESPONSE *to the Court*, filed by Steve McGraw, Rick Perry, State Of Texas, John Steen. (Attachments: # 1 Exhibit)(Clay, John) (Entered: 02/13/2014) |
| 02/14/2014 | 167 | NOTICE *of ERRATA* re: 166 Response by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit Defendants' Response to the Court, # 2 Exhibit Exhibit 1)(Clay, John) (Entered: 02/14/2014) |
| 02/14/2014 | 168 | TRANSCRIPT re: STATUS CONFERENCE held on 2/12/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party ELIZABETH WESTFALL Release of Transcript Restriction set for 5/15/2014., filed. (thudson, ) (Entered: 02/14/2014) |
| 02/14/2014 | 169 | *AO 435 TRANSCRIPT ORDER FORM for Transcript of Hearing held on February 12, 2014 before Judge Nelva Gonzales Ramos by Steve* |

| | | |
|---|---|---|
| | | McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 02/14/2014) |
| 02/14/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. MISCELLANEOUS HEARING held on 2/14/2014. Arguments heard re: DE 161-3. Parties to work on agreed order. Court will reconvene at 3:00pm. Appearances:Emma Simpson. Rolando L Rios, Chad W Dunn, Neil G Baron, J Gerald Hebert, Armand Derfner, Natasha Korgaonkar, Ryan Haygood, Jonathan E Paikin, Sonya Lebsack, Jose Garza, Robert W Doggett, Marinda Van Dalen, Preston Edward Henrichson, John Barret Scott, Stephen Ronald Keister, Jennifer Clark, Vishal Agraharkar, Ezra D Rosenberg, M Hasan Ali, Richard F. Shordt, Erandi Zamora, Sonia Kaur Gill, Bruce I Gear, Meredith Bell-Platts, John Albert Smith, III, Anna Baldwin, Robert S Berman, Daniel J Freeman.(Digital # 10:36-10:57)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 02/14/2014) |
| 02/14/2014 | | *** Hearing set for 2/14/14 at 3:00pm has been terminated. Parties to upload an agreed order., filed.(bcortez, 2) (Entered: 02/14/2014) |
| 02/14/2014 | 170 | ORDER denying 163 Motion to Amend.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, 2) (Entered: 02/14/2014) |
| 02/14/2014 | 171 | NOTICE *Concerning Agreement Regarding Discovery Order* by United States Of America, filed. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 02/14/2014) |
| 02/18/2014 | 172 | Notice of Filing of Official Transcript as to 168 Transcript. Party notified, filed. (dterrell, 2) (Entered: 02/18/2014) |
| 02/18/2014 | 173 | AO 435 TRANSCRIPT ORDER FORM by Elizabeth Westfall. This is to order a transcript of Hearing held on February 14, 2014 before Judge |

| | | |
|---|---|---|
| | | Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2)Electronically forwarded to Exceptional on 2-18-14. Modified on 2/18/2014 (grogan, 2). (Entered: 02/18/2014) |
| 02/18/2014 | 174 | DISCOVERY ORDER AND SUPPLEMENTAL PROTECTIVE ORDER.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(bcortez, 2) (Entered: 02/18/2014) |
| 02/18/2014 | 175 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Steve McGraw, Rick Perry, State Of Texas, filed. Motion Docket Date 3/11/2014. (Attachments: # 1 Proposed Order)(Scott, John) (Entered: 02/18/2014) |
| 02/18/2014 | 177 | Letter from Robert Allensworth, filed. (vrios, 2) (Entered: 02/19/2014) |
| 02/19/2014 | 176 | TRANSCRIPT re: HEARING held on 2/14/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party ELIZABETH WESTFALL Release of Transcript Restriction set for 5/20/2014., filed. (thudson, ) (Entered: 02/19/2014) |
| 02/20/2014 | 178 | Notice of Filing of Official Transcript as to 176 Transcript. Party notified, filed. (dterrell, 2) (Entered: 02/20/2014) |
| 02/21/2014 | 179 | NOTICE of Resetting. Parties notified. Miscellaneous Hearing set for 3/5/2014 at 09:30 AM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 02/21/2014) |
| 02/21/2014 | 180 | Opposed MOTION for Protective Order by United States Of America, filed. Motion Docket Date 3/14/2014. (Attachments: # 1 Proposed Order, # 2 Exhibit Defs 1st RFP, # 3 Exhibit 12/20/13 letter |

| | | |
|---|---|---|
| | | from counsel for Defendants to counsel for the United States, # 4 Exhibit Defs 2d RFP, # 5 Exhibit Decl. of Gary Wong)(Shapiro, Avner) (Entered: 02/21/2014) |
| 02/24/2014 | 181 | MOTION for Emma Simson to Appear Pro Hac Vice by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. Motion Docket Date 3/17/2014. (Hebert, J) (Entered: 02/24/2014) |
| 02/24/2014 | 182 | Joint SUPPLEMENT to 162 MOTION to Compel the Production of Legislative Documents by Maria Longoria Benavides, Michelle Bessiake, Anna Burns, IMANI CLARK, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, Hidalgo County, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Belinda Ortiz, Oscar Ortiz, Crystal Owens, Koby Ozias, Penny Pope, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Eduction Fund, Texas State Conference of NAACP Branches, Marc Veasey, Aurica Washington, filed. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9)(Rudd, Amy) (Entered: 02/24/2014) |
| | | |

| 02/24/2014 | 183 | RESPONSE in Opposition to 162 MOTION to Compel the Production of Legislative Documents, filed by Steve McGraw, Rick Perry, State Of Texas, John Steen. (Attachments: # 1 Exhibit 1 - Declaration of Jon Heining, # 2 Exhibit 2 - Declaration of Deborah Fulton)(Scott, John) (Entered: 02/24/2014) |
| --- | --- | --- |
| 02/25/2014 | 184 | PROPOSED ORDER re: 183 Response in Opposition to Motion,, filed.(Scott, John) (Entered: 02/25/2014) |
| 02/26/2014 | 185 | ORDER granting 181 Motion to Appear Pro Hac Vice. Emma P. Simson granted leave to appear for Plaintiffs Marc Veasey, et al.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 02/26/2014) |
| 02/27/2014 | 186 | Unopposed MOTION to Add Party Hidalgo County by Hidalgo County, filed. Motion Docket Date 3/20/2014. (Attachments: # 1 Proposed Order Granting Hidalgo County Leave to be Added as Party)(Henrichson, Preston) (Entered: 02/27/2014) |
| 02/27/2014 | 187 | RESPONSE to 175 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Hidalgo County. (Attachments: # 1 Proposed Order Denying Defendants' Motion to Dismiss)(Henrichson, Preston) (Entered: 02/27/2014) |
| 02/27/2014 | 188 | ORDER GRANTING HIDALGO COUNTY LEAVE TO BE ADDED AS PARTY granting 186 Motion to Add Party.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 02/27/2014) |
| 02/28/2014 | 189 | REPLY in Support of 162 MOTION to Compel the Production of Legislative Documents, filed by United States Of America. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Freeman, Daniel) (Entered: 02/28/2014) |

| 02/28/2014 | 190 | RESPONSE in Opposition to 162 MOTION to Compel the Production of Legislative Documents, filed by Steve McGraw, Rick Perry, State Of Texas, John Steen. (Attachments: # 1 Exhibit 1-Declaration of Stacey Napier, # 2 Proposed Order)(Scott, John) (Entered: 02/28/2014) |
| --- | --- | --- |
| 03/05/2014 | 191 | AO 435 TRANSCRIPT ORDER FORM by Elizabeth Westfall. This is to order a transcript of Hearing held on March 5, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 3-5-14. Modified on 3/5/2014 (grogan, 2). (Entered: 03/05/2014) |
| 03/05/2014 |  | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. MOTION HEARING held on 3/5/2014. Arguments heard re: 162 Motion to Compel. Court does not make a ruling at this time. Status Conference set for 3/24/14 at 8:30 a.m. Appearances:Person: Chad Dunn, Armand Derfner, Neil Baron, Teresa Snelson, Anna Baldwin, John Smith, Daniel Freeman, Ezra Rosenberg, Daniel Covich, Jose Garza, Natasha Korgaonkar, Ryan Haygood, Kelly Dunbar, Rolando Rios, John Scott, Reid Clay, David Whitley.(Digital # 9:28-11:16) (ERO:G. Rogan), filed.(bcortez, 2) (Entered: 03/06/2014) |
| 03/06/2014 |  | ***Set Hearings: Status Conference set for 3/24/2014 at 08:30 AM before Judge Nelva Gonzales Ramos (bcortez, 2) (Entered: 03/06/2014) |
| 03/06/2014 | 192 | Letter from Robert M. Allensworth re: suggestion of 2nd ballot, filed. (amireles, 2) (Entered: 03/07/2014) |
| 03/10/2014 | 193 | TRANSCRIPT re: MOTION HEARING held on 03/05/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL |

| | | |
|---|---|---|
| | | REPORTING. Ordering Party ELIZABETH WESTFALL Release of Transcript Restriction set for 6/9/2014., filed. (gwintrow, ) (Entered: 03/10/2014) |
| 03/11/2014 | 194 | Notice of Filing of Official Transcript as to 193 Transcript. Party notified, filed. (dterrell, 2) (Entered: 03/11/2014) |
| 03/13/2014 | 195 | RESPONSE to 162 MOTION to Compel the Production of Legislative Documents, 182 Supplement,,,, , filed by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Hebert, J) (Entered: 03/13/2014) |
| 03/13/2014 | 196 | Joint MOTION to Modify as to 86 Scheduling Order,,, by United States Of America, filed. Motion Docket Date 4/3/2014. (Attachments: # 1 Exhibit 1, # 2 Proposed Order)(Westfall, Elizabeth) (Entered: 03/13/2014) |
| 03/13/2014 | 197 | Joint SUPPLEMENT to 162 MOTION to Compel the Production of Legislative Documents by Maria Longoria Benavides, Michelle Bessiake, Anna Burns, IMANI CLARK, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, Hidalgo County, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Belinda Ortiz, Oscar Ortiz, Crystal Owens, Koby Ozias, Penny |

| | | |
|---|---|---|
| | | Pope, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Eduction Fund, Texas State Conference of NAACP Branches, Marc Veasey, Aurica Washington, filed. (Rudd, Amy) (Entered: 03/13/2014) |
| 03/13/2014 | 198 | SUPPLEMENT to 162 MOTION to Compel the Production of Legislative Documents by United States Of America, filed. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit) (Baldwin, Anna) (Entered: 03/13/2014) |
| 03/13/2014 | 199 | Supplemental BRIEF by Steve McCraw, Steve McGraw, Rick Perry, State Of Texas, State Of Texas, John Steen, filed.(Scott, John) (Entered: 03/13/2014) |
| 03/17/2014 | 200 | RESPONSE to 180 Opposed MOTION for Protective Order filed by Steve McGraw, Rick Perry, State Of Texas, John Steen. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Proposed Order)(Scott, John) (Entered: 03/17/2014) |
| 03/17/2014 | 201 | NOTICE of Resetting. Parties notified. Miscellaneous Conference set for 3/26/2014 at 10:00 AM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 03/17/2014) |
| 03/17/2014 | 202 | Letter from Robert Allensworth re: suggesting a 2nd ballot by limited voting for the Texas State House with candidates paying a filing deposit, filed. (amireles, 2) (Entered: 03/18/2014) |
| 03/20/2014 | 203 | Letter from R. Allensworth re: suggesting a 2nd ballot by limited voting for the Texas State House with candidates on the limited voting ballot in their ownbehalf and two-four add'l districts upon paying a filing deposit, filed. (amireles, 2) (Entered: 03/21/2014) |

| 03/21/2014 | 204 | REPLY in Support of 180 Opposed MOTION for Protective Order, filed by United States Of America. (Shapiro, Avner) (Entered: 03/21/2014) |
|---|---|---|
| 03/21/2014 |  | Electronic record on appeal certified to the Fifth Circuit Court of Appeals re: 129 Notice of Appeal USCA No. 14-40003, filed.(vrios, 2) (Entered: 03/28/2014) |
| 03/24/2014 | 205 | NOTICE of Resetting. Parties notified. Miscellaneous Conference set for 4/1/2014 at 10:30 AM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 03/24/2014) |
| 03/25/2014 | 206 | RESPONSE in Opposition to 196 Joint MOTION to Modify as to 86 Scheduling Order,,,, filed by Steve McGraw, Rick Perry, State Of Texas, John Steen. (Attachments: # 1 Proposed Order)(Scott, John) (Entered: 03/25/2014) |
| 03/25/2014 | 207 | Corrected REPLY in Support of 180 Opposed MOTION for Protective Order, filed by United States Of America. (Attachments: # 1 Corrected Reply)(Shapiro, Avner) (Entered: 03/25/2014) |
| 03/26/2014 | 208 | MOTION for Richard Dellheim to Appear Pro Hac Vice by United States Of America, filed. Motion Docket Date 4/16/2014. (Maranzano, Jennifer) (Entered: 03/26/2014) |
| 03/27/2014 | 209 | ORDER granting 208 Motion to Appear Pro Hac Vice. Richard Dellheim granted leave to appear for United States of America.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 03/27/2014) |
| 03/28/2014 | 210 | Transmittal Letter to Counsel regarding CD containing electronic record on appeal, filed.(vrios, 2) (Entered: 03/28/2014) |
| 03/31/2014 | 211 | Unopposed MOTION for Leave to File a Reply Memorandum by United States Of America, filed. |

| | | |
|---|---|---|
| | | Motion Docket Date 4/21/2014. (Attachments: # 1 Exhibit Proposed United States' Reply, # 2 Exhibit 1 to Proposed Reply, # 3 Exhibit 2 to Proposed Reply, # 4 Exhibit 3 to Proposed Reply, # 5 Exhibit 4 to Proposed Reply, # 6 Exhibit 5 to Proposed Reply, # 7 Exhibit 6 to Proposed Reply, # 8 Exhibit 7 to Proposed Reply, # 9 Exhibit 8 to Proposed Reply, # 10 Exhibit 9 to Proposed Reply, # 11 Exhibit 10 to Proposed Reply, # 12 Exhibit 11 to Proposed Reply, # 13 Exhibit 12 to Proposed Reply, # 14 Exhibit 13 to Proposed Reply, # 15 Exhibit 14 to Proposed Reply, # 16 Exhibit 15 to Proposed Reply, # 17 Proposed Order)(Westfall, Elizabeth) (Entered: 03/31/2014) |
| 03/31/2014 | 212 | MOTION for Arthur D'Andrea to Appear Pro Hac Vice by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 4/21/2014. (Scott, John) (Entered: 03/31/2014) |
| 03/31/2014 | 213 | ORDER granting 211 Motion for Leave to File. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, 2) (Entered: 03/31/2014) |
| 03/31/2014 | 214 | ADVISORY by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. (Attachments: # 1 Exhibit A)(Dunn, Chad) (Entered: 03/31/2014) |
| 03/31/2014 | 215 | MEMORANDUM REPLY in Support re: 196 Joint MOTION to Modify as to 86 Scheduling Order,,, by United States Of America, filed. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15)(lcayce, 2) (Entered: |

| | | |
|---|---|---|
| | | 03/31/2014) |
| 03/31/2014 | 216 | NOTICE *of Filing* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit 1 - Assertions, # 2 Exhibit 2 - Waivers, # 3 Exhibit 3 - Deceased, # 4 Exhibit 4 - Did Not Respond)(Scott, John) (Entered: 03/31/2014) |
| 03/31/2014 | 217 | Unopposed MOTION for Leave to File Proposed Amicus Curiae Brief by Bipartisan Legal Advisory Group of the United States House of Representatives, filed. Motion Docket Date 4/21/2014. (Attachments: # 1 Proposed Order, # 2 Exhibit (Proposed Amicus Curiae Brief), # 3 Exhibit 1 (to Proposed Amicus Curiae Brief), # 4 Exhibit 2 (to Proposed Amicus Curiae Brief), # 5 Exhibit 3 (to Proposed Amicus Curiae Brief), # 6 Exhibit 4 (to Proposed Amicus Curiae Brief))(Kircher, Kerry) (Entered: 03/31/2014) |
| 03/31/2014 | 218 | Unopposed MOTION for Leave to File SUR-REPLY IN OPPOSITION TO JOINT MOTION TO MODIFY SCHEDULING ORDER by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 4/21/2014. (Attachments: # 1 Exhibit 1 - Sur-Reply, # 2 Exhibit 2 - Exhibit 1 to Sur-Reply, # 3 Exhibit 3 - Exhibit 2 to Sur-Reply, # 4 Exhibit 4 - Exhibit 3 to Sur-Reply, # 5 Proposed Order (Motion for Leave))(Scott, John) (Entered: 03/31/2014) |
| 04/01/2014 | 219 | NOTICE *Corrected Notice of Filing* re: 216 Notice (Other) by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit 1 - Assertions, # 2 Exhibit 2 - Waivers - Corrected Exhibit, # 3 Exhibit 3 - Deceased, # 4 Exhibit 4 - Did Not Respond)(Scott, John) (Entered: 04/01/2014) |
| 04/01/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. MISCELLANEOUS |

| | | |
|---|---|---|
| | | HEARING held on 4/1/2014. Court grants 217 Unopposed Motion for Leave to File and 218 Unopposed Motion for Leave to File Arguments heard on 162 Motion to Compel. Court orders Defendants to provide the documents to the Plaintiffs marked under seal, highly confidential within 7 days. Court terminates 180 Motion for Protective Order. Arguments heard on 196 . Court does not make a ruling at this time. Status Conference set for April 8, 2014 at 8:30am. Parties may appear telephonically. Appearances:Chad Dunn, Gerry Hebert, Neil Baron, Emma Simpson, Daniel Freeman, Elizabeth Westfall, Richard Dellheim, Avner Shapiro, Paxton Warner, Ezra Rosenberg, Mark Posner, Jose Garza, Marinda Van Dalen, Ryan Haygood, Natasha Korgaonkar, Kelly Dunbar, Sonya Lesback, Rolando L Rios, Preston Henrichson, John Scott, Reid Clay, David Whitley, Ronnie Keister, Arthur DAndrea. (Digital # 10:29-12:04)(ERO:A. Benavidez), filed. (bcortez, 2) (Entered: 04/01/2014) |
| 04/01/2014 | | ***Set Hearing: Status Conference set for 4/8/2014 at 08:30 AM before Judge Nelva Gonzales Ramos (bcortez, 2) (Entered: 04/01/2014) |
| 04/01/2014 | 220 | ORDER granting 212 Motion to Appear Pro Hac Vice. Arthur D'Andrea granted leave to appear for Defendants Texas, Rick Perry, John Steen, and Steve McGraw.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 04/01/2014) |
| 04/01/2014 | 221 | AO 435 TRANSCRIPT ORDER FORM by John Scott. This is to order a transcript of Hearing held on 04/01/2014 before Judge Nelva Gonzales Ramos (Original). Transcriber: Exceptional Reporting, filed. (abenavidez, 2) (Entered: 04/01/2014) |
| 04/01/2014 | 222 | AO 435 TRANSCRIPT ORDER FORM by DOJ / Elizabeth Westfall. This is to order a transcript of Hearing held on 04/01/2014 before Judge Nelva |

| | | | |
|---|---|---|---|
| | | | Gonzales Ramos (COPY). Transcriber: Exceptional Reporting, filed. (abenavidez, 2) (Entered: 04/01/2014) |
| 04/02/2014 | | 223 | TRANSCRIPT re: MISCELLANEOUS HEARING held on 4/1/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 7/1/2014., filed. (thudson, ) (Entered: 04/02/2014) |
| 04/02/2014 | | 224 | NOTICE *TO COURT* re: Miscellaneous Hearing,,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit Exhibit 1 to Notice to the Court)(Scott, John) (Entered: 04/02/2014) |
| 04/03/2014 | | 225 | Notice of Filing of Official Transcript as to 223 Transcript. Party notified, filed. (dterrell, 2) (Entered: 04/03/2014) |
| 04/03/2014 | | 226 | ORDER ON MOTION TO COMPEL granting in part and denying in part 162 Motion to Compel. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 04/03/2014) |
| 04/07/2014 | | 227 | ADVISORY by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 04/07/2014) |
| 04/07/2014 | | 228 | NOTICE *of Filing of Plaintiffs and Plaintiff-Intervenors' Second Proposed Amended Scheduling Order* re: 196 Joint MOTION to Modify as to 86 Scheduling Order,,, by United States Of America, filed. (Attachments: # 1 Exhibit Comparison chart, # 2 Exhibit Second Proposed Amended Scheduling Order)(Westfall, Elizabeth) (Entered: 04/07/2014) |
| 04/07/2014 | | 229 | NOTICE *of Filing regarding the Scheduling Order* re: 86 Scheduling Order,,, by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit 1 - Comparison of Deadlines)(Scott, John) (Entered: 04/07/2014) |
| 04/07/2014 | 230 | MOTION to Compel the Production of Documents Responsive to the Defendants' First and Second Requests for Production to the United States by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 4/28/2014. (Attachments: # 1 Exhibit 1. Defendants' First RFP to US, # 2 Exhibit 2. Defendants 2nd RFPs to DOJ, # 3 Exhibit 3. United States Responses and Objections to Defs First RFPs, # 4 Exhibit 4. U.S. Responses and Objections to Defs 2d RFP, # 5 Exhibit 5. 02-20-14 Letter D Whitley to B Gear, # 6 Exhibit 6. March 27, 2014 Email from GDW to Elizabeth Westfall re Motion to Compel, # 7 Exhibit 7. 03-28-14 Email from D Whitley to E Westfall, # 8 Exhibit 8. 04-01-14 Letter from E Westfall to D Whitley, # 9 Exhibit 9. DOJ Amended Privilege Log, # 10 Exhibit 10. DOJ Privilege Log_20140123_1424, # 11 Exhibit 11. United States of America's Complaint, # 12 Exhibit 12. March 5, 2014 Motion Hearing, Portion of Transcript, # 13 Exhibit 13. Comparison of Excerpts from Plaintiff the United States' privilege log and Defendants' privilege logs, # 14 Exhibit 14. Contested Document Privilege Claim Index, # 15 Exhibit 15. ECF 61-6 Agreement Production Format, # 16 Proposed Order Proposed Order on Motion to Compel)(Scott, John) (Entered: 04/07/2014) |
| 04/08/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 4/8/2014. Arguments Arguments heard on attorney/client privileges. Texas to go through documents by Friday at noon. Parties to contact the Court if there are remaining issues. Court extends fact discovery to June 27, 2014. Proposed scheduling order filed at D.E. 228-2 signed and entered. Court sets hearing on D.E. 230 Motion to Compel. |

| | | |
|---|---|---|
| | | Responses to Motion due by April 14, 2014. ( Motion Hearing set for 4/16/2014 at 08:30 AM before Judge Nelva Gonzales Ramos). Appearances:Chad Dunn, Daniel Freeman, Richard Dellheim, Ezra Rosenberg, Jose Garza, Ryan Haygood, Kelly Dunbar, Rolando Rios, John Scott. (Digital # 8:27-8:42)(ERO:A. Benavidez), filed. (bcortez, 2) (Entered: 04/08/2014) |
| 04/08/2014 | 231 | **AMENDED AT D.E. 415** . AMENDED SCHEDULING ORDER Proposed Findings of Fact and Conclusions of Law due August 18, 2014. Bench Trial set for 9/2/2014 at 09:00 AM before Judge Nelva Gonzales Ramos Joinder of Parties due by 12/6/2013. Amendment of Pleadings due 3/2/14. Dispositive Motion Filing due by 8/22/2014. Joint Pretrial Order due by 8/20/2014. Final Pretrial Conference set for 8/27/2014 at 09:00 AM before Judge Nelva Gonzales Ramos. Additional deadlines also set.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 04/08/2014) |
| 04/10/2014 | 232 | Letter from R. Allensworth re: Request for Copies of Transcripts (Nov. 15 and 22), filed. (jtabares, 1) (Entered: 04/10/2014) |
| 04/10/2014 | 233 | AO 435 TRANSCRIPT ORDER FORM by DOJ Atty Westfall. This is to order a transcript of Hearing held on 4/8/2014 before Judge Nelva Gonzales Ramos (original). Transcriber: Exceptional Reporting Svcs., filed. (jalvarez, 2) (Entered: 04/10/2014) |
| 04/11/2014 | 234 | Unopposed MOTION to Withdraw Aurica Washington and Crystal Owens as Parties to this Action, by Michelle Bessiake, Imani Clark, Crystal Owens, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, Aurica Washington, filed. Motion Docket Date 5/2/2014. (Attachments: # 1 Proposed Order)(Korgaonkar, Natasha) (Entered: |

| | | 04/11/2014) |
|---|---|---|
| 04/11/2014 | 235 | MOTION for Sean Flammer to Withdraw as Attorney by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 5/2/2014. (Attachments: # 1 Proposed Order)(Scott, John) (Entered: 04/11/2014) |
| 04/11/2014 | 236 | ORDER granting 235 Motion to Withdraw as Attorney. Attorney Sean Flammer terminated. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 04/11/2014) |
| 04/11/2014 | 237 | ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW PLAINTIFF-INTERVENORS AURICA WASHINGTON AND CRYSTAL OWENS granting 234 Motion.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 04/11/2014) |
| 04/14/2014 | 238 | TRANSCRIPT re: TELEPHONIC CONFERENCE held on 4/8/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party ELIZABETH WESTFALL Release of Transcript Restriction set for 7/14/2014., filed. (thudson, ) (Entered: 04/14/2014) |
| 04/14/2014 | 239 | ADVISORY by Maria Longoria Benavides, Michelle Bessiake, Anna Burns, IMANI CLARK, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, Hidalgo County, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Belinda Ortiz, Oscar Ortiz, Crystal Owens, Koby |

| | | |
|---|---|---|
| | | Ozias, Penny Pope, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Eduction Fund, Texas State Conference of NAACP Branches, Marc Veasey, Aurica Washington, filed.(Rudd, Amy) (Entered: 04/14/2014) |
| 04/14/2014 | 240 | Amended MOTION to Compel the Production of Documents Responsive to the Defendants' First and Second Requests for Production to the United States by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 5/5/2014. (Attachments: # 1 Exhibit 1.Defendants' First RFP to US, # 2 Exhibit 2.Defendants 2nd RFPs to DOJ, # 3 Exhibit 3.United States Responses and Objections to Defs First RFPs, # 4 Exhibit 4.U.S. Responses and Objections to Defs 2d RFP, # 5 Exhibit 5. 02-20-14 Letter D Whitley to B Gear, # 6 Exhibit 6. March 27, 2014 Email from GDW to Elizabeth Westfall re Motion to Compel, # 7 Exhibit 7. 03-28-14 Email from D Whitley to E Westfall, # 8 Exhibit 8. 04-01-14 Letter from E Westfall to D Whitley, # 9 Exhibit 9. DOJ Amended Privilege Log, # 10 Exhibit 10.DOJ Privilege Log_20140123_1424 (2), # 11 Exhibit 11. United States of America's Complaint, # 12 Exhibit 12. March 5, 2014 Motion Hearing, Portion of Transcript, # 13 Exhibit 13. Comparison of Excerpts from Plaintiff the United States' privilege log and Defendants' privilege logs, # 14 Exhibit 14. Contested Document Privilege Claim Index, # 15 Exhibit 15. ECF 61-6 Agreement Production Format, # 16 Judge's Procedure Redline Version of First Amended of Motion to Compel, # 17 Proposed Order)(Scott, John) (Entered: 04/14/2014) |
| 04/14/2014 | 241 | Supplemental RESPONSE in Opposition to 162 |

| | | |
|---|---|---|
| | | MOTION to Compel the Production of Legislative Documents, filed by Steve McGraw, Rick Perry, State Of Texas, John Steen. (Attachments: # 1 Exhibit 1 - D. Freeman e-mail, # 2 Exhibit 2 - 04-11-14 Letter D Whitley to D Freeman Doc Review, # 3 Exhibit 3 - Defendants' Document Review 04-11-14, # 4 Exhibit 4 - April 11 2014 Supplemental Attorney-Client Privilege Log)(Whitley, Gregory) (Entered: 04/14/2014) |
| 04/14/2014 | 242 | RESPONSE in Opposition to 240 Amended MOTION to Compel the Production of Documents Responsive to the Defendants' First and Second Requests for Production to the United States, filed by United States Of America. (Attachments: # 1 Exhibit Declaration of Gregory Friel, # 2 Exhibit Second Amended Privilege Log, # 3 Exhibit Defs Resp and Objs to US First RFP, # 4 Proposed Order)(Westfall, Elizabeth) (Entered: 04/14/2014) |
| 04/15/2014 | 243 | Notice of Filing of Official Transcript as to 238 Transcript. Party notified, filed. (dterrell, 2) (Entered: 04/15/2014) |
| 04/15/2014 | 244 | NOTICE of Appearance by Jennifer Marie Roscetti on behalf of Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Roscetti, Jennifer) (Entered: 04/15/2014) |
| 04/15/2014 | 245 | NOTICE of Resetting as to 240 Amended MOTION to Compel the Production of Documents Responsive to the Defendants' First and Second Requests for Production to the United States. Parties notified. Motion Hearing set for 4/16/2014 at 08:15 AM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 04/15/2014) |
| 04/16/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. MOTION HEARING held on 4/16/2014. Arguments heard re: 240 Amended |

| | | | |
|---|---|---|---|
| | | | MOTION to Compel the Production of Documents Responsive to the Defendants' First and Second Requests for Production to the United States. Parties to further confer and advise Case Manager if a hearing is necessary on Thursday at 8:15am or 12:30pm. Court sets status conference to address trial. Status Conference set for 5/1/2014 at 02:00 PM before Judge Nelva Gonzales Ramos Appearances:Chad Dunn, Armand Derfner, Neil Baron, Elizabeth Westfall, Ezra D Rosenberg, Mark Posner, Jose Garza, Ryan Haygood, Natasha Korgaonkar, Jennifer Roscetti.(Digital # 8:15-8:38) (ERO:L. Cayce), filed.(bcortez, 2) (Entered: 04/16/2014) |
| 04/16/2014 | | | Letter re: copy request. Robert M. Allensworth notified by US Mail of the costs for copying requested documents re: 232 Letter, filed. (jtabares, 1) (Entered: 04/16/2014) |
| 04/17/2014 | | 246 | TRANSCRIPT re: TELEPHONE CONFERENCE held on 4/16/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party ELIZABETH WESTFALL Release of Transcript Restriction set for 7/16/2014., filed. (thudson, ) (Entered: 04/17/2014) |
| 04/18/2014 | | 247 | Notice of Filing of Official Transcript as to 246 Transcript. Party notified, filed. (dterrell, 2) (Entered: 04/18/2014) |
| 04/21/2014 | | 248 | Document by Robert M Allensworth, filed.(lcayce, 2) (Entered: 04/22/2014) |
| 04/22/2014 | | 249 | NOTICE of Appearance by Ben A. Donnell on behalf of Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Donnell, Ben) (Entered: 04/22/2014) |
| 04/24/2014 | | 250 | NOTICE of Resetting. Parties notified. Status |

| | | Conference set for 5/15/2014 at 09:00 AM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 04/24/2014) |
|---|---|---|
| 04/25/2014 | 251 | MOTION to Quash subpoena by Third Party Legislators, filed. Motion Docket Date 5/16/2014. (Attachments: # 1 Proposed Order)(D'Andrea, Arthur) (Entered: 04/25/2014) |
| 04/25/2014 | 252 | MOTION Judicial Notice by United States Of America, filed. Motion Docket Date 5/16/2014. (Attachments: # 1 Proposed Order, # 2 Exhibit 1: DDC Order, # 3 Exhibit 2: 1990 Census Data, # 4 Exhibit 3: 2000 Census Data, # 5 Exhibit 4: 2010 Census Data, # 6 Exhibit 5: 2006-2010 ACS CVAP Data, # 7 Exhibit 2010-2012 ACS Socioeconomic Data)(Freeman, Daniel) (Entered: 04/25/2014) |
| 04/28/2014 | 253 | NOTICE of Setting as to 251 MOTION to Quash subpoena. Parties notified.Telephonic Motion Hearing set for 5/1/2014 at 04:00 PM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 04/28/2014) |
| 04/29/2014 | 254 | RESPONSE in Opposition to 251 MOTION to Quash subpoena, filed by United States Of America. (Attachments: # 1 Proposed Order, # 2 Exhibit 1: Harless Subpoena, # 3 Exhibit 2: Beuck Deposition, # 4 Exhibit 3: McCoy Deposition)(Freeman, Daniel) (Entered: 04/29/2014) |
| 04/29/2014 | 255 | Joint RESPONSE in Opposition to 251 MOTION to Quash subpoena, filed by Maria Longoria Benavides, Michelle Bessiake, Anna Burns, IMANI CLARK, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, Hidalgo County, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin |

| | | |
|---|---|---|
| | | American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Belinda Ortiz, Oscar Ortiz, Koby Ozias, Penny Pope, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Eduction Fund, Texas State Conference of NAACP Branches, Marc Veasey, Aurica Washington. (Attachments: # 1 Proposed Order)(Rudd, Amy) (Entered: 04/29/2014) |
| 04/30/2014 | 256 | ADVISORY by Maria Longoria Benavides, Michelle Bessiake, Anna Burns, IMANI CLARK, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, Hidalgo County, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Belinda Ortiz, Oscar Ortiz, Koby Ozias, Penny Pope, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Eduction Fund, Texas State Conference of NAACP Branches, Marc Veasey, filed. (Attachments: # 1 Exhibit 1)(Rudd, Amy) (Entered: 04/30/2014) |
| 04/30/2014 | 257 | Unopposed MOTION withdraw Roxsanne Hernandez as Plaintiff by Belinda Ortiz, filed. Motion Docket Date 5/21/2014. (Attachments: # 1 Proposed Order)(Van Dalen, Marinda) (Entered: 04/30/2014) |
| | | |

| 04/30/2014 | 258 | ADVISORY by Third Party Legislators, filed. (Attachments: # 1 Exhibit Hall v. Louisiana) (D'Andrea, Arthur) (Entered: 04/30/2014) |
| 04/30/2014 | 259 | ORDER Granting 257 Motion To Dismiss Plaintiff Roxsanne Hernandez From This Cause With Prejudice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(gchavez, 2) (Entered: 05/01/2014) |
| 05/01/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. MOTION HEARING held on 5/1/2014 Arguments heared re: 251 MOTION to Quash subpoena. Parties to file additional briefing by deadlines set forth on the record. Parties advises D.E.s 240 and 252 are not agreed to and need to remain pending. Responses to be filed to these motions. Appearances:Chad Dunn, Daniel Freeman, Elizabeth Westfall, Ezra Rosenberg, Robert Doggett, Ryan Haygood, Sonya Lesback, Rolando Rios, Preston Henrichson, Reid Clay, Arthur D'Andrea, Ben Donnell.(Digital # 3:58-4:41)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 05/01/2014) |
| 05/01/2014 | 260 | AO 435 TRANSCRIPT ORDER FORM by DOJ - Elizabeth Westfall. This is to order a transcript of Hearing held on 05/01/2014 before Judge Nelva Gonzales Ramos (Original). Transcriber: Exceptional Reporting, filed. (abenavidez, 2) Electronically forwarded to Exceptional Reporting on 5-2-14. Modified on 5/2/2014 (grogan, 2). (Entered: 05/01/2014) |
| 05/02/2014 | 261 | NOTICE of Appearance by Kathryn Newell on behalf of Belinda Ortiz, filed. (Van Dalen, Marinda) (Entered: 05/02/2014) |
| 05/02/2014 | 262 | NOTICE of Appearance by Priscilla Noriega on behalf of Belinda Ortiz, filed. (Van Dalen, Marinda) (Entered: 05/02/2014) |
| 05/05/2014 | 263 | TRANSCRIPT re: CIVIL MOTION HEARING held |

| | | |
|---|---|---|
| | | on 5/1/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party ELIZABETH WESTFALL Release of Transcript Restriction set for 8/4/2014., filed. (thudson, ) (Entered: 05/05/2014) |
| 05/05/2014 | 264 | Supplemental BRIEF in Support re: 251 MOTION to Quash subpoena by Third Party Legislators, filed. (D'Andrea, Arthur) (Entered: 05/05/2014) |
| 05/06/2014 | 265 | Unopposed MOTION for Peter McGraw to Withdraw as Attorney by Estela Garcia Espinosa, Lionel Estrada, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, Belinda Ortiz, Lenard Taylor, filed. Motion Docket Date 5/27/2014. (Attachments: # 1 Proposed Order)(Doggett, Robert) (Entered: 05/06/2014) |
| 05/06/2014 | 266 | Notice of Filing of Official Transcript as to 263 Transcript. Party notified, filed. (vrios, 2) (Entered: 05/06/2014) |
| 05/06/2014 | 267 | ORDER granting 265 Motion to Withdraw as Attorney for Peter McGraw.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(bcortez, 2) (Entered: 05/06/2014) |
| 05/08/2014 | 268 | Opposed MOTION to Quash 30(b)(6) Deposition by Texas Health and Human Services Commission, filed. Motion Docket Date 5/29/2014. (Attachments: # 1 Exhibit 1 - 30(b)(6) to HHSC, # 2 Exhibit 2 - Objections to 30(b)(6), # 3 Exhibit 3 - E-mail, # 4 Exhibit 4 - Proposed Topics for Examination, # 5 Exhibit 5 - Track Change Topics, # 6 Proposed Order)(Scott, John) (Entered: 05/08/2014) |
| 05/08/2014 | 269 | NOTICE of Setting as to 268 Opposed MOTION to Quash 30(b)(6) Deposition. Parties notified. Telephone Conference set for 5/9/2014 at 08:30 AM |

| | | |
|---|---|---|
| | | before Magistrate Judge B. Janice Ellington, filed. Meet me line instructions emailed to parties. (bcortez, 2) (Entered: 05/08/2014) |
| 05/08/2014 | | ***Per Mr. Scott, parties have reached an agreement on D.E. 268. Motion is terminated and hearing cancelled., filed. (bcortez, 2) (Entered: 05/08/2014) |
| 05/08/2014 | 270 | Supplemental BRIEF in Opposition re: 251 MOTION to Quash subpoena by United States Of America, filed.(Baldwin, Anna) (Entered: 05/08/2014) |
| 05/09/2014 | 271 | Unopposed MOTION to Enter Consent Production Order by United States Of America, filed. Motion Docket Date 5/30/2014. (Attachments: # 1 Proposed Consent Production Order)(Westfall, Elizabeth) (Entered: 05/09/2014) |
| 05/09/2014 | 272 | NOTICE by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit OIG Report, # 2 Proposed Order Order)(Scott, John) (Entered: 05/09/2014) |
| 05/12/2014 | 273 | MOTION for Gerard J. Sinzdak to Withdraw as Attorney by Michelle Bessiake, Imani Clark, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, filed. Motion Docket Date 6/2/2014. (Attachments: # 1 Proposed Order) (Sinzdak, Gerard) (Entered: 05/12/2014) |
| 05/12/2014 | 274 | CONSENT PRODUCTION ORDER granting 271 Motion.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 05/12/2014) |
| 05/12/2014 | 275 | ORDER GRANTING LEAVE TO WITHDRAW FOR GERARD J. SINZDAK granting 273 Motion to Withdraw as Attorney. Attorney Gerard J Sinzdak terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 05/12/2014) |
| | | |

| | | |
|---|---|---|
| 05/12/2014 | 276 | MOTION for Protective Order by United States Of America, filed. Motion Docket Date 6/2/2014. (Attachments: # 1 Exhibit A (Defs.' Rule 30(b)(6) Not. to the United States), # 2 Exhibit B (Defs.' Corrected Rule 30(b)(6) Not. to the United States), # 3 Exhibit C (2012 Public Integrity Report), # 4 Exhibit D (2007 Public Integrity Report), # 5 Proposed Order)(Baldwin, Anna) (Entered: 05/12/2014) |
| 05/13/2014 | 277 | Joint RESPONSE to 272 Notice (Other) *Request*, filed by Maria Longoria Benavides, Michelle Bessiake, Anna Burns, IMANI CLARK, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Hidalgo County, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Belinda Ortiz, Oscar Ortiz, Koby Ozias, Penny Pope, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Eduction Fund, Texas State Conference of NAACP Branches, Marc Veasey. (Rudd, Amy) (Entered: 05/13/2014) |
| 05/14/2014 | 278 | RESPONSE to 272 Notice (Other) , filed by United States Of America. (Attachments: # 1 Proposed Order)(Westfall, Elizabeth) (Entered: 05/14/2014) |
| 05/15/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 5/15/2014. Arguments heard on pending motions. Court grants 251 MOTION to Quash subpoena as to campaign material. Court denies |

| | | |
|---|---|---|
| | | Plaintiffs' request for reconsideration on immigration material. Court denies without prejudice 272 Defendant's Request for Judicial Notice. 240 First Amended Motion to Compel, 252 Request for Judicial Notice remain pending. All motions to dismiss remain pending ( 52 , 115 , 116 , 130 , 175 ). Parties to confer on Friday, Mmay 16, 2014 on 276 Motion for Protective Order and advise the Court if it needs to get involved. Partie to further confer on trial plan. Bench trial set for September 2, 2014. Court has allotted 3 weeks for trial. At this time Court gives each side 40 hours to present their evidence. Court to set status conferences every 10 days. Case manager to provide dates to parties. Appearances:Chad Dunn, Armand Derfner, Neil Baron, Gerry Hebert, Scott Brazil, Emma Simpson, Anna Baldwin, Elizabeth Westfall, Ezra Rosenberg, Mark Posner, Sonia Gill, Jose Garza, Robert Doggett, Marinda Van Dalen, Rolando Rios, Preston Henrichson, Ryan Haygood, Natasha Korgaonkar, Lynn Eisenberg, John Scott, Reid Clay, David Whitley, Arthur D'Andrea, Ben Donnell.(Digital # 9:14-9:57)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 05/15/2014) |
| 05/15/2014 | 279 | AO 435 TRANSCRIPT ORDER FORM by Elizabeth Westfall. This is to order a transcript of Hearing held on May 15, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2)Electronically forwarded to Exceptional Reporting on 5-15-14. Modified on 5/15/2014 (grogan, 2). (Entered: 05/15/2014) |
| 05/16/2014 | 280 | TRANSCRIPT re: HEARING held on 5/15/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party ELIZABETH WESTFALL Release of Transcript Restriction set |

| | | for 8/14/2014., filed. (thudson, ) (Entered: 05/16/2014) |
|---|---|---|
| 05/16/2014 | 281 | RESPONSE in Opposition to 252 MOTION Judicial Notice, filed by Steve McGraw, Rick Perry, State Of Texas, John Steen. (Attachments: # 1 Proposed Order)(Scott, John) (Entered: 05/16/2014) |
| 05/19/2014 | 282 | Notice of Filing of Official Transcript as to 280 Transcript. Party notified, filed. (dterrell, 2) (Entered: 05/19/2014) |
| 05/19/2014 | 283 | NOTICE of Setting. Parties notified. Telephonic Status Conference set for 5/28/2014 at 09:00 AM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 05/19/2014) |
| 05/19/2014 | 284 | STATEMENT *Regarding Defendants Notice of Deposition* re: 276 MOTION for Protective Order by Rick Perry, filed.(Donnell, Ben) (Entered: 05/19/2014) |
| 05/20/2014 | 285 | NOTICE of Setting as to 284 Statement. Parties notified. Telephone Conference set for 5/20/2014 at 10:00 AM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 05/20/2014) |
| 05/20/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. TELEPHONE CONFERENCE held on 5/20/2014. Court orders parties to confer today on the notice of deposition. Telephone Conference set for 5/21/2014 at 08:30 AM before Judge Nelva Gonzales Ramos Appearances:Chad Dunn, Emma Simpson, Anna Baldwin, Elizabeth Westfall, Ezra Rosenberg, Marinda Van Dalen, Rolando Rios, Natasha Korgaonkar, Kelly Dunbar, John Scott, Ben Donnell, Lindsey Wolf.(Digital # 9:59-10:04)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 05/20/2014) |
| 05/20/2014 | 286 | NOTICE of Change of Address by Daniel G. |

|  |  | Covich, counsel for Texas State Conference of NAACP Branches, filed. (Covich, Daniel) (Entered: 05/20/2014) |
|---|---|---|
| 05/21/2014 |  | *** Hearing set for 8:30am on May 21, 2014 has been cancelled. Parties to continue conferring. Any remaining issues to be addressed at May 28, 2014 status conference., filed. (bcortez, 2) (Entered: 05/21/2014) |
| 05/22/2014 | 287 | Unopposed MOTION Unopposed Motion to Withdraw Plaintiff-Intervenor Maria Longoria Benevides by Maria Longoria Benavides, filed. Motion Docket Date 6/12/2014. (Attachments: # 1 Proposed Order)(Rios, Rolando) (Entered: 05/22/2014) |
| 05/22/2014 | 288 | ORDER granting 287 Unopposed MOTION to Withdraw Plaintiff-Intervenor Maria Longoria Benevides.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, 2) (Entered: 05/23/2014) |
| 05/27/2014 | 289 | Letter re: Limited Voting 2nd Ballot by Robert M Allensworth, filed.(bcortez, 2) (Entered: 05/27/2014) |
| 05/27/2014 | 290 | Opposed MOTION to Quash subpoena for deposition by Third Party Legislators, filed. Motion Docket Date 6/17/2014. (Attachments: # 1 Exhibit Subpoena, # 2 Proposed Order)(D'Andrea, Arthur) (Entered: 05/27/2014) |
| 05/28/2014 | 291 | NOTICE of Appearance by Lindsey Elizabeth Wolf on behalf of Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Wolf, Lindsey) (Entered: 05/28/2014) |
| 05/28/2014 |  | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 5/28/2014. 240 Defendants' Amended Motion to Compel has not been resolved. Parties to narrow the issues and file a joint statement, no more |

| | | |
|---|---|---|
| | | than 10 pages, with their different positions by June 2, 2014. Arguments heard re: 252 United States' Request for Judicial Notice. Court grants 252 . Parties to continue conferring on 276 United States' Motion for Protective Order. United States' response to 290 Third Party Motion to Quash due by June 2, 2014. Court will discuss dates for depositions at next hearing. All parties to continue conferring on emergency issue regarding database production. Court limits discovery issue documents to 10 pages. Parties must seek leave from the Court if document will be more than 10 pages. Hearing set re: database issues set for 5/28/2014 at 03:00 PM before Judge Nelva Gonzales Ramos. Status Conference/Motion Hearing set for 6/4/2014 at 08:30 AM before Judge Nelva Gonzales Ramos Appearances:Chad Dunn, Armand Derfner, Neil Baron, Gerry Hebert, Scott Brazil, Emma Simson, Anna Baldwin, Daniel Freeman, Elizabeth Westfall, Ezra Rosenberg, Robert Doggett, Marinda Van Dalen, Rolando Rios, Ryan Haygood, Natasha Korgaonkar, Kelly Dunbar, John Scott, Jennifer Roscetti, Reid Clay, Arthur D'Andrea, Lindsey Wolf.(Digital # 9:00-9:24) (ERO:G. Rogan), filed.(bcortez, 2) (Entered: 05/28/2014) |
| 05/28/2014 | 292 | MEMORANDUM Re: TEAM database by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed.(Hebert, J) (Entered: 05/28/2014) |
| 05/28/2014 | 293 | NOTICE *Defendants Advisory to Court re Database Production* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 05/28/2014) |
| 05/28/2014 | | Minute Entry for proceedings held before Judge |

| | | |
|---|---|---|
| | | Nelva Gonzales Ramos. MISCELLANEOUS HEARING held on 5/28/2014. Arguments heard re: emergency issue regarding databases. Court orders Defendants to produce TEAM database to private parties under the protective order. Defendant requests access to the United States' database. Court orders parties to submit proposed orders. Appearances:Armand Derfner, Gerry Hebert, Emma Simson, Anna Baldwin, Ezra Rosenberg, Robert Doggett, Rolando Rios, Ryan Haygood, Natasha Korgaonkar, Kelly Dunbar, John Scott, Ben Donnell. (Digital # 3:02-3:34)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 05/28/2014) |
| 05/28/2014 | 294 | AO 435 TRANSCRIPT ORDER FORM by John Scott. This is to order a transcript of Status Conference held on May 28, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 5-28-14. Modified on 5/28/2014 (grogan, 2). (Entered: 05/28/2014) |
| 05/28/2014 | 295 | AO 435 TRANSCRIPT ORDER FORM by Elizabeth Westfall. This is to order a transcript of Hearing held on May 28, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) (Entered: 05/28/2014) |
| 05/28/2014 | 296 | Opposed MOTION to Quash subpoena for deposition by Third Party Legislators, filed. Motion Docket Date 6/18/2014. (Attachments: # 1 Exhibit Subpoena, # 2 Proposed Order)(D'Andrea, Arthur) (Entered: 05/28/2014) |
| 05/29/2014 | 297 | Joint MOTION for Entry of Order re: by United States Of America, filed. Motion Docket Date 6/19/2014. (Attachments: # 1 Proposed Order) (Westfall, Elizabeth) (Entered: 05/29/2014) |

| | | | |
|---|---|---|---|
| 05/29/2014 | 298 | TRANSCRIPT re: TELEPHONIC STATUS CONFERENCE held on 5/28/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 8/27/2014., filed. (thudson, ) (Entered: 05/29/2014) |
| 05/29/2014 | 299 | MOTION for Entry of Order re: by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 6/19/2014. (Attachments: # 1 Proposed Order)(Scott, John) (Entered: 05/29/2014) |
| 05/30/2014 | 300 | RESPONSE in Opposition to 299 MOTION for Entry of Order re:, filed by United States Of America. (Dellheim, Richard) (Entered: 05/30/2014) |
| 05/30/2014 | 301 | ADVISORY by Michelle Bessiake, Anna Burns, IMANI CLARK, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Hidalgo County, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Belinda Ortiz, Oscar Ortiz, Koby Ozias, Penny Pope, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Eduction Fund, Texas State Conference of NAACP Branches, Marc Veasey, filed.(Rosenberg, Ezra) (Entered: 05/30/2014) |
| 05/30/2014 | 302 | Notice of Filing of Official Transcript as to 298 Transcript. Party notified, filed. (dterrell, 2) (Entered: 05/30/2014) |
| | | |

| | | |
|---|---|---|
| 05/30/2014 | 303 | RESPONSE to 299 MOTION for Entry of Order re: filed by Steve McGraw, Rick Perry, State Of Texas, John Steen. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Scott, John) (Entered: 05/30/2014) |
| 05/30/2014 | 304 | MOTION for Lindsey Cohan to Appear Pro Hac Vice by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. Motion Docket Date 6/20/2014. (Rudd, Amy) (Entered: 05/30/2014) |
| 05/30/2014 | 305 | MEMORANDUM and Notice of Data Production by United States Of America, filed.(Baldwin, Anna) (Entered: 05/30/2014) |
| 06/02/2014 | 306 | MOTION for Stephen Lyle Tatum, Jr. to Appear Pro Hac Vice by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 6/23/2014. (Scott, John) (Entered: 06/02/2014) |
| 06/02/2014 | 307 | ORDER granting 304 Motion to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lrivera, 2) (Entered: 06/02/2014) |
| 06/02/2014 | 308 | STATEMENT *Defendants and Plaintiffs* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 06/02/2014) |
| 06/02/2014 | 309 | RESPONSE in Opposition to 290 Opposed MOTION to Quash subpoena for deposition, 296 Opposed MOTION to Quash subpoena for deposition, filed by United States Of America. (Attachments: # 1 Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8)(Freeman, Daniel) (Entered: 06/02/2014) |
| 06/03/2014 | 310 | NOTICE of Setting. Parties notified. Telephone Conference set for 6/6/2014 at 03:00 PM before Judge Nelva Gonzales Ramos, filed. (lrivera, 2) |

| | | |
|---|---|---|
| | | (Entered: 06/03/2014) |
| 06/03/2014 | 311 | NOTICE of Setting. Parties notified. Telephone Conference set for 6/6/2014 at 03:00 PM before Judge Nelva Gonzales Ramos, filed. (lrivera, 2) (Entered: 06/03/2014) |
| 06/03/2014 | 312 | Opposed MOTION to Quash subpoena to testify at deposition by Third Party Legislators, filed. Motion Docket Date 6/24/2014. (Attachments: # 1 Exhibit Rep. Harless Subpoena, # 2 Proposed Order) (D'Andrea, Arthur) (Entered: 06/03/2014) |
| 06/03/2014 | 313 | Opposed MOTION to Quash subpoena to testify at deposition by Third Party Legislators, filed. Motion Docket Date 6/24/2014. (Attachments: # 1 Exhibit Speaker Straus subpoena, # 2 Proposed Order) (D'Andrea, Arthur) (Entered: 06/03/2014) |
| 06/04/2014 | 314 | RESPONSE in Opposition to 312 Opposed MOTION to Quash subpoena to testify at deposition, filed by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches. (Attachments: # 1 Proposed Order)(Rosenberg, Ezra) (Entered: 06/04/2014) |
| 06/04/2014 | 315 | RESPONSE in Opposition to 313 Opposed MOTION to Quash subpoena to testify at deposition, 312 Opposed MOTION to Quash subpoena to testify at deposition, filed by United States Of America. (Attachments: # 1 Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8)(Freeman, Daniel) (Entered: 06/04/2014) |
| 06/04/2014 | 316 | NOTICE *of Pending Matters & Submission of Proposed Orders* by United States Of America, filed. (Attachments: # 1 Proposed Order Re: Legislator Documents, # 2 Proposed Order Re: TLC Documents, # 3 Proposed Order Re: Depositions) |

| | | |
|---|---|---|
| | | (Freeman, Daniel) (Entered: 06/04/2014) |
| 06/05/2014 | 317 | Opposed MOTION to Quash Subpoena by Third Party Legislators, filed. Motion Docket Date 6/26/2014. (Attachments: # 1 Exhibit Subpoena, # 2 Proposed Order)(D'Andrea, Arthur) (Entered: 06/05/2014) |
| 06/05/2014 | 318 | RESPONSE in Opposition to 317 Opposed MOTION to Quash Subpoena, filed by Texas State Conference of NAACP Branches. (Attachments: # 1 Proposed Order)(Rosenberg, Ezra) (Entered: 06/05/2014) |
| 06/05/2014 | 319 | NOTICE of Appearance by Frances Whitney Deason on behalf of Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 06/05/2014) |
| 06/06/2014 | 320 | AO 435 TRANSCRIPT ORDER FORM by Elizabeth Westfall. This is to order a transcript of Telephonic Hearing held on June 6, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 6-6-14. Modified on 6/6/2014 (grogan, 2). (Entered: 06/06/2014) |
| 06/06/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 6/6/2014. Arguments heard re: 240 Mtn to Compel (Common Interest Doctrine). ORAL ORDER: Court finds the common interest doctrine applies to the communications among the plaintiffs and their counsel. Regarding the log, Court does not require that those documents set forth in the privilege logs. Parties are still conferring on 276 Mtn for Protective Order. Court signs order at 297 regarding the database. The State can still proceed regarding the issue of the federal database. State to |

| | | |
|---|---|---|
| | | file written motion by June 10, 2014. Responses due June 16, 2014. Briefing limit is 10 pages. Arguments heard re: 290 , 296 , 312 , 313 , 317 Mtns to Quash Subpoenas and similar cases recently filed regarding the Mtns to Quash. Parties to further confer. Parties to file a joint proposed order on Mtns to Quash. ORAL ORDER: The Court will not quash the depositions entirely. Deponents can answer; answer would be sealed and submitted to the Court for in camera. Alternatively, the deponent could choose not to answer questions; motion to compel could be filed and the Court would determine whether the privilege could be waived or compel an answer. Discussion held regarding motions to be filed. Discussion held regarding dates of depositions. Status Conference set for 6/18/2014 at 02:00 PM before Judge Nelva Gonzales Ramos Appearances:Chad Dunn, Armand Derfner, Neil Baron, Gerry Hebert, Scott Brazil, Emma Simson, Anna Baldwin, Daniel Freeman, Elizabeth Westfall, Ezra Rosenberg, Robert Doggett, Rolando Rios, Natasha Korgaonkar, John Scott, Reid Clay, David Whitley, Ben Donnell, Arthur D'Andrea, Whitney Deason.(Digital # 3:00-4:01) (ERO:G. Rogan), filed.(bcortez, 2) (Entered: 06/06/2014) |
| 06/06/2014 | | ORAL ORDER re: 240 Amended MOTION to Compel the Production of Documents Responsive to the Defendants' First and Second Requests for Production to the United States. Court finds the common interest doctrine applies to the communications among the plaintiffs and their counsel. Regarding the log, Court does not require that those documents set forth in the privilege logs. (Ordered by Judge Nelva Gonzales Ramos) Parties notified.(bcortez, 2) (Entered: 06/06/2014) |
| 06/06/2014 | 321 | ORDER (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 06/06/2014) |

| 06/09/2014 | 🔓 322 | TRANSCRIPT re: TELEPHONE CONFERENCE held on 6/6/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party ELIZABETH WESTFALL Release of Transcript Restriction set for 9/8/2014., filed. (thudson, ) (Entered: 06/09/2014) |
| 06/10/2014 | 323 | Notice of Filing of Official Transcript as to 322 Transcript. Party notified, filed. (dterrell, 2) (Entered: 06/10/2014) |
| 06/10/2014 | 324 | MOTION to Compel Production by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 7/1/2014. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Proposed Order)(Whitley, Gregory) (Entered: 06/10/2014) |
| 06/11/2014 | 325 | NOTICE of Consent Proposed Order re: Status Conference,,,,,,,, by United States Of America, filed. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 06/11/2014) |
| 06/12/2014 | 326 | Letter re: limited voting 2nd ballot by Robert M Allensworth, filed.(lcayce, 2) (Entered: 06/12/2014) |
| 06/16/2014 | 327 | Unopposed MOTION to Withdraw Plaintiff-Intervenor Michelle Bessiake, by Michelle Bessiake, IMANI CLARK, Texas League of Young Voters Education Fund, filed. Motion Docket Date 7/7/2014. (Korgaonkar, Natasha) (Entered: 06/16/2014) |
| 06/16/2014 | 328 | PROPOSED ORDER re: 327 Unopposed MOTION to Withdraw Plaintiff-Intervenor Michelle Bessiake,, filed.(Korgaonkar, Natasha) (Entered: 06/16/2014) |
| 06/16/2014 | 329 | MOTION for Tania Faransso to Appear Pro Hac Vice by Texas League of Young Voters Education |

| | | |
|---|---|---|
| | | Fund, Texas League of Young Voters Education Fund, filed. Motion Docket Date 7/7/2014. (Shordt, Richard) (Entered: 06/16/2014) |
| 06/16/2014 | 330 | Joint RESPONSE in Opposition to 324 MOTION to Compel Production, filed by Anna Burns, IMANI CLARK, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Hidalgo County, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Belinda Ortiz, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Education Fund, Texas League of Young Voters Education Fund, Texas State Conference of NAACP Branches, Marc Veasey. (Rudd, Amy) (Entered: 06/16/2014) |
| 06/16/2014 | 331 | ORDER granting 329 Motion to Appear Pro Hac Vice. Tania C. Faransso granted leave to appear for Plaintiff-Intervenor Texas League of Young Voters, et al.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 06/16/2014) |
| 06/16/2014 | 332 | NOTICE *Statement to Court re US Motion for Protective Order* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Wolf, Lindsey) (Entered: 06/16/2014) |
| 06/16/2014 | 333 | EXHIBITS re: 332 Notice (Other) by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Wolf, Lindsey) (Entered: 06/16/2014) |
| 06/16/2014 | 334 | RESPONSE in Opposition to 324 MOTION to Compel Production, filed by United States Of |

| | | |
|---|---|---|
| | | America. (Attachments: # 1 Exhibit A (State), # 2 Exhibit B (Defense), # 3 Exhibit C (VBA), # 4 Exhibit D (VHA), # 5 Exhibit E (SSA), # 6 Exhibit F (USCIS), # 7 Proposed Order)(Baldwin, Anna) (Entered: 06/16/2014) |
| 06/17/2014 | 335 | MOTION for Protective Order by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 7/8/2014. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Proposed Order)(Scott, John) (Entered: 06/17/2014) |
| 06/17/2014 | 336 | MOTION for Bradley E. Heard to Appear Pro Hac Vice by United States Of America, filed. Motion Docket Date 7/8/2014. (Heard, Bradley) (Entered: 06/17/2014) |
| 06/17/2014 | 337 | ORDER granting 336 Motion for Bradley E. Heard to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, 2) (Entered: 06/17/2014) |
| 06/17/2014 | 338 | ORDER granting 327 Unopposed Motion to Withdraw Plaintiff-Intervenor Michelle Bessiake. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(vrios, 2) (Entered: 06/17/2014) |
| 06/17/2014 | 339 | NOTICE *of Supplemental Disclosures* by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. (Rudd, Amy) (Entered: 06/17/2014) |
| 06/17/2014 | 340 | NOTICE *of Consent Proposed Order* by United States Of America, filed. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 06/17/2014) |
| 06/18/2014 | 341 | ORDER denying 290 Motion to Quash; denying 296 Motion to Quash; denying 312 Motion to Quash; denying 313 Motion to Quash; denying 317 Motion to Quash.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(bcortez, 2) (Entered: 06/18/2014) |
| | | |

| | | |
|---|---|---|
| 06/18/2014 | 342 | NOTICE of Resetting. Parties notified. Status Conference set for 6/18/2014 at 03:00 PM before Judge Nelva Gonzales Ramos, filed. (TIME ONLY) (bcortez, 2) (Entered: 06/18/2014) |
| 06/18/2014 | 343 | MOTION to Compel Answers to Interrogatories by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 7/9/2014. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Proposed Order)(Scott, John) (Entered: 06/18/2014) |
| 06/18/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 6/18/2014. Arguments heard re: 324 MOTION to Compel Production. ORAL ORDER: Court denies 324 Motion to Compel Production. Parties are still conferring on 335 Motion for Protection and 343 Motion to Compel. Arguments heard re: 276 Motion for Protective Order. Court takes motion under advisement. Defendants' response due within 10 days. Replies due within 5 days of Defendants' filing. Parties have taken 3 depositions this week. Parties to submit proposed order regarding documents used during depositions. US advises there is one motion to quash pending in the NDTX. Arguments heard re: Motion to Quash in 2:14cv226. Court sustains objections. Parties to submit an agreed order. Appearances:Chad Dunn, Armand Derfner, Gerry Hebert, Scott Brazil, Emma Simson, Anna Baldwin, Daniel Freeman, Ezra D Rosenberg, Marinda Van Dalen, Rolando Rios, Ryan Haygood, Kelly Dunbar, John Scott, Lindsey Wolf, David Whitley, Arthur DAndrea.(Digital # 3:00-4:09)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 06/18/2014) |

| 06/18/2014 | 344 | AO 435 TRANSCRIPT ORDER FORM by Elizabeth Westfall. This is to order a transcript of Status Hearing held on June 18, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 6-18-14. Modified on 6/18/2014 (grogan, 2). (Entered: 06/18/2014) |
| --- | --- | --- |
| 06/19/2014 | 345 | TRANSCRIPT re: STATUS CONFERENCE held on 6/18/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party ELIZABETH WESTFALL Release of Transcript Restriction set for 9/17/2014., filed. (thudson, ) (Entered: 06/19/2014) |
| 06/19/2014 | 346 | NOTICE *of Consent Proposed Order* by United States Of America, filed. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 06/19/2014) |
| 06/20/2014 | 347 | Notice of Filing of Official Transcript as to 345 Transcript. Party notified, filed. (dterrell, 2) (Entered: 06/20/2014) |
| 06/20/2014 | 348 | MOTION to Quash State of Texas' Subpoenas by Kirk P Watson, Rodney Ellis, Juan Hinojosa, Jose Rodriguez, Carlos Uresti, Royce West, John Whitmire, Judith Zaffirini, filed. Motion Docket Date 7/11/2014. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(London, Alice) (Entered: 06/20/2014) |
| 06/20/2014 | 349 | NOTICE *of Rule 26 Supplemental Disclosure* by Texas League of Young Voters Education Fund, filed. (Shordt, Richard) (Entered: 06/20/2014) |
| 06/25/2014 | 350 | NOTICE *of Second Supplemental Disclosures* by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. (Cohan, Lindsey) (Entered: |

| | | |
|---|---|---|
| | | 06/25/2014) |
| 06/26/2014 | 351 | NOTICE *of Rule 26 Second Supplemental Disclosure* by IMANI CLARK, Texas League of Young Voters Education Fund, filed. (Shordt, Richard) (Entered: 06/26/2014) |
| 06/26/2014 | 352 | MOTION for M. Hasan Ali to Withdraw as Attorney by IMANI CLARK, Texas League of Young Voters Education Fund, filed. Motion Docket Date 7/17/2014. (Attachments: # 1 Proposed Order : Motion to Withdraw as Attorney)(Ali, M) (Entered: 06/26/2014) |
| 06/26/2014 | 353 | Letter re: ballots by Robert M Allensworth, filed. (lcayce, 2) (Entered: 06/26/2014) |
| 06/26/2014 | 354 | ORDER granting 352 Motion to Withdraw as Attorney. Attorney M Hasan Ali terminated.(Signed by Judge Nelva Gonzales Ramos) Parties notified. (bcortez, 2) (Entered: 06/26/2014) |
| 06/26/2014 | 355 | Opposed MOTION for Protective Order by United States Of America, filed. Motion Docket Date 7/17/2014. (Attachments: # 1 Exhibit Rule 30(b)(6) Deposition Notice to OIG, # 2 Proposed Order Granting Protective Order)(Heard, Bradley) (Entered: 06/26/2014) |
| 06/27/2014 | 356 | NOTICE *of Supplemental Disclosures* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 06/27/2014) |
| 06/27/2014 | 357 | NOTICE *of Second Amended Rule 26 Disclsoures* by Marc Veasey, filed. (Baron, Neil) (Entered: 06/27/2014) |
| 06/27/2014 | 358 | NOTICE *of Filing of the Report of Dr. Barry Burden* by United States Of America, filed. (Attachments: # 1 Exhibit Burden Report)(Freeman, Daniel) (Entered: 06/27/2014) |
| | | |

| 06/27/2014 | 359 | NOTICE *of Filing of the Report of Dr. Gerald R. Webster* by United States Of America, filed. (Attachments: # 1 Exhibit Webster Report, # 2 Exhibit Appendix 1, # 3 Exhibit Appendix 2, # 4 Exhibit Appendix 3, # 5 Exhibit Appendix 4) (Freeman, Daniel) (Entered: 06/27/2014) |
|---|---|---|
| 06/27/2014 | 360 | NOTICE *of Filing of the Report of Yair Ghitza* by United States Of America, filed. (Attachments: # 1 Exhibit Ghitza Report)(Freeman, Daniel) (Entered: 06/27/2014) |
| 06/27/2014 | 361 | Sealed Event, filed. (With attachments) (Entered: 06/27/2014) |
| 06/27/2014 | 362 | DESIGNATION OF EXPERT WITNESS LIST by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed.(Dunn, Chad) (Entered: 06/27/2014) |
| 06/27/2014 | 363 | NOTICE *of Filing of the Report of Randall Buck Wood* by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. (Dunn, Chad) (Entered: 06/27/2014) |
| 06/27/2014 | 364 | Sealed Event, filed. (Entered: 06/27/2014) |
| 06/27/2014 | 365 | NOTICE *of Filing of the Report of George Korbel* by Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. (Dunn, Chad) (Entered: 06/27/2014) |
| 06/27/2014 | 366 | DESIGNATION OF EXPERT WITNESS LIST by Estela Garcia Espinosa, Lionel Estrada, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito |

| | | |
|---|---|---|
| | | Martinez Lara, Maximina Martinez Lara, Eulalio Mendez, Jr, Belinda Ortiz, Lenard Taylor, filed. (Doggett, Robert) (Entered: 06/27/2014) |
| 06/27/2014 | 367 | Sealed Event, filed. (Entered: 06/27/2014) |
| 06/27/2014 | 368 | Sealed Event, filed. (Entered: 06/27/2014) |
| 06/27/2014 | 369 | NOTICE *of Filing of the Report of Dr. Jane Henrici* by United States Of America, filed. (Attachments: # 1 Exhibit Henrici Report)(Freeman, Daniel) (Entered: 06/27/2014) |
| 06/27/2014 | 370 | NOTICE *of Filing of the Report of Matt Barreto, PhD and Gabriel Sanchez, PhD* by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, John Mellor-Crumley, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Texas State Conference of NAACP Branches, Marc Veasey, filed. (Attachments: # 1 Appendix)(Dunn, Chad) (Entered: 06/27/2014) |
| 06/27/2014 | 371 | DESIGNATION OF EXPERT WITNESS LIST by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. (Attachments: # 1 Exhibit Dr. Chatman Expert Report)(Rosenberg, Ezra) (Entered: 06/27/2014) |
| 06/27/2014 | 372 | Sealed Event, filed. (With attachments) (Entered: 06/27/2014) |
| 06/27/2014 | 373 | DESIGNATION OF EXPERT WITNESS LIST by United States Of America, filed.(Freeman, Daniel) (Entered: 06/27/2014) |
| 06/27/2014 | 374 | Sealed Event, filed. (Entered: 06/27/2014) |
| 06/27/2014 | 375 | Sealed Event, filed. (Entered: 06/27/2014) |
| 06/27/2014 | 376 | DESIGNATION OF EXPERT WITNESS LIST by |

| | | |
|---|---|---|
| | | IMANI CLARK, Texas League of Young Voters Education Fund, filed. (Attachments: # 1 Exhibit Expert Report of Coleman Bazelon, # 2 Exhibit Expert Report of Orville Vernon Burton)(Haygood, Ryan) (Entered: 06/27/2014) |
| 06/30/2014 | 377 | MOTION for Leave to File Excess Pages by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 7/21/2014. (Attachments: # 1 Proposed Order)(Wolf, Lindsey) (Entered: 06/30/2014) |
| 06/30/2014 | 378 | NOTICE *of Filing of the Corrected Report of Dr. Gerald C. Webster* by United States Of America, filed. (Attachments: # 1 Exhibit Webster Report, # 2 Exhibit Appendix 1, # 3 Exhibit Appendix 2, # 4 Exhibit Appendix 3, # 5 Exhibit Appendix 4) (Freeman, Daniel) (Entered: 06/30/2014) |
| 06/30/2014 | 379 | NOTICE *Advisory to Court* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Wolf, Lindsey) (Entered: 06/30/2014) |
| 06/30/2014 | 382 | Letter re: ballots by Robert M Allensworth, filed. (lcayce, 2) (Entered: 07/01/2014) |
| 06/30/2014 | 384 | Letter from Robert M. Allensworth re: request for copies, filed. (bcampos, 1) (Entered: 07/02/2014) |
| 07/01/2014 | 380 | ORDER Regarding Captioning. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(sscotch, 2) (Entered: 07/01/2014) |
| 07/01/2014 | 381 | ORDER granting 377 Motion for Leave to File Excess Pages.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(bcortez, 2) (Entered: 07/01/2014) |
| 07/01/2014 | 383 | Sealed Event, filed. (With attachments) (Entered: 07/01/2014) |

| | | |
|---|---|---|
| 07/02/2014 | 385 | ORDER ON MOTIONS TO DISMISS. The motions to dismiss (D.E. 52, 130, and 175) are GRANTED IN PART with respect to all claims alleged by Dallas County and Hidalgo County. The motion to dismiss (D.E. 8 filed in 13-cv-348) is GRANTED IN PART with respect to the state-law claims based on the Texas Constitution. In all other respects, the motions to dismiss (D.E. 52, 116, 130, 175, and D.E. 8 in 13-cv-348) are DENIED.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(bcortez, 2) (Entered: 07/02/2014) |
| 07/02/2014 | 386 | MOTION to Quash Subpoenas by Lon Burnam, Yvonne Davis, Jessica Farrar, Helen Giddings, Roland Gutierrez, Borris Miles, Sergio Munoz, Jr., Ron Reynolds, Chris Turner, Armando Walle, filed. Motion Docket Date 7/23/2014. (Attachments: # 1 Exhibit Example Subpoena, # 2 Proposed Order) (Eccles, James) (Entered: 07/02/2014) |
| 07/02/2014 | 388 | ***This entry is a duplicate of document #385*** ORDER granting in part 52 MOTION to Dismiss, granting in part 130 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, granting in part 175 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, denying 52 MOTION to Dismiss, denying 116 MOTION to Dismiss, denying 130 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, denying 175 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, and granting in part and denying 8 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM in cause number 2:13-cv-348.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(avleal, 1) Modified on 7/3/2014 (avleal, 1). (Entered: 07/03/2014) |
| 07/03/2014 | 387 | Unopposed MOTION for Extension of Time for United States' Response to Motion for Protection on |

| | | |
|---|---|---|
| | | the Amended Notice of Deposition of Coby Shorter by United States Of America, filed. Motion Docket Date 7/24/2014. (Attachments: # 1 Proposed Order) (Maranzano, Jennifer) (Entered: 07/03/2014) |
| 07/07/2014 | 389 | ORDER granting 387 Motion for Extension of Time Responses due by 7/11/2014.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, 2) (Entered: 07/07/2014) |
| 07/07/2014 | 390 | REPLY in Support of 276 MOTION for Protective Order, filed by United States Of America. (Attachments: # 1 Exhibit A (Declaration of Robert S. Berman), # 2 Exhibit B (Declaration of Richard C. Pilger))(Baldwin, Anna) (Entered: 07/07/2014) |
| 07/07/2014 | 391 | NOTICE *of Filing of the Corrected Report of Dr. Barry C. Burden* by United States Of America, filed. (Attachments: # 1 Corrected Burden Report) (Freeman, Daniel) (Entered: 07/07/2014) |
| 07/08/2014 | 392 | NOTICE *of Filing of the Corrected Report of Dr. Daniel G. Chatman* by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. (Attachments: # 1 Corrected Chatman Report) (Cohan, Lindsey) (Entered: 07/08/2014) |
| 07/09/2014 | 393 | Sealed Event, filed. (With attachments) (Entered: 07/09/2014) |
| 07/10/2014 | 394 | Unopposed MOTION for Judicial Notice by Anna Burns, Floyd Carrier, Imani Clark, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Belinda Ortiz, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard |

| | | |
|---|---|---|
| | | Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Education Fund, Texas State Conference of NAACP Branches, Marc Veasey, filed. Motion Docket Date 7/31/2014. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Cohan, Lindsey) (Entered: 07/10/2014) |
| 07/10/2014 | 395 | MOTION to Compel the Office of the Attorney General of Texas to comply with a subpoena for documents and testimony by Texas League of Young Voters Education Fund, filed. Motion Docket Date 7/31/2014. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Proposed Order) (Haygood, Ryan) (Entered: 07/10/2014) |
| 07/10/2014 | 396 | ORDER granting 394 Motion of Plaintiffs and Plaintiff-Intervenors for Judicial Notice.(Signed by Judge Nelva Gonzales Ramos) Parties notified. (sscotch, 2) (Entered: 07/10/2014) |
| 07/10/2014 | 397 | ORDER. Responses due by 7/16/2014.(Signed by Judge Nelva Gonzales Ramos) Parties notified. (sscotch, 2) (Entered: 07/10/2014) |
| 07/11/2014 | 398 | Letter re: ballots by Robert M Allensworth, filed. (lcayce, 2) (Entered: 07/11/2014) |
| 07/11/2014 | 399 | RESPONSE in Opposition to 348 MOTION to Quash State of Texas' Subpoenas, filed by Steve McGraw, Rick Perry, State Of Texas, John Steen. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11)(Scott, John) (Entered: 07/11/2014) |
| 07/11/2014 | 400 | NOTICE of Third Amended Rule 26(a) Disclosures by Marc Veasey, filed. (Baron, Neil) (Entered: 07/11/2014) |
| | | |

| | | |
|---|---|---|
| 07/11/2014 | 401 | RESPONSE in Opposition to 335 MOTION for Protective Order, filed by United States Of America. (Attachments: # 1 Exhibit Texas Senate Journal, # 2 Exhibit Guyette Deposition Excerpt, # 3 Exhibit Ingram Deposition Excerpt, # 4 Proposed Order Denying Motion for Protection)(Heard, Bradley) (Entered: 07/11/2014) |
| 07/14/2014 | 402 | MOTION for Extension of Time to File Expert Rebuttal by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 8/4/2014. (Attachments: # 1 Proposed Order Proposed Order Granting Motion for Extension of Time)(Scott, John) (Entered: 07/14/2014) |
| 07/15/2014 | 403 | ORDER granting 306 Motion to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, 2) (Entered: 07/15/2014) |
| 07/16/2014 | 404 | Unopposed MOTION for Extension of Time File Response to TLYVEF Motion to Compel by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 8/6/2014. (Attachments: # 1 Proposed Order)(Scott, John) (Entered: 07/16/2014) |
| 07/16/2014 | 405 | NOTICE of Setting. Parties notified. Status Conference set for 7/24/2014 at 09:00 AM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 07/16/2014) |
| 07/16/2014 | 406 | ANSWER to 109 Amended Complaint/Counterclaim/Crossclaim etc., by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 07/16/2014) |
| 07/16/2014 | 407 | ANSWER to Complaint by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 07/16/2014) |
| 07/16/2014 | 408 | ANSWER to 73 Amended |

| | | |
|---|---|---|
| | | Complaint/Counterclaim/Crossclaim etc., by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 07/16/2014) |
| 07/16/2014 | 409 | ANSWER to 157 Amended Complaint/Counterclaim/Crossclaim etc. by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 07/16/2014) |
| 07/16/2014 | 410 | ANSWER to Complaint by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 07/16/2014) |
| 07/16/2014 | 411 | ANSWER to Complaint by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 07/16/2014) |
| 07/16/2014 | 412 | ORDER granting 404 Motion for Extension of Time Responses to ECF No 395 due by 7/17/2014.(Signed by Judge Nelva Gonzales Ramos) Parties notified. (amireles, 2) (Entered: 07/17/2014) |
| 07/17/2014 | 413 | Unopposed MOTION to Amend 231 Scheduling Order ADI - FORM - NGR,, by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. Motion Docket Date 8/7/2014. (Attachments: # 1 Proposed Order, # 2 Exhibit A to Proposed Order) (Cohan, Lindsey) (Entered: 07/17/2014) |
| 07/17/2014 | 414 | ORDER withdrawing AS MOOT 402 Motion for Extension of Time; granting 413 Motion to Amend. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 07/17/2014) |
| 07/17/2014 | 415 | **AMENDED AT D.E. 446 .** SECOND AMENDED SCHEDULING ORDER Proposed Findings of Fact and Conclusions of Law due 8/18/14. Bench Trial set for 9/2/2014 at 09:00 AM before Judge Nelva Gonzales Ramos Joinder of Parties due by 12/6/2013 Discovery due by 6/27/2014. Dispositive Motion |

| | | |
|---|---|---|
| | | Filing due by 8/22/2014. Joint Pretrial Order due by 8/20/2014. Final Pretrial Conference set for 8/27/2014 at 09:00 AM before Judge Nelva Gonzales Ramos(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 07/17/2014) |
| 07/17/2014 | 416 | RESPONSE in Opposition to 395 MOTION to Compel the Office of the Attorney General of Texas to comply with a subpoena for documents and testimony, filed by Office of The Attorney General. (Scott, John) (Entered: 07/17/2014) |
| 07/17/2014 | 417 | ANSWER to Complaint by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit A)(Scott, John) (Entered: 07/17/2014) |
| 07/17/2014 | 418 | RESPONSE to 355 Opposed MOTION for Protective Order filed by Steve McGraw, Rick Perry, State Of Texas, John Steen. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Scott, John) (Entered: 07/17/2014) |
| 07/18/2014 | 419 | ANSWER to Complaint by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit A)(Scott, John) (Entered: 07/18/2014) |
| 07/18/2014 | 420 | Opposed MOTION to Compel Answers to Interrogatories by Anna Burns, Floyd Carrier, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Koby Ozias, Penny Pope, Marc Veasey, filed. Motion Docket Date 8/8/2014. (Attachments: # 1 Appendix 1, # 2 Appendix 2, # 3 Exhibit 1, # 4 Proposed Order)(Hebert, J) (Entered: 07/18/2014) |
| 07/18/2014 | 421 | ANSWER to Complaint by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit A)(Scott, John) (Entered: |

| | | |
|---|---|---|
| | | 07/18/2014) |
| 07/18/2014 | 422 | ANSWER to Complaint by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit A)(Scott, John) (Entered: 07/18/2014) |
| 07/18/2014 | 423 | ANSWER to Complaint by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit A)(Scott, John) (Entered: 07/18/2014) |
| 07/18/2014 | 424 | REPLY to Response to 348 MOTION to Quash Subpoenas, filed by Kirk P Watson. (Attachments: # 1 Exhibit 1)(London, Alice) (Entered: 07/18/2014) |
| 07/18/2014 | 425 | ANSWER to Complaint by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit A)(Scott, John) (Entered: 07/18/2014) |
| 07/21/2014 | 426 | NOTICE *of Filing of the (Second) Corrected Report of Dr. Daniel G. Chatman* by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. (Attachments: # 1 Corrected Chatman Report (Second))(Cohan, Lindsey) (Entered: 07/21/2014) |
| 07/21/2014 | 427 | RESPONSE in Opposition to 343 MOTION to Compel Answers to Interrogatories, filed by Lionel Estrada, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, Eulalio Mendez, Jr, Belinda Ortiz, Lenard Taylor. (Doggett, Robert) (Entered: 07/21/2014) |
| 07/21/2014 | 428 | Sealed Event, filed. (Entered: 07/21/2014) |
| 07/22/2014 | 429 | RESPONSE in Opposition to 343 MOTION to Compel Answers to Interrogatories, filed by Marc Veasey. (Attachments: # 1 Proposed Order 1)(Baron, Neil) (Entered: 07/22/2014) |
| | | |

| | | |
|---|---|---|
| 07/22/2014 | 430 | Opposed MOTION for Dallas County to Appear as Amicus Curiae by Anna Burns, Floyd Carrier, Sergio DeLeon, Jane Hamilton, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. Motion Docket Date 8/12/2014. (Attachments: # 1 Proposed Order) (Hebert, J) (Entered: 07/22/2014) |
| 07/22/2014 | 431 | NOTICE *Advisory to Court* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit 1)(Scott, John) (Entered: 07/22/2014) |
| 07/23/2014 | 432 | RESPONSE to 431 Notice (Other) *Advisory of Defendants*, filed by Anna Burns, Floyd Carrier, Sergio DeLeon, Jane Hamilton, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey. (Hebert, J) (Entered: 07/23/2014) |
| 07/23/2014 | 433 | RESPONSE in Opposition to 386 MOTION to Quash Subpoenas, filed by Steve McGraw, Rick Perry, State Of Texas, John Steen. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Scott, John) (Entered: 07/23/2014) |
| 07/23/2014 | 434 | RETURN of Service Executed as to Debbie Newman on July 14, 2014 re: Subpoena to Testify at a Deposition in a Civil Action and Notice of Deposition, filed.(Baron, Neil) (Entered: 07/23/2014) |
| 07/23/2014 | 435 | RESPONSE to 431 Notice (Other) *Regarding Defendants' Advisory*, filed by United States Of America. (Baldwin, Anna) (Entered: 07/23/2014) |
| 07/24/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 7/24/2014. Arguments heard re: 276 United States Motion for Protective Order. Court makes rulings on the record. Written order to be entered. |

Case 2:13-cv-00193  Document 635-2  Filed on 10/14/14 in TXSD  Page 122 of 163

| | | |
|---|---|---|
| | | Parties have reach an agreement on 335 Motion for Protection. Motion terminated. Arguments heard re: 355 United States Motion for Protective Order. Court GRANTS 355 Motion. Parties continue to confer on 343 Defendants Motion to Compel. Court does not hear arguments or make a ruling at this time. Argument heard re: 395 Motion to Compel. Court GRANTS 395 Motion. Parties have reach an agreement on 420 Plaintiffs Motion to Compel. Motion terminated. Parties continue to confer on 431 Defendants Advisory. Court does not hear arguments or make a ruling at this time. Status conference set for July 31, 2014 at 10:00 a.m. Status Conference set for 7/31/2014 at 10:00 AM before Judge Nelva Gonzales Ramos Appearances:John Crawford. Natasha Korgaonkar, Kelly Dunbar, Chad W Dunn, Kembel Scott Brazil, J Gerald Hebert, Armand Derfner, Robert W Doggett, Marinda Van Dalen, John Barret Scott, Lindsey Elizabeth Wolf, John Reed Clay, Jr, Arthur D'Andrea, Ben Addison Donnell, Ezra D Rosenberg, Bradley E Heard, Anna Baldwin, Emma P Simson.(Digital # 8:59-10:19) (ERO:G. Rogan), filed.(bcortez, 2) (Entered: 07/24/2014) |
| 07/24/2014 | 436 | AO 435 TRANSCRIPT ORDER FORM by Elizabeth Westfall. This is to order a transcript of Hearing held on July 24, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 7-24-14. (Entered: 07/24/2014) |
| 07/24/2014 | 437 | AO 435 TRANSCRIPT ORDER FORM by John Scott. This is to order a transcript of Hearing held on July 24, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) (Entered: 07/24/2014) |
| | | |

| 07/24/2014 | 438 | ORDER granting in part and denying in part 276 Motion for Protective Order.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(sscotch, 2) (Entered: 07/24/2014) |
| 07/25/2014 | 🔒 439 | TRANSCRIPT re: STATUS CONFERENCE (TELEPHONIC) held on 7/24/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 10/23/2014., filed. (thudson, ) (Entered: 07/25/2014) |
| 07/25/2014 | 440 | NOTICE of Setting. Parties notified. Discovery Hearing re: Email received from Ms. Baldwin set for 7/25/2014 at 01:30 PM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 07/25/2014) |
| 07/27/2014 | 441 | Opposed MOTION to Compel the Production of Documents Responsive to Defendants' Second and Fourth Requests for Production to the United States of America Related to Election Crimes and Voter Fraud by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 8/18/2014. (Attachments: # 1 Exhibit Defs' 2d Req, # 2 Exhibit Def's 4th Req, # 3 Exhibit June 18 Tr, # 4 Exhibit July 24 Tr, # 5 Proposed Order Proposed Order, # 6 Exhibit June 6 FBI Press Release, # 7 Exhibit Aug 20 DOJ Press Release, # 8 Exhibit US Resp to Defs' 4th Req, # 9 Exhibit Mar. 13 Ltr. Shapiro to Whitley, # 10 Exhibit July 25 e-mail Baldwin to Clay, # 11 Exhibit Apr. 16 Tr)(Scott, John) (Entered: 07/27/2014) |
| 07/28/2014 | 442 | Notice of Filing of Official Transcript as to 439 Transcript,. Party notified, filed. (dterrell, 2) (Entered: 07/28/2014) |
| 07/28/2014 | 443 | Order of USCA; USCA No. 14-40003, Motion to expedite the appel is GRANTED, Appellant's |

|  |  | alternative motion for stay of the US District Court proceedings pending appeal is DENIED., filed. (lrivera, 2) (Entered: 07/28/2014) |
|---|---|---|
| 07/29/2014 | 444 | NOTICE of Resetting. Parties notified. Status Conference set for 7/30/2014 at 10:00 AM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 07/29/2014) |
| 07/29/2014 |  | ***Reset Hearings: Status Conference set for 7/30/2014 at 02:00 PM before Judge Nelva Gonzales Ramos (TIME ONLY)(bcortez, 2) (Entered: 07/29/2014) |
| 07/30/2014 | 445 | NOTICE of Appearance by Stephen Lyle Tatum, Jr. on behalf of Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 07/30/2014) |
| 07/30/2014 | 446 | AO 435 TRANSCRIPT ORDER FORM by Elizabeth Westfall. This is to order a transcript of Hearing held on July 30, 2014 before Judge Nelva Gonzales Ramos (orignal). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 7/30/14. (Entered: 07/30/2014) |
| 07/30/2014 |  | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 7/30/2014. Court does not make rulings on any pending motions. Parties continue to confer on pending motions and advisory. Response to 441 Mtn to Compel due 8/4/14 if no agreement is reached. Status Conference set for 8/6/2014 at 03:00 PM before Judge Nelva Gonzales Ramos Appearances:Chad Dunn, Armand Derfner, Neil Baron, Gerry Hebert, Scott Brazil, Emma Simson, Anna Baldwin, Bradley Heard, Ezra Rosenberg, Mark Posner, Marinda Van Dalen, Rolando Rios, Natasha Korgaonkar, John Scott, David Whitley, |

| | | | |
|---|---|---|---|
| | | | Ben Donnell.(Digital # 2:01-2:11)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 07/30/2014) |
| 07/31/2014 | 🔒 | 447 | TRANSCRIPT re: STATUS CONFERENCE held on 7/30/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party ELIZABETH WESTFALL Release of Transcript Restriction set for 10/29/2014., filed. (thudson, ) (Entered: 07/31/2014) |
| 08/01/2014 | | 448 | Notice of Filing of Official Transcript as to 447 Transcript. Party notified, filed. (dterrell, 2) (Entered: 08/01/2014) |
| 08/01/2014 | | 449 | NOTICE *of Second Supplemental Disclosures* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 08/01/2014) |
| 08/01/2014 | | 450 | Sealed Event, filed. (Entered: 08/01/2014) |
| 08/01/2014 | | 451 | Sealed Event, filed. (Entered: 08/01/2014) |
| 08/01/2014 | | 452 | DESIGNATION OF EXPERT WITNESS LIST by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 08/01/2014) |
| 08/04/2014 | | 453 | RESPONSE in Opposition to 441 Opposed MOTION to Compel the Production of Documents Responsive to Defendants' Second and Fourth Requests for Production to the United States of America Related to Election Crimes and Voter Fraud, filed by United States Of America. (Attachments: # 1 Exhibit USA Letter to TX 08/01/2014, # 2 Exhibit USA Responses to TX RFAs, # 3 Proposed Order Denying Defendants' Motion to Compel and Granting USA Cross-Motion for Protective Order)(Heard, Bradley) (Entered: 08/04/2014) |
| 08/06/2014 | | 454 | Opposed MOTION to Compel Production by Steve McGraw, Rick Perry, State Of Texas, John Steen, |

| | | |
|---|---|---|
| | | filed. Motion Docket Date 8/27/2014. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Proposed Order)(Scott, John) (Entered: 08/06/2014) |
| 08/06/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 8/6/2014. Parties continue to confer on 343 Defendant's Motion to Compel. Parties will confer further on 441 Defendant's Motion to Compel. Parties agree the documents will only be from 2004 and on. Briefing regarding 454 due by Tuesday, August 12, 2014 by noon. Court will address 348 and 386 Non party's Motions to Quash at the August 14th hearing. Parties continue to confer on 430 Dallas County's Motion for Leave. Parties continue to confer on 431 Advisory. The USA may file a Motion to Strike Defendant's Answer and Motion to Compel Request for Admissions. The Court advises parties to confer on ALL motions before they are filed. Status Conference set for 8/14/2014 at 10:30 AM before Judge Nelva Gonzales Ramos Appearances:Chad Dunn, Armand Derfner, Gerry Hebert, Scott Brazil, Emma Simson, Anna Baldwin, Bradley Heard, Ezra Rosenberg, Robert Doggett, Rolando Rios, Ryan Haygood, Kelly Dunbar, John Scott, Reid Clay, Lindsey Wolf, Ben Donnell. (Digital # 3:00-4:03)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 08/06/2014) |
| 08/06/2014 | 455 | AO 435 TRANSCRIPT ORDER FORM by Elizabeth Westfall. This is to order a transcript of Hearing held on August 6, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 8-7-14. (Entered: 08/07/2014) |
| 08/07/2014 | 456 | Opposed MOTION to Strike 417 Answer to |

| | | | |
|---|---|---|---|
| | | | Complaint, 407 Answer to Complaint by United States Of America, filed. Motion Docket Date 8/28/2014. (Attachments: # 1 Proposed Order Granting Motion to Strike)(Heard, Bradley) (Entered: 08/07/2014) |
| 08/08/2014 | 🔒 | 457 | TRANSCRIPT re: STATUS CONFERENCE held on 8/6/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party ELIZABETH WESTFALL Release of Transcript Restriction set for 11/6/2014., filed. (thudson, ) (Entered: 08/08/2014) |
| 08/08/2014 | | 458 | Unopposed MOTION withdraw Lydia Lara as Plaintiff by Belinda Ortiz, filed. Motion Docket Date 8/29/2014. (Attachments: # 1 Proposed Order)(Van Dalen, Marinda) (Entered: 08/08/2014) |
| 08/08/2014 | | 459 | Opposed MOTION for Entry of Order re: Deeming Defendants' Respones to USA's RFAs Admitted by United States Of America, filed. Motion Docket Date 8/29/2014. (Attachments: # 1 Exhibit USA's Corr 2nd RFAs to Defs, # 2 Exhibit Ex A to RFAs, # 3 Exhibit Ex B to RFAs, # 4 Exhibit Ex C to RFAs, # 5 Exhibit Ex D to RFAs, # 6 Exhibit Ex E to RFAs, # 7 Exhibit Defs' Resp to USA's Corr 2nd RFAs, # 8 Exhibit Complaint - TX v USA (DDC), # 9 Exhibit Joshua Zahn Depo Excerpts, # 10 Proposed Order Granting USA's Motion)(Heard, Bradley) (Entered: 08/08/2014) |
| 08/08/2014 | | 461 | ORDER Granting 458 Motion To Dismiss Plaintiff Lydia Lara With Prejudice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(gchavez, 2) (Entered: 08/11/2014) |
| 08/11/2014 | | 460 | Notice of Filing of Official Transcript as to 457 Transcript. Party notified, filed. (lcayce, 2) (Entered: 08/11/2014) |
| | | | |

| 08/11/2014 | 462 | Opposed MOTION to Strike 422 Answer to Complaint, 419 Answer to Complaint, 423 Answer to Complaint, 421 Answer to Complaint, 425 Answer to Complaint by Anna Burns, Floyd Carrier, Imani Clark, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, La Union Del Pueblo Entero, Inc., Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Belinda Ortiz, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Education Fund, Texas State Conference of NAACP Branches, Marc Veasey, filed. Motion Docket Date 9/2/2014. (Attachments: # 1 Proposed Order)(Cohan, Lindsey) (Entered: 08/11/2014) |
| 08/11/2014 | 463 | Sealed Event, filed. (Entered: 08/11/2014) |
| 08/11/2014 | 464 | Letters re: voting by Robert M Allensworth, filed. (lcayce, 2) (Entered: 08/11/2014) |
| 08/11/2014 | 465 | Unopposed MOTION to Amend 415 Scheduling Order ADI - FORM - NGR,, by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. Motion Docket Date 9/2/2014. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order) (Cohan, Lindsey) (Entered: 08/11/2014) |
| 08/11/2014 | 466 | THIRD AMENDED SCHEDULING ORDER Proposed Findings of Fact and Conclusions of Law due August 22, 2014. **Bench Trial set for 9/2/2014 at 09:00 AM** before Judge Nelva Gonzales Ramos Pltf Expert Reply Reports due by 8/11/2014. Expert Witneess Discovery due by 8/24/2014. Dispositive Motion Filing due by 8/22/2014. Responses to |

| | | | |
|---|---|---|---|
| | | | Dispositve Motions due by 8/29/2014. Joint Pretrial Order due by 8/22/2014. Final Pretrial Conference set for 8/27/2014 at 09:00 AM before Judge Nelva Gonzales Ramos. Designations of Transcripts are due by 8/22/2014. Objection to Designations and Counter-Designations are due by 8/27/2014. Objections to Counter-Designations are due by 9/2/2014. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(bcortez, 2) (Entered: 08/11/2014) |
| 08/12/2014 | | 467 | Joint RESPONSE in Opposition to 454 Opposed MOTION to Compel Production, filed by Anna Burns, Floyd Carrier, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Texas State Conference of NAACP Branches, Marc Veasey. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Proposed Order)(Cohan, Lindsey) (Entered: 08/12/2014) |
| 08/12/2014 | | 468 | RESPONSE in Opposition to 454 Opposed MOTION to Compel Production, filed by United States Of America. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Baldwin, Anna) (Entered: 08/12/2014) |
| 08/13/2014 | 🔒 | 469 | Opposed MOTION for Production of Documents by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 9/3/2014. (Attachments: # 1 Exhibit 1a, # 2 Exhibit 1b, # 3 Exhibit 1.2, # 4 Exhibit 1.3, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Proposed Order)(Scott, John) (Entered: 08/13/2014) |
| 08/14/2014 | | 470 | REDACTED EXHIBIT #4 re: 469 Opposed MOTION for Production of Documents by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) Modified on 8/14/2014 (lrivera, |

| | | |
|---|---|---|
| | | 2). (Entered: 08/14/2014) |
| 08/14/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 8/14/2014. The parties have reached an agreement on the 348 Non-Party Senator's Motion to Quash. Motion terminated. The Court will set a hearing on 386 Non-Party State Representatives. Parties to further confer on 441 Defendants Motion to Compel regarding the documents that were requested regarding election crimes and voter fraud. US to review at summary provided by Defendants. Parties to further confer on 469 Defendants Motion to Compel. Hearing set for 8/15/2014 at 8:30 a.m. Responses to 456 United States Motion to Strike, 462 Joint Motion to Strike, 459 United States Motion to Determine due 8/22/2014. The Court will hear these motions at the FPTC on 8/27/14. Arguments heard on 454 Defendants Motion to Compel. Rulings made on the record. Motion Hearing set for 8/15/2014 at 08:30 AM before Judge Nelva Gonzales Ramos Appearances:Chad Dunn, Armand Derfner, Gerry Hebert, Scott Brazil, Emma Simson, Anna Baldwin, Bradley Heard, Ezra Rosenberg, Marinda Van Dalen, Kelly Dunbar, Danielle Conley, John Scott, Lindsey Wolf, Ben Donnell, Stephen Tatum, David Talbot.(Digital # 10:28-11:29)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 08/14/2014) |
| 08/14/2014 | 471 | MOTION for Sonia Gill to Withdraw as Attorney by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. Motion Docket Date 9/4/2014. (Attachments: # 1 Proposed Order)(Cohan, Lindsey) (Entered: 08/14/2014) |
| 08/15/2014 | | ***Per Ms. Wolf, hearing set at 8:30am on 8/15/14 can be cancelled. (re: D.E. 469), filed. (bcortez, 2) |

| | | |
|---|---|---|
| | | (Entered: 08/15/2014) |
| 08/15/2014 | 472 | ORDER granting 471 Motion to Withdraw as Attorney. Attorney Sonia Kaur Gill terminated. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(lrivera, 2) (Entered: 08/15/2014) |
| 08/15/2014 | 473 | Sealed Event, filed. (Entered: 08/15/2014) |
| 08/15/2014 | 474 | AO 435 TRANSCRIPT ORDER FORM by John Scott. This is to order a transcript of Hearing held on August 14, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 8-15-14. (Entered: 08/15/2014) |
| 08/15/2014 | 475 | Sealed Event, filed. (Entered: 08/15/2014) |
| 08/15/2014 | 476 | Sealed Event, filed. (Entered: 08/15/2014) |
| 08/15/2014 | 477 | Sealed Event, filed. (With attachments) (Entered: 08/15/2014) |
| 08/15/2014 | 478 | Expert Report of Dr. Barry Burden by United States Of America, filed. (Attachments: # 1 Exhibit (Supplemental Expert Report))(Baldwin, Anna) (Entered: 08/15/2014) |
| 08/15/2014 | 479 | Expert Report of Dr. Gerald Webster by United States Of America, filed. (Attachments: # 1 Exhibit (Supplemental Expert Report), # 2 Appendix 1, # 3 Appendix 2, # 4 Appendix 3, # 5 Appendix 4) (Baldwin, Anna) (Entered: 08/15/2014) |
| 08/15/2014 | 480 | Sealed Event, filed. (With attachments) (Entered: 08/15/2014) |
| 08/15/2014 | 481 | Sealed Event, filed. (With attachments) (Entered: 08/15/2014) |
| 08/18/2014 | 482 | TRANSCRIPT re: STATUS CONFERENCE held on 8/14/14 before Judge Nelva Gonzales Ramos. |

| | | |
|---|---|---|
| | | Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 11/17/2014., filed. (thudson, ) (Entered: 08/18/2014) |
| 08/18/2014 | 483 | Expert Report of Matt Barreto, PhD and Gabriel Sanchez, PhD by Anna Burns, Floyd Carrier, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Texas State Conference of NAACP Branches, Marc Veasey, filed.(Dunn, Chad) (Entered: 08/18/2014) |
| 08/18/2014 | 484 | ADVISORY by United States Of America, filed. (Attachments: # 1 Exhibit U.S. Ltr. to Tex (Aug. 14, 2014), # 2 Errata Tex. Email to U.S. (Aug. 14, 2014), # 3 Errata U.S. Ltr. to Tex. (Aug. 15, 2014)) (Heard, Bradley) (Entered: 08/18/2014) |
| 08/19/2014 | 485 | Notice of Filing of Official Transcript as to 482 Transcript. Party notified, filed. (dterrell, 2) (Entered: 08/19/2014) |
| 08/19/2014 | 486 | NOTICE of Setting as to 441 Opposed MOTION to Compel the Production of Documents Responsive to Defendants' Second and Fourth Requests for Production to the United States of America Related to Election Crimes and Voter Fraud. Parties notified. Motion Hearing set for 8/21/2014 at 09:30 AM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 08/19/2014) |
| 08/19/2014 | | ***Court will hear arguments on D.E. 386 at August 21, 2014 hearing if parties are unable to reach an agreement., filed. (bcortez, 2) (Entered: 08/19/2014) |
| 08/20/2014 | 487 | ADVISORY by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 |

| | | |
|---|---|---|
| | | Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Scott, John) (Entered: 08/20/2014) |
| 08/21/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. MOTION HEARING held on 8/21/2014. Arguments heard re: 441 Opposed MOTION to Compel the Production of Documents Responsive to Defendants' Second and Fourth Requests for Production to the United States of America Related to Election Crimes and Voter Fraud. ORAL ORDER: Court GRANTS 441 Motion to Compel only as to what has already been produced by the Government regarding this issue and as to what the Government has further agreed to produce. Court DENIES the reminder of that motion. The Court finds that the Defendants request as it now stands before the Court, after parties have conferred and agreed on some matters, unduly burdensome regarding the search required in relation to the type or nature of information being requested at this time. Denial of motion moots the Governments motion for protective order. Parties may submit exhibits on CDs. Parties to submit excerpts of deposition transcripts only. Appearances:Chad Dunn, Bradley Heard, Ezra Rosenberg, Marinda Van Dalen, Rolando Rios, Natasha Korgaonkar, Deuel Ross, Kelly Dunbar, Lindsey Wolf, David Whitley, Ben Donnell.(Digital # 9:30-9:45)(ERO:G. Rogan), filed. (bcortez, 2) (Entered: 08/21/2014) |
| 08/21/2014 | 488 | AO 435 TRANSCRIPT ORDER FORM by John Scott. This is to order a transcript of Hearing held on August 21, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 8-21-14. (Entered: 08/21/2014) |
| 08/22/2014 | 489 | TRANSCRIPT re: MOTION HEARING held on |

| | | |
|---|---|---|
| | | 8/21/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 11/20/2014., filed. (thudson, ) (Entered: 08/22/2014) |
| 08/22/2014 | 490 | Opposed MOTION to Compel Production by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 9/12/2014. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Proposed Order) (Scott, John) (Entered: 08/22/2014) |
| 08/22/2014 | 491 | MOTION In Limine *to Admit Prior Deposition and Trial Testimony* by United States Of America, filed. Motion Docket Date 9/12/2014. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Proposed Order)(Freeman, Daniel) (Entered: 08/22/2014) |
| 08/22/2014 | 492 | MOTION In Limine *to Admit Declarations of County Officials* by United States Of America, filed. Motion Docket Date 9/12/2014. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Proposed Order) (Freeman, Daniel) (Entered: 08/22/2014) |
| 08/22/2014 | 493 | Unopposed MOTION Withdraw Plaintiff-Intervenor AC Cuellar by Texas Association of Hispanic County Judges and County Commissioners, filed. Motion Docket Date 9/12/2014. (Attachments: # 1 Proposed Order)(Rios, Rolando) (Entered: 08/22/2014) |
| 08/22/2014 | 494 | Unopposed MOTION Motion to withdraw Plaintiff Intervenor Hector Palaciis by Texas Association of Hispanic County Judges and County Commissioners, filed. Motion Docket Date 9/12/2014. (Attachments: # 1 Proposed Order)(Rios, Rolando) (Entered: 08/22/2014) |
| | | |

| | | |
|---|---|---|
| 08/22/2014 | 495 | Unopposed MOTION by Texas Association of Hispanic County Judges and County Commissioners, filed. Motion Docket Date 9/12/2014. (Attachments: # 1 Proposed Order)(Rios, Rolando) (Entered: 08/22/2014) |
| 08/22/2014 | 496 | Unopposed MOTION by Texas Association of Hispanic County Judges and County Commissioners, filed. Motion Docket Date 9/12/2014. (Attachments: # 1 Proposed Order)(Rios, Rolando) (Entered: 08/22/2014) |
| 08/22/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. MOTION HEARING held on 8/22/2014. Arguments heard re: 490 Opposed MOTION to Compel Production. Court GRANTS 490 Opposed MOTION to Compel Production. Appearances:Chad Dunn, Elizabeth Westfall, Bradley Heard, Ezra Rosenberg, Marinda Van Dalen, Natasha Korgaonkar, Lynn Eisenberg, Lindsey Wolf, David Whitley.(Digital # 2:14-2:27)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 08/22/2014) |
| 08/22/2014 | 497 | ORDER Granting 494 Unopposed Motion To Withdraw Plaintiff-Intervenor Hector Palacios With Prejudice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(gchavez, 2) (Entered: 08/22/2014) |
| 08/22/2014 | 498 | ORDER granting 496 Motion to Withdraw Plaintiff-Intervenor Joseph Palacios.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, 2) (Entered: 08/22/2014) |
| 08/22/2014 | 499 | ORDER granting 495 Motion to Withdraw Plaintiff-Intervenor Jose Flores.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, 2) (Entered: 08/22/2014) |
| 08/22/2014 | 500 | RESPONSE to 456 Opposed MOTION to Strike 417 Answer to Complaint, 407 Answer to Complaint |

| | | |
|---|---|---|
| | | filed by Steve McGraw, Rick Perry, State Of Texas, John Steen. (Attachments: # 1 Proposed Order) (Scott, John) (Entered: 08/22/2014) |
| 08/22/2014 | 501 | ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW PLAINTIFF-INTERVENOR A.C. CUELLAR granting 493 Motion.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 08/22/2014) |
| 08/22/2014 | 502 | Opposed RESPONSE in Opposition to 459 Opposed MOTION for Entry of Order re: Deeming Defendants' Respones to USA's RFAs Admitted, filed by Steve McGraw, Rick Perry, State Of Texas, John Steen. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2.1, # 3 Exhibit 2.2, # 4 Exhibit 2.3, # 5 Exhibit 2.4, # 6 Exhibit 2.5, # 7 Exhibit 2.6, # 8 Exhibit 2.7, # 9 Exhibit 2.8, # 10 Exhibit 2.9, # 11 Exhibit 2.10, # 12 Exhibit 2.11, # 13 Exhibit 2.12, # 14 Exhibit 2.13, # 15 Exhibit 2.14, # 16 Exhibit 2.15, # 17 Exhibit 2.16, # 18 Exhibit 2.17, # 19 Exhibit 2.18, # 20 Exhibit 2.19, # 21 Exhibit 2.20, # 22 Exhibit 3, # 23 Exhibit 4)(Scott, John) (Entered: 08/22/2014) |
| 08/22/2014 | 503 | Sealed Event, filed. (With attachments) (Entered: 08/22/2014) |
| 08/22/2014 | 504 | Proposed Findings of Fact/Conclusions of Law by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 08/22/2014) |
| 08/22/2014 | 505 | Joint Proposed Pretrial Order by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit Plaintiffs' Exhibit List, # 2 Exhibit Defendants' Exhibit List, # 3 Exhibit Plaintiffs' Witness List, # 4 Exhibit Defendants' Witness List)(Scott, John) (Entered: 08/22/2014) |
| 08/22/2014 | 506 | Sealed Event, filed. (Entered: 08/22/2014) |
| 08/25/2014 | 507 | Notice of Filing of Official Transcript as to 489 |

| | | Transcript. Party notified, filed. (dterrell, 2) (Entered: 08/25/2014) |
|---|---|---|
| 08/26/2014 | 508 | ORDER granting in part 459 Motion for Entry of Order. The parties are ORDERED to confer re: the request for admission and to identify for the Court on or before 8/29/14 at 12:00 noon those that remain subject to genuine dispute. The remainder of the motion (D.E. 459) is taken UNDER ADVISEMENT pending the parties' report of matters remaining in dispute. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, 2) (Entered: 08/26/2014) |
| 08/26/2014 | 509 | REPLY in Support of 456 Opposed MOTION to Strike 417 Answer to Complaint, 407 Answer to Complaint , filed by United States Of America. (Heard, Bradley) (Entered: 08/26/2014) |
| 08/26/2014 | 510 | RESPONSE in Opposition to 503 Sealed Event, filed by Third Party Legislators. (D'Andrea, Arthur) (Entered: 08/26/2014) |
| 08/27/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. FINAL PRETRIAL CONFERENCE held on 8/27/2014. Arguments heard on pending motions. Court GRANTS 491 MOTION In Limine *to Admit Prior Deposition and Trial Testimony* in its entirety. Court GRANTS 492 MOTION In Limine *to Admit Declarations of County Officials*, excluding Segura. Court DENIES 456 Opposed MOTION to Strike 417 Answer to Complaint, 407 Answer to Complaint ,. Court DENIES 462 Opposed MOTION to Strike 422 Answer to Complaint, 419 Answer to Complaint, 423 Answer to Complaint, 421 Answer to Complaint, 425 Answer to Complaint . Court entered an Order on 459 Motion to Determine. Parties to further confer. Parties to further confer on 503 Motion to Unseal. Hearing set for 8/28/2014 at 1:30 p.m. Each side will have 40 hours to present their |

| | | |
|---|---|---|
| | | evidence. Court will be in session 8 hours per day (8:00-12:00, 1:00-6:00). One hour total for opening statements. Three hours total for closing arguments. Objections to witnesses/exhibits due 8/29/2014. Court will reconvene at 1:30pm today to address the State's use of various members' documents at trial. Appearances:Whitney Deason. Rolando L Rios, Ryan Haygood, Natasha Korgaonkar, Danielle Conley, Kelly Dunbar, James B Eccles, Chad W Dunn, J Gerald Hebert, Armand Derfner, Alice London, Robert W Doggett, Marinda Van Dalen, John Barret Scott, Lindsey Elizabeth Wolf, Stephen Lyle Tatum, Jr, John Reed Clay, Jr, Arthur D'Andrea, Jennifer Marie Roscetti, Ben Addison Donnell, Amy Lynne Rudd, Ezra D Rosenberg, Myrna Perez, Mark A Posner, Bradley E Heard, Elizabeth S Westfall, Anna Baldwin, Richard Dellheim, Daniel J Freeman.(Digital # 9:01-10:22) (ERO:G. Rogan), filed.(bcortez, 2) (Entered: 08/27/2014) |
| 08/27/2014 | | ***Set Hearings: Motion Hearing re 503 Motion to Unseal set for 8/28/2014 at 01:30 PM before Judge Nelva Gonzales Ramos (bcortez, 2) (Entered: 08/27/2014) |
| 08/27/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 8/27/2014. Discussion held regarding Defendants use of various members' documents at trial. Rulings and agreements made on the record. Parties to further confer. Status Conference set for 8/28/2014 at 10:00 AM before Judge Nelva Gonzales Ramos Appearances:Chad Dunn, Gerry Hebert, John Scott, Alice London.(Digital # 2:02-2:47)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 08/27/2014) |
| 08/28/2014 | 511 | NOTICE *Transcript Order Form for August 27,* |

| | | | |
|---|---|---|---|
| | | | *2014 Status Conference* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 08/28/2014) |
| 08/28/2014 | | 512 | NOTICE *Transcript Order Form for August 27, 2014 Pre-Trial Conference* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 08/28/2014) |
| 08/28/2014 | 🔒 | 513 | NOTICE re: 503 Sealed Event by United States Of America, filed. (Attachments: # 1 Exhibit 1) (Freeman, Daniel) (Entered: 08/28/2014) |
| 08/28/2014 | | 514 | NOTICE *(Amended)* re: 503 Sealed Event by United States Of America, filed. (Attachments: # 1 Exhibit 1)(Freeman, Daniel) (Entered: 08/28/2014) |
| 08/28/2014 | | 515 | AO 435 TRANSCRIPT ORDER FORM by John B. Scott. This is to order a transcript of Pre-Trial Conference held on August 27, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 8-28-14. (Entered: 08/28/2014) |
| 08/28/2014 | | 516 | AO 435 TRANSCRIPT ORDER FORM by John Scott. This is to order a transcript of Status Conference held on August 27, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 8-28-14. (Entered: 08/28/2014) |
| 08/28/2014 | | 517 | AO 435 TRANSCRIPT ORDER FORM by John Scott. This is to order a transcript of Status Conference held on August 28, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 8-28-14. (Entered: 08/28/2014) |
| | | | |

| | | |
|---|---|---|
| 08/28/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 8/28/2014. Arguments heard re: Defendants use of various members' documents at trial. Rulings made on the record. Appearances:Chad Dunn, Gerry Hebert, Daniel Freeman, Elizabeth Westfall, Ezra Rosenberg, Marinda Van Dalen, Kelly Dunbar, Danielle Conley, John Scott, Jennifer Roscetti, Reid Clay, Ben Donnell, Stephen Tatum, Alice London. (Digital # 10:00-10:44)(ERO:G. Rogan), filed. (bcortez, 2) (Entered: 08/28/2014) |
| 08/28/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. MOTION HEARING held on 8/28/2014. Parties to further confer on 503 Sealed Event. Motion Hearing set for 8/29/2014 at 08:00 AM before Judge Nelva Gonzales Ramos Appearances:Chad Dunn, Gerry Hebert, Emma Simson, Daniel Freeman, Ezra Rosenberg, Marinda Van Dalen, Ryan Haygood, Natasha Korgaonkar, Kelly Dunbar, Danielle Conley, Ronnie Keister, Ben Donnell, Arthur D'Andrea.(Digital # 1:28-1:50) (ERO:G. Rogan), filed.(bcortez, 2) (Entered: 08/28/2014) |
| 08/28/2014 | | *** Non-Party Senators' Exhibit 1-4 admitted for Status Conference., filed. (bcortez, 2) (Entered: 08/28/2014) |
| 08/28/2014 | 518 | Exhibit List of: Non-Party Senators filed by Alice London, filed.(sscotch, 2) (Entered: 08/28/2014) |
| 08/28/2014 | 519 | AO 435 TRANSCRIPT ORDER FORM by John B. Scott. This is to order a transcript of Motion Hearing held on August 28, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 8-28-14. (Entered: 08/28/2014) |
| | | |

| 08/28/2014 | | 520 | NOTICE *of Stipulations* re: 503 Sealed Event by United States Of America, filed. (Freeman, Daniel) (Entered: 08/28/2014) |
| 08/29/2014 | | 521 | Expert Report of Coleman Bazelon by Texas League of Young Voters Education Fund, filed. (Attachments: # 1 Exhibit A, Amended Report) (Haygood, Ryan) (Entered: 08/29/2014) |
| 08/29/2014 | 🔒 | 522 | TRANSCRIPT re: PRETRIAL CONFERENCE held on 08/27/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 11/28/2014., filed. (gwintrow, ) (Entered: 08/29/2014) |
| 08/29/2014 | 🔒 | 523 | TRANSCRIPT re: STATUS CONFERENCE held on 08/27/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 11/28/2014., filed. (gwintrow, ) (Entered: 08/29/2014) |
| 08/29/2014 | | 524 | EXHIBITS by Anna Burns, Floyd Carrier, Sergio DeLeon, Jane Hamilton, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. (Attachments: # 1 Exhibit B to Cornish Report, # 2 Exhibit C to Cornish Report, # 3 Appendix 2 to Korbel Report, # 4 Appendix 3A to Korbel Report, # 5 Appendix 3B to Korbel Report, # 6 Appendix 3C to Korbel Report, # 7 Appendix 3D to Korbel Report, # 8 Appendix 3E to Korbel Report, # 9 Appendix 3F to Korbel Report, # 10 Appendix 4 to Korbel Report)(Hebert, J) (Entered: 08/29/2014) |
| 08/29/2014 | 🔒 | 525 | TRANSCRIPT re: STATUS CONFERENCE held on 08/28/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT |

| | | | |
|---|---|---|---|
| | | | Release of Transcript Restriction set for 11/28/2014., filed. (gwintrow, ) (Entered: 08/29/2014) |
| 08/29/2014 | 🔒 | 526 | TRANSCRIPT re: MOTION HEARING held on 08/28/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 11/28/2014., filed. (gwintrow, ) (Entered: 08/29/2014) |
| 08/29/2014 | | 527 | MOTION for Josh Bone to Appear Pro Hac Vice by Anna Burns, Floyd Carrier, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. Motion Docket Date 9/19/2014. (Hebert, J) (Entered: 08/29/2014) |
| 08/29/2014 | | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 8/29/2014. Arguments heard re: 459 United States' Motion to Determine. Court DENIES Government's Motion from 1-743. Appearances:Chad Dunn, Gerry Hebert, Emma Simson, Anna Baldwin, Daniel Freeman, Ezra Rosenberg, Robert Doggett, Kelly Dunbar, Danielle Conley, Lindsey Wolf, Ronnie Keister, Ben Donnell, Arthur D'Andrea.(Digital # 8:31-8:48)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 08/29/2014) |
| 08/29/2014 | | 528 | AO 435 TRANSCRIPT ORDER FORM by John B. Scott. This is to order a transcript of Status Conference held on August 29, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 8-29-14. (Entered: 08/29/2014) |
| 08/29/2014 | | 529 | AO 435 TRANSCRIPT ORDER FORM by Elizabeth Westfall. This is to order a transcript of |

| | | |
|---|---|---|
| | | Trial held on September 2, 2014 to September 19, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) (Entered: 08/29/2014) |
| 08/29/2014 | 530 | AO 435 TRANSCRIPT ORDER FORM by Lynn Eisenberg. This is to order a transcript of Trial held on September 2, 2014 to September 19, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) (Entered: 08/29/2014) |
| 08/29/2014 | 531 | AO 435 TRANSCRIPT ORDER FORM by John B. Scott. This is to order a transcript of Entire trial held on September 2, 2014 to September 15, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) (Entered: 08/29/2014) |
| 08/29/2014 | 532 | AO 435 TRANSCRIPT ORDER FORM by Michelle Hart Yeary. This is to order a transcript of Trial held on September 2, 2014 to September 19, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) (Entered: 08/29/2014) |
| 08/29/2014 | 533 | AO 435 TRANSCRIPT ORDER FORM by J. Gerald Hebert. This is to order a transcript of Trial held on September 2, 2014 to September 19, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) (Entered: 08/29/2014) |
| 08/29/2014 | 534 | ORDER Granting 527 Motion For Attorney Joshua Bone To Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(gchavez, 2) (Entered: 08/29/2014) |
| 08/29/2014 | 535 | NOTICE *of Service of Defendants' Supplemental Exhibit List* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: |

| | | |
|---|---|---|
| | | 08/29/2014) |
| 08/29/2014 | 536 | ORDER. It is ORDERED that the USM pay for the transportation and lodging expenses associated with all witnesses subpoenaed by the U.S. (Signed by Judge Nelva Gonzales Ramos) Parties notified. (lcayce, 2) (Entered: 08/29/2014) |
| 08/29/2014 | 537 | Exhibit List by Anna Burns, Floyd Carrier, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, La Union Del Pueblo Entero, Inc., Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Belinda Ortiz, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey, filed. (Attachments: # 1 Plaintiffs and Plaintiff-Intervenors' Exhibit List)(Rosenberg, Ezra) (Entered: 08/29/2014) |
| 08/29/2014 | 538 | *Plaintiffs and Plaintiff-Intervenors' Objections to Defendants' Exhbits* by Anna Burns, Floyd Carrier, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Belinda Ortiz, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey, filed. (Attachments: # 1 Exhibit Plaintiffs and Plaintiff-Intervenors' Objections to Defendants' Exhibits)(Rosenberg, Ezra) (Entered: 08/29/2014) |
| | | |

| 08/29/2014 | 539 | *Plaintiffs and Plaintiff-Intervenors' Notice of Deposition Designations* by Anna Burns, Floyd Carrier, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Ron Reynolds, Lenard Taylor, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey, filed. (Attachments: # 1 Exhibit Veasey v. Perry - Deposition Designations, # 2 Exhibit Texas v. Holder - Deposition Designations, # 3 Exhibit Texas v. Holder - Trial Testimony Designations)(Rosenberg, Ezra) (Entered: 08/29/2014) |
| 08/29/2014 | 540 | NOTICE *of Defendants' Objections to Plaintiffs' and Plaintiff-Intervenors Exhibit List* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Scott, John) (Entered: 08/29/2014) |
| 08/29/2014 | 541 | NOTICE *Deposition Designations* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Scott, John) (Entered: 08/29/2014) |
| 08/30/2014 | 542 | NOTICE *Corrected Exhibit 1 to Defendants' Objection to Plaintiffs and Plaintiff-Intervenor's Joint Exhibit List* re: 540 Notice (Other) by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 08/30/2014) |
| 08/31/2014 | 543 | NOTICE *Service Second Supplemental Exhibit List* re: 535 Notice (Other) by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, |

|  |  | John) (Entered: 08/31/2014) |
|---|---|---|
| 09/01/2014 | 544 | STIPULATION re: Plaintiff-Intervenor Imani Clark by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 09/01/2014) |
| 09/01/2014 | 545 | STIPULATION re: TLYVEF by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 09/01/2014) |
| 09/01/2014 | 546 | Opposed MOTION to Compel Deposition of Lenard Taylor by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 9/22/2014. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Proposed Order)(Whitley, Gregory) (Entered: 09/01/2014) |
| 09/01/2014 | 547 | STIPULATION re: The League of United Latin American Citizens by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 09/01/2014) |
| 09/01/2014 | 548 | STIPULATION re: Floyd Carrier by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 09/01/2014) |
| 09/01/2014 | 549 | STIPULATION re: Gordon Benjamin by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 09/01/2014) |
| 09/01/2014 | 550 | STIPULATION re: LUPE by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 09/01/2014) |
| 09/02/2014 | 551 | NOTICE of Third Supplemental Exhibit List by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 09/02/2014) |
| 09/02/2014 | 552 | TRANSCRIPT re: MOTION HEARING held on 8/29/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL |

| | | REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 12/1/2014., filed. (thudson, ) (Entered: 09/02/2014) |
|---|---|---|
| 09/02/2014 | 553 | Notice of Filing of Official Transcript as to 525 Transcript, 523 Transcript, 522 Transcript, 526 Transcript. Party notified, filed. (dterrell, 2) (Entered: 09/02/2014) |
| 09/02/2014 | 554 | Unopposed MOTION withdraw Belinda Ortiz as Plaintiff by Belinda Ortiz, filed. Motion Docket Date 9/23/2014. (Attachments: # 1 Proposed Order)(Van Dalen, Marinda) (Entered: 09/02/2014) |
| 09/02/2014 | 555 | ORDER granting 554 Unopposed Motion to Withdraw Plaintiff Belinda Ortiz.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(sscotch, 2) (Entered: 09/02/2014) |
| 09/02/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. FIRST day of BENCH TRIAL held on 9/2/2014. Arguments heard re: 546 Mtn to Compel. Court GRANTS 546 Mtn to Compel. Deposition may not exceed one hour. All exhibits NOT objected to admitted. Opening statements. Witnesses: Sammi Bates (depo), Calvin Carrier, Floyd Carrier, Trey Martinez Fischer, Stephen Ansolahehere, Marc Veasey, Elizabeth Gholar (depo), Linda Lydia (depo), Martin Golando (depo). Appearances:Chad Dunn, Armand Derfner, Neil Baron, Gerry Hebert, Scott Brazil, Emma Simson, Anna Baldwin, Elizabeth Westfall, Richard Dellheim, Bruce Gear, Ezra Rosenberg, Mark Posner, Amy Rudd, Jose Garza, Robert Doggett, Marinda Van Dalen, Rolando Rios, Ryan Haygood, Natasha Korgaonkar, Kelly Dunbar, Danielle Conley, John Scott, Jennifer Roscetti, Reed Clay, Lindsey Wolf, Ronnie Keister, David Whitley, Ben Donnell, Whitney Deason, Stephen Tatum, Arthur DAndrea.(Digital # 7:58-9:43, 9:58-12:11, 1:09- |

| | | | |
|---|---|---|---|
| | | | 4:15, 4:28-6:15)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 09/02/2014) |
| 09/02/2014 | 🔒 | 556 | TRANSCRIPT re: MOTION HEARING held on 9/2/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 12/1/2014., filed. (thudson, ) (Entered: 09/02/2014) |
| 09/02/2014 | | 624 | Plaintiff and Plaintiff-Intervenors' Exhibit List by Marc Veasey et al., filed.(bcortez, 2) (Entered: 10/09/2014) |
| 09/02/2014 | | 625 | Defendants' Exhibit List by State Of Texas et al., filed.(bcortez, 2) (Entered: 10/09/2014) |
| 09/02/2014 | | 626 | Defendants' Witness List by State Of Texas et al., filed.(bcortez, 2) (Entered: 10/09/2014) |
| 09/02/2014 | | 627 | Plaintiff and Plaintiff-Intervenors' Witness List by Marc Veasey et al., filed.(bcortez, 2) (Entered: 10/09/2014) |
| 09/03/2014 | | 557 | STIPULATION re: Estela Garcia Espinoza by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 09/03/2014) |
| 09/03/2014 | | 558 | STIPULATION re: Eulalio Mendez, Jr. by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 09/03/2014) |
| 09/03/2014 | | 559 | Notice of Filing of Official Transcript as to 556 Transcript, 552 Transcript. Party notified, filed. (dterrell, 2) (Entered: 09/03/2014) |
| 09/03/2014 | | 560 | STIPULATION re: Estela Garcia Espinoza by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 09/03/2014) |
| 09/03/2014 | 🔒 | 561 | TRANSCRIPT re: BENCH TRIAL - DAY 1 held on 9/2/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL |

| | | |
|---|---|---|
| | | REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 12/2/2014., filed. (thudson, ) (Entered: 09/03/2014) |
| 09/03/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. SECOND day of BENCH TRIAL held on 9/3/2014. Witnesses: Michael C. Herron, Eulalio Mendez, Ramona Bingham (depo), Kristina Mora, Yair Ghitza, Randall Buck Wood, Blake Green, Dawn White, Gordon Benjamin, Phyllis Washington (depo). Appearances:Chad Dunn, Armand Derfner, Neil Baron, Gerry Hebert, Scott Brazil, Emma Simson, Anna Baldwin, Elizabeth Westfall, Richard Dellheim, Bruce Gear, Ezra Rosenberg, Mark Posner, Amy Rudd, Jose Garza, Robert Doggett, Marinda Van Dalen, Rolando Rios, Ryan Haygood, Natasha Korgaonkar, Kelly Dunbar, Danielle Conley, John Scott, Jennifer Roscetti, Reed Clay, Lindsey Wolf, Ronnie Keister, David Whitley, Ben Donnell, Whitney Deason, Stephen Tatum, Arthur DAndrea, Leah Aden, Deuel Ross, Richard Shordt, Lynn Eisenberg, Avner Shapiro.(Digital # 7:59-10:08, 10:24-12:11, 1:10-3:41, 3:55-5:49)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 09/03/2014) |
| 09/04/2014 | 562 | Notice of Filing of Official Transcript as to 561 Transcript. Party notified, filed. (dterrell, 2) (Entered: 09/04/2014) |
| 09/04/2014 | 563 | TRANSCRIPT re: BENCH TRIAL - DAY 2 held on 9/3/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 12/3/2014., filed. (thudson, ) (Entered: 09/04/2014) |
| 09/04/2014 | 564 | Unopposed MOTION to Withdraw by Marc Veasey, filed. Motion Docket Date 9/25/2014. (Attachments: # 1 Proposed Order)(Baron, Neil) (Entered: |

| | | |
|---|---|---|
| | | 09/04/2014) |
| 09/04/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. THIRD day of BENCH TRIAL held on 9/4/2014. Witnesses: Peter Johnson, Matt Barreto, Lionel Estrada, Lenard Taylor, Juanita Cox (depo), Jane Henrici, Carlos Uresti, T. Ransom Cornish, Barry Burden, Daniel Guzman. Plaintiffs exhibit 753.1 admitted. Appearances:Chad Dunn, Armand Derfner, Neil Baron, Gerry Hebert, Scott Brazil, Emma Simson, Anna Baldwin, Elizabeth Westfall, Dan Freeman, Richard Dellheim, Bruce Gear, Ezra Rosenberg, Mark Posner, Amy Rudd, Jose Garza, Robert Doggett, Marinda Van Dalen, Rolando Rios, Ryan Haygood, Natasha Korgaonkar, Kelly Dunbar, Danielle Conley, John Scott, Jennifer Roscetti, Reed Clay, Lindsey Wolf, Ronnie Keister, David Whitley, Ben Donnell, Whitney Deason, Stephen Tatum, Arthur DAndrea, Leah Aden, Deuel Ross, Richard Shordt, Lynn Eisenberg, Avner Shapiro.(Digital # 7:58-10:02, 10:17-12:03, 1:05-3:53, 4:08-6:10)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 09/04/2014) |
| 09/04/2014 | 572 | ORDER granting Unopposed Motion to Withdraw without Prejudice, Plaintiff Peggy Draper Herman re 564 .(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, 2) (Entered: 09/05/2014) |
| 09/05/2014 | 565 | NOTICE *Service Fourth Supplemental Exhibit List* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 09/05/2014) |
| 09/05/2014 | 566 | Notice of Filing of Official Transcript as to 563 Transcript. Party notified, filed. (dterrell, 2) (Entered: 09/05/2014) |
| 09/05/2014 | 567 | Sealed Event, filed. (With attachments) (Entered: 09/05/2014 |
| 09/05/2014 | 568 | Sealed Event, filed. (With attachments) (Entered: |

| | | | |
|---|---|---|---|
| | | | 09/05/2014) |
| 09/05/2014 | 🔒 | 569 | TRANSCRIPT re: BENCH TRIAL - DAY 3 held on 9/4/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 12/4/2014., filed. (thudson, ) (Entered: 09/05/2014) |
| 09/05/2014 | | 570 | STIPULATION re: Ken Gandy by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 09/05/2014) |
| 09/05/2014 | | 571 | STIPULATION re: Margarito Martinez Lara by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 09/05/2014) |
| 09/05/2014 | | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. FOURTH day of BENCH TRIAL held on 9/5/2014. Witnesses: Wendy Davis (depo), Allan Lichtman, Rodney Ellis, Ken Gandy, Margarito Lara, Maximina Lara, Gerald Webster, Rafael Anchia, Ana Hernandez-Luna, Naomi Eagleton (depo). Appearances:Chad Dunn, Armand Derfner, Neil Baron, Gerry Hebert, Scott Brazil, Emma Simson, Anna Baldwin, Elizabeth Westfall, Dan Freeman, Richard Dellheim, Bruce Gear, Ezra Rosenberg, Mark Posner, Amy Rudd, Jose Garza, Robert Doggett, Marinda Van Dalen, Rolando Rios, Ryan Haygood, Natasha Korgaonkar, Kelly Dunbar, Danielle Conley, John Scott, Jennifer Roscetti, Reed Clay, Lindsey Wolf, Ronnie Keister, David Whitley, Ben Donnell, Whitney Deason, Stephen Tatum, Arthur DAndrea, Leah Aden, Deuel Ross, Richard Shordt, Lynn Eisenberg, Avner Shapiro, Tania Faransso.(Digital # 7:58-9:59, 10:16-12:08, 1:08-4:00, 4:16-6:16)(ERO:G. Rogan, L. Cayce), filed. (bcortez, 2) (Entered: 09/05/2014) |
| 09/08/2014 | 🔒 | 573 | TRANSCRIPT re: BENCH TRIAL - DAY 4 held on |

| | | |
|---|---|---|
| | | 9/5/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 12/8/2014., filed. (thudson, ) (Entered: 09/08/2014) |
| 09/08/2014 | 574 | Notice of Filing of Official Transcript as to 569 Transcript. Party notified, filed. (dterrell, 2) (Entered: 09/08/2014) |
| 09/08/2014 | 575 | Supplemental Exhibit List by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 09/08/2014) |
| 09/08/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. FIFTH day of BENCH TRIAL held on 9/8/2014. Witnesses: Oscar Ortiz, Kevin Jewell, Daniel Chatman, Lorraine Minnite, Forrest Mitchell (depo), George Korbel, Ann McGeehan (depo), Ruby Barber (depo), Todd Smith (depo), Yannis Banks (depo), Vera Trotter (depo). Defendant presents exhibit 2737 as offer of proof. Appearances:Chad Dunn, Armand Derfner, Neil Baron, Gerry Hebert, Scott Brazil, Emma Simson, Anna Baldwin, Elizabeth Westfall, Dan Freeman, Richard Dellheim, Bruce Gear, Ezra Rosenberg, Mark Posner, Amy Rudd, Jose Garza, Robert Doggett, Marinda Van Dalen, Rolando Rios, Ryan Haygood, Natasha Korgaonkar, Kelly Dunbar, Danielle Conley, John Scott, Jennifer Roscetti, Reed Clay, Lindsey Wolf, Ronnie Keister, David Whitley, Ben Donnell, Whitney Deason, Stephen Tatum, Arthur DAndrea, Leah Aden, Deuel Ross, Richard Shordt, Lynn Eisenberg, Avner Shapiro, Tania Faransso, Jennifer Clark, Vishal Agrahakar, Myrna Perez.(Digital # 7:58-10:29, 10:45-12:01, 1:03-2:57, 3:14-5:57)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 09/08/2014) |
| 09/08/2014 | 576 | Supplemental Exhibit List by Steve McGraw, Rick |

| | | | |
|---|---|---|---|
| | | | Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 09/08/2014) |
| 09/09/2014 | | 577 | Notice of Filing of Official Transcript as to 573 Transcript. Party notified, filed. (dterrell, 2) (Entered: 09/09/2014) |
| 09/09/2014 | 🔒 | 578 | TRANSCRIPT re: BENCH TRIAL - DAY 5 held on 9/8/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 12/8/2014., filed. (thudson, ) (Entered: 09/09/2014) |
| 09/09/2014 | | 579 | Supplemental Exhibit List by Steve McGraw, Rick Perry, State of Texas and John Steen filed.(Scott, John) Modified on 9/9/2014 (amireles, 2). Added additional filers per request of John Scott's Office. (Entered: 09/09/2014) |
| 09/09/2014 | | 580 | Letter from Robert M Allensworth, filed.(amireles, 2) (Entered: 09/09/2014) |
| 09/09/2014 | | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. SIXTH day of BENCH TRIAL held on 9/9/2014. 6 Witnesses: Vernon Burton, Coleman Bazelon, Joe Peters (depo), Estela Espinoza (depo), Imani Clark (depo). Plaintiffs rest. Witnesses: Tony Rodriguez, Victor Farinelli. Appearances:Chad Dunn, Armand Derfner, Neil Baron, Gerry Hebert, Scott Brazil, Emma Simson, Anna Baldwin, Elizabeth Westfall, Dan Freeman, Richard Dellheim, Bruce Gear, Ezra Rosenberg, Mark Posner, Amy Rudd, Jose Garza, Robert Doggett, Marinda Van Dalen, Rolando Rios, Ryan Haygood, Natasha Korgaonkar, Kelly Dunbar, Danielle Conley, John Scott, Jennifer Roscetti, Reed Clay, Lindsey Wolf, Ronnie Keister, David Whitley, Ben Donnell, Whitney Deason, Stephen Tatum, Arthur DAndrea, Leah Aden, Deuel Ross, Richard |

| | | | |
|---|---|---|---|
| | | | Shordt, Lynn Eisenberg, Avner Shapiro, Tania Faransso, Jennifer Clark, Vishal Agrahakar, Myrna Perez.(Digital # 7:58-10:07, 10:24-12:04, 1:08-3:43, 4:03-6:25)(ERO:G. Rogan/L. Cayce), filed.(bcortez, 2) (Entered: 09/09/2014) |
| 09/10/2014 | | 581 | Notice of Filing of Official Transcript as to 578 Transcript. Party notified, filed. (dterrell, 2) (Entered: 09/10/2014) |
| 09/10/2014 | 🔒 | 582 | TRANSCRIPT re: BENCH TRIAL - DAY 6 held on 9/9/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 12/9/2014., filed. (thudson, ) (Entered: 09/10/2014) |
| 09/10/2014 | | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. SEVENTH day of BENCH TRIAL held on 9/10/2014. Parties have agreed that experts will file amended reports: Dr. Webster and Dr. Ansolahehere by close of business Tuesday, 9/16/14, Dr. Bazelon by close of business Wednesday, 9/17/14, and Hood by close of business Thursday, 9/18/14. Amended/Supplemental Findings of Fact and Conclusions of Law will be filed by Thursday, 9/18/14. Witnesses: David Dewhurst (depo), Trey Hood, Dan Patrick (depo), Keith Ingram, Tony Fraser (depo). Appearances:Chad Dunn, Armand Derfner, Neil Baron, Gerry Hebert, Scott Brazil, Emma Simson, Anna Baldwin, Elizabeth Westfall, Dan Freeman, Richard Dellheim, Bruce Gear, Ezra Rosenberg, Mark Posner, Amy Rudd, Jose Garza, Robert Doggett, Marinda Van Dalen, Rolando Rios, Ryan Haygood, Natasha Korgaonkar, Kelly Dunbar, Danielle Conley, John Scott, Jennifer Roscetti, Reed Clay, Lindsey Wolf, Ronnie Keister, David Whitley, Ben Donnell, Whitney Deason, Stephen Tatum, Arthur DAndrea, |

| | | |
|---|---|---|
| | | Leah Aden, Deuel Ross, Richard Shordt, Lynn Eisenberg, Avner Shapiro, Tania Faransso, Jennifer Clark, Vishal Agrahakar, Myrna Perez.(Digital # 7:59-10:11, 10:28-12:00, 1:04-5:49)(ERO:G. Rogan/L. Cayce), filed.(bcortez, 2) (Entered: 09/10/2014) |
| 09/10/2014 | 583 | NOTICE *of Defendants' Eighth Supplemental Exhibit List* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit DEF2746)(Scott, John) (Entered: 09/10/2014) |
| 09/11/2014 | 584 | Supplemental Exhibit List by Steve McCraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit 1)(Scott, John) (Entered: 09/11/2014) |
| 09/11/2014 | 585 | NOTICE *Advisory Concerning DPS Web Site* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 09/11/2014) |
| 09/11/2014 | 586 | NOTICE *Corrected Advisory Concerning DPS Web Site* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 09/11/2014) |
| 09/11/2014 | 587 | NOTICE *Corrected Advisory Concerning DPS Web Site* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 09/11/2014) |
| 09/11/2014 | 588 | TRANSCRIPT re: BENCH TRIAL - DAY 7 held on 9/10/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 12/10/2014., filed. (thudson, ) (Entered: 09/11/2014) |
| 09/11/2014 | 589 | Notice of Filing of Official Transcript as to 582 Transcript. Party notified, filed. (dterrell, 2) (Entered: 09/11/2014) |
| | | |

| 09/11/2014 | 590 | Opposed MOTION Judicial Notice of Two Criminal Complaints Alleging Election Crimes by Steve McCraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 10/2/2014. (Attachments: # 1 Exhibit 1 - Belinda Solis Complaint, # 2 Exhibit 2 - Veronica Salidvar Complaint)(Scott, John) (Entered: 09/11/2014) |
| --- | --- | --- |
| 09/11/2014 | 591 | Supplemental Exhibit List by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 09/11/2014) |
| 09/11/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. EIGHTH day of BENCH TRIAL held on 9/11/2014. Witnesses: John Crawford, Forrest Mitchell (depo),Tommy Williams (depo),Caroline Guidry (depo), Bryan Hebert (depo), Kenneth Smith (depo), Michelle Rudolph (depo). Defendants exhibit 2746 admitted. Defendants exhibits 2747, 2748 admitted under seal. Plaintiffs exhibit 1160 admitted under seal. Parties supplemental exhibits admitted by agreement. Defendants rest. Court accepts the experts. Closing arguments will be held on Monday, September 22, 2014 at 8:30 a.m. Appearances:Chad Dunn, Armand Derfner, Neil Baron, Gerry Hebert, Scott Brazil, Emma Simson, Anna Baldwin, Elizabeth Westfall, Dan Freeman, Richard Dellheim, Bruce Gear, Ezra Rosenberg, Mark Posner, Amy Rudd, Jose Garza, Robert Doggett, Marinda Van Dalen, Rolando Rios, Ryan Haygood, Natasha Korgaonkar, Kelly Dunbar, Danielle Conley, John Scott, Jennifer Roscetti, Reed Clay, Lindsey Wolf, Ronnie Keister, David Whitley, Ben Donnell, Whitney Deason, Stephen Tatum, Arthur DAndrea, Leah Aden, Deuel Ross, Richard Shordt, Lynn Eisenberg, Avner Shapiro, Tania Faransso, Jennifer Clark, Vishal Agrahakar, Myrna Perez.(Digital # 8:00-10:24, 10:41-11:58, 1:30-1:49) (ERO:G. Rogan), filed.(bcortez, 2) (Entered: |

| | | | |
|---|---|---|---|
| | | | 09/11/2014) |
| 09/12/2014 | 🔒 | 592 | TRANSCRIPT re: BENCH TRIAL - DAY 8 held on 9/11/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 12/11/2014., filed. (thudson, ) (Entered: 09/12/2014) |
| 09/12/2014 | | 593 | Notice of Filing of Official Transcript as to 592 Transcript, 588 Transcript. Party notified, filed. (vrios, 2) (Entered: 09/12/2014) |
| 09/12/2014 | | 594 | Amicus Curiae Brief by C. Richard Quade, filed. (bcortez, 2) (Entered: 09/12/2014) |
| 09/12/2014 | | 595 | ADVISORY by State Of Texas, filed. (Attachments: # 1 Exhibit)(Scott, John) (Entered: 09/12/2014) |
| 09/15/2014 | | 596 | MOTION for Simson, Emma to Withdraw as Attorney by Anna Burns, Floyd Carrier, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. Motion Docket Date 10/6/2014. (Attachments: # 1 Proposed Order)(Hebert, J) (Entered: 09/15/2014) |
| 09/15/2014 | | 597 | ORDER granting 596 Motion to Withdraw as Attorney. Attorney Emma P Simson terminated. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, 2) (Entered: 09/15/2014) |
| 09/15/2014 | | 598 | Copy Request by Robert M Allensworth, filed. (Memo sent to Allensworth regarding total number of pages and copy cost for a copy of the docket sheet)(vrios, 2) (Entered: 09/16/2014) |
| 09/16/2014 | | 599 | NOTICE of Appearance by Adam W. Aston on behalf of Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 09/16/2014) |

| 09/16/2014 | 600 | Expert Report of Stephen D. Ansolabehere by United States Of America, filed. (Attachments: # 1 Corrected Supplemental Expert Report, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J)(Baldwin, Anna) (Entered: 09/16/2014) |
| 09/16/2014 | 601 | Expert Report of Dr. Gerald R. Webster by United States Of America, filed. (Attachments: # 1 Exhibit Webster Report, # 2 Appendix 1, # 3 Appendix 2, # 4 Appendix 3, # 5 Appendix 4)(Freeman, Daniel) (Entered: 09/16/2014) |
| 09/17/2014 | 602 | Supplemental Exhibit List by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 09/17/2014) |
| 09/17/2014 | 603 | DECLARATION of Coleman Bazelon, filed. (Attachments: # 1 Exhibit A - Second Amended Report, # 2 Exhibit B - Amended Reply Report) (Haygood, Ryan) (Entered: 09/17/2014) |
| 09/18/2014 | 604 | Expert Report of Dr. M.V. (Trey) Hood III by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Hood Report)(Scott, John) (Entered: 09/18/2014) |
| 09/18/2014 | 605 | NOTICE *Plaintiffs and Plaintiff-Intervenors' Final Exhibit List* by Anna Burns, IMANI CLARK, Floyd Carrier, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of |

| | | |
|---|---|---|
| | | Young Voters Education Fund, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey, filed. (Attachments: # 1 Exhibit)(Rosenberg, Ezra) (Entered: 09/18/2014) |
| 09/18/2014 | 606 | NOTICE *Plaintiffs and Plaintiff-Intervenors' Objections to Defendants' Exhibits* by Anna Burns, IMANI CLARK, Floyd Carrier, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Education Fund, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey, filed. (Attachments: # 1 Exhibit)(Rosenberg, Ezra) (Entered: 09/18/2014) |
| 09/18/2014 | 607 | NOTICE *of (1) Defendants' Eleventh Supplemental Exhibit List and (2) Submission of Defendant's Combined Exhibit Lists to the Court* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit 1 - Defendants' Combined Trial Exhibit Lists)(Scott, John) (Entered: 09/18/2014) |
| 09/18/2014 | 608 | NOTICE *of Filing of Plaintiffs and Defendants Additional Deposition Designations* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Scott, John) (Entered: 09/18/2014) |
| 09/18/2014 | 609 | NOTICE *of Objections to Defendants' Eleventh Supplemental Exhibit List* by United States Of |

| | | |
|---|---|---|
| | | America, filed. (Freeman, Daniel) (Entered: 09/18/2014) |
| 09/18/2014 | 610 | Proposed Findings of Fact/Conclusions of Law by Anna Burns, IMANI CLARK, Floyd Carrier, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, La Union Del Pueblo Entero, Inc., Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Education Fund, Texas League of Young Voters Education Fund, Texas State Conference of NAACP Branches, United States Of America, Marc Veasey, filed.(Rosenberg, Ezra) (Entered: 09/18/2014) |
| 09/18/2014 | 611 | Sealed Event, filed. (Entered: 09/18/2014) |
| 09/18/2014 | 612 | Letter from Robert M. Allensworth re: Limited Voting Ballot, filed. (amireles, 2) (Entered: 09/19/2014) |
| 09/20/2014 | 613 | Expert Report of Dr. M.V. (Trey) Hood III by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 Hood Amended Second Supplemental Rebuttal)(Scott, John) (Entered: 09/20/2014) |
| 09/21/2014 | 614 | NOTICE *of Filing of Third Amended Expert Report and Second Amended Reply Report of Coleman Bazelon* by IMANI CLARK, Texas League of Young Voters Education Fund, filed. (Attachments: # 1 Exhibit A - Third Amended Expert Report of Coleman Bazelon, # 2 Exhibit B - Second Amended Report of Coleman)(Haygood, Ryan) (Entered: 09/21/2014) |
| | | |

| 09/22/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. NINTH day of BENCH TRIAL held on 9/22/2014. Court GRANTS 590 Motion for Judicial Notice. Defendants exhibits 456, as revised, and 2756 admitted. Parties to replace expert reports exhibits filed on September 20th and 21st using the same exhibit number. Closing arguments. Appearances:Chad Dunn, Armand Derfner, Neil Baron, Gerry Hebert, Scott Brazil, Emma Simson, Anna Baldwin, Elizabeth Westfall, Dan Freeman, Richard Dellheim, Bruce Gear, Ezra Rosenberg, Mark Posner, Amy Rudd, Jose Garza, Robert Doggett, Marinda Van Dalen, Rolando Rios, Ryan Haygood, Natasha Korgaonkar, Kelly Dunbar, Danielle Conley, John Scott, Jennifer Roscetti, Reed Clay, Lindsey Wolf, Ronnie Keister, David Whitley, Ben Donnell, Whitney Deason, Stephen Tatum, Arthur DAndrea, Adam Aston, Leah Aden, Deuel Ross, Richard Shordt, Lynn Eisenberg, Avner Shapiro, Tania Faransso, Jennifer Clark, Vishal Agrahakar, Myrna Perez.(Digital # 8:28-10:14,10:30-12:12)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 09/22/2014) |
| --- | --- | --- |
| 09/22/2014 | 615 | Letter re: voting by Robert M Allensworth, filed. (lcayce, 2) (Entered: 09/22/2014) |
| 09/22/2014 | 616 | NOTICE of ERRATA re: 610 Proposed Findings of Fact/Conclusions of Law,, by IMANI CLARK, Texas League of Young Voters Education Fund, filed. (Shordt, Richard) (Entered: 09/22/2014) |
| 09/22/2014 | 620 | Letter from Robert Allensworth re: documents requested, filed. (letter went to McAllen on 9/22/14, Texas) (lrivera, 2) (Entered: 10/02/2014) |
| 09/23/2014 | 617 | TRANSCRIPT re: BENCH TRIAL - DAY 9 / CLOSING ARGUMENTS held on 9/22/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL |

| | | REPORTING. Ordering Party JOHN SCOTT Release of Transcript Restriction set for 12/22/2014., filed. (thudson, ) (Entered: 09/23/2014) |
|---|---|---|
| 09/23/2014 | 618 | NOTICE *of ERRATA* re: 611 Sealed Event by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 09/23/2014) |
| 09/24/2014 | 619 | Notice of Filing of Official Transcript as to 617 Transcript,. Party notified, filed. (dterrell, 2) (Entered: 09/24/2014) |
| 10/03/2014 | 621 | Suggestion of Limited Voting by Robert M Allensworth, filed.(amireles, 2) (Entered: 10/06/2014) |
| 10/03/2014 | 622 | Order of USCA; USCA No. 14-40003. Judgment, filed.(lrivera, 2) (Entered: 10/06/2014) |
| 10/03/2014 | 623 | Order of USCA; USCA No. 14-40003. PER CURIAM, filed.(lrivera, 2) (Entered: 10/06/2014) |
| 10/09/2014 | 628 | OPINION (Signed by Judge Nelva Gonzales Ramos) Parties notified.(bcortez, 2) (Entered: 10/09/2014) |
| 10/10/2014 | 629 | Unopposed MOTION for Leave to File Advisory by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 10/31/2014. (Attachments: # 1 Exhibit 1 - Defendants' Advisory) (Clay, John) (Entered: 10/10/2014) |
| 10/10/2014 | 630 | RESPONSE to 629 Unopposed MOTION for Leave to File Advisory , filed by Maria Longoria Benavides, Michelle Bessiake, Anna Burns, IMANI CLARK, Floyd Carrier, Sergio DeLeon, Rodney Ellis, Roxanne Hernandez, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Belinda Ortiz, Oscar Ortiz, Koby Ozias, Penny Pope, |

| | | |
|---|---|---|
| | | Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Education Fund, Texas League of Young Voters Education Fund, Texas State Conference of NAACP Branches, Marc Veasey, Aurica Washington. (Hebert, J) (Entered: 10/10/2014) |
| 10/11/2014 | 631 | ORDER. The Court grants 629 Unopposed MOTION for Leave to File Advisory (Signed by Judge Nelva Gonzales Ramos) Parties notified. (bcortez, 2) (Entered: 10/11/2014) |
| 10/11/2014 | 632 | ADVISORY REGARDING GUIDANCE FOR THE NOVEMBER 2014 ELECTIONS by State Of Texas er al., filed.(bcortez, 2) (Entered: 10/11/2014) |
| 10/11/2014 | 633 | FINAL JUDGMENT. Case terminated on October 11, 2014(Signed by Judge Nelva Gonzales Ramos) Parties notified.(bcortez, 2) (Entered: 10/11/2014) |
| 10/11/2014 | 634 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 633 Final Judgment by Steve McGraw, Rick Perry, State Of Texas, John Steen (Filing fee $ 505, receipt number 0541-13838105), filed. (Scott, John) (Entered: 10/11/2014) |