UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Rick Perry, in his official capacity as Governor, Defendant John Steen and Nandita Berry,[1] in their official capacities as Secretaries of State, Defendant Steve McCraw, in his official capacity as Director of the Texas Department of Public Safety, and Defendant the State of Texas, in the above-referenced consolidated case, appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this consolidated action on October 11, 2014 [D.E. 633].

Dated: October 11, 2014

                                            Respectfully submitted,

                                            GREG ABBOTT
                                            Attorney General of Texas

---

[1] Various complaints in this consolidated case name John Steen as the Texas Secretary of State, but he is no longer the Texas Secretary of State. Nandita Berry is now the Texas Secretary of State.

1

DANIEL T. HODGE
First Assistant Attorney General

JONATHAN F. MITCHELL
Solicitor General

/s/ John B. Scott            .

JOHN B. SCOTT
Deputy Attorney General for Civil Litigation
Southern District of Texas No. 10418
Texas State Bar No. 17901500
ATTORNEY-IN-CHARGE

J. REED CLAY, JR.
Special Assistant and Senior Counsel
to the Attorney General
Southern District of Texas No. 1160600

ADAM W. ASTON
Deputy Solicitor General
Southern District of Texas No. 2157041

G. DAVID WHITLEY
Assistant Deputy Attorney General
Southern District of Texas No. 2080496

STEPHEN RONALD KEISTER
Assistant Attorney General
Southern District of Texas No. 18580

JENNIFER MARIE ROSCETTI
Assistant Attorney General
Southern District of Texas No. 224780

LINDSEY ELIZABETH WOLF
Assistant Attorney General
Southern District of Texas No. 2292940

FRANCES WHITNEY DEASON
Assistant Attorney General
Southern District of Texas No. 2302872

STEPHEN LYLE TATUM, JR.
Assistant Attorney General
Southern District of Texas No. 2338090

209 West 14th Street
P.O. Box 12548
Austin, Texas 78711-2548
(512) 475-0131

BEN A. DONNELL
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853
Southern District of Texas No. 5689

COUNSEL FOR THE STATE OF TEXAS, RICK PERRY, JOHN STEEN, and STEVE MCCRAW

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 11, 2014, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                              */s/ John B. Scott*
                                              JOHN B. SCOTT