Marianne Serpa, Dep-in-Charge       Oct 10 14
US District Court TXS
Corpus Christi TX

Clerk, U.S. District Court
Southern District of Texas
FILED
OCT 1 7 2014
David J. Bradley, Clerk of Court

News from Oct 1 Ballot Access News, 415-922-9779

Ohio: On Sep 29 the US Supreme Court ruled 5-4 that the Sixth Circuit Sep 24 decision requiring Ohio to continue to let voters cast early votes during the first week of Oct, the Sun and Mon before election day, and evenings on other days should be set aside until the Supreme court has a chance to think about the case.

  Husted v Ohio State Conference of the NAACP  14 A 336.

Enclosed is a letter similar to letters I mailed to ALL the US Supreme Court Justices and ALL US Circuit Courts of Appeals. I am now mailing more similar copies mentioning ALA LEG BLACK CAUCUS v ALABAMA and JAPAN elected its lower house by limited voting from multi-member districts from about 1947 (McArthur) to about 1987.
I suggest single-member districts w/limited voting backup.
I suggest seven districts for Irving TX ISD (Fitzwater).
Same for Ferguson MO, city in Turmoil.

I want to come to San Antonio to talk about limited voting.

*Robert M Allensworth*
Robert M Allkensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419

```
Robert M Allensworth B14522                                    OCT 10 14
BMRCC 251 N IL 37 S
Ina IL 62846 2419
```

*Robert M Allensworth* (signature)

## MEMORANDUM

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

**DATE:**  September 30, 2014

**SUBJECT:**  Copies

**We are in receipt of your check for $10.00 for copies, however, you need to provide us a case number and the docket entries you want a copy of. Attached is a copy request form. Please fill out and send back. If we do not receive the copy request with the case number and docket entries you need, we will send your $10.00 back to you in one week. Thank you.**

```
Marianne Serpa, Dep-in-Charge                                  OCT 10 14
1133 N Shoreline Blvd Rm 208
Corpus Christi Tx 78401

I am the interested party pro se with notice (I got orders) in
VEASEY v PERRY 2:13cv193 suggesting ah limited voting backup ballot
for the Texas (and now with arg set for Nov 12 Alabama) State
House with candidates paying a filing deposit to get on the backup
ballot in their own and 2-4 additional districts.
Trial started Sep 2 in Corpus christi with followup in San Antonio
which is freezing me out.
Voters who like the primary winners may omit the backup ballots
but those who don't may foment violence mayham and chaos. Is violence
the price of liberty? The backup ballot may promote good behavior
by winners and inhibit tyranny, violence, mayham and chaos.
See HUNTER v UNDERWOOD on ALABAMA.
CALERA AL elects six city councilmen by limited voting.
      GINSBURG's comments in SHELBY CO are misleading.
GUIN AL seven by cumulative voting since about 1987.
PEORIA IL five by cum voting and five by wards since 1991.
JAPAN elected its lower house by limited voting from multi-member
      districts from about 1947 (McArthur) to about 1987.
I suggest single-member districts w/limited voting backup:
```

RECEIVED SEP 2 5 2014 DEBORAH S. HUNT, Clerk

Alice M Batchelder, Chief Judge               Sep 19 14
SIXTH Circuit US Ct of Appeals                    22
100 E 5th Rm 532
Cincinnati OH 45202

LET THE VOTERS ENDORSE & ENABLE A LIMITED VOTING BALLOT.
       Re: PEREZ v PERRY 5:11 cv 360-OLG-JES-XR.
See RODRIGUEZ v HARRIS CO 4:11 cv 2907-VDG-USCA 13-20491.
Docs 127 thru 129 are letters fromme.
I lack and want docket sheets for 13-20491.

See HUNTER v UNDERWOOD (ON ALABAMA).
CALERA AL elecs six city councilmen by limited voting.
GUIN AL seven by cum voting since about 1987.
PEORIA IL five by cum voting since 1991.

I am the **interested** party pro se with notice (I got orders).
in **VEASEY** v PERRY 2:13 cv 193 suggesting a limited voting
2nd ballot for the Texas State House with candidates paying
a filing deposit to get on the limited voting ballot in
their own and 2-4 add'l dists. 20+ docs are letters from me.

Trial started Sep 2 in Corpus Christi with follow up in
San Antonio PEREZ v PERRY 5:11 cv 360-OLG-JES-XR.

Voters who like the party primary winners may omit the
limited voting ballot but those who don't may omit the
general election.

                                    Robert M Allensworth
                                    Robert M Allensworth B14522
                                    BMRCC 251 N IL 37 S
                                    Ina IL 62846 2419

I suspect Fred Biery, Chief Judge, TEXAS WD US District
Court, 655 E Cesar E Chavez Blvd, San Antonio TX 78206,
210-472-6505, Fax 4246, Secy Gilbert Rodriguez,
www.txwd.uscourts.gov/ is freezing me and limited voting
out for 2014. I want to come to San Antonio to talkabout it.

VEASEY v PERRY   (Corpus Christi)                                    14

1       So if it is a generalized interest that True the Vote
2  is trying to protect, then the Government is supposed to
3  protect that.  There is proof that the Government has and so
4  True the Vote should be allowed to intervene in this process to
5  show that those interests are not being protected by what's
6  being reported to them by the Government.
7       So I think it's a little disingenuous for the
8  Government to say, well, we can protect the integrity of the
9  election if you'll just give us the information and True the
10 Vote has, in fact, given the information and nothing is done
11 with it and then they want to object to True the Vote
12 intervening in the case to bring to the Court's attention where
13 there are voter integrity issues when the Court is trying to
14 address whether or not something as simple as voter I.D. is, in
15 fact, a reasonable effort to thwart election fraud.
16       **THE COURT:**  Okay.  Anything else on -- from True the
17 Vote regarding intervention as a matter of right?
18       **MR. TRAINOR:**  Not as to a matter of right, your
19 Honor.
20       **THE COURT:**  Okay.  Then I'll let the United States
21 respond regarding intervention as a matter of right.
22       **MS. BALDWIN:**  Thank you, your Honor.  This is Anna
23 Baldwin.  As to intervention as a matter of right -- to take
24 the two issues that Mr. Trainor discussed, first, the United
25 States disagrees that True the Vote has any direct and natural

EXCEPTIONAL REPORTING SERVICES, INC

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 538
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO  45202-3988

SUSAN ROGERS
Chief Deputy Clerk

TELEPHONE
(513) 564-7000

October 6, 2014

Robert M. Allensworth #B14522
BMRCC
251 N IL 37 S
Ina, IL 62846-2419

Dear Mr. Allensworth,

    This court is a federal court of appeals which reviews actions of specific federal district courts within our district. The cases you are inquiring about are not located within our district. Therefore, this court has no jurisdiction over the documents you have tendered. Your documents are being returned to you.

    You may wish to direct your inquiry to the Fifth Circuit Court of Appeals:

LYLE W CAYCE, CLERK
600 S. Maestri Place
New Orleans, LA 70130-3408

504 310 7700

Sincerely,

Susan Rogers

MARIANNE /cpiA ,   Oct 10 14

I have mailed several letters to Lyce Cayce and Carl Stewart.

Robert M Allensworth B14-22

Ballot Access News
PO Box 470296
San Fran, CA 94147-0296

SAN FRANCISCO CA 940

01 OCT 2014 PM 5 L

SUBSCRIPTION PMG PRICE
$16/YEAR

1/1/2016
Robert M. Allensworth
PO Box 900/B14522
Ina Il 62846-0900

4B21

62846090000

Robert M Allensworth B14522 4B21
BMRCC 251 N IL 37 S
Ina IL 62846 2419

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS




02 1M
0004266684                014
MAILED FROM ZIP        846
FOREVER
USA

Marianne Serpa, Rep-in-Charge

1133 N Shoreline Blvd Rm 208

Corpus Christi TX 78401



CLERK, U.S. DISTRICT COURT
RECEIVED
OCT 17 2014
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS