United States District Court
Southern District of Texas

Corpus Christi Division
Fax: 361-888-3433           Phone: 361-888-3142

**Copy Request Form**

*[CLERK U.S. DISTRICT COURT RECEIVED OCT 17 2014 SOUTHERN DIST OF TEXAS CORPUS CHRISTI, TEXAS]*

| Date: | Oct 13 14 |
|---|---|
| Firm: | Robert Allensworth #14?? |
| Address: | [illegible] |
| Requested by: | Allensworth #1?? | Phone: |

Link to fee schedule:
http://www.txs.uscourts.gov/district/formsfees/feeschedule.htm

| Case Number: | Case Name: _____ v. Perry |
|---|---|

Documents Requested:
docket sheets from ?? 11 1? (I have thru Feb 11).
(I can pay for the copies for ($??.??))

Do you require certified copies? (Certified copies cannot be emailed and/or faxed.)

Search Requested:  _____ Bankruptcy   ✓ Civil   _____ Criminal

Please send documents via:   Mail_____   Pick-up_____   E Mail*:_____

Fax**:_____   Shipping Provider and Account Number:_____

*Documents requested must be less than 3 megabytes. **Document must be 25 pages or less.