IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) <br> (Consolidated Action) |

## ORDER

Pending before the Court is an unopposed motion of Plaintiffs and Plaintiffs-Intervenors[1] (hereafter "Plaintiffs") to postpone the filing and briefing of any motions for attorneys' fees, expenses and costs. For good cause shown, the motion is hereby GRANTED.

Within ten days of the outcome of the pending appeal, the parties shall meet and confer and submit an agreed-upon proposed schedule for filing motions for attorneys' fees, expenses and costs. If no agreement is reached, the parties shall submit to this Court, within fourteen (14) days of the decision by the court of appeals, their proposed schedule for filing motions for attorneys' fees, expenses and costs. Such proposals may be accompanied by a memorandum (not to exceed five pages) explaining the basis for their proposed schedule.

So ORDERED this _____ day of October, 2014.

_____
NELVA GONZALES RAMOS

---

[1] All Plaintiffs and Plaintiffs-Intervenors in these consolidated cases, except for the United States of America, joined in this unopposed motion.