FILED of Texas
OCT 20 2014
David J. Bradley, Clerk of Court

David J Bradley, Clerk of Court           OCT 14 14
515 Rusk St Rm 5401
Houston TX 77002

RE: PEREZ v TEXAS 5:11 cv 360 SAN ANTONIO
which with USCA 5 is freezing me out.

LET THE VOTERS ENDORSE & ENABLE A LIMITED VOTING BACKUP BALLOT.
I am the interested party pro se with notice (I got orders) in
VEASEY v PERRY 2:13 cv 193 suggesting a limited voting backup
ballot for the Texas, and now with Arg Nov 12 14 Alabama, State
Houses with candidates paying a filing deposit where needed to
get on the backup ballot in their own and 2-4 add'l districts.
20+ docket entries are letters from me.

Trial started Sep 2 in Corpus Christi w/backup in San Antonio
which with USCA is freezing me out.

Voters who like the primary (machine) winners may omit the backup
ballot but those who don't may foment violence mayham and chaos.
Is violence the price of liberty? The backup ballot may promote
good behavior by winners and inhibit tyranny and chaos.

See HUNTER v UNDERWOOD on ALABAMA.
CALERA AL elects six city councilmen by limited voting.
     GINSBURG's comments in SHELBY CO are misleading.
GUIN AL seven by cumulative voting since about 1987.
PEORIA IL five by cum voting and five by wards since 1991.
JAPAN elected its lower house by limited voting from multi-
     member districts from about 1947 McArthur to about 1987.
I suggest single member districts w/limited voting backup.
Seven for Irving TX ISD (Fitzwater Ch US Dist Judge).
Seven for Ferguson Mo. City in turmoil. Does it get about $100
in fines/adult/year?

Similar copies: US Supreme Ct Justices, US Circuit Ct Clerks and
Ch Judges, US District Ct Clerks and Ch Judges.

Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419

I want to come to San Antonio.

Robert W Allensworth BN4522 4B21
BMRCC 251 N IL 37 S
Ina IL 62846-2419

THIS CORRESPONDENCE IS FROM AN INMATE OF THE ILLINOIS DEPARTMENT OF CORRECTIONS

David J Bradley
Clerk of Court, US District Court TXSD
515 Rusk St Rm 5401
Houston TX 77002

United States Courts
Southern District of Texas
FILED
OCT 20 2014
David J. Bradley, Clerk of Court