IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>          Plaintiffs,<br><br>    v.<br><br>RICK PERRY, *et al.*,<br><br>          Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

### UNOPPOSED MOTION TO WITHDRAW RICHARD SHORDT AS COUNSEL

      Plaintiff-Intervenors The Texas League of Young Voters Education Fund et al. move to withdraw Richard Shordt as their attorney in this matter, and state as follows:

      1.     Mr. Shordt is leaving Wilmer Cutler Pickering Hale and Dorr LLP on October 24, 2014 and will therefore no longer be able to represent Plaintiff-Intervenors.

      2.     Mr. Shordt is one of several attorneys for The Texas League Plaintiff-Intervenors. Lead attorney Ryan Haygood of the NAACP Legal Defense and Educational Fund, and lead attorneys Danielle Conley and Jonathan E. Paikin of Wilmer Cutler Pickering Hale and Dorr will remain as attorneys for Plaintiff-Intervenors in this matter. Other attorneys with the NAACP Legal Defense and Educational Fund and Wilmer Cutler Pickering Hale and Dorr will also continue to represent Plaintiff-Intervenors.

      3.     Withdrawal of Mr. Shordt as attorney of record will not cause undue delay and will not have a material adverse effect on Plaintiff-Intervenors' interests.

WHEREFORE, Plaintiff-Intervenors The Texas League of Young Voters Education Fund et al. respectfully request leave to allow Richard Shordt to withdraw as counsel in this matter.

Respectfully submitted this 24th day of October 2014,

| | |
|---|---|
| Christina Swarns<br>Ryan P. Haygood<br>Natasha M. Korgaonkar<br>Leah C. Aden<br>Deuel Ross<br>  NAACP LEGAL DEFENSE AND<br>EDUCATIONAL<br>FUND, INC.<br>40 Rector Street, 5th Floor<br>New York, NY 10006<br>cswarns@naacpldf.org<br>rhaygood@naacpldf.org<br>nkorgaonkar@naacpldf.org<br>laden@naacpldf.org<br>dross@naacpldf.org | /s/ Richard Shordt<br>Danielle Conley<br>Jonathan Paikin<br>Richard Shordt*<br>  WILMER CUTLER PICKERING HALE AND<br>    DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>danielle.conley@wilmerhale.com<br>jonathan.paikin@wilmerhale.com<br>richard.shordt@wilmerhale.com<br><br>*Counsel for Texas League of Young Voters and Imani Clark* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 24, 2014, I filed a true and correct copy of the foregoing document with the Clerk of court using the CM/ECF system, which will send a notice of the electronic filing to all counsel of record.

      /s/ Richard Shordt
WILMER CUTLER PICKERING HALE AND
  DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel. (202) 663-6000
Fax (202) 663-6363
richard.shordt@wilmerhale.com

*Counsel for the Texas League
Plaintiff-Intervenors*