UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

Clerk, U.S. District Court
Southern District of Texas
FILED
OCT 27 2014
David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

Returned no datestamp
to Corpus Christi
US Dist Court.        OCT 6 14
                      OCT 22 14
William G Putnicki,   www.txs.uscourts.gov
for PEREZ v PERRY (SAN ANTONIO) Clerk of Court
5:11 cv 360-OLG-JES-XR                 txwd

Robert M Allensworth
B14522
BMRCC 251 N IL 37 S
Ina IL US 62846-2419

I am the interested party pro se with notice
(I got orders) in this case VEASEY v PERRY
suggesting a limited voting backup ballot.

Case: 2:13-cv-00193   Instrument: 508   (2 pages)  pty
Date: Aug 26, 2014        20+ docket entries are letters from me.
Control: 140811682
Notice: The attached order has been entered.

Trial started Sep 2 in Corpus Christi with back up in San Antonio which seems to be freezing me out.

Voters who like the primary (machine) winners may omit the limited voting backup ballot but those who don't may foment violence, mayham and chaos. Is violence a price for freedom? The backup ballot may inhibit tyranny. VIOLENCE, MAYHAM & CHAOS.

THE UNITED STATES SHALL GUARANTEE TO EVERY STATE IN THIS UNION A REPUBLICAN FORM OF GOVERNMENT, AND SHALL PROTECT EACH OF THEM AGAINST INVASION, AND ON APPLICATION OF THE LEGISLATURE, OR OF THE EXECUTIVE (WHEN THE LEGISLATURE CANNOT BE CONVENED) AGAINST DOMESTIC VIOLENCE.  US CONST ART IV, SEC 4.

FOR 2014 I would like a backup ballot for the Texas State House with the primary (machine) winners in their own and 2-4 additional State House districts. For 2016 a more robust structure may do.
REPEATED
Similar comments: US Supreme Court Justices, Chief US CIRCUIT CT of APPEALS JUDGES, Some US District Judges OTHERS.

I suggest seven districts w/backup for Irving ISD (Fitzwater).
Same for Ferguson MO (City in turmoil).
Similar for world (Iraq, Ukraine, etc.)
CONTACT: AM CON MEDIA
7301 N TX 161 Rm 270
IRVING TX 75039
214-691-4056, Fax 4085  www.amconmedia.com

Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846-2419

william G Putnicki, clerk of Court          OCT 6 14
727 E Cesar E Chavez Blvd
San Antonio TX 78206                  5:11 cv 360

I am the interested party pro se with notice (I got orders)
in VEASEY v PERRY 2:13 cv 193 suggesting a limited voting
backup ballot for the Texas State House.

Trial started Sep 2 14 in Corpus Christi with followup in
San Antonio which seems to be freezing me out.

In the DRED SCOTT case Chief Justice Robert Taney wrote that
blacks "were so far inferior, that they had no rights which
the white man was bound to respect; and that [all blacks]
might justly and lawfully be reduced to slavery."
  --Daniel Rasmussen "American Uprising: The Untold Story of
America's Largest SLAVE REVOLT (New Orleans Jan 9 1811, 100
heads on Poles)" 2011 HARPER COLLINS/2012 HARPER PERENNIAL
(Paperback) page 197.

*Robert M Allensworth*
Robert M Allensworth B14522
PMRCC 251 N IL 37 S
Ina IL 62846 2419

Marianne Serpa, Dep-in-Charge        Oct 22 14
US District Clerk's Office
1133 N Shoreline Blvd Rm 208
Corpus Christi TX 78401

RE: VEASEY v PERRY 2:13 cv193

Please send me your price for the following entries:
348 06/20/14 MTN to Quash Subpoenas by Watson, Ellis, Hinojosa[18], Rodriguez[19], Uresti[19], West[13], Whitmire[15], Zaffirini[14]. Dkt 7/11/14. (Attachments: #1, #2 London, Alice)

399 07/11/14 RESPONSE to 348 MTN to Quash (Attachments #1 thru #11, Scott, John)

424 07/18/14 REPLY to 399 Response to 348 MTN to Quash Subpoenas, filed by Kirk P Watson. (Attachments #1, London, Alice).

I note minuit entry 8/14/14 Parties agreed on 348 mtn to quash. Mtn terminated and 8/27/14 Appearances: London included.

I note minit entry 28: Appearances: London

I want 518 08/28/14 Exhibit List of Non-Party Senators filed by Alice London (sscotch,2)

I want Ptf Witness List 629 9/02/14. (Entered 10/08/14.

I want 594 9/12/14 Amicus Curiae Brief by G Richard Quade.

I want 598 9/15/14 Copy request by me.

I want 612 9/18/14 Letter from me.
I want 615 & 620 Letters from me.

*Robert M Allensworth*
Robert M Allensworth B14522
BMRCC 251 N IL 37 S
Ina IL 62846 2419

I want 621 Letter from me.

I want docket sheets subsequent to Oct 11 14.

I am now writing to 2012-2014 OFFICERS of BAR ASS'N of 5th FED CIRCUIT listed on Pages 290-1 of the 2014 TX Leg Dir.

I now suggest a limited **voting backup/recall election** for the Texas, and in response to (ARG Nov 12) ALA LEG BLACK CAUCUS v ALA, Other State Senators. Let the voters vote out tools of liars liars and machines. The backup vote may promote good behavior by winners winners.

*Robert M Allensworth*

William G Putnicki, Clerk of Court        Oct 7 14
US District Clerk's Office TXWD           Oct 22 14
727 E Cesar E Chavez Blvd Rm A500   Returned, no date stamp
San Antonio TX 78206
                         PEREZ v PERRY (TEXAS) 5:11 cv 360

LET THE VOTERS ENDORSE & ENABLE A LIMITED VOTING BACKUP BALLOT.

I am the interested party pro se in VEASEY v PERRY 2:13 cv 193 suggesting a limited voting backup ballot for the Texas State House with candidates paying a filing deposit to get on the backup ballot in their own and 2-4 additional districts.

20+ docket entries are letters from me.
Trial started Sep 2 in Corpus Christi with followup in San Antonio which is freezing me out.

Voters who like the primary (machine) winners may omit the backup ballot bu those who don't may foment violence mayham and chaos. Is violence the price of liberty? The backup ballot may inhibit tyranny and chaos.

See HUNTER v UNDERWOOD on ALABAMA. 1985 471 US 222, 105 SCt 1916
CALERA AL elects six city councilmen by limited voting.
GUIN AL seven by cumulative voting since about 1987.
JAPAN elected its lower house by limited voting from multi-member districts from about 1947 to about 1987.
I suggest single-member districts w/limited voting backup.

See HUNTER v UNDERWOOD on ALABAMA.
Similar letters to US Supreme Court JUSTICES, Chief US Circuit Ct of Appeals Judges, some Chief US District Ct Judges, others.

I would like a backup ballot for the Texas State House with primary winners and any (if any) who would pay a reasonable deposit in their own and 2-4 additional districts.

The backup ballot would remind winners they are servants of the people, not of a pay-to-play spoils system machine.

I suggest 7 districts w/backup for Irving ISD (Fitzwater).
Same for Ferguson MO, city in turmoil.         Chief US Dist Judge

Similar copy: Suter, Clerk        *Robert M Allensworth*
Supreme Court of US               Robert M Allensworth B14522
                                  BMRCC 251 N IL 37 S
                                  Ina IL 62846 2419

*[Envelope image content:]*

CLERK, U.S. COURT OF APPEALS
FOR THE NINTH CIRCUIT
P.O. BOX 193939
SAN FRANCISCO, CALIFORNIA 94119-3939

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

neopost
10/15/2014
US POSTAGE $00.48⁰

ZIP 94103
041L11232480

Clerk, U.S. District Court
Southern District of Texas
FILED
OCT 27 2014
David J. Bradley, Clerk of Court

My letter was returned stamped
RECEIVED OCT 07 14
MOLLY C DWYER CLERK
**LEGAL MAIL**

legal

**NOT CONSIDERED LEGAL MAIL**

5264632419 R001

CLERK, U. S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
JOHN H. WOOD JR. U. S. COURTHOUSE
655 EAST CESAR E. CHAVEZ BOULEVARD
SAN ANTONIO, TEXAS 78206-1106

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE: $300

TX 780
15 OCT '14
PM 4 L

$00.48
OCT 15 2014
MAILED FROM ZIPCODE 78206
0004242581

4631

6284624195 1

Mr. Robert M Allensworth
B14522 4B21
BMRCC 251 N. IL 37 S
Ina, IL 62846-2419

Robert M Allensworth P14522 4B21
BMRCC 251 N IL 37 S
Ina IL 52846 2419

THIS CORRESPONDENCE IS FROM AN INMATE OF THE ILLINOIS DEPARTMENT OF CORRECTIONS

Marianne Serpa, Dep-in-Charge
US District Clerk's Office
1133 N Shoreline Blvd Rm 208
Corpus Christi TX 78401

Clerk, U.S. District Court
Southern District of Texas
FILED
OCT 27 2014
David J. Bradley, Clerk of Court