UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING LEAVE TO WITHDRAW

Before the Court is the Unopposed Motion to Withdraw Richard Shordt as Counsel (D.E. 644). After due consideration, the Court GRANTS the motion and ORDERS Richard Shordt withdrawn as counsel of record for The Texas League of Young Voters Education Fund and Imani Clark.

ORDERED this 28th day of October, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE