United States Courts
Southern District of Texas
FILED

OCT 21 2014

David J. Bradley, Clerk of Court

RICARDO H HINOJOSA, CHIEF JUDGE          OCT 14 14
US DISTRICT COURT, TXSD
1701 W Business Hwy 83 Rm 1028
McALLEN TX 78501
956-618-8100, Fax 8116                   2:13CV 193

                         PEREZ v TEXAS 5:11cv360 SAN ANTONIO
                         which with USCA 5 is freezing me out

LET THE VOTERS ENDORSE & ENABLE A LIMITED VOTING BACKUP BALLOT.
I am the interested party pro se with notice (I got orders) in
VEASEY v PERRY 2:13cv193 suggesting a limited voting backup ballot
for the Texas, and now with Arg Nov 12 Alabama, State Houses with
candidates paying a filing deposit to get on the limited voting
ballot in their own own and 2-4 add'l districts.
20+ docket entries are letters from me.

Trial started Sep 2 in Corpus Christi with followup in San
Antonio which with USCA 5 is freezing me out.  5:11cv360

Voters who like the primary (machine) winners may omit the backup
ballot but those who don't may foment violence, mayhem amd chaos.
Is violence the price of freedom. The backup ballot may promote
good behavior by winners and inhibit tyranny and chaos.

See HUNTER v UNDERWOOD on ALABAMA,
CALERA AL elecs six city councilmen bylimited voting.
        GINSBURG's comments in SHELBY CO are misleading.
GUIN AL seven by cumulative voting since about 1987.
PEORIA IL five by cum voting and five by wards since 1991.
JAPAN elected its lower house by limited voting by multi-
        member districts from about 1947 McArthur to about 1997.

I suggest single-member districts w/limited voting backup.
Seven for Irving TX ISD (Fitzwater Ch US Dist Judge).
Ferguson MO. Cityin Turmoil. Does it get about $100/adult/year
        in fines?

Similar copies: US Supreme Ct Justices, US Circuit Ct Clerks and
Ch Judges, US Dist Ct Clerks and Ch Judes.

                    Robert M Allensworth
                    Robert M Allensworth B14522 4R21
                    BMRCC 251 N IL 37 35
                    Ina IL 62846 2419

I want to come to San Antonio

Screened by US Marshal

OCT 21 2014
RECEIVED
R+H

Ricardo H. Hinojosa, Chief Judge
US District Court, TXSD
1701 W. Business Hwy 83 Rm 1022
McAllen, TX 78501

IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS



$ 00.980
02.1M
000426566?
OCT 14 2014
MAILED FROM ZIP CODE 62846