UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Marc Veasey, et al.
      Plaintiff

v.           Civil Action No. 2:13−cv−00193

Rick Perry, et al.
      Defendant

## NOTICE OF NON−COMPLIANCE

The appellant/appellant's counsel has failed to:

- return the transcript order forms to Court Reporting Services.

Dated: October 29, 2014.

          David J. Bradley, Clerk