David J Bradley, Clerk of Court                    OCT 27 14
US DISTRICT CLERK'S OFFICE
515 Rusk St Rm 5401
Houston TX 77002            VEASEY v PERRY 2:13cv193
713-250-5500                                    United States Courts
                                                Southern District of Texas
LET THE VOTERS ENDORSE & ENABLE A LIMITED VOTING BACKUP BALLOT.
                                                    FILED
I am the interested party pro se w/notice. I got OCT 30 2014
VEASEY v PERRY 2:13cv193 CORPUS CHRISTI suggesting a limited
                                                David J. Bradley, Clerk of Court
voting backup ballot for the Texas and now other State House
with candidates paying a filing deposit to get on the backup
ballot in their own and 2-4 additional districts.
40+ docket entries are letters from me

Trial started Sep 2 in Corpus Christi but froze out this issue.
The backup ballot is useful where it appears the primary winners
may be tools of liars or machines.

Voters who like the primary winners may omit the backup ballot
but those who don't may foment violence and mayham.
Is violence the price for liberty? The backup ballot may promote
good behavior by winnners and inhibit tyranny and chaos.
Voters can voteout tools of liars and machines.

See HUNTER v UNDERWOOD 471 US 222 on Alabama.
CALERA AL elects six city councilmen by limited voting.
GUIN AL seven by cumulative voting since about 1987.
PEORIA IL five by cumulative voting and five by wards since 1991.
JAPAN elected its lower house by limited voting from multi-mem
districts from about 1947. McArthur, to about 1987.
I suggest single-mem districts w/limited voting backup for use
where there is a problem with the primary winners. Some may die,
retire, become disabled, have a nasty divorse as well as seem
to be tools of liars or machines.

Seven for Irving TX ISD, Fitzwater Ch US Dist Judge.
Seven for Ferguson MO, City in turmoil.

Similar copies: US Supreme Ct Justices, US Circuit Ct Clerks &
Chief Judges.           *Robert M Allensworth*
                        Robert M Allensworth B14522
Arg set Nov 12 14 SCOTUS    BMRCC 251 N IL 37 S
ALA LEG BLACK CAUCUS v ALA. Ina IL 62846-2419

THIS CORRESPONDENCE IS FROM AN INMATE OF THE ILLINOIS DEPARTMENT OF CORRECTIONS

Southern District FILED
OCT 30 2014
David J. Bradley, Clerk of Court

7700232623 C057

David J Bradley, Clerk of Court
US DISTRICT CLERK'S OFFICE
515 Rusk St Rm 5401
Houston TX 77002



02 1M
0004 26666
MAILED FROM ZIP 2846
2014
UNITED STATES USA
FOREVER