IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) <br> (Consolidated Action) |

### UNITED STATES' UNOPPOSED MOTION TO ENTER PROPOSED ORDER CONCERNING CONSIDERATION OF ALL REMAINING REMEDIAL ISSUES

The United States moves that the Court enter an order postponing consideration of all remaining remedial issues until after the pending appeal of the Court's judgment and injunction is concluded. All parties consent to this motion. Accordingly, the United States respectfully requests that the Court enter the accompanying proposed order.

Date: October 31, 2014

KENNETH MAGIDSON
United States Attorney
Southern District of Texas

Respectfully submitted,

VANITA GUPTA
Acting Assistant Attorney General
Civil Rights Division

*/s/Elizabeth S. Westfall*
T. CHRISTIAN HERREN, JR.
MEREDITH BELL-PLATTS
ELIZABETH S. WESTFALL
BRUCE I. GEAR
JENNIFER L. MARANZANO
ANNA M. BALDWIN
DANIEL J. FREEMAN
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2014, I served a true and correct copy of the foregoing via the Court's ECF system on the following counsel of record:

| | |
|---|---|
| John B. Scott | Chad W. Dunn |
| John Reed Clay, Jr. | Kembel Scott Brazil |
| Gregory David Whitley | Brazil & Dunn |
| Jonathan F. Mitchell | chad@bradzilanddunn.com |
| Sean Flammer | scott@bazilanddunn.com |
| Stephen Ronald Keister | |
| Arthur D'Andrea | J. Gerald Hebert |
| Jennifer Marie Roscetii | Joshua Bone |
| Lindsey Elizabeth Wolf | Campaign Legal Center |
| Stephen Tatum, Jr. | ghebert@campaignlegalcenter.org |
| Office of the Texas Attorney General | jbone@campaignlegalcenter.org |
| john.scott@texasattorneygeneral.gov | |
| reed.clay@texasattorneygeneral.gov | |
| david.whitley@texasattorneygeneral.gov | Neil G. Baron |
| jonathan.mitchell@texasattorneygeneral.gov | Law Offices of Neil G. Baron |
| sean.flammer@texasattorneygeneral.gov | neil@ngbaronlaw.com |
| ronny.keister@texasattorneygeneral.gov | |
| arthur.dandrea@texasattorneygeneral.gov | Armand Derfner |
| jennifer.roscetti@texasattorneygeneral.gov | Derfner, Altman, & Wilborn |
| lindsey.wolf@texasattorneygeneral.gov | aderfner@dawlaw.com |
| stephen.tatum@texasattorneygeneral.gov | |
| | Luiz Roberto Vera, Jr. |
| Ben Addison Donnell | lrvlaw@sbcglobal.net |
| Donnell Abernethy & Kieschnick | |
| bdonnell@dakpc.com | *Counsel for Veasey Plaintiffs* |

*Counsel for Defendants*

Christina Swarns
Ryan P. Haygood
Natasha M. Korgaonkar
Leah C. Aden
Deuel Ross
NAACP Legal Defense and Educational
    Fund, Inc.
cswarns@naacpldf.org
rhaygood@naacpldf.org
nkorgaonkar@naacpldf.org
laden@naacpldf.org
dross@naacpldf.org

Danielle Conley
Jonathan Paikin
Kelly P. Dunbar
Sonya L. Lebsack
Gerald J. Sinzdak
Lynn Eisenberg
WilmerHale LLP
danielle.conley@wilmerhale.com
jonathan.paikin@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com
Gerard.sinzdak@wilmerhale.com
Lynn.eisenberg@wilmerhale.com

*Counsel for Texas League of Young Voters
Plaintiff-Intervenors*

Ezra D. Rosenberg
Amy L. Rudd
Lindsey Cohan
Dechert LLP
ezra.rosenberg@dechert.com
amy.rudd@dechert.com
lindsey.cohan@dechert.com

Wendy Weiser
Jennifer Clark
Myrna Pérez
Vishal Agraharkar
Brennan Center for Justice at NYU School of
    Law
wendy.weiser@nyu.edu
jenniferl.clark@nyu.edu
myrna.perez@nyu.edu
vishal.argraharkar@nyu.edu

Mark A. Posner
Sonia Kaur Gill
Erandi Zamora
Lawyers' Committee for Civil Rights
mposner@lawyerscommittee.org
sgill@lawyerscommittee.org
ezamora@lawyerscommittee.org

*Counsel for Texas State Conference of
NAACP Branches Plaintiffs*


Jose Garza  
Marinda van Dalen  
Robert W. Doggett  
Peter McGraw  
Kathryn Newell  
Priscilla Noriega  
Texas Rio Grande Legal Aid, Inc.  
jgarza@trla.org  
mvandalen@trla.org  
rdoggett@trla.org  
pmcgraw@trla.org  
knewell@trla.org  
pnoriega@trla.org  

*Counsel for Ortiz Plaintiffs*

Rolando L. Rios  
Law Offices of Rolando L. Rios  
rrios@rolandorioslaw.com  

*Counsel for Plaintiff-Intervenor Texas Association of Hispanic County Judges*

/s/ Elizabeth S. Westfall  
Elizabeth S. Westfall  
Voting Section  
Civil Rights Division  
U.S. Department of Justice  
elizabeth.westfall@usdoj.gov