IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.*, <br><br> Defendants. | Civil Action No. 2:13-cv-193 (NGR) <br> (Consolidated Action) |

## **(PROPOSED) ORDER**

In its Opinion issued on October 9, 2014 (ECF No. 628), this Court stated that it would "set a status conference to address the procedures to be followed for considering Plaintiffs' request for relief" under Section 3 of the Voting Rights Act. Opinion at 143. The parties have agreed that the Court should postpone consideration of all remaining remedial issues until after the pending appeal of the Court's judgment and injunction is concluded.

Accordingly, within ten days of the outcome of the pending appeal, the parties shall meet and confer regarding establishing agreed-upon procedures for resolving the remaining issues. Further, within 14 days of the outcome of the pending appeal, the parties either shall file the agreed-upon proposed procedures or, if agreement is not reached, shall file their proposed procedures which may be accompanied by a memorandum in support.

So ORDERED this ___ day of October, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE