IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

NOV 03 2014

David J. Bradley, Clerk of Court

| | |
|---|---|
| MARC VEASEY, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:13-cv-193 (NGR) |
| RICK PERRY, *et al.*, | |
| Defendants. | |

## **UNOPPOSED MOTION TO WITHDRAW LYNN EISENBERG AS COUNSEL**

Plaintiff-Intervenors The Texas League of Young Voters Education Fund et al. move to withdraw Lynn Eisenberg as their attorney in this matter, and state as follows:

1. Ms. Eisenberg is leaving Wilmer Cutler Pickering Hale and Dorr LLP on November 3, 2014 and will therefore no longer be able to represent Plaintiff-Intervenors.

2. Ms. Eisenberg is one of several attorneys for The Texas League Plaintiff-Intervenors. Lead attorney Ryan Haygood of the NAACP Legal Defense and Educational Fund, and lead attorneys Danielle Conley and Jonathan E. Paikin of Wilmer Cutler Pickering Hale and Dorr will remain as attorneys for Plaintiff-Intervenors in this matter. Other attorneys with the NAACP Legal Defense and Educational Fund and Wilmer Cutler Pickering Hale and Dorr will also continue to represent Plaintiff-Intervenors.

3. Withdrawal of Ms. Eisenberg as attorney of record will not cause undue delay and will not have a material adverse effect on Plaintiff-Intervenors' interests.

WHEREFORE, Plaintiff-Intervenors The Texas League of Young Voters Education Fund et al. respectfully request leave to allow Lynn Eisenberg to withdraw as counsel in this matter.

Respectfully submitted this 31st day of October 2014,

Christina Swarns
Ryan P. Haygood
Natasha M. Korgaonkar
Leah C. Aden
Deuel Ross
  NAACP LEGAL DEFENSE AND
EDUCATIONAL
FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
cswarns@naacpldf.org
rhaygood@naacpldf.org
nkorgaonkar@naacpldf.org
laden@naacpldf.org
dross@naacpldf.org

/s/ Lynn Eisenberg
Danielle Conley
Jonathan Paikin
Lynn Eisenberg*
  WILMER CUTLER PICKERING HALE AND
  DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
danielle.conley@wilmerhale.com
jonathan.paikin@wilmerhale.com
lynn.eisenberg@wilmerhale.com

*Counsel for Texas League of Young Voters and Imani Clark*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2014, I filed a true and correct copy of the foregoing document with the Clerk of court using the CM/ECF system, which will send a notice of the electronic filing to all counsel of record.

/s/ Lynn Eisenberg
WILMER CUTLER PICKERING HALE AND
  DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel. (202) 663-6000
Fax (202) 663-6363
lynn.eisenberg@wilmerhale.com

*Counsel for the Texas League Plaintiff-Intervenors*