UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the Court is the "Unopposed Motion to Withdraw Lynn Eisenberg as Counsel" (D.E. 654). After due consideration, the Court GRANTS the motion and ORDERS that Lynn Eisenberg is withdrawn as counsel for the Texas League of Young Voters Education Fund and Imani Clark.

ORDERED this 3rd day of November, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE