```
             for Marianne Serpa, Dep-in-Charge               Oct 29 14
```
☐ Your case is currently pending before Judge _____

Clerk, U.S. District Court
Southern District of Texas
FILED

NOV 03 2014

David J. Bradley, Clerk of Court

```
       US District Clerk's Office Corpus Christi TX
```
☐ Employees of the court are prohibited from giving legal advice.

```
       VEASEY v PERRY (TEXAS) 2:13 cv 193  USCA5 14-41127
```
Copies of docket sheets and/or documents require prepayment of the copy expense, currently $0.50 per page. Certification of copies is an additional $11.00 per document. If the case file must be retrieved from archives, a retrieval fee of $64 for one box and $39 for each additional box must be paid in advance. (Note: The court may direct the clerk to

☒ provide copies without cost to an indigent defendant proceeding pro se in a criminal case. However, the granting of in forma pauperis status under 28 U.S.C. § 1915 in a civil case does not entitle a litigant to free copies or services.) A summary of the page counts and necessary fees is provided:

```
                    I suggest seven districts w/limited voting
```

Please be advised that the fee for the docket sheet in 3:13-cv-00087-D is $9.00 (18 pages x $.50 per page). The fee for the docket sheet in 3:13-cv-04997-D is $3.50 (7 pages x $.50 per page). The total amount needed for a copy of both docket sheets is $12.50. Thank you.

```
            backup for Irving TX ISD, Fitzwater Ch US Dist Judge
```

Pursuant to Local Rule 5.1 of the Local Rules for the United States District Court for the
☐ Northern District of Texas, "pleadings, motions, or other papers must not be sent directly to the judge." Such papers will not be filed but returned to the party or destroyed.

Neither the Privacy Act nor the Freedom of Information Act, codified at 5 U.S.C. §§ 551 and 552, applies to the Judicial Branch. See 5 U.S.C. § 551 (1)(B) which excludes the
☐ courts of the United States from the definition of "agency" used in § 551 et seq. Of Title 5. See also *United States v. Frank*, 864 F.2d 992, 1013 (3rd Cir. 1988); *Warth v. Department of Justice*, 595 F.2d 521, 522-523 (9th Cir. 1979); *Cook v. Willingham*, 400 F.2d 885 (10th Cir. 1968).

```
            Backup may be useful where there is a problem with
                   primary winners.
```

☐ Internal Use Only: In the event the Clerk cannot respond to the correspondence (e.g., illegibility, etc.), note reason:

```
                              David J Bradley, /
```

☐ Other:
```
                    |                          Robert M Allensworth B14522
Arg set for Nov 12 14 SCOUS                   FMPCC 251 N IL 37 S
ALA LEG BLACK CAUCUS v ALA                    Ina IL 62846 2419

I suggest seven districts w/limited voting backup for Ferguson
                   MO. City in turmoil.

Contact: Daniel Isom II, Dir MO Dept Public Safety www.dps.mo.gov/
Ronald J Brockmeyer, Judge Ferguson Mun Ct, 222 S Florissant Rd
Ferguson MO 63135, 314-524-5264, courts.mo.gov/

Japan elected its lower house by limited voting from multi-member
    districts from about 1947, McArthur, to about 1987.
```

We received your letter dated ___9/19/14___. We will not return your letter.

☒ You must send your document to the Clerk of the U.S. District Court.

☐ You must send your document to the Clerk of the U.S. Supreme Court.

☐ A copy of the court rules requires a self-addressed stamped envelope with $ _____ postage attached.

☐ No action will be taken on your Status conference, as you are not a party to this appeal. We applied above case number to your correspondence, my review upon received district court #
2:13-cv-193

/pw/ 10/24/14

14-41127

Robert M Allensworth B14522 4P21
BMRCC 251 N IL 37 S
Ina IL 62846 2419

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS

Marianne Serpa, Dep-in-Charge
US District Clerk's Office
1133 N Shoreline Rm 208
Corpus Christi TX 78401

Clerk, U.S. District Court
Southern District of Texas
FILED
NOV 03 2014
David J. Bradley, Clerk of Court