IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>RICK PERRY, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 2:13-cv-193 (NGR) |

## [PROPOSED] ORDER

Having reviewed the United States' Motion to Withdraw Jennifer Maranzano as counsel of record in the above captioned case, the request is hereby GRANTED.

**SO ORDERED.**

Date:

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE