IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, *et al.*,

                    Plaintiffs,

          v.

RICK PERRY, *et al.*,

                    Defendants.

Civil Action No. 2:13-cv-193 (NGR)

**ORDER**

Having reviewed the United States' Motion to Withdraw Jennifer Maranzano as counsel of record in the above captioned case, the request is hereby GRANTED.

**SO ORDERED.**

Date: 11/7/14

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE