IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>RICK PERRY, *et al.*,<br><br>　　　　　　　Defendants. | Civil Action No. 2:13-cv-193 (NGR)<br>(Consolidated Action) |

### PLAINTIFFS AND PLAINTIFF-INTERVENORS' NOTICE OF FILING OF TRIAL EXHIBITS

Plaintiffs and Plaintiff-Intervenors ("Plaintiffs") submit this Notice of Filing of Trial Exhibits (PL001 - PL033).  An index of Plaintiffs' trial exhibits is attached as Exhibit 1.

Date:  November 11, 2014

Respectfully submitted,

s/ Ezra Rosenberg
Ezra D. Rosenberg
Mark A. Posner
Robert A. Kengle
Erandi Zamora
Lawyers' Committee for Civil Rights Under Law
erosenberg@lawyerscommittee.org
mposner@lawyerscommittee.org

Wendy Weiser
Myrna Pérez
Vishal Agraharkar
Jennifer Clark
The Brennan Center for Justice at NYU Law School
wendy.weiser@nyu.edu
myrna.perez@nyu.edu

Amy L. Rudd
Lindsey Cohan
DECHERT LLP
Amy.rudd@dechert.com
Lindsey.cohan@dechert.com

Michelle H. Yeary
DECHERT LLP
Michelle.yeary@dechert.com

Daniel G. Covich
The Covich Law Firm LLC
Daniel@covichlawfirm.com

Jose Garza
Law Office of Jose Garza
garzapalm@aol.com

| | |
|---|---|
| vishal.agraharkar@nyu.edu | Kim Keenan |
| jenniferl.clark@nyu.edu | Marshall Taylor |
| | Victor Goode |
| Gary Bledsoe | NAACP |
| garybledsoe@sbcglobal.net | kkeenan@naacpnet.org |
| | mtaylor@naaacpnet.org |
| Robert Notzon | vgoode@naacpnet.org |
| The Law Office of Robert Notzon | |
| Robert@NotzonLaw.com | |

*Counsel for Plaintiffs Texas State Conference of NAACP Branches, Mexican American Legislative Caucus of the Texas House of Representatives*

| | |
|---|---|
| Christina A. Swarn | Danielle Conley |
| Ryan P. Haygood | Jonathan Paikin |
| Natasha M. Korgaonkar | Kelly P. Dunbar |
| Leah C. Aden | Tania Faransso |
| Deuel Ross | Wilmer Cutler Pickering Hale and Dorr LLP |
| NAACP Legal Defense and Educational Fund, Inc. | danielle.conley@wilmerhale.com |
| cswarns@naacpldf.org | jonathan.paikin@wilmerhale.com |
| rhaygood@naacpldf.org | kelly.dunbar@wilmerhale.com |
| nkorgaonkar@naacpldf.org | tania.faransso@wilmerhale.com |
| laden@naacpldf.org | |
| dross@naacpldf.org | |

*Counsel for Plaintiff-Intervenors Texas League of Young Voters Education Fund et al.*

Jose Garza
Marinda van Dalen
Robert W. Doggett
Peter McGraw
Kathryn Newell
Priscilla Noriega
Texas Rio Grande Legal Aid, Inc.
garza@trla.org
mvandalen@trla.org
rdoggett@trla.org
pmcgraw@trla.org
pnoriega@trla.org
knewell@trla.org

*Counsel for Taylor Plaintiffs*

Rolando L Rios
Attorney at Law
115 E Travis, Ste 1645
San Antonio, TX 78205
210-222-2102
rrios@rolandorioslaw.com

*Counsel for Plaintiff-Intervenor Texas Association of Hispanic County Judges and County Commissioners*

| | |
|---|---|
| Chad W. Dunn | Armand G. Derfner |
| K. Scott Brazil | Derfner, Altman & Wilborn, LLC |
| Brazil & Dunn | aderfner@dawlegal.com |
| chad@brazilanddunn.com | |
| scott@brazilanddunn.com | Luis Roberto Vera, Jr. |
| | LULAC National General Counsel |
| J. Gerald Hebert | lrvlaw@sbcglobal.net |
| Joshua Bone | |
| GHebert@campaignlegalcenter.org | Neil G. Baron |
| jbone@campainlegalcenter.org | Law Office of Neil G. Baron |
| | neil@ngbaronlaw.com |

*Attorneys for Plaintiffs Veasey-LULAC*

Richard Dellheim
Meredith Bell-Platts
Elizabeth S. Westfall
Bruce I. Gear
Daniel J. Freeman
Anna Baldwin
Avner Shapiro
richard.dellheim@usdoj.gov
meredith.bell-platts@usdoj.gov
elizabeth.westfall@usdoj.gov
bruce.gear@usdoj.gov
daniel.freeman@usdoj.gov
anna.baldwin@usdoj.gov
avner.shapiro@usdoj.gov

*Attorneys for Plaintiff the United States of America*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 11, 2014, I served a true and correct copy of the foregoing via the Court's ECF system on the following counsel of record:

John B. Scott
John Reed Clay, Jr.
Gregory David Whitley
Jonathan F. Mitchell
Stephen Ronald Keister
Arthur D'Andrea
Jennifer Marie Roscetii
Lindsey Elizabeth Wolf
Stephen Tatum, Jr.
Office of the Texas Attorney General
john.scott@texasattorneygeneral.gov
reed.clay@texasattorneygeneral.gov
david.whitley@texasattorneygeneral.gov
jonathan.mitchell@texasattorneygeneral.gov
ronny.keister@texasattorneygeneral.gov
arthur.dandrea@texasattorneygeneral.gov
jennifer.roscetti@texasattorneygeneral.gov
lindsey.wolf@texasattorneygeneral.gov
stephen.tatum@texasattorneygeneral.gov

Ben Addison Donnell
Donnell Abernethy & Kieschnick
bdonnell@dakpc.com

*Counsel for Defendants*