Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 1 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 205-3 Filed 06/20/12 Page 8 of 275
298

## CONSIDERATION OF SENATE BILL 14 1/25/2011

| | | | | |
|---|---|---|---|---|
| 138:14 | 213:21 | 302:14 | 345:3 | 506:12 |
| 140:15 | 214:6 | 302:14 | 345:24 | 507:10 |
| 140:23 | 214:9 | 302:15 | 350:24 | 507:14 |
| 140:23 | 217:25 | 306:18 | 354:14 | 507:17 |
| 141:12 | 220:3 | 310:5 | 354:17 | 507:18 |
| 142:10 | 231:6 | 312:15 | 354:21 | 507:20 |
| 142:13 | 232:23 | 313:3 | 355:1 | 508:16 |
| 158:20 | 234:16 | 315:16 | 357:10 | 508:19 |
| 161:20 | 240:7 | 316:14 | 358:19 | 509:4 |
| 163:7 | 241:6 | 317:1 | 359:9 | 514:7 |
| 166:7 | 242:21 | 317:2 | 363:13 | 515:4 |
| 166:11 | 245:12 | 317:4 | 365:5 | 516:5 |
| 168:15 | 251:18 | 317:5 | 365:23 | 516:10 |
| 168:17 | 252:2 | 319:3 | 396:17 | 516:12 |
| 173:22 | 252:4 | 325:2 | 396:18 | 522:11 |
| 174:2 | 253:2 | 325:5 | 396:18 | 524:10 |
| 175:14 | 254:9 | 325:22 | 396:19 | 524:11 |
| 178:18 | 254:20 | 326:1 | 396:22 | 530:12 |
| 180:18 | 257:8 | 326:17 | 402:12 | 530:14 |
| 181:11 | 260:17 | 326:21 | 426:24 | 536:18 |
| 181:16 | 261:17 | 327:12 | 427:15 | 536:20 |
| 183:7 | 262:6 | 327:21 | 428:9 | 536:22 |
| 183:11 | 262:8 | 330:8 | 428:24 | 536:24 |
| 183:20 | 271:5 | 330:10 | 436:14 | 537:1 |
| 184:1 | 271:15 | 330:15 | 436:16 | 537:3 |
| 184:24 | 273:25 | 330:20 | 437:13 | 537:5 |
| 185:1 | 274:1 | 330:24 | 438:15 | 537:7 |
| 186:4 | 274:5 | 330:25 | 441:22 | 537:9 |
| 186:8 | 274:20 | 331:9 | 441:22 | 537:11 |
| 186:9 | 275:1 | 331:10 | 442:7 | 537:13 |
| 186:19 | 277:18 | 331:24 | 442:25 | 537:15 |
| 188:17 | 280:11 | 332:25 | 443:9 | 537:17 |
| 191:2 | 280:15 | 333:4 | 445:8 | 537:19 |
| 195:6 | 282:2 | 333:18 | 448:1 | 537:21 |
| 195:11 | 286:17 | 334:24 | 455:3 | 537:23 |
| 195:12 | 289:24 | 337:7 | 457:22 | 537:25 |
| 196:10 | 290:17 | 337:10 | 458:19 | 538:2 |
| 196:13 | 291:2 | 338:17 | 459:13 | 538:4 |
| 196:19 | 291:5 | 338:19 | 460:22 | 538:6 |
| 198:3 | 291:17 | 338:21 | 466:21 | 538:8 |
| 199:6 | 292:12 | 340:8 | 485:14 | 538:10 |
| 201:3 | 293:7 | 340:9 | 489:20 | 538:12 |
| 201:8 | 294:13 | 341:19 | 490:22 | 538:14 |
| 202:24 | 294:17 | 343:11 | 497:1 | 538:16 |
| 202:25 | 295:3 | 343:15 | 498:5 | 538:18 |
| 202:25 | 296:10 | 343:24 | 499:8 | 538:20 |
| 208:20 | 297:22 | 343:25 | 499:9 | 538:22 |
| 209:8 | 298:7 | 344:8 | 499:11 | 538:24 |
| 211:4 | 300:14 | 344:9 | 502:15 | 539:1 |
| 213:15 | 300:23 | 344:16 | 503:4 | 539:3 |
| 213:18 | 300:25 | 344:24 | 503:11 | 539:5 |

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 2 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 205-3 Filed 06/20/12 Page 9 of 275
299

CONSIDERATION OF SENATE BILL 14 1/25/2011

| | | | | |
|---|---|---|---|---|
| 539:7 | 49:22 | 190:22 | 261:18 | 308:3 |
| 539:9 | 50:11 | 191:5 | 261:23 | 308:13 |
| 539:11 | 51:1, 56:4 | 191:5 | 262:16 | 308:17 |
| 539:13 | 62:14 | 191:12 | 262:23 | 308:21 |
| 539:16 | 63:22 | 194:10 | 263:23 | 309:4 |
| **voted** | 65:3, 66:1 | 194:12 | 264:1 | 309:9 |
| 168:18 | 75:2, 75:6 | 195:5 | 264:4 | 310:7 |
| 173:10 | 75:9 | 195:12 | 264:13 | 310:8 |
| 180:14 | 75:16 | 196:10 | 264:20 | 310:14 |
| 240:13 | 75:23 | 196:13 | 272:9 | 310:16 |
| 240:17 | 76:5, 76:6 | 196:18 | 272:19 | 310:19 |
| 250:15 | 76:20 | 196:24 | 272:24 | 310:23 |
| 251:13 | 79:23 | 211:25 | 273:4 | 314:3 |
| 273:22 | 80:6, 80:9 | 214:21 | 273:5 | 314:7 |
| 278:6 | 81:10 | 218:8 | 273:8 | 314:8 |
| 284:25 | 81:22 | 218:9 | 273:9 | 314:10 |
| 286:12 | 81:25 | 218:10 | 273:11 | 314:13 |
| 332:2 | 82:25 | 220:22 | 273:15 | 315:18 |
| 332:3 | 89:10 | 220:23 | 273:17 | 316:5 |
| 333:9 | 89:13 | 220:24 | 274:16 | 316:6 |
| 342:13 | 104:10 | 229:12 | 274:18 | 316:23 |
| 350:2 | 105:5 | 229:22 | 274:19 | 316:24 |
| 508:14 | 106:9 | 237:21 | 274:22 | 318:16 |
| 508:19 | 106:10 | 240:19 | 274:23 | 319:3 |
| 513:23 | 106:11 | 241:6 | 274:24 | 319:20 |
| 527:21 | 106:24 | 241:9 | 275:1 | 322:3 |
| 530:11 | 107:6 | 241:16 | 275:14 | 323:13 |
| **voter** 26:7 | 108:2 | 241:25 | 276:6 | 323:21 |
| 26:21 | 119:2 | 242:2 | 277:19 | 323:24 |
| 26:22 | 125:15 | 242:23 | 284:23 | 324:3 |
| 27:5, 27:9 | 134:9 | 243:4 | 285:13 | 324:5 |
| 27:18 | 134:10 | 243:7 | 285:16 | 324:25 |
| 27:21 | 150:21 | 244:20 | 286:12 | 325:5 |
| 28:8, 28:9 | 152:14 | 244:21 | 286:25 | 325:10 |
| 28:10 | 152:18 | 245:23 | 287:7 | 325:11 |
| 28:16 | 155:20 | 246:4 | 287:11 | 325:13 |
| 29:1, 29:6 | 156:16 | 248:13 | 288:9 | 326:13 |
| 34:7 | 157:19 | 248:22 | 291:1 | 326:17 |
| 35:19 | 167:12 | 249:9 | 291:10 | 326:18 |
| 37:2 | 168:4 | 249:23 | 292:6 | 326:23 |
| 37:18 | 168:10 | 250:3 | 292:10 | 326:23 |
| 38:1, 38:5 | 174:21 | 250:6 | 295:14 | 327:7 |
| 39:22 | 175:6 | 250:17 | 297:16 | 327:9 |
| 40:22 | 176:12 | 252:8 | 302:9 | 327:10 |
| 41:19 | 178:1 | 255:4 | 305:20 | 328:5 |
| 42:4, 42:6 | 182:2 | 255:21 | 305:22 | 328:24 |
| 45:1 | 186:5 | 257:10 | 306:11 | 330:22 |
| 49:11 | 186:6 | 258:21 | 306:15 | 331:5 |
| 49:12 | 186:7 | 260:19 | 307:23 | 331:19 |
| 49:16 | 186:11 | 261:2 | 307:24 | 334:25 |
| 49:16 | 190:22 | 261:9 | 308:2 | 337:24 |

TX_00000359

USA_00015240

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 3 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 10 of 275
300

CONSIDERATION OF SENATE BILL 14 1/25/2011

| | | | | |
|---|---|---|---|---|
| 338:1 | 440:7 | 456:19 | 505:23 | 94:14 |
| 338:15 | 440:7 | 457:18 | 505:23 | 125:13 |
| 338:16 | 440:15 | 457:22 | 506:15 | 131:2 |
| 338:23 | 440:17 | 457:23 | 508:11 | 153:1 |
| 339:13 | 440:19 | 459:8 | 511:16 | 153:1 |
| 339:21 | 441:13 | 459:19 | 511:20 | 154:5 |
| 340:9 | 441:16 | 460:16 | 512:7 | 154:9 |
| 340:17 | 441:17 | 460:18 | 512:12 | 154:22 |
| 340:24 | 441:18 | 461:13 | 513:20 | 172:11 |
| 341:22 | 441:19 | 461:15 | 513:22 | 172:25 |
| 342:17 | 441:20 | 461:20 | 514:4 | 180:17 |
| 345:2 | 441:24 | 462:3 | 514:5 | 181:10 |
| 345:9 | 442:2 | 466:19 | 515:3 | 182:3 |
| 345:25 | 442:5 | 466:20 | 516:2 | 189:10 |
| 346:1 | 442:9 | 466:23 | 516:17 | 213:19 |
| 346:13 | 442:10 | 469:17 | 516:19 | 216:1 |
| 346:22 | 442:11 | 469:21 | 521:18 | 232:17 |
| 349:11 | 442:16 | 469:23 | 521:21 | 235:9 |
| 352:9 | 443:21 | 473:7 | 522:3 | 240:16 |
| 352:10 | 446:16 | 473:16 | 522:9 | 241:21 |
| 352:12 | 447:8 | 473:20 | 522:22 | 242:22 |
| 352:14 | 447:13 | 474:9 | 523:1 | 243:21 |
| 355:19 | 447:15 | 474:16 | 525:12 | 248:2 |
| 355:19 | 447:20 | 475:2 | 525:12 | 249:10 |
| 356:21 | 447:22 | 476:10 | 525:13 | 251:2 |
| 359:25 | 447:24 | 477:5 | 525:14 | 253:2 |
| 362:20 | 448:6 | 477:25 | 527:19 | 255:17 |
| 365:21 | 448:10 | 478:1 | 528:2 | 261:25 |
| 368:23 | 448:11 | 478:3 | 528:3 | 262:6 |
| 368:25 | 448:18 | 487:4 | 529:10 | 262:13 |
| 372:24 | 449:5 | 488:4 | 532:4 | 262:17 |
| 372:24 | 449:8 | 489:9 | 532:17 | 264:4 |
| 399:25 | 449:17 | 490:3 | 535:23 | 264:5 |
| 400:4 | 449:17 | 491:3 | **voters** | 265:10 |
| 401:4 | 450:3 | 494:15 | 27:11 | 265:12 |
| 401:15 | 450:6 | 495:4 | 27:17 | 272:16 |
| 401:19 | 450:11 | 496:19 | 27:24 | 273:7 |
| 407:21 | 450:13 | 497:1 | 28:1, 28:6 | 273:22 |
| 428:22 | 454:7 | 497:3 | 28:23 | 273:22 |
| 436:9 | 454:10 | 498:15 | 38:17 | 275:1 |
| 436:18 | 454:17 | 498:18 | 41:15 | 277:18 |
| 436:19 | 454:24 | 498:18 | 41:16 | 278:18 |
| 437:2 | 455:21 | 498:19 | 43:9 | 278:20 |
| 437:4 | 455:23 | 499:10 | 44:12 | 281:22 |
| 437:10 | 456:3 | 501:13 | 45:3 | 281:24 |
| 438:18 | 456:5 | 501:15 | 45:10 | 282:1 |
| 438:21 | 456:7 | 503:5 | 45:24 | 283:5 |
| 439:7 | 456:10 | 503:6 | 51:6 | 287:18 |
| 439:18 | 456:11 | 503:25 | 54:11 | 291:3 |
| 440:4 | 456:11 | 505:8 | 93:17 | 292:12 |
| 440:5 | 456:13 | 505:15 | 93:21 | 295:22 |

KENNEDY REPORTING SERVICE, INC.
512.474.2233

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 4 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 11 of 275

301

CONSIDERATION OF SENATE BILL 14 1/25/2011

| | | | | |
|---|---|---|---|---|
| 305:10 | 396:13 | 515:7 | 522:12 | 262:18 |
| 305:21 | 396:22 | 516:7 | **voting** | 263:2 |
| 305:24 | 438:15 | 519:9 | 28:5, 36:8 | 264:2 |
| 306:1 | 441:9 | 519:13 | 36:10 | 265:24 |
| 306:7 | 441:21 | 519:14 | 36:14 | 271:12 |
| 306:10 | 445:11 | 522:7 | 37:10 | 277:24 |
| 306:20 | 445:13 | 527:24 | 53:13 | 279:3 |
| 308:16 | 445:16 | **voter's** | 58:14 | 279:8 |
| 308:24 | 446:12 | 106:7 | 63:15 | 287:21 |
| 309:23 | 446:25 | 106:9 | 64:5 | 295:4 |
| 310:10 | 448:11 | 125:12 | 72:10 | 299:9 |
| 310:11 | 448:13 | 125:13 | 75:17 | 304:7 |
| 310:24 | 448:14 | 229:10 | 89:23 | 305:1 |
| 312:18 | 449:21 | 229:21 | 94:5 | 305:3 |
| 313:8 | 449:25 | 229:21 | 95:16 | 305:4 |
| 313:14 | 458:6 | 460:4 | 113:12 | 306:23 |
| 313:20 | 459:13 | 461:17 | 125:15 | 309:22 |
| 313:23 | 460:9 | 464:23 | 141:22 | 311:18 |
| 314:16 | 460:24 | 464:25 | 159:23 | 315:19 |
| 314:19 | 460:25 | 466:20 | 164:21 | 316:3 |
| 315:14 | 464:24 | 466:22 | 164:22 | 316:11 |
| 315:21 | 465:9 | **votes** | 173:7 | 317:7 |
| 316:2 | 466:2 | 27:12 | 174:18 | 319:5 |
| 318:13 | 469:21 | 27:24 | 174:20 | 319:6 |
| 318:17 | 481:12 | 233:15 | 180:20 | 323:8 |
| 318:20 | 489:18 | 234:19 | 187:13 | 325:15 |
| 319:9 | 497:10 | 246:16 | 209:16 | 328:25 |
| 326:17 | 497:13 | 246:17 | 209:20 | 330:2 |
| 326:24 | 498:3 | 246:19 | 211:6 | 331:12 |
| 327:24 | 498:9 | 246:20 | 213:19 | 331:23 |
| 327:24 | 498:10 | 247:5 | 214:3 | 332:13 |
| 329:1 | 498:12 | 252:21 | 214:6 | 335:11 |
| 342:21 | 498:23 | 256:15 | 214:8 | 335:19 |
| 342:24 | 498:23 | 261:24 | 217:25 | 343:10 |
| 345:8 | 498:24 | 262:7 | 229:12 | 344:12 |
| 345:10 | 499:2 | 285:1 | 229:23 | 344:16 |
| 350:16 | 499:4 | 301:11 | 235:6 | 348:16 |
| 350:17 | 499:5 | 311:2 | 241:11 | 349:13 |
| 351:2 | 499:7 | 324:16 | 241:13 | 349:20 |
| 351:3 | 499:21 | 326:3 | 241:14 | 349:23 |
| 351:4 | 505:21 | 350:20 | 243:3 | 349:23 |
| 351:7 | 506:4 | 352:20 | 247:14 | 351:8 |
| 352:19 | 506:11 | 485:13 | 247:23 | 351:19 |
| 354:21 | 506:12 | 506:9 | 248:4 | 351:21 |
| 356:1 | 506:16 | 514:14 | 249:2 | 352:1 |
| 360:25 | 508:9 | 514:18 | 249:10 | 352:4 |
| 361:16 | 509:16 | 514:21 | 250:13 | 352:22 |
| 363:9 | 514:12 | 514:25 | 253:3 | 353:19 |
| 363:10 | 514:16 | 515:1 | 253:13 | 355:11 |
| 363:22 | 514:20 | 515:2 | 253:17 | 359:23 |
| 364:23 | 514:23 | 515:3 | 256:14 | 366:7 |

TX_00000361

USA_00015242

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 5 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 12 of 275
302

CONSIDERATION OF SENATE BILL 14 1/25/2011

| | | | | |
|---|---|---|---|---|
| 366:10 | 517:18 | 95:5 | 133:21 | 289:17 |
| 428:23 | **wait** 45:20 | 95:16 | 137:4 | 308:5 |
| 438:13 | 46:3 | 97:7 | 137:16 | 311:19 |
| 438:13 | 64:15 | 111:16 | 138:5 | 318:2 |
| 439:14 | 65:1 | 114:6 | 139:3 | 323:14 |
| 442:8 | 65:22 | 126:2 | 139:15 | 329:21 |
| 458:6 | 66:1, 77:5 | 133:1 | 143:23 | 330:15 |
| 458:20 | 136:22 | 158:16 | 145:2 | 331:17 |
| 484:20 | 136:22 | 159:22 | 145:9 | 331:18 |
| 485:10 | 138:1 | 400:3 | 152:13 | 334:11 |
| 498:8 | 150:9 | 404:3 | 152:16 | 338:17 |
| 498:17 | 177:2 | **walked** | 161:8 | 382:6 |
| 499:1 | 177:2 | 62:14 | 169:23 | 387:1 |
| 500:8 | 177:2 | 196:18 | 177:9 | 388:23 |
| 500:20 | 177:2 | 519:18 | 177:20 | 390:12 |
| 501:11 | 177:3 | **Waller** | 179:20 | 392:8 |
| 505:15 | 177:18 | 342:13 | 183:5 | 392:11 |
| 505:23 | 179:17 | **wallet** | 183:21 | 398:4 |
| 511:18 | 181:4 | 327:15 | 183:23 | 399:8 |
| 512:17 | 215:5 | **Wal-Mart** | 187:20 | 400:10 |
| 513:21 | 217:7 | 389:16 | 190:5 | 400:20 |
| 514:13 | 228:8 | 389:22 | 194:23 | 402:25 |
| 523:3 | 269:11 | **want** 23:21 | 199:1 | 402:25 |
| 523:5 | 380:19 | 30:5 | 199:1 | 409:5 |
| 525:9 | 385:1 | 44:16 | 200:5 | 430:21 |
| 525:18 | 407:5 | 46:6 | 201:1 | 430:22 |
| 527:22 | 408:5 | 47:20 | 201:6 | 436:8 |
| 527:23 | 408:8 | 49:5 | 202:6 | 456:21 |
| 527:25 | 408:11 | 52:15 | 203:21 | 457:19 |
| 528:7 | 424:7 | 54:23 | 207:2 | 463:22 |
| 529:5 | 429:23 | 60:15 | 207:8 | 470:3 |
| 529:9 | 429:24 | 61:18 | 208:5 | 481:17 |
| 529:12 | 430:4 | 62:16 | 222:14 | 487:11 |
| 529:25 | 430:9 | 64:7 | 222:16 | 488:10 |
| 530:8 | 430:12 | 65:25 | 222:23 | 489:1 |
| 530:15 | 430:17 | 67:14 | 224:11 | 489:4 |
| 531:9 | 434:20 | 70:11 | 237:8 | 501:4 |
| 534:2 | 518:6 | 74:24 | 238:12 | 502:15 |
| **voting-aged** | 518:6 | 75:21 | 252:1 | 505:2 |
| 307:14 | 534:12 | 77:12 | 253:8 | 510:22 |
| 307:16 | **waiting** | 79:8 | 257:3 | 527:1 |
| **vs** 528:22 | 100:1 | 81:23 | 263:15 | **wanted** |
| **vulnerable** | 347:22 | 98:24 | 266:11 | 24:19 |
| 181:24 | 424:11 | 99:4 | 266:13 | 34:7, 36:2 |
| | 424:13 | 100:25 | 266:16 | 40:13 |
| | 486:18 | 103:15 | 266:20 | 49:4 |
| **W** | 511:9 | 104:4 | 269:19 | 79:11 |
| | 525:19 | 110:9 | 270:13 | 85:1 |
| **wage** | **walk** 60:6 | 114:9 | 277:19 | 87:13 |
| 128:20 | 60:16 | 130:18 | 285:17 | 102:24 |
| 181:6 | 76:14 | 133:2 | 289:12 | 180:12 |
| **wagon** | | | | |

KENNEDY REPORTING SERVICE, INC.
512.474.2233

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 6 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 13 of 275
303

CONSIDERATION OF SENATE BILL 14 1/25/2011

| | | | | |
|---|---|---|---|---|
| 187:6 | 428:18 | **watchers** | 373:3 | 351:17 |
| 187:14 | 488:21 | 507:22 | 373:6 | 352:6 |
| 189:7 | 489:25 | 510:17 | 373:15 | 352:7 |
| 189:24 | 490:18 | 513:16 | 373:20 | 354:18 |
| 213:9 | 491:3 | **watching** | 373:24 | 354:18 |
| 224:9 | 510:3 | 193:21 | 374:4 | 358:5 |
| 244:15 | 510:14 | **Watson** | 374:10 | 363:17 |
| 245:4 | 511:9 | 46:25 | 538:19 | 363:23 |
| 245:15 | 511:17 | 47:1, 47:6 | 538:20 | 373:1 |
| 245:19 | **wanting** | 47:8 | **way** 30:19 | 378:23 |
| 260:12 | 47:5 | 47:19 | 58:19 | 378:23 |
| 263:17 | 357:13 | 48:1 | 67:18 | 378:24 |
| 263:21 | **wants** | 48:24 | 72:3 | 382:24 |
| 264:9 | 63:21 | 49:3, 50:6 | 73:10 | 391:1 |
| 267:9 | 178:18 | 50:19 | 77:23 | 391:15 |
| 277:5 | 461:24 | 50:24 | 102:22 | 407:3 |
| 278:11 | 494:18 | 51:10 | 136:6 | 418:17 |
| 283:6 | 517:14 | 51:20 | 154:25 | 426:2 |
| 284:2 | **War** 519:3 | 52:11 | 158:24 | 432:8 |
| 284:5 | **Ward** | 52:17 | 159:4 | 432:12 |
| 285:9 | 322:18 | 53:4, 53:6 | 159:5 | 440:23 |
| 286:9 | 322:20 | 53:21 | 161:17 | 447:12 |
| 286:19 | 322:20 | 54:16 | 162:4 | 448:24 |
| 302:16 | 322:22 | 54:25 | 164:20 | 448:25 |
| 320:11 | 323:2 | 55:7 | 174:24 | 462:1 |
| 323:18 | 323:3 | 55:13 | 177:23 | 465:20 |
| 334:15 | 329:13 | 55:19 | 178:10 | 466:24 |
| 338:15 | 329:14 | 55:21 | 178:17 | 471:13 |
| 345:14 | **warning** | 55:25 | 182:14 | 477:4 |
| 347:2 | 22:22 | 56:9 | 183:2 | 477:4 |
| 347:19 | 22:22 | 56:12 | 183:18 | 480:21 |
| 347:23 | 322:24 | 56:19 | 191:11 | 481:22 |
| 354:13 | 323:1 | 57:1 | 192:24 | 486:24 |
| 354:25 | 495:23 | 79:13 | 193:8 | 492:5 |
| 356:5 | **warrant** | 81:1 | 195:10 | 508:24 |
| 374:16 | 509:9 | 82:13 | 198:25 | 509:20 |
| 375:14 | **wars** 519:3 | 148:8 | 199:13 | 514:9 |
| 375:15 | **Washington** | 148:9 | 201:5 | 530:14 |
| 386:24 | 228:19 | 245:4 | 242:10 | 531:10 |
| 388:13 | 232:7 | 371:2 | 282:4 | 533:8 |
| 388:19 | 414:15 | 371:4 | 296:4 | 534:1 |
| 389:1 | 414:17 | 371:13 | 316:6 | **ways** 56:24 |
| 389:14 | 517:15 | 371:16 | 317:4 | 99:13 |
| 389:19 | **watch** | 371:19 | 327:16 | 180:23 |
| 390:8 | 119:24 | 371:25 | 331:6 | 190:10 |
| 396:20 | 317:23 | 372:4 | 335:4 | 274:19 |
| 415:20 | **watched** | 372:8 | 337:12 | 309:20 |
| 425:22 | 193:24 | 372:12 | 338:15 | 309:21 |
| 425:23 | **watcher** | 372:17 | 345:17 | 309:22 |
| 426:23 | 513:22 | 372:19 | 346:5 | 310:9 |
| 428:12 | 513:24 | 372:22 | 349:14 | 311:24 |

TX_00000363

USA_00015244

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 7 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 14 of 275
304

CONSIDERATION OF SENATE BILL 14 1/25/2011

| | | | | |
|---|---|---|---|---|
| 330:14 | 526:25 | 539:4 | 120:11 | 132:8 |
| 330:17 | well-docu... | 539:5 | 120:13 | 132:15 |
| 334:18 | 337:24 | 539:21 | 120:22 | 132:19 |
| 338:6 | well-inte... | 539:23 | 121:7 | 133:5 |
| 350:7 | 273:23 | W-e-s | 121:9 | 133:12 |
| 441:4 | Wells | 126:12 | 121:14 | 133:15 |
| 462:4 | 350:14 | 126:25 | 121:19 | 133:19 |
| 463:14 | went 23:3 | 127:14 | 121:25 | 133:24 |
| 501:10 | 37:8 | 465:9 | 122:2 | 134:15 |
| 501:20 | 43:13 | West 83:13 | 122:4 | 134:18 |
| 501:21 | 43:14 | 102:22 | 122:7 | 134:23 |
| weak | 46:13 | 108:17 | 122:11 | 135:2 |
| 214:22 | 85:25 | 108:18 | 122:20 | 135:8 |
| weaken | 152:25 | 108:25 | 123:1 | 135:12 |
| 349:23 | 162:16 | 109:4 | 123:9 | 135:20 |
| website | 165:11 | 109:8 | 123:13 | 135:24 |
| 469:13 | 171:9 | 109:16 | 123:22 | 136:5 |
| 478:22 | 180:11 | 110:2 | 124:3 | 136:11 |
| 479:2 | 245:6 | 110:6 | 124:6 | 136:17 |
| 479:24 | 252:18 | 110:9 | 124:11 | 136:21 |
| 480:13 | 253:9 | 110:13 | 124:17 | 137:1 |
| 480:14 | 284:15 | 110:20 | 124:23 | 137:12 |
| 480:23 | 323:22 | 110:25 | 125:5 | 137:19 |
| 481:10 | 341:7 | 111:6 | 125:9 | 138:3 |
| websites | 347:8 | 111:12 | 125:20 | 138:18 |
| 479:8 | 365:8 | 111:15 | 125:24 | 138:21 |
| week 100:1 | 374:18 | 111:17 | 126:7 | 138:23 |
| 109:23 | 386:2 | 111:24 | 126:10 | 139:1 |
| 192:11 | 438:12 | 112:6 | 126:19 | 139:4 |
| 206:18 | 438:16 | 112:10 | 126:22 | 139:6 |
| 225:12 | 489:9 | 112:15 | 127:7 | 139:14 |
| 403:11 | 490:22 | 112:20 | 127:13 | 139:17 |
| 405:12 | Wentworth | 112:24 | 127:19 | 139:21 |
| 407:1 | 144:21 | 113:18 | 127:25 | 139:23 |
| 407:7 | 148:10 | 114:1 | 128:9 | 140:8 |
| 417:7 | 148:11 | 114:3 | 128:14 | 140:17 |
| 423:7 | 263:11 | 114:8 | 128:19 | 140:25 |
| 490:9 | 263:12 | 114:11 | 128:23 | 141:15 |
| 490:15 | 263:15 | 114:16 | 129:5 | 141:19 |
| weekend | 266:4 | 114:21 | 129:15 | 142:3 |
| 530:13 | 266:7 | 115:3 | 129:18 | 142:6 |
| week's | 434:5 | 115:18 | 129:24 | 142:11 |
| 181:15 | 434:6 | 115:21 | 130:2 | 142:15 |
| weigh | 434:13 | 115:25 | 130:12 | 143:18 |
| 325:1 | 434:16 | 116:9 | 130:24 | 143:20 |
| weight | 434:20 | 116:25 | 131:1 | 143:21 |
| 260:20 | 434:22 | 117:4 | 131:3 | 144:4 |
| welcome | 435:1 | 117:16 | 131:8 | 148:12 |
| 224:12 | 435:7 | 119:17 | 131:13 | 148:13 |
| 302:19 | 435:10 | 120:3 | 131:22 | 149:5 |
| welfare | 435:12 | 120:6 | 132:2 | 149:8 |

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000364
JA_000363

TX_00000364
USA_00015245

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 8 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 05/28/12 Page 15 of 275

305

CONSIDERATION OF SENATE BILL 14 1/25/2011

| | | | | |
|---|---|---|---|---|
| 149:18 | 165:8 | 300:9 | 468:3 | **we've** 35:5 |
| 149:20 | 165:14 | 301:10 | 468:8 | 40:20 |
| 150:1 | 165:17 | 301:16 | 468:11 | 43:1, 43:2 |
| 150:6 | 165:24 | 302:2 | 468:13 | 59:20 |
| 150:9 | 166:9 | 302:5 | 468:20 | 61:15 |
| 151:15 | 166:14 | 302:11 | 468:23 | 65:15 |
| 151:20 | 166:20 | 302:16 | 469:9 | 69:12 |
| 152:1 | 166:24 | 302:20 | 469:16 | 88:22 |
| 152:3 | 167:3 | 337:15 | 470:5 | 104:2 |
| 152:6 | 167:10 | 337:17 | 470:10 | 118:24 |
| 153:10 | 167:14 | 337:23 | 470:22 | 125:7 |
| 153:21 | 168:1 | 338:22 | 470:25 | 130:10 |
| 154:10 | 168:7 | 339:20 | 471:4 | 143:25 |
| 154:19 | 168:22 | 340:11 | 471:8 | 145:10 |
| 154:24 | 169:3 | 340:13 | 471:12 | 154:21 |
| 155:10 | 169:8 | 340:21 | 471:20 | 165:12 |
| 156:2 | 169:14 | 341:11 | 471:23 | 171:6 |
| 156:4 | 169:16 | 341:20 | 472:7 | 176:16 |
| 156:8 | 169:22 | 341:25 | 472:11 | 182:7 |
| 156:15 | 170:1 | 342:4 | 472:14 | 183:22 |
| 156:23 | 170:8 | 342:10 | 472:17 | 183:22 |
| 157:10 | 170:21 | 342:25 | 472:19 | 197:18 |
| 157:13 | 171:2 | 348:19 | 472:24 | 206:9 |
| 158:5 | 171:5 | 429:19 | 478:1 | 224:12 |
| 158:9 | 171:9 | 429:20 | 478:7 | 239:12 |
| 158:13 | 171:12 | 430:10 | 479:4 | 246:10 |
| 158:19 | 171:15 | 430:18 | 492:3 | 247:15 |
| 158:21 | 171:25 | 430:20 | 492:10 | 251:1 |
| 159:1 | 172:3 | 431:8 | 492:18 | 253:21 |
| 159:8 | 172:9 | 431:11 | 492:19 | 256:2 |
| 159:11 | 172:14 | 431:15 | 492:24 | 256:6 |
| 159:14 | 172:17 | 462:16 | 531:14 | 262:14 |
| 159:16 | 172:21 | 462:17 | 531:16 | 262:20 |
| 160:2 | 173:3 | 462:22 | 531:23 | 264:9 |
| 160:15 | 173:13 | 462:25 | 532:1 | 266:19 |
| 160:17 | 174:4 | 463:4 | 532:7 | 269:17 |
| 160:19 | 174:7 | 463:9 | 532:10 | 287:7 |
| 160:22 | 199:10 | 463:24 | 532:13 | 298:22 |
| 161:7 | 231:24 | 464:5 | 532:19 | 320:19 |
| 161:15 | 296:20 | 464:7 | 535:19 | 330:18 |
| 161:22 | 296:21 | 464:11 | 535:20 | 331:1 |
| 162:8 | 296:23 | 464:17 | 536:1 | 332:15 |
| 162:11 | 297:6 | 464:22 | 538:21 | 334:9 |
| 162:17 | 297:9 | 465:3 | 538:22 | 338:5 |
| 163:9 | 297:14 | 465:7 | 539:6 | 338:8 |
| 163:12 | 298:8 | 465:16 | 539:7 | 339:5 |
| 163:20 | 298:25 | 466:3 | **W-e-s-t** | 339:8 |
| 163:23 | 299:5 | 466:9 | 126:11 | 340:3 |
| 164:1 | 299:16 | 466:13 | 126:24 | 341:1 |
| 164:3 | 300:3 | 467:8 | 127:15 | 341:3 |
| 164:8 | 300:6 | 467:21 | 465:7 | 341:16 |

TX_00000365

USA_00015246

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 9 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 10 of 275

306

CONSIDERATION OF SENATE BILL 14 1/25/2011

| | | | | |
|---|---|---|---|---|
| 356:24 | **wheelchairs** | 65:19 | 539:9 | 247:12 |
| 360:5 | 24:18 | 66:8 | **Whole's** | 247:17 |
| 362:10 | **WHEREOF** | 66:13 | 32:2 | 248:9 |
| 365:3 | 541:13 | 66:23 | **widely** | 248:17 |
| 365:18 | **whiskers** | 67:1, 67:6 | 346:8 | 248:24 |
| 365:21 | 325:22 | 67:15 | **widespread** | 249:7 |
| 367:16 | **white** | 130:19 | 26:22 | 249:16 |
| 377:8 | 108:23 | 130:23 | 134:11 | 250:21 |
| 378:23 | 225:18 | 148:14 | 237:22 | 251:16 |
| 403:8 | 270:24 | 148:15 | **wife** 186:4 | 252:5 |
| 407:13 | 305:5 | 208:14 | 520:13 | 252:16 |
| 436:22 | 307:4 | 262:21 | 520:17 | 253:12 |
| 437:7 | 307:16 | 398:14 | **Williams** | 253:25 |
| 437:19 | 332:18 | 398:16 | 43:4 | 254:24 |
| 438:18 | 351:9 | 398:17 | 45:17 | 256:1 |
| 438:20 | 351:11 | 398:22 | 45:20 | 256:18 |
| 438:21 | 463:11 | 398:24 | 46:3, 46:9 | 374:12 |
| 439:11 | **whites** | 399:5 | 52:10 | 374:14 |
| 441:20 | 341:14 | 399:8 | 52:14 | 375:4 |
| 443:7 | **Whitmire** | 399:23 | 52:15 | 375:10 |
| 445:5 | 29:14 | 400:4 | 53:1, 53:5 | 375:13 |
| 447:22 | 29:16 | 400:16 | 53:19 | 375:18 |
| 447:24 | 47:10 | 400:25 | 53:22 | 376:2 |
| 448:20 | 47:12 | 401:6 | 54:17 | 376:5 |
| 449:10 | 47:15 | 402:1 | 55:7 | 376:9 |
| 450:12 | 57:3, 57:5 | 402:7 | 55:14 | 376:15 |
| 452:2 | 57:8 | 403:6 | 55:20 | 376:20 |
| 452:23 | 57:21 | 403:22 | 65:6 | 377:1 |
| 454:18 | 57:25 | 404:1 | 70:12 | 377:4 |
| 476:25 | 58:8 | 404:4 | 70:19 | 377:8 |
| 477:6 | 58:12 | 404:15 | 71:12 | 377:16 |
| 477:23 | 58:15 | 404:22 | 74:11 | 378:3 |
| 481:21 | 58:25 | 405:1 | 85:17 | 378:7 |
| 481:22 | 59:5 | 405:4 | 85:19 | 379:3 |
| 487:17 | 59:17 | 405:8 | 86:7 | 379:7 |
| 490:23 | 60:7, 60:8 | 405:17 | 86:10 | 379:9 |
| 511:2 | 60:12 | 405:20 | 86:14 | 379:16 |
| 522:11 | 60:21 | 405:25 | 86:18 | 379:25 |
| **whatnot** | 61:2, 61:7 | 406:11 | 87:4, 87:9 | 380:2 |
| 441:25 | 61:24 | 406:15 | 148:16 | 380:9 |
| **whatsoever** | 62:6, 62:9 | 406:21 | 148:17 | 381:8 |
| 159:20 | 62:12 | 406:23 | 192:21 | 381:13 |
| 512:8 | 63:2 | 407:7 | 213:9 | 381:18 |
| 526:23 | 63:10 | 407:24 | 244:9 | 381:22 |
| **wheel** | 63:14 | 408:2 | 244:10 | 382:1 |
| 221:6 | 63:19 | 408:13 | 244:14 | 382:4 |
| **wheelchair** | 64:1, 64:7 | 408:21 | 245:3 | 382:12 |
| 25:5 | 64:13 | 425:24 | 245:25 | 382:17 |
| 225:7 | 64:22 | 538:23 | 246:10 | 382:19 |
| 423:3 | 65:7 | 538:24 | 247:6 | 382:23 |
| 525:19 | 65:13 | 539:8 | 247:8 | 383:1 |

TX_00000366

USA_00015247

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 10 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 17 of 275
307

CONSIDERATION OF SENATE BILL 14 1/25/2011

| | | | | |
|---|---|---|---|---|
| 383:6 | 526:9 | 413:9 | 314:9 | 335:4 |
| 383:9 | **wind** 108:7 | 421:1 | 508:18 | **wording** |
| 385:25 | **winner** | 429:17 | **women** | 190:11 |
| 386:4 | 515:5 | 435:14 | 42:24 | 291:14 |
| 386:25 | 515:6 | 484:16 | 92:11 | 467:3 |
| 388:25 | **winning** | 492:7 | 92:17 | 480:22 |
| 396:2 | 247:5 | 494:3 | 175:8 | **words** |
| 396:12 | **wireless** | 495:20 | 175:16 | 485:22 |
| 396:15 | 24:25 | 497:20 | 183:23 | 506:4 |
| 402:16 | **Wisconsin** | 501:25 | 183:24 | **work** 40:3 |
| 404:12 | 306:22 | 507:3 | 200:21 | 64:25 |
| 405:9 | **wise** | 513:3 | 201:7 | 64:25 |
| 410:20 | 171:20 | 518:8 | 278:19 | 70:6 |
| 425:20 | **wish** 24:5 | 520:7 | 289:23 | 70:22 |
| 425:21 | 24:16 | 532:25 | 295:8 | 100:15 |
| 426:12 | 25:17 | 535:2 | 461:8 | 102:2 |
| 426:14 | 83:23 | 541:13 | 498:3 | 102:23 |
| 426:18 | 144:8 | **witnessed** | 498:4 | 125:20 |
| 426:22 | 210:14 | 400:23 | 498:22 | 138:1 |
| 427:2 | 427:16 | 401:1 | 499:21 | 181:4 |
| 427:13 | 535:16 | 401:19 | 519:19 | 182:22 |
| 427:20 | **wishing** | 402:4 | 522:8 | 182:24 |
| 428:5 | 174:19 | 508:9 | **won** 246:15 | 183:8 |
| 428:8 | 317:11 | **witnesses** | **wonder** | 183:12 |
| 428:11 | **withdraw** | 31:20 | 284:14 | 183:15 |
| 428:16 | 488:8 | 31:21 | 424:15 | 190:9 |
| 429:13 | **withstand** | 31:21 | 499:16 | 192:18 |
| 431:16 | 289:16 | 32:12 | 499:19 | 193:8 |
| 432:1 | **witness** | 65:16 | **wonderful** | 204:23 |
| 446:23 | 21:23 | 70:16 | 156:1 | 276:10 |
| 488:24 | 42:8 | 70:17 | 283:19 | 276:11 |
| 488:25 | 45:17 | 77:5 | 284:9 | 289:11 |
| 489:8 | 66:10 | 77:10 | 284:9 | 293:2 |
| 489:14 | 78:18 | 78:5 | 284:13 | 311:15 |
| 490:6 | 83:4 | 78:14 | 416:23 | 311:16 |
| 490:12 | 112:3 | 112:7 | **wondering** | 316:15 |
| 490:17 | 124:13 | 165:20 | 265:13 | 335:13 |
| 491:8 | 124:14 | 215:19 | 317:23 | 350:21 |
| 509:25 | 125:3 | 263:25 | 499:17 | 366:6 |
| 510:3 | 125:8 | 266:15 | 530:1 | 369:7 |
| 510:13 | 270:3 | 269:21 | **Woody** | 378:22 |
| 538:25 | 315:24 | 269:23 | 352:10 | 379:2 |
| 539:1 | 322:14 | 369:25 | **word** 56:7 | 390:15 |
| 539:10 | 329:10 | 370:13 | 98:12 | 393:5 |
| 539:11 | 348:3 | 494:5 | 116:10 | 395:10 |
| **willing** | 356:9 | 495:14 | 130:7 | 395:19 |
| 50:1 | 356:12 | 495:16 | 282:21 | 395:19 |
| 136:10 | 370:13 | 495:21 | 318:16 | 397:2 |
| 136:12 | 409:13 | **woman** | 470:3 | 397:3 |
| 208:24 | 409:15 | 103:16 | 496:24 | 397:4 |
| 281:22 | 410:8 | 186:1 | **worded** | 402:22 |

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000367
JA_000366
TX_00000367
USA_00015248

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 11 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 18 of 275
308

CONSIDERATION OF SENATE BILL 14  1/25/2011

| | | | | |
|---|---|---|---|---|
| 403:4 | 104:8 | 275:10 | **worrying** | 465:24 |
| 407:11 | 107:16 | 275:16 | 526:19 | 491:21 |
| 407:17 | 127:5 | 277:13 | **worse** | **wrong** 80:7 |
| 407:17 | 128:7 | 313:13 | 393:25 | 116:4 |
| 408:22 | 128:14 | 333:24 | 427:7 | 171:6 |
| 416:10 | 128:15 | 335:8 | **worst** | 174:15 |
| 422:22 | 128:16 | 402:19 | 516:4 | 202:12 |
| 426:19 | 128:24 | 403:2 | **worth** 83:9 | 203:3 |
| 426:20 | 129:2 | 429:11 | 83:11 | 208:21 |
| 461:9 | 175:20 | 464:19 | 95:18 | 209:4 |
| 479:19 | 204:23 | 467:24 | 308:18 | 396:18 |
| 480:16 | 216:2 | 468:18 | 320:1 | 396:18 |
| 482:5 | 229:13 | 490:14 | 320:5 | 432:2 |
| 483:9 | 229:25 | 522:2 | 321:15 | 432:2 |
| 486:24 | 271:5 | 522:7 | 385:15 | 480:20 |
| 507:20 | 290:23 | 526:12 | **wrap** | 481:22 |
| 510:19 | 291:13 | **working-c...** | 259:13 | 534:10 |
| 510:23 | 300:24 | 197:24 | **write** | **wrongfully** |
| 524:5 | 310:19 | **workload** | 244:4 | 342:13 |
| 531:21 | 314:2 | 214:15 | 299:13 | **wrote** |
| 534:8 | 314:15 | **works** | 349:3 | 32:15 |
| **workdays** | 450:14 | 125:21 | **writes** | 232:13 |
| 335:6 | 450:18 | 149:11 | 423:25 | 238:17 |
| **worked** | 451:20 | 158:25 | **writing** | 421:13 |
| 99:25 | 452:12 | 193:5 | 30:11 | 519:10 |
| 102:24 | 453:20 | 294:10 | 31:5 | |
| 348:22 | 456:24 | 304:25 | 32:18 | |
| 365:19 | 458:5 | 432:9 | 33:11 | **X** |
| 365:21 | 465:21 | 432:13 | 118:2 | |
| 367:16 | 489:5 | **world** | 118:14 | **xenaphobia** |
| 436:22 | 496:8 | 517:23 | 152:20 | 516:4 |
| 477:4 | 496:10 | 519:2 | 185:21 | |
| 532:10 | 496:11 | **worldly** | 349:18 | **Y** |
| **worker** | 496:12 | 206:19 | **written** | |
| 106:13 | 496:13 | **worried** | 31:13 | **ya** 519:20 |
| 107:10 | 499:3 | 198:24 | 31:21 | **y'all** 49:5 |
| 119:2 | 507:22 | 208:14 | 32:18 | 177:3 |
| 127:16 | 509:3 | 208:16 | 118:10 | 183:14 |
| 128:9 | 509:16 | 208:19 | 235:14 | 195:19 |
| 207:4 | 510:16 | 220:11 | 237:2 | 244:4 |
| 207:16 | **working** | 418:6 | 275:18 | 360:11 |
| 231:11 | 64:24 | 516:11 | 345:18 | 360:13 |
| 310:9 | 99:23 | 526:15 | 354:18 | 386:14 |
| 314:5 | 102:19 | **worry** | 354:19 | 387:2 |
| 440:8 | 102:20 | 219:4 | 354:20 | 400:17 |
| 453:13 | 172:2 | 230:6 | 355:4 | 404:18 |
| 453:17 | 172:20 | 230:8 | 368:22 | 408:13 |
| 454:8 | 174:19 | 230:11 | 406:5 | 408:16 |
| 459:7 | 203:15 | 231:15 | 447:12 | 429:14 |
| 509:3 | 207:21 | 231:18 | 449:1 | 477:25 |
| **workers** | 271:2 | 504:9 | 465:20 | 527:1 |
| | | | | **y'all's** |

KENNEDY REPORTING SERVICE, INC.
512.474.2233

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 12 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 19 of 275

309

CONSIDERATION OF SENATE BILL 14 1/25/2011

| | | | | |
|---|---|---|---|---|
| 402:22 | 449:11 | 473:21 | 265:20 | 187:23 |
| **yea** 536:20 | 464:6 | 473:21 | 272:9 | **yellow** |
| 536:22 | 468:12 | 510:20 | 275:15 | 270:6 |
| 537:1 | 470:24 | **years** 26:4 | 285:2 | 495:23 |
| 537:3 | 473:15 | 34:23 | 293:18 | **yes-or-no** |
| 537:7 | 474:20 | 35:4 | 294:4 | 257:4 |
| 537:9 | **year** 22:8 | 49:20 | 319:19 | **yesterday** |
| 537:11 | 34:6, 39:9 | 52:3 | 334:5 | 21:8 |
| 537:15 | 39:17 | 53:18 | 337:21 | 25:15 |
| 537:17 | 46:14 | 59:21 | 337:22 | 57:14 |
| 537:21 | 52:23 | 61:16 | 337:23 | 68:19 |
| 537:23 | 77:20 | 77:9 | 338:7 | 380:10 |
| 538:2 | 79:23 | 77:17 | 340:18 | **Yetter** |
| 538:4 | 79:24 | 78:22 | 341:13 | 323:5 |
| 538:6 | 97:19 | 83:7 | 342:15 | **yield** |
| 538:8 | 108:23 | 116:2 | 346:11 | 29:17 |
| 538:12 | 184:15 | 124:22 | 346:17 | 30:23 |
| 538:14 | 186:17 | 138:6 | 346:21 | 33:24 |
| 539:1 | 188:1 | 138:16 | 349:25 | 33:24 |
| 539:5 | 203:8 | 138:23 | 350:3 | 33:25 |
| 539:11 | 214:2 | 141:4 | 350:17 | 45:20 |
| 539:15 | 214:3 | 141:6 | 355:3 | 46:3, 46:8 |
| **yeah** 164:2 | 214:7 | 141:7 | 368:13 | 47:2, 47:5 |
| 167:10 | 215:11 | 141:9 | 368:20 | 47:18 |
| 173:3 | 216:3 | 141:11 | 384:19 | 52:9 |
| 176:1 | 217:1 | 141:25 | 422:12 | 52:13 |
| 195:22 | 217:2 | 142:3 | 422:13 | 57:5, 57:6 |
| 196:15 | 219:13 | 142:6 | 422:15 | 65:6 |
| 240:11 | 251:10 | 152:21 | 428:3 | 67:10 |
| 240:12 | 256:1 | 170:5 | 428:6 | 67:12 |
| 241:5 | 273:25 | 178:14 | 428:9 | 70:12 |
| 254:24 | 274:1 | 180:4 | 434:23 | 85:17 |
| 269:6 | 284:20 | 180:7 | 440:13 | 88:3 |
| 303:20 | 284:21 | 184:15 | 449:4 | 88:10 |
| 304:2 | 293:1 | 184:16 | 449:21 | 118:6 |
| 304:12 | 293:1 | 184:18 | 466:21 | 187:2 |
| 314:22 | 331:25 | 184:20 | 467:1 | 187:4 |
| 320:18 | 374:3 | 185:9 | 468:19 | 224:2 |
| 321:22 | 393:24 | 193:18 | 469:19 | 224:3 |
| 345:6 | 394:8 | 193:20 | 498:4 | 224:4 |
| 347:18 | 394:8 | 196:17 | 499:14 | 244:11 |
| 380:2 | 395:16 | 203:11 | 505:6 | 244:13 |
| 384:12 | 412:16 | 203:13 | 519:10 | 259:5 |
| 394:6 | 412:18 | 216:4 | 519:14 | 259:7 |
| 396:4 | 412:25 | 217:1 | 524:2 | 263:13 |
| 396:16 | 420:1 | 217:2 | 525:10 | 263:14 |
| 403:6 | 424:23 | 220:5 | 532:6 | **yielded** |
| 411:23 | 434:9 | 250:15 | 532:11 | 119:17 |
| 430:20 | 454:1 | 257:11 | **year's** | **York** |
| 439:12 | 473:9 | 263:20 | 35:1 | 325:20 |
| 445:1 | 473:10 | 265:14 | 171:23 | **you-all** |

TX_00000369

USA_00015250

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 13 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 20 of 275
310

CONSIDERATION OF SENATE BILL 14 1/25/2011

| | | | | 1 |
|---|---|---|---|---|
| 397:23 | 222:23 | 236:14 | 421:21 | |
| 491:1 | 223:5 | 236:22 | 422:3 | 1 27:22 |
| 507:10 | 223:10 | 237:5 | 422:7 | 28:17 |
| 510:17 | 223:16 | 237:10 | 422:16 | 31:11 |
| young | 223:18 | 237:12 | 422:24 | 31:12 |
| 206:17 | 223:19 | 238:1 | 423:24 | 32:2, 32:3 |
| younger | 223:22 | 238:5 | 425:1 | 33:4 |
| 138:18 | 224:1 | 238:19 | 425:4 | 33:11 |
| 138:18 | 224:3 | 238:24 | 425:8 | 33:14 |
| 138:19 | 224:5 | 239:4 | 425:13 | 33:16 |
| 138:21 | 224:8 | 239:6 | 425:17 | 33:17 |
| | 224:14 | 243:20 | 502:3 | 78:25 |
| Z | 224:18 | 266:18 | 502:6 | 79:8 |
| | 224:24 | 360:17 | 502:11 | 199:1 |
| Zaffirini | 225:24 | 360:18 | 502:17 | 200:2 |
| 144:22 | 226:3 | 361:12 | 503:12 | 200:15 |
| 145:13 | 226:5 | 361:23 | 503:15 | 216:10 |
| 145:15 | 226:9 | 362:3 | 503:21 | 248:12 |
| 148:18 | 226:11 | 362:20 | 504:9 | 250:10 |
| 148:19 | 226:17 | 363:7 | 504:12 | 257:16 |
| 209:25 | 227:4 | 363:20 | 504:16 | 258:19 |
| 210:1 | 227:21 | 364:7 | 539:2 | 406:12 |
| 210:10 | 227:24 | 364:16 | 539:3 | 425:2 |
| 210:14 | 228:4 | 364:19 | 539:12 | 425:5 |
| 210:17 | 228:7 | 365:15 | 539:13 | 444:2 |
| 210:19 | 228:12 | 365:25 | zero 49:9 | 451:14 |
| 210:22 | 228:17 | 366:16 | 216:18 | 452:5 |
| 210:25 | 229:3 | 366:22 | 528:3 | 466:19 |
| 212:2 | 229:6 | 367:1 | | 466:21 |
| 213:23 | 229:19 | 367:4 | 0 | 467:6 |
| 214:25 | 230:4 | 367:10 | | 467:6 |
| 215:5 | 230:15 | 367:13 | 02 246:16 | 1,000 |
| 215:8 | 230:23 | 367:18 | 03 197:10 | 507:25 |
| 215:10 | 231:1 | 367:23 | 393:24 | 1,671 |
| 215:21 | 231:14 | 368:1 | 05 246:19 | 514:25 |
| 216:7 | 231:17 | 368:5 | 06 442:12 | 1.1 199:2 |
| 217:14 | 231:20 | 368:8 | 442:15 | 1.2 51:16 |
| 217:22 | 231:25 | 368:11 | 442:23 | 91:15 |
| 218:1 | 233:6 | 368:15 | 442:24 | 92:10 |
| 218:11 | 233:9 | 369:2 | 443:22 | 197:8 |
| 218:20 | 233:19 | 369:6 | 445:24 | 197:14 |
| 219:2 | 234:1 | 369:11 | 455:4 | 197:15 |
| 219:6 | 234:6 | 369:13 | 08 265:21 | 197:25 |
| 219:9 | 234:13 | 370:23 | 505:12 | 198:17 |
| 219:12 | 234:21 | 370:25 | 506:3 | 393:18 |
| 219:16 | 235:16 | 420:9 | 09 264:1 | 394:6 |
| 219:19 | 235:23 | 420:10 | 264:16 | 395:13 |
| 220:11 | 235:25 | 420:15 | 265:20 | 396:6 |
| 221:14 | 236:3 | 420:20 | 265:21 | 396:24 |
| 222:6 | 236:6 | 421:2 | 505:16 | 398:7 |
| 222:21 | 236:12 | 421:4 | | 1.3 52:2 |

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000370
JA_000369

TX_00000370

USA_00015251

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 14 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 21 of 275

311

CONSIDERATION OF SENATE BILL 14 1/25/2011

| | | | | |
|---|---|---|---|---|
| 52:23 | **100** 58:20 | 396:12 | 310:1 | 539:18 |
| **1.4** 505:9 | 58:22 | 396:21 | 310:7 | **14.5** |
| **1.5** 441:7 | 59:6 | **12/31/11** | 311:21 | 451:13 |
| **1.50** | 136:6 | 541:19 | 311:24 | **140** 438:16 |
| 180:18 | 336:13 | 542:15 | 312:1 | **143** 72:23 |
| **1.60** | 347:10 | **12/31/12** | 312:17 | **14's** |
| 371:21 | **100,000** | 542:5 | 314:6 | 232:10 |
| **1.67** 53:24 | 87:15 | **12:38** | 334:17 | **14th** 319:7 |
| 371:18 | 386:15 | 145:25 | 334:18 | 319:10 |
| 371:23 | 387:13 | 146:3 | 334:18 | **15** 51:3 |
| 371:25 | 388:8 | **120** 282:15 | 360:22 | 54:13 |
| 372:5 | 393:24 | **125** 182:11 | 362:1 | 64:17 |
| 382:8 | **10-day** | **13** 23:3 | 362:6 | 180:7 |
| 383:4 | 43:10 | 31:20 | 363:8 | 371:15 |
| **1.75** | **10-minute** | 54:12 | 363:24 | 371:22 |
| 180:18 | 21:17 | 240:10 | 364:21 | 372:5 |
| 180:18 | **10th** | 240:11 | 366:2 | 381:25 |
| 180:21 | 163:18 | 255:12 | 366:18 | 396:3 |
| 180:21 | **11** 124:4 | 345:8 | 456:3 | 396:10 |
| **10** 27:14 | 307:11 | 489:18 | 456:7 | 396:20 |
| 43:13 | 411:9 | 535:21 | 456:13 | 397:4 |
| 143:25 | 411:18 | **14** 20:9 | 456:23 | 398:6 |
| 175:11 | 411:19 | 21:13 | 459:24 | 523:21 |
| 247:18 | 412:6 | 25:23 | 474:23 | **15.00** |
| 291:9 | 419:24 | 26:1 | 480:8 | 382:16 |
| 300:15 | 495:7 | 28:15 | 480:10 | **150** 84:4 |
| 306:19 | 495:8 | 28:16 | 493:5 | 84:8 |
| 385:20 | 495:12 | 29:11 | 493:6 | 402:23 |
| 394:17 | **11:00** 24:2 | 34:15 | 496:20 | **152** 72:24 |
| 404:18 | **11-12** | 34:19 | 496:25 | **158** 308:23 |
| 411:6 | 246:23 | 39:13 | 496:25 | **15-minute** |
| 473:10 | **12** 23:3 | 40:10 | 498:14 | 369:24 |
| 473:11 | 59:18 | 42:12 | 499:1 | **16** 102:19 |
| 473:22 | 176:20 | 43:9 | 499:10 | 225:6 |
| 474:5 | 220:18 | 47:22 | 500:15 | 255:9 |
| 475:12 | 220:18 | 53:10 | 505:1 | **163** 71:19 |
| 475:25 | 246:16 | 188:13 | 505:16 | **17** 102:20 |
| 492:20 | 340:7 | 232:14 | 506:7 | 116:2 |
| 492:21 | 340:8 | 234:22 | 507:13 | 180:4 |
| 492:22 | 340:11 | 246:6 | 508:8 | 269:21 |
| 492:25 | 340:12 | 247:13 | 512:7 | 269:21 |
| 493:11 | 422:15 | 248:6 | 521:18 | 273:24 |
| 500:18 | 428:5 | 249:8 | 523:1 | **170** 71:21 |
| 528:8 | 428:9 | 261:7 | 523:25 | **174** 376:24 |
| 528:9 | 525:5 | 261:23 | 530:22 | **176** 71:24 |
| **10,000** | 535:12 | 270:14 | 533:8 | **177,798,488** |
| 388:11 | 536:2 | 276:12 | 533:19 | 438:7 |
| **10:30** | 536:4 | 305:9 | 533:19 | **17th** |
| 119:23 | 536:5 | 305:11 | 535:17 | 394:21 |
| **10:43** | 539:17 | 307:21 | 536:14 | **18** 102:21 |
| 145:25 | **12.6** | 308:18 | 536:18 | 186:16 |

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000371
JA_000370

TX_00000371

USA_00015252

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 15 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 22 of 275

312

CONSIDERATION OF SENATE BILL 14 1/25/2011

| | | | | |
|---|---|---|---|---|
| 186:17 | **1995** | 222:15 | 506:2 | 246:18 |
| 274:1 | 460:16 | 222:17 | 539:17 | 271:11 |
| 376:25 | **19th** 79:17 | 244:19 | **20,000** | 277:24 |
| **18.005(c** | **1A** 33:9 | 255:8 | 400:4 | 284:7 |
| 106:8 | **1st** 178:14 | 265:4 | 516:8 | 284:25 |
| **182** 83:13 | 257:12 | 319:6 | **200** 72:20 | 291:10 |
| **1860s** | 398:21 | 366:2 | 321:17 | 352:13 |
| 325:20 | 412:25 | 366:17 | **2001** 360:5 | 394:16 |
| **1870** | | 441:11 | 365:3 | 436:20 |
| 350:18 | **2** | 441:18 | **2003** 198:1 | 484:24 |
| **18th** 417:7 | | 447:5 | 198:19 | 486:7 |
| **18-year-old** | **2** 20:25 | 447:9 | 397:1 | 498:20 |
| 280:4 | 27:22 | 447:11 | **2004** | 506:5 |
| **19** 246:19 | 47:24 | 447:18 | 394:15 | 506:13 |
| 342:9 | 48:25 | 448:8 | 458:22 | **2009** 29:25 |
| 342:11 | 49:2 | 448:16 | **2005** 26:9 | 182:4 |
| 456:4 | 49:11 | 449:18 | 235:14 | 182:4 |
| 475:24 | 49:17 | 455:24 | 235:18 | 231:25 |
| **1902** | 50:13 | 466:21 | 270:20 | 248:11 |
| 180:16 | 50:19 | 471:4 | 270:25 | 264:8 |
| 181:12 | 56:4 | 473:13 | 272:16 | 323:8 |
| **1903** | 73:19 | 474:6 | 274:12 | **2010** 214:2 |
| 354:13 | 74:8 | 475:13 | 341:22 | 214:3 |
| **1910** 344:9 | 79:14 | 477:24 | 528:7 | 214:7 |
| **1916** | 79:16 | 478:17 | **2006** 51:6 | 270:21 |
| 351:18 | 80:9 | 482:3 | 168:14 | 271:11 |
| **1918** 351:8 | 81:19 | 483:6 | 168:19 | 284:21 |
| 353:23 | 81:24 | 484:4 | 220:2 | 284:22 |
| **1930s** | 82:11 | 486:22 | 221:13 | 294:1 |
| 352:6 | 82:15 | 522:17 | 231:3 | 386:15 |
| **1940** | 82:18 | 522:17 | 231:8 | 388:11 |
| 350:18 | 104:6 | 523:2 | 271:11 | 398:21 |
| **1940s** | 112:21 | 526:13 | 284:19 | 410:15 |
| 352:6 | 115:6 | 527:25 | 284:22 | 410:15 |
| **1944** 344:5 | 115:9 | 529:4 | 285:3 | 411:15 |
| **1950** | 115:17 | **2,000** | 341:22 | 436:21 |
| 350:18 | 118:9 | 395:16 | 436:20 | 436:24 |
| **1960** | 118:17 | **2.1** 445:13 | 443:6 | 444:3 |
| 414:16 | 118:19 | **2.3** 444:1 | 444:2 | 498:20 |
| 415:3 | 119:1 | 444:3 | 444:2 | 506:15 |
| **1960s** | 123:15 | **2.8** 438:20 | 445:6 | **2011** 20:14 |
| 181:19 | 123:16 | **2:21** | 528:7 | 20:18 |
| 352:8 | 150:12 | 239:19 | **2007** 51:22 | 21:2 |
| **1964** 180:1 | 150:17 | **2:30** | 52:20 | 146:2 |
| **1965** | 150:22 | 239:18 | 271:11 | 163:18 |
| 352:12 | 157:21 | **2:34** | 277:18 | 243:19 |
| **1970s** | 178:11 | 239:19 | 374:1 | 541:14 |
| 352:8 | 215:11 | **20** 20:25 | 528:7 | **2012** 28:18 |
| **1974** 330:7 | 216:22 | 57:17 | **2008** | 178:14 |
| **1993** | 217:16 | 143:25 | 231:23 | 199:15 |
| 326:18 | 218:22 | 206:13 | 235:15 | 199:18 |

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00000372
JA_000371

TX_00000372

USA_00015253

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 16 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 23 of 275
313

CONSIDERATION OF SENATE BILL 14 1/25/2011

| | | | | |
|---|---|---|---|---|
| 200:1 | 179:21 | 243:2 | **358** 56:13 | **40,000** |
| 200:3 | 181:19 | 243:10 | **36** 31:21 | 150:22 |
| 200:14 | 182:4 | 243:21 | **362** 31:9 | **400** 529:8 |
| 200:16 | 238:16 | 345:10 | 31:15 | **40s** 415:3 |
| 215:11 | 243:19 | 346:24 | 31:16 | **40-something** |
| 219:13 | **25** 20:14 | 437:6 | 118:8 | 294:4 |
| 255:25 | 21:2 | 438:9 | 118:12 | **41** 421:17 |
| 257:12 | 79:20 | 440:18 | 187:16 | **42** 421:17 |
| 257:16 | 80:1, 80:5 | 444:8 | **37** 512:13 | 514:17 |
| 258:19 | 81:13 | 447:17 | **37,000** | **42,000** |
| 394:8 | 81:20 | 447:23 | 220:3 | 506:4 |
| 411:21 | 146:2 | 448:5 | **3-7-33-4.5** | **43** 245:13 |
| 420:1 | 181:1 | 448:8 | 287:2 | 307:3 |
| 439:7 | 182:6 | 448:17 | **377** 514:21 | **43,000** |
| 466:22 | 307:14 | 487:3 | **380,000** | 336:8 |
| 467:6 | 438:19 | **30** 66:17 | 121:20 | **45** 180:22 |
| **2013** | 473:8 | 80:23 | **381,000** | 375:22 |
| 411:22 | 475:3 | 81:1, 81:4 | 113:6 | 525:16 |
| 420:1 | **250** 394:17 | 82:19 | | 525:18 |
| **2014** 439:8 | 402:20 | 97:18 | **4** | **4595** |
| **20s** 344:9 | 402:23 | 97:22 | | 541:19 |
| **20-year** | **254** 121:14 | 119:20 | **4** 52:2 | **46** 421:18 |
| 515:23 | 123:7 | 270:7 | 52:23 | **4642** |
| **21** 307:12 | **257,800** | 285:2 | 79:24 | 542:15 |
| 468:19 | 500:20 | 292:24 | 228:2 | **46th** |
| **215** 411:11 | **25th** 20:18 | 322:24 | 228:11 | 498:19 |
| 412:9 | 238:25 | 396:17 | 228:12 | **47** 53:17 |
| **218** 51:22 | **26** 170:10 | 396:19 | 228:25 | 53:25 |
| 51:25 | 505:13 | **300** 182:11 | 229:9 | **47,000** |
| 52:19 | 514:20 | **307** 376:22 | 229:17 | 68:22 |
| 53:2 | **27** 516:25 | **30s** 344:9 | 230:16 | 69:18 |
| 374:1 | 521:19 | 415:4 | 230:19 | 69:23 |
| **22** 362:12 | **27,801** | **30-second** | 445:14 | **48** 43:13 |
| **224,092,477** | 514:20 | 22:22 | 464:8 | 43:17 |
| 437:25 | **276** 541:20 | 495:22 | 473:10 | 246:13 |
| **226** 376:23 | 542:6 | **31** 59:12 | 473:21 | **48,000** |
| **23** 67:19 | 542:16 | 64:18 | **4,000** | 150:19 |
| 67:25 | **28** 344:3 | 102:18 | 351:18 | **494** 542:5 |
| 68:15 | **29** 31:21 | 407:12 | **4:00** 70:3 | |
| 101:7 | 344:3 | 444:2 | 70:5 | **5** |
| 410:15 | **290** 65:20 | **31.012** | **4:30** | |
| 411:15 | 406:19 | 478:1 | 531:18 | **5** 36:10 |
| 528:24 | | **32** 277:18 | **40** 85:5 | 36:13 |
| **2335** 53:10 | **3** | **32,000** | 175:11 | 37:9 |
| 374:7 | | 506:12 | 180:22 | 37:22 |
| **23rd** | **3** 27:23 | **34** 60:2 | 180:25 | 37:23 |
| 532:17 | 112:21 | 376:24 | 181:7 | 38:1, 38:4 |
| **24** 439:13 | 118:21 | 514:24 | 181:15 | 38:6, 38:8 |
| 439:13 | 119:13 | **34,506** | 307:2 | 39:24 |
| 439:17 | 119:15 | 445:2 | 386:14 | 40:6 |
| **24th** | 242:21 | **35** 375:23 | 386:18 | 81:14 |

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000373
JA_000372

TX_00000373

USA_00015254

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 17 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 05/20/12 Page 24 of 275
314

CONSIDERATION OF SENATE BILL 14 1/25/2011

| | | | | |
|---|---|---|---|---|
| 106:6 | 430:5 | 319:22 | 140:10 | 542:18 |
| 108:14 | **500,000** | 384:7 | 141:11 | **7th** 541:14 |
| 162:7 | 64:19 | 384:13 | 143:10 | |
| 162:9 | **50s** 415:4 | 384:21 | 143:16 | **8** |
| 164:17 | **50th** | 390:17 | 178:14 | |
| 167:12 | 498:20 | **61-year-old** | 184:20 | **8** 90:2 |
| 187:13 | 499:14 | 62:24 | 199:12 | 90:20 |
| 228:4 | 506:15 | **62** 250:15 | 199:14 | 91:5, 91:8 |
| 228:16 | **533** 246:23 | **622** 514:23 | 199:16 | 106:6 |
| 228:17 | **542** 20:25 | **63.001** | 199:17 | 229:10 |
| 228:25 | **55** 31:24 | 106:25 | 200:1 | 229:19 |
| 232:3 | 421:16 | **63.001(b** | 200:2 | 268:17 |
| 232:5 | **56** 282:20 | 106:10 | 200:7 | 268:20 |
| 240:16 | **56-year** | **64** 180:4 | 200:14 | 307:16 |
| 257:7 | 62:18 | **65** 139:10 | 200:14 | 335:6 |
| 315:19 | **56-year-old** | 141:1 | 200:15 | 335:8 |
| 315:23 | 63:7 | 141:1 | 209:14 | 443:12 |
| 319:6 | **58** 138:23 | 141:4 | 209:15 | 443:19 |
| 320:17 | **59** 138:20 | 141:6 | 251:19 | 444:19 |
| 320:24 | | 141:25 | 257:10 | 531:20 |
| 335:6 | **6** | 143:7 | 257:11 | **8,000** |
| 335:8 | | 251:3 | 257:16 | 113:3 |
| 382:18 | **6** 79:22 | 255:18 | 258:18 | **8:05** 20:17 |
| 404:21 | 80:8 | 382:18 | 323:16 | 21:3 |
| 440:9 | 81:21 | 524:15 | 359:1 | **80** 72:3 |
| 441:6 | 82:15 | **650,000** | 368:20 | 140:3 |
| 441:11 | 99:24 | 197:3 | 466:21 | 142:3 |
| 448:9 | 206:13 | **67** 54:1 | 467:1 | 142:6 |
| 449:4 | 206:20 | **690,887** | 467:6 | 142:8 |
| 449:12 | 206:21 | 445:17 | 517:11 | 142:17 |
| 449:16 | 226:6 | | 524:2 | 143:10 |
| 454:15 | 226:11 | **7** | **70,000** | 173:20 |
| 523:2 | 266:18 | | 69:25 | 341:13 |
| 527:24 | 266:24 | **7** 123:25 | 69:25 | 506:2 |
| 529:4 | 267:3 | 124:3 | **700** 508:2 | 524:2 |
| **5.2** 445:11 | 409:14 | 124:5 | **704** 411:5 | **80s** 277:25 |
| **5.9** 79:20 | 473:9 | 257:6 | 412:5 | 279:18 |
| 79:20 | 473:20 | 267:11 | **739** 308:22 | 282:22 |
| 79:25 | **60** 97:18 | 267:23 | **75** 143:10 | **80th** 52:20 |
| 80:5 | 138:20 | 268:1 | 516:11 | **81** 83:13 |
| 80:25 | 141:7 | 440:10 | **750,000** | **8140** |
| 81:21 | 141:9 | 449:12 | 382:3 | 541:21 |
| 473:8 | 184:20 | 454:15 | **77** 377:3 | 542:7 |
| 473:19 | 516:10 | 464:11 | 378:3 | 542:17 |
| 473:22 | 524:15 | **7(c** 464:12 | 409:8 | **81st** 31:9 |
| 474:5 | **600** 402:25 | **7.25** 181:6 | 410:11 | 31:23 |
| 475:4 | **61** 62:24 | **70** 28:17 | 421:18 | 34:10 |
| **5:30** 370:6 | 138:16 | 138:6 | 422:25 | 34:12 |
| **5:45** 370:5 | 139:10 | 139:10 | **78759** | 53:9 |
| 370:6 | **610** 83:8 | 139:13 | 541:22 | 118:7 |
| **50** 407:5 | 84:14 | 140:3 | 542:8 | 187:10 |

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00000374
JA_000373

TX_00000374

USA_00015255

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 18 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 05/20/12 Page 23 of 275
315

CONSIDERATION OF SENATE BILL 14 1/25/2011

| | | | | |
|---|---|---|---|---|
| **82** 83:12 | 514:23 | | | |
| 163:1 | **90-plus** | | | |
| 163:7 | 194:25 | | | |
| 165:3 | 498:4 | | | |
| 173:19 | **90s** 277:25 | | | |
| 173:22 | 279:18 | | | |
| **820** 320:1 | 282:22 | | | |
| **83** 163:2 | **91** 168:16 | | | |
| 173:17 | 168:18 | | | |
| 173:20 | **92** 173:11 | | | |
| **84** 73:2 | **94** 461:14 | | | |
| **85** 173:18 | **95** 461:14 | | | |
| 307:4 | **98,000** | | | |
| **86** 27:16 | 86:8 | | | |
| 162:25 | **98,184** | | | |
| 514:18 | 86:23 | | | |
| **86-year-old** | | | | |
| 60:23 | | | | |
| 62:18 | | | | |
| **870** 31:19 | | | | |
| | | | | |
| **9** | | | | |
| **9** 90:1 | | | | |
| 90:19 | | | | |
| 91:6 | | | | |
| 377:18 | | | | |
| 377:19 | | | | |
| 377:21 | | | | |
| 377:23 | | | | |
| 378:1 | | | | |
| 378:2 | | | | |
| 443:13 | | | | |
| 444:20 | | | | |
| 444:21 | | | | |
| 449:11 | | | | |
| **9,392** | | | | |
| 514:16 | | | | |
| **9,400** | | | | |
| 506:6 | | | | |
| **9.5** 56:20 | | | | |
| 438:21 | | | | |
| **9:00** 70:3 | | | | |
| 70:5 | | | | |
| **9:19** 540:6 | | | | |
| **90** 61:22 | | | | |
| 69:14 | | | | |
| 72:3 | | | | |
| 95:20 | | | | |
| 254:20 | | | | |
| **905,859** | | | | |

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00000375
JA_000374

TX_00000375

USA_00015256

TRANSCRIPT OF PROCEEDINGS BEFORE

THE SENATE OF THE STATE OF TEXAS

EIGHTY-SECOND LEGISLATURE

(COMMITTEE OF THE WHOLE SENATE)

AUSTIN, TEXAS


IN RE:                          §
                                §
CONSIDERATION OF                §
SENATE BILL 14                  §



COMMITTEE OF THE WHOLE SENATE

TUESDAY, JANUARY 25, 2011



        BE IT REMEMBERED THAT AT 8:05 a.m., on

Tuesday, the 25th day of January 2011, the above-

entitled matter continued at the Texas State Capitol,

Senate Chamber, Austin, Texas, before the Committee of

the Whole Senate.  The following proceedings were

reported by Aloma J. Kennedy, Lorrie A. Schnoor and Kim

Pence, Certified Shorthand Reporters.


VOLUME 2                              PAGES 20 - 542

TX_00000376

USA_00015257

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 20 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 27 of 275

21

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                P R O C E E D I N G S

 2              TUESDAY, JANUARY 25, 2011

 3                    (8:05 a.m.)

 4              CHAIRMAN DUNCAN:  The Committee of the

 5   Whole will come to order.

 6         OPENING INSTRUCTIONS BY CHAIRMAN DUNCAN

 7              CHAIRMAN DUNCAN:  Members, we talked

 8   yesterday a little bit about the process, and I thought

 9   I would go through that once again so that we'll all

10   kind of know what the plan is.

11              First of all, I intend to recognize

12   Senator Fraser in just a moment to lay out the specifics

13   of Senate Bill 14.  And then after he lays the bill out,

14   then members will be recognized for questions of the

15   author or co-authors.  Then after that is finished, then

16   our invited testimony will begin.  It's the Chair's

17   intent to place a 10-minute limit on invited testimony.

18   And then there will be no questions to interrupt the

19   invited testimony as they're laying out their positions

20   or their testimony.  Then once they're finished, members

21   will be recognized for questions.

22              When that's done, we'll have a resource

23   witness panel that will be available for you.  I'm

24   advised that we have David Maxwell, Deputy Director of

25   Law Enforcement with the Office of the Attorney General;
```

TX_0000377

USA_00015258

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 21 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 28 of 275

22

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   and Ann McGeehan, Director of Elections, the Secretary
 2   of State's office; and Rebecca Davio, Assistant Director
 3   for Driver's License with the Department of Public
 4   Safety.
 5              When we have completed the invited
 6   testimony and you've had an opportunity to question
 7   those who have been invited, then I will -- I don't
 8   think the list is as long as it was last year, but
 9   certainly I'm sure there will be discussion among the
10   members concerning their testimony.
11              Then we'll open up for public testimony.
12   You will recall last session, we would announce the
13   names of those who were in line, and you are in line in
14   order of your registration at the front desk.  We will
15   have those persons escorted down to the well, and then
16   they will be allowed to begin their testimony.
17              It's the intent of the Chair to impose a
18   three-minute time limit on the public testimony as well,
19   and I will not recognize anyone to interrupt someone
20   giving public testimony until their time has run.  There
21   is a timer at the front at the secretary's desk.  There
22   will be a warning; I think it's a 30-second warning.
23              Members, we do have a court reporter,
24   Ms. Kennedy.
25              Ms. Kennedy, would you stand so everyone
```

TX_00000378

USA_00015259

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 22 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 29 of 275

23

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   can see you.
 2              Remember Ms. Kennedy from last time.  I
 3   think she went 12 or 13 hours.
 4              Because we're making a record here,
 5   obviously we need to be mindful that the court reporter
 6   only has two hands and can only type one person at a
 7   time.  So the Chair will be careful to help you remember
 8   that we cannot have people talking over each other.
 9              Also we need to try to identify each other
10   so that -- or identify yourself when you're speaking or
11   I'll try to do that so that the record will be clear as
12   to the source of the comments being recorded.
13              We will take periodic breaks in order to
14   allow the court reporter a little time, but we will move
15   expeditiously as we move through the process.
16              There is a document -- like last session,
17   we will have an orderly process for admitting documents
18   into the record.  They will be labeled as exhibits and
19   be referred to in the record and will be received in the
20   record by exhibit number.  So when you have an exhibit
21   that you want to introduce into the record, well, then,
22   you'll need to have it marked.  And the secretary's desk
23   up here will have a procedure for marking your exhibits
24   and receiving them in the record.
25              Once we have completed the public
```

TX_00000379

USA_00015260

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 23 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 30 of 275

24

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1  testimony -- and, obviously, we're going to be
 2  interrupted by our Senate session which begins at 11:00.
 3  Once we finish the public testimony, then it will be
 4  appropriate for you to lay out any amendments that you
 5  may wish to have considered by the body.
 6              And once that's completed, then,
 7  obviously, we will vote on our resolutions to rise and
 8  report back to the full Senate.
 9              That is basically the layout of the
10  procedure.  Any questions?
11              Senator Van de Putte.
12              SEN. VAN de PUTTE:  Thank you,
13  Mr. Chairman.  Thank you for outlining the process and
14  the procedures that we will be using today.  My question
15  is specifically with those members of the public who
16  wish to offer testimony sometimes today who have
17  disabilities.  To my knowledge, we have people coming to
18  the floor who are in wheelchairs and will not be able to
19  use the podium.  I wanted to ask what sort of amenities
20  or accommodations we will have so that they will be able
21  to have that, but some sort of a table so they can refer
22  to their documents when they're testifying.
23              CHAIRMAN DUNCAN:  Thank you, Senator Van
24  de Putte, an excellent question.
25              We do have a wireless mic that will be

TX_00000380

USA_00015261

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 24 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 31 of 275

25

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   available for those who cannot access the mic -- at the
 2   secretary's desk.
 3                 SEN. VAN de PUTTE:  Would it be possible
 4   for those members of the public who are offering
 5   testimony who have disabilities who are in a wheelchair
 6   to have some sort of -- either a table or something so
 7   that they can refer to their notes?  The problem with
 8   last time is that they weren't able to actually, because
 9   they don't have use of the podium.
10                 CHAIRMAN DUNCAN:  Senator, we can
11   accommodate that.
12                 SEN. VAN de PUTTE:  Thank you very much,
13   Mr. Chairman.
14                 CHAIRMAN DUNCAN:  Members, also I forgot
15   to mention, the resolution that we passed yesterday
16   allows us to have a staff person on the floor to assist
17   us.  And so if you wish to have that person sit, well,
18   then, you'll need to ask the sergeant for a chair, and
19   we have chairs available back there.
20                 Any other questions?
21                 All right.  The Chair hears none.
22                 Senator Fraser, you're recognized to
23   explain Senate Bill 14.
24
25
```

TX_00000381

USA_00015262

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 25 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 32 of 275

26

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1            LAYING OUT OF SENATE BILL 14
 2            SEN. FRASER:  Thank you, members.
 3   Obviously, this is an issue that we know a lot about, we
 4   had a lot of experience with two years ago.  The issue I
 5   think has been defined and talked about a lot.
 6            I think we all recognize the dangers of
 7   voter fraud has threatened the integrity of the
 8   electoral process for the entire history of the United
 9   States.  The threat continues today.  In 2005, there was
10   a Commission, a bipartisan commission, the Carter-Baker
11   Commission, that was appointed by the Election
12   Commission.  Of course, President Carter, a past
13   president; James Baker, Secretary of State, they
14   reaffirmed the dangers by saying, "Elections are at the
15   heart of democracy.  Americans are losing confidence in
16   the fairness of elections.  And while we do not face a
17   crisis today, we need to address the problem of our
18   electoral system."
19            The Commission concluded at the end of the
20   day, "There is considerable national evidence of
21   in-person voter fraud.  And regardless of whether one
22   believes that voter impersonation is widespread or
23   relatively rare, there can be no serious dispute that
24   the real effect can be substantial because in a close
25   election, even a small amount of fraud could make the
```

TX_00000382

USA_00015263

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 26 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 33 of 275

27

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  margin of difference."

2          Texas today has a legitimate interest in

3  protecting elections.  It is imperative that we protect

4  the public's confidence in elections by deterring and

5  detecting voter fraud.

6          In upholding the Indiana photo ID law, the

7  U.S. Supreme Court stated, "Confidence in the integrity

8  of our electoral process is essential to the functioning

9  of our participatory democracy.  Voter fraud drives

10  honest citizens out of the democratic process and breeds

11  distrust of our government.  Voters who fear the

12  legitimate votes will be outweighed by fraudulent ones,

13  will feel disenfranchised."

14          On October 10, Lighthouse poll, which I

15  have here and be entering into the record -- it's the

16  newest poll that is out -- shows that 86 percent of

17  Texas voters -- that's both Republican and Democrats --

18  favor voter photo ID laws.

19          The bill that we're laying out today is in

20  compliance with the U.S. Supreme Court Decision which

21  upheld the Indiana voter ID legislation because it,

22  No. 1, deters and detects fraud; 2, it protects the

23  confidence in elections; and, 3, it counts only eligible

24  voters' votes.

25          It also complies with the Supreme Court

TX_00000383

USA_00015264

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  decision, because it offset burdens on voters by

2  providing access to free ID cards, allowing for

3  provisional ballots and absentee ballots, ensuring that

4  obtaining photo ID is no more inconvenient or burdensome

5  than the usual act of voting and providing an exception

6  for elderly voters.

7           The current law, as you know, provides

8  that when a voter shows up to vote, he or she must just

9  show a valid voter registration card.  If unable to do

10 so, the voter may show a photo ID card or other official

11 mail from a government entity -- utility bill, bank

12 statement, government check, paycheck or other

13 government document with name and address -- and sign an

14 affidavit.

15          Senate Bill 14, what we're doing with this

16 bill, Senate Bill 14 would require a voter to show a

17 photo ID except that people 70 or older on January 1,

18 2012, may continue to vote with just a registration

19 card, under current law.

20          Acceptable ID will include an unexpired

21 card issued by the Department of Public Safety, a

22 military ID, a passport or a citizenship certificate

23 with photo.  Voters who cannot produce an acceptable

24 form of photo identification will be allowed to cast a

25 provisional ballot.  That ballot will be counted if the

TX_00000384

USA_00015265

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 28 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 39 of 275

29

CONSIDERATION OF SENATE BILL 14 1/25/2011

1 | voter returns within six days to show a photo ID.

2 | It would also provide for statewide

3 | training and notification of the changes required for

4 | the individual to vote with the photo ID.  It would

5 | provide for a free DPS-issued identification card to any

6 | registered voter who requests an identification card.

7 | Every fraudulent vote effectively still is

8 | a legitimate vote.  Elections are too important to leave

9 | unprotected when the Legislature could take proactive

10 | steps to prevent fraud and protect our democracy.

11 | Mr. President, that is what Senate Bill 14

12 | does.  And if there's no questions, I would move

13 | passage.

14 | SEN. WHITMIRE:  Mr. President --

15 | SEN. VAN de PUTTE:  Yes.

16 | SEN. WHITMIRE:  -- could we slow down?

17 | Will the gentleman yield?

18 | CHAIRMAN DUNCAN:  I think Senator Van de

19 | Putte was first on the list, Senator.

20 | Senator Van de Putte.

21 | SEN. VAN de PUTTE:  Thank you,

22 | Mr. Chairman, I think.  Mr, Chairman, inquiry.  At what

23 | point in the proceedings today would a motion be in

24 | order to move that all of the testimony and record from

25 | this issue from the 2009 legislative session be made

TX_00000385

USA_00015266

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 29 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 38 of 275

30

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   into the record?  Would that be done -- would that
2   motion be proper at the point of original testimony or
3   at the beginning of these questions at this point?
4              CHAIRMAN DUNCAN:  Senator, at any time
5   that one would want to make that motion, it would be
6   recognized.
7              SEN. VAN de PUTTE:  Mr. Chairman, would
8   you recognize me for that motion at this time?
9              SEN. FRASER:  Mr. Chairman --
10             CHAIRMAN DUNCAN:  Before we do that, we do
11  have a motion in writing that Sen. Huffman intends to
12  introduce with the record, so why don't we do that first
13  and then we'll do everything else.  And it would be my
14  suggestion to -- and what I had hoped to do was finish
15  the testimony or at least the question and answers on
16  the bill and then start at that point in time putting
17  evidence into the record.  So if that's suitable with
18  everyone, it just makes a little more sense to me to
19  keep it in order that way.
20             SEN. VAN de PUTTE:  Thank you,
21  Mr. Chairman.
22             And then I would like to ask my colleague,
23  the author of the bill, to yield.
24             CHAIRMAN DUNCAN:  Okay.
25             SEN. FRASER:  Mr. Chairman, before we --

TX_00000386

USA_00015267

Case 2:13-cv-00193   Document 660-7   Filed on 11/11/14 in TXSD   Page 30 of 114
Case 1:12-cv-00128-RMC-DST-RLW   Document 206-5   Filed 06/20/12   Page 37 of 275

31

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1              CHAIRMAN DUNCAN:  Senator Fraser, why
2    don't we approach the chair; approach.
3              (Off-the-record discussion at bench)
4              CHAIRMAN DUNCAN:  The Chairman recognizes
5    Senator Huffman for motion in writing.
6              SEN. HUFFMAN:  Thank you, Mr. Chairman.
7              At this time I move that the entire record
8    and transcripts of the hearing related to Senate Bill
9    362 heard by the Committee of the Whole during the 81st
10   Legislative session be included in the record and would
11   move that it marked as Exhibit No. 1.
12             Exhibit No. 1 includes all the invited,
13   public and written testimony, in addition to all of the
14   exhibits submitted by the members during the hearing on
15   Senate Bill 362.  The previous testimony and debate on
16   Senate Bill 362 is relevant, because then and now the
17   objective is to create legislation that protects the
18   integrity and reliability of the electoral process.
19             It includes 870 pages of transcribed
20   testimony.  There were 13 invited witnesses plus two
21   resource witnesses, 36 public witnesses and 29 written
22   articles presented.  So it includes all the exhibits as
23   well, submitted by members during the 81st legislative
24   session on the Committee of the Whole, which totals 55
25   total exhibits.
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000387
JA_000386


TX_00000387

USA_00015268

Case 2:13-cv-00193   Document 660-7   Filed on 11/11/14 in TXSD   Page 31 of 114
Case 1:12-cv-00128-RMC-DST-RLW   Document 206-5   Filed 06/20/12   Page 38 of 275

32

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              At this time I move for introduction of
 2   Exhibit No. 1 into the Committee of the Whole's records.
 3              (Exhibit No. 1 marked)
 4              CHAIRMAN DUNCAN:  Members, you've heard
 5   the motion.  Is there any objection to the motion?
 6              SEN. DAVIS:  Question.
 7              CHAIRMAN DUNCAN:  Senator Davis, do you
 8   have a question?
 9              SEN. DAVIS:  Yes.
10              Senator Huffman, during the debate on the
11   Senate floor last session, a number of questions could
12   not be answered by some of the resource witnesses at the
13   moment that they were asked; and, instead, there was a
14   follow-up.  For example, the Secretary of State's office
15   and the Attorney General's office wrote follow-up
16   answers to some of the questions that they were not
17   prepared to ask during the hearing.  Does your motion in
18   writing include the inclusion of those written responses
19   that were provided to the Senate after the hearing took
20   place?
21              SEN. HUFFMAN:  I am not advised on that,
22   but I would certainly have no objection and would move
23   for all of that to be included in the record, because I
24   think it would certainly make it, you know, more
25   complete and certainly would be relevant.
```

TX_00000388

USA_00015269

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    The record has been certified by Patsy

2  Spaw, the Secretary of the Senate, and so we might check

3  with her to see if that was done.  If not, we could

4  certainly make sure that it was placed in Exhibit No. 1

5  as part of the record.

6    SEN. DAVIS:  Thank you.  I would

7  appreciate that.

8    CHAIRMAN DUNCAN:  I suggest that it be

9  Exhibit 1A, if there are additional information, so that

10  it can be kept separate from what you are going to

11  introduce in your motion in writing as Exhibit 1.

12    SEN. HUFFMAN:  Yes, sir.

13    CHAIRMAN DUNCAN:  Okay.  Is there any

14  objection to Exhibit 1 being included in the record?

15    All right.  The Chair hears none.  Exhibit

16  1 will be included in the record.

17    (Exhibit No. 1 admitted)

18    CHAIRMAN DUNCAN:  All right.  Sen. Van de

19  Putte.

20    SEN. VAN de PUTTE:  Thank you,

21  Mr. Chairman.

22    QUESTIONS FROM SENATE FLOOR

23    SEN. VAN de PUTTE:  Would the gentleman

24  yield, the author of the bill yield?

25    SEN. FRASER:  I would yield.

TX_00000389

USA_00015270

Case 2:13-cv-00193  Document 660-7  Filed on 11/11/14 in TXSD  Page 33 of 114
Case 1:12-cv-00128-RMC-DST-RLW  Document 206-5  Filed 06/20/12  Page 40 of 275

34

CONSIDERATION OF SENATE BILL 14 1/25/2011

1       SEN. VAN de PUTTE:  Thank you.  Thank you,
2   Mr. Chairman.

3       And thank you, Senator Fraser.

4       Senator Fraser, this is kind of like a
5   dance where we have another song, another round, and so
6   we find ourselves with another year and this version of
7   the voter identification bill.  And I wanted to ask you
8   a few questions.

9       Given the fact that the bill that was
10  debated during the 81st Legislature was a different
11  bill, can you tell me the model for the bill that was in
12  the 81st Legislature and the differences in what you
13  have proposed in this legislative session?

14      SEN. FRASER:  Well, if you don't mind, the
15  bill before us today is Senate Bill 14, and I will
16  probably spend my time talking about that bill.  The
17  bill you're addressing, obviously, didn't get through
18  the process.  So I'm going to be addressing the comments
19  on Senate Bill 14 which is before us.  So I would be
20  glad to describe it, if you would like.

21      SEN. VAN de PUTTE:  Well, my question has
22  to deal with -- I understand that since last we met,
23  there are two years and different court cases.  And the
24  bill that was before this body last legislative session
25  was modeled on a Georgia law and used the template.  And

TX_00000390

USA_00015271

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 34 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 41 of 275

35

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  I understand it, this year's model is fashioned after

2  the Indiana law?

3          SEN. FRASER:  And I think you actually

4  have made the point that I was going to make.  Two years

5  have passed.  Since that time, we've had, you know,

6  obviously, the confirmation by the Supreme Court on the

7  photo ID and then also the preclearance of the Georgia

8  bill by Dale Jays (phonetic).

9          So looking at, you know, the experience of

10  the bill in place, the simplicity of the photo ID, we

11  chose to go with that.  And as you will remember, the

12  recommendation by President Carter and Secretary of

13  State Baker was, you know, the national photo ID, and

14  that's what we're attempting to implement.

15          SEN. VAN de PUTTE:  Thank you.

16  Mr. Chairman.

17          And a few other questions.  With the

18  Carter-Baker Commission, they felt very strongly about

19  encouraging the maximum participation in voter and

20  suggested the type of strategies that we're using.  But

21  the addendum for both gentlemen and the members of the

22  commission were that they, as I recall, and entered into

23  the record during last legislative session, was that the

24  conclusion of the commission was that we should not

25  implement the type of photo identification until you had

TX_00000391

USA_00015272

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 35 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 42 of 275

36

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1  universal registration, and I believe that was one.  But

 2  given that or not, what I really wanted to ask you is --

 3              SEN. FRASER:  Hold on a second.  I'm

 4  sorry.  I disagree with that.  That is not what the

 5  commission said.  And if you would like to correct that,

 6  but I disagree.

 7              SEN. VAN de PUTTE:  The State of Georgia

 8  is under two sections of the Voting Rights Act, as is

 9  Texas.  Is that correct?

10              SEN. FRASER:  They are a Section 5 voting

11  rights state like Texas.

12              SEN. VAN de PUTTE:  And to your knowledge,

13  is the State of Indiana subject to Section 5 of the

14  Voting Rights Act?

15              SEN. FRASER:  To my knowledge, they are

16  not.

17              SEN. VAN de PUTTE:  So Indiana would have

18  a different burden of proof under a legal document and a

19  legal challenge than the State of Georgia?

20              (Brief pause)

21              SEN. FRASER:  I'm sorry.  I was asking for

22  some data.  Would you reask the question, please.

23              SEN. VAN de PUTTE:  The State of Indiana,

24  which your bill is modeled after, without two alternate

25  forms of identification; whereas, the Georgia bill that

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000392
JA_000391

TX_00000392

USA_00015273

Case 2:13-cv-00193  Document 660-7  Filed on 11/11/14 in TXSD  Page 36 of 114
Case 1:12-cv-00128-RMC-DST-RLW  Document 206-5  Filed 06/20/12  Page 43 of 275

37

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   we talked about last legislative session had two --

2   certainly had a photo identification, but if the voter

3   was unable to produce a photo identification, they could

4   produce for the election judges two forms of

5   identification without, and it was utility bill and --

6   in fact, the things that you struck here.

7            But in Indiana that requirement is not

8   there, so we went with the Indiana bill.  But my

9   question is, Indiana is not subject to Section 5 of the

10  Voting Rights Act.  So their legal hurdle to the

11  Department of Justice challenge is very different than

12  what happened in the State of Georgia.  Is that correct?

13           SEN. FRASER:  The Indiana law has been

14  approved by the U.S. Supreme Court, the Georgia law was

15  precleared by the Department of Justice, and both of

16  those have gone through that challenge.

17           SEN. VAN de PUTTE:  Senator Fraser, when

18  this legislature passes the voter identification bill --

19  and there is no doubt that this bill will pass -- it

20  will have to proceed to the Department of Justice for

21  clearance?

22           SEN. FRASER:  As a Section 5 state, we are

23  subject to Section 5 rules.

24           SEN. VAN de PUTTE:  So, yes, it will

25  proceed to the Department of Justice?

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000393
JA_000392

TX_00000393

USA_00015274

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 37 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 44 of 275

38

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1            SEN. FRASER:  We are a Section 5 voter
 2   rights state, and we will be subject to those laws.
 3            SEN. VAN de PUTTE:  And do you have any
 4   concerns that a Section 5 state as Texas would offer to
 5   the Department of Justice a voter identification bill
 6   that mirrors a non-Section 5 state rather than something
 7   that has already been upheld in the Georgia law, a
 8   Section 5 state?
 9            SEN. FRASER:  We are offering a bill that
10   has been approved by the U.S. Supreme Court.  And the
11   parameters that the Supreme Court set, we meet all of
12   those tests.
13            SEN. VAN de PUTTE:  However, in the
14   Indiana court and in the Supreme Court case on Indiana,
15   what they said was, the undue burden was -- did not be
16   demonstrative because they did not have the level of
17   minority voters, that was never a check point, because
18   they did not have to go through the Department of
19   Justice.  Is that correct?
20            SEN. FRASER:  I'm sorry.  I'm having
21   equipment failure here.  Just a second.
22            (Brief pause)
23            SEN. FRASER:  Senator, I'm sorry.  I'm
24   asking for data, backup data, because the information
25   that you're addressing, my information doesn't agree
```

TX_00000394

USA_00015275

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 38 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 49 of 275

39

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1  with that, is that the Georgia law that I have in front
 2  of me said it is a photo ID.  Do you have something that
 3  shows differently?
 4              SEN. VAN de PUTTE:  Yes.  In the Georgia
 5  bill, you have to have a photo ID.  However --
 6              SEN. FRASER:  I realize you're saying
 7  that, but do you have -- you know, do you --
 8              SEN. VAN de PUTTE:  The bill that you
 9  introduced last year had the two alternate forms of ID,
10  which was exactly the Georgia bill.  We used the model
11  of the Georgia bill.
12              SEN. FRASER:  And that bill is not before
13  us today; Senate Bill 14 is before us.
14              SEN. VAN de PUTTE:  That's correct.  And
15  so my question is --
16              SEN. FRASER:  And I would ask you, did you
17  vote for that bill last year?
18              SEN. VAN de PUTTE:  No, sir, I didn't.
19              SEN. FRASER:  Okay.
20              SEN. VAN de PUTTE:  But my question is, do
21  you have any concerns that we will offer to the
22  Department of Justice a bill, a voter identification
23  bill that is modeled after a state law that does not
24  have to go through Section 5, rather than a Georgia
25  model which already has been proven and has been

TX_00000395

USA_00015276

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 39 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 48 of 275

40

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  affirmed, both in the court case and the Department of
2  Justice?  That was my question.  Do you have any concern
3  that we will have done all of this debate and work, and
4  certainly to ensure the ballot security, only to be shut
5  down at the Department of Justice, because we are a
6  Section 5 state and what we're offering in your bill is
7  not something that has been approved by the Department
8  of Justice?

9           SEN. FRASER:  I have no concern about
10  Senate Bill 14, both going before the U.S. Supreme Court
11  or going before the Department of Justice.

12          SEN. VAN de PUTTE:  Thank you, Senator
13  Fraser.  I wanted to ask a little bit of your thinking.
14  And in the bill that you have before us, the student
15  identifications were omitted from your list of
16  acceptable documentation.  And could you give me the
17  rationale why a student photo identification is not
18  acceptable form of identification?

19          SEN. FRASER:  The types of identification
20  we've included are one from a government entity that
21  would identify that person as who they are, that they
22  say they are, they're a valid voter and a citizen of the
23  United States, and these are the ones that we have
24  suggested that would be acceptable.

25          SEN. VAN de PUTTE:  So the rationale for

TX_00000396

USA_00015277

Case 2:13-cv-00193  Document 660-7  Filed on 11/11/14 in TXSD  Page 40 of 114
Case 1:12-cv-00128-RMC-DST-RLW  Document 206-5  Filed 06/20/12  Page 47 of 275

41

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    not having student identification cards on the list,

2    since you omitted them, is because they aren't issued by

3    a governmental entity?

4              SEN. FRASER:  I didn't say that.

5              SEN. VAN de PUTTE:  I'm sorry.  Can you

6    repeat your answer.

7              SEN. FRASER:  I said I did not say that.

8              SEN. VAN de PUTTE:  So why were the

9    student identifications -- you explained that the

10   student identifications were omitted from the list of

11   acceptable documentation, because it was not a

12   government entity.

13             SEN. FRASER:  The four types of

14   identification that we are offering up we believe are

15   less confusing, they're simpler for both voters and

16   election voters.  Everyone knows what they look like.

17   There is a standardization of those, and they all look

18   alike and it would be less confusing for the systems who

19   are accepting the voter IT.

20             SEN. VAN de PUTTE:  And, Senator Fraser,

21   one of the provisions in your bill also omits birth

22   certificates from the list of acceptable forms of

23   identification, even though that does come from

24   government entities.  And so why is it that birth

25   certificates were omitted?

TX_00000397

USA_00015278

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 48 of 275
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 41 of 114

42

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1            SEN. FRASER:  This is requiring a photo
 2   ID, current photo ID.
 3            SEN. VAN de PUTTE:  Senator Fraser, are
 4   there any provisions in the bill to accommodate a voter
 5   that has a different address on their photo
 6   identification and their voter registration card?
 7            SEN. FRASER:  The Secretary of State is
 8   here as a resource witness, and I'm sure they will be
 9   glad to answer that.
10            SEN. VAN de PUTTE:  No, I'm not asking the
11   difference.  I'm asking, is there any provision in
12   Senate Bill 14?
13            SEN. FRASER:  It is not addressed, because
14   that is taken care of by the Secretary of State, that we
15   don't address that in the bill.  That would be by an
16   interpretation of rule of the Secretary of State.  They
17   will be here, and you can ask them that question.
18            SEN. VAN de PUTTE:  So also you would
19   prefer that we ask the Secretary of State what sort of
20   provision, since your bill is silent on different last
21   names?
22            SEN. FRASER:  Again, that's a question
23   that --
24            SEN. VAN de PUTTE:  So, for example, women
25   that got married?

TX_00000398

USA_00015279

1           SEN. FRASER:  We've actually got two

2 different -- you know, kind of an overlap here.  We've

3 got the Department of Public Safety that I believe

4 Senator Williams is going to be answering questions,

5 because that's his area.  And then we also have the

6 Secretary of State available as a resource that I think

7 you can ask that question.

8           SEN. VAN de PUTTE:  Senator Fraser, under

9 Senate Bill 14, your voters can cast a provisional

10 ballot.  Under the Indiana bill, that is set at a 10-day

11 cure.  Why is it that you chose a six-day cure?

12           SEN. FRASER:  And you'll remember, the

13 Georgia law is only 48 hours, two days.  They went 10

14 days; the Georgia law went two days.  We decided that

15 six days should be sufficient to come back.

16           SEN. VAN de PUTTE:  And as I understand

17 it, the Georgia law does have a 48, but they can use two

18 alternate forms of ID which are not in your bill.  So

19 what sort of --

20           SEN. FRASER:  I'm sorry.  You know, you

21 keep saying that.  You need to pull up the data to show

22 me that, please.

23           SEN. VAN de PUTTE:  So to prove their

24 provisional ballot is correct and the six-day cure, what

25 documentation does your bill have that is acceptable?

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000399
JA_000398

TX_00000399

USA_00015280

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 43 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 50 of 275

44

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. FRASER:  Photo ID.
 2              SEN. VAN de PUTTE:  So only a photo
 3   identification.  So they would have to --
 4              SEN. FRASER:  The acceptable photo IDs
 5   that are outlined in the bill would be an acceptable
 6   form, yes.
 7              SEN. VAN de PUTTE:  Senator Fraser, do you
 8   know right now in the State of Texas, we're able to cast
 9   provisional ballots?  That's correct, isn't it?
10              SEN. FRASER:  I'm sorry.  Ask that again.
11              SEN. VAN de PUTTE:  Current election law
12   allows Texas voters to cast a provisional ballot.  Is
13   that correct?
14              SEN. FRASER:  I'm sorry.  That is another
15   question I think you should ask the Secretary of State.
16   It is my belief that, but I'm sorry, I don't want to
17   answer that.  You can, if you don't mind, ask the
18   Secretary of State.
19              SEN. VAN de PUTTE:  Thank you, Senator.
20   Since it's based on Indiana law, do you believe that the
21   State of Texas has a greater minority population than
22   the State of Indiana?
23              SEN. FRASER:  I'm not advised.
24              SEN. VAN de PUTTE:  To your knowledge,
25   have any studies been done to determine if there has
```

TX_00000400

USA_00015281

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  been, under current Texas voter laws, any impact that it
2  would have on affected class of Latino and
3  African-American voters?
4          SEN. FRASER:  The bill that I'm laying out
5  today is a model that has been approved by the U.S.
6  Supreme Court, it has been precleared by the Department
7  of Justice in Georgia.  It will deter fraud.  We're
8  providing free access of cards.  And, yes, we believe
9  this will protect confidence in election in making sure
10  only eligible voters are counted.
11          SEN. VAN de PUTTE:  Senator Fraser, on the
12  availability of free identification cards, is there a
13  means test, or what sort of proof do citizens have to
14  give to the Department of Public Safety to be able to
15  get a free identification card under your bill?
16          SEN. FRASER:  The Department of Public
17  Safety is here as a resources witness.  Senator Williams
18  is also here.  That's his area of expertise.  If you
19  have a question about that, if you would like, I will
20  yield to Senator Williams now or you can wait and ask
21  the DPS when it comes up.
22          SEN. VAN de PUTTE:  Well, right now the
23  DPS I don't think gives free IDs.  But in your bill,
24  what sort of process or documentation can voters use to
25  get a free identification card, in your bill?  What are

TX_00000401

USA_00015282

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 45 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 52 of 275

46

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   the --
 2                   SEN. FRASER:  If you would like I can
 3   yield to Senator Williams or we can wait and have the
 4   DPS.  Our instruction is the bill, is that they will
 5   issue an ID card and they will not charge.  That is very
 6   clear to the DPS.  And if you want to ask how that will
 7   be done, they will be coming up, and you will be able to
 8   ask that question.  Or if you would like for me to yield
 9   to Senator Williams, we'll let him answer that.
10                   SEN. VAN de PUTTE:  No, Senator.  Thank
11   you.  I appreciate this is just a different bill from
12   last legislative session, and I was trying to get at
13   least some of your thinking of why you went with a
14   different bill than last year, a more restrictive, a far
15   more restrictive bill than what we debated last
16   legislative session.  And I look forward to the
17   questions, I look forward to the testimony today, but I
18   don't have any other further questions.
19                   And I'm sure some of my colleagues have
20   questions, both of the author of the bill and any of the
21   other senators that have certain sections that they have
22   got expertise on.
23                   But thank you very much, Mr. Chairman.  I
24   don't have any other further questions.
25                   CHAIRMAN DUNCAN:  Senator Watson?
```

TX_00000402

USA_00015283

Case 2:13-cv-00193  Document 660-7  Filed on 11/11/14 in TXSD  Page 46 of 114
Case 1:12-cv-00128-RMC-DST-RLW  Document 206-5  Filed 06/20/12  Page 53 of 275

47

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. WATSON:  Thank you, Mr. Chair.
 2              Will the senator yield for a couple of
 3  questions?  Oh, I'm sorry.
 4              SEN. FRASER:  One second, please.  Are you
 5  wanting me to yield?
 6              SEN. WATSON:  Yes --
 7              SEN. FRASER:  Hold on a second, please.
 8              SEN. WATSON:  -- if you don't mind.
 9              (Brief pause)
10              (Senator Whitmire speaking without mic)
11              SEN. FRASER:  Do you have the floor now?
12              (Senator Whitmire speaking without mic)
13              SEN. FRASER:  No, you're asking questions
14  over here.
15              (Senator Whitmire speaking without mic)
16              SEN. FRASER:  Making sure I get the
17  answers correct.
18              I will yield now.
19              SEN. WATSON:  Thank you, Chairman Fraser.
20              I want, if you don't mind, to ask about
21  the fiscal note for just a second.  The fiscal note that
22  was attached to your bill, Senate Bill 14, indicates
23  that the fiscal implication to the state is anticipated
24  to be $2 million.  Is that correct?
25              SEN. FRASER:  Could you hold one second.
```

TX_00000403

USA_00015284

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 47 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 54 of 275

48

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    SEN. WATSON:  Sure.

2    SEN. FRASER:  I need to pull the data

3    here.

4    (Brief pause)

5    SEN. FRASER:  Senator, I was just

6    verifying.  We spent a lot of time last night talking

7    about this.  I think you're aware that the HAVA funds

8    that come from the federal government, which I believe

9    are Help America Vote Institute, I guess it is, Help

10   America Vote, the HAVA, there are funds that come to

11   every state to the secretary of state.  We have a fund

12   that is setting in the Secretary of State's office that

13   would be more than sufficient to handle this.

14   In other states like Indiana and Georgia,

15   the HAVA funds have been used before.  We have requested

16   that those funds be available for this.  They advised us

17   back, until the passage of the bill, they can't approve

18   the funds.  But the assumption is that those funds are

19   before the Secretary of State, and they will be here at

20   some point.  You can ask them about those funds, the

21   parameters, but it is our belief that the HAVA funds

22   will be available for this and would offset the fiscal

23   note.

24   SEN. WATSON:  I appreciate that answer.

25   My question was, it's a $2 million fiscal note.  Right?

TX_00000404

USA_00015285

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 48 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 59 of 275

49

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. FRASER:  Right now the fiscal note
 2   that was delivered is $2 million, yes.
 3              SEN. WATSON:  Okay.  And that's what I
 4   really wanted to ask about.  And I'll talk about the
 5   fact that y'all want to take some federal funds, here in
 6   a second.  But first of all, last session when we were
 7   talking about the fiscal note, my memory was and is,
 8   that at the beginning of the session when you filed the
 9   bill last session, there was a zero fiscal note, and
10   then that got changed to the same as it is right now, a
11   $2 million fiscal note for voter awareness, and it was
12   exclusively for voter awareness in the second fiscal
13   note.
14              Can you tell me what analysis has gone
15   into coming up with how much money should be spent on
16   voter awareness and voter education regarding this bill,
17   in order to get to that $2 million?
18              SEN. FRASER:  I think the analysis on this
19   comes from the Secretary of State's office, and I'm sure
20   they will be glad to answer your question.  Two years
21   ago before we started, we advised them that we needed
22   voter education.  If you remember in the bill, we
23   discussed in that when we were discussing that, that we
24   needed to have an appropriation for that.
25              I think Senator Ogden stood up and talked
```

TX_00000405

USA_00015286

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 49 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 50 of 275

50

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   about the fact that they would be willing to make sure
2   that there was money there.  Since then, we have been
3   made aware that the Secretary of State not only I think
4   has a plan for doing that but also a plan for requesting
5   the funds from HAVA.
6           SEN. WATSON:  Well, I'll ask about that.
7   So, then, let me ask you another question.  You
8   indicated in your opening comments that -- and I've read
9   your legislation -- under this bill, everyone gets a
10  free identification card if they come in and ask for a
11  free identification card, they show a voter registration
12  card and/or they apply for a registration card.  That
13  $2 million that you've just talked about doesn't include
14  the cost, any of the cost for providing these free
15  identification cards, does it?
16          SEN. FRASER:  I'm sorry.  I was doing
17  something else.  Would you ask that last question again,
18  please.
19          SEN. WATSON:  Does the $2 million in the
20  fiscal note include any of the cost of providing free
21  identification cards?
22          SEN. FRASER:  To my knowledge, it does
23  not.
24          SEN. WATSON:  And, in fact, there is no
25  means test and your bill forbids DPS from collecting a

TX_00000406

USA_00015287

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 50 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 57 of 275

51

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   fee.  If any eligible voter comes in or submits a
 2   registration application, they can then avoid what is
 3   the typical $15 fee?
 4              SEN. FRASER:  Senator, have you seen the
 5   numbers that have been collected by DPS on the number of
 6   eligible voters that have registered since 2006, the
 7   ones that registered with a driver's license or a
 8   driver's license and a social security card that
 9   identified the number of people registering --
10              SEN. WATSON:  Yes.
11              SEN. FRASER:  -- that already had
12   identification?  So the question you're asking is, the
13   universe we're talking about we believe is very, very,
14   very small.  In fact, the Carter Commission, after the
15   implementation in both Indiana and Georgia, and actually
16   Mississippi they looked at, they found that only 1.2
17   percent of people did not have, already have a photo ID
18   available, so the universe of this, so the
19   question you're asking --
20              SEN. WATSON:  Then why don't we talk about
21   specific numbers.  With you talking about those numbers,
22   you're probably aware that in 2007, House Bill 218 was
23   offered.  It was referred to the committee, the Senate
24   Committee on State Affairs.  And in that one, which was
25   HB 218, DPS talked specifically about identification
```

TX_00000407

USA_00015288

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 51 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 58 of 275

52

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  cards and it put a fiscal note, it believed that it

2  would be $1.3 million per biennium or $4 million every

3  six years out of the highway fund.  Were you familiar

4  with that?

5            SEN. FRASER:  Senator, you're getting into

6  an area that's outside of my area of expertise.  We have

7  the person that's in charge of that.  You've got two

8  choices.  Either you can ask that question of DPS as a

9  resource when it comes up, or I will yield to Senator

10 Williams right now and he can answer your question.

11           SEN. WATSON:  Senator, if you would answer

12 that question.

13           SEN. FRASER:  I now yield to Senator

14 Williams.

15           SEN. WILLIAMS:  I just want to be sure

16 I've got your question right.

17           SEN. WATSON:  Sure.  Since we're talking

18 about numbers here -- and I'm trying to get a feel for

19 what the cost of this is -- in House Bill 218 in the

20 2007 -- the 80th legislative session, there was a bill

21 filed that dealt with the provision of identification

22 cards.  And in that one, the LBB indicated the fiscal

23 note would be $1.3 million or $4 million every year

24 coming out of the highway fund.  Are you familiar with

25 that?

TX_00000408

USA_00015289

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 52 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 59 of 275

53

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   SEN. WILLIAMS: I'm not familiar with
2  House Bill 218. But, you know, I take what you're
3  saying --
4   SEN. WATSON: Sure. Okay.
5   SEN. WILLIAMS: -- at value.
6   SEN. WATSON: And since I anticipate that
7  there would be deferral to you on the next question,
8  too, let me just go ahead and ask that. Last session,
9  in the 81st session, there was a bill by -- it was HB
10  2335 that indicated, similar to what Senate Bill 14 does
11  not, that there couldn't be a fee charged for issuing a
12  document that someone might use as proof of their
13  identification for purposes of voting. In the fiscal
14  note there, the LBB singled out DPS identification
15  cards, which is what we're talking about here, and
16  assumed that if everyone used those, the number they
17  came up in that fiscal note was $47 million over five
18  years. Are you familiar with that one?
19   SEN. WILLIAMS: I'm not familiar with
20  that --
21   SEN. WATSON: Okay.
22   SEN. WILLIAMS: -- particular bill. But
23  what I can tell you is that the cost to the Department
24  of Public Safety for issuing an ID card is about $1.67.
25  It's a very small amount of money. So $47 million

TX_00000409

USA_00015290

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 53 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 05/20/12 Page 60 of 275

54

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1   sounds -- that's a lot of IDs at a buck 67 apiece.  And
2   so what I would say is that when I discussed this with
3   the Department of Public Safety recently -- and they'll
4   be here to testify about this in detail more -- I think
5   that it would be difficult for them to determine now how
6   many people might take advantage of the free ID card.  I
7   think it's probably not possible for them to estimate
8   that.
9              But the cost, I think we're all pretty
10  comfortable that it would be fairly negligible.  When
11  you look at the universe of registered voters, which is
12  somewhere around 13 million people, I think, and you've
13  got about 15 million people that have either a driver's
14  license -- and I can get you the exact numbers.  I have
15  them here -- there are a lot of people that already --
16              SEN. WATSON:  Right.
17              SEN. WILLIAMS:  -- have state ID cards.
18  And a lot of the folks that don't have those would be
19  using a mail-in ballot, and there is no requirement to
20  present any kind of photo identification for a mail-in
21  ballot, and this legislative doesn't touch that.  So we
22  think that the chances that there's going to be somebody
23  who is going to want to avail themself, there will be
24  some, but it's going to be a very small number.
25              SEN. WATSON:  Of course, what I'm
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000410
JA_000409

TX_00000410

USA_00015291

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 54 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 61 of 275

55

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  attempting to do is not engage in that as I vote no

2  this. What I've tried to go is go back and find out

3  what the LBB, which we rely upon for fiscal notes, has

4  actually said about these sorts of things, with previous

5  legislation that has addressed this, as opposed to

6  speculation.

7           SEN. WILLIAMS: And, Senator Watson, I

8  understand, and there are a lot of things -- I'm not

9  familiar with those bills. And what I would tell you is

10 that each -- the LBB comes up with their methodology

11 based on what each bill's requirements are. And not

12 being familiar with that --

13           SEN. WATSON: Sure.

14           SEN. WILLIAMS: -- I can't tell you what

15 the difference between that and this is. But we did

16 specifically sit down and talk to DPS, and they really

17 don't expect that this is going to be any big burden on

18 the agency that they're not going to be able to handle.

19           SEN. WATSON: Thank you for your answer.

20           SEN. WILLIAMS: Yes.

21           SEN. WATSON: I have a couple more

22 questions for Senator Fraser, if that would be all

23 right.

24           SEN. FRASER: I'm back with you.

25           SEN. WATSON: Okay. Great! Thank you,

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 55 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 62 of 275     56

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   Senator.
2               Would the HAVA money that -- first of all,
3   you're familiar that in the base budget that the Senate
4   has but out, the $2 million for this biennium for voter
5   education has been explicitly cut.  You're familiar with
6   that.  Right?
7               SEN. FRASER:  I don't think the word
8   "explicitly cut," I don't think it's been addressed.
9               SEN. WATSON:  Well, it's been struck
10  through in the base budget.  Did you know that?
11              SEN. FRASER:  I'm not advised.
12              SEN. WATSON:  Okay.  Are you also familiar
13  that in this budget it calls for a $358 million cut to
14  the DPS budget?
15              SEN. FRASER:  Again, I'm not on Finance;
16  I'm not sure you're on Finance.  And so, no, I
17  haven't -- the base bill is the starting point of
18  discussion, so I'm not advised.
19              SEN. WATSON:  All right.  So you're not
20  advised whether, out of that 9.5 percent of the cut
21  comes in regulatory and the licensing area for DPS?
22              SEN. FRASER:  Well, and as you know, as we
23  start the session, that's a draft budget as a starting
24  point.  We're a long ways from that being concluded.  So
25  the answer is no, I'm not aware.

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000412
JA_000411

TX_00000412
USA_00015293

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 56 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 63 of 275

57
CONSIDERATION OF SENATE BILL 14 1/25/2011

1  SEN. WATSON:  Thank you very much.
2  Thank you, Mr. Chairman.
3  SEN. ELTIFE:  Senator Whitmire, what
4  purpose do you rise?
5  SEN. WHITMIRE:  Will the gentleman yield?
6  SEN. ELTIFE:  Senator Fraser yield?
7  SEN. FRASER:  Be glad to.
8  SEN. WHITMIRE:  Senator Fraser, a couple
9  of questions about the implementation of your
10 legislation if it passes.  First off, I have to make
11 this observation:  Have you ever seen the gallery so
12 empty when the Legislature is considering something
13 that's been given such a high billing as Senator Duncan
14 was making yesterday when he asked us to go to Committee
15 of the Whole?  I mean, how timely this was and how
16 critical it was?  The Governor has made it an emergency,
17 and I don't think I've -- I don't know if there's 20
18 people in the gallery.  If it's so important, can you
19 explain to me why the gallery is empty --
20 SEN. FRASER:  I am not advised.
21 SEN. WHITMIRE:  -- based on --
22 SEN. FRASER:  I'm concentrating on the
23 action on the floor rather than looking up and seeing
24 who is in the gallery.
25 SEN. WHITMIRE:  Well, but it's an

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000413
JA_000412

TX_00000413
USA_00015294

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 57 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 64 of 275

58

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   indication, if the public is really concerned,

2   particularly based on your polling data, which I'm sure

3   you would join with, we don't govern in the state by

4   polls normally, do we?

5                SEN. FRASER:  Well, other than I find it

6   interesting, whenever they asked the people of your

7   district that you represent --

8                SEN. WHITMIRE:  Sure.

9                SEN. FRASER:  -- of whether they're in

10  favor, the polls continue to show that the public, both

11  Republican and Democrat --

12                SEN. WHITMIRE:  Well --

13                SEN. FRASER:  -- you say, "Will you

14  support a person voting with a photo ID?"

15                SEN. WHITMIRE:  And did you include in

16  that question and would you be for it if it would

17  disenfranchise senior citizens, students or others?  You

18  and I know it's all in how you ask the question.  In

19  fact, the way you're stating it, I'm surprised you

20  didn't get 100 percent.  If you ask people, "Are you

21  against vote fraud?" I would assume you would get

22  100 percent.

23                SEN. FRASER:  Here's the question --

24  here's the question --

25                SEN. WHITMIRE:  It's the unintended

TX_00000414

USA_00015295

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 58 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 05/20/12 Page 59 of 275

59

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  consequences that we're concerned about.

2            SEN. FRASER:  "Do you favor or oppose

3  requiring a photo ID before a person is allowed to

4  vote?"  Pretty straightforward.

5            SEN. WHITMIRE:  I'm surprised you didn't

6  get 100 percent if you include "and stop fraud."  It's

7  when you add into it, "if it meant disenfranchising

8  senior citizens," and then I think you would have a

9  significant drop.

10           The bottom line is, Senator Fraser, and

11  we'll have -- and let's have this ballot:  Would you

12  concede that we're all, all 31 of us are against

13  election fraud?

14           SEN. FRASER:  I will not concede that

15  until after the vote, and we're assuming the ones that

16  vote for it are --

17           SEN. WHITMIRE:  Well, let me go ahead and

18  speak for the 12 of us that are probably going to vote

19  "No."  We're all against election fraud.  And I would

20  suggest we've actually seen an election process since we

21  took this up two years ago.  Let's look at the most

22  recent election.  What fraudulent activity this past

23  November are you so concerned about?  I think it's the

24  election -- and maybe I should be more concerned.

25           If you look at the election results, it

TX_00000415

USA_00015296

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 59 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 68 of 275

60

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  was an overwhelming victorious day for Republicans in

2  November.  You replaced 34 Democrats in the house.  Now,

3  are you suggesting there was significant fraud on that

4  election day?

5            SEN. FRASER:  Senator, all we're trying to

6  do with this bill is that when you walk into the polling

7  place and represent that you are John Whitmire --

8            SEN. WHITMIRE:  Sure.

9            SEN. FRASER:  -- that you can prove you

10 are who you say you are before you vote, it's a very

11 simple concept.

12            SEN. WHITMIRE:  Except, Senator Fraser,

13 the unintended consequences that you're going to

14 disenfranchise people that have not been able to acquire

15 these cards, and that's what I want to spend a few

16 moments on.  Walk me through a real life example of how

17 a senior citizen in my district is going to acquire that

18 card.  Do they do it by mail?  Do they have to do it in

19 person?  What's the process?

20            SEN. FRASER:  Senior citizens over --

21            SEN. WHITMIRE:  Give me a real life.

22 Don't say, "We're going to provide it."  Let's break

23 down what an 86-year-old lady in my district, never been

24 required to have one, how is she going to get her card?

25            SEN. FRASER:  She would vote under current

TX_00000416

USA_00015297

Case 2:13-cv-00193  Document 660-7  Filed on 11/11/14 in TXSD  Page 60 of 114
Case 1:12-cv-00128-RMC-DST-RLW  Document 206-5  Filed 06/20/12  Page 61 of 275          61

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1   law because she's exempt.
2                SEN. WHITMIRE:  You've given her an
3   exemption.  Does she have to prove, that day, her age?
4   I mean, Troy --
5                SEN. FRASER:  You can ask that question of
6   the Secretary of State.  But I'm assuming --
7                SEN. WHITMIRE:  Well, you're the author.
8   And let me just tell you, like I said, we're all against
9   fraud.  As elected officials, it's in our own personal
10  self-interest to have honest elections with the highest
11  integrity.  We're doing it for the people that we
12  represent as well.  So that's not the issue, are we for
13  or against fraud?  It's the implementation, it's the
14  disenfranchisement, Troy, that we're fighting for and
15  what we've been fighting for, for the last couple of
16  years.  Tell me how we're going to address the
17  unintended consequences of someone not being able to
18  vote on election day, because I know you don't want
19  that.  And I --
20               SEN. FRASER:  I was sent down here by the
21  people of my district to represent their views.  The
22  polling of my district shows that it's almost 90 percent
23  of the people in favor of it.
24               SEN. WHITMIRE:  Okay.
25               SEN. FRASER:  The district that you
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_0000417
JA_000416

TX_00000417

USA_00015298

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 61 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 68 of 275

62

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   represent, I think if you poll in that district -- and I
 2   have used some polling that shows close to the same
 3   number -- that say that when they're asked, "Do you
 4   think you should have to show a photo ID?" and they say
 5   yes.
 6                SEN. WHITMIRE:  And my --
 7                SEN. FRASER:  So my answer is, we need to
 8   pass this, because the people in our district --
 9                SEN. WHITMIRE:  Well --
10                SEN. FRASER:  -- believe that they should
11   show a photo ID.
12                SEN. WHITMIRE:  First of all, I don't
13   govern by poll.  And if I was at a town hall meeting and
14   I walked through, after they've said they're for voter
15   ID, then I start talking about the implementation of it,
16   they start being just as concerned as I am.  So I want
17   to know how people are going to acquire these cards.
18   Forget the 86-year-old.  Let's go to a 56-year- old
19   person.  How do they acquire the card?  Are you familiar
20   in Houston it takes two to three hours to get a driver's
21   license at the DPS office?
22                SEN. FRASER:  John, I was about to ask
23   you, you know, ask you your age, but I know your age.
24   We're both 61.  A 61-year-old person in our age group,
25   is it going to be a real problem for you and I to drive
```

TX_00000418

USA_00015299

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 62 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 69 of 275

63

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   down to the DPS to get --
 2               SEN. WHITMIRE:  Well, see, that's what's
 3   so sad about this discussion.  You're not putting
 4   yourself in the shoes of someone who doesn't have the
 5   means that you and I have, they have to depend on
 6   someone else for transportation.  They may not have any
 7   resources.  How is a 56-year-old person in Houston,
 8   Texas, going to acquire this card --
 9               SEN. FRASER:  We are not changing --
10               SEN. WHITMIRE:  -- no driver's license.
11               SEN. FRASER:  We are not changing the
12   mail-in ballot.  And if someone has a reason that they
13   need to vote by mail --
14               SEN. WHITMIRE:  On a mail-in ballot, how
15   do you prove -- that's early voting.  How do you verify
16   who you are in that instance?
17               SEN. FRASER:  I'm sure the Secretary of
18   State would be glad to answer that.
19               SEN. WHITMIRE:  Okay.  But that's not what
20   we're talking about.  We're talking about on election
21   day, a person in Houston wants to vote, how do they
22   acquire the voter ID, photo ID?
23               SEN. FRASER:  The DPS and the Secretary of
24   State will both be here, and I'm sure they will be glad
25   to answer that question.
```

TX_00000419

USA_00015300

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 63 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 70 of 275

64

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1            SEN. WHITMIRE:  Troy, you're proposing
2  this.  And before we go forward, I would like to know,
3  do you have to go to the DPS office?  Do you order it by
4  mail?  That's a critical concern of all of us that are
5  voting "No" against this bill.  And I don't --
6            SEN. FRASER:  Senator, did --
7            SEN. WHITMIRE:  -- think you want to
8  disenfranchise anybody, but I'm afraid that there's
9  unintended consequences that you have not envisioned.
10           SEN. FRASER:  Did another senator advise
11 you of what you had to do to go down to the DPS office
12 to get your driver's license?
13           SEN. WHITMIRE:  Well, we're not talking
14 about me.  We're fortunate; you and I are fortunate.  We
15 probably don't have to wait in lines.  In Houston.
16 Texas --
17           SEN. FRASER:  There are 15 million drivers
18 in Texas.  Of the 31 Senate districts, I think that
19 would mean there's about 500,000, I believe, in my
20 district.  And I don't think I've got a one of them that
21 I instructed on how to go down and get a photo ID.
22           SEN. WHITMIRE:  Okay.  Well, let me just
23 tell you about the DPS operations in Harris County.  A
24 working person cannot go by and get their license
25 renewed on their lunch hour, before work or after work,
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000420
JA_000419

TX_00000420

USA_00015301

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 64 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 71 of 275

65

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  because literally it's a two to three-hour wait.  So how

2  do you add this new group of participants that have to

3  show up at a DPS office to get a voter ID.

4           SEN. FRASER:  We have someone coming from

5  the DPS.  I think you can ask that question or

6  I'll yield to Senator Williams.

7           SEN. WHITMIRE:  I'm not sure if they're --

8  I think you as the sponsor ought to explain that.

9           SEN. FRASER:  The bill that I'm laying out

10 is very clear, that it complies with the Supreme Court

11 ramification and it also has been cleared by the

12 Department of Justice.

13          SEN. WHITMIRE:  Okay.  So you don't know.

14 Is that your answer?

15          SEN. FRASER:  I said we've got resource

16 witnesses that are coming.  I'm not an expert in that

17 area.  We do have an expert coming, and they'll be glad

18 to answer your question.

19          SEN. WHITMIRE:  The DPS folks will have to

20 publicly say at Gessner and I-10 or at Tacoma and 290,

21 two sites in my district -- and I complained and asked

22 for more resources -- it's a two- to three-hour wait,

23 Governor Dewhurst, to get your driver's license renewed.

24 So you can't even go over there on your lunch hour and

25 get a driver's license, and now you want the folks to go

TX_00000421

USA_00015302

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 65 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 72 of 275

66

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   over there and, I assume, wait in line to get a voter

2   ID.

3           Let me ask you another question about the

4   education that you're going to provide.  Is it going to

5   be done in bilingual materials with a --

6           SEN. FRASER:  I'm sure the Secretary of

7   State will be glad to answer that question.

8           SEN. WHITMIRE:  Well, you're the sponsor.

9           SEN. FRASER:  And as the sponsor, I

10  invited the Secretary of State as a resource witness, to

11  make sure we have someone that knows the answer to that

12  particular question.

13          SEN. WHITMIRE:  One also is, your bill

14  provides same-day registration.  Now, according to you,

15  you're going to have a fail-safe system that you'll know

16  who is showing up to vote.  Are you open to the idea

17  that someone who has gotten motivated in the last 30

18  days, maybe the days just leading up to the election,

19  with this secure form of ID can show up on election day,

20  prove who they are and ask to vote?

21          SEN. FRASER:  The bill does not provide

22  for same-day registration.

23          SEN. WHITMIRE:  I'm sorry.  What?

24          SEN. FRASER:  The bill does not provide

25  for same-day registration.

TX_00000422

USA_00015303

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 66 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 73 of 275

67

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                    SEN. WHITMIRE:  Would you be amenable to
 2   us proposing it and --
 3                    SEN. FRASER:  The bill does not provide,
 4   as I -- I filed the bill, and the bill does not provide
 5   for same-day registration.
 6                    SEN. WHITMIRE:  Okay.  Thank you for your
 7   answers.
 8                    CHAIRMAN DUNCAN:  Senator Uresti.
 9                    SEN. URESTI:  Thank you, Mr. Chairman.
10                    Would the gentleman yield for some
11   questions?
12                    SEN. FRASER:  I would love to yield.
13                    SEN. URESTI:  Thank you, Senator Fraser.
14   I want to ask you a few questions, kind of to follow on
15   what Dean Whitmire asked you specifically regarding the
16   DPS offices.  And I don't know if they're here yet or
17   not.  But particularly about my district, you know how
18   large it is.  It goes from San Antonio all the way to
19   El Paso, and it has 23 counties, as I'm sure you're
20   aware, Senator Fraser.
21                    And one of the concerns that I have is
22   that between here and El Paso -- and you may know this.
23   If not, I would like to let you know and the other
24   members know -- well, let me ask you this:  Do you know
25   how many of my 23 counties do not have a DPS office?
```

TX_00000423

USA_00015304

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 67 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 74 of 275

68

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1            SEN. FRASER:  Senator, you know, the start
2   of your description of this, I'm very familiar with the
3   district, because I used to represent a lot of it.  And
4   that area between -- going out toward El Paso, I've had
5   that when I was a state rep.  It was in my state
6   representative district.  And then part of your other
7   district was when I was a senator.  So, yes, I'm very
8   familiar with it.
9            The answer to your question that you're
10  asking about driver's license location, we'll have
11  somebody from DPS here, and I'm sure they'll be glad to
12  answer that question for you.
13            SEN. URESTI:  Well, in the meantime,
14  Senator Fraser, let me let you and the members know.
15  There are eight counties in my district out of the 23
16  that do not have a DPS office.  Loving County has no
17  office, Crockett County, Hudspeth County, Jeff Davis
18  County, Kinney County, Real County -- we had some good
19  folks here yesterday representing Real County -- and
20  Terrell County have their offices temporarily closed.
21  And, Senator Fraser, do you know how many people live in
22  those counties?  There are 47,000 people that live in
23  those counties in my district that don't have a DPS
24  office.
25            SEN. FRASER:  Do you know how many in
```

TX_00000424

USA_00015305

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  those counties drive that have a license?
2          SEN. URESTI:  No, I don't.  Do you know,
3  Senator?
4          SEN. FRASER:  I don't, no.  I have been
5  out in those counties and I see people driving.  I'm
6  assuming they have a driver's license.
7          SEN. URESTI:  Well, it makes it even more
8  difficult if they don't have a driver's license and they
9  need to get a driver's license or a photo ID to vote.
10  How are they going to drive long distances in order to
11  retrieve that -- or obtain that ID?
12          SEN. FRASER:  Again, the data we've been
13  shown is that people registered to vote -- and I guess I
14  would like to look in your area -- but about 90 percent
15  of the people that are coming in show their driver's
16  license when they register to vote.
17          You know, yes, there's -- it looks like
18  there's a lot of people or, you know, 47,000, but I'm
19  assuming that the bulk of those, probably a lot of them
20  have IDs.
21          SEN. URESTI:  Well, that's an assumption,
22  Senator Fraser, that you're making that I don't have the
23  luxury of making on behalf of those 47,000 people.  But
24  in addition to that, Senator Fraser and members, there's
25  another 70,000, another 70,000 constituents in my

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000425
JA_000424

TX_00000425

USA_00015306

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 69 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 78 of 275

70

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  district that have access to only partial or sporadic

2  service; for example, Senator Fraser, the first Tuesday

3  of each month from 9:00 to 4:00.  So they have one day a

4  month, members, to go and get an ID, and that's between

5  the hours of 9:00 to 4:00.

6           Well, if you can't get off of work that

7  one month -- that one Tuesday and that's the only day

8  it's open, what are my constituents supposed to do,

9  Senator Fraser?

10          SEN. FRASER:  I think that's probably a

11 question you would want to ask the DPS.  Or, if you

12 would like, I will yield to Senator Williams.

13          SEN. URESTI:  But this isn't their bill;

14 this is your bill, Senator Fraser.

15          SEN. FRASER:  And that's the reason I

16 bring in, you know, knowledgeable witnesses, expert

17 witnesses that can answer these questions.  We have

18 someone from DPS that will be here.  Or Senator

19 Williams, that's in the area of his committee.

20          SEN. URESTI:  So they're going to answer

21 my question as to what should my constituents do if they

22 can't get off of work that one Tuesday of the month in

23 order to get their ID to vote?  That's what you're

24 saying, they're going to answer that question?

25          SEN. FRASER:  You'll just have to ask

TX_00000426

USA_00015307

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 70 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 77 of 275

71

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   them.
 2              SEN. URESTI:  This is your bill, Senator
 3   Fraser.  I'm asking you, because I need to go back to my
 4   district and tell them that they have to get a photo ID
 5   in order to vote.  And their first question to me is
 6   going to be, "Well, Senator Uresti, you know that our
 7   DPS offices are closed," or "We have no DPS office in
 8   our county," or "It's only open on one Tuesday a month."
 9   What am I supposed to do, Sen. Uresti"?
10              SEN. FRASER:  Again, the DPS will be here.
11   You can outline the problem, and you can outline the
12   problem with Senator Williams, and you're free to ask
13   them those questions.
14              SEN. URESTI:  Sen. Fraser, in addition to
15   those counties that have no DPS offices, many of my
16   constituents in several other counties are going to have
17   to travel long distances in order to get an ID.  For
18   example, my constituents in Crockett County, Ozona, will
19   have to travel 163 miles round trip to San Angelo to get
20   to the nearest DPS office.  And if you live in Sanderson
21   in Terrell County, you will have to travel 170 miles
22   round trip to get to Fort Stockton.  If you live in
23   Sierra Blanca in Hudspeth County, you have to travel
24   176 miles to get to El Paso in order to get to the DPS
25   office.  Did you know that, Sen. Fraser?
```

TX_00000427

USA_00015308

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 71 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 78 of 275

72

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. FRASER:  I'm very aware of that,
 2   that, you know, the district I represented, there were
 3   bus routes that were 80 to 90 miles each way for kids to
 4   attend public school, because the people lived out in
 5   the country.
 6              SEN. URESTI:  And would you agree with me,
 7   then, that that's going to be a challenge for those
 8   folks?
 9              SEN. FRASER:  We're not changing the early
10   voting mail-in ballot rules, and that will still be an
11   option for people.
12              SEN. URESTI:  So they don't need an ID to
13   vote by mail?
14              SEN. FRASER:  By mail?  Again, you can ask
15   the Secretary of State.  We're not addressing the
16   mail-in ballots.  The Secretary of State will be here.
17   Someone from their office, you can ask that question.
18              SEN. URESTI:  Well, let me just mention a
19   few more of my counties.  If you live in Van Horn in
20   Culberson County, you have to travel 200 miles round
21   trip to Marfa, which is the nearest DPS office.  If you
22   live in Pecos, which is in Reeves County, you have to
23   travel 143 miles to Fort Stockton.  If you live in
24   Rocksprings in Edwards County, it's 152 miles round trip
25   to Del Rio, Sen. Fraser.  And finally, if you live in
```

TX_00000428

USA_00015309

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 72 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 79 of 275

73

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1 | Medina, which is in Hondo, if you live in Hondo, which
 2 | is in Medina County, you have to travel 84 miles.
 3 |             And so again my question; Sen. Fraser --
 4 | if you can't answer it, just let me know -- what am I
 5 | supposed to tell my constituents -- because this is your
 6 | bill; it's not my bill -- how are they supposed to get
 7 | their Texas ID if their DPS office is --
 8 |             SEN. FRASER:  Senator, if I were you, when
 9 | the DPS comes up, I would ask them questions and say,
10 | "Is there a way that we could do something like a
11 | temporary van coming through to accommodate those
12 | people?"  And if I were the senator from that area, that
13 | probably would be a question I would ask the DPS.  But
14 | again, they're coming forward, and that's a question I
15 | think that is appropriate of the DPS of, you know, "How
16 | do we make sure that we accommodate those people?"
17 |             SEN. URESTI:  Well, it's a great
18 | suggestion, Senator Fraser.  But what if DPS says, "We
19 | can't do that.  It's not in the budget, the $2 million
20 | that we're being allocated"?  So then what do I tell my
21 | constituents?
22 |             SEN. FRASER:  Well, you're assuming the
23 | answer before you ask the question of the DPS.
24 |             SEN. URESTI:  Well, you're assuming that
25 | they're going to say that they will be able to do it.

KENNEDY REPORTING SERVICE, INC.
512.474.2233

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. FRASER:  No.  I'm assuming that the
 2   DPS is going to come up and you'll have the opportunity
 3   to ask them.
 4              SEN. URESTI:  Okay.  So then let's assume
 5   the DPS spokesperson says, "Great idea that Senator
 6   Fraser has.  We can do that," there's going to be a cost
 7   associated with that.  Isn't that correct?  That's not
 8   included in the fiscal note of $2 million?
 9              SEN. FRASER:  Again, I'm not advised, I
10   think the DPS could advise you on that, or
11   Sen. Williams.
12              SEN. URESTI:  Do we know when they're
13   going to be available to answer or --
14              SEN. FRASER:  I think they're on hand.
15   And as soon as we complete these questioning, I think
16   we'll going to bring -- you know, as soon as we start
17   the -- well, I think that the plan -- I'm not speaking
18   for the Chair, but I believe we're going to allow
19   questions from members, then we're going to have invited
20   guests.  And then once we start the public testimony,
21   they would be ready to come up, and I think they'll
22   answer any questions you've got.
23              SEN. URESTI:  Senator Fraser, let me ask
24   you a few more questions, if I may, please.  And I want
25   to be clear.  So as I understand it, in order to vote
```

TX_00000430

USA_00015311

Case 2:13-cv-00193  Document 660-7  Filed on 11/11/14 in TXSD  Page 74 of 114
Case 1:12-cv-00128-RMC-DST-RLW  Document 206-5  Filed 06/20/12  Page 81 of 275

75

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   with your bill, if your bill passes, you can have a
2   voter registration card and a Texas ID or a driver's
3   license, and you're able to vote with both of those
4   documents.  Correct?
5                   SEN. FRASER:  Actually, you don't -- if
6   you go in and you're on the voter roll and you have a
7   driver's license, they'll allow you to vote, because I
8   know that's -- you know, I do that now.
9                   SEN. URESTI:  So you don't need your voter
10  registration card, is my real question?  If you have a
11  valid Texas ID or a valid Texas driver's license, then
12  you do not need --
13                  SEN. FRASER:  I think probably if you'll
14  ask the Secretary of State.  But my understanding is
15  that you just have to identify yourself with a photo.
16  And if you're on the voter roll and you're at the
17  correct voting location, you live in that precinct and
18  you're on that roll and you show them your ID, I believe
19  you'll be allowed to vote.
20                  SEN. URESTI:  And that's my question, but
21  I want to be specific about it.  So if I have a valid
22  photo ID or a valid Texas driver's license and I'm on
23  the rolls, then I do not need a voter registration card.
24  Correct?
25                  SEN. FRASER:  To my understanding, the

TX_00000431

USA_00015312

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 75 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 05/20/12 Page 82 of 275

76

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1    answer is yes.  But I still think I would ask that
2    question of the Secretary of State.
3              SEN. URESTI:  Well, I'm pretty sure that's
4    correct.  That's what I read.  Then why do we need a
5    voter registration card, then?  Why are we going to need
6    voter registration cards after your bill passes?
7              SEN. FRASER:  Good question.  Why don't
8    you ask that of the Secretary of State.  It might be
9    a -- you could offer that as a cost-saving measure.
10             SEN. URESTI:  But it's your bill, Senator
11   Fraser.  I mean --
12             SEN. FRASER:  All my bill is addressing is
13   the photo identification when you vote.  You know,
14   Carlos, when you walk in and they say, "Senator Uresti,
15   you know, we'll need some identification," and even
16   though you're on the roll, you're going to have to show
17   a photo ID.
18             SEN. URESTI:  And that's correct, and I
19   agree with you, Senator Fraser.  But the result will be,
20   you do not need your voter registration card, then?
21             SEN. FRASER:  That is my understanding.
22   But, again, I would ask the Secretary of State.
23             SEN. URESTI:  Okay.  That's all the
24   question I have for now, Mr. Chairman.
25             Thank you, Senator Fraser.
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000432
JA_000431

TX_00000432

USA_00015313

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 76 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 83 of 275

77

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              CHAIRMAN DUNCAN:  Thank you, Senator.
 2         Senator Gallegos.
 3              SEN. GALLEGOS:  Senator Fraser, the
 4  questions that you're being asked and are asking us to
 5  wait for resource witnesses, I'm concerned that we're
 6  not getting answers from the author of the bill.  Now,
 7  Senator Huffman just showed us a box with testimony and
 8  questions and supposedly answers that were asked two
 9  years ago.  And a lot of the questions that you're
10  referring to that we get answers from resource witnesses
11  weren't answered at that time.
12              I mean, we just want an assurance here
13  that whatever was in that box that Senator Huffman had
14  did not have all the questions answered.  I heard what
15  she told Senator Davis, but a lot of the questions that
16  you're being asked today were the same questions that
17  were asked two years ago and have never been answered.
18              SEN. FRASER:  Senator, I stayed up very
19  late last night reading the deposition of the questions
20  that were asked, that you asked me last year, the
21  answers.  And I guess if you're concerned about that,
22  maybe you should get that deposition and you read it and
23  that way you can feel more comfortable about what was
24  asked and what was answered.  Have you read the
25  deposition?
```

TX_00000433

USA_00015314

Case 2:13-cv-00193  Document 660-7  Filed on 11/11/14 in TXSD  Page 77 of 114
Case 1:12-cv-00128-RMC-DST-RLW  Document 206-5  Filed 06/20/12  Page 84 of 275

78

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  SEN. GALLEGOS:  There will be plenty of
2  time for that.  But I'm just asking you, as the author
3  of the bill.  You know, I mean, you are laying it out,
4  and you're trying to explain it.  And you're asking us
5  to ask resource witnesses on questions, especially the
6  questions that Senator Uresti had.  And it concerns me
7  that before we even, you know, lay it out and go forward
8  with a bill, that the people that are here listening, at
9  least they have the right to -- they leave, they have
10  the right to know these questions, especially those
11  questions that Senator Uresti just got through asking
12  you.  And it concerns me that we cannot get answers at
13  the time that the bill is laid out, before we even go
14  forward with the witnesses.  And that just concerns me,
15  that we're not getting answers.
16  SEN. FRASER:  I think you can take a lot
17  of comfort in the fact that we will not ask you to vote
18  for the bill until we bring up an expert witness and you
19  will be allowed to ask those question and get the answer
20  you're looking for.
21  SEN. GALLEGOS:  Well, I mean, we did that
22  two years ago.  And some of the questions that the box
23  that Senator Huffman had still doesn't have answers in
24  that box that she had that's going to be introduced as
25  Exhibit No. 1.

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000434
JA_000433

TX_00000434

USA_00015315

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 78 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 89 of 275

79

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. FRASER:  Have you read all the data
 2   that was in the box?
 3              SEN. GALLEGOS:  I have not read it; I have
 4   not read it.  But, you know, I would think that,
 5   especially some of the questions that I asked and I'm
 6   fixing to ask you, you know, that if those answers
 7   aren't in that box that Senator Huffman introduced as
 8   Exhibit No. 1.  I just want to make a point that it
 9   concerns me that these questions these senators have
10   about their districts are not being answered.  I just
11   wanted to make that point.
12              And on another question, Senator, on the
13   fiscal note -- and I know that Senator Watson brought it
14   up -- it says that it's $2 million to implement.  Now,
15   here is my concern on that, is that Texas is ranked
16   No. 2 nationally in this country as far as population.
17   Missouri is ranked 19th.  Yet, the numbers that I'm
18   looking at on the costs that the Secretary of the State
19   of Missouri on implementing -- and Missouri only has
20   5.9; we have 25 million -- Missouri has 5.9 in
21   population, and the Secretary of the State of Missouri
22   is going it's going to cost $6 million just to implement
23   their voter ID program, and that's just the first year.
24   The second year, another $4 million.
25              Now, with only 5.9 in population, and I'm
```

TX_00000435

USA_00015316

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 79 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 80 of 275

80

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1   looking at Texas that has 25 million, now, what kind of

 2   methodology is the Secretary of State using in Missouri

 3   as opposed to the Secretary of State in Texas?  To me,

 4   that math -- you know, I'm not an expert in math, but I

 5   can tell the difference between 5.9 and 25 million to

 6   implement a voter ID bill, you know, that obviously

 7   there's something wrong here in the numbers.  Can you

 8   tell me the difference in 6 million for Missouri and

 9   2 million in implementing the cost of voter ID in Texas?

10           SEN. FRASER:  I'm not a citizen of

11   Missouri, so we don't have access to that information.

12   And you and I have been in the Legislature a long time,

13   and you're very aware that your fiscal note -- whenever

14   you file a bill, you get a fiscal note with a bill, they

15   look at the cost, and this is the cost that's been

16   estimated.

17           SEN. GALLEGOS:  You know, Senator, I'm

18   concerned here that this number that has been laid out

19   in this bill -- you know, and we do have -- and I don't

20   know if the rules if we have the Ogden amendment on this

21   bill where you're looking at one number and then all of

22   a sudden, before we start implementing the bill, it's

23   going to cost us $30 million to implement the bill by

24   the numbers -- if we use the formula being used by

25   Missouri that has only 5.9 in population.  Now, that

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000436
JA_000435

TX_00000436

USA_00015317

Case 2:13-cv-00193  Document 660-7  Filed on 11/11/14 in TXSD  Page 80 of 114
Case 1:12-cv-00128-RMC-DST-RLW  Document 206-5  Filed 06/20/12  Page 81 of 275

81

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    really concerns me.  $30 million, Senator Watson could
2    use that here and stop the closure of those Austin
3    Independent School District schools that are being
4    closed.  They could use that $30 million that I see as
5    opposed to what I'm seeing as the formula in math that
6    Missouri used.

7            Now, it concerns me that the fiscal note
8    that's laid out in this bill is misleading, according to
9    the other states that are using more money and less
10   population to implement their voter ID bill.  That
11   concerns me, Senator.  And, I mean, is there somebody
12   that can answer that question for me, why it costs so
13   little on a state that has 25 million in population as
14   opposed to another state that has 5 million and it's
15   triple the cost?

16           You know, I mean, that concerns me, and
17   that should concern you, when you're given a number, and
18   we're telling the people in the audience here, the
19   taxpayers, it's only going to cost us $2 million.  And
20   we have 25 million in population; Missouri only has
21   5.9 million, and it's costing them $6 million to
22   implement voter ID.  Now, you know, that really concerns
23   me.  And I don't want to mislead the public in any form
24   or fashion that it's only going to cost us $2 million to
25   upstart voter ID when that is a misleading number.  And

TX_00000437

USA_00015318

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 81 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 88 of 275

82

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   that concerns me, Senator, and it should you.  If this
2   number is misleading, now who can answer that question
3   for me?

4                    SEN. FRASER:  I think you're very aware of
5   the fact that this number comes from LBB.  I believe
6   they probably called the Secretary of State and asked
7   for that number.  So if you have a concern about it,
8   probably you should ask the LBB and/or the Secretary of
9   State.  I believe the Secretary of State is going to
10  tell you there are HAVA funds that they're requesting
11  that would possibly even eliminate that $2 million.

12                   SEN. GALLEGOS:  Well, I mean, I heard you
13  tell Senator Watson about the HAVA funds.  I'm just
14  saying on straight-up, straight-up implementation, that
15  $2 million as opposed to $6 million in Missouri, you
16  know, that's without HAVA funds, too.  I'm saying that
17  when you come down to it, if that number -- if, when the
18  implementation starts, instead of $2 million it's
19  $30 million, then, you know, I'm concerned.

20                   I believe that the Ogden amendment should
21  go on there and say, you know, if it's going to be over,
22  over what you're showing on the fiscal note, that it
23  shouldn't be implemented if it's going to cost that type
24  of money.  That's a lot of money; that's a lot of money
25  to implement voter ID when you're just saying -- well,

TX_00000438

USA_00015319

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 82 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 89 of 275

83

CONSIDERATION OF SENATE BILL 14 1/25/2011

1 not you -- but the fiscal note on this bill is saying
2 only two million bucks.  Now, you know, that just
3 concerns me, Senator.  And I guess I'll ask that
4 question when the proper resource witness comes up.
5         Senator Fraser, the other question I had
6 was similar to Senator Uresti's question.  Now, two
7 years ago, I put maps up on one of my amendments where
8 the City of Houston has no DPS offices within the 610
9 loop.  The City of Fort Worth, I believe -- let me see
10 here.  Let me look at my notes here.
11         The City of Fort Worth I think doesn't
12 have any either inside -- what is that loop?  82,
13 182? -- 81.  And Dallas, Senator West, only has one --
14 only has one inside the city, only has one DPS center
15 inside the city.  And it concerns me, if we're going to
16 mandate Texans to get a photo ID and you have no place
17 to send them to, especially inside the loop and
18 especially those without transportation, and if they
19 can't get to it on a bus route, to one of the DPS
20 centers --
21         SEN. FRASER:  Senator, if you have
22 evidence that someone in your district has the inability
23 to get a driver's license, I wish you would bring that
24 forward.
25         SEN. GALLEGOS:  I'm talking about your

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000439
JA_000438

TX_00000439

USA_00015320

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 83 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 05/20/12 Page 90 of 275    84

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   bill that mandates a photo ID.  And if we're going to
2   mandate Texans, then we should at least allow them the
3   opportunity to have places where they can get it, where
4   they don't have to travel 150 miles, like Senator Uresti
5   just said.  That's my concern, especially the elderly
6   that don't have any and they're going to have to get a
7   photo ID, that that person is going to have to travel
8   150 miles, even from their house inside the loop, those
9   people that don't have cars and they have to do public
10  transportation.
11            Now, I'm looking at the map in the City of
12  Houston, the bus route where it takes them three buses
13  just to get close to a DPS center from anywhere inside
14  the 610 loop.  That really concerns me, Senator, on
15  this, and hopefully that -- Senator Fraser?
16            SEN. FRASER:  I'm with you.
17            SEN. GALLEGOS:  Hopefully that you will
18  look at it and maybe in some of our amendments will take
19  that into consideration.  I'm just telling you, you
20  know, what's in Houston, not in Horseshoe Bay where you
21  live.  And, you know, that is really a problem that we
22  have, especially those of us that represent minority
23  communities like Senator Uresti and me and others on
24  this floor.
25            There is another issue, Senator Fraser,

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000440
JA_000439

TX_00000440

USA_00015321

1  that I wanted to ask you.  On driver's license, you

2  know, it says on a driver's license that's -- on a

3  driver's license that's pulled from somebody for

4  whatever reason, DPS gives you a temporary, and that

5  temporary is good for about 40 days or in some cases

6  when they've been stopped for a DWI or anything but

7  still have not gone through the legal process, they are

8  given a paper temporary license, and it says on that

9  paper that this is used for identification purposes.

10          Now, I guess my question to you would be

11  that if that is pulled -- and there's several thousands

12  of drivers, of Texans, that are using this paper ID

13  right now -- that if a driver's license is pulled for

14  whatever reason, that that DPS certification, paper

15  temporary license can be used as an ID to go vote.

16         SEN. FRASER:  Senator, if you don't mind,

17  I'm going to yield to Senator Williams on that question.

18  If you don't mind, he'll answer that question for you.

19         SEN. WILLIAMS:  Senator Gallegos, I had a

20  similar question of what you have as I visited with the

21  Department of Public Safety about this.  And, in fact,

22  it had been a while since I had renewed my license.  And

23  they now issue -- these temporary licenses actually have

24  a photo on the license, and it would be valid under

25  Sen. Fraser's bill as identification if you went to

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000441
JA_000440

TX_00000441
USA_00015322

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 85 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 92 of 275

86

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   vote.
 2                   And, you know, in more detail, we could
 3   get the Department of Public Safety to give you some
 4   more detail on that.  But now the temporary licenses
 5   actually have a photo on the paper license that you're
 6   referring to.
 7                   SEN. GALLEGOS:  Well, Senator Williams,
 8   I'm showing that 98,000 drivers right now have temporary
 9   licenses without photo IDs.
10                   SEN. WILLIAMS:  Well, you know, I'm not
11   advised about that.  I think we ought to get the
12   Department of Public Safety --
13                   SEN. GALLEGOS:  Well, I agree.
14                   SEN. WILLIAMS:  I'm told that these, you
15   know, temporary licenses you used to get when you were
16   in the process of renewing your licenses now have your
17   ID on them, your photo.
18                   SEN. GALLEGOS:  Senator Williams, I
19   understand what you just told me.  But, you know, I've
20   known some folks that have had their license pulled and
21   have not gone through the process, and there is no photo
22   ID.  All they're given is the sheet of paper that I have
23   right here that they're driving with, 98,184 that are
24   driving with this paper right here, no photo ID.
25                   And it says -- it says here -- well, I'm
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000442
JA_000441

TX_00000442

USA_00015323

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 86 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 93 of 275

87
CONSIDERATION OF SENATE BILL 14 1/25/2011

 1   not going to read it to you.  Just trust me; you can

 2   read it yourself.  It says that this would be used for

 3   identification purposes.

 4                 SEN. WILLIAMS:  Well, thank you, Senator

 5   Gallegos.  And I'm glad that you raised this issue, and

 6   we ought to ask the Department of Public Safety to clear

 7   it up for us.  Thank you.

 8                 SEN. GALLEGOS:  That's why I brought it

 9   up, Senator Williams and Senator Fraser.  That's being

10   done on temporary suspended license, no photo ID.  But

11   on the face of this sheet that DPS has given out, it

12   says that this is for identification purposes.  I just

13   wanted to point that out.  I do have an amendment that I

14   hope you will take, Senator, that alleviates almost

15   100,000 that we know of right now.

16                 SEN. FRASER:  Have you turned that

17   amendment in?  If you get the amendments in so we get a

18   chance to look at them --

19                 SEN. GALLEGOS:  Sure.

20                 SEN. FRASER:  -- I think there's a better

21   chance for, you know, us to understand what you're

22   trying to do.  So if you have an amendment, I would ask

23   you to turn it in.

24                 SEN. GALLEGOS:  Sure.

25                 Thank you, Mr. Chairman.

TX_00000443

USA_00015324

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 87 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 94 of 275

88

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          CHAIRMAN DUNCAN:  Senator Davis.

2          SEN. DAVIS:  Senator Fraser, will you

3  yield for some questions, please?

4          SEN. FRASER:  If you will allow me one

5  second to get some better headsets on.

6          SEN. DAVIS:  I was going to ask you if you

7  could hear me.

8          (Laughter)

9          (Brief pause)

10          SEN. FRASER:  I will now yield.

11          SEN. DAVIS:  Can you hear me okay, Senator

12  Fraser?

13          SEN. FRASER:  Right now I am.

14          SEN. DAVIS:  All right.  A couple of

15  questions for you.  You've talked earlier this morning

16  about both the Supreme Court opinion in the Indiana case

17  and also the Justice Department review of Georgia.  Are

18  you aware that in each of those, there were particular

19  instances that made the acceptance of those particular

20  laws different than yours might be interpreted by those

21  same bodies?

22          SEN. FRASER:  If you don't mind, we've

23  got, you know -- Senator Huffman, I think, is prepared

24  to, you know, answer legal questions.  If you've got a

25  question about a -- do you have specific examples --

TX_00000444

USA_00015325

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 88 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 06/20/12 Page 99 of 275

89
CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1           SEN. DAVIS:  Well, I would --
 2           SEN. FRASER:  -- that you would like to --
 3   and we also, I believe, are going to have someone from
 4   Indiana here this afternoon, and we're also going to
 5   have an invited -- an attorney that will address that.
 6   So if you have specific questions about that, that might
 7   be the appropriate place.
 8           SEN. DAVIS:  Well, I'll read to you from
 9   those in a moment.  But let's start just by talking
10   about what's required on the Texas voter registration
11   application right now.  Right now a person may put their
12   driver's license number or their social security number
13   on their registration application to become a voter in
14   the State of Texas.  Correct?
15           SEN. FRASER:  You've got the data.  And I
16   think probably the best person to ask, and that's the
17   Secretary of State.
18           SEN. DAVIS:  Well, I have it right here.
19   And there are some people who can't provide that
20   information, and there's another opportunity for that
21   person to attest to whom they are, to attest to the fact
22   that they're a legal citizen and not a felon who would
23   be prevented from voting.  And I'm sure the Secretary of
24   State probably has a number that shows to us -- and we
25   will ask for this on the record today -- how many people
```

USA_00015326

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 89 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-5 Filed 05/20/12 Page 90 of 275
90
CONSIDERATION OF SENATE BILL 14 1/25/2011

1  fill out Section No. 9, the attestation clause, versus

2  the people who are able to fill out Section 8, and

3  what's the gulf between that.  Are you aware what the

4  gulf is between those two numbers?

5  SEN. FRASER:  I believe I know the section

6  you're talking about, but I actually would prefer you

7  ask that of the Secretary of State's office.

8  SEN. DAVIS:  Okay.  But I'm asking you.

9  Are you aware -- under your bill that you're proposing,

10  are you aware of what the gulf is, the gap is between

11  those two numbers, the people who are able to provide

12  their driver's license or social security number versus

13  those that fill out the attestation clause, because they

14  don't have either?

15  SEN. FRASER:  When you ask the Secretary

16  of State that question, I will be listening very

17  carefully to make sure that I hear what they say.

18  SEN. DAVIS:  And would you agree that it's

19  probably the case that if I fill out Section 9, the

20  attestation clause, because I can't fill out Section 8

21  with either a social security number or my driver's

22  license number, that I will probably be impacted by a

23  bill that's going to require what your bill requires in

24  order for me to vote?

25  SEN. FRASER:  Again, that would be a good

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000446
JA_000445

TX_00000446
USA_00015327

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  second of the Secretary of State.

2           SEN. DAVIS:  Well, I'm asking you as the

3  bill's author.  Are you concerned that there will be an

4  impact to those people who currently cannot fill out

5  Section 8 but can only fill out the attestation clause

6  in Section 9?

7           SEN. FRASER:  And again, you're making a

8  reference to Section 8 that -- you know, I'm sorry.  I

9  don't -- I'm not -- I don't know what you're referring

10 to.  The Secretary of State is the expert in that area.

11 And when you ask that question, I'll be listening and

12 will, you know, listen to the response.

13          SEN. DAVIS:  Earlier you talked about the

14 Executive Director from the Carter-Baker Commission, and

15 you cited a statistic, that only 1.2 percent of

16 Americans would be affected by a requirement that a

17 photo ID be required.  Correct?

18          SEN. FRASER:  I did make that reference,

19 yes.

20          SEN. DAVIS:  Are you aware that that was

21 limited to a study of only three states, and Texas was

22 not one of them?

23          SEN. FRASER:  Yes, because at that time

24 the Carter-Baker was looking at the states that had

25 issued a photo ID.

TX_00000447

USA_00015328

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. DAVIS:  And would you agree that it
 2   may be the case that if I live in one of those three
 3   states and it's easier for me to get a driver's license
 4   in that state, then I may have a lower percentage of
 5   citizens who don't have a photo ID than another state
 6   might have where it's more difficult to get a driver's
 7   license?
 8              SEN. FRASER:  I'm not advised.
 9              SEN. DAVIS:  Are you aware that even in
10   those states, in the 1.2 percentage number, there was a
11   disparate impact that was found on elderly and women and
12   African-Americans in terms of people who actually had
13   the eligible photo ID that's counted in that percentage?
14              SEN. FRASER:  I'm not advised.
15              SEN. DAVIS:  Does it concern you at all
16   that the bill that we are looking at today, the bill
17   that you filed, might have a disparate impact on women,
18   minorities and senior citizens, possibly disabled people
19   in the State of Texas?
20              SEN. FRASER:  The bill that we're filing
21   today I believe will be approved by the U.S. Supreme
22   Court, and also the bill in Georgia was precleared by
23   the Justice Department.  So I believe our bill will
24   comply with both of those.
25              SEN. DAVIS:  Okay.  Well, I'm going to
```

TX_00000448

USA_00015329

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 92 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 99 of 275

93

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  read to you from the Supreme Court opinion, the U.S.
2  Supreme Court opinion when it was reviewing the Indiana
3  law.
4          They acknowledged that there is evidence
5  in the record, in fact, of which we may take judicial
6  notice that indicates that a somewhat heavier burden may
7  be placed on a limited number of persons by virtue of
8  the photo ID requirement.  They include elderly persons
9  born out of state, persons who, because of economic or
10 other personal limitations, may find it difficult either
11 to secure a copy of their birth certificate or to
12 assemble the other required documentation to obtain a
13 state-issued ID, homeless persons and persons with a
14 religious objection to being photographed.
15          "If we assume, as the evidence suggests,
16 that some members of these classes were registered
17 voters when the Indiana law was enacted, the new
18 identification requirement may have imposed a special
19 burden on their right to vote.  The severity of that
20 burden is, of course, mitigated by the fact that if
21 eligible voters without photo ID may cast provisional
22 ballots, that will ultimately be counted."
23          Are you aware that in the State of
24 Indiana, I can cast a provisional ballot, and the
25 Supreme Court made its decision in terms of whether the

TX_00000449

USA_00015330

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  burden was constitutionally acceptable, based on the
2  fact in Indiana, I can cast a provisional ballot, and if
3  I attest to the fact that I'm unable to pay for the cost
4  of getting the underlying documents to receive a photo
5  ID, that I do not, in voting my provisional ballot, have
6  to show a photo ID?

7            SEN. FRASER:  Senator, my observation is
8  that what you've read from the Supreme Court opinion is
9  a portion of it, but it's a snippet.  And it also
10 continues to say that these do not present an undue
11 burden for the person to vote.

12           SEN. DAVIS:  That's correct.  They said
13 they did not believe that it created a constitutionally
14 prohibited burden, based on the fact that voters in the
15 State of Indiana have the opportunity to vote a
16 provisional ballot even if they don't have a photo ID,
17 if they can show that they were unable to get one,
18 either because of their circumstances as an elderly
19 person or because they're indigent.  Does your bill
20 provide a special exception for people under those
21 circumstances to vote a provisional ballot?

22           SEN. FRASER:  The bill that I'm moving
23 forward I believe will be approved by the U.S. Supreme
24 Court and will be precleared by the Department of
25 Justice.

TX_00000450

USA_00015331

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1              SEN. DAVIS:  Okay.  Let's look at the
2   things that are required in your bill in terms of a
3   photo ID.  And I appreciate what you said earlier.  I
4   think it's true.  I think if you ask anybody on the
5   street that you might walk up to at this moment in time
6   whether they think it's a good idea for someone to show
7   a photo ID in order to vote, they would probably agree.
8   What they might not understand in agreeing with that,
9   though, are what the requirements are going to be in the
10  State of Texas in order for them to comply with that
11  particular requirement, and they also might not
12  appreciate the challenge and the difficulty that some
13  people may have in supplying that.
14             SEN. FRASER:  Senator, this is not rocket
15  science.  The people of your district understand very
16  clearly that when they walk into that voting booth, they
17  have to show a photo ID proving they are who they say
18  they are.  The people in Fort Worth, that area, I have
19  the polling data -- I believe the number is about --
20  around 90 percent.  And of that, that's Republicans and
21  Democrats.  So I believe the people that elected you,
22  sent you down here, have said, "We believe that when you
23  go in to vote, you should show identification to prove
24  you are who you say you are."  It's a very, very simple
25  concept.
```

TX_00000451

USA_00015332

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          SEN. DAVIS:  Are you aware that in the
2   Indiana law and also in the Georgia law, people are
3   allowed to come and vote with a state-issued student ID
4   if they're attending a state university?
5          SEN. FRASER:  I'm not advised.
6          SEN. DAVIS:  And your bill does not allow
7   that kind of a photo ID to be used.  Is that correct?
8          SEN. FRASER:  We have four forms of ID
9   that we have laid out as acceptable.  Those are all
10  recognized acceptable forms of identification that we
11  have recommended.
12         SEN. DAVIS:  And it does not include that,
13  for the record.  Are you also aware that in the Indiana
14  law and in the Georgia law, the ID can be expired and
15  still be utilized, but under the requirements in your
16  bill, that cannot occur?
17         SEN. FRASER:  You know, I think our belief
18  is that someone should have a valid ID that has not
19  expired.  "Expired" implies it is not valid, and we in
20  Texas believe you should have a valid ID.
21         SEN. DAVIS:  What will I do if my driver's
22  license expires the day before I go to vote and I'm not
23  aware of it until I show up at the polling place?
24         SEN. FRASER:  And I would ask you, what
25  would happen if you were driving to the polling place

TX_00000452

USA_00015333

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 96 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 103 of 275

97

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1   with an invalid driver's license?  What would happen?
2               SEN. DAVIS:  I would get a ticket, but I
3   wouldn't be denied my constitutional right to vote as a
4   legal citizen of the United States.
5               SEN. FRASER:  You would not be denied your
6   right to vote.  Under this law and under this bill, as
7   you know, if you walk in with an invalid driver's
8   license, you would be allowed to vote.  It would be a
9   provision vote, and you would be allowed six days to go
10  back to the place that issues driver's license, get a
11  valid license and come back, and your vote would be
12  counted.
13              SEN. DAVIS:  Well, we had a conversation
14  about that earlier in terms of how difficult and
15  challenging -- for some people it actually is -- to be
16  able to comply with that requirement.  But let me ask
17  you for a moment, if I bring in a state-issued Texas
18  driver's license and it expired 30 days ago or 60 days
19  ago or a year ago, how does that fail to prove that I'm
20  the person on the card, simply because it has expired?
21              SEN. FRASER:  Well, I would ask you the
22  same question.  If your driver's license expired 30 days
23  ago, is it acceptable to the patrolman that just stopped
24  you?  It's expired.
25              SEN. DAVIS:  I'm asking you the question.
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000453
JA_000452

TX_00000453

USA_00015334

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 97 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 104 of 275

98

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  The reason that we are advocating or you are advocating

2  for photo ID is so that the person who is receiving my

3  ballot can verify that I am the person casting it.

4  Correct?

5          SEN. FRASER:  Yes.

6          SEN. DAVIS:  And if my driver's license is

7  expired but it's a state-issued driver's license and it

8  has my name and it has my picture on it and my name

9  matches what's on the registrar's -- the precinct rolls,

10  how does that fail to prove that I'm who I am?

11         SEN. FRASER:  I think we go back to the

12  word "valid," do you have a valid Texas driver's

13  license?

14         SEN. DAVIS:  How does it fail to prove

15  that I am who I am?

16         SEN. FRASER:  You don't have a valid Texas

17  driver's license.

18         SEN. DAVIS:  And as I said earlier, in

19  Georgia and in Indiana, under the laws that were deemed

20  acceptable by the Supreme Court and the courts in

21  Georgia received preclearance by the Department of

22  Justice, each of those allows some acceptance of expired

23  IDs.

24             I want to talk a little bit about how

25  difficult if is, because I really think every one of us

TX_00000454

USA_00015335

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 98 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 105 of 275
99
CONSIDERATION OF SENATE BILL 14 1/25/2011

1  in this room needs to appreciate the burden that people
2  have when they're being asked to supply some of the
3  documentation that's required in your bill.  And I've
4  put together a little chart that I just want to go over
5  very quickly.  I won't belabor the point.
6          Can you bring it closer over here, Dan, so
7  I can actually point at it?
8          Thank you.
9          Now, each of us, whether we're in the
10 Senate or the House of Representatives in the State of
11 Texas, we each bring unique backgrounds and perspectives
12 to the table.  And because of our unique backgrounds and
13 perspectives, we're able to represent people in ways
14 that hopefully contribute to a better understanding for
15 each of us in terms of how we can best serve them.
16         Senator Fraser, I came from a fairly
17 challenged background before I arrived on the floor of
18 the Texas Senate.  I had the opportunity to receive an
19 incredible education that ultimately allowed me the
20 privilege of standing here and having a conversation
21 with you today.  But there was a time when I was
22 indigent, there was a time when I was a single mother
23 and I was working a full-time job during the day in
24 Dallas, from which I had to leave my house at 6 o'clock
25 in the morning every morning to arrive at, and I worked

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000455
JA_000454

TX_00000455

USA_00015336

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 99 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 100 of 275
100

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  a part-time job four nights a week waiting tables.
2  If I had been required during that point
3  in time to show some of the ID requirements that are
4  being proposed under your bill, I have to admit to you
5  that I would have been quite challenged in being able to
6  accomplish it.  I had gotten divorced, so my name was
7  different on my state ID than was on the registration
8  rolls.  And so because of that, I would have had to go
9  through the process of trying to get a new state ID.
10 And, honestly, with my schedule, it would have been
11 fairly impossible for me to achieve it.
12 I think it's pretty easy for us to stand
13 on the Senate floor where we are today and the shoes
14 we're in today and say, "Why should that be a problem?"
15 But for people who have to take time off of work and for
16 whom that's an unaffordable idea, it can be a very, very
17 real problem.
18 The other issue, in trying to receive a
19 state ID in the State of Texas is, it's almost a
20 circular process.  In order to get the state ID, you
21 have to have underlying ID that provide you with the
22 opportunity to get that ID.  And I know we're talking
23 right now in the State of Texas about giving free ID to
24 people who come in to the Department of Motor Vehicles
25 and ask for that ID, based on the fact that they want to

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000456
JA_000455

TX_00000456
USA_00015337

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   vote.
 2               But if I can't provide underlying
 3   documentation, I'm going to have to go get that
 4   underlying documentation, and it's going to cost me
 5   money, and I'm concerned about that person.  I'm
 6   concerned that if I need a birth certificate in the
 7   State of Texas, it's going to cost me $23.  I'm also
 8   concerned that I might have a really hard time getting
 9   that birth certificate.  And if you look to see what you
10   can show in order to get it, you see the circularity of
11   the problem.  You can show a driver's license or you can
12   show a state ID.  Well, the reason I need the birth
13   certificate is so I can get my driver's license or my
14   state ID.
15               In order for me to get a birth
16   certificate, I can show a social security card as one of
17   my underlying two documents that are required.  But in
18   order to have a social security card, I've got to have a
19   driver's license or a state ID, so it puts me right back
20   at my original problem.  To get my driver's license or
21   my state ID, I might be able to use a passport.  But in
22   order to use my passport, I'm going to have to have a
23   birth certificate, but I couldn't get my birth
24   certificate because I didn't have a driver's license or
25   a state ID to get my birth certificate.
```

TX_00000457

USA_00015338

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 101 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 108 of 275

102

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    You see the problem?  It's not just the
2  problem of the time one has to take off of work in order
3  to comply with this requirement, it's not just a problem
4  of how much money it costs.  Sometimes it can be a
5  problem of almost a near impossibility for a person to
6  be able to provide the underlying documentation in order
7  for them to go and vote.
8    And my concern about that is, we will
9  disparately impact persons who find greater challenges
10 in fulfilling the underlying documentation requirements;
11 and, yet, we haven't provided anywhere in the bill, as
12 was done in Indiana, a provisional opportunity for
13 someone to come and cast a ballot and say that they were
14 unable to comply with the requirements for a photo ID.
15 Why is that?
16    SEN. FRASER:  Senator, I appreciate the
17 story you just gave.  And I would advise you of the
18 other 31 members here.  There's a lot of people that can
19 tell like stories.  When I was 16 and working on a
20 potato picker in California or when I was 17 working
21 picking cucumbers in Rising Star or when I was 18,
22 picking cotton in West Texas, I figured out a way to
23 have time after work to go get a driver's license,
24 because I really wanted one.  I worked that into the
25 schedule, as I think a lot of people do.

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000458
JA_000457

TX_00000458

USA_00015339

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 102 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 109 of 275

103

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                I think what I would ask you is to give
 2   evidence, either in Indiana or Georgia, of a single
 3   person that has come forward and said that they were
 4   denied their ability to vote because of these
 5   provisions, because in my knowledge, there has not been
 6   a single person that came forward.
 7                SEN. DAVIS:  And again, you know, when you
 8   turn to those two laws, they actually provide some
 9   exceptions that are not provided in your bill, and so
10   the instances in which people were excluded or
11   prohibited from exercising their constitutional right to
12   vote won't have been challenged in the same was as being
13   proposed for the State of Texas under this particular
14   bill.
15                I want to ask you a question about what
16   happens, as a woman, if I come in to vote and I have my
17   state ID, and the name on my state ID is different than
18   my name on the registrar's certificate, because I've
19   either married or divorced.  What will happen in that
20   situation?
21                SEN. FRASER:  The question has already
22   been asked twice.  We will have someone here from the
23   Secretary of State and the DPS that can answer that
24   question for you.
25                SEN. DAVIS:  Okay.  Back to the fiscal
```

TX_00000459

USA_00015340

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 103 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 110 of 275

104

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  note, Senator Fraser.  The fiscal note --
 2              SEN. FRASER:  We've also talked about that
 3  a couple of times.
 4              SEN. DAVIS:  Yes, we did, but I want to
 5  ask this question.  The fiscal note, of course,
 6  described the methodology under which the $2 million
 7  figure was compiled, and it specifically states that it
 8  left out the cost for training poll workers and election
 9  officers.  It specifically states that it left out any
10  cost for coordinating voter registration drives.  It
11  specifically states that it left out the costs of
12  providing the ID cards, all of that because it is an
13  unknown number.
14              SEN. FRASER:  Well, you're making an
15  assumption, and this amount was brought forward by LBB
16  after they talked to the secretary of the State.  The
17  Secretary of State, I think, they can answer that
18  question.  But I disagree that it's unknown.  I believe
19  the Secretary of State and LBB knew exactly what they
20  were doing when they brought it forward, because that's
21  their job.
22              SEN. DAVIS:  Well, it literally says that.
23  It says, "The fiscal impact of the revenue loss from the
24  prohibition of DPS to collect a fee is unknown because
25  it is not known how many people would make such a
```

TX_00000460

USA_00015341

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 104 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 111 of 275

105

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  request."
 2               SEN. FRASER:  And that is a correct
 3  statement.
 4               SEN. DAVIS:  And it also says that the
 5  cost of coordinating voter registration drives or other
 6  activities designed to expand registration is also
 7  unknown, and it also says that the cost for
 8  responsibilities, the training for people who would be
 9  responsible for implementing this is unknown.
10               Now, if I file a bill this session and I'm
11  challenged, based on the fiscal impact of the bill,
12  clearly this session more than any other will be very,
13  very concerned about that.  And the LBB has put a
14  statement on it that they really don't know what the
15  cost is, but intuitively we understand there's going to
16  be a cost.  We'll probably have a conversation about
17  that.  Right?
18               SEN. FRASER:  And I think the conversation
19  you should have should be the Secretary of State in
20  discussing the HAVA funds that the federal government
21  has provided to both Indiana and Georgia for the
22  implementation of their law that we believe will be
23  approved for that, but it has not been approved, because
24  HAVA has clearly said the bill has to be passed before
25  they could pass judgment on whether those funds could be
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000461
JA_000460

TX_00000461

USA_00015342

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 105 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 112 of 275
106

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1   used.  That amount of money is setting in the Secretary
2   of State's office now, and I think that would be a good
3   question to ask them.
4              SEN. DAVIS:  Let me ask a question about
5   the bill itself.  I'm a little confused about a section.
6   This is on Page 5.  I'm reading from Section 8,
7   Subsection (a).  "If the voter's address is omitted from
8   the precinct list under Section 18.005(c), the officer
9   shall ask the voter if the voter's residence, if listed,
10  on ID presented by the voter under Section 63.001(b) is
11  current and whether the voter has changed residence
12  within the county."  What if the answer is "No," what is
13  the election worker to do at that point?
14             SEN. FRASER:  That's a perfect question to
15  ask the Secretary of State.
16             SEN. DAVIS:  It's your bill, though,
17  Senator Fraser, and the language is here.  And there is
18  no guidance for someone -- if we were to vote on a bill
19  like this, how are we to know how a situation like that
20  would be handled if it's not addressed in the bill?
21             SEN. FRASER:  Senator, I'm sure you're
22  aware through -- the past session, you were here.
23  You're reading current law.  There is one change there
24  where we insert "presented by the voter under Section
25  63.001," which is the description I think of the photo
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000462
JA_000461

TX_00000462

USA_00015343

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 106 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 113 of 275
107

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   ID.  But basically that is current law, and I think it
 2   would be a good thing to ask the Secretary of State.
 3   Everything you've read is current law.
 4                SEN. DAVIS:  Well, it's not current law,
 5   because it changes it from the difference being on the
 6   voter registration certificate versus being on the
 7   person's ID.  What I'm concerned about is that if I come
 8   in with an ID and my address has changed and I have the
 9   correct address on the precinct list that's different
10   than what's on my ID, that a poll worker might actually
11   reject my opportunity to vote, because the address on my
12   ID is showing differently than is showing on the
13   precinct list.
14                SEN. FRASER:  And the good thing about
15   that is, these HAVA funds that we're going to request
16   will also train poll workers to make sure they
17   understand it.  The ruling would be made by the
18   Secretary of State, and they will train them how to do
19   that, and I feel very comfortable that you would get to
20   vote.
21                SEN. DAVIS:  Well, I'm glad you feel very
22   comfortable, Senator Fraser.  I remain very, very
23   concerned about the number of people under the very
24   severe restrictions that are imposed by the bill you
25   have proposed.  I'm very concerned about the number of
```

TX_00000463

USA_00015344

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 107 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 114 of 275

108

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1   people who may be impacted by it.  And I understand and

 2   agree with you, that assuring that voter fraud is not

 3   occurring is very, very important, and it's a

 4   conversation we should be having and a cure we should

 5   all attempt to find.

 6              But in the process, I'm very afraid that

 7   we're going to wind up disenfranchising people who

 8   currently are legal citizens in the State of Texas who

 9   have the legal opportunity to vote and are going to be

10   denied the right for that right under your bill as it's

11   proposed today.

12              SEN. FRASER:  And I believe our bill will

13   be approved by the U.S. Supreme Court and approved in

14   Section 5 by the Department of Justice.

15              Thank you.

16              SEN. DAVIS:  Thank you.

17              CHAIRMAN DUNCAN:  Senator West.

18              SEN. WEST:  Thank you very much,

19   Mr. Chairman.  I would like to ask the author a couple

20   of questions.

21              Senator Fraser, good morning, sir.

22              SEN. FRASER:  I think we commented about

23   the Barry White voice last year.  I was reading the

24   deposition.

25              SEN. WEST:  That was actually Billy Ocean,

TX_00000464

USA_00015345

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 108 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 115 of 275

109

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   which both of us like.
 2                SEN. FRASER:  Both of us do like.  I
 3   agree.
 4                SEN. WEST:  Now, we're not going to have
 5   any unfunded mandates on counties, are we?  This bill
 6   would not occasion any unfunded mandates on counties.
 7                SEN. FRASER:  This bill?
 8                SEN. WEST:  Yes, this bill that you're
 9   proposing.  The counties will not have to pick up any of
10   this cost -- is that correct -- because that would be an
11   unfunded mandate?  And I know you are not for unfunded
12   mandates.  Right?
13                SEN. FRASER:  I am not for -- I'm opposed
14   to unfunded mandate, but I'm not advised of whether it
15   would be --
16                SEN. WEST:  So you can tell counties, you
17   can tell all county officials in the sound of my voice
18   and your voice that there will be no unfunded mandates
19   in this bill and counties will not have to spend any
20   money that they don't have right now to implement this
21   particular bill.  Correct?
22                SEN. FRASER:  I had my largest county,
23   Bell County, in my office last week, and I told Judge
24   Burrows at that time that I'm opposed to unfunded
25   mandate and, you know, we'll do everything we can to
```

TX_00000465

USA_00015346

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 109 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 110 of 275
110

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   keep them off the counties.
 2                SEN. WEST:  So you're telling county
 3   officials there are no unfunded mandates coming from
 4   this bill?
 5                SEN. FRASER:  I didn't say that.
 6                SEN. WEST:  So there may be unfunded
 7   mandates coming from this bill?
 8                SEN. FRASER:  Not advised.
 9                SEN. WEST:  So let me back up.  And I want
10   to pursue this just a minute now.  You philosophically
11   are not for unfunded mandates.  Right?
12                SEN. FRASER:  That's a correct statement.
13                SEN. WEST:  That is a correct statement.
14   And you, by your action in previous legislatures, have
15   made certain that you have not passed any bills that
16   would provide for unfunded mandates on the counties.
17   Right?
18                SEN. FRASER:  I have made an effort not to
19   vote, if possible.
20                SEN. WEST:  Okay.  Now, in this particular
21   bill, it is your objective to make certain that there
22   are no unfunded mandates on any county in this entire
23   state.  Is that correct?
24                SEN. FRASER:  I'm not advised.
25                SEN. WEST:  You're not advised as to what
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00000466

USA_00015347

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 110 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 117 of 275

111
CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1   your objective is?
2                 SEN. FRASER:  No.  My philosophy is that I
3   do everything I can trying to keep any unfunded
4   mandates.  I'm not advised of how they would be
5   impacted.
6                 SEN. WEST:  All right.  So you can't tell
7   county officials that there are not unfunded mandates in
8   this bill?
9                 SEN. FRASER:  Well, as you know, a lot of
10  times there's unintended consequences, and we don't know
11  until it's passed, the impact.
12                SEN. WEST:  It was your bill, though.
13  This is your bill.  You don't know --
14                SEN. FRASER:  My bill says that --
15                SEN. WEST:  I'm just --
16                SEN. FRASER:  -- when you walk into the --
17                SEN. WEST:  I'm just trying to find out
18  whether or not county officials are going to have to
19  pick up any of the cost in terms of putting this bill
20  into effect.  You tell me.  Tell the county officials
21  that there are no unfunded mandates in this bill.  Tell
22  them.
23                SEN. FRASER:  I'm not advised.
24                SEN. WEST:  So what you're telling county
25  officials, that you're not advised as to whether or not
```

TX_00000467

USA_00015348

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 111 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 118 of 275
112

1   there is any unfunded mandates in this bill.  Correct?
2                SEN. FRASER:  I'm sure that there's
3   probably an expert witness coming.  You probably can ask
4   a question.  Someone, or someone may be coming to
5   testify about that, but --
6                SEN. WEST:  All right.  Let's talk about
7   expert witnesses.  Did you ask for the fiscal note in
8   this bill?
9                SEN. FRASER:  I'm sorry?
10               SEN. WEST:  Did you ask for the fiscal
11  analysis in this bill -- the fiscal note?
12               SEN. FRASER:  No.  I think the committee
13  chairman did.  I believe the -- there is a fiscal note
14  requested.  I did not request it.
15               SEN. WEST:  Did you review the fiscal
16  note?
17               SEN. FRASER:  The fiscal note was handed
18  to me.  I read the fiscal note.  I guess reviewing it,
19  yes, I read it.
20               SEN. WEST:  Okay.  Go to the local
21  government impact section of it, Page 2 of 3, down at
22  the bottom.
23               SEN. FRASER:  Yes.
24               SEN. WEST:  Okay.  Second paragraph,
25  "According to Texas Association of Counties, Tarrant

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 112 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 119 of 275

113

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  County anticipated a one-time cost to reprint
2  provisional balloting materials and provides new
3  notices, of $8,000.  Bexar County stated that due to
4  limited space on current registration certificate, large
5  cards would be necessary, resulting in additional costs
6  for cards, printing and postage of $381,000," et cetera.
7            Is that a cost that is going to be picked
8  up by the state or is that going to be a cost that's
9  going to be occasioned by the counties?
10           SEN. FRASER:  Senator, you're on the
11  Finance Committee.  You helped with proposing the draft
12  bill, and then you will be voting on the bill coming out
13  of the committee that you send to us, so I think you
14  would be better to answer that.  My job is to pass the
15  bill.  The implementation of the bill, then, and the
16  cost will have to be considered by the Finance
17  Committee.
18           SEN. WEST:  So let me make sure that I
19  understand this, then.  The answer to that question is,
20  you don't know.  So if we don't appropriate that
21  money -- that being the Legislature doesn't appropriate
22  that money -- then that's an unfunded mandate.  Correct?
23           SEN. FRASER:  My job is to bring the bill
24  forward, put it before the membership, advise what the
25  bill will do.  And then if there's a fiscal impact --

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000469
JA_000468

TX_00000469

USA_00015350

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 113 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 120 of 275

114

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                   SEN. WEST:  Advise what the bill will do?
 2                   SEN. FRASER:  The bill is going --
 3                   SEN. WEST:  Is that your job?  Didn't you
 4      just say part of your job is to advise what it will do?
 5                   SEN. FRASER:  Yes.  What it's going to do
 6      is that when you walk into --
 7                   (Simultaneous discussion)
 8                   SEN. WEST:  So I'm asking you --
 9                   SEN. FRASER:  -- in Oak Cliff and want to
10      vote, you're going to have to show your smiling face --
11                   SEN. WEST:  And I'm asking what it will
12      do.  I'm asking what it will do in terms of unfunded
13      mandates right now.
14                   SEN. FRASER:  Not advised about unfunded
15      mandates.
16                   SEN. WEST:  Not advised.  So where will
17      the counties get this money under the local impact --
18                   (Simultaneous discussion)
19                   SEN. FRASER:  And I think that's going to
20      be your responsibility as a member of Finance.
21                   SEN. WEST:  Do you know -- then let me ask
22      this question.  Do you know where the county will get
23      the money from, counties will get that money from?
24      Under the local government impact, do you know where the
25      counties will get that money from?
```

TX_00000470

USA_00015351

Case 2:13-cv-00193 Document 660-7 Filed on 11/11/14 in TXSD Page 114 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 121 of 275

115

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. FRASER:  You're asking me a question.
 2   No, I do not know --
 3              SEN. WEST:  Okay.  Thank you.  Now, as it
 4   relates to -- this bill, plus the costs that we don't
 5   know, you've said repeatedly that it's going to cost at
 6   least $2 million.  And we know, based on the fiscal
 7   note, that there's still some undetermined cost.
 8              SEN. FRASER:  I have not said one time
 9   that it's going to cost $2 million.  I've said there is
10   a fiscal note that has been projected, but there are
11   dollars in the HAVA fund, federal funds, that are
12   setting in the Secretary of State's office that far
13   exceed that number.  And I think the Secretary of State
14   probably will let us know what that is.  So there is a
15   pot of money there that we believe will help offset some
16   of the associated expenses.  I do not believe the cost
17   will be $2 million.
18              SEN. WEST:  Now, the HAVA funds, is that
19   general revenue or is that federal funds?
20              SEN. FRASER:  Federal funds.
21              SEN. WEST:  Okay.
22              SEN. FRASER:  And I believe I'm right, but
23   again, I would ask that question of the Secretary of
24   State if I were you.
25              SEN. WEST:  Okay.  Well, as it relates to
```

TX_00000471

USA_00015352