CONSIDERATION OF SENATE BILL 14 1/25/2011

1  general revenue, now, as I understand and as I've used

2  the term "general revenue" over the last 17 years I've

3  been here -- and maybe Senator Ogden or someone else on

4  the Finance Committee can correct me if I'm wrong --

5  general revenue basically means state funds -- right --

6  monies that we get from state --

7            SEN. FRASER:  You are the member of

8  Finance.

9            SEN. WEST:  Well, let me -- general

10 revenue -- okay.  Well, then, take my word for it;

11 that's what it means.  It means monies that we receive

12 from tax revenues in the State of Texas, not HAVA funds

13 but revenues from taxes and revenues that are -- and

14 sources of revenues that we get from citizens in the

15 State of Texas.  And that's what this deals with, it is

16 specifically general revenue-related funds, not HAVA

17 funds.  HAVA funds are federal funds.  So let's make

18 sure -- in terms of my questions, that's the distinction

19 that I'm making.

20            SEN. FRASER:  Well, the distinction you're

21 not making is that if the HAVA funds are not available,

22 yes, there would be a cost to the state.  But if HAVA

23 funds are available, it would offset that cost to the

24 state.

25            SEN. WEST:  Where do you see that in this

TX_00000472

USA_00015353

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 2 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 123 of 275

117

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   fiscal note?
 2              SEN. FRASER:  It's not in that.  That's
 3   conversation --
 4              SEN. WEST:  Then how are you making that
 5   statement, if it's not in this fiscal note?  There's
 6   nothing in the fiscal note that says that.
 7              SEN. FRASER:  Mr. Chairman?
 8              CHAIRMAN DUNCAN:  Senator Fraser.
 9              SEN. FRASER:  Could I please enter into
10   the record -- this is information coming that is
11   addressing the questions he's talked about addressing
12   HAVA.  I would like to have this added as an exhibit,
13   please.
14              CHAIRMAN DUNCAN:  Bring it forward to the
15   Secretary, if you would, and we'll need to --
16              SEN. WEST:  May we approach on it, Your
17   Honor -- Your Honor -- may we approach on it,
18   Mr. Chairman?
19              CHAIRMAN DUNCAN:  You may.
20              (Brief pause)
21              SEN. FRASER:  Mr. President?
22              CHAIRMAN DUNCAN:  Senator Fraser, if
23   you'll hold on just a minute.  I'm going to allow --
24   we're already premarked a couple of exhibits.  And so
25   just in order to keep the record flowing correctly, I'm
```

TX_00000473

USA_00015354

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 3 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 124 of 275

118

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  going to recognize Sen. Van de Putte at this point to

2  introduce a motion in writing.

3              Senator Van de Putte.

4              SEN. VAN de PUTTE:  Thank you,

5  Mr. Chairman.  And thank you, Chairman, and the bill

6  author, to yield so that I can move that all actions

7  taken by the Senate on the 81st Legislature on Senate

8  Bill 362, as contained in the official Senate Journal,

9  be included in the record as Exhibit 2.  The Senate

10 Journal excerpts shall include motions, remarks, written

11 responses, exhibits and any other material directly

12 related to Senate Bill 362.

13             Mr. Chairman, I move this motion in

14 writing.

15             CHAIRMAN DUNCAN:  Members, you've heard

16 the motion.  Is there any objection?

17             The Chair hears none.  Exhibit 2 will be

18 received into the record.

19             (Exhibit No. 2 marked and admitted)

20             CHAIRMAN DUNCAN:  Now, Senator Fraser,

21 you're recognized on Exhibit 3, I believe.

22             SEN. FRASER:  And, members, just to

23 clarify, what we're entering here is the answer to the

24 question that we've been discussing.  It is a letter

25 from the Secretary of State, Hope Andrade, saying that

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 4 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 125 of 275

119

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   the $2 million we're discussing, there is sufficient
 2   HAVA funds allocated to voter education and poll worker
 3   training that would cover this expense that is
 4   available.
 5              Also, in addition to your question, we
 6   have been advised by other counties saying they do not
 7   expect more than a nominal cost for counties, existing
 8   staff and resources should be sufficient to implement
 9   the new law.
10              And I would request this be entered into
11   the record.
12              CHAIRMAN DUNCAN:  Members, Senator Fraser
13   sends up Exhibit No. 3.  It will be received into the
14   record.
15              (Exhibit No. 3 marked and admitted)
16              CHAIRMAN DUNCAN:  Senator Fraser, you
17   still have the floor.  Senator West, Senator has yielded
18   to you for questions.
19              And before we do that, before we do that,
20   let me make an announcement.  We typically adjourn 30
21   minutes ahead of session in order to allow the sergeants
22   and secretary to prepare for the Senate session.  So at
23   10:30, I'll recognize a member on a motion to rise and
24   report progress.  So if you can watch the clock.  It
25   doesn't mean we're going to cut you off, it just means
```

TX_00000475

USA_00015356

Case 2:13-cv-00193-RMC-DST-RLW Document 660-8 Filed on 11/11/14 in TXSD Page 5 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 126 of 275

120

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   at that point in time, we'll have to cease until we

2   finish the Senate session.

3            SEN. WEST:  Thank you, Mr. Chairman.

4            Senator Fraser?

5            SEN. FRASER:  Yes.

6            SEN. WEST:  Okay.  So you've admitted this

7   as part of the record.  So these are federal funds and

8   not general revenue.  Is that correct?

9            SEN. FRASER:  No.  Those are federal

10   funds, as I understand it, yes.

11            SEN. WEST:  It's not general revenue?

12            SEN. FRASER:  Yes.

13            SEN. WEST:  Okay.  And the certainty of it

14   is still up in the air.  Based on this document from the

15   Secretary of State, they still have to confirm that the

16   funds can, in fact, be used for this particular purpose?

17            SEN. FRASER:  That is correct, and that's

18   what I advised earlier, is that HAVA has said until the

19   passage of the bill, they would not rule, but the funds

20   have been used before in Indiana and Georgia, and it is

21   expected that we will be able to use them here.

22            SEN. WEST:  Okay.  Now, you had made

23   mention also that you've talked to some other counties

24   and that there won't be any unfunded mandates on those

25   counties?

TX_00000476

USA_00015357

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. FRASER:  You didn't read the rest of
 2   the fiscal note, is that Comal County reported the costs
 3   associated with the provision would be absorbed within
 4   existing revenues.  You gave one example, but I think
 5   most of the counties expect this to be a nominal cost
 6   and that they have existing staff and resources --
 7              SEN. WEST:  And then --
 8              SEN. FRASER:  To handle this.
 9              SEN. WEST:  I'm sorry.  You said most of
10   the counties.  You've given examples of three.  You said
11   most of the counties.  Is --
12              SEN. FRASER:  Do you have evidence from
13   others?  I --
14              SEN. WEST:  There's 254 counties, and
15   you've just made a statement that most of the counties
16   have said they can absorb it within their normal --
17              SEN. FRASER:  I said I do not expect it to
18   be more than a nominal cost.
19              SEN. WEST:  But otherwise -- now Bexar
20   County is saying it's going to be over $380,000.  That's
21   not a nominal cost, is it?
22              SEN. FRASER:  Well, I guess that's
23   something you should consider in the Finance Committee.
24   They have a huge budget, and in --
25              SEN. WEST:  Who has a huge budget?
```

TX_00000477

USA_00015358

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 7 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 128 of 275

122

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    SEN. FRASER:  The large counties.

2    SEN. WEST:  I'm sorry?

3    SEN. FRASER:  The large counties.

4    SEN. WEST:  They have huge budgets?

5    SEN. FRASER:  Yes.  And you will have to

6    make that decision.

7    SEN. WEST:  They don't have budget

8    shortfalls in large counties?

9    SEN. FRASER:  If I were you, then I would

10   discuss that with the chairman --

11   SEN. WEST:  But the reality is, the

12   reality is, is that if -- and I won't belabor the

13   point -- the reality is, if those counties will have to

14   fund this out of existing revenue from their budgets,

15   it's going to be an unfunded mandate on them if the

16   state does not appropriate the money.  Is that correct?

17   SEN. FRASER:  Yes.  It is expected that it

18   will be a nominal cost for counties.  Existing staff and

19   resources should be sufficient to implement the new law.

20   SEN. WEST:  And where are you getting that

21   from?

22   SEN. FRASER:  From the sheet here.  If

23   you'll follow, Comal County reported the cost associated

24   with the provision of the bill should be absorbed within

25   existing revenues.

TX_00000478

USA_00015359

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  SEN. WEST: But that's Comal County.

2  That's not Travis County, that's not Harris County,

3  that's not Bell County or any of the other counties.

4  That's Comal County. Comal County is not indicative of

5  all of the counties in the State of Texas, is it?

6  SEN. FRASER: I think what you should do,

7  then, is get 254 counties, if you'll call them all and

8  get that number and --

9  SEN. WEST: Okay. Well, I mean, it's your

10  bill.

11  (Simultaneous discussion)

12  SEN. FRASER: -- Finance.

13  SEN. WEST: And the reality is, if it's an

14  unfunded mandate, you're responsible for it if this bill

15  passes. Now, let me ask you this: The $2 million, the

16  $2 million that you're talking about, if it does not

17  come from HAVA funds, then it's going to have to come

18  from general revenue. Is that correct?

19  SEN. FRASER: I'm not advised. I'm not a

20  member of Finance; you are. And I think that would be a

21  decision of Finance.

22  SEN. WEST: Let's talk about just sections

23  of the bill. Specifically, the issue concerning -- and

24  I think you and Senator Davis have gone over this. And

25  I'm on page, in Section 7 of the bill, specifically (c)

TX_00000479

USA_00015360

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   and (d).  Let me know when you're with me on it.

 2                 SEN. FRASER:  What page are you on?

 3                 SEN. WEST:  I'm in Section 7 of the bill.

 4                 SEN. FRASER:  That's Section 11.

 5                 Six, 7.  Okay.  Got it.  Okay.

 6                 SEN. WEST:  Okay.  As relates to -- let's

 7   talk about the election officer.  Now, what's the

 8   definition of the election officer?

 9                 SEN. FRASER:  That would be a good

10   question to the Secretary of State.

11                 SEN. WEST:  So you don't know what an

12   election officer is?

13                 SEN. FRASER:  I've got a witness, you

14   know, an expert witness coming in that -- you know, I

15   think I do, but it would be improper for me to answer.

16   I've got an expert person you can ask.

17                 SEN. WEST:  Let me ask this:  Did you rely

18   on the Secretary of State's office in helping to draft

19   this bill?

20                 SEN. FRASER:  We have had a lot of

21   discussion with the Secretary of State's office over the

22   last three years in the process of drafting bills.

23                 SEN. WEST:  So you don't know what an

24   election officer is?

25                 SEN. FRASER:  I didn't say I don't know
```

TX_00000480

USA_00015361

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 10 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 131 of 275
125

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   what the election officer is.  But the Secretary of
 2   State is coming, and it would be improper for me to
 3   answer that if we have an expert witness that can answer
 4   it, you know, for sure.
 5              SEN. WEST:  So it would be improper for
 6   you to answer what an election officer is?
 7              SEN. FRASER:  No.  We've got an expert
 8   witness that would be the better person to ask.
 9              SEN. WEST:  Okay.  In terms of what an
10   election officer is in your bill.  Okay.
11              As it relates to Section (d), you say
12   that, "If the voter's name is on the precinct list of
13   registered voters and the voter's identity can be
14   verified from the documentation presented under
15   Subsection (b), the voter shall be accepted for voting."
16   But if, indeed -- and the election officer is to make
17   that determination.  Is that correct?
18              SEN. FRASER:  Again, that's a great
19   question to ask the Secretary of State's office.
20              SEN. WEST:  How does your bill work?  Tell
21   us how your bill works.
22              SEN. FRASER:  You know, it's a --
23              (Simultaneous discussion)
24              SEN. WEST:  I mean, would that be a great
25   question to ask the Secretary of State?
```

TX_00000481

USA_00015362

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 11 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 132 of 275
126

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. FRASER:  It's a great concept.  You
 2   walk in in Oak Cliff to vote.  And if you're in the
 3   right precinct and your name is on the list and you pull
 4   out your driver's license and you show it to them and
 5   your smiling face on your driver's license matches
 6   you --
 7              SEN. WEST:  Well, let me --
 8              SEN. FRASER:  -- I think they're going to
 9   hand you a ballot and allow you to vote.
10              SEN. WEST:  Then let me ask you this:  My
11   last name is spelled W-e-s-t.  Suppose there's some
12   typographical error where they spelled it W-e-s, but
13   it's me.  I have an ID, but my name is misspelled.  What
14   happens then?  I have to vote a provisional ballot?
15              SEN. FRASER:  I think that would be a good
16   question for the Secretary of State, because I think
17   they will cover that in the training with the election
18   officials you're discussing.
19              SEN. WEST:  What is your, intent, Senator?
20              SEN. FRASER:  My intent is that the
21   Secretary of State would make a ruling on that.
22              SEN. WEST:  Under those circumstances,
23   what would be your intent, as the author of this bill?
24   If my name is W-e-s-t but there is a typographical error
25   someplace and it's W-e-s, what is the intent.  Give the
```

TX_00000482

USA_00015363

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 12 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 135 of 275
127

CONSIDERATION OF SENATE BILL 14 1/25/2011

1 record your intent as the author of this bill.

2            SEN. FRASER: My intent, as the author of

3 the bill, is that I'm going to give the authorization to

4 the Secretary Of State to make a ruling and train the

5 poll workers so that it would be clear that they're

6 allowing the proper person to vote.

7            SEN. WEST: They're allowing the proper

8 person to vote. So in that circumstance, would it be up

9 to the election officer there to determine whether I'm

10 the same person --

11            SEN. FRASER: I think it would be up to

12 the Secretary of State --

13            SEN. WEST: Let me finish; let me finish.

14            -- whose last name is W-e-s, but my

15 identification says W-e-s-t, and I'm presenting that, it

16 would be up to that election worker. Right?

17            SEN. FRASER: I think that would be a

18 great question to ask the Secretary of State.

19            SEN. WEST: But what's your intent,

20 though? I'm just asking your intent. I can't ask the

21 Secretary of the Senate what's your -- I mean, Secretary

22 of State what your intent is.

23            SEN. FRASER: I intend to --

24            (Simultaneous discussion)

25            SEN. WEST: You've got to manifest your

TX_00000483

USA_00015364

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 13 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 134 of 275

128

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    intent so the Secretary of State will know, have some
2    guidance in terms of how this bill should be
3    implemented.  Don't you agree, as the author of the
4    bill?
5              SEN. FRASER:  My intent is to give the
6    Secretary of State the authorization to determine the
7    rules, train the poll workers.  They would make a
8    determination on that.
9              SEN. WEST:  So the poll worker in this
10   instance would be the election officer?  I have to ask
11   the Secretary of State?
12             SEN. FRASER:  You need to ask the
13   secretary of State.
14             SEN. WEST:  Okay.  Poll workers, let's
15   talk about poll workers.  How much do we pay poll
16   workers?
17             SEN. FRASER:  That would be a good
18   question to ask the Secretary of State.
19             SEN. WEST:  Okay.  What's the minimum
20   wage?  I would ask the Secretary of State?
21             SEN. FRASER:  What does that have to do
22   with this bill?
23             SEN. WEST:  I mean, I'm just trying to
24   understand exactly how much we pay our poll workers.
25             SEN. FRASER:  Again, Senator, you're

TX_00000484

USA_00015365

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 14 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 135 of 275

129

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  asking the question.  I would suspect probably poll
 2  workers may be paid different from one county to
 3  another.  And it's an area -- I think that that's a good
 4  question of the Secretary of State.
 5              SEN. WEST:  Okay.  Now, you keep referring
 6  to the Secretary of State.  But in the bill analysis,
 7  doesn't it also say that this bill does not expressly
 8  grant any additional rulemaking authority to the state
 9  office -- to a state officer, institution or agency?
10  Does it say that?  Do I have to ask the Secretary of
11  State about that also?
12              SEN. FRASER:  Senator, I'm sorry.  I'm not
13  advised.  I do not have a bill analysis.  Do you have
14  one in front of you you would like show me?
15              SEN. WEST:  I do.  Look under "Rulemaking
16  Authority."
17              SEN. FRASER:  We don't have it.
18              SEN. WEST:  You don't have a -- okay.  In
19  the bill analysis, what it says is that this bill does
20  not expressly grant any additional rulemaking authority
21  to a state officer, institution or agency?
22              SEN. FRASER:  Isn't that standard language
23  that's put on every bill?
24              SEN. WEST:  I don't know.  But what I'm
25  asking you is --
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000485
JA_000484

TX_00000485

USA_00015366

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 15 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 136 of 275

130

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. FRASER:  You don't know?
 2              SEN. WEST:  -- given the fact that you are
 3   deferring everything to the Secretary of State, are you
 4   going to put some additional language in the bill that
 5   provides the Secretary of State some additional
 6   rulemaking?
 7              SEN. FRASER:  I think the key word there,
 8   this does not provide any additional.  I think it's
 9   assumed that the Secretary of State has that ability
10   under current ability we've given the Secretary of
11   State.
12              SEN. WEST:  Let me ask this, Senator
13   Fraser.  Okay.  All right.  You can't give me what your
14   intent is in that situation.  I'll just take that for
15   granted.
16              You have made reference to the Carter-
17   Baker Commission and recommendations.  Is that correct?
18              SEN. FRASER:  I want to make an
19   observation here for Senator Whitmire.  If you'll look
20   up, it is filling up, so there must be someone concerned
21   about the legislation we're talking about.
22              What was the question?
23              SEN. WHITMIRE:  Lubbock.
24              SEN. FRASER:  While Senator West gathers
25   himself, I'll tell you that those are the great people
```

TX_00000486

USA_00015367

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 16 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 137 of 275

131

CONSIDERATION OF SENATE BILL 14 1/25/2011

1 from West Texas, the City of Lubbock. And they are

2 great voters and very concerned. And I've seen the

3 polling data that shows that West Texas was the highest

4 percentage of people that believe that they should show

5 their ID whenever they show up to vote. I'm really glad

6 to have them at my back.

7          Go ahead.

8          SEN. WEST: Do I need to ask the Secretary

9 of State about that, too, or what?

10          SEN. FRASER: You could. These people

11 respect the opinion of the Secretary of State, and they

12 probably have already asked.

13          SEN. WEST: Okay. Senator Fraser, a

14 couple of things. As it relates to the Carter-Baker

15 Commission, you've talked about the recommendations, and

16 you are following the recommendations that came out of

17 that commission. Is that correct?

18          SEN. FRASER: No. I filed a piece of

19 legislation that I believe will be approved by the U.S.

20 Supreme Court and will be cleared by the Department of

21 Justice.

22          SEN. WEST: Okay. Let me ask you this:

23 Have you made mention of the Carter-Baker Commission?

24          SEN. FRASER: I have made references a

25 couple of times of things that they mentioned in their

TX_00000487

USA_00015368

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 17 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 138 of 275

132

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   report.

2               SEN. WEST:  Of the recommendations that

3   they mentioned, did you incorporate any of those in your

4   bill?

5               SEN. FRASER:  My bill is a bill I believe

6   that will be approved by the U.S. Supreme Court and be

7   approved by the Department of Justice and will --

8               SEN. WEST:  So the answer to the question

9   is what?  Did you incorporate any of the recommendations

10  from the Carter-Baker Commission in your bill?

11              SEN. FRASER:  The bill that we're filing

12  is a bill that I believe will be approved by the U.S.

13  Supreme Court and be approved by the Department of

14  Justice.

15              SEN. WEST:  So the answer to the question

16  is?

17              SEN. FRASER:  That we're filing a bill

18  that's going to be approved by the U.S. Supreme Court.

19              SEN. WEST:  Well, that wasn't the question

20  asked.  The question asked, did you incorporate any of

21  the recommendations in the Carter-Baker Commission in

22  your bill?  That was the question I asked.

23              SEN. FRASER:  I read the Carter-Baker

24  report.  And you know, obviously, I'm aware of the

25  things they're recommending.  But the bill that I've

TX_00000488

USA_00015369

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 18 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 139 of 275

133

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   drafted is based on the fact that whenever you walk in
 2   to vote, I want you to show an ID proving you are who
 3   you say you are, and I believe that bill will be
 4   approved by the U.S. Supreme Court.
 5              SEN. WEST:  So you don't know whether you
 6   did or not.  Is that the answer to my question?
 7              SEN. FRASER:  My answer is, the bill that
 8   we filed, that we brought forward, is a bill that
 9   clearly says that whenever you vote, you need to show
10   your ID, and I believe that bill will be approved by the
11   U.S. Supreme Court.
12              SEN. WEST:  Was that one of the
13   recommendations of the commission?
14              SEN. FRASER:  I'm not advised.
15              SEN. WEST:  But you made reference to it
16   as a predicate for why this particular bill --
17              SEN. FRASER:  No.  I made a reference to
18   comments that were made by the Carter-Baker Commission.
19              SEN. WEST:  What were those comments that
20   you made?
21              SEN. FRASER:  If you want to go over it
22   again, I can do my opening statement again if you would
23   like.
24              SEN. WEST:  No, just the comments from the
25   Carter-Baker Commission.
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000489
JA_000488

TX_00000489

USA_00015370

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 19 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 140 of 275

134

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. FRASER:  Carter-Baker Commission,
 2   bipartisan -- Carter-Baker Commission affirms the
 3   danger.  Elections are at the heart of the democracy.
 4   "Americans are losing confidence in the fairness of
 5   elections, and while we do not face a crisis today, we
 6   need to address the problems of our electoral system."
 7              The Carter-Baker Commission concluded at
 8   the end of the day, there's considerable national
 9   evidence of in-person voter fraud.  And regardless of
10   whether one believes that voter impersonation is
11   widespread or relatively rare, there can be no serious
12   dispute that it is a real effect, can be substantial
13   because, in a close election, even a small amount of
14   fraud could make a margin of difference.
15              SEN. WEST:  Okay.
16              SEN. FRASER:  That was my reference to the
17   commission.
18              SEN. WEST:  Okay.  Did they also
19   recommend, though, that we should use some sort of
20   mobile strategy, mobile strategy in order to get
21   vehicles out to different locations to --
22              SEN. FRASER:  I didn't reference that.
23              SEN. WEST:  No.  I said did they also
24   recommend that, though?
25              SEN. FRASER:  I'm sorry.  I'm not advised.
```

TX_00000490

USA_00015371

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 20 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 141 of 275

135

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   I didn't reference that.
 2               SEN. WEST:  Okay.  But if they did make a
 3   recommendation that we should do everything we can to
 4   make certain people are registered to vote, you would
 5   support that, wouldn't you?
 6               SEN. FRASER:  The bill I'm filing, that
 7   I'm filing today --
 8               SEN. WEST:  No.  That's not --
 9               SEN. FRASER:  -- very clearly says that I
10   think it will be approved by the U.S. Supreme Court and
11   approved by the Department of Justice.
12               SEN. WEST:  And we need to ask the
13   Secretary of State.  Okay.  I understand that.  But what
14   I'm asking is, you would agree that if we are trying to,
15   quote unquote, purify our election process, that we
16   should do everything we can in order to make certain
17   people are registered to vote.  Wouldn't you agree with
18   that?
19               SEN. FRASER:  I think probably when the --
20               SEN. WEST:  Well, you would not agree with
21   that?
22               SEN. FRASER:  If you'll allow me to make a
23   statement.
24               SEN. WEST:  Sure.
25               SEN. FRASER:  I think when DPS comes up, I
```

TX_00000491

USA_00015372

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 21 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 142 of 275

136

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1    think there's going to be a lot of discussion about what
 2    can they do in the form of either making it easy for
 3    people to sign up and/or even, maybe even a temporary
 4    van for an area that Senator Uresti had talked about in
 5    far West Texas.  Those people that are, you know,
 6    100 miles from the nearest location, maybe there's a way
 7    to accommodate that.  So I think the answer to your
 8    question is, I'm anxious to hear the response of the
 9    Department of Safety of what they're either able and/or
10    willing to do.
11                SEN. WEST:  And let's assume that they are
12    able and willing to do more than your bill permits.
13    Would you support an amendment that would enable them to
14    do what they're able to do in order to --
15                SEN. FRASER:  Have you prefiled that
16    amendment and have I had a chance to look at it?
17                SEN. WEST:  No.  I'm asking you a question
18    right now.
19                SEN. FRASER:  And I'm asking you, have you
20    filed your amendment?
21                SEN. WEST:  Well, you basically said, sir,
22    that you have to wait -- we have to wait until you hear
23    their testimony before we can make a determination as to
24    whether or not they're --
25                SEN. FRASER:  No, I can't tell you --
```

TX_00000492

USA_00015373

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 22 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 143 of 275

137

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. WEST:  Well, let me finish; let me
 2   finish, please.  Let me finish.
 3              What you just said a second ago is, is
 4   that you want to defer to the Department of Public
 5   Safety to make a determination as to whether or not
 6   there are things that they can do in order to make
 7   certain they're doing the outreach that's necessary to
 8   accommodate just some of the concerns that senator
 9   Uresti had.
10              SEN. FRASER:  I didn't say that at all.  I
11   said --
12              SEN. WEST:  What did you say?
13              SEN. FRASER:  -- I'm anxious to hear their
14   testimony when they're asked and their response of what
15   they are able, capable of doing for that.  And then once
16   you do that, if you want to offer an amendment, I will
17   look at every amendment offered.  If you'll got one, you
18   need to go ahead and file it.
19              SEN. WEST:  Let me give you a
20   hypothetical, then.  If the Department says that they
21   can do much more than your bill currently allows them to
22   do, would you support an amendment that would give them
23   the resources or give them the rulemaking authority to
24   be able to do the outreach?
25              SEN. FRASER:  I'm probably not going to
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000493
JA_000492

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 23 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 144 of 275

138

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   work in hypotheticals right now.  Let's wait until we
 2   hear from them.  Then we'll determine that.
 3                SEN. WEST:  Okay.  Well, I'm going to make
 4   sure and I'll put that down.
 5                I want to talk about seniors just for one
 6   second.  How did you come up with 70 years old?  Well,
 7   hold on.  Let me ask you this:  Is there a definition, a
 8   federal definition under any of our laws, U.S. laws or
 9   either state laws, that defines a senior citizen?
10                SEN. FRASER:  It was really actually a
11   very complicated system that we came up with this.  It
12   actually was recommended by a democratic member that
13   said, "If you'll put that in the bill, that would help
14   five or six of us vote for the bill."  So that was
15   recommended originally to be put in the bill.  But the
16   answer to your question is, I'm 61 years old, and I
17   think you're just about as old as I am.
18                SEN. WEST:  No, I'm younger; I'm younger
19   than you are.  I'm younger.
20                SEN. FRASER:  Oh, you're 60 -- 59?
21                SEN. WEST:  I'm younger than you are.
22                SEN. FRASER:  How old are you, sir?
23                SEN. WEST:  I'm 58 years old.
24                SEN. FRASER:  Okay.  Of the people
25   (laughter) --
```

TX_00000494

USA_00015375

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 24 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 145 of 275

139

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                SEN. WEST:  Ask the Secretary.  We're not
 2  going to --
 3                SEN. FRASER:  I want to see your photo ID.
 4                SEN. WEST:  Ask the Secretary.
 5                SEN. FRASER:  I need a photo ID.
 6                SEN. WEST:  Got to ask the Secretary.
 7                SEN. FRASER:  And here, this is a good
 8  observation.  I live in an area, a retirement community,
 9  and I know a lot of the people in that area.  And the
10  people that are my age, that are 61 up to 65 up to 70, I
11  think are still very, very capable.  It is not an
12  inconvenience on them.  There's a lot of people that are
13  70 --
14                SEN. WEST:  And what community?
15                SEN. FRASER:  You want me to answer the
16  question?
17                SEN. WEST:  I just didn't hear.  You said
18  you lived in a retirement --
19                SEN. FRASER:  I live in an area where
20  there's a lot of retired people.
21                SEN. WEST:  People.  Okay.
22                SEN. FRASER:  Yes, like myself.
23                SEN. WEST:  Yes.
24                SEN. FRASER:  Those people that I know,
25  people that are up to that age, it would not be an
```

TX_00000495

USA_00015376

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 25 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 146 of 275
140

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  inconvenience for them, and they're still very, very

2  active.  Actually, I've got numerous people that I play

3  golf with often that are above 70 and up to 80.  So,

4  actually, the number probably could have been higher,

5  but that number we thought was a fair number and

6  represented a number that we could offer up as a very

7  fair number for an exception to this bill.

8              SEN. WEST:  Let me make sure I understand

9  your answer to that question.  You're saying that the

10  age 70 is predicated on people that you know that live

11  in your community?

12             SEN. FRASER:  It is predicated by a

13  democrat member offering me that up as a number, that if

14  we would put that in the bill, there would be five or

15  six Democrats that would vote for the bill.  That's the

16  answer to my question.

17             SEN. WEST:  Okay.  But you added a lot of

18  other stuff after that.  What was all that other stuff?

19             SEN. FRASER:  The other stuff was the

20  people that I know that are capable of that.  Now, if

21  someone is not capable, we are not changing the mail-out

22  ballot procedures.  And that anyone for some reason that

23  could not vote in person would be allowed to vote like

24  they do today.

25             SEN. WEST:  Don't you think that a better

TX_00000496

USA_00015377

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  definition would be 65?  Why wouldn't you use 65?  And
 2  let me give an example.
 3              In the Human Resource Code, elderly person
 4  means a person 65 years of age or older.  Why wouldn't
 5  we use that as an age?  Our Penal Code uses elderly
 6  individual means a person 65 years of age or older.  Our
 7  Utility Code means an individual who is 60 years or
 8  older.  Our Human Resource Code means an elderly person,
 9  means a person who 60 years or older.  And now we're
10  going to have our election code basically saying a
11  person of 70 years or older.  Don't you think -- I'm not
12  going to vote for your bill anyway, but just in case.
13              SEN. FRASER:  You actually were one of the
14  ones that was asking if I would put it in the bill.
15              SEN. WEST:  No, no, no, no, no, no, no,
16  no.  Let's get it straight.  I didn't ask you that --
17  okay? -- for the record.  Okay?  I didn't ask you that.
18              SEN. FRASER:  Okay.
19              SEN. WEST:  But if you're going to put it
20  in there, it seems as though you should have one of a
21  consistent definition with some of the other statutes.
22  You're making an elderly individual for voting purpose
23  more onerous than it is under these other statutes, like
24  in our Penal Code where it says an individual -- elderly
25  person is 65 years old.
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00000497
JA_000496

TX_00000497

USA_00015378

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 27 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 148 of 275

142

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. FRASER:  I actually believe that the

 2   number probably could easily be higher, because --

 3              SEN. WEST:  So you would make it 80 years

 4   old?

 5              SEN. FRASER:  I'm sorry?

 6              SEN. WEST:  You would make it 80 years old

 7   for election purposes?

 8              SEN. FRASER:  I'm saying when I'm 80, I

 9   still believe I'll be able to get in the car, go down

10   and get my ID and be able to vote.

11              SEN. WEST:  But, see, you're assuming that

12   all elderly people have cars.

13              SEN. FRASER:  If they don't, they can vote

14   by mail.

15              SEN. WEST:  But you're assuming that they

16   all have cars and that they'll be able to do everything

17   that you'll be able to do at the age of 80.  And I'm

18   pretty certain you will be able to do it given, you

19   know, the things that you do to keep yourself in shape

20   and everything.

21              But I don't think we should be building

22   that definition based on how you perceive yourself and

23   people in your neighborhood.  The fact of the matter is,

24   you're more affluent than most other people in the State

25   of Texas.  And if you're going to build a definition, I
```

TX_00000498

USA_00015379

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 28 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 149 of 275

143

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   think what you need to look at is what the average

 2   elderly person in the State of Texas, you know, is and

 3   the means that they have.

 4                SEN. FRASER:  And, Senator, I think, you

 5   know, if you're going to consider that, you've got to

 6   think about how things have changed.  When my parents

 7   were 65, they were old.  Things have changed a lot with

 8   diet and exercise, and people are changing what they can

 9   do.

10                People that are 70 or 75 or 80 are still

11   very, very active today, and I think it's a very fair

12   number.  Now, I feel very comfortable that you're

13   probably going to offer an amendment, raising -- or

14   changing that number.  And I think probably, if the

15   members of the body, you know, could help us decide

16   that, I think -- myself, I believe that 70 is a very

17   fair number --

18                SEN. WEST:  Let me --

19                SEN. FRASER:  -- exception.

20                CHAIRMAN DUNCAN:  Senator West --

21                SEN. WEST:  Yes.

22                CHAIRMAN DUNCAN:  -- if I might

23   interrupt -- and I don't want to -- we can continue with

24   your line of questions when we reconvene as a Committee

25   of the Whole.  It's 20 till.  We've gone 10 minutes over
```

TX_00000499

USA_00015380

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 29 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 150 of 275

144

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   what we previously announced.  Would you have any
 2   objection if we could continue the dialogue after
 3   session?
 4              SEN. WEST:  No objection.
 5              CHAIRMAN DUNCAN:  Okay.  Very good.  Why
 6   don't we go ahead and do that.  Before we do that, let
 7   me ask the body if you would, please, if you have
 8   amendments that you would wish to -- we're not putting a
 9   deadline on amendments, but it will help us if you can
10   deliver your amendments as soon as possible to Jennifer
11   Fagan who is the State Affairs Committee Director, and
12   we will try to collate them and make sure that there are
13   not conflicting amendments.  And if you'll do that as
14   soon as possible, that will be helpful.
15              There are a number of people that are on
16   queue to be recognized, and I will recognize them in
17   order that they're on queue.  Now we'll record that and
18   then start.  Senator Lucio will be first, Senator Van de
19   Putte, Senator Ellis, Senator Seliger, unless you're
20   just -- you're just on for the motion, so we'll take you
21   off center -- Wentworth.  He's just for the motion, so
22   we'll take him off.  And then, Senator Zaffirini, you
23   would be in queue at that point in time.  And then we'll
24   just start the queue.  Whenever we come back in, you can
25   go ahead and hit your button and we'll have the queue.
```

TX_00000500

USA_00015381

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 30 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 151 of 275

145

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              Exhibits, too.  If you have exhibits that
 2   you want to enter into the record so that we can make
 3   sure we have an orderly transition of those exhibits,
 4   would you go ahead and bring those forward, at least
 5   during the interim time, so we can go ahead and number
 6   them and have them available.  It's not absolutely
 7   necessary that we introduce them in their chronological
 8   order, but it does help have a cleaner record.
 9              Finally, I want to remind you, we did have
10   a little talking over, so we've got to make sure we have
11   a clear record.  So please, in the future, remember to
12   speak one at a time.
13              Senator Zaffirini is recognized for an
14   announcement.
15              (Announcement by Senator Zaffirini)
16              CHAIRMAN DUNCAN:  Thank you, Senator.
17              The Chair recognizes Senator Seliger for a
18   motion.
19              SEN. SELIGER:  Mr. President, I move that
20   the Committee of the Whole Senate rise and report
21   progress.
22              CHAIRMAN DUNCAN:  Members, you've heard
23   the motion.  Is there objection?
24              Chair hears none.  It's so ordered.
25              (Recess:  10:43 a.m. to 12:38 p.m.)
```

TX_00000501

USA_00015382

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 31 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 152 of 275

146

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                        AFTERNOON SESSION
 2                   TUESDAY, JANUARY 25, 2011
 3                          (12:38 p.m.)
 4              CHAIRMAN DUNCAN:  The Committee of the
 5   Whole Senate will come to order.  The Secretary will
 6   call the roll.
 7                          ROLL CALL
 8              SECRETARY SPAW:  Birdwell?
 9              SEN. BIRDWELL:  (Indicated presence)
10              SECRETARY SPAW:  Carona?
11              SEN. CARONA:  (Indicated presence)
12              SECRETARY SPAW:  Davis?
13              SEN. DAVIS:  (Indicated presence)
14              SECRETARY SPAW:  Deuell?
15              SEN. DEUELL:  (Indicated presence)
16              SECRETARY SPAW:  Duncan?
17              CHAIRMAN DUNCAN:  (Indicated presence)
18              SECRETARY SPAW:  Ellis?
19              SEN. ELLIS:  (Indicated presence)
20              SECRETARY SPAW:  Eltife?
21              SEN. ELTIFE:  (Indicated presence)
22              SECRETARY SPAW:  Estes?
23              SEN. ESTES:  (Indicated presence)
24              SECRETARY SPAW:  Fraser?
25              SEN. FRASER:  (Indicated presence)
```

TX_00000502

USA_00015383

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 32 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 153 of 275

147

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SECRETARY SPAW:  Gallegos?

 2              SEN. GALLEGOS:  (Indicated presence)

 3              SECRETARY SPAW:  Harris?

 4              SEN. HARRIS:  (Indicated presence)

 5              SECRETARY SPAW:  Hegar?

 6              SEN. HEGAR:  (Indicated presence)

 7              SECRETARY SPAW:  Hinojosa?

 8              SEN. HINOJOSA:  (Indicated presence)

 9              SECRETARY SPAW:  Huffman?

10              SEN. HUFFMAN:  (Indicated presence)

11              SECRETARY SPAW:  Jackson?

12              SEN. JACKSON:  (Indicated presence)

13              SECRETARY SPAW:  Lucio?

14              SEN. LUCIO:  (Indicated presence)

15              SECRETARY SPAW:  Nelson?

16              SEN. NELSON:  (Indicated presence)

17              SECRETARY SPAW:  Nichols?

18              SEN. NICHOLS:  (Indicated presence)

19              SECRETARY SPAW:  Ogden?

20              SEN. OGDEN:  (Indicated presence)

21              SECRETARY SPAW:  Patrick?

22              SEN. PATRICK:  (Indicated presence)

23              SECRETARY SPAW:  Rodriguez?

24              SEN. RODRIGUEZ:  (Indicated presence)

25              SECRETARY SPAW:  Seliger?
```

TX_00000503

USA_00015384

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 33 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 154 of 275

148

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. SELIGER:  (Indicated presence)

 2              SECRETARY SPAW:  Shapiro?

 3              SEN. SHAPIRO:  (Indicated presence)

 4              SECRETARY SPAW:  Uresti?

 5              SEN. URESTI:  (Indicated presence)

 6              SECRETARY SPAW:  Van de Putte?

 7              SEN. VAN de PUTTE:  (Indicated presence)

 8              SECRETARY SPAW:  Watson?

 9              SEN. WATSON:  (Indicated presence)

10              SECRETARY SPAW:  Wentworth?

11              SEN. WENTWORTH:  (Indicated presence)

12              SECRETARY SPAW:  West?

13              SEN. WEST:  (Indicated presence)

14              SECRETARY SPAW:  Whitmire?

15              SEN. WHITMIRE:  (Indicated presence)

16              SECRETARY SPAW:  Williams?

17              SEN. WILLIAMS:  (Indicated presence)

18              SECRETARY SPAW:  Zaffirini?

19              SEN. ZAFFIRINI:  (Indicated presence)

20              SECRETARY SPAW:  Lieutenant Governor

21   Dewhurst?

22              PRESIDENT DEWHURST:  (Indicated presence)

23              CHAIRMAN DUNCAN:  Quorum is present.

24              (Pause)

25
```

TX_00000504

USA_00015385

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 34 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 155 of 275

149

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1           QUESTIONS FROM THE SENATE FLOOR (CONTINUED)
 2                    CHAIRMAN DUNCAN:  Senator Fraser, are you
 3   ready?
 4                    SEN. FRASER:  I am ready.
 5                    CHAIRMAN DUNCAN:  Senator West, you're
 6   recognized to continue your questioning with Senator
 7   Fraser.
 8                    SEN. WEST:  Yes, sir.  Thank you very
 9   much.
10                    SEN. FRASER:  And we're going to try it
11   without earphones.  See how that works.  I think I'm
12   good with you.
13                    CHAIRMAN DUNCAN:  And if I could advise
14   both of you, I had some -- we had some concerns about
15   you were both talking at the same time on your last
16   dialogue.  So if each of you could remember that, and
17   I'll try to help you --
18                    SEN. WEST:  Okay.
19                    CHAIRMAN DUNCAN:  -- if you forget.
20                    SEN. WEST:  All right.  Thank you.
21                    Senator Fraser, I think, then, when we
22   were looking -- can I ask that the last question be read
23   back?
24                    CHAIRMAN DUNCAN:  The -- probably not
25   because we have switched court reporter shifts and so --
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 35 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 156 of 275

150

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1              SEN. WEST:  I was just trying not to be
2    redundant on it.
3              And, Senator Fraser, if -- if I am being
4    redundant, we talked about --
5              SEN. FRASER:  You are being redundant.
6              SEN. WEST:  Okay.  I need to ask the
7    Secretary of State about that.
8              (Laughter)
9              SEN. WEST:  Wait a minute.  Hold on.  I'm
10   being redundant?
11             Senator Fraser, I think I was asking you
12   about the $2 million; and you had indicated that those
13   funds may very well come from the federal funds, but
14   we're not certain at this point.  And if they don't come
15   from federal funds, they will have to come from general
16   revenue, and we're at least -- the minimum amount is
17   about $2 million.  And I think that I mentioned to you
18   that the average teacher in the state of Texas makes
19   about $48,000.
20             If we have to appropriate state funds in
21   order to fund this voter ID bill, it will cost a minimum
22   of $2 million, and that's the equivalent of about 40,000
23   teachers.  You do understand and appreciate that.  Is
24   that correct?
25             SEN. FRASER:  And I very much appreciate
```

TX_00000506

USA_00015387

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 36 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 157 of 275

151

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  how valuable our schoolteachers are to the state of

2  Texas.  Without a doubt, I'm very, very aware of that.

3              And, again, the discussion we had prior to

4  us breaking, we believe very, very strongly that there

5  is sufficient funds in the Secretary of State's budget

6  from HAVA funds that would -- that the letter says they

7  have enough funds to cover this.  They are going to

8  request of the federal government.  It is not

9  unprecedented.  They have allowed that to be used

10 before, so we have every reason to believe it will be

11 done.  And so the discussion of whether that money would

12 deprive some -- the rest of the budget is speculative us

13 not knowing because we believe very strongly that --

14 that that money is going to be available.

15             SEN. WEST:  And this may very well be a

16 technical question for the Secretary of State.

17             If for some reason --

18             SEN. FRASER:  I would never refer anything

19 to --

20             SEN. WEST:  If for some reason the bill is

21 not precleared by Justice, will those HAVA funds be made

22 available?

23             SEN. FRASER:  I'm sorry.  That one I, for

24 sure, do not know the answer to that.  That would be a

25 great question for the Secretary of State.

TX_00000507

USA_00015388

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 37 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 158 of 275

152

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                    SEN. WEST:  For sure?

 2                    SEN. FRASER:  For sure.

 3                    SEN. WEST:  Okay.

 4                    SEN. FRASER:  I do not know the answer to

 5    that question.

 6                    SEN. WEST:  Okay.  And we need to make

 7    certain we do.  If -- would you support an amendment,

 8    though, that basically says that if general revenue,

 9    state revenue, had to be used in order to fund this

10    particular bill, that you would then delay the -- the

11    implementation of it?

12                    And the reason I'm asking that is, surely

13    you don't want to take general revenue from our coffers

14    to fund voter ID when we may end up having to lay off

15    thousands of teachers.  I would assume that you would

16    want teachers -- us to appropriate money to make certain

17    that we can fund our education system over funding a

18    voter ID system.

19                    SEN. FRASER:  Senator, could I remind you

20    that there was a motion in writing that was entered by

21    Senator Huffman of the -- the testimony of two years

22    ago.  And I think if you'll go back and read that

23    testimony, yourself and several others, one of the big

24    arguments you had was making sure that there was

25    sufficient money that went forward for the education of
```

TX_00000508

USA_00015389

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 38 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 159 of 275

153

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  voters, making sure voters understood and that no one
 2  would misunderstand this process.  So it's difficult for
 3  me when you're arguing both sides of the issue.
 4              I think the answer to your question is,
 5  I'm not going to take a position today about whether we
 6  should or should not.  We are requesting that the
 7  Secretary of State do sufficient education so that no
 8  one misunderstands the -- the implementation of this
 9  bill.
10              SEN. WEST:  Regard --
11              SEN. FRASER:  We're going to give -- we're
12  going to give them that power.  And that without a
13  doubt, I would hate for us to be using money that could
14  be used for a schoolteacher, and I'm not going to get
15  into that debate because I'm a great supporter of
16  schoolteachers.
17              But I still stand by the letter from the
18  Secretary of State.  The Secretary of State believes
19  very clearly that they have sufficient funds, the money
20  is available, and it will be made available.
21              SEN. WEST:  So the answer to my question
22  is, is that if there are no federal funds available, you
23  would support an amendment that basically says that we
24  should not use general revenue in order to fund this
25  bill?
```

TX_00000509

USA_00015390

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 39 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 160 of 275

154

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. FRASER:  And my position is, is that
 2    you've taken both sides of that issue.  You argued in
 3    favor of funds last time.  You're -- now you're asking
 4    for amendment saying we're not going to use funds.  If
 5    we don't use funds to educate voters, obviously that's a
 6    problem.
 7              And the answer is, no, I believe the
 8    instruction to the Secretary of State is that we do need
 9    to educate the voters.
10              SEN. WEST:  So you'd be -- you'd be in
11    favor of cutting schoolteachers using -- and, I mean,
12    you agree with me that based on the budget that was
13    introduced by the House and the budget that was
14    introduced by the Senate, that school districts will be
15    under pressure to terminate some of the teachers that
16    would otherwise be in the classroom?
17              SEN. FRASER:  I -- I don't agree with
18    anything other than the fact --
19              SEN. WEST:  Okay.  All right.
20              SEN. FRASER:  -- that your own finance,
21    you're going to have to make those decisions; and we've
22    got to make sure that we educate voters, making sure
23    that they understand the implementation of this law.
24              SEN. WEST:  All right.  Let me ask the
25    question this way, then:  Would you agree with me that
```

TX_00000510

USA_00015391

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 40 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 101 of 275
155

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  both the House and the Senate have introduced bills that

2  put pressure on school districts to reduce their budgets

3  that would impact the number of teachers that would be

4  in classrooms?

5          SEN. FRASER:  You're a member of the

6  Finance Committee that implemented a draft budget.  I am

7  not.  I have not advised.

8          And the answer is, I'm sorry, I don't --

9  I -- I'm not advised on that issue.

10         SEN. WEST:  If you were so advised -- if

11  you were so advised that both the House and the Senate

12  by -- if you were so advised by me, the Chairman of

13  Finance, the Chairman of Appropriation, that both the

14  House and the Senate have introduced bills that would

15  require us cutting our commitment to our public schools

16  and our teachers, if you were so advised that both

17  houses introduced the budget that did that, would your

18  position still be the same as it relates to the question

19  I asked you concerning whether or not we should be using

20  general revenue in order to fund voter ID implementation

21  over funding our public schools?

22         SEN. FRASER:  I am so advised that you're

23  a member of finance, a very respected member, and you're

24  very capable of making those hard decisions; and I'm

25  sure you'll move forward and make the right decision for

TX_00000511

USA_00015392

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 41 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 102 of 275

156

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   our wonderful schoolteachers across the state.
 2                 SEN. WEST:  What decision would you make?
 3                 SEN. FRASER:  I'm sorry?
 4                 SEN. WEST:  What decision would you make?
 5                 SEN. FRASER:  I made a decision to support
 6   you, as a member of finance, to keep you on the
 7   committee.
 8                 SEN. WEST:  So if you had -- if you had to
 9   make a decision, though, if you were on finance and had
10   to make a decision, what decision would you make?
11                 SEN. FRASER:  I'm sorry.  I'm not sitting
12   on finance.  I'm not subject to being able to listen to
13   the debates, so it would be -- wouldn't be right for me
14   to take a position on that.
15                 SEN. WEST:  But if you had to make -- take
16   a position on funding voter ID over schoolteachers,
17   which one would you fund?
18                 SEN. FRASER:  I'm -- I think the
19   position -- because this bill is before us, it is
20   extremely important that -- that we deter and detect
21   fraud and restore the public confidence in the election
22   system.
23                 SEN. WEST:  So that's your answer in terms
24   of -- is that what you're telling the teachers, that
25   you'd rather do that than -- to the extent it's there,
```

TX_00000512

USA_00015393

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 42 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 165 of 275

157

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   you'd --
 2               (Simultaneous speaking)
 3               SEN. FRASER:  Well, unfortunately, since
 4   I'm not a member of finance, I don't get to make a
 5   choice of what I would rather do.  I'm laying --
 6   bringing forward a bill today that would restore the
 7   confidence of the public in the election system and --
 8   today, because I'm sponsoring that bill, that I'm going
 9   to ask that we -- you know, we restore that confidence.
10               SEN. WEST:  So, I'm trying to -- so let me
11   make certain I understand your answer to my question.
12               SEN. FRASER:  I know you're trying to --
13               SEN. WEST:  Let me -- let me -- hold up.
14   Now, I'm listening, because if you remember, both of us
15   can't talk at the same time because the stenographer's
16   taking it down, and I'm trying to make certain that I am
17   reminded of that fact.
18               So your answer to that question is that
19   you would prefer to fund the voter ID bill, if need be,
20   with state funds than to put extra money -- take that
21   $2 million, if we need to, and put it back in the budget
22   for our school districts?
23               SEN. FRASER:  You know, the -- you know,
24   the important thing -- or the good thing with the
25   Legislature is you don't get to make -- answer questions
```

TX_00000513

USA_00015394

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 43 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 164 of 275

158

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1  for me, and the -- I did not say that at all.
 2              Today I'm laying -- bringing forward a
 3  bill that would deter and detect fraud and restore the
 4  public confidence in the election system.
 5              SEN. WEST:  How does your bill detect
 6  fraud?
 7              SEN. FRASER:  Come back?  I'm sorry.  I
 8  didn't hear you.  What did you say?
 9              SEN. WEST:  How does your bill detect
10  fraud?
11              SEN. FRASER:  The -- the bill is designed
12  to deter and detect fraud and restore --
13              SEN. WEST:  No.  I asked you:  How does
14  your bill detect fraud?
15              SEN. FRASER:  The -- I think the easy
16  answer to that would be, is that when you walk into
17  the -- into your election booth and you show your
18  driver's license, they know for sure that you're Royce
19  West and that if you're on the precinct list,
20  registered, you're entitled to vote.
21              SEN. WEST:  And so that's -- that's the
22  fraud detection provision in it?  And so you'd rather
23  fund --
24              SEN. FRASER:  That's the way the bill
25  works.

TX_00000514

USA_00015395

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 44 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 165 of 275

159

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    SEN. WEST:  Now, let me ask you this:  If
2  there's empirical evidence that -- in Texas, at least,
3  because, you know, we are -- we are Texas.  We are the
4  Lone Star State.  The rest of America can go this way,
5  and we'll go that -- the other way.  Right?  Right.
6  Okay.  You're good with that.  Right?
7    SEN. FRASER:  I'm sitting here listening.
8    SEN. WEST:  You don't agree with that?
9    SEN. FRASER:  No, I'm listening to you.
10  You're --
11    SEN. WEST:  We are Texans.
12    SEN. FRASER:  You're still answering my
13  questions for me.
14    SEN. WEST:  We're Texans.
15    SEN. FRASER:  Keep going.
16    SEN. WEST:  I'm just asking you whether
17  you agree with it.  And so the question I'm asking you
18  is:  Is there any indication that we have prosecuted any
19  fraud associated with identification in the state of
20  Texas?  Is there any empirical evidence whatsoever?
21    SEN. FRASER:  The bill that I'm bringing
22  forward today will clearly say that when you walk in the
23  voting booth, you identify yourself as who you say you
24  are, and the bill that we're bringing forward we believe
25  will pass the Supreme Court of the United States and be

TX_00000515

USA_00015396

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 45 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 166 of 275

160

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1   approved by Department of Justice.

 2               SEN. WEST:  I notice you keep on saying

 3   that in terms of you believe that the bill is going to

 4   pass muster at the Department of Justice and also the

 5   United -- the Supreme Court of the United States.  Are

 6   you anticipating any -- let me -- let me ask this:  If

 7   the Department of Justice decides not to preclear this

 8   legislation, are you anticipating any type of court

 9   challenge by the state of Texas?

10               SEN. FRASER:  Senator, I'm starting to

11   have trouble hearing you.  Hold on a second.  Let me put

12   my earphones on.

13               (Pause)

14               SEN. FRASER:  Are you there?

15               SEN. WEST:  Yes.

16               SEN. FRASER:  Would you say something?

17               SEN. WEST:  Testing, testing, testing.

18               SEN. FRASER:  Okay.  I got you.

19               SEN. WEST:  One, two, three.

20               SEN. FRASER:  Okay.  Will you ask your

21   question again?

22               SEN. WEST:  You have consistently

23   indicated that this particular bill will pass the

24   Department of Justice and also the Supreme Court.  I'm

25   asking you:  Do you anticipate that if the Department of

TX_00000516

USA_00015397

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   Justice decides not to preclear this particular

2   legislation, any litigation concerning it?

3             SEN. FRASER:  You're -- you're being

4   subjective about me assuming what's going to happen.  I

5   believe the bill that we had -- that we're offering will

6   be precleared.

7             SEN. WEST:  But I'm asking if it's not

8   precleared.  Do you want to see us go into litigation

9   with the federal government concerning your bill if it's

10  not precleared?

11            SEN. FRASER:  I don't -- I don't think

12  that's, you know, my choice.  I think we -- we will

13  present the bill forward and try to present our best

14  case that it should.

15            SEN. WEST:  Okay.  So does your bill

16  anticipate any litigation at all?

17            SEN. FRASER:  The bill in no way addresses

18  or thinks about any litigation.  It is clearly just a

19  bill saying this is -- this is what we're asking you to

20  do, to present a photo ID when you vote, and that's the

21  extent of the bill.

22            SEN. WEST:  I know because -- and the

23  reason I ask that question, you continue to make

24  reference to the Department of Justice and the U.S.

25  Supreme Court or --

TX_00000517

USA_00015398

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 47 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 168 of 275

162

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. FRASER:  Only because the -- the
 2   bills that have been brought forward by other states,
 3   which Indiana was cleared by the -- you know, made it
 4   all the way to the U.S. Supreme Court; and then in
 5   Georgia, they were precleared from the Department of
 6   Justice because a bill -- you know, since we're a
 7   Section 5 state, they were precleared.
 8              SEN. WEST:  Okay.  In Georgia, not
 9   Indiana.  Indiana's not a Section 5 state?
10              SEN. FRASER:  No, they are not.
11              SEN. WEST:  Okay.  Has the Legislature or
12   have you conducted any research on how burdens of the
13   photo ID requirements may fall disproportionately upon
14   racial minorities?
15              SEN. FRASER:  Come back again.  I'm sorry.
16   My sound went off.
17              SEN. WEST:  Okay.  In drafting your -- in
18   drafting your bill, was there any research conducted on
19   how burdens of -- burdens of photo identification
20   requirements may fall disproportionately on racial
21   minorities?
22              SEN. FRASER:  Probably the best evidence
23   that I could bring forward, that the latest poll that
24   was conducted of Texans, including the people in your
25   area.  Of the -- there were 86 percent of the public
```

TX_00000518

USA_00015399

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   that in favor of that.  Of that, 82 percent were black,

2   83 percent were Hispanic.

3               So I would say the answer to your question

4   is:  If you ask someone that is either African American

5   or Hispanic, do they believe that -- "Do you

6   favor/oppose requiring a valid photo ID before a person

7   is allowed to vote?" and you have 82 percent of the

8   public that says that --

9               SEN. WEST:  Right.

10              SEN. FRASER:  -- pretty -- pretty

11  straightforward.

12              SEN. WEST:  You keep referring to that

13  poll.  What poll is that, sir, and who was it conducted

14  by?

15              SEN. FRASER:  It was conducted -- this is

16  one of many we had.  I've got a whole series of polls.

17  This just happened to be the latest one that was

18  conducted January the 10th, 2011.  This one was by the

19  Lighthouse Opinion Polling & Research, LLC.

20              SEN. WEST:  Lighthouse Opinion.

21              SEN. FRASER:  Lighthouse Opinion Polling,

22  LLC.

23              SEN. WEST:  Okay.  And --

24              SEN. FRASER:  One that was --

25              (Simultaneous discussion)

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00000519
JA_000518

TX_00000519

USA_00015400

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 49 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 170 of 275

164

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. WEST:  Were you finished?
 2              SEN. FRASER:  Yeah.
 3              SEN. WEST:  Okay.  Now, the question,
 4   though, that I asked, not -- and I agree with you that
 5   most people will say that some form of photo ID is okay.
 6   Now --
 7              SEN. FRASER:  But what --
 8              SEN. WEST:  Let me -- let me finish.  Let
 9   me finish, though.  Hold on for a second.
10              I would agree with you that, but my
11   question wasn't about their opinion.  My question was:
12   Have you conducted any research on how burdens of photo
13   ID requirements may fall disproportionately on racial
14   minorities?
15              SEN. FRASER:  And I think the answer to
16   that, if you look at what happened in Indiana and
17   Georgia is a good example because it is a Section 5
18   state.  In those states, to our -- to my knowledge,
19   there has not been a single person that has came forward
20   to identify themself that they were in any way, you
21   know, in -- you know, kept from voting or inconvenienced
22   by voting.
23              So the answer to your question is, that I
24   look at the data that has been collected from the states
25   that have implemented, and they're coming forward.  That
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000520
JA_000519

TX_00000520

USA_00015401

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 50 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 171 of 275

165

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   is the case.  Plus the fact that if you ask African

 2   Americans or Hispanics in Texas, it's a very

 3   straightforward question.  When you have 82 percent of

 4   the public, the people that you represent, saying, you

 5   know, "I think that's a good ideal," I'm having a lot of

 6   trouble understanding how -- why you don't understand

 7   that.

 8             SEN. WEST:  Okay.  So the answer to my

 9   question is, is that you did not conduct any type of

10   research on it other than looked at opinion polls and

11   referenced what went on in other states?

12             SEN. FRASER:  No, we've done all --

13   there's been a lot of research done.

14             SEN. WEST:  And that's what I was asking.

15   What research have you done --

16             SEN. FRASER:  I just explained --

17             SEN. WEST:  -- to make that determination?

18             SEN. FRASER:  -- to you what we did.  We

19   have looked at the experience of other states.  And

20   you're going to have witnesses come from some of the

21   other affected states, and you're going to be able to

22   ask that question:  Who has came forward in your state

23   and said it's a problem?

24             SEN. WEST:  Okay.  So you're saying, then,

25   that as a result of experiences in other states and an
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00000521
JA_000520

TX_00000521

USA_00015402

Case 2:13-cv-00193  Document 660-8  Filed on 11/11/14 in TXSD  Page 51 of 122
Case 1:12-cv-00128-RMC-DST-RLW  Document 206-3  Filed 06/20/12  Page 172 of 275

166

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1  opinion poll, that that is the sum total of the research

 2  that's been done by you in preparation of this bill?

 3          SEN. FRASER:  Senator, I think the people

 4  in your district understand very clearly.  If you ask

 5  them a direct question, someone you represent, and said,

 6  "Do you favor or oppose requiring a valid photo ID

 7  before you're allowed to vote," this is -- that's not

 8  rocket science.

 9          SEN. WEST:  Well, the --

10          SEN. FRASER:  "Should you be required to

11  show your picture ID when you go into vote?"  That's --

12  that's -- to me, that's -- that's, you know, pretty

13  telling.

14          SEN. WEST:  Well, the great thing about it

15  is, we're going to have an opportunity to do just that.

16  Because guess what?  I've got a few people from my

17  district down here to testify, so you'll have an

18  opportunity to ask them that.  Okay?

19          SEN. FRASER:  Good.

20          SEN. WEST:  But, again, that's the sum

21  total of your research, though.  Right?

22          SEN. FRASER:  I didn't say that was the

23  sum total of my research.

24          SEN. WEST:  Now, would you agree that

25  Texas has a larger proportion of minorities than

TX_00000522

USA_00015403

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 52 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 173 of 275

167

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   Indiana?
 2              SEN. FRASER:  Not advised.
 3              SEN. WEST:  So if -- if the demographic
 4   information that we have from the U.S. Department of
 5   Census indicated that, you would not disagree with that.
 6   Correct?
 7              SEN. FRASER:  Well, I mean, every state
 8   has a different demographic of the makeup of people
 9   within the state.
10              SEN. WEST:  Sure.  I know that, yeah.
11              SEN. FRASER:  Georgia is a -- you know,
12   they're -- they're a Section 5 voter rights state, but
13   their makeup is not exactly like Texas.
14              SEN. WEST:  That's the point.  That's what
15   I'm asking you.  You said you weren't advised, so I was
16   just trying to point to you some set of facts that all
17   of us commonly know that we get from the Department of
18   Census, U.S. Department of Census.  And if they give
19   different demographic information for the states, then
20   that would probably be controlling, and you would agree
21   that that's the best evidence that we have of what the
22   population is in those various states.  That's all I'm
23   asking.  Now, let me ask this.
24              SEN. FRASER:  But you're trying to answer
25   my question, and I did not say that.
```

TX_00000523

USA_00015404

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 53 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 174 of 275

168

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1          SEN. WEST:  No, I'm not.  But are the

 2    forms of identification listed in your bill the least

 3    restrictive options in order to achieve the goal of

 4    avoiding what you call voter identification fraud?

 5          SEN. FRASER:  Okay.  You're going to have

 6    to ask that again.

 7          SEN. WEST:  Are the forms of

 8    identification that you've listed in the bill the least

 9    restrictive options in order to achieve the goal of

10    avoiding what you have said is voter identification

11    fraud?

12          SEN. FRASER:  And I think what you're

13    asking, which is going to be the easiest to use?  And

14    the -- the data, if you look back at 2006, the number of

15    people that have registered to vote, about -- I think

16    the number now is 91 percent actually use their driver's

17    license when they registered to vote.  So the assumption

18    is at least 91 percent of the people that voted -- or

19    that registered since 2006 had a driver's license.  So

20    I'd say that's the -- if it's the -- the easiest thing,

21    I'd say a driver's license.

22          SEN. WEST:  So this -- the list of

23    identifications that you use as the -- is the least

24    restrictive options that you could come up with?

25          SEN. FRASER:  Well, I don't -- I'm not

TX_00000524

USA_00015405

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 54 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 175 of 275

169

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   sure.  Your verbiage you're using, I don't know that
 2   that's the intent.
 3              SEN. WEST:  Well --
 4              SEN. FRASER:  I'm saying that the thing
 5   that the -- the type of identification that is most
 6   readily available appears to be a driver's license.
 7   It -- we think, that is.
 8              SEN. WEST:  Okay.  Now, since there are
 9   studies that show that African Americans and Hispanics
10   are more affected by poverty and --
11              SEN. FRASER:  Ask him, then.
12              We're trying to figure out if this is a
13   filibuster.
14              SEN. WEST:  Is it a what?
15              SEN. FRASER:  A filibuster?
16              SEN. WEST:  Oh, no, this is serious
17   business.  This is serious business.
18              SEN. FRASER:  I guess I would remind you
19   that the information that was put into the record this
20   morning by Senator Huffman, the questions you've gone
21   over, I believe we put these --
22              SEN. WEST:  Well, at any -- at any point,
23   you can defer to whomever you want to answer the
24   question.
25              SEN. FRASER:  No, no, I'm saying --
```

TX_00000525

USA_00015406

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 55 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 176 of 275

170

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. WEST:  You've been referring to the
 2   Secretary of State.
 3              SEN. FRASER:  -- these -- the questions --
 4   the questions you're asking, the question and the answer
 5   are already in the record from two years ago; that
 6   you're asking the exact same question, and I'm answering
 7   the exact same answer.  It's already in the --
 8              SEN. WEST:  And it may very well be.  I
 9   just don't remember.  I haven't gone back and read that
10   entire record.  It was like 26 hours.  So if I'm being a
11   little bit redundant, please give me -- give me a little
12   space on that.
13              Let me go back to the questions I'm
14   asking.  Studies have shown that African Americans and
15   Hispanics are more affected by poverty and, therefore,
16   are more likely to participate in government benefit
17   programs.  Will the elimination of the government
18   documents as a form of ID disproportionately affect
19   African Americans and Hispanics?
20              SEN. FRASER:  I'm not advised.
21              SEN. WEST:  Okay.  If in fact -- well, let
22   me back up and ask you this question.
23              Do you agree that African Americans and
24   Hispanics are disproportionately affected by poverty in
25   the state of Texas?
```

TX_00000526

USA_00015407

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 56 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 177 of 275

171

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                    SEN. FRASER:  Not advised.
 2                    SEN. WEST:  Okay.  Do you --
 3                    SEN. FRASER:  I grew up in a pretty poor
 4   family, so --
 5                    SEN. WEST:  Well, that's what I know, and
 6   correct me if I'm wrong because we've had our
 7   conversations.  Your father was a minister, too.  Right?
 8                    SEN. FRASER:  Minster and --
 9                    SEN. WEST:  Okay.  He went to a lot of
10   African American churches?
11                    SEN. FRASER:  Yes, he did.
12                    SEN. WEST:  Did a little singing and stuff
13   like that?
14                    SEN. FRASER:  Yes.
15                    SEN. WEST:  Okay.  And do you represent a
16   district that has a high poverty level -- or excuse
17   me -- a high ethnic minority population?
18                    SEN. FRASER:  Interestingly -- well, and
19   what you call high, it is not one of the highest
20   percentage wise of ethnic minority.  But the last figure
21   I was shown, my district is the third poorest district
22   in the state, right behind Senator Uresti's.  That
23   that -- that number is a couple of year's old, but
24   I'm -- you know, the --
25                    SEN. WEST:  Okay.
```

TX_00000527

USA_00015408

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 57 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 178 of 275

172

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. FRASER:  -- people in my district
 2   are -- are the working poor.
 3              SEN. WEST:  Okay.  The -- the protected
 4   classes, that would be an African American and
 5   Hispanics, do you have a high concentration of African
 6   Americans and Hispanics in your district?
 7              SEN. FRASER:  Well, I don't know what
 8   you'll call a high percentage.  I've got --
 9              SEN. WEST:  Okay.  Comparatively speaking.
10              SEN. FRASER:  There -- there are a lot of
11   my voters in my district that, you know, I'm -- I love
12   to say "my constituents" -- that are African American or
13   Hispanic.
14              SEN. WEST:  Are they in poverty or what?
15   I mean, you know what poverty is.
16              SEN. FRASER:  Well, Senator, if --
17              SEN. WEST:  Oh.
18              SEN. FRASER:  If I have the third poorest
19   district in the state, that implies that we have some
20   people that are working poor.
21              SEN. WEST:  Let me just ask you this
22   question.
23              Do you know whether or not the elimination
24   of the government documents that have hereto before been
25   utilized by voters for identification purposes at the
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00000528
JA_000527

TX_00000528

USA_00015409

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 58 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 179 of 275

173

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  polls --

 2              SEN. FRASER:  Issued before?

 3              SEN. WEST:  Yeah, I mean, under current

 4  law.  Let me back up, then.

 5              Based on current law and the various

 6  government identifications that can be used for purposes

 7  of voting, by eliminating those, whether they have an

 8  adverse impact on ethic minorities in the state?

 9              SEN. FRASER:  Let me -- let me tell you

10  that the people in my district voted -- or they're

11  polling that they -- 92 percent of them say that they're

12  in favor of this -- this requirement.

13              SEN. WEST:  Okay.  So you don't -- and

14  that's your response to my question?

15              SEN. FRASER:  My response is, is that I

16  think the people of the state of Texas, which makes

17  up -- I think it was 83 percent of -- of African

18  Americans and 85 percent of Hispanics, said that they're

19  in favor of it.  I'm sorry.  It's 82 percent Hispanic --

20  I'm sorry -- Hispanic, 80 -- 83 percent Hispanic, the

21  African American, which is -- it's listed as a black

22  vote, is 82 percent say they are in favor of asking for

23  a photo ID.

24              So it's -- it's -- this is a pretty easy

25  question for them, "Should you have to show your -- your
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00000529
JA_000528

TX_00000529

USA_00015410

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 59 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 180 of 275
174

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  photo ID, your driver's license, when you come in to

2  vote?"  And they said, "Sure.  That's" -- you know,

3  "That's fair."

4              SEN. WEST:  And that's your response to my

5  question?

6              SEN. FRASER:  Yes.

7              SEN. WEST:  Okay.  No more questions at

8  this time.

9              SEN. FRASER:  Thank you, Senator.

10              CHAIRMAN DUNCAN:  Chair recognizes Senator

11  Lucio for questions.

12              SEN. LUCIO:  Thank you, Mr. Chairman.

13              Senator Fraser, under this legislation,

14  there are no exceptions at all if you do not have a

15  driver's license -- and correct me if I'm wrong --

16  military ID, citizenship certificates, or passports.

17  Now, not even Senate IDs are appropriate for the

18  purposes of voting.  That means the state employee

19  working in the building wishing to cast a ballot during

20  early voting at the Sam Houston Building couldn't use a

21  combination of their voter registration card and their

22  Senate ID.  Further, this bill's requirements for

23  identification are stronger than what's used for new

24  employees in obtaining driver's license, the way we

25  understand it.

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000530
JA_000529

TX_00000530

USA_00015411

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 60 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 181 of 275

175

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              Now, I know many people don't think it's
 2  all that difficult to get a driver's license and that
 3  everyone has one, but that's just not the case.
 4  Eleven percent of Americans surveyed by the Brennan
 5  Center for Justice do not have government-issued photo
 6  ID.  Forty percent of those without voter ID are
 7  disproportionately the -- the elderly, the -- the
 8  students, women, people with disabilities, low-income
 9  people, and people of color.
10              According to disability advocates, nearly
11  10 percent of the 40 million Americans with disabilities
12  do not have any state-issued photo ID.  So I do not see
13  how this legislation is going to ensure that they are
14  not kept from exercising their right to vote.  Again,
15  it's a right.  It's not a privilege.  Plus, according to
16  that same survey, one of every five senior women does
17  not have a license.
18              What troubles me even more about the
19  legislation is that it could mean, for so many, under
20  this legislation, election workers will be responsible
21  for determining identity; and that has never been part
22  of their job as election clerks.
23              Now, I got a question.
24              SEN. FRASER:  Is there a question coming?
25  I'm looking for the question.
```

TX_00000531

USA_00015412

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 61 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 182 of 275

176

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                    SEN. LUCIO:  Yeah, it's coming up.  I had
 2   to --
 3                    SEN. FRASER:  You've got about five or six
 4   thoughts.  I -- well, I'm going to --
 5                    (Simultaneous speaking)
 6                    SEN. FRASER:  -- one of them.  But you're
 7   getting so many thoughts, I'll have trouble responding
 8   to them.
 9                    SEN. LUCIO:  What are -- what are they
10   going to do, Senator Fraser, when someone has
11   conflicting last names, conflicting last names on IDs,
12   on their voter rolls, and how many professional ballots
13   will be cast?  Are counties ready to resolve all those
14   issues?
15                    That might have been asked, I missed it,
16   and I apologize for that because we've been busy, as we
17   always are.  But let me -- let me just ask this
18   question, as a follow-up.
19                    (Simultaneous speaking)
20                    SEN. FRASER:  You've asked me 12 --
21                    SEN. LUCIO:  Go ahead and address --
22                    SEN. FRASER:  -- so far.
23                    SEN. LUCIO:  Go ahead and address that
24   one.
25                    SEN. FRASER:  Huh?
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000532
JA_000531

TX_00000532

USA_00015413

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 62 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 183 of 275

177

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. LUCIO:  Okay.  Well --
 2              CHAIRMAN DUNCAN:  Wait, wait, wait, wait,
 3   wait.  Y'all are really crossing over to where you're
 4   not making a good record, so one at a time.  I think
 5   Senator Fraser was answering a question; and if he could
 6   answer it and, Senator Lucio, you could follow with
 7   another question.
 8              SEN. FRASER:  And, Senator, if -- if you
 9   really do want an answer to questions, I would love to
10   do one at a time because I actually --
11              SEN. LUCIO:  Okay.
12              SEN. FRASER:  -- you've asked so many
13   questions, I can't remember --
14              SEN. LUCIO:  Okay.
15              SEN. FRASER:  -- the first one.
16              CHAIRMAN DUNCAN:  All right.
17              SEN. FRASER:  But --
18              CHAIRMAN DUNCAN:  Wait.  You're doing it
19   again, Senator.  If we could -- I'm going to stay on
20   this because we do want a good record.
21              SEN. FRASER:  If you'll just allow me to
22   just answer a couple of them, and then we'll get them
23   out of the way.
24              SEN. LUCIO:  I'll take one at a time.
25              What are you going to do when someone has
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00000533
JA_000532

TX_00000533

USA_00015414

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 63 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 184 of 275

178

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   conflicting last names on their ID on the voter rolls?
 2              SEN. FRASER:  Okay.  I'm going to start
 3   even further back than that.
 4              I -- the -- the first observation you made
 5   is that we're making it harder than getting a driver's
 6   license.  That is totally incorrect.  Driver's license
 7   is one of the things we're offering, so whatever
 8   difficulty it is to get a driver's license, once they
 9   get it, that is their identification.  So this is not in
10   any way harder than getting a driver's license.
11              No. 2, you made an observation about the
12   elderly.  We have two different observations that --
13   that come into play here.  First one is that at -- if
14   they're 70 years old on January 1st, 2012, they are not
15   subject to this bill, so they are -- they are operating
16   under current law.  And then, also, we are not in any
17   way impacting the mail-in ballot system that is in place
18   today.  Any elderly person that wants to vote by mail
19   would -- would have the ability to do it.
20              So, you know, those things, I think,
21   are -- the question you're asking, the third question,
22   about if the name does not match on the -- the ballot,
23   that's the same question that's been asked probably five
24   times already today.  My answer continues to be the
25   same, as I've told everyone.  We have the Secretary of
```

TX_00000534

USA_00015415

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 64 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 185 of 275

179

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  State coming.  I don't -- I don't know the -- the exact

2  ruling of what they -- the Secretary of State, slash,

3  the election administrator is how they determine that;

4  and I would like that question to be asked to the

5  Secretary of State, if possible.

6              SEN. LUCIO:  Okay.  That's fine, Senator.

7              To obtain a driver's license, you could

8  use nonphoto options.  Correct?

9              SEN. FRASER:  Senator, you can ask that of

10  the DPS.

11             SEN. LUCIO:  I'm sorry?

12             SEN. FRASER:  If you would -- DPS is going

13  to be here.  I would ask you that you could ask the DPS

14  their procedures for -- for getting...

15             SEN. LUCIO:  Okay.  Well, I have

16  information to that effect, but it's all right.  I'll

17  wait for DPS.

18             Let me ask a question on -- on where we

19  have been in this country and this state, and we don't

20  want to go.

21             But do you know what the 24th Amendment

22  did?

23             SEN. FRASER:  I'm sorry.  I do not.

24             SEN. LUCIO:  It ended -- it amended the

25  constitution to allow -- outlaw poll taxes; and it did

TX_00000535

USA_00015416

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 65 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 186 of 275

180

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   so, and it ended in 1964.  I was a freshman in college

2   at the time, and you must have been junior high.

3                   SEN. FRASER:  I was four or five, then,

4   Eddie, I guess.  '64, I was 17 years old.

5                   SEN. LUCIO:  All right.  I did a little

6   research, Senator, on the poll tax in --

7                   SEN. FRASER:  15 years old.

8                   SEN. LUCIO:  -- Texas history.  It's

9   something that personally hurts me.  After all, my dad

10  had to pay a poll tax which wasn't that long ago.  I

11  went to some of those elections with him because he

12  wanted to show me and make sure that I got involved in

13  the political process.  I remember those elections, and

14  my -- my mother voted, too.  But it was -- it was a

15  sacrifice, quite frankly.

16                  Now, Texas adopted a poll tax in 1902.  It

17  required that otherwise eligible voters pay between

18  $1.50 and $1.75 to register to vote.  Now, $1.75 may not

19  sound like a lot, but for a lot of families living on

20  the breadline, it made voting a privilege instead of a

21  right.  Well, 1.75 -- $1.75 adjusted for inflation today

22  is about 40 to $45.  That means, Senator, that's a mean

23  instrument -- excuse me -- using several ways of

24  calculating, including the consumer price index.

25                  Now, 40 bucks is a symbolic figure.  A

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000536
JA_000535

TX_00000536

USA_00015417

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 66 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 187 of 275

181

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   driver's license or ID today costs $25, even for a
 2   renewal.  And going to the DMV, which is Department of
 3   Motor Vehicles, can take time.  You're going to get
 4   there, wait in line, return home, take off from work,
 5   pay for the gas.  Now, let's say it takes two hours.
 6   Minimum wage in Texas is 7.25 an hour.  So if you took
 7   off two hours and paid for gas, you're looking at $40,
 8   the same amount of the old poll tax would cost today.
 9   Don't -- don't you find that kind of ironic?  I do.
10              Under this bill, voters will effectively
11   have to pay the same amount to vote that minorities and
12   the poor had to pay in poll tax in 1902.  I'm serious,
13   though.  Forty dollars is a lot of money for a lot of
14   people in my district living paycheck to paycheck.  You
15   can buy a week's shopping for 40 bucks.  You're either
16   going to eat or you're going to -- you're going to vote.
17   That is the choice many will think about making.
18              The poll tax was outlawed in -- in the
19   1960s by the 24th Amendment.  It was outlawed because
20   the nation understood that poll tax -- taxes served as
21   one purpose, to --
22              (Simultaneous speaking)
23              SEN. LUCIO:  -- disenfranchise minorities
24   and the vulnerable.
25              I'm leading to another question, if I may.
```

TX_00000537

USA_00015418

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 67 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 188 of 275

182

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    Texas has a history, unfortunately, in my

2  opinion of voter suppression. Texas used the poll tax

3  to suppress voters. In fact, Texas only ratified the

4  24th Amendment in 2009, 2009.

5    So what is to stop future legislators

6  making a driver's license or an ID cost more than $25?

7  We've talked openly over the last few months about

8  raising fees to cover the back -- the budget hole. So,

9  you know, it's -- it's happened with passports.

10  Passports keep going up and up in price. What if in the

11  future, driver's license cost $125 or $300? Would it be

12  a poll tax then? And would it be a poll tax then,

13  Senator?

14    SEN. FRASER: Senator, this bill in no way

15  envisions a poll tax. It has nothing to do with the fee

16  that is charged. You're on finance. You're the one

17  that has control over that. The bill we have before us

18  today -- there's nothing you've talked about the last

19  five minutes that has anything to do with this bill --

20  is that this bill is nothing more than showing your

21  driver's license or a ID that we will give them free of

22  charge that they can pick up after work that -- you

23  know, when I was picking cucumbers and -- you know, in

24  the afternoon, when I got off work, I could -- I still

25  had time before seven o'clock to go down and -- to the

TX_00000538

USA_00015419

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 68 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 189 of 275

183

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   driver's license place to get the driver's license.  So
 2   this has -- this bill in no way has anything to do with
 3   a poll tax.
 4                 SEN. LUCIO:  Well, and I -- I appreciate,
 5   you know, what you're saying.  However, I just want to
 6   make sure that it doesn't get out of hand.  And I would
 7   ask you, possibly, if you would vote, you would be
 8   prepared to work with me and others to -- in order to
 9   draft a constitutional amendment that would make any
10   raise in fees associated with driver's license or state
11   ID only possible by a two-thirds vote of each chamber.
12   You think that we could work to that end?
13                 SEN. FRASER:  Senator, I'm -- I'm not
14   going to commit on anything.  You're on finance.  Y'all
15   are going to have to work through the issues of
16   balancing the budget.
17                 The bill that I'm laying out today, I
18   think, is a very fair way for people to identify
19   themselves, that they can prove they are who they say
20   they are when they go to vote.  The -- the thing that I
21   would let you know that, you know, I want to make sure
22   that every -- we've -- we've talked to senator -- you
23   know, the -- Davis has asked about women.  I want to
24   make sure that women, men, Hispanics, African Americans,
25   Anglos, everyone in the state has the same opportunity
```

TX_00000539

USA_00015420

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 69 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 190 of 275

184

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  to go in and make sure that their vote is counted.  And

2  I don't -- the things you're talking about really are

3  not part or subject to this bill.

4                SEN. LUCIO:  Well, a driver's license is

5  part of it, I believe, and I'll be --

6                SEN. FRASER:  But -- but the cost of a

7  driver's license is determined by the Finance Committee.

8                SEN. LUCIO:  When -- when -- when does a

9  driver's license expire?  I was going to ask you that

10  question.

11               SEN. FRASER:  When does it expire?

12               SEN. LUCIO:  Yes, sir.

13               SEN. FRASER:  You know, interestingly, I

14  was in -- looking at mine just then, in my office.  I

15  got a new one this year, and it's good for six years.

16  So every six years, evidently.  I'm -- I'm going to ask

17  DPS that, but my assumption is that a driver's license

18  is renewed to last for six years.

19               SEN. LUCIO:  Well, we talked about senior

20  citizens.  There are senior citizens, 60, 70 years old,

21  who used an expired driver's license as a form of ID.

22  That's where I'm going with my questions and my remarks.

23  Are they no longer -- they no longer drive, but they

24  still vote.

25               Now, under this bill, they will have to

TX_00000540

USA_00015421

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 70 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 191 of 275

185

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   renew their license in order to vote.  Is that correct?
 2              SEN. FRASER:  You -- you've given a
 3   hypothetical, and I guess it's one of the things --
 4   actually, we were in the back discussing a question that
 5   was brought up by Senator Davis about an expired
 6   driver's license and at what point should it be -- how
 7   long should it be used.  I think someone used it for an
 8   extended period, like the example you're giving, for
 9   several years.  Unfortunately, that's not a valid --
10   that would be considered a valid license.
11              SEN. LUCIO:  I was under that impression
12   or to renew their passport or -- which are seldom used
13   by seniors.
14              SEN. FRASER:  I disagree with that.  I
15   travel with a lot of seniors.  I think there's a lot,
16   you know.
17              SEN. LUCIO:  Well, the ID.  They use this
18   ID for passports.
19              Well, I obviously have a bunch of other
20   questions, but in the -- in the interest of time, I will
21   address these to you in writing because I'm very, very
22   concerned about, you know, some of the things that are
23   going to be transpiring.  I think Senator Davis touched
24   on marriage -- the marriage -- marriage issues.
25              Or I'll give you one scenario, if I may.
```

TX_00000541

USA_00015422

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 71 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 192 of 275

186

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  Two citizens that are getting married.  The woman
 2  getting married has decided to change her name.  They
 3  get the marriage certificate.  They get married and so
 4  on.  But when the newlywed wife tries to vote, there is
 5  a problem.  The name on her voter ID does not match the
 6  name on her voter registration.  So maybe she did the
 7  right thing and changed her name on the voter ID, but
 8  before that, when she registered to vote, she had used
 9  her maiden name.  Maybe she registered to vote with her
10  new married surname but had not had yet changed her
11  voter ID to reflect a change of name.  Maybe there is no
12  time to address it because she gets married in October.
13              SEN. FRASER:  Senator, these --
14              SEN. LUCIO:  Those are just scenarios that
15  are coming up.
16              Others that I'm concerned with are the 18
17  year olds that are turning 18 thirty days inside of --
18  you know, between a primary and a general election.
19  Many of them will not be able to register to vote.
20              There are so many different scenarios,
21  Senator, and I'm very concerned about whether or not
22  they will be disenfranchised.  That's all.  Thank you
23  very much for your time.
24              CHAIRMAN DUNCAN:  Senator Van de Putte?
25              SEN. VAN de PUTTE:  Thank you,
```

TX_00000542

USA_00015423

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 72 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 193 of 275

187

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1   Mr. Chairman.
2                Would author of the bill yield for some
3   clarification?
4                SEN. FRASER:  I would yield.
5                SEN. VAN de PUTTE:  Thank you very much,
6   Senator Fraser.  I wanted to have a moment to clarify
7   some of the conversation and the points that we had on
8   our discussion earlier.
9                I thought that I had heard you say that
10  the bill that we had in the 81st Legislature was
11  actually modeled after Georgia.  When after comparison,
12  I think that it was actually modeled more closely after
13  the Arizona bill, which is a Section 5 voting rights
14  state as well.  And so I wanted to clarify that, but I
15  thought we had talked so much about the Georgia
16  legislation.  So the -- the bill, Senate Bill 362, was
17  actually modeled more after Arizona's law.
18                SEN. FRASER:  Senator --
19                SEN. VAN de PUTTE:  And I --
20                SEN. FRASER:  I am -- I don't want to
21  disagree with you, but I don't think Arizona's ever came
22  out of my mouth on this floor of the legislature about
23  last year's bill or this bill.
24                SEN. VAN de PUTTE:  No.
25                SEN. FRASER:  I'm -- the -- the bill that
```

TX_00000543

USA_00015424

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 73 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 194 of 275
188

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1 | we modeled last year was a Texas model that we were
 2 | moving forward, and whenever earlier you were addressing
 3 | the Georgia bill -- you're a past president of NCSL, and
 4 | I have the NCSL analysis here.  And that's the reason I
 5 | was confused because you were referencing Georgia, and
 6 | I've got --
 7 |                SEN. VAN de PUTTE:  That's correct.
 8 |                SEN. FRASER:  The document that came from
 9 | the organization that you chaired and that was the
10 | reason I was confused about what you were representing.
11 |                SEN. VAN de PUTTE:  Well, Senator, you
12 | were confused, and I was confused.  However, both -- I
13 | think we can both agree that your bill, Senate Bill 14,
14 | is more restrictive than current Georgia and Arizona
15 | law; that this is based after an Indiana model, but it
16 | is even more restrictive.  I mean, you have a pretty
17 | tight vote --
18 |                SEN. FRASER:  I -- I --
19 |                SEN. VAN de PUTTE:  -- of the bill.
20 |                SEN. FRASER:  I disagree with you on that,
21 | that there are -- are small things that we're different
22 | on, which basically is the number of things that you can
23 | use for identification.  But there are a list.  I think
24 | they have six in Indiana.  We have four in Texas.  We're
25 | under discussion about that four, should it be expanded.

TX_00000544

USA_00015425

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 74 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 195 of 275

189

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          So saying that they're very different is
2   not a correct observation.  There is very small
3   differences between the -- the Indiana, Georgia, or
4   Texas.  They're actually very, very much alike, and that
5   also gives us the reason we believe it will be approved
6   by the Supreme Court and DOJ.
7          SEN. VAN de PUTTE:  Well, I wanted the
8   opportunity to correct myself because Georgia only
9   allows for an alternate two forms in a provisional
10  ballot for first-time voters only, and so they do not
11  allow -- and I stand corrected.  You are correct that
12  they don't have two forms of alternate that are not a
13  photo ID.  The only time in the Georgia law that they
14  make reference to two forms -- and that's what I was
15  looking at and they have other things that they can use,
16  a bank statement, a current utility bill, a paycheck --
17  is when they are casting a ballot for the first time and
18  they have -- they are new registrants and they don't
19  have a photo ID.
20         So I stand corrected.  You are correct in
21  that for a provisional ballot, they do not allow two.
22  The only time they do -- and I'm looking at their
23  Senate -- their -- their bill -- is on a -- and I stand
24  corrected.  So I wanted to let you know that I misspoke.
25  That is not correct.  It's only the two alternate forms

TX_00000545

USA_00015426

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 75 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 196 of 275

190

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   when they're doing for first-time registrants.

2              SEN. FRASER:  Thank you for that

3   correction, and that -- that is -- the documentation I

4   show does show that they require a photo ID.

5              SEN. VAN de PUTTE:  And so I just want to

6   thank you for the ability to clarify this and know that

7   this is your -- this is a Texas bill, and it'll probably

8   be known as the Texas bill.  And -- and -- and to your

9   credit, for every -- all the work that you've done, I

10  believe it is very stringent in small ways in the

11  wording.  But for the groups of people that I think will

12  have a burden, they -- they have no alternate means.

13             So thank you very much for the opportunity

14  to clarify.  And, Mr. Chairman, I don't have any other

15  questions of the author.

16             CHAIRMAN DUNCAN:  Senator Ellis?

17             SEN. ELLIS:  Just a couple questions,

18  Senator.  I know you're tired.  You've been up a long

19  time.

20             From your opening statement, the primary

21  reason for this bill is because of your concern about

22  voter fraud.  Right?  Voter fraud, that's the primary

23  reason --

24             SEN. FRASER:  The integrity --

25             SEN. ELLIS:  -- for the --

TX_00000546

USA_00015427

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 76 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 197 of 275

191

CONSIDERATION OF SENATE BILL 14 1/25/2011

1      SEN. FRASER:  -- of the ballot, making

2    sure that the person that is trying to vote is who they

3    represent to be.

4      SEN. ELLIS:  And if that's the case, why

5    wouldn't you apply a voter -- photo voter identification

6    requirement to mail-in ballots?  Don't you think there's

7    probably room for more fraud for the mail-in ballots?

8      SEN. FRASER:  I will support you a hundred

9    percent.  You file that bill, you come forward with it,

10   and we'll talk about it.  But this bill does not in any

11   way address mail-in ballots.  This is only in-person

12   voter --

13      SEN. ELLIS:  But you -- but you will

14   concede that there's probably room, just from a

15   layperson's perspective?  Neither you nor I are experts

16   on it, and I'm just asking you to make the point.  Will

17   you concede that there's room -- there's potential for

18   more fraud with a mail-in ballot than with somebody

19   showing up?

20      SEN. FRASER:  I'm going to concede that

21   the bill that I'm laying out today will help a lot with

22   the in-person, you know, potential of fraud, and it will

23   make sure the person there is -- is who they say they

24   are.

25      SEN. ELLIS:  If you just had to guess,

TX_00000547

USA_00015428

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 77 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 198 of 275

192

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   would you think people who are more apt to do a mail-in
 2   ballot would be people in the red jersey or the blue
 3   jersey?
 4              SEN. FRASER:  I wouldn't be apt to guess.
 5              SEN. ELLIS:  Do you care?
 6              SEN. FRASER:  Oh, I care a lot, but I'm
 7   not going to guess.
 8              SEN. ELLIS:  Okay.  You heard the
 9   discussion earlier about the concern -- I think even in
10   your district, some of those DPS offices, I think, on
11   that map may be closing a few days a week.  So you --
12   you did say that you have some concern about access for
13   people to go and get --
14              SEN. FRASER:  It -- it is a discussion
15   going on, and it's -- you know, there -- I actually was
16   grinning as they were talking about the -- the -- you
17   know, the offices, is that I have the same challenge
18   sometime; and, you know, you've got to work to make sure
19   that they're open.
20              But that's a discussion we're having
21   with -- with Senator Williams.  He's having a discussion
22   with DPS, and we're -- we're trying to look at, through
23   his committee, the Finance Committee and communique with
24   DPS, the -- the easiest way to make sure that everyone
25   can -- can comply.
```

TX_00000548

USA_00015429

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 78 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 199 of 275

193

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. ELLIS:  But you'll agree, it's a
 2   problem?  There's some concerns about it?
 3              SEN. FRASER:  I don't know that I'll agree
 4   that it's a problem.  Problem implies that, you know,
 5   there are -- everyone works through it.  I've got a
 6   driver's license.  You've got a driver's license.
 7   Probably, I would love for them to come in my office and
 8   take my picture, but it doesn't work that way.  I have
 9   to go and put out the effort to go and get it.  And
10   that's the system we have, and we just need to make it
11   as easy as possible.
12              SEN. ELLIS:  Well, what prompted you,
13   Senator, to carry this bill?  I mean, was it
14   something -- just laying up at night?  Did somebody come
15   to you?  What -- you're such a handsome fellow, but why
16   you?
17              SEN. FRASER:  The -- and actually, I'll go
18   back to -- you asked me the same question two years ago,
19   and it's in the record.  We just, you know, entered it.
20              Actually, this is over a number of years,
21   just watching and looking at articles of things that
22   happened.  Obviously, there's a lot of press about
23   the -- the Carter-Baker Commission of concern, and I
24   watched the issue.  And it was being asked a lot, as I
25   was speaking out in the district, is that when are we
```

TX_00000549

USA_00015430

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 79 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 200 of 275

194

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   going to, you know, address it.  And I thought -- I
 2   thought the issue had matured, and I decided to file it.
 3   If you -- if you remember, this is the third session I
 4   filed this bill.
 5             SEN. ELLIS:  Well, I've always known you
 6   to be a member, Senator, who digs into an issue.  You --
 7   you read a lot.
 8             Why would you say a new photo ID?  Why
 9   wouldn't you just make a -- have a bill that has a
10   requirement that we put a photo on the voter
11   registration card?  I mean, wouldn't you agree?
12   Probably more people have a voter registration card in
13   Texas than have a driver's license.
14             SEN. FRASER:  That -- well, I don't --
15             SEN. ELLIS:  Okay.  All right.
16             SEN. FRASER:  I don't --
17             SEN. ELLIS:  You think more people in
18   Texas --
19             SEN. FRASER:  -- think that's true.
20             SEN. ELLIS:  -- have a driver's license?
21             SEN. FRASER:  I don't -- I'm having the
22   chairman of the committee that is over it --
23   interestingly, I want you to think about what you just
24   suggested, is that driver's license is going to be the
25   easy form of identification.  We -- we know that 90-plus
```

TX_00000550

USA_00015431

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 80 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 201 of 275

195

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   percent of the people -- and I think the number is

2   probably higher than that -- have a driver's license in

3   Texas.

4                   But if you're going to put a picture on a

5   voter registration, that means that every single person

6   that's registered to vote has to go back in, have a

7   picture made, have the cost of putting it on there.  So

8   it's not only the cost --

9                   SEN. ELLIS:  Let me try it a different

10  way.  Do you think that more people who are registered

11  to vote -- you think that more people who are registered

12  to vote would have the voter registration card than a

13  driver's license?

14                  SEN. FRASER:  Say it again.  Do it one

15  more time.

16                  SEN. ELLIS:  Do you -- would you agree

17  that more people --

18                  CHAIRMAN DUNCAN:  Senator?  Senator Ellis,

19  y'all are talking over each other.  If you --

20                  SEN. ELLIS:  Oh, are we?  Should I back

21  up?

22                  CHAIRMAN DUNCAN:  Yeah -- no.  No.

23  Just --

24                  SEN. ELLIS:  I'll talk slower.

25                  CHAIRMAN DUNCAN:  -- when he starts to

TX_00000551

USA_00015432

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 81 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 202 of 275

196

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1  answer the question, let him answer it and then ask

 2  another question so only one person is speaking at a

 3  time.

 4              SEN. ELLIS:  Okay.

 5              CHAIRMAN DUNCAN:  Thank you.

 6              SEN. ELLIS:  Are you through?

 7              SEN. FRASER:  I'm not even sure what the

 8  question was.

 9              SEN. ELLIS:  The question is, would you

10  agree that more people who vote have a voter

11  registration card than a driver's license?  They'd have

12  to because you've got to -- you're supposed to go get a

13  voter registration to be able to vote.

14              SEN. FRASER:  Can I answer your question?

15              SEN. ELLIS:  Yeah.

16              SEN. FRASER:  I'm -- I'm sure everyone at

17  some point were mailed one, but it has been years since

18  I walked in with a voter registration card.  I show my

19  driver's license when I vote, and I would say probably

20  that is -- do you show yours, or do you show your

21  driver's license?

22              SEN. ELLIS:  I show my driver's license.

23              SEN. FRASER:  Well, there's -- but you

24  have -- you probably were mailed a voter registration.

25              SEN. ELLIS:  I have both.

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00000552
JA_000551

TX_00000552

USA_00015433

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 82 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 203 of 275
197

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1              SEN. FRASER:  Okay.
2              SEN. ELLIS:  Let me ask you this:  There's
3   an article in today's paper.  It says nearly 650,000
4   Texans who refuse to pay surcharge penalties for drunken
5   driving, no insurance, and other violations are being
6   offered a one-time amnesty by the state.  Those offered
7   amnesty represent just over half of the estimated
8   1.2 million Texans in default.  It talks about what they
9   owe the state.  But all of these folks who are in
10  default, because we balanced the budget in '03 with
11  surcharges for people who have a license, all have had
12  their licenses suspended for not paying.  So would that
13  concern you any that, at least, according to folks who
14  go get amnesty, that's 1.2 million.  That would be more
15  than that.  There's 1.2 million owes the state X amount.
16  That's what this article is about.
17              But would you concede it ought to be a
18  problem because we've got a lot of people who had a
19  driver's license, I assume the one's who owe the
20  surcharges are -- you know, maybe a disproportionate
21  number of them are folks who didn't have the money to
22  pay the surcharges.  Maybe some of them were just civil
23  libertarians, didn't like the bill and wouldn't pay it
24  period.  But a lot of them are probably working-class
25  people who can't pay it.  So at least over 1.2 million
```

TX_00000553

USA_00015434

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   Texans since 2003 have gotten their licenses suspended,

2   so they will no longer have a valid driver's license

3   that they could use to go and vote like you and I do.

4   Does that concern you?

5              SEN. FRASER:  Well, first of all, if -- if

6   some reason it's a felony, that -- of the crime that

7   they're not paying for, I'm not sure that they -- I

8   guess I'd question whether they're eligible.  I don't

9   know the answer.  We'd ask the Secretary of State that.

10             SEN. ELLIS:  I don't think --

11             SEN. FRASER:  But the easy answer to your

12  question is, we're going to give them an ID free.  So if

13  they've lost their driver's license, all they got to do

14  is go back down and get a free ID.  We'll hand them a

15  new one.

16             SEN. ELLIS:  So you think the over

17  1.2 million people who had their licenses suspended

18  because of the surcharges this legislature put on them

19  in 2003 is not -- they haven't been convicted of a -- of

20  a felony.  That's not on their record, but their license

21  has been suspended.  They're being offered amnesty,

22  according to the article in today's paper.  You think

23  that those folks would go and get this new ID?  You

24  don't think they'd be worried about showing up and

25  somebody saying, "Hey, by the way, now that I know where

TX_00000554

USA_00015435

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 84 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 205 of 275

199

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   you are, I want my money.  I want some of this 1.  --
 2   $1.1 billion that you owe to the state"?
 3                   SEN. FRASER:  I'm not advised.
 4                   SEN. ELLIS:  Okay.  One distinction,
 5   obviously, is these people still have a constitutional
 6   right to be able to vote.
 7                   One last point.  On the exemption for the
 8   elderly, I don't know if I'm reading this right or not,
 9   but in your mind, is that a one-time exemption or would
10   people over -- I think you and Senator West were going
11   through the age deal earlier, and we have to find out
12   from the Secretary of State which one of you hits 70
13   first.  But if you have -- the way I read your bill, if
14   you don't hit 70 before that date in January, I believe,
15   of 2012, then it wouldn't apply.  So anybody on this
16   floor who will be over 70 at some point or any of your
17   constituents who will hit 70 after that date in January
18   of 2012, would not have that exemption.  Is that
19   correct?
20                   SEN. FRASER:  Yes.
21                   SEN. ELLIS:  So your intent is that one
22   time.
23                   SEN. FRASER:  No, it's not a one-time at
24   all.
25                   SEN. ELLIS:  Continuous for people who are
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000555
JA_000554

TX_00000555

USA_00015436

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 85 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 206 of 275

200

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   already 70 after January of 2012?
 2                 SEN. FRASER:  If you're 70 on January 1,
 3   2012, you will be subject to current law the rest of
 4   your life.
 5                 SEN. ELLIS:  Okay.  I want to make sure
 6   that's clear, because some folks have --
 7                 SEN. FRASER:  If you're 70 on that --
 8                 SEN. ELLIS:  -- called my office from
 9   AARP --
10                 SEN. FRASER:  Yes.
11                 SEN. ELLIS:  Okay.
12                 SEN. FRASER:  Yes.
13                 SEN. ELLIS:  So it's not for all people
14   over 70.  Just those who will hit 70 by January of 2012.
15                 SEN. FRASER:  If you're 70 on January 1,
16   2012, you will be subject to the -- the -- not be
17   subject to these provisions.  You basically will be
18   operating under current law for the rest of your life.
19                 SEN. ELLIS:  Are you confident, Senator,
20   that your bill would not have a disparate impact on the
21   elderly, on women, on those that are physically
22   challenged, on racial ethnic minorities?
23                 SEN. FRASER:  I am --
24                 SEN. ELLIS:  Are you confident?
25                 SEN. FRASER:  -- absolutely sure.  I would
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000556
JA_000555

TX_00000556

USA_00015437

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 86 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 207 of 275

201

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  not have filed the bill if I had thought it -- I want to
2  make sure that every person in the state has a right to
3  vote.  The -- not -- you know, the right that we extend
4  them, they should have that, and I do not believe that
5  in any way we're impacting that and that -- that -- you
6  know, I want to make sure that the groups you're talking
7  about, you know, women, minority, elderly, that they all
8  have the right to vote; and I believe my bill does that.
9             SEN. ELLIS:  Okay.  And I know that's your
10  intent.
11             SEN. FRASER:  Yes.
12             SEN. ELLIS:  But you're confident that it
13  will have no impact?
14             SEN. FRASER:  I'm very confident.
15             SEN. ELLIS:  Okay.  To that end, would you
16  have a problem with putting a provision in this bill so
17  that the Secretary of State would do an annual report on
18  whether or not this bill has had a disparate impact?
19             SEN. FRASER:  I think we're going to get
20  our report back from the -- assuming it gets to the
21  Supreme Court and Department of Justice, I believe we'll
22  get our report card from that.  And then through time,
23  if there are -- and I'm going to go back to the examples
24  of Indiana and Georgia.  To my knowledge, there has
25  never been a person that has reported that had a

TX_00000557

USA_00015438

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 87 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 208 of 275

202
CONSIDERATION OF SENATE BILL 14 1/25/2011

1  problem -- came forward because they had a problem with
2  the laws they've, you know, implemented.  We're doing
3  exactly the same thing.
4            So I think you and I, as legislators, if
5  there's a problem, will hear about it.  And I would not
6  want to put the burden on an agency.  You know, if we
7  hear about it, then we can do that in the future.
8            SEN. ELLIS:  Maybe I'm just at a loss.  If
9  you -- I know your intent, and you are confident your
10 bill will not have a disproportionate impact on certain
11 groups.  I mean, were the concern be the methodology,
12 you could design that.  But what would be wrong with the
13 Secretary of State doing an annual report on whether or
14 not this bill has a disproportionate impact on any
15 groups of people so that we know?  What -- I mean, you
16 know, we -- oftentimes we pass -- I think we even have
17 a -- I think it might have been Shapleigh who put it in
18 some time ago, when we do a tax bill as a requirement,
19 that we have LBB do a disparate impact statement just so
20 we know because as you know, I mean, we're tinkering
21 with a constitutional right.
22            And, Senator, I might add, we're in a
23 state -- well, you know the history.  I mean, initially,
24 you had to be a property owner to vote or you had to be
25 a male to vote, had to be a certain color to vote.  Now,

TX_00000558

USA_00015439

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 88 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 209 of 275

203

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  over time, that has gotten better; but in our southern
 2  states, in particular, it has not been an easy journey
 3  to get to where we are.  So what -- what would be wrong
 4  with just simply coming up with some simple methodology
 5  and let the Secretary of State do that?
 6              SEN. FRASER:  We have a simple
 7  methodology.  It's called going into a session on the
 8  second Tuesday of every -- you know, every odd year.
 9  And you, as my desk mate, sitting beside me, I feel very
10  comfortable that we'll -- we'll get that -- you know,
11  we'll look at it every couple of years.  So I -- I think
12  the fact that we come back in, we're going to be given
13  the opportunity every two years to -- to re-examine.
14  And there will be discussion about this, of whether it's
15  working or not.
16              SEN. ELLIS:  To implement your bill,
17  you're going to use federal money to be able to do it.
18  Where would that money be used if it was not going to be
19  used to implement this new system?
20              SEN. FRASER:  Well, obviously -- and,
21  again, I don't want to speak for the Secretary of
22  State's office.  When they're here, they can give you an
23  ideal.  But if there's a pretty good-sized pot of money
24  that's sitting there that we haven't spent yet and
25  we're -- you know, we're pretty good about being
```

TX_00000559

USA_00015440

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 89 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 210 of 275

204

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   creative about, you know, where you spend money.  So I'm
2   assuming that money is restrictive about where they can
3   spend it, and I think probably this is a -- an
4   application where it fits.
5               And I guess to answer to your question, I
6   don't know.  You can ask them, but I think this is a
7   good place to spend it.
8               SEN. ELLIS:  Would a new change go into
9   effect in the next cycle?
10              SEN. FRASER:  I'm sorry.  Do that again.
11              SEN. ELLIS:  With a new election change, a
12  major requirement going into place for the next cycle
13  with new districts, you and I have new districts, do you
14  think it would make sense to give people the ability to
15  register on that day with the photo ID you're requiring?
16              SEN. FRASER:  No.
17              SEN. ELLIS:  So could you go in and
18  register on that day because some people are just maybe
19  confused about this new requirement we're putting in
20  place?
21              SEN. FRASER:  We're going to spend a lot
22  of time and hopefully dollars educating both the public
23  and the -- the workers, and I think the system will work
24  very well like it is.
25              SEN. ELLIS:  Your bill looks -- I mean,

TX_00000560

USA_00015441

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   it's obviously a bit more stringent, bit more onerous
 2   than the bill you had last session.  And based on the
 3   questions with you and, I think, Senator Van de Putte
 4   earlier, it looks like this bill is also more stringent
 5   than the Indiana bill that you modeled it after.
 6                  SEN. FRASER:  That -- you missed the
 7   conversation we just had with -- with Senator Van de
 8   Putte.  That is not the case.  It actually is -- is a
 9   very, very small change between --
10                  SEN. ELLIS:  They take student --
11                  SEN. FRASER:  Huh?
12                  SEN. ELLIS:  They take student IDs --
13                  SEN. FRASER:  Well, I --
14                  SEN. ELLIS:  -- in Indiana?
15                  SEN. FRASER:  We -- we have four forms of
16   IDs in this bill that we're accepting, but we're also
17   listening to the debate.  Indiana has six forms.
18   Georgia I think expands it to about eight.  So it's the
19   number -- the type of, but they're all photo --
20   government-issued photo IDs.
21                  SEN. ELLIS:  Okay.  So I guess when I say
22   it's more onerous, there are more people in Texas who
23   would have a student ID than a passport.
24                  SEN. FRASER:  Not advised.
25                  SEN. ELLIS:  Okay.  Do you know how many
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 91 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 212 of 275

206

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  Americans have a passport?
 2              SEN. FRASER:  Not advised.
 3              SEN. ELLIS:  Well, I know from the press
 4  counts, you and I have one.  But -- but I'll just tell
 5  you --
 6              SEN. FRASER:  We don't -- we don't talk
 7  about that.
 8              (Laughter)
 9              SEN. ELLIS:  We've gone to a few places
10  together.
11              Six percent of the people, I think, in
12  America have passports.  I think about the lowest
13  percentage for most nations in the top 20, 6 percent of
14  the people in America have passports.  So I guess I'm
15  saying, why would you choose that as one of your forms
16  of ID as opposed to a student ID when you know we have
17  problems getting young people sometimes to focus for
18  more than a week?  But folks who have a passport, you've
19  got to be fairly worldly, shall we say, to go get a
20  passport.  And if the number is 6 percent in America,
21  I'm just guessing less than 6 percent of the people in
22  Texas have a passport.
23              SEN. FRASER:  We know the people that are
24  issuing the passports.  We don't know where all the
25  student IDs are coming from because not all student IDs
```

TX_00000562

USA_00015443

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 92 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 213 of 275

207

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  are issued with, you know, our -- our input.  So the

2  easy answer to that is that we want to make sure that we

3  have something that is easily recognizable to the poll

4  worker, and we can verify that it is -- it is valid.

5                 SEN. ELLIS:  What if we tried to put in a

6  student ID from a state institution so at least we did

7  that.

8                 SEN. FRASER:  Senator, if you want to

9  offer amendments, as I told Senator Gallegos, I draw

10 them up, get it to you where I can look at it and get

11 plenty of time to look at it.  There's -- you know,

12 we're going to look at every amendment.  If you -- you

13 know, you can throw anything out.  We'll discuss it.

14                 But, I mean, the thing we're trying to do

15 is we're trying to make it easy as possible on the

16 Secretary of State and the poll worker as we implement,

17 making sure that it's easily identifiable but also, you

18 know, is good public policy.

19                 SEN. ELLIS:  Well, I'm just asking -- now,

20 I hate to take your time, but, I mean, you -- you put it

21 on the fast track.  I mean, I -- I'd like to be working

22 on the budget or something else, but --

23                 SEN. FRASER:  I didn't put it --

24                 SEN. ELLIS:  -- since you put it on the

25 fast track.

TX_00000563

USA_00015444

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 93 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 214 of 275

208

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. FRASER:  I didn't put it on the fast
 2  track.  I'm -- you know, I did not put it on the fast
 3  track.  I think the -- the person in the center office
 4  put it on a -- as an emergency bill and --
 5              SEN. ELLIS:  So you really don't want to
 6  do this, do you?
 7              SEN. FRASER:  I am standing here
 8  explaining it to you because I think it's good public
 9  policy.
10              SEN. ELLIS:  I'll leave you alone after
11  this one.
12              But based on the election results of the
13  last cycle, what fraud will your side of the aisle be
14  worried about?  Senator Whitmire raised that with me the
15  other day.  I'm saying this:  As well as your side did,
16  seems like my side ought to be a little bit more worried
17  about if there was some fraud.
18              SEN. FRASER:  I think if you look at the
19  polling in your district, your district is worried
20  because they're telling you you need to vote for it; and
21  I'm telling you, you're on the wrong side of this issue.
22              SEN. ELLIS:  I respectfully would say you
23  ought to be a little careful with that notion of what
24  polling data says.  I'm willing to bet you, Troy, when
25  our predecessors stood on this floor and sat in these
```

TX_00000564

USA_00015445

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 94 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 215 of 275

209

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  seats and passed most of the restrictions, that at some

2  point were in state law, the polling data indicated they

3  were on the right side of history; but you and I know

4  they were on the wrong side of it.

5           SEN. FRASER:  All I can tell you is the

6  question's pretty straightforward.  It said -- they

7  asked the people in your area, "Should you have to show

8  a photo ID when you vote?"  And the number across,

9  Republican, Democrat, Hispanic, African American,

10  others, were overwhelming.

11           SEN. ELLIS:  Well, let me ask you this:

12  If I come up with some polling data that says they would

13  support same-day registration, recognizing student ID,

14  exempting people over 70 forever, not just for those who

15  hit 70 before the next election cycle, to what extent

16  would you be voting based on what the polling says?

17           SEN. FRASER:  Well, come -- come forward

18  with your data.  But I can tell you the things you've

19  mentioned, the only one that is applicable to this bill

20  is the -- the elderly because the same-day voting, those

21  other things, that's another issue for another day.

22  Doesn't fit on this bill.

23           SEN. ELLIS:  Thank you.

24           CHAIRMAN DUNCAN:  Chair recognizes Senator

25  Zaffirini.

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000565
JA_000564

TX_00000565

USA_00015446

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 95 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 216 of 275

210

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1              SEN. ZAFFIRINI:  Thank you,
2    Mr. President -- or Mr. Chairman.
3              Senator Fraser, my first questions will
4    focus on the criminal justice impact, if you have a copy
5    of that.
6              SEN. FRASER:  Well, excuse me, before
7    you -- what your first question should be, do I still
8    have my thick book that you were impressed with last
9    time.  My --
10             SEN. ZAFFIRINI:  Yes.  I was --
11             SEN. FRASER:  I reread the data last night
12   that you were going to instruct your staff asking them
13   why you didn't have one.
14             SEN. ZAFFIRINI:  Well, good.  I wish you
15   had it again.
16             SEN. FRASER:  I do have it.
17             SEN. ZAFFIRINI:  Good.
18             SEN. FRASER:  Right here.
19             SEN. ZAFFIRINI:  Good.
20             SEN. FRASER:  I was -- oh, go ahead,
21   please.
22             SEN. ZAFFIRINI:  But do you have a copy of
23   your criminal justice impact statement?
24             SEN. FRASER:  I do now.
25             SEN. ZAFFIRINI:  My first questions will
```

TX_00000566

USA_00015447

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 96 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 217 of 275

211

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   focus on that.
 2            In the first paragraph, you'll see that it
 3   states very clearly that the punishment for attempting
 4   to vote illegally would be enhanced from a Class A
 5   misdemeanor to a state jail felony, and the punishment
 6   for illegal voting would be enhanced from a third degree
 7   felony to a second degree felony.  What would be the
 8   impact on our state budget of increasing those
 9   penalties?
10            SEN. FRASER:  I'm sorry.  I'm not advised
11   as the impact on the budget, as you know.  You're on
12   finance, I'm not.  You would know that.
13            The second question I'm assuming you're
14   asking is, why we would consider doing this?  Actually,
15   these suggestions were brought forward by Democratic
16   members of your delegation that said, "Why don't we go
17   ahead and increase it?"  So we increased the penalties
18   for fraud.  So the recommendations on doing this, it
19   actually was across the board.  We had people on both
20   sides, but there was recommendations that we increase
21   these penalties.
22            The impact of the cost to the budget, I'm
23   sorry, I'm not advised.  My job is to make sure the
24   public is well served, and if someone commits fraud
25   by -- by voter impersonation, that the penalties are
```

TX_00000567

USA_00015448

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 97 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 218 of 275

212

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   strict.

 2              SEN. ZAFFIRINI:  But I am concerned about

 3   this, Senator, and I don't know what Democrat or what

 4   Republican asked you to make those changes.  I was not

 5   privy to that conversation.

 6              But if you look at the last paragraph, it

 7   says:  Increasing the penalty for any criminal offense

 8   is expected to result in increased demands upon the

 9   correctional resources of counties or of the state due

10   to longer terms of probation, of longer terms of

11   confinement and county jails or prison.  And then it

12   also states:  When an offense is changed from a

13   misdemeanor to a felony, there is a transfer of the

14   burden of confinement of convicted offenders from the

15   counties to the state.

16              So earlier there was senators who talked

17   about unfunded mandates for the counties, but in this

18   case, we are -- we seem to be relieving the county of

19   some of its burden but then increasing the burden to the

20   state.  And my question remains:  At what cost?

21              Now, this bill, were it before the Finance

22   Committee, we would have a fiscal note; but because it's

23   not, it's because it's before the Committee of the

24   Whole.  We are restricted to the fiscal note that we

25   have here, and it's strange that we don't have a
```

TX_00000568

USA_00015449

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 98 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 219 of 275

213

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  connection between the cost of the criminal justice

2  impact and the fiscal note.  It seems that there's two

3  independent documents, as they should be, but it seems

4  to me, that the fiscal note should reflect the cost that

5  is defined or, at least, specified in the criminal

6  justice impact statement.

7              SEN. FRASER:  Well, and I think the easy

8  answer to that -- I'll -- if someone else, if -- we may

9  defer to Senator Williams, if he wanted to comment, or

10 another member.

11             But I think the easy answer to this is

12 that if we implement the photo ID, it's pretty

13 straightforward, that someone -- if they're going in, if

14 they have a driver's license and they're -- you're

15 attempting to vote, that there's a good assumption that

16 the driver's license is valid, that they are who they

17 say they are.  So I'm -- we're hoping that the deterrent

18 will be that people will not try to vote fraudulently,

19 that the ones that are voting will be valid voters, and

20 we don't have a lot of people going to prison because

21 hopefully, they won't try to vote illegally.  I --

22 that's the hope.

23             SEN. ZAFFIRINI:  Well, actually, Senator,

24 that is why some of us are opposed to this bill because

25 we don't understand the problem that has been defined.

TX_00000569

USA_00015450

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 99 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 220 of 275

214

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   For example, in that same paragraph, it says:  In fiscal
2   year 2010, less than five people were under parole or
3   supervision for illegal voting.  In fiscal year 2010,
4   five offenders were placed on community supervision, and
5   less than five offenders were released from community
6   supervision for illegal voting or attempting to vote
7   illegally; and then more important, in fiscal year 2010,
8   less than five people were arrested for illegal voting
9   or attempting to vote illegally.

10              So it seems to me that this criminal
11  justice impact statement makes the point that there
12  isn't a problem, especially if you look at the last
13  sentence:  It is assumed the number of offenders
14  convicted under this statute would not result in a
15  significant impact on the programs and workload of state
16  corrections agencies or on the demand for resources and
17  services of those agencies.  So if they don't see an
18  increased demand in this area because they don't see
19  people being arrested, then where's the problem?

20              SEN. FRASER:  Well, and I guess I just
21  disagree with your analysis of this, is that voter
22  fraud, under current law, that our laws are so weak,
23  it's virtually impossible to -- to catch one and
24  convict; and that's the problem we're trying to address.
25              SEN. ZAFFIRINI:  Well, okay, Senator.

TX_00000570

USA_00015451

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 100 of 122

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   Thank you.
 2              My next questions will focus on the fiscal
 3   note.  Do you have a copy of the fiscal note?
 4              SEN. FRASER:  I do.  Somewhere.
 5              SEN. ZAFFIRINI:  I'll wait till you get
 6   it.
 7              SEN. FRASER:  Yes.
 8              SEN. ZAFFIRINI:  You have it?
 9              SEN. FRASER:  I have.
10              SEN. ZAFFIRINI:  So the fiscal note shows
11   $2 million but all in fiscal year 2012.  Why aren't
12   there recurring costs?  Is that because the photo ID
13   card is issued in perpetuity, or it doesn't have to be
14   renewed?
15              SEN. FRASER:  Senator, again, you're --
16   you're a member of finance who would know.  You know,
17   this comes from LBB which did consultation with the
18   affected parties, which are Secretary of State, DPS.
19   We're going to have expert witnesses who will come up in
20   a minute --
21              SEN. ZAFFIRINI:  Okay.
22              SEN. FRASER:  -- and they will explain how
23   they delivered that data.  I think probably what you're
24   going to hear from them is that a lot of the initial
25   cost would be in the education of the -- the -- the
```

TX_00000571

USA_00015452

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 101 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 222 of 275

216

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  Secretary of State educating both voters and poll

2  workers and any initial -- the free cards that we're

3  giving out, there will be more, probably, the first year

4  than other years.  I'm -- I'm assuming that's it, but I

5  think I'd ask that question of the Secretary of State

6  and DPS.

7           SEN. ZAFFIRINI:  Well, but, again, the

8  fiscal note is submitted to the chair of the committee

9  that hears the bill.  You'll notice at the top of

10  Page 1, it is directed to Robert Duncan, chair of the

11  Senate Committee of the Whole, not to Senator Ogden,

12  chair of Finance.  And so it is not for the Finance

13  Committee to consider the costs and the implications of

14  these policy changes, but it's up to the Committee of

15  the Whole; and we are the ones who have this fiscal

16  note.

17           And I challenged the fiscal note last

18  time.  Remember it was zero, and I couldn't believe it?

19  And I asked you questions about that, and I just

20  couldn't believe it.  And so now, all of a sudden, it's

21  a fairly similar bill.  Many would say more restrictive,

22  but now it has a fiscal note of $2 million.

23           And did you say earlier, Senator, that

24  this cost would be covered by HAVA funds?

25           SEN. FRASER:  And -- and the difference

TX_00000572

USA_00015453

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 102 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 223 of 275

217

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  between this year and two years ago, I think the

2  assumption last year -- two years ago is that they would

3  just be able to use the HAVA funds.  And, again, I think

4  you probably should ask the Secretary of State.

5           I believe since then, they have made a

6  request of HAVA requesting that, and HAVA's response, I

7  believe, is that they will wait until the bill is

8  passed.  And when the bill is passed, then they will

9  make a determination on whether you could use the -- the

10  money.  But we're also looking at history of other

11  states.  They have been allowed to use HAVA money.

12           But, again, I think I'd ask the Secretary

13  of State that question.

14           SEN. ZAFFIRINI:  Well, as the author of

15  this bill, would you prefer that the state pay this

16  $2 million in costs, or would you prefer that we use

17  federal funds?

18           SEN. FRASER:  I would prefer the money

19  that's sitting over here in a pot at the Secretary of

20  State -- that has not been spent; obviously, I'd much

21  rather use that.

22           SEN. ZAFFIRINI:  Do you know, Senator,

23  what the HAVA funds are used for?

24           SEN. FRASER:  For educating -- it's the --

25  help America vote.  It's to encourage voting.

TX_00000573

USA_00015454

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 103 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 224 of 275
218

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. ZAFFIRINI:  So basically, if we use
 2   the HAVA funds for this purpose, we are repurposing the
 3   HAVA funds that are already there and intended for
 4   things like new equipment and ongoing training programs?
 5              SEN. FRASER:  Senator, I don't think -- I
 6   think the decision will be made by the federal agency
 7   that sent us the money, the HAVA people; and if they've
 8   already authorized other states to use this for voter --
 9   it's for voter education, and this would fall in the
10   area of voter education, I would assume.
11              SEN. ZAFFIRINI:  Well, it's my
12   understanding, Senator, that it is for the state to
13   submit a plan.  The federal government doesn't tell us
14   what to do in that area, not that it doesn't tell us in
15   other areas.
16              SEN. FRASER:  And, Senator, I hate -- it's
17   the same answer I've given multiple people before, is
18   that the Secretary of State will be coming up.  I think
19   that's the person to address this.
20              SEN. ZAFFIRINI:  Do you have any
21   suggestions regarding the training that is referred to
22   on Page 2 of the fiscal note, local government impact?
23              SEN. FRASER:  I do not.  That, again,
24   will -- it is the job of the Secretary of State to
25   administer that, recommend the training, and I believe
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000574
JA_000573

TX_00000574

USA_00015455

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 104 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 225 of 275

219

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   they have the authority under current law.
 2               SEN. ZAFFIRINI:  And you have no
 3   information, then, about any recurring costs that we
 4   should worry about?
 5               SEN. FRASER:  I have none.
 6               SEN. ZAFFIRINI:  And to whom would you
 7   refer us on that issue?
 8               SEN. FRASER:  On recurring costs?
 9               SEN. ZAFFIRINI:  Uh-huh.
10               SEN. FRASER:  Could you give me an
11   example?  I don't -- I don't think I --
12               SEN. ZAFFIRINI:  Well, the fiscal note
13   shows all the expense in fiscal year 2012, and then it
14   doesn't show any other expenses --
15               SEN. FRASER:  I --
16               SEN. ZAFFIRINI:  -- beyond that.
17               SEN. FRASER:  I would ask the Secretary of
18   State or DPS.
19               SEN. ZAFFIRINI:  It just seems to me,
20   Senator, that there will be recurring costs because one
21   example would be the State's responsibility to provide
22   free photo ID cards on a recurring basis to the
23   significant portion of our population that moves
24   regularly.  They move from one part of the state to
25   another, and they might need a different card in that
```

TX_00000575

USA_00015456

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 105 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 228 of 275

220

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  area.  And that would be a recurring cost, would it not?
 2            SEN. FRASER:  Senator, since 2006, there
 3  have only been 37,000 people that registered to vote
 4  that did not have a current driver's license.  That --
 5  that's in the last five years.  So the assumption is,
 6  the number that is coming into the system that would not
 7  have a card, the number is very low.  The cost of that
 8  card is not a huge number.  So actually, the amount that
 9  it would cost to take care of them is a -- not a large
10  number.
11            SEN. ZAFFIRINI:  What I'm worried about,
12  Senator, as a member of the Finance Committee, is
13  unintended consequences and unexpected costs.  Not
14  unexpected because we don't foresee them and can't
15  identify them, but because of the criminal justice
16  impact statement and because of the fiscal note that we
17  have that simply don't address these issues.
18            For example, Line 12, Page 12 of the bill,
19  you refer to the cost of the get-out-the-vote efforts;
20  and basically, the fiscal note states:  The analysis is
21  incomplete because, quote, it is not known how many
22  voter registration drives or other activities designed
23  to expand voter registration would occur.  So we don't
24  even have an estimated cost of one voter registration
25  drive.  And if it is our intent to ensure that we have
```

TX_00000576

USA_00015457

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 106 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 227 of 275

221
CONSIDERATION OF SENATE BILL 14 1/25/2011

 1   more, we're not considering the cost, it seems to me
 2   that we are being irresponsible in terms of identifying
 3   the exact cost or the best estimated cost of this bill.
 4            SEN. FRASER:  And we are -- have the
 5   benefit of not being the first one to implement this.
 6   We don't have to reinvent the wheel.  We can look at the
 7   history of states that have implemented, like Indiana,
 8   Georgia, and others, look at common things that have
 9   happened there.  We're going to have a person from
10   Indiana here.  I think it -- that would probably be a
11   question you might ask, is the reoccurring cost, because
12   they've had this in effect.  I believe they passed it in
13   2006.
14            SEN. ZAFFIRINI:  But, of course, when we
15   talk about other states, including Indiana, we -- Texas
16   is much bigger and much more diverse; and so our
17   problems will be very different, our challenges will be
18   very different, and I believe our costs will be
19   significantly higher.  But, again, I'm concerned as a
20   member of the Finance Committee.
21            But speaking of costs related to other
22   states, are you aware, Senator, that in many, if not
23   all, of the states that have implemented photo ID bills,
24   including those with less restrictive laws than the one
25   that you propose, they have been challenged in court.

TX_00000577

USA_00015458

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 107 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 228 of 275

222

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   What costs are we anticipating regarding being
 2   challenged in court because of this bill?
 3                   SEN. FRASER:  I'm -- I'm not advised, that
 4   you're making an assumption we'll be challenged, and
 5   I'm -- I do not -- I'm not advised.
 6                   SEN. ZAFFIRINI:  I think it's a pretty
 7   safe assumption.  Indiana was challenged, and as I said,
 8   many, if not all, of the states that have implemented
 9   these bills have been challenged.
10                   So I think, again, as members of the
11   Finance Committee, as members of the Senate, even those
12   who are not members of the Finance Committee, should
13   look at that as a possibility and certainly should
14   consider the costs.  Is this where we want to spend our
15   money?  Even the $2 million.  What if HAVA funds are not
16   used for this purpose?  Is this where we want to spend
17   the $2 million and significantly more in defending the
18   bill instead of addressing the other issues that we are
19   facing right now because of economic crisis in Texas?
20                   SEN. FRASER:  Was that a question?
21                   SEN. ZAFFIRINI:  Yes.  Is it?
22                   SEN. FRASER:  Is what?  Should --
23                   SEN. ZAFFIRINI:  Is this where we want to
24   spend our money?
25                   SEN. FRASER:  It's -- the decision on
```

TX_00000578

USA_00015459

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 108 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 229 of 275

223

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1   that, you know, I'm not on Finance, you are.  You're --
 2   you're -- you're asked to make those hard decisions.  So
 3   that, I would -- you know, that'll go back to the
 4   Finance Committee.
 5                SEN. ZAFFIRINI:  Okay.
 6                SEN. FRASER:  But you're also making an
 7   assumption that there's going to be an expense, which I
 8   don't think there will be one because I think we'll be
 9   able to spend the HAVA funds.
10                SEN. ZAFFIRINI:  All right.  Well, we
11   disagree on those.  I think those assumptions are fairly
12   safe.
13                Senator Fraser, Senator Van de Putte
14   distributed this map earlier.  Have you seen this map?
15                SEN. FRASER:  I have not.
16                SEN. ZAFFIRINI:  Basically, it shows
17   her -- if my -- Mr. Chairman?
18                CHAIRMAN DUNCAN:  Senator Zaffirini?
19                SEN. ZAFFIRINI:  If I may direct a
20   question to Senator Van de Putte?
21                CHAIRMAN DUNCAN:  Pardon?
22                SEN. ZAFFIRINI:  If I may direct a
23   question to Senator Van de Putte?
24                CHAIRMAN DUNCAN:  Senator Van de Putte
25   doesn't have the floor.

TX_00000579

USA_00015460

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 109 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 230 of 275

224

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. ZAFFIRINI:  That's why I'm asking.
 2              SEN. FRASER:  And -- and I won't yield.
 3              SEN. ZAFFIRINI:  You won't yield?
 4              SEN. FRASER:  No, I will not yield.
 5              SEN. ZAFFIRINI:  All right.
 6              SEN. FRASER:  You -- I'll be glad to
 7  answer the question.
 8              SEN. ZAFFIRINI:  All right.  I simply
 9  wanted to ask if she planned to distribute this, and if
10  so, I wasn't going to address it.
11              CHAIRMAN DUNCAN:  If you want to introduce
12  the exhibit, you're welcome to do so.  We've marked it,
13  I think.
14              SEN. ZAFFIRINI:  All right.  Then I would
15  like --
16              SEN. FRASER:  Senator, I'm sorry.  I have
17  a map in front of me.  I had not seen it, so --
18              SEN. ZAFFIRINI:  All right.  Well, Senator
19  Van de Putte has indicated that I can request permission
20  to introduce this as an exhibit.
21              CHAIRMAN DUNCAN:  Okay.  I think it's been
22  marked, and would you -- would you bring it down,
23  please?
24              SEN. ZAFFIRINI:  I believe Senator Van de
25  Putte has a clean copy.  And this is a map that Senator
```

TX_00000580

USA_00015461

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 110 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 231 of 275

225

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  Van de Putte had developed, and it's titled, "Counties

2  With Department of Public Safety Driver's License Office

3  Closures."

4           My question, Senator Fraser, would focus

5  on my district.  For example, in my district, which

6  comprises 16 counties and part of Bexar, Northeast

7  Bexar, there is one county that has wheelchair

8  accessibility barriers; there are two counties that have

9  absolutely no driver's license offices; there are four

10  that have offices that are temporarily closed; and there

11  is one that has an office that is open three days or

12  fewer each week.  And so you can see the accessibility

13  issues that we're dealing with, and you can -- when you

14  get the map -- oh, you do have a copy of the map.  You

15  can see the difference throughout the state.  There are

16  some states that you can see have a lot of pink, a lot

17  of blue, a lot of green, and then -- counties, rather --

18  and there are others that are just white, that have

19  absolutely no barriers.

20           So, Senator Fraser, looking at this map,

21  are you concerned that this bill would impact certain

22  counties that have a problem related to the

23  accessibility to driver's license offices?

24           CHAIRMAN DUNCAN:  Senator Zaffirini, if I

25  could -- before you get an answer to that question,

TX_00000581

USA_00015462

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   let's get it in the record so everybody knows what we're
 2   talking about.
 3                   SEN. ZAFFIRINI:  All right.
 4                   CHAIRMAN DUNCAN:  It's Exhibit --
 5                   SEN. ZAFFIRINI:  Mr. Chairman?
 6                   CHAIRMAN DUNCAN:  It's Exhibit 6, I
 7   believe.  Is that correct?  It's not the two that you've
 8   previously submitted.
 9                   SEN. ZAFFIRINI:  No.
10                   CHAIRMAN DUNCAN:  Is that correct?
11                   SEN. ZAFFIRINI:  It's Exhibit 6, then,
12   according to --
13                   CHAIRMAN DUNCAN:  Okay.
14                   SEN. NELSON:  Mr. Chairman?
15                   CHAIRMAN DUNCAN:  And for what purpose?
16                   SEN. NELSON:  It's me, and to ask Senator
17   Zaffirini a question or to point out that some of us do
18   not have a copy of this map.
19                   CHAIRMAN DUNCAN:  Okay.  Well, that would
20   be a parliamentary inquiry and --
21                   SEN. NELSON:  Then I would like to make
22   that.
23                   CHAIRMAN DUNCAN:  That's what I'm trying
24   to clear up, is I'm trying to get the exhibit in so that
25   we can distribute it so that everyone can understand
```

TX_00000582

USA_00015463

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 112 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 233 of 275

227

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   what the questions are.

2               Would you identify it, please?  What's the

3   title of it?

4               SEN. ZAFFIRINI:  Yes.  It is titled,

5   "Counties with Department of Public Safety Driver's

6   License Office Closures."  It is a map of Texas showing

7   this -- these issues, and it was developed by Senator

8   Van de Putte.  I had assumed that she had introduced it

9   into the record or had planned to, but I'm happy to do

10  it.

11              CHAIRMAN DUNCAN:  Okay.  Do we have

12  copies?

13              SEN. NELSON:  We don't.  Only the

14  Democrats do.

15              CHAIRMAN DUNCAN:  Okay.  Well, here's what

16  I would suggest so that other members have an

17  opportunity to follow your questions and the answers,

18  that we at least get copies of that exhibit and

19  distribute it, if we could do that.  And then, so if we

20  could defer on that until we get that done, Senator --

21              SEN. ZAFFIRINI:  Certainly.

22              CHAIRMAN DUNCAN:  -- that would be

23  helpful.

24              SEN. ZAFFIRINI:  Absolutely.  No problem,

25  Mr. Chairman.

TX_00000583

USA_00015464

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              Moving right along.  I do have exhibit --
 2   I guess it's 4 --
 3              CHAIRMAN DUNCAN:  We do have --
 4              SEN. ZAFFIRINI:  -- and Exhibit No. 5 that
 5   I'd like to enter into the record --
 6              CHAIRMAN DUNCAN:  Okay.
 7              SEN. ZAFFIRINI:  -- at this time.  And
 8   I'll wait until they're distributed, if you -- if I may
 9   be permitted.
10              CHAIRMAN DUNCAN:  Would you identify
11   Exhibit 4, please?
12              SEN. ZAFFIRINI:  Certainly.  Exhibit 4 is
13   a copy of a driver's license with personal information
14   obliterated.
15              CHAIRMAN DUNCAN:  Thank you.  And
16   Exhibit 5?
17              SEN. ZAFFIRINI:  Exhibit 5 is a letter
18   directed to me, which I received today, from Spencer
19   Overton, professor of law at the George Washington
20   University Law School and a member of the Carter-Baker
21   Commission on federal election reform.
22              CHAIRMAN DUNCAN:  All right.  Those
23   exhibits will be received in the record and distributed
24   to the members.
25              (Exhibit Nos. 4 and 5 marked and admitted)
```

TX_00000584

USA_00015465

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 114 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 235 of 275

229

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              CHAIRMAN DUNCAN:  Senator, you're -- you
 2   can --
 3              SEN. ZAFFIRINI:  Thank you.
 4              CHAIRMAN DUNCAN:  -- continue on those
 5   exhibits.
 6              SEN. ZAFFIRINI:  Senator Fraser, thank you
 7   for your courtesy and for your patience and your
 8   stamina.  I'm impressed, as always.
 9              On Page 4 of your bill, Senator Fraser,
10   Line 8, it states that "and the voter's identity can be
11   verified from the documentation presented under
12   Subsection (b), the voter shall be accepted for voting."
13   Can you describe what training the poll workers would
14   receive to ensure that they are trained in
15   identification verification?
16              SEN. FRASER:  Senator, you're moving
17   faster than I can.  I'm on Page 4.  Where are you
18   referring?
19              SEN. ZAFFIRINI:  Line 8 of the bill.
20   Well, basically, that's all it says, that if the
21   voter's -- that "If the voter's identity can be verified
22   from the documentation presented, the voter shall be
23   accepted for voting."  That's the only part that I'm
24   quoting, and then I'm asking what kind of training the
25   poll workers would undergo in identification
```

TX_00000585

USA_00015466

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 115 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 236 of 275

230

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  verification.
 2              SEN. FRASER:  Great question to the
 3  Secretary of State.
 4              SEN. ZAFFIRINI:  To the Secretary of
 5  State.
 6              Do you worry at all, Senator, and I
 7  know -- I believe it was Senator Davis who asked this
 8  question earlier:  Do you worry at all about people who
 9  don't look like their driver's licenses at all?
10              SEN. FRASER:  I'm sorry.  I -- there's so
11  many things to worry about in life, that's -- you know,
12  the -- the question you're asking, I think, is covered
13  by the Secretary of State; and I believe they would make
14  a determination.
15              SEN. ZAFFIRINI:  Well, Senator Fraser, I
16  have distributed Exhibit 4.  Would you take a good look
17  at that, please?
18              And, Members, I ask you to please look at
19  my Exhibit 4 and look at the photograph of this driver's
20  license.  Has anyone of you ever seen this person
21  before?  He looks familiar?
22              SEN. FRASER:  Yes.
23              SEN. ZAFFIRINI:  Can you identify this
24  person?  I'd like to ask this person to stand.
25              (Unidentified person stands)
```

TX_00000586

USA_00015467

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 116 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 237 of 275

231

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. ZAFFIRINI:  Take a good look.  Look
 2  at that picture.  Look at him.  That's right.  That --
 3  and this picture was taken in 2006.  Now, if I didn't
 4  know Ray, who is my chief of staff, and I were to look
 5  at this picture, I would say, "You're not verified.  You
 6  can't vote.  You're an imposter."  Look at the
 7  difference.  Total difference, and yet this photograph
 8  was taken in 2006, and so it's current, it's valid.  And
 9  you can see if we who know him and have seen him, see
10  him every day, don't recognize his picture, imagine what
11  a poll worker would do with a driver's license like
12  this.
13              UNIDENTIFIED SPEAKER:  (Mic off)
14              SEN. ZAFFIRINI:  He's not a Laredoan, so
15  don't worry about it.
16              (Laughter)
17              SEN. ZAFFIRINI:  Senator Fraser, do you
18  understand why we worry?
19              (Senator Shapiro speaking without mic)
20              SEN. ZAFFIRINI:  Well, it's a very good
21  point to make, Senator Shapiro, that we should look at
22  our composite photos; and most of us don't look like
23  them, and yet they have the dates like 2008.
24              SEN. WEST:  We keep using those pictures.
25              SEN. ZAFFIRINI:  2009.  We sure keep using
```

TX_00000587

USA_00015468

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 117 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 238 of 275

232

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    those pictures, so what would happen?

2                My next question, Senator Fraser, focuses

3    on Exhibit 5.

4                And, Members, you have a copy of

5    Exhibit 5.

6                And it is a letter directed to me from

7    Spencer Overton, professor of law from George Washington

8    University.  And basically, I received this letter from

9    Professor Overton today, and it directly addresses

10   Senate Bill 14's inconsistency with the Carter-Baker

11   Commission.

12               Specifically, the letter states that

13   Professor Overton wrote this letter to, quote, Refute

14   claims that Senate Bill 14 is consistent with the

15   recommendations of the Carter-Baker Commission.  And

16   according to Professor Overton, quote, The Commissioners

17   recommended requiring photo ID of voters only if state's

18   assumed the responsibility to seek out citizens and

19   provide them with an ID free of charge, if states assume

20   the responsibility to seek out unregistered citizens and

21   register them and automatically update the registration

22   of citizens when they move, and if states allow citizens

23   without a photo ID to vote by signing an affidavit under

24   penalty of perjury for the first two federal elections

25   following adoption of the photo ID.

TX_00000588

USA_00015469

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 118 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 239 of 275

233

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          Now, Senator Fraser, this bill does not

2   meet any of these criteria.  Is that correct?  Under

3   your bill, the state would not assume any of these

4   responsibilities?

5          SEN. FRASER:  Not advised.

6          SEN. ZAFFIRINI:  Well, I assure you,

7   Senator, that it does not.  But Professor --

8          SEN. FRASER:  I disagree.

9          SEN. ZAFFIRINI:  Could you show me it

10  does, where in your bill it would allow this?

11          SEN. FRASER:  I'm not advised.  This --

12  there's been no representation made that we are modeling

13  this bill after the -- the Carter-Baker recommendations.

14  This bill is moving forward as a bill that when someone

15  votes, they will present an ID to show they are who they

16  say they are.  The bill that I'm passing we think will

17  be approved by the Supreme Court and will be approved by

18  Department of Justice.

19          SEN. ZAFFIRINI:  Well, then, let me ask

20  you a question.  Where in your bill does it specify that

21  the state would assume the responsibility to seek out

22  citizens and provide them with an ID free of charge?

23          SEN. FRASER:  I would think it would be

24  your responsibility to show in the bill, you know,

25  your -- the bill speaks for itself.

TX_00000589

USA_00015470

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 119 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 240 of 275

234

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                   SEN. ZAFFIRINI:  So you can't tell me if
 2   your bill does that?
 3                   SEN. FRASER:  The bill speaks for itself.
 4   The language of the bill is very clear as to what the --
 5   the issues we're addressing.
 6                   SEN. ZAFFIRINI:  Okay.  Do you know,
 7   Senator Fraser, if this -- under your bill, the state
 8   would assume the responsibility to seek out unregistered
 9   citizens and to register them and automatically update
10   the registration of citizens when they move?
11                   SEN. FRASER:  I don't believe that is
12   covered in my bill.
13                   SEN. ZAFFIRINI:  It is not.
14                   And do you know, Senator Fraser, if your
15   bill -- under your bill, the state would allow citizens
16   without a photo ID to vote by signing an affidavit under
17   penalty of perjury for the first two federal elections
18   following adoption of the photo ID bill?
19                   SEN. FRASER:  Every person that votes will
20   be required to have a photo ID.
21                   SEN. ZAFFIRINI:  Well, basically, it seems
22   to me, my analysis is that Senate Bill 14, as
23   introduced, does not meet these specifications of the
24   Carter-Baker Commission.
25                   And what's more, in this letter that you
```

TX_00000590

USA_00015471

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 120 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 241 of 275

235

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1  have, Members, Professor Overton states that, quote,
 2  Even President Carter and Secretary Baker rejected the
 3  strict photo ID requirement initially adopted in Georgia
 4  after concluding it was discriminatory because it was
 5  costly or difficult for poor Georgians to obtain the
 6  identification for voting, unquote.  But according to
 7  Professor Overton, quote, It devotes insufficient
 8  resources to address the burdens it would impose on
 9  Texas voters who lack photo ID.
10          SEN. FRASER:  That is absolutely
11  incorrect.  The original observation -- the bill that
12  was filed in Georgia was changed, and the bill that
13  originally -- that is in law now, that was not their
14  observation.  And that was written in 2005.  The bill
15  was replaced 2008.  That was not their observation.
16          SEN. ZAFFIRINI:  Well --
17          SEN. FRASER:  That it was -- I saw that
18  comment made in a 2005 comment, but you're also making
19  sure you don't take it out of context.  And the -- the
20  law that had been passed by Georgia was revisited.  They
21  passed a different law, and then that law was -- that
22  bill was precleared by Department of Justice.
23          SEN. ZAFFIRINI:  But it still required --
24          SEN. FRASER:  So the bill he's --
25          SEN. ZAFFIRINI:  -- photo ID.

TX_00000591

USA_00015472

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 121 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 242 of 275

236

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1            SEN. FRASER:  -- addressing is not law --
 2   current law in Georgia.
 3            SEN. ZAFFIRINI:  But the Georgia law still
 4   requires a photo ID.
 5            SEN. FRASER:  Yes, it does.
 6            SEN. ZAFFIRINI:  It does.
 7            And finally, Professor Overton closes with
 8   his statement that the current proposal for a photo ID
 9   law in Texas is inconsistent with the recommendations of
10   the Carter-Baker Commission.
11            SEN. FRASER:  I disagree with that.
12            SEN. ZAFFIRINI:  Why, Senator?
13            SEN. FRASER:  I just disagree with that.
14            SEN. ZAFFIRINI:  Are there any specific
15   points that you disagree with that he made or that I
16   quoted in his letter?
17            SEN. FRASER:  I'm -- you know, the letter
18   that you're laying out is -- the first time I've seen it
19   is just then.  We're -- our bill is not -- we're not
20   trying to model it after that, but the Carter-Baker
21   Commission very clearly recommended a photo ID.
22            SEN. ZAFFIRINI:  Well, Senator, the reason
23   that we asked for this letter, we followed up on your
24   early statement when you laid out the bill.  And you
25   referred to the Carter-Baker Commission, and it was
```

TX_00000592

USA_00015473

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   based on your statement that we followed up and did this
 2   immediate research and got this letter written to us.
 3               SEN. FRASER:  Will you show me where I
 4   referred to it in my opening statement?
 5               SEN. ZAFFIRINI:  Well, I don't have the
 6   transcript yet; but as I recall, you referred to it in
 7   your opening statement.
 8               SEN. FRASER:  Do you want me to read what
 9   I said again from the opening statement?
10               SEN. ZAFFIRINI:  Yes, would you?
11               SEN. FRASER:  I read two --
12               SEN. ZAFFIRINI:  Your copy to the -- your
13   reference to the Carter-Baker Commission report.
14               SEN. FRASER:  I said, "The Carter-Baker
15   Commission reaffirms the dangers.  Elections are at the
16   hard democracy.  Americans are losing confidence in the
17   fairness of elections, and while we do not face a crisis
18   today, we need to address the problems of our electoral
19   system.  At the end of the day, there's considerable
20   national evidence of in-person fraud; and regardless of
21   whether one believes that voter impersonation is
22   widespread or relatively rare, there can be no serious
23   dispute that -- that real effect can be substantial
24   because in a close election, even a small amount of
25   fraud could take -- be the margin of difference."
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000593
JA_000592

TX_00000593

USA_00015474