Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 1 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 244 of 275

238

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1              SEN. ZAFFIRINI:  Well, sir.

2              SEN. FRASER:  That was a quote that was

3    made.  It was -- it was used not only there, but it is

4    also used later in the Supreme Court decision.

5              SEN. ZAFFIRINI:  Right.  And, Senator

6    Fraser, it is because I was surprised at that statement

7    that we followed up, and it seems that that is in the

8    report.  But there is other information in addition to

9    that, so I could turn around and say, "Well, are you

10   taking it out of context?"  I won't raise that question

11   as a courtesy, but I could raise it.

12              But on the other hand, what I want to make

13   very clear is that the reason we followed up was that

14   you made this opening statement.

15              SEN. FRASER:  Your letter is dated January

16   the 24th.  I made the statement this morning.  Was --

17   did I make the statement, and then he -- he wrote the

18   letter and sent it to you today?

19              SEN. ZAFFIRINI:  Well, I requested it

20   today, so that's perhaps a typo because we received it

21   today.  Let me check.  We received it -- we received it

22   this morning.

23              SEN. FRASER:  Before I made the statement?

24              SEN. ZAFFIRINI:  It should be

25   January 25th.
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000594
JA_000593

TX_00000594

USA_00015475

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 2 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 245 of 275

239
CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1              SEN. FRASER:  But you -- you said that you
2   responded -- that you requested it after I made the
3   statement in my --
4              SEN. ZAFFIRINI:  I requested --
5              SEN. FRASER:  -- opening comments.
6              SEN. ZAFFIRINI:  I requested this
7   information based on your opening statement, and I
8   received this letter today.  That's correct.  Okay?
9              Thank you very much, Senator.  I
10  appreciate, as I said, your courtesy and your patience.
11             SEN. FRASER:  Thank you.
12             CHAIRMAN DUNCAN:  Members, we've been
13  going for a while, and I think it would be -- we're kind
14  of at a -- maybe getting close to a breaking point.  Why
15  don't we go ahead and take a ten-minute break and then
16  reconvene, give the court reporter and staff a minute or
17  two to rest.  So a time certain, we'll stand at ease
18  until 2:30.
19             (Recess:  2:21 p.m. to 2:34 p.m.)
20             CHAIRMAN DUNCAN:  Senate Committee of the
21  Whole will come back to order.  Senator Hinojosa?
22             SEN. HINOJOSA:  Thank you, Mr. Chairman.
23             Senator Fraser?
24             SEN. FRASER:  These are actually pretty
25  good.
```

TX_00000595

USA_00015476

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 3 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 246 of 275

240

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                    SEN. HINOJOSA:  Can you hear me?
 2                    SEN. FRASER:  Yes, this is -- these are
 3   much better.  Yes, I do.  I can hear you.
 4                    SEN. HINOJOSA:  I just have a few
 5   questions that I'd like to follow up on.
 6                    Do you know how many people are registered
 7   to vote here in the state of Texas?
 8                    SEN. FRASER:  Oh, I do -- I'm sorry, I do
 9   not know.
10                    SEN. HINOJOSA:  Approximately, 13 million.
11                    SEN. FRASER:  Okay.  13, yeah.  Okay.
12                    SEN. HINOJOSA:  Yeah.  And do you know how
13   many voted in the last election?
14                    SEN. FRASER:  No, I'm not advised on that
15   either.  I'm sorry.
16                    SEN. HINOJOSA:  Close to 5 million voters
17   voted this last election.  And do you know how many
18   people were arrested or prosecuted or indicted for
19   trying to use somebody else's voter registration card?
20                    SEN. FRASER:  I'm sorry, not -- no, I do
21   not have that number.
22                    SEN. HINOJOSA:  None?
23                    SEN. FRASER:  I don't -- I don't have the
24   number, I'm sorry.  I'm not advised.
25                    SEN. HINOJOSA:  Well, do you have any
```

TX_00000596

USA_00015477

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 4 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 247 of 275

241

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1  evidence?

 2              SEN. FRASER:  I'm sorry?

 3              SEN. HINOJOSA:  Do you have any evidence?

 4              SEN. FRASER:  Evidence?

 5              SEN. HINOJOSA:  Yeah, evidence to support

 6  your bill about voter fraud when they go to vote?

 7              SEN. FRASER:  Senator, you know the thing

 8  that we're trying to address here is that, as you know,

 9  it's virtually impossible to defect voter fraud because

10  our current law makes it impossible not only to -- to

11  verify that they're voting illegally, but even if you

12  catch them, we don't have the ability to stop them from

13  voting.  So the -- the ability to stop someone today

14  voting illegally is almost impossible in Texas.  That's

15  the thing that I'm trying to address with my bill, is

16  that we believe if we make them show a voter ID, then we

17  will know that they are who they represent themselves to

18  be.

19              SEN. HINOJOSA:  Actually, Senator Fraser,

20  back home, most of the election judges know who the

21  voters are in their precincts.

22              SEN. FRASER:  Well, that's interesting.

23  Back home, in the area you're from, most of the -- or a

24  lot of the stories that I've seen reported to the

25  media -- and actually, you've got two voter registrars

TX_00000597

USA_00015478

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 5 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 248 of 275

242

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1  through your area that have endorsed this concept
 2  because they are -- they are having a problem with voter
 3  fraud, and I -- that actually -- I'm -- I'm responding
 4  to things I've read they've said in the media.  But I
 5  believe there are numerous registrars that believe this
 6  is a -- a large problem.
 7           SEN. HINOJOSA:  Well, I hear what you're
 8  saying, but I don't see any evidence.  There's a lot of
 9  anecdote, a lot of rumors and guessing and speculation,
10  which I don't think it's a way to make good public
11  policy.
12           Are you familiar with the Carter-Baker
13  Commission on federal election reform?
14           SEN. FRASER:  Senator, what are you -- I'm
15  sorry.  What --
16           SEN. HINOJOSA:  Are you familiar with the
17  Carter-Baker Commission on federal election reform?
18           SEN. FRASER:  Yes, I am.
19           SEN. HINOJOSA:  Okay.  Are you aware that
20  by putting a requirement of having a photo ID to be able
21  to vote, that there are approximately 3 million
22  registered voters in the state of Texas that do not have
23  voter ID?
24           SEN. FRASER:  I don't know where you get
25  that number.

TX_00000598

USA_00015479

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 6 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 249 of 275

243

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. HINOJOSA:  Well, if you look at

 2   3 million people who are going -- who will be kept from

 3   voting as compared to you cannot show anybody getting

 4   prosecuted -- getting prosecuted and convicted voter

 5   fraud, that's one big difference, one big price to pay

 6   for a bill that you don't have any evidence to support

 7   there's voter fraud.

 8              SEN. FRASER:  One second, Senator.  My --

 9   my iPhone is interfering with my microphone.

10              The 3 million number, where do you get

11   that?

12              SEN. HINOJOSA:  That's the estimate by the

13   Carter-Baker Commission on federal election reform that

14   here in Texas --

15              SEN. FRASER:  Can you -- can you show me

16   where it says in that Commission report?  I don't

17   remember.

18              SEN. HINOJOSA:  Yes, sir, it's a letter

19   dated January 24th, 2011, from Professor Spencer Overton

20   addressed to Senator Judy Zaffirini where he states that

21   approximately 3 million Texas voters do not have photo

22   ID.

23              SEN. FRASER:  Senator, that is --

24              (Simultaneous speaking)

25              SEN. FRASER:  -- pure speculation by that
```

TX_00000599

USA_00015480

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 7 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 250 of 275

244

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1  gentleman.  He has nothing to base that on, and that is

 2  not in reference to the Carter-Baker report.  That is a

 3  estimation by some, you know, political hack that --

 4  that y'all have asked to write a letter.

 5              SEN. HINOJOSA:  Well, actually, I thought

 6  it was the opposite.  I thought your side was pure

 7  speculation.  Thank you.

 8              CHAIRMAN DUNCAN:  The chair recognizes

 9  Senator Williams.

10              SEN. WILLIAMS:  Thank you, Mr. Chairman.

11              Would Senator Fraser yield for some

12  questions?

13              SEN. FRASER:  I will yield.

14              SEN. WILLIAMS:  Senator Fraser, there's

15  several things that I wanted to clear up for the record.

16              The first, I'd like to make a reference

17  back to the Secretary of State has recently sent this

18  letter -- she sent it over today -- that indicated that

19  there would be probably $2 million of the HAVA funds

20  that would be available for voter education, to help

21  fund the voter education efforts that we would have in

22  connection with this bill.  And it would be -- normally,

23  it would be the Secretary of State's office who would

24  develop what those problem programs are with taking into

25  account our legislative intent about what we're trying

TX_00000600

USA_00015481

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 8 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 251 of 275

245

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   to accomplish.  Is that right?
 2                  SEN. FRASER:  Yes.
 3                  SEN. WILLIAMS:  The other thing that I
 4   wanted to correct, for the record, Senator Watson opined
 5   earlier that a lot of this funding for these items had
 6   been struck in the budget, and actually, I went back and
 7   pulled a copy of the budget.  I had not looked at this
 8   part, and so there were some budget riders that had
 9   expired and that were no longer relevant in the current
10   budget.  Those were struck.  And under Strategy B.1.4,
11   under elections improvement, administer Federal Help
12   America Vote Act, we actually have, it looks like, a
13   total of about $43 million over the next biennium that's
14   been appropriated in the budget that Senator Ogden laid
15   out for us earlier.  So I just wanted to clear that up
16   for the record because that's kind of been a moving
17   target.
18                  Another question that I had for you was
19   the -- I wanted to go back, if I could, and -- and just
20   touch on what my understanding after hearing all this
21   questioning that's gone on, what your -- the purpose of
22   your bill is -- really is to deter and detect fraud
23   in-person voter fraud at the polls.  Is that correct?
24                  SEN. FRASER:  That is correct.
25                  SEN. WILLIAMS:  Okay.  And has the United
```

TX_00000601

USA_00015482

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  States Supreme Court -- I believe they've stated that

2  it's been documented throughout our nation's history by

3  respected historians and journalists, and they

4  demonstrate not only that the risk of voter fraud is

5  very real, but they could affect the outcome in a close

6  election.  Does Senate Bill 14 provide the kind of

7  safeguard against that fraud that might be crucial in an

8  election?

9            SEN. FRASER:  Yes, it does, Senator.

10           SEN. WILLIAMS:  Now, we've had some close

11 elections, even in the Texas Legislature.  I know over

12 in the House right now, there is an election contest

13 that's been -- for Senate, State House District 48.

14 It's being contested.  The last numbers that I saw from

15 the Secretary of State showed that Donna Howard had won

16 her seat by 12 votes, which amounts to .02 percent of

17 all the votes cast in that race.  And, of course, back

18 in 2008, Linda Harper Brown up in Dallas County defeated

19 her opponent by 19 votes, or .05 percent of the total

20 votes cast in that race.

21           Are those the kind of close elections you

22 think that the Supreme Court might have been referencing

23 when they said in Crawford 533 U.S. at 11-12 that

24 it's -- the threat's not only real, but it's actually --

25 you know, it demonstrates it's not real, but it could

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000602
JA_000601

TX_00000602

USA_00015483

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 19 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 253 of 275

247
CONSIDERATION OF SENATE BILL 14 1/25/2011

1   affect the outcome of a close election?

2               SEN. FRASER:  The answer is absolutely,

3   yes, and it actually the -- it's even closer to home.

4   Senator Jackson, when he was elected to the Texas House,

5   ended up winning by seven votes.

6               SEN. WILLIAMS:  Landslide Jackson --

7               SEN. FRASER:  Landslide Jackson.

8               SEN. WILLIAMS:  -- I think they called

9   him.

10              SEN. FRASER:  So if -- fraud, in an

11  election like that, could have changed history.

12              SEN. WILLIAMS:  Senator Fraser, Senate

13  Bill 14 provides safeguards to protect the reliability

14  and integrity of our voting system, especially those in

15  close elections like we've just talked about?

16              SEN. FRASER:  Yes.

17              SEN. WILLIAMS:  Okay.  I believe in this

18  Crawford v. Marion, on Page 10, the Supreme Court brief,

19  they quoted -- the United States Supreme Court quoted

20  the Carter-Baker report that has been referenced here.

21  And in that report, their quote was, "There's no

22  evidence of extensive fraud in the U.S. elections or of

23  multiple voting, but both occur, and it could affect the

24  outcome of a close election.  The electoral system

25  cannot inspire public confidence if no safeguards exist

TX_00000603

USA_00015484

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 11 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 254 of 275

248

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  to deter or detect fraud or to confirm the identity of

2  voters.  Photo identification cards currently are needed

3  to board a plane, enter federal buildings, and cash a

4  check.  Voting is equally important."

5          Is that your understanding?  Is Senate

6  Bill 14 designed to inspire that public confidence in

7  close elections like --

8          SEN. FRASER:  Yes, it is.

9          SEN. WILLIAMS:  -- we talked about?

10          Senator Fraser, do you recall the

11  testimony and exhibits that we provided in 2009 -- now

12  it's been admitted earlier today as Exhibit 1 -- that

13  detail the extensive voter fraud in Harris County and

14  other areas of the state?

15          SEN. FRASER:  Yes, I'm very familiar with

16  it.

17          SEN. WILLIAMS:  Okay.  Senator, having

18  listened to what I heard and just read a minute ago from

19  the Carter-Baker Commission and the language that was

20  adopted from them in the Supreme Court brief, are you

21  aware of how difficult it is to not only to discover but

22  to prosecute voter fraud?

23          SEN. FRASER:  Yes, it is very difficult.

24          SEN. WILLIAMS:  And having said that,

25  do -- do you think that that's one of the reasons we

TX_00000604

USA_00015485

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 12 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 255 of 275

249

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   don't see many of these cases that are prosecuted
2   because if someone is voting deceptively as someone
3   else, it's going to be very difficult to discover that
4   if they're successful?
5              SEN. FRASER:  And that was recognized by
6   the U.S. Supreme Court in their decision.
7              SEN. WILLIAMS:  So are you offering Senate
8   Bill 14 as a tool for the state of Texas to detect and
9   deter this type of voter fraud and further inspire
10  confidence in our voters and the voting system, to make
11  sure that all Texans and all of our elections are
12  conducted with the upmost integrity and equity to all
13  Texans?
14             SEN. FRASER:  Absolutely.  That would be
15  my reasoning.
16             SEN. WILLIAMS:  Okay.  Couple of things
17  that I just think that it was important to get back into
18  the record again about what the Supreme Court actually
19  said in Crawford v. Marion; and all of this, of course,
20  was included in the record last time.
21             I thought it was interesting that Justice
22  Stevens comments about this.  He said first, the state
23  has an interest in deterring and detecting voter fraud.
24  They have a valid interest in participating in a
25  nationwide effort to improve and modernize the election

TX_00000605

USA_00015486

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 13 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 250 of 275

250
CONSIDERATION OF SENATE BILL 14 1/25/2011

1  procedures that have been criticized as antiquated and

2  inefficient, and the state, in that case, also argues

3  that it has a particular interest in preventing voter

4  fraud in response to a problem that is, in part, the

5  product of its own maladministration; namely, that in

6  the case -- in this case, Indiana's voter registration

7  roles included a large number of people who were either

8  deceased or no longer live in Indiana.

9        Now, Senator Fraser, when I look back at

10  the record that we had introduced as Exhibit 1 today,

11  didn't that record include many, many instances where we

12  had people who were registered at fictitious addresses

13  who had been voting or people who were deceased?  I

14  think my own brother came and testified that our

15  grandfather had voted for 62 years after his death, and

16  my grandmother had a very difficult time trying to get

17  him taken off the voter roles and, in fact, had not been

18  able to do so.

19        SEN. FRASER:  Yes, I'm -- I'm -- remember

20  that very well.

21        SEN. WILLIAMS:  Okay.  And so, you know,

22  there's been a lot of talk about the burden on people,

23  and Senator Davis made some very compelling and

24  interesting remarks in her comments.  But I would say

25  that, you know, wouldn't you think that especially for

TX_00000606

USA_00015487

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 14 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 257 of 275

251

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  the elderly, which we've had a big focus on here today,
2  of the inconvenience on elderly voters, people who are
3  age 65, don't they have an opportunity to use a mail-in
4  ballot and they completely bypass any restrictions that
5  your bill or inconveniences that it might cause them?
6          SEN. FRASER:  I'm actually surprised at
7  the percentage now of people that do mail in ballots.
8  That percentage continues to increase, and so someone
9  that did have a problem getting to the polls -- and, you
10 know, I gave the example last year of my -- my mother in
11 the retirement center, that she couldn't get to the --
12 it was too much -- it's too hard for her to get to the
13 polls, but she voted by mail.  And there's -- there are
14 people in that category, and we have that safeguard in
15 Texas.
16          SEN. WILLIAMS:  Well, and -- and I think
17 we all care about everyone being able to exercise their
18 constitutional right to vote, and along with the
19 provisions that you have for people that are 70 and over
20 plus the mail-in ballots and the fact that provisional
21 ballots can be cast and allow people with expired
22 licenses and that sort of thing the opportunity to prove
23 up who they are, don't you think that addresses many of
24 the concerns that have been raised here today?
25          SEN. FRASER:  Absolutely.  They -- and

TX_00000607

USA_00015488

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 15 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 258 of 275
252

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  that was our intent, is that obviously, we want to make
 2  sure everyone is afforded the -- the ability to vote,
 3  and we think we have those provisions in place so that
 4  all Texans, every Texan, will be allowed to vote.
 5            SEN. WILLIAMS:  Well, I -- I think it's
 6  also interesting, and you've noted several times today,
 7  that so far as we could determine from our research,
 8  there isn't a single voter in Indiana or Georgia who's
 9  raised the issue that they've been disenfranchised since
10  those laws have been enacted.  Is that true, to the best
11  of your knowledge?
12            SEN. FRASER:  To the best of my knowledge.
13  And we have asked that question repeatedly, and to the
14  best of our knowledge, we have -- not a single person
15  has come forward in either state.
16            SEN. WILLIAMS:  And I think it's -- you
17  know, when I look at the syllabus of the Crawford v.
18  Marion County election board case that went to the Texas
19  Supreme Court, they note in the syllabus that there's no
20  question about the legitimacy or importance of the
21  State's interest in counting only eligible votes.  And I
22  think they go on to say that -- that requiring that and
23  the fact that the cards in the Indiana case, as we're
24  doing, they make those cards free.  The inconvenience of
25  going -- of gathering the required documents, posing for
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000608
JA_000607

TX_00000608

USA_00015489

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 16 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 259 of 275
253

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  a photograph, does not qualify as a substantial burden

2  on most voters' right to vote or represent a significant

3  increase over the usual burdens of voting.  And I think

4  that's interesting that that was noted.

5           And those provisions that we have are

6  essentially -- in your bill, there are very similar

7  provisions with respect to those matters.  Correct?

8           SEN. FRASER:  They -- yes, and I want to

9  clarify.  The Crawford case went to the U.S. Supreme

10 Court, and those observations were made in the -- the

11 majority opinion.

12          SEN. WILLIAMS:  Now, they go on to say

13 that it's generally applicable, nondiscriminatory voting

14 regulation, it's universally applicable, it's imminently

15 reasonable because the burden of acquiring, possessing,

16 and showing a free photo identification is not a

17 significant increase over the usual voting burdens, and

18 the State's interest are sufficient to sustain whatever

19 those minimal burdens are.

20          So we know there's some inconvenience, but

21 we've done everything we can to make that inconvenience

22 as insignificant as possible.  Is that --

23          SEN. FRASER:  I will actually go with that

24 in the -- the Crawford/Indiana case.

25          SEN. WILLIAMS:  Just in closing, in my

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00000609

USA_00015490

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 17 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 260 of 275  254

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  final comments as -- before we go to take testimony, I
2  just think that it's noteworthy to look back at what the
3  opponents of this legislation have said on the floor
4  thus far today, and what I've heard is very little
5  debate about the actual content of your legislation.
6  And I think that speaks to the fact that it's
7  unequivocally a good idea that people ought to be able
8  to be positively identified as who they say they are
9  when they come to vote.
10           What I've heard today is a lot of talk
11  about procedures, even though what we're doing is very
12  normal for a Committee of the Whole, and it's the same
13  procedure that we used the last session when we
14  considered this.  Is that correct, Senator Fraser?
15           SEN. FRASER:  It is, and I think it's very
16  difficult for a member to argue the merits of the bill
17  when it's so straightforward when you ask someone in
18  their district do they think that someone should --
19  should have -- be required to show a photo ID when they
20  vote, that you've got near 90 percent of the population
21  across the state of Texas.  Again, every one of these
22  members, it's hard to argue of the merits -- argue the
23  merits of the bill.
24           SEN. WILLIAMS:  Yeah, the other thing that
25  I've heard that I think is interesting is fiscal notes.

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000610
JA_000609

TX_00000610

USA_00015491

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 18 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 201 of 275

255

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   A lot of talk about fiscal notes, even though we have a
 2   letter from the Secretary of State that states that
 3   there are going to be HAVA funds that will be available
 4   to help with the voter education, and I think we're
 5   going to have testimony in a few moments.
 6              And I tried to clarify that early on that
 7   the cost of issuing for the state these free ID cards is
 8   less than $2.  It's a very minimal cost, and with almost
 9   16 million people that we have who have a driver's
10   license or -- or an ID card now, it seems unlikely that
11   there's going to be a whole lot of people out of that
12   13 million that actually don't already have a driver's
13   license or a state ID card.
14              In fact, Senator Fraser, I spoke last
15   night with the Department of Public Safety and today
16   with the Secretary of State and just asked them if it
17   would be possible for us to target those voters who are
18   below age 65 and have -- don't have an ID card, a
19   driver's license or an ID card issued by the state; and
20   they said, yes, it would be possible for us to direct
21   our voter education to those people specifically so that
22   we could step it up and let them know before your bill
23   takes effect -- not till, when, in January?  Is that --
24   am I remembering that correctly?
25              SEN. FRASER:  January, 2012.
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000611
JA_000610

TX_00000611

USA_00015492

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 19 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 202 of 275

256

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. WILLIAMS:  So a year from now.  So
 2   we've got a lot of time to let these people know what's
 3   coming.
 4              And then the other thing I've heard a lot
 5   about is current law, and, you know, there's been a lot
 6   of discussion.  In fact, a lot of what we've talked
 7   about is what's actually on the books right now, and
 8   your bill is not touching any of that top side or
 9   bottom.  Really, most of what you do is very limited by
10   changing what the requirements are when you come to the
11   polls.  Is that correct?  There's not any other real
12   substantive change to election law here.
13              SEN. FRASER:  We're only addressing the --
14   the actual in-person voting and the identification
15   required when somebody votes in person.  We're not
16   addressing mail-in ballots or any of the other
17   provisions.  It's just that one section.
18              SEN. WILLIAMS:  Well, thank you for
19   allowing me to question you about this and I appreciate
20   you bringing this issue before us and I especially
21   appreciate the fortitude that you've shown during this
22   long debate.  Thank you.
23              SEN. FRASER:  Thank you, Senator.
24              CHAIRMAN DUNCAN:  Chair recognizes Senator
25   Shapiro.
```

TX_00000612

USA_00015493

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 20 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 263 of 275

257

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. SHAPIRO:  Thank you, Mr. Chairman.
 2              I would just like to ask one question
 3   because we're getting mixed signals, and I just want to
 4   make sure.  It's just going to take a yes-or-no answer,
 5   and I think that will be the easiest.
 6              In Section 7 of your bill, which is
 7   actually on Page 5, the requirements for identification
 8   prescribed for people who do not have to have a vote --
 9   a photo ID, where it references their age, does the bill
10   require that people 70 or older present a voter
11   registration card and that they be at least 70 years of
12   age on January 1st, 2012?
13              SEN. FRASER:  My understanding and this
14   is, again, something probably the Secretary of State
15   will address, but I believe your age is -- is on the
16   card.  So if someone is 70 on January 1, 2012, they will
17   not be asked to show a photo ID.
18              SEN. SHAPIRO:  Okay.  And this is
19   something that the Secretary of State has put into this
20   bill?
21              SEN. FRASER:  No.  No, I --
22              SEN. SHAPIRO:  This is something that you
23   have --
24              SEN. FRASER:  -- inserted it into the
25   bill.  It'd be your interpretation --
```

TX_00000613

USA_00015494

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 21 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 204 of 275

258

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                    SEN. SHAPIRO:  I got you.
 2                    SEN. FRASER:  -- to -- to make sure --
 3                    SEN. SHAPIRO:  Identify whether it's at
 4    hand?
 5                    SEN. FRASER:  -- that they can identify
 6    themselves --
 7                    SEN. SHAPIRO:  Okay.
 8                    SEN. FRASER:  -- but it's not intended
 9    that they would -- I believe they're --
10                    SEN. SHAPIRO:  Separate.
11                    SEN. FRASER:  Yes.
12                    SEN. SHAPIRO:  It's not intended to be
13    separate.  It's intended --
14                    SEN. FRASER:  No.
15                    SEN. SHAPIRO:  -- to be the same document.
16                    SEN. FRASER:  Yes, as long as they're --
17                    SEN. SHAPIRO:  Okay.
18                    SEN. FRASER:  -- you know, 70 on
19    January 1, 2012.
20                    SEN. SHAPIRO:  And the date of birth is on
21    our current voter registration card?
22                    SEN. FRASER:  You need to ask that of the
23    Secretary of State.
24                    SEN. SHAPIRO:  Okay.  And my recollection
25    is it is.  Thank you.
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000614
JA_000613

TX_00000614

USA_00015495

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 22 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 205 of 275

259

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. FRASER:  Okay.
 2              CHAIRMAN DUNCAN:  Chair recognizes Senator
 3  Huffman.
 4              SEN. HUFFMAN:  Thank you, Mr. Chairman.
 5              Senator Fraser, will you yield for a
 6  couple of questions?
 7              SEN. FRASER:  I would love to yield.
 8              SEN. HUFFMAN:  Thank you, sir.  I'd like
 9  to commend you, too, for a long day of answering a lot
10  of tough questions.
11              SEN. FRASER:  Thank you.
12              SEN. HUFFMAN:  But I think it's important,
13  as we kind of wrap this part of the procedures up today,
14  that -- that we circle back to -- to the idea and the
15  concept that -- that we got here today.  But there is a
16  line of Supreme Court cases that have brought us here.
17  Would you agree with that?
18              SEN. FRASER:  Yes.
19              SEN. HUFFMAN:  And certainly, the Crawford
20  v. Marion case gives us guidance on how to do what we're
21  doing here today properly.  Would you agree --
22              SEN. FRASER:  I think that's the one --
23              SEN. HUFFMAN:  -- with that?
24              SEN. FRASER:  -- was referenced, I think,
25  in the Indiana case, I believe.
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00000615
JA_000614

TX_00000615

USA_00015496

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 23 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 266 of 275

260

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                    SEN. HUFFMAN:  Okay.
 2                    SEN. FRASER:  And that's yes.
 3                    SEN. HUFFMAN:  And did you, as you sat
 4   down with your staff and so forth in, you know,
 5   pre-session, in the interim, and you started thinking
 6   about this bill and so forth, did you and your staff
 7   take into consideration Crawford v. Marion and try to
 8   follow the law and the rules the Supreme Court has laid
 9   out for us?
10                    SEN. FRASER:  Yes, without a doubt.
11   That's already been approved by the Supreme Court, and
12   obviously, we wanted to make sure we stayed within those
13   parameters.
14                    SEN. HUFFMAN:  All right.  Now, you know,
15   the Supreme Court, I think -- we know that the Supreme
16   Court has told us that there is a balancing test, and we
17   understand that the right to vote is sacred.  And so we
18   know that the law tells us that if there is a burden
19   placed upon a voter, that they're going to look very
20   carefully at that; and it's going to have weight, but
21   it's going to be balanced against legitimate state
22   interest.  And so I think what we need to explore, just
23   briefly, is that, in fact, we -- we have legitimate
24   state interest.  The state of Texas has an interest to
25   make sure that our elections are done with -- well, as
```

TX_00000616

USA_00015497

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 24 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 207 of 275

261

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   perfect as we can get them but with integrity, right,

2   and with voter confidence.

3           So as you prepared the bill and as you

4   look at the bill -- and the Supreme Court has told us

5   that there are legitimate interests, and they define

6   those for us.  So as you prepared the bill and you look

7   at Senate Bill 14 today, do you think that it addresses

8   the relevant and legitimate concerns of deterring and

9   detecting voter fraud?  And I know you've been asked

10  this question a lot.

11          SEN. FRASER:  Absolutely.

12          SEN. HUFFMAN:  Right.  Do you think that

13  it -- that it's important in that the bill will help to

14  improve and modernize the election procedures of Texas?

15          SEN. FRASER:  Yes.

16          SEN. HUFFMAN:  Do you think that there's a

17  larger scheme nationwide through the Help America Vote

18  Act and the National Voter Registration -- Registration

19  Act to do just that, to make elections come up to modern

20  times?

21          SEN. FRASER:  Absolutely.

22          SEN. HUFFMAN:  Do you think that Senate

23  Bill 14 will help to prevent voter fraud and actually

24  help to ensure that only the votes of eligible Texas

25  voters are counted in these crucial elections that

TX_00000617

USA_00015498

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 25 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 208 of 275

262

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   happen in the state of Texas?
 2              SEN. FRASER:  That is our intent, and we
 3   believe the bill does that.
 4              SEN. HUFFMAN:  And do you believe that
 5   once we have established these safeguards, that the
 6   voters will feel more confident about their vote being
 7   counted and only the votes of registered Texans who can
 8   vote to be counted?
 9              SEN. FRASER:  Yes, that is our belief.
10              SEN. HUFFMAN:  Do you think that once
11   that's established, that it will actually encourage the
12   democratic process and that it will encourage more
13   voters to go to the polls?
14              SEN. FRASER:  The thing we've seen in
15   other states that have implemented photo ID, the -- the
16   voter turnout actually increased.  And so, yes, we
17   believe the confidence in the voters will increase, and
18   we believe it will actually increase the voting
19   percentages.
20              SEN. HUFFMAN:  Now, we've heard comments
21   today from many senators, Senator Whitmire, Senator
22   Davis, Senator Uresti, about hypothetical burdens that
23   may be placed on some hypothetical voter.  But taking
24   that into account and looking at and trying to balance
25   it, do you feel like we have a bill here that -- that
```

TX_00000618

USA_00015499

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 26 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 269 of 275

263

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   presents and moves forward our legitimate interest in
 2   Texas as it regards voting?
 3                   SEN. FRASER:  Without a doubt.
 4                   SEN. HUFFMAN:  All right.
 5                   SEN. FRASER:  We believe it does.
 6                   SEN. HUFFMAN:  Thank you very much,
 7   Senator Fraser.
 8                   SEN. FRASER:  Thank you, Senator.
 9                   SEN. HUFFMAN:  Thank you.
10                   CHAIRMAN DUNCAN:  Chair recognizes Senator
11   Wentworth.
12                   SEN. WENTWORTH:  Thank you, Mr. Chairman.
13                   Will the gentleman yield?
14                   SEN. FRASER:  I will yield.
15                   SEN. WENTWORTH:  Senator, I want to
16   compliment you on your long hours of being on your feet
17   in responding to these questions.  I just wanted to
18   touch on a couple of things.
19                   One is we had -- we had some testimony
20   here two years ago on a very similar bill, and I just
21   wanted -- since it's been raised earlier today, the
22   issue about whether or not maybe passage of this bill
23   would reduce voter participation.  There are only a
24   couple of other states, Indiana and Georgia, where these
25   sorts of bills have been passed.  One of the witnesses
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000619
JA_000618

TX_00000619

USA_00015500

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 27 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 270 of 275

264

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  in March of '09 said to us:  Not only does voter ID help

2  prevent fraudulent voting, but where it has been

3  implemented, it has not reduced turnout.  There is no

4  evidence that voter ID decreases the turnout of voters

5  or has a disparate impact on minority voters, the poor,

6  or the elderly.  The overwhelming majority of Americans

7  have photo ID or can easily obtain one.

8         Now, this is in the record from the 2009

9  hearing, which we've already adopted, but I just wanted

10  to recall some of the testimony that we had.

11         Another quote was:  Recent election

12  results in Georgia and Indiana also confirmed that the

13  suppositions that voter ID will hurt minority turnout

14  are incorrect.

15         In addition -- and I'm not sure whether

16  this was part of the record in '09, but there is a study

17  of Indiana's photo ID law that was conducted by a

18  University of Missouri professor.  He found that

19  requiring identification doesn't have much impact on

20  voter turnout rates.  His name is Jeffery Milyo.  He's

21  professor of economics and public affairs at the

22  University of Missouri, a part of the Institute of

23  Public Policy of the Harry S. Truman School of Public

24  Affairs.

25         And his conclusion is -- if I can find it

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000620
JA_000619

TX_00000620

USA_00015501

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 28 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 271 of 275

265

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  quickly -- it's a many-page study, and his conclusion is

2  that the findings that emerge from his analysis are that

3  photo ID is associated with an overall county level

4  turnout increase of almost 2 percentage points -- and

5  this is just in Indiana.  This isn't Georgia as well --

6  an insignificant increase in relative turnout for

7  counties with a greater percentage of minority and poor

8  population; no consistent or significant impact on

9  relative turnout in counties with a greater percentage

10  of less educated or elderly voters; and finally, a

11  significant relative increase in turnout for counties

12  with a higher percentage of Democrat voters.

13              I was just wondering if you remembered

14  those things that were testified to two years ago or

15  whether you were familiar with this university

16  professor's study.

17              SEN. FRASER:  Thank you for bringing that

18  forward.  It -- yes, I -- now, as you mention it, I do

19  remember it.  The other thing that comes to mind that

20  was through the testimony two years ago is in the '09 --

21  I'm sorry -- the '08 president election for '09, that

22  even though the president was from Illinois, the

23  adjoining state, Indiana, had doubled the increase of

24  voting next door in the state -- in Indiana where they

25  had put in photo ID.  Illinois did not have it, but the

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   increase was double the amount of increase next door.

2   So it certainly didn't show that they were hurt by the

3   implementation of the --

4           SEN. WENTWORTH:  Where Indiana has a photo

5   ID law --

6           SEN. FRASER:  Illinois does not.

7           SEN. WENTWORTH:  Thank you very much,

8   Senator.

9           SEN. FRASER:  Thank you, Senator.

10          CHAIRMAN DUNCAN:  Okay.  Members, we

11  have -- that completes all of the Members who want to

12  ask questions of the author.  You can sit down for a

13  second, Senator, if you want to.  Take a rest.

14          We have a little bit of housecleaning.

15  There's a few witnesses that -- or a few exhibits that

16  may want to go in that we have now made copies of.  I

17  think, Senator Van de Putte, you had -- Senator

18  Zaffirini had Exhibit 6 which was a map of the DPS, and

19  we've now had that copied and available to distribute.

20  Do you want to go ahead and offer it into the record?

21          SEN. VAN de PUTTE:  Yes, I will.

22          CHAIRMAN DUNCAN:  Okay.  It'll be

23  received.

24          (Exhibit No. 6 marked and admitted)

25          CHAIRMAN DUNCAN:  And then I believe we

KENNEDY REPORTING SERVICE, INC.
512.474.2233

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 30 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 273 of 275

267

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   had -- Senator Davis had a chart that -- excuse me.
 2              SEN. VAN de PUTTE:  Mr. Chairman, do -- I
 3   move to add to Exhibit 6 the counties with Department of
 4   Public Safety Driver's License Office Closures prepared
 5   by legislative counsel.
 6              CHAIRMAN DUNCAN:  Okay.  Thank you.  That
 7   will be received in the record.
 8              Senator Davis, you had an exhibit that you
 9   wanted to offer.
10              SEN. DAVIS:  Yes, Mr. Chair.  I'd like to
11   add that as -- I guess it would be Exhibit No. 7 to the
12   record.
13              CHAIRMAN DUNCAN:  And I think we have
14   copies to distribute to the Members?  Would you describe
15   it, please?
16              SEN. DAVIS:  Yes, I'm sorry.  It's the
17   chart that I displayed and talked about earlier in my
18   questions of Senator Fraser.  It's exact -- an exact
19   replica of the chart that was displayed on the Senate
20   floor.
21              CHAIRMAN DUNCAN:  It has a -- it's a
22   graphic that has a -- at the top, a title that says,
23   "DL/State ID."  Okay.  Exhibit 7 will be received in the
24   record.
25              SEN. DAVIS:  Thank you.
```

TX_00000623

USA_00015504

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 31 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 274 of 275

268

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1              (Exhibit No. 7 marked and admitted)
2              CHAIRMAN DUNCAN:  Are there any other
3   exhibits that --
4              SEN. FRASER:  Mr. President?
5              CHAIRMAN DUNCAN:  -- were discussed that
6   we'd like to include?  Senator Fraser?
7              SEN. FRASER:  And I had one that I
8   mentioned that I was going to enter in that I have not
9   yet.  It is the Lighthouse Opinion Poll.  This is the
10  most current poll that is taken and has a very good
11  breakout of not only across the state, the regions, but
12  also has a breakout, Republican, Democrat, and it breaks
13  out for the African American, Hispanic, and --
14             CHAIRMAN DUNCAN:  Do you have copies of
15  that to distribute?
16             SEN. FRASER:  I have one copy.
17             CHAIRMAN DUNCAN:  Okay.  Well, Exhibit 8
18  will be received, but if you'll go ahead and get copies
19  so that we can distribute those at this time.
20             (Exhibit No. 8 marked and admitted)
21             SEN. GALLEGOS:  Mr. President?
22             CHAIRMAN DUNCAN:  Senator Gallegos, for
23  what purpose?
24             SEN. GALLEGOS:  I have also some diagrams,
25  but I wasn't going to present them until the time of my
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000624
JA_000623

TX_00000624

USA_00015505

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 32 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 206-3 Filed 06/20/12 Page 275 of 275

269

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   amendments.  I mean, do they need to be entered now or
 2   at the time of the amendment?
 3              CHAIRMAN DUNCAN:  I don't see any problem
 4   with entering them at the time when it's relevant to
 5   what you're trying to do.
 6              SEN. GALLEGOS:  Yeah.
 7              CHAIRMAN DUNCAN:  You can put them in the
 8   record at that time --
 9              SEN. GALLEGOS:  Okay.
10              CHAIRMAN DUNCAN:  -- when we're --
11              SEN. GALLEGOS:  Then I'll wait till --
12   till the time of the amendment.  Thank you,
13   Mr. President.
14              CHAIRMAN DUNCAN:  All right.  Members, the
15   next phase is the invited testimony.
16              And Senator Van de Putte and Senator
17   Fraser, if you could come up to the -- make sure we've
18   got everybody in the right order.
19              And while they're coming up, I want to
20   announce that it's my intention to -- we have about
21   17 -- last check, 17 registered witnesses for public
22   testimony, and I would like to accommodate those
23   witnesses, if we could.  So remember that when you're
24   questioning and -- that we have some folks that would
25   like to testify here later on.
```

TX_00000625

USA_00015506

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 33 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207-11 Filed 06/20/12 Page 2 of 275

270

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              All right.  Members, let's go ahead and
 2  move into the invited testimony.
 3              The first witness will be Jerry Bonnett,
 4  general counsel, Indiana Secretary of State.
 5  Mr. Bonnett?  Mr. Bonnett, you'll have ten minutes the
 6  timer is right before you.  You'll get a yellow light at
 7  30 seconds, I think.  And then we'll strictly hold you
 8  to the time, and then open it to questions at that time.
 9  You'll not be interrupted during your testimony.
10                     INVITED TESTIMONY
11                 TESTIMONY BY JERRY BONNETT
12              MR. BONNETT:  All right.  Thank you,
13  Chairman Duncan.  I want to thank Senator Fraser and
14  supporters of Senate Bill 14 for inviting me to be here
15  today.
16              CHAIRMAN DUNCAN:  Would you state your
17  name and --
18              MR. BONNETT:  Yes.  My name is Jerry
19  Bonnett.  I've served as general counsel for the Indiana
20  Secretary of State Todd Rokita from 2005 to the end of
21  2010 when he completed his second term in office.  I am
22  currently serving as general counsel to Indiana's next
23  Secretary of State and chief election officer, the
24  Honorable Charles White.
25              Since 2005, my duties as general counsel
```

TX_00000626

USA_00015507

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 34 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 3 of 275
271

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   have involved assisting with the implementation of
 2   Indiana's photo ID law, including working with multiple
 3   players in Indiana's election process, which is included
 4   the Bureau of Motor Vehicles, county election boards,
 5   poll workers, our Help America Vote Act, and support
 6   agencies in coming up with the procedures and rules to
 7   administer our photo ID law.
 8                 I've also been responsible for statewide
 9   monitoring of election day activity in elections in our
10   statewide and primary -- primary general elections in
11   2006, 2007, 2008, and 2010.  I've reviewed every
12   complaint from the -- regarding voting submitted to the
13   Secretary of State, the Indiana Election Division, the
14   Indiana Election Commission, the Department of Justice,
15   our Help America Vote Act, and other county election
16   boards.
17                 I've also assisted the Indiana Attorney
18   General and the Indiana Solicitor General with the
19   discovery trials appeals and ultimately Supreme Court
20   review in the state courts and in the U.S. Supreme Court
21   of Indiana's photo ID law.
22                 Prior to the first statewide election in
23   Indiana under the photo ID law, there was no shortage of
24   organizations claiming that we smell a rat of some sort
25   and that the law has some illegal discriminatory effect
```

TX_00000627

USA_00015508

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 35 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 4 of 275

272

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1   or political subtext.  My job has been to look for

 2   exactly any application of the law that was illegal or

 3   overburdensome.

 4             Despite the intense scrutiny of the law

 5   that has been locally -- local, state, national, and

 6   even international, in my impression, Indiana has

 7   been -- and our courts who have been very open to giving

 8   a fair and complete hearing to anyone feeling agreed or

 9   disenfranchised by our voter ID laws.  In the five years

10   and eight statewide primary general elections I've been

11   involved with, there's been scant evidence of

12   disenfranchisement or discrimination in Indiana.  If the

13   naysayers and conspiracy theorists and armchair social

14   scientists were correct in their prognostications,

15   Indiana would have experienced hundreds of thousands of

16   disenfranchised voters after the laws passed in 2005,

17   but hardly any group or individual or circumstance has

18   been found that has genuinely disenfranchised or

19   inconvenienced a voter beyond what the Supreme Court has

20   held to be the reasonable, orderly regulation of

21   elections.

22             Did Indiana fix something that wasn't

23   broke?  Was it a law in search of a crime?  Admittedly,

24   there's been little evidence of in-person voter fraud in

25   Indiana, but that's been of little consolation to

TX_00000628

USA_00015509

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 36 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207-1 Filed 06/20/12 Page 5 of 275
273

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1   citizens who have come to Secretary of State's office

 2   with concerns about the confidence in our elections.

 3        What Indiana has experienced were

 4   manipulation of voter registrations with thousands of

 5   voter registrations submitted just prior to the closing

 6   of registration which have confounded the orderly

 7   registration of voters.  Indiana has experienced issues

 8   with voter list maintenance where -- where partisan

 9   activists have refused to update voter registration

10   lists, insisting the U.S. Department of Justice to

11   intervene and require voter list maintenance in Indiana.

12   Indiana has seen inconsistent agency-to-agency

13   cooperation in the sharing of information.  There have

14   been times when the Social Security office was unable to

15   provide verifications of voter registrations, times when

16   other state agencies were not able to exchange

17   information that would assist in verifying voter

18   registrations.

19        There have been reports of people in urban

20   areas being bussed around from poll location to poll

21   location.  There is evidence, after the fact, of dead

22   voters having registered or of dead voters having voted.

23   There was also a report of a well-intentioned high

24   school civics teacher who was intent on having every 17

25   year old that came into her class register to vote and

TX_00000629

USA_00015510

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 37 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 6 of 275
274

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  every 18 year old vote even though there were some
2  students of hers who are not students -- who are not
3  U.S. citizens, but they were shamed into going through
4  the registration process and that resulted in illegal --
5  an illegal vote being cast and also confounded those
6  students eventual efforts to become naturalized U.S.
7  citizens.

8          In my position, I am in a position to say
9  that the law has not been applied -- has been applied in
10  the strict and unbending manner that the dissenters have
11  suggested.

12          After the 2005 photo ID law was enacted
13  but before the first election was held, the Secretary of
14  State and the election division and interested groups
15  developed procedures to deal with the issue of the
16  conformity of names on an ID to voter registration
17  lists.  Rules were developed that would allow for a
18  voter named Mary Ellen Smith to -- who might appear on
19  the voter registration in as many as ten different ways
20  to -- to proceed to vote.

21          Also, Indiana -- rules were adopted by the
22  Election Division in Indiana so that if a voter had
23  married between the time of the voter registration, at
24  the polls on election day, they could update their voter
25  registration by signing the poll book and proceed to

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000630
JA_000629

TX_00000630

USA_00015511

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 38 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 7 of 275
275

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   vote.  In Indiana, voters can conform their voter

 2   registration up through election day to the IDs that

 3   they have.

 4              Other state agencies have reached out to

 5   anyone identified who has been experiencing problems of

 6   obtaining photo IDs.  In Indiana, it's not a money

 7   issue.  And an ID is reviewed by social service agencies

 8   in Indiana as key to other social services and other

 9   benefits of citizenship, and there's been an interest in

10   working with individuals who had difficulty obtaining

11   photo ID.  Also, in the Indiana Election Day Handbook,

12   in bold print, it says, on -- in several locations, that

13   lack of ID or problems with an ID is not a cause for

14   someone -- for a voter to be turned away.

15              After five busy years of monitoring

16   primary general elections in Indiana, working with

17   deputies, reviewing complaints, I can say that Indiana's

18   photo ID law is not only constitutional as it is written

19   but as it has been applied in routine use -- is applied

20   and become routinely used in good faith and in -- and in

21   an accommodating matter in the state.

22              Now, keeping to its principal and intent,

23   Indiana's law, subject to all matter of partisan,

24   nonpartisan, state, national scrutiny, has not been

25   applied with the rigid inflexibility and consequences
```

TX_00000631

USA_00015512

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 39 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 8 of 275

276

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   predicted by detractors.  After exhaustive review in the
 2   state and federal courts involving the application of
 3   the law as applied -- instance of the law and in -- and
 4   in Indiana's informed public opinion, Indiana photo ID
 5   has earned broad acceptance, even from skeptics, as
 6   become -- as having become integral component of voter
 7   confidence and law that honors the privilege and the
 8   dignity of American's right to free and equal
 9   participation in elections.
10               So I honor you for the difficult work
11   you're doing here today.  I assure you that the work
12   won't be done if and when you pass Senate Bill 14.  I
13   can certainly tell you that the sun came up in Indiana
14   after Indiana's photo ID was passed.  It continued to
15   come up and continues to come up after each election
16   that we have.  So I'm ready to address your questions,
17   please.
18               CHAIRMAN DUNCAN:  Thank you, Mr. Bonnett.
19               So we'll have our first questions.
20   Senator Van de Putte, you're recognized.
21                   QUESTIONS FROM SENATE FLOOR
22               SEN. VAN de PUTTE:  Thank you very much,
23   Mr. Chairman.
24               And thank you very much, Mr. Bonnett, for
25   traveling from Indiana.  I know on such short notice.
```

TX_00000632

USA_00015513

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   We appreciate you being here to help us with your expert
 2   testimony as we deliberate this very, very important
 3   issue.
 4              I had a few questions that -- that I
 5   wanted to ask because here in Texas, we looked at the
 6   Indiana law, and we're looking toward -- this is -- as
 7   our bill author has said, it's kind of a Texas bill,
 8   which we think is more restrictive than yours.  And we
 9   have heard from testimony that there is increased
10   turnout, and you haven't found any instances in where
11   the burden of the new Indiana law was placed upon
12   anybody.  And -- and I think in your testimony and in --
13   said that it is working and even in your Supreme Court
14   case, no party or amicus cited -- well, of course, there
15   were no cases of impersonation at the polls in Indiana.
16              So I have some confusion because in the
17   bill that you passed, we had reports in Marion County in
18   2007 that 32 vote -- voters cast ballots that could not
19   be counted because of the voter ID law, and I want to
20   ask you about them because just a couple of them really
21   bring to mind some difficulties, and yet you cited that
22   there were no problems.
23              In South Bend, Indiana, ten retired nuns
24   were barred from voting in the 2008 Indiana democratic
25   primary.  Some of them were in their 80s and 90s.  They
```

TX_00000633

USA_00015514

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 41 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 10 of 275
278

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   no longer had driver's license.  They lived at the
 2   convent, and the convent actually had the polling place
 3   in their convent.  The irony was that I believe in that
 4   case, the election judges were actually other nuns who
 5   lived with these nuns, but they were barred from casting
 6   a ballot even though they had previously voted in at
 7   least ten elections in Indiana but that these nuns were
 8   not able to because they did not have an ID, even though
 9   the election judges live with them.  And so can you
10   comment?  This was in the newspapers, but it was also in
11   Catholic Digest magazine and so wanted to know because
12   we heard --
13               MR. BONNETT:  I can't --
14               SEN. VAN de PUTTE:  -- that there were no
15   instances, yet we had these reports.  And so could you
16   tell us?  I mean, what happened to these nuns?
17               MR. BONNETT:  I can't speak to the -- the
18   Marion County voters that you referenced to, although I
19   think that was covered in the Indiana League of Women
20   Voters v. Rokita case that was heard by the Indiana
21   Supreme Court.
22               In the case of the -- the -- the nuns, in
23   Northern Indiana, the -- it's my understanding and
24   that -- that situation was also discussed in -- in the
25   Crawford case -- the -- the nuns did have passports.
```

TX_00000634

USA_00015515

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   They did have a form of ID that was acceptable, but they
2   refused to present that.  They were eligible for other
3   exceptions under the law, absentee voting exception, and
4   it was really a media event because the media had been
5   brought to the scene before.  And they also refused to
6   go provisionally.  I did not -- I believe they were
7   brought in a van to a polling location that was not --
8   not, I understand, any time that they were voting at the
9   place that they lived.

10              SEN. VAN de PUTTE:  So --

11              MR. BONNETT:  That incident was -- seemed
12  to be discredited as a -- as a legitimate case of
13  disenfranchisement.

14              SEN. VAN de PUTTE:  So you're saying these
15  nuns organized in a -- in a fraudulent matter, that
16  these nuns all got together?  But even though they're --
17  from the report what was reported, they lived at the
18  convent, and they were all in their 80s and 90s.  So I
19  don't know.  You know, maybe they had passports, maybe
20  they didn't.  But you're saying that this was
21  orchestrated by these devious nuns to actually prove up
22  Indiana law, and really, they intended to mess you up
23  purposefully or --

24              MR. BONNETT:  Yes, Your Honor.

25              SEN. VAN de PUTTE:  Oh, thank you.

TX_00000635

USA_00015516

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 43 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 12 of 275

280

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1            (Laughter)
 2            SEN. VAN de PUTTE:  Well, let me ask you
 3  about another case.  One of them was Lauren McCallick
 4  who was an 18-year-old freshman at Saint Mary's College
 5  in South Bend and who was not able to cast her ballot
 6  that was due because of the law, and so that was one of
 7  the cases that was there.  And can you tell me about
 8  her?  Was she devious, as well, or was it orchestrated?
 9            I mean, from the reports and from what was
10  happened, she was crying and she -- it was the first
11  time that she was going to be able to vote, and she
12  tried to -- she did do a provisional ballot.  But since
13  she couldn't get the documentation that she needed
14  within the time requirement, she didn't have a chance to
15  vote because she was in class and she couldn't go back
16  to her -- so can you tell me what happened to Ms. Lauren
17  McCallick in this case?
18            MR. BONNETT:  Unfortunately, I'm not
19  familiar with -- with that case.
20            SEN. VAN de PUTTE:  Oh.
21            MR. BONNETT:  So --
22            SEN. VAN de PUTTE:  Well, then what
23  happened in -- again, in Marion County, when we had some
24  senior citizens that weren't able to?  Now, they weren't
25  devious nuns.  These were seniors who were living in
```

TX_00000636

USA_00015517

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 44 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 13 of 275
281

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   a -- some sort of a -- it wasn't a senior assisted, but
 2   it was some sort of a temporary, like rehab, where
 3   people go after strokes or after a motor vehicle
 4   accident, and that they weren't allowed.  I mean, I can
 5   understand your story about the nuns because, you know,
 6   I'm a Catholic and sometimes they get really organized,
 7   and they make their point.  But what --
 8                 MR. BONNETT:  I am too.
 9                 SEN. VAN de PUTTE:  What -- what about the
10   people who were living in the -- again, in Marion
11   County, in a -- not their full residence --
12                 MR. BONNETT:  Uh-huh.
13                 SEN. VAN de PUTTE:  -- but for a certain
14   period of time because they had a disability, they had
15   had a stroke, and they were living in this.  What
16   happened to those folks?
17                 MR. BONNETT:  Well, and I don't know the
18   specifics without more information, but every -- every
19   reported case has been investigated and reviewed.  The
20   state election division, the state social service
21   agencies, and Bureau of Motor Vehicles Division have
22   been quite willing to assist voters who have -- have had
23   difficulties obtaining an ID.
24                 The largest group of voters in Indiana had
25   some form of ID, a -- a -- of what was left over, the
```

TX_00000637

USA_00015518

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 45 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 14 of 275

282

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   exceptions covered many of those voters, and the --
 2   ultimately, you know, anyone registered to vote who
 3   didn't have the ID, that group was small and has not
 4   been identifiable in such a way that the state has been
 5   able to even identify them, and certainly efforts have
 6   been made in litigation to try and identify a group.
 7   But I -- I believe the state would develop
 8   administrative procedures to assist anyone having
 9   trouble with an ID faster than the litigation would
10   proceed through the courts to try and validate the law.
11              SEN. VAN de PUTTE:  Well, I appreciate
12   your answer, but you can understand my concern.
13   Particularly in the district that I represent, we have,
14   that I know of, six convents, the Sisters of Divine
15   Providence with their mother house with over 120 retired
16   nuns living there from orders all over; the Society of
17   Mary, which they're Marianist priests, and after they
18   finish at the University of Dayton and other Marianist
19   schools, they come to San Antonio and live right there
20   at Saint Mary's University.  We have over 56 nuns from
21   Incarnate Word and that community, and they're, you
22   know, in their 80s, 90s.  In fact, we even have a couple
23   that are over a hundred, and while on and on, you see my
24   problem.
25              And when I read things about Indiana and
```

TX_00000638

USA_00015519

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 46 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 15 of 275

283

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  having the religious who don't live outside in homes but

2  who all have the same residences and who come back to

3  that convent or retirement home run by the nuns or run

4  by the priests, it's -- it's very difficult, and so I

5  have some concerns because I have so many voters that

6  are retired religious, and that's why I wanted to clear

7  that up.

8           But let me ask you about something else.

9           MR. BONNETT:  If I may, before you change

10  the subject, I will note that Indiana, for example, has

11  a Mennonite population that objects to being

12  photographed, and our law provided an exception for

13  individuals for religious reasons who objected to being

14  photographed; and there is an exception for disabled

15  individuals who live within a state licensed

16  convalescent or care center.  So Indiana has developed

17  exceptions for identifiable groups.

18           SEN. VAN de PUTTE:  Oh, well, I think

19  that's wonderful that Indiana did that, but you may not

20  know that that's in our Texas bill.

21           MR. BONNETT:  Uh-huh.

22           SEN. VAN de PUTTE:  And so why this is

23  more restrictive than Indiana is we don't have the

24  protections that you do in Indiana under this bill, for

25  those who live in religious communities, for those who

TX_00000639

USA_00015520

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 47 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 16 of 275

284

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   are disabled.

 2              And that's the other thing I wanted to

 3   talk to you about because I understand that, you know,

 4   this is about the other thing that you said about

 5   increased turnout.  But I really wanted to talk to you

 6   about -- because, I mean, let's face it, isn't the

 7   turnout from 2008 November election because we had a

 8   highly contested primary season, but it was because we

 9   had this wonderful, wonderful, very, very active

10   electorate in electing between now President Obama and

11   John McCain.  I mean, it was fabulous.  I mean, so you

12   really can't compare turnouts to turnouts because the

13   turnout was wonderful in November, and we're all very

14   excited about that.  So I wonder a little bit because, I

15   mean, everybody's turnout went up.

16              MR. BONNETT:  May I respond to that?

17              SEN. VAN de PUTTE:  Absolutely, please.

18              MR. BONNETT:  If you compare the turnout

19   in the 2006 election, which was a nonpresidential

20   off-election year but -- for statewide primary and

21   general elections to the 2010 election last year, there

22   was also an increase between 2006 and 2010 in -- in

23   voter turnout in Indiana, which would be more comparing

24   the apples -- apples to oranges.

25              And you're right, in 2008, Indiana voted
```

TX_00000640

USA_00015521

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 48 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 17 of 275

285

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  it's electoral votes for a Democratic presidential
 2  candidate for the first time in over 30 years.  Also, in
 3  the 2006 state Congressional races after the photo ID
 4  was enacted, three of Indiana's nine Congressional seats
 5  switched from Democrat -- or from Republican to
 6  Democrat, which tended to dispute the theory of the
 7  political subtext of the law.
 8                  SEN. VAN de PUTTE:  Thank you.  There --
 9  there are a couple of other questions that I wanted
10  to -- to --
11                  MR. BONNETT:  Uh-huh.
12                  SEN. VAN de PUTTE:  -- check on Indiana
13  law.  Can you tell me -- your law has a free voter ID
14  card issued by the state or the county.  Are there
15  restrictions or affidavits or a means test for access to
16  a free voter identification card from Indiana?
17                  MR. BONNETT:  I don't want to misstate --
18  misspeak that.  It's on the Bureau of Motor Vehicle
19  Regulations.  I -- I believe that the person applied for
20  that ID needs to sign an affidavit that they don't
21  have -- have another ID with the state.  But beyond
22  that, I'm not -- I can't say about the issue of the
23  means --
24                  SEN. VAN de PUTTE:  Well --
25                  MR. BONNETT:  -- test.
```

TX_00000641

USA_00015522

Case 2:13-cv-00193   Document 660-8   Filed on 11/11/14 in TXSD   Page 49 of 114
Case 1:12-cv-00128-RMC-DST-RLW   Document 207   Filed 06/20/12   Page 18 of 275

286

CONSIDERATION OF SENATE BILL 14 1/25/2011

1              SEN. VAN de PUTTE:  Well, I looked at it,
2    and I didn't think so.  It just says that they have to
3    state that they don't have a driver's license and they
4    don't have another.
5              MR. BONNETT:  Uh-huh.
6              SEN. VAN de PUTTE:  But there is no
7    affidavit of indigency or -- or anything required, at
8    least from what I looked at your law.  But I'm not sure.
9    That's why I wanted to ask.
10             MR. BONNETT:  That's my understanding.
11   Now, a related issue is when a provisional ballot is
12   verified, if a voter who has voted provisionally within
13   the ten days after the election signs an affidavit that
14   they don't have an ID and cannot get one without expense
15   and possibly can't afford one -- I'm not sure of the
16   exact language on the affidavit -- then they're entitled
17   to have their vote counted.
18             SEN. VAN de PUTTE:  Well, one of the
19   things that I wanted to look at, and I have the Indiana
20   law and I -- because ours is a little bit more
21   restrictive.  But under your section of the -- of the
22   Indiana bill, it has something in here because -- that
23   has me a little troubled because we don't, and I'm going
24   to read it.
25             But the voter prescribed by -- and it has

TX_00000642

USA_00015523

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 50 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 19 of 275

287

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  Indiana code that has not complied with -- and I think
2  that Indiana code 3-7-33-4.5 -- on election day must
3  present one of the following documents to the -- and it
4  says, "A current and valid photo ID," or it says,
5  "current utility bill, bank statement, government check,
6  paycheck, government document that shows the name and
7  address of the voter." And yet we've been told that
8  Indiana only has a photo.
9           So what -- what is this section referring
10 to? Is it a provisional ballot or is it a first-time
11 voter or -- or does Indiana allow for the photo ID, but
12 if they don't have the photo ID, can they use other
13 forms?
14           MR. BONNETT: I'm not aware that Indiana
15 accepts any alternative than a photo ID. That might --
16 I'd have to look at the law carefully on that. Might
17 refer to the verification of address or the residency
18 with respect to voters who have moved, but I do not
19 believe that Indiana has any requirement other than --
20 than that of a -- of a government-issued photo ID with
21 an expiration date for in-person voting.
22           SEN. VAN de PUTTE: Well, I think that
23 is -- it was very hard to follow, but I think it's under
24 a provisional ballot that has a state's licensed care
25 facility or something. But there is at least that

TX_00000643

USA_00015524

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 51 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 20 of 275
288

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   protection for those who are at a temporary facility;
 2   that even if they don't have a photo ID, the exception
 3   is not that they're just exempted but I think that they
 4   can utilize other forms of ID, which our Texas bill
 5   doesn't have.
 6              To your knowledge, was -- since this was
 7   from the Indiana Legislature, do you remember any
 8   discussions on why they -- they put that in?  Was this
 9   put in at the same time as the original voter ID
10   legislation, or was this only done after the mess up
11   with, you know, the nuns and the -- the other folks who
12   were at this temporary facility?
13              MR. BONNETT:  I didn't live in Indiana
14   during the time that this legislation was -- was
15   discussed and deliberated, but it's my understanding
16   that the -- the exceptions to the provisions for
17   individuals who live in state-licensed assisted living
18   facilities has always been part of the -- of the
19   scheme -- or the bill, and I think the -- the utility
20   bills and the other documents you refer to might go to
21   the issue of establishing their residency in the
22   state-licensed facility, which is then an exception if
23   the polling place is located in that facility.
24              SEN. VAN de PUTTE:  Thank you.  I really
25   appreciate your candid answer; and, again, we thank you
```

TX_00000644

USA_00015525

Case 2:13-cv-00193-Document 660-8 Filed on 11/11/14 in TXSD Page 52 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 21 of 27

289

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  very much for your travel here to help us on this

2  important deliberation.  Thank you.

3            MR. BONNETT:  Thank you.

4            SEN. VAN de PUTTE:  I don't have any other

5  questions, Mr. Chairman.

6            CHAIRMAN DUNCAN:  Chair recognizes Senator

7  Davis.

8            SEN. DAVIS:  Thank you, Mr. Chair.

9            Mr. Secretary, thank you so much for

10  traveling to be with us today and to help inform us

11  about the work that you've done in Indiana on this

12  issue.  I just want to make sure that I clearly

13  understand because today there's been a great deal of

14  discussion about your bill, as you can imagine, as the

15  reason why the bill that's being proposed in the Texas

16  Senate today would be able to withstand constitutional

17  scrutiny.  So I want to make sure that we have a clear

18  record in terms of how the bill that Indiana has

19  introduced, or the law that you've introduced, mirrors

20  or does not mirror what we are -- are discussing on the

21  Senate floor today.

22            So I think I heard you say that you do

23  allow women who have been married or divorced to come in

24  to vote and to provide some affidavit that they -- their

25  name has changed and is different than is on the ID that

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000645
JA_000644

TX_00000645

USA_00015526

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 53 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 22 of 275

290

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  they have because of marriage or divorce.  Is that
 2  correct?
 3              MR. BONNETT:  That's correct.  That's by
 4  administrative directive.  It's not part of the statute.
 5  And I'll say that when the -- when the Indiana courts
 6  and the -- the federal courts reviewed the law, it was
 7  reviewed in the context not just of the statutory
 8  language but other administrative procedures that were
 9  developed after the law was passed, after the framework
10  of the law was passed, for the -- the view of -- as
11  applied, how the law was applied.
12              SEN. DAVIS:  Absolutely.  And I think
13  that's terribly important, and I'd like to invite you
14  to -- to please inform us as much as possible both
15  statutorily what was reviewed in terms of what you've
16  done to try to preserve the integrity of someone's right
17  to vote and administratively what's been done.
18              So you said on that particular one, that
19  was a rule that was instituted administratively, but it
20  was part of what was reviewed by the court system in
21  terms of the implementation of that law?
22              MR. BONNETT:  Yes.  That -- that directive
23  clarified procedures for poll workers in -- in viewing
24  IDs for conforming names.
25              SEN. DAVIS:  And then I believe you said
```

TX_00000646

USA_00015527

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 54 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 23 of 275

291

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  that in the -- the language that's presented to a voter

2  in terms of their right to vote in Indiana, in bold

3  language, you have clarified for voters there that not

4  having a photo ID will not in and of itself be

5  sufficient cause for them not to be able to vote.  Is

6  that correct?

7          MR. BONNETT:  Yes.  I'll -- I'll just look

8  up the exact -- the exact bold language, one example's

9  are referred to on Page 10 of the Indiana Election Day

10 Handbook.  This is the 2008 copy.  In bold, "No voter

11 should be turned away from the polls for failing to

12 provide photo ID."  That's -- that's instruction to all

13 poll workers.

14          SEN. DAVIS:  And does that wording go to

15 instances where, for example, as you -- as you talked

16 about earlier, if a person comes to the poll and they do

17 not have a photo ID, they can vote a provisional

18 balance -- or ballot -- excuse me -- on the condition

19 that they attest that they do not have a photo ID

20 because there would be a cost to receiving that ID

21 either through having to get the underlying

22 documentation that would qualify them to receive the ID

23 or some other cost that would be associated with

24 receiving the ID?

25          MR. BONNETT:  Yes, there are several

TX_00000647

USA_00015528

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 55 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 24 of 275

292

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   alternatives to means to -- to verifying a provisional
 2   ID to allow --
 3               SEN. DAVIS:  And can you discuss what
 4   those several alternatives are, please?
 5               MR. BONNETT:  Well, generally, providing
 6   the -- the ID or providing the -- the -- the voter
 7   registration correction or an affidavit that there is a
 8   religious exception to being photographed, that an ID
 9   cannot be obtained without -- without cost.  There may
10   be another.  That's provided for in the Voter Bill of
11   Rights which is posted at each poll site, and then
12   voters who vote provisionally are given a paper receipt,
13   so to speak, with the instructions on how to verify
14   their provisional ballot and have it cast, how and
15   where.
16               SEN. DAVIS:  Thank you.  That's very
17   helpful.
18               And I believe you also have a provision in
19   Indiana, do you not, that allows for the use of an
20   expired driver's license for a certain period of time.
21   Is that correct?
22               MR. BONNETT:  Yes.  And I believe if it --
23   if it goes back to the beginning of the -- the opening
24   of registration for the election which is generally 30
25   days from the prior election.  So it's generally about a
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000648
JA_000647

TX_00000648

USA_00015529

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 56 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 25 of 27 293

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  year, year past.
 2              SEN. DAVIS:  Okay.  Have you done any work
 3  in Indiana to track or to attempt to track the
 4  percentage of persons based on categories, whether it be
 5  senior status, whether it be minority status, whether it
 6  be indigent status, where people have claimed that
 7  somehow their right to vote has been interfered with as
 8  a result of this particular law?
 9              MR. BONNETT:  I'm not familiar with the
10  state doing that research.  Certainly the -- there are
11  interest groups that have -- have made a concerted
12  effort to identify individuals, groups, or
13  characteristics, identify them and locate beyond the
14  theoretical basis; and generally, it's not been
15  something that's been accomplished.  There's been a
16  tremendous separation between the theoretical concerns
17  and what's actually been experienced in our elections
18  over the last five years.
19              SEN. DAVIS:  When you started your
20  comments this afternoon, you began by saying that there
21  had been scant evidence of disenfranchisement, and scant
22  to me means that there must have been some.  So can you
23  talk a little bit with us about what that's looked like
24  for Indiana?
25              MR. BONNETT:  There -- there was a single
```

TX_00000649

USA_00015530

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 57 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 26 of 275

294

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   media report prior to the 2010 election, a few days
 2   prior to the election.  It was not officially reported
 3   to the state, but the media account was a gentleman
 4   of -- in a particular county of 40-something years, due
 5   to some unusual circumstances did not have a birth
 6   certificate.  I think it involved him having been
 7   discharged to foster care through state programs,
 8   et cetera.  But it also was evident that the Bureau of
 9   Motor Vehicles Division has a special group -- team that
10   works with individuals who have particular problems to
11   address those needs.  And the -- the report did not
12   result in -- in a complaint, and there was no indication
13   the state got that the person wasn't able to vote
14   under -- under one of the exceptions.
15               There have been some reports, also, that
16   generally upon investigation, the individuals were able
17   to vote under -- under some provision.
18               SEN. DAVIS:  And you mentioned that -- a
19   moment ago, that through both administrative rule and
20   through the statute itself, in the state of Indiana,
21   you've tried to be cognizant of this disenfranchisement
22   issue through some of the -- the rules that you've
23   enacted along with it.  We talked about the fact that
24   you have a religious exception for -- for people who
25   cannot be photographed or refused to be photographed for
```

TX_00000650

USA_00015531

Case 2:13-cv-00193-Document 660-8 Filed on 11/11/14 in TXSD Page 58 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 27 of 275
295

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   religious purposes.  We talked about the fact that if a
 2   person comes to the polling location without an ID, they
 3   can vote a provisional ballot so long as they attest as
 4   one of the -- the reasons for voting that provisional
 5   ballot, that they had to pay a fee in order to -- to get
 6   a photo ID and they were unable to pay that fee.  You
 7   talked about the special rule that's been created to
 8   handle the situation where women have been married or
 9   divorced and their -- their name would be different than
10   what is on their ID.
11              Are there other -- and excuse me -- you
12   also talked about the expiration of a driver's license
13   not being a reason to immediately turn that -- that
14   voter away so long as it's within that --
15              MR. BONNETT:  Uh-huh.
16              SEN. DAVIS:  -- period of time that you
17   described earlier.
18              Are there any other conditions that were
19   implemented, either through the statute or through
20   administrative rule, that you feel we should know about
21   in terms of reflecting a sensitivity to trying to
22   preserve the enfranchisement of your voters as much as
23   possible?
24              MR. BONNETT:  Yes.  College -- college
25   students at some state universities have -- it came
```

TX_00000651

USA_00015532

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 59 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 28 of 275

296

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  about, they have IDs that don't have an expiration date,

2  and through arrangements with -- with state colleges,

3  the universities provided through some type -- I believe

4  it was a secure online facility -- a way for the polling

5  locations to -- to verify the expiration date

6  independent of the actual ID.  And so arrangements were

7  made, then, for students with -- with a university ID

8  that did not have the expiration date but where the

9  college was able to provide that information

10 independently to go ahead and vote on election day.

11           SEN. DAVIS:  Very good.  Are there any

12 other?

13           MR. BONNETT:  Not that come to mind.

14           SEN. DAVIS:  Okay.  Thank you,

15 Mr. Secretary.  I appreciate it.

16           MR. BONNETT:  Uh-huh.

17           CHAIRMAN DUNCAN:  There being no further

18 questions, Mr. Bonnett.  Thank you for your testimony

19 today and for traveling here.

20           SEN. WEST:  Mr. Chairman?

21           CHAIRMAN DUNCAN:  Senator West, you're a

22 little late on the light there.

23           SEN. WEST:  I thought it was on.  I

24 apologize.  And I just have a couple of questions,

25 anyway.

TX_00000652

USA_00015533

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 60 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 29 of 275

297

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                    And it may have already -- you may have
 2    already addressed this, and I just may not have heard
 3    it.  As it relates to the provisional ballots in your
 4    state --
 5                    MR. BONNETT:  Uh-huh.
 6                    SEN. WEST:  -- an individual can, in fact,
 7    cast a provisional ballot.  Is that correct?
 8                    MR. BONNETT:  Yes.
 9                    SEN. WEST:  Okay.  And they have to --
10    what's the process?  Once they cast the ballot, in order
11    for the ballot to count, they have to come back within a
12    certain number of days?
13                    MR. BONNETT:  Within ten days.
14                    SEN. WEST:  And what do they have to do?
15                    MR. BONNETT:  They can correct any -- any
16    issue with -- with voter registration.  For example, if
17    a person appears at a poll and they're simply not
18    registered at all, they can still cast a provisional
19    ballot.  You know, there may be some administrative
20    issue in the -- with kind of registration board about
21    why they didn't show up in the precinct where they
22    believe they needed to vote.  That -- that can be
23    corrected, and the Election Board is free to correct
24    that through and beyond the election.  They can bring in
25    the identification, and they can certainly seek
```

TX_00000653

USA_00015534

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   assistance with obtaining the identification that's
 2   required.  They can also come and execute an affidavit
 3   that -- obviously, we talked about the exception to
 4   being photographed for religious reasons.  They can
 5   execute an affidavit that says they -- they don't have
 6   the ID.  They cannot get one without cost, and then
 7   they're eligible to have that vote counted.
 8               SEN. WEST:  Okay.  So there's a process in
 9   place.
10               Does the state keep any tally or report on
11   the number of provisional ballots that are cast in the
12   state of Indiana?
13               MR. BONNETT:  Yes.  The county election
14   boards submit that information with their -- with their
15   poll results data to the Election Division, and it's --
16   it's published online for every election.  The -- the
17   number of provisional ballots and the disposition and
18   the counties actually are also required to send copies
19   of the affidavits to the Secretary of State's office,
20   which then can be examined for the reason.  For example,
21   how many didn't show up on a poll book or there was a
22   challenge raised of some sort so that we can -- we've
23   been able to investigate the status and disposition of
24   provisional ballots.
25               SEN. WEST:  Is that information
```

TX_00000654

USA_00015535

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 63 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 31 of 275

299

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   disaggregated by ethnicity?
 2             MR. BONNETT:  No.  I'm not -- I do not
 3   believe that there's an indication on the provisional
 4   ballot affidavit.
 5             SEN. WEST:  So you really don't -- I mean,
 6   in terms of the provisional ballots, the tallies, in
 7   terms of provisional ballots, is it disaggregated by
 8   ethnicity; that is, the number of Hispanics, African
 9   Americans that are voting?
10             MR. BONNETT:  It's not, although the
11   copies of the affidavits are -- are -- are public
12   information, and there have been some social scientists
13   who have been studying and attempting to write about
14   provisional ballots and determine if there's any -- any
15   meeting or conclusions that can be gathered --
16             SEN. WEST:  Has there been any -- any such
17   studies done in Indiana?
18             MR. BONNETT:  I have looked at one study
19   from a adjunct law professor.  It did not appear to
20   provide any -- any academic or statistically sound
21   conclusions.  It was more a discourse on the issue of
22   photo ID, in general, but it made some reference to some
23   statistics that were, you know, tallies of the number of
24   provisional ballots.
25             The provisional balloting started at the
```

TX_00000655

USA_00015536

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 63 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 32 of 275

300

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   same time as the photo ID, so we don't have a calculus
 2   of the provisional balloting before Indiana's photo ID.
 3                   SEN. WEST:  Do you happen to have the cite
 4   for that particular professor's study or article?
 5                   MR. BONNETT:  I'll be most happy to --
 6                   SEN. WEST:  Okay.
 7                   MR. BONNETT:  -- to get it to you or get
 8   it to the committee.
 9                   SEN. WEST:  To the chairman and the staff?
10   I'd appreciate that.
11                   As it relates to provisional ballots, is
12   there any type of report on the number of individuals or
13   the percentage of individuals that come back and go
14   through the process to make certain their vote count?
15   Is it less than 10 percent of those individuals that
16   cast?
17                   MR. BONNETT:  I'm not aware of an
18   aggregated report.  The data exists, and it's -- it's
19   online.  I'm not aware of an aggregated analysis of how
20   many.
21                   Some provisional ballots, you know, there
22   are some instances where a person would go to a precinct
23   and not be registered to vote a provisional ballot and
24   then be directed to, and the poll workers are advised to
25   have someone go ahead and vote that provisional ballot.
```

TX_00000656

USA_00015537

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 64 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 33 of 275

301

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1  But then they may later in the day be directed to the
 2  right precinct, and then the -- you know, so there can
 3  be more than one provisional ballot.
 4              There's also some of the scholarship
 5  related to the issue that if the outcomes of elections
 6  have been determined by substantial margins, then
 7  individuals may not feel a need to go back and verify
 8  the provisional ballots if the election were not so
 9  close that --
10              SEN. WEST:  Right.
11              MR. BONNETT:  -- that the votes were
12  meaningful.  So it's not really what -- what -- clear
13  what the meaning of the numbers of provisional ballots
14  and the ones that are verified means, as far as I'm
15  aware.
16              SEN. WEST:  But there's no statewide study
17  or report that's done on an annual basis that looks at
18  the percentage of individuals that cast provisional
19  ballots that actually go back and verify their ability
20  to --
21              MR. BONNETT:  That data is reported in --
22  but I'm not aware of analysis of it.  The number by
23  county of provisional ballots, probably by precinct,
24  that were cast and their ultimate disposition is -- is
25  reported in -- in election return statistics.  Analysis

TX_00000657

USA_00015538

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 65 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 34 of 275

```
 1   of it is not something that I'm aware of, though.
 2                   SEN. WEST:  Okay.  You indicated that the
 3   affidavit was -- is public.  Is it a --
 4                   MR. BONNETT:  Yes.
 5                   SEN. WEST:  -- public record?
 6                   And that's the -- when you say "the
 7   affidavit," what do you mean by that?
 8                   MR. BONNETT:  That's a document that is
 9   initially executed by the voter at the time of casting
10   the provisional ballot --
11                   SEN. WEST:  Okay.
12                   MR. BONNETT:  -- and then later, handled
13   by the Election Board within that ten days to determine
14   whether or not that vote -- the vote is sealed.  The
15   vote is sealed in an envelope.
16                   SEN. WEST:  All right.  I just wanted to
17   make certain we were on the same page.
18                   Okay.  Thank you very much, Mr. Chairman.
19                   MR. BONNETT:  You're welcome.
20                   SEN. WEST:  I would like to get that cite
21   for the study, though.
22                   CHAIRMAN DUNCAN:  Senator Gallegos?
23                   SEN. GALLEGOS:  Mr. Secretary, let me ask
24   you one question.  Is your Indiana driver's license, is
25   it a valid form of ID under Indiana law?
```

TX_00000658

USA_00015539

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 66 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 35 of 275

303

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              MR. BONNETT:  Yes, it is a state-issue ID.
 2              SEN. GALLEGOS:  It is valid?
 3              MR. BONNETT:  Uh-huh.
 4              SEN. GALLEGOS:  And any supplements of
 5   that Indiana license, is that also a form of ID?  What I
 6   mean supplements is, if it -- if a driver's license is
 7   confiscated and you get a temporary, is that also a
 8   valid -- a valid form of ID?
 9              MR. BONNETT:  If the -- I don't believe
10   that the state driver's license is specified in the
11   legislation.  It's specified more generically, a
12   state-issued ID with photograph with an expiration date
13   or government-issued ID.
14              It's my understanding when a driver's
15   license is confiscated that the Bureau of Motor Vehicles
16   will immediately issue another form of ID that is a --
17   for example, driving is restricted.
18              SEN. GALLEGOS:  And that is a valid form
19   of ID?
20              MR. BONNETT:  Yeah.
21              SEN. GALLEGOS:  Okay.
22              MR. BONNETT:  I don't believe the -- I
23   remember when I lived in Texas and in Louisiana
24   sometimes the police would take away your ID and give
25   you a piece of paper that was sort of -- to cover for
```

TX_00000659

USA_00015540

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 67 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 36 of 275

304

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1    you, and that type of document would not be.
 2              SEN. GALLEGOS:  Yeah.  But that is a valid
 3    form of ID in Indiana?
 4              MR. BONNETT:  It would be required to
 5    have -- the ID would be required to have a picture and
 6    have the expiration date.  And so something other than
 7    that would not be allowed for voting.  It would still be
 8    required to have a picture.
 9              SEN. GALLEGOS:  Thank you.
10              MR. BONNETT:  Does that answer your
11    question?
12              SEN. GALLEGOS:  Yeah.
13              CHAIRMAN DUNCAN:  Thank you, Mr. Bonnett.
14    We appreciate your appearance here today.
15              TESTIMONY BY LUIS FIGUEROA
16              CHAIRMAN DUNCAN:  The Chair calls Luis
17    Figueroa -- Figueroa, Mexican American Legal Defense
18    Education Fund, or MALDEF.  Would you state your name,
19    please, and who you represent?
20              MR. FIGUEROA:  Absolutely.  My name is
21    Luis Figueroa.  I'm the legislative staff attorney with
22    the Mexican American Legal Defense and Educational Fund,
23    MALDEF.  Thank you very much for this opportunity to
24    testify before the Senate on this important legislation.
25              MALDEF works to promote and protect the
```

TX_00000660

USA_00015541

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 68 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 37 of 275
305

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  rights of Latinos, including voting rights and in the
2  state of Texas and across the nation.  We have an
3  extensive history in the Voting Rights Act and in
4  protecting voting rights across the nation and, of
5  course, here in Texas, going back to the case of White
6  v. Register and most recently in LULAC v. Perry
7  challenging the redistricting implementation from the
8  last decade for last -- from the last session.
9           We stand here opposed to SB 14 because it
10 lacks the safeguards to ensure that eligible voters will
11 not be disenfranchised at the polls.  If SB 14 was
12 enacted, it would be the most restrictive photo ID
13 requirement in the nation, more restrictive than
14 Indiana, more restrictive than Georgia, more restrictive
15 than Arizona.  They would allow for viewer identity
16 documents, less time to cure for provisional ballots,
17 and it would be even more difficult to cure than any of
18 the other states.
19           Studies after studies have shown that
20 voter ID and additional identification requirements at
21 the polls do have an impact on minority voters and on
22 other protected classes.  The study from voter ID
23 requirements and disenfranchisement of Latino, black and
24 Asian voters by Barreto, Nino & Sanchez states
25 "Controlling for age, income and education, we find the

TX_00000661

USA_00015542

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 69 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 38 of 275

306

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   naturalized citizens and minority voters are

2   significantly less likely to be able to provide multiple

3   forms of identification such as a copy of their original

4   birth certificate or recent bank statements.

5   Respondents were asked about their ability to provide

6   approximately six unique forms of identification, and

7   naturalized citizens and minority voters were

8   consistently less likely to have each form of

9   identification.  Data reflects identification trends of

10  actual voters, not just adult citizens, the findings go

11  far to suggest that photo -- that voter identification

12  laws could immediately disenfranchise many Latino,

13  Asian, African-American citizens."

14          From the Rutgers study, protecting the

15  enfranchised or restricting it, the effects of voter

16  identification requirements and turnout, by Vercellotti

17  and Anderson, states that "The predicted probability

18  that Hispanics would vote in states that required

19  nonphoto identification was about 10 percent points

20  lower than in states where Hispanic voters gave their

21  names."

22          In the Wisconsin study, the driver's

23  license status of the voting age population was counted

24  by John Pawasarat.  It stated that "Minorities in poor

25  populations are the most likely -- are the most likely

TX_00000662

USA_00015543

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 70 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 39 of 275
307

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  to have driver's license problems.  Less than half,
2  40 percent, of Milwaukee County African-American adults
3  and 43 percent of Hispanic adults have a valid driver's
4  license compared to 85 percent of white adults in the
5  balance of the state."
6             The Brennan Center, in their report
7  Citizens Without Proof, A Survey of Americans'
8  Possession of Documentary Proof of Citizenship and Photo
9  Identification, stated, "Citizens with comparatively low
10  incomes are less likely to possess documentation proving
11  they are citizens.  As many as 11 percent of United
12  States Citizens, more than 21 individuals, do not have
13  government-issued photo identification."  It goes on to
14  state that "25 percent of African-American voting-aged
15  citizens have no current government-issued photo ID
16  compared to 8 percent of white voting-aged citizens."
17             Study after study has shown that Latinos,
18  African-Americans, elderly, the poor, students are less
19  likely -- the disabled community are less likely to have
20  the photo identification requirements required under
21  SB 14.
22             It's important to note that Texas under
23  current law has a voter ID requirements.  It has an ID
24  requirement that -- it requires that you bring a voter
25  registration certificate or additional forms of

TX_00000663

USA_00015544

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 71 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 40 of 275

308

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1 | identification.  The question is, how much stricter can
 2 | we make the voter identification requirement?  The
 3 | question is not whether to have a voter identification
 4 | or not have it.  The question is, how restrictive do we
 5 | want to make it?
 6 |         The current legislation presented before
 7 | us does not provide for any alternative photo
 8 | identification.  It does not allow for student ID cards,
 9 | for Medicaid, Medicaid cards, for expired driver's
10 | license, for expired military cards or for state-issued
11 | employer identifications.
12 |         We know that in our other states that have
13 | implemented strict voter identification laws that the
14 | ability to cure and to come back day to day and fix
15 | their provisional ballot, it does not happen with much
16 | frequency.  Voters do not return within the allotted
17 | time period to fix their voter identification.
18 |         It's also worth noting that in SB 14 it
19 | actually lowers the amount of time from what Indiana
20 | requires, from ten days to six days -- six days to
21 | return and fix their voter identification.  In Arizona,
22 | 739 ballots were not counted where -- conditional
23 | provisional ballots were not counted, and only 158 were
24 | counted after voters cured their identification
25 | requirements.

TX_00000664

USA_00015545

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 72 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 41 of 275
309

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    What we found in Arizona when we litigated
2   was that the most common problem was a driver's license
3   that did not match an address, that did not match a
4   voter registration certificate.  We know that Latinos,
5   African-Americans and low income are the most mobile
6   populations often moving from a rental apartment, moving
7   from home to home, and as a result are most likely to
8   have matching -- most likely have identification that
9   doesn't match their voter registration certificate.

10    We know that providing a free personal
11   identification certificate does not solve the problem if
12   the documents needed to get a personal identification
13   certificate are the same ones that the study show the
14   minorities don't have.  And we know that if people are
15   required to bring birth certificates and other
16   documentation that they are unable to get a current
17   driver's license, that they are not likely to get the
18   free personal identification if they lack those same
19   documents.

20    We believe that there are ways to
21   create -- there are ways to ensure that people who are
22   voting are who they say they are.  There are ways to do
23   it without disenfranchising voters.  What we need are
24   appropriate safeguards in a photo identification law.
25   We need to expand the current list of documents that are

TX_00000665

USA_00015546

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 72 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 42 of 275

310

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    provided in SB 14, and most importantly we should

2    incorporate a signature affidavit similar to Michigan

3    and Florida to ensure that people who lack the

4    identification requirements are still able to cast a

5    ballot and have their vote count.  It's about finding

6    the right balance between security and access.

7              SB 14 only focuses on voter impersonation

8    fraud while ignoring voter intimidation, deceptive

9    practices and poll worker error.  There are ways to

10   ensure that voters who say they are -- are who they say

11   without disenfranchising voters.  Finding that right

12   balance includes including two forms of nonphoto

13   identification, requiring signature affidavit attesting

14   to name, address and eligibility, including voter

15   integrity task force, allowing for same-day election

16   voter registration with an ID requirement, free ID that

17   is not limited to the current requirements that require

18   the same documents that are required to get a driver's

19   license right now, training for poll workers and voter

20   education.

21             When we find the right balance between

22   access and security, we will ensure that we have the

23   voter confidence in our system, a system that is not

24   predicated on trying to disenfranchise voters, a system

25   that is not so unsecure that we don't have faith in our

TX_00000666

USA_00015547

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 74 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 43 of 275
311

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   electoral system, but a system that provides for access
 2   and security to ensure that all votes are counted, and
 3   that is what we are aiming for.
 4              With that, I'm open for questions, and I
 5   thank you again for this opportunity.
 6              SEN. ELTIFE:  Members any questions?
 7              (No response)
 8              SEN. ELTIFE:  Thank you, sir, for being
 9   here today.  Hold on one second.
10                  QUESTIONS FROM SENATE FLOOR
11              SEN. ELTIFE:  Senator Rodriguez?
12              SEN. RODRIGUEZ:  Thank you, Mr. Chairman.
13   Mr. Figueroa, first of all, thank you for coming here to
14   testify this afternoon, particularly on such short
15   notice.  I am familiar with MALDEF's work.  In fact, I
16   serve on its board.  So I know the great work that the
17   organization does to protect the rights of citizens,
18   particularly in the area of voting rights.
19              I want to ask you just a few questions and
20   mainly for clarification.  I believe you started out by
21   comparing the legislation in Senate Bill 14 with the
22   Arizona -- the Indiana law, and I believe you even
23   mentioned the Arizona law.  Could you give us
24   specifically in which ways SB 14 is more restrictive
25   than these other laws?
```

TX_00000667

USA_00015548

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 75 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 44 of 275

312

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              MR. FIGUEROA:  Absolutely.  Senate Bill 14
 2   has a very limited scope of identification requirements.
 3   It only allows for a driver's license, a passport,
 4   citizen certification and a military identification.
 5   Arizona, which at the time was considered a pretty
 6   restrictive identification requirement, allows for photo
 7   ID, but also allows for two alternative nonphoto
 8   identification.  It was most similar to the proposal
 9   that was introduced last session.
10              In Indiana where they do have a photo ID
11   requirement, they do allow for -- when you cast a
12   provisional ballot, you can come back within ten days
13   and you can attest to being indigent or you can attest
14   that you were unable to get the identification, and
15   they'll allow you an opportunity to have your vote
16   counted.
17              This law in SB 14 does not have any such
18   assertion to ensure the voters are counted.  In fact, it
19   lowers the amount of time for you to cure that
20   provisional ballot.  We're going from ten days to six
21   days -- to six days.
22              And in Georgia, again, there are also
23   other forms of identification that were allowed that are
24   not allowed under Texas.  Even in Indiana, the
25   expiration date, you are allowed to have an expiration
```

TX_00000668

USA_00015549

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 76 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 45 of 275

313

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   date if you're within the last -- within the last

2   election.  If your driver's license was expired within

3   the last election, they'd still allow you to vote.  This

4   would be by far the most restrictive ID requirements in

5   the nation.

6          SEN. RODRIGUEZ:  So given that, is it your

7   opinion that this law, this bill that we're considering,

8   would be much more likely to disenfranchise voters than

9   these other states' laws?

10         MR. FIGUEROA:  I do think the more -- the

11  more requirements you put, the more limits on

12  identification, the more likely you are to have an

13  impact on the working poor and Latinos and

14  African-Americans and other -- and other voters.

15         SEN. RODRIGUEZ:  Could you go over some of

16  the implementation challenges or issues that were

17  confronted when the Arizona law was being implemented to

18  give us a sense of what we might expect?  And

19  particularly you might -- if you could focus on how it

20  may have impacted the Latino voters in Arizona.

21         MR. FIGUEROA:  Absolutely.  Our studies

22  did find -- our expert did find a disparate impact in

23  Arizona on Latino voters, and I grant you this was even

24  with more broader identification requirements than this

25  bill.  So this bill would even have a stronger impact

TX_00000669

USA_00015550

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 77 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 46 of 275

314

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    than Arizona.  What we found in Arizona was -- the most

2    significant impact were poll workers who tried -- who

3    claimed that the address had to match the voter

4    registration certificate to the driver's license.

5                    Poll worker training has got to be a key

6    component of this.  It's not clear from SB 14 about what

7    to do if a driver's license doesn't match the voter --

8    the voter registration certificate, whether that's

9    because a recently married woman has a different last

10   name, because there's a misspelling on the voter

11   registration certificate, because the address doesn't

12   match or the date of birth doesn't match.  There's any

13   numerous possibilities of a mismatch between the voter

14   registration and the licenses that are going to be

15   required.  Are poll workers going to use that to

16   disenfranchise voters?  Well, we would hope not, but

17   we -- in our experience, it has had that impact.

18                    SEN. RODRIGUEZ:  All right.  Thank you.

19   You stated the Latino voters are less likely to have the

20   identification required by the bill.  Can you tell us

21   why?

22                    MR. FIGUEROA:  Yeah.  I mean, a lot of

23   this has to do with the difficulty in obtaining a

24   driver's license right now.  So we know that getting a

25   driver's license has become increasingly more difficult

TX_00000670

USA_00015551

Case 2:13-cv-00193-Document 660-8 Filed on 11/11/14 in TXSD Page 78 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 47 of 275

315

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  by DPS under the current rules.  Obtaining the -- having
2  the birth certificate, the documentation that you need
3  to get a driver's license is sometimes difficult to get.
4  The cost involved is also somewhat of a problem.
5              It's also a lot of people live in these
6  rural counties or don't live near a DPS station and
7  don't have a driver's license.  Also, students who live
8  with their -- with their parents and don't have a
9  driver's license or they only have a student ID card may
10  not have a driver's license or the funds or the time
11  necessary to go get a driver's license.
12              SEN. RODRIGUEZ:  I see.  Finally, let me
13  ask you just for the record here -- I think we know the
14  answer -- but have Latino voters generally experienced,
15  in the history of this state, disenfranchisement when it
16  comes to exercising their right to vote?
17              MR. FIGUEROA:  Yes.  Texas has a long
18  history of voter discrimination in Texas, which is why
19  we're a Section 5 state under the Voting Rights Act.  It
20  is precisely because of our history and the all-white
21  primaries, poll tax, disenfranchising voters through
22  cracking and splitting and redistricting that we are a
23  Section 5 state.  And I believe that there's going to be
24  a witness here today that's going to talk about that.
25              SEN. RODRIGUEZ:  Do you feel that this

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000671
JA_000670

TX_00000671

USA_00015552

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 79 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 48 of 275

316

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1  long-standing history has engendered mistrust on the
 2  part of the Latino voters as far as coming out and
 3  voting?
 4          MR. FIGUEROA:  Yes.  And ironically the
 5  voter ID or the photo ID legislation has been touted as
 6  a way to install voter confidence in our electoral
 7  system, but it's only confidence on the security side.
 8  It's not confidence on the access side.  And from the
 9  Latino community, there needs to be stronger confidence
10  on the access side.  There's a long history of
11  discrimination on the voting side of Latinos, and there
12  is this feeling among many Latinos that there is a
13  continual effort to prevent our ability to elect our
14  candidates of choice and our ability to vote.  So we
15  need to work on our confidence on the access side,
16  particularly with the Latino community.
17          SEN. RODRIGUEZ:  Could you tell us whether
18  on this last point even those Latinos with the required
19  ID feel a distrust in participating?
20          MR. FIGUEROA:  Yes.  I mean --
21          SEN. RODRIGUEZ:  And if so why?
22          MR. FIGUEROA:  Texas has one of the lowest
23  voter turnouts in the nation.  I believe it may actually
24  be the lowest in the nation.  Latino voter turnout is
25  dismal in comparison to other states.  And those are

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 80 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 49 of 275

317

CONSIDERATION OF SENATE BILL 14 1/25/2011

1 | people who are eligible -- who are eligible to vote,
2 | have registered to vote and in many cases may have the
3 | identification. But there is this feeling that there's
4 | going to be a systematic way for their vote not to
5 | count, that their vote won't make a difference. And so
6 | we need to make efforts in this state to encourage
7 | voting, not discourage it.
8 | SEN. RODRIGUEZ: Thank you.
9 | Thank you, Mr. Chairman.
10 | CHAIRMAN DUNCAN: I think there's
11 | another -- Senator Huffman was wishing to ask questions,
12 | and I don't know that she's on the floor. Can you hold
13 | on just a minute?
14 | (Brief pause)
15 | SEN. ELLIS: Mr. President?
16 | Mr. President, parliamentary inquiry.
17 | CHAIRMAN DUNCAN: State your inquiry.
18 | SEN. ELLIS: You know the time of the
19 | State of the Union Address tonight?
20 | CHAIRMAN DUNCAN: It's this evening.
21 | SEN. ELLIS: This evening? I was hoping I
22 | could hold hands with some of my Republican colleagues
23 | and watch it. So I'm wondering how long are we going to
24 | be here tonight?
25 | CHAIRMAN DUNCAN: We have two televisions

TX_00000673

USA_00015554

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 81 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 50 of 275

318

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1   in the lounge, Senator.
2                SEN. ELLIS:  Well, if I really want to
3   feel the love, I'd like to be -- I'd like to be at home.
4                (Laughter)
5                CHAIRMAN DUNCAN:  Senator Huffman -- have
6   you finished your inquiry, Senator Ellis?
7                SEN. ELLIS:  (No audible response)
8                CHAIRMAN DUNCAN:  Senator Huffman, you are
9   recognized.
10               SEN. HUFFMAN:  Yes, sir.  Thank you.  Just
11  a couple of questions.
12               Sir, you said that this legislation
13  conveniently disenfranchises minority voters.  Is that
14  correct?
15               MR. FIGUEROA:  I don't think I used the
16  word "conveniently," but disenfranchises voter -- could
17  potentially disenfranchise voters.
18               SEN. HUFFMAN:  Didn't MALDEF also claim in
19  the Crawford litigation that the Indiana photo ID law
20  disenfranchises minority voters?
21               MR. FIGUEROA:  We actually didn't litigate
22  the Crawford litigation.  We did submit an amicus brief
23  related to our Arizona litigation, and we were concerned
24  about the impact of Crawford as well as the Arizona
25  legislation and the potential disenfranchising impact.
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000674
JA_000673

TX_00000674

USA_00015555

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 82 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 51 of 275

319

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          SEN. HUFFMAN:  And didn't the Supreme

2   Court of the United States reject your assertions that

3   voter photo ID laws unduly burden the right to vote?

4          MR. FIGUEROA:  What the Crawford decision

5   said was it was, one, not a voting rights case.  It

6   wasn't a Section 5 case or a Section 2 Voting Rights

7   case.  It was a 14th Amendment undue burdens case.  And

8   what they essentially held was the burdens that it

9   imposes on voters was not significant enough to cause a

10  violation of the 14th Amendment.

11         SEN. HUFFMAN:  Thank you.

12         MR. FIGUEROA:  I would state that this

13  bill is more restrictive than the Indiana bill, though.

14         CHAIRMAN DUNCAN:  Thank you, Mr. Figueroa.

15  There's no other questions -- oh, I'm sorry.

16  Senator Gallegos has a question.

17         SEN. GALLEGOS:  Thank you, Mr. Chairman.

18  Mr. Figueroa, I don't know if you remember my testimony

19  two years ago, and I showed the maps.  If we're going to

20  mandate voter ID in Texas, that we should allow the

21  folks that we're mandating access to DPS centers where

22  they get this photo ID.  And if you saw inside the 610

23  Loop in Houston, there are no DPS centers.

24         MR. FIGUEROA:  That's right.

25         SEN. GALLEGOS:  And also -- or inside the

TX_00000675

USA_00015556

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   820 Loop in Fort Worth there's no DPS centers, and
 2   there's only one inside the city of Dallas that would,
 3   in fact, make getting, number one, a photo ID costly,
 4   and time-consuming.  I'm concerned that especially in
 5   inner-city Houston and Fort Worth and some there in
 6   Dallas that don't have vehicles or use mass transit as a
 7   means of transportation that there's no bus lines to the
 8   DPS centers --
 9                 MR. FIGUEROA:  That's right.
10                 SEN. GALLEGOS:  -- that provide the photo
11   ID that we are fixing to mandate them.  I wanted to ask
12   your -- you know, whether MALDEF -- you know, would that
13   be subject to any type of retrogression as far as
14   allowing somebody poor or doesn't have a vehicle or
15   can't afford the transportation to the outskirts to try
16   to get a photo ID, that there would be subject to any
17   Section 5 violations in the civil rights code?
18                 MR. FIGUEROA:  Yeah.  Ironic -- the
19   Indiana case did make the one reference that we've been
20   talking about, and the Supreme Court did make
21   significant references to the fact of the free ID
22   provided by Indiana, how to eliminate some of these
23   burdens.  However, Indiana, like I mentioned, wasn't a
24   Section 5 state.
25                 And that was a larger issue in Georgia
```

TX_00000676

USA_00015557

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 84 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 53 of 275

321

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   where similarly the DPS departments were not in the

2   inner city.  So I do think it is a factor that they will

3   consider in preclearance about how accessible is it to

4   obtain that free identification.  And in the rural

5   counties of Texas, the inner cities, if it shows that it

6   does have extreme difficulties for minorities to access

7   those free IDs because of the inability to get to a DPS

8   office, the amount of time it takes, the money it takes,

9   the documents it requires to get that free

10  identification, I think that does play an important part

11  of it.

12          SEN. GALLEGOS:  So what you're saying

13  is -- your testimony is that it definitely is a factor.

14  And then like -- other than the areas that I mentioned

15  in my district and Fort Worth and Dallas, let's say an

16  area like Senator Uresti's area where in some cases

17  they've got to go 200 miles, you'll have to catch --

18  you'll have to either rent a helicopter or get a

19  Southwest Airlines flight to go, and even though we're

20  offering free ID, you know, the issue is how to get

21  there.

22          MR. FIGUEROA:  Yeah.

23          SEN. GALLEGOS:  And what I described to

24  you on these instances where, you know, these people

25  cannot provide themselves with -- especially the elderly

TX_00000677

USA_00015558

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 85 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 54 of 275

322

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   in these areas, you know, with transportation or don't
 2   have the money to provide it, I mean, we can tell them
 3   that we have free voter ID available to them if they can
 4   get there.
 5                   MR. FIGUEROA:  Right.
 6                   SEN. GALLEGOS:  Is that -- is that what
 7   your testimony is here?
 8                   MR. FIGUEROA:  Yes.  If they can get
 9   there, if they have the means to get there, if they have
10   the documents to get the documentation, absolutely.
11   Free isn't necessarily free.
12                   SEN. GALLEGOS:  All right.  Thank you.
13                   CHAIRMAN DUNCAN:  Are there any other
14   questions of the witness?
15                   (No response)
16                   CHAIRMAN DUNCAN:  All right.  The Chair
17   hears none.  Thank you for your testimony, Mr. Figueroa.
18                   TESTIMONY BY CHRISTIAN WARD
19                   CHAIRMAN DUNCAN:  The Chair calls
20   Christian Ward.  Mr. Ward, state your name and who you
21   represent, please.  You have ten minutes with a --
22                   MR. WARD:  Thank you, Mr. Chairman.
23                   CHAIRMAN DUNCAN:  I think it's either a
24   one-minute warning or 30 seconds.  I can't remember.
25                   SECRETARY SPAW:  One.
```

TX_00000678

USA_00015559

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 86 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 55 of 275

323

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              CHAIRMAN DUNCAN:  One-minute warning.
 2              MR. WARD:  Thank you, Mr. Chairman.  My
 3   name is Chris Ward.  I'm essential here representing
 4   myself.  I'm an attorney.  I'm a partner with the firm
 5   of Yetter Coleman.  I practice primarily in complex
 6   appeals, including regarding constitutional issues and
 7   have some expertise and experience in particular in
 8   voting rights law, including the 2009 Supreme Court case
 9   Northwest Austin MUD v. Holder.
10              I'm here primarily to testify regarding
11   the general constitutional standard as explained by the
12   Supreme Court for analyzing a facial challenge to the
13   validity of a voter ID bill.  Before I go into that, I
14   do want to say, because it's come up, that in my reading
15   of the Texas bill, it has an exemption for elderly nuns
16   and any other Texan over 70 whether or not they reside
17   in a nursing home.  So that's something that's come up,
18   and I wanted to bring that out.
19              With regard to the legal constitutional
20   standard, the Supreme Court in the case Crawford v.
21   Marion County Election Board examined the Indiana voter
22   ID law, and it went through a very careful analysis of
23   that law, and the essential holding of that law is that
24   a voter ID act is not, in general, constitutionally
25   invalid on its face.  And the Indiana law that the court
```

TX_00000679

USA_00015560

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 87 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 56 of 275

324

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  was considering at the time it issued the Crawford

2  opinion was at that time considered the most restrictive

3  voter ID law on the books of any state.  And so the fact

4  that the Supreme Court found that law constitutional

5  says that there is a lot of room for imposing voter ID

6  laws under the Court's interpretation of the

7  Constitution.

8           There were two primary opinions in the

9  Crawford case.  The first one that I'll talk about is

10 considered the main or controlling opinion of the case.

11 It was a case decided by a plurality, which means there

12 were three Justices signed onto one opinion that's

13 regarded as the controlling opinion by Justice Stevens,

14 of course who was one of the most liberal members of the

15 Court.  And the other opinion by Justice Scalia also

16 garnered three votes.  Justice Stevens' opinion is

17 regarded as the controlling opinion because it -- it

18 puts a little more stricter review, but essentially

19 those two opinions get to the same result by slightly

20 different analysis, which actually on further

21 examination turned out to be somewhat the same.

22           In Justice Stevens' controlling opinion,

23 he first looked -- he first described what the

24 appropriate test would be for a constitutional challenge

25 to an election regulation like a voter ID law, and the

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000680
JA_000679

TX_00000680

USA_00015561

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 88 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 97 of 275
325

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   test that the Court will apply, he says, is you weigh

2   the asserted injury to the right to vote against the

3   precise interests put forward by the state.  So you look

4   at the alleged injury or impairment of the right to

5   vote, the alleged burden imposed by the voter ID

6   requirement, and you compare that with the severity of

7   the harm that the state is trying to avoid.

8            That opinion identifies at least three

9   valid state interests that the state of Indiana was

10  attacking with its voter ID legislation.  Number one,

11  deterring and detecting voter fraud, Justice Stevens

12  says that you can't -- nobody can question the

13  importance of detecting and deterring voter fraud.

14           Now, he noted that in that case there was

15  nothing in the record of that case that in-person voting

16  fraud, showing up and impersonating another person, had

17  actually occurred or was a big problem in Indiana, but

18  it was enough that this is a possibility.

19           He tells a story of an associate,

20  Boss Tweed, in New York back during the 1860s, and this

21  associate would send his repeaters.  He would recruit

22  men who had whiskers and send them to vote once with a

23  full beard and then send them to a barber and get the

24  chin shaved off and send them back with mutton chops and

25  a mustache and then send them back with just a mustache.

TX_00000681

USA_00015562

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 89 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 58 of 275

326

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   And then if you needed another vote, send them back skin
 2   face, it said, plain face, and that makes each one good
 3   for four votes.
 4                Now, I mention that both because I thought
 5   it was a little amusing story, but the more serious
 6   point is that the Court looked at this.  This is an
 7   anecdote from history.  This is not saying that a state
 8   has to have any showing that this a current modern
 9   problem.  The Court cites this anecdote as an example of
10   this is a potential problem that a legislature is within
11   its rights to attempt to address by this type of law.
12                Other valid state interests that the Court
13   identified with regard to a voter ID legislation is the
14   improvement and modernization of election procedures.
15   The Court noted that Congress has shown that it believes
16   that photo ID is an effective method of establishing
17   voters' qualifications to vote.  The National Voter
18   Registration Act of 1993, also known as the Motor Voter
19   Act, is the act that says when you go to apply for your
20   driver's license, you have to be offered the chance to
21   register to vote.  It's also the act -- it also has
22   requirements that limit the states' abilities to purge
23   their voter rolls.  So that's one reason why voter rolls
24   tend to have more voters than actually continue to
25   reside in a particular state or a particular
```

TX_00000682

USA_00015563

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 90 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 59 of 275

327

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  jurisdiction.

2          The Court also noted the Carter-Baker

3  report, which has also been mentioned in earlier

4  testimony today by Former President Carter and Former

5  Secretary of State James Baker.  In that report, they

6  identified photo identification as an appropriate step

7  to take to deter voter fraud.

8          The Court also mentioned safeguarding

9  voter confidence in the system as another valid state

10  interest that is served by a voter ID requirement.

11          Justice Stevens' opinion then looked to

12  the alleged burdens on the right to vote, and he noted

13  that the photo ID requirement imposes some burdens that

14  other identification methods do not.  For example, you

15  might lose your driver's license or lose your wallet on

16  the way to the polls and then you'd have a problem.  But

17  he noted that these are not serious or frequent enough

18  to cause a constitutional infirmity.

19          And he noted that the relevant burden to

20  be considered here is the burden that is on persons who

21  are eligible to vote but who do not happen to possess a

22  valid photo ID.  So you look at the fact that that

23  affects, for one thing, a -- probably a small minority

24  of voters -- of eligible voters in the state already.

25          The Court noted that if you had to pay a

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000683
JA_000682

TX_00000683

USA_00015564

Case 2:13-cv-00193-RMC-DST-RLW Document 660-8 Filed on 11/11/14 in TXSD Page 91 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 90 of 275

328

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1  tax or a fee to get the ID, that would be the equivalent
 2  of a poll tax, and that would be unconstitutional.  So
 3  one important provision which the Indiana legislation
 4  had and which the Texas bill has is the fact that free
 5  voter ID cards are available.
 6          The Court noted that some people will have
 7  heavier burdens and -- but the fact that some people may
 8  have heavier burdens does not make the statute itself
 9  facially invalid and unconstitutional.  It means that
10  perhaps in an individual case an individual might be
11  able to show that the burden -- the specific burden on
12  that individual is so high that it would be
13  unconstitutional to apply the statute to that
14  individual, but that's not the same thing as saying that
15  the statute is facially invalid and unconstitutional as
16  a whole.  And that's what we usually think of when we
17  think of the Court striking down a law as
18  unconstitutional.  That strikes down the whole law as
19  invalid.
20          So that was the ultimate conclusion.
21  Justice Scalia, in his opinion concurring, would go a
22  little bit further than Justice Stevens, but he
23  essentially reaches the same result.  Justice Scalia
24  says that the voter ID law is a generally applicable,
25  nondiscriminatory voting regulation, and thus individual

TX_00000684

USA_00015565

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 92 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 61 of 275

329

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   impacts on specific voters are irrelevant for

 2   determining the severity of the burden.  In Justice

 3   Scalia's analysis, he said you look at the burden is not

 4   severe on anyone.  The burden is show a photo ID.  That

 5   burden could have some different impacts on particular

 6   individuals, again, who might have a particular hardship

 7   getting that ID.  But, again, that's not enough to say

 8   that the law, as a whole, is unconstitutional.

 9               SEN. ELTIFE:  Members, any questions of

10   the witness?

11               (No response)

12               SEN. ELTIFE:  No questions.

13               Mr. Ward, thank you for being here.

14               MR. WARD:  Thank you very much.

15                  TESTIMONY BY GARY BLEDSOE

16               SEN. ELTIFE:  At this time, we'll call

17   Gary Bledsoe forward.

18               MR. BLEDSOE:  Good evening.  My name is

19   Gary Bledsoe.  I represent the Texas State Conference of

20   NAACP branches, and I am proud to stand before you as a

21   fellow Texan, and indeed I want to emphasize the term

22   "fellow Texans."

23               You know, the Texas that we have today is

24   very different from the Texas that I grew up in, and

25   indeed I've seen many things occur that have been
```

TX_00000685

USA_00015566

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 93 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 62 of 275

330

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   extremely positive for me.  I grew up in a segregated
2   Texas when voting was really a luxury, something that
3   was not to be expected in my community.  It was
4   something very much that people cherished and desired,
5   desired to occur.
6              And many of you might even remember back
7   in 1974 when Frank Robinson, an African-American who was
8   registering individuals to vote out in Palestine, was
9   actually killed at his home because of his attempts to
10  register people to vote.  Now, I happened to be a
11  freshman in law school at that time.  So it's not all
12  that long ago that that actually occurred.
13             And, you know, when I -- when I look at
14  the ways that we have had to struggle to get the
15  opportunity to vote, I want you to know that we cherish
16  that and know that's extremely important.  And in many
17  ways, our state had become exemplary.  When I go around
18  the country and you -- we understand how we've enabled
19  people that have been on paper with felony convictions
20  to vote and things of that nature, that's a good thing.
21             And, you know, the fact that -- we don't
22  really have a problem with voter fraud in elections.  I
23  think that all the testimony seems to indicate that,
24  that indeed people who go to vote are indeed people who
25  actually are registered to vote.  So there's really not

TX_00000686

USA_00015567

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 94 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 63 of 275
331

CONSIDERATION OF SENATE BILL 14 1/25/2011

1 a problem in that regard from what we've seen.

2          However, I'm aware that what we're

3 discussing now is whether or not we will have a bill.

4 So I would reach out to each and every one of you and

5 say that if we are going to discuss voter

6 identification, then let's do so in a way to be

7 constructive and to be enabling so that we can try and

8 empower all the people within our state to presume that

9 all people who would be eligible to vote ought to be

10 allowed to vote. And so we should reduce impediments

11 and not present additional impediments that would

12 prevent people from voting.

13          Now, frequently we have come before you

14 and talked about this issue. I know that the last time

15 I came before you we talked about a number of instances

16 of serious irregularities that have occurred in our

17 state, and I don't want to go back and go over all

18 those, but I want to point some of those out to you

19 because I think if we're talking about voter problems

20 that really and truly we ought to be talking about some

21 of the issues that prevent access because we think

22 that's a much more significant problem than the problem

23 with people voting who are not the people who were --

24 who were actually registered to vote.

25          In just this past year, we had a situation

TX_00000687

USA_00015568

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 95 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 64 of 275

332

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  with elderly citizens up in Bowie County who were

2  harassed by individuals after they had voted absentee,

3  and people were demanding to know how they voted,

4  terrorizing the elderly people who made contact with us

5  because they were very concerned, but it was very

6  obvious it was because of politics, from our

7  observation.

8          We know that we had so many problems or

9  complaints directed to us out of Harris County this last

10  session where people were intimidated by other

11  individuals who hovered over them, who stared at them

12  and gave very hateful looks towards them, intimidating

13  some people from going forward with actually voting.

14          So we know these things continue and

15  occur, and it's not just the kinds of things that we've

16  seen in the recent past, such as when an

17  African-American candidate for sheriff in a county

18  outside Houston had -- one of his white supporters had

19  their home catch fire.  And so instead of investigating

20  what might have occurred, they ended up investigating

21  the African-American candidate for sheriff.

22          We know that where they've used off-duty

23  police along with improper uses of mailboxes in Tarrant

24  County to intimidate African-Americans from being able

25  to vote.  So it goes on and on, and all these things

TX_00000688

USA_00015569

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 96 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 65 of 275
333

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   have occurred within the last decade and some within the
 2   past six months.  So we know that indeed we have not
 3   arrived to where we have eliminated problems with
 4   preventing our having access to be able to vote.
 5               And, you know, I was able to be an
 6   election observer for an election down in Venezuela, and
 7   that was really quite illuminating to me in that the
 8   individuals had to give a fingerprint whenever they
 9   voted, and an untrained person had to look at the
10   fingerprint and determine whether or not it was the
11   right person.  And we know that the photograph came up
12   on the screen and you had to look and see if this was
13   the right person.
14               And, you know, they had armed guards
15   around, and I actually had the misfortune of having a
16   gun directed at me by a guard.  When I was asked by an
17   official in the Secretary of State's Office to actually
18   go and observe them vote, I actually had to back off
19   when a gun was directed right at my face for -- five or
20   six feet away.
21               So I think we look at those things, we
22   don't need to move in that direction.  We need to be
23   going out and telling people that what we have is really
24   good.  What we have is actually working, where we have a
25   democracy, we have people that are engaged that are from
```

TX_00000689

USA_00015570

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 97 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 66 of 275

334

CONSIDERATION OF SENATE BILL 14 1/25/2011

1 | different backgrounds, different races, different
2 | ethnicities, and we get there and we debate and we
3 | discuss issues.
4 | You know, when they had the birth of a
5 | nation years ago and they talked about what would occur
6 | in our country with enfranchising African-Americans, we
7 | found out just the opposite was true, and that indeed
8 | we're moving toward something that's very special, but
9 | there are people that are competing against what we've
10 | been trying to accomplish.
11 | But, Senators, I really want to say to you
12 | that we have a system that I feel is actually a good
13 | system.
14 | Now, besides all the other matters that I
15 | can talk about, I wanted to visit with you about some of
16 | the problems that we see with where we're proceeding
17 | with SB 14. You know, I don't understand why, but in
18 | many ways I look at SB 14 and SB 14 is much more
19 | problematic than the Indiana law and much more
20 | problematic than the Georgia law that have been
21 | utilized. When we look at the Indiana law, the Indiana
22 | law -- we can see where individuals can actually come in
23 | and if they are indigent, they can give an affidavit and
24 | be allowed to vote by saying that they can't afford to
25 | have a voter ID.

TX_00000690

USA_00015571

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 98 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 67 of 75

335

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1              We know that under the Texas law in

 2     comparison with the Indiana law you've got to come back

 3     in a stated period of days, and these six days.  And the

 4     way that six days is worded and the time that's

 5     involved, it's going to require people to come during

 6     their workdays from 8 to 5, which is a real problematic

 7     thing for individuals to do.  And we know that when you

 8     have to come in from 8 to 5 and you're a working person,

 9     that's going to be something that's difficult for you to

10     do.

11              We have a law that says if you're voting

12     in an election, that on election day you can go and have

13     time off from your work.  There's not a law that says

14     you can come and have that taken care of.

15              Now, the -- we know, too, that the other

16     thing about an Indiana law -- and I would note that

17     Indiana is not a covered jurisdiction.  So Indiana and

18     the Indiana case involved constitutional issues and not

19     the Voting Rights Act.

20              But, now, Indiana allows you the one free

21     bite.  So when you go in and you have an expired

22     identification, you can still use that identification

23     for one election.  The idea is that then the person will

24     be put on notice that their identification is expired,

25     and they will go and have that identification come up to

TX_00000691

USA_00015572

Case 2:13-cv-00193 Document 660-8 Filed on 11/11/14 in TXSD Page 99 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 68 of 275
336

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1  date.  So I think that's another distinction.

 2              Now, in Georgia and in Indiana, they did

 3  some things that we have not done here.  They did

 4  diligent inquiries, and they determined that prior to

 5  adoption of their laws, they determined that indeed

 6  almost every one in those states had DMV

 7  identifications.  So everyone in Georgia had a DMV

 8  identification, and only 43,000 people in Indiana did

 9  not have a DMV identification.  So that's much different

10  from what we have here.

11              Also, those states are much smaller.  And

12  in Texas with the location of driver's license offices,

13  et cetera, some people have to travel over 100 miles.

14  So even with an indigent's provision, that's not going

15  to allow people who are poor, indigent, impaired, have

16  difficult access to these places to be able to actually

17  register.  And I don't know what the implications are

18  for obligations under the NVRA, but we have not complied

19  with our obligations under the law.  And that has been a

20  problem in Indiana as well.

21              And I'd just say, finally, it's very clear

22  that the Texas law will impair and have a clearly

23  disparate disadvantage on people of color.  The forms of

24  ID selected are problematic.  There would have been

25  something better.  The forms of ID selected in Indiana

TX_00000692

USA_00015573

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 100 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 69 of 275

337

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1   and Georgia were both superior.  The criminal
2   prosecution will discourage.  We know that this might
3   impair compliance with the NVRA.  We know that there
4   have been so many problems with election officials that
5   this will empower them more so to disadvantage
6   individuals.  And we know that because of the time to
7   vote, the problem with identification and especially
8   cross-racial identifications, the issue of the
9   expirations and the types of the IDs selected, those
10  things are going to further reduce the minority vote.
11  So we think this is a covered jurisdiction, and you can
12  look at this in a different way.  Thank you.
13              SEN. ELTIFE:  Mr. Bledsoe, thank you.  And
14  some members do have questions for you.
15              Senator West?
16              QUESTIONS FROM SENATE FLOOR
17              SEN. WEST:  Thank you very much,
18  Mr. Chairman.
19              Mr. Bledsoe, thank you also.  Now, you've
20  been the President of the NAACP Conference -- state
21  conference for how many years now?
22              MR. BLEDSOE:  Twenty years.
23              SEN. WEST:  Twenty years.  Is there a
24  well-documented history of voter suppression that is
25  specifically related to race and ethnicity in this
```

TX_00000693

USA_00015574

Case 2:13-cv-00193-RMC-DST-RLW Document 660-9 Filed on 11/11/14 in TXSD Page 101 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 76 of 275

338

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1  state?  And how would this voter ID law fit into that
 2  particular history?
 3              MR. BLEDSOE:  Well, I think it's
 4  consistent with the history, and that's sad.  You know,
 5  I think that we've seen Texas really evolve in a lot of
 6  ways.  And, you know, Texas has had a history where in
 7  recent years I had a lot of bipartisan cooperation.  And
 8  I know that when we've done report cards in the past, we
 9  had people in both parties that were doing exceptionally
10  well on our report card.
11              But we haven't extricated ourselves from
12  the past.  And indeed when we look at the past and we
13  look at all the disenfranchisement that's taking place,
14  this is a direct extension of that because indeed if one
15  wanted a voter ID law, there would be a way of having a
16  voter ID law that would be more enabling, that would not
17  suppress the vote.  Because what we want people to do is
18  to go out and to compete and to actually say that we
19  will compete for the minority vote and not have a law
20  that we think will have a clear disadvantage in terms of
21  suppressing the minority vote.
22              SEN. WEST:  Would you -- so do you believe
23  that this voter ID law will, in fact, discriminate
24  against people of color?
25              MR. BLEDSOE:  There's no question, again,

TX_00000694

USA_00015575

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 102 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207-1 Filed 06/20/12 Page 71 of 275

339

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1  the types of IDs that are selected, the time period with

 2  the nature of the jobs that African-Americans have and

 3  the requirement for African-Americans to come in and

 4  actually produce their proof within a certain period of

 5  time.  We've had enormous problems in this state with

 6  the cross-racial identifications, and I can just see

 7  enormous problems with that.  Especially with the kinds

 8  of things that we've seen in Bell County and some other

 9  places here recently, we know that's going to be a

10  problem.

11           And we know, too, that in terms of the

12  issue of expirations, that's going to be a problem.  And

13  if you look at state data on like voter -- excuse me --

14  motor vehicle ownership, our access to vehicles, you'll

15  find there's a big disparity among racial groups.  And

16  so we're talking about the poorest of minority groups

17  not truly having access to be able to go and access the

18  identification.  So I think it's clearly going to have a

19  disparate impact.

20           SEN. WEST:  So is it your testimony that

21  this particular voter ID bill will discourage as opposed

22  to encourage people to participate in the electoral

23  system?

24           MR. BLEDSOE:  It will; it clearly will.

25  And, you know, one of the big things obviously is the

TX_00000695

USA_00015576

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 103 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 72 of 275

340

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  criminal prosecution, but then there are the other
 2  provisions as well where you make it so difficult for
 3  people.  You know, we've had, in numerous instances,
 4  Fort Bend, Harris, Bowie Counties, where individuals
 5  have been turned away, who weren't even allowed to cast
 6  a provisional ballot.  And so that's a problem.  You
 7  know, it's kind of like the thing in Indiana when the 12
 8  nuns were attempting to vote, and they did not allow 12
 9  nuns to vote because they didn't bring their voter
10  identification with them.
11             SEN. WEST:  It was 12 of them?
12             MR. BLEDSOE:  Twelve; 12 nuns, yes.
13             SEN. WEST:  Twelve.  Okay.  Huh,
14  interesting.
15             Now, let me ask this question, sir:
16  You've had an occasion to speak with many
17  African-American elected officials concerning voter
18  identification laws over the last few years.  Is that
19  correct?
20             MR. BLEDSOE:  That's correct.
21             SEN. WEST:  Have you found any
22  African-American legislators -- any African-American
23  elected officials in the state of Texas that are in
24  favor of the voter identification laws that are being
25  considered by the Texas Legislature?
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000696
JA_000695

TX_00000696

USA_00015577

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 104 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 73 of 275

341

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              MR. BLEDSOE:  We've seen none.  And, you
 2   know, our group is unanimously opposed to it.  And, you
 3   know, we've got Republicans and Democrats in our
 4   leadership.  And let me say that one of our folks that I
 5   think you even know, Senator -- I don't know that you
 6   know this -- but Obie Greenleaf, who is a city
 7   councilman now up in Sherman, he just went and tried to
 8   renew his registration, and he was pulled out of line,
 9   told he had to go home and get -- and get his birth
10   certificate.
11              SEN. WEST:  And he's a city councilman?
12              MR. BLEDSOE:  He's a city councilman.  And
13   another African/American male, who is 80 years old, was
14   told to do the same thing.  Now, all the whites in line
15   were not pulled out.
16              And, you know, we've done some surveys
17   around the state, and we're not complying with NVRA.  So
18   there is a real problem with our people being registered
19   to vote by our agencies.
20              SEN. WEST:  Well, there have, in fact,
21   been some campaigns that have been launched lately -- or
22   back in 2005, 2006, campaigns against voter fraud.  Do
23   you remember those campaigns by the Attorney General?
24              MR. BLEDSOE:  I'm aware.
25              SEN. WEST:  And some of the images that
```

TX_00000697

USA_00015578

Case 2:13-cv-00193-Document 660-9 Filed on 11/11/14 in TXSD Page 105 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207-1 Filed 06/20/12 Page 74 of 275

342

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1  were used there within the content of those campaigns?

 2              MR. BLEDSOE:  I think those things became

 3  part of litigation, if I'm not --

 4              SEN. WEST:  All right.  So, frankly, the

 5  passage of this particular bill will encourage

 6  additional litigation in the civil rights area.  Is that

 7  correct?

 8              MR. BLEDSOE:  There's no question.  Let's

 9  look at the PV 19, for example --

10              SEN. WEST:  Right.

11              MR. BLEDSOE:  -- and the 19 children who

12  bore the names of their fathers, and they were

13  wrongfully prosecuted because they voted in Waller

14  County.  And that county still has enormous problems.

15  You know, we had a couple years ago where the county

16  registration officials declined to follow through and

17  tender legitimately completed voter registration cards

18  to be registered, and that was right before an election,

19  and that continues to be a problem.  And if it wasn't

20  for the AG's Office telling them ultimately to register

21  those voters, I don't know if they ever would have been

22  registered, but they were not registered before the

23  election.  So there was an impact in them not following

24  through and registering those voters.

25              SEN. WEST:  Well, sir, I appreciate your

TX_00000698

USA_00015579

Case 2:13-cv-00193-RMC-DST-RLW Document 660-9 Filed on 11/11/14 in TXSD Page 106 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207-11 Filed 06/20/12 Page 75 of 275

343

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1    advocacy, and needless to say you're steadfast as it
 2    relates to protecting the rights and civil rights of
 3    people in this state.  Thank you.
 4              MR. BLEDSOE:  Thank you.
 5              CHAIRMAN DUNCAN:  The Chair recognizes
 6    Senator Hinojosa.
 7              SEN. HINOJOSA:  Thank you, Mr. Chairman.
 8    Mr. Bledsoe, thank you for your testimony.  And I was
 9    very interested as you described the history in where
10    minorities for a long time were being kept from voting
11    and exercising their right to vote.  You talk about many
12    problems from intimidation, I guess, to the poll tax.
13    Can you name some of those situations, for example,
14    where laws have been passed for the sole purpose of
15    trying to suppress the vote of minorities?
16              MR. BLEDSOE:  Obviously there were --
17    there were a number of those that occurred.  One of the
18    things that we had in our state was the grandfather
19    clause.  You know, we had had poll taxes in this state,
20    and ultimately in this state they ended up passing the
21    rule that was used in the Democratic Primary, which at
22    that time there were -- the two parties were the
23    conservative Democrats and the liberal Democrats.  And
24    so if you didn't vote in that Democratic primary, you
25    really didn't have a vote.
```

TX_00000699

USA_00015580

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 107 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207-11 Filed 06/20/12 Page 76 of 275

344

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              And that had to go -- the NAACP litigated
 2   that case, and we first defeated that system back in, I
 3   think, '28 or '29 before the Supreme Court, but they
 4   finessed the rule.  And so the NAACP had to litigate it
 5   again, go to the Supreme Court again in 1944 where it
 6   was finally invalidated.  So there have been quite a few
 7   instances.  But if you happened to be African-American
 8   or Latino and your grandfather had not been able to vote
 9   in 1910, the teens or the '20s, '30s, you couldn't vote
10   either.
11              SEN. HINOJOSA:  And as you well know,
12   Texas right now is under a Voting Rights Act.
13              MR. BLEDSOE:  That is correct.
14              SEN. HINOJOSA:  And they have an actual
15   burden to prove that whatever laws they pass in terms of
16   voting doesn't discriminate or suppress the vote against
17   minorities.
18              MR. BLEDSOE:  And that's one thing they
19   didn't have in Indiana.  That's an additional obstacle
20   that they'll have to encounter with the law in this
21   state.
22              SEN. HINOJOSA:  And as you recite history,
23   it seems to me that many times different laws, different
24   methods are used to try to suppress the vote of
25   minorities, and they use different euphemisms and
```

TX_00000700

USA_00015581

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 108 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 97 of 275
345

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  different names.  And it seems to me that the purpose of
2  the voter ID legislation is, again, to suppress the
3  vote.  Are you familiar with the Carter-Baker Commission
4  and Federal Election Reform?
5              MR. BLEDSOE:  Yes, I am.
6              SEN. HINOJOSA:  Yeah.  Well, one of the
7  studies they made would show that here in Texas where we
8  have approximately 13 million registered voters, that if
9  we pass voter ID, it would disenfranchise approximately
10  3 million voters, mostly minorities.  Are you surprised
11  at that?
12             MR. BLEDSOE:  I'm not, because I think
13  this will have enormous implications.  And again, if we
14  wanted to look at Indiana or Georgia, I would have
15  problems, but those laws -- they are so much less
16  restrictive than what's being proposed here.  This law
17  would have enormous implications because of the way that
18  it is written.  So it seems like instead of seeking the
19  least restrictive means, we're seeking the most
20  restrictive means.
21             SEN. HINOJOSA:  And as you describe the
22  different problems that exist in terms of sometimes
23  intimidation, sometimes in placing obstacles to
24  minorities to vote, have you come across a lot of
25  instances where there's voter fraud where a person tried

TX_00000701

USA_00015582

Case 2:13-cv-00193-RMC-DST-RLW Document 660-9 Filed on 11/11/14 in TXSD Page 109 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207-1 Filed 06/20/12 Page 78 of 275

346

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  to impersonate a registered voter?

 2              MR. BLEDSOE:  I have not seen of such a

 3  situation, Senator.  I think there are very few

 4  situations because you are putting yourself in harm's

 5  way when you do that, even under the current laws.  So I

 6  think there are fail-safes under the current law that

 7  would prevent you from doing that.  But be that as it

 8  is, I think that it's pretty much widely acknowledged

 9  today that that's really -- really not a problem.

10              SEN. HINOJOSA:  And, for example, the last

11  ten years, do you know how many prosecutions have taken

12  place in terms of indicting a person for trying to

13  impersonate a registered voter?

14              MR. BLEDSOE:  I think I saw something on

15  the Internet maybe about one in South Texas recently and

16  one person, and there might have been something in

17  Harris County.  But in all those years, maybe one or

18  two, and I don't know if they were successful or not.

19              SEN. HINOJOSA:  Well, if you compare the

20  number of people who have been indicted, maybe three or

21  four or five in the last five or six years that try to

22  impersonate a voter, to the negative impact that this

23  piece of legislation would have on minorities by

24  disenfranchising approximately 3 million who do not

25  carry photo ID, don't you think it's a little bit out of
```

TX_00000702

USA_00015583

Case 2:13-cv-00193-RMC-DST-RCW Document 660-9 Filed on 11/11/14 in TXSD Page 110 of 114
Case 1:12-cv-00128-RMC-DST-RCW Document 207-1 Filed 06/20/12 Page 79 of 275

347

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1   balance and a steep price to pay?
2                MR. BLEDSOE:  It is.  Again, if we wanted
3   to have the integrity, there are things we could do to
4   ensure integrity more so than what we're actually doing
5   here.  You know, there have been good and great
6   suggestions that have been put forth.  And again, the
7   distinctions between Indiana and Georgia is the DMV had
8   IDs on almost all those folks.  So when we went to the
9   Department of Justice in Georgia to get preclearance,
10  Georgia could tell DOJ that 100 percent of our people we
11  have IDs on already, and that's something we don't have.
12               SEN. HINOJOSA:  Thank you for your
13  testimony.
14               MR. BLEDSOE:  Thank you, sir.  Thank you,
15  Mr. Chair.
16               CHAIRMAN DUNCAN:  Hold on just a minute.
17               Senator Ellis?
18               SEN. ELLIS:  Yeah, briefly, Mr. President.
19  I just wanted to thank Mr. Bledsoe.  I called him last
20  night and asked him to come.  I know he had client
21  business and court matters toady, and you've been
22  waiting all day to testify.  I think my colleagues asked
23  the questions I would have asked, but I just wanted to
24  publically thank you for staying here all day today.
25               MR. BLEDSOE:  Thank you, Senator.  I
```

TX_00000703

USA_00015584

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 111 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207-11 Filed 06/20/12 Page 80 of 275

348

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1    appreciate it.  Thank you.
 2                CHAIRMAN DUNCAN:  Are there any other
 3    questions of the witness?
 4                (No response)
 5                CHAIRMAN DUNCAN:  Thank you, Mr. Bledsoe.
 6    We appreciate your appearance here today.
 7                TESTIMONY BY ANDRES TIJERINA
 8                CHAIRMAN DUNCAN:  Dr. Andres Tijerina.
 9    Dr. Tijerina, state your name and who you represent.
10                MR. TIJERINA:  My name is Andres Tijerina
11    representing myself.
12                CHAIRMAN DUNCAN:  You may begin.
13                MR. TIJERINA:  I'm a citizen of Austin, a
14    citizen of Texas, born in Texas, and I'd like to provide
15    some useful information to give a historical perspective
16    to voting laws and specifically those that have been
17    discriminatory against Mexican-Americans and minorities
18    in Texas.
19                As I said, I am from Texas.  I'm from West
20    Texas.  I have a BA from A&M, a masters from Tech, a
21    Ph.D. from The University of Texas at Austin, and I also
22    worked as the liaison officer for the United States Air
23    Force Academy in Colorado Springs.  I'm a retired Air
24    Force officer.  I'm a member of the Texas State
25    Historical Association among other associations.  I'm
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000704
JA_000703

TX_00000704

USA_00015585

Case 2:13-cv-00193-RMC-DST-RLW Document 660-9 Filed on 11/11/14 in TXSD Page 112 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 81 of 275

349

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   also a Fellow of the TSHA, and I've conducted research
 2   here at the State Archives, the National Archives,
 3   University of Texas and other places in order to write
 4   numerous books and publications that I've published
 5   through Texas A&M University press and other refereed
 6   publications, primarily on Texas history and
 7   Mexican-American history that's given me this -- a
 8   perspective that I'd like to share with you all this
 9   afternoon.
10               Texas, I think, has a legacy and a history
11   of voter discrimination that is very clearly directed
12   and explicitly directed at Mexican-Americans to
13   specifically and effectively keep them from voting that
14   goes way back to the establishment of Texas right after
15   it was annexed to the United States and goes right on up
16   to the present.
17               It has a record of establishing and
18   writing laws to create legal devices and to take actions
19   specifically intended to intimidate Mexican-Americans
20   and minorities from voting, to drive them away from the
21   polls; actions to divide and to redistrict their
22   population base, their counties, specifically directed
23   to keep them from voting or to weaken their voting
24   effect in Texas; devices and actions to literally
25   terrorize them through the years, through the decades.
```

TX_00000705

USA_00015586

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 113 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 82 of 275
350

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              The effect has been to effectively reduce
 2    the number of Mexican-Americans who have voted through
 3    the years, through the history of Texas, and at the same
 4    time to leave an impact or a legacy among their
 5    community of distrust of the state government and even a
 6    fear of state government and state law enforcement
 7    officials.  This has been done in many ways that
 8    appeared beneficial or that were presented as beneficial
 9    even innocuous laws.  Many of the people who effected
10    this were people who approached Mexican-Americans
11    innocuously or supposedly to help them.
12              Political bosses, Texas has some of the
13    most powerful political bosses, or had through history,
14    Jim Wells, Robert Kleberg, George Parr, who used very
15    explicit and physical methods, literally corralling
16    hundreds of Mexican-American voters, thousands of
17    Mexican-American voters, primarily in the years from
18    around 1870 until around 1940, 1950, where they would
19    literally corral hundreds or thousands and direct those
20    votes, either through assistance to them by hiring them
21    to work on the county at election time or literally
22    through intimidation or specific assassinations.  In any
23    case, taking hundreds or thousands of Mexican-Americans
24    and then directing them to vote for people who became
25    great Texans, Lyndon B. Johnson, John Nance Garner,
```

TX_00000706

USA_00015587

Case 2:13-cv-00193 Document 660-9 Filed on 11/11/14 in TXSD Page 114 of 114
Case 1:12-cv-00128-RMC-DST-RLW Document 207-1 Filed 06/20/12 Page 83 of 275

351

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   Edward M. House, who benefited from corralling of

2   Mexican-American voters, either through assistance to

3   those voters or intimidation and threats of those

4   voters.

5               The Terrell Election Law, which was

6   presented as a beneficial law, actually created a poll

7   tax specifically directed at Mexican-American voters to

8   keep them from voting, a 1918 law to explicitly

9   eliminate interpreters; other devices like the white

10  man's primary that required that people take an oath

11  that said that they were a white man and a Democrat; but

12  also violence, violence that is almost unbelievable

13  today, even considering the violence that we see in

14  today's newspapers, even considering the violence you

15  see in Mexico; Texas Rangers, law enforcement officials

16  or vigilante groups in Harlingen, Edinburg, across Texas

17  all the way out to El Paso, riots in which the

18  Anglo-American, 4,000 Anglo-American riders in 1916 in

19  Harlingen chanting, "Keep the Mexicans from voting,"

20  literally rioted and lynched several Mexican-American

21  U.S. citizens to keep them from voting; Texas Rangers

22  literally ethnic-cleansing hundreds and thousands of

23  U.S. citizens, shooting them in the back of the head

24  under sworn testimony that we have here in the Texas

25  State library, all of them explicitly to keep them from

TX_00000707

USA_00015588