Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 1 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 84 of 275

352

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  voting at election time; going through the barrios in
 2  Corpus Christi and Harlingen at election time, riding
 3  through and telling them, "Any Mexican-American citizen
 4  caught voting would be either killed or sent to prison."
 5           That's the heritage of Texas, and it goes
 6  all the way on up to the lynchings in the 1930s, 1940s
 7  of Mexican-Americans.  And then later all the way up
 8  through the 1960s and 1970s, Mexican-American
 9  organizations, LULAC, GI forum and voter right --
10  Southwest Voter Education Project of Woody Velasquez,
11  having to literally engage in lawsuits to try to enforce
12  the 1965 Voter Rights Act that has continued up until
13  last -- well, 2008, in this very county, a group tried
14  to, in effect, limit the extension of the Voter Rights
15  Act and actually had to go up to an appeals court of the
16  U.S. Supreme Court.
17           So the record of Texas has been
18  specifically directed against Mexican-Americans and
19  minority voters, and it's been very effective, not only
20  in limiting and reducing their votes, but also in
21  creating a legacy among their community of distrust of
22  our state government, distrust of our voting process,
23  distrust of the democratic process and even fear.  Thank
24  you.
25           CHAIRMAN DUNCAN:  Thank you, Dr. Tijerina.
```

TX_00000708

USA_00015589

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 2 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 85 of 275
353

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              Are there any questions?

 2              (No response)

 3              CHAIRMAN DUNCAN:  All right.  The Chair

 4   hears none.  We appreciate your testimony.

 5              MR. TIJERINA:  Thank you.

 6              QUESTIONS FROM SENATE FLOOR

 7              CHAIRMAN DUNCAN:  Oh, I'm sorry.  Excuse

 8   me.  We do have Senator Gallegos.

 9              Excuse me, Senator.

10              SEN. GALLEGOS:  Professor, let me ask

11   you -- I mean, I just heard your testimony and the

12   history, and you've said all that discrimination has

13   been targeted mainly to Mexican-Americans here in the

14   state of Texas.  Is that correct?

15              MR. TIJERINA:  Yes, sir, very explicitly

16   to Mexican-Americans.

17              SEN. GALLEGOS:  So let me ask you, in your

18   expertise on history discrimination except as compared

19   to voting rights, how would you compare the present bill

20   that is before us as to some of the intimidation and

21   discrimination factors that you had just described to us

22   in the past and some of the bills that were for like the

23   no interpreters?  That was in 1918?

24              MR. TIJERINA:  Yes, sir.

25              SEN. GALLEGOS:  And some of the other
```

TX_00000709

USA_00015590

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 3 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 08/20/12 Page 86 of 275

354

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   issues that you brought up.  How would you compare this

2   Senate Bill to the past history that you described to

3   this chamber?

4           MR. TIJERINA:  That those in history also

5   were presented in a very positive good light.  The

6   people who presented these laws and the people who took

7   the action, the rioters who lynched Mexican-Americans

8   called themselves the Good Government League.  They had

9   good names.  The people who killed and assassinated

10  hundreds, even thousands of Mexican-American/U.S.

11  citizens, called themselves Progressives.  The laws that

12  were passed by Terrell himself in the Terrell Election

13  Law of 1903, he explicitly stated that he wanted to

14  "kill the Mexican vote."  The candidates during that

15  time period who campaigned for the U.S. Senate -- it's

16  in the Senate record -- campaigned that their intent --

17  that their intent was to kill the Mexican vote.  And yet

18  the way the poll tax was written, the way the Terrell

19  Election Law was written, it was innocuous.  It was

20  beneficial.  It was written specifically to assure that

21  only those legal voters could vote and to clean up the

22  elections.

23          So to read the Terrell Election Law itself

24  was very innocuous or beneficial, and yet to hear

25  Terrell himself speak, he was very explicit.  He wanted

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000710
JA_000709

TX_00000710

USA_00015591

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 4 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 08/20/12 Page 87 of 275

355

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  to "kill the Mexican vote," and that's how I would

2  compare them.

3          Many of these devices through the years

4  are written to sound beneficial or innocuous, and yet

5  they have just the opposite effect.

6          SEN. GALLEGOS:  Professor Tijerina, what

7  you're describing to me and what I just heard is what

8  I've seen on television recounts of what happened in

9  Mississippi and in Alabama and those southern states

10 that prevented African-Americans from either registering

11 or voting.  Is that what you're comparing this to?

12          MR. TIJERINA:  I think it would -- it

13 would have a parallel, yes, sir.

14          SEN. GALLEGOS:  Let me ask you, is there

15 any evidence that old historical discriminatory actions

16 are relevant or applicable today?

17          MR. TIJERINA:  Yes, sir, in the sense that

18 there has been and there is a legacy today in Texas of

19 voter discrimination, voter intimidation and a legacy of

20 fear and distrust; yes, sir.

21          SEN. GALLEGOS:  Professor, let me ask you

22 also, is there any evidence -- well, I think you just

23 answered this -- of innocuous or beneficial election

24 laws that may have actually had the intent to

25 disenfranchise Mexican-Americans -- Mexican-American

TX_00000711

USA_00015592

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 5 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 08/20/12 Page 88 of 275
356

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1    voters?
 2                   MR. TIJERINA:  Yes, sir, those that I just
 3    cited.
 4                   SEN. GALLEGOS:  Okay.  I just -- I just
 5    wanted to be clear on that fact.  Thank you very much,
 6    Professor.
 7                   MR. TIJERINA:  Thank you.
 8                   CHAIRMAN DUNCAN:  Are there any other
 9    questions of the witness?
10                   (No response)
11                   CHAIRMAN DUNCAN:  All right.  The Chair
12    hears none.  The witness will be excused.  Thank you.
13                   TESTIMONY BY CHASE BEARDEN
14                   CHAIRMAN DUNCAN:  The Chair calls
15    Chase Bearden.  Please state your name and who you
16    represent.
17                   MR. BEARDEN:  My name is Chase Bearden.
18    I'm with the Coalition of Texans with Disabilities.
19    Good afternoon.  Thank you for a chance to speak to all
20    of you.
21                   We have spent some time looking at voter
22    ID, and we feel that there is a portion that will
23    disenfranchise a large number of Texans with
24    disabilities.  We've looked at just the logistics of
25    trying to reach a place to get this free ID that
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000712
JA_000711

TX_00000712

USA_00015593

Case 2:13-cv-00193  Document 660-10  Filed on 11/11/14 in TXSD  Page 6 of 118
Case 1:12-cv-00128-RMC-DST-RLW  Document 207  Filed 06/20/12  Page 89 of 275
357

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  everyone has talked about.
 2              There's a large cost associated for a
 3  person with a disability who lives in a rural area or
 4  place that's farther out to try and reach a DPS office
 5  to try and get these IDs.  The majority of people with
 6  disabilities, especially that have had one for their
 7  entire life, may not have ever gotten a driver's
 8  license.  They may not have a Texas license.  They more
 9  than likely don't have a passport.  So when you look at
10  trying to get the IDs that you need to go and vote,
11  you're starting off at a large cost.
12              The majority of people with disabilities
13  that are wanting to get these IDs will have to probably
14  go and get their birth certificate.  To find someone who
15  can actually pick them up, drive them there, find an
16  accessible vehicle, if they don't have one, or find a
17  bus line that actually goes to where they can get a
18  birth certificate is going to be very difficult.  A lot
19  of people said, "Well, maybe they can go online.  They
20  could access and get their birth certificate sent to
21  them online."  There's a large number of Texans with
22  disabilities who are living on a very small amount of
23  money each month.  They more than likely don't have a
24  computer to even access the Internet much less a
25  provider or a credit card that they could use to access
```

TX_00000713

USA_00015594

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 7 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 08/20/12 Page 90 of 275
358

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   the birth certificate they need.  It also takes quite a

2   while to get that birth certificate if you were to

3   access that online unless you were to expedite it.

4           Then after getting that, you would have to

5   find a way to get to the DPS office.  If you do live in

6   a very rural area and you have a significant disability,

7   maybe you're using a power chair and your family doesn't

8   have an accessible van to be able to get you somewhere,

9   you have to look at how are you going to be able to make

10  it to where that person can access these IDs easily.

11          One of the other areas that we looked at

12  was people living in nursing homes, state-supported

13  living centers who might not be able to access the IDs

14  they need to go and get identification.  Do we have

15  something in place that's going to allow them to be able

16  to go and more than likely not be able to catch a ride

17  or hop in their car and drive down to the DPS office.

18  They are living in a state-supported living center, but

19  they still have the right to vote.

20          So looking at how they would get their

21  identifications, we feel like they would still more than

22  likely be put in a place where they are not going to be

23  able to get the identification they need.

24          One of the other areas that we looked at

25  was that there's an exemption for a person that's over

TX_00000714

USA_00015595

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 8 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 08/20/12 Page 91 of 275
359
CONSIDERATION OF SENATE BILL 14 1/25/2011

1 70.  And when we thought about that, isn't that similar

2 to the same issues that a person with a disability might

3 be facing, a harder time getting transportation to get

4 in to go get that ID, maybe the cost, living on a fixed

5 income?  So we have an inconsistency that kind of keeps

6 the same person from getting the ID they need, that free

7 ID, but we're giving an exemption to someone else.

8              When we started looking at a person who is

9 traveling to go and actually vote and they get there and

10 they don't have the correct ID or they are missing

11 something, so they have to cast a provisional ballot,

12 trying to get back there within six days can sometimes

13 be logistically impossible for a person.  They might

14 have had to get public transportation to go and get

15 there.  So they had to set up a ride through one of the

16 kind of disability bus systems, but they might not be

17 able to get a ride again or to get to the place to get

18 the documentation they need to get back and cure their

19 ballots.

20              Currently right now there are being bills

21 filed that would reduce the accessibility at some of the

22 polling places on nonfederal elections.  They wouldn't

23 have to use all the accessible voting machines.  We feel

24 like if you end up passing a law like that and then you

25 add voter ID to that and you're kind of putting a burden

TX_00000715

USA_00015596

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 9 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 08/20/12 Page 92 of 275

360

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  on someone trying to force them to get an ID that they
2  might not be able to get to, and then they get to the
3  polling place and they don't even have the accessibility
4  they need to cast a private ballot.  It's just recently
5  in 2001 that we've been able to get the technology we
6  need to cast that private ballot without someone else
7  doing it for us.  And now we're looking at having that
8  removed and then being forced to try and find an ID
9  that's acceptable that might not be obtainable by
10 everyone.
11          So we ask that y'all take the time to
12 really investigate how these IDs will really affect
13 someone who might not be able to obtain what it is y'all
14 are asking for.  Thank you.
15          CHAIRMAN DUNCAN:  Thank you, Mr. Bearden.
16              QUESTIONS FROM SENATE FLOOR
17          CHAIRMAN DUNCAN:  Senator Zaffirini?
18          SEN. ZAFFIRINI:  Thank you for being with
19 us this afternoon, Mr. Bearden.  Excellent testimony.  I
20 have several questions for you that will focus on the
21 needs of persons with disabilities and how they will be
22 impacted if Senate Bill 14 were to pass.
23          First, are persons with disabilities less
24 likely to have a current driver's license, military ID
25 or passport than the general population of voters?

TX_00000716

USA_00015597

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 10 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 93 of 275

361

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              MR. BEARDEN:  I think there's probably a
 2   large number of people with disabilities who don't have
 3   a current driver's license or who don't have a driver's
 4   license.  Many depend on the bus system, and they live
 5   in areas where they can access buses.  Not all the bus
 6   systems will access DPS.  Not all people with
 7   disabilities are going to have a passport.  Many of them
 8   are living on a fixed income and more than likely are
 9   not traveling abroad.  They more than likely have not
10   been in the military or are carrying any other type of
11   ID.
12              SEN. ZAFFIRINI:  And what is the reason
13   for this?  Why is it that persons with disabilities --
14   and I'm trying to enter it into the record.  Why is it
15   that persons with disabilities are less likely than
16   other voters to have these documents?
17              MR. BEARDEN:  People with disabilities
18   tend to be of the lowest demographics when it comes to
19   having jobs, having income.  They are having a harder
20   time trying to get the services they need.  So being
21   able to have a driver's license or a passport is a lot
22   of times unobtainable.
23              SEN. ZAFFIRINI:  Thank you.  What
24   additional barriers do persons with disabilities have in
25   obtaining the forms of ID requested or required by
```

TX_00000717

USA_00015598

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 11 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 94 of 275

362

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   Senate Bill 14.

 2              MR. BEARDEN:  Could you repeat that again?

 3              SEN. ZAFFIRINI:  What additional barriers

 4   do persons with disabilities have or would have in

 5   obtaining the forms of identification required by Senate

 6   Bill 14?

 7              MR. BEARDEN:  I think many of the barriers

 8   would be -- I think it was brought up that one of the

 9   DPS offices was inaccessible.  There's still

10   accessibility issues in Texas.  We've had accessibility

11   issues in polling places.

12              When you look at trying to get $22 put

13   together to buy a birth certificate, have to take the

14   time to get that birth certificate, then go to get

15   another ID, I think when you look at the amount of money

16   that that is -- and I know everyone doesn't feel it's a

17   large amount of money -- but someone living on a fixed

18   income, on SSI, that is a large portion of their funds,

19   and a lot of them won't be able to obtain it.

20              SEN. ZAFFIRINI:  Would the voter

21   identification required in this bill be sufficient to

22   ensure access to accurate information about the new ID

23   requirement information for the full range of persons

24   with disabilities in our state?

25              MR. BEARDEN:  We don't feel it will.  The
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000718
JA_000717

TX_00000718

USA_00015599

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 12 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 95 of 273

363

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  majority of people who have disabilities are living on a
2  fixed income.  They don't have access to a computer.
3  They don't have access to the Internet and more than
4  likely not to have a newspaper to receive the
5  information.  So we don't feel that they will be able to
6  get all the information.
7        SEN. ZAFFIRINI:  Thank you.  What effect
8  do you believe that Senate Bill 14 would have on the
9  turnout of voters with disabilities?
10       MR. BEARDEN:  The turnout of voters with
11 disabilities has increased up to -- we feel like it will
12 decrease.  The majority of people will show up.  They'll
13 try and cast their vote.  They will have to do a
14 provisional ballot, and I think when they start to look
15 at having to come back, they will have a harder time
16 making it.  The journey getting there sometimes is
17 incredibly difficult, trying to find a way to get there,
18 trying to get everything in order to be able to get
19 there.  So we do think it will decrease the turnout.
20       SEN. ZAFFIRINI:  Thank you.  Now, thinking
21 specifically of persons with disabilities who are
22 registered voters and who do have a photo ID, is there
23 any way that they would be impacted negatively by Senate
24 Bill 14?
25       MR. BEARDEN:  I think they could be if

TX_00000719

USA_00015600

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 13 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 96 of 275

364

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  they do not bring their ID.  The majority of people with

2  disabilities, if they had a photo ID and were to show up

3  without it or to have one that has expired, may not have

4  the time to actually go afterwards, get an ID redone or

5  to get a current ID to be able to make it back and have

6  their ballot cured in time.

7          SEN. ZAFFIRINI:  Would part of the problem

8  be that they might have a photo ID that is very old?

9          MR. BEARDEN:  I think that's very

10 possible.  There's a lot of people who might have

11 received an injury who were driving before who are not

12 driving anymore, who have held onto an ID that has

13 expired.  That's all they've needed.  So more than

14 likely if they are not driving and their ID is expired,

15 they probably won't have a current ID.

16         SEN. ZAFFIRINI:  And they might have a

17 driver's license that has expired, too --

18         MR. BEARDEN:  Uh-huh, yes.

19         SEN. ZAFFIRINI:  -- that would have a

20 photo?

21         What affect do you believe Senate Bill 14

22 would have on the number of provisional ballots cast by

23 voters with disabilities?

24         MR. BEARDEN:  I think we'll have a lot --

25 a larger amount of provisional ballots casted, and I

TX_00000720

USA_00015601

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 14 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 97 of 273

365

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1  don't think we will be able to -- in the next few
 2  elections be able to educate people fast enough to be
 3  able to lower that level.  We've spent since 2001
 4  educating people, that they have the technologies now to
 5  make an independent, private vote themselves.  And it
 6  took time to get people to understand that if they were
 7  visually impaired, they didn't have to rely on someone
 8  else anymore.  They went before, they had a bad
 9  experience, weren't able to cast their own ballot, and
10  then once we passed HAVA and they had the technology to
11  cast their own ballot, it took us time to get people
12  educated to know that they can still do that and how to
13  do that.  So I think we would be kind of taking steps
14  backwards by doing this.
15           SEN. ZAFFIRINI:  To your knowledge, have
16  HAVA funds been used specifically to increase the access
17  of persons with disabilities to polling places.
18           MR. BEARDEN:  Yes, they have.  We've
19  specifically worked with HAVA and the Secretary of
20  State's Office to increase Texans with disabilities
21  voter outreach.  We've also worked with them on finding
22  access issues.  So I think these funds would be greatly
23  hampered, and the ability for Texans to be able to vote
24  would have problems.
25           SEN. ZAFFIRINI:  Do you have any concerns

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000721
JA_000720

TX_00000721

USA_00015602

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 15 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 98 of 278

366

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   about the plan or the possibility of diverting
 2   $2 million in HAVA funds to pay for this Senate Bill 14
 3   instead?
 4                MR. BEARDEN:  Yes.  Because right now I
 5   believe that's about what they are spending to do all
 6   the outreach and to work on accessibility and to
 7   maintain some of the voting machines.  Right now what
 8   they've said, the reason -- I believe one of the House
 9   bills that's been filed to not have to have the
10   accessible voting machines is that it's a higher cost
11   during nonfederal elections.  If that's the case and the
12   counties are not able to afford to make -- have an
13   accessible machine, the funds that could have helped
14   them are probably now going to be taken away to let
15   people know that they're going to need an ID.
16                SEN. ZAFFIRINI:  So it is your testimony
17   that if $2 million in HAVA funds are diverted for the
18   purpose of Senate Bill 14, that there could be a
19   negative impact on the accessibility of persons with
20   disabilities to the polling places?
21                MR. BEARDEN:  Yes.
22                SEN. ZAFFIRINI:  Thank you.  Now,
23   Mr. Bearden, you represent the Coalition of Texans with
24   Disabilities?
25                MR. BEARDEN:  Yes, I do.
```

TX_00000722

USA_00015603

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 16 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 99 of 273
367

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. ZAFFIRINI:  And that comprises
 2  different member organizations?
 3              MR. BEARDEN:  Yes, it does.
 4              SEN. ZAFFIRINI:  Who are some of those
 5  member organizations?
 6              MR. BEARDEN:  We have organizations that
 7  are not disability related.  We have a majority of
 8  disability groups that are out there.  I think we
 9  have --
10              SEN. ZAFFIRINI:  Do you have veterans, for
11  example --
12              MR. BEARDEN:  We do; we do.
13              SEN. ZAFFIRINI:  -- with disabilities?
14              MR. BEARDEN:  We have veterans'
15  associations.  We have organizations that are more
16  specific to single disabilities.  We've worked with
17  groups of older Texans.
18              SEN. ZAFFIRINI:  And is your testimony
19  today personal, or are you representing this Coalition
20  of Texans with Disabilities?
21              MR. BEARDEN:  I'm representing the
22  Coalition of Texans with Disabilities.
23              SEN. ZAFFIRINI:  Have they discussed this
24  bill thoroughly?
25              MR. BEARDEN:  Yes.
```

TX_00000723

USA_00015604

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 17 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 100 of 275

368

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. ZAFFIRINI:  And what is their
 2   consensus about this bill?
 3              MR. BEARDEN:  We feel it will
 4   disenfranchise a portion of Texans with disabilities.
 5              SEN. ZAFFIRINI:  And you are speaking for
 6   this coalition --
 7              MR. BEARDEN:  -- yes.
 8              SEN. ZAFFIRINI:  -- when you stand in
 9   opposition to this bill?
10              MR. BEARDEN:  Yes.
11              SEN. ZAFFIRINI:  Thank you.  Now, you're
12   familiar with the bill, of course, and you've seen
13   different versions of it through the years?
14              MR. BEARDEN:  Yes.
15              SEN. ZAFFIRINI:  Can you think of any
16   amendments that we could propose that would help address
17   the issues that are of concern to persons with
18   disabilities?
19              MR. BEARDEN:  I think an amendment that
20   might be similar to a person who is 70 years old who
21   would be able to say that they have a disability and
22   that maybe they have the registrar -- they have written
23   earlier to the voter registrar and stated they have a
24   disability that would affect them from being able to get
25   the ID to be able to just present their voter
```

TX_00000724

USA_00015605

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 18 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 101 of 275
369

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   registration card.
 2                  SEN. ZAFFIRINI:  Are there any other
 3   amendments that could cure this bill for you?
 4                  MR. BEARDEN:  I can't think of any right
 5   now, but I could ask more of our groups.
 6                  SEN. ZAFFIRINI:  Well, I offer you the
 7   opportunity to work with my staff today, and we will
 8   address those concerns, and we will try to craft some
 9   amendments that would suit your issues --
10                  MR. BEARDEN:  Sounds good.
11                  SEN. ZAFFIRINI:  -- and try to cure them.
12                  MR. BEARDEN:  Thank you.
13                  SEN. ZAFFIRINI:  Thank you very much,
14   Mr. Bearden.
15                  Thank you, Mr. Chairman.
16                  CHAIRMAN DUNCAN:  Thank you, Senator.  Are
17   there any other questions of Mr. Bearden?
18                  (No response)
19                  CHAIRMAN DUNCAN:  All right.  Thank you,
20   Mr. Bearden.  I appreciate your testimony.
21                  Members, that concludes the invited
22   testimony for the day.  We have been going now for a
23   little over three hours, and so it's time for a short
24   break.  We'll take a 15-minute break, and then we'll
25   begin testimony with regard to our resource witnesses.
```

TX_00000725

USA_00015606

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 19 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 102 of 275

370

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1    My plan is just to call them up in the order that I've
 2    previously announced, and you can ask any questions, and
 3    then we'll go into public testimony after that.
 4                    So the Senate Committee of the Whole will
 5    stand at ease until 5:45.
 6                    (Recess:  5:30 p.m. to 5:45 p.m.)
 7                    CHAIRMAN DUNCAN:  Senate Committee of the
 8    Whole will come back to order.
 9                    RESOURCES TESTIMONY
10                    TESTIMONY BY REBECCA DAVIO
11                    CHAIRMAN DUNCAN:  We have -- Members, the
12    next portion of this hearing will be our resource
13    witnesses.  The first resource witness we announced
14    earlier will be Rebecca David (sic) with the Texas
15    Department of Public Safety.
16                    Ms. David, why don't you come on up, state
17    your name and who you represent, and then we'll open the
18    floor to questions.
19                    MS. DAVIO:  My name is Rebecca Davio.  I
20    am the Assistant Director for Driver Licenses at DPS.
21                    QUESTIONS FROM SENATE FLOOR
22                    CHAIRMAN DUNCAN:  Okay.  Senator
23    Zaffirini, you have a light on.  Are you -- would you
24    like to ask any questions?
25                    SEN. ZAFFIRINI:  (Nodded)
```

TX_00000726

USA_00015607

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              CHAIRMAN DUNCAN:  All right.  Any other
 2  member have a question?  Senator Watson, you're
 3  recognized.
 4              SEN. WATSON:  Yes.  Thank you,
 5  Mr. Chairman.  Ma'am, you may not be the right person to
 6  ask this, but I was deferred earlier, and so I thought I
 7  would ask a couple of questions and see if you are the
 8  right person.
 9              Right now when someone goes in to get an
10  identification, is it your office that provides that
11  identification card?
12              MS. DAVIO:  Yes, sir.
13              SEN. WATSON:  And how much is charged for
14  that identification card?
15              MS. DAVIO:  That card is $15.
16              SEN. WATSON:  All right.  So how much does
17  it cost you to produce the card?
18              MS. DAVIO:  $1.67 to produce and mail it.
19              SEN. WATSON:  All right.  So if we're
20  looking at it from a budgetary standpoint for the state
21  of Texas, it costs you $1.60, but currently the state
22  collects $15?
23              MS. DAVIO:  Yes, sir.  $1.67 is what our
24  costs are.
25              SEN. WATSON:  I'm sorry.  $1.67.  I
```

TX_00000727

USA_00015608

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 21 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 104 of 275

372

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   rounded that down, didn't I?  So now you've made the
 2   math completely hard for me and probably impossible.
 3                  MS. DAVIO:  I'm sorry.
 4                  SEN. WATSON:  But the bottom line to it is
 5   there's a net -- 15 minus $1.67 gives the state of Texas
 6   a net return?
 7                  MS. DAVIO:  Yes, sir.
 8                  SEN. WATSON:  Now, under this legislation,
 9   have you seen that there is no means test for someone
10   that comes in to get an ID card?
11                  MS. DAVIO:  No, sir.
12                  SEN. WATSON:  You've not seen that, or am
13   I saying that right?
14                  MS. DAVIO:  By "means test," do you mean
15   do they qualify?  Do they have to show economic
16   disadvantage?
17                  SEN. WATSON:  That's right.
18                  MS. DAVIO:  No, sir.
19                  SEN. WATSON:  There's not a means test, is
20   there?
21                  MS. DAVIO:  No, sir.  I didn't see one.
22                  SEN. WATSON:  And, in fact, it forbids
23   your department from collecting a fee if an eligible
24   voter -- if a person is an eligible voter or submits a
25   registration application.  Is that right?
```

TX_00000728

USA_00015609

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 22 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 105 of 275
373

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1              MS. DAVIO:  Yes, sir.  That's the way that
 2  I understand it.
 3              SEN. WATSON:  And have you had a chance to
 4  look at the fiscal note for this legislation?
 5              MS. DAVIO:  Yes, sir.
 6              SEN. WATSON:  Have you seen anywhere in
 7  that fiscal note where it looks to try to determine what
 8  the cost to the state of Texas would be for the state
 9  losing the fees if people were able to get these
10  identification cards for free?
11              MS. DAVIO:  No, sir.  I don't believe
12  that's covered in the fiscal note.  We were unable to
13  estimate that because we didn't know how many people
14  would take advantage of the card -- of the free ID card.
15              SEN. WATSON:  But you would anticipate
16  some would, otherwise it wouldn't be in the bill.  Is
17  that right?
18              MS. DAVIO:  I'm sorry.  I don't understand
19  that question.
20              SEN. WATSON:  You would anticipate that
21  some people would attempt to get the card for free?
22              MS. DAVIO:  Yes, sir.  That would make
23  sense.
24              SEN. WATSON:  Are you familiar with the
25  legislation or the fiscal note that was attached to

TX_00000729

USA_00015610

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 23 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 106 of 275

374

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  House Bill 218 in the 2007 session?
 2              MS. DAVIO:  I'm sorry, sir.  I am not.  I
 3  just started this job in June of this year.
 4              SEN. WATSON:  Well, I don't -- that's one
 5  of the better answers I've heard today.  So thank you.
 6              Are you familiar with the fiscal note that
 7  was attached to House Bill 2335 in the last session of
 8  the legislature?
 9              MS. DAVIO:  Again, no, sir.
10              SEN. WATSON:  Okay.  Thank you very much.
11              MS. DAVIO:  Thank you.
12              CHAIRMAN DUNCAN:  Senator Williams, you
13  are recognized.
14              SEN. WILLIAMS:  Thank you.  I appreciate
15  you being here tonight and staying with us all day.  I
16  have several questions that I wanted to ask just to
17  clarify some things that I think have been brought up as
18  we went along here.  For the record, can you tell us
19  what the requirements are for someone to receive
20  either -- well, to receive an official identification
21  card from the state of Texas?
22              MS. DAVIO:  Yes, sir.  Basically, those
23  requirements are quite simple.  You can say that you
24  have to verify that you qualify, and currently that is
25  proving that you are a U.S. citizen or you have lawful
```

TX_00000730

USA_00015611

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 24 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207-1 Filed 06/20/12 Page 107 of 275

375

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  residence here.  And the second thing is to demonstrate

2  who you are, to prove who you are by providing various

3  different types of identification.

4            SEN. WILLIAMS:  Okay.  Anything else?  Do

5  you have to be photographed or fingerprinted or anything

6  like that?

7            MS. DAVIO:  Yes, sir, you do have to be

8  photographed and fingerprinted and provide your

9  signature.

10           SEN. WILLIAMS:  Okay.  Can someone have

11 both a Texas driver's license and an ID?

12           MS. DAVIO:  Yes, sir.

13           SEN. WILLIAMS:  And if someone had a

14 driver's license and they wanted to come back and get a

15 free ID, if they wanted to stand in line to do that,

16 they could do that.  Is that correct?

17           MS. DAVIO:  Yes, sir, as I understand it.

18           SEN. WILLIAMS:  Okay.  How long does it

19 take once an applicant has submitted all of their

20 materials to DPS to actually mail out the physical ID?

21           MS. DAVIO:  We issue a temporary receipt

22 that's good for 45 days.  The time that it takes varies.

23 We are currently, I believe, running about 35 days

24 production and mailing time.  There are times -- we're

25 having some equipment problems right now.  There are

TX_00000731

USA_00015612

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   times when it's shorter than that.
 2               SEN. WILLIAMS:  Okay.  And the temporary
 3   ID is valid for how long?
 4               MS. DAVIO:  Forty-five days.
 5               SEN. WILLIAMS:  Okay.  About the same
 6   amount of time that it takes to get the physical
 7   license.  Okay.
 8               MS. DAVIO:  Yes, sir.
 9               SEN. WILLIAMS:  What security features
10   does a temporary ID have?
11               MS. DAVIO:  The temporary ID has a picture
12   of the ID or driver license applicant and also has their
13   basic demographic information that's shown on the
14   license.
15               SEN. WILLIAMS:  Okay.  There's been a lot
16   said about how many licenses -- how many license
17   offices -- driver's license offices we have around the
18   state.
19               MS. DAVIO:  Yes, sir.
20               SEN. WILLIAMS:  Can you tell me what the
21   total number of driver's license offices are?
22               MS. DAVIO:  Yes, sir.  There are 307
23   locations.  Currently 226 of those are operating.  That
24   includes 174 full-time offices, 34 part-time offices and
25   18 mobile offices that are open.
```

TX_00000732

USA_00015613

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 26 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 109 of 275

377

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. WILLIAMS:  Okay.  And how many
 2   counties do not have a driver's license office?
 3              MS. DAVIO:  There are 77.
 4              SEN. WILLIAMS:  Seventy-seven.  Okay.
 5              MS. DAVIO:  Yes, sir.  And I do have a map
 6   that shows the driver license offices if you'd like to
 7   have that passed out.
 8              SEN. WILLIAMS:  Okay.  I think we've had
 9   one submitted earlier and -- no, we haven't?  Okay.
10   Well, let's -- why don't we go ahead and submit that
11   into evidence.
12              MS. DAVIO:  This map, when you get it,
13   will show the full-time, the part-time and mobile
14   offices that are open and the offices that are
15   temporarily closed.
16              SEN. WILLIAMS:  Okay.
17              CHAIRMAN DUNCAN:  Okay.  Ms. Davio, let us
18   first -- this will be Exhibit 9.
19              (Exhibit No. 9 marked)
20              CHAIRMAN DUNCAN:  And you've just
21   described Exhibit 9 as a map.  Driver's License Offices
22   in Texas is what the label is, and that will be
23   distributed.  Exhibit 9, is there any objection to
24   receiving that?
25              (No response)
```

TX_00000733

USA_00015614

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 27 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 110 of 275

378

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              CHAIRMAN DUNCAN:  Exhibit 9 is received.
 2              (Exhibit No. 9 admitted)
 3              SEN. WILLIAMS:  Okay.  So we have 77
 4    counties that don't have a license office.  Is that
 5    correct?
 6              MS. DAVIO:  Yes, sir.
 7              SEN. WILLIAMS:  Okay.  And could you
 8    describe for me briefly -- you mentioned that some
 9    offices are temporarily closed.  Why are those offices
10    temporarily closed, and what is the department doing to
11    remedy that situation?
12              MS. DAVIO:  Yes, sir.  The DPS just
13    implemented our new driver license system, fully
14    implemented in May.  Our mobile offices are functioning
15    on equipment from our Legacy system, and that equipment
16    is very, very old.  And as it breaks, we are unable to
17    replace it.  We simply can't get parts.  We can't get
18    replacement pieces even trying to go out and buy things
19    on eBay, and so we have no other choice other than to
20    temporarily close that office.
21              We have tried to get new equipment --
22    equipment for our new system to work in these mobile
23    locations.  And the way that we've changed -- the way
24    that we have changed the way we do driver license, we're
25    pushing much more data through, and so we find it very
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00000734
JA_000733

TX_00000734

USA_00015615

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 28 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207-1 Filed 06/20/12 Page 111 of 275

379
CONSIDERATION OF SENATE BILL 14 1/25/2011

1   difficult, impossible really, to get the new equipment

2   to work.

3              SEN. WILLIAMS:  So when you say Legacy

4   equipment and the new equipment, you're talking about

5   computers that you use to process the information --

6              MS. DAVIO:  Yes, sir.  I'm sorry.

7              SEN. WILLIAMS:  -- that people get in?

8              MS. DAVIO:  Yes, sir.

9              SEN. WILLIAMS:  Okay.  And so what kind of

10  information is being submitted?  I guess what we're

11  trying to do is meet the qualifications of the REAL ID

12  Act, which is a federally mandated program -- right --

13  and that's why we're switching to this new equipment?

14             MS. DAVIO:  Well, we're switching to the

15  new equipment because our old system was so old.

16             SEN. WILLIAMS:  Right.

17             MS. DAVIO:  There are many safeguards that

18  are built into the new technology.  For example, we now

19  scan real-time all the documents that are brought in.

20  So it used to be that we had to make copies and send

21  those back to headquarters for scanning.  They are now

22  scanned real-time, and we give the originals back to the

23  customer.  We also capture a photo, the fingerprints and

24  the image of the person's signature.

25             SEN. WILLIAMS:  So --

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00000735
JA_000734

TX_00000735

USA_00015616

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 29 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 112 of 275

380

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    MS. DAVIO: And that's a lot of data.

2    SEN. WILLIAMS: Yeah. And the issue is --

3    and have you tried using these mobile phone air cards or

4    anything like that to be able to have --

5    MS. DAVIO: We have tried using air cards.

6    We have tried using DSL lines. All of our offices,

7    full-time offices, use T1 lines, and that's been the

8    only thing that we can find.

9    SEN. WILLIAMS: Okay. So you mentioned to

10   me yesterday when we visited that you have an initiative

11   going on. Tell us a little bit about what you're trying

12   to do.

13   MS. DAVIO: Yes, sir. We realized that

14   closing these offices even temporarily might cause a

15   burden. What we're trying to do is look and be able to

16   provide a more consistent level of service. We found

17   that in some locations we only serve one or two or a

18   very small number of customers, when in our other

19   offices customers experience a very long wait time. And

20   so we're trying to equalize that level of service as

21   much as we can, provide a consistent high quality level

22   of service across the state.

23   So to do this we are doing a business

24   intelligence analysis project. That actually means that

25   we are looking at our data very carefully to see how

TX_00000736

USA_00015617

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   many transactions are conducted at what location, how
 2   long those transactions take, that kind of thing, so
 3   that we can optimize the use of our resources.  We
 4   realize this is not a good time to come and ask for
 5   additional resources, and so we're trying to make the
 6   best use of the resources that we can through this
 7   analysis project.
 8                  SEN. WILLIAMS:  Okay.  Can a noncitizen
 9   get an ID card from the state?
10                  MS. DAVIO:  A noncitizen, yes.  If you are
11   an asylee or a refuge or have some other status of
12   lawful presence, yes, sir, you can.
13                  SEN. WILLIAMS:  Illegal foreign visitor,
14   for instance.  You wouldn't have to be an asylee.
15   Right?  You could be a legal foreign visitor?
16                  MS. DAVIO:  Yes, sir, a legal foreign
17   visitor.
18                  SEN. WILLIAMS:  Okay.  And is there
19   anything unique about that card?
20                  MS. DAVIO:  The cards do say "temporary
21   visitor" on them.
22                  SEN. WILLIAMS:  Okay.  How many driver's
23   license holders do we have in this state?
24                  MS. DAVIO:  There are a little better than
25   15 million.
```

TX_00000737

USA_00015618

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 31 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 114 of 275

382

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. WILLIAMS:  Okay.  And how many people
 2   hold ID cards?
 3              MS. DAVIO:  Approximately 750,000.
 4              SEN. WILLIAMS:  And just to clarify, I
 5   think I may have -- I'm not sure about the cost of an
 6   ID.  Is there anything you want to add to what my
 7   remarks are?  I'm not sure I was actually on the money
 8   with everything.  Is what I said early, $1.67, is the
 9   cost to produce those cards?  Is that --
10              MS. DAVIO:  Yes, sir.  The cost of
11   producing and mailing, yes, sir.
12              SEN. WILLIAMS:  Okay.  And then what is
13   the cost to the state to give those IDs away?
14              MS. DAVIO:  What is the cost to the state
15   to give those away?  The loss of the revenue, the
16   $15.00 --
17              SEN. WILLIAMS:  Okay.
18              MS. DAVIO:  -- or the $5 for over 65.
19              SEN. WILLIAMS:  Okay.  And have you been
20   able to determine how many people this would apply?  You
21   can't tell?
22              MS. DAVIO:  No, sir.
23              SEN. WILLIAMS:  Okay.
24              MS. DAVIO:  We don't have any way of
25   estimating.
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000738
JA_000737

TX_00000738

USA_00015619

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 32 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 115 of 275

383

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. WILLIAMS:  So when we talk about
 2   cost, there could be a loss of revenue, but really the
 3   cost to produce that document is pretty negligible --
 4   right -- $1.67?
 5              MS. DAVIO:  Yes, sir.
 6              SEN. WILLIAMS:  All right.  All right.
 7   That's all the questions I have.  Thank you very much.
 8              MS. DAVIO:  Thank you.
 9              SEN. ELTIFE:  Thank you, Senator Williams.
10              Senator Gallegos?
11              SEN. GALLEGOS:  Thank you, Mr. Chairman.
12   Now, you're representing the DPS.  Is that what you
13   said?
14              MS. DAVIO:  Yes, sir.  I'm the assistant
15   director --
16              SEN. GALLEGOS:  I'm sorry.  I didn't -- I
17   didn't hear your name or --
18              MS. DAVIO:  My name is Rebecca Davio --
19              SEN. GALLEGOS:  Rebecca.
20              MS. DAVIO:  -- and I'm the Assistant
21   Director for Driver Licenses at DPS.
22              SEN. GALLEGOS:  Okay, Rebecca.  And you
23   passed out this map right here.  Right?
24              MS. DAVIO:  Yes, sir.
25              SEN. GALLEGOS:  Okay.  Now, I'm trying to
```

TX_00000739

USA_00015620

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 33 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 116 of 275

384

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   see real close here.  It's got a big green spot right in
 2   the middle of Harris County.
 3                   MS. DAVIO:  Yes, sir.
 4                   SEN. GALLEGOS:  Is that correct?
 5                   MS. DAVIO:  Yes, sir.
 6                   SEN. GALLEGOS:  But the maps I have shows
 7   nothing within the 610 Loop.
 8                   MS. DAVIO:  That actually -- I believe
 9   that green -- that big green circle that you commented
10   on is -- indicates that there are seven driver license
11   offices within Harris County.
12                   SEN. GALLEGOS:  Yeah, but I'm looking at
13   this one.  It says there's nothing within the 610 Loop.
14   Is that correct?
15                   MS. DAVIO:  I'm sorry, sir.  I'm not
16   familiar with that map.  That point has been made
17   earlier and --
18                   SEN. GALLEGOS:  No.  I introduced this map
19   two years ago, and I'm introducing it again today.  I'm
20   just asking if you're the assistant of DPS, you don't
21   know that there's not a DPS office within the 610 Loop
22   in the largest city in the state?
23                   MS. DAVIO:  I can't claim to be intimately
24   familiar with the layout of Houston.  I have been to the
25   offices.
```

TX_00000740

USA_00015621

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 34 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207-1 Filed 06/20/12 Page 117 of 275

385

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. GALLEGOS:  Well, wait a minute.  What
 2   was your title again?
 3              MS. DAVIO:  I'm the Assistant Director for
 4   Driver Licenses at DPS.
 5              SEN. GALLEGOS:  Okay.  Well, then if you
 6   don't know the answer, who can give me the answer?  I
 7   haven't been getting any answers today.  And we are told
 8   to ask DPS.  Now you're before us, and you can't answer
 9   that question for me.  So who can I -- I mean, who do I
10   ask?
11              MS. DAVIO:  I'll verify that for you, sir.
12              SEN. GALLEGOS:  Before we finish today?
13              MS. DAVIO:  Yes, sir.
14              SEN. GALLEGOS:  All right.  And not only
15   that, in Fort Worth, I only see one within the loop.  In
16   Dallas, only one inside the city.  But you're still --
17   on your map that you're introducing here, it shows a
18   bunch of green spots.  Now, I think it needs to be
19   clarified by cities of how many are there, how many are
20   open, how many are closed, after your 10 percent cut in
21   the agency how many are proposed to be closed and the
22   hours that they open up.  You know, that is what I'd
23   like to know.
24              Now, the other question that I had is --
25   and Senator Williams brought up a good point.  The
```

TX_00000741

USA_00015622

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 35 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 118 of 275

386

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    problem that I have on temporary license, the

2    temporaries -- my son lost his, and he went and got a

3    temporary license, and its got his photo ID.  That's a

4    temporary license.  So what Senator Williams said is

5    correct.

6            My concern is on a confiscated license

7    when the DPS picks up -- or the law enforcement agency

8    picks up that license and replaces it with this

9    temporary license.  Well, this confiscated license.

10   Let's not call it temporary because temporaries have a

11   photo ID.  This confiscated license does not have a

12   photo ID, yet the verbiage on it says this will act as a

13   valid DPS license and valid ID.  That's what it says,

14   for 40 days.  Okay?  And the date of it y'all gave us

15   that we asked for, is in 2010 there's almost 100,000

16   drivers out there with this license without a photo ID,

17   yet the verbiage on it has that this will be a valid DPS

18   license for 40 days.  Now, is that correct?  Yes or no.

19            MS. DAVIO:  Yes, those are issued --

20            SEN. GALLEGOS:  Okay.

21            MS. DAVIO:  -- by law enforcement.  They

22   are not issued through the DPS offices.

23            SEN. GALLEGOS:  So there's two different

24   classes.  I just wanted to make it clear for Senator

25   Williams.  He's pretty -- he's pretty almost correct.  I

TX_00000742

USA_00015623

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 36 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 119 of 275

387

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   just want to make the difference between a temporary and
 2   a confiscated that I just showed you that y'all give
 3   out.
 4             MS. DAVIO:  That sheet of paper is
 5   actually given by law enforcement officers at the time
 6   of stop on the street.
 7             SEN. GALLEGOS:  I understand, but it has
 8   DPS verbiage on it.
 9             MS. DAVIO:  Yes, sir.  It's our form, but
10   we do not issue it.
11             SEN. GALLEGOS:  Okay.  Now -- and this is
12   just one -- one avenue that we looked.  That's just
13   100,000 in one category.  There's four other categories
14   that we have not got a tally on, that confiscated --
15   that licenses are confiscated for whatever other issue,
16   nonpayment of child support or some other categories
17   that you confiscate licenses.  And we haven't taken the
18   tally on those.  I'm just going on this one avenue where
19   licenses are confiscated and that person has not been
20   convicted yet.  He or she is innocent until proven
21   guilty.  But this is the only form of ID that they have,
22   and it doesn't have a picture on it.
23             MS. DAVIO:  It would be possible for the
24   people whose license are confiscated to apply for an ID.
25             SEN. GALLEGOS:  It doesn't say that on
```

TX_00000743

USA_00015624

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 37 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 120 of 275

388

CONSIDERATION OF SENATE BILL 14 1/25/2011

1 | here.  Nowhere does it say that.  I understand what you
2 | just told me.
3 | MS. DAVIO:  Yes, sir.
4 | SEN. GALLEGOS:  But when they stop me and
5 | take my license and give me this in return, it has
6 | nowhere that instructs me that I have an option to go
7 | get a license with a picture.  It doesn't say that on
8 | here.  That's why you have almost 100,000 out there with
9 | this type of license.  And not only that, in just one
10 | month, last month -- well, let's see in December of
11 | 2010, we have 10,000 out there driving right now with
12 | this license without a picture.
13 | So I just wanted to make that clear that
14 | this is -- that this is out there, that it's got DPS
15 | language on it.  It doesn't tell us that we can -- we
16 | have an option to go get one with a picture.  It doesn't
17 | say that on here.  So that's why you have the high
18 | number out there driving with this license.
19 | So I just wanted to make that clear for
20 | the record that that's how many drivers that we know of.
21 | We haven't gone into the other categories.  There could
22 | be more that are driving with this license, that's their
23 | only form of ID, and I just want to make it sure --
24 | Senator Fraser is not on the floor -- but that he
25 | understood that.  But Senator Williams is, and I just

TX_00000744

USA_00015625

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 38 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 121 of 275

389

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   wanted to make sure that that is understood, the
 2   difference between the two licenses, that one, the
 3   temporary has a photo ID --
 4              MS. DAVIO:  Yes, sir.
 5              SEN. GALLEGOS:  -- the confiscated does
 6   not, but yet it shows here that this -- by the DPS that
 7   it is a valid ID that you can use.
 8              MS. DAVIO:  As I understand that, sir,
 9   it's valid for driving purposes.  And because it's
10   provided by the law enforcement officer on the side of
11   the street, they don't have any of the equipment to take
12   a person's picture or do any of that.
13              SEN. GALLEGOS:  I understand that; I
14   understand that.  I just wanted to make the difference
15   in the two.  And I can use this paper ID, you know, go
16   to Wal-Mart, "Where is your ID?"  "Here it is right
17   here; here it is right here.  The DPS gave it to me," or
18   it's got DPS language that I can use it as a valid ID.
19   I just wanted to make sure that that's clear.  Is that
20   correct?
21              MS. DAVIO:  Sir, I'm unable to comment on
22   whether Wal-Mart would accept that as an ID.
23              SEN. GALLEGOS:  Well, it says here -- it
24   says here that this is valid per DPS language and I can
25   use as an ID.
```

TX_00000745

USA_00015626

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 39 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 122 of 275

390

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   MS. DAVIO:  I believe it's valid for

2  driving purposes.  It's a temporary driving permit, and

3  so I can't speak to whether a bank or retail

4  establishment would accept it for identification

5  purposes.

6   SEN. GALLEGOS:  Okay.  Well, let's just

7  say they'll take it because it's got your language on

8  it, but I just wanted to make that point out there to

9  the members that, you know, when you're talking about an

10  ID from the DPS, there are differences, and this one

11  just doesn't happen to have a photo ID on it.  I just

12  want to make that clear.

13   And you will give me those answers before

14  we get through tonight?

15   MS. DAVIO:  Yes, sir.  I will work to do

16  that.  I know I can give you the answer about the

17  offices within the 610 Loop in Houston.  We have the

18  information about the hours that the offices are open,

19  and we'll look into the cuts -- the proposed cuts.

20   SEN. GALLEGOS:  Let me ask you this

21  question:  Do you anticipate any other closures per the

22  shortfall that we have now of any DPS office, whether in

23  Houston or anywhere in the state?

24   MS. DAVIO:  Well, there may be some more

25  of the temporary closures because of the equipment

TX_00000746

USA_00015627

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 40 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207-1 Filed 06/20/12 Page 123 of 275

391

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1  failure because we don't have any other way to replace

 2  that failing equipment with new equipment.  Because of

 3  this need for a higher, larger data pipeline, there may

 4  be some additional closures, but we're looking at where

 5  our offices are located and how they are staffed through

 6  our business intelligence project.  And so we plan on

 7  coming to all the legislators and the local judges and

 8  bringing you that information about office closures and

 9  what our recommendations would be to provide the optimal

10  level.

11          SEN. GALLEGOS:  I'm only asking that

12  because if we're going to mandate Texans to obtain a

13  photo ID and we have to go to DPS to get that and you're

14  telling us you anticipate some more closures, I'd like

15  to know where they are at.  And then that way we can

16  tell our folks that these particular locations -- that

17  you're going to get a free ID under this bill, that

18  those offices are going to be closed.

19          MS. DAVIO:  Sir, we don't plan to close

20  any more offices unless the equipment breaks.  Right now

21  we have no plans to close any of our driver license

22  offices, those mobile locations, unless the equipment

23  fails.

24          SEN. GALLEGOS:  Unless the equipment

25  fails?

TX_00000747

USA_00015628

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 41 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 124 of 275

392

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                MS. DAVIO:  Yes, sir, in the short term.

 2                SEN. GALLEGOS:  So you have no plans to

 3   close any other offices?

 4                MS. DAVIO:  In the short --

 5                SEN. GALLEGOS:  Is that what you're

 6   telling me?

 7                MS. DAVIO:  In the short-term, yes, sir.

 8   We want to do the business --

 9                SEN. GALLEGOS:  What do you mean

10   "short-term"?

11                MS. DAVIO:  We want to -- we need to do

12   this business intelligence analysis so that we can

13   really look to determine how we can best use our

14   resources to provide the optimal level of service for

15   all Texans when they are trying to get their driver

16   license or an ID.

17                SEN. GALLEGOS:  All right.  And you'll get

18   me those answers before we finish today?

19                MS. DAVIO:  Yes, sir.

20                SEN. GALLEGOS:  Okay.  Thank you.

21                MS. DAVIO:  Yes, sir.

22                CHAIRMAN DUNCAN:  The Chair recognizes

23   Senator Ellis.

24                SEN. ELLIS:  Ms. Davio, I know you've been

25   here all day, and we're all very appreciative of that,
```

TX_00000748

USA_00015629

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 42 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 125 of 275

393

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  and we know you don't have a position on the bill.

2  You're just here as a resource.

3           MS. DAVIO:  Yes, sir.

4           SEN. ELLIS:  Including Senator Gallegos,

5  we appreciate you being here and the work you do.

6           MS. DAVIO:  Thank you.

7           SEN. ELLIS:  Let me ask you this:  Now, I

8  saw this article in the paper today about the driver

9  surcharges.

10          MS. DAVIO:  Yes, sir.

11          SEN. ELLIS:  Are you familiar with that

12  program?

13          MS. DAVIO:  Yes, sir.

14          SEN. ELLIS:  Does that come under your

15  jurisdiction?

16          MS. DAVIO:  Yes, sir, it does.

17          SEN. ELLIS:  If I'm reading this right, it

18  says it's estimated that a total of about 1.2 million

19  Texans are in default?

20          MS. DAVIO:  Yes, sir.  I believe that's

21  the number.

22          SEN. ELLIS:  Okay.  Now, how do we get to

23  that?  I mean, can you give us some sense -- since we

24  passed that in '03, is it about 100,000 per year, a

25  half?  Is it getting better?  Worse?  I'm just trying to

TX_00000749

USA_00015630

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 43 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 126 of 275
394

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  get a sense of how much -- how many more people may end
 2  up in that category between now and when Senator
 3  Fraser's bill goes into effect.
 4             MS. DAVIO:  You're asking about the number
 5  of people that are in default on their surcharges?
 6             SEN. ELLIS:  Yeah.  About 1.2 million now,
 7  and I'm asking how much do you think that will grow
 8  between now and January of 2012, next year, a year from
 9  now?
10             MS. DAVIO:  We actually hope that the
11  number of people in default will be reduced.  There is a
12  program going on now -- that was probably what the
13  article in the paper was -- about the amnesty program.
14  So what this program does is it allows people who are in
15  default, if they've received a surcharge between 2004
16  and 2008 and are in default on that surcharge, then they
17  can pay 10 percent up to a maximum of $250.  And if they
18  pay that reduced amount and their reinstatement fees and
19  do the other things, then they will no longer be in
20  default.  That program will run -- the amnesty program
21  will run through -- I believe it's April 17th.
22             And then we will begin a program for
23  indigent folks that cannot pay their surcharges.  And so
24  we will enable those people to pay their surcharges, and
25  so we really do hope the number of people in default
```

TX_00000750

USA_00015631

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 44 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 127 of 275

395

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1    will be reduced.
 2                SEN. ELLIS:  Is this your first amnesty
 3    program?
 4                MS. DAVIO:  Yes, sir, it is.
 5                SEN. ELLIS:  Now, you know -- I'm sure you
 6    know -- two other states that had a similar program for
 7    trying to balance their budgets abandoned the programs.
 8    And in those states, I'm told that they tried the
 9    amnesty programs, they tried virtually everything you
10    could think of, and it didn't work.  So they just
11    abandoned the programs.
12                So is there any empirical evidence that
13    would make you think that 1.2 million people who have
14    lost their licenses in Texas because they didn't pay on
15    average, I guess, what -- I guess this is a thousand
16    dollars a year if you were drunk, 2,000 if the blood
17    alcohol level was twice the legal limit?  Is there any
18    reason why you would think the amnesty program in Texas
19    will work when it didn't work in the other two states
20    that abandoned the program?
21                MS. DAVIO:  We actually have had a pretty
22    good response so far.  I'm sorry.  Off the top of my
23    head, I can't give you the statistics of the people that
24    have opted in, but I'd be happy to get that information
25    for you.
```

TX_00000751

USA_00015632

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 45 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 128 of 275

396

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    SEN. ELLIS:  Now, I think I heard you say
2  in response to a question from Senator Williams
3  15 million Texans have a driver's license.
4    MS. DAVIO:  Yeah.
5    SEN. ELLIS:  Or did you mean authorized to
6  have one?  Are you counting the 1.2 million who have
7  lost them?
8    MS. DAVIO:  I believe that's active driver
9  licenses.
10    SEN. ELLIS:  Okay.  So 15 million have
11  active driver's licenses.  And just as a point of
12  reference to Senator Williams, there are 12.6 million
13  registered voters in Texas.  So he was correct earlier
14  when he made the point that --
15    SEN. WILLIAMS:  (No mic)
16    SEN. ELLIS:  Yeah, that's right.  Probably
17  about 30 percent of them vote.  Of course, maybe half of
18  them vote wrong; maybe half of those vote wrong, but
19  about 30 percent of them vote, Senator.
20    But I just wanted to make the point 15
21  million people have driver's license in Texas, 12.6
22  million registered voters.  Most people who go to vote
23  do what most of us on this floor do, they show their
24  driver's license.  And if the trend of 1.2 million who
25  have drivers -- who had driver's licenses haven't lost

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000752
JA_000751

TX_00000752

USA_00015633

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 46 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 129 of 275

397

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1  them since 2003 continues, if your amnesty program does

 2  not work, if it's not something unique about the Lone

 3  Star State that would make it work here when it didn't

 4  work in those other states, that means that 15 million

 5  figure is going to be going down in terms of the people

 6  who have a driver's license.  Correct?

 7                  MS. DAVIO:  Yes, sir.

 8                  SEN. ELLIS:  Okay.  Now --

 9                  MS. DAVIO:  Those people --

10                  SEN. ELLIS:  Those people who owe those

11  surcharges, is that a felony, or what is it?

12                  MS. DAVIO:  I don't believe it's a felony.

13                  SEN. ELLIS:  It's a civil offense?

14                  MS. DAVIO:  I mean, it depends upon

15  what -- there's five different things that you can

16  receive a surcharge for.

17                  SEN. ELLIS:  How about drunk?

18                  MS. DAVIO:  Yes, sir.  Driving while

19  intoxicated is one of them.

20                  SEN. ELLIS:  Wouldn't that be a felony

21  when they get a surcharge?  It's a civil fine.  I'm

22  really making a point to my colleagues.

23                  And can -- what can you-all do to those

24  folks short of taking a driver's license?  You know, can

25  we -- maybe the finance chair can start building some

TX_00000753

USA_00015634

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 47 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 130 of 275

398

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   more debtor prisons.  Can you put them in prison, or do
2   you know?  If you don't know, it's okay.
3               MS. DAVIO:  I don't know, sir.
4               SEN. ELLIS:  Okay.  I just want to raise
5   that point so my colleagues do realize what we're doing,
6   Senator Fraser, under your bill.  15 million people have
7   a driver's license.  1.2 million have lost them.  I
8   don't think we're going to start building debtor
9   prisons.  I don't think we're going to get to the point
10  where three times you're drunk and get a surcharge we
11  lock you up.  We can't afford to do it, but it's making
12  it more and more challenging, and it is a burden that
13  we're putting on these folks.  Thank you.
14              SEN. WHITMIRE:  Mr. President?
15              CHAIRMAN DUNCAN:  The Chair recognizes
16  Senator Whitmire.
17              SEN. WHITMIRE:  Briefly.  First of all,
18  how long -- how long have you been in your present job?
19  Pretty recent?
20              MS. DAVIO:  Yes, sir.  I just started
21  June 1st of 2010.
22              SEN. WHITMIRE:  So about six months?
23              MS. DAVIO:  Yes, sir.
24              SEN. WHITMIRE:  Did you ever envision when
25  they gave you the job you were going to be here today

TX_00000754

USA_00015635

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 48 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 131 of 275

399

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   and have the opportunity to meet Senator Gallegos?
 2                   (Laughter)
 3                   MS. DAVIO:  The pleasure is all mine.
 4                   (Laughter)
 5                   SEN. WHITMIRE:  No; we appreciate you as
 6   we do our other state employees.
 7                   MS. DAVIO:  Thank you.
 8                   SEN. WHITMIRE:  A couple of things I want
 9   to clarify, Senator Ellis was talking about the folks
10   who have had their license suspended because of the
11   severance.  I don't believe he asked if you have no
12   license but we're going to require you to go get an ID
13   at a DPS office, what is the relationship if I come into
14   the office, I don't have a license because it's been
15   suspended because I can't pay the severance, it's a
16   civil penalty.  Is there any chance that you're arrested
17   because you haven't paid your back severance?  I mean,
18   first I think whether you confiscate the person or
19   handcuff them, it would probably be a huge deterrent for
20   someone to go there knowing they owe you thousands of
21   dollars.  Would you not agree?
22                   MS. DAVIO:  Yes, sir.
23                   SEN. WHITMIRE:  Okay.  But going one step
24   further, if someone chose to do that what -- and they
25   apply for a voter ID and the computer is going to kick
```

TX_00000755

USA_00015636

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 49 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 132 of 275

400

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  out "you owe us" -- and some of these figures are

2  fantastic amounts, thousands of dollars -- what will be

3  the conduct of the DPS?  I walk up to your station for

4  voter ID and you say Mr. Whitmire you owe us $20,000 in

5  back severance, is that going to be brought up and

6  you're going to be asked to not leave until you have a

7  payment plan?

8           MS. DAVIO:  No, sir.  Those are really

9  handled as separate transactions.  If you come in and

10 you say you want to get an ID and you don't already have

11 an ID, then they will determine if you are eligible, and

12 you should be eligible.  And they do have the

13 information in the driver license system about the

14 surcharges.  But if you aren't asking to get a driver

15 license then that won't be brought up.

16           SEN. WHITMIRE:  Okay.  It's your

17 testimony -- y'all have actually discussed this

18 internally.  It's going to be the policy, as you state

19 before us today, I come in there, I owe you a surcharge,

20 but I don't want to deal with the surcharge today, they

21 are not going to bring it up or ask me for my intention

22 of paying it, don't leave until you make a payment plan?

23           MS. DAVIO:  No, sir.  I haven't witnessed

24 that.  I have visited the --

25           SEN. WHITMIRE:  Well, you haven't

TX_00000756

USA_00015637

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 50 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 133 of 275

401

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    witnessed it -- excuse me for interrupting because this
2    is all in the planning stage.  So I know you haven't
3    seen it because no one has been in there asking for a
4    voter ID.
5                    MS. DAVIO:  No, sir, they haven't asked.
6                    SEN. WHITMIRE:  Would it be -- and can
7    you -- has it really been decided or is that just your
8    opinion or you've got to go upstairs to the colonel or
9    the DPS board?  I mean, this is a pretty serious matter
10   in my mind because you have no license because you can't
11   afford to pay the surcharge, but we're fixing -- if this
12   law will pass -- require you to go to that location, law
13   enforcement, a pretty intimidating setup anyway to some.
14   You know, they've already run afoul, but they've got to
15   go to that site for a voter ID.  Are you telling me
16   there won't be any discussion of the surcharge, or is it
17   really you don't know?
18                   MS. DAVIO:  You're right.  We haven't
19   discussed voter ID, but I have witnessed numerous
20   transactions where somebody comes in and they request to
21   get an ID.  And, you know, they may -- they may make an
22   inquiry about can I -- you know, what about a driver
23   license or something like that, and actually the records
24   come up and show that they are ineligible to get a
25   driver license.  But if there --

TX_00000757

USA_00015638

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 51 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 134 of 275
402

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    SEN. WHITMIRE:  Because of the surcharge?
2  Because of the surcharge?
3    MS. DAVIO:  Yes, sir.  And so then they
4  can still continue to get an ID, and I haven't witnessed
5  any occasion where there was discussion of the
6  surcharges unless the customer brought that up.
7    SEN. WHITMIRE:  Well, if this passes, and
8  of course none of us are going anywhere, but -- and I
9  understand you're just representing the DPS, but I would
10 think that would be a major policy decision, that you
11 deal with something as important and precious as the
12 right to vote, but we're fixing to require you to come
13 in contact with law enforcement that you owe thousands
14 of dollars with the same personnel.  I think someone is
15 going to have to really put some safeguards, Senator
16 Williams, that you can enter one of these sites and not
17 have to deal with the surcharge.
18    And would you not agree, even though you
19 have an amnesty program and you said it's working pretty
20 good -- in fact, pretty expensive, it's 250 and I think
21 there's a fee schedule.  You've still got to pay a fee
22 to the folks that are doing y'all's collection work.  So
23 what is the actual cost, 250?  I think 150 to the
24 collection agency, and then it's going to run about five
25 or $600 if you want to -- if you want to use the amnesty

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000758
JA_000757

TX_00000758

USA_00015639

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 52 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 135 of 275
403

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1  program.  But that -- do you know the amount that's
 2  working pretty good?  What does "pretty good" to you
 3  mean out of a million folks?
 4          MS. DAVIO:  I'm sorry.  I will work to get
 5  you those information.
 6          SEN. WHITMIRE:  Yeah, and I'm not trying
 7  to pin you down.  It's just, you know, you're the best
 8  source we've got at the time.
 9          Let me ask you something.  You said a
10  while ago if someone confiscated your license, you could
11  apply for an ID.  What if they confiscate it the week
12  before the election?  What's the processing time to
13  apply for this ID?  Say you're unfortunate, you come to
14  Austin before a Saturday election.  On Thursday, if
15  you're real unfortunate, they get your license because
16  you have been pulled over.  How are you going to get
17  that before Saturday's election?  Do you know the
18  turnaround?
19          MS. DAVIO:  You can come into our office,
20  and we -- as long as you qualify, we issue a temporary
21  receipt immediately.
22          SEN. WHITMIRE:  Come in your office, what
23  do you mean by that?
24          MS. DAVIO:  You can go to any driver
25  license office.

TX_00000759

USA_00015640

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 53 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 136 of 275

404

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. WHITMIRE:  Any office?

 2              MS. DAVIO:  Yes, sir.  And as long as you

 3   qualify, then you can walk out with a temporary receipt.

 4              SEN. WHITMIRE:  Of course under my

 5   scenario, you've first got to get out of jail, but

 6   that's not mine or your problems tonight.

 7              Let's talk about that office, and then

 8   I'll pass.  The truth of the matter is, is it not, as

 9   you stand before us today, you have no idea what the

10   future budget considerations are going to do to your

11   office locations, do you not?  When you were having a

12   question and answer with Senator Williams, that's under

13   today's setup, is it not?

14              MS. DAVIO:  Yes, sir.

15              SEN. WHITMIRE:  Have you been in meetings

16   recently at the command headquarters where you're

17   contemplating a significant, maybe as much as a

18   10 percent cut in your budget?  Have y'all made your

19   plans for how to deal with the shortfall and expected

20   reduction of DPS funding?

21              MS. DAVIO:  Yes, sir.  The 5 percent cut.

22              SEN. WHITMIRE:  That you've already been

23   requested to make.

24              MS. DAVIO:  Yes, sir.  I believe that that

25   did envision the closing of some -- I believe --
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 54 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 137 of 275

405

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1            SEN. WHITMIRE:  Have you looked at the
 2   House proposed budget and the Senate proposed --
 3            MS. DAVIO:  I have not.
 4            SEN. WHITMIRE:  -- and calculated the
 5   impact and reduction of services and maybe troopers and
 6   personnel as it relates to the licensing division?
 7            MS. DAVIO:  I'm sorry, sir.  I have not.
 8            SEN. WHITMIRE:  So the truth of the matter
 9   is when you were answering Senator Williams' question,
10   that's under current funding levels, is it not, as you
11   understand them?  Since you took the job in June and
12   here we are the second week of January, that's really
13   the funding and the resources that you were using to
14   answer his questions.  It certainly wasn't going
15   forward.  Is that not correct?
16            MS. DAVIO:  That's correct, sir.
17            SEN. WHITMIRE:  You do expect significant
18   reductions in your operating resources, do you not?
19            MS. DAVIO:  I would remain optimistic.
20            SEN. WHITMIRE:  Do you see that guy
21   sitting right in front of you right there?  We don't
22   call him Mr. -- we don't call him Mr. Optimistic around
23   here.
24            (Laughter)
25            SEN. WHITMIRE:  The truth of the matter
```

TX_00000761

USA_00015642

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 55 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 138 of 275

406

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   is -- and I really understand this position you're in.

 2   And, quite frankly, I'm not even sure it's fair that

 3   they brought you here to answer our questions, but

 4   you're here, and they had the right to do so.  But we

 5   haven't even written the budget.  Our first meeting is

 6   next Monday, and the operation of these offices and

 7   their hours, their personnel, is yet to be determined as

 8   we go and consider this legislation.  Is that not

 9   correct?

10                   MS. DAVIO:  Yes, sir, I think that --

11                   SEN. WHITMIRE:  You have no idea what

12   you're going to have after September 1.

13                   MS. DAVIO:  I think that's a fair

14   statement, sir.

15                   SEN. WHITMIRE:  But we do know that in

16   Houston -- and Senator Gallegos was asking you about the

17   locations -- that's an important factor, but I'm really

18   more important -- or concerned about when you get to one

19   of our locations.  Are you familiar with 290 and Tacoma?

20                   MS. DAVIO:  Yes, sir.

21                   SEN. WHITMIRE:  Gessner and I-10?

22                   MS. DAVIO:  Yes, sir.

23                   SEN. WHITMIRE:  South Houston?  Nearly

24   each of our Harris County sites, you know it takes from

25   two to three hours to enter that office and renew your
```

TX_00000762

USA_00015643

1  driver's license on many days of the week.

2           MS. DAVIO:  Yes, sir, I think that's true.

3  That is the way it's happened in the past.  We are

4  implementing a queuing system which we hope will bring

5  about reductions in wait times at our 50 largest

6  offices.

7           SEN. WHITMIRE:  But today, this week, it's

8  not unusual -- and I've checked -- it can still take you

9  up to three hours.  In fact, if we accomplish anything

10 in this discussion with you, I would like to appeal to

11 you to work with your supervisors and Senator Ogden and

12 each of the 31 Senators and fix that problem.  That's a

13 very fixable problem that we've been talking about too

14 long.

15          But you know it takes up to three hours.

16 People cannot take off their lunch hour or expect to go

17 over there before work or after work.  It is a major

18 challenge to enter one of those offices today and get

19 your license renewed.  But have you had an opportunity

20 to factor in what it's going to be like to get

21 additional people now for voter ID?  You really don't

22 know what the demands or the numbers will be --

23          MS. DAVIO:  That's correct.

24          SEN. WHITMIRE:  -- as we talk?

25          MS. DAVIO:  We were unable to estimate the

TX_00000763
JA_000762

TX_00000763

USA_00015644

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 57 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 140 of 275

408

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   impact.
 2                  SEN. WHITMIRE:  And then I'll repeat one
 3   more time.  That's today's circumstances, and we're
 4   faced with budget cuts to the DPS going forward that
 5   could even compound the current wait at those Houston
 6   offices.  And I was even told by a colleague of mine
 7   that it can happen in other even rural settings in this
 8   state, that you would literally wait two and three hours
 9   to renew your driver's license.  Is that not correct?
10                  MS. DAVIO:  It is possible that you can
11   have a two- or three-hour wait in many of our offices at
12   this moment.
13                  SEN. WHITMIRE:  Have y'all had much
14   internal discussion about the impact that this proposed
15   legislation will have in detail in terms of personnel
16   required, equipment required?  I mean, have y'all had
17   any initial planning?
18                  MS. DAVIO:  We have had discussions, yes,
19   sir.  It's very, very difficult, we found it impossible,
20   to estimate the impact of this legislation.
21                  SEN. WHITMIRE:  I really appreciate you
22   being here tonight and your hard work.  And if I was
23   you, I would say -- I'd speak to Senator Ogden before
24   you leave here tonight and make a pitch for your budget.
25                  MS. DAVIO:  Okay.  Thank you.
```

TX_00000764

USA_00015645

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 58 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 141 of 275

409

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                CHAIRMAN DUNCAN:  The Chair recognizes
 2   Senator Van de Putte.
 3                SEN. VAN de PUTTE:  Thank you,
 4   Mr. Chairman.  Good evening.  Thank you for being here.
 5   My questions are fairly quick.  But I want to follow up
 6   with the fiscal impact, and you stated there were how
 7   many counties that don't have offices right now?
 8                MS. DAVIO:  There are currently 77
 9   counties without a functioning --
10                SEN. VAN de PUTTE:  Seventy-seven.
11                MS. DAVIO:  Yes, sir -- yes, ma'am.
12                SEN. VAN de PUTTE:  Mr. Chairman, could we
13   have the resource witness look at exhibit -- or Item No.
14   6, which was the map that was displayed, compiled by the
15   legislative counsel?  The map that this expert witness
16   brought shows us dots.  And if you could just glance at
17   that, that was prepared by legislative counsel.  As you
18   can see, the counties are outlined with closed,
19   temporarily closed, permanently closed, those counties
20   that may have one, but they are there -- would you
21   suggest that since that was compiled by legislative
22   counsel that that document is correct?
23                MS. DAVIO:  Senator, this is the first
24   time I've seen this map.  Just doing a very quick visual
25   check on the counties that they have in red that say
```

TX_00000765

USA_00015646

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 59 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 142 of 275

410

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   that there are no offices, I can verify that.  I haven't
 2   gone through and done all the others to give you a
 3   completely accurate response.  If you could give me a
 4   little bit more time, I'd be happy -- I'd be happy to do
 5   that.
 6                  SEN. VAN de PUTTE:  We will certainly
 7   allow you to do that because we have another resource
 8   witness.
 9                  MS. DAVIO:  Okay.
10                  SEN. VAN de PUTTE:  Let me ask you, we
11   have 77 where they are closed, they have no one.  We
12   have temporary ones because of equipment malfunction.
13   But are you aware of the document that is the
14   legislative appropriations request that was sent on
15   August 23, 2010 and printed to us in 2010?
16                  MS. DAVIO:  I did not see that document
17   personally.
18                  SEN. VAN de PUTTE:  Well, let me tell you
19   why I'm a little bit concerned because when Senator
20   Williams talked to you, you said you had -- the division
21   had no plans or no intention of closing any more unless
22   there was equipment failure, and you talked a little bit
23   about equipment failure.  That's correct.  Right?
24                  MS. DAVIO:  Yes, ma'am.  No more offices
25   unless there were equipment failure until we had
```

TX_00000766

USA_00015647

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  completed our business intelligence analysis.

2              SEN. VAN de PUTTE:  Well, let me tell you

3  why I'm a little concerned.

4              MS. DAVIO:  Okay.

5              SEN. VAN de PUTTE:  On Page 704 of the

6  legislation appropriations request, DPS says, "No. 10,

7  building program and deferred maintenance."  The

8  category is under "Program Service Reduction (Other).

9  Item Comment:  11 additional DPS offices would be closed

10 due to lack of funding for utilities."  So it's

11 utilities funding, not -- "resulting in 215 FTEs that

12 would be displaced and DPS customers would travel

13 further for any assistance."

14             Now, this is in a document that was given

15 to the legislature dated August 23, 2010.  You said you

16 don't have to plan any more, but somewhere in the agency

17 under this request, they are closing another -- I'm

18 sorry -- they are closing another 11.  Do you know where

19 those other 11 are that they plan to close?

20             MS. DAVIO:  I do not have personal

21 knowledge of that.  I believe this was for 2012 and

22 the 2013 --

23             SEN. VAN de PUTTE:  Well, yeah, but --

24             MS. DAVIO:  -- legislative appropriation

25 request.

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000767
JA_000766

TX_00000767

USA_00015648

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. VAN de PUTTE:  This is the
 2   legislative appropriations.  So right now what you're
 3   saying is nothing is going to be closed.  But in the
 4   document that DPS supplied to us as their legislative
 5   appropriations request, on Page 704, they tell us, "Oh,
 6   we're closing 11 more."  And it's not due to equipment
 7   failure.  It's due to the reduction in utilities funding
 8   as a result of our crisis in our revenue and with the
 9   displacement of 215 FTEs where DPS says, "Customers will
10   travel further for assistance."
11              So I'm trying to figure out -- you say,
12   "Okay.  We're not going to," but then we have a
13   document.  I just don't know what part of DPS to
14   believe.
15              MS. DAVIO:  I'm terribly sorry.  I was
16   imprecise.  I should have said this fiscal year we had
17   no more plans to close any offices.
18              SEN. VAN de PUTTE:  This fiscal year.  Oh.
19   We just didn't ask the right question then.
20              MS. DAVIO:  I'm sorry.
21              SEN. VAN de PUTTE:  We should have
22   asked --
23              MS. DAVIO:  I don't claim to be --
24              SEN. VAN de PUTTE:  -- do you plan to
25   close any maybe after September 1st of next year?
```

TX_00000768

USA_00015649

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 62 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 145 of 275

413

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              MS. DAVIO:  I'm sorry.  I don't claim to
 2   be an expert on our legislative appropriation request.
 3   I'm not our chief financial officer.
 4              SEN. VAN de PUTTE:  Thank you for that
 5   clarification.
 6              MS. DAVIO:  I'm sorry.
 7              SEN. VAN de PUTTE:  And I'm sorry you were
 8   caught like this.  But, you know, you can understand our
 9   confusion when you testify as the expert witness for DPS
10   one thing, and then the budget documents that are turned
11   into us say another.  And I am so sorry that you were
12   put in this predicament, but the documents are the
13   documents.  So let me, again, ask some other questions
14   since I think that one is pretty well taken care of.
15              Can you tell me in obtaining an
16   identification card what types of birth certificates are
17   allowed under current DPS guidelines?
18              MS. DAVIO:  What types of birth
19   certificates?
20              SEN. VAN de PUTTE:  Yes.
21              MS. DAVIO:  An original or a certified
22   copy of a birth certificate issued by the appropriate
23   state Bureau of Vital Statistics or the equivalent
24   agency from a U.S. state, U.S. territory, the District
25   of Columbia or a Canadian province, or an original or
```

TX_00000769

USA_00015650

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 62 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207-1 Filed 06/20/12 Page 146 of 275

414

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1  certified copy of a United States Department of State

 2  certification of birth abroad.

 3          SEN. VAN de PUTTE:  Are any of those

 4  documents a Department of Defense hospital or facility?

 5          MS. DAVIO:  I don't know for certain if

 6  the Department of Defense would be included in a

 7  Department of State certification of birth abroad.

 8          SEN. VAN de PUTTE:  No, there are two

 9  different ones.  And this is why I'm asking.  Members,

10  this is very, very clear.  We have many, many citizens

11  and your constituents who were born on military basis

12  within the United States.  And if I right now had to go

13  get an identification card, I don't have -- I wouldn't

14  have a birth certificate.  And the reason, I was born in

15  Madigan Hospital, Fort Lewis, Tacoma, Washington.  But

16  if you were born before 1960, the records are slowly

17  being updated into the state of Washington as are many

18  of our military hospitals.  But my birth certificate is

19  not from the Department of State.  It is not from the

20  city.  The only birth certificate that I have is from a

21  military hospital on a military installation.

22          Now, it was valid for me to get my

23  passport, and it was valid for me to get my driver's

24  license when I got my driver's license.  But should I

25  have to apply today and what I think might happen under

TX_00000770

USA_00015651

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 64 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 147 of 275

415

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  our current regulations is that the type of birth

2  certificate that is required for those of us who happen

3  to be born prior to 1960, which would be anybody, '40s,

4  '50s, '30s and on, we would not have a birth certificate

5  that would be recognized by DPS if you were born on a

6  military -- in a military hospital.  Is that correct?

7              MS. DAVIO:  I can't be absolutely positive

8  of that.  I'll confirm, and we will look.

9              SEN. VAN de PUTTE:  If you could, because

10  I think --

11              MS. DAVIO:  Yes, ma'am.

12              SEN. VAN de PUTTE:  And I don't know how

13  many would be, but if -- for those that were born when

14  there was a mandatory draft and there was a mandatory

15  thing, if you were born in a military hospital, those

16  are Department of Defense hospitals, not Department of

17  State.  Some states have included them as they start to

18  update and others haven't because a lot of those

19  military hospitals are now closed as those bases have

20  been closed.  So I just wanted to make sure.  And if you

21  would check that for us?

22              MS. DAVIO:  Yes, ma'am.

23              SEN. VAN de PUTTE:  And then if it's a

24  birth certificate, what happens if for many of our

25  elderly who were born not in a hospital and not -- but

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_0000771
JA_000770

TX_00000771

USA_00015652

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1  they used baptismal or church records to establish their

 2  social security, to establish anything?  Right now if

 3  there is not a recorded birth certificate in one of the

 4  state registries, is a church document that was allowed

 5  back then for a driver's license, is that allowed --

 6              MS. DAVIO:  There are --

 7              SEN. VAN de PUTTE:  -- currently to get --

 8              MS. DAVIO:  There are a variety of

 9  documents, and we're expanding the list, but we try and

10  work with our customers to -- if you can bring in a

11  variety and demonstrate to us to our satisfaction.

12              SEN. VAN de PUTTE:  Yes, I understand.

13  What types of birth certificates?  Is it only those

14  that --

15              MS. DAVIO:  Typically we would not allow a

16  church or a baptismal birth certificate.

17              SEN. VAN de PUTTE:  So that would affect

18  people like my mother.

19              MS. DAVIO:  She may be able to find other

20  documentation that she can bring.

21              SEN. VAN de PUTTE:  She might be.

22              Let me also ask you for one other thing.

23  I have a wonderful constituent and she asked that I

24  relate her story and has given me permission.  She

25  contacted us last June in that -- Ms. Hardy who needed

TX_00000772

USA_00015653

Case 2:13-cv-00193-RMC-DST-RLW Document 660-10 Filed on 11/11/14 in TXSD Page 66 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 149 of 275

417

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   to have a DPS identification card.  However, she's very,
 2   very ill and could not travel to the DPS office.  I put
 3   in a request to DPS to ask what sort of options she had
 4   since she needed an ID but could not travel.
 5                    MS. DAVIO:  Yes, ma'am.
 6                    SEN. VAN de PUTTE:  That was on June the
 7   18th, and we were very pleased at least that a week
 8   later someone was able to call her and give her some
 9   options.
10                    Well, the options included that she had to
11   physically go.  And so luckily she was able to go, but
12   not until months later, but it entailed bus trips, a
13   nurse going with her, on public transit, going to the
14   offices.
15                    And so my question is, what sort of -- and
16   it took her months, months to get this.  Are there any
17   accommodations currently for those with disabilities if
18   they are unable to physically go to a DMV station to
19   acquire identification documents?
20                    MS. DAVIO:  We do have a home bound
21   program where we send an employee out to take their
22   picture and gather their information.
23                    SEN. VAN de PUTTE:  Do you know how robust
24   that program is?  Is there one in -- and why weren't we
25   told about it when we called last summer?
```

TX_00000773

USA_00015654

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 67 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207-1 Filed 06/20/12 Page 150 of 275

418

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1          MS. DAVIO:  I can't tell you why you

 2    weren't told about it.  I apologize for that.  I

 3    don't -- I don't know how many of those IDs we issue.  I

 4    could check into that if you'd like me to.

 5          SEN. VAN de PUTTE:  Well, I'm a little bit

 6    worried because we had several employees of DPS call,

 7    including the Chief of the Complaint Resolution

 8    Specialty Department, assisting with inquiries of

 9    identification cards, who said the only option for my

10    constituent was physical presence.

11          MS. DAVIO:  There may --

12          SEN. VAN de PUTTE:  So within DPS if

13    there's a program, certainly didn't tell a Senator's

14    office and certainly didn't tell the client.  And if

15    this is -- I mean, what happened here?  We didn't know

16    about a program.  Are there plans to make that known in

17    light of -- or publicize it in any way in light of the

18    new additional restrictions?

19          MS. DAVIO:  I apologize that you weren't

20    told about it.  There may have been particular

21    circumstances that your constituent didn't qualify for

22    that, but we can certainly make sure that all of our

23    employees know about that and are informed so that there

24    won't be such an oversight in the future.

25          SEN. VAN de PUTTE:  So you mean you have

TX_0000774

USA_00015655

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 68 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 151 of 275

419

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1  to qualify?  So if you're like undergoing chemotherapy,
 2  can't leave the house or an organ transplant, you have
 3  certain categories to qualify?  So even if you're a
 4  person with disabilities, you have to have a person of
 5  disabilities with certain qualifications to get the home
 6  bound program?
 7              MS. DAVIO:  I'm sorry.  I can't discuss
 8  the detailed reasons why someone would qualify and
 9  someone wouldn't, but I will certainly check into that
10  for you.
11              SEN. VAN de PUTTE:  Well, thank you.  And
12  I am -- I apologize for my mean tone, but understand how
13  frustrating it is --
14              MS. DAVIO:  I understand.
15              SEN. VAN de PUTTE:  -- when people call
16  our offices, they are trying to do the right thing.
17  They are trying to get an ID card, they have situations,
18  and then the people who are employed and hired from
19  state government to provide the information who are head
20  of the departments of this don't know of their own
21  programs.  It's really disheartening.
22              And then if you would, please find out
23  from someone on the fiscal side so that we don't have
24  two opposing statements from DPS of the additional 11
25  offices that are scheduled to be closed, not this fiscal

TX_00000775

USA_00015656

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 69 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 152 of 275

420

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1  year, but probably starting in 2012 and 2013.  And then

 2  if you would, please get back with us with the

 3  information of what types of birth certificates would be

 4  eligible to be used for someone seeking to obtain a

 5  personal identification card.

 6              Thank you very much, Mr. Chairman.  I

 7  don't have any other questions.

 8              CHAIRMAN DUNCAN:  The Chair recognizes

 9  Senator Zaffirini.

10              SEN. ZAFFIRINI:  Thank you, Mr. Chairman.

11              Ms. Davio, your title is Assistant

12  Director for Driver Licenses, Department of Public

13  Safety.  Is that correct?

14              MS. DAVIO:  Yes, ma'am.

15              SEN. ZAFFIRINI:  And were you expected to

16  testify on all aspects of the bill or only what refers

17  to driver's licenses specifically?

18              MS. DAVIO:  Only what refers to a driver

19  license specifically, as I understand it, in DPS.

20              SEN. ZAFFIRINI:  When Senator Fraser laid

21  out the bill, I asked a number of questions about the

22  criminal justice impact statement.  Is there someone

23  available from DPS who can answer my questions related

24  to the criminal justice impact statement?

25              MS. DAVIO:  I don't believe that there's a

TX_00000776

USA_00015657

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 70 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 153 of 275

421

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   resource witness here that can answer that currently.
 2               SEN. ZAFFIRINI:  And you cannot?
 3               MS. DAVIO:  I'm sorry.  I can't.
 4               SEN. ZAFFIRINI:  That's all right.  I
 5   assumed that you could not based on your title.  But I
 6   would like to have someone answer my questions, if not
 7   today, maybe tomorrow.
 8               And just to put a face on the issues that
 9   we have been discussing today, I happened to receive a
10   letter from the County Judge of Frio County recently,
11   and he explained to me that the office -- the DPS
12   driver's license office in Frio County has been closed.
13   And he wrote in his letter, "Signage on the door directs
14   drivers needing their services to go to San Antonio,
15   Hondo or Jourdanton."
16               Now, San Antonio is 55 miles from
17   Pearsall, Hondo is 42, and Jourdanton is 41.  That's an
18   average of 46 miles.  You said earlier that 77 counties
19   do not have driver's license offices.
20               MS. DAVIO:  Currently, yes, ma'am.
21               SEN. ZAFFIRINI:  Do you know how far those
22   residents of those counties have to drive to get a
23   driver's license?
24               MS. DAVIO:  I do not have the average for
25   every single location.  That would probably be pretty
```

TX_00000777

USA_00015658

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 71 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207-1 Filed 06/20/12 Page 154 of 275

422

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   difficult to calculate, but, you know, that is something
2   that we're looking at.
3               SEN. ZAFFIRINI:  Well, certainly because
4   if that's the average distance, double that for a round
5   trip.
6               MS. DAVIO:  Yes, ma'am.
7               SEN. ZAFFIRINI:  That's a lot of mileage,
8   especially for low-income persons, for persons with
9   disabilities who have to get a ride, because that's a
10  one-way distance that I just mentioned to you.
11              MS. DAVIO:  Yes, ma'am.  Driver licenses
12  do have to be renewed every six years, once every six
13  years.  And if the option to renew online would be used,
14  then they'd actually only have to go to the office once
15  every 12 years.
16              SEN. ZAFFIRINI:  Do you have mobile units
17  that can go to these counties?
18              MS. DAVIO:  We do not presently have
19  mobile units.  As I mentioned before, the amount of data
20  that we're collecting with your photo, your
21  fingerprints, your -- all the scans of your documents,
22  we have not been able to get that to work with an air
23  card or a DSL line, and we tried for several months.
24              SEN. ZAFFIRINI:  Now, I can't speak for
25  the 77 counties, but I know that for the ones in my

TX_00000778

USA_00015659

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 72 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 155 of 275
423

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   district that have been closed or temporarily closed --

2   in fact, I mentioned earlier that in my district there

3   are -- there is one office that has wheelchair

4   accessible barriers, there are two counties that have no

5   offices, four counties in which the offices have been

6   temporarily closed and one that is open three days or

7   fewer per week.

8            Now, in the counties in my district, there

9   is a digital divide.  So it's easy to say "renew

10  online," but when you're dealing with counties where

11  there is a predominantly low income, minority population

12  and there is a digital divide, imagine the impact.  Do

13  you have any data relating to addressing those issues

14  and how to increase the accessibility of the residents

15  of those counties to your particular services?

16           MS. DAVIO:  One of the elements of the

17  business intelligence analysis project that we're doing

18  is actually to try and get information to understand

19  where people have connectivity and aren't using that.

20  Maybe they don't know that they can renew online and

21  being able to encourage people to do that there, but

22  that would also give us information about where people

23  don't have accessibility.

24           SEN. ZAFFIRINI:  Thank you.  Judge Garcia

25  writes, "This has caused quite a bit of inconvenience

TX_00000779

USA_00015660

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   and consternation for our drivers and potential drivers
 2   in this county when they need driver's license renewals,
 3   driver's licenses," et cetera, and you can imagine the
 4   consternation and the inconvenience that they are
 5   suffering.
 6             There's been some reference to how long
 7   persons have had to wait to get their driver's license,
 8   and I know that before we got our driver's license in
 9   Laredo, the big joke -- and it wasn't really a joke.  It
10   was a cruelty joke because it was so true -- is that
11   persons who were waiting for their driver's licenses
12   could stand in line, order pizza, receive it and eat it
13   and still be waiting for their driver's license.
14             Now, there has been some improvement in
15   that, but I wonder what kind of inconvenience we're
16   talking about when we're talking about these long, long
17   lines in the different counties.  And if that isn't bad
18   enough, dealing with the issues related to the counties
19   that don't have any offices.
20             And you, I understand from your exchange
21   with Senator Van de Putte, do expect more offices to
22   close, at least temporarily -- is that correct -- in the
23   next fiscal year?
24             MS. DAVIO:  If the equipment fails in our
25   mobile offices, we will have to close those offices.
```

TX_00000780

USA_00015661

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 74 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207-1 Filed 06/20/12 Page 157 of 275

425

CONSIDERATION OF SENATE BILL 14 1/25/2011

1              SEN. ZAFFIRINI:  And have you looked at
2  Senate Bill 1 thoroughly yet?
3              MS. DAVIO:  I'm sorry?
4              SEN. ZAFFIRINI:  Have you looked at Senate
5  Bill 1, the appropriations bill, thoroughly yet?
6              MS. DAVIO:  I have not done any detailed
7  analysis of that, no, ma'am.
8              SEN. ZAFFIRINI:  So you have no idea
9  what -- how that budget will impact you at this point in
10 time?
11             MS. DAVIO:  No, ma'am.  I know people
12 at -- the experts at our agency are looking at it now.
13             SEN. ZAFFIRINI:  Well, when you have that
14 information -- I assume that you will -- would you share
15 that us, please?
16             MS. DAVIO:  Yes, ma'am.
17             SEN. ZAFFIRINI:  From your perspective.
18 Thank you very much.
19             Thank you, Mr. Chairman.
20             CHAIRMAN DUNCAN:  Senator Williams?
21             SEN. WILLIAMS:  Thank you, Mr. Chairman.
22 Just a couple of things that I wanted to clarify.  And I
23 guess, first of all, I wanted to thank Senator Gallegos
24 and Senator Whitmire because I really wasn't that
25 familiar with people who had their licenses confiscated

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00000781
JA_000780

TX_00000781

USA_00015662

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 75 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 158 of 275
426

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   or taken away because of the driver responsibility plan.
 2               Now, by the way, if you have your license
 3   confiscated, what kind of traffic offense would you have
 4   had to have been involved in for law enforcement to take
 5   your -- confiscate your license?  Do you know?  It
 6   doesn't have to be an exhaustive list, but just --
 7               MS. DAVIO:  The major reason that people
 8   give those particular forms apart -- away, that law
 9   enforcement issues those, as I understand it, is for
10   intoxication offenses where they've failed or refused to
11   provide a specimen.
12               SEN. WILLIAMS:  Okay.
13               MS. DAVIO:  That's my understanding.
14               SEN. WILLIAMS:  So if you refused to take
15   a breathalyzer test or give blood, then they'll take
16   your license away?
17               MS. DAVIO:  That's my understanding, sir.
18               SEN. WILLIAMS:  Okay.  Now, that person
19   can apply for a temporary license, a work permit, you
20   know, to be able to get back and forth to work.
21               MS. DAVIO:  They may be able to, yes, sir.
22               SEN. WILLIAMS:  And they could come and
23   get a state ID -- correct -- at no cost if they wanted
24   to have it to vote?
25               MS. DAVIO:  Yes, sir, they could.
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000782
JA_000781

TX_00000782

USA_00015663

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 76 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 159 of 275

427

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   Absolutely.
 2                   SEN. WILLIAMS:  Okay.  And then what about
 3   if you had your license taken away because of -- what
 4   kinds of things under the driver responsibility?  Are
 5   those also going to be a lot of speeding tickets?  I
 6   guess it could be.  Or more than likely it's going to
 7   involve a DWI since we have one of the worse records of
 8   any state in the country on that, I believe?
 9                   MS. DAVIO:  It could be DWI.  It could be
10   driving while your license is invalid.  It could be
11   traffic offenses as you mentioned, driving without
12   insurance.
13                   SEN. WILLIAMS:  So the bottom line is
14   these law breakers would be inconvenienced by having to
15   go get a free ID so they could go and vote if that's --
16   if they wish to exercise their constitutional
17   responsibility.  Is that correct?
18                   MS. DAVIO:  Yes, sir.  They would be able
19   to get an ID.
20                   SEN. WILLIAMS:  Okay.  And then how often
21   would -- once you had this state ID card and assuming
22   that you were a citizen and you had met all the
23   requirements that it took to get the license or the
24   state ID card, how often would that be renewed?  How
25   often are they going to have to appear in person to get
```

TX_00000783

USA_00015664

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 77 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 160 of 275
428

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   that renewed?
 2                MS. DAVIO:  The ID cards just like the
 3   driver licenses are good for six years, and it is
 4   possible to renew them online.
 5                SEN. WILLIAMS:  Okay.  So it could be 12
 6   years?
 7                MS. DAVIO:  Yes, sir.
 8                SEN. WILLIAMS:  So they would be able to
 9   vote with that ID card at least six and maybe 12 years?
10                MS. DAVIO:  Yes, sir.
11                SEN. WILLIAMS:  Okay.  That -- okay.  I
12   just wanted to make sure that we had cleared that up.
13   Thank you very much.  I really appreciate you hanging in
14   here with us tonight.
15                MS. DAVIO:  Thank you.
16                SEN. WILLIAMS:  I did have one last
17   question.  Excuse me, Mr. Chairman, if I could.  The
18   other thing I wanted to ask is, in a moment when we have
19   the Secretary of State's Office up here, I'm going to
20   talk to them, and I visited with you about it, I'm
21   hoping that we can take your driver's license file and
22   cross-match that with the voter registration files and
23   try to find that group of people who are voting and
24   registered to vote, but they don't have a driver's
25   license or a state ID card so that we can focus our
```

TX_00000784

USA_00015665

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 78 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 181 of 275

429

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   efforts on education on -- especially on that group.

 2              Now, would you be able to do that, provide

 3   that information to the Secretary of State's Office

 4   with -- under the current resources that you have?  And

 5   I'm not going to ask you about the next biennium's

 6   budget.  We're just trying to get through this biennium

 7   now.  But under the current biennium, would you be able

 8   to provide that information to the Secretary of State

 9   with the resources?

10              MS. DAVIO:  They already -- they already

11   have the information, and I believe they are working on

12   the analysis now.

13              SEN. WILLIAMS:  Oh, okay.  Great.  Boy,

14   y'all are quick.  Thank you.

15              CHAIRMAN DUNCAN:  Okay.  Thank you.

16              We have a few more -- a few more questions

17   from -- this witness has been going about an hour and

18   ten minutes.

19              Senator West?

20              SEN. WEST:  Thank you, Mr. Chairman.  I'm

21   not going to be redundant.  I just have a couple of

22   requests.  Can your office provide an analysis of how

23   long the average wait in each one of the offices that

24   you have -- what is the average wait in order to get a

25   driver's license?  I assume that you have that sort of
```

TX_00000785

USA_00015666

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 79 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 162 of 275

430

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1    an analysis.
 2                MS. DAVIO:  Actually, sir, currently we do
 3    not have that information.  We have anecdotal
 4    information, but we do not have wait times.  We're in
 5    the process of installing a queuing system in our 50
 6    largest offices.  And so in a matter of months I'd be
 7    able to provide that information for you in our largest
 8    offices, but I do not have any complete information for
 9    wait times in our offices.
10                SEN. WEST:  Give us the best guesstimate
11    that you have.  I assume that there are conversations
12    about wait time that you have internally.  And, you know
13    just make sure you just qualify it based on what you
14    have.  It's not -- it's not a perfect example, a perfect
15    study or anything like that, but get us -- give us the
16    best estimates that you have concerning that.  Okay?
17                MS. DAVIO:  The average wait time?
18                SEN. WEST:  Yes.
19                MS. DAVIO:  In all of our offices?
20                SEN. WEST:  Yeah, broken down by office,
21    so I don't just want a global -- to the extent that you
22    can.  And what you may want to do is just contact the
23    offices and get an idea from the individuals that are in
24    the offices.
25                As you go about implementing this
```

TX_00000786

USA_00015667

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 80 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 163 of 275

431

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  particular identification procedure, have you given an

2  idea as to whether or not you are going to be using

3  troopers or civilian employees to do this?

4           MS. DAVIO:  There really aren't troopers

5  in the driver license division anymore.  That was a

6  recommendation from the Sunset Commission.  So there are

7  no commissioned troopers in the driver license office.

8           SEN. WEST:  So it would be civilian

9  employees?

10          MS. DAVIO:  Yes, sir.

11          SEN. WEST:  All right.  Thank you.

12          CHAIRMAN DUNCAN:  Senator Gallegos?

13          SEN. GALLEGOS:  Let me ask you, Rebecca --

14  and I'm sorry you drew the short straw.  And Senator

15  West asked the question I was going to ask you, but

16  Senator Williams brought up an issue that, you know, I

17  disagree with him.  When you're stopped, it's an

18  alleged -- you're not a law breaker, it's an alleged.

19  You know, I'm not the jury, and I'm not the judge.  So

20  that person that's stopped is not guilty until he or she

21  has their day in court.

22          So when you confiscate the license, you

23  have confiscated on an alleged offense.  And until he or

24  she has their day in court and they are convicted, then

25  you can call him or her a law breaker.  So I disagree

TX_00000787

USA_00015668

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 81 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 164 of 275

432

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  with Senator Williams.  Is that correct?  I mean, am I

2  wrong?  Am I wrong?  When you arrest that person, is he

3  or she convicted right then and there?

4            MS. DAVIO:  No, sir.

5            SEN. GALLEGOS:  So you're telling me they

6  are not guilty until they have their day in court.  Is

7  that correct?

8            MS. DAVIO:  I believe that's the way the

9  legal system works.

10            SEN. GALLEGOS:  I didn't hear you.  I'm

11  sorry.

12            MS. DAVIO:  I believe that's the way the

13  legal system works.

14            SEN. GALLEGOS:  Okay.  So that person --

15  that person that has that temporary license is innocent

16  until proven guilty.  Is that correct?

17            MS. DAVIO:  You're asking me to testify on

18  something that's outside my area of expertise, sir.  I

19  don't -- I don't know the intricacies of traffic --

20            SEN. GALLEGOS:  The document that your

21  office gives these law enforcement agencies when

22  somebody is stopped either on DWI or whatever issue,

23  whatever issue when you confiscate a license, that

24  person is innocent until proven guilty under the --

25  under the temporary license that I'm seeing here, that

TX_00000788

USA_00015669

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 82 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 165 of 275

433

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1    has your language on it, that you give to these law

 2    enforcement agencies when you stop these people.  Is

 3    that correct?

 4                 MS. DAVIO:  As I understand it, a DWI, if

 5    they get a mandatory suspension, that does not start

 6    until after their conviction.

 7                 SEN. GALLEGOS:  After a conviction?

 8                 MS. DAVIO:  Yes, sir, for a --

 9                 SEN. GALLEGOS:  So when you stop that

10    person, that is not a conviction?

11                 MS. DAVIO:  Or DWI mandatory suspension.

12                 SEN. GALLEGOS:  That is not a conviction,

13    though?

14                 MS. DAVIO:  Just shopping them I don't

15    believe is a conviction.

16                 SEN. GALLEGOS:  And you give they one of

17    these licenses.  You have confiscated their license and

18    have given them a temporary.  Is that correct?

19                 MS. DAVIO:  Law enforcement does that,

20    yes, sir.

21                 SEN. GALLEGOS:  Well, you gave them the --

22                 (Simultaneous discussion)

23                 MS. DAVIO:  We simply give them the form.

24                 SEN. GALLEGOS:  You give the law

25    enforcement this paper.  It has your language on it.  Is
```

TX_00000789

USA_00015670

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   that correct?
 2              MS. DAVIO:  Yes, sir.  That is our form.
 3   Yes, sir.
 4              SEN. GALLEGOS:  Okay.  Thank you.
 5              CHAIRMAN DUNCAN:  Senator Wentworth?
 6              SEN. WENTWORTH:  I'm going to be very
 7   brief and thank you for your testimony this evening and
 8   tell you that this probably happened before you arrived
 9   here in June of last year.  But there were some
10   considerable complaints from people in my district in
11   north Bexar County --
12              MS. DAVIO:  Uh-huh.
13              SEN. WENTWORTH:  -- about a driver license
14   office on Perrin Beitel Road --
15              MS. DAVIO:  Uh-huh.
16              SEN. WENTWORTH:  -- where I can testify
17   anecdotally, as you have, that it was an hour or
18   longer --
19              MS. DAVIO:  Yes, sir.
20              SEN. WENTWORTH:  -- about the wait.
21              MS. DAVIO:  Yes, sir.
22              SEN. WENTWORTH:  And there were enough
23   complaints over the years that you all let the lease
24   expire.
25              MS. DAVIO:  Yes, sir.
```

TX_00000790

USA_00015671

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 84 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 167 of 275

435

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1            SEN. WENTWORTH:  And then you found a new
 2   location on Pat Booker Road out near Randolph Air Force
 3   Base, and my constituents are very pleased with that
 4   improvement and were grateful that that improvement has
 5   been made.
 6            MS. DAVIO:  Thank you so much.
 7            SEN. WENTWORTH:  Thank you.
 8            MS. DAVIO:  I appreciate that.  It's nice
 9   to hear a good story.
10            SEN. WENTWORTH:  You bet.
11            CHAIRMAN DUNCAN:  Thank you, Senator
12   Wentworth.
13            Are there any other questions of the
14   resource witness?
15            (No response)
16            CHAIRMAN DUNCAN:  All right.  Thank you
17   very much, Ms. Davio.
18            MS. DAVIO:  Uh-huh.
19            CHAIRMAN DUNCAN:  All right.  The Chair
20   calls Ann McGeehan, Secretary of State's Office.  If
21   you'll state your name and who you represent, please.
22            TESTIMONY BY ANN McGEEHAN
23            MS. McGEEHAN:  Ann McGeehan, and I'm
24   Director of Elections in the Texas Secretary of State's
25   Office.
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000791
JA_000790

TX_00000791

USA_00015672

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 85 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207-1 Filed 06/20/12 Page 168 of 275

436

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              CHAIRMAN DUNCAN:  All right.  Thank you,
 2   Ms. McGeehan.
 3              The Chair recognizes Senator Davis.
 4              QUESTIONS FROM SENATE FLOOR
 5              SEN. DAVIS:  Hello.  Good evening.  Thank
 6   you so much for being here with us to provide answers
 7   for our questions.  I know you've had a long day.
 8              I just want to ask you a few questions
 9   about the current state of voter education as its taking
10   place today in the Secretary of State's Office.  Can you
11   describe for us the use of the HAVA funds and how those
12   are currently being used today?
13              MS. McGEEHAN:  We received -- when
14   Congress passed the Help America Vote Act, the state of
15   Texas received a set amount of funds.  And pursuant to
16   the Help America Vote Act, there are certain purpose
17   areas that we can use those funds for, and one of the
18   purpose areas is voter education.  So since two -- we
19   have conducted three statewide education -- voter
20   education programs, one in 2006, one in 2008 and one in
21   2010 using those federal dollars.  And they have been --
22   we've worked with a public education firm to do
23   research, and then they develop creative material.  We
24   run PSAs on TV, radio.  In this last cycle, 2010, we
25   used the Internet quite a bit as well.
```

TX_00000792

USA_00015673

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 86 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 169 of 275
437

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    SEN. DAVIS:  And how many people do you
2  think you reach through your voter education efforts
3  right now?  And how much have each of those cycles of
4  voter education effort cost?

5    MS. McGEEHAN:  The average cost is about
6  $3 million for each one, around that amount.  As far as
7  the number of people we've touched through the campaign,
8  we do have some reports on that.  I don't have that
9  number at my fingertip, but we have a report for each
10  one of the voter education campaigns that talks a little
11  bit about the effectiveness and how many people saw the
12  media spots and things of that nature.

13    SEN. DAVIS:  And are the Help America Vote
14  Act funds funds that are continually given to the state
15  from the federal government, or was it a one-time
16  disbursement that's been used over the course of those
17  three cycles?

18    MS. McGEEHAN:  It was authorized in that
19  one bill.  We've received it in about three or four
20  separate payments.  We don't contemplate that we're
21  going to be receiving any more.

22    SEN. DAVIS:  And what was the total amount
23  that was given to Texas?

24    MS. McGEEHAN:  Let me grab that.  The
25  total amount for all the purpose areas is $224,092,477.

TX_00000793

USA_00015674

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. DAVIS:  That's the amount that was
 2   given to the state of Texas?
 3              MS. McGEEHAN:  Yes.
 4              SEN. DAVIS:  Okay.  And so of that amount,
 5   how much have we spent so far?
 6              MS. McGEEHAN:  Let's see here.  We -- I
 7   think we have spent $177,798,488.
 8              SEN. DAVIS:  Okay.  And you described
 9   spending about $3 million over the last three two-year
10   cycles.  How have we spent the balance of that?
11              MS. McGEEHAN:  Well, I mean, the bulk of
12   the money or about half of the money went to counties to
13   obtain HAVA compliant voting systems, electronic voting
14   systems that made -- that complied with HAVA and allowed
15   disabled voters to vote independently.  So let's see.
16   $140 million went to the counties for that purpose.
17              The other program areas are for developing
18   a statewide voter registration system.  We've spent
19   25 million on that.  And then as far as the
20   administrative expenses, we've spent about 2.8 million
21   on that.  For voter education, we've spent 9.5 million
22   so far.
23              SEN. DAVIS:  And what are the -- setting
24   aside the requirements of the bill that's being
25   introduced today, what are the intended plans for the
```

TX_00000794

USA_00015675

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 89 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 171 of 275

439

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  balance of that money?  Were this bill not to come

2  forward to your department, what would the intended use

3  for those funds be?

4            MS. McGEEHAN:  I can't speak necessarily

5  for, you know, exactly what would be done in the next

6  general election cycle, but I would contemplate we would

7  do another statewide voter education program in 2012,

8  and if funds remained in 2014.

9            SEN. DAVIS:  Is there a plan for ongoing

10  capital expenditures as you talked about, which was the

11  use of the bulk of the funds that we've received so far?

12            MS. McGEEHAN:  Yeah.  There are --

13  there's 24 -- roughly $24 million left in the -- in the

14  purpose area for grants to counties to obtain voting

15  equipment.

16            SEN. DAVIS:  Okay.  And so after you take

17  out that 24 million, what will the balance be that

18  remains for voter education efforts?

19            MS. McGEEHAN:  Well, that's -- that's

20  already frozen as far as the -- in order to draw down

21  those funds, the state had to submit a state plan.  We

22  had to meet with stakeholders, publish in the Register

23  and submit it to the Election Assistance Commission.

24  And so pursuant to that state plan, we had to define how

25  we were going to spend the money, and so these -- the

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000795
JA_000794

TX_00000795

USA_00015676

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 89 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207-1 Filed 06/20/12 Page 172 of 275

440

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   budget that I discussed is following that state plan.
 2                SEN. DAVIS:  Okay.  And under that state
 3   plan right now, what portion of funding remains for
 4   voter education?
 5                MS. McGEEHAN:  For voter -- okay.  And
 6   actually to be more precise, what the -- the purpose
 7   area for voter education is for voter education and also
 8   for election official and poll worker training; that's
 9   grouped.  And the amount remaining is between 5 and
10   $7 million.
11                SEN. DAVIS:  Okay.  And that is expected
12   to extend us or to take us through the next how many
13   years under that plan?
14                MS. McGEEHAN:  It will -- again, it's
15   going to depend how extensive our next few voter
16   education programs are because that's what the bulk of
17   the money has been spent on, voter education programs.
18   The average is about 3 million.  So I guess the hope
19   might be for at least two other statewide voter
20   education programs.
21                SEN. DAVIS:  Okay.  And I'm sure you've
22   seen the fiscal note that was a part of this bill.  And
23   by the way, I think it would be very helpful if you
24   would enter that state plan into the record as an
25   exhibit for our further use.
```

TX_00000796

USA_00015677

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 90 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 173 of 275

441

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          I'm sure you've seen the fiscal note that
2   came as a part of this bill in terms of the expected
3   expenditures.  Part of that note talks about a fiscal
4   impact that's related to researching and developing ways
5   to inform the public of the new ID requirements.  That's
6   $.5 million expenditure, an additional cost of
7   1.5 million for media advertisements, television, radio,
8   print and Internet.  That's specifically to educate
9   voters about the new requirements under this bill.

10         What will go undone that's currently in
11  the state plan -- if we take 2 million of the 5 million
12  remaining, what will go undone that's currently in the
13  state plan in terms of voter education effort?

14         MS. McGEEHAN:  I don't know that I have an
15  exact answer to that.  If we're able to incorporate the
16  new voter ID requirements that would be required by this
17  bill into a voter education program, then maybe we
18  wouldn't need 2 million just for the voter ID.  We could
19  parlay that into the -- basically the voter education
20  campaigns that we've done or the voter education
21  programs have been to educate voters on the basic rights
22  on how to vote, what you need to vote.  So it may not be
23  such an extension to incorporate these new requirements
24  for voter ID, or they may.  I mean, depending on the
25  research that we get back from stakeholders and whatnot,

TX_00000797

USA_00015678

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 91 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 174 of 275

442

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  but it's hard for me to say today exactly how much that
 2  may take away from future voter education efforts.
 3              SEN. DAVIS:  When was the last time in the
 4  state of Texas we made any changes of significance to
 5  the voter rules?
 6              MS. McGEEHAN:  Probably the -- when we had
 7  to implement the federal Help America Vote Act.  That's
 8  when provisional voting became a requirement.  There
 9  were significant changes to voter registration as to
10  what's required to become a registered voter, and that's
11  why we have these HAVA dollars for voter education.
12              SEN. DAVIS:  And that began in '06.
13  Correct?
14              MS. McGEEHAN:  Correct.
15              SEN. DAVIS:  Okay.  In '06, the Texas
16  voter registration application form changed in
17  accordance with those requirements, it's my
18  understanding, and that's when we began to collect this
19  data that requested a driver's license number or a
20  social security number.  Is that's correct?
21              MS. McGEEHAN:  That's correct.
22              SEN. DAVIS:  Okay.  So we have data, I
23  guess, only from '06, and that would -- would that only
24  be then for new registrants from '06?  If I had already
25  registered to vote prior to that, you wouldn't have that
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000798
JA_000797

TX_00000798

USA_00015679

Case 2:13-cv-00193-Document 660-10 Filed on 11/11/14 in TXSD Page 92 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 175 of 275

443

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   information from me.
 2              MS. McGEEHAN:  That's right.
 3              SEN. DAVIS:  Correct?
 4              MS. McGEEHAN:  That's right.  It was
 5   voluntary before.  So we have some TDLs and SSN numbers
 6   from -- but it wasn't required until 2006.
 7              SEN. DAVIS:  So we've been able to gather
 8   that information from that point in time for people who
 9   are newly registering to vote in the state of Texas.  Of
10   that group, how many people or what percentage of people
11   are answering one or both of those questions in response
12   to No. 8 versus signing the attestation clause in
13   Section No. 9?
14              MS. McGEEHAN:  Are you asking the number
15   of --
16              SEN. DAVIS:  Let me -- let me break it
17   down better.
18              MS. McGEEHAN:  Okay.  Okay.
19              SEN. DAVIS:  So under Question No. 8, what
20   percentage of people currently, who are requesting a
21   voter registration card, who are filling out the
22   application starting in '06 with this new form, what
23   percentage of people are providing their Texas driver's
24   license in response to the questions on the application?
25              MS. McGEEHAN:  Okay.  I don't have the
```

TX_00000799

USA_00015680

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 93 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 176 of 275

444

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  percent number, but the actual number is 2.3 million

2  since 2006.  Since January 1, 2006 through December 31,

3  2010, 2.3 million, when they registered, provided their

4  driver's license number.

5          SEN. DAVIS:  What's the total number of

6  applications in that time period?

7          MS. McGEEHAN:  And the total number -- I

8  think it's going to be just under 3 million, and I'm

9  doing math on the fly.  I might have to -- I'd prefer to

10 give that --

11         SEN. DAVIS:  Can you provide that

12 information --

13         MS. McGEEHAN:  Yes.

14         SEN. DAVIS:  -- to us?

15         MS. McGEEHAN:  Yes.

16         SEN. DAVIS:  That would be appreciated.

17         So what's the number of people who are not

18 filling out either the driver's license number or the

19 social security number in Section 8 but instead are

20 going to Section 9 and signing the attestation clause of

21 Section 9?

22         MS. McGEEHAN:  And that's the attestation

23 clause saying they have not been issued either form of

24 ID?

25         SEN. DAVIS:  (Nodded)

TX_00000800

USA_00015681

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 94 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 177 of 275

445

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              MS. McGEEHAN:  Yeah, that number is
 2   34,506.
 3              SEN. DAVIS:  Okay.  Do we have any -- any
 4   estimate of the number of people who are currently
 5   registered today?  If we've only been gathering that
 6   information since 2006, do we have any kind of an
 7   estimate of the number of people who are currently
 8   registered to vote today who do not have a driver's
 9   license number to provide?
10              MS. McGEEHAN:  Well, if we -- if we look
11   at our entire statewide file, we have 5.2 million voters
12   that did provide a driver's license number or an ID
13   number.  We have 2.1 million voters that present -- that
14   provided a social security number.  4 million of them
15   provided both.  And then the numbers that have
16   neither -- or the voters that hadn't provided either one
17   is 690,887.  So it doesn't necessarily mean that those
18   people haven't been issued, but they didn't -- either
19   they don't have those numbers or they registered before
20   it was required, and so they didn't provide them when
21   they registered if it was pre-2006.
22              SEN. DAVIS:  But the question wasn't
23   asked.  It was -- I guess as you said, you could
24   voluntarily provide that information prior to '06.
25              MS. McGEEHAN:  Well, it was asked, but it
```

TX_00000801

USA_00015682

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 95 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 178 of 275

446

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  was optional.  It was on the form.
 2                 SEN. DAVIS:  Uh-huh.  Okay.  So we really
 3  don't know how many of that group were answering the
 4  question voluntarily because they have the number versus
 5  those who were not answering it, not because they chose
 6  to, but because they did have their driver's license
 7  number?
 8                 MS. McGEEHAN:  Yes, you are correct.
 9  That's right.
10                 SEN. DAVIS:  So when we're putting
11  together an estimate of what the cost to educate our
12  voters is going to be and when we think about how
13  significant the changes are that are addressed in this
14  bill, what's your -- what's your process been to try to
15  determine how many people will be impacted and what that
16  voter education is going to need to look like?
17                 MS. McGEEHAN:  Well, we -- I mean, to be
18  very honest, we haven't done much planning yet.  We
19  prepared this fiscal note on Friday.  That would be
20  obviously a very important component is trying to
21  identify who the appropriate audiences are, who you need
22  to get the information out to.
23                 Senator Williams had approached us earlier
24  today to see if we could do some comparisons to try and
25  further focus in on who those registered voters are that
```

TX_00000802

USA_00015683

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 96 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 179 of 275

447

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    don't have -- or have not been issued a driver's license

2    or a personal ID number.  So we're trying to run some of

3    those numbers right now.

4              SEN. DAVIS:  I guess a confusion for me is

5    how we came up with the $2 million fiscal note for that

6    and yet we don't really know, as you said a moment ago

7    we don't really know how many people will be impacted by

8    it and what that statewide voter education effort is

9    going to need to look like.  So where did the $2 million

10   number come from?

11             MS. McGEEHAN:  Well, the $2 million number

12   came from the way the bill is written because the bill

13   simply says "a statewide voter education effort."  So

14   there's not too much detail in the bill as to what's

15   required.  Our assumption is that our previous voter

16   education programs might be the model, and they've been

17   around 3 million.  And plus, we also noticed that last

18   session the Senate put a $2 million fiscal note on it.

19   So we thought, well, maybe that's some representation of

20   legislative intent as to what an appropriate voter

21   education program might cost, but --

22             SEN. DAVIS:  So we've had voter education

23   efforts in the past that have cost about $3 million each

24   time we've engaged in the voter education effort.  We're

25   talking today about making some sweeping changes to

TX_00000803

USA_00015684

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 97 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 180 of 275

448

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    what's required in order to vote in the state of Texas.

2    Why is the number to educate -- on such a sweeping

3    change for what will likely be a much larger group of

4    impacted people in the state of Texas, why is that

5    number so much lower than the $3 million number that's

6    currently being spent for voter education?

7              MS. McGEEHAN:  Well, if the -- if a

8    $2 million program is added into an existing $3 million

9    program, then you've got a $5 million program.  I mean,

10   our voter education under HAVA is directed to all

11   registered voters.  And so, you know, a new voter -- a

12   new photo ID requirement would also need to be directed

13   to all registered voters because it's a change for all

14   voters.

15             SEN. DAVIS:  So we're talking about -- I'm

16   sorry to interrupt you.  We're talking a $2 million

17   addition to the $3 million that was already intended for

18   voter education in this next two-year cycle.

19             MS. McGEEHAN:  Possibly, possibly.  I

20   mean, we -- you know, we've got a communications

21   director that would have some input on that.  This

22   fiscal note represented what we thought might be a

23   reasonable fiscal note.  If we have, you know,

24   legislative direction to take it a different way or do

25   additional outreach, that's fine.  But based on the way

TX_00000804

USA_00015685

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 98 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 181 of 275

449

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   the bill was written and based on the fiscal note filed
 2   last time, we thought that was a reasonable number.
 3              SEN. DAVIS:  So let's say we spend about a
 4   total of $5 million in the next two years with our
 5   intended voter education effort that's already been
 6   planned and with an additional cost for educating on the
 7   requirements of this proposed new law.  That's about the
 8   balance of the voter education fund right now.  Is that
 9   correct?
10              MS. McGEEHAN:  Well, it's about -- we've
11   spent 9 million.  I think the balance -- yeah, the
12   balance is between 5 and 7 million.  That's correct.
13              SEN. DAVIS:  Okay.  So that will take us
14   through about what -- how long of a period of time will
15   that take us through?
16              MS. McGEEHAN:  If we used 5 million to do
17   a voter -- a general voter education plan and then
18   another 2 million to do a detailed photo -- photo
19   identification plan, that might -- that might use it up.
20              SEN. DAVIS:  And if it uses it up, what
21   will we do in future years to educate our voters about
22   these requirements?
23              MS. McGEEHAN:  Well, frankly -- I mean,
24   state law has never appropriated state funds to educate
25   voters.  So, you know, these federal funds have been
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000805
JA_000804

TX_00000805

USA_00015686

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 99 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 182 of 275
450

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1   really nice to have them to do that.  We never had that
 2   kind of funding before.  So if there's a desire to do
 3   voter education programs of this -- of this type, then
 4   we would need state appropriation.
 5              SEN. DAVIS:  So these federal funds will
 6   take us basically through a one-time voter education
 7   drive on the requirements of this new law, but it's not
 8   going to take us further than that?
 9              MS. McGEEHAN:  Not if we use it all,
10   not -- it could possibly use up the remainder of the
11   voter education funds.
12              SEN. DAVIS:  Okay.  So we've talked about
13   the voter education.  Talk to us a little bit about the
14   costs of training the poll workers and the registrars.
15              MS. McGEEHAN:  We currently have several
16   training programs for -- well, we have training programs
17   for the county election officials and then other
18   training programs for the poll workers.  We have an
19   online training program.  We have a video.  We have
20   handbooks.  So we would have to update all of those --
21   all those different formats of training.
22              SEN. DAVIS:  And what's the anticipated
23   costs for updating all those forms of training?
24              MS. McGEEHAN:  We don't usually put a
25   fiscal note when there's a change in state law and we

TX_00000806

USA_00015687

Case 2:13-cv-00193-RMC-DST-RLW Document 660-10 Filed on 11/11/14 in TXSD Page 100 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 183 of 273

451

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  have to change and update training like that because at
2  least it's always been considered that is part of our
3  mandate in election administration.  So when we get
4  appropriation under the election administration
5  umbrella, our statutory mandate is to train and assist
6  election authorities.

7            SEN. DAVIS:  And what's happened to
8  your -- your budget, not only in this current biennium
9  that we're in, but the proposed budget going forward?

10           MS. McGEEHAN:  We're still digesting that
11 as far as on the House side.  I don't know about the
12 Senate side yet.  But on the House side, I believe we
13 took about a 14.5 percent budget reduction on the
14 House -- HB 1 bill.

15           SEN. DAVIS:  So we're talking about a
16 fairly dramatic budget cut for your agency while at the
17 same time we are talking about adding some very
18 significant requirements in terms of the changes that
19 you would need to make to your training programs and
20 materials for purposes of educating election workers and
21 county administrators on the new rules that would be
22 implemented in this bill?

23           MS. McGEEHAN:  That's correct.

24           SEN. DAVIS:  And there's no fiscal note
25 currently estimated for what that cost might be?

TX_00000807

USA_00015688

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 101 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 184 of 273

452

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1    MS. McGEEHAN:  It's my understanding that

 2  when we've been asked to prepare fiscal notes for these

 3  kinds of issues, we have not added a fiscal impact for

 4  something that's already a statutory duty.  As we

 5  analyze HB 1, maybe we're going to have to revise that,

 6  but at least our standing policy was if it was a

 7  statutory duty that we're already charged to do, that we

 8  don't put an additional fiscal note on it.

 9    SEN. DAVIS:  Are you concerned that you're

10  going to find yourselves fairly flatfooted in terms of

11  not being prepared with the resources that you need, to

12  train election workers and to train county

13  administrators on the requirements of this new law

14  facing the budget cuts that you're facing without a

15  fiscal note that's going to add resources to your

16  department for purposes of carrying out these

17  requirements?

18    MS. McGEEHAN:  I think all state agencies

19  in the state have concerns about providing the services

20  they are charged to provide in light of significant

21  budget cuts.  But on the issue of training, the analysis

22  was that that was not going to cost anything additional

23  as to what we've already been appropriated.

24    SEN. DAVIS:  And do you agree with that,

25  that it's not going to cost anything additional for your

TX_00000808

USA_00015689

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 102 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 185 of 275
453

1   agency to provide the training for the significant

2   changes in the law that will be imposed if this bill is

3   passed into law?

4           MS. McGEEHAN:  Well, after every session,

5   we have to change all our materials.  And, you know,

6   maybe I can talk to our fiscal officer and maybe we'll

7   start putting in fiscal notes for these kinds of things,

8   but it has been our policy not to add a fiscal note for

9   something we're currently doing under state law and

10  funded for.

11          SEN. DAVIS:  And so the change in

12  materials is all that would occur?  If I'm an election

13  worker in the state of Texas and I'm facing some pretty

14  significant changes -- and I have to tell you I've read

15  this bill numerous times, and I'm still confused in

16  terms of what it would require of me as an election

17  worker.  Is that the only costs that we assume will be

18  incurred, is the cost of the change of the material?

19  Isn't there some training -- active training that has to

20  occur to be able to make sure that the election workers

21  and the county administrators who are tasked with

22  carrying out this new law will understand exactly what's

23  expected of them in terms of its implementation?

24          MS. McGEEHAN:  We do -- we do, I think,

25  pretty extensive training right now.  I mean, in an odd

TX_00000809

USA_00015690

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 103 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 186 of 275

454

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   numbered year, we hold four seminars, and we have very

2   good attendance from our county election officials.  So

3   I would be certain that our August county election

4   official seminar will be heavily -- if this passes will

5   heavily emphasize these new rules.

6           To go back to the federal funds, which we

7   know are limited, the grant for voter education also

8   includes election official training and poll worker

9   training.  So if there are any remaining HAVA dollars in

10  that category that we don't use on voter education, we

11  could perhaps use to additional -- to develop additional

12  training materials.

13          SEN. DAVIS:  Yes, and we talked about that

14  a moment ago, and you did state on the record that that

15  category of 5 to $7 million that's remaining is the

16  entirety of the federal resource that you have available

17  to you right now, both for voter education and for

18  training purposes.  And we've also talked about the fact

19  that the expectation and the demand on that particular

20  fund for public education is going to take the

21  significant balance that remains there.  Correct?

22          MS. McGEEHAN:  Right.  Well, just to be

23  clear, the remaining balance in the HAVA is all we have

24  for voter education, but there are some state funds -- I

25  don't think it's a lot -- but that would go towards

TX_00000810

USA_00015691

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 104 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 187 of 273

455

CONSIDERATION OF SENATE BILL 14 1/25/2011

1　updating handbooks and video and things likes that that

2　we normally produce as training materials.

3　　　　　　SEN. DAVIS:　When the Help America Vote

4　Act was implemented and in '06, as you said, that was

5　the first significant change that's been made or it's

6　the most recent significant change that's been made in

7　election laws in the state of Texas in terms of the

8　requirements of your agency and the training of your

9　agency, did the costs that your agency realize as a

10　result of the training component for HAVA increase as a

11　result of those new requirements?

12　　　　　　MS. McGEEHAN:　We -- what we did do was

13　develop an online training component.　So we used a

14　portion of the HAVA dollars to develop an online

15　training component, which was in addition to our other

16　training.　I could get -- I don't know the cost of that,

17　but I could get you the cost.

18　　　　　　SEN. DAVIS:　It would be a helpful number

19　to have.

20　　　　　　There's also a discussion in terms of the

21　fiscal note on this bill, including a coordinated voter

22　registration drive or other activities that would be

23　designed to expand voter registration.　What would the

24　costs of such a registration drive be?　It's on Page 2

25　of the fiscal note.

TX_00000811

USA_00015692

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 105 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 188 of 275

456

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    MS. McGEEHAN:  Okay.  I think that what
2  that is referring to is that at the end of Senate
3  Bill 14, there's a reference that says county voter
4  registrars can use Chapter 19 funds to defray costs in
5  conducting a voter registration drive.  But I don't see
6  anything -- and I may have missed it -- but I don't see
7  anything in Senate Bill 14 that requires a voter
8  registration drive.  I think it's -- what that section
9  in the bill is doing is trying to make clear that these
10  funds, which are -- go to county voter registrars to
11  enhance voter registration could be used to do voter
12  registration drives, but I don't see anything that
13  requires a voter registration drive in Senate Bill 14.
14    SEN. DAVIS:  What resources currently are
15  expected of our local governments in carrying out the
16  training and the public awareness programs under our
17  election code.
18    MS. McGEEHAN:  The -- there's no state law
19  requirement to do voter education by the county
20  officials.  Most of them do it as a public service
21  because they want to, but there's not a mandate under
22  state law to do that.
23    Under Senate Bill 14, there's required
24  training of poll workers on the new photo ID
25  requirements.  And I may have missed part of your

TX_00000812

USA_00015693

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 106 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 189 of 275

457

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   question.
 2                SEN. DAVIS:  And that required training is
 3   to be done at the county level.  It's expected that the
 4   county will fulfill that requirement through their own
 5   resources?
 6                MS. McGEEHAN:  Well, they are required to
 7   use the Secretary of State materials.  I think that the
 8   election code gives them discretion as to how they
 9   implement it and how they conduct their training.
10                SEN. DAVIS:  So it's foreseeable that at
11   the county level increased costs will be realized as a
12   consequence of the expectations of this bill?
13                MS. McGEEHAN:  Most counties conduct
14   training today.  So they would just be incorporating
15   another component into their training program.
16   Depending on how they handled it would impact how
17   significant the fiscal impact would be in that county.
18                SEN. DAVIS:  If I'm a voter today and I
19   want to go to the bill itself in terms of making sure I
20   understand what would be expected of me under today's
21   rules versus under the rules of the new bill, if I'm a
22   voter today and I come in to vote and I don't have my
23   voter registration card, instead I have an ID, I have a
24   state issued ID, I have a valid driver's license, and my
25   driver's license shows a different name than is
```

TX_00000813

USA_00015694

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 107 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 190 of 275

458

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   currently on the roll because I've married or I've

2   divorced, how is that situation handled today?

3                MS. McGEEHAN:  State law doesn't directly

4   address it.  So I think that as a practical matter

5   what's happening is the poll workers are making judgment

6   calls as they qualify those voters for voting.

7                SEN. DAVIS:  But they are not being given

8   guidance or rules or requirements in terms of how they

9   are to deal with that situation today?

10                MS. McGEEHAN:  No.

11                SEN. DAVIS:  It's within their discretion?

12                MS. McGEEHAN:  At this point.  I mean,

13   state law is silent on it, and our office has not issued

14   any guidance on it.  So we're hearing a lot about that

15   today.  That's definitely something we'll probably need

16   to look into, but right now there is no rule or statute

17   on that issue.

18                SEN. DAVIS:  Okay.  And today if I go to

19   vote and my identification that I use for purposes of

20   voting has a different address on it than is listed on

21   the precinct roll, I think it's the interpretation today

22   under 2004 Secretary of State opinion that I am asked

23   for my correct address, and I am to be believed if I say

24   that my address is the address that's on the precinct

25   list as opposed to what might be on my ID?

TX_00000814

USA_00015695

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 108 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 191 of 275

459

CONSIDERATION OF SENATE BILL 14 1/25/2011

1           MS. McGEEHAN:  I think that's basically

2   correct.  The purposes -- you know, showing ID today is

3   only for purposes of proving who you are.  It's not to

4   prove where you live.  So independent from the

5   requirement to show ID, either certificate or one of the

6   other authorized ID, there's a separate requirement in

7   the code where the election -- where the poll worker has

8   to ask every voter "Have you moved," so regardless of

9   what ID they show.  And if they say yes, they've moved,

10  then they have to sign a statement of residence and

11  update their information.  If they say no, they haven't,

12  they still live at the address on the list of registered

13  voters, then they are permitted to vote.

14          SEN. DAVIS:  And what is your

15  understanding of whether -- how or whether that would

16  change under the requirements of the new bill if

17  everyone now is going to come in with a state-issued ID

18  or a driver's license?  If the address on that ID does

19  not match the address that's on the voter file, how is

20  that to be handled going forward if this bill were to

21  pass into law?

22          MS. McGEEHAN:  My current understanding is

23  that that process wouldn't change, that the purpose of

24  SB 14 is, again, just to prove up ID, not prove where

25  you reside.

TX_00000815

USA_00015696

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 109 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 192 of 275
460

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. DAVIS:  And what steps would the
 2   Secretary of State's Office engage in to assure that the
 3   ID wasn't being used to establish an understanding of
 4   the voter's residency?
 5              MS. McGEEHAN:  Would definitely, I think,
 6   be included in our training materials to emphasize that.
 7              SEN. DAVIS:  Currently, is there any
 8   information that the Secretary of State's Office gathers
 9   that breaks down by category voters in the state?  And
10   when I say "by category," I mean by race, by gender, by
11   disability, by age.
12              MS. McGEEHAN:  We have some information.
13   We have -- we have age for sure.  On gender -- we have
14   some information on gender, but it's not conclusive
15   because gender is now -- it used to be a required
16   element on the voter registration application.  In 1995,
17   it was taken -- or it became optional after the National
18   Voter Registration Act.  So we have some data on gender,
19   but, again, it's not complete.
20              Regarding ethnicity, we really -- we don't
21   have any information like that because it's not
22   collected when a person applies to register to vote.
23   The only data that we do have is we do have the number
24   of voters that have an Hispanic surname.  And so we can
25   run the list of registered voters against this list of
```

TX_00000816

USA_00015697

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 110 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 193 of 275

461

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   Hispanic surnames that is provided by the census

2   department.

3           SEN. DAVIS:  I'm sure you understand that

4   one of the sensitive issues that will arise as a

5   consequence of this legislation will be a question as to

6   whether the implementation of this law creates a

7   disproportionate impact on minorities, on seniors, on

8   the disabled, on women.  How will the Secretary of

9   State's Office work to be able to answer those questions

10  when they are asked if we currently don't track that

11  data?  And is there an intention to track it going

12  forward?

13          MS. McGEEHAN:  When we changed the voter

14  registration application in '94, '95, due to the

15  National Voter Registration Act, there was a long

16  discussion regarding this issue of whether the state

17  application should request a voter's race.  The

18  determination at that time, based on feedback from all

19  the stakeholders, was not to do it because the thought

20  was that might be intimidating to a minority voter, "Why

21  are you asking, you know, what my ethnicity is?  It

22  doesn't impact whether I can register or not."

23          We can revisit that issue because in order

24  to provide data, you know, if the legislature wants data

25  like that from the Secretary of State's Office, we have

TX_00000817

USA_00015698

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 111 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 194 of 275

462

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  to have some way to collect it.  So we could revisit

2  putting that question or adding that as a question to

3  the voter registration application.  I'd be happy to

4  visit on ways where we could try and collect that, but

5  right now we would not have the tools that we would need

6  to be able to collect that data.

7              SEN. DAVIS:  It seems rather important as

8  implementation of this law advances that that

9  information be made available for the Justice Department

10 review as well as any judicial review that might occur

11 in terms of the impact of the implementation of the law.

12             I believe that's all the questions I have

13 for you.  Thank you so much.

14             MS. McGEEHAN:  Thank you.

15             CHAIRMAN DUNCAN:  The Chair recognizes

16 Senator West.

17             SEN. WEST:  Thank you very much,

18 Mr. Chairman.  Many of the questions Senator Davis has

19 already asked, but have you had a chance to look at the

20 bill as introduced?

21             MS. McGEEHAN:  Yes.

22             SEN. WEST:  Okay.  Do you happen to have

23 it there in front of you?

24             MS. McGEEHAN:  Yes, I do.

25             SEN. WEST:  Okay.  Great.  Before I get

TX_00000818

USA_00015699

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 112 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 195 of 275

463

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   into it, does this bill provide you any rulemaking
 2   authority?
 3                  MS. McGEEHAN:  No.
 4                  SEN. WEST:  Okay.  So in interpreting
 5   the -- let me back up.  Are you often called upon by
 6   county registrars to answer questions concerning issues
 7   that arise in local counties?
 8                  MS. McGEEHAN:  Yes.
 9                  SEN. WEST:  How do you normally decide
10   those questions?  Do you just look at the black and
11   white law?  Do you issue opinions?  How is that --
12   what's that process?
13                  MS. McGEEHAN:  We issue opinions in a
14   couple of different ways.  We have a toll-free number.
15   One is dedicated just for county officials.  So if it's
16   a fairly straightforward, simple question, we give a
17   quick answer over the phone.  If it's a -- if it's a
18   less involved question, we might get an email.  We'll
19   give a response via email.  If it's something that's
20   hard or we're really interpreting several different laws
21   or it's a new law and we feel like it has statewide
22   impact, we want to make sure that everyone is operating
23   under the same understanding, we'll issue an advisory.
24                  SEN. WEST:  Okay.  And so an advisory or
25   just depending upon the circumstances maybe an email
```

TX_00000819

USA_00015700

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 113 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 196 of 275

464

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1   opinion or something like that?

 2                    MS. McGEEHAN:  Well, advisories are

 3   usually a little more -- it's like the most formal that

 4   we do.

 5                    SEN. WEST:  Right.

 6                    MS. McGEEHAN:  Yeah.  Okay.

 7                    SEN. WEST:  All right.  Let me ask you to

 8   go to Page 4 of the bill.

 9                    MS. McGEEHAN:  Okay.  Can you tell me the

10   section?  Because I think I have a different format.

11                    SEN. WEST:  Okay.  It's Section 7, and

12   Section 7(c) and (d).

13                    MS. McGEEHAN:  Okay.

14                    SEN. DAVIS:  Let me know when you get

15   there.

16                    MS. McGEEHAN:  Yes.

17                    SEN. WEST:  Okay.  It's my understanding

18   that the election officer that's being referred to in

19   Section (d) is -- is the individual working at the poll.

20   Is that right?

21                    MS. McGEEHAN:  Yes.

22                    SEN. WEST:  Okay.  That person will be

23   called upon in Section (d) to determine if the voter's

24   name is on the precinct list of registered voters, and

25   the voter's identity can be verified from the

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000820
JA_000819

TX_00000820

USA_00015701

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 114 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 197 of 275
465

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1    documentation presented.  Is that correct?
2              MS. McGEEHAN:  Yes.
3              SEN. WEST:  Okay.  In advising on that,
4    will that be a strict interpretation?  Let me -- this is
5    what I mean.  I think that some of the hypotheticals
6    that were provided by Senator Davis may be illustrative
7    of what I'm asking.  My last name is West, W-e-s-t.  And
8    say that there's a typographical error where my name is
9    spelled W-e-s on the voters' roll, precinct list, and
10   then my -- but my identity I'm using my driver's license
11   and it has "t" on it.  How does a poll -- an election
12   officer in that situation resolve that problem?
13             MS. McGEEHAN:  That's a good question, and
14   I don't think the bill necessarily defines what
15   verification --
16             SEN. WEST:  I know.  Senator Fraser said
17   I'd have to ask the Secretary of State that question.
18   That's why I'm asking you that question.
19             MS. McGEEHAN:  I think -- you know, based
20   on the way the bill is written now and if we had to
21   develop training materials for the poll workers on how
22   to implement this, we would look to the best practices
23   of the states that have implemented.  I heard Indiana
24   testify earlier today that they have written some
25   guidelines.  We'd look to that and try and incorporate
```

Case 2:13-cv-00193-RMC-DST-RLW Document 660-10 Filed on 11/11/14 in TXSD Page 115 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 198 of 273

466

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    the best practices on reasonable methods to verify the

2    ID document against the list of registered voters.

3                 SEN. WEST:  Okay.  But you would agree

4    with me that in interpreting Section (c) and (d) without

5    some sort of guidance would lend itself to a great deal

6    of subjectivity; thus inconsistent application

7    throughout the state?

8                 MS. McGEEHAN:  It could, yes.

9                 SEN. WEST:  Okay.  As it relates to --

10   let's see.  What page is it on?  The next page, which

11   will be (h), it's in the same section.

12                MS. McGEEHAN:  Okay.

13                SEN. WEST:  Would you read Section (h) and

14   tell me how you interpret that as the chief

15   administrator of the election laws in the state of Texas

16   next to, needless to say, Secretary of State?

17                MS. McGEEHAN:  (h) reads, "The

18   requirements for identification prescribed by Subsection

19   (b) do not apply to a voter who: (1) presents the

20   voter's voter registration certificate on offering to

21   vote; and (2) was 70 years of age or older on January 1,

22   2012, as indicated by the date of birth on the voter's

23   voter registration certificate."

24                The way I had -- until earlier this

25   afternoon when Senator Ellis asked the question, I had

TX_00000822

USA_00015703

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  assumed that anybody that is 70 years of age or older

2  would not have to provide the photo ID.  I think the

3  wording is less than perfect.  I think that's the

4  intent, and I heard Senator Fraser, I think, answer that

5  his intent is it would apply.  You know, even if a

6  person became 70 after January 1, 2012, they could still

7  take advantage of this exception.

8         SEN. WEST:  Okay.  But would it be your

9  suggestion that we need to reword that language to make

10 certain that whether you're there or someone else -- I

11 understand that you're here and you heard the

12 discussion, but if for some reason you're not in the

13 same position you're in right now, there's going to be

14 someone else, and they won't have -- they will not have

15 had the benefit of this discussion.  So, therefore, do

16 you think it would be advisory to -- advisory to reword

17 that to make certain it's perfectly clear?

18        MS. McGEEHAN:  I think so.  If people are

19 reading it inconsistent, it would probably help it if it

20 were.

21        SEN. WEST:  Okay.  Now, a couple of other

22 questions.  As it relates to the counties, it's my

23 understanding that you -- that your agency and maybe

24 either yourself or someone working for you put together

25 the fiscal note.  Is that correct?

TX_00000823

USA_00015704

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 117 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 200 of 273

468

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              MS. McGEEHAN:  Yes.  Our agency put it --
 2   I helped.
 3              SEN. WEST:  Okay.  Did someone under your
 4   supervision contact local governments to determine the
 5   impact, the fiscal impact, that implementation of this
 6   will have?
 7              MS. McGEEHAN:  No, we did not.
 8              SEN. WEST:  That was done by someone else?
 9              MS. McGEEHAN:  I think LBB does that.  We
10   just -- we just --
11              SEN. WEST:  Provided the information?
12              MS. McGEEHAN:  Yeah.  Right.
13              SEN. WEST:  And based on your experience
14   when these types of changes -- let me back up.
15              How much experience have you had in this
16   particular area, that is, the election laws, in
17   administration of election laws?
18              MS. McGEEHAN:  I have been working in the
19   elections division for 21 years.
20              SEN. WEST:  So you've had a little
21   experience, huh?
22              MS. McGEEHAN:  Yes.
23              SEN. WEST:  Okay.  All right.  As it
24   relates to when changes are made in state law of this
25   nature, is there an impact, a fiscal impact, on local
```

TX_00000824

USA_00015705

Case 2:13-cv-00193 Document 660-10 Filed on 11/11/14 in TXSD Page 118 of 118
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 201 of 273

469

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  units of governments when they have to make changes to

2  comply with these types of changes or laws that are

3  being suggested?

4         MS. McGEEHAN:  I think it really depends

5  on what the change is.  You know, if there's a new

6  mandate for a county or if the county has to do

7  something different, then obviously there would be a

8  fiscal impact.

9         SEN. WEST:  Well, will -- and, again,

10  drawing on your expertise, will counties have to do

11  something different to implement this particular law?

12         MS. McGEEHAN:  They will have to -- they

13  are going to have to post information on their website

14  notifying the public what the new photo ID requirements

15  are.

16         SEN. WEST:  Right.

17         MS. McGEEHAN:  When they issue voter

18  registration certificates, they are going to have to

19  mail out -- which they have to mail out every two years

20  under current law.  The new certificates will have new

21  language, but -- informing voters of the voter ID

22  requirements, but that should be cost neutral because

23  they are already mailing out the voter registration

24  certificates.

25         The piece that I think might have a fiscal

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000825
JA_000824

TX_00000825

USA_00015706