CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   impact is the training.  If the counties have to change

 2   up their training procedures much or do more training

 3   because they want to make sure the word is out to all

 4   their -- that might increase their training costs.

 5              SEN. WEST:  Okay.  So there are some

 6   factors that need to be taken into consideration as to

 7   whether or not counties will be burdened with additional

 8   cost to implement this law.  Is that correct?

 9              MS. McGEEHAN:  Yes.

10              SEN. WEST:  Okay.  And would it be a fair

11   statement to say the larger the county, the more of the

12   burden -- of the financial burden -- well, that's not a

13   fair question.

14              Would it be a fair statement to say that

15   the larger the county, the larger the potential

16   financial obligation that they would have to encounter

17   in order to implement the law?

18              MS. McGEEHAN:  I think that's true, but I

19   can hear small counties say that it might be

20   proportional, you know, since their budgets are -- I

21   mean --

22              SEN. WEST:  Right.  It's all relative to

23   what your budgets are.

24              MS. McGEEHAN:  Yeah.

25              SEN. WEST:  But the fact is that that --
```

TX_00000826

USA_00015707

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  do you -- is there any -- you've read the fiscal note

 2  associated with this bill?

 3              MS. McGEEHAN:  Yes.

 4              SEN. WEST:  The $2 million that's in the

 5  fiscal note, does any of that go to the county to --

 6  counties in order to implement this legislation?

 7              MS. McGEEHAN:  No.

 8              SEN. WEST:  So any cost that is not

 9  covered by the state for counties would be -- have to be

10  borne by the counties.  Right?

11              MS. McGEEHAN:  Yes, yes.

12              SEN. WEST:  Okay.  Now, as it relates

13  to -- is there any way that the Secretary of State's

14  Office can give us -- do an analysis or get with the

15  various counties to determine exactly what the fiscal

16  impact of implementing this legislation would be?

17              MS. McGEEHAN:  We could -- we could

18  certainly solicit that information from counties and ask

19  them what -- how they see this impacting them fiscally.

20              SEN. WEST:  You could do that for each and

21  every one of the counties?

22              MS. McGEEHAN:  We can do it.

23              SEN. WEST:  Mr. Chairman, I'd like to

24  request that the Secretary of State's Office provides

25  the Senate an analysis of -- I shouldn't say an
```

TX_00000827

USA_00015708

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   analysis -- at least solicit from the various counties

 2   what the fiscal implication is going to be in order to

 3   implement this bill.

 4                  CHAIRMAN DUNCAN:  Okay.  I think, Senator,

 5   that will be an individual request from you, and then it

 6   can be distributed to all members of the Senate --

 7                  SEN. WEST:  Okay.

 8                  CHAIRMAN DUNCAN:  -- whenever it's done.

 9   You know, I doubt that that will be done by the time we

10   rise and report to the Senate.

11                  SEN. WEST:  Okay.  We can't get it

12   tonight?

13                  (Laughter)

14                  SEN. WEST:  I'm just joking with you.

15                  CHAIRMAN DUNCAN:  You won't be a very

16   popular guy if the --

17                  SEN. WEST:  I'd like --

18                  (Laughter)

19                  SEN. WEST:  I'd like to get it as soon as

20   possible, though.

21                  Let's see.  No further questions.  Thank

22   you very much.

23                  MS. McGEEHAN:  Thank you.

24                  CHAIRMAN DUNCAN:  Thank you, Senator West.

25                  Senator Gallegos?
```

TX_00000828

USA_00015709

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 4 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 205 of 275

473

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    SEN. GALLEGOS:  Let me ask you, I don't
2  know if you heard my question earlier to Senator Fraser
3  and he referred to you or the Secretary of State's
4  Office to answer it.  My concern was in the fiscal note
5  that we ranked number two in the country in population.
6  And Missouri ranks number nineteenth, and to implement
7  their voter ID program, they came up with -- they only
8  have 5.9 million people.  We have 25 million.  They came
9  up with a fiscal note of 6 million in the first year and
10  then 4 million in the second year for a total of 10
11  million second and third.  That's $10 million.  And you
12  just -- I think earlier testimony with Senator Davis,
13  you said once the 2 million runs out, that's it.  Is
14  that what you said?
15    MS. McGEEHAN:  For -- yeah, the amount of
16  money we have for voter education is limited.  So when
17  that runs out, that's all we have.
18    SEN. GALLEGOS:  I guess my concern is if
19  Missouri only has 5.9 million people, just to implement
20  their voter ID program they start with 6 million in the
21  first year and 4 million in the second and third year
22  for a total of $10 million, for just 5.9 million folks,
23  what are they -- you know, I don't -- what are they
24  doing as far as when they are reading the bill?  I heard
25  that you said you're going by the bill, and that's how

TX_00000829

USA_00015710

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 5 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 200 of 275

474

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1 | you came up with your fiscal note.  Is that correct?
 2 |            MS. McGEEHAN:  Yes.
 3 |            SEN. GALLEGOS:  Okay.  Well, then what are
 4 | they doing that we're not or, you know, how can you --
 5 | you know, for $10 million for 5.9 million people and
 6 | we're only going to spend 2 million, I mean, what's the
 7 | difference?
 8 |            MS. McGEEHAN:  I am not familiar with the
 9 | Missouri voter identification bill, and I did hear you
10 | ask that earlier today, but I've been trying to listen
11 | to all the questions.  So we can -- we can research it
12 | and see.  Some states actually provide more to their
13 | local county governments and print ballots and things
14 | like that.  I don't know if that's the situation in
15 | Missouri, but I honestly don't know the answer to that
16 | question because I don't know what the Missouri voter ID
17 | law requires.
18 |            SEN. GALLEGOS:  Well, it's a substantial
19 | more amount of money than we're looking --
20 |            MS. McGEEHAN:  Yeah.
21 |            SEN. GALLEGOS:  -- at the fiscal note that
22 | you have -- that you've given this committee on Senate
23 | Bill 14.  And I just -- it concerns me that that amount
24 | of money, if somebody is doing -- in the formula or
25 | methodology that you came up with that number -- I mean,

TX_00000830

USA_00015711

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1  is that a true number?  I mean, you know, as far as are

 2  we really doing voter education that should be done, you

 3  know, on 25 million people as opposed to what Missouri

 4  is doing with only 5.9?  I mean, it just -- I mean, that

 5  would send up a red flag to me.  Wouldn't it you?

 6              MS. McGEEHAN:  Sure.  I would like to

 7  understand those numbers because they are very

 8  different.

 9              SEN. GALLEGOS:  You know, I -- if we're

10  going to mandate to Texans, you know, and then do it --

11  do a good educational program and Missouri is spending

12  $10 million on their folks and we're only spending

13  2 million on ours, I'd like to know what the -- what the

14  difference is.  Are their people better than ours?  You

15  know, do they deserve, you know, more education?  You

16  know, I just -- you know, with the population as opposed

17  to our population, you know, I don't -- you know, I'm a

18  little concerned there.  You know, are we cutting our

19  folks short?  Are we really going to do what you're

20  telling us that you're going to do as far as educating

21  the public out there on this bill?

22              And it just concerns me that, you know, we

23  see -- and I haven't even taken a comparison of the

24  other states.  And we're number two, and Missouri is 19,

25  and they are spending 10 million bucks.  You know, that

TX_00000831

USA_00015712

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   would concern me, and I would hope it would concern any

2   of the other Senators on this floor.  Are we, you know,

3   really going to do -- in implementing this bill, are we

4   going to educate those folks out there?

5                Now, you know -- and I'd like that answer.

6   I mean, you can't answer it now, I understand, but I

7   would like an answer to that.

8                MS. McGEEHAN:  We'll get you an answer.

9                SEN. GALLEGOS:  And a comparison on what

10  really your states that have implemented voter ID, how

11  much are they paying, you know, to implement the program

12  and what they do.

13               Now, on the fiscal note, it says you're

14  going to do TV and radio and some other things.  I mean,

15  can you explain to this body the process on TV, or is it

16  going to be in different languages, or how are you going

17  to -- how are you going to split up the money?  Who gets

18  the most?  You know, I mean, it's not -- it's not

19  explained to us in the fiscal note how you're going to

20  spread the money around.  And is that going to be

21  accessible to us or how the process is going to be, or

22  how much money are you going to spend in Harris County

23  as opposed to Lubbock, Texas or wherever?

24               MS. McGEEHAN:  Yes, that would be

25  available.  And, you know, the programs that we've done

TX_00000832

USA_00015713

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 8 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 209 of 275

477

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1   previously, we have detailed records that show, you

 2   know, where the media ran, and so we would -- that would

 3   be a part of any program going future.

 4           The way -- the way it has worked thus far,

 5   the three statewide voter education programs that we

 6   have done, is we've gone out for bid for a public

 7   education firm.  And then the first thing that firm does

 8   is research, and they meet with stakeholders, and then

 9   they craft the creative proposal.  And then they turn

10   that into the actual media and do the media buys for TV,

11   radio and cycle, Internet and also print.

12           For the PSAs -- and I'm not the expert on

13   this -- but I understand that we pay for a certain

14   amount, and then we get some earned credit where TV

15   stations will run them for free.  If you pay them, you

16   know, to run it once, they'll run it three times and

17   only charge you for once, something along those lines.

18           SEN. GALLEGOS:  And is that going to be --

19   is there going to be access as far as different

20   languages in than budget?

21           MS. McGEEHAN:  Oh, yes.  We -- our current

22   programs are in English and in Spanish, and in Harris

23   County, we've had a component for Vietnamese.

24           SEN. GALLEGOS:  Okay.  Now, on Page 2 of

25   the bill under what y'all are going to do under voter --

TX_00000833

USA_00015714

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  under 31.012, Voter Identification, Senator West brought
 2  it up about -- it says here you and -- your office and
 3  the voter registrar of each county that maintains it
 4  shall provide notice of the ID requirements as
 5  prescribed by this change.
 6           Now, my concern there is, is at the county
 7  level -- you know, I think Senator West brought it up --
 8  is how much is going to be incumbent on each county, you
 9  know?  I and others here on this floor represent the
10  largest county, Harris County, and Harris County is
11  already starting to lay off, and they have a shortfall,
12  and they are laying off as we speak right now.  So, you
13  know -- and I see what it says in the bill, you know,
14  that you're going to get together with them.  I mean,
15  are they going to have the money?  Or where is the -- if
16  they don't have the money, where is the other money
17  going to come from?  Other than the 2 million you
18  already have prescribed here and any federal matches
19  that come in, where is that money going to come if those
20  counties cannot provide?
21           MS. McGEEHAN:  I think that the bill
22  presumes that counties have a website, and so this
23  requirement is that they post, you know, the information
24  about the new photo ID requirements that the Secretary
25  of State's Office will actually prescribe.  So we will
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000834
JA_000833

TX_00000834

USA_00015715

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 10 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 211 of 275
479

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   send that out to the counties, and then they'll have to
 2   post it on their website.
 3                Now, in light of the fiscal
 4   circumstances -- and Senator West has asked us to do a
 5   survey -- we'll probably get some very detailed
 6   information, you know, as far as the counties' fiscal
 7   circumstances, if they are going to have to take down
 8   their websites or, you know, where they are going to
 9   have to cut.
10                SEN. GALLEGOS:  Well, you know, with all
11   due respect, I mean, we can presume a lot of things, and
12   I could presume a lot of things, you know, just on
13   anything, but I can tell you right now -- I'm not
14   presuming -- I know that they're laying off in Harris
15   County right now.  That's not a presumption.  That's a
16   fact; that's a fact.  And they're also furloughing in
17   the City of Houston.
18                So, I mean, it just concerns me that this
19   section here that says you're going to work hand-in-hand
20   with each registrar in each county, and if those
21   counties are already going through a budget shortfall
22   like we are, then how can you presume that they're going
23   to have -- I'm just saying that this bill presumes that
24   they're going to have a website and they're going to
25   have people to handle the education.
```

TX_00000835

USA_00015716

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 212 of 193
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 212 of 275

480

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              You can't presume anything if they're
 2   laying off right now as we speak, and that's a fact.
 3   Like I said, that's not a presumption.  That concerns
 4   me.  And what I'm asking is that if that can't happen in
 5   Harris County or any other county in this state, where
 6   is the extra money?  If they don't have, obviously, the
 7   funds to provide what is prescribed under Senate Bill
 8   14, where is that money going to come from?
 9              MS. McGEEHAN:  Well, you know, Senate Bill
10   14 doesn't make an appropriation to the county, so I
11   don't know the answer to your question on that because,
12   like I said, the bill -- I think the assumption is that
13   counties have a website.  So if they're not going to
14   have a website --
15              SEN. GALLEGOS:  But the bill prescribes
16   that you will work in conjunction with the county
17   registrar.  Is that what I'm reading --
18              MS. McGEEHAN:  Yes.
19              SEN. GALLEGOS:  -- or am I reading the
20   wrong bill?
21              MS. McGEEHAN:  Maybe I'm not -- the way I
22   read that was that we would provide them the wording,
23   the language that they would put up on their website.
24              SEN. GALLEGOS:  Well, you're going to
25   provide them with that.  But what about the bodies and
```

TX_00000836

USA_00015717

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 12 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 213 of 275

481

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   any other education that's prescribed by this bill?  If
 2   they don't have the bodies -- they're laying off bodies
 3   right now.
 4                MS. McGEEHAN:  Yes.
 5                SEN. GALLEGOS:  Okay.  And you see where
 6   I'm going here?
 7                MS. McGEEHAN:  No, I understand.
 8                SEN. GALLEGOS:  And if you provided a
 9   fiscal note, you know, that we're going by and that's on
10   every website in the State of Texas, everybody that has
11   a computer, then really what I'm asking you, is this a
12   true fiscal note or is it misleading to the voters out
13   there, that it's going to cost more than what you're
14   showing here if other counties are having budget
15   shortfalls like we are?
16                MS. McGEEHAN:  Well, when we're asked to
17   submit a fiscal note to LBB, they want to know what the
18   state impact is.  So generally we don't solicit what the
19   impact is to local government.  And I'm not exactly sure
20   who within LBB does that, if that's LBB or the
21   Comptroller.  But I can tell you -- and maybe we've been
22   doing them wrong, but the way we've understood our
23   requirement in responding to a fiscal note request was
24   to state what the state impact was.  It's specifically
25   for the agent -- you know, like for our agency for the
```

TX_00000837

USA_00015718

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 13 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 214 of 275

482

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   Secretary of State's office.
 2                SEN. GALLEGOS:  Okay.  So what you're
 3   telling me is that outside of the $2 million that's in
 4   the fiscal note and that under this section that you're
 5   going to work with the registrar in each county, then we
 6   just have to roll the dice and hope that the money is
 7   there.  Is that what you're telling me?
 8                MS. McGEEHAN:  Well, I think this fiscal
 9   note that LBB did put -- does indicate that there may be
10   some county costs.  You know, they did put some numbers
11   in for Tarrant County and for Bexar County.  So, you
12   know, it's not -- I don't think it's the number you're
13   looking for.  It's not a comprehensive number, but I
14   think that the fiscal note does indicate that there may
15   be a fiscal impact on counties.
16                SEN. GALLEGOS:  There may be a fiscal
17   impact.  You don't know how much?
18                MS. McGEEHAN:  No, I don't.
19                SEN. GALLEGOS:  So what we're looking at
20   in your fiscal note is just an open-ended fiscal note.
21   Is that what you're telling me?
22                MS. McGEEHAN:  The fiscal note is really
23   showing the impact on the Secretary of State's office.
24   I can't really speak to how the portion of the fiscal
25   note that concerns impact on local government, how
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000838
JA_000837

TX_00000838

USA_00015719

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 14 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 215 of 275

483

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   LBB -- you know, what their process is.  I don't really
 2   know.
 3               SEN. GALLEGOS:  All right.  Then let me
 4   rephrase my question.
 5               MS. McGEEHAN:  Okay.
 6               SEN. GALLEGOS:  So the $2 million that
 7   you're showing is what the state is going to be
 8   impacted.  And the language that is showing you're going
 9   to work in conjunction with the counties, you know, you
10   cannot speak to that, so we really don't know.  Is that
11   what you're saying?  It could or could not be impacted
12   for a million, two million, three million, whatever the
13   number.  I don't know the numbers that you gave Bexar
14   County and Tarrant County.  I have not been privy to
15   those numbers.  But what I'm saying is, I really would
16   like to know that if my county is going to be impacted,
17   if at all, it's going to be in here, you know.  Do you
18   see what I'm saying?
19               MS. McGEEHAN:  Well, yes, I understand
20   what you're saying.  And we are going to be sending out
21   a survey to try and gather that data from all the
22   counties.
23               SEN. GALLEGOS:  You know, I don't like the
24   mandate to my county, something that this bill said that
25   they will do and then find out that they don't have the
```

TX_00000839

USA_00015720

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 15 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 216 of 275

484

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   funds to do it.  You know, to me, that's an unfunded
 2   mandate in really telling Texans that are looking at
 3   this debate on computer and that are looking at this
 4   bill online, that this $2 million fiscal note that
 5   you've provided is only an impact to the state, not the
 6   counties, not each county.  Is that correct?
 7                   MS. McGEEHAN:  That's correct.
 8                   SEN. GALLEGOS:  Okay.  Thank you very
 9   much.
10                   CHAIRMAN DUNCAN:  Thank you, Senator
11   Gallegos.
12                   Senator Van de Putte.
13                   SEN. VAN de PUTTE:  Thank you,
14   Mr. Chairman.
15                   Ms. McGeehan, you've been an excellent
16   resource witness for us, and there are just two
17   questions that I need to ask to get into the record with
18   regard to a survey.
19                   Does Texas participate in the Election
20   Administration and Voting Survey?
21                   MS. McGEEHAN:  Yes.
22                   SEN. VAN de PUTTE:  When was this survey
23   completed, the last survey was completed?  Was it after
24   the 2008 election?
25                   MS. McGEEHAN:  Yes.
```

TX_00000840

USA_00015721

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 16 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 217 of 275

485

CONSIDERATION OF SENATE BILL 14 1/25/2011

1           SEN. VAN de PUTTE:  So we have that survey
2  available?
3           MS. McGEEHAN:  Yes.
4           SEN. VAN de PUTTE:  Okay.  The question
5  that I have goes to the data on the survey that goes, I
6  think, to all -- and this is the federal commission --
7  dealing with the number of provisional ballots in the
8  State of Texas.  As far as you know, how do we rank in
9  the number of provisional ballots that are used with
10 regard to our voting population?
11          MS. McGEEHAN:  My general recollection is
12 that as far as the total number cast, we're on the lower
13 end.  But as far as the number of provisional votes,
14 meaning that not as many people cast a provisional vote
15 in Texas as in some other states, but as far as the
16 number of provisional ballots that are counted --
17          SEN. VAN de PUTTE:  Yes.
18          MS. McGEEHAN:  -- we have one of the lower
19 rates among the states as to the number of provisional
20 ballots that are counted.  It is my understanding that
21 in the state chart, that we have very high rejection
22 provisional ballot rates.  So, in other words, even
23 right now under this system that we have, that the
24 number of provisional ballots that are cast, we have
25 some of the highest rejection rates for those

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 17 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 218 of 275

486
CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   provisional ballots in all of the country.
 2              MS. McGEEHAN:  Yes.
 3              SEN. VAN de PUTTE:  At least that's what I
 4   understand from the report.
 5              MS. McGEEHAN:  That's correct.
 6              SEN. VAN de PUTTE:  Thank you.  I know
 7   that we have the datasets that were put in for 2008, and
 8   so hopefully that we will be able to get this and make
 9   sure that as we monitor the bill as it progresses and
10   the bill as it's implemented, we certainly don't need to
11   get to the bottom of the bottom of the bottom on
12   rejection of provisional ballots.
13              Thank you.
14              CHAIRMAN DUNCAN:  Thank you, Senator Van
15   de Putte.
16              Senator Fraser.
17              SEN. FRASER:  Thanks for being here today
18   and waiting all day.
19              I would like to clarify a point before you
20   sit down.  I think you're aware this morning that we had
21   entered into a record -- the Secretary of State had a
22   letter addressing the $2 million in the HAVA funds that
23   was put into the record.  Our understanding, from
24   talking to the Secretary, the way the HAVA funds work,
25   and also her relationship with the county, that she has
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 18 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 219 of 275
487

1  very broad discretion, assuming that the HAVA people

2  approve the using of this.

3          The $3 million that you're talking about

4  in voter education, it doesn't necessarily mean that

5  it's three plus two.  It's possible that there's an

6  overlap, that this two million could be folded in --

7  possibly into the three.  But that discretion goes back

8  to the Secretary and they make a determination.  Is that

9  not true?

10          MS. McGEEHAN:  That's exactly right.

11          SEN. FRASER:  The other thing that I want

12  to clarify that there is a lot of discussion about, what

13  expense might go to Houston or what expense might go to

14  Bexar.  Right now there is not clear, because I think

15  there's a lot of discussion going on of whether is that

16  Bexar expense or is that Secretary of State expense?

17          And we've got to determine what those

18  dollars are being spent on.  Can we use Secretary of

19  State dollars and HAVA funds for that?  So I think we're

20  premature of a county saying they've got "X" amount of

21  expenses, because it's possible that some of those

22  expenses flow from the Secretary of State's office, they

23  do not flow to the county, and they could handle that

24  with available people within the county and budget.  Is

25  that not correct?

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000843
JA_000842

TX_00000843

USA_00015724

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 19 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 220 of 275

488

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              MS. McGEEHAN:  That's correct.  And just
 2   an example of that, the cost that Bexar County put in
 3   the fiscal note was -- I think their assumption was that
 4   the certificate, the voter registration certificate
 5   would have to increase in size.  And I don't see
 6   anything in the bill that requires that.  And the
 7   Secretary of State prescribes the form.  So once that's
 8   explained to the county, they might withdraw that
 9   fiscal --
10              SEN. FRASER:  I want to make sure that
11   that's clear, is that some of these assumptions are
12   possibly the-sky-is-falling assumptions that this is --
13   you know, this expense is going to be put on us, and I
14   don't think that's been discussed.  And some of this, I
15   think, can be done by ruling of the Secretary of State,
16   directing them.  And there is a real good chance that a
17   lot of these expenses go away that can be absorbed
18   through the Secretary of State.  And that is correct,
19   isn't it?
20              MS. McGEEHAN:  Yes.
21              SEN. FRASER:  Okay.  I wanted to clear
22   that up.  Thank you so much.
23              CHAIRMAN DUNCAN:  The Chair recognizes
24   Senator Williams.
25              SEN. WILLIAMS:  Thank you, Mr. Chairman.
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_0000844
JA_000843

TX_00000844

USA_00015725

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 20 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 221 of 275

489

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1            Ms. McGeehan, I want to add my thanks for
 2   you hanging in here with us all day.  There's about
 3   three things that I would like to clear up with you.  I
 4   just want to understand unequivocally, HAVA funds can be
 5   spent for things like training poll workers.  Is that
 6   correct?
 7            MS. McGEEHAN:  Yes.
 8            SEN. WILLIAMS:  Okay.  Thank you.  Then
 9   are you familiar with the voter ID bill that went
10   into -- in Utah recently?  Have you taken a look at
11   that?
12            MS. McGEEHAN:  No, I have not looked at
13   that.
14            SEN. WILLIAMS:  Okay.  I just think it's
15   noteworthy, in light of Senator Van de Putte's comments,
16   because the Salt Lake County Clerk's office -- I've got
17   a news report here -- it's confirmed that there were
18   only 13 cases of voters having to pick up their
19   provisional ballots because they didn't have the proper
20   identification to vote when they put this new law into
21   effect.  So it seems like it's had a great -- again, one
22   more state where the impact has been really minimal.
23   I'm not sure why we're having these other issues, but I
24   don't think its because of this.
25            And then finally I wanted to ask you, we
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000845
JA_000844

TX_00000845

USA_00015726

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 21 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 222 of 275

490

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  had talked earlier about the project that I asked you to
2  do, to cross-reference the driver's licenses and the
3  voter registration.  How is that coming along?  I know I
4  only asked today, but I just --
5                 MS. McGEEHAN:  Yes.
6                 SEN. WILLIAMS:  -- but what is a
7  reasonable expectation for us to get that information?
8                 MS. McGEEHAN:  I would hope by the end of
9  the week.  One thing that our IT folks and our election
10  experts are trying to struggle with is like matching
11  criteria --
12                 SEN. WILLIAMS:  Right.
13                 MS. McGEEHAN:  -- you know, which we won't
14  have a TLD number, so we're working through some of
15  that.  But I would expect by the end of the week we
16  would have it, if not earlier.
17                 SEN. WILLIAMS:  Okay.  So do you need any
18  further direction from us?  For instance, if we wanted
19  to target that universe of people that we know are out
20  there and maybe make a little extra effort to make sure
21  that they understood they were going to have a new
22  requirement when they went to vote as far as getting a
23  photo ID, if they didn't already have one -- and we've
24  identified who they are -- if we gave legislative intent
25  as a part of the bill tomorrow, would that be sufficient

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000846
JA_000845

TX_00000846

USA_00015727

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 22 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 223 of 275

491

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   for you-all and the Secretary of State's office to take
2   that direction and know that that's something that we
3   wanted to have done in your training plans and voter
4   education plans?
5               MS. McGEEHAN:  Yes.  I think if there were
6   a statement of legislative intent, we would certainly
7   follow that.
8               SEN. WILLIAMS:  That would be sufficient.
9   Okay.  Thank you very much.  Appreciate your help.
10              CHAIRMAN DUNCAN:  All right.  Members, are
11  there any other questions of Ms. McGeehan?
12              Okay.  The Chair hears none.  Thank you,
13  Ms. McGeehan.
14              The Chair calls David Maxwell, Deputy
15  Director of Law Enforcement, Texas Attorney General's
16  Office.
17              Mr. Maxwell, would you approach and state
18  your name and who you represent, and then we'll open it
19  up for questions.
20              TESTIMONY BY DAVID MAXWELL
21              MR. MAXWELL:  I have a written statement
22  that I would like to put into the record, sir.
23              CHAIRMAN DUNCAN:  Well, we haven't been
24  doing that.
25              MR. MAXWELL:  Okay.

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_0000847
JA_000846

TX_00000847

USA_00015728

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 23 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 224 of 275

492

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1            CHAIRMAN DUNCAN:  If you would just go
 2   ahead and --
 3            SEN. WEST:  Mr. Chairman?
 4            CHAIRMAN DUNCAN:  We'll see.  There is a
 5   proper way to get that in.  And if --
 6            MR. MAXWELL:  My name is David Maxwell.
 7   I'm a resource witness.
 8            CHAIRMAN DUNCAN:  Would you state your
 9   name and who you represent.
10            SEN. WEST:  Mr. Chairman?
11            CHAIRMAN DUNCAN:  Just let him state his
12   name, and then I'll take your inquiry.
13            Mr. Maxwell.
14            MR. MAXWELL:  My name is David Maxwell.
15   I'm the Deputy Director of Law Enforcement for the Texas
16   Attorney General's office.
17            CHAIRMAN DUNCAN:  All right.  Senator
18   West, for what purpose?
19            SEN. WEST:  Mr. Chairman, I would like to
20   introduce an exhibit.  I think it's Exhibit 10.
21            CHAIRMAN DUNCAN:  Oh, okay.  Exhibit 10.
22   Do we have Exhibit 10 up here?  Do you have copies ready
23   for distribution?
24            SEN. WEST:  Yes, I think you have the
25   exhibit up there.  And, members, what Exhibit 10 is, is
```

TX_00000848

USA_00015729

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   a letter from the members of the Congressional
 2   delegation:  Sheila Jackson Lee, Eddie Bernice Johnson,
 3   Charlie Gonzalez, Lloyd Doggett, Gene Green, Rubén
 4   Hinojosa, Sylvestre Reyes and Al Green, asking that
 5   we -- opposing Senate Bill 14 and stating the reasons
 6   why they oppose Senate Bill 14.
 7                 So I would introduce that into the record.
 8                 CHAIRMAN DUNCAN:  Members, any objections?
 9                 The Chair hears none.  It will be received
10   in the record.
11                 (Exhibit No. 10 marked and admitted)
12                 CHAIRMAN DUNCAN:  Okay.  Are there any
13   questions for Mr. Maxwell?
14                 All right.
15                 The Chair hears none.
16                 (Off-the-record discussion)
17                 CHAIRMAN DUNCAN:  All right.  Are there
18   any questions of Mr. Maxwell?
19                 (Brief pause)
20                 CHAIRMAN DUNCAN:  All right.  The Chair
21   hears none.
22                 Thank you, Mr. Maxwell.  Appreciate you.
23
24
25
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_0000849
JA_000848

TX_00000849

USA_00015730

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1                     PUBLIC TESTIMONY
2               CHAIRMAN DUNCAN:  Okay.  We are now ready
3    to go into the public witness phase of the hearing
4    today.  According to our pre-set procedure, I'll call
5    the names of the first five witnesses and they will be
6    brought down to the Senate floor, and then we'll call
7    them in their order.
8               First is John Patrick, Anita Pruitt,
9    Jessica Gomez, Terri Burke, and Clifford Gay.
10              (Brief pause)
11              SEN. VAN de PUTTE:  Mr. Chairman?
12              CHAIRMAN DUNCAN:  Yes.
13              SEN. VAN de PUTTE:  Inquiry, Mr. Chairman.
14   I have a statement here from one of our constituents
15   representing the Southwest Voter Registration Education
16   Project to put into the record.  What appropriate time
17   would you accept this or would it be appropriate to put
18   this into the record?  This is someone who wants to put
19   something into the record but is not here to testify.
20              CHAIRMAN DUNCAN:  It can go in at your
21   request as a part of the record.  But it's not a sworn
22   statement.  Is that correct?
23              SEN. VAN de PUTTE:  That's correct.
24              CHAIRMAN DUNCAN:  I think the process that
25   we discussed earlier on was that any senator could put
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000850
JA_000849

TX_00000850

USA_00015731

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 26 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 227 of 275

495

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   anything in the record that was -- you know --
 2                  SEN. VAN de PUTTE:  Mr. Chairman, may I be
 3   allowed to enter into the record the statement prepared
 4   and presented by Lydia Camarillo, Southwest Voter
 5   Registration Education Project Vice President?
 6                  CHAIRMAN DUNCAN:  As exhibit what?  Number
 7   what?  Be number 11?
 8                  SEN. VAN de PUTTE:  No. 11.
 9                  CHAIRMAN DUNCAN:  Is there any objection?
10                  The Chair hears none.  It will be
11   received.
12                  (Exhibit No. 11 marked and admitted)
13                  CHAIRMAN DUNCAN:  Okay.  And while our
14   first five public witnesses will be approaching, let me
15   go ahead and announce the names of the next five
16   witnesses.
17                  Catherine Engelbrecht, Carol Kitson,
18   Placido Salazar, Roman Pena and Rosa Rosales.
19                  Okay.  If you'll approach.  The first
20   witness that we have is -- I don't have those cards --
21   here we go -- witnesses and panel of -- you will have
22   three minutes.  You'll get a -- I guess a 30-second
23   warning, is a yellow light, that it comes on.  We will
24   not interrupt you.  And then after you're finished, then
25   the members may ask you questions.
```

TX_00000851

USA_00015732

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 27 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 228 of 275
496

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              All right.  Go ahead and approach the
 2   bench, Mr. Patrick.  State your name and who you
 3   represent.
 4              TESTIMONY BY JOHN PATRICK
 5              MR. PATRICK:  My name is John Patrick.
 6   I'm the Secretary-Treasurer of the Texas AFL-CIO.
 7              Members of the Senate, Mr. Chairman, as an
 8   officer of the Texas AFL-CIO, I talk to workers we
 9   represent around the state.  Those employees include
10   refinery workers, teachers, plumbers, nurses,
11   steelworkers, theatrical workers, correctional officers,
12   firefighters, flight attendants, state workers, rubber
13   workers and countless other trades and professions.
14   From my experience at this point in time, three issues
15   concern our Texas union members above all others.
16   First, jobs; second, jobs; third, jobs.  Quite frankly,
17   from my perspective and from the perspective of the
18   AFL-CIO, jobs should be the emergency issue before this
19   legislative session, not the voter ID bill.
20              Senate Bill 14 will be the first bill
21   considered by a committee in the Texas Senate during
22   this legislative session.  The Governor has designated
23   this bill as an emergency item.  Unfortunately, I'm not
24   aware of any mention of the word "jobs" or "employment"
25   in Senate Bill 14.  Senate Bill 14 would no longer allow
```

TX_00000852

USA_00015733

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   someone to vote with a voter registration certificate
 2   alone but would require an official photo ID.  The
 3   stated reason for the issue is alleged voter fraud.
 4              Thousands of education employees around
 5   this state, as well as state employees and other local
 6   government employees, are concerned about budget cuts
 7   being considered by this state legislature.  Those
 8   individuals would prefer that this body consider
 9   legislation that addresses our budgetary concerns rather
10   than debating voters' photos.
11              Thousands of private sector employees are
12   also concerned about jobs, as well they should be.
13   Rather than obsessing about voters' photos, they would
14   probably prefer that you consider legislation that
15   establishes a preference for state and local governments
16   to buy American products and services.
17              CHAIRMAN DUNCAN:  Thank you, Mr. Patrick.
18   Your time has expired.
19              Members, are there any questions of the
20   witness?
21              All right.  The Chair hears none.
22              We appreciate your appearance.
23              The Chair calls Anita Pruitt -- or
24   "Privitt."
25              Ms. Pruitt.
```

TX_00000853

USA_00015734

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              TESTIMONY BY ANITA PRUITT
 2              MS. PRUITT:  I'm Anita Pruitt.  I
 3   represent the League of Women Voters of Texas.
 4              For the 90-plus years since women gained
 5   the right to vote nationally, LWV has educated and
 6   agitated for active, informed participation of all
 7   citizens in government.  No form of participation is
 8   more important than voting.  We oppose any requirement
 9   that imposes needless difficulties on voters or tends to
10   discourage legitimate voters from going to the polls and
11   casting a ballot.
12              Texas voters know that identification is
13   already required.  To close what is characterized as a
14   potential loophole for fraud, SB 14 would restrict
15   acceptable identification a voter must present to a
16   limited list of photo IDs and provide for criminal
17   penalties.  The real voting problem in Texas is not
18   potential voter impersonation but low voter turnout.
19   Texas was 46th among the states in turnout of the voter-
20   eligible population for 2008 and 50th for the 2010
21   general election.  No state had a lower turnout.
22              In each election cycle, League of Women
23   Voters fields hundreds of questions from voters around
24   the state.  These questions show that Texas voters are
25   often confused about requirements and discouraged from
```

TX_00000854

USA_00015735

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 30 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 231 of 275

499

CONSIDERATION OF SENATE BILL 14 1/25/2011

1 voting when they don't understand the process. SB 14

2 would add uncertainties for voters and for election

3 workers. The bill would make it more difficult for many

4 legitimate voters to cast a ballot and tend to

5 discourage many more legitimate voters from even going

6 to the polls.

7 Student voters would be among those

8 adversely affected. Many students registered to vote in

9 Texas or eligible to register to vote under Texas law

10 might not have any of the voter IDs specified for SB 14.

11 Those who register to vote where they attend school may

12 fear that they will be turned away at the polls because

13 their documents don't match.

14 In a few years we will celebrate the 50th

15 anniversary of landmark civil rights legislation. Now

16 we wonder how it could be so hard to have gotten that

17 legislation passed. I'm wondering now, if we pass this

18 legislation in Texas, how future generations will look

19 back at us. Will they wonder why we did this or was it

20 a legitimate thing that we did?

21 The League of Women Voters of Texas

22 believes that this legislation is a backwards step, and

23 we ask you to oppose it.

24 CHAIRMAN DUNCAN: Thank you, Ms. Pruitt.

25 Are there any questions of Ms. Pruitt?

TX_00000855

USA_00015736

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 31 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 232 of 275

500

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              All right.  The Chair hears none.
 2              We appreciate your appearance here today.
 3              The Chair calls Jessica Gomez.
 4              Please state your name and who you
 5  represent.
 6              TESTIMONY BY JESSICA GOMEZ
 7              MS. GOMEZ:  Thank you, Mr. Chairman.  My
 8  name is Jessica Gomez, and I'm here as a voting rights
 9  specialist with Advocacy Incorporated, the protection
10  and advocacy system for people with disabilities in the
11  State of Texas.
12              I'm here today testifying in opposition on
13  behalf of Advocacy Incorporated, as well as the
14  Disability Policy Consortium, because of the large and
15  onerous burdens Senate Bill 14 would place on the number
16  of Texans with disabilities that do not have the photo
17  identification required by this bill.
18              An estimated 10 percent of people with
19  disabilities do not have photo identification.  In
20  Texas, that equals 257,800 voting age persons with
21  disabilities who do not have the photo identification
22  required by this bill.  People with disabilities are
23  less likely to have photo ID because many do not drive
24  and rely on others to assist them with activities such
25  as banking, that requires photo ID.
```

TX_00000856

USA_00015737

Case 2:13-cv-00193-Document 660-11 Filed on 11/11/14 in TXSD Page 32 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 233 of 275

501

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1          I will not go through all of the burdens
 2  upon people with disabilities to obtain an ID, since my
 3  colleague, Chase Bearden, already outlined those for
 4  you.  But I did want to urge all of you to consider an
 5  exemption for people with disabilities in the State of
 6  Texas who do not have an ID.

 7          And this bill will likely pass, in light
 8  of the burdens that it places on people with
 9  disabilities.  I would urge you all to consider
10  throughout this session other ways that you might ease
11  the voting process for people with disabilities.  For
12  instance, a permanent mail-in ballot application,
13  enforcement of the National Voter Registration Act which
14  requires all state agencies, not just the Department of
15  Public Safety, to offer voter registration
16  opportunities, and expansion of the number of people a
17  person can assist in filing a late ballot on the basis
18  of a disability.

19          I stand ready to assist all of your
20  offices in thinking about the ways that this bill might
21  impact people with disabilities and ways that it can be
22  revised to benefit them.

23          Thank you.

24          CHAIRMAN DUNCAN:  Thank you, Ms. Gomez.

25          Are there any questions for the witness?

TX_00000857

USA_00015738

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 233 of 193
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 234 of 275

502

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   All right.  The Chair hears none.
 2               We appreciate your appearance here today.
 3               Oh, I'm sorry, Senator Zaffirini.  I
 4   didn't see it.
 5               QUESTIONS FROM SENATE FLOOR
 6               SEN. ZAFFIRINI:  That's all right.  Thank
 7   you, Mr. Chairman.
 8               Thank you so much for your testimony.  Did
 9   you hear Mr. Bearden's testimony earlier?
10               MS. GOMEZ:  Yes, ma'am, I did.
11               SEN. ZAFFIRINI:  And you heard my question
12   when I asked him if he had specific amendments for this
13   particular bill that would help us cure it and make it
14   more positive, have a positive impact on persons with
15   disabilities who want to vote?
16               MS. GOMEZ:  Yes, I did.
17               SEN. ZAFFIRINI:  Do you have additional
18   suggestions or only the suggestions that you just
19   articulated?
20               MS. GOMEZ:  Well, those are suggestions
21   that would be in addition to this bill.  These would be
22   separate bills filed by senators.  In terms of an
23   exemption or an amendment for this bill, I would suggest
24   an affidavit that people with disabilities could sign
25   that would provide criminal penalties if they were to
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000858
JA_000857

TX_00000858

USA_00015739

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 34 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 235 of 275

503

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1  lie on that affidavit.

 2          To further secure that process, you could

 3  also require a fingerprint so that if that person did

 4  vote fraudulently and then another person, the real

 5  voter came in, you could run the fingerprints and

 6  prosecute the original voter.

 7          I would not support any amendments that

 8  would require verification of the disability status,

 9  because that would just again place another burden on

10  people with disabilities to prove their status in order

11  to vote.

12          SEN. ZAFFIRINI:  It would also add an

13  expense, wouldn't it?

14          MS. GOMEZ:  Sorry?

15          SEN. ZAFFIRINI:  It would also add an

16  expense?

17          MS. GOMEZ:  Absolutely.  And for many of

18  the reasons that Mr. Bearden outlined in his testimony,

19  because of the expenses of traveling and obtaining the

20  necessary documentation.

21          SEN. ZAFFIRINI:  Well, how do you respond

22  to the person who will say, well, persons with

23  disabilities don't have to drive or get a ride to a

24  driver's license office or to DPS in particular, the

25  agency itself, to get a voter -- I mean, a photo ID,

TX_00000859

USA_00015740

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 35 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 236 of 275

504

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   they can simply register on-line?  How do you respond to
 2   that suggestion?
 3             MS. GOMEZ:  I don't believe that there is
 4   a process to make that readily available.  And, in
 5   addition, there is such a high number of people with low
 6   income who have disabilities that many of them might not
 7   have access to computer or the Internet that would be
 8   required to do that on-line.
 9             SEN. ZAFFIRINI:  So you would worry about
10   a digital divide for persons with disabilities?
11             MS. GOMEZ:  Absolutely.
12             SEN. ZAFFIRINI:  Okay.  Thank you very
13   much.
14             MS. GOMEZ:  Thank you.
15             CHAIRMAN DUNCAN:  Thank you, Senator
16   Zaffirini.
17             Are there any other questions of
18   Ms. Gomez?
19             The Chair hears none.
20             Thank you very much.
21             The Chair calls Terri Burke.
22               TESTIMONY BY TERRI BURKE
23             MS. BURKE:  Good evening, senators.  I'm
24   Terri Burke.  I'm the Executive Director of the ACLU of
25   Texas.
```

TX_00000860

USA_00015741

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 36 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207-1 Filed 06/20/12 Page 237 of 275

505

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1              I'm here to talk about SB 14 in the
 2   context of provisional ballots.  But I want to be
 3   certain you know that we believe that Texas is overdue
 4   for an overhaul of its election law, and we would
 5   certainly support a comprehensive look at that.
 6              More than two years ago, Attorney General
 7   Abbott pledged to root out what he called an epidemic of
 8   voter fraud in Texas.  He established a special unit in
 9   his office.  He tapped $1.4 million in federal crime-
10   fighting grant money and dispatched legislators --
11   "legislators" -- yes, maybe that, too -- investigators.
12   In '08, the last time we heard about this, General
13   Abbott had prosecuted 26 cases, all involving blacks or
14   Hispanics.  All were committed by absentee ballot, not
15   in-person voting.  So how would photo voter ID have
16   addressed those lives?  SB 14 is still as it was in '09.
17   It is still a solution in search of a problem.
18              Provisional ballots are one of the
19   legislative priorities of the ACLU of Texas this
20   session.  We believe that these ballots were developed
21   to give the opportunities to voters to cast a
22   provisional ballot.  They were envisioned as fail-safe
23   voting protection for the voter to remedy faulty voter
24   lists.  What we're discovered in researching those in
25   Texas is that we have an extremely high rate of ballot

TX_00000861

USA_00015742

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 37 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 238 of 275
506

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1  rejections.  The average rate of rejection nationally is
 2  20 percent; yet, in Texas, it's nearly 80 percent of the
 3  provisional ballots cast, as least in the '08 election.
 4  In other words, 42,000 Texas voters who cast provisional
 5  ballots in 2008 saw most of those were not accepted.
 6  9,400 were counted.
 7              If passed, SB 14 will no doubt increase
 8  the number of provisional ballots that are cast at the
 9  polls and also will increase the number of votes that
10  are rejected, due to new identification requirements.
11  This bill would cost more Texas voters their legitimate
12  right to vote.  32,000 Texas voters were rejected in
13  2008.  That so many were rejected is a threat to our
14  representative democracy.  Texas ranked, as you've
15  heard, 50th in registered voter turnout for 2010.  We
16  cannot continue placing undue burdens on eligible voters
17  and keep a healthy democracy.
18              Thank you for your attention and thank you
19  for what you're doing for the State of Texas.
20              CHAIRMAN DUNCAN:  Thank you, Ms. Burke.
21              Are there any questions for Ms. Burke?
22              Okay.  The Chair hears none.  We
23  appreciate your appearance here today.
24              All right.  The next group of persons who
25  will need to be called into the chamber are Alfredo

TX_00000862

USA_00015743

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 38 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 239 of 275

507

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    Esparza, Marcelo Tafoya, Barbara Baxter, Hector M.

2    Flores and Sergio Castillo.

3                All right.  Our next witness is Catherine

4    Engelbrecht.

5                Ms. Engelbrecht, state your name and who

6    you represent.

7            TESTIMONY BY CATHERINE ENGELBRECHT

8                MS. ENGELBRECHT:  Hi.  My name is

9    Catherine Engelbrecht.  I'm with King Street Patriots

10   and True the Vote.  Thank you-all, senators, for the

11   privilege of being able to speak with you this evening.

12               I stand before you today to testify in

13   support of Senate Bill 14.  I'm President of King Street

14   Patriots, and I said earlier True the Vote, two

15   non-profit groups, both based out of Houston.  King

16   Street Patriots is a volunteer organization of concerned

17   citizens, and True the Vote is a citizen-led initiative

18   to protect the right to vote and the integrity of the

19   election process.

20               True the Vote volunteers work to educate

21   citizens and train other citizen volunteers to be poll

22   workers and poll watchers for their party, candidate or

23   issue.  Now, the reason that that is important is

24   because in the last election cycle, we put out trained

25   volunteers over 1,000 volunteers.  And through the

TX_00000863

USA_00015744

 1  course of the election cycle, they turned back in over

 2  700 what we call incident reports.  Those incident

 3  reports categorically were indications of election laws

 4  being broken.  But many of the abuses stemmed from the

 5  lax and ambiguous forms of identification currently

 6  accepted at our polls.

 7            These types of abuses would have been

 8  mitigated had we had benefit of legislation like SB 14.

 9  We witnessed numerous instances in which voters were in

10  possession of more than one registration card.  For

11  example, a voter came in with a registration card and

12  turned it over to the election judge, who looked at the

13  poll book and said, "Oh, I'm sorry.  You're already

14  voted."  And he reached into his other pocket and said,

15  "Oh, well, how about this card?"

16            "That's a good card.  You can vote that

17  one."

18            Another instance where a woman came in to

19  vote and was told she had already voted.  And she said,

20  "Well, that's not the case.  I haven't."  And she looked

21  at the poll book and there was staring back at her a

22  signature that she did not recognize.

23            Without photo identification, there is no

24  way to verify that a person is who they say they are, if

25  they are that person on the registration card, a utility

TX_00000864

USA_00015745

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 40 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 241 of 275
509

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   bill or the check.  These examples are clearly

 2   violations of election code law, but there is no

 3   realtime recourse for a poll worker.  Poll workers are

 4   obliged to allow these individuals to vote, to cast a

 5   regular ballot, because the system does not prevent it.

 6            Without photo identification, the evidence

 7   of impropriety is limited only to a signature

 8   comparison, which is typically considered insufficient

 9   to warrant any further review.  And so when we often

10   ask, "Well, where are the prosecutions?" it's because

11   more often than not, they end with the signature

12   comparisons, and that's all we have.

13            So as these scenes play out in polling

14   places across our communities over and over again,

15   election cycle after election cycle, the message

16   communicated to both poll workers and to voters is:  The

17   rules don't really matter.  And if the rules don't

18   really matter, then how do we know that our election

19   results are right?  We are on a very slippery slope.

20   And the surest way to regain our footing is to restore

21   common sense to our election code.

22            CHAIRMAN DUNCAN:  Thank you,

23   Ms. Engelbrecht.

24            MS. ENGELBRECHT:  Thank you so much.

25            CHAIRMAN DUNCAN:  Senator Williams, do you
```

TX_00000865

USA_00015746

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 41 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 242 of 275

510

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   have a question?
 2                   QUESTIONS FROM SENATE FLOOR
 3                   SEN. WILLIAMS:  No.  I just wanted to
 4   thank her for being here and for all the effort that her
 5   group put into the last election cycle.  I really
 6   appreciate what you guys are doing.
 7                   MS. ENGELBRECHT:  Thank you.
 8                   CHAIRMAN DUNCAN:  Thank you.
 9                   Any other questions?
10                   Senator Patrick.
11                   SEN. PATRICK:  Yes.  Thank you,
12   Mr. Chairman.
13                   Catherine, thank you.  Senator Williams
14   said you did what so many people really wanted to have
15   done, and that was to put eyes on the election.  You
16   trained poll workers.  They stood there -- poll
17   watchers -- they identified; they reported.  You-all
18   stood up as citizens, fair and unbiased, and we
19   appreciate your work and your effort.
20                   I met you just about a year ago, and you
21   were just a citizen, just a mom who, with your husband,
22   own your own business, that said, "I want to make a
23   difference," and I appreciate you and all the work that
24   those unheralded volunteers did.  Thank you very much.
25                   MS. ENGELBRECHT:  Thank you.  Thanks to
```

TX_00000866

USA_00015747

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 42 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 243 of 275

511

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  all of you.

2              CHAIRMAN DUNCAN:  Hold on a minute.  We've

3  got another questions.

4              Senator Van de Putte, did you have a

5  question?

6              SEN. VAN de PUTTE:  I sure did.  Thank

7  you, Mr. Chairman.

8              Thank you very much for coming and

9  especially for waiting so long.  But I wanted to

10  understand, because I'm from Bexar County and not from

11  Harris County where --

12              MS. ENGELBRECHT:  Sure.

13              SEN. VAN de PUTTE:  -- we love the people

14  to be involved.  But on the reports that we had from --

15  at least from the press, the group that you represent,

16  the King Street Patriots, it was an article about voter

17  intimidation.  And so I wanted to ask you, were the

18  districts, were the voting polling places that your

19  group believed were having the numerous amount of fraud,

20  where you were accusing several places of having voter

21  intimidation, mainly occur in minority district that

22  have been directed at Latinos and African- Americans, as

23  reported in the press?

24              MS. ENGELBRECHT:  That is all

25  unequivocally incorrect.

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000867
JA_000866

TX_00000867

USA_00015748

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. VAN de PUTTE:  And so there --
 2              MS. ENGELBRECHT:  May I?  I'll explain
 3   very quickly.  When we started the early election,
 4   within just a few hours of the polls opening, we were
 5   informed that a conference call, a press conference call
 6   had been called by the Texas Democrat party, already
 7   charging that there were 14 counts of voter
 8   intimidation, with no backing whatsoever.  Well, the
 9   press ran with that, and it was all over the place.
10              The county attorney later said -- and,
11   unfortunately, that didn't make it out to the press --
12   that there was, in fact, no voter intimidation.  And our
13   efforts were equally served over all 37 of the early
14   election polling places, so we did not single out any
15   community.
16              SEN. VAN de PUTTE:  So this was at all --
17   you had groups at all of the early voting places, it
18   wasn't just in the places that had minority, mainly
19   Latino or African-American?
20              MS. ENGELBRECHT:  That's correct.  We
21   had --
22              SEN. VAN de PUTTE:  Thank you for the
23   clarification.
24              MS. ENGELBRECHT:  Thank you.
25              CHAIRMAN DUNCAN:  Thank you, Senator Van
```

TX_00000868

USA_00015749

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 44 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 245 of 275

513

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   de Putte.
 2                Are there any other questions of the
 3   witness?
 4                All right.  Ms. Engelbrecht, thank you for
 5   your testimony today.
 6                The Chair calls Carol Kitson.
 7                Ms. Kitson, please state your name and who
 8   you represent.
 9                TESTIMONY BY CAROL KITSON
10                MS. KITSON:  My name is Carol Kitson, and
11   I basically represent myself and, quite frankly, my
12   daughter.
13                This past November election, I was
14   appointed as an alternate judge in Harris County
15   precinct.  And we had the presiding judge, two clerks.
16   We did have two poll watchers at that location, and a
17   translator.
18                In the late afternoon, the presiding
19   judge's husband, who was acting as election clerk and
20   responsible for giving each voter a numerical code, to
21   allow activation of a voting machine, commented to the
22   poll watcher that the voter he had just given this code
23   to had voted earlier in the day at our location.  The
24   poll watcher agreed with this.
25                And I, too, had noted this same particular
```

TX_00000869

USA_00015750

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 45 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 246 of 275
514

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  gentleman, because he had some very distinguishing

2  characteristics.  He had a very distinctive scar and

3  limited use of one arm.  I remembered seeing him earlier

4  in the day as a voter.  Of course, I don't remember what

5  name or what voter card he used.  And because we could

6  not possibly identify him -- we're not allowed to ask

7  for a photo ID -- he was able to vote for a second time.

8            This man was recognizable, but most people

9  would not be.  We would have no way of knowing during a

10 busy election how many people were coming back through.

11 It's absolutely impossible.

12            Requiring all voters to present a photo ID

13 would prevent individuals from voting more than once.

14 This is important because even a few votes per precinct

15 passed fraudulent can affect the outcome in an election.

16 In Falls County where there's 9,392 registered voters,

17 they had a 42 percent turnout.  In the Governor's race,

18 the difference was only 86 votes.

19            In Val Verde County, where they have

20 27,801 registered voters, they had a 26 percent turnout,

21 and the difference was only 377 votes.

22            And in Bexar County, a very large county,

23 registered voters of 905,859, they have 622 precincts,

24 and they had a 34 percent turnout.  The difference was

25 1,671 votes between the two candidates for Governor.

TX_00000870

USA_00015751

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 46 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 247 of 275

515

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   That's less than three votes per precinct.
 2              Each fraudulent votes cast diminishes all
 3   of the valid votes cast.  Every legal voter in Texas
 4   deserves to know that his or her vote was counted
 5   correctly, and we need to know that the winner of our
 6   elections is truly the winner and not elected because
 7   some voters used illegal means to get their candidate
 8   elected.  We owe this to ourselves and to the future
 9   generations of Texans.
10              Thank you very much for letting me be here
11   today.
12              CHAIRMAN DUNCAN:  Thank you, Ms. Kitson.
13              Are there any questions for Ms. Kitson?
14              All right.  The Chair hears none.
15              You're excused.  Thank you very much.
16              The Chair calls Placido Salazar.
17              Thank you, Mr. Salazar.  You have three
18   minutes.  State your name and who you represent, please.
19              TESTIMONY BY PLACIDO SALAZAR
20              MR. SALAZAR:  Yes, sir.  Good evening,
21   first of all, to all of you and thank you for serving
22   our state.  My name is Placido Salazar.  I'm a Vietnam
23   veteran, 20-year man, and I'm the Civil Rights chair for
24   the Dr. Hector P. Garcia American GI Forum Organization
25   of Texas.
```

TX_00000871

USA_00015752

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 47 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 248 of 275
516

CONSIDERATION OF SENATE BILL 14 1/25/2011

1       And I would like to say that this whole

2   thing about voter ID as well as other measures currently

3   trying to be pushed through the state and federal

4   legislation is xenaphobia at its worst, fearing that

5   immigrants will vote.  And I'm also a present chair in

6   Universal City, and we have enough trouble getting even

7   the registered U.S. citizen voters to the polls.  Last

8   election, out of a city of almost 20,000, and mostly

9   veterans who you would think would appreciate the

10  privilege to vote, like myself, we had 60 Democrats and

11  75 Republicans, and we are worried about illegal

12  immigrants coming to vote.  That's ludicrous.

13      The Dr. Hector P. Garcia American GI Forum

14  Organization of Texas, let it be known for the record

15  that we are totally opposed to the artificial emergency

16  grandstanding by Governor Rick Perry regarding the

17  non-issue of the Texas voter ID and other conveniently

18  selected self-promoting legislation.  This senseless and

19  costly voter ID legislation will not just affect

20  Hispanics but also students, seniors and others who are

21  unable to get around; people living in nursing homes,

22  for example.

23      This is nowhere nearly as important nor

24  affecting every citizen of our Great State of Texas as

25  the ballooning budget deficit of up to $27 billion and

TX_00000872

USA_00015753

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 48 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 249 of 275

517

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1  the ridiculous cuts in education funding, especially
 2  when Texas is almost at the bottom of other states in
 3  the education ratings and cannot afford to fire any
 4  teachers.  Our teachers invested too much time and money
 5  to fulfill their dreams of teaching our children.  Stop
 6  playing politics with our students' and our teachers'
 7  lives and funding.  Governor Perry, you were elected to
 8  be governor of Texas.  Be a sensible, responsible
 9  governor of Texas.

10          Some schools in Texas have a drop-out rate
11  of 70 percent; yet, our governor is running around the
12  country promoting his book, Fed Up.  Rick Perry, we are
13  fed up with the shameful number of student drop-out.  He
14  can't even take care of business in Texas; yet, he wants
15  to promote himself to Washington D.C.?  Give me a break!
16  We already had enough of that nonsense with your
17  predecessor.  He left Texas' financial situation in
18  shambles, then he really fixed our wagon in D.C.

19          Too many of our Hispanic-American troops
20  gave their lives and too many MIAs may never come home,
21  fighting for the democracy and the freedom, or so-called
22  freedom, of other peoples in other countries around the
23  world for this great veterans organization, the AGIF, to
24  allow Rick Perry or any other political leader to
25  trample over our civil rights.

TX_00000873

USA_00015754

Case 2:13-cv-00193  Document 660-11  Filed on 11/11/14 in TXSD  Page 49 of 103
Case 1:12-cv-00128-RMC-DST-RLW  Document 207  Filed 06/20/12  Page 250 of 275

518

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              CHAIRMAN DUNCAN:  Mr. Salazar, your time
 2   has expired.  I'll give you a little bit --
 3              MR. SALAZAR:  Get rid of this legislation.
 4   Thank you.
 5              CHAIRMAN DUNCAN:  Thank you for your
 6   testimony and for your wait here today.  Wait A minute.
 7   There may be some questions.  I don't know.
 8              Are there any questions of the witness?
 9              All right.  The Chair hears none.
10              Thanks again for your appearance and your
11   testimony.
12              MR. SALAZAR:  Thank you, sir.
13              CHAIRMAN DUNCAN:  The Chair recognizes
14   "Riman" Pena.
15              Roman.  Okay.  It looks like an "i" to me.
16              State your name correctly, please, and who
17   you represent.
18                  TESTIMONY BY ROMAN PENA
19              MR. PENA:  Mr. Speaker, thank you for your
20   kindness.
21              Senator Uresti -- my senator -- Senator
22   Van de Putte and senators and ladies and gentlemen, good
23   afternoon -- well, it's good night now.
24              My name is Roman Pena, also known as Vic
25   Pena.  And I am here today -- rather tonight --
```

TX_00000874

USA_00015755

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1   representing LULAC and the American GI Forum, who was
 2   born of LULAC to represent soldiers returning from World
 3   War II and wars thereafter.
 4          As Vice Commander of the American GI
 5   Forum, C.P. Garcia Chapter, and Texas LULAC Veterans
 6   Affairs Chairperson, I'm very saddened as I sit here
 7   listening to the author of this bill, Senator Fraser,
 8   responding to your questions that he knows nothing of
 9   how this new law will impact voters in Texas.  Many
10   years ago, then Senator Navarro wrote Sam Houston about
11   the Know Nothing party, and it wasn't nice.
12          Mr. Speaker, what is the real reason
13   behind this legislation?  To disenfranchise voters?
14   Which voters?  Fifty years ago, my generation -- and
15   some of you included -- had a vision to make Texas and
16   the United States of America a better place to live and
17   be happy and share the American dream.  And, my fellow
18   Texans, we succeeded, because we walked in the valley of
19   darkness and feared no evil, for great men and women
20   like yourselves said, "Enough is enough," ya basta!
21          Today some members of your generation are
22   trying to return Texas back to those dark ages.  I beg
23   of you to defeat this mean-spirited legislation, let not
24   the flesh overcome the spirit for it is said that the
25   fulfillment of the prophecy is at hand.

TX_00000875

USA_00015756

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 51 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 252 of 275

520

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                Thank you, and have a good day.  And tear
 2   down this bill, Mr. Speaker.
 3                CHAIRMAN DUNCAN:  Well, thank you,
 4   Mr. Pena.
 5                Sen. Van de Putte, do you have a question?
 6                CONDOLENCES FROM SENATE FLOOR
 7                SEN. VAN de PUTTE:  Just for the witness.
 8                Mr. Pena, we understand that you have just
 9   experienced a personal loss.
10                MS. PINZUR:  Yes, I sure have.
11                SEN. VAN de PUTTE:  So on behalf of the
12   Texas Senate, let me offer condolences on the death of
13   your wife, and so recently, and your patriotism and
14   belief in your government to come and testify when you
15   yourself had such a personal loss so quickly.  Please
16   note our condolences on the passing of your beautiful
17   wife.
18                MR. PENA:  I accept your condolences,
19   Senator.
20                Thank you very much.  Is there any
21   questions?
22                CHAIRMAN DUNCAN:  Any more questions?
23                The Chair hears none.
24                Thank you, Mr. Pena.  Appreciate it.  And
25   sorry for your loss.
```

TX_00000876

USA_00015757

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 52 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 253 of 275

521

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1              MR. PENA:  Thank you.

2              CHAIRMAN DUNCAN:  The Chair calls Rosa

3   Rosales, National Alliance for Education and Equity, and

4   LULAC.

5              State your name, please, and who you

6   represent.

7              TESTIMONY BY ROSA ROSALES

8              MS. ROSALES:  Honorable senators, ladies

9   and gentlemen, my name is Rosa Rosales.  I'm here today

10  representing the National Alliance for Education and

11  Equity -- and Equality -- and, of course, as an

12  immediate past national president of the League of

13  United Latin American Citizens, the oldest and the,

14  largest Latino organization in the nation that was

15  founded to eradicate discrimination of any shape and

16  form.

17              I am here today to voice strong opposition

18  to SB 14, voter ID.  At a time when the State of Texas

19  is having to deal with a $27 billion deficit and,

20  therefore, having big cuts in social services, health

21  care, education -- and higher education, this voter

22  education bill should not be a priority.  This is not a

23  quality-of-life legislation for the State of Texas for

24  all of us.

25              As a matter of fact, the bill will
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_0000877
JA_000876

TX_00000877

USA_00015758

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 53 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 254 of 275

522

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1  actually create unnecessary barriers for the elderly,
 2  minorities and the working poor.  Texas has a history of
 3  voter discrimination, as you have heard it here by many
 4  that have testified.  If the law is enacted, it would
 5  primarily affect minorities and the elderly.  The bill
 6  would actually regress the State of Texas to the days of
 7  the poll tax.  Voters, especially the working poor and
 8  the elderly and women, will return -- or not return to
 9  the county department, the voter registration county, to
10  provide the required identification within six days to
11  cure the provisional vote and the problem that we've had
12  with provisional votes here in the State of Texas.  Most
13  of them, a very high percentage, are rejected to begin
14  with.

15           The implementation of this bill will cause
16  the State of Texas a substantial amount of money.  It's
17  been estimated $2 -- $2 million.  That money could
18  actually be put to a better use, to address the
19  immediate needs of the State of Texas where every single
20  dollar is put into education.  You know, higher
21  education, health care, nursing homes, social services,
22  instead of a voter ID bill, especially the State of
23  Texas, I have been told, is in the last place of all the
24  states in the United States when it comes to education.
25  What a shame.

TX_00000878

USA_00015759

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 54 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 255 of 275

523

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              Finally, this SB 14, voter ID, is most
 2  likely to violate Section 5 and Section 2 of the Federal
 3  Voting Rights Act.  LULAC is ready and prepared to take
 4  any action, whether it be legal action tomorrow, if it
 5  does violate the Voting Rights Act.
 6              Thank you so much.
 7              CHAIRMAN DUNCAN:  Thank you very much.
 8              Are there any questions for Ms. Rosales?
 9              The Chair hears none.
10              Thank you for your testimony.
11              All right.  We're ready for our next
12  panel.  But before that, let me announce the last group.
13  Amalia Martinez, Fidel Acevedo, Ray Rodgers, Gordon
14  Quan, Rachel Delgado and Sandra Crenshaw.
15              Okay.  The Chair calls Alfredo Esparza
16  with LULAC.
17              State your name and who you represent,
18  please.
19              TESTIMONY BY ALFREDO ESPARZA
20              MR. ESPARZA:  My is Alfredo Esparza.  I'm
21  for LULAC, District 15, San Antonio, Texas.  I'm on
22  behalf of senior citizens in Bexar County, which I
23  represent.
24              And the reason that I'm here today, I
25  think this SB 14 is a bill that's very bad for senior
```

TX_00000879

USA_00015760

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 55 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 256 of 275

524
CONSIDERATION OF SENATE BILL 14 1/25/2011

1  citizens. And the reason, can you imagine if your
2  mother is 70 or 80 years old, trying to go and get an
3  ID? Are you going to take her or your son or your
4  daughter or his grandson? I don't believe so, because I
5  work with seniors citizens every day. And you know
6  what? It's a hardship just to go to get their needs and
7  their groceries or their medications.

8          And we come in as LULAC to help our senior
9  citizens. Now, just think, there is a hardship for
10 senior citizens to go and get a new ID just to vote. A
11 lot of senior citizens vote, but this bill will make it
12 a real hardship problem to senior citizens, especially
13 those that are on disability or SSI. It's hard for them
14 to get around.

15         After you pass 60 or 65 like me, you think
16 about where you're going and where you need to be. And
17 I don't know about you, but I know as a fact that here
18 in Texas, it's not proper for bills like this to pass,
19 and that's why I'm here to testify about it.

20         Thank you very much.
21         CHAIRMAN DUNCAN: Thank you, Mr. Esparza.
22         Are there any questions for Mr. Esparza?
23         The Chair hears none.
24         Thank you for your testimony today.
25         The Chair calls Marcelo Tafoya.

TX_00000880

USA_00015761

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 56 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 257 of 275

525

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              Mr. Tafoya, please state your name and who
 2   you represent.
 3              TESTIMONY BY MARCELO TAFOYA
 4              MR. TAFOYA:  My name is Marcelo Tafoya.
 5   Good afternoon.  I am the District 12 director for
 6   LULAC, the League of United Latin American Citizens.  I
 7   also represent the CCC, the Coalition of Community
 8   Concerns.  And the biggest concern we have is
 9   discrimination, especially in voting.
10              A couple of years ago, I was pleased to
11   join some gentlemen that came down from the Justice
12   Department looking into voter fraud and voter
13   discrimination.  They found no voter fraud, but they
14   found six cases of voter discrimination against the
15   Hispanic community.  In cases where an Hispanic
16   individual came up, and they gave them 45 minutes,
17   because they had nobody there, to interpret for them on
18   the voting process.  A lady sat there for 45 minutes in
19   a wheelchair waiting for somebody to come down from the
20   county.
21              This is only one.  There were several
22   others that were turned away because they said that they
23   had broken in front of the line.  You know, I don't
24   understand a lot of the issues that was brought up at
25   the time, but it just happened to be a Spanish when all
```

TX_00000881

USA_00015762

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   these things were occurring.
 2              Now, as far as being handicapped, I find
 3   an issue with cost.  Okay?  I'm on a fixed income.  I'm
 4   pretty fortunate that I have my driver's license for a
 5   long time ago so I get it through the mail.  Okay?  I
 6   don't have to go take a test anymore.  Maybe later on,
 7   they find out that I testified, they will probably call
 8   me in to go take a test, check my eyes, do the whole
 9   process.  Right?  But I don't care.  I'm willing to do
10   that or whatever it takes to defeat a bill that is
11   unnecessary.  Why do you have to try to fix something
12   that is working?
13              No. 2, why do you take this bill on today
14   when our children are failing in school?  Look, I'm
15   worried about my grandchildren, my great-grandchildren
16   that are not getting educated, that we're lacking the
17   money that it takes to educate our children properly.
18   Why don't you take something up like that instead of
19   worrying about somebody getting you elected again in
20   this process?  So please defeat this bill, let's get
21   busy with the rule, let's get some money into the
22   caucus.  Let's don't be spending it uselessly, spending
23   it for no reason whatsoever and start putting it where
24   it belongs, the education of our children and the
25   welfare of our community.
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000882
JA_000881

TX_00000882

USA_00015763

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 58 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 259 of 275

527

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              I want to thank y'all very much.  God
 2  love!
 3              CHAIRMAN DUNCAN:  Thank you, Mr. Tafoya.
 4  Hold on just a second.
 5              Are there any questions for Mr. Tafoya?
 6              All right.  The Chair hears none.
 7              Thank you for your testimony.
 8              The Chair calls Hector M. Flores.
 9  Mr. Flores, please state your name and who you
10  represent.
11              TESTIMONY BY HECTOR M. FLORES
12              MR. FLORES:  Governor, Mr. Chairman,
13  members of the Senate, my name is Hector Flores.  I'm
14  from Duncanville, Texas, and I'm here to represent the
15  Texas League of United Latin American Citizens known as
16  LULAC, and I'm here to give opposition to this bill.
17              With a budget shortfall and many other
18  issues confronting Texas during these hard economic
19  times, we cannot understand why voter ID is such an
20  urgent matter for the Texas Legislature.  LULAC has
21  voted unanimously to oppose this bill, and we ask you
22  also to protect the voting rights of all citizens of
23  Texas but also ask you to protect the voting rights of
24  the Latino voters, as mandated by Section 5 and Section
25  2 of the Voting Rights Act.
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000883
JA_000882

TX_00000883

USA_00015764

Case 2:13-cv-00193  Document 660-11  Filed on 11/11/14 in TXSD  Page 59 of 103
Case 1:12-cv-00128-RMC-DST-RLW  Document 207  Filed 06/20/12  Page 260 of 275

528

CONSIDERATION OF SENATE BILL 14 1/25/2011

 1          Specifically, LULAC argues against the
 2   passage of any voter identification bill until such time
 3   as Texas can guarantee zero tolerance of voter
 4   discrimination and implement all protection of the Civil
 5   Rights Act as ordered by the Supreme Court.  Given the
 6   history of Texas, this will be a long time in coming.
 7          In 2005, 2006 and 2007, the Voting Rights
 8   sections of the Department of Justice filed 10 separate
 9   lawsuits against Texas.  All 10 suits were for
10   discrimination against Mexican-Americans, and one of the
11   suits involved discrimination against Mexican-Americans
12   and African-Americans combined.
13          There was also a separate lawsuit in
14   Harris County for discrimination against Vietnamese-
15   Americans.  All suits were successful against Texas, and
16   Texas entered into consent -- agreements to correct
17   discriminations.
18          During the same period, several suits were
19   brought by LULAC and MALDEF against Texas and also
20   against several government entities, in particular in my
21   hometown of Dallas, in Farmers Branch and in Irving,
22   Texas.  And, obviously, in LULAC vs. Perry, the Supreme
23   Court found that Texas purposely discriminated against
24   Mexican-Americans in Congressional District 23 in
25   San Antonio where I come from.

TX_00000884

USA_00015765

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1            I have five pages, but I will only try to
 2  synopsize.  In light of the fact that the proposed bill
 3  brought forward by the Texas Legisl- -- the Senate, it's
 4  likely to violate both Sections 5 and Section 2 of the
 5  Federal Voting Rights Act.  LULAC urges you not to adopt
 6  the proposed bill as is.
 7            And, as you know, LULAC has participated
 8  in over 400 court-ordered elections in Texas since
 9  adoption of the Voting Rights Act, and we will
10  vigorously challenge any voter ID bill.  We're also, as
11  has been mentioned earlier, ready to pursue an objection
12  before the Voting Rights section of the Department of
13  Justice, if necessary.  But we hope that there are many
14  options that you can take, but the first one you can
15  take is not to support this bill.
16            I thank you very much for listening to me
17  tonight, and I hope you will do the right thing.
18            CHAIRMAN DUNCAN:  Senator Gallegos, do you
19  have a question?
20            QUESTIONS FROM SENATE FLOOR
21            SEN. GALLEGOS:  Yes.
22            Mr. Flores, let me ask -- and then I heard
23  you when you testified in Dallas and you were on the
24  redistricting hearing, and you were knowledgeable about
25  voting rights and all that.  I heard your testimony
```

TX_00000885

USA_00015766

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 61 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 262 of 275

530
CONSIDERATION OF SENATE BILL 14 1/25/2011

1  today.  I was wondering, were you in the chamber when
2  Prof. Tijerina testified?
3              MR. FLORES:  Absolutely.
4              SEN. GALLEGOS:  You heard his testimony?
5              MR. FLORES:  Yes, I did.
6              SEN. GALLEGOS:  Okay.  Let me ask you,
7  hearing his testimony and the history of discrimination
8  against Mexican-Americans as far as voting here in the
9  State of Texas, do you agree with his testimony?
10             MR. FLORES:  Yes, I do.  In fact, the
11  first time that I voted, I had to go get a poll tax to
12  vote, when I turned of age.  And so I had to decide
13  whether I was going to go to the movies that weekend or
14  go vote.  And so, you know, it's a way to keep people
15  from voting, in my opinion.  And, of course, that's one
16  of the reasons we did away with the poll tax in Texas.
17             SEN. GALLEGOS:  So in your opinion, the
18  incidents that Prof. Tijerina pointed out in his
19  testimony -- and you've heard all of them; you heard all
20  of them -- that it leads up to discrimination that is
21  part of the history of the State of Texas to present.
22  How would you compare that to Senate Bill 14 that's on
23  the floor today?
24             MR. FLORES:  Well, I'm not only expert on
25  the bill, but I understand that there's still much

TX_00000886

USA_00015767

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 62 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 263 of 275

531

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  desired to be done to fix this bill so perhaps it might

2  comply into the future.  Obviously, this is going to be

3  just an obstacle for the elderly, for handicapped

4  people, but also for minorities who may not have an ID

5  to begin with.  And I would venture to say that both my

6  grandmothers -- and I'm a fifth generation Tejano --

7  both of my grandmothers didn't go around with their ID.

8  And, you know, this is going to be a problem and it's

9  going to keep people from voting.  I don't think it's

10  the right way to go for Texas.

11          SEN. GALLEGOS:  Mr. Flores, thank you for

12  coming to testify.  Thank you.

13          MR. FLORES:  Thank you, Senator.

14          CHAIRMAN DUNCAN:  Senator West, for what

15  purpose?

16          SEN. WEST:  Just one question.

17          Hector, how you doing?

18          MR. FLORES:  I got up at 4:30 this

19  morning.  They sequestered me over there.  They told me

20  I might be here till 8 o'clock in the morning like the

21  last time.  I said, "Absolutely not.  I got to go work

22  in the morning."

23          SEN. WEST:  Well, thank you very much for

24  coming down.  I really do appreciate it.

25          MR. FLORES:  My pleasure.

TX_00000887

USA_00015768

Case 2:13-cv-00193-RMC-DST-RLW Document 660-11 Filed on 11/11/14 in TXSD Page 63 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 264 of 275

532

CONSIDERATION OF SENATE BILL 14 1/25/2011

1                SEN. WEST:  You know, during the earlier

2  conversation that I was having with Senator Fraser, he

3  was saying that people in our district are supportive of

4  this voter ID bill.  Now, you've lived in that district

5  for as long as I have.

6                MR. FLORES:  Thirty-eight years.

7                SEN. WEST:  In fact, we kind of live

8  pretty much around the corner from one another?

9                MR. FLORES:  Yes, sir.

10               SEN. WEST:  And you have worked in that

11  district as an activist for years.  Is that correct?

12               MR. FLORES:  Yes, sir.

13               SEN. WEST:  So you have opportunities to

14  talk to people in the district.  Is it a fair

15  statement -- is that a fair statement that was made by

16  my friend, Senator Fraser, that the bulk of people in

17  the 23rd senatorial district favor this voter ID bill?

18               MR. FLORES:  I don't think so.

19               SEN. WEST:  Okay.  Thank you very much.

20               MR. FLORES:  Thank you, sir.

21               Mr. Chairman.

22               CHAIRMAN DUNCAN:  Thank you for your

23  testimony.

24               Are there any other questions of the

25  witness?

TX_00000888
JA_000887

TX_00000888

USA_00015769

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 64 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 265 of 275

533

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                    All right.  The Chair hears none.

 2                    Appreciate your testimony today.

 3                    MR. FLORES:  Thank you very much.

 4                    CHAIRMAN DUNCAN:  Fidel Acevedo.

 5                     TESTIMONY BY FIDEL ACEVEDO

 6                    MR. ACEVEDO:  Thank you, Mr. Speaker,

 7    senators.  My name is Fidel Acevedo, and I'm here to

 8    testify on Senate Bill 14.  It seems like a long way

 9    from the last time we had to do this, but we have to do

10    it all over again.  It seems like history repeats

11    itself.  We can't just get away from it right away.  We

12    just have to keep right on doing it until we do the

13    right thing.

14                    I think the GOP has the right idea about

15    doing some things repeatedly.  Certainly this senate

16    bill is not one of them.  I have to tell the senate

17    chamber here today that I have to excuse myself from --

18    refrain from using some harsh language that's coming

19    from San Antonio District 14, the Fighting 14, and my

20    senator, they're listening to me, I have to be

21    respectful to each and every one of you.

22                    However, it does merit saying that this

23    bill, as the gentleman testified earlier as an expert,

24    it is discriminatory to say the least.  It will continue

25    the tradition here in the State of Texas of doing just
```

TX_00000889

USA_00015770

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 65 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 266 of 275

534

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   that.  "Some way, somehow, we're going to keep

2   Mexican-Americans from voting."  It is not like if, over

3   there in Horseshoe Bay, that the Mexicans are just

4   getting ready to go over there and remove Senator

5   Fraser.  Huh?  I don't think so.  That's not going to

6   happen.

7              But as I slow down just a little bit, just

8   to think of what tremendous work you guys do, let's put

9   the priorities right.  I have to tell you -- and I must

10  say this -- that our priorities are wrong here in the

11  chamber right now.  Education, education, jobs, jobs,

12  the economy.  The photo ID can wait if we must have to

13  go that route.  But it's jobs, education for our

14  children.  That is the priority.

15             I think maybe somebody had heartburn and

16  the Governor had to say, "We have to have an emergency

17  session for this particular one," or maybe perhaps the

18  Lt. Governor had to follow up and say, "Hey, look!  This

19  is a valid emergency.  We ought to put it in the

20  priority first time out, first thing out, have to come

21  out of the chute is this bill."

22             Please help defeat this bill.  I know

23  that's an impossibility, but at least it's -- I'm an

24  optimist, and I hope that you guys can do the right

25  thing.  Thank you.

TX_00000890

USA_00015771

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 66 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 267 of 275

535

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              CHAIRMAN DUNCAN:  Thank you.

 2              Are there any questions for the witness?

 3              All right.  The Chair hears none.

 4              We appreciate your appearance here today.

 5              MR. ACEVEDO:  Thank you.

 6              CHAIRMAN DUNCAN:  Members, we have some

 7   cards of some persons who registered that they would

 8   like to testify but did not respond to the call, but

 9   I'll read their names once again.  Ray Rodgers, Gordon

10   Quan, Rachel Delgado, Sandra Crenshaw, Clifford Gay,

11   Barbara Baxter, Sergio Castillo, Amalia Martinez of

12   Austin, Texas, LULAC 12.

13              The doorkeeper will check once again.

14   These cards will be placed in the record, that they have

15   appeared and they have registered their position.

16              Is there anyone else who would wish to

17   testify on, for or against Senate Bill 14?

18              All right.  The Chair hears none.

19              Senator West?

20              SEN. WEST:  Mr. Chairman, I would like to

21   put in Exhibit No. 13, which is the League of United

22   Latin American Citizens' objections and arguments

23   against the voter identification bill.

24              CHAIRMAN DUNCAN:  What's the exhibit

25   number?
```

TX_00000891

USA_00015772

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                    SEN. WEST:  Twelve.

 2                    CHAIRMAN DUNCAN:  Twelve.  Exhibit 12.  Is

 3   there any objection?

 4                    Exhibit 12 will be received.

 5                    (Exhibit No. 12 marked and admitted)

 6                    CHAIRMAN DUNCAN:  There being no public

 7   testimony coming forward -- or no additional public

 8   testimony coming forward, the public testimony is

 9   closed.

10                    Senator Fraser, you're recognized for a

11   motion.

12                    MOTION BY SENATOR FRASER

13                    SEN. FRASER:  Mr. President, I would now

14   move that Senate Bill 14 be reported to the Senate, with

15   a recommendation that it do pass and be printed.

16                    CHAIRMAN DUNCAN:  The Secretary will call

17   the roll.

18                ROLL CALL FOR VOTE ON SENATE BILL 14

19                    SECRETARY SPAW:  Birdwell?

20                    SEN. BIRDWELL:  (Indicated "yea" vote)

21                    SECRETARY SPAW:  Carona?

22                    SEN. CARONA:  (Indicated "yea" vote)

23                    SECRETARY SPAW:  Davis?

24                    SEN. DAVIS:  (Indicated "nay" vote)

25                    SECRETARY SPAW:  Deuell?
```

TX_00000892

USA_00015773

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 68 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 269 of 275

537

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1              SEN. DEUELL:  (Indicated "yea" vote)

2              SECRETARY SPAW:  Duncan?

3              CHAIRMAN DUNCAN:  (Indicated "yea" vote)

4              SECRETARY SPAW:  Ellis?

5              SEN. ELLIS:  (Indicated "nay" vote)

6              SECRETARY SPAW:  Eltife?

7              SEN. ELTIFE:  (Indicated "yea" vote)

8              SECRETARY SPAW:  Estes?

9              SEN. ESTES:  (Indicated "yea" vote)

10             SECRETARY SPAW:  Fraser?

11             SEN. FRASER:  (Indicated "yea" vote)

12             SECRETARY SPAW:  Gallegos?

13             SEN. GALLEGOS:  (Indicated "nay" vote)

14             SECRETARY SPAW:  Harris?

15             SEN. HARRIS:  (Indicated "yea" vote)

16             SECRETARY SPAW:  Hegar?

17             SEN. HEGAR:  (Indicated "yea" vote)

18             SECRETARY SPAW:  Hinojosa?

19             SEN. HINOJOSA:  (Indicated "nay" vote)

20             SECRETARY SPAW:  Huffman?

21             SEN. HUFFMAN:  (Indicated "yea" vote)

22             SECRETARY SPAW:  Jackson?

23             SEN. JACKSON:  (Indicated "yea" vote)

24             SECRETARY SPAW:  Lucio?

25             SEN. LUCIO:  (Indicated "nay" vote)
```

TX_00000893

USA_00015774

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 69 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 270 of 275

538

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    SECRETARY SPAW:  Nelson?

2    SEN. NELSON:  (Indicated "yea" vote)

3    SECRETARY SPAW:  Nichols?

4    SEN. NICHOLS:  (Indicated "yea" vote)

5    SECRETARY SPAW:  Ogden?

6    SEN. OGDEN:  (Indicated "yea" vote)

7    SECRETARY SPAW:  Patrick?

8    SEN. PATRICK:  (Indicated "yea" vote)

9    SECRETARY SPAW:  Rodriguez?

10   SEN. RODRIGUEZ:  (Indicated "nay" vote)

11   SECRETARY SPAW:  Seliger?

12   SEN. SELIGER:  (Indicated "yea" vote)

13   SECRETARY SPAW:  Shapiro?

14   SEN. SHAPIRO:  (Indicated "yea" vote)

15   SECRETARY SPAW:  Uresti?

16   SEN. URESTI:  (Indicated "nay" vote)

17   SECRETARY SPAW:  Van de Putte?

18   SEN. VAN de PUTTE:  (Indicated "nay" vote)

19   SECRETARY SPAW:  Watson?

20   SEN. WATSON:  (Indicated "nay" vote)

21   SECRETARY SPAW:  West?

22   SEN. WEST:  (Indicated "nay" vote)

23   SECRETARY SPAW:  Whitmire?

24   SEN. WHITMIRE:  (Indicated "nay" vote)

25   SECRETARY SPAW:  Williams?

TX_00000894

USA_00015775

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                    SEN. WILLIAMS:  (Indicated "yea" vote)
 2                    SECRETARY SPAW:  Zaffirini?
 3                    SEN. ZAFFIRINI:  (Indicated "nay" vote)
 4                    SECRETARY SPAW:  Wentworth?
 5                    SEN. WENTWORTH:  (Indicated "yea" vote)
 6                    SECRETARY SPAW:  West?
 7                    SEN. WEST:  (Indicated "nay" vote)
 8                    SECRETARY SPAW:  Whitmire?
 9                    SEN. WHITMIRE:  (Indicated "nay" vote)
10                    SECRETARY SPAW:  Williams?
11                    SEN. WILLIAMS:  (Indicated "yea" vote)
12                    SECRETARY SPAW:  Zaffirini?
13                    SEN. ZAFFIRINI:  (Indicated "nay" vote)
14                    SECRETARY SPAW:  Governor Dewhurst?
15                    PRESIDENT DEWHURST:  (Indicated "yea"
16  vote)
17                    CHAIRMAN DUNCAN:  There being 20 ayes, 12
18  nays, Senate Bill 14 will be favorably reported to the
19  Senate, with the recommendation that it do pass and be
20  printed.
21                    The Chair recognizes Senator Wentworth for
22  a motion.
23                    SEN. WENTWORTH:  Mr. President, I move
24  that the Committee of the Whole Senate rise and
25  report -- Mr. Chairman, I should say.
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00000895
JA_000894

TX_00000895

USA_00015776

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 71 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 272 of 275

540

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                  CHAIRMAN DUNCAN:  Is there any objection
 2  to the motion?
 3                  The Chair hears none.  It's so ordered.
 4                  PRESIDENT DEWHURST:  Good job.  Thank you.
 5                  (Conclusion of hearing before Committee Of
 6  the Whole at 9:19 p.m.)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00000896
JA_000895

TX_00000896

USA_00015777

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 72 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 273 of 275

541

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1                 C E R T I F I C A T E

2    STATE OF TEXAS      )

3    COUNTY OF TRAVIS    )

4              WE, Kim Pence, Aloma J. Kennedy and Lorrie

5    A. Schnoor, Certified Shorthand Reporters in and for the

6    State of Texas, do hereby certify that the above-

7    mentioned matter occurred as hereinbefore set out.

8              WE FURTHER CERTIFY THAT the proceedings of

9    such were reported by us or under our supervision, later

10   reduced to typewritten form under our supervision and

11   control and that the foregoing pages are a full, true

12   and correct transcription of the original notes.

13             IN WITNESS WHEREOF, WE have hereunto set

14   our hand and seal this 7th day of February 2011.

15

16

17

18                          _____
                            Kim Pence
                            Certified Shorthand Reporter
19                          CSR No. 4595 - Expires 12/31/11

20                          Firm Registration No. 276
                            Kennedy Reporting Service, Inc.
21                          8140 North Mo-Pac Expressway
                            Suite II-120
22                          Austin, Texas 78759

23

24

25
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233

Case 2:13-cv-00193 Document 660-11 Filed on 11/11/14 in TXSD Page 73 of 103
Case 1:12-cv-00128-RMC-DST-RLW Document 207 Filed 06/20/12 Page 274 of 275

542

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1

 2

 3

 4                        _____
                          Aloma J. Kennedy
 5                        Certified Shorthand Reporter
                          CSR No. 494 - Expires 12/31/12
 6
                          Firm Registration No. 276
 7                        Kennedy Reporting Service, Inc.
                          8140 North Mo-Pac Expressway
 8                        Suite II-120
                          Austin, Texas 78759
 9

10

11

12

13
                          _____
14                        Lorrie A. Schnoor
                          Certified Shorthand Reporter
15                        CSR No. 4642 - Expires 12/31/11

16                        Firm Registration No. 276
                          Kennedy Reporting Service, Inc.
17                        8140 North Mo-Pac Expressway
                          Suite II-120
18                        Austin, Texas 78759

19

20

21

22

23

24

25
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233

0020
```
 1            TRANSCRIPT OF PROCEEDINGS BEFORE
 2            THE SENATE OF THE STATE OF TEXAS
 3              EIGHTY-SECOND LEGISLATURE
 4            (COMMITTEE OF THE WHOLE SENATE)
 5                    AUSTIN, TEXAS
 6
 7
   IN RE:          Â§
 8                 Â§
   CONSIDERATION OF       Â§
 9 SENATE BILL 14        Â§
10
11
12
13            COMMITTEE OF THE WHOLE SENATE
14              TUESDAY, JANUARY 25, 2011
15
16
17            BE IT REMEMBERED THAT AT 8:05 a.m., on
18 Tuesday, the 25th day of January 2011, the above-
19 entitled matter continued at the Texas State Capitol,
20 Senate Chamber, Austin, Texas, before the Committee of
21 the Whole Senate.  The following proceedings were
22 reported by Aloma J. Kennedy, Lorrie A. Schnoor and Kim
23 Pence, Certified Shorthand Reporters.
24
25 VOLUME 2               PAGES 20 - 542
```
0021
```
 1          P R O C E E D I N G S
 2            TUESDAY, JANUARY 25, 2011
 3                (8:05 a.m.)
 4            CHAIRMAN DUNCAN:  The Committee of the
 5 Whole will come to order.
 6      OPENING INSTRUCTIONS BY CHAIRMAN DUNCAN
 7            CHAIRMAN DUNCAN:  Members, we talked
 8 yesterday a little bit about the process, and I thought
 9 I would go through that once again so that we'll all
10 kind of know what the plan is.
11            First of all, I intend to recognize
12 Senator Fraser in just a moment to lay out the specifics
13 of Senate Bill 14.  And then after he lays the bill out,
14 then members will be recognized for questions of the
15 author or co-authors.  Then after that is finished, then
16 our invited testimony will begin.  It's the Chair's
17 intent to place a 10-minute limit on invited testimony.
18 And then there will be no questions to interrupt the
19 invited testimony as they're laying out their positions
20 or their testimony.  Then once they're finished, members
21 will be recognized for questions.
22            When that's done, we'll have a resource
23 witness panel that will be available for you.  I'm
24 advised that we have David Maxwell, Deputy Director of
```

TX_00000899
JA_000898
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000899

USA_00015780

25  Law Enforcement with the Office of the Attorney General;
0022
1  and Ann McGeehan, Director of Elections, the Secretary
2  of State's office; and Rebecca Davio, Assistant Director
3  for Driver's License with the Department of Public
4  Safety.
5          When we have completed the invited
6  testimony and you've had an opportunity to question
7  those who have been invited, then I will -- I don't
8  think the list is as long as it was last year, but
9  certainly I'm sure there will be discussion among the
10  members concerning their testimony.
11          Then we'll open up for public testimony.
12  You will recall last session, we would announce the
13  names of those who were in line, and you are in line in
14  order of your registration at the front desk.  We will
15  have those persons escorted down to the well, and then
16  they will be allowed to begin their testimony.
17          It's the intent of the Chair to impose a
18  three-minute time limit on the public testimony as well,
19  and I will not recognize anyone to interrupt someone
20  giving public testimony until their time has run.  There
21  is a timer at the front at the secretary's desk.  There
22  will be a warning; I think it's a 30-second warning.
23          Members, we do have a court reporter,
24  Ms. Kennedy.
25          Ms. Kennedy, would you stand so everyone
0023
1  can see you.
2          Remember Ms. Kennedy from last time.  I
3  think she went 12 or 13 hours.
4          Because we're making a record here,
5  obviously we need to be mindful that the court reporter
6  only has two hands and can only type one person at a
7  time.  So the Chair will be careful to help you remember
8  that we cannot have people talking over each other.
9          Also we need to try to identify each other
10  so that -- or identify yourself when you're speaking or
11  I'll try to do that so that the record will be clear as
12  to the source of the comments being recorded.
13          We will take periodic breaks in order to
14  allow the court reporter a little time, but we will move
15  expeditiously as we move through the process.
16          There is a document -- like last session,
17  we will have an orderly process for admitting documents
18  into the record.  They will be labeled as exhibits and
19  be referred to in the record and will be received in the
20  record by exhibit number.  So when you have an exhibit
21  that you want to introduce into the record, well, then,
22  you'll need to have it marked.  And the secretary's desk
23  up here will have a procedure for marking your exhibits
24  and receiving them in the record.
25          Once we have completed the public
0024

TX_00000900
JA_000899
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000900

USA_00015781

1  testimony -- and, obviously, we're going to be
2  interrupted by our Senate session which begins at 11:00.
3  Once we finish the public testimony, then it will be
4  appropriate for you to lay out any amendments that you
5  may wish to have considered by the body.
6          And once that's completed, then,
7  obviously, we will vote on our resolutions to rise and
8  report back to the full Senate.
9          That is basically the layout of the
10  procedure.  Any questions?
11          Senator Van de Putte.
12          SEN. VAN de PUTTE:  Thank you,
13  Mr. Chairman.  Thank you for outlining the process and
14  the procedures that we will be using today.  My question
15  is specifically with those members of the public who
16  wish to offer testimony sometimes today who have
17  disabilities.  To my knowledge, we have people coming to
18  the floor who are in wheelchairs and will not be able to
19  use the podium.  I wanted to ask what sort of amenities
20  or accommodations we will have so that they will be able
21  to have that, but some sort of a table so they can refer
22  to their documents when they're testifying.
23          CHAIRMAN DUNCAN:  Thank you, Senator Van
24  de Putte, an excellent question.
25          We do have a wireless mic that will be
0025
1  available for those who cannot access the mic -- at the
2  secretary's desk.
3          SEN. VAN de PUTTE:  Would it be possible
4  for those members of the public who are offering
5  testimony who have disabilities who are in a wheelchair
6  to have some sort of -- either a table or something so
7  that they can refer to their notes?  The problem with
8  last time is that they weren't able to actually, because
9  they don't have use of the podium.
10          CHAIRMAN DUNCAN:  Senator, we can
11  accommodate that.
12          SEN. VAN de PUTTE:  Thank you very much,
13  Mr. Chairman.
14          CHAIRMAN DUNCAN:  Members, also I forgot
15  to mention, the resolution that we passed yesterday
16  allows us to have a staff person on the floor to assist
17  us.  And so if you wish to have that person sit, well,
18  then, you'll need to ask the sergeant for a chair, and
19  we have chairs available back there.
20          Any other questions?
21          All right.  The Chair hears none.
22          Senator Fraser, you're recognized to
23  explain Senate Bill 14.
24
25
0026
1          LAYING OUT OF SENATE BILL 14
2          SEN. FRASER:  Thank you, members.

TX_00000901
JA_000900
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000901

USA_00015782

3  Obviously, this is an issue that we know a lot about, we
4  had a lot of experience with two years ago.  The issue I
5  think has been defined and talked about a lot.
6      I think we all recognize the dangers of
7  voter fraud has threatened the integrity of the
8  electoral process for the entire history of the United
9  States.  The threat continues today.  In 2005, there was
10  a Commission, a bipartisan commission, the Carter-Baker
11  Commission, that was appointed by the Election
12  Commission.  Of course, President Carter, a past
13  president; James Baker, Secretary of State, they
14  reaffirmed the dangers by saying, "Elections are at the
15  heart of democracy.  Americans are losing confidence in
16  the fairness of elections.  And while we do not face a
17  crisis today, we need to address the problem of our
18  electoral system."
19      The Commission concluded at the end of the
20  day, "There is considerable national evidence of
21  in-person voter fraud.  And regardless of whether one
22  believes that voter impersonation is widespread or
23  relatively rare, there can be no serious dispute that
24  the real effect can be substantial because in a close
25  election, even a small amount of fraud could make the
0027
1  margin of difference."
2      Texas today has a legitimate interest in
3  protecting elections.  It is imperative that we protect
4  the public's confidence in elections by deterring and
5  detecting voter fraud.
6      In upholding the Indiana photo ID law, the
7  U.S. Supreme Court stated, "Confidence in the integrity
8  of our electoral process is essential to the functioning
9  of our participatory democracy.  Voter fraud drives
10  honest citizens out of the democratic process and breeds
11  distrust of our government.  Voters who fear the
12  legitimate votes will be outweighed by fraudulent ones,
13  will feel disenfranchised."
14      On October 10, Lighthouse poll, which I
15  have here and be entering into the record -- it's the
16  newest poll that is out -- shows that 86 percent of
17  Texas voters -- that's both Republican and Democrats --
18  favor voter photo ID laws.
19      The bill that we're laying out today is in
20  compliance with the U.S. Supreme Court Decision which
21  upheld the Indiana voter ID legislation because it,
22  No. 1, deters and detects fraud; 2, it protects the
23  confidence in elections; and, 3, it counts only eligible
24  voters' votes.
25      It also complies with the Supreme Court
0028
1  decision, because it offset burdens on voters by
2  providing access to free ID cards, allowing for
3  provisional ballots and absentee ballots, ensuring that
4  obtaining photo ID is no more inconvenient or burdensome

TX_00000902
JA_000901

TX_00000902

USA_00015783

5  than the usual act of voting and providing an exception
6  for elderly voters.
7          The current law, as you know, provides
8  that when a voter shows up to vote, he or she must just
9  show a valid voter registration card.  If unable to do
10  so, the voter may show a photo ID card or other official
11  mail from a government entity -- utility bill, bank
12  statement, government check, paycheck or other
13  government document with name and address -- and sign an
14  affidavit.
15          Senate Bill 14, what we're doing with this
16  bill, Senate Bill 14 would require a voter to show a
17  photo ID except that people 70 or older on January 1,
18  2012, may continue to vote with just a registration
19  card, under current law.
20          Acceptable ID will include an unexpired
21  card issued by the Department of Public Safety, a
22  military ID, a passport or a citizenship certificate
23  with photo.  Voters who cannot produce an acceptable
24  form of photo identification will be allowed to cast a
25  provisional ballot.  That ballot will be counted if the
0029
1  voter returns within six days to show a photo ID.
2          It would also provide for statewide
3  training and notification of the changes required for
4  the individual to vote with the photo ID.  It would
5  provide for a free DPS-issued identification card to any
6  registered voter who requests an identification card.
7          Every fraudulent vote effectively still is
8  a legitimate vote.  Elections are too important to leave
9  unprotected when the Legislature could take proactive
10  steps to prevent fraud and protect our democracy.
11          Mr. President, that is what Senate Bill 14
12  does.  And if there's no questions, I would move
13  passage.
14          SEN. WHITMIRE:  Mr. President --
15          SEN. VAN de PUTTE:  Yes.
16          SEN. WHITMIRE:  -- could we slow down?
17  Will the gentleman yield?
18          CHAIRMAN DUNCAN:  I think Senator Van de
19  Putte was first on the list, Senator.
20          Senator Van de Putte.
21          SEN. VAN de PUTTE:  Thank you,
22  Mr. Chairman, I think.  Mr, Chairman, inquiry.  At what
23  point in the proceedings today would a motion be in
24  order to move that all of the testimony and record from
25  this issue from the 2009 legislative session be made
0030
1  into the record?  Would that be done -- would that
2  motion be proper at the point of original testimony or
3  at the beginning of these questions at this point?
4          CHAIRMAN DUNCAN:  Senator, at any time
5  that one would want to make that motion, it would be
6  recognized.

TX_00000903
JA_000902
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000903

USA_00015784

```
 7          SEN. VAN de PUTTE:  Mr. Chairman, would
 8  you recognize me for that motion at this time?
 9          SEN. FRASER:  Mr. Chairman --
10          CHAIRMAN DUNCAN:  Before we do that, we do
11  have a motion in writing that Sen. Huffman intends to
12  introduce with the record, so why don't we do that first
13  and then we'll do everything else.  And it would be my
14  suggestion to -- and what I had hoped to do was finish
15  the testimony or at least the question and answers on
16  the bill and then start at that point in time putting
17  evidence into the record.  So if that's suitable with
18  everyone, it just makes a little more sense to me to
19  keep it in order that way.
20          SEN. VAN de PUTTE:  Thank you,
21  Mr. Chairman.
22          And then I would like to ask my colleague,
23  the author of the bill, to yield.
24          CHAIRMAN DUNCAN:  Okay.
25          SEN. FRASER:  Mr. Chairman, before we --
0031
 1          CHAIRMAN DUNCAN:  Senator Fraser, why
 2  don't we approach the chair; approach.
 3          (Off-the-record discussion at bench)
 4          CHAIRMAN DUNCAN:  The Chairman recognizes
 5  Senator Huffman for motion in writing.
 6          SEN. HUFFMAN:  Thank you, Mr. Chairman.
 7          At this time I move that the entire record
 8  and transcripts of the hearing related to Senate Bill
 9  362 heard by the Committee of the Whole during the 81st
10  Legislative session be included in the record and would
11  move that it marked as Exhibit No. 1.
12          Exhibit No. 1 includes all the invited,
13  public and written testimony, in addition to all of the
14  exhibits submitted by the members during the hearing on
15  Senate Bill 362.  The previous testimony and debate on
16  Senate Bill 362 is relevant, because then and now the
17  objective is to create legislation that protects the
18  integrity and reliability of the electoral process.
19          It includes 870 pages of transcribed
20  testimony.  There were 13 invited witnesses plus two
21  resource witnesses, 36 public witnesses and 29 written
22  articles presented.  So it includes all the exhibits as
23  well, submitted by members during the 81st legislative
24  session on the Committee of the Whole, which totals 55
25  total exhibits.
0032
 1          At this time I move for introduction of
 2  Exhibit No. 1 into the Committee of the Whole's records.
 3          (Exhibit No. 1 marked)
 4          CHAIRMAN DUNCAN:  Members, you've heard
 5  the motion.  Is there any objection to the motion?
 6          SEN. DAVIS:  Question.
 7          CHAIRMAN DUNCAN:  Senator Davis, do you
 8  have a question?
```

TX_00000904
JA_000903
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000904

USA_00015785

9   SEN. DAVIS: Yes.
10   Senator Huffman, during the debate on the
11 Senate floor last session, a number of questions could
12 not be answered by some of the resource witnesses at the
13 moment that they were asked; and, instead, there was a
14 follow-up. For example, the Secretary of State's office
15 and the Attorney General's office wrote follow-up
16 answers to some of the questions that they were not
17 prepared to ask during the hearing. Does your motion in
18 writing include the inclusion of those written responses
19 that were provided to the Senate after the hearing took
20 place?
21   SEN. HUFFMAN: I am not advised on that,
22 but I would certainly have no objection and would move
23 for all of that to be included in the record, because I
24 think it would certainly make it, you know, more
25 complete and certainly would be relevant.
0033
1   The record has been certified by Patsy
2 Spaw, the Secretary of the Senate, and so we might check
3 with her to see if that was done. If not, we could
4 certainly make sure that it was placed in Exhibit No. 1
5 as part of the record.
6   SEN. DAVIS: Thank you. I would
7 appreciate that.
8   CHAIRMAN DUNCAN: I suggest that it be
9 Exhibit 1A, if there are additional information, so that
10 it can be kept separate from what you are going to
11 introduce in your motion in writing as Exhibit 1.
12   SEN. HUFFMAN: Yes, sir.
13   CHAIRMAN DUNCAN: Okay. Is there any
14 objection to Exhibit 1 being included in the record?
15   All right. The Chair hears none. Exhibit
16 1 will be included in the record.
17   (Exhibit No. 1 admitted)
18   CHAIRMAN DUNCAN: All right. Sen. Van de
19 Putte.
20   SEN. VAN de PUTTE: Thank you,
21 Mr. Chairman.
22   QUESTIONS FROM SENATE FLOOR
23   SEN. VAN de PUTTE: Would the gentleman
24 yield, the author of the bill yield?
25   SEN. FRASER: I would yield.
0034
1   SEN. VAN de PUTTE: Thank you. Thank you,
2 Mr. Chairman.
3   And thank you, Senator Fraser.
4   Senator Fraser, this is kind of like a
5 dance where we have another song, another round, and so
6 we find ourselves with another year and this version of
7 the voter identification bill. And I wanted to ask you
8 a few questions.
9   Given the fact that the bill that was
10 debated during the 81st Legislature was a different

TX_00000905
JA_000904
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000905

USA_00015786

11  bill, can you tell me the model for the bill that was in
12  the 81st Legislature and the differences in what you
13  have proposed in this legislative session?
14         SEN. FRASER:  Well, if you don't mind, the
15  bill before us today is Senate Bill 14, and I will
16  probably spend my time talking about that bill.  The
17  bill you're addressing, obviously, didn't get through
18  the process.  So I'm going to be addressing the comments
19  on Senate Bill 14 which is before us.  So I would be
20  glad to describe it, if you would like.
21         SEN. VAN de PUTTE:  Well, my question has
22  to deal with -- I understand that since last we met,
23  there are two years and different court cases.  And the
24  bill that was before this body last legislative session
25  was modeled on a Georgia law and used the template.  And
0035
1  I understand it, this year's model is fashioned after
2  the Indiana law?
3         SEN. FRASER:  And I think you actually
4  have made the point that I was going to make.  Two years
5  have passed.  Since that time, we've had, you know,
6  obviously, the confirmation by the Supreme Court on the
7  photo ID and then also the preclearance of the Georgia
8  bill by Dale Jays (phonetic).
9         So looking at, you know, the experience of
10  the bill in place, the simplicity of the photo ID, we
11  chose to go with that.  And as you will remember, the
12  recommendation by President Carter and Secretary of
13  State Baker was, you know, the national photo ID, and
14  that's what we're attempting to implement.
15         SEN. VAN de PUTTE:  Thank you.
16  Mr. Chairman.
17         And a few other questions.  With the
18  Carter-Baker Commission, they felt very strongly about
19  encouraging the maximum participation in voter and
20  suggested the type of strategies that we're using.  But
21  the addendum for both gentlemen and the members of the
22  commission were that they, as I recall, and entered into
23  the record during last legislative session, was that the
24  conclusion of the commission was that we should not
25  implement the type of photo identification until you had
0036
1  universal registration, and I believe that was one.  But
2  given that or not, what I really wanted to ask you is --
3         SEN. FRASER:  Hold on a second.  I'm
4  sorry.  I disagree with that.  That is not what the
5  commission said.  And if you would like to correct that,
6  but I disagree.
7         SEN. VAN de PUTTE:  The State of Georgia
8  is under two sections of the Voting Rights Act, as is
9  Texas.  Is that correct?
10        SEN. FRASER:  They are a Section 5 voting
11  rights state like Texas.
12        SEN. VAN de PUTTE:  And to your knowledge,

USA_00015787

13  is the State of Indiana subject to Section 5 of the
14  Voting Rights Act?
15          SEN. FRASER:  To my knowledge, they are
16  not.
17          SEN. VAN de PUTTE:  So Indiana would have
18  a different burden of proof under a legal document and a
19  legal challenge than the State of Georgia?
20          (Brief pause)
21          SEN. FRASER:  I'm sorry.  I was asking for
22  some data.  Would you reask the question, please.
23          SEN. VAN de PUTTE:  The State of Indiana,
24  which your bill is modeled after, without two alternate
25  forms of identification; whereas, the Georgia bill that
0037
1  we talked about last legislative session had two --
2  certainly had a photo identification, but if the voter
3  was unable to produce a photo identification, they could
4  produce for the election judges two forms of
5  identification without, and it was utility bill and --
6  in fact, the things that you struck here.
7          But in Indiana that requirement is not
8  there, so we went with the Indiana bill.  But my
9  question is, Indiana is not subject to Section 5 of the
10  Voting Rights Act.  So their legal hurdle to the
11  Department of Justice challenge is very different than
12  what happened in the State of Georgia.  Is that correct?
13          SEN. FRASER:  The Indiana law has been
14  approved by the U.S. Supreme Court, the Georgia law was
15  precleared by the Department of Justice, and both of
16  those have gone through that challenge.
17          SEN. VAN de PUTTE:  Senator Fraser, when
18  this legislature passes the voter identification bill --
19  and there is no doubt that this bill will pass -- it
20  will have to proceed to the Department of Justice for
21  clearance?
22          SEN. FRASER:  As a Section 5 state, we are
23  subject to Section 5 rules.
24          SEN. VAN de PUTTE:  So, yes, it will
25  proceed to the Department of Justice?
0038
1          SEN. FRASER:  We are a Section 5 voter
2  rights state, and we will be subject to those laws.
3          SEN. VAN de PUTTE:  And do you have any
4  concerns that a Section 5 state as Texas would offer to
5  the Department of Justice a voter identification bill
6  that mirrors a non-Section 5 state rather than something
7  that has already been upheld in the Georgia law, a
8  Section 5 state?
9          SEN. FRASER:  We are offering a bill that
10  has been approved by the U.S. Supreme Court.  And the
11  parameters that the Supreme Court set, we meet all of
12  those tests.
13          SEN. VAN de PUTTE:  However, in the
14  Indiana court and in the Supreme Court case on Indiana,

TX_00000907
JA_000906
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000907

USA_00015788

15  what they said was, the undue burden was -- did not be
16  demonstrative because they did not have the level of
17  minority voters, that was never a check point, because
18  they did not have to go through the Department of
19  Justice.  Is that correct?
20          SEN. FRASER:  I'm sorry.  I'm having
21  equipment failure here.  Just a second.
22          (Brief pause)
23          SEN. FRASER:  Senator, I'm sorry.  I'm
24  asking for data, backup data, because the information
25  that you're addressing, my information doesn't agree
0039
1  with that, is that the Georgia law that I have in front
2  of me said it is a photo ID.  Do you have something that
3  shows differently?
4          SEN. VAN de PUTTE:  Yes.  In the Georgia
5  bill, you have to have a photo ID.  However --
6          SEN. FRASER:  I realize you're saying
7  that, but do you have -- you know, do you --
8          SEN. VAN de PUTTE:  The bill that you
9  introduced last year had the two alternate forms of ID,
10  which was exactly the Georgia bill.  We used the model
11  of the Georgia bill.
12          SEN. FRASER:  And that bill is not before
13  us today; Senate Bill 14 is before us.
14          SEN. VAN de PUTTE:  That's correct.  And
15  so my question is --
16          SEN. FRASER:  And I would ask you, did you
17  vote for that bill last year?
18          SEN. VAN de PUTTE:  No, sir, I didn't.
19          SEN. FRASER:  Okay.
20          SEN. VAN de PUTTE:  But my question is, do
21  you have any concerns that we will offer to the
22  Department of Justice a bill, a voter identification
23  bill that is modeled after a state law that does not
24  have to go through Section 5, rather than a Georgia
25  model which already has been proven and has been
0040
1  affirmed, both in the court case and the Department of
2  Justice?  That was my question.  Do you have any concern
3  that we will have done all of this debate and work, and
4  certainly to ensure the ballot security, only to be shut
5  down at the Department of Justice, because we are a
6  Section 5 state and what we're offering in your bill is
7  not something that has been approved by the Department
8  of Justice?
9          SEN. FRASER:  I have no concern about
10  Senate Bill 14, both going before the U.S. Supreme Court
11  or going before the Department of Justice.
12          SEN. VAN de PUTTE:  Thank you, Senator
13  Fraser.  I wanted to ask a little bit of your thinking.
14  And in the bill that you have before us, the student
15  identifications were omitted from your list of
16  acceptable documentation.  And could you give me the

TX_00000908
JA_000907
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000908

USA_00015789

17 rationale why a student photo identification is not
18 acceptable form of identification?
19          SEN. FRASER:  The types of identification
20 we've included are one from a government entity that
21 would identify that person as who they are, that they
22 say they are, they're a valid voter and a citizen of the
23 United States, and these are the ones that we have
24 suggested that would be acceptable.
25          SEN. VAN de PUTTE:  So the rationale for
0041
1 not having student identification cards on the list,
2 since you omitted them, is because they aren't issued by
3 a governmental entity?
4          SEN. FRASER:  I didn't say that.
5          SEN. VAN de PUTTE:  I'm sorry.  Can you
6 repeat your answer.
7          SEN. FRASER:  I said I did not say that.
8          SEN. VAN de PUTTE:  So why were the
9 student identifications -- you explained that the
10 student identifications were omitted from the list of
11 acceptable documentation, because it was not a
12 government entity.
13          SEN. FRASER:  The four types of
14 identification that we are offering up we believe are
15 less confusing, they're simpler for both voters and
16 election voters.  Everyone knows what they look like.
17 There is a standardization of those, and they all look
18 alike and it would be less confusing for the systems who
19 are accepting the voter IT.
20          SEN. VAN de PUTTE:  And, Senator Fraser,
21 one of the provisions in your bill also omits birth
22 certificates from the list of acceptable forms of
23 identification, even though that does come from
24 government entities.  And so why is it that birth
25 certificates were omitted?
0042
1          SEN. FRASER:  This is requiring a photo
2 ID, current photo ID.
3          SEN. VAN de PUTTE:  Senator Fraser, are
4 there any provisions in the bill to accommodate a voter
5 that has a different address on their photo
6 identification and their voter registration card?
7          SEN. FRASER:  The Secretary of State is
8 here as a resource witness, and I'm sure they will be
9 glad to answer that.
10          SEN. VAN de PUTTE:  No, I'm not asking the
11 difference.  I'm asking, is there any provision in
12 Senate Bill 14?
13          SEN. FRASER:  It is not addressed, because
14 that is taken care of by the Secretary of State, that we
15 don't address that in the bill.  That would be by an
16 interpretation of rule of the Secretary of State.  They
17 will be here, and you can ask them that question.
18          SEN. VAN de PUTTE:  So also you would

TX_00000909
JA_000908

TX_00000909

USA_00015790

19  prefer that we ask the Secretary of State what sort of
20  provision, since your bill is silent on different last
21  names?
22          SEN. FRASER:  Again, that's a question
23  that --
24          SEN. VAN de PUTTE:  So, for example, women
25  that got married?
0043
1          SEN. FRASER:  We've actually got two
2  different -- you know, kind of an overlap here.  We've
3  got the Department of Public Safety that I believe
4  Senator Williams is going to be answering questions,
5  because that's his area.  And then we also have the
6  Secretary of State available as a resource that I think
7  you can ask that question.
8          SEN. VAN de PUTTE:  Senator Fraser, under
9  Senate Bill 14, your voters can cast a provisional
10  ballot.  Under the Indiana bill, that is set at a 10-day
11  cure.  Why is it that you chose a six-day cure?
12          SEN. FRASER:  And you'll remember, the
13  Georgia law is only 48 hours, two days.  They went 10
14  days; the Georgia law went two days.  We decided that
15  six days should be sufficient to come back.
16          SEN. VAN de PUTTE:  And as I understand
17  it, the Georgia law does have a 48, but they can use two
18  alternate forms of ID which are not in your bill.  So
19  what sort of --
20          SEN. FRASER:  I'm sorry.  You know, you
21  keep saying that.  You need to pull up the data to show
22  me that, please.
23          SEN. VAN de PUTTE:  So to prove their
24  provisional ballot is correct and the six-day cure, what
25  documentation does your bill have that is acceptable?
0044
1          SEN. FRASER:  Photo ID.
2          SEN. VAN de PUTTE:  So only a photo
3  identification.  So they would have to --
4          SEN. FRASER:  The acceptable photo IDs
5  that are outlined in the bill would be an acceptable
6  form, yes.
7          SEN. VAN de PUTTE:  Senator Fraser, do you
8  know right now in the State of Texas, we're able to cast
9  provisional ballots?  That's correct, isn't it?
10          SEN. FRASER:  I'm sorry.  Ask that again.
11          SEN. VAN de PUTTE:  Current election law
12  allows Texas voters to cast a provisional ballot.  Is
13  that correct?
14          SEN. FRASER:  I'm sorry.  That is another
15  question I think you should ask the Secretary of State.
16  It is my belief that, but I'm sorry, I don't want to
17  answer that.  You can, if you don't mind, ask the
18  Secretary of State.
19          SEN. VAN de PUTTE:  Thank you, Senator.
20  Since it's based on Indiana law, do you believe that the

file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

USA_00015791

21  State of Texas has a greater minority population than
22  the State of Indiana?
23          SEN. FRASER:  I'm not advised.
24          SEN. VAN de PUTTE:  To your knowledge,
25  have any studies been done to determine if there has
0045
1  been, under current Texas voter laws, any impact that it
2  would have on affected class of Latino and
3  African-American voters?
4          SEN. FRASER:  The bill that I'm laying out
5  today is a model that has been approved by the U.S.
6  Supreme Court, it has been precleared by the Department
7  of Justice in Georgia.  It will deter fraud.  We're
8  providing free access of cards.  And, yes, we believe
9  this will protect confidence in election in making sure
10  only eligible voters are counted.
11          SEN. VAN de PUTTE:  Senator Fraser, on the
12  availability of free identification cards, is there a
13  means test, or what sort of proof do citizens have to
14  give to the Department of Public Safety to be able to
15  get a free identification card under your bill?
16          SEN. FRASER:  The Department of Public
17  Safety is here as a resources witness.  Senator Williams
18  is also here.  That's his area of expertise.  If you
19  have a question about that, if you would like, I will
20  yield to Senator Williams now or you can wait and ask
21  the DPS when it comes up.
22          SEN. VAN de PUTTE:  Well, right now the
23  DPS I don't think gives free IDs.  But in your bill,
24  what sort of process or documentation can voters use to
25  get a free identification card, in your bill?  What are
0046
1  the --
2          SEN. FRASER:  If you would like I can
3  yield to Senator Williams or we can wait and have the
4  DPS.  Our instruction is the bill, is that they will
5  issue an ID card and they will not charge.  That is very
6  clear to the DPS.  And if you want to ask how that will
7  be done, they will be coming up, and you will be able to
8  ask that question.  Or if you would like for me to yield
9  to Senator Williams, we'll let him answer that.
10          SEN. VAN de PUTTE:  No, Senator.  Thank
11  you.  I appreciate this is just a different bill from
12  last legislative session, and I was trying to get at
13  least some of your thinking of why you went with a
14  different bill than last year, a more restrictive, a far
15  more restrictive bill than what we debated last
16  legislative session.  And I look forward to the
17  questions, I look forward to the testimony today, but I
18  don't have any other further questions.
19          And I'm sure some of my colleagues have
20  questions, both of the author of the bill and any of the
21  other senators that have certain sections that they have
22  got expertise on.

TX_00000911
JA_000910
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000911

USA_00015792

23      But thank you very much, Mr. Chairman.  I
24  don't have any other further questions.
25      CHAIRMAN DUNCAN:  Senator Watson?
0047
1       SEN. WATSON:  Thank you, Mr. Chair.
2       Will the senator yield for a couple of
3  questions?  Oh, I'm sorry.
4       SEN. FRASER:  One second, please.  Are you
5  wanting me to yield?
6       SEN. WATSON:  Yes --
7       SEN. FRASER:  Hold on a second, please.
8       SEN. WATSON:  -- if you don't mind.
9       (Brief pause)
10      (Senator Whitmire speaking without mic)
11      SEN. FRASER:  Do you have the floor now?
12      (Senator Whitmire speaking without mic)
13      SEN. FRASER:  No, you're asking questions
14  over here.
15      (Senator Whitmire speaking without mic)
16      SEN. FRASER:  Making sure I get the
17  answers correct.
18      I will yield now.
19      SEN. WATSON:  Thank you, Chairman Fraser.
20      I want, if you don't mind, to ask about
21  the fiscal note for just a second.  The fiscal note that
22  was attached to your bill, Senate Bill 14, indicates
23  that the fiscal implication to the state is anticipated
24  to be $2 million.  Is that correct?
25      SEN. FRASER:  Could you hold one second.
0048
1       SEN. WATSON:  Sure.
2       SEN. FRASER:  I need to pull the data
3  here.
4       (Brief pause)
5       SEN. FRASER:  Senator, I was just
6  verifying.  We spent a lot of time last night talking
7  about this.  I think you're aware that the HAVA funds
8  that come from the federal government, which I believe
9  are Help America Vote Institute, I guess it is, Help
10  America Vote, the HAVA, there are funds that come to
11  every state to the secretary of state.  We have a fund
12  that is setting in the Secretary of State's office that
13  would be more than sufficient to handle this.
14      In other states like Indiana and Georgia,
15  the HAVA funds have been used before.  We have requested
16  that those funds be available for this.  They advised us
17  back, until the passage of the bill, they can't approve
18  the funds.  But the assumption is that those funds are
19  before the Secretary of State, and they will be here at
20  some point.  You can ask them about those funds, the
21  parameters, but it is our belief that the HAVA funds
22  will be available for this and would offset the fiscal
23  note.
24      SEN. WATSON:  I appreciate that answer.

TX_00000912
JA_000911
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000912

USA_00015793

25   My question was, it's a $2 million fiscal note.  Right?
0049
1              SEN. FRASER:  Right now the fiscal note
2   that was delivered is $2 million, yes.
3              SEN. WATSON:  Okay.  And that's what I
4   really wanted to ask about.  And I'll talk about the
5   fact that y'all want to take some federal funds, here in
6   a second.  But first of all, last session when we were
7   talking about the fiscal note, my memory was and is,
8   that at the beginning of the session when you filed the
9   bill last session, there was a zero fiscal note, and
10  then that got changed to the same as it is right now, a
11  $2 million fiscal note for voter awareness, and it was
12  exclusively for voter awareness in the second fiscal
13  note.
14             Can you tell me what analysis has gone
15  into coming up with how much money should be spent on
16  voter awareness and voter education regarding this bill,
17  in order to get to that $2 million?
18             SEN. FRASER:  I think the analysis on this
19  comes from the Secretary of State's office, and I'm sure
20  they will be glad to answer your question.  Two years
21  ago before we started, we advised them that we needed
22  voter education.  If you remember in the bill, we
23  discussed in that when we were discussing that, that we
24  needed to have an appropriation for that.
25             I think Senator Ogden stood up and talked
0050
1   about the fact that they would be willing to make sure
2   that there was money there.  Since then, we have been
3   made aware that the Secretary of State not only I think
4   has a plan for doing that but also a plan for requesting
5   the funds from HAVA.
6              SEN. WATSON:  Well, I'll ask about that.
7   So, then, let me ask you another question.  You
8   indicated in your opening comments that -- and I've read
9   your legislation -- under this bill, everyone gets a
10  free identification card if they come in and ask for a
11  free identification card, they show a voter registration
12  card and/or they apply for a registration card.  That
13  $2 million that you've just talked about doesn't include
14  the cost, any of the cost for providing these free
15  identification cards, does it?
16             SEN. FRASER:  I'm sorry.  I was doing
17  something else.  Would you ask that last question again,
18  please.
19             SEN. WATSON:  Does the $2 million in the
20  fiscal note include any of the cost of providing free
21  identification cards?
22             SEN. FRASER:  To my knowledge, it does
23  not.
24             SEN. WATSON:  And, in fact, there is no
25  means test and your bill forbids DPS from collecting a
0051

TX_00000913
JA_000912
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000913

USA_00015794

1   fee.  If any eligible voter comes in or submits a
2   registration application, they can then avoid what is
3   the typical $15 fee?
4          SEN. FRASER:  Senator, have you seen the
5   numbers that have been collected by DPS on the number of
6   eligible voters that have registered since 2006, the
7   ones that registered with a driver's license or a
8   driver's license and a social security card that
9   identified the number of people registering --
10         SEN. WATSON:  Yes.
11         SEN. FRASER:  -- that already had
12  identification?  So the question you're asking is, the
13  universe we're talking about we believe is very, very,
14  very small.  In fact, the Carter Commission, after the
15  implementation in both Indiana and Georgia, and actually
16  Mississippi they looked at, they found that only 1.2
17  percent of people did not have, already have a photo ID
18  available, so the universe of this, so the
19  question you're asking --
20         SEN. WATSON:  Then why don't we talk about
21  specific numbers.  With you talking about those numbers,
22  you're probably aware that in 2007, House Bill 218 was
23  offered.  It was referred to the committee, the Senate
24  Committee on State Affairs.  And in that one, which was
25  HB 218, DPS talked specifically about identification
0052
1   cards and it put a fiscal note, it believed that it
2   would be $1.3 million per biennium or $4 million every
3   six years out of the highway fund.  Were you familiar
4   with that?
5          SEN. FRASER:  Senator, you're getting into
6   an area that's outside of my area of expertise.  We have
7   the person that's in charge of that.  You've got two
8   choices.  Either you can ask that question of DPS as a
9   resource when it comes up, or I will yield to Senator
10  Williams right now and he can answer your question.
11         SEN. WATSON:  Senator, if you would answer
12  that question.
13         SEN. FRASER:  I now yield to Senator
14  Williams.
15         SEN. WILLIAMS:  I just want to be sure
16  I've got your question right.
17         SEN. WATSON:  Sure.  Since we're talking
18  about numbers here -- and I'm trying to get a feel for
19  what the cost of this is -- in House Bill 218 in the
20  2007 -- the 80th legislative session, there was a bill
21  filed that dealt with the provision of identification
22  cards.  And in that one, the LBB indicated the fiscal
23  note would be $1.3 million or $4 million every year
24  coming out of the highway fund.  Are you familiar with
25  that?
0053
1          SEN. WILLIAMS:  I'm not familiar with
2   House Bill 218.  But, you know, I take what you're

TX_00000914
JA_000913
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000914

USA_00015795

3  saying --
4          SEN. WATSON:  Sure.  Okay.
5          SEN. WILLIAMS:  -- at value.
6          SEN. WATSON:  And since I anticipate that
7  there would be deferral to you on the next question,
8  too, let me just go ahead and ask that.  Last session,
9  in the 81st session, there was a bill by -- it was HB
10  2335 that indicated, similar to what Senate Bill 14 does
11  not, that there couldn't be a fee charged for issuing a
12  document that someone might use as proof of their
13  identification for purposes of voting.  In the fiscal
14  note there, the LBB singled out DPS identification
15  cards, which is what we're talking about here, and
16  assumed that if everyone used those, the number they
17  came up in that fiscal note was $47 million over five
18  years.  Are you familiar with that one?
19          SEN. WILLIAMS:  I'm not familiar with
20  that --
21          SEN. WATSON:  Okay.
22          SEN. WILLIAMS:  -- particular bill.  But
23  what I can tell you is that the cost to the Department
24  of Public Safety for issuing an ID card is about $1.67.
25  It's a very small amount of money.  So $47 million
0054
1  sounds -- that's a lot of IDs at a buck 67 apiece.  And
2  so what I would say is that when I discussed this with
3  the Department of Public Safety recently -- and they'll
4  be here to testify about this in detail more -- I think
5  that it would be difficult for them to determine now how
6  many people might take advantage of the free ID card.  I
7  think it's probably not possible for them to estimate
8  that.
9          But the cost, I think we're all pretty
10  comfortable that it would be fairly negligible.  When
11  you look at the universe of registered voters, which is
12  somewhere around 13 million people, I think, and you've
13  got about 15 million people that have either a driver's
14  license -- and I can get you the exact numbers.  I have
15  them here -- there are a lot of people that already --
16          SEN. WATSON:  Right.
17          SEN. WILLIAMS:  -- have state ID cards.
18  And a lot of the folks that don't have those would be
19  using a mail-in ballot, and there is no requirement to
20  present any kind of photo identification for a mail-in
21  ballot, and this legislative doesn't touch that.  So we
22  think that the chances that there's going to be somebody
23  who is going to want to avail themself, there will be
24  some, but it's going to be a very small number.
25          SEN. WATSON:  Of course, what I'm
0055
1  attempting to do is not engage in that as I vote no
2  this.  What I've tried to go is go back and find out
3  what the LBB, which we rely upon for fiscal notes, has
4  actually said about these sorts of things, with previous

TX_00000915
JA_000914

TX_00000915

USA_00015796

5  legislation that has addressed this, as opposed to
6  speculation.
7          SEN. WILLIAMS:  And, Senator Watson, I
8  understand, and there are a lot of things -- I'm not
9  familiar with those bills.  And what I would tell you is
10  that each -- LBB comes up with their methodology
11  based on what each bill's requirements are.  And not
12  being familiar with that --
13          SEN. WATSON:  Sure.
14          SEN. WILLIAMS:  -- I can't tell you what
15  the difference between that and this is.  But we did
16  specifically sit down and talk to DPS, and they really
17  don't expect that this is going to be any big burden on
18  the agency that they're not going to be able to handle.
19          SEN. WATSON:  Thank you for your answer.
20          SEN. WILLIAMS:  Yes.
21          SEN. WATSON:  I have a couple more
22  questions for Senator Fraser, if that would be all
23  right.
24          SEN. FRASER:  I'm back with you.
25          SEN. WATSON:  Okay.  Great!  Thank you,
0056
1  Senator.
2          Would the HAVA money that -- first of all,
3  you're familiar that in the base budget that the Senate
4  has but out, the $2 million for this biennium for voter
5  education has been explicitly cut.  You're familiar with
6  that.  Right?
7          SEN. FRASER:  I don't think the word
8  "explicitly cut," I don't think it's been addressed.
9          SEN. WATSON:  Well, it's been struck
10  through in the base budget.  Did you know that?
11          SEN. FRASER:  I'm not advised.
12          SEN. WATSON:  Okay.  Are you also familiar
13  that in this budget it calls for a $358 million cut to
14  the DPS budget?
15          SEN. FRASER:  Again, I'm not on Finance;
16  I'm not sure you're on Finance.  And so, no, I
17  haven't -- the base bill is the starting point of
18  discussion, so I'm not advised.
19          SEN. WATSON:  All right.  So you're not
20  advised whether, out of that 9.5 percent of the cut
21  comes in regulatory and the licensing area for DPS?
22          SEN. FRASER:  Well, and as you know, as we
23  start the session, that's a draft budget as a starting
24  point.  We're a long ways from that being concluded.  So
25  the answer is no, I'm not aware.
0057
1          SEN. WATSON:  Thank you very much.
2          Thank you, Mr. Chairman.
3          SEN. ELTIFE:  Senator Whitmire, what
4  purpose do you rise?
5          SEN. WHITMIRE:  Will the gentleman yield?
6          SEN. ELTIFE:  Senator Fraser yield?

TX_00000916
JA_000915
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000916

USA_00015797

7         SEN. FRASER:  Be glad to.
8         SEN. WHITMIRE:  Senator Fraser, a couple
9  of questions about the implementation of your
10  legislation if it passes.  First off, I have to make
11  this observation:  Have you ever seen the gallery so
12  empty when the Legislature is considering something
13  that's been given such a high billing as Senator Duncan
14  was making yesterday when he asked us to go to Committee
15  of the Whole?  I mean, how timely this was and how
16  critical it was?  The Governor has made it an emergency,
17  and I don't think I've -- I don't know if there's 20
18  people in the gallery.  If it's so important, can you
19  explain to me why the gallery is empty --
20         SEN. FRASER:  I am not advised.
21         SEN. WHITMIRE:  -- based on --
22         SEN. FRASER:  I'm concentrating on the
23  action on the floor rather than looking up and seeing
24  who is in the gallery.
25         SEN. WHITMIRE:  Well, but it's an
0058
1  indication, if the public is really concerned,
2  particularly based on your polling data, which I'm sure
3  you would join with, we don't govern in the state by
4  polls normally, do we?
5         SEN. FRASER:  Well, other than I find it
6  interesting, whenever they asked the people of your
7  district that you represent --
8         SEN. WHITMIRE:  Sure.
9         SEN. FRASER:  -- of whether they're in
10  favor, the polls continue to show that the public, both
11  Republican and Democrat --
12         SEN. WHITMIRE:  Well --
13         SEN. FRASER:  -- you say, "Will you
14  support a person voting with a photo ID?"
15         SEN. WHITMIRE:  And did you include in
16  that question and would you be for it if it would
17  disenfranchise senior citizens, students or others?  You
18  and I know it's all in how you ask the question.  In
19  fact, the way you're stating it, I'm surprised you
20  didn't get 100 percent.  If you ask people, "Are you
21  against vote fraud?"  I would assume you would get
22  100 percent.
23         SEN. FRASER:  Here's the question --
24  here's the question --
25         SEN. WHITMIRE:  It's the unintended
0059
1  consequences that we're concerned about.
2         SEN. FRASER:  "Do you favor or oppose
3  requiring a photo ID before a person is allowed to
4  vote?"  Pretty straightforward.
5         SEN. WHITMIRE:  I'm surprised you didn't
6  get 100 percent if you include "and stop fraud."  It's
7  when you add into it, "if it meant disenfranchising
8  senior citizens," and then I think you would have a

file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

9   significant drop.
10         The bottom line is, Senator Fraser, and
11  we'll have -- and let's have this ballot: Would you
12  concede that we're all, all 31 of us are against
13  election fraud?
14         SEN. FRASER:  I will not concede that
15  until after the vote, and we're assuming the ones that
16  vote for it are --
17         SEN. WHITMIRE:  Well, let me go ahead and
18  speak for the 12 of us that are probably going to vote
19  "No."  We're all against election fraud.  And I would
20  suggest we've actually seen an election process since we
21  took this up two years ago.  Let's look at the most
22  recent election.  What fraudulent activity this past
23  November are you so concerned about?  I think it's the
24  election -- and maybe I should be more concerned.
25         If you look at the election results, it
0060
1   was an overwhelming victorious day for Republicans in
2   November.  You replaced 34 Democrats in the house.  Now,
3   are you suggesting there was significant fraud on that
4   election day?
5          SEN. FRASER:  Senator, all we're trying to
6   do with this bill is that when you walk into the polling
7   place and represent that you are John Whitmire --
8          SEN. WHITMIRE:  Sure.
9          SEN. FRASER:  -- that you can prove you
10  are who you say you are before you vote, it's a very
11  simple concept.
12         SEN. WHITMIRE:  Except, Senator Fraser,
13  the unintended consequences that you're going to
14  disenfranchise people that have not been able to acquire
15  these cards, and that's what I want to spend a few
16  moments on.  Walk me through a real life example of how
17  a senior citizen in my district is going to acquire that
18  card.  Do they do it by mail?  Do they have to do it in
19  person?  What's the process?
20         SEN. FRASER:  Senior citizens over --
21         SEN. WHITMIRE:  Give me a real life.
22  Don't say, "We're going to provide it."  Let's break
23  down what an 86-year-old lady in my district, never been
24  required to have one, how is she going to get her card?
25         SEN. FRASER:  She would vote under current
0061
1   law because she's exempt.
2          SEN. WHITMIRE:  You've given her an
3   exemption.  Does she have to prove, that day, her age?
4   I mean, Troy --
5          SEN. FRASER:  You can ask that question of
6   the Secretary of State.  But I'm assuming --
7          SEN. WHITMIRE:  Well, you're the author.
8   And let me just tell you, like I said, we're all against
9   fraud.  As elected officials, it's in our own personal
10  self-interest to have honest elections with the highest

TX_00000918
JA_000917
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000918

USA_00015799

11   integrity.  We're doing it for the people that we
12   represent as well.  So that's not the issue, are we for
13   or against fraud?  It's the implementation, it's the
14   disenfranchisement, Troy, that we're fighting for and
15   what we've been fighting for, for the last couple of
16   years.  Tell me how we're going to address the
17   unintended consequences of someone not being able to
18   vote on election day, because I know you don't want
19   that.  And I --
20         SEN. FRASER:  I was sent down here by the
21   people of my district to represent their views.  The
22   polling of my district shows that it's almost 90 percent
23   of the people in favor of it.
24         SEN. WHITMIRE:  Okay.
25         SEN. FRASER:  The district that you
0062
 1   represent, I think if you poll in that district -- and I
 2   have used some polling that shows close to the same
 3   number -- that say that when they're asked, "Do you
 4   think you should have to show a photo ID?" and they say
 5   yes.
 6         SEN. WHITMIRE:  And my --
 7         SEN. FRASER:  So my answer is, we need to
 8   pass this, because the people in our district --
 9         SEN. WHITMIRE:  Well --
10         SEN. FRASER:  -- believe that they should
11   show a photo ID.
12         SEN. WHITMIRE:  First of all, I don't
13   govern by poll.  And if I was at a town hall meeting and
14   I walked through, after they've said they're for voter
15   ID, then I start talking about the implementation of it,
16   they start being just as concerned as I am.  So I want
17   to know how people are going to acquire these cards.
18   Forget the 86-year-old.  Let's go to a 56-year- old
19   person.  How do they acquire the card?  Are you familiar
20   in Houston it takes two to three hours to get a driver's
21   license at the DPS office?
22         SEN. FRASER:  John, I was about to ask
23   you, you know, ask you your age, but I know your age.
24   We're both 61.  A 61-year-old person in our age group,
25   is it going to be a real problem for you and I to drive
0063
 1   down to the DPS to get --
 2         SEN. WHITMIRE:  Well, see, that's what's
 3   so sad about this discussion.  You're not putting
 4   yourself in the shoes of someone who doesn't have the
 5   means that you and I have, they have to depend on
 6   someone else for transportation.  They may not have any
 7   resources.  How is a 56-year-old person in Houston,
 8   Texas, going to acquire this card --
 9         SEN. FRASER:  We are not changing --
10         SEN. WHITMIRE:  -- no driver's license.
11         SEN. FRASER:  We are not changing the
12   mail-in ballot.  And if someone has a reason that they

TX_00000919
JA_000918

file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000919

USA_00015800

13  need to vote by mail --
14          SEN. WHITMIRE:  On a mail-in ballot, how
15  do you prove -- that's early voting.  How do you verify
16  who you are in that instance?
17          SEN. FRASER:  I'm sure the Secretary of
18  State would be glad to answer that.
19          SEN. WHITMIRE:  Okay.  But that's not what
20  we're talking about.  We're talking about on election
21  day, a person in Houston wants to vote, how do they
22  acquire the voter ID, photo ID?
23          SEN. FRASER:  The DPS and the Secretary of
24  State will both be here, and I'm sure they will be glad
25  to answer that question.

0064
1          SEN. WHITMIRE:  Troy, you're proposing
2  this.  And before we go forward, I would like to know,
3  do you have to go to the DPS office?  Do you order it by
4  mail?  That's a critical concern of all of us that are
5  voting "No" against this bill.  And I don't --
6          SEN. FRASER:  Senator, did --
7          SEN. WHITMIRE:  -- think you want to
8  disenfranchise anybody, but I'm afraid that there's
9  unintended consequences that you have not envisioned.
10          SEN. FRASER:  Did another senator advise
11  you of what you had to do to go down to the DPS office
12  to get your driver's license?
13          SEN. WHITMIRE:  Well, we're not talking
14  about me.  We're fortunate; you and I are fortunate.  We
15  probably don't have to wait in lines.  In Houston.
16  Texas --
17          SEN. FRASER:  There are 15 million drivers
18  in Texas.  Of the 31 Senate districts, I think that
19  would mean there's about 500,000, I believe, in my
20  district.  And I don't think I've got a one of them that
21  I instructed on how to go down and get a photo ID.
22          SEN. WHITMIRE:  Okay.  Well, let me just
23  tell you about the DPS operations in Harris County.  A
24  working person cannot go by and get their license
25  renewed on their lunch hour, before work or after work,

0065
1  because literally it's a two to three-hour wait.  So how
2  do you add this new group of participants that have to
3  show up at a DPS office to get a voter ID.
4          SEN. FRASER:  We have someone coming from
5  the DPS.  I think you can ask that question or
6  I'll yield to Senator Williams.
7          SEN. WHITMIRE:  I'm not sure if they're --
8  I think you as the sponsor ought to explain that.
9          SEN. FRASER:  The bill that I'm laying out
10  is very clear, that it complies with the Supreme Court
11  ramification and it also has been cleared by the
12  Department of Justice.
13          SEN. WHITMIRE:  Okay.  So you don't know.
14  Is that your answer?

TX_00000920
JA_000919
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000920

USA_00015801

15          SEN. FRASER:  I said we've got resource
16  witnesses that are coming.  I'm not an expert in that
17  area.  We do have an expert coming, and they'll be glad
18  to answer your question.
19          SEN. WHITMIRE:  The DPS folks will have to
20  publicly say at Gessner and I-10 or at Tacoma and 290,
21  two sites in my district -- and I complained and asked
22  for more resources -- it's a two- to three-hour wait,
23  Governor Dewhurst, to get your driver's license renewed.
24  So you can't even go over there on your lunch hour and
25  get a driver's license, and now you want the folks to go
0066
1  over there and, I assume, wait in line to get a voter
2  ID.
3          Let me ask you another question about the
4  education that you're going to provide.  Is it going to
5  be done in bilingual materials with a --
6          SEN. FRASER:  I'm sure the Secretary of
7  State will be glad to answer that question.
8          SEN. WHITMIRE:  Well, you're the sponsor.
9          SEN. FRASER:  And as the sponsor, I
10  invited the Secretary of State as a resource witness, to
11  make sure we have someone that knows the answer to that
12  particular question.
13          SEN. WHITMIRE:  One also is, your bill
14  provides same-day registration.  Now, according to you,
15  you're going to have a fail-safe system that you'll know
16  who is showing up to vote.  Are you open to the idea
17  that someone who has gotten motivated in the last 30
18  days, maybe the days just leading up to the election,
19  with this secure form of ID can show up on election day,
20  prove who they are and ask to vote?
21          SEN. FRASER:  The bill does not provide
22  for same-day registration.
23          SEN. WHITMIRE:  I'm sorry.  What?
24          SEN. FRASER:  The bill does not provide
25  for same-day registration.
0067
1          SEN. WHITMIRE:  Would you be amenable to
2  us proposing it and --
3          SEN. FRASER:  The bill does not provide,
4  as I -- I filed the bill, and the bill does not provide
5  for same-day registration.
6          SEN. WHITMIRE:  Okay.  Thank you for your
7  answers.
8          CHAIRMAN DUNCAN:  Senator Uresti.
9          SEN. URESTI:  Thank you, Mr. Chairman.
10          Would the gentleman yield for some
11  questions?
12          SEN. FRASER:  I would love to yield.
13          SEN. URESTI:  Thank you, Senator Fraser.
14  I want to ask you a few questions, kind of to follow on
15  what Dean Whitmire asked you specifically regarding the
16  DPS offices.  And I don't know if they're here yet or

file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

17 not. But particularly about my district, you know how
18 large it is. It goes from San Antonio all the way to
19 El Paso, and it has 23 counties, as I'm sure you're
20 aware, Senator Fraser.
21        And one of the concerns that I have is
22 that between here and El Paso -- and you may know this.
23 If not, I would like to let you know and the other
24 members know -- well, let me ask you this: Do you know
25 how many of my 23 counties do not have a DPS office?
0068
1        SEN. FRASER: Senator, you know, the start
2 of your description of this, I'm very familiar with the
3 district, because I used to represent a lot of it. And
4 that area between -- going out toward El Paso, I've had
5 that when I was a state rep. It was in my state
6 representative district. And then part of your other
7 district was when I was a senator. So, yes, I'm very
8 familiar with it.
9        The answer to your question that you're
10 asking about driver's license location, we'll have
11 somebody from DPS here, and I'm sure they'll be glad to
12 answer that question for you.
13        SEN. URESTI: Well, in the meantime,
14 Senator Fraser, let me let you and the members know.
15 There are eight counties in my district out of the 23
16 that do not have a DPS office. Loving County has no
17 office, Crockett County, Hudspeth County, Jeff Davis
18 County, Kinney County, Real County -- we had some good
19 folks here yesterday representing Real County -- and
20 Terrell County have their offices temporarily closed.
21 And, Senator Fraser, do you know how many people live in
22 those counties? There are 47,000 people that live in
23 those counties in my district that don't have a DPS
24 office.
25        SEN. FRASER: Do you know how many in
0069
1 those counties drive that have a license?
2        SEN. URESTI: No, I don't. Do you know,
3 Senator?
4        SEN. FRASER: I don't, no. I have been
5 out in those counties and I see people driving. I'm
6 assuming they have a driver's license.
7        SEN. URESTI: Well, it makes it even more
8 difficult if they don't have a driver's license and they
9 need to get a driver's license or a photo ID to vote.
10 How are they going to drive long distances in order to
11 retrieve that -- or obtain that ID?
12        SEN. FRASER: Again, the data we've been
13 shown is that people registered to vote -- and I guess I
14 would like to look in your area -- but about 90 percent
15 of the people that are coming in show their driver's
16 license when they register to vote.
17        You know, yes, there's -- it looks like
18 there's a lot of people or, you know, 47,000, but I'm

TX_00000922
JA_000921

TX_00000922

USA_00015803

19  assuming that the bulk of those, probably a lot of them
20  have IDs.
21          SEN. URESTI:  Well, that's an assumption,
22  Senator Fraser, that you're making that I don't have the
23  luxury of making on behalf of those 47,000 people.  But
24  in addition to that, Senator Fraser and members, there's
25  another 70,000, another 70,000 constituents in my
0070
1  district that have access to only partial or sporadic
2  service; for example, Senator Fraser, the first Tuesday
3  of each month from 9:00 to 4:00.  So they have one day a
4  month, members, to go and get an ID, and that's between
5  the hours of 9:00 to 4:00.
6          Well, if you can't get off of work that
7  one month -- that that one Tuesday and that's the only day
8  it's open, what are my constituents supposed to do,
9  Senator Fraser?
10          SEN. FRASER:  I think that's probably a
11  question you would want to ask the DPS.  Or, if you
12  would like, I will yield to Senator Williams.
13          SEN. URESTI:  But this isn't their bill;
14  this is your bill, Senator Fraser.
15          SEN. FRASER:  And that's the reason I
16  bring in, you know, knowledgeable witnesses, expert
17  witnesses that can answer these questions.  We have
18  someone from DPS that will be here.  Or Senator
19  Williams, that's in the area of his committee.
20          SEN. URESTI:  So they're going to answer
21  my question as to what should my constituents do if they
22  can't get off of work that one Tuesday of the month in
23  order to get their ID to vote?  That's what you're
24  saying, they're going to answer that question?
25          SEN. FRASER:  You'll just have to ask
0071
1  them.
2          SEN. URESTI:  This is your bill, Senator
3  Fraser.  I'm asking you, because I need to go back to my
4  district and tell them that they have to get a photo ID
5  in order to vote.  And their first question to me is
6  going to be, "Well, Senator Uresti, you know that our
7  DPS offices are closed," or "We have no DPS office in
8  our county," or "It's only open on one Tuesday a month."
9  What am I supposed to do, Sen. Uresti"?
10          SEN. FRASER:  Again, the DPS will be here.
11  You can outline the problem, and you can outline the
12  problem with Senator Williams, and you're free to ask
13  them those questions.
14          SEN. URESTI:  Sen. Fraser, in addition to
15  those counties that have no DPS offices, many of my
16  constituents in several other counties are going to have
17  to travel long distances in order to get an ID.  For
18  example, my constituents in Crockett County, Ozona, will
19  have to travel 163 miles round trip to San Angelo to get
20  to the nearest DPS office.  And if you live in Sanderson

TX_00000923
JA_000922
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000923

USA_00015804

21  in Terrell County, you will have to travel 170 miles
22  round trip to get to Fort Stockton.  If you live in
23  Sierra Blanca in Hudspeth County, you have to travel
24  176 miles to get to El Paso in order to get to the DPS
25  office.  Did you know that, Sen. Fraser?
0072
1            SEN. FRASER:  I'm very aware of that,
2  that, you know, the district I represented, there were
3  bus routes that were 80 to 90 miles each way for kids to
4  attend public school, because the people lived out in
5  the country.
6            SEN. URESTI:  And would you agree with me,
7  then, that that's going to be a challenge for those
8  folks?
9            SEN. FRASER:  We're not changing the early
10  voting mail-in ballot rules, and that will still be an
11  option for people.
12            SEN. URESTI:  So they don't need an ID to
13  vote by mail?
14            SEN. FRASER:  By mail?  Again, you can ask
15  the Secretary of State.  We're not addressing the
16  mail-in ballots.  The Secretary of State will be here.
17  Someone from their office, you can ask that question.
18            SEN. URESTI:  Well, let me just mention a
19  few more of my counties.  If you live in Van Horn in
20  Culberson County, you have to travel 200 miles round
21  trip to Marfa, which is the nearest DPS office.  If you
22  live in Pecos, which is in Reeves County, you have to
23  travel 143 miles to Fort Stockton.  If you live in
24  Rocksprings in Edwards County, it's 152 miles round trip
25  to Del Rio, Sen. Fraser.  And finally, if you live in
0073
1  Medina, which is in Hondo, if you live in Hondo, which
2  is in Medina County, you have to travel 84 miles.
3            And so again my question; Sen. Fraser --
4  if you can't answer it, just let me know -- what am I
5  supposed to tell my constituents -- because this is your
6  bill; it's not my bill -- how are they supposed to get
7  their Texas ID if their DPS office is --
8            SEN. FRASER:  Senator, if I were you, when
9  the DPS comes up, I would ask them questions and say,
10  "Is there a way that we could do something like a
11  temporary van coming through to accommodate those
12  people?"  And if I were the senator from that area, that
13  probably would be a question I would ask the DPS.  But
14  again, they're coming forward, and that's a question I
15  think that is appropriate of the DPS of, you know, "How
16  do we make sure that we accommodate those people?"
17            SEN. URESTI:  Well, it's a great
18  suggestion, Senator Fraser.  But what if DPS says, "We
19  can't do that.  It's not in the budget, the $2 million
20  that we're being allocated"?  So then what do I tell my
21  constituents?
22            SEN. FRASER:  Well, you're assuming the

TX_00000924
JA_000923
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000924

USA_00015805

23 answer before you ask the question of the DPS.
24       SEN. URESTI: Well, you're assuming that
25 they're going to say that they will be able to do it.
0074
1       SEN. FRASER: No. I'm assuming that the
2 DPS is going to come up and you'll have the opportunity
3 to ask them.
4       SEN. URESTI: Okay. So then let's assume
5 the DPS spokesperson says, "Great idea that Senator
6 Fraser has. We can do that," there's going to be a cost
7 associated with that. Isn't that correct? That's not
8 included in the fiscal note of $2 million?
9       SEN. FRASER: Again, I'm not advised, I
10 think the DPS could advise you on that, or
11 Sen. Williams.
12      SEN. URESTI: Do we know when they're
13 going to be available to answer or --
14      SEN. FRASER: I think they're on hand.
15 And as soon as we complete these questioning, I think
16 we'll going to bring -- you know, as soon as we start
17 the -- well, I think that the plan -- I'm not speaking
18 for the Chair, but I believe we're going to allow
19 questions from members, then we're going to have invited
20 guests. And then once we start the public testimony,
21 they would be ready to come up, and I think they'll
22 answer any questions you've got.
23      SEN. URESTI: Senator Fraser, let me ask
24 you a few more questions, if I may, please. And I want
25 to be clear. So as I understand it, in order to vote
0075
1 with your bill, if your bill passes, you can have a
2 voter registration card and a Texas ID or a driver's
3 license, and you're able to vote with both of those
4 documents. Correct?
5       SEN. FRASER: Actually, you don't -- if
6 you go in and you're on the voter roll and you have a
7 driver's license, they'll allow you to vote, because I
8 know that's -- you know, I do that now.
9       SEN. URESTI: So you don't need your voter
10 registration card, is my real question? If you have a
11 valid Texas ID or a valid Texas driver's license, then
12 you do not need --
13      SEN. FRASER: I think probably if you'll
14 ask the Secretary of State. But my understanding is
15 that you just have to identify yourself with a photo.
16 And if you're on the voter roll and you're at the
17 correct voting location, you live in that precinct and
18 you're on that roll and you show them your ID, I believe
19 you'll be allowed to vote.
20      SEN. URESTI: And that's my question, but
21 I want to be specific about it. So if I have a valid
22 photo ID or a valid Texas driver's license and I'm on
23 the rolls, then I do not need a voter registration card.
24 Correct?

TX_00000925
JA_000924
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000925

USA_00015806

25          SEN. FRASER:  To my understanding, the

0076

1   answer is yes.  But I still think I would ask that
2   question of the Secretary of State.
3          SEN. URESTI:  Well, I'm pretty sure that's
4   correct.  That's what I read.  Then why do we need a
5   voter registration card, then?  Why are we going to need
6   voter registration cards after your bill passes?
7          SEN. FRASER:  Good question.  Why don't
8   you ask that of the Secretary of State.  It might be
9   a -- you could offer that as a cost-saving measure.
10         SEN. URESTI:  But it's your bill, Senator
11  Fraser.  I mean --
12         SEN. FRASER:  All my bill is addressing is
13  the photo identification when you vote.  You know,
14  Carlos, when you walk in and they say, "Senator Uresti,
15  you know, we'll need some identification," and even
16  though you're on the roll, you're going to have to show
17  a photo ID.
18         SEN. URESTI:  And that's correct, and I
19  agree with you, Senator Fraser.  But the result will be,
20  you do not need your voter registration card, then?
21         SEN. FRASER:  That is my understanding.
22  But, again, I would ask the Secretary of State.
23         SEN. URESTI:  Okay.  That's all the
24  question I have for now, Mr. Chairman.
25         Thank you, Senator Fraser.

0077

1          CHAIRMAN DUNCAN:  Thank you, Senator.
2          Senator Gallegos.
3          SEN. GALLEGOS:  Senator Fraser, the
4   questions that you're being asked and are asking us to
5   wait for resource witnesses, I'm concerned that we're
6   not getting answers from the author of the bill.  Now,
7   Senator Huffman just showed us a box with testimony and
8   questions and supposedly answers that were asked two
9   years ago.  And a lot of the questions that you're
10  referring to that we get answers from resource witnesses
11  weren't answered at that time.
12         I mean, we just want an assurance here
13  that whatever was in that box that Senator Huffman had
14  did not have all the questions answered.  I heard what
15  she told Senator Davis, but a lot of the questions that
16  you're being asked today were the same questions that
17  were asked two years ago and have never been answered.
18         SEN. FRASER:  Senator, I stayed up very
19  late last night reading the deposition of the questions
20  that were asked, that you asked me last year, the
21  answers.  And I guess if you're concerned about that,
22  maybe you should get that deposition and you read it and
23  that way you can feel more comfortable about what was
24  asked and what was answered.  Have you read the
25  deposition?

0078

TX_00000926
JA_000925
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000926

USA_00015807

1    SEN. GALLEGOS:  There will be plenty of
2  time for that.  But I'm just asking you, as the author
3  of the bill.  You know, I mean, you are laying it out,
4  and you're trying to explain it.  And you're asking us
5  to ask resource witnesses on questions, especially the
6  questions that Senator Uresti had.  And it concerns me
7  that before we even, you know, lay it out and go forward
8  with a bill, that the people that are here listening, at
9  least they have the right to -- they leave, they have
10  the right to know these questions, especially those
11  questions that Senator Uresti just got through asking
12  you.  And it concerns me that we cannot get answers at
13  the time that the bill is laid out, before we even go
14  forward with the witnesses.  And that just concerns me,
15  that we're not getting answers.
16    SEN. FRASER:  I think you can take a lot
17  of comfort in the fact that we will not ask you to vote
18  for the bill until we bring up an expert witness and you
19  will be allowed to ask those question and get the answer
20  you're looking for.
21    SEN. GALLEGOS:  Well, I mean, we did that
22  two years ago.  And some of the questions that the box
23  that Senator Huffman had still doesn't have answers in
24  that box that she had that's going to be introduced as
25  Exhibit No. 1.
0079
1    SEN. FRASER:  Have you read all the data
2  that was in the box?
3    SEN. GALLEGOS:  I have not read it; I have
4  not read it.  But, you know, I would think that,
5  especially some of the questions that I asked and I'm
6  fixing to ask you, you know, that if those answers
7  aren't in that box that Senator Huffman introduced as
8  Exhibit No. 1.  I just want to make a point that it
9  concerns me that these questions these senators have
10  about their districts are not being answered.  I just
11  wanted to make that point.
12    And on another question, Senator, on the
13  fiscal note -- and I know that Senator Watson brought it
14  up -- it says that it's $2 million to implement.  Now,
15  here is my concern on that, is that Texas is ranked
16  No. 2 nationally in this country as far as population.
17  Missouri is ranked 19th.  Yet, the numbers that I'm
18  looking at on the costs that the Secretary of the State
19  of Missouri on implementing -- and Missouri only has
20  5.9; we have 25 million -- Missouri has 5.9 in
21  population, and the Secretary of the State of Missouri
22  is going it's going to cost $6 million just to implement
23  their voter ID program, and that's just the first year.
24  The second year, another $4 million.
25    Now, with only 5.9 in population, and I'm
0080
1  looking at Texas that has 25 million, now, what kind of
2  methodology is the Secretary of State using in Missouri

TX_00000927
JA_000926

TX_00000927

USA_00015808

3    as opposed to the Secretary of State in Texas?  To me,
4    that math -- you know, I'm not an expert in math, but I
5    can tell the difference between 5.9 and 25 million to
6    implement a voter ID bill, you know, that obviously
7    there's something wrong here in the numbers.  Can you
8    tell me the difference in 6 million for Missouri and
9    2 million in implementing the cost of voter ID in Texas?
10          SEN. FRASER:  I'm not a citizen of
11    Missouri, so we don't have access to that information.
12    And you and I have been in the Legislature a long time,
13    and you're very aware that your fiscal note -- whenever
14    you file a bill, you get a fiscal note with a bill, they
15    look at the cost, and this is the cost that's been
16    estimated.
17          SEN. GALLEGOS:  You know, Senator, I'm
18    concerned here that this number that has been laid out
19    in this bill -- you know, and we do have -- and I don't
20    know if the rules if we have the Ogden amendment on this
21    bill where you're looking at one number and then all of
22    a sudden, before we start implementing the bill, it's
23    going to cost us $30 million to implement the bill by
24    the numbers -- if we use the formula being used by
25    Missouri that has only 5.9 in population.  Now, that
0081
1    really concerns me.  $30 million, Senator Watson could
2    use that here and stop the closure of those Austin
3    Independent School District schools that are being
4    closed.  They could use that $30 million that I see as
5    opposed to what I'm seeing as the formula in math that
6    Missouri used.
7          Now, it concerns me that the fiscal note
8    that's laid out in this bill is misleading, according to
9    the other states that are using more money and less
10    population to implement their voter ID bill.  That
11    concerns me, Senator.  And, I mean, is there somebody
12    that can answer that question for me, why it costs so
13    little on a state that has 25 million in population as
14    opposed to another state that has 5 million and it's
15    triple the cost?
16          You know, I mean, that concerns me, and
17    that should concern you, when you're given a number, and
18    we're telling the people in the audience here, the
19    taxpayers, it's only going to cost us $2 million.  And
20    we have 25 million in population; Missouri only has
21    5.9 million, and it's costing them $6 million to
22    implement voter ID.  Now, you know, that really concerns
23    me.  And I don't want to mislead the public in any form
24    or fashion that it's only going to cost us $2 million to
25    upstart voter ID when that is a misleading number.  And
0082
1    that concerns me, Senator, and it should you.  If this
2    number is misleading, now who can answer that question
3    for me?
4          SEN. FRASER:  I think you're very aware of

TX_00000928
JA_000927

TX_00000928

USA_00015809