5   the fact that this number comes from LBB. I believe
6   they probably called the Secretary of State and asked
7   for that number. So if you have a concern about it,
8   probably you should ask the LBB and/or the Secretary of
9   State. I believe the Secretary of State is going to
10  tell you there are HAVA funds that they're requesting
11  that would possibly even eliminate that $2 million.
12          SEN. GALLEGOS: Well, I mean, I heard you
13  tell Senator Watson about the HAVA funds. I'm just
14  saying on straight-up, straight-up implementation, that
15  $2 million as opposed to $6 million in Missouri, you
16  know, that's without HAVA funds, too. I'm saying that
17  when you come down to it, if that number -- if, when the
18  implementation starts, instead of $2 million it's
19  $30 million, then, you know, I'm concerned.
20          I believe that the Ogden amendment should
21  go on there and say, you know, if it's going to be over,
22  over what you're showing on the fiscal note, that it
23  shouldn't be implemented if it's going to cost that type
24  of money. That's a lot of money; that's a lot of money
25  to implement voter ID when you're just saying -- well,
0083
1   not you -- but the fiscal note on this bill is saying
2   only two million bucks. Now, you know, that just
3   concerns me, Senator. And I guess I'll ask that
4   question when the proper resource witness comes up.
5          Senator Fraser, the other question I had
6   was similar to Senator Uresti's question. Now, two
7   years ago, I put maps up on one of my amendments where
8   the City of Houston has no DPS offices within the 610
9   loop. The City of Fort Worth, I believe -- let me see
10  here. Let me look at my notes here.
11          The City of Fort Worth I think doesn't
12  have any either inside -- what is that loop? 82,
13  182? -- 81. And Dallas, Senator West, only has one --
14  only has one inside the city, only has one DPS center
15  inside the city. And it concerns me, if we're going to
16  mandate Texans to get a photo ID and you have no place
17  to send them to, especially inside the loop and
18  especially those without transportation, and if they
19  can't get to it on a bus route, to one of the DPS
20  centers --
21          SEN. FRASER: Senator, if you have
22  evidence that someone in your district has the inability
23  to get a driver's license, I wish you would bring that
24  forward.
25          SEN. GALLEGOS: I'm talking about your
0084
1   bill that mandates a photo ID. And if we're going to
2   mandate Texans, then we should at least allow them the
3   opportunity to have places where they can get it, where
4   they don't have to travel 150 miles, like Senator Uresti
5   just said. That's my concern, especially the elderly
6   that don't have any and they're going to have to get a

file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

7   photo ID, that that person is going to have to travel
8   150 miles, even from their house inside the loop, those
9   people that don't have cars and they have to do public
10  transportation.
11          Now, I'm looking at the map in the City of
12  Houston, the bus route where it takes them three buses
13  just to get close to a DPS center from anywhere inside
14  the 610 loop.  That really concerns me, Senator, on
15  this, and hopefully that -- Senator Fraser?
16          SEN. FRASER:  I'm with you.
17          SEN. GALLEGOS:  Hopefully that you will
18  look at it and maybe in some of our amendments will take
19  that into consideration.  I'm just telling you, you
20  know, what's in Houston, not in Horseshoe Bay where you
21  live.  And, you know, that is really a problem that we
22  have, especially those of us that represent minority
23  communities like Senator Uresti and me and others on
24  this floor.
25          There is another issue, Senator Fraser,
0085
1   that I wanted to ask you.  On driver's license, you
2   know, it says on a driver's license that's -- on a
3   driver's license that's pulled from somebody for
4   whatever reason, DPS gives you a temporary, and that
5   temporary is good for about 40 days or in some cases
6   when they've been stopped for a DWI or anything but
7   still have not gone through the legal process, they are
8   given a paper temporary license, and it says on that
9   paper that this is used for identification purposes.
10          Now, I guess my question to you would be
11  that if that is pulled -- and there's several thousands
12  of drivers, of Texans, that are using this paper ID
13  right now -- that if a driver's license is pulled for
14  whatever reason, that that DPS certification, paper
15  temporary license can be used as an ID to go vote.
16          SEN. FRASER:  Senator, if you don't mind,
17  I'm going to yield to Senator Williams on that question.
18  If you don't mind, he'll answer that question for you.
19          SEN. WILLIAMS:  Senator Gallegos, I had a
20  similar question of what you have as I visited with the
21  Department of Public Safety about this.  And, in fact,
22  it had been a while since I had renewed my license.  And
23  they now issue -- these temporary licenses actually have
24  a photo on the license, and it would be valid under
25  Sen. Fraser's bill as identification if you went to
0086
1   vote.
2           And, you know, in more detail, we could
3   get the Department of Public Safety to give you some
4   more detail on that.  But now the temporary licenses
5   actually have a photo on the paper license that you're
6   referring to.
7           SEN. GALLEGOS:  Well, Senator Williams,
8   I'm showing that 98,000 drivers right now have temporary

TX_00000930
JA_000929

9    licenses without photo IDs.
10          SEN. WILLIAMS:  Well, you know, I'm not
11   advised about that.  I think we ought to get the
12   Department of Public Safety --
13          SEN. GALLEGOS:  Well, I agree.
14          SEN. WILLIAMS:  I'm told that these, you
15   know, temporary licenses you used to get when you were
16   in the process of renewing your licenses now have your
17   ID on them, your photo.
18          SEN. GALLEGOS:  Senator Williams, I
19   understand what you just told me.  But, you know, I've
20   known some folks that have had their license pulled and
21   have not gone through the process, and there is no photo
22   ID.  All they're given is the sheet of paper that I have
23   right here that they're driving with, 98,184 that are
24   driving with this paper right here, no photo ID.
25          And it says -- it says here -- well, I'm
0087
1    not going to read it to you.  Just trust me; you can
2    read it yourself.  It says that this would be used for
3    identification purposes.
4          SEN. WILLIAMS:  Well, thank you, Senator
5    Gallegos.  And I'm glad that you raised this issue, and
6    we ought to ask the Department of Public Safety to clear
7    it up for us.  Thank you.
8          SEN. GALLEGOS:  That's why I brought it
9    up, Senator Williams and Senator Fraser.  That's being
10   done on temporary suspended license, no photo ID.  But
11   on the face of this sheet that DPS has given out, it
12   says that this is for identification purposes.  I just
13   wanted to point that out.  I do have an amendment that I
14   hope you will take, Senator, that alleviates almost
15   100,000 that we know of right now.
16          SEN. FRASER:  Have you turned that
17   amendment in?  If you get the amendments in so we get a
18   chance to look at them --
19          SEN. GALLEGOS:  Sure.
20          SEN. FRASER:  -- I think there's a better
21   chance for, you know, us to understand what you're
22   trying to do.  So if you have an amendment, I would ask
23   you to turn it in.
24          SEN. GALLEGOS:  Sure.
25          Thank you, Mr. Chairman.
0088
1          CHAIRMAN DUNCAN:  Senator Davis.
2          SEN. DAVIS:  Senator Fraser, will you
3    yield for some questions, please?
4          SEN. FRASER:  If you will allow me one
5    second to get some better headsets on.
6          SEN. DAVIS:  I was going to ask you if you
7    could hear me.
8          (Laughter)
9          (Brief pause)
10          SEN. FRASER:  I will now yield.

TX_00000931
JA_000930
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000931

USA_00015812

11    SEN. DAVIS:  Can you hear me okay, Senator
12  Fraser?
13    SEN. FRASER:  Right now I am.
14    SEN. DAVIS:  All right.  A couple of
15  questions for you.  You've talked earlier this morning
16  about both the Supreme Court opinion in the Indiana case
17  and also the Justice Department review of Georgia.  Are
18  you aware that in each of those, there were particular
19  instances that made the acceptance of those particular
20  laws different than yours might be interpreted by those
21  same bodies?
22    SEN. FRASER:  If you don't mind, we've
23  got, you know -- Senator Huffman, I think, is prepared
24  to, you know, answer legal questions.  If you've got a
25  question about a -- do you have specific examples --
0089
1    SEN. DAVIS:  Well, I would --
2    SEN. FRASER:  -- that you would like to --
3  and we also, I believe, are going to have someone from
4  Indiana here this afternoon, and we're also going to
5  have an invited -- an attorney that will address that.
6  So if you have specific questions about that, that might
7  be the appropriate place.
8    SEN. DAVIS:  Well, I'll read to you from
9  those in a moment.  But let's start just by talking
10  about what's required on the Texas voter registration
11  application right now.  Right now a person may put their
12  driver's license number or their social security number
13  on their registration application to become a voter in
14  the State of Texas.  Correct?
15    SEN. FRASER:  You've got the data.  And I
16  think probably the best person to ask, and that's the
17  Secretary of State.
18    SEN. DAVIS:  Well, I have it right here.
19  And there are some people who can't provide that
20  information, and there's another opportunity for that
21  person to attest to whom they are, to attest to the fact
22  that they're a legal citizen and not a felon who would
23  be prevented from voting.  And I'm sure the Secretary of
24  State probably has a number that shows to us -- and we
25  will ask for this on the record today -- how many people
0090
1  fill out Section No. 9, the attestation clause, versus
2  the people who are able to fill out Section 8, and
3  what's the gulf between that.  Are you aware what the
4  gulf is between those two numbers?
5    SEN. FRASER:  I believe I know the section
6  you're talking about, but I actually would prefer you
7  ask that of the Secretary of State's office.
8    SEN. DAVIS:  Okay.  But I'm asking you.
9  Are you aware -- under your bill that you're proposing,
10  are you aware of what the gulf is, the gap is between
11  those two numbers, the people who are able to provide
12  their driver's license or social security number versus

TX_00000932
JA_000931
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000932

USA_00015813

13 those that fill out the attestation clause, because they
14 don't have either?
15          SEN. FRASER:  When you ask the Secretary
16 of State that question, I will be listening very
17 carefully to make sure that I hear what they say.
18          SEN. DAVIS:  And would you agree that it's
19 probably the case that if I fill out Section 9, the
20 attestation clause, because I can't fill out Section 8
21 with either a social security number or my driver's
22 license number, that I will probably be impacted by a
23 bill that's going to require what your bill requires in
24 order for me to vote?
25          SEN. FRASER:  Again, that would be a good
0091
1 second of the Secretary of State.
2          SEN. DAVIS:  Well, I'm asking you as the
3 bill's author.  Are you concerned that there will be an
4 impact to those people who currently cannot fill out
5 Section 8 but can only fill out the attestation clause
6 in Section 9?
7          SEN. FRASER:  And again, you're making a
8 reference to Section 8 that -- you know, I'm sorry.  I
9 don't -- I'm not -- I don't know what you're referring
10 to.  The Secretary of State is the expert in that area.
11 And when you ask that question, I'll be listening and
12 will, you know, listen to the response.
13          SEN. DAVIS:  Earlier you talked about the
14 Executive Director from the Carter-Baker Commission, and
15 you cited a statistic, that only 1.2 percent of
16 Americans would be affected by a requirement that a
17 photo ID be required.  Correct?
18          SEN. FRASER:  I did make that reference,
19 yes.
20          SEN. DAVIS:  Are you aware that that was
21 limited to a study of only three states, and Texas was
22 not one of them?
23          SEN. FRASER:  Yes, because at that time
24 the Carter-Baker was looking at the states that had
25 issued a photo ID.
0092
1          SEN. DAVIS:  And would you agree that it
2 may be the case that if I live in one of those three
3 states and it's easier for me to get a driver's license
4 in that state, then I may have a lower percentage of
5 citizens who don't have a photo ID than another state
6 might have where it's more difficult to get a driver's
7 license?
8          SEN. FRASER:  I'm not advised.
9          SEN. DAVIS:  Are you aware that even in
10 those states, in the 1.2 percentage number, there was a
11 disparate impact that was found on elderly and women and
12 African-Americans in terms of people who actually had
13 the eligible photo ID that's counted in that percentage?
14          SEN. FRASER:  I'm not advised.

TX_00000933
JA_000932
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000933

USA_00015814

15          SEN. DAVIS:  Does it concern you at all
16  that the bill that we are looking at today, the bill
17  that you filed, might have a disparate impact on women,
18  minorities and senior citizens, possibly disabled people
19  in the State of Texas?
20          SEN. FRASER:  The bill that we're filing
21  today I believe will be approved by the U.S. Supreme
22  Court, and also the bill in Georgia was precleared by
23  the Justice Department.  So I believe our bill will
24  comply with both of those.
25          SEN. DAVIS:  Okay.  Well, I'm going to
0093
1   read to you from the Supreme Court opinion, the U.S.
2   Supreme Court opinion when it was reviewing the Indiana
3   law.
4           They acknowledged that there is evidence
5   in the record, in fact, of which we may take judicial
6   notice that indicates that a somewhat heavier burden may
7   be placed on a limited number of persons by virtue of
8   the photo ID requirement.  They include elderly persons
9   born out of state, persons who, because of economic or
10  other personal limitations, may find it difficult either
11  to secure a copy of their birth certificate or to
12  assemble the other required documentation to obtain a
13  state-issued ID, homeless persons and persons with a
14  religious objection to being photographed.
15          "If we assume, as the evidence suggests,
16  that some members of these classes were registered
17  voters when the Indiana law was enacted, the new
18  identification requirement may have imposed a special
19  burden on their right to vote.  The severity of that
20  burden is, of course, mitigated by the fact that if
21  eligible voters without photo ID may cast provisional
22  ballots, that will ultimately be counted."
23          Are you aware that in the State of
24  Indiana, I can cast a provisional ballot, and the
25  Supreme Court made its decision in terms of whether the
0094
1   burden was constitutionally acceptable, based on the
2   fact in Indiana, I can cast a provisional ballot, and if
3   I attest to the fact that I'm unable to pay for the cost
4   of getting the underlying documents to receive a photo
5   ID, that I do not, in voting my provisional ballot, have
6   to show a photo ID?
7           SEN. FRASER:  Senator, my observation is
8   that what you've read from the Supreme Court opinion is
9   a portion of it, but it's a snippet.  And it also
10  continues to say that these do not present an undue
11  burden for the person to vote.
12          SEN. DAVIS:  That's correct.  They said
13  they did not believe that it created a constitutionally
14  prohibited burden, based on the fact that voters in the
15  State of Indiana have the opportunity to vote a
16  provisional ballot even if they don't have a photo ID,

TX_00000934
JA_000933
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000934

USA_00015815

17  if they can show that they were unable to get one,
18  either because of their circumstances as an elderly
19  person or because they're indigent. Does your bill
20  provide a special exception for people under those
21  circumstances to vote a provisional ballot?
22      SEN. FRASER: The bill that I'm moving
23  forward I believe will be approved by the U.S. Supreme
24  Court and will be precleared by the Department of
25  Justice.
0095
1      SEN. DAVIS: Okay. Let's look at the
2  things that are required in your bill in terms of a
3  photo ID. And I appreciate what you said earlier. I
4  think it's true. I think if you ask anybody on the
5  street that you might walk up to at this moment in time
6  whether they think it's a good idea for someone to show
7  a photo ID in order to vote, they would probably agree.
8  What they might not understand in agreeing with that,
9  though, are what the requirements are going to be in the
10  State of Texas in order for them to comply with that
11  particular requirement, and they also might not
12  appreciate the challenge and the difficulty that some
13  people may have in supplying that.
14      SEN. FRASER: Senator, this is not rocket
15  science. The people of your district understand very
16  clearly that when they walk into that voting booth, they
17  have to show a photo ID proving they are who they say
18  they are. The people in Fort Worth, that area, I have
19  the polling data -- I believe the number is about --
20  around 90 percent. And of that, that's Republicans and
21  Democrats. So I believe the people that elected you,
22  sent you down here, have said, "We believe that when you
23  go in to vote, you should show identification to prove
24  you are who you say you are." It's a very, very simple
25  concept.
0096
1      SEN. DAVIS: Are you aware that in the
2  Indiana law and also in the Georgia law, people are
3  allowed to come and vote with a state-issued student ID
4  if they're attending a state university?
5      SEN. FRASER: I'm not advised.
6      SEN. DAVIS: And your bill does not allow
7  that kind of a photo ID to be used. Is that correct?
8      SEN. FRASER: We have four forms of ID
9  that we have laid out as acceptable. Those are all
10  recognized acceptable forms of identification that we
11  have recommended.
12      SEN. DAVIS: And it does not include that,
13  for the record. Are you also aware that in the Indiana
14  law and in the Georgia law, the ID can be expired and
15  still be utilized, but under the requirements in your
16  bill, that cannot occur?
17      SEN. FRASER: You know, I think our belief
18  is that someone should have a valid ID that has not

file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

19 expired. "Expired" implies it is not valid, and we in
20 Texas believe you should have a valid ID.
21          SEN. DAVIS:  What will I do if my driver's
22 license expires the day before I go to vote and I'm not
23 aware of it until I show up at the polling place?
24          SEN. FRASER:  And I would ask you, what
25 would happen if you were driving to the polling place
0097
1 with an invalid driver's license?  What would happen?
2          SEN. DAVIS:  I would get a ticket, but I
3 wouldn't be denied my constitutional right to vote as a
4 legal citizen of the United States.
5          SEN. FRASER:  You would not be denied your
6 right to vote.  Under this law and under this bill, as
7 you know, if you walk in with an invalid driver's
8 license, you would be allowed to vote.  It would be a
9 provision vote, and you would be allowed six days to go
10 back to the place that issues driver's license, get a
11 valid license and come back, and your vote would be
12 counted.
13          SEN. DAVIS:  Well, we had a conversation
14 about that earlier in terms of how difficult and
15 challenging -- for some people it actually is -- to be
16 able to comply with that requirement.  But let me ask
17 you for a moment, if I bring in a state-issued Texas
18 driver's license and it expired 30 days ago or 60 days
19 ago or a year ago, how does that fail to prove that I'm
20 the person on the card, simply because it has expired?
21          SEN. FRASER:  Well, I would ask you the
22 same question.  If your driver's license expired 30 days
23 ago, is it acceptable to the patrolman that just stopped
24 you?  It's expired.
25          SEN. DAVIS:  I'm asking you the question.
0098
1 The reason that we are advocating or you are advocating
2 for photo ID is so that the person who is receiving my
3 ballot can verify that I am the person casting it.
4 Correct?
5          SEN. FRASER:  Yes.
6          SEN. DAVIS:  And if my driver's license is
7 expired but it's a state-issued driver's license and it
8 has my name and it has my picture on it and my name
9 matches what's on the registrar's -- the precinct rolls,
10 how does that fail to prove that I'm who I am?
11          SEN. FRASER:  I think we go back to the
12 word "valid," do you have a valid Texas driver's
13 license?
14          SEN. DAVIS:  How does it fail to prove
15 that I am who I am?
16          SEN. FRASER:  You don't have a valid Texas
17 driver's license.
18          SEN. DAVIS:  And as I said earlier, in
19 Georgia and in Indiana, under the laws that were deemed
20 acceptable by the Supreme Court and the courts in

TX_00000936
JA_000935
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000936

USA_00015817

21 Georgia received preclearance by the Department of
22 Justice, each of those allows some acceptance of expired
23 IDs.
24         I want to talk a little bit about how
25 difficult if is, because I really think every one of us
0099
1 in this room needs to appreciate the burden that people
2 have when they're being asked to supply some of the
3 documentation that's required in your bill.  And I've
4 put together a little chart that I just want to go over
5 very quickly.  I won't belabor the point.
6         Can you bring it closer over here, Dan, so
7 I can actually point at it?
8         Thank you.
9         Now, each of us, whether we're in the
10 Senate or the House of Representatives in the State of
11 Texas, we each bring unique backgrounds and perspectives
12 to the table.  And because of our unique backgrounds and
13 perspectives, we're able to represent people in ways
14 that hopefully contribute to a better understanding for
15 each of us in terms of how we can best serve them.
16         Senator Fraser, I came from a fairly
17 challenged background before I arrived on the floor of
18 the Texas Senate.  I had the opportunity to receive an
19 incredible education that ultimately allowed me the
20 privilege of standing here and having a conversation
21 with you today.  But there was a time when I was
22 indigent, there was a time when I was a single mother
23 and I was working a full-time job during the day in
24 Dallas, from which I had to leave my house at 6 o'clock
25 in the morning every morning to arrive at, and I worked
0100
1 a part-time job four nights a week waiting tables.
2         If I had been required during that point
3 in time to show some of the ID requirements that are
4 being proposed under your bill, I have to admit to you
5 that I would have been quite challenged in being able to
6 accomplish it.  I had gotten divorced, so my name was
7 different on my state ID than was on the registration
8 rolls.  And so because of that, I would have had to go
9 through the process of trying to get a new state ID.
10 And, honestly, with my schedule, it would have been
11 fairly impossible for me to achieve it.
12         I think it's pretty easy for us to stand
13 on the Senate floor where we are today and the shoes
14 we're in today and say, "Why should that be a problem?"
15 But for people who have to take time off of work and for
16 whom that's an unaffordable idea, it can be a very, very
17 real problem.
18         The other issue, in trying to receive a
19 state ID in the State of Texas is, it's almost a
20 circular process.  In order to get the state ID, you
21 have to have underlying ID that provide you with the
22 opportunity to get that ID.  And I know we're talking

TX_00000937
JA_000936
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000937

USA_00015818

23  right now in the State of Texas about giving free ID to
24  people who come in to the Department of Motor Vehicles
25  and ask for that ID, based on the fact that they want to
0101
1  vote.
2           But if I can't provide underlying
3  documentation, I'm going to have to go get that
4  underlying documentation, and it's going to cost me
5  money, and I'm concerned about that person.  I'm
6  concerned that if I need a birth certificate in the
7  State of Texas, it's going to cost me $23.  I'm also
8  concerned that I might have a really hard time getting
9  that birth certificate.  And if you look to see what you
10  can show in order to get it, you see the circularity of
11  the problem.  You can show a driver's license or you can
12  show a state ID.  Well, the reason I need the birth
13  certificate is so I can get my driver's license or my
14  state ID.
15          In order for me to get a birth
16  certificate, I can show a social security card as one of
17  my underlying two documents that are required.  But in
18  order to have a social security card, I've got to have a
19  driver's license or a state ID, so it puts me right back
20  at my original problem.  To get my driver's license or
21  my state ID, I might be able to use a passport.  But in
22  order to use my passport, I'm going to have to have a
23  birth certificate, but I couldn't get my birth
24  certificate because I didn't have a driver's license or
25  a state ID to get my birth certificate.
0102
1           You see the problem?  It's not just the
2  problem of the time one has to take off of work in order
3  to comply with this requirement, it's not just a problem
4  of how much money it costs.  Sometimes it can be a
5  problem of almost a near impossibility for a person to
6  be able to provide the underlying documentation in order
7  for them to go and vote.
8           And my concern about that is, we will
9  disparately impact persons who find greater challenges
10  in fulfilling the underlying documentation requirements;
11  and, yet, we haven't provided anywhere in the bill, as
12  was done in Indiana, a provisional opportunity for
13  someone to come and cast a ballot and say that they were
14  unable to comply with the requirements for a photo ID.
15  Why is that?
16          SEN. FRASER:  Senator, I appreciate the
17  story you just gave.  And I would advise you of the
18  other 31 members here.  There's a lot of people that can
19  tell like stories.  When I was 16 and working on a
20  potato picker in California or when I was 17 working
21  picking cucumbers in Rising Star or when I was 18,
22  picking cotton in West Texas, I figured out a way to
23  have time after work to go get a driver's license,
24  because I really wanted one.  I worked that into the

TX_00000938
JA_000937
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000938

USA_00015819

25 schedule, as I think a lot of people do.
0103
1           I think what I would ask you is to give
2 evidence, either in Indiana or Georgia, of a single
3 person that has come forward and said that they were
4 denied their ability to vote because of these
5 provisions, because in my knowledge, there has not been
6 a single person that came forward.
7           SEN. DAVIS:  And again, you know, when you
8 turn to those two laws, they actually provide some
9 exceptions that are not provided in your bill, and so
10 the instances in which people were excluded or
11 prohibited from exercising their constitutional right to
12 vote won't have been challenged in the same was as being
13 proposed for the State of Texas under this particular
14 bill.
15           I want to ask you a question about what
16 happens, as a woman, if I come in to vote and I have my
17 state ID, and the name on my state ID is different than
18 my name on the registrar's certificate, because I've
19 either married or divorced.  What will happen in that
20 situation?
21           SEN. FRASER:  The question has already
22 been asked twice.  We will have someone here from the
23 Secretary of State and the DPS that can answer that
24 question for you.
25           SEN. DAVIS:  Okay.  Back to the fiscal
0104
1 note, Senator Fraser.  The fiscal note --
2           SEN. FRASER:  We've also talked about that
3 a couple of times.
4           SEN. DAVIS:  Yes, we did, but I want to
5 ask this question.  The fiscal note, of course,
6 described the methodology under which the $2 million
7 figure was compiled, and it specifically states that it
8 left out the cost for training poll workers and election
9 officers.  It specifically states that it left out any
10 cost for coordinating voter registration drives.  It
11 specifically states that it left out the costs of
12 providing the ID cards, all of that because it is an
13 unknown number.
14           SEN. FRASER:  Well, you're making an
15 assumption, and this amount was brought forward by LBB
16 after they talked to the secretary of the State.  The
17 Secretary of State, I think, they can answer that
18 question.  But I disagree that it's unknown.  I believe
19 the Secretary of State and LBB knew exactly what they
20 were doing when they brought it forward, because that's
21 their job.
22           SEN. DAVIS:  Well, it literally says that.
23 It says, "The fiscal impact of the revenue loss from the
24 prohibition of DPS to collect a fee is unknown because
25 it is not known how many people would make such a
0105

TX_00000939
JA_000938
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000939

USA_00015820

1  request."
2          SEN. FRASER:  And that is a correct
3  statement.
4          SEN. DAVIS:  And it also says that the
5  cost of coordinating voter registration drives or other
6  activities designed to expand registration is also
7  unknown, and it also says that the cost for
8  responsibilities, the training for people who would be
9  responsible for implementing this is unknown.
10         Now, if I file a bill this session and I'm
11  challenged, based on the fiscal impact of the bill,
12  clearly this session more than any other will be very,
13  very concerned about that.  And the LBB has put a
14  statement on it that they really don't know what the
15  cost is, but intuitively we understand there's going to
16  be a cost.  We'll probably have a conversation about
17  that.  Right?
18         SEN. FRASER:  And I think the conversation
19  you should have should be the Secretary of State in
20  discussing the HAVA funds that the federal government
21  has provided to both Indiana and Georgia for the
22  implementation of their law that we believe will be
23  approved for that, but it has not been approved, because
24  HAVA has clearly said the bill has to be passed before
25  they could pass judgment on whether those funds could be
0106
1  used.  That amount of money is setting in the Secretary
2  of State's office now, and I think that would be a good
3  question to ask them.
4          SEN. DAVIS:  Let me ask a question about
5  the bill itself.  I'm a little confused about a section.
6  This is on Page 5.  I'm reading from Section 8,
7  Subsection (a).  "If the voter's address is omitted from
8  the precinct list under Section 18.005(c), the officer
9  shall ask the voter if the voter's residence, if listed,
10  on ID presented by the voter under Section 63.001(b) is
11  current and whether the voter has changed residence
12  within the county."  What if the answer is "No," what is
13  the election worker to do at that point?
14         SEN. FRASER:  That's a perfect question to
15  ask the Secretary of State.
16         SEN. DAVIS:  It's your bill, though,
17  Senator Fraser, and the language is here.  And there is
18  no guidance for someone -- if we were to vote on a bill
19  like this, how are we to know how a situation like that
20  would be handled if it's not addressed in the bill?
21         SEN. FRASER:  Senator, I'm sure you're
22  aware through -- the past session, you were here.
23  You're reading current law.  There is one change there
24  where we insert "presented by the voter under Section
25  63.001," which is the description I think of the photo
0107
1  ID.  But basically that is current law, and I think it
2  would be a good thing to ask the Secretary of State.

TX_00000940
JA_000939

TX_00000940

USA_00015821

3  Everything you've read is current law.
4          SEN. DAVIS:  Well, it's not current law,
5  because it changes it from the difference being on the
6  voter registration certificate versus being on the
7  person's ID.  What I'm concerned about is that if I come
8  in with an ID and my address has changed and I have the
9  correct address on the precinct list that's different
10  than what's on my ID, that a poll worker might actually
11  reject my opportunity to vote, because the address on my
12  ID is showing differently than is showing on the
13  precinct list.
14          SEN. FRASER:  And the good thing about
15  that is, these HAVA funds that we're going to request
16  will also train poll workers to make sure they
17  understand it.  The ruling would be made by the
18  Secretary of State, and they will train them how to do
19  that, and I feel very comfortable that you would get to
20  vote.
21          SEN. DAVIS:  Well, I'm glad you feel very
22  comfortable, Senator Fraser.  I remain very, very
23  concerned about the number of people under the very
24  severe restrictions that are imposed by the bill you
25  have proposed.  I'm very concerned about the number of
0108
1  people who may be impacted by it.  And I understand and
2  agree with you, that assuring that voter fraud is not
3  occurring is very, very important, and it's a
4  conversation we should be having and a cure we should
5  all attempt to find.
6          But in the process, I'm very afraid that
7  we're going to wind up disenfranchising people who
8  currently are legal citizens in the State of Texas who
9  have the legal opportunity to vote and are going to be
10  denied the right for that right under your bill as it's
11  proposed today.
12          SEN. FRASER:  And I believe our bill will
13  be approved by the U.S. Supreme Court and approved in
14  Section 5 by the Department of Justice.
15          Thank you.
16          SEN. DAVIS:  Thank you.
17          CHAIRMAN DUNCAN:  Senator West.
18          SEN. WEST:  Thank you very much,
19  Mr. Chairman.  I would like to ask the author a couple
20  of questions.
21          Senator Fraser, good morning, sir.
22          SEN. FRASER:  I think we commented about
23  the Barry White voice last year.  I was reading the
24  deposition.
25          SEN. WEST:  That was actually Billy Ocean,
0109
1  which both of us like.
2          SEN. FRASER:  Both of us do like.  I
3  agree.
4          SEN. WEST:  Now, we're not going to have

TX_00000941
JA_000940
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000941

USA_00015822

5 any unfunded mandates on counties, are we? This bill
6 would not occasion any unfunded mandates on counties.
7          SEN. FRASER: This bill?
8          SEN. WEST: Yes, this bill that you're
9 proposing. The counties will not have to pick up any of
10 this cost -- is that correct -- because that would be an
11 unfunded mandate? And I know you are not for unfunded
12 mandates. Right?
13          SEN. FRASER: I am not for -- I'm opposed
14 to unfunded mandate, but I'm not advised of whether it
15 would be --
16          SEN. WEST: So you can tell counties, you
17 can tell all county officials in the sound of my voice
18 and your voice that there will be no unfunded mandates
19 in this bill and counties will not have to spend any
20 money that they don't have right now to implement this
21 particular bill. Correct?
22          SEN. FRASER: I had my largest county,
23 Bell County, in my office last week, and I told Judge
24 Burrows at that time that I'm opposed to unfunded
25 mandate and, you know, we'll do everything we can to
0110
1 keep them off the counties.
2          SEN. WEST: So you're telling county
3 officials there are no unfunded mandates coming from
4 this bill?
5          SEN. FRASER: I didn't say that.
6          SEN. WEST: So there may be unfunded
7 mandates coming from this bill?
8          SEN. FRASER: Not advised.
9          SEN. WEST: So let me back up. And I want
10 to pursue this just a minute now. You philosophically
11 are not for unfunded mandates. Right?
12          SEN. FRASER: That's a correct statement.
13          SEN. WEST: That is a correct statement.
14 And you, by your action in previous legislatures, have
15 made certain that you have not passed any bills that
16 would provide for unfunded mandates on the counties.
17 Right?
18          SEN. FRASER: I have made an effort not to
19 vote, if possible.
20          SEN. WEST: Okay. Now, in this particular
21 bill, it is your objective to make certain that there
22 are no unfunded mandates on any county in this entire
23 state. Is that correct?
24          SEN. FRASER: I'm not advised.
25          SEN. WEST: You're not advised as to what
0111
1 your objective is?
2          SEN. FRASER: No. My philosophy is that I
3 do everything I can trying to keep any unfunded
4 mandates. I'm not advised of how they would be
5 impacted.
6          SEN. WEST: All right. So you can't tell

TX_00000942
JA_000941
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000942

USA_00015823

7  county officials that there are not unfunded mandates in
8  this bill?
9          SEN. FRASER:  Well, as you know, a lot of
10 times there's unintended consequences, and we don't know
11 until it's passed, the impact.
12         SEN. WEST:  It was your bill, though.
13 This is your bill.  You don't know --
14         SEN. FRASER:  My bill says that --
15         SEN. WEST:  I'm just --
16         SEN. FRASER:  -- when you walk into the --
17         SEN. WEST:  I'm just trying to find out
18 whether or not county officials are going to have to
19 pick up any of the cost in terms of putting this bill
20 into effect.  You tell me.  Tell the county officials
21 that there are no unfunded mandates in this bill.  Tell
22 them.
23         SEN. FRASER:  I'm not advised.
24         SEN. WEST:  So what you're telling county
25 officials, that you're not advised as to whether or not
0112
1  there is any unfunded mandates in this bill.  Correct?
2          SEN. FRASER:  I'm sure that there's
3  probably an expert witness coming.  You probably can ask
4  a question.  Someone, or someone may be coming to
5  testify about that, but --
6          SEN. WEST:  All right.  Let's talk about
7  expert witnesses.  Did you ask for the fiscal note in
8  this bill?
9          SEN. FRASER:  I'm sorry?
10         SEN. WEST:  Did you ask for the fiscal
11 analysis in this bill -- the fiscal note?
12         SEN. FRASER:  No.  I think the committee
13 chairman did.  I believe the -- there is a fiscal note
14 requested.  I did not request it.
15         SEN. WEST:  Did you review the fiscal
16 note?
17         SEN. FRASER:  The fiscal note was handed
18 to me.  I read the fiscal note.  I guess reviewing it,
19 yes, I read it.
20         SEN. WEST:  Okay.  Go to the local
21 government impact section of it, Page 2 of 3, down at
22 the bottom.
23         SEN. FRASER:  Yes.
24         SEN. WEST:  Okay.  Second paragraph,
25 "According to Texas Association of Counties, Tarrant
0113
1  County anticipated a one-time cost to reprint
2  provisional balloting materials and provides new
3  notices, of $8,000.  Bexar County stated that due to
4  limited space on current registration certificate, large
5  cards would be necessary, resulting in additional costs
6  for cards, printing and postage of $381,000," et cetera.
7          Is that a cost that is going to be picked
8  up by the state or is that going to be a cost that's

TX_00000943
JA_000942
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000943

USA_00015824

9  going to be occasioned by the counties?
10        SEN. FRASER:  Senator, you're on the
11  Finance Committee.  You helped with proposing the draft
12  bill, and then you will be voting on the bill coming out
13  of the committee that you send to us, so I think you
14  would be better to answer that.  My job is to pass the
15  bill.  The implementation of the bill, then, and the
16  cost will have to be considered by the Finance
17  Committee.
18        SEN. WEST:  So let me make sure that I
19  understand this, then.  The answer to that question is,
20  you don't know.  So if we don't appropriate that
21  money -- that being the Legislature doesn't appropriate
22  that money -- then that's an unfunded mandate.  Correct?
23        SEN. FRASER:  My job is to bring the bill
24  forward, put it before the membership, advise what the
25  bill will do.  And then if there's a fiscal impact --
0114
1        SEN. WEST:  Advise what the bill will do?
2        SEN. FRASER:  The bill is going --
3        SEN. WEST:  Is that your job?  Didn't you
4  just say part of your job is to advise what it will do?
5        SEN. FRASER:  Yes.  What it's going to do
6  is that when you walk into --
7        (Simultaneous discussion)
8        SEN. WEST:  So I'm asking you --
9        SEN. FRASER:  -- in Oak Cliff and want to
10  vote, you're going to have to show your smiling face --
11        SEN. WEST:  And I'm asking what it will
12  do.  I'm asking what it will do in terms of unfunded
13  mandates right now.
14        SEN. FRASER:  Not advised about unfunded
15  mandates.
16        SEN. WEST:  Not advised.  So where will
17  the counties get this money under the local impact --
18        (Simultaneous discussion)
19        SEN. FRASER:  And I think that's going to
20  be your responsibility as a member of Finance.
21        SEN. WEST:  Do you know -- then let me ask
22  this question.  Do you know where the county will get
23  the money from, counties will get that money from?
24  Under the local government impact, do you know where the
25  counties will get that money from?
0115
1        SEN. FRASER:  You're asking me a question.
2  No, I do not know --
3        SEN. WEST:  Okay.  Thank you.  Now, as it
4  relates to -- this bill, plus the costs that we don't
5  know, you've said repeatedly that it's going to cost at
6  least $2 million.  And we know, based on the fiscal
7  note, that there's still some undetermined cost.
8        SEN. FRASER:  I have not said one time
9  that it's going to cost $2 million.  I've said there is
10  a fiscal note that has been projected, but there are

TX_00000944
JA_000943
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000944

USA_00015825

11  dollars in the HAVA fund, federal funds, that are
12  setting in the Secretary of State's office that far
13  exceed that number. And I think the Secretary of State
14  probably will let us know what that is. So there is a
15  pot of money there that we believe will help offset some
16  of the associated expenses. I do not believe the cost
17  will be $2 million.
18          SEN. WEST: Now, the HAVA funds, is that
19  general revenue or is that federal funds?
20          SEN. FRASER: Federal funds.
21          SEN. WEST: Okay.
22          SEN. FRASER: And I believe I'm right, but
23  again, I would ask that question of the Secretary of
24  State if I were you.
25          SEN. WEST: Okay. Well, as it relates to
0116
1  general revenue, now, as I understand and as I've used
2  the term "general revenue" over the last 17 years I've
3  been here -- and maybe Senator Ogden or someone else on
4  the Finance Committee can correct me if I'm wrong --
5  general revenue basically means state funds -- right --
6  monies that we get from state --
7          SEN. FRASER: You are the member of
8  Finance.
9          SEN. WEST: Well, let me -- general
10  revenue -- okay. Well, then, take my word for it;
11  that's what it means. It means monies that we receive
12  from tax revenues in the State of Texas, not HAVA funds
13  but revenues from taxes and revenues that are -- and
14  sources of revenues that we get from citizens in the
15  State of Texas. And that's what this deals with, it is
16  specifically general revenue-related funds, not HAVA
17  funds. HAVA funds are federal funds. So let's make
18  sure -- in terms of my questions, that's the distinction
19  that I'm making.
20          SEN. FRASER: Well, the distinction you're
21  not making is that if the HAVA funds are not available,
22  yes, there would be a cost to the state. But if HAVA
23  funds are available, it would offset that cost to the
24  state.
25          SEN. WEST: Where do you see that in this
0117
1  fiscal note?
2          SEN. FRASER: It's not in that. That's
3  conversation --
4          SEN. WEST: Then how are you making that
5  statement, if it's not in this fiscal note? There's
6  nothing in the fiscal note that says that.
7          SEN. FRASER: Mr. Chairman?
8          CHAIRMAN DUNCAN: Senator Fraser.
9          SEN. FRASER: Could I please enter into
10  the record -- this information coming that is
11  addressing the questions he's talked about addressing
12  HAVA. I would like to have this added as an exhibit,

TX_00000945
JA_000944
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000945

USA_00015826

13 please.
14        CHAIRMAN DUNCAN:  Bring it forward to the
15 Secretary, if you would, and we'll need to --
16        SEN. WEST:  May we approach on it, Your
17 Honor -- Your Honor -- may we approach on it,
18 Mr. Chairman?
19        CHAIRMAN DUNCAN:  You may.
20        (Brief pause)
21        SEN. FRASER:  Mr. President?
22        CHAIRMAN DUNCAN:  Senator Fraser, if
23 you'll hold on just a minute.  I'm going to allow --
24 we're already premarked a couple of exhibits.  And so
25 just in order to keep the record flowing correctly, I'm
0118
1 going to recognize Sen. Van de Putte at this point to
2 introduce a motion in writing.
3        Senator Van de Putte.
4        SEN. VAN de PUTTE:  Thank you,
5 Mr. Chairman.  And thank you, Chairman, and the bill
6 author, to yield so that I can move that all actions
7 taken by the Senate on the 81st Legislature on Senate
8 Bill 362, as contained in the official Senate Journal,
9 be included in the record as Exhibit 2.  The Senate
10 Journal excerpts shall include motions, remarks, written
11 responses, exhibits and any other material directly
12 related to Senate Bill 362.
13        Mr. Chairman, I move this motion in
14 writing.
15        CHAIRMAN DUNCAN:  Members, you've heard
16 the motion.  Is there any objection?
17        The Chair hears none.  Exhibit 2 will be
18 received into the record.
19        (Exhibit No. 2 marked and admitted)
20        CHAIRMAN DUNCAN:  Now, Senator Fraser,
21 you're recognized on Exhibit 3, I believe.
22        SEN. FRASER:  And, members, just to
23 clarify, what we're entering here is the answer to the
24 question that we've been discussing.  It is a letter
25 from the Secretary of State, Hope Andrade, saying that
0119
1 the $2 million we're discussing, there is sufficient
2 HAVA funds allocated to voter education and poll worker
3 training that would cover this expense that is
4 available.
5        Also, in addition to your question, we
6 have been advised by other counties saying they do not
7 expect more than a nominal cost for counties, existing
8 staff and resources should be sufficient to implement
9 the new law.
10        And I would request this be entered into
11 the record.
12        CHAIRMAN DUNCAN:  Members, Senator Fraser
13 sends up Exhibit No. 3.  It will be received into the
14 record.

file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

15    (Exhibit No. 3 marked and admitted)
16       CHAIRMAN DUNCAN:  Senator Fraser, you
17  still have the floor.  Senator West, Senator has yielded
18  to you for questions.
19       And before we do that, before we do that,
20  let me make an announcement.  We typically adjourn 30
21  minutes ahead of session in order to allow the sergeants
22  and secretary to prepare for the Senate session.  So at
23  10:30, I'll recognize a member on a motion to rise and
24  report progress.  So if you can watch the clock.  It
25  doesn't mean we're going to cut you off, it just means
0120
1   at that point in time, we'll have to cease until we
2   finish the Senate session.
3        SEN. WEST:  Thank you, Mr. Chairman.
4        Senator Fraser?
5        SEN. FRASER:  Yes.
6        SEN. WEST:  Okay.  So you've admitted this
7   as part of the record.  So these are federal funds and
8   not general revenue.  Is that correct?
9        SEN. FRASER:  No.  Those are federal
10  funds, as I understand it, yes.
11       SEN. WEST:  It's not general revenue?
12       SEN. FRASER:  Yes.
13       SEN. WEST:  Okay.  And the certainty of it
14  is still up in the air.  Based on this document from the
15  Secretary of State, they still have to confirm that the
16  funds can, in fact, be used for this particular purpose?
17       SEN. FRASER:  That is correct, and that's
18  what I advised earlier, is that HAVA has said until the
19  passage of the bill, they would not rule, but the funds
20  have been used before in Indiana and Georgia, and it is
21  expected that we will be able to use them here.
22       SEN. WEST:  Okay.  Now, you had made
23  mention also that you've talked to some other counties
24  and that there won't be any unfunded mandates on those
25  counties?
0121
1        SEN. FRASER:  You didn't read the rest of
2   the fiscal note, is that Comal County reported the costs
3   associated with the provision would be absorbed within
4   existing revenues.  You gave one example, but I think
5   most of the counties expect this to be a nominal cost
6   and that they have existing staff and resources --
7        SEN. WEST:  And then --
8        SEN. FRASER:  To handle this.
9        SEN. WEST:  I'm sorry.  You said most of
10  the counties.  You've given examples of three.  You said
11  most of the counties.  Is --
12       SEN. FRASER:  Do you have evidence from
13  others?  I --
14       SEN. WEST:  There's 254 counties, and
15  you've just made a statement that most of the counties
16  have said they can absorb it within their normal --

TX_00000947
JA_000946
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000947

USA_00015828

17  SEN. FRASER:  I said I do not expect it to
18  be more than a nominal cost.
19  SEN. WEST:  But otherwise -- now Bexar
20  County is saying it's going to be over $380,000.  That's
21  not a nominal cost, is it?
22  SEN. FRASER:  Well, I guess that's
23  something you should consider in the Finance Committee.
24  They have a huge budget, and in --
25  SEN. WEST:  Who has a huge budget?
0122
1  SEN. FRASER:  The large counties.
2  SEN. WEST:  I'm sorry?
3  SEN. FRASER:  The large counties.
4  SEN. WEST:  They have huge budgets?
5  SEN. FRASER:  Yes.  And you will have to
6  make that decision.
7  SEN. WEST:  They don't have budget
8  shortfalls in large counties?
9  SEN. FRASER:  If I were you, then I would
10  discuss that with the chairman --
11  SEN. WEST:  But the reality is, the
12  reality is, is that if -- and I won't belabor the
13  point -- the reality is, if those counties will have to
14  fund this out of existing revenue from their budgets,
15  it's going to be an unfunded mandate on them if the
16  state does not appropriate the money.  Is that correct?
17  SEN. FRASER:  Yes.  It is expected that it
18  will be a nominal cost for counties.  Existing staff and
19  resources should be sufficient to implement the new law.
20  SEN. WEST:  And where are you getting that
21  from?
22  SEN. FRASER:  From the sheet here.  If
23  you'll follow, Comal County reported the cost associated
24  with the provision of the bill should be absorbed within
25  existing revenues.
0123
1  SEN. WEST:  But that's Comal County.
2  That's not Travis County, that's not Harris County,
3  that's not Bell County or any of the other counties.
4  That's Comal County.  Comal County is not indicative of
5  all of the counties in the State of Texas, is it?
6  SEN. FRASER:  I think what you should do,
7  then, is get 254 counties, if you'll call them all and
8  get that number and --
9  SEN. WEST:  Okay.  Well, I mean, it's your
10  bill.
11  (Simultaneous discussion)
12  SEN. FRASER:  -- Finance.
13  SEN. WEST:  And the reality is, if it's an
14  unfunded mandate, you're responsible for it if this bill
15  passes.  Now, let me ask you this:  The $2 million, the
16  $2 million that you're talking about, if it does not
17  come from HAVA funds, then it's going to have to come
18  from general revenue.  Is that correct?

TX_00000948
JA_000947
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000948

USA_00015829

```
19        SEN. FRASER:  I'm not advised.  I'm not a
20  member of Finance; you are.  And I think that would be a
21  decision of Finance.
22        SEN. WEST:  Let's talk about just sections
23  of the bill.  Specifically, the issue concerning -- and
24  I think you and Senator Davis have gone over this.  And
25  I'm on page, in Section 7 of the bill, specifically (c)
0124
1   and (d).  Let me know when you're with me on it.
2         SEN. FRASER:  What page are you on?
3         SEN. WEST:  I'm in Section 7 of the bill.
4         SEN. FRASER:  That's Section 11.
5         Six, 7.  Okay.  Got it.  Okay.
6         SEN. WEST:  Okay.  As relates to -- let's
7   talk about the election officer.  Now, what's the
8   definition of the election officer?
9         SEN. FRASER:  That would be a good
10  question to the Secretary of State.
11        SEN. WEST:  So you don't know what an
12  election officer is?
13        SEN. FRASER:  I've got a witness, you
14  know, an expert witness coming in that -- you know, I
15  think I do, but it would be improper for me to answer.
16  I've got an expert person you can ask.
17        SEN. WEST:  Let me ask this:  Did you rely
18  on the Secretary of State's office in helping to draft
19  this bill?
20        SEN. FRASER:  We have had a lot of
21  discussion with the Secretary of State's office over the
22  last three years in the process of drafting bills.
23        SEN. WEST:  So you don't know what an
24  election officer is?
25        SEN. FRASER:  I didn't say I don't know
0125
1   what the election officer is.  But the Secretary of
2   State is coming, and it would be improper for me to
3   answer that if we have an expert witness that can answer
4   it, you know, for sure.
5         SEN. WEST:  So it would be improper for
6   you to answer what an election officer is?
7         SEN. FRASER:  No.  We've got an expert
8   witness that would be the better person to ask.
9         SEN. WEST:  Okay.  In terms of what an
10  election officer is in your bill.  Okay.
11        As it relates to Section (d), you say
12  that, "If the voter's name is on the precinct list of
13  registered voters and the voter's identity can be
14  verified from the documentation presented under
15  Subsection (b), the voter shall be accepted for voting."
16  But if, indeed -- and the election officer is to make
17  that determination.  Is that correct?
18        SEN. FRASER:  Again, that's a great
19  question to ask the Secretary of State's office.
20        SEN. WEST:  How does your bill work?  Tell
```

TX_00000949
JA_000948
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000949

USA_00015830

21  us how your bill works.
22       SEN. FRASER:  You know, it's a --
23       (Simultaneous discussion)
24       SEN. WEST:  I mean, would that be a great
25  question to ask the Secretary of State?
0126
1        SEN. FRASER:  It's a great concept.  You
2  walk in in Oak Cliff to vote.  And if you're in the
3  right precinct and your name is on the list and you pull
4  out your driver's license and you show it to them and
5  your smiling face on your driver's license matches
6  you --
7        SEN. WEST:  Well, let me --
8        SEN. FRASER:  -- I think they're going to
9  hand you a ballot and allow you to vote.
10       SEN. WEST:  Then let me ask you this:  My
11  last name is spelled W-e-s-t.  Suppose there's some
12  typographical error where they spelled it W-e-s, but
13  it's me.  I have an ID, but my name is misspelled.  What
14  happens then?  I have to vote a provisional ballot?
15       SEN. FRASER:  I think that would be a good
16  question for the Secretary of State, because I think
17  they will cover that in the training with the election
18  officials you're discussing.
19       SEN. WEST:  What is your, intent, Senator?
20       SEN. FRASER:  My intent is that the
21  Secretary of State would make a ruling on that.
22       SEN. WEST:  Under those circumstances,
23  what would be your intent, as the author of this bill?
24  If my name is W-e-s-t but there is a typographical error
25  someplace and it's W-e-s, what is the intent.  Give the
0127
1  record your intent as the author of this bill.
2        SEN. FRASER:  My intent, as the author of
3  the bill, is that I'm going to give the authorization to
4  the Secretary Of State to make a ruling and train the
5  poll workers so that it would be clear that they're
6  allowing the proper person to vote.
7        SEN. WEST:  They're allowing the proper
8  person to vote.  So in that circumstance, would it be up
9  to the election officer there to determine whether I'm
10  the same person --
11       SEN. FRASER:  I think it would be up to
12  the Secretary of State --
13       SEN. WEST:  Let me finish; let me finish.
14       -- whose last name is W-e-s, but my
15  identification says W-e-s-t, and I'm presenting that, it
16  would be up to that election worker.  Right?
17       SEN. FRASER:  I think that would be a
18  great question to ask the Secretary of State.
19       SEN. WEST:  But what's your intent,
20  though?  I'm just asking your intent.  I can't ask the
21  Secretary of the Senate what's your -- I mean, Secretary
22  of State what your intent is.

TX_00000950
JA_000949
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000950

USA_00015831

23      SEN. FRASER:  I intend to --
24      (Simultaneous discussion)
25      SEN. WEST:  You've got to manifest your
0128
1   intent so the Secretary of State will know, have some
2   guidance in terms of how this bill should be
3   implemented.  Don't you agree, as the author of the
4   bill?
5       SEN. FRASER:  My intent is to give the
6   Secretary of State the authorization to determine the
7   rules, train the poll workers.  They would make a
8   determination on that.
9       SEN. WEST:  So the poll worker in this
10  instance would be the election officer?  I have to ask
11  the Secretary of State?
12      SEN. FRASER:  You need to ask the
13  secretary of State.
14      SEN. WEST:  Okay.  Poll workers, let's
15  talk about poll workers.  How much do we pay poll
16  workers?
17      SEN. FRASER:  That would be a good
18  question to ask the Secretary of State.
19      SEN. WEST:  Okay.  What's the minimum
20  wage?  I would ask the Secretary of State?
21      SEN. FRASER:  What does that have to do
22  with this bill?
23      SEN. WEST:  I mean, I'm just trying to
24  understand exactly how much we pay our poll workers.
25      SEN. FRASER:  Again, Senator, you're
0129
1   asking the question.  I would suspect probably poll
2   workers may be paid different from one county to
3   another.  And it's an area -- I think that that's a good
4   question of the Secretary of State.
5       SEN. WEST:  Okay.  Now, you keep referring
6   to the Secretary of State.  But in the bill analysis,
7   doesn't it also say that this bill does not expressly
8   grant any additional rulemaking authority to the state
9   office -- to a state officer, institution or agency?
10  Does it say that?  Do I have to ask the Secretary of
11  State about that also?
12      SEN. FRASER:  Senator, I'm sorry.  I'm not
13  advised.  I do not have a bill analysis.  Do you have
14  one in front of you you would like show me?
15      SEN. WEST:  I do.  Look under "Rulemaking
16  Authority."
17      SEN. FRASER:  We don't have it.
18      SEN. WEST:  You don't have a -- okay.  In
19  the bill analysis, what it says is that this bill does
20  not expressly grant any additional rulemaking authority
21  to a state officer, institution or agency?
22      SEN. FRASER:  Isn't that standard language
23  that's put on every bill?
24      SEN. WEST:  I don't know.  But what I'm

TX_00000951
JA_000950
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000951

USA_00015832

25  asking you is --
0130
1          SEN. FRASER:  You don't know?
2          SEN. WEST:  -- given the fact that you are
3  deferring everything to the Secretary of State, are you
4  going to put some additional language in the bill that
5  provides the Secretary of State some additional
6  rulemaking?
7          SEN. FRASER:  I think the key word there,
8  this does not provide any additional.  I think it's
9  assumed that the Secretary of State has that ability
10  under current ability we've given the Secretary of
11  State.
12          SEN. WEST:  Let me ask this, Senator
13  Fraser.  Okay.  All right.  You can't give me what your
14  intent is in that situation.  I'll just take that for
15  granted.
16          You have made reference to the Carter-
17  Baker Commission and recommendations.  Is that correct?
18          SEN. FRASER:  I want to make an
19  observation here for Senator Whitmire.  If you'll look
20  up, it is filling up, so there must be someone concerned
21  about the legislation we're talking about.
22          What was the question?
23          SEN. WHITMIRE:  Lubbock.
24          SEN. FRASER:  While Senator West gathers
25  himself, I'll tell you that those are the great people
0131
1  from West Texas, the City of Lubbock.  And they are
2  great voters and very concerned.  And I've seen the
3  polling data that shows that West Texas was the highest
4  percentage of people that believe that they should show
5  their ID whenever they show up to vote.  I'm really glad
6  to have them at my back.
7          Go ahead.
8          SEN. WEST:  Do I need to ask the Secretary
9  of State about that, too, or what?
10          SEN. FRASER:  You could.  These people
11  respect the opinion of the Secretary of State, and they
12  probably have already asked.
13          SEN. WEST:  Okay.  Senator Fraser, a
14  couple of things.  As it relates to the Carter-Baker
15  Commission, you've talked about the recommendations, and
16  you are following the recommendations that came out of
17  that commission.  Is that correct?
18          SEN. FRASER:  No.  I filed a piece of
19  legislation that I believe will be approved by the U.S.
20  Supreme Court and will be cleared by the Department of
21  Justice.
22          SEN. WEST:  Okay.  Let me ask you this:
23  Have you made mention of the Carter-Baker Commission?
24          SEN. FRASER:  I have made references a
25  couple of times of things that they mentioned in their
0132

TX_00000952
JA_000951
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000952

USA_00015833

1  report.
2         SEN. WEST:  Of the recommendations that
3  they mentioned, did you incorporate any of those in your
4  bill?
5         SEN. FRASER:  My bill is a bill I believe
6  that will be approved by the U.S. Supreme Court and be
7  approved by the Department of Justice and will --
8         SEN. WEST:  So the answer to the question
9  is what?  Did you incorporate any of the recommendations
10  from the Carter-Baker Commission in your bill?
11         SEN. FRASER:  The bill that we're filing
12  is a bill that I believe will be approved by the U.S.
13  Supreme Court and be approved by the Department of
14  Justice.
15         SEN. WEST:  So the answer to the question
16  is?
17         SEN. FRASER:  That we're filing a bill
18  that's going to be approved by the U.S. Supreme Court.
19         SEN. WEST:  Well, that wasn't the question
20  asked.  The question asked, did you incorporate any of
21  the recommendations in the Carter-Baker Commission in
22  your bill?  That was the question I asked.
23         SEN. FRASER:  I read the Carter-Baker
24  report.  And you know, obviously, I'm aware of the
25  things they're recommending.  But the bill that I've
0133
1  drafted is based on the fact that whenever you walk in
2  to vote, I want you to show an ID proving you are who
3  you say you are, and I believe that bill will be
4  approved by the U.S. Supreme Court.
5         SEN. WEST:  So you don't know whether you
6  did or not.  Is that the answer to my question?
7         SEN. FRASER:  My answer is, the bill that
8  we filed, that we brought forward, is a bill that
9  clearly says that whenever you vote, you need to show
10  your ID, and I believe that bill will be approved by the
11  U.S. Supreme Court.
12         SEN. WEST:  Was that one of the
13  recommendations of the commission?
14         SEN. FRASER:  I'm not advised.
15         SEN. WEST:  But you made reference to it
16  as a predicate for why this particular bill --
17         SEN. FRASER:  No.  I made a reference to
18  comments that were made by the Carter-Baker Commission.
19         SEN. WEST:  What were those comments that
20  you made?
21         SEN. FRASER:  If you want to go over it
22  again, I can do my opening statement again if you would
23  like.
24         SEN. WEST:  No, just the comments from the
25  Carter-Baker Commission.
0134
1         SEN. FRASER:  Carter-Baker Commission,
2  bipartisan -- Carter-Baker Commission affirms the

TX_00000953
JA_000952
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000953

USA_00015834

3   danger.  Elections are at the heart of the democracy.
4   "Americans are losing confidence in the fairness of
5   elections, and while we do not face a crisis today, we
6   need to address the problems of our electoral system."
7          The Carter-Baker Commission concluded at
8   the end of the day, there's considerable national
9   evidence of in-person voter fraud.  And regardless of
10  whether one believes that voter impersonation is
11  widespread or relatively rare, there can be no serious
12  dispute that it is a real effect, can be substantial
13  because, in a close election, even a small amount of
14  fraud could make a margin of difference.
15         SEN. WEST:  Okay.
16         SEN. FRASER:  That was my reference to the
17  commission.
18         SEN. WEST:  Okay.  Did they also
19  recommend, though, that we should use some sort of
20  mobile strategy, mobile strategy in order to get
21  vehicles out to different locations to --
22         SEN. FRASER:  I didn't reference that.
23         SEN. WEST:  No.  I said did they also
24  recommend that, though?
25         SEN. FRASER:  I'm sorry.  I'm not advised.
0135
1   I didn't reference that.
2          SEN. WEST:  Okay.  But if they did make a
3   recommendation that we should do everything we can to
4   make certain people are registered to vote, you would
5   support that, wouldn't you?
6          SEN. FRASER:  The bill I'm filing, that
7   I'm filing today --
8          SEN. WEST:  No.  That's not --
9          SEN. FRASER:  -- very clearly says that I
10  think it will be approved by the U.S. Supreme Court and
11  approved by the Department of Justice.
12         SEN. WEST:  And we need to ask the
13  Secretary of State.  Okay.  I understand that.  But what
14  I'm asking is, you would agree that if we are trying to,
15  quote unquote, purify our election process, that we
16  should do everything we can in order to make certain
17  people are registered to vote.  Wouldn't you agree with
18  that?
19         SEN. FRASER:  I think probably when the --
20         SEN. WEST:  Well, you would not agree with
21  that?
22         SEN. FRASER:  If you'll allow me to make a
23  statement.
24         SEN. WEST:  Sure.
25         SEN. FRASER:  I think when DPS comes up, I
0136
1   think there's going to be a lot of discussion about what
2   can they do in the form of either making it easy for
3   people to sign up and/or even, maybe even a temporary
4   van for an area that Senator Uresti had talked about in

TX_00000954
JA_000953
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]
TX_00000954
USA_00015835

5 far West Texas. Those people that are, you know,
6 100 miles from the nearest location, maybe there's a way
7 to accommodate that. So I think the answer to your
8 question is, I'm anxious to hear the response of the
9 Department of Safety of what they're either able and/or
10 willing to do.
11        SEN. WEST: And let's assume that they are
12 able and willing to do more than your bill permits.
13 Would you support an amendment that would enable them to
14 do what they're able to do in order to --
15        SEN. FRASER: Have you prefiled that
16 amendment and have I had a chance to look at it?
17        SEN. WEST: No. I'm asking you a question
18 right now.
19        SEN. FRASER: And I'm asking you, have you
20 filed your amendment?
21        SEN. WEST: Well, you basically said, sir,
22 that you have to wait -- we have to wait until you hear
23 their testimony before we can make a determination as to
24 whether or not they're --
25        SEN. FRASER: No, I can't tell you --
0137
1        SEN. WEST: Well, let me finish; let me
2 finish, please. Let me finish.
3        What you just said a second ago is, is
4 that you want to defer to the Department of Public
5 Safety to make a determination as to whether or not
6 there are things that they can do in order to make
7 certain they're doing the outreach that's necessary to
8 accommodate just some of the concerns that senator
9 Uresti had.
10        SEN. FRASER: I didn't say that at all. I
11 said --
12        SEN. WEST: What did you say?
13        SEN. FRASER: -- I'm anxious to hear their
14 testimony when they're asked and their response of what
15 they are able, capable of doing for that. And then once
16 you do that, if you want to offer an amendment, I will
17 look at every amendment offered. If you'll got one, you
18 need to go ahead and file it.
19        SEN. WEST: Let me give you a
20 hypothetical, then. If the Department says that they
21 can do much more than your bill currently allows them to
22 do, would you support an amendment that would give them
23 the resources or give them the rulemaking authority to
24 be able to do the outreach?
25        SEN. FRASER: I'm probably not going to
0138
1 work in hypotheticals right now. Let's wait until we
2 hear from them. Then we'll determine that.
3        SEN. WEST: Okay. Well, I'm going to make
4 sure and I'll put that down.
5        I want to talk about seniors just for one
6 second. How did you come up with 70 years old? Well,

USA_00015836

7   hold on. Let me ask you this: Is there a definition, a
8   federal definition under any of our laws, U.S. laws or
9   either state laws, that defines a senior citizen?
10          SEN. FRASER: It was really actually a
11  very complicated system that we came up with this. It
12  actually was recommended by a democratic member that
13  said, "If you'll put that in the bill, that would help
14  five or six of us vote for the bill." So that was
15  recommended originally to be put in the bill. But the
16  answer to your question is, I'm 61 years old, and I
17  think you're just about as old as I am.
18          SEN. WEST: No, I'm younger; I'm younger
19  than you are. I'm younger.
20          SEN. FRASER: Oh, you're 60 -- 59?
21          SEN. WEST: I'm younger than you are.
22          SEN. FRASER: How old are you, sir?
23          SEN. WEST: I'm 58 years old.
24          SEN. FRASER: Okay. Of the people
25  (laughter) --
0139
1           SEN. WEST: Ask the Secretary. We're not
2   going to --
3           SEN. FRASER: I want to see your photo ID.
4           SEN. WEST: Ask the Secretary.
5           SEN. FRASER: I need a photo ID.
6           SEN. WEST: Got to ask the Secretary.
7           SEN. FRASER: And here, this is a good
8   observation. I live in an area, a retirement community,
9   and I know a lot of the people in that area. And the
10  people that are my age, that are 61 up to 65 up to 70, I
11  think are still very, very capable. It is not an
12  inconvenience on them. There's a lot of people that are
13  70 --
14          SEN. WEST: And what community?
15          SEN. FRASER: You want me to answer the
16  question?
17          SEN. WEST: I just didn't hear. You said
18  you lived in a retirement --
19          SEN. FRASER: I live in an area where
20  there's a lot of retired people.
21          SEN. WEST: People. Okay.
22          SEN. FRASER: Yes, like myself.
23          SEN. WEST: Yes.
24          SEN. FRASER: Those people that I know,
25  people that are up to that age, it would not be an
0140
1   inconvenience for them, and they're still very, very
2   active. Actually, I've got numerous people that I play
3   golf with often that are above 70 and up to 80. So,
4   actually, the number probably could have been higher,
5   but that number we thought was a fair number and
6   represented a number that we could offer up as a very
7   fair number for an exception to this bill.
8           SEN. WEST: Let me make sure I understand

TX_00000956
JA_000955
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000956

USA_00015837

9  your answer to that question.  You're saying that the
10  age 70 is predicated on people that you know that live
11  in your community?
12          SEN. FRASER:  It is predicated by a
13  democrat member offering me that up as a number, that if
14  we would put that in the bill, there would be five or
15  six Democrats that would vote for the bill.  That's the
16  answer to my question.
17          SEN. WEST:  Okay.  But you added a lot of
18  other stuff after that.  What was all that other stuff?
19          SEN. FRASER:  The other stuff was the
20  people that I know that are capable of that.  Now, if
21  someone is not capable, we are not changing the mail-out
22  ballot procedures.  And that anyone for some reason that
23  could not vote in person would be allowed to vote like
24  they do today.
25          SEN. WEST:  Don't you think that a better
0141
1  definition would be 65?  Why wouldn't you use 65?  And
2  let me give an example.
3          In the Human Resource Code, elderly person
4  means a person 65 years of age or older.  Why wouldn't
5  we use that as an age?  Our Penal Code uses elderly
6  individual means a person 65 years of age or older.  Our
7  Utility Code means an individual who is 60 years or
8  older.  Our Human Resource Code means an elderly person,
9  means a person who 60 years or older.  And now we're
10  going to have our election code basically saying a
11  person of 70 years or older.  Don't you think -- I'm not
12  going to vote for your bill anyway, but just in case.
13          SEN. FRASER:  You actually were one of the
14  ones that was asking if I would put it in the bill.
15          SEN. WEST:  No, no, no, no, no, no, no,
16  no.  Let's get it straight.  I didn't ask you that --
17  okay? -- for the record.  Okay?  I didn't ask you that.
18          SEN. FRASER:  Okay.
19          SEN. WEST:  But if you're going to put it
20  in there, it seems as though you should have one of a
21  consistent definition with some of the other statutes.
22  You're making an elderly individual for voting purpose
23  more onerous than it is under these other statutes, like
24  in our Penal Code where it says an individual -- elderly
25  person is 65 years old.
0142
1          SEN. FRASER:  I actually believe that the
2  number probably could easily be higher, because --
3          SEN. WEST:  So you would make it 80 years
4  old?
5          SEN. FRASER:  I'm sorry?
6          SEN. WEST:  You would make it 80 years old
7  for election purposes?
8          SEN. FRASER:  I'm saying when I'm 80, I
9  still believe I'll be able to get in the car, go down
10  and get my ID and be able to vote.

TX_00000957
JA_000956
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000957

USA_00015838

11  SEN. WEST: But, see, you're assuming that
12  all elderly people have cars.
13  SEN. FRASER: If they don't, they can vote
14  by mail.
15  SEN. WEST: But you're assuming that they
16  all have cars and that they'll be able to do everything
17  that you'll be able to do at the age of 80. And I'm
18  pretty certain you will be able to do it given, you
19  know, the things that you do to keep yourself in shape
20  and everything.
21  But I don't think we should be building
22  that definition based on how you perceive yourself and
23  people in your neighborhood. The fact of the matter is,
24  you're more affluent than most other people in the State
25  of Texas. And if you're going to build a definition, I
0143
1  think what you need to look at is what the average
2  elderly person in the State of Texas, you know, is and
3  the means that they have.
4  SEN. FRASER: And, Senator, I think, you
5  know, if you're going to consider that, you've got to
6  think about how things have changed. When my parents
7  were 65, they were old. Things have changed a lot with
8  diet and exercise, and people are changing what they can
9  do.
10  People that are 70 or 75 or 80 are still
11  very, very active today, and I think it's a very fair
12  number. Now, I feel very comfortable that you're
13  probably going to offer an amendment, raising -- or
14  changing that number. And I think probably, if the
15  members of the body, you know, could help us decide
16  that, I think -- myself, I believe that 70 is a very
17  fair number --
18  SEN. WEST: Let me --
19  SEN. FRASER: -- exception.
20  CHAIRMAN DUNCAN: Senator West --
21  SEN. WEST: Yes.
22  CHAIRMAN DUNCAN: -- if I might
23  interrupt -- and I don't want to -- we can continue with
24  your line of questions when we reconvene as a Committee
25  of the Whole. It's 20 till. We've gone 10 minutes over
0144
1  what we previously announced. Would you have any
2  objection if we could continue the dialogue after
3  session?
4  SEN. WEST: No objection.
5  CHAIRMAN DUNCAN: Okay. Very good. Why
6  don't we go ahead and do that. Before we do that, let
7  me ask the body if you would, please, if you have
8  amendments that you would wish to -- we're not putting a
9  deadline on amendments, but it will help us if you can
10  deliver your amendments as soon as possible to Jennifer
11  Fagan who is the State Affairs Committee Director, and
12  we will try to collate them and make sure that there are

13  not conflicting amendments.  And if you'll do that as
14  soon as possible, that will be helpful.
15          There are a number of people that are on
16  queue to be recognized, and I will recognize them in
17  order that they're on queue.  Now we'll record that and
18  then start.  Senator Lucio will be first, Senator Van de
19  Putte, Senator Ellis, Senator Seliger, unless you're
20  just -- you're just on for the motion, so we'll take you
21  off center -- Wentworth.  He's just for the motion, so
22  we'll take him off.  And then, Senator Zaffirini, you
23  would be in queue at that point in time.  And then we'll
24  just start the queue.  Whenever we come back in, you can
25  go ahead and hit your button and we'll have the queue.
0145
1          Exhibits, too.  If you have exhibits that
2  you want to enter into the record so that we can make
3  sure we have an orderly transition of those exhibits,
4  would you go ahead and bring those forward, at least
5  during the interim time, so we can go ahead and number
6  them and have them available.  It's not absolutely
7  necessary that we introduce them in their chronological
8  order, but it does help have a cleaner record.
9          Finally, I want to remind you, we did have
10  a little talking over, so we've got to make sure we have
11  a clear record.  So please, in the future, remember to
12  speak one at a time.
13          Senator Zaffirini is recognized for an
14  announcement.
15          (Announcement by Senator Zaffirini)
16          CHAIRMAN DUNCAN:  Thank you, Senator.
17          The Chair recognizes Senator Seliger for a
18  motion.
19          SEN. SELIGER:  Mr. President, I move that
20  the Committee of the Whole Senate rise and report
21  progress.
22          CHAIRMAN DUNCAN:  Members, you've heard
23  the motion.  Is there objection?
24          Chair hears none.  It's so ordered.
25          (Recess:  10:43 a.m. to 12:38 p.m.)
0146
1              AFTERNOON SESSION
2            TUESDAY, JANUARY 25, 2011
3                (12:38 p.m.)
4          CHAIRMAN DUNCAN:  The Committee of the
5  Whole Senate will come to order.  The Secretary will
6  call the roll.
7              ROLL CALL
8          SECRETARY SPAW:  Birdwell?
9          SEN. BIRDWELL:  (Indicated presence)
10          SECRETARY SPAW:  Carona?
11          SEN. CARONA:  (Indicated presence)
12          SECRETARY SPAW:  Davis?
13          SEN. DAVIS:  (Indicated presence)
14          SECRETARY SPAW:  Deuell?

TX_00000959
JA_000958
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000959

USA_00015840

| | |
|---|---|
| 15 | SEN. DEUELL: (Indicated presence) |
| 16 | SECRETARY SPAW: Duncan? |
| 17 | CHAIRMAN DUNCAN: (Indicated presence) |
| 18 | SECRETARY SPAW: Ellis? |
| 19 | SEN. ELLIS: (Indicated presence) |
| 20 | SECRETARY SPAW: Eltife? |
| 21 | SEN. ELTIFE: (Indicated presence) |
| 22 | SECRETARY SPAW: Estes? |
| 23 | SEN. ESTES: (Indicated presence) |
| 24 | SECRETARY SPAW: Fraser? |
| 25 | SEN. FRASER: (Indicated presence) |
| 0147 | |
| 1 | SECRETARY SPAW: Gallegos? |
| 2 | SEN. GALLEGOS: (Indicated presence) |
| 3 | SECRETARY SPAW: Harris? |
| 4 | SEN. HARRIS: (Indicated presence) |
| 5 | SECRETARY SPAW: Hegar? |
| 6 | SEN. HEGAR: (Indicated presence) |
| 7 | SECRETARY SPAW: Hinojosa? |
| 8 | SEN. HINOJOSA: (Indicated presence) |
| 9 | SECRETARY SPAW: Huffman? |
| 10 | SEN. HUFFMAN: (Indicated presence) |
| 11 | SECRETARY SPAW: Jackson? |
| 12 | SEN. JACKSON: (Indicated presence) |
| 13 | SECRETARY SPAW: Lucio? |
| 14 | SEN. LUCIO: (Indicated presence) |
| 15 | SECRETARY SPAW: Nelson? |
| 16 | SEN. NELSON: (Indicated presence) |
| 17 | SECRETARY SPAW: Nichols? |
| 18 | SEN. NICHOLS: (Indicated presence) |
| 19 | SECRETARY SPAW: Ogden? |
| 20 | SEN. OGDEN: (Indicated presence) |
| 21 | SECRETARY SPAW: Patrick? |
| 22 | SEN. PATRICK: (Indicated presence) |
| 23 | SECRETARY SPAW: Rodriguez? |
| 24 | SEN. RODRIGUEZ: (Indicated presence) |
| 25 | SECRETARY SPAW: Seliger? |
| 0148 | |
| 1 | SEN. SELIGER: (Indicated presence) |
| 2 | SECRETARY SPAW: Shapiro? |
| 3 | SEN. SHAPIRO: (Indicated presence) |
| 4 | SECRETARY SPAW: Uresti? |
| 5 | SEN. URESTI: (Indicated presence) |
| 6 | SECRETARY SPAW: Van de Putte? |
| 7 | SEN. VAN de PUTTE: (Indicated presence) |
| 8 | SECRETARY SPAW: Watson? |
| 9 | SEN. WATSON: (Indicated presence) |
| 10 | SECRETARY SPAW: Wentworth? |
| 11 | SEN. WENTWORTH: (Indicated presence) |
| 12 | SECRETARY SPAW: West? |
| 13 | SEN. WEST: (Indicated presence) |
| 14 | SECRETARY SPAW: Whitmire? |
| 15 | SEN. WHITMIRE: (Indicated presence) |
| 16 | SECRETARY SPAW: Williams? |

TX_00000960
JA_000959
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000960

USA_00015841

17        SEN. WILLIAMS: (Indicated presence)
18        SECRETARY SPAW: Zaffirini?
19        SEN. ZAFFIRINI: (Indicated presence)
20        SECRETARY SPAW: Lieutenant Governor
21   Dewhurst?
22        PRESIDENT DEWHURST: (Indicated presence)
23        CHAIRMAN DUNCAN: Quorum is present.
24        (Pause)
25
0149
1        QUESTIONS FROM THE SENATE FLOOR (CONTINUED)
2        CHAIRMAN DUNCAN: Senator Fraser, are you
3   ready?
4        SEN. FRASER: I am ready.
5        CHAIRMAN DUNCAN: Senator West, you're
6   recognized to continue your questioning with Senator
7   Fraser.
8        SEN. WEST: Yes, sir. Thank you very
9   much.
10        SEN. FRASER: And we're going to try it
11   without earphones. See how that works. I think I'm
12   good with you.
13        CHAIRMAN DUNCAN: And if I could advise
14   both of you, I had some -- we had some concerns about
15   you were both talking at the same time on your last
16   dialogue. So if each of you could remember that, and
17   I'll try to help you --
18        SEN. WEST: Okay.
19        CHAIRMAN DUNCAN: -- if you forget.
20        SEN. WEST: All right. Thank you.
21        Senator Fraser, I think, then, when we
22   were looking -- can I ask that the last question be read
23   back?
24        CHAIRMAN DUNCAN: The -- probably not
25   because we have switched court reporter shifts and so --
0150
1        SEN. WEST: I was just trying not to be
2   redundant on it.
3        And, Senator Fraser, if -- if I am being
4   redundant, we talked about --
5        SEN. FRASER: You are being redundant.
6        SEN. WEST: Okay. I need to ask the
7   Secretary of State about that.
8        (Laughter)
9        SEN. WEST: Wait a minute. Hold on. I'm
10   being redundant?
11        Senator Fraser, I think I was asking you
12   about the $2 million; and you had indicated that those
13   funds may very well come from the federal funds, but
14   we're not certain at this point. And if they don't come
15   from federal funds, they will have to come from general
16   revenue, and we're at least -- the minimum amount is
17   about $2 million. And I think that I mentioned to you
18   that the average teacher in the state of Texas makes

TX_00000961

JA_000960

file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000961

USA_00015842

```
19  about $48,000.
20          If we have to appropriate state funds in
21  order to fund this voter ID bill, it will cost a minimum
22  of $2 million, and that's the equivalent of about 40,000
23  teachers.  You do understand and appreciate that.  Is
24  that correct?
25          SEN. FRASER:  And I very much appreciate
0151
1   how valuable our schoolteachers are to the state of
2   Texas.  Without a doubt, I'm very, very aware of that.
3           And, again, the discussion we had prior to
4   us breaking, we believe very, very strongly that there
5   is sufficient funds in the Secretary of State's budget
6   from HAVA funds that would -- that the letter says they
7   have enough funds to cover this.  They are going to
8   request of the federal government.  It is not
9   unprecedented.  They have allowed that to be used
10  before, so we have every reason to believe it will be
11  done.  And so the discussion of whether that money would
12  deprive some -- the rest of the budget is speculative us
13  not knowing because we believe very strongly that --
14  that that money is going to be available.
15          SEN. WEST:  And this may very well be a
16  technical question for the Secretary of State.
17          If for some reason --
18          SEN. FRASER:  I would never refer anything
19  to --
20          SEN. WEST:  If for some reason the bill is
21  not precleared by Justice, will those HAVA funds be made
22  available?
23          SEN. FRASER:  I'm sorry.  That one I, for
24  sure, do not know the answer to that.  That would be a
25  great question for the Secretary of State.
0152
1           SEN. WEST:  For sure?
2           SEN. FRASER:  For sure.
3           SEN. WEST:  Okay.
4           SEN. FRASER:  I do not know the answer to
5   that question.
6           SEN. WEST:  Okay.  And we need to make
7   certain we do.  If -- would you support an amendment,
8   though, that basically says that if general revenue,
9   state revenue, had to be used in order to fund this
10  particular bill, that you would then delay the -- the
11  implementation of it?
12          And the reason I'm asking that is, surely
13  you don't want to take general revenue from our coffers
14  to fund voter ID when we may end up having to lay off
15  thousands of teachers.  I would assume that you would
16  want teachers -- us to appropriate money to make certain
17  that we can fund our education system over funding a
18  voter ID system.
19          SEN. FRASER:  Senator, could I remind you
20  that there was a motion in writing that was entered by
```

TX_00000962
JA_000961

TX_00000962

USA_00015843

21   Senator Huffman of the -- the testimony of two years
22   ago.  And I think if you'll go back and read that
23   testimony, yourself and several others, one of the big
24   arguments you had was making sure that there was
25   sufficient money that went forward for the education of
0153
1   voters, making sure voters understood and that no one
2   would misunderstand this process.  So it's difficult for
3   me when you're arguing both sides of the issue.
4           I think the answer to your question is,
5   I'm not going to take a position today about whether we
6   should or should not.  We are requesting that the
7   Secretary of State do sufficient education so that no
8   one misunderstands the -- the implementation of this
9   bill.
10          SEN. WEST:  Regard --
11          SEN. FRASER:  We're going to give -- we're
12   going to give them that power.  And that without a
13   doubt, I would hate for us to be using money that could
14   be used for a schoolteacher, and I'm not going to get
15   into that debate because I'm a great supporter of
16   schoolteachers.
17          But I still stand by the letter from the
18   Secretary of State.  The Secretary of State believes
19   very clearly that they have sufficient funds, the money
20   is available, and it will be made available.
21          SEN. WEST:  So the answer to my question
22   is, is that if there are no federal funds available, you
23   would support an amendment that basically says that we
24   should not use general revenue in order to fund this
25   bill?
0154
1           SEN. FRASER:  And my position is, is that
2   you've taken both sides of that issue.  You argued in
3   favor of funds last time.  You're -- now you're asking
4   for amendment saying we're not going to use funds.  If
5   we don't use funds to educate voters, obviously that's a
6   problem.
7           And the answer is, no, I believe the
8   instruction to the Secretary of State is that we do need
9   to educate the voters.
10          SEN. WEST:  So you'd be -- you'd be in
11   favor of cutting schoolteachers using -- and, I mean,
12   you agree with me that based on the budget that was
13   introduced by the House and the budget that was
14   introduced by the Senate, that school districts will be
15   under pressure to terminate some of the teachers that
16   would otherwise be in the classroom?
17          SEN. FRASER:  I -- I don't agree with
18   anything other than the fact --
19          SEN. WEST:  Okay.  All right.
20          SEN. FRASER:  -- that your own finance,
21   you're going to have to make those decisions; and we've
22   got to make sure that we educate voters, making sure

TX_00000963
JA_000962
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000963

USA_00015844

23  that they understand the implementation of this law.
24      SEN. WEST:  All right.  Let me ask the
25  question this way, then:  Would you agree with me that
0155
1  both the House and the Senate have introduced bills that
2  put pressure on school districts to reduce their budgets
3  that would impact the number of teachers that would be
4  in classrooms?
5      SEN. FRASER:  You're a member of the
6  Finance Committee that implemented a draft budget.  I am
7  not.  I have not advised.
8      And the answer is, I'm sorry, I don't --
9  I -- I'm not advised on that issue.
10      SEN. WEST:  If you were so advised -- if
11  you were so advised that both the House and the Senate
12  by -- if you were so advised by me, the Chairman of
13  Finance, the Chairman of Appropriation, that both the
14  House and the Senate have introduced bills that would
15  require us cutting our commitment to our public schools
16  and our teachers, if you were so advised that both
17  houses introduced the budget that did that, would your
18  position still be the same as it relates to the question
19  I asked you concerning whether or not we should be using
20  general revenue in order to fund voter ID implementation
21  over funding our public schools?
22      SEN. FRASER:  I am so advised that you're
23  a member of finance, a very respected member, and you're
24  very capable of making those hard decisions; and I'm
25  sure you'll move forward and make the right decision for
0156
1  our wonderful schoolteachers across the state.
2      SEN. WEST:  What decision would you make?
3      SEN. FRASER:  I'm sorry?
4      SEN. WEST:  What decision would you make?
5      SEN. FRASER:  I made a decision to support
6  you, as a member of finance, to keep you on the
7  committee.
8      SEN. WEST:  So if you had -- if you had to
9  make a decision, though, if you were on finance and had
10  to make a decision, what decision would you make?
11      SEN. FRASER:  I'm sorry.  I'm not sitting
12  on finance.  I'm not subject to being able to listen to
13  the debates, so it would be -- wouldn't be right for me
14  to take a position on that.
15      SEN. WEST:  But if you had to make -- take
16  a position on funding voter ID over schoolteachers,
17  which one would you fund?
18      SEN. FRASER:  I'm -- I think the
19  position -- because this bill is before us, it is
20  extremely important that -- that we deter and detect
21  fraud and restore the public confidence in the election
22  system.
23      SEN. WEST:  So that's your answer in terms
24  of -- is that what you're telling the teachers, that

25  you'd rather do that than -- to the extent it's there,
0157
1  you'd --
2            (Simultaneous speaking)
3            SEN. FRASER:  Well, unfortunately, since
4  I'm not a member of finance, I don't get to make a
5  choice of what I would rather do.  I'm laying --
6  bringing forward a bill today that would restore the
7  confidence of the public in the election system and --
8  today, because I'm sponsoring that bill, that I'm going
9  to ask that we -- you know, we restore that confidence.
10            SEN. WEST:  So, I'm trying to -- so let me
11  make certain I understand your answer to my question.
12            SEN. FRASER:  I know you're trying to --
13            SEN. WEST:  Let me -- let me -- hold up.
14  Now, I'm listening, because if you remember, both of us
15  can't talk at the same time because the stenographer's
16  taking it down, and I'm trying to make certain that I am
17  reminded of that fact.
18            So your answer to that question is that
19  you would prefer to fund the voter ID bill, if need be,
20  with state funds than to put extra money -- take that
21  $2 million, if we need to, and put it back in the budget
22  for our school districts?
23            SEN. FRASER:  You know, the -- you know,
24  the important thing -- or the good thing with the
25  Legislature is you don't get to make -- answer questions
0158
1  for me, and the -- I did not say that at all.
2            Today I'm laying -- bringing forward a
3  bill that would deter and detect fraud and restore the
4  public confidence in the election system.
5            SEN. WEST:  How does your bill detect
6  fraud?
7            SEN. FRASER:  Come back?  I'm sorry.  I
8  didn't hear you.  What did you say?
9            SEN. WEST:  How does your bill detect
10  fraud?
11            SEN. FRASER:  The -- the bill is designed
12  to deter and detect fraud and restore --
13            SEN. WEST:  No.  I asked you:  How does
14  your bill detect fraud?
15            SEN. FRASER:  The -- I think the easy
16  answer to that would be, is that when you walk into
17  the -- into your election booth and you show your
18  driver's license, they know for sure that you're Royce
19  West and that if you're on the precinct list,
20  registered, you're entitled to vote.
21            SEN. WEST:  And so that's -- that's the
22  fraud detection provision in it?  And so you'd rather
23  fund --
24            SEN. FRASER:  That's the way the bill
25  works.
0159

TX_00000965
JA_000964
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000965

USA_00015846

1  SEN. WEST:  Now, let me ask you this:  If
2  there's empirical evidence that -- in Texas, at least,
3  because, you know, we are -- we are Texas.  We are the
4  Lone Star State.  The rest of America can go this way,
5  and we'll go that -- the other way.  Right?  Right.
6  Okay.  You're good with that.  Right?
7  SEN. FRASER:  I'm sitting here listening.
8  SEN. WEST:  You don't agree with that?
9  SEN. FRASER:  No, I'm listening to you.
10  You're --
11  SEN. WEST:  We are Texans.
12  SEN. FRASER:  You're still answering my
13  questions for me.
14  SEN. WEST:  We're Texans.
15  SEN. FRASER:  Keep going.
16  SEN. WEST:  I'm just asking you whether
17  you agree with it.  And so the question I'm asking you
18  is:  Is there any indication that we have prosecuted any
19  fraud associated with identification in the state of
20  Texas?  Is there any empirical evidence whatsoever?
21  SEN. FRASER:  The bill that I'm bringing
22  forward today will clearly say that when you walk in the
23  voting booth, you identify yourself as who you say you
24  are, and the bill that we're bringing forward we believe
25  will pass the Supreme Court of the United States and be
0160
1  approved by Department of Justice.
2  SEN. WEST:  I notice you keep on saying
3  that in terms of you believe that the bill is going to
4  pass muster at the Department of Justice and also the
5  United -- the Supreme Court of the United States.  Are
6  you anticipating any -- let me -- let me ask this:  If
7  the Department of Justice decides not to preclear this
8  legislation, are you anticipating any type of court
9  challenge by the state of Texas?
10  SEN. FRASER:  Senator, I'm starting to
11  have trouble hearing you.  Hold on a second.  Let me put
12  my earphones on.
13  (Pause)
14  SEN. FRASER:  Are you there?
15  SEN. WEST:  Yes.
16  SEN. FRASER:  Would you say something?
17  SEN. WEST:  Testing, testing, testing.
18  SEN. FRASER:  Okay.  I got you.
19  SEN. WEST:  One, two, three.
20  SEN. FRASER:  Okay.  Will you ask your
21  question again?
22  SEN. WEST:  You have consistently
23  indicated that this particular bill will pass the
24  Department of Justice and also the Supreme Court.  I'm
25  asking you:  Do you anticipate that if the Department of
0161
1  Justice decides not to preclear this particular
2  legislation, any litigation concerning it?

TX_00000966
JA_000965
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000966

USA_00015847

3          SEN. FRASER:  You're -- you're being
4   subjective about me assuming what's going to happen.  I
5   believe the bill that we had -- that we're offering will
6   be precleared.
7          SEN. WEST:  But I'm asking if it's not
8   precleared.  Do you want to see us go into litigation
9   with the federal government concerning your bill if it's
10  not precleared?
11         SEN. FRASER:  I don't -- I don't think
12  that's, you know, my choice.  I think we -- we will
13  present the bill forward and try to present our best
14  case that it should.
15         SEN. WEST:  Okay.  So does your bill
16  anticipate any litigation at all?
17         SEN. FRASER:  The bill in no way addresses
18  or thinks about any litigation.  It is clearly just a
19  bill saying this is -- this is what we're asking you to
20  do, to present a photo ID when you vote, and that's the
21  extent of the bill.
22         SEN. WEST:  I know because -- and the
23  reason I ask that question, you continue to make
24  reference to the Department of Justice and the U.S.
25  Supreme Court or --
0162
1          SEN. FRASER:  Only because the -- the
2   bills that have been brought forward by other states,
3   which Indiana was cleared by the -- you know, made it
4   all the way to the U.S. Supreme Court; and then in
5   Georgia, they were precleared from the Department of
6   Justice because a bill -- you know, since we're a
7   Section 5 state, they were precleared.
8          SEN. WEST:  Okay.  In Georgia, not
9   Indiana.  Indiana's not a Section 5 state?
10         SEN. FRASER:  No, they are not.
11         SEN. WEST:  Okay.  Has the Legislature or
12  have you conducted any research on how burdens of the
13  photo ID requirements may fall disproportionately upon
14  racial minorities?
15         SEN. FRASER:  Come back again.  I'm sorry.
16  My sound went off.
17         SEN. WEST:  Okay.  In drafting your -- in
18  drafting your bill, was there any research conducted on
19  how burdens of -- burdens of photo identification
20  requirements may fall disproportionately on racial
21  minorities?
22         SEN. FRASER:  Probably the best evidence
23  that I could bring forward, that the latest poll that
24  was conducted of Texans, including the people in your
25  area.  Of the -- there were 86 percent of the public
0163
1   that in favor of that.  Of that, 82 percent were black,
2   83 percent were Hispanic.
3          So I would say the answer to your question
4   is:  If you ask someone that is either African American

TX_00000967
JA_000966

TX_00000967

USA_00015848

5   or Hispanic, do they believe that -- "Do you
6   favor/oppose requiring a valid photo ID before a person
7   is allowed to vote?" and you have 82 percent of the
8   public that says that --
9           SEN. WEST:  Right.
10          SEN. FRASER:  -- pretty -- pretty
11  straightforward.
12          SEN. WEST:  You keep referring to that
13  poll.  What poll is that, sir, and who was it conducted
14  by?
15          SEN. FRASER:  It was conducted -- this is
16  one of many we had.  I've got a whole series of polls.
17  This just happened to be the latest one that was
18  conducted January the 10th, 2011.  This one was by the
19  Lighthouse Opinion Polling & Research, LLC.
20          SEN. WEST:  Lighthouse Opinion.
21          SEN. FRASER:  Lighthouse Opinion Polling,
22  LLC.
23          SEN. WEST:  Okay.  And --
24          SEN. FRASER:  One that was --
25          (Simultaneous discussion)
0164
1           SEN. WEST:  Were you finished?
2           SEN. FRASER:  Yeah.
3           SEN. WEST:  Okay.  Now, the question,
4   though, that I asked, not -- and I agree with you that
5   most people will say that some form of photo ID is okay.
6   Now --
7           SEN. FRASER:  But what --
8           SEN. WEST:  Let me -- let me finish.  Let
9   me finish, though.  Hold on for a second.
10          I would agree with you that, but my
11  question wasn't about their opinion.  My question was:
12  Have you conducted any research on how burdens of photo
13  ID requirements may fall disproportionately on racial
14  minorities?
15          SEN. FRASER:  And I think the answer to
16  that, if you look at what happened in Indiana and
17  Georgia is a good example because it is a Section 5
18  state.  In those states, to our -- to my knowledge,
19  there has not been a single person that has came forward
20  to identify themself that they were in any way, you
21  know, in -- you know, kept from voting or inconvenienced
22  by voting.
23          So the answer to your question is, that I
24  look at the data that has been collected from the states
25  that have implemented, and they're coming forward.  That
0165
1   is the case.  Plus the fact that if you ask African
2   Americans or Hispanics in Texas, it's a very
3   straightforward question.  When you have 82 percent of
4   the public, the people that you represent, saying, you
5   know, "I think that's a good ideal," I'm having a lot of
6   trouble understanding how -- why you don't understand

TX_00000968
JA_000967

TX_00000968

USA_00015849

7  that.
8          SEN. WEST:  Okay.  So the answer to my
9  question is, is that you did not conduct any type of
10  research on it other than looked at opinion polls and
11  referenced what went on in other states?
12          SEN. FRASER:  No, we've done all --
13  there's been a lot of research done.
14          SEN. WEST:  And that's what I was asking.
15  What research have you done --
16          SEN. FRASER:  I just explained --
17          SEN. WEST:  -- to make that determination?
18          SEN. FRASER:  -- to you what we did.  We
19  have looked at the experience of other states.  And
20  you're going to have witnesses come from some of the
21  other affected states, and you're going to be able to
22  ask that question:  Who has came forward in your state
23  and said it's a problem?
24          SEN. WEST:  Okay.  So you're saying, then,
25  that as a result of experiences in other states and an
0166
1  opinion poll, that that is the sum total of the research
2  that's been done by you in preparation of this bill?
3          SEN. FRASER:  Senator, I think the people
4  in your district understand very clearly.  If you ask
5  them a direct question, someone you represent, and said,
6  "Do you favor or oppose requiring a valid photo ID
7  before you're allowed to vote," this is -- that's not
8  rocket science.
9          SEN. WEST:  Well, the --
10          SEN. FRASER:  "Should you be required to
11  show your picture ID when you go into vote?"  That's --
12  that's -- to me, that's -- that's, you know, pretty
13  telling.
14          SEN. WEST:  Well, the great thing about it
15  is, we're going to have an opportunity to do just that.
16  Because guess what?  I've got a few people from my
17  district down here to testify, so you'll have an
18  opportunity to ask them that.  Okay?
19          SEN. FRASER:  Good.
20          SEN. WEST:  But, again, that's the sum
21  total of your research, though.  Right?
22          SEN. FRASER:  I didn't say that was the
23  sum total of my research.
24          SEN. WEST:  Now, would you agree that
25  Texas has a larger proportion of minorities than
0167
1  Indiana?
2          SEN. FRASER:  Not advised.
3          SEN. WEST:  So if -- if the demographic
4  information that we have from the U.S. Department of
5  Census indicated that, you would not disagree with that.
6  Correct?
7          SEN. FRASER:  Well, I mean, every state
8  has a different demographic of the makeup of people

TX_00000969
JA_000968
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000969

USA_00015850

9   within the state.
10          SEN. WEST:  Sure.  I know that, yeah.
11          SEN. FRASER:  Georgia is a -- you know,
12   they're -- they're a Section 5 voter rights state, but
13   their makeup is not exactly like Texas.
14          SEN. WEST:  That's the point.  That's what
15   I'm asking you.  You said you weren't advised, so I was
16   just trying to point to you some set of facts that all
17   of us commonly know that we get from the Department of
18   Census, U.S. Department of Census.  And if they give
19   different demographic information for the states, then
20   that would probably be controlling, and you would agree
21   that that's the best evidence that we have of what the
22   population is in those various states.  That's all I'm
23   asking.  Now, let me ask this.
24          SEN. FRASER:  But you're trying to answer
25   my question, and I did not say that.
0168
1           SEN. WEST:  No, I'm not.  But are the
2    forms of identification listed in your bill the least
3    restrictive options in order to achieve the goal of
4    avoiding what you call voter identification fraud?
5           SEN. FRASER:  Okay.  You're going to have
6    to ask that again.
7           SEN. WEST:  Are the forms of
8    identification that you've listed in the bill the least
9    restrictive options in order to achieve the goal of
10   avoiding what you have said is voter identification
11   fraud?
12          SEN. FRASER:  And I think what you're
13   asking, which is going to be the easiest to use?  And
14   the -- the data, if you look back at 2006, the number of
15   people that have registered to vote, about -- I think
16   the number now is 91 percent actually use their driver's
17   license when they registered to vote.  So the assumption
18   is at least 91 percent of the people that voted -- or
19   that registered since 2006 had a driver's license.  So
20   I'd say that's the -- if it's the -- the easiest thing,
21   I'd say a driver's license.
22          SEN. WEST:  So this -- the list of
23   identifications that you use as the -- is the least
24   restrictive options that you could come up with?
25          SEN. FRASER:  Well, I don't -- I'm not
0169
1    sure.  Your verbiage you're using, I don't know that
2    that's the intent.
3           SEN. WEST:  Well --
4           SEN. FRASER:  I'm saying that the thing
5    that the -- the type of identification that is most
6    readily available appears to be a driver's license.
7    It -- we think, that is.
8           SEN. WEST:  Okay.  Now, since there are
9    studies that show that African Americans and Hispanics
10   are more affected by poverty and --

TX_00000970
JA_000969

TX_00000970

USA_00015851

```
11          SEN. FRASER:  Ask him, then.
12          We're trying to figure out if this is a
13  filibuster.
14          SEN. WEST:  Is it a what?
15          SEN. FRASER:  A filibuster?
16          SEN. WEST:  Oh, no, this is serious
17  business.  This is serious business.
18          SEN. FRASER:  I guess I would remind you
19  that the information that was put into the record this
20  morning by Senator Huffman, the questions you've gone
21  over, I believe we put these --
22          SEN. WEST:  Well, at any -- at any point,
23  you can defer to whomever you want to answer the
24  question.
25          SEN. FRASER:  No, no, I'm saying --
0170
1          SEN. WEST:  You've been referring to the
2  Secretary of State.
3          SEN. FRASER:  -- these -- the questions --
4  the questions you're asking, the question and the answer
5  are already in the record from two years ago; that
6  you're asking the exact same question, and I'm answering
7  the exact same answer.  It's already in the --
8          SEN. WEST:  And it may very well be.  I
9  just don't remember.  I haven't gone back and read that
10  entire record.  It was like 26 hours.  So if I'm being a
11  little bit redundant, please give me -- give me a little
12  space on that.
13          Let me go back to the questions I'm
14  asking.  Studies have shown that African Americans and
15  Hispanics are more affected by poverty and, therefore,
16  are more likely to participate in government benefit
17  programs.  Will the elimination of the government
18  documents as a form of ID disproportionately affect
19  African Americans and Hispanics?
20          SEN. FRASER:  I'm not advised.
21          SEN. WEST:  Okay.  If in fact -- well, let
22  me back up and ask you this question.
23          Do you agree that African Americans and
24  Hispanics are disproportionately affected by poverty in
25  the state of Texas?
0171
1          SEN. FRASER:  Not advised.
2          SEN. WEST:  Okay.  Do you --
3          SEN. FRASER:  I grew up in a pretty poor
4  family, so --
5          SEN. WEST:  Well, that's what I know, and
6  correct me if I'm wrong because we've had our
7  conversations.  Your father was a minister, too.  Right?
8          SEN. FRASER:  Minster and --
9          SEN. WEST:  Okay.  He went to a lot of
10  African American churches?
11          SEN. FRASER:  Yes, he did.
12          SEN. WEST:  Did a little singing and stuff
```

TX_00000971
JA_000970
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000971

USA_00015852

13  like that?
14          SEN. FRASER:  Yes.
15          SEN. WEST:  Okay.  And do you represent a
16  district that has a high poverty level -- or excuse
17  me -- a high ethnic minority population?
18          SEN. FRASER:  Interestingly -- well, and
19  what you call high, it is not one of the highest
20  percentage wise of ethnic minority.  But the last figure
21  I was shown, my district is the third poorest district
22  in the state, right behind Senator Uresti's.  That
23  that -- that number is a couple of year's old, but
24  I'm -- you know, the --
25          SEN. WEST:  Okay.
0172
1          SEN. FRASER:  -- people in my district
2  are -- are the working poor.
3          SEN. WEST:  Okay.  The -- the protected
4  classes, that would be an African American and
5  Hispanics, do you have a high concentration of African
6  Americans and Hispanics in your district?
7          SEN. FRASER:  Well, I don't know what
8  you'll call a high percentage.  I've got --
9          SEN. WEST:  Okay.  Comparatively speaking.
10          SEN. FRASER:  There -- there are a lot of
11  my voters in my district that, you know, I'm -- I love
12  to say "my constituents" -- that are African American or
13  Hispanic.
14          SEN. WEST:  Are they in poverty or what?
15  I mean, you know what poverty is.
16          SEN. FRASER:  Well, Senator, if --
17          SEN. WEST:  Oh.
18          SEN. FRASER:  If I have the third poorest
19  district in the state, that implies that we have some
20  people that are working poor.
21          SEN. WEST:  Let me just ask you this
22  question.
23          Do you know whether or not the elimination
24  of the government documents that have hereto before been
25  utilized by voters for identification purposes at the
0173
1  polls --
2          SEN. FRASER:  Issued before?
3          SEN. WEST:  Yeah, I mean, under current
4  law.  Let me back up, then.
5          Based on current law and the various
6  government identifications that can be used for purposes
7  of voting, by eliminating those, whether they have an
8  adverse impact on ethic minorities in the state?
9          SEN. FRASER:  Let me -- let me tell you
10  that the people in my district voted -- or they're
11  polling that they -- 92 percent of them say that they're
12  in favor of this -- this requirement.
13          SEN. WEST:  Okay.  So you don't -- and
14  that's your response to my question?

TX_00000972
JA_000971
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000972

USA_00015853

15         SEN. FRASER:  My response is, is that I
16  think the people of the state of Texas, which makes
17  up -- I think it was 83 percent of -- of African
18  Americans and 85 percent of Hispanics, said that they're
19  in favor of it.  I'm sorry.  It's 82 percent Hispanic --
20  I'm sorry -- Hispanic, 80 -- 83 percent Hispanic, the
21  African American, which is -- it's listed as a black
22  vote, is 82 percent say they are in favor of asking for
23  a photo ID.
24         So it's -- it's -- this is a pretty easy
25  question for them, "Should you have to show your -- your
0174
1  photo ID, your driver's license, when you come in to
2  vote?"  And they said, "Sure.  That's" -- you know,
3  "That's fair."
4         SEN. WEST:  And that's your response to my
5  question?
6         SEN. FRASER:  Yes.
7         SEN. WEST:  Okay.  No more questions at
8  this time.
9         SEN. FRASER:  Thank you, Senator.
10        CHAIRMAN DUNCAN:  Chair recognizes Senator
11  Lucio for questions.
12        SEN. LUCIO:  Thank you, Mr. Chairman.
13        Senator Fraser, under this legislation,
14  there are no exceptions at all if you do not have a
15  driver's license -- and correct me if I'm wrong --
16  military ID, citizenship certificates, or passports.
17  Now, not even Senate IDs are appropriate for the
18  purposes of voting.  That means the state employee
19  working in the building wishing to cast a ballot during
20  early voting at the Sam Houston Building couldn't use a
21  combination of their voter registration card and their
22  Senate ID.  Further, this bill's requirements for
23  identification are stronger than what's used for new
24  employees in obtaining driver's license, the way we
25  understand it.
0175
1         Now, I know many people don't think it's
2  all that difficult to get a driver's license and that
3  everyone has one, but that's just not the case.
4  Eleven percent of Americans surveyed by the Brennan
5  Center for Justice do not have government-issued photo
6  ID.  Forty percent of those without voter ID are
7  disproportionately the -- the elderly, the -- the
8  students, women, people with disabilities, low-income
9  people, and people of color.
10        According to disability advocates, nearly
11  10 percent of the 40 million Americans with disabilities
12  do not have any state-issued photo ID.  So I do not see
13  how this legislation is going to ensure that they are
14  not kept from exercising their right to vote.  Again,
15  it's a right.  It's not a privilege.  Plus, according to
16  that same survey, one of every five senior women does

file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

17  not have a license.
18      What troubles me even more about the
19  legislation is that it could mean, for so many, under
20  this legislation, election workers will be responsible
21  for determining identity; and that has never been part
22  of their job as election clerks.
23      Now, I got a question.
24      SEN. FRASER:  Is there a question coming?
25  I'm looking for the question.
0176
1      SEN. LUCIO:  Yeah, it's coming up.  I had
2  to --
3      SEN. FRASER:  You've got about five or six
4  thoughts.  I -- well, I'm going to --
5      (Simultaneous speaking)
6      SEN. FRASER:  -- one of them.  But you're
7  getting so many thoughts, I'll have trouble responding
8  to them.
9      SEN. LUCIO:  What are -- what are they
10  going to do, Senator Fraser, when someone has
11  conflicting last names, conflicting last names on IDs,
12  on their voter rolls, and how many professional ballots
13  will be cast?  Are counties ready to resolve all those
14  issues?
15      That might have been asked, I missed it,
16  and I apologize for that because we've been busy, as we
17  always are.  But let me -- let me just ask this
18  question, as a follow-up.
19      (Simultaneous speaking)
20      SEN. FRASER:  You've asked me 12 --
21      SEN. LUCIO:  Go ahead and address --
22      SEN. FRASER:  -- so far.
23      SEN. LUCIO:  Go ahead and address that
24  one.
25      SEN. FRASER:  Huh?
0177
1      SEN. LUCIO:  Okay.  Well --
2      CHAIRMAN DUNCAN:  Wait, wait, wait, wait,
3  wait.  Y'all are really crossing over to where you're
4  not making a good record, so one at a time.  I think
5  Senator Fraser was answering a question; and if he could
6  answer it and, Senator Lucio, you could follow with
7  another question.
8      SEN. FRASER:  And, Senator, if -- if you
9  really do want an answer to questions, I would love to
10  do one at a time because I actually --
11      SEN. LUCIO:  Okay.
12      SEN. FRASER:  -- you've asked so many
13  questions, I can't remember --
14      SEN. LUCIO:  Okay.
15      SEN. FRASER:  -- the first one.
16      CHAIRMAN DUNCAN:  All right.
17      SEN. FRASER:  But --
18      CHAIRMAN DUNCAN:  Wait.  You're doing it

TX_00000974
JA_000973

TX_00000974

USA_00015855

19  again, Senator. If we could -- I'm going to stay on
20  this because we do want a good record.
21          SEN. FRASER: If you'll just allow me to
22  just answer a couple of them, and then we'll get them
23  out of the way.
24          SEN. LUCIO: I'll take one at a time.
25          What are you going to do when someone has
0178
1  conflicting last names on their ID on the voter rolls?
2          SEN. FRASER: Okay. I'm going to start
3  even further back than that.
4          I -- the -- the first observation you made
5  is that we're making it harder than getting a driver's
6  license. That is totally incorrect. Driver's license
7  is one of the things we're offering, so whatever
8  difficulty it is to get a driver's license, once they
9  get it, that is their identification. So this is not in
10  any way harder than getting a driver's license.
11          No. 2, you made an observation about the
12  elderly. We have two different observations that --
13  that come into play here. First one is that at -- if
14  they're 70 years old on January 1st, 2012, they are not
15  subject to this bill, so they are -- they are operating
16  under current law. And then, also, we are not in any
17  way impacting the mail-in ballot system that is in place
18  today. Any elderly person that wants to vote by mail
19  would -- would have the ability to do it.
20          So, you know, those things, I think,
21  are -- the question you're asking, the third question,
22  about if the name does not match on the -- the ballot,
23  that's the same question that's been asked probably five
24  times already today. My answer continues to be the
25  same, as I've told everyone. We have the Secretary of
0179
1  State coming. I don't -- I don't know the -- the exact
2  ruling of what they -- the Secretary of State, slash,
3  the election administrator is how they determine that;
4  and I would like that question to be asked to the
5  Secretary of State, if possible.
6          SEN. LUCIO: Okay. That's fine, Senator.
7          To obtain a driver's license, you could
8  use nonphoto options. Correct?
9          SEN. FRASER: Senator, you can ask that of
10  the DPS.
11          SEN. LUCIO: I'm sorry?
12          SEN. FRASER: If you would -- DPS is going
13  to be here. I would ask you that you could ask the DPS
14  their procedures for -- for getting...
15          SEN. LUCIO: Okay. Well, I have
16  information to that effect, but it's all right. I'll
17  wait for DPS.
18          Let me ask a question on -- on where we
19  have been in this country and this state, and we don't
20  want to go.

TX_00000975
JA_000974
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000975

USA_00015856

21    But do you know what the 24th Amendment
22  did?
23          SEN. FRASER:  I'm sorry.  I do not.
24          SEN. LUCIO:  It ended -- it amended the
25  constitution to allow -- outlaw poll taxes; and it did
0180
1  so, and it ended in 1964.  I was a freshman in college
2  at the time, and you must have been junior high.
3          SEN. FRASER:  I was four or five, then,
4  Eddie, I guess.  '64, I was 17 years old.
5          SEN. LUCIO:  All right.  I did a little
6  research, Senator, on the poll tax in --
7          SEN. FRASER:  15 years old.
8          SEN. LUCIO:  -- Texas history.  It's
9  something that personally hurts me.  After all, my dad
10  had to pay a poll tax which wasn't that long ago.  I
11  went to some of those elections with him because he
12  wanted to show me and make sure that I got involved in
13  the political process.  I remember those elections, and
14  my -- my mother voted, too.  But it was -- it was a
15  sacrifice, quite frankly.
16          Now, Texas adopted a poll tax in 1902.  It
17  required that otherwise eligible voters pay between
18  $1.50 and $1.75 to register to vote.  Now, $1.75 may not
19  sound like a lot, but for a lot of families living on
20  the breadline, it made voting a privilege instead of a
21  right.  Well, 1.75 -- $1.75 adjusted for inflation today
22  is about 40 to $45.  That means, Senator, that's a mean
23  instrument -- excuse me -- using several ways of
24  calculating, including the consumer price index.
25          Now, 40 bucks is a symbolic figure.  A
0181
1  driver's license or ID today costs $25, even for a
2  renewal.  And going to the DMV, which is Department of
3  Motor Vehicles, can take time.  You're going to get
4  there, wait in line, return home, take off from work,
5  pay for the gas.  Now, let's say it takes two hours.
6  Minimum wage in Texas is 7.25 an hour.  So if you took
7  off two hours and paid for gas, you're looking at $40,
8  the same amount of the old poll tax would cost today.
9  Don't -- don't you find that kind of ironic?  I do.
10          Under this bill, voters will effectively
11  have to pay the same amount to vote that minorities and
12  the poor had to pay in poll tax in 1902.  I'm serious,
13  though.  Forty dollars is a lot of money for a lot of
14  people in my district living paycheck to paycheck.  You
15  can buy a week's shopping for 40 bucks.  You're either
16  going to eat or you're going to -- you're going to vote.
17  That is the choice many will think about making.
18          The poll tax was outlawed in -- in the
19  1960s by the 24th Amendment.  It was outlawed because
20  the nation understood that poll tax -- taxes served as
21  one purpose, to --
22          (Simultaneous speaking)

TX_00000976
JA_000975

TX_00000976

USA_00015857

23        SEN. LUCIO:  -- disenfranchise minorities
24  and the vulnerable.
25        I'm leading to another question, if I may.
0182
1        Texas has a history, unfortunately, in my
2  opinion of voter suppression.  Texas used the poll tax
3  to suppress voters.  In fact, Texas only ratified the
4  24th Amendment in 2009, 2009.
5        So what is to stop future legislators
6  making a driver's license or an ID cost more than $25?
7  We've talked openly over the last few months about
8  raising fees to cover the back -- the budget hole.  So,
9  you know, it's -- it's happened with passports.
10  Passports keep going up and up in price.  What if in the
11  future, driver's license cost $125 or $300?  Would it be
12  a poll tax then?  And would it be a poll tax then,
13  Senator?
14        SEN. FRASER:  Senator, this bill in no way
15  envisions a poll tax.  It has nothing to do with the fee
16  that is charged.  You're on finance.  You're the one
17  that has control over that.  The bill we have before us
18  today -- there's nothing you've talked about the last
19  five minutes that has anything to do with this bill --
20  is that this bill is nothing more than showing your
21  driver's license or a ID that we will give them free of
22  charge that they can pick up after work that -- you
23  know, when I was picking cucumbers and -- you know, in
24  the afternoon, when I got off work, I could -- I still
25  had time before seven o'clock to go down and -- to the
0183
1  driver's license place to get the driver's license.  So
2  this has -- this bill in no way has anything to do with
3  a poll tax.
4        SEN. LUCIO:  Well, and I -- I appreciate,
5  you know, what you're saying.  However, I just want to
6  make sure that it doesn't get out of hand.  And I would
7  ask you, possibly, if you would vote, you would be
8  prepared to work with me and others to -- in order to
9  draft a constitutional amendment that would make any
10  raise in fees associated with driver's license or state
11  ID only possible by a two-thirds vote of each chamber.
12  You think that we could work to that end?
13        SEN. FRASER:  Senator, I'm -- I'm not
14  going to commit on anything.  You're on finance.  Y'all
15  are going to have to work through the issues of
16  balancing the budget.
17        The bill that I'm laying out today, I
18  think, is a very fair way for people to identify
19  themselves, that they can prove they are who they say
20  they are when they go to vote.  The -- the thing that I
21  would let you know that, you know, I want to make sure
22  that every -- we've -- we've talked to senator -- you
23  know, the -- Davis has asked about women.  I want to
24  make sure that women, men, Hispanics, African Americans,

TX_00000977
JA_000976
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000977

USA_00015858

25   Anglos, everyone in the state has the same opportunity
0184
1   to go in and make sure that their vote is counted.  And
2   I don't -- the things you're talking about really are
3   not part or subject to this bill.
4           SEN. LUCIO:  Well, a driver's license is
5   part of it, I believe, and I'll be --
6           SEN. FRASER:  But -- but the cost of a
7   driver's license is determined by the Finance Committee.
8           SEN. LUCIO:  When -- when -- when does a
9   driver's license expire?  I was going to ask you that
10  question.
11          SEN. FRASER:  When does it expire?
12          SEN. LUCIO:  Yes, sir.
13          SEN. FRASER:  You know, interestingly, I
14  was in -- looking at mine just then, in my office.  I
15  got a new one this year, and it's good for six years.
16  So every six years, evidently.  I'm -- I'm going to ask
17  DPS that, but my assumption is that a driver's license
18  is renewed to last for six years.
19          SEN. LUCIO:  Well, we talked about senior
20  citizens.  There are senior citizens, 60, 70 years old,
21  who used an expired driver's license as a form of ID.
22  That's where I'm going with my questions and my remarks.
23  Are they no longer -- they no longer drive, but they
24  still vote.
25          Now, under this bill, they will have to
0185
1   renew their license in order to vote.  Is that correct?
2           SEN. FRASER:  You -- you've given a
3   hypothetical, and I guess it's one of the things --
4   actually, we were in the back discussing a question that
5   was brought up by Senator Davis about an expired
6   driver's license and at what point should it be -- how
7   long should it be used.  I think someone used it for an
8   extended period, like the example you're giving, for
9   several years.  Unfortunately, that's not a valid --
10  that would be considered a valid license.
11          SEN. LUCIO:  I was under that impression
12  or to renew their passport or -- which are seldom used
13  by seniors.
14          SEN. FRASER:  I disagree with that.  I
15  travel with a lot of seniors.  I think there's a lot,
16  you know.
17          SEN. LUCIO:  Well, the ID.  They use this
18  ID for passports.
19          Well, I obviously have a bunch of other
20  questions, but in the -- in the interest of time, I will
21  address these to you in writing because I'm very, very
22  concerned about, you know, some of the things that are
23  going to be transpiring.  I think Senator Davis touched
24  on marriage -- the marriage -- marriage issues.
25          Or I'll give you one scenario, if I may.
0186

TX_00000978
JA_000977
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000978

USA_00015859

1  Two citizens that are getting married. The woman
2  getting married has decided to change her name. They
3  get the marriage certificate. They get married and so
4  on. But when the newlywed wife tries to vote, there is
5  a problem. The name on her voter ID does not match the
6  name on her voter registration. So maybe she did the
7  right thing and changed her name on the voter ID, but
8  before that, when she registered to vote, she had used
9  her maiden name. Maybe she registered to vote with her
10 new married surname but had not had yet changed her
11 voter ID to reflect a change of name. Maybe there is no
12 time to address it because she gets married in October.
13          SEN. FRASER: Senator, these --
14          SEN. LUCIO: Those are just scenarios that
15 are coming up.
16          Others that I'm concerned with are the 18
17 year olds that are turning 18 thirty days inside of --
18 you know, between a primary and a general election.
19 Many of them will not be able to register to vote.
20          There are so many different scenarios,
21 Senator, and I'm very concerned about whether or not
22 they will be disenfranchised. That's all. Thank you
23 very much for your time.
24          CHAIRMAN DUNCAN: Senator Van de Putte?
25          SEN. VAN de PUTTE: Thank you,
0187
1  Mr. Chairman.
2          Would author of the bill yield for some
3  clarification?
4          SEN. FRASER: I would yield.
5          SEN. VAN de PUTTE: Thank you very much,
6  Senator Fraser. I wanted to have a moment to clarify
7  some of the conversation and the points that we had on
8  our discussion earlier.
9          I thought that I had heard you say that
10 the bill that we had in the 81st Legislature was
11 actually modeled after Georgia. When after comparison,
12 I think that it was actually modeled more closely after
13 the Arizona bill, which is a Section 5 voting rights
14 state as well. And so I wanted to clarify that, but I
15 thought we had talked so much about the Georgia
16 legislation. So the -- the bill, Senate Bill 362, was
17 actually modeled more after Arizona's law.
18          SEN. FRASER: Senator --
19          SEN. VAN de PUTTE: And I --
20          SEN. FRASER: I am -- I don't want to
21 disagree with you, but I don't think Arizona's ever came
22 out of my mouth on this floor of the legislature about
23 last year's bill or this bill.
24          SEN. VAN de PUTTE: No.
25          SEN. FRASER: I'm -- the -- the bill that
0188
1  we modeled last year was a Texas model that we were
2  moving forward, and whenever earlier you were addressing

TX_00000979
JA_000978
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000979

USA_00015860

3  the Georgia bill -- you're a past president of NCSL, and
4  I have the NCSL analysis here.  And that's the reason I
5  was confused because you were referencing Georgia, and
6  I've got --
7        SEN. VAN de PUTTE:  That's correct.
8        SEN. FRASER:  The document that came from
9  the organization that you chaired and that was the
10  reason I was confused about what you were representing.
11        SEN. VAN de PUTTE:  Well, Senator, you
12  were confused, and I was confused.  However, both -- I
13  think we can both agree that your bill, Senate Bill 14,
14  is more restrictive than current Georgia and Arizona
15  law; that this is based after an Indiana model, but it
16  is even more restrictive.  I mean, you have a pretty
17  tight vote --
18        SEN. FRASER:  I -- I --
19        SEN. VAN de PUTTE:  -- of the bill.
20        SEN. FRASER:  I disagree with you on that,
21  that there are -- are small things that we're different
22  on, which basically is the number of things that you can
23  use for identification.  But there are a list.  I think
24  they have six in Indiana.  We have four in Texas.  We're
25  under discussion about that four, should it be expanded.
0189
1        So saying that they're very different is
2  not a correct observation.  There is very small
3  differences between the -- the Indiana, Georgia, or
4  Texas.  They're actually very, very much alike, and that
5  also gives us the reason we believe it will be approved
6  by the Supreme Court and DOJ.
7        SEN. VAN de PUTTE:  Well, I wanted the
8  opportunity to correct myself because Georgia only
9  allows for an alternate two forms in a provisional
10  ballot for first-time voters only, and so they do not
11  allow -- and I stand corrected.  You are correct that
12  they don't have two forms of alternate that are not a
13  photo ID.  The only time in the Georgia law that they
14  make reference to two forms -- and that's what I was
15  looking at and they have other things that they can use,
16  a bank statement, a current utility bill, a paycheck --
17  is when they are casting a ballot for the first time and
18  they have -- they are new registrants and they don't
19  have a photo ID.
20        So I stand corrected.  You are correct in
21  that for a provisional ballot, they do not allow two.
22  The only time they do -- and I'm looking at their
23  Senate -- their -- their bill -- is on a -- and I stand
24  corrected.  So I wanted to let you know that I misspoke.
25  That is not correct.  It's only the two alternate forms
0190
1  when they're doing for first-time registrants.
2        SEN. FRASER:  Thank you for that
3  correction, and that -- that is -- the documentation I
4  show does show that they require a photo ID.

TX_00000980
JA_000979
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000980

USA_00015861

5      SEN. VAN de PUTTE: And so I just want to
6  thank you for the ability to clarify this and know that
7  this is your -- this is a Texas bill, and it'll probably
8  be known as the Texas bill. And -- and -- and to your
9  credit, for every -- all the work that you've done, I
10  believe it is very stringent in small ways in the
11  wording. But for the groups of people that I think will
12  have a burden, they -- they have no alternate means.
13      So thank you very much for the opportunity
14  to clarify. And, Mr. Chairman, I don't have any other
15  questions of the author.
16      CHAIRMAN DUNCAN: Senator Ellis?
17      SEN. ELLIS: Just a couple questions,
18  Senator. I know you're tired. You've been up a long
19  time.
20      From your opening statement, the primary
21  reason for this bill is because of your concern about
22  voter fraud. Right? Voter fraud, that's the primary
23  reason --
24      SEN. FRASER: The integrity --
25      SEN. ELLIS: -- for the --
0191
1      SEN. FRASER: -- of the ballot, making
2  sure that the person that is trying to vote is who they
3  represent to be.
4      SEN. ELLIS: And if that's the case, why
5  wouldn't you apply a voter -- photo voter identification
6  requirement to mail-in ballots? Don't you think there's
7  probably room for more fraud for the mail-in ballots?
8      SEN. FRASER: I will support you a hundred
9  percent. You file that bill, you come forward with it,
10  and we'll talk about it. But this bill does not in any
11  way address mail-in ballots. This is only in-person
12  voter --
13      SEN. ELLIS: But you -- but you will
14  concede that there's probably room, just from a
15  layperson's perspective? Neither you nor I are experts
16  on it, and I'm just asking you to make the point. Will
17  you concede that there's room -- there's potential for
18  more fraud with a mail-in ballot than with somebody
19  showing up?
20      SEN. FRASER: I'm going to concede that
21  the bill that I'm laying out today will help a lot with
22  the in-person, you know, potential of fraud, and it will
23  make sure the person there is -- is who they say they
24  are.
25      SEN. ELLIS: If you just had to guess,
0192
1  would you think people who are more apt to do a mail-in
2  ballot would be people in the red jersey or the blue
3  jersey?
4      SEN. FRASER: I wouldn't be apt to guess.
5      SEN. ELLIS: Do you care?
6      SEN. FRASER: Oh, I care a lot, but I'm

TX_00000981
JA_000980
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000981

USA_00015862

7  not going to guess.
8      SEN. ELLIS:  Okay.  You heard the
9  discussion earlier about the concern -- I think even in
10  your district, some of those DPS offices, I think, on
11  that map may be closing a few days a week.  So you --
12  you did say that you have some concern about access for
13  people to go and get --
14      SEN. FRASER:  It -- it is a discussion
15  going on, and it's -- you know, there -- I actually was
16  grinning as they were talking about the -- the -- you
17  know, the offices, is that I have the same challenge
18  sometime; and, you know, you've got to work to make sure
19  that they're open.
20      But that's a discussion we're having
21  with -- with Senator Williams.  He's having a discussion
22  with DPS, and we're -- we're trying to look at, through
23  his committee, the Finance Committee and communique with
24  DPS, the -- the easiest way to make sure that everyone
25  can -- can comply.
0193
1      SEN. ELLIS:  But you'll agree, it's a
2  problem?  There's some concerns about it?
3      SEN. FRASER:  I don't know that I'll agree
4  that it's a problem.  Problem implies that, you know,
5  there are -- everyone works through it.  I've got a
6  driver's license.  You've got a driver's license.
7  Probably, I would love for them to come in my office and
8  take my picture, but it doesn't work that way.  I have
9  to go and put out the effort to go and get it.  And
10  that's the system we have, and we just need to make it
11  as easy as possible.
12      SEN. ELLIS:  Well, what prompted you,
13  Senator, to carry this bill?  I mean, was it
14  something -- just laying up at night?  Did somebody come
15  to you?  What -- you're such a handsome fellow, but why
16  you?
17      SEN. FRASER:  The -- and actually, I'll go
18  back to -- you asked me the same question two years ago,
19  and it's in the record.  We just, you know, entered it.
20      Actually, this is over a number of years,
21  just watching and looking at articles of things that
22  happened.  Obviously, there's a lot of press about
23  the -- the Carter-Baker Commission of concern, and I
24  watched the issue.  And it was being asked a lot, as I
25  was speaking out in the district, is that when are we
0194
1  going to, you know, address it.  And I thought -- I
2  thought the issue had matured, and I decided to file it.
3  If you -- if you remember, this is the third session I
4  filed this bill.
5      SEN. ELLIS:  Well, I've always known you
6  to be a member, Senator, who digs into an issue.  You --
7  you read a lot.
8      Why would you say a new photo ID?  Why

TX_00000982
JA_000981
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000982

USA_00015863

9   wouldn't you just make a -- have a bill that has a
10  requirement that we put a photo on the voter
11  registration card?  I mean, wouldn't you agree?
12  Probably more people have a voter registration card in
13  Texas than have a driver's license.
14          SEN. FRASER:  That -- well, I don't --
15          SEN. ELLIS:  Okay.  All right.
16          SEN. FRASER:  I don't --
17          SEN. ELLIS:  You think more people in
18  Texas --
19          SEN. FRASER:  -- think that's true.
20          SEN. ELLIS:  -- have a driver's license?
21          SEN. FRASER:  I don't -- I'm having the
22  chairman of the committee that is over it --
23  interestingly, I want you to think about what you just
24  suggested, is that driver's license is going to be the
25  easy form of identification.  We -- we know that 90-plus
0195
1   percent of the people -- and I think the number is
2   probably higher than that -- have a driver's license in
3   Texas.
4           But if you're going to put a picture on a
5   voter registration, that means that every single person
6   that's registered to vote has to go back in, have a
7   picture made, have the cost of putting it on there.  So
8   it's not only the cost --
9           SEN. ELLIS:  Let me try it a different
10  way.  Do you think that more people who are registered
11  to vote -- you think that more people who are registered
12  to vote would have the voter registration card than a
13  driver's license?
14          SEN. FRASER:  Say it again.  Do it one
15  more time.
16          SEN. ELLIS:  Do you -- would you agree
17  that more people --
18          CHAIRMAN DUNCAN:  Senator?  Senator Ellis,
19  y'all are talking over each other.  If you --
20          SEN. ELLIS:  Oh, are we?  Should I back
21  up?
22          CHAIRMAN DUNCAN:  Yeah -- no.  No.
23  Just --
24          SEN. ELLIS:  I'll talk slower.
25          CHAIRMAN DUNCAN:  -- when he starts to
0196
1   answer the question, let him answer it and then ask
2   another question so only one person is speaking at a
3   time.
4           SEN. ELLIS:  Okay.
5           CHAIRMAN DUNCAN:  Thank you.
6           SEN. ELLIS:  Are you through?
7           SEN. FRASER:  I'm not even sure what the
8   question was.
9           SEN. ELLIS:  The question is, would you
10  agree that more people who vote have a voter

TX_00000983
JA_000982
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000983

USA_00015864

11  registration card than a driver's license?  They'd have
12  to because you've got to -- you're supposed to go get a
13  voter registration to be able to vote.
14          SEN. FRASER:  Can I answer your question?
15          SEN. ELLIS:  Yeah.
16          SEN. FRASER:  I'm -- I'm sure everyone at
17  some point were mailed one, but it has been years since
18  I walked in with a voter registration card.  I show my
19  driver's license when I vote, and I would say probably
20  that is -- do you show yours, or do you show your
21  driver's license?
22          SEN. ELLIS:  I show my driver's license.
23          SEN. FRASER:  Well, there's -- but you
24  have -- you probably were mailed a voter registration.
25          SEN. ELLIS:  I have both.
0197
1          SEN. FRASER:  Okay.
2          SEN. ELLIS:  Let me ask you this:  There's
3  an article in today's paper.  It says nearly 650,000
4  Texans who refuse to pay surcharge penalties for drunken
5  driving, no insurance, and other violations are being
6  offered a one-time amnesty by the state.  Those offered
7  amnesty represent just over half of the estimated
8  1.2 million Texans in default.  It talks about what they
9  owe the state.  But all of these folks who are in
10  default, because we balanced the budget in '03 with
11  surcharges for people who have a license, all have had
12  their licenses suspended for not paying.  So would that
13  concern you any that, at least, according to folks who
14  go get amnesty, that's 1.2 million.  That would be more
15  than that.  There's 1.2 million owes the state X amount.
16  That's what this article is about.
17          But would you concede it ought to be a
18  problem because we've got a lot of people who had a
19  driver's license, I assume the one's who owe the
20  surcharges are -- you know, maybe a disproportionate
21  number of them are folks who didn't have the money to
22  pay the surcharges.  Maybe some of them were just civil
23  libertarians, didn't like the bill and wouldn't pay it
24  period.  But a lot of them are probably working-class
25  people who can't pay it.  So at least over 1.2 million
0198
1  Texans since 2003 have gotten their licenses suspended,
2  so they will no longer have a valid driver's license
3  that they could use to go and vote like you and I do.
4  Does that concern you?
5          SEN. FRASER:  Well, first of all, if -- if
6  some reason it's a felony, that -- of the crime that
7  they're not paying for, I'm not sure that they -- I
8  guess I'd question whether they're eligible.  I don't
9  know the answer.  We'd ask the Secretary of State that.
10          SEN. ELLIS:  I don't think --
11          SEN. FRASER:  But the easy answer to your
12  question is, we're going to give them an ID free.  So if

TX_00000984
JA_000983
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000984

USA_00015865

13  they've lost their driver's license, all they got to do
14  is go back down and get a free ID. We'll hand them a
15  new one.
16          SEN. ELLIS: So you think the over
17  1.2 million people who had their licenses suspended
18  because of the surcharges this legislature put on them
19  in 2003 is not -- they haven't been convicted of a -- of
20  a felony. That's not on their record, but their license
21  has been suspended. They're being offered amnesty,
22  according to the article in today's paper. You think
23  that those folks would go and get this new ID? You
24  don't think they'd be worried about showing up and
25  somebody saying, "Hey, by the way, now that I know where
0199
1  you are, I want my money. I want some of this 1. --
2  $1.1 billion that you owe to the state"?
3          SEN. FRASER: I'm not advised.
4          SEN. ELLIS: Okay. One distinction,
5  obviously, is these people still have a constitutional
6  right to be able to vote.
7          One last point. On the exemption for the
8  elderly, I don't know if I'm reading this right or not,
9  but in your mind, is that a one-time exemption or would
10  people over -- I think you and Senator West were going
11  through the age deal earlier, and we have to find out
12  from the Secretary of State which one of you hits 70
13  first. But if you have -- the way I read your bill, if
14  you don't hit 70 before that date in January, I believe,
15  of 2012, then it wouldn't apply. So anybody on this
16  floor who will be over 70 at some point or any of your
17  constituents who will hit 70 after that date in January
18  of 2012, would not have that exemption. Is that
19  correct?
20          SEN. FRASER: Yes.
21          SEN. ELLIS: So your intent is that one
22  time.
23          SEN. FRASER: No, it's not a one-time at
24  all.
25          SEN. ELLIS: Continuous for people who are
0200
1  already 70 after January of 2012?
2          SEN. FRASER: If you're 70 on January 1,
3  2012, you will be subject to current law the rest of
4  your life.
5          SEN. ELLIS: Okay. I want to make sure
6  that's clear, because some folks have --
7          SEN. FRASER: If you're 70 on that --
8          SEN. ELLIS: -- called my office from
9  AARP --
10          SEN. FRASER: Yes.
11          SEN. ELLIS: Okay.
12          SEN. FRASER: Yes.
13          SEN. ELLIS: So it's not for all people
14  over 70. Just those who will hit 70 by January of 2012.

TX_00000985
JA_000984

TX_00000985

USA_00015866

15      SEN. FRASER: If you're 70 on January 1,
16  2012, you will be subject to the -- the -- not be
17  subject to these provisions. You basically will be
18  operating under current law for the rest of your life.
19      SEN. ELLIS: Are you confident, Senator,
20  that your bill would not have a disparate impact on the
21  elderly, on women, on those that are physically
22  challenged, on racial ethnic minorities?
23      SEN. FRASER: I am --
24      SEN. ELLIS: Are you confident?
25      SEN. FRASER: -- absolutely sure. I would
0201
1  not have filed the bill if I had thought it -- I want to
2  make sure that every person in the state has a right to
3  vote. The -- not -- you know, the right that we extend
4  them, they should have that, and I do not believe that
5  in any way we're impacting that and that -- that -- you
6  know, I want to make sure that the groups you're talking
7  about, you know, women, minority, elderly, that they all
8  have the right to vote; and I believe my bill does that.
9      SEN. ELLIS: Okay. And I know that's your
10  intent.
11      SEN. FRASER: Yes.
12      SEN. ELLIS: But you're confident that it
13  will have no impact?
14      SEN. FRASER: I'm very confident.
15      SEN. ELLIS: Okay. To that end, would you
16  have a problem with putting a provision in this bill so
17  that the Secretary of State would do an annual report on
18  whether or not this bill has had a disparate impact?
19      SEN. FRASER: I think we're going to get
20  our report back from the -- assuming it gets to the
21  Supreme Court and Department of Justice, I believe we'll
22  get our report card from that. And then through time,
23  if there are -- and I'm going to go back to the examples
24  of Indiana and Georgia. To my knowledge, there has
25  never been a person that has reported that had a
0202
1  problem -- came forward because they had a problem with
2  the laws they've, you know, implemented. We're doing
3  exactly the same thing.
4      So I think you and I, as legislators, if
5  there's a problem, will hear about it. And I would not
6  want to put the burden on an agency. You know, if we
7  hear about it, then we can do that in the future.
8      SEN. ELLIS: Maybe I'm just at a loss. If
9  you -- I know your intent, and you are confident your
10  bill will not have a disproportionate impact on certain
11  groups. I mean, were the concern be the methodology,
12  you could design that. But what would be wrong with the
13  Secretary of State doing an annual report on whether or
14  not this bill has a disproportionate impact on any
15  groups of people so that we know? What -- I mean, you
16  know, we -- oftentimes we pass -- I think we even have

TX_00000986
JA_000985

TX_00000986

USA_00015867

17  a -- I think it might have been Shapleigh who put it in
18  some time ago, when we do a tax bill as a requirement,
19  that we have LBB do a disparate impact statement just so
20  we know because as you know, I mean, we're tinkering
21  with a constitutional right.
22          And, Senator, I might add, we're in a
23  state -- well, you know the history. I mean, initially,
24  you had to be a property owner to vote or you had to be
25  a male to vote, had to be a certain color to vote. Now,
0203
1  over time, that has gotten better; but in our southern
2  states, in particular, it has not been an easy journey
3  to get to where we are. So what -- what would be wrong
4  with just simply coming up with some simple methodology
5  and let the Secretary of State do that?
6          SEN. FRASER: We have a simple
7  methodology. It's called going into a session on the
8  second Tuesday of every -- you know, every odd year.
9  And you, as my desk mate, sitting beside me, I feel very
10  comfortable that we'll -- we'll get that -- you know,
11  we'll look at it every couple of years. So I -- I think
12  the fact that we come back in, we're going to be given
13  the opportunity every two years to -- to re-examine.
14  And there will be discussion about this, of whether it's
15  working or not.
16          SEN. ELLIS: To implement your bill,
17  you're going to use federal money to be able to do it.
18  Where would that money be used if it was not going to be
19  used to implement this new system?
20          SEN. FRASER: Well, obviously -- and,
21  again, I don't want to speak for the Secretary of
22  State's office. When they're here, they can give you an
23  ideal. But if there's a pretty good-sized pot of money
24  that's sitting there that we haven't spent yet and
25  we're -- you know, we're pretty good about being
0204
1  creative about, you know, where you spend money. So I'm
2  assuming that money is restrictive about where they can
3  spend it, and I think probably this is a -- an
4  application where it fits.
5          And I guess to answer to your question, I
6  don't know. You can ask them, but I think this is a
7  good place to spend it.
8          SEN. ELLIS: Would a new change go into
9  effect in the next cycle?
10          SEN. FRASER: I'm sorry. Do that again.
11          SEN. ELLIS: With a new election change, a
12  major requirement going into place for the next cycle
13  with new districts, you and I have new districts, do you
14  think it would make sense to give people the ability to
15  register on that day with the photo ID you're requiring?
16          SEN. FRASER: No.
17          SEN. ELLIS: So could you go in and
18  register on that day because some people are just maybe

TX_00000987
JA_000986
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000987

USA_00015868

19  confused about this new requirement we're putting in
20  place?
21          SEN. FRASER:  We're going to spend a lot
22  of time and hopefully dollars educating both the public
23  and the -- the workers, and I think the system will work
24  very well like it is.
25          SEN. ELLIS:  Your bill looks -- I mean,
0205
 1  it's obviously a bit more stringent, bit more onerous
 2  than the bill you had last session.  And based on the
 3  questions with you and, I think, Senator Van de Putte
 4  earlier, it looks like this bill is also more stringent
 5  than the Indiana bill that you modeled it after.
 6          SEN. FRASER:  That -- you missed the
 7  conversation we just had with -- with Senator Van de
 8  Putte.  That is not the case.  It actually is -- is a
 9  very, very small change between --
10          SEN. ELLIS:  They take student --
11          SEN. FRASER:  Huh?
12          SEN. ELLIS:  They take student IDs --
13          SEN. FRASER:  Well, I --
14          SEN. ELLIS:  -- in Indiana?
15          SEN. FRASER:  We -- we have four forms of
16  IDs in this bill that we're accepting, but we're also
17  listening to the debate.  Indiana has six forms.
18  Georgia I think expands it to about eight.  So it's the
19  number -- the type of, but they're all photo --
20  government-issued photo IDs.
21          SEN. ELLIS:  Okay.  So I guess when I say
22  it's more onerous, there are more people in Texas who
23  would have a student ID than a passport.
24          SEN. FRASER:  Not advised.
25          SEN. ELLIS:  Okay.  Do you know how many
0206
 1  Americans have a passport?
 2          SEN. FRASER:  Not advised.
 3          SEN. ELLIS:  Well, I know from the press
 4  counts, you and I have one.  But -- but I'll just tell
 5  you --
 6          SEN. FRASER:  We don't -- we don't talk
 7  about that.
 8          (Laughter)
 9          SEN. ELLIS:  We've gone to a few places
10  together.
11          Six percent of the people, I think, in
12  America have passports.  I think about the lowest
13  percentage for most nations in the top 20, 6 percent of
14  the people in America have passports.  So I guess I'm
15  saying, why would you choose that as one of your forms
16  of ID as opposed to a student ID when you know we have
17  problems getting young people sometimes to focus for
18  more than a week?  But folks who have a passport, you've
19  got to be fairly worldly, shall we say, to go get a
20  passport.  And if the number is 6 percent in America,

TX_00000988
JA_000987
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000988

USA_00015869

21  I'm just guessing less than 6 percent of the people in
22  Texas have a passport.
23          SEN. FRASER:  We know the people that are
24  issuing the passports.  We don't know where all the
25  student IDs are coming from because not all student IDs
0207
1  are issued with, you know, our -- our input.  So the
2  easy answer to that is that we want to make sure that we
3  have something that is easily recognizable to the poll
4  worker, and we can verify that it is -- it is valid.
5          SEN. ELLIS:  What if we tried to put in a
6  student ID from a state institution so at least we did
7  that.
8          SEN. FRASER:  Senator, if you want to
9  offer amendments, as I told Senator Gallegos, I draw
10  them up, get it to you where I can look at it and get
11  plenty of time to look at it.  There's -- you know,
12  we're going to look at every amendment.  If you -- you
13  know, you can throw anything out.  We'll discuss it.
14          But, I mean, the thing we're trying to do
15  is we're trying to make it easy as possible on the
16  Secretary of State and the poll worker as we implement,
17  making sure that it's easily identifiable but also, you
18  know, is good public policy.
19          SEN. ELLIS:  Well, I'm just asking -- now,
20  I hate to take your time, but, I mean, you -- you put it
21  on the fast track.  I mean, I -- I'd like to be working
22  on the budget or something else, but --
23          SEN. FRASER:  I didn't put it --
24          SEN. ELLIS:  -- since you put it on the
25  fast track.
0208
1          SEN. FRASER:  I didn't put it on the fast
2  track.  I'm -- you know, I did not put it on the fast
3  track.  I think the -- the person in the center office
4  put it on a -- as an emergency bill and --
5          SEN. ELLIS:  So you really don't want to
6  do this, do you?
7          SEN. FRASER:  I am standing here
8  explaining it to you because I think it's good public
9  policy.
10          SEN. ELLIS:  I'll leave you alone after
11  this one.
12          But based on the election results of the
13  last cycle, what fraud will your side of the aisle be
14  worried about?  Senator Whitmire raised that with me the
15  other day.  I'm saying this:  As well as your side did,
16  seems like my side ought to be a little bit more worried
17  about if there was some fraud.
18          SEN. FRASER:  I think if you look at the
19  polling in your district, your district is worried
20  because they're telling you you need to vote for it; and
21  I'm telling you, you're on the wrong side of this issue.
22          SEN. ELLIS:  I respectfully would say you

TX_00000989
JA_000988
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000989

USA_00015870

23  ought to be a little careful with that notion of what
24  polling data says.  I'm willing to bet you, Troy, when
25  our predecessors stood on this floor and sat in these
0209
1  seats and passed most of the restrictions, that at some
2  point were in state law, the polling data indicated they
3  were on the right side of history; but you and I know
4  they were on the wrong side of it.
5          SEN. FRASER:  All I can tell you is the
6  question's pretty straightforward.  It said -- they
7  asked the people in your area, "Should you have to show
8  a photo ID when you vote?"  And the number across,
9  Republican, Democrat, Hispanic, African American,
10  others, were overwhelming.
11          SEN. ELLIS:  Well, let me ask you this:
12  If I come up with some polling data that says they would
13  support same-day registration, recognizing student ID,
14  exempting people over 70 forever, not just for those who
15  hit 70 before the next election cycle, to what extent
16  would you be voting based on what the polling says?
17          SEN. FRASER:  Well, come -- come forward
18  with your data.  But I can tell you the things you've
19  mentioned, the only one that is applicable to this bill
20  is the -- the elderly because the same-day voting, those
21  other things, that's another issue for another day.
22  Doesn't fit on this bill.
23          SEN. ELLIS:  Thank you.
24          CHAIRMAN DUNCAN:  Chair recognizes Senator
25  Zaffirini.
0210
1          SEN. ZAFFIRINI:  Thank you,
2  Mr. President -- or Mr. Chairman.
3          Senator Fraser, my first questions will
4  focus on the criminal justice impact, if you have a copy
5  of that.
6          SEN. FRASER:  Well, excuse me, before
7  you -- what your first question should be, do I still
8  have my thick book that you were impressed with last
9  time.  My --
10          SEN. ZAFFIRINI:  Yes.  I was --
11          SEN. FRASER:  I reread the data last night
12  that you were going to instruct your staff asking them
13  why you didn't have one.
14          SEN. ZAFFIRINI:  Well, good.  I wish you
15  had it again.
16          SEN. FRASER:  I do have it.
17          SEN. ZAFFIRINI:  Good.
18          SEN. FRASER:  Right here.
19          SEN. ZAFFIRINI:  Good.
20          SEN. FRASER:  I was -- oh, go ahead,
21  please.
22          SEN. ZAFFIRINI:  But do you have a copy of
23  your criminal justice impact statement?
24          SEN. FRASER:  I do now.

TX_00000990
JA_000989
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000990

USA_00015871

25          SEN. ZAFFIRINI:  My first questions will
0211
1   focus on that.
2          In the first paragraph, you'll see that it
3   states very clearly that the punishment for attempting
4   to vote illegally would be enhanced from a Class A
5   misdemeanor to a state jail felony, and the punishment
6   for illegal voting would be enhanced from a third degree
7   felony to a second degree felony.  What would be the
8   impact on our state budget of increasing those
9   penalties?
10         SEN. FRASER:  I'm sorry.  I'm not advised
11  as the impact on the budget, as you know.  You're on
12  finance, I'm not.  You would know that.
13         The second question I'm assuming you're
14  asking is, why we would consider doing this?  Actually,
15  these suggestions were brought forward by Democratic
16  members of your delegation that said, "Why don't we go
17  ahead and increase it?"  So we increased the penalties
18  for fraud.  So the recommendations on doing this, it
19  actually was across the board.  We had people on both
20  sides, but there was recommendations that we increase
21  these penalties.
22         The impact of the cost to the budget, I'm
23  sorry, I'm not advised.  My job is to make sure the
24  public is well served, and if someone commits fraud
25  by -- by voter impersonation, that the penalties are
0212
1   strict.
2          SEN. ZAFFIRINI:  But I am concerned about
3   this, Senator, and I don't know what Democrat or what
4   Republican asked you to make those changes.  I was not
5   privy to that conversation.
6          But if you look at the last paragraph, it
7   says:  Increasing the penalty for any criminal offense
8   is expected to result in increased demands upon the
9   correctional resources of counties or of the state due
10  to longer terms of probation, of longer terms of
11  confinement and county jails or prison.  And then it
12  also states:  When an offense is changed from a
13  misdemeanor to a felony, there is a transfer of the
14  burden of confinement of convicted offenders from the
15  counties to the state.
16         So earlier there was senators who talked
17  about unfunded mandates for the counties, but in this
18  case, we are -- we seem to be relieving the county of
19  some of its burden but then increasing the burden to the
20  state.  And my question remains:  At what cost?
21         Now, this bill, were it before the Finance
22  Committee, we would have a fiscal note; but because it's
23  not, it's because it's before the Committee of the
24  Whole.  We are restricted to the fiscal note that we
25  have here, and it's strange that we don't have a
0213

TX_00000991
JA_000990
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000991

USA_00015872

1  connection between the cost of the criminal justice
2  impact and the fiscal note.  It seems that there's two
3  independent documents, as they should be, but it seems
4  to me, that the fiscal note should reflect the cost that
5  is defined or, at least, specified in the criminal
6  justice impact statement.
7        SEN. FRASER:  Well, and I think the easy
8  answer to that -- I'll -- if someone else, if -- we may
9  defer to Senator Williams, if he wanted to comment, or
10  another member.
11        But I think the easy answer to this is
12  that if we implement the photo ID, it's pretty
13  straightforward, that someone -- if they're going in, if
14  they have a driver's license and they're -- you're
15  attempting to vote, that there's a good assumption that
16  the driver's license is valid, that they are who they
17  say they are.  So I'm -- we're hoping that the deterrent
18  will be that people will not try to vote fraudulently,
19  that the ones that are voting will be valid voters, and
20  we don't have a lot of people going to prison because
21  hopefully, they won't try to vote illegally.  I --
22  that's the hope.
23        SEN. ZAFFIRINI:  Well, actually, Senator,
24  that is why some of us are opposed to this bill because
25  we don't understand the problem that has been defined.
0214
1  For example, in that same paragraph, it says:  In fiscal
2  year 2010, less than five people were under parole or
3  supervision for illegal voting.  In fiscal year 2010,
4  five offenders were placed on community supervision, and
5  less than five offenders were released from community
6  supervision for illegal voting or attempting to vote
7  illegally; and then more important, in fiscal year 2010,
8  less than five people were arrested for illegal voting
9  or attempting to vote illegally.
10        So it seems to me that this criminal
11  justice impact statement makes the point that there
12  isn't a problem, especially if you look at the last
13  sentence:  It is assumed the number of offenders
14  convicted under this statute would not result in a
15  significant impact on the programs and workload of state
16  corrections agencies or on the demand for resources and
17  services of those agencies.  So if they don't see an
18  increased demand in this area because they don't see
19  people being arrested, then where's the problem?
20        SEN. FRASER:  Well, and I guess I just
21  disagree with your analysis of this, is that voter
22  fraud, under current law, that our laws are so weak,
23  it's virtually impossible to -- to catch one and
24  convict; and that's the problem we're trying to address.
25        SEN. ZAFFIRINI:  Well, okay, Senator.
0215
1  Thank you.
2        My next questions will focus on the fiscal

USA_00015873

3  note.  Do you have a copy of the fiscal note?
4        SEN. FRASER:  I do.  Somewhere.
5        SEN. ZAFFIRINI:  I'll wait till you get
6  it.
7        SEN. FRASER:  Yes.
8        SEN. ZAFFIRINI:  You have it?
9        SEN. FRASER:  I have.
10       SEN. ZAFFIRINI:  So the fiscal note shows
11  $2 million but all in fiscal year 2012.  Why aren't
12  there recurring costs?  Is that because the photo ID
13  card is issued in perpetuity, or it doesn't have to be
14  renewed?
15       SEN. FRASER:  Senator, again, you're --
16  you're a member of finance who would know.  You know,
17  this comes from LBB which did consultation with the
18  affected parties, which are Secretary of State, DPS.
19  We're going to have expert witnesses who will come up in
20  a minute --
21       SEN. ZAFFIRINI:  Okay.
22       SEN. FRASER:  -- and they will explain how
23  they delivered that data.  I think probably what you're
24  going to hear from them is that a lot of the initial
25  cost would be in the education of the -- the -- the
0216
1  Secretary of State educating both voters and poll
2  workers and any initial -- the free cards that we're
3  giving out, there will be more, probably, the first year
4  than other years.  I'm -- I'm assuming that's it, but I
5  think I'd ask that question of the Secretary of State
6  and DPS.
7        SEN. ZAFFIRINI:  Well, but, again, the
8  fiscal note is submitted to the chair of the committee
9  that hears the bill.  You'll notice at the top of
10  Page 1, it is directed to Robert Duncan, chair of the
11  Senate Committee of the Whole, not to Senator Ogden,
12  chair of Finance.  And so it is not for the Finance
13  Committee to consider the costs and the implications of
14  these policy changes, but it's up to the Committee of
15  the Whole; and we are the ones who have this fiscal
16  note.
17       And I challenged the fiscal note last
18  time.  Remember it was zero, and I couldn't believe it?
19  And I asked you questions about that, and I just
20  couldn't believe it.  And so now, all of a sudden, it's
21  a fairly similar bill.  Many would say more restrictive,
22  but now it has a fiscal note of $2 million.
23       And did you say earlier, Senator, that
24  this cost would be covered by HAVA funds?
25       SEN. FRASER:  And -- and the difference
0217
1  between this year and two years ago, I think the
2  assumption last year -- two years ago is that they would
3  just be able to use the HAVA funds.  And, again, I think
4  you probably should ask the Secretary of State.

TX_00000993
JA_000992
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000993

USA_00015874

5      I believe since then, they have made a
6  request of HAVA requesting that, and HAVA's response, I
7  believe, is that they will wait until the bill is
8  passed. And when the bill is passed, then they will
9  make a determination on whether you could use the -- the
10  money. But we're also looking at history of other
11  states. They have been allowed to use HAVA money.
12      But, again, I think I'd ask the Secretary
13  of State that question.
14      SEN. ZAFFIRINI: Well, as the author of
15  this bill, would you prefer that the state pay this
16  $2 million in costs, or would you prefer that we use
17  federal funds?
18      SEN. FRASER: I would prefer the money
19  that's sitting over here in a pot at the Secretary of
20  State -- that has not been spent; obviously, I'd much
21  rather use that.
22      SEN. ZAFFIRINI: Do you know, Senator,
23  what the HAVA funds are used for?
24      SEN. FRASER: For educating -- it's the --
25  help America vote. It's to encourage voting.
0218
1      SEN. ZAFFIRINI: So basically, if we use
2  the HAVA funds for this purpose, we are repurposing the
3  HAVA funds that are already there and intended for
4  things like new equipment and ongoing training programs?
5      SEN. FRASER: Senator, I don't think -- I
6  think the decision will be made by the federal agency
7  that sent us the money, the HAVA people; and if they've
8  already authorized other states to use this for voter --
9  it's for voter education, and this would fall in the
10  area of voter education, I would assume.
11      SEN. ZAFFIRINI: Well, it's my
12  understanding, Senator, that it is for the state to
13  submit a plan. The federal government doesn't tell us
14  what to do in that area, not that it doesn't tell us in
15  other areas.
16      SEN. FRASER: And, Senator, I hate -- it's
17  the same answer I've given multiple people before, is
18  that the Secretary of State will be coming up. I think
19  that's the person to address this.
20      SEN. ZAFFIRINI: Do you have any
21  suggestions regarding the training that is referred to
22  on Page 2 of the fiscal note, local government impact?
23      SEN. FRASER: I do not. That, again,
24  will -- it is the job of the Secretary of State to
25  administer that, recommend the training, and I believe
0219
1  they have the authority under current law.
2      SEN. ZAFFIRINI: And you have no
3  information, then, about any recurring costs that we
4  should worry about?
5      SEN. FRASER: I have none.
6      SEN. ZAFFIRINI: And to whom would you

TX_00000994
JA_000993
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000994

USA_00015875

7   refer us on that issue?
8           SEN. FRASER:  On recurring costs?
9           SEN. ZAFFIRINI:  Uh-huh.
10          SEN. FRASER:  Could you give me an
11  example?  I don't -- I don't think I --
12          SEN. ZAFFIRINI:  Well, the fiscal note
13  shows all the expense in fiscal year 2012, and then it
14  doesn't show any other expenses --
15          SEN. FRASER:  I --
16          SEN. ZAFFIRINI:  -- beyond that.
17          SEN. FRASER:  I would ask the Secretary of
18  State or DPS.
19          SEN. ZAFFIRINI:  It just seems to me,
20  Senator, that there will be recurring costs because one
21  example would be the State's responsibility to provide
22  free photo ID cards on a recurring basis to the
23  significant portion of our population that moves
24  regularly.  They move from one part of the state to
25  another, and they might need a different card in that
0220
1   area.  And that would be a recurring cost, would it not?
2           SEN. FRASER:  Senator, since 2006, there
3   have only been 37,000 people that registered to vote
4   that did not have a current driver's license.  That --
5   that's in the last five years.  So the assumption is,
6   the number that is coming into the system that would not
7   have a card, the number is very low.  The cost of that
8   card is not a huge number.  So actually, the amount that
9   it would cost to take care of them is a -- not a large
10  number.
11          SEN. ZAFFIRINI:  What I'm worried about,
12  Senator, as a member of the Finance Committee, is
13  unintended consequences and unexpected costs.  Not
14  unexpected because we don't foresee them and can't
15  identify them, but because of the criminal justice
16  impact statement and because of the fiscal note that we
17  have that simply don't address these issues.
18          For example, Line 12, Page 12 of the bill,
19  you refer to the cost of the get-out-the-vote efforts;
20  and basically, the fiscal note states:  The analysis is
21  incomplete because, quote, it is not known how many
22  voter registration drives or other activities designed
23  to expand voter registration would occur.  So we don't
24  even have an estimated cost of one voter registration
25  drive.  And if it is our intent to ensure that we have
0221
1   more, we're not considering the cost, it seems to me
2   that we are being irresponsible in terms of identifying
3   the exact cost or the best estimated cost of this bill.
4           SEN. FRASER:  And we are -- have the
5   benefit of not being the first one to implement this.
6   We don't have to reinvent the wheel.  We can look at the
7   history of states that have implemented, like Indiana,
8   Georgia, and others, look at common things that have

TX_00000995
JA_000994
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000995

USA_00015876

9   happened there. We're going to have a person from
10  Indiana here. I think it -- that would probably be a
11  question you might ask, is the reoccurring cost, because
12  they've had this in effect. I believe they passed it in
13  2006.
14          SEN. ZAFFIRINI: But, of course, when we
15  talk about other states, including Indiana, we -- Texas
16  is much bigger and much more diverse; and so our
17  problems will be very different, our challenges will be
18  very different, and I believe our costs will be
19  significantly higher. But, again, I'm concerned as a
20  member of the Finance Committee.
21          But speaking of costs related to other
22  states, are you aware, Senator, that in many, if not
23  all, of the states that have implemented photo ID bills,
24  including those with less restrictive laws than the one
25  that you propose, they have been challenged in court.
0222
1   What costs are we anticipating regarding being
2   challenged in court because of this bill?
3           SEN. FRASER: I'm -- I'm not advised, that
4   you're making an assumption we'll be challenged, and
5   I'm -- I do not -- I'm not advised.
6           SEN. ZAFFIRINI: I think it's a pretty
7   safe assumption. Indiana was challenged, and as I said,
8   many, if not all, of the states that have implemented
9   these bills have been challenged.
10          So I think, again, as members of the
11  Finance Committee, as members of the Senate, even those
12  who are not members of the Finance Committee, should
13  look at that as a possibility and certainly should
14  consider the costs. Is this where we want to spend our
15  money? Even the $2 million. What if HAVA funds are not
16  used for this purpose? Is this where we want to spend
17  the $2 million and significantly more in defending the
18  bill instead of addressing the other issues that we are
19  facing right now because of economic crisis in Texas?
20          SEN. FRASER: Was that a question?
21          SEN. ZAFFIRINI: Yes. Is it?
22          SEN. FRASER: Is what? Should --
23          SEN. ZAFFIRINI: Is this where we want to
24  spend our money?
25          SEN. FRASER: It's -- the decision on
0223
1   that, you know, I'm not on Finance, you are. You're --
2   you're -- you're asked to make those hard decisions. So
3   that, I would -- you know, that'll go back to the
4   Finance Committee.
5           SEN. ZAFFIRINI: Okay.
6           SEN. FRASER: But you're also making an
7   assumption that there's going to be an expense, which I
8   don't think there will be one because I think we'll be
9   able to spend the HAVA funds.
10          SEN. ZAFFIRINI: All right. Well, we

TX_00000996
JA_000995
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000996

USA_00015877

11  disagree on those.  I think those assumptions are fairly
12  safe.
13          Senator Fraser, Senator Van de Putte
14  distributed this map earlier.  Have you seen this map?
15          SEN. FRASER:  I have not.
16          SEN. ZAFFIRINI:  Basically, it shows
17  her -- if my -- Mr. Chairman?
18          CHAIRMAN DUNCAN:  Senator Zaffirini?
19          SEN. ZAFFIRINI:  If I may direct a
20  question to Senator Van de Putte?
21          CHAIRMAN DUNCAN:  Pardon?
22          SEN. ZAFFIRINI:  If I may direct a
23  question to Senator Van de Putte?
24          CHAIRMAN DUNCAN:  Senator Van de Putte
25  doesn't have the floor.
0224
1          SEN. ZAFFIRINI:  That's why I'm asking.
2          SEN. FRASER:  And -- and I won't yield.
3          SEN. ZAFFIRINI:  You won't yield?
4          SEN. FRASER:  No, I will not yield.
5          SEN. ZAFFIRINI:  All right.
6          SEN. FRASER:  You -- I'll be glad to
7  answer the question.
8          SEN. ZAFFIRINI:  All right.  I simply
9  wanted to ask if she planned to distribute this, and if
10  so, I wasn't going to address it.
11          CHAIRMAN DUNCAN:  If you want to introduce
12  the exhibit, you're welcome to do so.  We've marked it,
13  I think.
14          SEN. ZAFFIRINI:  All right.  Then I would
15  like --
16          SEN. FRASER:  Senator, I'm sorry.  I have
17  a map in front of me.  I had not seen it, so --
18          SEN. ZAFFIRINI:  All right.  Well, Senator
19  Van de Putte has indicated that I can request permission
20  to introduce this as an exhibit.
21          CHAIRMAN DUNCAN:  Okay.  I think it's been
22  marked, and would you -- would you bring it down,
23  please?
24          SEN. ZAFFIRINI:  I believe Senator Van de
25  Putte has a clean copy.  And this is a map that Senator
0225
1  Van de Putte had developed, and it's titled, "Counties
2  With Department of Public Safety Driver's License Office
3  Closures."
4          My question, Senator Fraser, would focus
5  on my district.  For example, in my district, which
6  comprises 16 counties and part of Bexar, Northeast
7  Bexar, there is one county that has wheelchair
8  accessibility barriers; there are two counties that have
9  absolutely no driver's license offices; there are four
10  that have offices that are temporarily closed; and there
11  is one that has an office that is open three days or
12  fewer each week.  And so you can see the accessibility

TX_00000997
JA_000996
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000997

USA_00015878

13  issues that we're dealing with, and you can -- when you
14  get the map -- oh, you do have a copy of the map.  You
15  can see the difference throughout the state.  There are
16  some states that you can see have a lot of pink, a lot
17  of blue, a lot of green, and then -- counties, rather --
18  and there are others that are just white, that have
19  absolutely no barriers.
20          So, Senator Fraser, looking at this map,
21  are you concerned that this bill would impact certain
22  counties that have a problem related to the
23  accessibility to driver's license offices?
24          CHAIRMAN DUNCAN:  Senator Zaffirini, if I
25  could -- before you get an answer to that question,
0226
 1  let's get it in the record so everybody knows what we're
 2  talking about.
 3          SEN. ZAFFIRINI:  All right.
 4          CHAIRMAN DUNCAN:  It's Exhibit --
 5          SEN. ZAFFIRINI:  Mr. Chairman?
 6          CHAIRMAN DUNCAN:  It's Exhibit 6, I
 7  believe.  Is that correct?  It's not the two that you've
 8  previously submitted.
 9          SEN. ZAFFIRINI:  No.
10          CHAIRMAN DUNCAN:  Is that correct?
11          SEN. ZAFFIRINI:  It's Exhibit 6, then,
12  according to --
13          CHAIRMAN DUNCAN:  Okay.
14          SEN. NELSON:  Mr. Chairman?
15          CHAIRMAN DUNCAN:  And for what purpose?
16          SEN. NELSON:  It's me, and to ask Senator
17  Zaffirini a question or to point out that some of us do
18  not have a copy of this map.
19          CHAIRMAN DUNCAN:  Okay.  Well, that would
20  be a parliamentary inquiry and --
21          SEN. NELSON:  Then I would like to make
22  that.
23          CHAIRMAN DUNCAN:  That's what I'm trying
24  to clear up, is I'm trying to get the exhibit in so that
25  we can distribute it so that everyone can understand
0227
 1  what the questions are.
 2          Would you identify it, please?  What's the
 3  title of it?
 4          SEN. ZAFFIRINI:  Yes.  It is titled,
 5  "Counties with Department of Public Safety Driver's
 6  License Office Closures."  It is a map of Texas showing
 7  this -- these issues, and it was developed by Senator
 8  Van de Putte.  I had assumed that she had introduced it
 9  into the record or had planned to, but I'm happy to do
10  it.
11          CHAIRMAN DUNCAN:  Okay.  Do we have
12  copies?
13          SEN. NELSON:  We don't.  Only the
14  Democrats do.

TX_00000998
JA_000997
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00000998

USA_00015879

15           CHAIRMAN DUNCAN: Okay. Well, here's what
16  I would suggest so that other members have an
17  opportunity to follow your questions and the answers,
18  that we at least get copies of that exhibit and
19  distribute it, if we could do that. And then, so if we
20  could defer on that until we get that done, Senator --
21           SEN. ZAFFIRINI: Certainly.
22           CHAIRMAN DUNCAN: -- that would be
23  helpful.
24           SEN. ZAFFIRINI: Absolutely. No problem,
25  Mr. Chairman.
0228
1           Moving right along. I do have exhibit --
2  I guess it's 4 --
3           CHAIRMAN DUNCAN: We do have --
4           SEN. ZAFFIRINI: -- and Exhibit No. 5 that
5  I'd like to enter into the record --
6           CHAIRMAN DUNCAN: Okay.
7           SEN. ZAFFIRINI: -- at this time. And
8  I'll wait until they're distributed, if you -- if I may
9  be permitted.
10           CHAIRMAN DUNCAN: Would you identify
11  Exhibit 4, please?
12           SEN. ZAFFIRINI: Certainly. Exhibit 4 is
13  a copy of a driver's license with personal information
14  obliterated.
15           CHAIRMAN DUNCAN: Thank you. And
16  Exhibit 5?
17           SEN. ZAFFIRINI: Exhibit 5 is a letter
18  directed to me, which I received today, from Spencer
19  Overton, professor of law at the George Washington
20  University Law School and a member of the Carter-Baker
21  Commission on federal election reform.
22           CHAIRMAN DUNCAN: All right. Those
23  exhibits will be received in the record and distributed
24  to the members.
25           (Exhibit Nos. 4 and 5 marked and admitted)
0229
1           CHAIRMAN DUNCAN: Senator, you're -- you
2  can --
3           SEN. ZAFFIRINI: Thank you.
4           CHAIRMAN DUNCAN: -- continue on those
5  exhibits.
6           SEN. ZAFFIRINI: Senator Fraser, thank you
7  for your courtesy and for your patience and your
8  stamina. I'm impressed, as always.
9           On Page 4 of your bill, Senator Fraser,
10  Line 8, it states that "and the voter's identity can be
11  verified from the documentation presented under
12  Subsection (b), the voter shall be accepted for voting."
13  Can you describe what training the poll workers would
14  receive to ensure that they are trained in
15  identification verification?
16           SEN. FRASER: Senator, you're moving

file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

17 faster than I can. I'm on Page 4. Where are you
18 referring?
19          SEN. ZAFFIRINI: Line 8 of the bill.
20 Well, basically, that's all it says, that if the
21 voter's -- that "If the voter's identity can be verified
22 from the documentation presented, the voter shall be
23 accepted for voting." That's the only part that I'm
24 quoting, and then I'm asking what kind of training the
25 poll workers would undergo in identification
0230
1 verification.
2          SEN. FRASER: Great question to the
3 Secretary of State.
4          SEN. ZAFFIRINI: To the Secretary of
5 State.
6          Do you worry at all, Senator, and I
7 know -- I believe it was Senator Davis who asked this
8 question earlier: Do you worry at all about people who
9 don't look like their driver's licenses at all?
10          SEN. FRASER: I'm sorry. I -- there's so
11 many things to worry about in life, that's -- you know,
12 the -- the question you're asking, I think, is covered
13 by the Secretary of State; and I believe they would make
14 a determination.
15          SEN. ZAFFIRINI: Well, Senator Fraser, I
16 have distributed Exhibit 4. Would you take a good look
17 at that, please?
18          And, Members, I ask you to please look at
19 my Exhibit 4 and look at the photograph of this driver's
20 license. Has anyone of you ever seen this person
21 before? He looks familiar?
22          SEN. FRASER: Yes.
23          SEN. ZAFFIRINI: Can you identify this
24 person? I'd like to ask this person to stand.
25          (Unidentified person stands)
0231
1          SEN. ZAFFIRINI: Take a good look. Look
2 at that picture. Look at him. That's right. That --
3 and this picture was taken in 2006. Now, if I didn't
4 know Ray, who is my chief of staff, and I were to look
5 at this picture, I would say, "You're not verified. You
6 can't vote. You're an imposter." Look at the
7 difference. Total difference, and yet this photograph
8 was taken in 2006, and so it's current, it's valid. And
9 you can see if we who know him and have seen him, see
10 him every day, don't recognize his picture, imagine what
11 a poll worker would do with a driver's license like
12 this.
13          UNIDENTIFIED SPEAKER: (Mic off)
14          SEN. ZAFFIRINI: He's not a Laredoan, so
15 don't worry about it.
16          (Laughter)
17          SEN. ZAFFIRINI: Senator Fraser, do you
18 understand why we worry?

TX_00001000
JA_000999
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001000

USA_00015881

19          (Senator Shapiro speaking without mic)
20          SEN. ZAFFIRINI:  Well, it's a very good
21  point to make, Senator Shapiro, that we should look at
22  our composite photos; and most of us don't look like
23  them, and yet they have the dates like 2008.
24          SEN. WEST:  We keep using those pictures.
25          SEN. ZAFFIRINI:  2009.  We sure keep using
0232
1  those pictures, so what would happen?
2          My next question, Senator Fraser, focuses
3  on Exhibit 5.
4          And, Members, you have a copy of
5  Exhibit 5.
6          And it is a letter directed to me from
7  Spencer Overton, professor of law from George Washington
8  University.  And basically, I received this letter from
9  Professor Overton today, and it directly addresses
10  Senate Bill 14's inconsistency with the Carter-Baker
11  Commission.
12          Specifically, the letter states that
13  Professor Overton wrote this letter to, quote, Refute
14  claims that Senate Bill 14 is consistent with the
15  recommendations of the Carter-Baker Commission.  And
16  according to Professor Overton, quote, The Commissioners
17  recommended requiring photo ID of voters only if state's
18  assumed the responsibility to seek out citizens and
19  provide them with an ID free of charge, if states assume
20  the responsibility to seek out unregistered citizens and
21  register them and automatically update the registration
22  of citizens when they move, and if states allow citizens
23  without a photo ID to vote by signing an affidavit under
24  penalty of perjury for the first two federal elections
25  following adoption of the photo ID.
0233
1          Now, Senator Fraser, this bill does not
2  meet any of these criteria.  Is that correct?  Under
3  your bill, the state would not assume any of these
4  responsibilities?
5          SEN. FRASER:  Not advised.
6          SEN. ZAFFIRINI:  Well, I assure you,
7  Senator, that it does not.  But Professor --
8          SEN. FRASER:  I disagree.
9          SEN. ZAFFIRINI:  Could you show me it
10  does, where in your bill it would allow this?
11          SEN. FRASER:  I'm not advised.  This --
12  there's been no representation made that we are modeling
13  this bill after the -- the Carter-Baker recommendations.
14  This bill is moving forward as a bill that when someone
15  votes, they will present an ID to show they are who they
16  say they are.  The bill that I'm passing we think will
17  be approved by the Supreme Court and will be approved by
18  Department of Justice.
19          SEN. ZAFFIRINI:  Well, then, let me ask
20  you a question.  Where in your bill does it specify that

TX_00001001
JA_001000
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001001

USA_00015882

21 the state would assume the responsibility to seek out
22 citizens and provide them with an ID free of charge?
23          SEN. FRASER:  I would think it would be
24 your responsibility to show in the bill, you know,
25 your -- the bill speaks for itself.
0234
1          SEN. ZAFFIRINI:  So you can't tell me if
2 your bill does that?
3          SEN. FRASER:  The bill speaks for itself.
4 The language of the bill is very clear as to what the --
5 the issues we're addressing.
6          SEN. ZAFFIRINI:  Okay.  Do you know,
7 Senator Fraser, if this -- under your bill, the state
8 would assume the responsibility to seek out unregistered
9 citizens and to register them and automatically update
10 the registration of citizens when they move?
11          SEN. FRASER:  I don't believe that is
12 covered in my bill.
13          SEN. ZAFFIRINI:  It is not.
14          And do you know, Senator Fraser, if your
15 bill -- under your bill, the state would allow citizens
16 without a photo ID to vote by signing an affidavit under
17 penalty of perjury for the first two federal elections
18 following adoption of the photo ID bill?
19          SEN. FRASER:  Every person that votes will
20 be required to have a photo ID.
21          SEN. ZAFFIRINI:  Well, basically, it seems
22 to me, my analysis is that Senate Bill 14, as
23 introduced, does not meet these specifications of the
24 Carter-Baker Commission.
25          And what's more, in this letter that you
0235
1 have, Members, Professor Overton states that, quote,
2 Even President Carter and Secretary Baker rejected the
3 strict photo ID requirement initially adopted in Georgia
4 after concluding it was discriminatory because it was
5 costly or difficult for poor Georgians to obtain the
6 identification for voting, unquote.  But according to
7 Professor Overton, quote, It devotes insufficient
8 resources to address the burdens it would impose on
9 Texas voters who lack photo ID.
10          SEN. FRASER:  That is absolutely
11 incorrect.  The original observation -- the bill that
12 was filed in Georgia was changed, and the bill that
13 originally -- that is in law now, that was not their
14 observation.  And that was written in 2005.  The bill
15 was replaced 2008.  That was not their observation.
16          SEN. ZAFFIRINI:  Well --
17          SEN. FRASER:  That it was -- I saw that
18 comment made in a 2005 comment, but you're also making
19 sure you don't take it out of context.  And the -- the
20 law that had been passed by Georgia was revisited.  They
21 passed a different law, and then that law was -- that
22 bill was precleared by Department of Justice.

TX_00001002
JA_001001
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001002

USA_00015883

23    SEN. ZAFFIRINI:  But it still required --
24    SEN. FRASER:  So the bill he's --
25    SEN. ZAFFIRINI:  -- photo ID.
0236
1        SEN. FRASER:  -- addressing is not law --
2  current law in Georgia.
3        SEN. ZAFFIRINI:  But the Georgia law still
4  requires a photo ID.
5        SEN. FRASER:  Yes, it does.
6        SEN. ZAFFIRINI:  It does.
7        And finally, Professor Overton closes with
8  his statement that the current proposal for a photo ID
9  law in Texas is inconsistent with the recommendations of
10  the Carter-Baker Commission.
11        SEN. FRASER:  I disagree with that.
12        SEN. ZAFFIRINI:  Why, Senator?
13        SEN. FRASER:  I just disagree with that.
14        SEN. ZAFFIRINI:  Are there any specific
15  points that you disagree with that he made or that I
16  quoted in his letter?
17        SEN. FRASER:  I'm -- you know, the letter
18  that you're laying out is -- the first time I've seen it
19  is just then.  We're -- our bill is not -- we're not
20  trying to model it after that, but the Carter-Baker
21  Commission very clearly recommended a photo ID.
22        SEN. ZAFFIRINI:  Well, Senator, the reason
23  that we asked for this letter, we followed up on your
24  early statement when you laid out the bill.  And you
25  referred to the Carter-Baker Commission, and it was
0237
1  based on your statement that we followed up and did this
2  immediate research and got this letter written to us.
3        SEN. FRASER:  Will you show me where I
4  referred to it in my opening statement?
5        SEN. ZAFFIRINI:  Well, I don't have the
6  transcript yet; but as I recall, you referred to it in
7  your opening statement.
8        SEN. FRASER:  Do you want me to read what
9  I said again from the opening statement?
10        SEN. ZAFFIRINI:  Yes, would you?
11        SEN. FRASER:  I read two --
12        SEN. ZAFFIRINI:  Your copy to the -- your
13  reference to the Carter-Baker Commission report.
14        SEN. FRASER:  I said, "The Carter-Baker
15  Commission reaffirms the dangers.  Elections are at the
16  hard democracy.  Americans are losing confidence in the
17  fairness of elections, and while we do not face a crisis
18  today, we need to address the problems of our electoral
19  system.  At the end of the day, there's considerable
20  national evidence of in-person fraud; and regardless of
21  whether one believes that voter impersonation is
22  widespread or relatively rare, there can be no serious
23  dispute that -- that real effect can be substantial
24  because in a close election, even a small amount of

TX_00001003
JA_001002
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001003

USA_00015884

25   fraud could take -- be the margin of difference."
0238
1           SEN. ZAFFIRINI:  Well, sir.
2           SEN. FRASER:  That was a quote that was
3   made.  It was -- it was used not only there, but it is
4   also used later in the Supreme Court decision.
5           SEN. ZAFFIRINI:  Right.  And, Senator
6   Fraser, it is because I was surprised at that statement
7   that we followed up, and it seems that that is in the
8   report.  But there is other information in addition to
9   that, so I could turn around and say, "Well, are you
10   taking it out of context?"  I won't raise that question
11   as a courtesy, but I could raise it.
12           But on the other hand, what I want to make
13   very clear is that the reason we followed up was that
14   you made this opening statement.
15           SEN. FRASER:  Your letter is dated January
16   the 24th.  I made the statement this morning.  Was --
17   did I make the statement, and then he -- he wrote the
18   letter and sent it to you today?
19           SEN. ZAFFIRINI:  Well, I requested it
20   today, so that's perhaps a typo because we received it
21   today.  Let me check.  We received it -- we received it
22   this morning.
23           SEN. FRASER:  Before I made the statement?
24           SEN. ZAFFIRINI:  It should be
25   January 25th.
0239
1           SEN. FRASER:  But you -- you said that you
2   responded -- that you requested it after I made the
3   statement in my --
4           SEN. ZAFFIRINI:  I requested --
5           SEN. FRASER:  -- opening comments.
6           SEN. ZAFFIRINI:  I requested this
7   information based on your opening statement, and I
8   received this letter today.  That's correct.  Okay?
9           Thank you very much, Senator.  I
10   appreciate, as I said, your courtesy and your patience.
11           SEN. FRASER:  Thank you.
12           CHAIRMAN DUNCAN:  Members, we've been
13   going for a while, and I think it would be -- we're kind
14   of at a -- maybe getting close to a breaking point.  Why
15   don't we go ahead and take a ten-minute break and then
16   reconvene, give the court reporter and staff a minute or
17   two to rest.  So a time certain, we'll stand at ease
18   until 2:30.
19           (Recess:  2:21 p.m. to 2:34 p.m.)
20           CHAIRMAN DUNCAN:  Senate Committee of the
21   Whole will come back to order.  Senator Hinojosa?
22           SEN. HINOJOSA:  Thank you, Mr. Chairman.
23           Senator Fraser?
24           SEN. FRASER:  These are actually pretty
25   good.
0240

TX_00001004
JA_001003
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001004

USA_00015885

1           SEN. HINOJOSA:  Can you hear me?
2           SEN. FRASER:  Yes, this is -- these are
3   much better.  Yes, I do.  I can hear you.
4           SEN. HINOJOSA:  I just have a few
5   questions that I'd like to follow up on.
6           Do you know how many people are registered
7   to vote here in the state of Texas?
8           SEN. FRASER:  Oh, I do -- I'm sorry, I do
9   not know.
10          SEN. HINOJOSA:  Approximately, 13 million.
11          SEN. FRASER:  Okay.  13, yeah.  Okay.
12          SEN. HINOJOSA:  Yeah.  And do you know how
13  many voted in the last election?
14          SEN. FRASER:  No, I'm not advised on that
15  either.  I'm sorry.
16          SEN. HINOJOSA:  Close to 5 million voters
17  voted this last election.  And do you know how many
18  people were arrested or prosecuted or indicted for
19  trying to use somebody else's voter registration card?
20          SEN. FRASER:  I'm sorry, not -- no, I do
21  not have that number.
22          SEN. HINOJOSA:  None?
23          SEN. FRASER:  I don't -- I don't have the
24  number, I'm sorry.  I'm not advised.
25          SEN. HINOJOSA:  Well, do you have any
0241
1   evidence?
2           SEN. FRASER:  I'm sorry?
3           SEN. HINOJOSA:  Do you have any evidence?
4           SEN. FRASER:  Evidence?
5           SEN. HINOJOSA:  Yeah, evidence to support
6   your bill about voter fraud when they go to vote?
7           SEN. FRASER:  Senator, you know the thing
8   that we're trying to address here is that, as you know,
9   it's virtually impossible to defect voter fraud because
10  our current law makes it impossible not only to -- to
11  verify that they're voting illegally, but even if you
12  catch them, we don't have the ability to stop them from
13  voting.  So the -- the ability to stop someone today
14  voting illegally is almost impossible in Texas.  That's
15  the thing that I'm trying to address with my bill, is
16  that we believe if we make them show a voter ID, then we
17  will know that they are who they represent themselves to
18  be.
19          SEN. HINOJOSA:  Actually, Senator Fraser,
20  back home, most of the election judges know who the
21  voters are in their precincts.
22          SEN. FRASER:  Well, that's interesting.
23  Back home, in the area you're from, most of the -- or a
24  lot of the stories that I've seen reported to the
25  media -- and actually, you've got two voter registrars
0242
1   through your area that have endorsed this concept
2   because they are -- they are having a problem with voter

TX_00001005
JA_001004
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001005

USA_00015886