21      MS. DAVIO:  We actually have had a pretty
22  good response so far.  I'm sorry.  Off the top of my
23  head, I can't give you the statistics of the people that
24  have opted in, but I'd be happy to get that information
25  for you.

0396
1       SEN. ELLIS:  Now, I think I heard you say
2   in response to a question from Senator Williams
3   15 million Texans have a driver's license.
4       MS. DAVIO:  Yeah.
5       SEN. ELLIS:  Or did you mean authorized to
6   have one?  Are you counting the 1.2 million who have
7   lost them?
8       MS. DAVIO:  I believe that's active driver
9   licenses.
10      SEN. ELLIS:  Okay.  So 15 million have
11  active driver's licenses.  And just as a point of
12  reference to Senator Williams, there are 12.6 million
13  registered voters in Texas.  So he was correct earlier
14  when he made the point that --
15      SEN. WILLIAMS:  (No mic)
16      SEN. ELLIS:  Yeah, that's right.  Probably
17  about 30 percent of them vote.  Of course, maybe half of
18  them vote wrong; maybe half of those vote wrong, but
19  about 30 percent of them vote, Senator.
20      But I just wanted to make the point 15
21  million people have driver's license in Texas, 12.6
22  million registered voters.  Most people who go to vote
23  do what most of us on this floor do, they show their
24  driver's license.  And if the trend of 1.2 million who
25  have drivers -- who had driver's licenses haven't lost

0397
1   them since 2003 continues, if your amnesty program does
2   not work, if it's not something unique about the Lone
3   Star State that would make it work here when it didn't
4   work in those other states, that means that 15 million
5   figure is going to be going down in terms of the people
6   who have a driver's license.  Correct?
7       MS. DAVIO:  Yes, sir.
8       SEN. ELLIS:  Okay.  Now --
9       MS. DAVIO:  Those people --
10      SEN. ELLIS:  Those people who owe those
11  surcharges, is that a felony, or what is it?
12      MS. DAVIO:  I don't believe it's a felony.
13      SEN. ELLIS:  It's a civil offense?
14      MS. DAVIO:  I mean, it depends upon
15  what -- there's five different things that you can
16  receive a surcharge for.
17      SEN. ELLIS:  How about drunk?
18      MS. DAVIO:  Yes, sir.  Driving while
19  intoxicated is one of them.
20      SEN. ELLIS:  Wouldn't that be a felony
21  when they get a surcharge?  It's a civil fine.  I'm
22  really making a point to my colleagues.

file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

23    And can -- what can you-all do to those
24  folks short of taking a driver's license?  You know, can
25  we -- maybe the finance chair can start building some
0398
1  more debtor prisons.  Can you put them in prison, or do
2  you know?  If you don't know, it's okay.
3        MS. DAVIO:  I don't know, sir.
4        SEN. ELLIS:  Okay.  I just want to raise
5  that point so my colleagues do realize what we're doing,
6  Senator Fraser, under your bill.  15 million people have
7  a driver's license.  1.2 million have lost them.  I
8  don't think we're going to start building debtor
9  prisons.  I don't think we're going to get to the point
10  where three times you're drunk and get a surcharge we
11  lock you up.  We can't afford to do it, but it's making
12  it more and more challenging, and it is a burden that
13  we're putting on these folks.  Thank you.
14        SEN. WHITMIRE:  Mr. President?
15        CHAIRMAN DUNCAN:  The Chair recognizes
16  Senator Whitmire.
17        SEN. WHITMIRE:  Briefly.  First of all,
18  how long -- how long have you been in your present job?
19  Pretty recent?
20        MS. DAVIO:  Yes, sir.  I just started
21  June 1st of 2010.
22        SEN. WHITMIRE:  So about six months?
23        MS. DAVIO:  Yes, sir.
24        SEN. WHITMIRE:  Did you ever envision when
25  they gave you the job you were going to be here today
0399
1  and have the opportunity to meet Senator Gallegos?
2        (Laughter)
3        MS. DAVIO:  The pleasure is all mine.
4        (Laughter)
5        SEN. WHITMIRE:  No; we appreciate you as
6  we do our other state employees.
7        MS. DAVIO:  Thank you.
8        SEN. WHITMIRE:  A couple of things I want
9  to clarify, Senator Ellis was talking about the folks
10  who have had their license suspended because of the
11  severance.  I don't believe he asked if you have no
12  license but we're going to require you to go get an ID
13  at a DPS office, what is the relationship if I come into
14  the office, I don't have a license because it's been
15  suspended because I can't pay the severance, it's a
16  civil penalty.  Is there any chance that you're arrested
17  because you haven't paid your back severance?  I mean,
18  first I think whether you confiscate the person or
19  handcuff them, it would probably be a huge deterrent for
20  someone to go there knowing they owe you thousands of
21  dollars.  Would you not agree?
22        MS. DAVIO:  Yes, sir.
23        SEN. WHITMIRE:  Okay.  But going one step
24  further, if someone chose to do that what -- and they

TX_00001081
JA_001080
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001081

USA_00015962

25  apply for a voter ID and the computer is going to kick
0400
  1  out "you owe us" -- and some of these figures are
  2  fantastic amounts, thousands of dollars -- what will be
  3  the conduct of the DPS?  I walk up to your station for
  4  voter ID and you say Mr. Whitmire you owe us $20,000 in
  5  back severance, is that going to be brought up and
  6  you're going to be asked to not leave until you have a
  7  payment plan?
  8          MS. DAVIO:  No, sir.  Those are really
  9  handled as separate transactions.  If you come in and
 10  you say you want to get an ID and you don't already have
 11  an ID, then they will determine if you are eligible, and
 12  you should be eligible.  And they do have the
 13  information in the driver license system about the
 14  surcharges.  But if you aren't asking to get a driver
 15  license then that won't be brought up.
 16          SEN. WHITMIRE:  Okay.  It's your
 17  testimony -- y'all have actually discussed this
 18  internally.  It's going to be the policy, as you state
 19  before us today, I come in there, I owe you a surcharge,
 20  but I don't want to deal with the surcharge today, they
 21  are not going to bring it up or ask me for my intention
 22  of paying it, don't leave until you make a payment plan?
 23          MS. DAVIO:  No, sir.  I haven't witnessed
 24  that.  I have visited the --
 25          SEN. WHITMIRE:  Well, you haven't
0401
  1  witnessed it -- excuse me for interrupting because this
  2  is all in the planning stage.  So I know you haven't
  3  seen it because no one has been in there asking for a
  4  voter ID.
  5          MS. DAVIO:  No, sir, they haven't asked.
  6          SEN. WHITMIRE:  Would it be -- and can
  7  you -- has it really been decided or is that just your
  8  opinion or you've got to go upstairs to the colonel or
  9  the DPS board?  I mean, this is a pretty serious matter
 10  in my mind because you have no license because you can't
 11  afford to pay the surcharge, but we're fixing -- if this
 12  law will pass -- require you to go to that location, law
 13  enforcement, a pretty intimidating setup anyway to some.
 14  You know, they've already run afoul, but they've got to
 15  go to that site for a voter ID.  Are you telling me
 16  there won't be any discussion of the surcharge, or is it
 17  really you don't know?
 18          MS. DAVIO:  You're right.  We haven't
 19  discussed voter ID, but I have witnessed numerous
 20  transactions where somebody comes in and they request to
 21  get an ID.  And, you know, they may -- they may make an
 22  inquiry about can I -- you know, what about a driver
 23  license or something like that, and actually the records
 24  come up and show that they are ineligible to get a
 25  driver license.  But if there --
0402

1    SEN. WHITMIRE: Because of the surcharge?
2   Because of the surcharge?
3    MS. DAVIO: Yes, sir. And so then they
4   can still continue to get an ID, and I haven't witnessed
5   any occasion where there was discussion of the
6   surcharges unless the customer brought that up.
7    SEN. WHITMIRE: Well, if this passes, and
8   of course none of us are going anywhere, but -- and I
9   understand you're just representing the DPS, but I would
10  think that would be a major policy decision, that you
11  deal with something as important and precious as the
12  right to vote, but we're fixing to require you to come
13  in contact with law enforcement that you owe thousands
14  of dollars with the same personnel. I think someone is
15  going to have to really put some safeguards, Senator
16  Williams, that you can enter one of these sites and not
17  have to deal with the surcharge.
18   And would you not agree, even though you
19  have an amnesty program and you said it's working pretty
20  good -- in fact, pretty expensive, it's 250 and I think
21  there's a fee schedule. You've still got to pay a fee
22  to the folks that are doing y'all's collection work. So
23  what is the actual cost, 250? I think 150 to the
24  collection agency, and then it's going to run about five
25  or $600 if you want to -- if you want to use the amnesty
0403
1   program. But that -- do you know the amount that's
2   working pretty good? What does "pretty good" to you
3   mean out of a million folks?
4    MS. DAVIO: I'm sorry. I will work to get
5   you those information.
6    SEN. WHITMIRE: Yeah, and I'm not trying
7   to pin you down. It's just, you know, you're the best
8   source we've got at the time.
9    Let me ask you something. You said a
10  while ago if someone confiscated your license, you could
11  apply for an ID. What if they confiscate it the week
12  before the election? What's the processing time to
13  apply for this ID? Say you're unfortunate, you come to
14  Austin before a Saturday election. On Thursday, if
15  you're real unfortunate, they get your license because
16  you have been pulled over. How are you going to get
17  that before Saturday's election? Do you know the
18  turnaround?
19   MS. DAVIO: You can come into our office,
20  and we -- as long as you qualify, we issue a temporary
21  receipt immediately.
22   SEN. WHITMIRE: Come in your office, what
23  do you mean by that?
24   MS. DAVIO: You can go to any driver
25  license office.
0404
1    SEN. WHITMIRE: Any office?
2    MS. DAVIO: Yes, sir. And as long as you

TX_00001083
JA_001082
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001083

USA_00015964

3    qualify, then you can walk out with a temporary receipt.
4            SEN. WHITMIRE:  Of course under my
5    scenario, you've first got to get out of jail, but
6    that's not mine or your problems tonight.
7            Let's talk about that office, and then
8    I'll pass.  The truth of the matter is, is it not, as
9    you stand before us today, you have no idea what the
10   future budget considerations are going to do to your
11   office locations, do you not?  When you were having a
12   question and answer with Senator Williams, that's under
13   today's setup, is it not?
14           MS. DAVIO:  Yes, sir.
15           SEN. WHITMIRE:  Have you been in meetings
16   recently at the command headquarters where you're
17   contemplating a significant, maybe as much as a
18   10 percent cut in your budget?  Have y'all made your
19   plans for how to deal with the shortfall and expected
20   reduction of DPS funding?
21           MS. DAVIO:  Yes, sir.  The 5 percent cut.
22           SEN. WHITMIRE:  That you've already been
23   requested to make.
24           MS. DAVIO:  Yes, sir.  I believe that that
25   did envision the closing of some -- I believe --
0405
1            SEN. WHITMIRE:  Have you looked at the
2    House proposed budget and the Senate proposed --
3            MS. DAVIO:  I have not.
4            SEN. WHITMIRE:  -- and calculated the
5    impact and reduction of services and maybe troopers and
6    personnel as it relates to the licensing division?
7            MS. DAVIO:  I'm sorry, sir.  I have not.
8            SEN. WHITMIRE:  So the truth of the matter
9    is when you were answering Senator Williams' question,
10   that's under current funding levels, is it not, as you
11   understand them?  Since you took the job in June and
12   here we are the second week of January, that's really
13   the funding and the resources that you were using to
14   answer his questions.  It certainly wasn't going
15   forward.  Is that not correct?
16           MS. DAVIO:  That's correct, sir.
17           SEN. WHITMIRE:  You do expect significant
18   reductions in your operating resources, do you not?
19           MS. DAVIO:  I would remain optimistic.
20           SEN. WHITMIRE:  Do you see that guy
21   sitting right in front of you right there?  We don't
22   call him Mr. -- we don't call him Mr. Optimistic around
23   here.
24           (Laughter)
25           SEN. WHITMIRE:  The truth of the matter
0406
1    is -- and I really understand this position you're in.
2    And, quite frankly, I'm not even sure it's fair that
3    they brought you here to answer our questions, but
4    you're here, and they had the right to do so.  But we

TX_00001084
JA_001083
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001084

USA_00015965

5  haven't even written the budget. Our first meeting is
6  next Monday, and the operation of these offices and
7  their hours, their personnel, is yet to be determined as
8  we go and consider this legislation. Is that not
9  correct?
10        MS. DAVIO: Yes, sir, I think that --
11        SEN. WHITMIRE: You have no idea what
12  you're going to have after September 1.
13        MS. DAVIO: I think that's a fair
14  statement, sir.
15        SEN. WHITMIRE: But we do know that in
16  Houston -- and Senator Gallegos was asking you about the
17  locations -- that's an important factor, but I'm really
18  more important -- or concerned about when you get to one
19  of our locations. Are you familiar with 290 and Tacoma?
20        MS. DAVIO: Yes, sir.
21        SEN. WHITMIRE: Gessner and I-10?
22        MS. DAVIO: Yes, sir.
23        SEN. WHITMIRE: South Houston? Nearly
24  each of our Harris County sites, you know it takes from
25  two to three hours to enter that office and renew your
0407
1  driver's license on many days of the week.
2        MS. DAVIO: Yes, sir, I think that's true.
3  That is the way it's happened in the past. We are
4  implementing a queuing system which we hope will bring
5  about reductions in wait times at our 50 largest
6  offices.
7        SEN. WHITMIRE: But today, this week, it's
8  not unusual -- and I've checked -- it can still take you
9  up to three hours. In fact, if we accomplish anything
10  in this discussion with you, I would like to appeal to
11  you to work with your supervisors and Senator Ogden and
12  each of the 31 Senators and fix that problem. That's a
13  very fixable problem that we've been talking about too
14  long.
15        But you know it takes up to three hours.
16  People cannot take off their lunch hour or expect to go
17  over there before work or after work. It is a major
18  challenge to enter one of those offices today and get
19  your license renewed. But have you had an opportunity
20  to factor in what it's going to be like to get
21  additional people now for voter ID? You really don't
22  know what the demands or the numbers will be --
23        MS. DAVIO: That's correct.
24        SEN. WHITMIRE: -- as we talk?
25        MS. DAVIO: We were unable to estimate the
0408
1  impact.
2        SEN. WHITMIRE: And then I'll repeat one
3  more time. That's today's circumstances, and we're
4  faced with budget cuts to the DPS going forward that
5  could even compound the current wait at those Houston
6  offices. And I was even told by a colleague of mine

TX_00001085
JA_001084

TX_00001085

USA_00015966

7   that it can happen in other even rural settings in this
8   state, that you would literally wait two and three hours
9   to renew your driver's license. Is that not correct?
10          MS. DAVIO: It is possible that you can
11  have a two- or three-hour wait in many of our offices at
12  this moment.
13          SEN. WHITMIRE: Have y'all had much
14  internal discussion about the impact that this proposed
15  legislation will have in detail in terms of personnel
16  required, equipment required? I mean, have y'all had
17  any initial planning?
18          MS. DAVIO: We have had discussions, yes,
19  sir. It's very, very difficult, we found it impossible,
20  to estimate the impact of this legislation.
21          SEN. WHITMIRE: I really appreciate you
22  being here tonight and your hard work. And if I was
23  you, I would say -- I'd speak to Senator Ogden before
24  you leave here tonight and make a pitch for your budget.
25          MS. DAVIO: Okay. Thank you.
0409
1           CHAIRMAN DUNCAN: The Chair recognizes
2   Senator Van de Putte.
3           SEN. VAN de PUTTE: Thank you,
4   Mr. Chairman. Good evening. Thank you for being here.
5   My questions are fairly quick. But I want to follow up
6   with the fiscal impact, and you stated there were how
7   many counties that don't have offices right now?
8           MS. DAVIO: There are currently 77
9   counties without a functioning --
10          SEN. VAN de PUTTE: Seventy-seven.
11          MS. DAVIO: Yes, sir -- yes, ma'am.
12          SEN. VAN de PUTTE: Mr. Chairman, could we
13  have the resource witness look at exhibit -- or Item No.
14  6, which was the map that was displayed, compiled by the
15  legislative counsel? The map that this expert witness
16  brought shows us dots. And if you could just glance at
17  that, that was prepared by legislative counsel. As you
18  can see, the counties are outlined with closed,
19  temporarily closed, permanently closed, those counties
20  that may have one, but they are there -- would you
21  suggest that since that was compiled by legislative
22  counsel that that document is correct?
23          MS. DAVIO: Senator, this is the first
24  time I've seen this map. Just doing a very quick visual
25  check on the counties that they have in red that say
0410
1   that there are no offices, I can verify that. I haven't
2   gone through and done all the others to give you a
3   completely accurate response. If you could give me a
4   little bit more time, I'd be happy -- I'd be happy to do
5   that.
6           SEN. VAN de PUTTE: We will certainly
7   allow you to do that because we have another resource
8   witness.

TX_00001086
JA_001085

file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001086

USA_00015967

```
9          MS. DAVIO:  Okay.
10         SEN. VAN de PUTTE:  Let me ask you, we
11  have 77 where they are closed, they have no one.  We
12  have temporary ones because of equipment malfunction.
13  But are you aware of the document that is the
14  legislative appropriations request that was sent on
15  August 23, 2010 and printed to us in 2010?
16         MS. DAVIO:  I did not see that document
17  personally.
18         SEN. VAN de PUTTE:  Well, let me tell you
19  why I'm a little bit concerned because when Senator
20  Williams talked to you, you said you had -- the division
21  had no plans or no intention of closing any more unless
22  there was equipment failure, and you talked a little bit
23  about equipment failure.  That's correct.  Right?
24         MS. DAVIO:  Yes, ma'am.  No more offices
25  unless there were equipment failure until we had
0411
1   completed our business intelligence analysis.
2          SEN. VAN de PUTTE:  Well, let me tell you
3   why I'm a little concerned.
4          MS. DAVIO:  Okay.
5          SEN. VAN de PUTTE:  On Page 704 of the
6   legislation appropriations request, DPS says, "No. 10,
7   building program and deferred maintenance."  The
8   category is under "Program Service Reduction (Other).
9   Item Comment:  11 additional DPS offices would be closed
10  due to lack of funding for utilities."  So it's
11  utilities funding, not -- "resulting in 215 FTEs that
12  would be displaced and DPS customers would travel
13  further for any assistance."
14         Now, this is in a document that was given
15  to the legislature dated August 23, 2010.  You said you
16  don't have to plan any more, but somewhere in the agency
17  under this request, they are closing another -- I'm
18  sorry -- they are closing another 11.  Do you know where
19  those other 11 are that they plan to close?
20         MS. DAVIO:  I do not have personal
21  knowledge of that.  I believe this was for 2012 and
22  the 2013 --
23         SEN. VAN de PUTTE:  Well, yeah, but --
24         MS. DAVIO:  -- legislative appropriation
25  request.
0412
1          SEN. VAN de PUTTE:  This is the
2   legislative appropriations.  So right now what you're
3   saying is nothing is going to be closed.  But in the
4   document that DPS supplied to us as their legislative
5   appropriations request, on Page 704, they tell us, "Oh,
6   we're closing 11 more."  And it's not due to equipment
7   failure.  It's due to the reduction in utilities funding
8   as a result of our crisis in our revenue and with the
9   displacement of 215 FTEs where DPS says, "Customers will
10   travel further for assistance."
```

TX_00001087
JA_001086
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001087

USA_00015968

11          So I'm trying to figure out -- you say,
12   "Okay. We're not going to," but then we have a
13   document. I just don't know what part of DPS to
14   believe.
15          MS. DAVIO: I'm terribly sorry. I was
16   imprecise. I should have said this fiscal year we had
17   no more plans to close any offices.
18          SEN. VAN de PUTTE: This fiscal year. Oh.
19   We just didn't ask the right question then.
20          MS. DAVIO: I'm sorry.
21          SEN. VAN de PUTTE: We should have
22   asked --
23          MS. DAVIO: I don't claim to be --
24          SEN. VAN de PUTTE: -- do you plan to
25   close any maybe after September 1st of next year?
0413
1          MS. DAVIO: I'm sorry. I don't claim to
2   be an expert on our legislative appropriation request.
3   I'm not our chief financial officer.
4          SEN. VAN de PUTTE: Thank you for that
5   clarification.
6          MS. DAVIO: I'm sorry.
7          SEN. VAN de PUTTE: And I'm sorry you were
8   caught like this. But, you know, you can understand our
9   confusion when you testify as the expert witness for DPS
10   one thing, and then the budget documents that are turned
11   into us say another. And I am so sorry that you were
12   put in this predicament, but the documents are the
13   documents. So let me, again, ask some other questions
14   since I think that one is pretty well taken care of.
15          Can you tell me in obtaining an
16   identification card what types of birth certificates are
17   allowed under current DPS guidelines?
18          MS. DAVIO: What types of birth
19   certificates?
20          SEN. VAN de PUTTE: Yes.
21          MS. DAVIO: An original or a certified
22   copy of a birth certificate issued by the appropriate
23   state Bureau of Vital Statistics or the equivalent
24   agency from a U.S. state, U.S. territory, the District
25   of Columbia or a Canadian province, or an original or
0414
1   certified copy of a United States Department of State
2   certification of birth abroad.
3          SEN. VAN de PUTTE: Are any of those
4   documents a Department of Defense hospital or facility?
5          MS. DAVIO: I don't know for certain if
6   the Department of Defense would be included in a
7   Department of State certification of birth abroad.
8          SEN. VAN de PUTTE: No, there are two
9   different ones. And this is why I'm asking. Members,
10   this is very, very clear. We have many, many citizens
11   and your constituents who were born on military basis
12   within the United States. And if I right now had to go

TX_00001088
JA_001087
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001088

USA_00015969

13  get an identification card, I don't have -- I wouldn't
14  have a birth certificate.  And the reason, I was born in
15  Madigan Hospital, Fort Lewis, Tacoma, Washington.  But
16  if you were born before 1960, the records are slowly
17  being updated into the state of Washington as are many
18  of our military hospitals.  But my birth certificate is
19  not from the Department of State.  It is not from the
20  city.  The only birth certificate that I have is from a
21  military hospital on a military installation.
22          Now, it was valid for me to get my
23  passport, and it was valid for me to get my driver's
24  license when I got my driver's license.  But should I
25  have to apply today and what I think might happen under
0415
1  our current regulations is that the type of birth
2  certificate that is required for those of us who happen
3  to be born prior to 1960, which would be anybody, '40s,
4  '50s, '30s and on, we would not have a birth certificate
5  that would be recognized by DPS if you were born on a
6  military -- in a military hospital.  Is that correct?
7          MS. DAVIO:  I can't be absolutely positive
8  of that.  I'll confirm, and we will look.
9          SEN. VAN de PUTTE:  If you could, because
10  I think --
11          MS. DAVIO:  Yes, ma'am.
12          SEN. VAN de PUTTE:  And I don't know how
13  many would be, but if -- for those that were born when
14  there was a mandatory draft and there was a mandatory
15  thing, if you were born in a military hospital, those
16  are Department of Defense hospitals, not Department of
17  State.  Some states have included them as they start to
18  update and others haven't because a lot of those
19  military hospitals are now closed as those bases have
20  been closed.  So I just wanted to make sure.  And if you
21  would check that for us?
22          MS. DAVIO:  Yes, ma'am.
23          SEN. VAN de PUTTE:  And then if it's a
24  birth certificate, what happens if for many of our
25  elderly who were born not in a hospital and not -- but
0416
1  they used baptismal or church records to establish their
2  social security, to establish anything?  Right now if
3  there is not a recorded birth certificate in one of the
4  state registries, is a church document that was allowed
5  back then for a driver's license, is that allowed --
6          MS. DAVIO:  There are --
7          SEN. VAN de PUTTE:  -- currently to get --
8          MS. DAVIO:  There are a variety of
9  documents, and we're expanding the list, but we try and
10  work with our customers to -- if you can bring in a
11  variety and demonstrate to us to our satisfaction.
12          SEN. VAN de PUTTE:  Yes, I understand.
13  What types of birth certificates?  Is it only those
14  that --

TX_00001089
JA_001088
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001089

USA_00015970

15       MS. DAVIO: Typically we would not allow a
16 church or a baptismal birth certificate.
17       SEN. VAN de PUTTE: So that would affect
18 people like my mother.
19       MS. DAVIO: She may be able to find other
20 documentation that she can bring.
21       SEN. VAN de PUTTE: She might be.
22       Let me also ask you for one other thing.
23 I have a wonderful constituent and she asked that I
24 relate her story and has given me permission. She
25 contacted us last June in that -- Ms. Hardy who needed
0417
1 to have a DPS identification card. However, she's very,
2 very ill and could not travel to the DPS office. I put
3 in a request to DPS to ask what sort of options she had
4 since she needed an ID but could not travel.
5       MS. DAVIO: Yes, ma'am.
6       SEN. VAN de PUTTE: That was on June the
7 18th, and we were very pleased at least that a week
8 later someone was able to call her and give her some
9 options.
10       Well, the options included that she had to
11 physically go. And so luckily she was able to go, but
12 not until months later, but it entailed bus trips, a
13 nurse going with her, on public transit, going to the
14 offices.
15       And so my question is, what sort of -- and
16 it took her months, months to get this. Are there any
17 accommodations currently for those with disabilities if
18 they are unable to physically go to a DMV station to
19 acquire identification documents?
20       MS. DAVIO: We do have a home bound
21 program where we send an employee out to take their
22 picture and gather their information.
23       SEN. VAN de PUTTE: Do you know how robust
24 that program is? Is there one in -- and why weren't we
25 told about it when we called last summer?
0418
1       MS. DAVIO: I can't tell you why you
2 weren't told about it. I apologize for that. I
3 don't -- I don't know how many of those IDs we issue. I
4 could check into that if you'd like me to.
5       SEN. VAN de PUTTE: Well, I'm a little bit
6 worried because we had several employees of DPS call,
7 including the Chief of the Complaint Resolution
8 Specialty Department, assisting with inquiries of
9 identification cards, who said the only option for my
10 constituent was physical presence.
11       MS. DAVIO: There may --
12       SEN. VAN de PUTTE: So within DPS if
13 there's a program, certainly didn't tell a Senator's
14 office and certainly didn't tell the client. And if
15 this is -- I mean, what happened here? We didn't know
16 about a program. Are there plans to make that known in

TX_00001090
JA_001089
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001090

USA_00015971

17 light of -- or publicize it in any way in light of the
18 new additional restrictions?
19         MS. DAVIO:  I apologize that you weren't
20 told about it.  There may have been particular
21 circumstances that your constituent didn't qualify for
22 that, but we can certainly make sure that all of our
23 employees know about that and are informed so that there
24 won't be such an oversight in the future.
25         SEN. VAN de PUTTE:  So you mean you have
0419
1 to qualify?  So if you're like undergoing chemotherapy,
2 can't leave the house or an organ transplant, you have
3 certain categories to qualify?  So even if you're a
4 person with disabilities, you have to have a person of
5 disabilities with certain qualifications to get the home
6 bound program?
7         MS. DAVIO:  I'm sorry.  I can't discuss
8 the detailed reasons why someone would qualify and
9 someone wouldn't, but I will certainly check into that
10 for you.
11         SEN. VAN de PUTTE:  Well, thank you.  And
12 I am -- I apologize for my mean tone, but understand how
13 frustrating it is --
14         MS. DAVIO:  I understand.
15         SEN. VAN de PUTTE:  -- when people call
16 our offices, they are trying to do the right thing.
17 They are trying to get an ID card, they have situations,
18 and then the people who are employed and hired from
19 state government to provide the information who are head
20 of the departments of this don't know of their own
21 programs.  It's really disheartening.
22         And then if you would, please find out
23 from someone on the fiscal side so that we don't have
24 two opposing statements from DPS of the additional 11
25 offices that are scheduled to be closed, not this fiscal
0420
1 year, but probably starting in 2012 and 2013.  And then
2 if you would, please get back with us with the
3 information of what types of birth certificates would be
4 eligible to be used for someone seeking to obtain a
5 personal identification card.
6         Thank you very much, Mr. Chairman.  I
7 don't have any other questions.
8         CHAIRMAN DUNCAN:  The Chair recognizes
9 Senator Zaffirini.
10         SEN. ZAFFIRINI:  Thank you, Mr. Chairman.
11         Ms. Davio, your title is Assistant
12 Director for Driver Licenses, Department of Public
13 Safety.  Is that correct?
14         MS. DAVIO:  Yes, ma'am.
15         SEN. ZAFFIRINI:  And were you expected to
16 testify on all aspects of the bill or only what refers
17 to driver's licenses specifically?
18         MS. DAVIO:  Only what refers to a driver

TX_00001091
JA_001090
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001091

USA_00015972

19  license specifically, as I understand it, in DPS.
20      SEN. ZAFFIRINI:  When Senator Fraser laid
21  out the bill, I asked a number of questions about the
22  criminal justice impact statement.  Is there someone
23  available from DPS who can answer my questions related
24  to the criminal justice impact statement?
25      MS. DAVIO:  I don't believe that there's a
0421
1  resource witness here that can answer that currently.
2      SEN. ZAFFIRINI:  And you cannot?
3      MS. DAVIO:  I'm sorry.  I can't.
4      SEN. ZAFFIRINI:  That's all right.  I
5  assumed that you could not based on your title.  But I
6  would like to have someone answer my questions, if not
7  today, maybe tomorrow.
8      And just to put a face on the issues that
9  we have been discussing today, I happened to receive a
10  letter from the County Judge of Frio County recently,
11  and he explained to me that the office -- the DPS
12  driver's license office in Frio County has been closed.
13  And he wrote in his letter, "Signage on the door directs
14  drivers needing their services to go to San Antonio,
15  Hondo or Jourdanton."
16      Now, San Antonio is 55 miles from
17  Pearsall, Hondo is 42, and Jourdanton is 41.  That's an
18  average of 46 miles.  You said earlier that 77 counties
19  do not have driver's license offices.
20      MS. DAVIO:  Currently, yes, ma'am.
21      SEN. ZAFFIRINI:  Do you know how far those
22  residents of those counties have to drive to get a
23  driver's license?
24      MS. DAVIO:  I do not have the average for
25  every single location.  That would probably be pretty
0422
1  difficult to calculate, but, you know, that is something
2  that we're looking at.
3      SEN. ZAFFIRINI:  Well, certainly because
4  if that's the average distance, double that for a round
5  trip.
6      MS. DAVIO:  Yes, ma'am.
7      SEN. ZAFFIRINI:  That's a lot of mileage,
8  especially for low-income persons, for persons with
9  disabilities who have to get a ride, because that's a
10  one-way distance that I just mentioned to you.
11      MS. DAVIO:  Yes, ma'am.  Driver licenses
12  do have to be renewed every six years, once every six
13  years.  And if the option to renew online would be used,
14  then they'd actually only have to go to the office once
15  every 12 years.
16      SEN. ZAFFIRINI:  Do you have mobile units
17  that can go to these counties?
18      MS. DAVIO:  We do not presently have
19  mobile units.  As I mentioned before, the amount of data
20  that we're collecting with your photo, your

TX_00001092
JA_001091
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001092

USA_00015973

21  fingerprints, your -- all the scans of your documents,
22  we have not been able to get that to work with an air
23  card or a DSL line, and we tried for several months.
24          SEN. ZAFFIRINI:  Now, I can't speak for
25  the 77 counties, but I know that for the ones in my

0423

1  district that have been closed or temporarily closed --
2  in fact, I mentioned earlier that in my district there
3  are -- there is one office that has wheelchair
4  accessible barriers, there are two counties that have no
5  offices, four counties in which the offices have been
6  temporarily closed and one that is open three days or
7  fewer per week.
8          Now, in the counties in my district, there
9  is a digital divide.  So it's easy to say "renew
10  online," but when you're dealing with counties where
11  there is a predominantly low income, minority population
12  and there is a digital divide, imagine the impact.  Do
13  you have any data relating to addressing those issues
14  and how to increase the accessibility of the residents
15  of those counties to your particular services?
16          MS. DAVIO:  One of the elements of the
17  business intelligence analysis project that we're doing
18  is actually to try and get information to understand
19  where people have connectivity and aren't using that.
20  Maybe they don't know that they can renew online and
21  being able to encourage people to do that there, but
22  that would also give us information about where people
23  don't have accessibility.
24          SEN. ZAFFIRINI:  Thank you.  Judge Garcia
25  writes, "This has caused quite a bit of inconvenience

0424

1  and consternation for our drivers and potential drivers
2  in this county when they need driver's license renewals,
3  driver's licenses," et cetera, and you can imagine the
4  consternation and the inconvenience that they are
5  suffering.
6          There's been some reference to how long
7  persons have had to wait to get their driver's license,
8  and I know that before we got our driver's license in
9  Laredo, the big joke -- and it wasn't really a joke.  It
10  was a cruelty joke because it was so true -- is that
11  persons who were waiting for their driver's licenses
12  could stand in line, order pizza, receive it and eat it
13  and still be waiting for their driver's license.
14          Now, there has been some improvement in
15  that, but I wonder what kind of inconvenience we're
16  talking about when we're talking about these long, long
17  lines in the different counties.  And if that isn't bad
18  enough, dealing with the issues related to the counties
19  that don't have any offices.
20          And you, I understand from your exchange
21  with Senator Van de Putte, do expect more offices to
22  close, at least temporarily -- is that correct -- in the

TX_00001093
JA_001092
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001093

USA_00015974

```
23 next fiscal year?
24       MS. DAVIO:  If the equipment fails in our
25 mobile offices, we will have to close those offices.
0425
 1       SEN. ZAFFIRINI:  And have you looked at
 2 Senate Bill 1 thoroughly yet?
 3       MS. DAVIO:  I'm sorry?
 4       SEN. ZAFFIRINI:  Have you looked at Senate
 5 Bill 1, the appropriations bill, thoroughly yet?
 6       MS. DAVIO:  I have not done any detailed
 7 analysis of that, no, ma'am.
 8       SEN. ZAFFIRINI:  So you have no idea
 9 what -- how that budget will impact you at this point in
10 time?
11       MS. DAVIO:  No, ma'am.  I know people
12 at -- the experts at our agency are looking at it now.
13       SEN. ZAFFIRINI:  Well, when you have that
14 information -- I assume that you will -- would you share
15 that us, please?
16       MS. DAVIO:  Yes, ma'am.
17       SEN. ZAFFIRINI:  From your perspective.
18 Thank you very much.
19       Thank you, Mr. Chairman.
20       CHAIRMAN DUNCAN:  Senator Williams?
21       SEN. WILLIAMS:  Thank you, Mr. Chairman.
22 Just a couple of things that I wanted to clarify.  And I
23 guess, first of all, I wanted to thank Senator Gallegos
24 and Senator Whitmire because I really wasn't that
25 familiar with people who had their licenses confiscated
0426
 1 or taken away because of the driver responsibility plan.
 2       Now, by the way, if you have your license
 3 confiscated, what kind of traffic offense would you have
 4 had to have been involved in for law enforcement to take
 5 your -- confiscate your license?  Do you know?  It
 6 doesn't have to be an exhaustive list, but just --
 7       MS. DAVIO:  The major reason that people
 8 give those particular forms apart -- away, that law
 9 enforcement issues those, as I understand it, is for
10 intoxication offenses where they've failed or refused to
11 provide a specimen.
12       SEN. WILLIAMS:  Okay.
13       MS. DAVIO:  That's my understanding.
14       SEN. WILLIAMS:  So if you refused to take
15 a breathalyzer test or give blood, then they'll take
16 your license away?
17       MS. DAVIO:  That's my understanding, sir.
18       SEN. WILLIAMS:  Okay.  Now, that person
19 can apply for a temporary license, a work permit, you
20 know, to be able to get back and forth to work.
21       MS. DAVIO:  They may be able to, yes, sir.
22       SEN. WILLIAMS:  And they could come and
23 get a state ID -- correct -- at no cost if they wanted
24 to have it to vote?
```

TX_00001094
JA_001093
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001094

USA_00015975

25          MS. DAVIO: Yes, sir, they could.
0427
1    Absolutely.
2          SEN. WILLIAMS: Okay. And then what about
3    if you had your license taken away because of -- what
4    kinds of things under the driver responsibility? Are
5    those also going to be a lot of speeding tickets? I
6    guess it could be. Or more than likely it's going to
7    involve a DWI since we have one of the worse records of
8    any state in the country on that, I believe?
9          MS. DAVIO: It could be DWI. It could be
10   driving while your license is invalid. It could be
11   traffic offenses as you mentioned, driving without
12   insurance.
13         SEN. WILLIAMS: So the bottom line is
14   these law breakers would be inconvenienced by having to
15   go get a free ID so they could go and vote if that's --
16   if they wish to exercise their constitutional
17   responsibility. Is that correct?
18         MS. DAVIO: Yes, sir. They would be able
19   to get an ID.
20         SEN. WILLIAMS: Okay. And then how often
21   would -- once you had this state ID card and assuming
22   that you were a citizen and you had met all the
23   requirements that it took to get the license or the
24   state ID card, how often would that be renewed? How
25   often are they going to have to appear in person to get
0428
1    that renewed?
2          MS. DAVIO: The ID cards just like the
3    driver licenses are good for six years, and it is
4    possible to renew them online.
5          SEN. WILLIAMS: Okay. So it could be 12
6    years?
7          MS. DAVIO: Yes, sir.
8          SEN. WILLIAMS: So they would be able to
9    vote with that ID card at least six and maybe 12 years?
10         MS. DAVIO: Yes, sir.
11         SEN. WILLIAMS: Okay. That -- okay. I
12   just wanted to make sure that we had cleared that up.
13   Thank you very much. I really appreciate you hanging in
14   here with us tonight.
15         MS. DAVIO: Thank you.
16         SEN. WILLIAMS: I did have one last
17   question. Excuse me, Mr. Chairman, if I could. The
18   other thing I wanted to ask is, in a moment when we have
19   the Secretary of State's Office up here, I'm going to
20   talk to them, and I visited with you about it, I'm
21   hoping that we can take your driver's license file and
22   cross-match that with the voter registration files and
23   try to find that group of people who are voting and
24   registered to vote, but they don't have a driver's
25   license or a state ID card so that we can focus our
0429

TX_00001095
JA_001094
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001095

USA_00015976

1  efforts on education on -- especially on that group.
2       Now, would you be able to do that, provide
3  that information to the Secretary of State's Office
4  with -- under the current resources that you have? And
5  I'm not going to ask you about the next biennium's
6  budget. We're just trying to get through this biennium
7  now. But under the current biennium, would you be able
8  to provide that information to the Secretary of State
9  with the resources?
10      MS. DAVIO: They already -- they already
11  have the information, and I believe they are working on
12  the analysis now.
13      SEN. WILLIAMS: Oh, okay. Great. Boy,
14  y'all are quick. Thank you.
15      CHAIRMAN DUNCAN: Okay. Thank you.
16      We have a few more -- a few more questions
17  from -- this witness has been going about an hour and
18  ten minutes.
19      Senator West?
20      SEN. WEST: Thank you, Mr. Chairman. I'm
21  not going to be redundant. I just have a couple of
22  requests. Can your office provide an analysis of how
23  long the average wait in each one of the offices that
24  you have -- what is the average wait in order to get a
25  driver's license? I assume that you have that sort of
0430
1  an analysis.
2       MS. DAVIO: Actually, sir, currently we do
3  not have that information. We have anecdotal
4  information, but we do not have wait times. We're in
5  the process of installing a queuing system in our 50
6  largest offices. And so in a matter of months I'd be
7  able to provide that information for you in our largest
8  offices, but I do not have any complete information for
9  wait times in our offices.
10      SEN. WEST: Give us the best guesstimate
11  that you have. I assume that there are conversations
12  about wait time that you have internally. And, you know
13  just make sure you just qualify it based on what you
14  have. It's not -- it's not a perfect example, a perfect
15  study or anything like that, but get us -- give us the
16  best estimates that you have concerning that. Okay?
17      MS. DAVIO: The average wait time?
18      SEN. WEST: Yes.
19      MS. DAVIO: In all of our offices?
20      SEN. WEST: Yeah, broken down by office,
21  so I don't just want a global -- to the extent that you
22  can. And what you may want to do is just contact the
23  offices and get an idea from the individuals that are in
24  the offices.
25      As you go about implementing this
0431
1  particular identification procedure, have you given an
2  idea as to whether or not you are going to be using

file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

3    troopers or civilian employees to do this?
4          MS. DAVIO: There really aren't troopers
5    in the driver license division anymore. That was a
6    recommendation from the Sunset Commission. So there are
7    no commissioned troopers in the driver license office.
8          SEN. WEST: So it would be civilian
9    employees?
10         MS. DAVIO: Yes, sir.
11         SEN. WEST: All right. Thank you.
12         CHAIRMAN DUNCAN: Senator Gallegos?
13         SEN. GALLEGOS: Let me ask you, Rebecca --
14   and I'm sorry you drew the short straw. And Senator
15   West asked the question I was going to ask you, but
16   Senator Williams brought up an issue that, you know, I
17   disagree with him. When you're stopped, it's an
18   alleged -- you're not a law breaker, it's an alleged.
19   You know, I'm not the jury, and I'm not the judge. So
20   that person that's stopped is not guilty until he or she
21   has their day in court.
22         So when you confiscate the license, you
23   have confiscated on an alleged offense. And until he or
24   she has their day in court and they are convicted, then
25   you can call him or her a law breaker. So I disagree
0432
1    with Senator Williams. Is that correct? I mean, am I
2    wrong? Am I wrong? When you arrest that person, is he
3    or she convicted right then and there?
4          MS. DAVIO: No, sir.
5          SEN. GALLEGOS: So you're telling me they
6    are not guilty until they have their day in court. Is
7    that correct?
8          MS. DAVIO: I believe that's the way the
9    legal system works.
10         SEN. GALLEGOS: I didn't hear you. I'm
11   sorry.
12         MS. DAVIO: I believe that's the way the
13   legal system works.
14         SEN. GALLEGOS: Okay. So that person --
15   that person that has that temporary license is innocent
16   until proven guilty. Is that correct?
17         MS. DAVIO: You're asking me to testify on
18   something that's outside my area of expertise, sir. I
19   don't -- I don't know the intricacies of traffic --
20         SEN. GALLEGOS: The document that your
21   office gives these law enforcement agencies when
22   somebody is stopped either on DWI or whatever issue,
23   whatever issue when you confiscate a license, that
24   person is innocent until proven guilty under the --
25   under the temporary license that I'm seeing here, that
0433
1    has your language on it, that you give to these law
2    enforcement agencies when you stop these people. Is
3    that correct?
4          MS. DAVIO: As I understand it, a DWI, if

TX_00001097
JA_001096
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001097

USA_00015978

5   they get a mandatory suspension, that does not start
6   until after their conviction.
7           SEN. GALLEGOS:  After a conviction?
8           MS. DAVIO:  Yes, sir, for a --
9           SEN. GALLEGOS:  So when you stop that
10  person, that is not a conviction?
11          MS. DAVIO:  Or DWI mandatory suspension.
12          SEN. GALLEGOS:  That is not a conviction,
13  though?
14          MS. DAVIO:  Just shopping them I don't
15  believe is a conviction.
16          SEN. GALLEGOS:  And you give they one of
17  these licenses.  You have confiscated their license and
18  have given them a temporary.  Is that correct?
19          MS. DAVIO:  Law enforcement does that,
20  yes, sir.
21          SEN. GALLEGOS:  Well, you gave them the --
22          (Simultaneous discussion)
23          MS. DAVIO:  We simply give them the form.
24          SEN. GALLEGOS:  You give the law
25  enforcement this paper.  It has your language on it.  Is
0434
1   that correct?
2           MS. DAVIO:  Yes, sir.  That is our form.
3   Yes, sir.
4           SEN. GALLEGOS:  Okay.  Thank you.
5           CHAIRMAN DUNCAN:  Senator Wentworth?
6           SEN. WENTWORTH:  I'm going to be very
7   brief and thank you for your testimony this evening and
8   tell you that this probably happened before you arrived
9   here in June of last year.  But there were some
10  considerable complaints from people in my district in
11  north Bexar County --
12          MS. DAVIO:  Uh-huh.
13          SEN. WENTWORTH:  -- about a driver license
14  office on Perrin Beitel Road --
15          MS. DAVIO:  Uh-huh.
16          SEN. WENTWORTH:  -- where I can testify
17  anecdotally, as you have, that it was an hour or
18  longer --
19          MS. DAVIO:  Yes, sir.
20          SEN. WENTWORTH:  -- about the wait.
21          MS. DAVIO:  Yes, sir.
22          SEN. WENTWORTH:  And there were enough
23  complaints over the years that you all let the lease
24  expire.
25          MS. DAVIO:  Yes, sir.
0435
1           SEN. WENTWORTH:  And then you found a new
2   location on Pat Booker Road out near Randolph Air Force
3   Base, and my constituents are very pleased with that
4   improvement and were grateful that that improvement has
5   been made.
6           MS. DAVIO:  Thank you so much.

TX_00001098
JA_001097
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001098

USA_00015979

7           SEN. WENTWORTH:  Thank you.
8           MS. DAVIO:  I appreciate that.  It's nice
9   to hear a good story.
10          SEN. WENTWORTH:  You bet.
11          CHAIRMAN DUNCAN:  Thank you, Senator
12  Wentworth.
13          Are there any other questions of the
14  resource witness?
15          (No response)
16          CHAIRMAN DUNCAN:  All right.  Thank you
17  very much, Ms. Davio.
18          MS. DAVIO:  Uh-huh.
19          CHAIRMAN DUNCAN:  All right.  The Chair
20  calls Ann McGeehan, Secretary of State's Office.  If
21  you'll state your name and who you represent, please.
22          TESTIMONY BY ANN McGEEHAN
23          MS. McGEEHAN:  Ann McGeehan, and I'm
24  Director of Elections in the Texas Secretary of State's
25  Office.
0436
1           CHAIRMAN DUNCAN:  All right.  Thank you,
2   Ms. McGeehan.
3           The Chair recognizes Senator Davis.
4           QUESTIONS FROM SENATE FLOOR
5           SEN. DAVIS:  Hello.  Good evening.  Thank
6   you so much for being here with us to provide answers
7   for our questions.  I know you've had a long day.
8           I just want to ask you a few questions
9   about the current state of voter education as its taking
10  place today in the Secretary of State's Office.  Can you
11  describe for us the use of the HAVA funds and how those
12  are currently being used today?
13          MS. McGEEHAN:  We received -- when
14  Congress passed the Help America Vote Act, the state of
15  Texas received a set amount of funds.  And pursuant to
16  the Help America Vote Act, there are certain purpose
17  areas that we can use those funds for, and one of the
18  purpose areas is voter education.  So since two -- we
19  have conducted three statewide education -- voter
20  education programs, one in 2006, one in 2008 and one in
21  2010 using those federal dollars.  And they have been --
22  we've worked with a public education firm to do
23  research, and then they develop creative material.  We
24  run PSAs on TV, radio.  In this last cycle, 2010, we
25  used the Internet quite a bit as well.
0437
1           SEN. DAVIS:  And how many people do you
2   think you reach through your voter education efforts
3   right now?  And how much have each of those cycles of
4   voter education effort cost?
5           MS. McGEEHAN:  The average cost is about
6   $3 million for each one, around that amount.  As far as
7   the number of people we've touched through the campaign,
8   we do have some reports on that.  I don't have that

TX_00001099
JA_001098
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001099

USA_00015980

9   number at my fingertip, but we have a report for each
10  one of the voter education campaigns that talks a little
11  bit about the effectiveness and how many people saw the
12  media spots and things of that nature.
13          SEN. DAVIS:  And are the Help America Vote
14  Act funds funds that are continually given to the state
15  from the federal government, or was it a one-time
16  disbursement that's been used over the course of those
17  three cycles?
18          MS. McGEEHAN:  It was authorized in that
19  one bill.  We've received it in about three or four
20  separate payments.  We don't contemplate that we're
21  going to be receiving any more.
22          SEN. DAVIS:  And what was the total amount
23  that was given to Texas?
24          MS. McGEEHAN:  Let me grab that.  The
25  total amount for all the purpose areas is $224,092,477.
0438
1           SEN. DAVIS:  That's the amount that was
2   given to the state of Texas?
3           MS. McGEEHAN:  Yes.
4           SEN. DAVIS:  Okay.  And so of that amount,
5   how much have we spent so far?
6           MS. McGEEHAN:  Let's see here.  We -- I
7   think we have spent $177,798,488.
8           SEN. DAVIS:  Okay.  And you described
9   spending about $3 million over the last three two-year
10  cycles.  How have we spent the balance of that?
11          MS. McGEEHAN:  Well, I mean, the bulk of
12  the money or about half of the money went to counties to
13  obtain HAVA compliant voting systems, electronic voting
14  systems that made -- that complied with HAVA and allowed
15  disabled voters to vote independently.  So let's see.
16  $140 million went to the counties for that purpose.
17          The other program areas are for developing
18  a statewide voter registration system.  We've spent
19  25 million on that.  And then as far as the
20  administrative expenses, we've spent about 2.8 million
21  on that.  For voter education, we've spent 9.5 million
22  so far.
23          SEN. DAVIS:  And what are the -- setting
24  aside the requirements of the bill that's being
25  introduced today, what are the intended plans for the
0439
1   balance of that money?  Were this bill not to come
2   forward to your department, what would the intended use
3   for those funds be?
4           MS. McGEEHAN:  I can't speak necessarily
5   for, you know, exactly what would be done in the next
6   general election cycle, but I would contemplate we would
7   do another statewide voter education program in 2012,
8   and if funds remained in 2014.
9           SEN. DAVIS:  Is there a plan for ongoing
10  capital expenditures as you talked about, which was the

TX_00001100
JA_001099
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001100

USA_00015981

11  use of the bulk of the funds that we've received so far?
12        MS. McGEEHAN:  Yeah.  There are --
13  there's 24 -- roughly $24 million left in the -- in the
14  purpose area for grants to counties to obtain voting
15  equipment.
16        SEN. DAVIS:  Okay.  And so after you take
17  out that 24 million, what will the balance be that
18  remains for voter education efforts?
19        MS. McGEEHAN:  Well, that's -- that's
20  already frozen as far as the -- in order to draw down
21  those funds, the state had to submit a state plan.  We
22  had to meet with stakeholders, publish in the Register
23  and submit it to the Election Assistance Commission.
24  And so pursuant to that state plan, we had to define how
25  we were going to spend the money, and so these -- the
0440
1  budget that I discussed is following that state plan.
2        SEN. DAVIS:  Okay.  And under that state
3  plan right now, what portion of funding remains for
4  voter education?
5        MS. McGEEHAN:  For voter -- okay.  And
6  actually to be more precise, what the -- the purpose
7  area for voter education is for voter education and also
8  for election official and poll worker training; that's
9  grouped.  And the amount remaining is between 5 and
10  $7 million.
11        SEN. DAVIS:  Okay.  And that is expected
12  to extend us or to take us through the next how many
13  years under that plan?
14        MS. McGEEHAN:  It will -- again, it's
15  going to depend how extensive our next few voter
16  education programs are because that's what the bulk of
17  the money has been spent on, voter education programs.
18  The average is about 3 million.  So I guess the hope
19  might be for at least two other statewide voter
20  education programs.
21        SEN. DAVIS:  Okay.  And I'm sure you've
22  seen the fiscal note that was a part of this bill.  And
23  by the way, I think it would be very helpful if you
24  would enter that state plan into the record as an
25  exhibit for our further use.
0441
1        I'm sure you've seen the fiscal note that
2  came as a part of this bill in terms of the expected
3  expenditures.  Part of that note talks about a fiscal
4  impact that's related to researching and developing ways
5  to inform the public of the new ID requirements.  That's
6  $.5 million expenditure, an additional cost of
7  1.5 million for media advertisements, television, radio,
8  print and Internet.  That's specifically to educate
9  voters about the new requirements under this bill.
10        What will go undone that's currently in
11  the state plan -- if we take 2 million of the 5 million
12  remaining, what will go undone that's currently in the

TX_00001101
JA_001100
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001101

USA_00015982

13  state plan in terms of voter education effort?
14          MS. McGEEHAN:  I don't know that I have an
15  exact answer to that.  If we're able to incorporate the
16  new voter ID requirements that would be required by this
17  bill into a voter education program, then maybe we
18  wouldn't need 2 million just for the voter ID.  We could
19  parlay that into the -- basically the voter education
20  campaigns that we've done or the voter education
21  programs have been to educate voters on the basic rights
22  on how to vote, what you need to vote.  So it may not be
23  such an extension to incorporate these new requirements
24  for voter ID, or they may.  I mean, depending on the
25  research that we get back from stakeholders and whatnot,
0442
1   but it's hard for me to say today exactly how much that
2   may take away from future voter education efforts.
3           SEN. DAVIS:  When was the last time in the
4   state of Texas we made any changes of significance to
5   the voter rules?
6           MS. McGEEHAN:  Probably the -- when we had
7   to implement the federal Help America Vote Act.  That's
8   when provisional voting became a requirement.  There
9   were significant changes to voter registration as to
10  what's required to become a registered voter, and that's
11  why we have these HAVA dollars for voter education.
12          SEN. DAVIS:  And that began in '06.
13  Correct?
14          MS. McGEEHAN:  Correct.
15          SEN. DAVIS:  Okay.  In '06, the Texas
16  voter registration application form changed in
17  accordance with those requirements, it's my
18  understanding, and that's when we began to collect this
19  data that requested a driver's license number or a
20  social security number.  Is that's correct?
21          MS. McGEEHAN:  That's correct.
22          SEN. DAVIS:  Okay.  So we have data, I
23  guess, only from '06, and that would -- would that only
24  be then for new registrants from '06?  If I had already
25  registered to vote prior to that, you wouldn't have that
0443
1   information from me.
2           MS. McGEEHAN:  That's right.
3           SEN. DAVIS:  Correct?
4           MS. McGEEHAN:  That's right.  It was
5   voluntary before.  So we have some TDLs and SSN numbers
6   from -- but it wasn't required until 2006.
7           SEN. DAVIS:  So we've been able to gather
8   that information from that point in time for people who
9   are newly registering to vote in the state of Texas.  Of
10  that group, how many people or what percentage of people
11  are answering one or both of those questions in response
12  to No. 8 versus signing the attestation clause in
13  Section No. 9?
14          MS. McGEEHAN:  Are you asking the number

TX_00001102
JA_001101
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001102

USA_00015983

15  of --
16          SEN. DAVIS:  Let me -- let me break it
17  down better.
18          MS. McGEEHAN:  Okay.  Okay.
19          SEN. DAVIS:  So under Question No. 8, what
20  percentage of people currently, who are requesting a
21  voter registration card, who are filling out the
22  application starting in '06 with this new form, what
23  percentage of people are providing their Texas driver's
24  license in response to the questions on the application?
25          MS. McGEEHAN:  Okay.  I don't have the
0444
1  percent number, but the actual number is 2.3 million
2  since 2006.  Since January 1, 2006 through December 31,
3  2010, 2.3 million, when they registered, provided their
4  driver's license number.
5          SEN. DAVIS:  What's the total number of
6  applications in that time period?
7          MS. McGEEHAN:  And the total number -- I
8  think it's going to be just under 3 million, and I'm
9  doing math on the fly.  I might have to -- I'd prefer to
10  give that --
11          SEN. DAVIS:  Can you provide that
12  information --
13          MS. McGEEHAN:  Yes.
14          SEN. DAVIS:  -- to us?
15          MS. McGEEHAN:  Yes.
16          SEN. DAVIS:  That would be appreciated.
17          So what's the number of people who are not
18  filling out either the driver's license number or the
19  social security number in Section 8 but instead are
20  going to Section 9 and signing the attestation clause of
21  Section 9?
22          MS. McGEEHAN:  And that's the attestation
23  clause saying they have not been issued either form of
24  ID?
25          SEN. DAVIS:  (Nodded)
0445
1          MS. McGEEHAN:  Yeah, that number is
2  34,506.
3          SEN. DAVIS:  Okay.  Do we have any -- any
4  estimate of the number of people who are currently
5  registered today?  If we've only been gathering that
6  information since 2006, do we have any kind of an
7  estimate of the number of people who are currently
8  registered to vote today who do not have a driver's
9  license number to provide?
10          MS. McGEEHAN:  Well, if we -- if we look
11  at our entire statewide file, we have 5.2 million voters
12  that did provide a driver's license number or an ID
13  number.  We have 2.1 million voters that present -- that
14  provided a social security number.  4 million of them
15  provided both.  And then the numbers that have
16  neither -- or the voters that hadn't provided either one

TX_00001103
JA_001102

TX_00001103

USA_00015984

17 is 690,887. So it doesn't necessarily mean that those
18 people haven't been issued, but they didn't -- either
19 they don't have those numbers or they registered before
20 it was required, and so they didn't provide them when
21 they registered if it was pre-2006.
22          SEN. DAVIS: But the question wasn't
23 asked. It was -- I guess as you said, you could
24 voluntarily provide that information prior to '06.
25          MS. McGEEHAN: Well, it was asked, but it
0446
1 was optional. It was on the form.
2          SEN. DAVIS: Uh-huh. Okay. So we really
3 don't know how many of that group were answering the
4 question voluntarily because they have the number versus
5 those who were not answering it, not because they chose
6 to, but because they did have their driver's license
7 number?
8          MS. McGEEHAN: Yes, you are correct.
9 That's right.
10          SEN. DAVIS: So when we're putting
11 together an estimate of what the cost to educate our
12 voters is going to be and when we think about how
13 significant the changes are that are addressed in this
14 bill, what's your -- what's your process been to try to
15 determine how many people will be impacted and what that
16 voter education is going to need to look like?
17          MS. McGEEHAN: Well, we -- I mean, to be
18 very honest, we haven't done much planning yet. We
19 prepared this fiscal note on Friday. That would be
20 obviously a very important component is trying to
21 identify who the appropriate audiences are, who you need
22 to get the information out to.
23          Senator Williams had approached us earlier
24 today to see if we could do some comparisons to try and
25 further focus in on who those registered voters are that
0447
1 don't have -- or have not been issued a driver's license
2 or a personal ID number. So we're trying to run some of
3 those numbers right now.
4          SEN. DAVIS: I guess a confusion for me is
5 how we came up with the $2 million fiscal note for that
6 and yet we don't really know, as you said a moment ago
7 we don't really know how many people will be impacted by
8 it and what that statewide voter education effort is
9 going to need to look like. So where did the $2 million
10 number come from?
11          MS. McGEEHAN: Well, the $2 million number
12 came from the way the bill is written because the bill
13 simply says "a statewide voter education effort." So
14 there's not too much detail in the bill as to what's
15 required. Our assumption is that our previous voter
16 education programs might be the model, and they've been
17 around 3 million. And plus, we also noticed that last
18 session the Senate put a $2 million fiscal note on it.

TX_00001104
JA_001103
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001104

USA_00015985

19 So we thought, well, maybe that's some representation of
20 legislative intent as to what an appropriate voter
21 education program might cost, but --
22         SEN. DAVIS: So we've had voter education
23 efforts in the past that have cost about $3 million each
24 time we've engaged in the voter education effort. We're
25 talking today about making some sweeping changes to
0448
1 what's required in order to vote in the state of Texas.
2 Why is the number to educate -- on such a sweeping
3 change for what will likely be a much larger group of
4 impacted people in the state of Texas, why is that
5 number so much lower than the $3 million number that's
6 currently being spent for voter education?
7         MS. McGEEHAN: Well, if the -- if a
8 $2 million program is added into an existing $3 million
9 program, then you've got a $5 million program. I mean,
10 our voter education under HAVA is directed to all
11 registered voters. And so, you know, a new voter -- a
12 new photo ID requirement would also need to be directed
13 to all registered voters because it's a change for all
14 voters.
15         SEN. DAVIS: So we're talking about -- I'm
16 sorry to interrupt you. We're talking a $2 million
17 addition to the $3 million that was already intended for
18 voter education in this next two-year cycle.
19         MS. McGEEHAN: Possibly, possibly. I
20 mean, we -- you know, we've got a communications
21 director that would have some input on that. This
22 fiscal note represented what we thought might be a
23 reasonable fiscal note. If we have, you know,
24 legislative direction to take it a different way or do
25 additional outreach, that's fine. But based on the way
0449
1 the bill was written and based on the fiscal note filed
2 last time, we thought that was a reasonable number.
3         SEN. DAVIS: So let's say we spend about a
4 total of $5 million in the next two years with our
5 intended voter education effort that's already been
6 planned and with an additional cost for educating on the
7 requirements of this proposed new law. That's about the
8 balance of the voter education fund right now. Is that
9 correct?
10         MS. McGEEHAN: Well, it's about -- we've
11 spent 9 million. I think the balance -- yeah, the
12 balance is between 5 and 7 million. That's correct.
13         SEN. DAVIS: Okay. So that will take us
14 through about what -- how long of a period of time will
15 that take us through?
16         MS. McGEEHAN: If we used 5 million to do
17 a voter -- a general voter education plan and then
18 another 2 million to do a detailed photo -- photo
19 identification plan, that might -- that might use it up.
20         SEN. DAVIS: And if it uses it up, what

file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

21  will we do in future years to educate our voters about
22  these requirements?
23       MS. McGEEHAN: Well, frankly -- I mean,
24  state law has never appropriated state funds to educate
25  voters. So, you know, these federal funds have been
0450
1  really nice to have them to do that. We never had that
2  kind of funding before. So if there's a desire to do
3  voter education programs of this -- of this type, then
4  we would need state appropriation.
5       SEN. DAVIS: So these federal funds will
6  take us basically through a one-time voter education
7  drive on the requirements of this new law, but it's not
8  going to take us further than that?
9       MS. McGEEHAN: Not if we use it all,
10  not -- it could possibly use up the remainder of the
11  voter education funds.
12       SEN. DAVIS: Okay. So we've talked about
13  the voter education. Talk to us a little bit about the
14  costs of training the poll workers and the registrars.
15       MS. McGEEHAN: We currently have several
16  training programs for -- well, we have training programs
17  for the county election officials and then other
18  training programs for the poll workers. We have an
19  online training program. We have a video. We have
20  handbooks. So we would have to update all of those --
21  all those different formats of training.
22       SEN. DAVIS: And what's the anticipated
23  costs for updating all those forms of training?
24       MS. McGEEHAN: We don't usually put a
25  fiscal note when there's a change in state law and we
0451
1  have to change and update training like that because at
2  least it's always been considered that is part of our
3  mandate in election administration. So when we get
4  appropriation under the election administration
5  umbrella, our statutory mandate is to train and assist
6  election authorities.
7       SEN. DAVIS: And what's happened to
8  your -- your budget, not only in this current biennium
9  that we're in, but the proposed budget going forward?
10       MS. McGEEHAN: We're still digesting that
11  as far as on the House side. I don't know about the
12  Senate side yet. But on the House side, I believe we
13  took about a 14.5 percent budget reduction on the
14  House -- HB 1 bill.
15       SEN. DAVIS: So we're talking about a
16  fairly dramatic budget cut for your agency while at the
17  same time we are talking about adding some very
18  significant requirements in terms of the changes that
19  you would need to make to your training programs and
20  materials for purposes of educating election workers and
21  county administrators on the new rules that would be
22  implemented in this bill?

TX_00001106
JA_001105
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001106

USA_00015987

23      MS. McGEEHAN:  That's correct.

24      SEN. DAVIS:  And there's no fiscal note

25  currently estimated for what that cost might be?

0452

1      MS. McGEEHAN:  It's my understanding that

2  when we've been asked to prepare fiscal notes for these

3  kinds of issues, we have not added a fiscal impact for

4  something that's already a statutory duty.  As we

5  analyze HB 1, maybe we're going to have to revise that,

6  but at least our standing policy was if it was a

7  statutory duty that we're already charged to do, that we

8  don't put an additional fiscal note on it.

9      SEN. DAVIS:  Are you concerned that you're

10  going to find yourselves fairly flatfooted in terms of

11  not being prepared with the resources that you need, to

12  train election workers and to train county

13  administrators on the requirements of this new law

14  facing the budget cuts that you're facing without a

15  fiscal note that's going to add resources to your

16  department for purposes of carrying out these

17  requirements?

18      MS. McGEEHAN:  I think all state agencies

19  in the state have concerns about providing the services

20  they are charged to provide in light of significant

21  budget cuts.  But on the issue of training, the analysis

22  was that that was not going to cost anything additional

23  as to what we've already been appropriated.

24      SEN. DAVIS:  And do you agree with that,

25  that it's not going to cost anything additional for your

0453

1  agency to provide the training for the significant

2  changes in the law that will be imposed if this bill is

3  passed into law?

4      MS. McGEEHAN:  Well, after every session,

5  we have to change all our materials.  And, you know,

6  maybe I can talk to our fiscal officer and maybe we'll

7  start putting in fiscal notes for these kinds of things,

8  but it has been our policy not to add a fiscal note for

9  something we're currently doing under state law and

10  funded for.

11      SEN. DAVIS:  And so the change in

12  materials is all that would occur?  If I'm an election

13  worker in the state of Texas and I'm facing some pretty

14  significant changes -- and I have to tell you I've read

15  this bill numerous times, and I'm still confused in

16  terms of what it would require of me as an election

17  worker.  Is that the only costs that we assume will be

18  incurred, is the cost of the change of the material?

19  Isn't there some training -- active training that has to

20  occur to be able to make sure that the election workers

21  and the county administrators who are tasked with

22  carrying out this new law will understand exactly what's

23  expected of them in terms of its implementation?

24      MS. McGEEHAN:  We do -- we do, I think,

TX_00001107

JA_001106

TX_00001107

USA_00015988

25   pretty extensive training right now.  I mean, in an odd
0454
 1   numbered year, we hold four seminars, and we have very
 2   good attendance from our county election officials.  So
 3   I would be certain that our August county election
 4   official seminar will be heavily -- if this passes will
 5   heavily emphasize these new rules.
 6           To go back to the federal funds, which we
 7   know are limited, the grant for voter education also
 8   includes election official training and poll worker
 9   training.  So if there are any remaining HAVA dollars in
10   that category that we don't use on voter education, we
11   could perhaps use to additional -- to develop additional
12   training materials.
13           SEN. DAVIS:  Yes, and we talked about that
14   a moment ago, and you did state on the record that that
15   category of 5 to $7 million that's remaining is the
16   entirety of the federal resource that you have available
17   to you right now, both for voter education and for
18   training purposes.  And we've also talked about the fact
19   that the expectation and the demand on that particular
20   fund for public education is going to take the
21   significant balance that remains there.  Correct?
22           MS. McGEEHAN:  Right.  Well, just to be
23   clear, the remaining balance in the HAVA is all we have
24   for voter education, but there are some state funds -- I
25   don't think it's a lot -- but that would go towards
0455
 1   updating handbooks and video and things likes that that
 2   we normally produce as training materials.
 3           SEN. DAVIS:  When the Help America Vote
 4   Act was implemented and in '06, as you said, that was
 5   the first significant change that's been made or it's
 6   the most recent significant change that's been made in
 7   election laws in the state of Texas in terms of the
 8   requirements of your agency and the training of your
 9   agency, did the costs that your agency realize as a
10   result of the training component for HAVA increase as a
11   result of those new requirements?
12           MS. McGEEHAN:  We -- what we did do was
13   develop an online training component.  So we used a
14   portion of the HAVA dollars to develop an online
15   training component, which was in addition to our other
16   training.  I could get -- I don't know the cost of that,
17   but I could get you the cost.
18           SEN. DAVIS:  It would be a helpful number
19   to have.
20           There's also a discussion in terms of the
21   fiscal note on this bill, including a coordinated voter
22   registration drive or other activities that would be
23   designed to expand voter registration.  What would the
24   costs of such a registration drive be?  It's on Page 2
25   of the fiscal note.
0456

TX_00001108
JA_001107
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001108

USA_00015989

1      MS. McGEEHAN: Okay. I think that what
2 that is referring to is that at the end of Senate
3 Bill 14, there's a reference that says county voter
4 registrars can use Chapter 19 funds to defray costs in
5 conducting a voter registration drive. But I don't see
6 anything -- and I may have missed it -- but I don't see
7 anything in Senate Bill 14 that requires a voter
8 registration drive. I think it's -- what that section
9 in the bill is doing is trying to make clear that these
10 funds, which are -- go to county voter registrars to
11 enhance voter registration could be used to do voter
12 registration drives, but I don't see anything that
13 requires a voter registration drive in Senate Bill 14.
14      SEN. DAVIS: What resources currently are
15 expected of our local governments in carrying out the
16 training and the public awareness programs under our
17 election code.
18      MS. McGEEHAN: The -- there's no state law
19 requirement to do voter education by the county
20 officials. Most of them do it as a public service
21 because they want to, but there's not a mandate under
22 state law to do that.
23      Under Senate Bill 14, there's required
24 training of poll workers on the new photo ID
25 requirements. And I may have missed part of your
0457
1 question.
2      SEN. DAVIS: And that required training is
3 to be done at the county level. It's expected that the
4 county will fulfill that requirement through their own
5 resources?
6      MS. McGEEHAN: Well, they are required to
7 use the Secretary of State materials. I think that the
8 election code gives them discretion as to how they
9 implement it and how they conduct their training.
10      SEN. DAVIS: So it's foreseeable that at
11 the county level increased costs will be realized as a
12 consequence of the expectations of this bill?
13      MS. McGEEHAN: Most counties conduct
14 training today. So they would just be incorporating
15 another component into their training program.
16 Depending on how they handled it would impact how
17 significant the fiscal impact would be in that county.
18      SEN. DAVIS: If I'm a voter today and I
19 want to go to the bill itself in terms of making sure I
20 understand what would be expected of me under today's
21 rules versus under the rules of the new bill, if I'm a
22 voter today and I come in to vote and I don't have my
23 voter registration card, instead I have an ID, I have a
24 state issued ID, I have a valid driver's license, and my
25 driver's license shows a different name than is
0458
1 currently on the roll because I've married or I've
2 divorced, how is that situation handled today?

TX_00001109
JA_001108
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001109

USA_00015990

3      MS. McGEEHAN: State law doesn't directly
4  address it. So I think that as a practical matter
5  what's happening is the poll workers are making judgment
6  calls as they qualify those voters for voting.
7      SEN. DAVIS: But they are not being given
8  guidance or rules or requirements in terms of how they
9  are to deal with that situation today?
10     MS. McGEEHAN: No.
11     SEN. DAVIS: It's within their discretion?
12     MS. McGEEHAN: At this point. I mean,
13  state law is silent on it, and our office has not issued
14  any guidance on it. So we're hearing a lot about that
15  today. That's definitely something we'll probably need
16  to look into, but right now there is no rule or statute
17  on that issue.
18     SEN. DAVIS: Okay. And today if I go to
19  vote and my identification that I use for purposes of
20  voting has a different address on it than is listed on
21  the precinct roll, I think it's the interpretation today
22  under 2004 Secretary of State opinion that I am asked
23  for my correct address, and I am to be believed if I say
24  that my address is the address that's on the precinct
25  list as opposed to what might be on my ID?
0459
1      MS. McGEEHAN: I think that's basically
2  correct. The purposes -- you know, showing ID today is
3  only for purposes of proving who you are. It's not to
4  prove where you live. So independent from the
5  requirement to show ID, either certificate or one of the
6  other authorized ID, there's a separate requirement in
7  the code where the election -- where the poll worker has
8  to ask every voter "Have you moved," so regardless of
9  what ID they show. And if they say yes, they've moved,
10  then they have to sign a statement of residence and
11  update their information. If they say no, they haven't,
12  they still live at the address on the list of registered
13  voters, then they are permitted to vote.
14     SEN. DAVIS: And what is your
15  understanding of whether -- how or whether that would
16  change under the requirements of the new bill if
17  everyone now is going to come in with a state-issued ID
18  or a driver's license? If the address on that ID does
19  not match the address that's on the voter file, how is
20  that to be handled going forward if this bill were to
21  pass into law?
22     MS. McGEEHAN: My current understanding is
23  that that process wouldn't change, that the purpose of
24  SB 14 is, again, just to prove up ID, not prove where
25  you reside.
0460
1      SEN. DAVIS: And what steps would the
2  Secretary of State's Office engage in to assure that the
3  ID wasn't being used to establish an understanding of
4  the voter's residency?

file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

5       MS. McGEEHAN:  Would definitely, I think,
6   be included in our training materials to emphasize that.
7       SEN. DAVIS:  Currently, is there any
8   information that the Secretary of State's Office gathers
9   that breaks down by category voters in the state?  And
10  when I say "by category," I mean by race, by gender, by
11  disability, by age.
12      MS. McGEEHAN:  We have some information.
13  We have -- we have age for sure.  On gender -- we have
14  some information on gender, but it's not conclusive
15  because gender is now -- it used to be a required
16  element on the voter registration application.  In 1995,
17  it was taken -- or it became optional after the National
18  Voter Registration Act.  So we have some data on gender,
19  but, again, it's not complete.
20      Regarding ethnicity, we really -- we don't
21  have any information like that because it's not
22  collected when a person applies to register to vote.
23  The only data that we do have is we do have the number
24  of voters that have an Hispanic surname.  And so we can
25  run the list of registered voters against this list of
0461
1   Hispanic surnames that is provided by the census
2   department.
3       SEN. DAVIS:  I'm sure you understand that
4   one of the sensitive issues that will arise as a
5   consequence of this legislation will be a question as to
6   whether the implementation of this law creates a
7   disproportionate impact on minorities, on seniors, on
8   the disabled, on women.  How will the Secretary of
9   State's Office work to be able to answer those questions
10  when they are asked if we currently don't track that
11  data?  And is there an intention to track it going
12  forward?
13      MS. McGEEHAN:  When we changed the voter
14  registration application in '94, '95, due to the
15  National Voter Registration Act, there was a long
16  discussion regarding this issue of whether the state
17  application should request a voter's race.  The
18  determination at that time, based on feedback from all
19  the stakeholders, was not to do it because the thought
20  was that might be intimidating to a minority voter, "Why
21  are you asking, you know, what my ethnicity is?  It
22  doesn't impact whether I can register or not."
23      We can revisit that issue because in order
24  to provide data, you know, if the legislature wants data
25  like that from the Secretary of State's Office, we have
0462
1   to have some way to collect it.  So we could revisit
2   putting that question or adding that as a question to
3   the voter registration application.  I'd be happy to
4   visit on ways where we could try and collect that, but
5   right now we would not have the tools that we would need
6   to be able to collect that data.

TX_00001111
JA_001110
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001111

USA_00015992

7          SEN. DAVIS:  It seems rather important as
8   implementation of this law advances that that
9   information be made available for the Justice Department
10  review as well as any judicial review that might occur
11  in terms of the impact of the implementation of the law.
12          I believe that's all the questions I have
13  for you.  Thank you so much.
14          MS. McGEEHAN:  Thank you.
15          CHAIRMAN DUNCAN:  The Chair recognizes
16  Senator West.
17          SEN. WEST:  Thank you very much,
18  Mr. Chairman.  Many of the questions Senator Davis has
19  already asked, but have you had a chance to look at the
20  bill as introduced?
21          MS. McGEEHAN:  Yes.
22          SEN. WEST:  Okay.  Do you happen to have
23  it there in front of you?
24          MS. McGEEHAN:  Yes, I do.
25          SEN. WEST:  Okay.  Great.  Before I get
0463
1   into it, does this bill provide you any rulemaking
2   authority?
3          MS. McGEEHAN:  No.
4          SEN. WEST:  Okay.  So in interpreting
5   the -- let me back up.  Are you often called upon by
6   county registrars to answer questions concerning issues
7   that arise in local counties?
8          MS. McGEEHAN:  Yes.
9          SEN. WEST:  How do you normally decide
10  those questions?  Do you just look at the black and
11  white law?  Do you issue opinions?  How is that --
12  what's that process?
13          MS. McGEEHAN:  We issue opinions in a
14  couple of different ways.  We have a toll-free number.
15  One is dedicated just for county officials.  So if it's
16  a fairly straightforward, simple question, we give a
17  quick answer over the phone.  If it's a -- if it's a
18  less involved question, we might get an email.  We'll
19  give a response via email.  If it's something that's
20  hard or we're really interpreting several different laws
21  or it's a new law and we feel like it has statewide
22  impact, we want to make sure that everyone is operating
23  under the same understanding, we'll issue an advisory.
24          SEN. WEST:  Okay.  And so an advisory or
25  just depending upon the circumstances maybe an email
0464
1   opinion or something like that?
2          MS. McGEEHAN:  Well, advisories are
3   usually a little more -- it's like the most formal that
4   we do.
5          SEN. WEST:  Right.
6          MS. McGEEHAN:  Yeah.  Okay.
7          SEN. WEST:  All right.  Let me ask you to
8   go to Page 4 of the bill.

TX_00001112
JA_001111
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001112

USA_00015993

9      MS. McGEEHAN:  Okay.  Can you tell me the
10  section?  Because I think I have a different format.
11      SEN. WEST:  Okay.  It's Section 7, and
12  Section 7(c) and (d).
13      MS. McGEEHAN:  Okay.
14      SEN. DAVIS:  Let me know when you get
15  there.
16      MS. McGEEHAN:  Yes.
17      SEN. WEST:  Okay.  It's my understanding
18  that the election officer that's being referred to in
19  Section (d) is -- is the individual working at the poll.
20  Is that right?
21      MS. McGEEHAN:  Yes.
22      SEN. WEST:  Okay.  That person will be
23  called upon in Section (d) to determine if the voter's
24  name is on the precinct list of registered voters, and
25  the voter's identity can be verified from the
0465
1  documentation presented.  Is that correct?
2      MS. McGEEHAN:  Yes.
3      SEN. WEST:  Okay.  In advising on that,
4  will that be a strict interpretation?  Let me -- this is
5  what I mean.  I think that some of the hypotheticals
6  that were provided by Senator Davis may be illustrative
7  of what I'm asking.  My last name is West, W-e-s-t.  And
8  say that there's a typographical error where my name is
9  spelled W-e-s on the voters' roll, precinct list, and
10  then my -- but my identity I'm using my driver's license
11  and it has "t" on it.  How does a poll -- an election
12  officer in that situation resolve that problem?
13      MS. McGEEHAN:  That's a good question, and
14  I don't think the bill necessarily defines what
15  verification --
16      SEN. WEST:  I know.  Senator Fraser said
17  I'd have to ask the Secretary of State that question.
18  That's why I'm asking you that question.
19      MS. McGEEHAN:  I think -- you know, based
20  on the way the bill is written now and if we had to
21  develop training materials for the poll workers on how
22  to implement this, we would look to the best practices
23  of the states that have implemented.  I heard Indiana
24  testify earlier today that they have written some
25  guidelines.  We'd look to that and try and incorporate
0466
1  the best practices on reasonable methods to verify the
2  ID document against the list of registered voters.
3      SEN. WEST:  Okay.  But you would agree
4  with me that in interpreting Section (c) and (d) without
5  some sort of guidance would lend itself to a great deal
6  of subjectivity; thus inconsistent application
7  throughout the state?
8      MS. McGEEHAN:  It could, yes.
9      SEN. WEST:  Okay.  As it relates to --
10  let's see.  What page is it on?  The next page, which

TX_00001113
JA_001112
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001113

USA_00015994

11  will be (h), it's in the same section.
12       MS. McGEEHAN:  Okay.
13       SEN. WEST:  Would you read Section (h) and
14  tell me how you interpret that as the chief
15  administrator of the election laws in the state of Texas
16  next to, needless to say, Secretary of State?
17       MS. McGEEHAN:  (h) reads, "The
18  requirements for identification prescribed by Subsection
19  (b) do not apply to a voter who: (1) presents the
20  voter's voter registration certificate on offering to
21  vote; and (2) was 70 years of age or older on January 1,
22  2012, as indicated by the date of birth on the voter's
23  voter registration certificate."
24       The way I had -- until earlier this
25  afternoon when Senator Ellis asked the question, I had
0467
1   assumed that anybody that is 70 years of age or older
2   would not have to provide the photo ID.  I think the
3   wording is less than perfect.  I think that's the
4   intent, and I heard Senator Fraser, I think, answer that
5   his intent is it would apply.  You know, even if a
6   person became 70 after January 1, 2012, they could still
7   take advantage of this exception.
8        SEN. WEST:  Okay.  But would it be your
9   suggestion that we need to reword that language to make
10  certain that whether you're there or someone else -- I
11  understand that you're here and you heard the
12  discussion, but if for some reason you're not in the
13  same position you're in right now, there's going to be
14  someone else, and they won't have -- they will not have
15  had the benefit of this discussion.  So, therefore, do
16  you think it would be advisory to -- advisory to reword
17  that to make certain it's perfectly clear?
18       MS. McGEEHAN:  I think so.  If people are
19  reading it inconsistent, it would probably help it if it
20  were.
21       SEN. WEST:  Okay.  Now, a couple of other
22  questions.  As it relates to the counties, it's my
23  understanding that you -- that your agency and maybe
24  either yourself or someone working for you put together
25  the fiscal note.  Is that correct?
0468
1        MS. McGEEHAN:  Yes.  Our agency put it --
2   I helped.
3        SEN. WEST:  Okay.  Did someone under your
4   supervision contact local governments to determine the
5   impact, the fiscal impact, that implementation of this
6   will have?
7        MS. McGEEHAN:  No, we did not.
8        SEN. WEST:  That was done by someone else?
9        MS. McGEEHAN:  I think LBB does that.  We
10  just -- we just --
11       SEN. WEST:  Provided the information?
12       MS. McGEEHAN:  Yeah.  Right.

TX_00001114
JA_001113
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001114

USA_00015995

13      SEN. WEST:  And based on your experience
14  when these types of changes -- let me back up.
15      How much experience have you had in this
16  particular area, that is, the election laws, in
17  administration of election laws?
18      MS. McGEEHAN:  I have been working in the
19  elections division for 21 years.
20      SEN. WEST:  So you've had a little
21  experience, huh?
22      MS. McGEEHAN:  Yes.
23      SEN. WEST:  Okay.  All right.  As it
24  relates to when changes are made in state law of this
25  nature, is there an impact, a fiscal impact, on local
0469
1  units of governments when they have to make changes to
2  comply with these types of changes or laws that are
3  being suggested?
4      MS. McGEEHAN:  I think it really depends
5  on what the change is.  You know, if there's a new
6  mandate for a county or if the county has to do
7  something different, then obviously there would be a
8  fiscal impact.
9      SEN. WEST:  Well, will -- and, again,
10  drawing on your expertise, will counties have to do
11  something different to implement this particular law?
12      MS. McGEEHAN:  They will have to -- they
13  are going to have to post information on their website
14  notifying the public what the new photo ID requirements
15  are.
16      SEN. WEST:  Right.
17      MS. McGEEHAN:  When they issue voter
18  registration certificates, they are going to have to
19  mail out -- which they have to mail out every two years
20  under current law.  The new certificates will have new
21  language, but -- informing voters of the voter ID
22  requirements, but that should be cost neutral because
23  they are already mailing out the voter registration
24  certificates.
25      The piece that I think might have a fiscal
0470
1  impact is the training.  If the counties have to change
2  up their training procedures much or do more training
3  because they want to make sure the word is out to all
4  their -- that might increase their training costs.
5      SEN. WEST:  Okay.  So there are some
6  factors that need to be taken into consideration as to
7  whether or not counties will be burdened with additional
8  cost to implement this law.  Is that correct?
9      MS. McGEEHAN:  Yes.
10      SEN. WEST:  Okay.  And would it be a fair
11  statement to say the larger the county, the more of the
12  burden -- of the financial burden -- well, that's not a
13  fair question.
14      Would it be a fair statement to say that

TX_00001115
JA_001114
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001115

USA_00015996

15  the larger the county, the larger the potential
16  financial obligation that they would have to encounter
17  in order to implement the law?
18          MS. McGEEHAN:  I think that's true, but I
19  can hear small counties say that it might be
20  proportional, you know, since their budgets are -- I
21  mean --
22          SEN. WEST:  Right.  It's all relative to
23  what your budgets are.
24          MS. McGEEHAN:  Yeah.
25          SEN. WEST:  But the fact is that that --
0471
1   do you -- is there any -- you've read the fiscal note
2   associated with this bill?
3           MS. McGEEHAN:  Yes.
4           SEN. WEST:  The $2 million that's in the
5   fiscal note, does any of that go to the county to --
6   counties in order to implement this legislation?
7           MS. McGEEHAN:  No.
8           SEN. WEST:  So any cost that is not
9   covered by the state for counties would be -- have to be
10  borne by the counties.  Right?
11          MS. McGEEHAN:  Yes, yes.
12          SEN. WEST:  Okay.  Now, as it relates
13  to -- is there any way that the Secretary of State's
14  Office can give us -- do an analysis or get with the
15  various counties to determine exactly what the fiscal
16  impact of implementing this legislation would be?
17          MS. McGEEHAN:  We could -- we could
18  certainly solicit that information from counties and ask
19  them what -- how they see this impacting them fiscally.
20          SEN. WEST:  You could do that for each and
21  every one of the counties?
22          MS. McGEEHAN:  We can do it.
23          SEN. WEST:  Mr. Chairman, I'd like to
24  request that the Secretary of State's Office provides
25  the Senate an analysis of -- I shouldn't say an
0472
1   analysis -- at least solicit from the various counties
2   what the fiscal implication is going to be in order to
3   implement this bill.
4           CHAIRMAN DUNCAN:  Okay.  I think, Senator,
5   that will be an individual request from you, and then it
6   can be distributed to all members of the Senate --
7           SEN. WEST:  Okay.
8           CHAIRMAN DUNCAN:  -- whenever it's done.
9   You know, I doubt that that will be done by the time we
10  rise and report to the Senate.
11          SEN. WEST:  Okay.  We can't get it
12  tonight?
13          (Laughter)
14          SEN. WEST:  I'm just joking with you.
15          CHAIRMAN DUNCAN:  You won't be a very
16  popular guy if the --

TX_00001116
JA_001115
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001116

USA_00015997

17      SEN. WEST: I'd like --
18      (Laughter)
19      SEN. WEST: I'd like to get it as soon as
20  possible, though.
21      Let's see. No further questions. Thank
22  you very much.
23      MS. McGEEHAN: Thank you.
24      CHAIRMAN DUNCAN: Thank you, Senator West.
25      Senator Gallegos?
0473
1       SEN. GALLEGOS: Let me ask you, I don't
2   know if you heard my question earlier to Senator Fraser
3   and he referred to you or the Secretary of State's
4   Office to answer it. My concern was in the fiscal note
5   that we ranked number two in the country in population.
6   And Missouri ranks number nineteenth, and to implement
7   their voter ID program, they came up with -- they only
8   have 5.9 million people. We have 25 million. They came
9   up with a fiscal note of 6 million in the first year and
10  then 4 million in the second year for a total of 10
11  million second and third. That's $10 million. And you
12  just -- I think earlier testimony with Senator Davis,
13  you said once the 2 million runs out, that's it. Is
14  that what you said?
15      MS. McGEEHAN: For -- yeah, the amount of
16  money we have for voter education is limited. So when
17  that runs out, that's all we have.
18      SEN. GALLEGOS: I guess my concern is if
19  Missouri only has 5.9 million people, just to implement
20  their voter ID program they start with 6 million in the
21  first year and 4 million in the second and third year
22  for a total of $10 million, for just 5.9 million folks,
23  what are they -- you know, I don't -- what are they
24  doing as far as when they are reading the bill? I heard
25  that you said you're going by the bill, and that's how
0474
1   you came up with your fiscal note. Is that correct?
2       MS. McGEEHAN: Yes.
3       SEN. GALLEGOS: Okay. Well, then what are
4   they doing that we're not or, you know, how can you --
5   you know, for $10 million for 5.9 million people and
6   we're only going to spend 2 million, I mean, what's the
7   difference?
8       MS. McGEEHAN: I am not familiar with the
9   Missouri voter identification bill, and I did hear you
10  ask that earlier today, but I've been trying to listen
11  to all the questions. So we can -- we can research it
12  and see. Some states actually provide more to their
13  local county governments and print ballots and things
14  like that. I don't know if that's the situation in
15  Missouri, but I honestly don't know the answer to that
16  question because I don't know what the Missouri voter ID
17  law requires.
18      SEN. GALLEGOS: Well, it's a substantial

TX_00001117
JA_001116
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001117

USA_00015998

19    more amount of money than we're looking --
20        MS. McGEEHAN: Yeah.
21        SEN. GALLEGOS: -- at the fiscal note that
22    you have -- that you've given this committee on Senate
23    Bill 14. And I just -- it concerns me that that amount
24    of money, if somebody is doing -- in the formula or
25    methodology that you came up with that number -- I mean,
0475
1    is that a true number? I mean, you know, as far as are
2    we really doing voter education that should be done, you
3    know, on 25 million people as opposed to what Missouri
4    is doing with only 5.9? I mean, it just -- I mean, that
5    would send up a red flag to me. Wouldn't it you?
6        MS. McGEEHAN: Sure. I would like to
7    understand those numbers because they are very
8    different.
9        SEN. GALLEGOS: You know, I -- if we're
10    going to mandate to Texans, you know, and then do it --
11    do a good educational program and Missouri is spending
12    $10 million on their folks and we're only spending
13    2 million on ours, I'd like to know what the -- what the
14    difference is. Are their people better than ours? You
15    know, do they deserve, you know, more education? You
16    know, I just -- you know, with the population as opposed
17    to our population, you know, I don't -- you know, I'm a
18    little concerned there. You know, are we cutting our
19    folks short? Are we really going to do what you're
20    telling us that you're going to do as far as educating
21    the public out there on this bill?
22        And it just concerns me that, you know, we
23    see -- and I haven't even taken a comparison of the
24    other states. And we're number two, and Missouri is 19,
25    and they are spending 10 million bucks. You know, that
0476
1    would concern me, and I would hope it would concern any
2    of the other Senators on this floor. Are we, you know,
3    really going to do -- in implementing this bill, are we
4    going to educate those folks out there?
5        Now, you know -- and I'd like that answer.
6    I mean, you can't answer it now, I understand, but I
7    would like an answer to that.
8        MS. McGEEHAN: We'll get you an answer.
9        SEN. GALLEGOS: And a comparison on what
10    really your states that have implemented voter ID, how
11    much are they paying, you know, to implement the program
12    and what they do.
13        Now, on the fiscal note, it says you're
14    going to do TV and radio and some other things. I mean,
15    can you explain to this body the process on TV, or is it
16    going to be in different languages, or how are you going
17    to -- how are you going to split up the money? Who gets
18    the most? You know, I mean, it's not -- it's not
19    explained to us in the fiscal note how you're going to
20    spread the money around. And is that going to be

TX_00001118
JA_001117
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001118

USA_00015999

21 accessible to us or how the process is going to be, or
22 how much money are you going to spend in Harris County
23 as opposed to Lubbock, Texas or wherever?
24         MS. McGEEHAN:  Yes, that would be
25 available.  And, you know, the programs that we've done

0477

1 previously, we have detailed records that show, you
2 know, where the media ran, and so we would -- that would
3 be a part of any program going future.
4         The way -- the way it has worked thus far,
5 the three statewide voter education programs that we
6 have done, is we've gone out for bid for a public
7 education firm.  And then the first thing that firm does
8 is research, and they meet with stakeholders, and then
9 they craft the creative proposal.  And then they turn
10 that into the actual media and do the media buys for TV,
11 radio and cycle, Internet and also print.
12         For the PSAs -- and I'm not the expert on
13 this -- but I understand that we pay for a certain
14 amount, and then we get some earned credit where TV
15 stations will run them for free.  If you pay them, you
16 know, to run it once, they'll run it three times and
17 only charge you for once, something along those lines.
18         SEN. GALLEGOS:  And is that going to be --
19 is there going to be access as far as different
20 languages in than budget?
21         MS. McGEEHAN:  Oh, yes.  We -- our current
22 programs are in English and in Spanish, and in Harris
23 County, we've had a component for Vietnamese.
24         SEN. GALLEGOS:  Okay.  Now, on Page 2 of
25 the bill under what y'all are going to do under voter --

0478

1 under 31.012, Voter Identification, Senator West brought
2 it up about -- it says here you and -- your office and
3 the voter registrar of each county that maintains it
4 shall provide notice of the ID requirements as
5 prescribed by this change.
6         Now, my concern there is, is at the county
7 level -- you know, I think Senator West brought it up --
8 is how much is going to be incumbent on each county, you
9 know?  I and others here on this floor represent the
10 largest county, Harris County, and Harris County is
11 already starting to lay off, and they have a shortfall,
12 and they are laying off as we speak right now.  So, you
13 know -- and I see what it says in the bill, you know,
14 that you're going to get together with them.  I mean,
15 are they going to have the money?  Or where is the -- if
16 they don't have the money, where is the other money
17 going to come from?  Other than the 2 million you
18 already have prescribed here and any federal matches
19 that come in, where is that money going to come if those
20 counties cannot provide?
21         MS. McGEEHAN:  I think that the bill
22 presumes that counties have a website, and so this

TX_00001119
JA_001118
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001119

USA_00016000

23  requirement is that they post, you know, the information
24  about the new photo ID requirements that the Secretary
25  of State's Office will actually prescribe.  So we will
0479
1  send that out to the counties, and then they'll have to
2  post it on their website.
3           Now, in light of the fiscal
4  circumstances -- and Senator West has asked us to do a
5  survey -- we'll probably get some very detailed
6  information, you know, as far as the counties' fiscal
7  circumstances, if they are going to have to take down
8  their websites or, you know, where they are going to
9  have to cut.
10          SEN. GALLEGOS:  Well, you know, with all
11  due respect, I mean, we can presume a lot of things, and
12  I could presume a lot of things, you know, just on
13  anything, but I can tell you right now -- I'm not
14  presuming -- I know that they're laying off in Harris
15  County right now.  That's not a presumption.  That's a
16  fact; that's a fact.  And they're also furloughing in
17  the City of Houston.
18          So, I mean, it just concerns me that this
19  section here that says you're going to work hand-in-hand
20  with each registrar in each county, and if those
21  counties are already going through a budget shortfall
22  like we are, then how can you presume that they're going
23  to have -- I'm just saying that this bill presumes that
24  they're going to have a website and they're going to
25  have people to handle the education.
0480
1           You can't presume anything if they're
2  laying off right now as we speak, and that's a fact.
3  Like I said, that's not a presumption.  That concerns
4  me.  And what I'm asking is that if that can't happen in
5  Harris County or any other county in this state, where
6  is the extra money?  If they don't have, obviously, the
7  funds to provide what is prescribed under Senate Bill
8  14, where is that money going to come from?
9          MS. McGEEHAN:  Well, you know, Senate Bill
10  14 doesn't make an appropriation to the county, so I
11  don't know the answer to your question on that because,
12  like I said, the bill -- I think the assumption is that
13  counties have a website.  So if they're not going to
14  have a website --
15          SEN. GALLEGOS:  But the bill prescribes
16  that you will work in conjunction with the county
17  registrar.  Is that what I'm reading --
18          MS. McGEEHAN:  Yes.
19          SEN. GALLEGOS:  -- or am I reading the
20  wrong bill?
21          MS. McGEEHAN:  Maybe I'm not -- the way I
22  read that was that we would provide them the wording,
23  the language that they would put up on their website.
24          SEN. GALLEGOS:  Well, you're going to

file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001120

USA_00016001

25  provide them with that. But what about the bodies and
0481
1  any other education that's prescribed by this bill?  If
2  they don't have the bodies -- they're laying off bodies
3  right now.
4          MS. McGEEHAN:  Yes.
5          SEN. GALLEGOS:  Okay.  And you see where
6  I'm going here?
7          MS. McGEEHAN:  No, I understand.
8          SEN. GALLEGOS:  And if you provided a
9  fiscal note, you know, that we're going by and that's on
10  every website in the State of Texas, everybody that has
11  a computer, then really what I'm asking you, is this a
12  true fiscal note or is it misleading to the voters out
13  there, that it's going to cost more than what you're
14  showing here if other counties are having budget
15  shortfalls like we are?
16          MS. McGEEHAN:  Well, when we're asked to
17  submit a fiscal note to LBB, they want to know what the
18  state impact is.  So generally we don't solicit what the
19  impact is to local government.  And I'm not exactly sure
20  who within LBB does that, if that's LBB or the
21  Comptroller.  But I can tell you -- and maybe we've been
22  doing them wrong, but the way we've understood our
23  requirement in responding to a fiscal note request was
24  to state what the state impact was.  It's specifically
25  for the agent -- you know, like for our agency for the
0482
1  Secretary of State's office.
2          SEN. GALLEGOS:  Okay.  So what you're
3  telling me is that outside of the $2 million that's in
4  the fiscal note and that under this section that you're
5  going to work with the registrar in each county, then we
6  just have to roll the dice and hope that the money is
7  there.  Is that what you're telling me?
8          MS. McGEEHAN:  Well, I think this fiscal
9  note that LBB did put -- does indicate that there may be
10  some county costs.  You know, they did put some numbers
11  in for Tarrant County and for Bexar County.  So, you
12  know, it's not -- I don't think it's the number you're
13  looking for.  It's not a comprehensive number, but I
14  think that the fiscal note does indicate that there may
15  be a fiscal impact on counties.
16          SEN. GALLEGOS:  There may be a fiscal
17  impact.  You don't know how much?
18          MS. McGEEHAN:  No, I don't.
19          SEN. GALLEGOS:  So what we're looking at
20  in your fiscal note is just an open-ended fiscal note.
21  Is that what you're telling me?
22          MS. McGEEHAN:  The fiscal note is really
23  showing the impact on the Secretary of State's office.
24  I can't really speak to how the portion of the fiscal
25  note that concerns impact on local government, how
0483

TX_00001121
JA_001120
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001121

USA_00016002

1 LBB -- you know, what their process is. I don't really
2 know.
3        SEN. GALLEGOS:  All right.  Then let me
4 rephrase my question.
5        MS. McGEEHAN:  Okay.
6        SEN. GALLEGOS:  So the $2 million that
7 you're showing is what the state is going to be
8 impacted.  And the language that is showing you're going
9 to work in conjunction with the counties, you know, you
10 cannot speak to that, so we really don't know.  Is that
11 what you're saying?  It could or could not be impacted
12 for a million, two million, three million, whatever the
13 number.  I don't know the numbers that you gave Bexar
14 County and Tarrant County.  I have not been privy to
15 those numbers.  But what I'm saying is, I really would
16 like to know that if my county is going to be impacted,
17 if at all, it's going to be in here, you know.  Do you
18 see what I'm saying?
19        MS. McGEEHAN:  Well, yes, I understand
20 what you're saying.  And we are going to be sending out
21 a survey to try and gather that data from all the
22 counties.
23        SEN. GALLEGOS:  You know, I don't like the
24 mandate to my county, something that this bill said that
25 they will do and then find out that they don't have the
0484
1 funds to do it.  You know, to me, that's an unfunded
2 mandate in really telling Texans that are looking at
3 this debate on computer and that are looking at this
4 bill online, that this $2 million fiscal note that
5 you've provided is only an impact to the state, not the
6 counties, not each county.  Is that correct?
7        MS. McGEEHAN:  That's correct.
8        SEN. GALLEGOS:  Okay.  Thank you very
9 much.
10        CHAIRMAN DUNCAN:  Thank you, Senator
11 Gallegos.
12        Senator Van de Putte.
13        SEN. VAN de PUTTE:  Thank you,
14 Mr. Chairman.
15        Ms. McGeehan, you've been an excellent
16 resource witness for us, and there are just two
17 questions that I need to ask to get into the record with
18 regard to a survey.
19        Does Texas participate in the Election
20 Administration and Voting Survey?
21        MS. McGEEHAN:  Yes.
22        SEN. VAN de PUTTE:  When was this survey
23 completed, the last survey was completed?  Was it after
24 the 2008 election?
25        MS. McGEEHAN:  Yes.
0485
1        SEN. VAN de PUTTE:  So we have that survey
2 available?

TX_00001122
JA_001121
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001122

USA_00016003

3          MS. McGEEHAN:  Yes.
4          SEN. VAN de PUTTE:  Okay.  The question
5   that I have goes to the data on the survey that goes, I
6   think, to all -- and this is the federal commission --
7   dealing with the number of provisional ballots in the
8   State of Texas.  As far as you know, how do we rank in
9   the number of provisional ballots that are used with
10  regard to our voting population?
11         MS. McGEEHAN:  My general recollection is
12  that as far as the total number cast, we're on the lower
13  end.  But as far as the number of provisional votes,
14  meaning that not as many people cast a provisional vote
15  in Texas as in some other states, but as far as the
16  number of provisional ballots that are counted --
17         SEN. VAN de PUTTE:  Yes.
18         MS. McGEEHAN:  -- we have one of the lower
19  rates among the states as to the number of provisional
20  ballots that are counted.  It is my understanding that
21  in the state chart, that we have very high rejection
22  provisional ballot rates.  So, in other words, even
23  right now under this system that we have, that the
24  number of provisional ballots that are cast, we have
25  some of the highest rejection rates for those
0486
1   provisional ballots in all of the country.
2          MS. McGEEHAN:  Yes.
3          SEN. VAN de PUTTE:  At least that's what I
4   understand from the report.
5          MS. McGEEHAN:  That's correct.
6          SEN. VAN de PUTTE:  Thank you.  I know
7   that we have the datasets that were put in for 2008, and
8   so hopefully that we will be able to get this and make
9   sure that as we monitor the bill as it progresses and
10  the bill as it's implemented, we certainly don't need to
11  get to the bottom of the bottom of the bottom on
12  rejection of provisional ballots.
13         Thank you.
14         CHAIRMAN DUNCAN:  Thank you, Senator Van
15  de Putte.
16         Senator Fraser.
17         SEN. FRASER:  Thanks for being here today
18  and waiting all day.
19         I would like to clarify a point before you
20  sit down.  I think you're aware this morning that we had
21  entered into a record -- the Secretary of State had a
22  letter addressing the $2 million in the HAVA funds that
23  was put into the record.  Our understanding, from
24  talking to the Secretary, the way the HAVA funds work,
25  and also her relationship with the county, that she has
0487
1   very broad discretion, assuming that the HAVA people
2   approve the using of this.
3          The $3 million that you're talking about
4   in voter education, it doesn't necessarily mean that

TX_00001123
JA_001122
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001123

USA_00016004

5   it's three plus two.  It's possible that there's an
6   overlap, that this two million could be folded in --
7   possibly into the three.  But that discretion goes back
8   to the Secretary and they make a determination.  Is that
9   not true?
10          MS. McGEEHAN:  That's exactly right.
11          SEN. FRASER:  The other thing that I want
12   to clarify that there is a lot of discussion about, what
13   expense might go to Houston or what expense might go to
14   Bexar.  Right now there is not clear, because I think
15   there's a lot of discussion going on of whether is that
16   Bexar expense or is that Secretary of State expense?
17          And we've got to determine what those
18   dollars are being spent on.  Can we use Secretary of
19   State dollars and HAVA funds for that?  So I think we're
20   premature of a county saying they've got "X" amount of
21   expenses, because it's possible that some of those
22   expenses flow from the Secretary of State's office, they
23   do not flow to the county, and they could handle that
24   with available people within the county and budget.  Is
25   that not correct?
0488
1          MS. McGEEHAN:  That's correct.  And just
2   an example of that, the cost that Bexar County put in
3   the fiscal note was -- I think their assumption was that
4   the certificate, the voter registration certificate
5   would have to increase in size.  And I don't see
6   anything in the bill that requires that.  And the
7   Secretary of State prescribes the form.  So once that's
8   explained to the county, they might withdraw that
9   fiscal --
10          SEN. FRASER:  I want to make sure that
11   that's clear, is that some of these assumptions are
12   possibly the-sky-is-falling assumptions that this is --
13   you know, this expense is going to be put on us, and I
14   don't think that's been discussed.  And some of this, I
15   think, can be done by ruling of the Secretary of State,
16   directing them.  And there is a real good chance that a
17   lot of these expenses go away that can be absorbed
18   through the Secretary of State.  And that is correct,
19   isn't it?
20          MS. McGEEHAN:  Yes.
21          SEN. FRASER:  Okay.  I wanted to clear
22   that up.  Thank you so much.
23          CHAIRMAN DUNCAN:  The Chair recognizes
24   Senator Williams.
25          SEN. WILLIAMS:  Thank you, Mr. Chairman.
0489
1          Ms. McGeehan, I want to add my thanks for
2   you hanging in here with us all day.  There's about
3   three things that I would like to clear up with you.  I
4   just want to understand unequivocally, HAVA funds can be
5   spent for things like training poll workers.  Is that
6   correct?

TX_00001124
JA_001123
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001124

USA_00016005

7        MS. McGEEHAN: Yes.
8        SEN. WILLIAMS: Okay. Thank you. Then
9  are you familiar with the voter ID bill that went
10  into -- in Utah recently? Have you taken a look at
11  that?
12        MS. McGEEHAN: No, I have not looked at
13  that.
14        SEN. WILLIAMS: Okay. I just think it's
15  noteworthy, in light of Senator Van de Putte's comments,
16  because the Salt Lake County Clerk's office -- I've got
17  a news report here -- it's confirmed that there were
18  only 13 cases of voters having to pick up their
19  provisional ballots because they didn't have the proper
20  identification to vote when they put this new law into
21  effect. So it seems like it's had a great -- again, one
22  more state where the impact has been really minimal.
23  I'm not sure why we're having these other issues, but I
24  don't think its because of this.
25        And then finally I wanted to ask you, we
0490
1  had talked earlier about the project that I asked you to
2  do, to cross-reference the driver's licenses and the
3  voter registration. How is that coming along? I know I
4  only asked today, but I just --
5        MS. McGEEHAN: Yes.
6        SEN. WILLIAMS: -- but what is a
7  reasonable expectation for us to get that information?
8        MS. McGEEHAN: I would hope by the end of
9  the week. One thing that our IT folks and our election
10  experts are trying to struggle with is like matching
11  criteria --
12        SEN. WILLIAMS: Right.
13        MS. McGEEHAN: -- you know, which we won't
14  have a TLD number, so we're working through some of
15  that. But I would expect by the end of the week we
16  would have it, if not earlier.
17        SEN. WILLIAMS: Okay. So do you need any
18  further direction from us? For instance, if we wanted
19  to target that universe of people that we know are out
20  there and maybe make a little extra effort to make sure
21  that they understood they were going to have a new
22  requirement when they went to vote as far as getting a
23  photo ID, if they didn't already have one -- and we've
24  identified who they are -- if we gave legislative intent
25  as a part of the bill tomorrow, would that be sufficient
0491
1  for you-all and the Secretary of State's office to take
2  that direction and know that that's something that we
3  wanted to have done in your training plans and voter
4  education plans?
5        MS. McGEEHAN: Yes. I think if there were
6  a statement of legislative intent, we would certainly
7  follow that.
8        SEN. WILLIAMS: That would be sufficient.

TX_00001125
JA_001124

TX_00001125

USA_00016006

9  Okay.  Thank you very much.  Appreciate your help.
10        CHAIRMAN DUNCAN:  All right.  Members, are
11  there any other questions of Ms. McGeehan?
12        Okay.  The Chair hears none.  Thank you,
13  Ms. McGeehan.
14        The Chair calls David Maxwell, Deputy
15  Director of Law Enforcement, Texas Attorney General's
16  Office.
17        Mr. Maxwell, would you approach and state
18  your name and who you represent, and then we'll open it
19  up for questions.
20        TESTIMONY BY DAVID MAXWELL
21        MR. MAXWELL:  I have a written statement
22  that I would like to put into the record, sir.
23        CHAIRMAN DUNCAN:  Well, we haven't been
24  doing that.
25        MR. MAXWELL:  Okay.
0492
1         CHAIRMAN DUNCAN:  If you would just go
2  ahead and --
3         SEN. WEST:  Mr. Chairman?
4         CHAIRMAN DUNCAN:  We'll see.  There is a
5  proper way to get that in.  And if --
6         MR. MAXWELL:  My name is David Maxwell.
7  I'm a resource witness.
8         CHAIRMAN DUNCAN:  Would you state your
9  name and who you represent.
10        SEN. WEST:  Mr. Chairman?
11        CHAIRMAN DUNCAN:  Just let him state his
12  name, and then I'll take your inquiry.
13        Mr. Maxwell.
14        MR. MAXWELL:  My name is David Maxwell.
15  I'm the Deputy Director of Law Enforcement for the Texas
16  Attorney General's office.
17        CHAIRMAN DUNCAN:  All right.  Senator
18  West, for what purpose?
19        SEN. WEST:  Mr. Chairman, I would like to
20  introduce an exhibit.  I think it's Exhibit 10.
21        CHAIRMAN DUNCAN:  Oh, okay.  Exhibit 10.
22  Do we have Exhibit 10 up here?  Do you have copies ready
23  for distribution?
24        SEN. WEST:  Yes, I think you have the
25  exhibit up there.  And, members, what Exhibit 10 is, is
0493
1  a letter from the members of the Congressional
2  delegation:  Sheila Jackson Lee, Eddie Bernice Johnson,
3  Charlie Gonzalez, Lloyd Doggett, Gene Green, Rubén
4  Hinojosa, Sylvestre Reyes and Al Green, asking that
5  we -- opposing Senate Bill 14 and stating the reasons
6  why they oppose Senate Bill 14.
7         So I would introduce that into the record.
8         CHAIRMAN DUNCAN:  Members, any objections?
9         The Chair hears none.  It will be received
10  in the record.

TX_00001126
JA_001125
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001126

USA_00016007

11      (Exhibit No. 10 marked and admitted)
12      CHAIRMAN DUNCAN:  Okay.  Are there any
13 questions for Mr. Maxwell?
14      All right.
15      The Chair hears none.
16      (Off-the-record discussion)
17      CHAIRMAN DUNCAN:  All right.  Are there
18 any questions of Mr. Maxwell?
19      (Brief pause)
20      CHAIRMAN DUNCAN:  All right.  The Chair
21 hears none.
22      Thank you, Mr. Maxwell.  Appreciate you.
23
24
25
0494
1           PUBLIC TESTIMONY
2      CHAIRMAN DUNCAN:  Okay.  We are now ready
3 to go into the public witness phase of the hearing
4 today.  According to our pre-set procedure, I'll call
5 the names of the first five witnesses and they will be
6 brought down to the Senate floor, and then we'll call
7 them in their order.
8      First is John Patrick, Anita Pruitt,
9 Jessica Gomez, Terri Burke, and Clifford Gay.
10     (Brief pause)
11     SEN. VAN de PUTTE:  Mr. Chairman?
12     CHAIRMAN DUNCAN:  Yes.
13     SEN. VAN de PUTTE:  Inquiry, Mr. Chairman.
14 I have a statement here from one of our constituents
15 representing the Southwest Voter Registration Education
16 Project to put into the record.  What appropriate time
17 would you accept this or would it be appropriate to put
18 this into the record?  This is someone who wants to put
19 something into the record but is not here to testify.
20     CHAIRMAN DUNCAN:  It can go in at your
21 request as a part of the record.  But it's not a sworn
22 statement.  Is that correct?
23     SEN. VAN de PUTTE:  That's correct.
24     CHAIRMAN DUNCAN:  I think the process that
25 we discussed earlier on was that any senator could put
0495
1 anything in the record that was -- you know --
2      SEN. VAN de PUTTE:  Mr. Chairman, may I be
3 allowed to enter into the record the statement prepared
4 and presented by Lydia Camarillo, Southwest Voter
5 Registration Education Project Vice President?
6      CHAIRMAN DUNCAN:  As exhibit what?  Number
7 what?  Be number 11?
8      SEN. VAN de PUTTE:  No. 11.
9      CHAIRMAN DUNCAN:  Is there any objection?
10     The Chair hears none.  It will be
11 received.
12     (Exhibit No. 11 marked and admitted)

TX_00001127
JA_001126
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001127

USA_00016008

13      CHAIRMAN DUNCAN: Okay. And while our
14  first five public witnesses will be approaching, let me
15  go ahead and announce the names of the next five
16  witnesses.
17      Catherine Engelbrecht, Carol Kitson,
18  Placido Salazar, Roman Pena and Rosa Rosales.
19      Okay. If you'll approach. The first
20  witness that we have is -- I don't have those cards --
21  here we go -- witnesses and panel of -- you will have
22  three minutes. You'll get a -- I guess a 30-second
23  warning, is a yellow light, that it comes on. We will
24  not interrupt you. And then after you're finished, then
25  the members may ask you questions.
0496
1       All right. Go ahead and approach the
2  bench, Mr. Patrick. State your name and who you
3  represent.
4       TESTIMONY BY JOHN PATRICK
5       MR. PATRICK: My name is John Patrick.
6  I'm the Secretary-Treasurer of the Texas AFL-CIO.
7       Members of the Senate, Mr. Chairman, as an
8  officer of the Texas AFL-CIO, I talk to workers we
9  represent around the state. Those employees include
10  refinery workers, teachers, plumbers, nurses,
11  steelworkers, theatrical workers, correctional officers,
12  firefighters, flight attendants, state workers, rubber
13  workers and countless other trades and professions.
14  From my experience at this point in time, three issues
15  concern our Texas union members above all others.
16  First, jobs; second, jobs; third, jobs. Quite frankly,
17  from my perspective and from the perspective of the
18  AFL-CIO, jobs should be the emergency issue before this
19  legislative session, not the voter ID bill.
20      Senate Bill 14 will be the first bill
21  considered by a committee in the Texas Senate during
22  this legislative session. The Governor has designated
23  this bill as an emergency item. Unfortunately, I'm not
24  aware of any mention of the word "jobs" or "employment"
25  in Senate Bill 14. Senate Bill 14 would no longer allow
0497
1  someone to vote with a voter registration certificate
2  alone but would require an official photo ID. The
3  stated reason for the issue is alleged voter fraud.
4       Thousands of education employees around
5  this state, as well as state employees and other local
6  government employees, are concerned about budget cuts
7  being considered by this state legislature. Those
8  individuals would prefer that this body consider
9  legislation that addresses our budgetary concerns rather
10  than debating voters' photos.
11      Thousands of private sector employees are
12  also concerned about jobs, as well they should be.
13  Rather than obsessing about voters' photos, they would
14  probably prefer that you consider legislation that

USA_00016009

15  establishes a preference for state and local governments
16  to buy American products and services.
17          CHAIRMAN DUNCAN:  Thank you, Mr. Patrick.
18  Your time has expired.
19          Members, are there any questions of the
20  witness?
21          All right.  The Chair hears none.
22          We appreciate your appearance.
23          The Chair calls Anita Pruitt -- or
24  "Privitt."
25          Ms. Pruitt.
0498
1           TESTIMONY BY ANITA PRUITT
2           MS. PRUITT:  I'm Anita Pruitt.  I
3  represent the League of Women Voters of Texas.
4           For the 90-plus years since women gained
5  the right to vote nationally, LWV has educated and
6  agitated for active, informed participation of all
7  citizens in government.  No form of participation is
8  more important than voting.  We oppose any requirement
9  that imposes needless difficulties on voters or tends to
10  discourage legitimate voters from going to the polls and
11  casting a ballot.
12          Texas voters know that identification is
13  already required.  To close what is characterized as a
14  potential loophole for fraud, SB 14 would restrict
15  acceptable identification a voter must present to a
16  limited list of photo IDs and provide for criminal
17  penalties.  The real voting problem in Texas is not
18  potential voter impersonation but low voter turnout.
19  Texas was 46th among the states in turnout of the voter-
20  eligible population for 2008 and 50th for the 2010
21  general election.  No state had a lower turnout.
22          In each election cycle, League of Women
23  Voters fields hundreds of questions from voters around
24  the state.  These questions show that Texas voters are
25  often confused about requirements and discouraged from
0499
1  voting when they don't understand the process.  SB 14
2  would add uncertainties for voters and for election
3  workers.  The bill would make it more difficult for many
4  legitimate voters to cast a ballot and tend to
5  discourage many more legitimate voters from even going
6  to the polls.
7           Student voters would be among those
8  adversely affected.  Many students registered to vote in
9  Texas or eligible to register to vote under Texas law
10  might not have any of the voter IDs specified for SB 14.
11  Those who register to vote where they attend school may
12  fear that they will be turned away at the polls because
13  their documents don't match.
14          In a few years we will celebrate the 50th
15  anniversary of landmark civil rights legislation.  Now
16  we wonder how it could be so hard to have gotten that

TX_00001129
JA_001128

TX_00001129

USA_00016010

17  legislation passed.  I'm wondering now, if we pass this
18  legislation in Texas, how future generations will look
19  back at us.  Will they wonder why we did this or was it
20  a legitimate thing that we did?
21          The League of Women Voters of Texas
22  believes that this legislation is a backwards step, and
23  we ask you to oppose it.
24          CHAIRMAN DUNCAN:  Thank you, Ms. Pruitt.
25          Are there any questions of Ms. Pruitt?

0500

1          All right.  The Chair hears none.
2          We appreciate your appearance here today.
3          The Chair calls Jessica Gomez.
4          Please state your name and who you
5  represent.
6          TESTIMONY BY JESSICA GOMEZ
7          MS. GOMEZ:  Thank you, Mr. Chairman.  My
8  name is Jessica Gomez, and I'm here as a voting rights
9  specialist with Advocacy Incorporated, the protection
10  and advocacy system for people with disabilities in the
11  State of Texas.
12          I'm here today testifying in opposition on
13  behalf of Advocacy Incorporated, as well as the
14  Disability Policy Consortium, because of the large and
15  onerous burdens Senate Bill 14 would place on the number
16  of Texans with disabilities that do not have the photo
17  identification required by this bill.
18          An estimated 10 percent of people with
19  disabilities do not have photo identification.  In
20  Texas, that equals 257,800 voting age persons with
21  disabilities who do not have the photo identification
22  required by this bill.  People with disabilities are
23  less likely to have photo ID because many do not drive
24  and rely on others to assist them with activities such
25  as banking, that requires photo ID.

0501

1          I will not go through all of the burdens
2  upon people with disabilities to obtain an ID, since my
3  colleague, Chase Bearden, already outlined those for
4  you.  But I did want to urge all of you to consider an
5  exemption for people with disabilities in the State of
6  Texas who do not have an ID.
7          And this bill will likely pass, in light
8  of the burdens that it places on people with
9  disabilities.  I would urge you all to consider
10  throughout this session other ways that you might ease
11  the voting process for people with disabilities.  For
12  instance, a permanent mail-in ballot application,
13  enforcement of the National Voter Registration Act which
14  requires all state agencies, not just the Department of
15  Public Safety, to offer voter registration
16  opportunities, and expansion of the number of people a
17  person can assist in filing a late ballot on the basis
18  of a disability.

TX_00001130
JA_001129
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001130

USA_00016011

```
19          I stand ready to assist all of your
20  offices in thinking about the ways that this bill might
21  impact people with disabilities and ways that it can be
22  revised to benefit them.
23          Thank you.
24          CHAIRMAN DUNCAN:  Thank you, Ms. Gomez.
25          Are there any questions for the witness?
0502
 1  All right.  The Chair hears none.
 2          We appreciate your appearance here today.
 3          Oh, I'm sorry, Senator Zaffirini.  I
 4  didn't see it.
 5          QUESTIONS FROM SENATE FLOOR
 6          SEN. ZAFFIRINI:  That's all right.  Thank
 7  you, Mr. Chairman.
 8          Thank you so much for your testimony.  Did
 9  you hear Mr. Bearden's testimony earlier?
10          MS. GOMEZ:  Yes, ma'am, I did.
11          SEN. ZAFFIRINI:  And you heard my question
12  when I asked him if he had specific amendments for this
13  particular bill that would help us cure it and make it
14  more positive, have a positive impact on persons with
15  disabilities who want to vote?
16          MS. GOMEZ:  Yes, I did.
17          SEN. ZAFFIRINI:  Do you have additional
18  suggestions or only the suggestions that you just
19  articulated?
20          MS. GOMEZ:  Well, those are suggestions
21  that would be in addition to this bill.  These would be
22  separate bills filed by senators.  In terms of an
23  exemption or an amendment for this bill, I would suggest
24  an affidavit that people with disabilities could sign
25  that would provide criminal penalties if they were to
0503
 1  lie on that affidavit.
 2          To further secure that process, you could
 3  also require a fingerprint so that if that person did
 4  vote fraudulently and then another person, the real
 5  voter came in, you could run the fingerprints and
 6  prosecute the original voter.
 7          I would not support any amendments that
 8  would require verification of the disability status,
 9  because that would just again place another burden on
10  people with disabilities to prove their status in order
11  to vote.
12          SEN. ZAFFIRINI:  It would also add an
13  expense, wouldn't it?
14          MS. GOMEZ:  Sorry?
15          SEN. ZAFFIRINI:  It would also add an
16  expense?
17          MS. GOMEZ:  Absolutely.  And for many of
18  the reasons that Mr. Bearden outlined in his testimony,
19  because of the expenses of traveling and obtaining the
20  necessary documentation.
```

TX_00001131
JA_001130
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001131

USA_00016012

21      SEN. ZAFFARINI: Well, how do you respond
22 to the person who will say, well, persons with
23 disabilities don't have to drive or get a ride to the
24 driver's license office or to DPS in particular, the
25 agency itself, to get a voter -- I mean, a photo ID,
0504
1 they can simply register on-line? How do you respond to
2 that suggestion?
3      MS. GOMEZ: I don't believe that there is
4 a process to make that readily available. And, in
5 addition, there is such a high number of people with low
6 income who have disabilities that many of them might not
7 have access to computer or the Internet that would be
8 required to do that on-line.
9      SEN. ZAFFIRINI: So you would worry about
10 a digital divide for persons with disabilities?
11      MS. GOMEZ: Absolutely.
12      SEN. ZAFFIRINI: Okay. Thank you very
13 much.
14      MS. GOMEZ: Thank you.
15      CHAIRMAN DUNCAN: Thank you, Senator
16 Zaffirini.
17      Are there any other questions of
18 Ms. Gomez?
19      The Chair hears none.
20      Thank you very much.
21      The Chair calls Terri Burke.
22       TESTIMONY BY TERRI BURKE
23      MS. BURKE: Good evening, senators. I'm
24 Terri Burke. I'm the Executive Director of the ACLU of
25 Texas.
0505
1      I'm here to talk about SB 14 in the
2 context of provisional ballots. But I want to be
3 certain you know that we believe that Texas is overdue
4 for an overhaul of its election law, and we would
5 certainly support a comprehensive look at that.
6      More than two years ago, Attorney General
7 Abbott pledged to root out what he called an epidemic of
8 voter fraud in Texas. He established a special unit in
9 his office. He tapped $1.4 million in federal crime-
10 fighting grant money and dispatched legislators --
11 "legislators" -- yes, maybe that, too -- investigators.
12 In '08, the last time we heard about this, General
13 Abbott had prosecuted 26 cases, all involving blacks or
14 Hispanics. All were committed by absentee ballot, not
15 in-person voting. So how would photo voter ID have
16 addressed those lives? SB 14 is still as it was in '09.
17 It is still a solution in search of a problem.
18      Provisional ballots are one of the
19 legislative priorities of the ACLU of Texas this
20 session. We believe that these ballots were developed
21 to give the opportunities to voters to cast a
22 provisional ballot. They were envisioned as fail-safe

TX_00001132
JA_001131
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001132

USA_00016013

23  voting protection for the voter to remedy faulty voter
24  lists.  What we're discovered in researching those in
25  Texas is that we have an extremely high rate of ballot
0506
1  rejections.  The average rate of rejection nationally is
2  20 percent; yet, in Texas, it's nearly 80 percent of the
3  provisional ballots cast, as least in the '08 election.
4  In other words, 42,000 Texas voters who cast provisional
5  ballots in 2008 saw most of those were not accepted.
6  9,400 were counted.
7         If passed, SB 14 will no doubt increase
8  the number of provisional ballots that are cast at the
9  polls and also will increase the number of votes that
10  are rejected, due to new identification requirements.
11  This bill would cost more Texas voters their legitimate
12  right to vote.  32,000 Texas voters were rejected in
13  2008.  That so many were rejected is a threat to our
14  representative democracy.  Texas ranked, as you've
15  heard, 50th in registered voter turnout for 2010.  We
16  cannot continue placing undue burdens on eligible voters
17  and keep a healthy democracy.
18         Thank you for your attention and thank you
19  for what you're doing for the State of Texas.
20         CHAIRMAN DUNCAN:  Thank you, Ms. Burke.
21         Are there any questions for Ms. Burke?
22         Okay.  The Chair hears none.  We
23  appreciate your appearance here today.
24         All right.  The next group of persons who
25  will need to be called into the chamber are Alfredo
0507
1  Esparza, Marcelo Tafoya, Barbara Baxter, Hector M.
2  Flores and Sergio Castillo.
3         All right.  Our next witness is Catherine
4  Englebrecht.
5         Ms. Engelbrecht, state your name and who
6  you represent.
7      TESTIMONY BY CATHERINE ENGELBRECHT
8         MS. ENGELBRECHT:  Hi.  My name is
9  Catherine Engelbrecht.  I'm with King Street Patriots
10  and True the Vote.  Thank you-all, senators, for the
11  privilege of being able to speak with you this evening.
12         I stand before you today to testify in
13  support of Senate Bill 14.  I'm President of King Street
14  Patriots, and I said earlier True the Vote, the two
15  non-profit groups, both based out of Houston.  King
16  Street Patriots is a volunteer organization of concerned
17  citizens, and True the Vote is a citizen-led initiative
18  to protect the right to vote and the integrity of the
19  election process.
20         True the Vote volunteers work to educate
21  citizens and train other citizen volunteers to be poll
22  workers and poll watchers for their party, candidate or
23  issue.  Now, the reason that that is important is
24  because in the last election cycle, we put out trained

TX_00001133
JA_001132
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001133

USA_00016014

25  volunteers over 1,000 volunteers.  And through the

0508

1  course of the election cycle, they turned back in over
2  700 what we call incident reports.  Those incident
3  reports categorically were indications of election laws
4  being broken.  But many of the abuses stemmed from the
5  lax and ambiguous forms of identification currently
6  accepted at our polls.
7          These types of abuses would have been
8  mitigated had we had benefit of legislation like SB 14.
9  We witnessed numerous instances in which voters were in
10  possession of more than one registration card.  For
11  example, a voter came in with a registration card and
12  turned it over to the election judge, who looked at the
13  poll book and said, "Oh, I'm sorry.  You're already
14  voted."  And he reached into his other pocket and said,
15  "Oh, well, how about this card?"
16          "That's a good card.  You can vote that
17  one."
18          Another instance where a woman came in to
19  vote and was told she had already voted.  And she said,
20  "Well, that's not the case.  I haven't."  And she looked
21  at the poll book and there was staring back at her a
22  signature that she did not recognize.
23          Without photo identification, there is no
24  way to verify that a person is who they say they are, if
25  they are that person on the registration card, a utility

0509

1  bill or the check.  These examples are clearly
2  violations of election code law, but there is no
3  realtime recourse for a poll worker.  Poll workers are
4  obliged to allow these individuals to vote, to cast a
5  regular ballot, because the system does not prevent it.
6          Without photo identification, the evidence
7  of impropriety is limited only to a signature
8  comparison, which is typically considered insufficient
9  to warrant any further review.  And so when we often
10  ask, "Well, where are the prosecutions?" it's because
11  more often than not, they end with the signature
12  comparisons, and that's all we have.
13          So as these scenes play out in polling
14  places across our communities over and over again,
15  election cycle after election cycle, the message
16  communicated to both poll workers and to voters is:  The
17  rules don't really matter.  And if the rules don't
18  really matter, then how do we know that our election
19  results are right?  We are on a very slippery slope.
20  And the surest way to regain our footing is to restore
21  common sense to our election code.
22          CHAIRMAN DUNCAN:  Thank you,
23  Ms. Engelbrecht.
24          MS. ENGELBRECHT:  Thank you so much.
25          CHAIRMAN DUNCAN:  Senator Williams, do you

0510

TX_00001134
JA_001133
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001134

USA_00016015

1  have a question?
2          QUESTIONS FROM SENATE FLOOR
3          SEN. WILLIAMS:  No.  I just wanted to
4  thank her for being here and for all the effort that her
5  group put into the last election cycle.  I really
6  appreciate what you guys are doing.
7          MS. ENGELBRECHT:  Thank you.
8          CHAIRMAN DUNCAN:  Thank you.
9          Any other questions?
10         Senator Patrick.
11         SEN. PATRICK:  Yes.  Thank you,
12  Mr. Chairman.
13         Catherine, thank you.  Senator Williams
14  said you did what so many people really wanted to have
15  done, and that was to put eyes on the election.  You
16  trained poll workers.  They stood there -- poll
17  watchers -- they identified; they reported.  You-all
18  stood up as citizens, fair and unbiased, and we
19  appreciate your work and your effort.
20         I met you just about a year ago, and you
21  were just a citizen, just a mom who, with your husband,
22  own your own business, that said, "I want to make a
23  difference," and I appreciate you and all the work that
24  those unheralded volunteers did.  Thank you very much.
25         MS. ENGELBRECHT:  Thank you.  Thanks to
0511
1  all of you.
2          CHAIRMAN DUNCAN:  Hold on a minute.  We've
3  got another questions.
4          Senator Van de Putte, did you have a
5  question?
6          SEN. VAN de PUTTE:  I sure did.  Thank
7  you, Mr. Chairman.
8          Thank you very much for coming and
9  especially for waiting so long.  But I wanted to
10  understand, because I'm from Bexar County and not from
11  Harris County where --
12         MS. ENGELBRECHT:  Sure.
13         SEN. VAN de PUTTE:  -- we love the people
14  to be involved.  But on the reports that we had from --
15  at least from the press, the group that you represent,
16  the King Street Patriots, it was an article about voter
17  intimidation.  And so I wanted to ask you, were the
18  districts, were the voting polling places that your
19  group believed were having the numerous amount of fraud,
20  where you were accusing several places of having voter
21  intimidation, mainly occur in minority district that
22  have been directed at Latinos and African- Americans, as
23  reported in the press?
24         MS. ENGELBRECHT:  That is all
25  unequivocally incorrect.
0512
1          SEN. VAN de PUTTE:  And so there --
2          MS. ENGELBRECHT:  May I?  I'll explain

TX_00001135
JA_001134
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001135
USA_00016016

3    very quickly. When we started the early election,
4    within just a few hours of the polls opening, we were
5    informed that a conference call, a press conference call
6    had been called by the Texas Democrat party, already
7    charging that there were 14 counts of voter
8    intimidation, with no backing whatsoever. Well, the
9    press ran with that, and it was all over the place.
10          The county attorney later said -- and,
11   unfortunately, that didn't make it out to the press --
12   that there was, in fact, no voter intimidation. And our
13   efforts were equally served over all 37 of the early
14   election polling places, so we did not single out any
15   community.
16          SEN. VAN de PUTTE: So this was at all --
17   you had groups at all of the early voting places, it
18   wasn't just in the places that had minority, mainly
19   Latino or African-American?
20          MS. ENGELBRECHT: That's correct. We
21   had --
22          SEN. VAN de PUTTE: Thank you for the
23   clarification.
24          MS. ENGELBRECHT: Thank you.
25          CHAIRMAN DUNCAN: Thank you, Senator Van
0513
1    de Putte.
2          Are there any other questions of the
3    witness?
4          All right. Ms. Engelbrecht, thank you for
5    your testimony today.
6          The Chair calls Carol Kitson.
7          Ms. Kitson, please state your name and who
8    you represent.
9    TESTIMONY BY CAROL KITSON
10          MS. KITSON: My name is Carol Kitson, and
11   I basically represent myself and, quite frankly, my
12   daughter.
13          This past November election, I was
14   appointed as an alternate judge in Harris County
15   precinct. And we had the presiding judge, two clerks.
16   We did have two poll watchers at that location, and a
17   translator.
18          In the late afternoon, the presiding
19   judge's husband, who was acting as election clerk and
20   responsible for giving each voter a numerical code, to
21   allow activation of a voting machine, commented to the
22   poll watcher that the voter he had just given this code
23   to had voted earlier in the day at our location. The
24   poll watcher agreed with this.
25          And I, too, had noted this same particular
0514
1    gentleman, because he had some very distinguishing
2    characteristics. He had a very distinctive scar and
3    limited use of one arm. I remembered seeing him earlier
4    in the day as a voter. Of course, I don't remember what

TX_00001136
JA_001135
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001136

USA_00016017

5  name or what voter card he used.  And because we could
6  not possibly identify him -- we're not allowed to ask
7  for a photo ID -- he was able to vote for a second time.
8         This man was recognizable, but most people
9  would not be.  We would have no way of knowing during a
10  busy election how many people were coming back through.
11  It's absolutely impossible.
12         Requiring all voters to present a photo ID
13  would prevent individuals from voting more than once.
14  This is important because even a few votes per precinct
15  passed fraudulent can affect the outcome in an election.
16  In Falls County where there's 9,392 registered voters,
17  they had a 42 percent turnout.  In the Governor's race,
18  the difference was only 86 votes.
19         In Val Verde County, where they have
20  27,801 registered voters, they had a 26 percent turnout,
21  and the difference was only 377 votes.
22         And in Bexar County, a very large county,
23  registered voters of 905,859, they have 622 precincts,
24  and they had a 34 percent turnout.  The difference was
25  1,671 votes between the two candidates for Governor.
0515
1  That's less than three votes per precinct.
2         Each fraudulent votes cast diminishes all
3  of the valid votes cast.  Every legal voter in Texas
4  deserves to know that his or her vote was counted
5  correctly, and we need to know that the winner of our
6  elections is truly the winner and not elected because
7  some voters used illegal means to get their candidate
8  elected.  We owe this to ourselves and to the future
9  generations of Texans.
10         Thank you very much for letting me be here
11  today.
12         CHAIRMAN DUNCAN:  Thank you, Ms. Kitson.
13         Are there any questions for Ms. Kitson?
14         All right.  The Chair hears none.
15         You're excused.  Thank you very much.
16         The Chair calls Placido Salazar.
17         Thank you, Mr. Salazar.  You have three
18  minutes.  State your name and who you represent, please.
19         TESTIMONY BY PLACIDO SALAZAR
20         MR. SALAZAR:  Yes, sir.  Good evening,
21  first of all, to all of you and thank you for serving
22  our state.  My name is Placido Salazar.  I'm a Vietnam
23  veteran, 20-year man, and I'm the Civil Rights chair for
24  the Dr. Hector P. Garcia American GI Forum Organization
25  of Texas.
0516
1         And I would like to say that this whole
2  thing about voter ID as well as other measures currently
3  trying to be pushed through the state and federal
4  legislation is xenophobia at its worst, fearing that
5  immigrants will vote.  And I'm also a present chair in
6  Universal City, and we have enough trouble getting even

TX_00001137
JA_001136

TX_00001137

USA_00016018

7  the registered U.S. citizen voters to the polls. Last
8  election, out of a city of almost 20,000, and mostly
9  veterans who you would think would appreciate the
10  privilege to vote, like myself, we had 60 Democrats and
11  75 Republicans, and we are worried about illegal
12  immigrants coming to vote. That's ludicrous.
13       The Dr. Hector P. Garcia American GI Forum
14  Organization of Texas, let it be known for the record
15  that we are totally opposed to the artificial emergency
16  grandstanding by Governor Rick Perry regarding the
17  non-issue of the Texas voter ID and other conveniently
18  selected self-promoting legislation. This senseless and
19  costly voter ID legislation will not just affect
20  Hispanics but also students, seniors and others who are
21  unable to get around; people living in nursing homes,
22  for example.
23       This is nowhere nearly as important nor
24  affecting every citizen of our Great State of Texas as
25  the ballooning budget deficit of up to $27 billion and
0517
1  the ridiculous cuts in education funding, especially
2  when Texas is almost at the bottom of other states in
3  the education ratings and cannot afford to fire any
4  teachers. Our teachers invested too much time and money
5  to fulfill their dreams of teaching our children. Stop
6  playing politics with our students' and our teachers'
7  lives and funding. Governor Perry, you were elected to
8  be governor of Texas. Be a sensible, responsible
9  governor of Texas.
10       Some schools in Texas have a drop-out rate
11  of 70 percent; yet, our governor is running around the
12  country promoting his book, Fed Up. Rick Perry, we are
13  fed up with the shameful number of student drop-out. He
14  can't even take care of business in Texas; yet, he wants
15  to promote himself to Washington D.C.? Give me a break!
16  We already had enough of that nonsense with your
17  predecessor. He left Texas' financial situation in
18  shambles, then he really fixed our wagon in D.C.
19       Too many of our Hispanic-American troops
20  gave their lives and too many MIAs may never come home,
21  fighting for the democracy and the freedom, or so-called
22  freedom, of other peoples in other countries around the
23  world for this great veterans organization, the AGIF, to
24  allow Rick Perry or any other political leader to
25  trample over our civil rights.
0518
1       CHAIRMAN DUNCAN: Mr. Salazar, your time
2  has expired. I'll give you a little bit --
3       MR. SALAZAR: Get rid of this legislation.
4  Thank you.
5       CHAIRMAN DUNCAN: Thank you for your
6  testimony and for your wait here today. Wait A minute.
7  There may be some questions. I don't know.
8       Are there any questions of the witness?

file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

9        All right.  The Chair hears none.

10        Thanks again for your appearance and your

11  testimony.

12        MR. SALAZAR:  Thank you, sir.

13        CHAIRMAN DUNCAN:  The Chair recognizes

14  "Riman" Pena.

15        Roman.  Okay.  It looks like an "i" to me.

16        State your name correctly, please, and who

17  you represent.

18        TESTIMONY BY ROMAN PENA

19        MR. PENA:  Mr. Speaker, thank you for your

20  kindness.

21        Senator Uresti -- my senator -- Senator

22  Van de Putte and senators and ladies and gentlemen, good

23  afternoon -- well, it's good night now.

24        My name is Roman Pena, also known as Vic

25  Pena.  And I am here today -- rather tonight --

0519

1  representing LULAC and the American GI Forum, who was

2  born of LULAC to represent soldiers returning from World

3  War II and wars thereafter.

4        As Vice Commander of the American GI

5  Forum, C.P. Garcia Chapter, and Texas LULAC Veterans

6  Affairs Chairperson, I'm very saddened as I sit here

7  listening to the author of this bill, Senator Fraser,

8  responding to your questions that he knows nothing of

9  how this new law will impact voters in Texas.  Many

10  years ago, then Senator Navarro wrote Sam Houston about

11  the Know Nothing party, and it wasn't nice.

12        Mr. Speaker, what is the real reason

13  behind this legislation?  To disenfranchise voters?

14  Which voters?  Fifty years ago, my generation -- and

15  some of you included -- had a vision to make Texas and

16  the United States of America a better place to live and

17  be happy and share the American dream.  And, my fellow

18  Texans, we succeeded, because we walked in the valley of

19  darkness and feared no evil, for great men and women

20  like yourselves said, "Enough is enough," ya basta!

21        Today some members of your generation are

22  trying to return Texas back to those dark ages.  I beg

23  of you to defeat this mean-spirited legislation, let not

24  the flesh overcome the spirit for it is said that the

25  fulfillment of the prophecy is at hand.

0520

1        Thank you, and have a good day.  And tear

2  down this bill, Mr. Speaker.

3        CHAIRMAN DUNCAN:  Well, thank you,

4  Mr. Pena.

5        Sen. Van de Putte, do you have a question?

6        CONDOLENCES FROM SENATE FLOOR

7        SEN. VAN de PUTTE:  Just for the witness.

8        Mr. Pena, we understand that you have just

9  experienced a personal loss.

10        MS. PINZUR:  Yes, I sure have.

TX_00001139
JA_001138

file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001139

USA_00016020

11      SEN. VAN de PUTTE:  So on behalf of the
12  Texas Senate, let me offer condolences on the death of
13  your wife, and so recently, and your patriotism and
14  belief in your government to come and testify when you
15  yourself had such a personal loss so quickly.  Please
16  note our condolences on the passing of your beautiful
17  wife.
18      MR. PENA:  I accept your condolences,
19  Senator.
20      Thank you very much.  Is there any
21  questions?
22      CHAIRMAN DUNCAN:  Any more questions?
23      The Chair hears none.
24      Thank you, Mr. Pena.  Appreciate it.  And
25  sorry for your loss.
0521
1      MR. PENA:  Thank you.
2      CHAIRMAN DUNCAN:  The Chair calls Rosa
3  Rosales, National Alliance for Education and Equity, and
4  LULAC.
5      State your name, please, and who you
6  represent.
7      TESTIMONY BY ROSA ROSALES
8      MS. ROSALES:  Honorable senators, ladies
9  and gentlemen, my name is Rosa Rosales.  I'm here today
10  representing the National Alliance for Education and
11  Equity -- and Equality -- and, of course, as an
12  immediate past national president of the League of
13  United Latin American Citizens, the oldest and the,
14  largest Latino organization in the nation that was
15  founded to eradicate discrimination of any shape and
16  form.
17      I am here today to voice strong opposition
18  to SB 14, voter ID.  At a time when the State of Texas
19  is having to deal with a $27 billion deficit and,
20  therefore, having big cuts in social services, health
21  care, education -- and higher education, this voter
22  education bill should not be a priority.  This is not a
23  quality-of-life legislation for the State of Texas for
24  all of us.
25      As a matter of fact, the bill will
0522
1  actually create unnecessary barriers for the elderly,
2  minorities and the working poor.  Texas has a history of
3  voter discrimination, as you have heard it here by many
4  that have testified.  If the law is enacted, it would
5  primarily affect minorities and the elderly.  The bill
6  would actually regress the State of Texas to the days of
7  the poll tax.  Voters, especially the working poor and
8  the elderly and women, will return -- or not return to
9  the county department, the voter registration county, to
10  provide the required identification within six days to
11  cure the provisional vote and the problem that we've had
12  with provisional votes here in the State of Texas.  Most

TX_00001140
JA_001139
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001140

USA_00016021

13  of them, a very high percentage, are rejected to begin
14  with.
15          The implementation of this bill will cause
16  the State of Texas a substantial amount of money. It's
17  been estimated $2 -- $2 million. That money could
18  actually be put to a better use, to address the
19  immediate needs of the State of Texas where every single
20  dollar is put into education. You know, higher
21  education, health care, nursing homes, social services,
22  instead of a voter ID bill, especially the State of
23  Texas, I have been told, is in the last place of all the
24  states in the United States when it comes to education.
25  What a shame.
0523
1          Finally, this SB 14, voter ID, is most
2  likely to violate Section 5 and Section 2 of the Federal
3  Voting Rights Act. LULAC is ready and prepared to take
4  any action, whether it be legal action tomorrow, if it
5  does violate the Voting Rights Act.
6          Thank you so much.
7          CHAIRMAN DUNCAN: Thank you very much.
8          Are there any questions for Ms. Rosales?
9          The Chair hears none.
10          Thank you for your testimony.
11          All right. We're ready for our next
12  panel. But before that, let me announce the last group.
13  Amalia Martinez, Fidel Acevedo, Ray Rodgers, Gordon
14  Quan, Rachel Delgado and Sandra Crenshaw.
15          Okay. The Chair calls Alfredo Esparza
16  with LULAC.
17          State your name and who you represent,
18  please.
19          TESTIMONY BY ALFREDO ESPARZA
20          MR. ESPARZA: My is Alfredo Esparza. I'm
21  for LULAC, District 15, San Antonio, Texas. I'm on
22  behalf of senior citizens in Bexar County, which I
23  represent.
24          And the reason that I'm here today, I
25  think this SB 14 is a bill that's very bad for senior
0524
1  citizens. And the reason, can you imagine if your
2  mother is 70 or 80 years old, trying to go and get an
3  ID? Are you going to take her or your son or your
4  daughter or his grandson? I don't believe so, because I
5  work with seniors citizens every day. And you know
6  what? It's a hardship just to go to get their needs and
7  their groceries or their medications.
8          And we come in as LULAC to help our senior
9  citizens. Now, just think, there is a hardship for
10  senior citizens to go and get a new ID just to vote. A
11  lot of senior citizens vote, but this bill will make it
12  a real hardship problem to senior citizens, especially
13  those that are on disability or SSI. It's hard for them
14  to get around.

TX_00001141
JA_001140
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001141

USA_00016022

15          After you pass 60 or 65 like me, you think
16  about where you're going and where you need to be.  And
17  I don't know about you, but I know as a fact that here
18  in Texas, it's not proper for bills like this to pass,
19  and that's why I'm here to testify about it.
20          Thank you very much.
21          CHAIRMAN DUNCAN:  Thank you, Mr. Esparza.
22          Are there any questions for Mr. Esparza?
23          The Chair hears none.
24          Thank you for your testimony today.
25          The Chair calls Marcelo Tafoya.
0525
1          Mr. Tafoya, please state your name and who
2  you represent.
3          TESTIMONY BY MARCELO TAFOYA
4          MR. TAFOYA:  My name is Marcelo Tafoya.
5  Good afternoon.  I am the District 12 director for
6  LULAC, the League of United Latin American Citizens.  I
7  also represent the CCC, the Coalition of Community
8  Concerns.  And the biggest concern we have is
9  discrimination, especially in voting.
10          A couple of years ago, I was pleased to
11  join some gentlemen that came down from the Justice
12  Department looking into voter fraud and voter
13  discrimination.  They found no voter fraud, but they
14  found six cases of voter discrimination against the
15  Hispanic community.  In cases where an Hispanic
16  individual came up, and they gave them 45 minutes,
17  because they had nobody there, to interpret for them on
18  the voting process.  A lady sat there for 45 minutes in
19  a wheelchair waiting for somebody to come down from the
20  county.
21          This is only one.  There were several
22  others that were turned away because they said that they
23  had broken in front of the line.  You know, I don't
24  understand a lot of the issues that was brought up at
25  the time, but it just happened to be a Spanish when all
0526
1  these things were occurring.
2          Now, as far as being handicapped, I find
3  an issue with cost.  Okay?  I'm on a fixed income.  I'm
4  pretty fortunate that I have my driver's license for a
5  long time ago so I get it through the mail.  Okay?  I
6  don't have to go take a test anymore.  Maybe later on,
7  they find out that I testified, they will probably call
8  me in to go take a test, check my eyes, do the whole
9  process.  Right?  But I don't care.  I'm willing to do
10  that or whatever it takes to defeat a bill that is
11  unnecessary.  Why do you have to try to fix something
12  that is working?
13          No. 2, why do you take this bill on today
14  when our children are failing in school?  Look, I'm
15  worried about my grandchildren, my great-grandchildren
16  that are not getting educated, that we're lacking the

TX_00001142
JA_001141
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001142

USA_00016023

17 money that it takes to educate our children properly.
18 Why don't you take something up like that instead of
19 worrying about somebody getting you elected again in
20 this process? So please defeat this bill, let's get
21 busy with the rule, let's get some money into the
22 caucus. Let's don't be spending it uselessly, spending
23 it for no reason whatsoever and start putting it where
24 it belongs, the education of our children and the
25 welfare of our community.

0527
1          I want to thank y'all very much. God
2 love!
3          CHAIRMAN DUNCAN: Thank you, Mr. Tafoya.
4 Hold on just a second.
5          Are there any questions for Mr. Tafoya?
6          All right. The Chair hears none.
7          Thank you for your testimony.
8          The Chair calls Hector M. Flores.
9 Mr. Flores, please state your name and who you
10 represent.
11          TESTIMONY BY HECTOR M. FLORES
12          MR. FLORES: Governor, Mr. Chairman,
13 members of the Senate, my name is Hector Flores. I'm
14 from Duncanville, Texas, and I'm here to represent the
15 Texas League of United Latin American Citizens known as
16 LULAC, and I'm here to give opposition to this bill.
17          With a budget shortfall and many other
18 issues confronting Texas during these hard economic
19 times, we cannot understand why voter ID is such an
20 urgent matter for the Texas Legislature. LULAC has
21 voted unanimously to oppose this bill, and we ask you
22 also to protect the voting rights of all citizens of
23 Texas but also ask you to protect the voting rights of
24 the Latino voters, as mandated by Section 5 and Section
25 2 of the Voting Rights Act.

0528
1          Specifically, LULAC argues against the
2 passage of any voter identification bill until such time
3 as Texas can guarantee zero tolerance of voter
4 discrimination and implement all protection of the Civil
5 Rights Act as ordered by the Supreme Court. Given the
6 history of Texas, this will be a long time in coming.
7          In 2005, 2006 and 2007, the Voting Rights
8 sections of the Department of Justice filed 10 separate
9 lawsuits against Texas. All 10 suits were for
10 discrimination against Mexican-Americans, and one of the
11 suits involved discrimination against Mexican-Americans
12 and African-Americans combined.
13          There was also a separate lawsuit in
14 Harris County for discrimination against Vietnamese-
15 Americans. All suits were successful against Texas, and
16 Texas entered into consent -- agreements to correct
17 discriminations.
18          During the same period, several suits were

TX_00001143
JA_001142
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001143

USA_00016024

19 brought by LULAC and MALDEF against Texas and also
20 against several government entities, in particular in my
21 hometown of Dallas, in Farmers Branch and in Irving,
22 Texas. And, obviously, in LULAC vs. Perry, the Supreme
23 Court found that Texas purposely discriminated against
24 Mexican-Americans in Congressional District 23 in
25 San Antonio where I come from.

0529
1        I have five pages, but I will only try to
2 synopsize. In light of the fact that the proposed bill
3 brought forward by the Texas Legisl- -- the Senate, it's
4 likely to violate both Sections 5 and Section 2 of the
5 Federal Voting Rights Act. LULAC urges you not to adopt
6 the proposed bill as is.
7        And, as you know, LULAC has participated
8 in over 400 court-ordered elections in Texas since
9 adoption of the Voting Rights Act, and we will
10 vigorously challenge any voter ID bill. We're also, as
11 has been mentioned earlier, ready to pursue an objection
12 before the Voting Rights section of the Department of
13 Justice, if necessary. But we hope that there are many
14 options that you can take, but the first one you can
15 take is not to support this bill.
16        I thank you very much for listening to me
17 tonight, and I hope you will do the right thing.
18        CHAIRMAN DUNCAN: Senator Gallegos, do you
19 have a question?
20        QUESTIONS FROM SENATE FLOOR
21        SEN. GALLEGOS: Yes.
22        Mr. Flores, let me ask -- and then I heard
23 you when you testified in Dallas and you were on the
24 redistricting hearing, and you were knowledgeable about
25 voting rights and all that. I heard your testimony

0530
1 today. I was wondering, were you in the chamber when
2 Prof. Tijerina testified?
3        MR. FLORES: Absolutely.
4        SEN. GALLEGOS: You heard his testimony?
5        MR. FLORES: Yes, I did.
6        SEN. GALLEGOS: Okay. Let me ask you,
7 hearing his testimony and the history of discrimination
8 against Mexican-Americans as far as voting here in the
9 State of Texas, do you agree with his testimony?
10        MR. FLORES: Yes, I do. In fact, the
11 first time that I voted, I had to go get a poll tax to
12 vote, when I turned of age. And so I had to decide
13 whether I was going to go to the movies that weekend or
14 go vote. And so, you know, it's a way to keep people
15 from voting, in my opinion. And, of course, that's one
16 of the reasons we did away with the poll tax in Texas.
17        SEN. GALLEGOS: So in your opinion, the
18 incidents that Prof. Tijerina pointed out in his
19 testimony -- and you've heard all of them; you heard all
20 of them -- that it leads up to discrimination that is

TX_00001144
JA_001143
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001144

USA_00016025

21  part of the history of the State of Texas to present.
22  How would you compare that to Senate Bill 14 that's on
23  the floor today?
24          MR. FLORES:  Well, I'm not only expert on
25  the bill, but I understand that there's still much
0531
 1  desired to be done to fix this bill so perhaps it might
 2  comply into the future.  Obviously, this is going to be
 3  just an obstacle for the elderly, for handicapped
 4  people, but also for minorities who may not have an ID
 5  to begin with.  And I would venture to say that both my
 6  grandmothers -- and I'm a fifth generation Tejano --
 7  both of my grandmothers didn't go around with their ID.
 8  And, you know, this is going to be a problem and it's
 9  going to keep people from voting.  I don't think it's
10  the right way to go for Texas.
11          SEN. GALLEGOS:  Mr. Flores, thank you for
12  coming to testify.  Thank you.
13          MR. FLORES:  Thank you, Senator.
14          CHAIRMAN DUNCAN:  Senator West, for what
15  purpose?
16          SEN. WEST:  Just one question.
17          Hector, how you doing?
18          MR. FLORES:  I got up at 4:30 this
19  morning.  They sequestered me over there.  They told me
20  I might be here till 8 o'clock in the morning like the
21  last time.  I said, "Absolutely not.  I got to go work
22  in the morning."
23          SEN. WEST:  Well, thank you very much for
24  coming down.  I really do appreciate it.
25          MR. FLORES:  My pleasure.
0532
 1          SEN. WEST:  You know, during the earlier
 2  conversation that I was having with Senator Fraser, he
 3  was saying that people in our district are supportive of
 4  this voter ID bill.  Now, you've lived in that district
 5  for as long as I have.
 6          MR. FLORES:  Thirty-eight years.
 7          SEN. WEST:  In fact, we kind of live
 8  pretty much around the corner from one another?
 9          MR. FLORES:  Yes, sir.
10          SEN. WEST:  And you have worked in that
11  district as an activist for years.  Is that correct?
12          MR. FLORES:  Yes, sir.
13          SEN. WEST:  So you have opportunities to
14  talk to people in the district.  Is it a fair
15  statement -- is that a fair statement that was made by
16  my friend, Senator Fraser, that the bulk of people in
17  the 23rd senatorial district favor this voter ID bill?
18          MR. FLORES:  I don't think so.
19          SEN. WEST:  Okay.  Thank you very much.
20          MR. FLORES:  Thank you, sir.
21  Mr. Chairman.
22          CHAIRMAN DUNCAN:  Thank you for your

TX_00001145
JA_001144

TX_00001145

USA_00016026

23   testimony.
24          Are there any other questions of the
25   witness?
0533
1           All right.  The Chair hears none.
2           Appreciate your testimony today.
3           MR. FLORES:  Thank you very much.
4           CHAIRMAN DUNCAN:  Fidel Acevedo.
5            TESTIMONY BY FIDEL ACEVEDO
6           MR. ACEVEDO:  Thank you, Mr. Speaker,
7    senators.  My name is Fidel Acevedo, and I'm here to
8    testify on Senate Bill 14.  It seems like a long way
9    from the last time we had to do this, but we have to do
10   it all over again.  It seems like history repeats
11   itself.  We can't just get away from it right away.  We
12   just have to keep right on doing it until we do the
13   right thing.
14          I think the GOP has the right idea about
15   doing some things repeatedly.  Certainly this senate
16   bill is not one of them.  I have to tell the senate
17   chamber here today that I have to excuse myself from --
18   refrain from using some harsh language that's coming
19   from San Antonio District 14, the Fighting 14, and my
20   senator, they're listening to me, I have to be
21   respectful to each and every one of you.
22          However, it does merit saying that this
23   bill, as the gentleman testified earlier as an expert,
24   it is discriminatory to say the least.  It will continue
25   the tradition here in the State of Texas of doing just
0534
1    that.  "Some way, somehow, we're going to keep
2    Mexican-Americans from voting."  It is not like if, over
3    there in Horseshoe Bay, that the Mexicans are just
4    getting ready to go over there and remove Senator
5    Fraser.  Huh?  I don't think so.  That's not going to
6    happen.
7           But as I slow down just a little bit, just
8    to think of what tremendous work you guys do, let's put
9    the priorities right.  I have to tell you -- and I must
10   say this -- that our priorities are wrong here in the
11   chamber right now.  Education, education, jobs, jobs,
12   the economy.  The photo ID can wait if we must have to
13   go that route.  But it's jobs, education for our
14   children.  That is the priority.
15          I think maybe somebody had heartburn and
16   the Governor had to say, "We have to have an emergency
17   session for this particular one," or maybe perhaps the
18   Lt. Governor had to follow up and say, "Hey, look!  This
19   is a valid emergency.  We ought to put it in the
20   priority first time out, first thing out, have to come
21   out of the chute is this bill."
22          Please help defeat this bill.  I know
23   that's an impossibility, but at least it's -- I'm an
24   optimist, and I hope that you guys can do the right

TX_00001146
JA_001145
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001146

USA_00016027

25  thing.  Thank you.

0535

1          CHAIRMAN DUNCAN:  Thank you.
2          Are there any questions for the witness?
3          All right.  The Chair hears none.
4          We appreciate your appearance here today.
5          MR. ACEVEDO:  Thank you.
6          CHAIRMAN DUNCAN:  Members, we have some
7   cards of some persons who registered that they would
8   like to testify but did not respond to the call, but
9   I'll read their names once again.  Ray Rodgers, Gordon
10  Quan, Rachel Delgado, Sandra Crenshaw, Clifford Gay,
11  Barbara Baxter, Sergio Castillo, Amalia Martinez of
12  Austin, Texas, LULAC 12.
13         The doorkeeper will check once again.
14  These cards will be placed in the record, that they have
15  appeared and they have registered their position.
16         Is there anyone else who would wish to
17  testify on, for or against Senate Bill 14?
18         All right.  The Chair hears none.
19         Senator West?
20         SEN. WEST:  Mr. Chairman, I would like to
21  put in Exhibit No. 13, which is the League of United
22  Latin American Citizens' objections and arguments
23  against the voter identification bill.
24         CHAIRMAN DUNCAN:  What's the exhibit
25  number?

0536

1          SEN. WEST:  Twelve.
2          CHAIRMAN DUNCAN:  Twelve.  Exhibit 12.  Is
3   there any objection?
4          Exhibit 12 will be received.
5          (Exhibit No. 12 marked and admitted)
6          CHAIRMAN DUNCAN:  There being no public
7   testimony coming forward -- or no additional public
8   testimony coming forward, the public testimony is
9   closed.
10         Senator Fraser, you're recognized for a
11  motion.
12         MOTION BY SENATOR FRASER
13         SEN. FRASER:  Mr. President, I would now
14  move that Senate Bill 14 be reported to the Senate, with
15  a recommendation that it do pass and be printed.
16         CHAIRMAN DUNCAN:  The Secretary will call
17  the roll.
18      ROLL CALL FOR VOTE ON SENATE BILL 14
19         SECRETARY SPAW:  Birdwell?
20         SEN. BIRDWELL:  (Indicated "yea" vote)
21         SECRETARY SPAW:  Carona?
22         SEN. CARONA:  (Indicated "yea" vote)
23         SECRETARY SPAW:  Davis?
24         SEN. DAVIS:  (Indicated "nay" vote)
25         SECRETARY SPAW:  Deuell?

0537

TX_00001147
JA_001146
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001147

USA_00016028

```
 1        SEN. DEUELL: (Indicated "yea" vote)
 2        SECRETARY SPAW: Duncan?
 3        CHAIRMAN DUNCAN: (Indicated "yea" vote)
 4        SECRETARY SPAW: Ellis?
 5        SEN. ELLIS: (Indicated "nay" vote)
 6        SECRETARY SPAW: Eltife?
 7        SEN. ELTIFE: (Indicated "yea" vote)
 8        SECRETARY SPAW: Estes?
 9        SEN. ESTES: (Indicated "yea" vote)
10        SECRETARY SPAW: Fraser?
11        SEN. FRASER: (Indicated "yea" vote)
12        SECRETARY SPAW: Gallegos?
13        SEN. GALLEGOS: (Indicated "nay" vote)
14        SECRETARY SPAW: Harris?
15        SEN. HARRIS: (Indicated "yea" vote)
16        SECRETARY SPAW: Hegar?
17        SEN. HEGAR: (Indicated "yea" vote)
18        SECRETARY SPAW: Hinojosa?
19        SEN. HINOJOSA: (Indicated "nay" vote)
20        SECRETARY SPAW: Huffman?
21        SEN. HUFFMAN: (Indicated "yea" vote)
22        SECRETARY SPAW: Jackson?
23        SEN. JACKSON: (Indicated "yea" vote)
24        SECRETARY SPAW: Lucio?
25        SEN. LUCIO: (Indicated "nay" vote)
0538
 1        SECRETARY SPAW: Nelson?
 2        SEN. NELSON: (Indicated "yea" vote)
 3        SECRETARY SPAW: Nichols?
 4        SEN. NICHOLS: (Indicated "yea" vote)
 5        SECRETARY SPAW: Ogden?
 6        SEN. OGDEN: (Indicated "yea" vote)
 7        SECRETARY SPAW: Patrick?
 8        SEN. PATRICK: (Indicated "yea" vote)
 9        SECRETARY SPAW: Rodriguez?
10        SEN. RODRIGUEZ: (Indicated "nay" vote)
11        SECRETARY SPAW: Seliger?
12        SEN. SELIGER: (Indicated "yea" vote)
13        SECRETARY SPAW: Shapiro?
14        SEN. SHAPIRO: (Indicated "yea" vote)
15        SECRETARY SPAW: Uresti?
16        SEN. URESTI: (Indicated "nay" vote)
17        SECRETARY SPAW: Van de Putte?
18        SEN. VAN de PUTTE: (Indicated "nay" vote)
19        SECRETARY SPAW: Watson?
20        SEN. WATSON: (Indicated "nay" vote)
21        SECRETARY SPAW: West?
22        SEN. WEST: (Indicated "nay" vote)
23        SECRETARY SPAW: Whitmire?
24        SEN. WHITMIRE: (Indicated "nay" vote)
25        SECRETARY SPAW: Williams?
0539
 1        SEN. WILLIAMS: (Indicated "yea" vote)
 2        SECRETARY SPAW: Zaffirini?
```

TX_00001148
JA_001147
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001148

USA_00016029

```
 3        SEN. ZAFFIRINI: (Indicated "nay" vote)
 4        SECRETARY SPAW: Wentworth?
 5        SEN. WENTWORTH: (Indicated "yea" vote)
 6        SECRETARY SPAW: West?
 7        SEN. WEST: (Indicated "nay" vote)
 8        SECRETARY SPAW: Whitmire?
 9        SEN. WHITMIRE: (Indicated "nay" vote)
10        SECRETARY SPAW: Williams?
11        SEN. WILLIAMS: (Indicated "yea" vote)
12        SECRETARY SPAW: Zaffirini?
13        SEN. ZAFFIRINI: (Indicated "nay" vote)
14        SECRETARY SPAW: Governor Dewhurst?
15        PRESIDENT DEWHURST: (Indicated "yea"
16   vote)
17        CHAIRMAN DUNCAN: There being 20 ayes, 12
18   nays, Senate Bill 14 will be favorably reported to the
19   Senate, with the recommendation that it do pass and be
20   printed.
21        The Chair recognizes Senator Wentworth for
22   a motion.
23        SEN. WENTWORTH: Mr. President, I move
24   that the Committee of the Whole Senate rise and
25   report -- Mr. Chairman, I should say.
0540
 1        CHAIRMAN DUNCAN: Is there any objection
 2   to the motion?
 3        The Chair hears none. It's so ordered.
 4        PRESIDENT DEWHURST: Good job. Thank you.
 5        (Conclusion of hearing before Committee Of
 6   the Whole at 9:19 p.m.)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
0541
 1          C E R T I F I C A T E
 2   STATE OF TEXAS    )
 3   COUNTY OF TRAVIS  )
 4        WE, Kim Pence, Aloma J. Kennedy and Lorrie
```

TX_00001149
JA_001148

TX_00001149

USA_00016030

5  A. Schnoor, Certified Shorthand Reporters in and for the
6  State of Texas, do hereby certify that the above-
7  mentioned matter occurred as hereinbefore set out.
8       WE FURTHER CERTIFY THAT the proceedings of
9  such were reported by us or under our supervision, later
10  reduced to typewritten form under our supervision and
11  control and that the foregoing pages are a full, true
12  and correct transcription of the original notes.
13       IN WITNESS WHEREOF, WE have hereunto set
14  our hand and seal this 7th day of February 2011.
15
16
17

18       _____
         Kim Pence
         Certified Shorthand Reporter
19       CSR No. 4595 - Expires 12/31/11
20       Firm Registration No. 276
         Kennedy Reporting Service, Inc.
21       8140 North Mo-Pac Expressway
         Suite II-120
22       Austin, Texas 78759
23
24
25
0542
1
2
3
4        _____
         Aloma J. Kennedy
5        Certified Shorthand Reporter
         CSR No. 494 - Expires 12/31/12
6
         Firm Registration No. 276
7        Kennedy Reporting Service, Inc.
         8140 North Mo-Pac Expressway
8        Suite II-120
         Austin, Texas 78759
9
10
11
12
13
14       _____
         Lorrie A. Schnoor
         Certified Shorthand Reporter
15       CSR No. 4642 - Expires 12/31/11
16       Firm Registration No. 276
         Kennedy Reporting Service, Inc.
17       8140 North Mo-Pac Expressway
         Suite II-120
18       Austin, Texas 78759
19

TX_00001150
JA_001149
file:///C|/DOCUME~1/ssc1/LOCALS~1/Temp/A9RE300.tmp/3-CONSIDERATION_OF_SENATE_BILL_14.txt[3/19/2012 5:28:21 PM]

TX_00001150

USA_00016031

20
21
22
23
24
25