PL011
9/2/2014
2:13-cv-00193

# SENATE JOURNAL

## EIGHTY-SECOND LEGISLATURE — REGULAR SESSION

### AUSTIN, TEXAS

### PROCEEDINGS

---

### FIFTH DAY

(Tuesday, January 25, 2011)

The Senate met at 11:22 a.m. pursuant to adjournment and was called to order by the President.

The roll was called and the following Senators were present: Birdwell, Carona, Davis, Deuell, Duncan, Ellis, Eltife, Estes, Fraser, Gallegos, Harris, Hegar, Hinojosa, Huffman, Jackson, Lucio, Nelson, Nichols, Ogden, Patrick, Rodriguez, Seliger, Shapiro, Uresti, Van de Putte, Watson, Wentworth, West, Whitmire, Williams, Zaffirini.

The President announced that a quorum of the Senate was present.

The Reverend J. Patrick Hazel, Saint David's Episcopal Church, Austin, offered the invocation as follows:

Grant, O God, that Your holy and life-giving spirit may so move every human heart, and especially the hearts of the women and men of this Texas Senate, that barriers which divide them may crumble, suspicions disappear, hatreds cease; that bonds which unite them may blossom, trust reappear, and love abound; so that their divisions being healed, they may live in and work for justice and peace for all citizens of the State of Texas. This we ask in the name of You who are the God of all–*Dios de toda la gente*–Jews, Muslims, Christians, Buddhists, Hindus, and those who do not believe. Amen.

Senator Whitmire moved that the reading of the Journal of the proceedings of yesterday be dispensed with and the Journal be approved as printed.

The motion prevailed without objection.

### PHYSICIAN OF THE DAY

Senator Huffman was recognized and presented Dr. Rosanne Popp of Houston as the Physician of the Day.

The Senate welcomed Dr. Popp and thanked her for her participation in the Physician of the Day program sponsored by the Texas Academy of Family Physicians.

TX_00002682
USA_00016066

### SENATE RESOLUTION 52

Senator Zaffirini offered the following resolution:

WHEREAS, The Senate of the State of Texas is pleased to recognize the members of the Washington's Birthday Celebration Association and the association's president, Susan Foster, on their successful annual planning of the celebration of Washington's Birthday in Laredo; and

WHEREAS, Every year, the citizens of Laredo celebrate the birthday of the Father of Our Country; the Washington's Birthday Celebration Association sponsors the celebration to pay tribute to the memory of George Washington and to his virtues and his patriotism; the 114th celebration will take place from January 20 through February 20, 2011; and

WHEREAS, Since its beginning as a two-day event in 1898, the Washington's Birthday Celebration gradually has evolved into a grand celebration entailing numerous events in the United States and in Mexico; spectators and participants enjoy marching bands and floats, spectacular fireworks displays, food, games, and entertainers from both sides of the border; and

WHEREAS, The yearly celebrations exemplify the spirit and enthusiasm of Laredoans and the pride they take in their city and country; now, therefore, be it

RESOLVED, That the Senate of the State of Texas, 82nd Legislature, hereby commend the members of the Washington's Birthday Celebration Association on their patriotism and their dedication and extend best wishes to them for a joyous 114th birthday celebration; and, be it further

RESOLVED, That a copy of this Resolution be prepared for the association as an expression of highest regard from the Texas Senate.

**SR 52** was read and was adopted without objection.

### GUESTS PRESENTED

Senator Zaffirini was recognized and introduced to the Senate Washington's Birthday Celebration Association President Susan Foster, Betty Ann Bunn Moreno, Frank C. Averill, Jr., Rosemary Therese Santos, Alex Jacob Cavazos, Katarina Garcia, Evan A. Valls, Paloma Chapa Mendoza, and Ernesto Knosel Reina.

The Senate welcomed its guests.

### GUESTS PRESENTED

Senator Birdwell was recognized and introduced to the Senate citizens of Hewitt: Adam Miles, City Manager; Charlie Turner, Mayor; and Wilbert Wachtendorf, City Councilmember.

The Senate welcomed its guests.

### SENATE RESOLUTION 34

Senator Duncan offered the following resolution:

**SR 34,** Recognizing January 25, 2011, as Lubbock Day at the State Capitol.

The resolution was read and was adopted without objection.

Case 2:13-cv-00193 Document 660-16 Filed on 11/11/14 in TXSD Page 3 of 86
e 1:12-cv-00128-RMC-DST-RLW Document 207-2 Filed 06/20/12 Page 117 of
Tuesday, January 25, 2011    SENATE JOURNAL    679

## GUESTS PRESENTED

Senator Duncan was recognized and introduced to the Senate Irasema Velasquez, Lubbock Chamber of Commerce Chair; Joe Rapier, former Chamber of Commerce Chair; and Tim Collins, Chamber of Commerce Chair-elect; accompanied by a delegation of citizens from Lubbock.

The Senate welcomed its guests.

## SENATE RESOLUTION 60

Senator Gallegos offered the following resolution:

**SR 60,** Recognizing January 25, 2011, as East End Chamber Day at the State Capitol.

The resolution was read and was adopted without objection.

## GUESTS PRESENTED

Senator Gallegos was recognized and introduced to the Senate representatives of the Houston East End Chamber of Commerce: President Frances Castañeda Dyess, Steve Stewart, Bill Johnson, Todd Monette, Johnny Bright, and Diane Schenke.

The Senate welcomed its guests.

## SENATE RESOLUTION 72

Senator Lucio offered the following resolution:

**SR 72,** Recognizing January 25, 2011, as Brownsville Day at the State Capitol.

### (Senator Eltife in Chair)

The resolution was read and was adopted without objection.

## GUESTS PRESENTED

Senator Lucio was recognized and introduced to the Senate Pat Ahumada, Mayor of Brownsville; John Reed, Chair, Port of Brownsville; Arturo Farias, Chair, Public Utilities Board; Ernie Hernandez, Cameron County Commissioner; and Rose Gowen, Chair, Community Improvement Corporation of Brownsville.

The Senate welcomed its guests.

### (President in Chair)

## SENATE RESOLUTION 87

Senator Patrick offered the following resolution:

**SR 87,** Honoring the efforts of the Boot Campaign and its contributions to United States active duty service members and veterans.

The resolution was read.

On motion of Senator Uresti and by unanimous consent, the names of the Lieutenant Governor and Senators were added to the resolution as signers thereof.

On motion of Senator Patrick, the resolution was adopted without objection.

TX_00002684
USA_00016068

Case 2:13-cv-00193 Document 660-16 Filed on 11/11/14 in TXSD Page 4 of 86
e 1:12-cv-00128-RMC-DSD-RLW Document 207-2 Filed 06/20/12 Page 118 of
68                 82nd Legislature — Regular Session                 5th Day

## GUESTS PRESENTED

Senator Patrick was recognized and introduced to the Senate the "Boot Girls" of the Boot Campaign: Leigh Ann Ranslem, Sherri Reuland, Mariae Bui, and Heather Fordham.

The Senate welcomed its guests.

## SENATE RESOLUTION 91

Senator Nichols offered the following resolution:

**SR 91**, Recognizing January 25, 2011, as Texas Merchandise Vending Association Day at the State Capitol.

NICHOLS<br>
ELTIFE

The resolution was read and was adopted without objection.

## GUESTS PRESENTED

Senator Nichols, joined by Senator Eltife, was recognized and introduced to the Senate the Texas Merchandise Vending Association delegation and the President of the association, Patrick Moran.

The Senate welcomed its guests.

## SENATE RESOLUTION 29

Senator Harris offered the following resolution:

WHEREAS, Danny F. Vance of Arlington is retiring from the Trinity River Authority of Texas on February 28, 2011, after four decades of outstanding service to the agency; and

WHEREAS, A native Texan, Danny Vance was born in Galveston in 1943, and he was raised alongside his brother, Benny, and his sister, Janis, in Palestine; he graduated from Palestine High School in 1962, and he went on to attend Sam Houston State University, where he earned a bachelor's degree in 1966, served as a graduate assistant, and attained a master's degree in business administration in 1968; he also earned a teaching certificate, and for two years he served in the United States Army as a specialist stationed in Germany; and

WHEREAS, In 1970, Mr. Vance joined the Trinity River Authority as assistant to the manager of the Southern Region, and later that year he relocated to Arlington to serve as an administrative services manager for the agency; he also held the positions of general services manager and of regional manager of the Northern Region; in 1979, at the age of 35, he became general manager of the Trinity River Authority, and at the time he was the youngest manager of a major Texas river authority and only the second general manager in the agency's history; and

WHEREAS, During his tenure, Mr. Vance has overseen the creation of four regional potable water systems and three regional wastewater systems, as well as significant improvements to all nine regional systems, and the Trinity River Authority became the largest river authority in Texas, with major increases to its assets and annual operating budget; and

TX_00002685<br>
JA_001187

WHEREAS, Mr. Vance further dedicated his time to various regional water planning groups, and he served as president of the Texas Water Conservation Association; he was recognized by many for his leadership in balancing the need for adequate water supplies for a growing population with the environmental needs of the Trinity Basin and the Trinity Bay and Estuary; and

WHEREAS, In all of his endeavors, Mr. Vance enjoys the love and support of his wife, Janet, whom he married in 1967; the Vances are looking forward to their future retirement; and

WHEREAS, Danny Vance has demonstrated an unwavering commitment to excellence over the course of his career, and he may indeed reflect with great pride on his professional achievements as he prepares to embark on the next exciting chapter of his life; now, therefore, be it

RESOLVED, That the Senate of the State of Texas, 82nd Legislature, hereby congratulate Danny F. Vance on his retirement from the Trinity River Authority of Texas and extend to him sincere best wishes for continued happiness; and, be it further

RESOLVED, That a copy of this Resolution be prepared for Mr. Vance as an expression of high regard from the Texas Senate.

**SR 29** was again read.

The resolution was previously adopted on Monday, January 24, 2011.

### GUESTS PRESENTED

Senator Harris was recognized and introduced to the Senate Danny Vance and his wife, Janet; Trinity River Authority of Texas Executive Committee Chairman, Michael Cronin; President of the Board, Linda Timmerman; and Vice-president of the Board, Harold Barnard.

The Senate welcomed its guests.

### SENATE RESOLUTION 85

Senator Lucio offered the following resolution:

WHEREAS, The Senate of the State of Texas is pleased to recognize Fethullah Gülen for his ongoing and inspirational contributions to the promotion of global peace and understanding; and

WHEREAS, A Turkish scholar, author, poet, preacher, and educational activist, Fethullah Gülen has inspired a worldwide social movement that promotes humanistic values and service and is known as the Hizmet Movement or the Gülen Movement; and

WHEREAS, Based on the principle that each human being is of value, regardless of background, faith, or culture, the Gülen Movement offers a multifaceted approach to seeking world peace; it places a strong emphasis on intercultural understanding and the embracing of differences; it values compassionate acts of care and concern; and it promotes the importance of education in laying the groundwork for fostering better relationships between diverse populations; and

WHEREAS, The Gülen Movement emphasizes the core concept that peace is a function of tolerance and dialogue; it offers "Living to let others live" as the foundation of a life of altruistic service and calls on the younger generation to combine intellectual enlightenment with spirituality to make the world a better place; and

WHEREAS, The strength of the universal values promoted by the movement has led to the creation of the Gülen Institute at the University of Houston, which promotes academic research as well as grassroots activity as a means to bring about positive social change; Fethullah Gülen and the movement for social justice he inspired are truly deserving of recognition for their impact on our global society; now, therefore, be it

RESOLVED, That the Senate of the State of Texas, 82nd Legislature, hereby commend Fethullah Gülen for his dedication to working toward a better world through education, service, tolerance, and the free exchange of ideas and extend to him best wishes for continued success in all his endeavors; and, be it further

RESOLVED, That a copy of this Resolution be prepared for him as an expression of esteem from the Texas Senate.

| | |
|---|---|
| LUCIO | NELSON |
| FRASER | VAN DE PUTTE |
| HUFFMAN | |

**SR 85** was read and was adopted without objection.

## GUESTS PRESENTED

Senator Lucio was recognized and introduced to the Senate Congressmen Nurettin Canikli, Hasan Murat Mercan, Emin Nedim Ozturk, Abdullah Caliskan, Murat Yildirim, Mehmet Sahin, and Congresswoman Fatma Sahin, all from the Republic of Turkey.

The Senate welcomed its guests.

## SENATE RESOLUTION 55

Senator Watson offered the following resolution:

**SR 55**, In memory of Joe Limon Avila of Austin.

On motion of Senator Watson, the resolution was read and was adopted by a rising vote of the Senate.

In honor of the memory of Joe Limon Avila, the text of the resolution is printed at the end of today's *Senate Journal.*

## GUESTS PRESENTED

Senator Watson was recognized and introduced to the Senate Pauline Avila, widow of Joe Limon Avila, and Regina Estrada, his granddaughter.

The Senate welcomed its guests and extended its sympathy.

## SENATE RESOLUTION 84

Senator Lucio offered the following resolution:

WHEREAS, The Senate of the State of Texas joins the citizens of South Texas and Texans across the state in honoring the victims of violence along our border with Mexico and paying tribute to the brave men and women who place their lives on the line in an effort to create a safe environment for us all; and

WHEREAS, In a continuing struggle for dominance of lucrative smuggling routes along the border, drug cartels have resorted to ever-escalating violence to achieve their aims, including the use of improvised explosive devices and grenades, piracy, the kidnapping and murder of government officials, and the killing of innocent civilians; and

WHEREAS, Coverage of this violence by Mexican media has been effectively silenced, with more than 20 journalists having been killed in the last four years; and

WHEREAS, This brutality and aggression has begun to have an effect on the United States and its citizens; consular workers and tourists have lost their lives, stray bullets from gunfire have landed on the campuses of The University of Texas at Brownsville and Texas Southmost College and The University of Texas at El Paso, and sporadic gun battles have caused the closure of international bridges; and

WHEREAS, Much progress has been made in the fight against the cartels; various police departments have initiated programs to increase enforcement, and the Texas Department of Public Safety, the game wardens of the Texas Parks and Wildlife Department, county sheriffs, and United States Customs and Border Patrol officers are cooperating to ensure the safety and well-being of border residents; and

WHEREAS, To remember, honor, and support the individuals and families on both sides of the border who are affected by the difficulties of our neighbors to the south, Senator Eddie Lucio has initiated Prayers for Peace, a special day of prayer and spiritual meditation on the need for peace along the border that takes place the second Thursday of each month; and

WHEREAS, Despite the violence and uncertainty, the Rio Grande Valley remains a vibrant, growing region that is proud of its rich history and traditions; it continues to be a leading destination for tourists and seasonal residents, and its citizens stand ready to face the future with confidence; now, therefore, be it

RESOLVED, That the Senate of the State of Texas, 82nd Legislature, hereby honor the victims of the senseless violence being perpetrated along our southern border and pay tribute to the brave men and women who are working tirelessly to end it; and, be it further

RESOLVED, That a copy of this Resolution be prepared as a reflection of the high regard of the Texas Senate for their sacrifice and their courage.

| | |
|---|---|
| LUCIO | URESTI |
| HINOJOSA | ZAFFIRINI |
| RODRIGUEZ | |

### (Senator Eltife in Chair)

**SR 84** was read and was adopted without objection.

## MESSAGES FROM THE GOVERNOR

The following Messages from the Governor were read and were referred to the Committee on Nominations:

January 19, 2011
Austin, Texas

TX_00002688
JA_001190

TX_00002688

USA_00016072

TO THE SENATE OF THE EIGHTY-SECOND LEGISLATURE, REGULAR
SESSION:

I ask the advice, consent and confirmation of the Senate with respect to the following
appointments:

A&M UNIVERSITY SYSTEM BOARD OF REGENTS, TEXAS
John David White - Houston
Appointment Date: January 4, 2011
Expiration Date: February 1, 2015

ADMINISTRATIVE LAW JUDGE, CHIEF
Lyn Cathleen Parsley - Austin
Appointment Date: June 11, 2010
Expiration Date: May 15, 2012

AFFORDABLE HOUSING CORPORATION BOARD OF DIRECTORS, TEXAS
STATE
Merrideth Jeran Akers - Plano
Appointment Date: September 1, 2009
Expiration Date: February 1, 2011

AGING AND DISABILITY SERVICES COUNCIL
Gary Don Newsom, M.D. - Austin
Appointment Date: July 16, 2009
Expiration Date: February 1, 2013

ALCOHOLIC BEVERAGE COMMISSION, TEXAS
Jose Cuevas, Jr. - Midland
Appointment Date: November 10, 2010
Expiration Date: November 15, 2015

ANGELINA AND NECHES RIVER AUTHORITY BOARD OF DIRECTORS
Dominick B. "Nick" Bruno, II - Jacksonville
Appointment Date: September 17, 2009
Expiration Date: September 5, 2015

Keith Drewery - Nacogdoches
Appointment Date: September 17, 2009
Expiration Date: September 5, 2015

James Edward Hughes, Jr. - Newton
Appointment Date: September 17, 2009
Expiration Date: September 5, 2015

ANIMAL HEALTH COMMISSION, TEXAS
Coleman Hudgins Locke - Wharton
Appointment Date: September 6, 2009
Expiration Date: September 6, 2015

Ralph Simmons - Tenaha
Appointment Date: September 6, 2009
Expiration Date: September 6, 2015

Beauregard Brite White - Rosanky
Appointment Date: September 6, 2009
Expiration Date: September 6, 2015

APPRAISER LICENSING AND CERTIFICATION BOARD, TEXAS
Malachi Obadiah Boyuls - Dallas
Appointment Date: June 30, 2010
Expiration Date: January 31, 2012

Luis Felipe De La Garza, Jr. - Laredo
Appointment Date: September 20, 2010
Expiration Date: January 31, 2012

Laurie Carden Fontana - Houston
Appointment Date: January 6, 2011
Expiration Date: January 31, 2012

Shannon K. McClendon - Dripping Springs
Appointment Date: January 6, 2011
Expiration Date: January 31, 2012

Sheryl R. Swift - Galveston
Appointment Date: June 30, 2010
Expiration Date: January 31, 2011

ARTS, TEXAS COMMISSION ON THE
Rita Esther Baca - El Paso
Appointment Date: September 21, 2010
Expiration Date: August 31, 2011

Dale Wills Brock - Wichita Falls
Appointment Date: March 15, 2010
Expiration Date: August 31, 2013

Linda Ann Hatchel - Woodway
Appointment Date: December 28, 2009
Expiration Date: August 31, 2015

Patty Hayes Huffines - Austin
Appointment Date: December 28, 2009
Expiration Date: August 31, 2015

Liza B. Lewis - San Antonio
Appointment Date: December 28, 2009
Expiration Date: August 31, 2015

Jacoba-Jetske S. "Cobie" Russell - Dallas
Appointment Date: December 28, 2009
Expiration Date: August 31, 2015

Stephanie Shawn Stephens - Houston
Appointment Date: December 28, 2009
Expiration Date: August 31, 2015

TX_00002690

USA_00016074

ASSISTIVE AND REHABILITATIVE SERVICES COUNCIL
Judy Castle Scott - Dallas
Appointment Date: November 29, 2010
Expiration Date: February 1, 2015

AUTISM AND PERVASIVE DEVELOPMENTAL DISORDERS, TEXAS
COUNCIL ON
Callie M. Matthews - Fort Worth
Appointment Date: June 30, 2010
Expiration Date: February 1, 2011

Pamela R. Rollins, Ed.D. - Dallas
Appointment Date: June 30, 2010
Expiration Date: February 1, 2012

Glenn Roque-Jackson - Plano
Appointment Date: June 30, 2010
Expiration Date: February 1, 2012

Stephanie Sokolosky - Lubbock
Appointment Date: June 30, 2010
Expiration Date: February 1, 2012

BRAZOS RIVER AUTHORITY BOARD OF DIRECTORS
Michael "Todd" Brashears, Ed.D. - Wolfforth
Appointment Date: December 3, 2009
Expiration Date: February 1, 2015

William Arthur "Bill" Masterson - Guthrie
Appointment Date: March 15, 2010
Expiration Date: February 1, 2013

Jeffrey Tallas - Sugar Land
Appointment Date: May 27, 2010
Expiration Date: February 1, 2015

CANCER PREVENTION AND RESEARCH INSTITUTE OF TEXAS
OVERSIGHT COMMITTEE
Joyce King - Plano
Appointment Date: May 5, 2010
Expiration Date: January 31, 2013

Samuel Philip Wilson - Austin
Appointment Date: March 12, 2010
Expiration Date: January 31, 2015

COASTAL COORDINATION COUNCIL
Bob McCan - Victoria
Appointment Date: June 9, 2009
Expiration Date: May 31, 2011

TX_00002691

USA_00016075

Case 2:13-cv-00193 Document 660-16 Filed on 11/11/14 in TXSD Page 11 of 86
e 1:12-cv-00128-RMC-DST-RLW Document 207-2 Filed 06/20/12 Page 125 of
Tuesday, January 25, 2011 SENATE JOURNAL 73

Jerry A. Mohn - Galveston
Appointment Date: June 9, 2009
Expiration Date: May 31, 2011

COASTAL WATER AUTHORITY BOARD OF DIRECTORS
Alan D. Conner - Dayton
Appointment Date: August 19, 2010
Expiration Date: April 1, 2012

Douglas E. Walker - Beach City
Appointment Date: December 1, 2010
Expiration Date: April 1, 2011

COLORADO RIVER AUTHORITY, LOWER
Jett Jay Johnson - Goldthwaite
Appointment Date: December 17, 2010
Expiration Date: February 1, 2015

COLORADO RIVER AUTHORITY, UPPER
Eva Horton - San Angelo
Appointment Date: June 10, 2010
Expiration Date: February 1, 2015

COUNSELORS, TEXAS STATE BOARD OF EXAMINERS OF PROFESSIONAL
Sarah Abraham - Sugar Land
Appointment Date: March 17, 2010
Expiration Date: February 1, 2013

CREDIT UNION COMMISSION
Rob Kyker - Richardson
Appointment Date: September 9, 2009
Expiration Date: February 15, 2015

CRIME STOPPERS COUNCIL, TEXAS
Katherine Cabaniss - Houston
Appointment Date: September 21, 2009
Expiration Date: September 1, 2013

William R. McDaniel - Montgomery
Appointment Date: September 21, 2009
Expiration Date: September 1, 2013

DEAF, GOVERNING BOARD OF THE TEXAS SCHOOL FOR THE
Tyran Paul Lee - Humble
Appointment Date: November 23, 2010
Expiration Date: January 31, 2013

DENTAL EXAMINERS, STATE BOARD OF
James Wesley Chancellor, D.D.S. - Garden Ridge
Appointment Date: August 28, 2009
Expiration Date: February 1, 2015

DIETITIANS, TEXAS STATE BOARD OF EXAMINERS OF
Christina Stirling - Brownsville
Appointment Date: September 17, 2009
Expiration Date: September 1, 2015

Elizabeth J. Tindall - Odessa
Appointment Date: September 17, 2009
Expiration Date: September 1, 2015

Mary Kate "Suzy" Weems, Ph.D. - Waco
Appointment Date: September 17, 2009
Expiration Date: September 1, 2015

ECONOMIC DEVELOPMENT CORPORATION, TEXAS
David Gregorio Cabrales - Dallas
Appointment Date: December 29, 2009
Expiration Date:

Marc Angelley Farmer - Lubbock
Appointment Date: December 1, 2010
Expiration Date:

Mario Omar Garcia - La Vernia
Appointment Date: December 8, 2010
Expiration Date:

Macedonio "Massey" Villarreal - Sugar Land
Appointment Date: January 10, 2011
Expiration Date:

EDUCATION COORDINATING BOARD, TEXAS HIGHER
Durga D. Agrawal, Ph.D. - Houston
Appointment Date: August 31, 2009
Expiration Date: August 31, 2015

Dennis D. Golden, O.D. - Carthage
Appointment Date: August 31, 2009
Expiration Date: August 31, 2015

Harold W. Hahn - El Paso
Appointment Date: August 9, 2010
Expiration Date: August 31, 2013

Wallace L. Hall, Jr. - Dallas
Appointment Date: August 31, 2009
Expiration Date: August 31, 2015

EDUCATION, TEXAS STATE BOARD OF, CHAIR
Gail Lowe - Lampasas
Appointment Date: July 10, 2009
Expiration Date: February 1, 2011

TX_00002693

USA_00016077

EDUCATOR CERTIFICATION, STATE BOARD FOR
Laurie Bricker - Houston
Appointment Date: December 28, 2009
Expiration Date: February 1, 2013

Leonard Curtis Culwell, Ed.D. - Garland
Appointment Date: March 15, 2010
Expiration Date: February 1, 2011

EMERGENCY COMMUNICATIONS, COMMISSION ON STATE
William H. "Bill" Buchholtz - San Antonio
Appointment Date: November 23, 2010
Expiration Date: September 1, 2015

Mitchell F. Fuller, II - Cedar Park
Appointment Date: December 21, 2010
Expiration Date: September 1, 2015

EMERGENCY SERVICES RETIREMENT SYSTEM, TEXAS
Graciela G. Flores - Corpus Christi
Appointment Date: May 13, 2010
Expiration Date: September 1, 2015

Virginia Kathleen Moore - Lake Jackson
Appointment Date: May 13, 2010
Expiration Date: September 1, 2015

Dennis Ray Rice - Canyon
Appointment Date: May 13, 2010
Expiration Date: September 1, 2015

Stephen K. Williams - Carthage
Appointment Date: November 12, 2010
Expiration Date: September 1, 2011

ENGINEERS, TEXAS BOARD OF PROFESSIONAL
Carry A. Baker - Amarillo
Appointment Date: January 7, 2011
Expiration Date: September 26, 2015

Lamberto J. "Bobby" Balli - Houston
Appointment Date: January 7, 2011
Expiration Date: September 26, 2015

James Alan "Jim" Greer - Keller
Appointment Date: January 7, 2011
Expiration Date: September 26, 2015

ENVIRONMENTAL QUALITY, TEXAS COMMISSION ON
Carlos Rubinstein - Austin
Appointment Date: August 31, 2009
Expiration Date: August 31, 2015

TX_00002694

USA_00016078

EVERGREEN UNDERGROUND WATER CONSERVATION DISTRICT
Jason Byron Peeler - Floresville
Appointment Date: June 3, 2010
Expiration Date: February 1, 2013

FINANCE COMMISSION OF TEXAS
David Jesus Cibrian - San Antonio
Appointment Date: July 31, 2009
Expiration Date: February 1, 2012

Cynthia F. Lyons - El Paso
Appointment Date: April 20, 2010
Expiration Date: February 1, 2016

Jonathan B. Newton - Houston
Appointment Date: April 20, 2010
Expiration Date: February 1, 2016

Hilliard "Jay" Shands, III - Lufkin
Appointment Date: September 20, 2010
Expiration Date: February 1, 2012

William James White - Georgetown
Appointment Date: April 20, 2010
Expiration Date: February 1, 2016

FIRE FIGHTERS' PENSION COMMISSIONER
Sherri Barr Walker - Pflugerville
Appointment Date: November 15, 2010
Expiration Date: July 1, 2011

FIRE PROTECTION, TEXAS COMMISSION ON
Louis "Tony" Cortes - San Antonio
Appointment Date: May 27, 2010
Expiration Date: February 1, 2015

John Tilden McMakin - LaRue
Appointment Date: January 10, 2011
Expiration Date: February 1, 2013

Leonardo L. Perez - Brownsville
Appointment Date: September 24, 2010
Expiration Date: February 1, 2013

FORENSIC SCIENCE COMMISSION, TEXAS
John Martin Bradley - Georgetown
Appointment Date: September 29, 2009
Expiration Date: September 1, 2011

Lance T. Evans - Fort Worth
Appointment Date: October 9, 2009
Expiration Date: September 1, 2011

TX_00002695

USA_00016079

Norma Jean Farley, M.D. - Harlingen
Appointment Date: September 29, 2009
Expiration Date: September 1, 2011

Nizam Peerwani, M.D. - Fort Worth
Appointment Date: December 14, 2009
Expiration Date: September 1, 2011

GALVESTON COUNTY PORTS, BOARD OF PILOT COMMISSIONERS FOR
Henry Stephen Porretto - Galveston
Appointment Date: March 18, 2010
Expiration Date: February 1, 2014

GEOSCIENTISTS, TEXAS BOARD OF PROFESSIONAL
Justin McNamee - Rowlett
Appointment Date: March 11, 2010
Expiration Date: February 1, 2015

GUARANTEED STUDENT LOAN CORPORATION, TEXAS
Steven Vaughn Tays - San Antonio
Appointment Date: August 19, 2010
Expiration Date: January 31, 2011

GULF COAST WASTE DISPOSAL AUTHORITY BOARD OF DIRECTORS
Zoe Milian Barinaga - Houston
Appointment Date: August 31, 2009
Expiration Date: August 31, 2011

Randy Jarrell - Galveston
Appointment Date: September 20, 2010
Expiration Date: August 31, 2012

Lamont Edward Meaux - Stowell
Appointment Date: September 20, 2010
Expiration Date: August 31, 2012

HEALTH AND HUMAN SERVICES, EXECUTIVE COMMISSIONER OF
Thomas M. Suehs - Austin
Appointment Date: September 1, 2009
Expiration Date: February 1, 2011

HEALTH COORDINATING COUNCIL, STATEWIDE
James Alexander, Ph.D. - Caldwell
Appointment Date: August 27, 2010
Expiration Date: August 1, 2013

Richard Lynn Beard - Mesquite
Appointment Date: August 27, 2010
Expiration Date: August 1, 2015

Fred Sinclair Brinkley, Jr. - Austin
Appointment Date: August 27, 2010
Expiration Date: August 1, 2015

Janet Buckley Claborn - Muleshoe
Appointment Date: August 27, 2010
Expiration Date: August 1, 2011

Brenda Dever-Armstrong - San Antonio
Appointment Date: August 27, 2010
Expiration Date: August 1, 2015

Steven N. Nguyen, O.D. - Irving
Appointment Date: August 27, 2010
Expiration Date: August 1, 2011

Roger Michael Ragain, M.D. - Lubbock
Appointment Date: August 27, 2010
Expiration Date: August 1, 2015

HEALTH SERVICES AUTHORITY CORPORATION, TEXAS
David C. Fleeger, M.D. - Austin
Appointment Date: June 11, 2010
Expiration Date: June 15, 2011

Edward W. Marx - Colleyville
Appointment Date: June 11, 2010
Expiration Date: June 15, 2011

Kathleen K. Mechler - Fredericksburg
Appointment Date: June 11, 2010
Expiration Date: June 15, 2011

Judith Day Powell - The Woodlands
Appointment Date: June 11, 2010
Expiration Date: June 15, 2011

J. Darren Rodgers - Dallas
Appointment Date: June 11, 2010
Expiration Date: June 15, 2011

Stephen Yurco, M.D. - Austin
Appointment Date: June 11, 2010
Expiration Date: June 15, 2011

HEARING INSTRUMENTS, STATE COMMITTEE OF EXAMINERS IN THE
FITTING AND DISPENSING OF
Carla Sue Hoffman - Corpus Christi
Appointment Date: January 20, 2010
Expiration Date: December 31, 2015

James Paul Jay - Temple
Appointment Date: January 20, 2010
Expiration Date: December 31, 2015

Cindy M. Steinbart - Round Rock
Appointment Date: January 20, 2010
Expiration Date: December 31, 2015

Case 2:13-cv-00193   Document 660-16   Filed on 11/11/14 in TXSD   Page 17 of 86
e 1:12-cv-00128-RMC-DST-RLW   Document 207-2   Filed 06/20/12   Page 131 of
Tuesday, January 25, 2011          SENATE JOURNAL          819

HOUSING AND COMMUNITY AFFAIRS, TEXAS DEPARTMENT OF
Lowell Adams Keig - Austin
Appointment Date: August 26, 2009
Expiration Date: January 31, 2013

INDIGENT DEFENSE, TASK FORCE ON
Jon H. Burrows - Temple
Appointment Date: July 29, 2010
Expiration Date: February 1, 2012

Knox Fitzpatrick - Dallas
Appointment Date: July 29, 2010
Expiration Date: February 1, 2012

Benny Glen Whitley - Hurst
Appointment Date: July 29, 2010
Expiration Date: February 1, 2012

INDUSTRIALIZED BUILDING CODE COUNCIL, TEXAS
Roland Lee Brown - Midlothian
Appointment Date: September 20, 2010
Expiration Date: February 1, 2011

Joe D. Campos - Dallas
Appointment Date: September 20, 2010
Expiration Date: February 1, 2012

Randall Reddin Childers - Hewitt
Appointment Date: September 20, 2010
Expiration Date: February 1, 2012

Amy Dempsey - Austin
Appointment Date: September 20, 2010
Expiration Date: February 1, 2012

Martin J. Garza - San Antonio
Appointment Date: September 20, 2010
Expiration Date: February 1, 2012

Mark Remmert - Liberty Hill
Appointment Date: September 20, 2010
Expiration Date: February 1, 2012

Jesse Rider - Tyler
Appointment Date: September 20, 2010
Expiration Date: February 1, 2012

INFORMATION RESOURCES, DEPARTMENT OF
Richard S. Moore - Goliad
Appointment Date: August 28, 2009
Expiration Date: February 1, 2015

JEFFERSON AND ORANGE COUNTY BOARD OF PILOT COMMISSIONERS
Martin E. Broussard - Beaumont
Appointment Date: December 10, 2010
Expiration Date: August 22, 2012

George W. Brown, III - Beaumont
Appointment Date: October 16, 2009
Expiration Date: August 22, 2011

Russell S. Covington - Orange
Appointment Date: October 16, 2009
Expiration Date: August 22, 2011

Travis Todd Miller, D.D.S. - Orange
Appointment Date: December 10, 2010
Expiration Date: August 22, 2012

William F. Scott - Nederland
Appointment Date: October 16, 2009
Expiration Date: August 22, 2011

JUDGE, 243RD JUDICIAL DISTRICT, EL PASO COUNTY
Bill D. Hicks, Jr. - El Paso
Appointment Date: January 4, 2011
Expiration Date:

JUDGE, 378TH JUDICIAL DISTRICT, ELLIS COUNTY
Joe F. Grubbs - Waxahachie
Appointment Date: January 1, 2011
Expiration Date:

JUDGE, 438TH JUDICIAL DISTRICT, BEXAR COUNTY
Victor H. Negron, Jr. - San Antonio
Appointment Date: September 1, 2010
Expiration Date:

JUDGE, 439TH JUDICIAL DISTRICT, ROCKWALL COUNTY
David E. Rakow - Rockwall
Appointment Date: November 2, 2010
Expiration Date:

JUDGE, 96TH JUDICIAL DISTRICT, TARRANT COUNTY
Reuben "R. H." Wallace, Jr. - Keller
Appointment Date: November 12, 2010
Expiration Date:

JUDICIAL CONDUCT, STATE COMMISSION ON
Martha Morales Hernandez - Diboll
Appointment Date: July 13, 2010
Expiration Date: November 19, 2015

TX_00002699

USA_00016083

Diane DeLaTorre Threadgill - Midlothian
Appointment Date: July 13, 2010
Expiration Date: November 19, 2015

JUDICIAL COUNCIL, TEXAS
Richard Battle - Lakeway
Appointment Date: September 17, 2009
Expiration Date: June 30, 2015

Henry Nuss - Corpus Christi
Appointment Date: September 17, 2009
Expiration Date: June 30, 2015

JUSTICE, 1ST COURT OF APPEALS, HARRIS COUNTY
Harvey G. Brown, Jr. - Houston
Appointment Date: November 10, 2010
Expiration Date:

JUSTICE, 3RD COURT OF APPEALS, AUSTIN
Jeffrey Lee "Jeff" Rose - Austin
Appointment Date: November 12, 2010
Expiration Date:

JUVENILE PROBATION COMMISSION, TEXAS
William Player Conley - Wimberley
Appointment Date: September 23, 2009
Expiration Date: August 31, 2015

Migdalia Lopez - Harlingen
Appointment Date: September 23, 2009
Expiration Date: August 31, 2015

Scott O'Grady - McKinney
Appointment Date: September 23, 2009
Expiration Date: August 31, 2015

LAW ENFORCEMENT OFFICER STANDARDS AND EDUCATION,
COMMISSION ON
James Neil Oakley - Spicewood
Appointment Date: March 11, 2010
Expiration Date: August 30, 2011

J.B. Pennington - Jersey Village
Appointment Date: September 21, 2009
Expiration Date: August 30, 2015

Ruben Villescas - Pharr
Appointment Date: September 21, 2009
Expiration Date: August 30, 2015

John Randall "Randy" Watson - Burleson
Appointment Date: December 2, 2010
Expiration Date: August 30, 2015

LEASE OF TEXAS DEPARTMENT OF CRIMINAL JUSTICE LANDS, BOARD
FOR
Wesley D. Lloyd - Waco
Appointment Date: September 1, 2009
Expiration Date: September 1, 2011

LEASE OF TEXAS PARKS AND WILDLIFE LANDS, BOARD FOR
Wesley D. Lloyd - Waco
Appointment Date: September 1, 2009
Expiration Date: September 1, 2011

LIBRARY AND ARCHIVES COMMISSION, TEXAS STATE
Martha D. Freeman - West Lake Hills
Appointment Date: September 28, 2009
Expiration Date: September 28, 2015

Larry G. Holt - College Station
Appointment Date: September 28, 2009
Expiration Date: September 28, 2015

Sandra Pickett - Liberty
Appointment Date: September 28, 2009
Expiration Date: September 28, 2015

LOTTERY COMMISSION, TEXAS
Winston Krause - Austin
Appointment Date: August 27, 2010
Expiration Date: February 1, 2013

MIDWESTERN STATE UNIVERSITY BOARD OF REGENTS
Michael Bernhardt - Wichita Falls
Appointment Date: March 17, 2010
Expiration Date: February 25, 2016

Kenneth "Kenny" Bryant - Wichita Falls
Appointment Date: March 17, 2010
Expiration Date: February 25, 2016

Tiffany Dawn Burks - Grand Prairie
Appointment Date: March 17, 2010
Expiration Date: February 25, 2016

Samuel Molinar "Sam" Sanchez - Fort Worth
Appointment Date: March 17, 2010
Expiration Date: February 25, 2012

MILITARY PREPAREDNESS COMMISSION, TEXAS
Ernest "Ernie" Aliseda - McAllen
Appointment Date: August 13, 2010
Expiration Date: February 1, 2015

Case 2:13-cv-00193 Document 660-16 Filed on 11/11/14 in TXSD Page 21 of 86
e 1:12-cv-00128-RMC-DST-RLW Document 207-2 Filed 06/20/12 Page 135 of
Tuesday, January 25, 2011          SENATE JOURNAL                        83

Arthur R. Emerson - San Antonio
Appointment Date: October 20, 2009
Expiration Date: February 1, 2011

William H. Parry, III - Belton
Appointment Date: November 23, 2010
Expiration Date: February 1, 2013

Alton Fredrick Thomas, Jr. - El Paso
Appointment Date: September 23, 2009
Expiration Date: February 1, 2011

MOTOR VEHICLES BOARD, TEXAS DEPARTMENT OF
Clifford Ernest Butler - Mount Pleasant
Appointment Date: September 28, 2009
Expiration Date: February 1, 2013

James Robert "Jim" Campbell, Jr. - Sachse
Appointment Date: September 28, 2009
Expiration Date: February 1, 2011

Ramsay H. Gillman - Houston
Appointment Date: September 28, 2009
Expiration Date: February 1, 2013

Cheryl E. Johnson - Friendswood
Appointment Date: September 28, 2009
Expiration Date: February 1, 2013

Victor Rodriguez - McAllen
Appointment Date: September 28, 2009
Expiration Date: February 1, 2015

William Marvin Rush - Seguin
Appointment Date: September 28, 2009
Expiration Date: February 1, 2011

Laura Ryan Heizer - Cypress
Appointment Date: July 30, 2010
Expiration Date: February 1, 2015

Victor Thomas Vandergriff - Arlington
Appointment Date: September 1, 2009
Expiration Date: February 1, 2015

John Henry Walker, III - Houston
Appointment Date: September 28, 2009
Expiration Date: February 1, 2011

MUNICIPAL RETIREMENT SYSTEM, TEXAS
Julie Oakley - Spicewood
Appointment Date: July 22, 2010
Expiration Date: February 1, 2013

MUTUAL INSURANCE COMPANY BOARD OF DIRECTORS, TEXAS
Linda S. Foster-Smith - Georgetown
Appointment Date: October 16, 2009
Expiration Date: July 1, 2015

NECHES VALLEY AUTHORITY BOARD OF DIRECTORS, LOWER
Mary "Sue" Cleveland - Lumberton
Appointment Date: August 6, 2009
Expiration Date: July 28, 2015

Jimmie Ruth Cooley - Woodville
Appointment Date: August 6, 2009
Expiration Date: July 28, 2015

Kathleen Thea Jackson - Beaumont
Appointment Date: August 6, 2009
Expiration Date: July 28, 2015

NORTH TEXAS TOLLWAY AUTHORITY BOARD OF DIRECTORS
Robert Kelly Shepard - Weatherford
Appointment Date: September 23, 2009
Expiration Date: August 31, 2011

NUECES RIVER AUTHORITY BOARD OF DIRECTORS
Tomas Ramirez, III - Moore
Appointment Date: June 3, 2010
Expiration Date: February 1, 2015

Stephen Hamilton Thomas - Portland
Appointment Date: November 23, 2010
Expiration Date: February 1, 2015

OCCUPATIONAL THERAPY EXAMINERS, TEXAS BOARD OF
DeLana Kaye Honaker, Ph.D. - Amarillo
Appointment Date: July 12, 2010
Expiration Date: February 1, 2011

OMBUDSMAN FOR STATE SUPPORTED LIVING CENTERS, INDEPENDENT
George P. Bithos, D.D.S., Ph.D. - Austin
Appointment Date: February 11, 2010
Expiration Date: June 11, 2011

ONE CALL BOARD
Dean D. Bernal - Austin
Appointment Date: March 18, 2010
Expiration Date: August 31, 2012

Joseph F. Berry - Pearland
Appointment Date: September 24, 2010
Expiration Date: August 31, 2013

TX_00002703
JA_001205

TX_00002703

USA_00016087

Barry Calhoun - Richardson
Appointment Date: September 24, 2010
Expiration Date: August 31, 2013

Julio Cerda - Mission
Appointment Date: March 18, 2010
Expiration Date: August 31, 2012

Judith H. Devenport - Midland
Appointment Date: September 24, 2010
Expiration Date: August 31, 2013

Jason Hartgraves - Frisco
Appointment Date: March 18, 2010
Expiration Date: August 31, 2012

John Linton - McAllen
Appointment Date: September 24, 2010
Expiration Date: August 31, 2013

Janie Lou Walenta - Quitman
Appointment Date: March 18, 2010
Expiration Date: August 31, 2012

ON-SITE WASTEWATER TREATMENT RESEARCH COUNCIL
Scott Ralph Adams - Fort Davis
Appointment Date: September 15, 2010
Expiration Date: September 1, 2012

Elaine Anne Boatright - Smithville
Appointment Date: October 23, 2009
Expiration Date: September 1, 2011

Brian J. Christian - Round Rock
Appointment Date: September 15, 2010
Expiration Date: September 1, 2012

Jaime Ariel Garza - Harlingen
Appointment Date: June 10, 2010
Expiration Date: September 1, 2011

Richard Dwain Gerard - Livingston
Appointment Date: September 15, 2010
Expiration Date: September 1, 2012

Sockalingam "Sam" Kannappan - Houston
Appointment Date: October 23, 2009
Expiration Date: September 1, 2011

Janet Dee Meyers - Aubrey
Appointment Date: September 15, 2010
Expiration Date: September 1, 2012

Brian L. Padden - Austin
Appointment Date: October 23, 2009
Expiration Date: September 1, 2011

Carl Russell, Jr. - Lubbock
Appointment Date: October 23, 2009
Expiration Date: September 1, 2011

William F. "Dubb" Smith, III - Dripping Springs
Appointment Date: October 23, 2009
Expiration Date: September 1, 2011

Ronald J. Suchecki, Jr. - China Spring
Appointment Date: September 15, 2010
Expiration Date: September 1, 2012

PARDONS AND PAROLES, BOARD OF
David Gutierrez - Lubbock
Appointment Date: September 14, 2009
Expiration Date: February 1, 2015

PARKS AND WILDLIFE COMMISSION
Dan Allen Hughes, Jr. - Beeville
Appointment Date: June 4, 2009
Expiration Date: February 1, 2015

PHARMACY, TEXAS STATE BOARD OF
Wilson Benjamin "Ben" Fry - San Benito
Appointment Date: January 6, 2010
Expiration Date: August 31, 2015

Joyce Tipton - Houston
Appointment Date: January 6, 2010
Expiration Date: August 31, 2015

Charles F. Wetherbee - Boerne
Appointment Date: January 6, 2010
Expiration Date: August 31, 2015

PHYSICAL THERAPY EXAMINERS, TEXAS BOARD OF
Kathleen Ann Luedtke-Hoffmann, Ph.D. - Garland
Appointment Date: June 3, 2010
Expiration Date: January 31, 2011

PHYSICIAN ASSISTANT BOARD, TEXAS
Margaret Bentley - DeSoto
Appointment Date: March 11, 2010
Expiration Date: February 1, 2015

PLUMBING EXAMINERS, TEXAS STATE BOARD OF
Tammy Betancourt - Houston
Appointment Date: November 2, 2010
Expiration Date: September 5, 2015

Case 2:13-cv-00193 Document 660-16 Filed on 11/11/14 in TXSD Page 25 of 86
e 1:12-cv-00128-RMC-DST-RLW Document 207-2 Filed 06/20/12 Page 139 of
Tuesday, January 25, 2011 SENATE JOURNAL 899

Carlos DeHoyos - Gladewater
Appointment Date: November 2, 2010
Expiration Date: September 5, 2015

Richard Allen "Rick" Lord - Pasadena
Appointment Date: November 2, 2010
Expiration Date: September 5, 2015

PODIATRIC MEDICAL EXAMINERS, TEXAS STATE BOARD OF
Charles Jason Hubbard, D.P.M. - Austin
Appointment Date: September 17, 2009
Expiration Date: July 10, 2015

Harold Ashley Ledger, D.P.M. - Nolanville
Appointment Date: September 17, 2009
Expiration Date: July 10, 2015

Morgan Talbot - McAllen
Appointment Date: September 17, 2009
Expiration Date: July 10, 2015

PRESIDING JUDGE, EIGHTH ADMINISTRATIVE JUDICIAL REGION
Roger Jeffrey Walker - Fort Worth
Appointment Date: February 12, 2010
Expiration Date: February 25, 2014

PRESIDING JUDGE, FIFTH ADMINISTRATIVE JUDICIAL REGION
J. Rolando Olvera, Jr. - Brownsville
Appointment Date: January 4, 2011
Expiration Date: January 3, 2015

PRESIDING JUDGE, SEVENTH ADMINISTRATIVE JUDICIAL REGION
Morton "Dean" Rucker, II - Midland
Appointment Date: September 20, 2010
Expiration Date: October 4, 2014

PRESIDING JUDGE, THIRD ADMINISTRATIVE JUDICIAL REGION
Billy Ray Stubblefield - Georgetown
Appointment Date: February 4, 2010
Expiration Date: February 11, 2014

PSYCHOLOGISTS, TEXAS STATE BOARD OF EXAMINERS OF
Jeffrey Baker, Ph.D. - League City
Appointment Date: December 17, 2010
Expiration Date: October 31, 2015

Carlos Chacon - El Paso
Appointment Date: March 24, 2010
Expiration Date: October 31, 2015

Leslie Dee Rosenstein, Ph.D. - Austin
Appointment Date: March 24, 2010
Expiration Date: October 31, 2015

TX_00002706
USA_00016090

PUBLIC SAFETY COMMISSION
A. Cynthia "Cindy" Leon - Mission
Appointment Date: January 10, 2011
Expiration Date: January 1, 2016

Allan B. Polunsky - San Antonio
Appointment Date: December 31, 2009
Expiration Date: December 31, 2015

PUBLIC UTILITY COMMISSION OF TEXAS
Donna Nelson - Austin
Appointment Date: September 23, 2009
Expiration Date: September 1, 2015

PUBLIC UTILITY COUNSEL, OFFICE OF
Sheri Sanders Givens - Round Rock
Appointment Date: December 21, 2009
Expiration Date: February 1, 2011

RACING COMMISSION, TEXAS
Alan Scott Haywood - Austin
Appointment Date: November 24, 2009
Expiration Date: February 1, 2015

Michael Floyd Martin, D.V.M. - San Antonio
Appointment Date: November 3, 2010
Expiration Date: February 1, 2015

REAL ESTATE RESEARCH ADVISORY COMMITTEE
Kimberly Shambley - Dallas
Appointment Date: April 30, 2010
Expiration Date: January 31, 2015

RED RIVER AUTHORITY OF TEXAS BOARD OF DIRECTORS
Jerry B. Daniel - Truscott
Appointment Date: August 11, 2009
Expiration Date: August 11, 2015

George Wilson Scaling, II - Henrietta
Appointment Date: August 11, 2009
Expiration Date: August 11, 2015

Cliff A. Skiles, Jr., D.V.M. - Hereford
Appointment Date: August 11, 2009
Expiration Date: August 11, 2015

REGIONAL MOBILITY AUTHORITY, CAMERON COUNTY
David Allex - Harlingen
Appointment Date: March 26, 2010
Expiration Date: February 1, 2012

TX_00002707
USA_00016091

Case 2:13-cv-00193   Document 660-16   Filed on 11/11/14 in TXSD   Page 27 of 86
e 1:12-cv-00128-RMC-DST-RLW   Document 207-2   Filed 06/20/12   Page 141 of
Tuesday, January 25, 2011        SENATE JOURNAL

REGIONAL MOBILITY AUTHORITY, CAMINO REAL
Scott A. McLaughlin - El Paso
Appointment Date: August 11, 2010
Expiration Date: February 1, 2011

REGIONAL MOBILITY AUTHORITY, GRAYSON COUNTY
Will Rich Hubbard, Jr. - Tioga
Appointment Date: April 30, 2010
Expiration Date: February 1, 2012

REGIONAL MOBILITY AUTHORITY, HIDALGO COUNTY
Dennis Burleson - Mission
Appointment Date: March 26, 2010
Expiration Date: February 1, 2012

REGIONAL MOBILITY AUTHORITY, NORTH EAST TEXAS
Jeff Austin, III - Tyler
Appointment Date: March 23, 2010
Expiration Date: February 1, 2012

RETIREMENT SYSTEM, TEXAS COUNTY AND DISTRICT
Jerry V. Bigham - Canyon
Appointment Date: May 13, 2010
Expiration Date: December 31, 2015

Daniel R. Haggerty - El Paso
Appointment Date: May 13, 2010
Expiration Date: December 31, 2015

Jan Kennady - New Braunfels
Appointment Date: May 13, 2010
Expiration Date: December 31, 2015

Dorye Kristeen Roe - Bryan
Appointment Date: November 30, 2009
Expiration Date: December 31, 2011

RISK MANAGEMENT BOARD
Stephanie E. Simmons, Ph.D. - Missouri City
Appointment Date: January 6, 2011
Expiration Date: February 1, 2015

John Wesley Youngblood - Cameron
Appointment Date: December 21, 2010
Expiration Date: February 1, 2013

RURAL AFFAIRS, TEXAS DEPARTMENT OF
Bryan Keith Tucker - Childress
Appointment Date: March 11, 2010
Expiration Date: February 1, 2011

SABINE RIVER AUTHORITY BOARD OF DIRECTORS
Cary McClure "Mac" Abney - Marshall
Appointment Date: August 6, 2009
Expiration Date: July 6, 2015

Connie Wade - Longview
Appointment Date: August 6, 2009
Expiration Date: July 6, 2015

Constance M. "Connie" Ware - Marshall
Appointment Date: August 6, 2009
Expiration Date: July 6, 2015

SABINE RIVER COMPACT ADMINISTRATION
Jerry F. Gipson - Longview
Appointment Date: July 13, 2010
Expiration Date: July 12, 2016

SCHOOL LAND BOARD
Thomas "Tommy" Orr - Houston
Appointment Date: September 23, 2009
Expiration Date: August 29, 2011

SCHOOL SAFETY CENTER BOARD, TEXAS
Dewey "Mike" Cox - Driftwood
Appointment Date: March 19, 2010
Expiration Date: February 1, 2012

Garry Edward Eoff - Brownwood
Appointment Date: March 19, 2010
Expiration Date: February 1, 2012

Daniel Riley Griffith, II - Pflugerville
Appointment Date: March 19, 2010
Expiration Date: February 1, 2012

Stephen Raley - Lufkin
Appointment Date: March 19, 2010
Expiration Date: February 1, 2012

Dawn DuBose Randle - Houston
Appointment Date: March 19, 2010
Expiration Date: February 1, 2012

SOCIAL WORKER EXAMINERS, TEXAS STATE BOARD OF
Nancy Ann Pearson - Burton
Appointment Date: April 27, 2010
Expiration Date: February 1, 2011

SOIL AND WATER CONSERVATION BOARD, STATE
Larry D. Jacobs - Montgomery
Appointment Date: March 11, 2010
Expiration Date: February 1, 2012

Case 2:13-cv-00193  Document 660-16  Filed on 11/11/14 in TXSD  Page 29 of 86
se 1:12-cv-00128-RMC-DST-RLW  Document 207-3  Filed 06/20/12  Page 2 of
Tuesday, January 25, 2011          SENATE JOURNAL          93

SPEECH-LANGUAGE PATHOLOGY AND AUDIOLOGY, STATE BOARD OF EXAMINERS FOR
Kimberly M. Carlisle - Plano
Appointment Date: January 12, 2010
Expiration Date: August 31, 2015

Kerry Ormson, Ed.D. - Amarillo
Appointment Date: January 12, 2010
Expiration Date: August 31, 2015

Christopher J. Rourk - Dallas
Appointment Date: January 12, 2010
Expiration Date: August 31, 2015

STATE EMPLOYEE CHARITABLE CAMPAIGN POLICY COMMITTEE
Peter Paul Flores - Austin
Appointment Date: June 14, 2010
Expiration Date: January 1, 2012

Louri Marie O'Leary - Austin
Appointment Date: June 14, 2010
Expiration Date: January 1, 2012

Jason Kevin Patteson - Austin
Appointment Date: June 14, 2010
Expiration Date: January 1, 2012

Carol Frost Treadway - Austin
Appointment Date: June 14, 2010
Expiration Date: January 1, 2012

SULPHUR RIVER BASIN AUTHORITY BOARD OF DIRECTORS
Borden E. Bell, Jr. - Texarkana
Appointment Date: September 1, 2009
Expiration Date: February 1, 2015

David Neeley - Mount Pleasant
Appointment Date: September 1, 2009
Expiration Date: February 1, 2015

Michael Edward Russell - Clarksville
Appointment Date: November 2, 2010
Expiration Date: February 1, 2011

TEACHER RETIREMENT SYSTEM OF TEXAS BOARD OF TRUSTEES
Todd F. Barth - Houston
Appointment Date: October 16, 2009
Expiration Date: August 31, 2015

Christopher S. Moss - Lufkin
Appointment Date: March 15, 2010
Expiration Date: August 31, 2015

F. Nanette Sissney - Whitesboro
Appointment Date: October 16, 2009
Expiration Date: August 31, 2015

TEXAS STATE TECHNICAL COLLEGE SYSTEM BOARD OF REGENTS
Penny Forrest - Waco
Appointment Date: September 9, 2009
Expiration Date: August 31, 2015

James Virgil "J. V." Martin - Sweetwater
Appointment Date: September 9, 2009
Expiration Date: August 31, 2015

Linda McKenna - Harlingen
Appointment Date: September 9, 2009
Expiration Date: August 31, 2015

TEXAS TECH UNIVERSITY SYSTEM BOARD OF REGENTS
Debra Montford - San Antonio
Appointment Date: November 12, 2010
Expiration Date: January 31, 2011

TEXAS WOMAN'S UNIVERSITY BOARD OF REGENTS
Mary Wilson - Austin
Appointment Date: September 9, 2009
Expiration Date: February 1, 2011

TRINITY RIVER AUTHORITY BOARD OF DIRECTORS
William W. "Bill" Collins, Jr. - Fort Worth
Appointment Date: December 14, 2009
Expiration Date: March 15, 2015

UNIVERSITY OF HOUSTON SYSTEM BOARD OF REGENTS
Nandita V. Berry - Houston
Appointment Date: August 31, 2009
Expiration Date: August 31, 2015

Tilman Fertitta - Houston
Appointment Date: August 31, 2009
Expiration Date: August 31, 2015

Jarvis Vincent Hollingsworth - Sugar Land
Appointment Date: August 31, 2009
Expiration Date: August 31, 2015

UNIVERSITY OF NORTH TEXAS SYSTEM BOARD OF REGENTS
Michael R. Bradford - Midland
Appointment Date: July 31, 2009
Expiration Date: May 22, 2015

Steve Mitchell - Richardson
Appointment Date: July 31, 2009
Expiration Date: May 22, 2015

George B. "Brint" Ryan - Dallas
Appointment Date: August 24, 2009
Expiration Date: May 22, 2015

UNIVERSITY OF TEXAS SYSTEM BOARD OF REGENTS
Robert Steven "Steve" Hicks - Austin
Appointment Date: July 2, 2010
Expiration Date: February 1, 2015

Brenda Pejovich - Dallas
Appointment Date: July 2, 2010
Expiration Date: February 1, 2011

VETERANS COMMISSION, TEXAS
Richard A. McLeon, IV - Victoria
Appointment Date: November 10, 2010
Expiration Date: December 31, 2011

James Henry Scott - San Antonio
Appointment Date: November 10, 2010
Expiration Date: December 31, 2015

VETERINARY MEDICAL EXAMINERS, STATE BOARD OF
Bud E. Alldredge, D.V.M. - Sweetwater
Appointment Date: September 23, 2009
Expiration Date: August 26, 2015

John Todd Henry, D.V.M. - Wimberley
Appointment Date: August 9, 2010
Expiration Date: August 26, 2015

Paul Martinez - Sonora
Appointment Date: September 23, 2009
Expiration Date: August 26, 2015

YOUTH COMMISSION INDEPENDENT OMBUDSMAN, TEXAS
Debbie Kay Unruh - Austin
Appointment Date: November 1, 2010
Expiration Date: February 1, 2011

YOUTH COMMISSION, TEXAS
Joseph D. Brown - Sherman
Appointment Date: September 1, 2009
Expiration Date: September 1, 2011

Larry Carroll - Midland
Appointment Date: September 1, 2009
Expiration Date: September 1, 2011

Scott W. Fisher - Bedford
Appointment Date: September 1, 2009
Expiration Date: September 1, 2011

Manson B. Johnson - Houston
Appointment Date: September 1, 2009
Expiration Date: September 1, 2011

J. Rolando Olvera, Jr. - Brownsville
Appointment Date: September 1, 2009
Expiration Date: September 1, 2011

Toni Sykora - San Antonio
Appointment Date: March 10, 2010
Expiration Date: September 1, 2011

David D. Teuscher, M.D. - Beaumont
Appointment Date: September 1, 2009
Expiration Date: September 1, 2011

Respectfully submitted,

/s/Rick Perry
Governor

January 21, 2011
Austin, Texas

TO THE SENATE OF THE EIGHTY-SECOND LEGISLATURE, REGULAR
SESSION:

I ask the advice, consent and confirmation of the Senate with respect to the
following appointments:

To be Judge of the 43rd Judicial District Court, Parker County, for a term until
the next General Election and until his successor shall be duly elected and qualified:

Trey Edward Loftin
Aledo, Texas

Mr. Loftin is replacing Judge Don Chrestman who resigned.

To be Judge of the 431st Judicial District Court, Denton County, pursuant to HB
4833, 81st Legislature, Regular Session, for a term until the next General Election and
until his successor shall be duly elected and qualified:

Jonathan M. Bailey
Highland Village, Texas

Respectfully submitted,

/s/Rick Perry
Governor

TX_00002713
JA_001215

TX_00002713

USA_00016097

## MESSAGES FROM THE SUPREME COURT OF TEXAS

The following Messages from the Supreme Court of Texas were read and were referred to the Committee on Nominations:

The Supreme Court of Texas
July 2, 2009

The Honorable David Dewhurst
Lieutenant Governor of Texas
Capitol Station
P. O. Box 12068
Austin, Texas 78711

Dear Lieutenant Governor Dewhurst:

Since adjournment of the 81st Texas Legislature, the Supreme Court of Texas has made the following appointments to the State Bar of Texas Board of Directors which require the advice and consent of the Senate:

Annette Raggette, Austin, Texas
Timothy D. Belton, Bellaire, Texas

Ms. Raggette was appointed on June 2, 2009, to a term of three years which will expire on June 30, 2012. Ms. Raggette replaces Robert Kyker whose term expired June 30, 2009.

Mr. Belton was appointed June 22, 2009, to a term of three years which will expire on June 30, 2012. Mr. Belton replaces Curtis Flowers whose term expired June 30, 2009.

The Supreme Court of Texas requests the consent and confirmation of the Senate for each of these appointments.

Sincerely,

/s/Nathan L. Hecht
Senior Justice

The Supreme Court of Texas
January 10, 2011

The Honorable David Dewhurst
Lieutenant Governor of Texas
Capitol Station
P. O. Box 12068
Austin, Texas 78711

Dear Lieutenant Governor Dewhurst:

Since adjournment of the 81st Texas Legislature, the Supreme Court of Texas has made the following appointments, all of which require the advice and consent of the Senate:

State Commission on Judicial Conduct

The Honorable Joel Baker
Constitutional County Court Judge, Smith County
Tyler, Texas

The Honorable Edward J. Spillane, III
Municipal Court Judge, Brazos County
College Station, Texas

The Honorable Steven L. Seider
Justice of the Peace, Dallas County
Dallas, Texas

The Honorable M. Sue Kurita
County Court at Law Judge, El Paso County
El Paso, Texas

Judge Joel Baker was appointed on July 14, 2009, to fulfill the unexpired term of Judge Ernie Houdashell, which will expire November 19, 2011.

Judge Edward J. Spillane was appointed on December 7, 2009, to a term of six years which will expire November 19, 2015. Judge Spillane succeeds Judge Monica Gonzalez.

Judge Steven L. Seider was appointed on February 25, 2010, to a term of six years which will expire on November 19, 2015. Judge Seider succeeds Judge Tom Lawrence.

Judge M. Sue Kurita was appointed on August 16, 2010, to a term of six years which will expire November 19, 2015. Judge Kurita succeeds Judge Michael Fields.

Board of Directors of the State Bar of Texas

Ms. Becky Baskin Ferguson
Midland, Texas

Ms. Virginia Campbell
Fort Worth, Texas

Ms. Ferguson was appointed on May 26, 2010, to a term of three years which will expire on June 30, 2013. Ms. Ferguson succeeds Samuel B. Lovelady.

Ms. Campbell was appointed on May 26, 2010, to a term of three years which will expire on June 30, 2013. Ms. Campbell succeeds Deborah Ruth Gagliardi.

Employees Retirement System of Texas Board of Trustees

Mr. Ira Craig Hester
Austin, Texas

Mr. Hester was reappointed on August 31, 2010, to a term of six years which will expire on August 31, 2016.

The Court respectfully requests the consent and confirmation of the Senate for each of the above listed appointments.

Sincerely,

/s/Wallace B. Jefferson
Chief Justice

## COMMITTEE OF THE WHOLE SENATE

On motion of Senator Duncan and by unanimous consent, the Senate at 12:38 p.m. resolved into a Committee of the Whole Senate to consider **SB 14** with Senator Duncan presiding.

## IN LEGISLATIVE SESSION

The President called the Senate to order at 9:20 p.m. as In Legislative Session.

## COMMITTEE OF THE WHOLE SENATE REPORT

Senator Duncan was recognized and reported that the Committee of the Whole Senate had met and reported **SB 14** to the Senate with the recommendation that it do pass and be printed.

## MOTION IN WRITING

Senator Fraser offered the following Motion In Writing:

Mr. President:

I move that SB 14, relating to voter identification requirements, be made a special order for 9:20 p.m. Wednesday, January 26, 2011, and thereafter until disposed of on second and third readings.

FRASER

The Motion In Writing prevailed by the following vote:  Yeas 19, Nays 12.

Yeas:  Birdwell, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Wentworth, Williams.

Nays:  Davis, Ellis, Gallegos, Hinojosa, Lucio, Rodriguez, Uresti, Van de Putte, Watson, West, Whitmire, Zaffirini.

## CO-AUTHOR OF SENATE BILL 18

On motion of Senator Estes, Senator Patrick will be shown as Co-author of **SB 18**.

## CO-AUTHORS OF SENATE JOINT RESOLUTION 1

On motion of Senator Ogden, Senators Eltife and Patrick will be shown as Co-authors of **SJR 1**.

## RESOLUTIONS OF RECOGNITION

The following resolutions were adopted by the Senate:

### Memorial Resolution

**SR 89** by Van de Putte, In memory of Wesley J. Rice of San Antonio.

### Congratulatory Resolutions

**SR 48** by Harris and Davis, Congratulating the Texas Rangers on winning the American League Championship and advancing to the World Series.

**SR 83** by Williams, Shapiro, and Whitmire, Recognizing the Jewish Federation of Greater Houston on the occasion of its 75th anniversary.

TX_00002716
JA_001218

TX_00002716

USA_00016100

Case 2:13-cv-00193 Document 660-16 Filed on 11/11/14 in TXSD Page 36 of 86
se 1:12-cv-00128-RMC-DST-RLW Document 207-3 Filed 06/20/12 Page 9 of
100                 82nd Legislature — Regular Session                 5th Day

**SR 86** by Lucio, Recognizing Juan de Dios Garcia for his accomplishments as the boys' soccer coach at Hanna High School in Brownsville.

**SR 88** by Van de Putte, Recognizing John Wesley Boldt for his contributions to the field of medicine.

### Official Designation Resolutions

**SR 81** by Harris and Davis, Celebrating January 26, 2011, as Arlington to Austin Day.

**SR 82** by Zaffirini, Recognizing January 26, 2011, as Laredo Legislative Day at the Capitol.

### RECESS

On motion of Senator Whitmire, the Senate at 9:23 p.m. recessed until 11:00 a.m. tomorrow.

---

### APPENDIX

---

### RESOLUTIONS ENROLLED

January 24, 2011

**SR 29**, **SR 31**, **SR 39**, **SR 40**, **SR 41**, **SR 42**, **SR 43**, **SR 44**, **SR 45**, **SR 46**, **SR 47**, **SR 49**, **SR 50**, **SR 51**, **SR 53**, **SR 54**, **SR 57**, **SR 58**, **SR 59**, **SR 61**, **SR 62**, **SR 63**, **SR 64**, **SR 65**, **SR 66**, **SR 67**, **SR 68**, **SR 69**, **SR 70**, **SR 71**, **SR 73**, **SR 74**, **SR 75**, **SR 76**, **SR 77**, **SR 78**, **SR 79**, **SR 80**

**In Memory**

**of**

**Joe Limon Avila**

**Senate Resolution 55**

WHEREAS, The Senate of the State of Texas joins the citizens of Austin in mourning the loss of business owner Joe Limon Avila, who died January 9, 2011, at the age of 81; and

WHEREAS, Joe Avila was born in Austin April 14, 1929; he proudly served his country in the United States Army during the Korean War and received a Purple Heart; and

WHEREAS, He dedicated his life to his childhood dream of becoming a restaurant owner; he believed and proved that anything is possible if you work hard and persevere; Joe's Bakery and Coffee Shop was the fulfillment of his dream; and

WHEREAS, He also believed strongly in giving back to the community, and he always remembered the neighborhood from which he came; he loved to make people laugh and delighted in playing jokes; and

WHEREAS, The way he lived his life and his devout faith played a vital role in the way he raised his daughters, whom he inspired to accept both the joys and hardships of life; he leaves a legacy of service and accomplishments that will be long remembered by all who knew him; and

WHEREAS, He was a devoted husband to his wife of 56 years, Pauline, and a loving father and grandfather, and he leaves behind memories that will be treasured forever by his family and many friends; now, therefore, be it

RESOLVED, That the Senate of the State of Texas, 82nd Legislature, hereby pay tribute to the life of Joe Limon Avila and extend sincere condolences to his bereaved family; and, be it further

RESOLVED, That a copy of this Resolution be prepared for his family as an expression of deepest sympathy from the Texas Senate, and that when the Senate adjourns this day, it do so in memory of Joe Limon Avila.

WATSON

TX_00002718

USA_00016102

TX_00002719
JA_001221

TX_00002719

USA_00016103

PL012
9/2/2014
2:13-cv-00193

By: Fraser, et al.                                           S.B. No. 14
          (In the Senate – Filed January 12, 2011; January 24, 2011,
read first time and referred to Committee of the Whole Senate;
January 25, 2011, reported favorably by the following vote:
Yeas 20, Nays 12; January 25, 2011, sent to printer.)

                         A BILL TO BE ENTITLED
                              AN ACT

relating to requirements to vote, including presenting proof of
identification; providing criminal penalties.
          BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:
          SECTION 1.  Subchapter A, Chapter 15, Election Code, is
amended by adding Section 15.005 to read as follows:
          Sec. 15.005.  NOTICE OF IDENTIFICATION REQUIREMENTS.
(a)  The voter registrar of each county shall provide notice of the
identification requirements for voting prescribed by Chapter 63 and
a detailed description of those requirements with each voter
registration certificate issued under Section 13.142 or renewal
registration certificate issued under Section 14.001.
          (b)  The secretary of state shall prescribe the wording of
the notice to be included on the certificate under this section.
          SECTION 2.  Subsection (a), Section 15.022, Election Code,
is amended to read as follows:
          (a)  The registrar shall make the appropriate corrections in
the registration records, including, if necessary, deleting a
voter's name from the suspense list:
                (1)  after receipt of a notice of a change in
registration information under Section 15.021;
                (2)  after receipt of a voter's reply to a notice of
investigation given under Section 16.033;
                (3)  after receipt of a registration omissions list and
any affidavits executed under Section 63.006 [63.007], following an
election;
                (4)  after receipt of a voter's statement of residence
executed under Section 63.0011;
                (5)  before the effective date of the abolishment of a
county election precinct or a change in its boundary;
                (6)  after receipt of United States Postal Service
information indicating an address reclassification;
                (7)  after receipt of a voter's response under Section
15.053; or
                (8)  after receipt of a registration application or
change of address under Chapter 20.
          SECTION 3.  Subchapter A, Chapter 31, Election Code, is
amended by adding Section 31.012 to read as follows:
          Sec. 31.012.  VOTER IDENTIFICATION EDUCATION. (a)  The
secretary of state and the voter registrar of each county that
maintains a website shall provide notice of the identification
requirements for voting prescribed by Chapter 63 on each entity's
respective website. The secretary of state shall prescribe the
wording of the notice to be included on the websites.
          (b)  The secretary of state shall conduct a statewide effort
to educate voters regarding the identification requirements for
voting prescribed by Chapter 63.

                         JA_001222

USA_00016104

SECTION 4.   Section 32.111, Election Code, is amended by adding Subsection (c) to read as follows:

(c)   The training standards adopted under Subsection (a) must include provisions on the acceptance and handling of the identification presented by a voter to an election officer under Section 63.001.

SECTION 5.   Subsection (a), Section 32.114, Election Code, is amended to read as follows:

(a)   The county clerk shall provide one or more sessions of training using the standardized training program and materials developed and provided by the secretary of state under Section 32.111 for the election judges and clerks appointed to serve in elections ordered by the governor or a county authority.   Each election judge shall complete the training program.   Each election clerk shall complete the part of the training program relating to the acceptance and handling of the identification presented by a voter to an election officer under Section 63.001.

SECTION 6.   Chapter 62, Election Code, is amended by adding Section 62.016 to read as follows:

Sec. 62.016.   NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE POLLING PLACES. The presiding judge shall post in a prominent place on the outside of each polling location a list of the acceptable forms of identification.   The notice and list must be printed using a font that is at least 24-point.

SECTION 7.   Section 63.001, Election Code, is amended by amending Subsections (b), (c), (d), and (f) and adding Subsections (g) and (h) to read as follows:

(b)   Except as provided by Subsection (h), on [On] offering to vote, a voter must present to an election officer at the polling place one form of identification listed in Section 63.0101 [the voter's voter registration certificate to an election officer at the polling place].

(c)   On presentation of the documentation required by Subsection (b) [a registration certificate], an election officer shall determine whether the voter's name on the documentation [registration certificate] is on the list of registered voters for the precinct.

(d)   If the voter's name is on the precinct list of registered voters and the voter's identity can be verified from the documentation presented under Subsection (b), the voter shall be accepted for voting.

(f)   After determining whether to accept a voter, an election officer shall return the voter's documentation [registration certificate] to the voter.

(g)   If the requirements for identification prescribed by Subsection (b) are not met, the voter may be accepted for provisional voting only under Section 63.011. For a voter who is not accepted for voting under this section, an election officer shall:

(1)   inform the voter of the voter's right to cast a provisional ballot under Section 63.011; and

(2)   provide the voter with written information, in a form prescribed by the secretary of state, that:

(A)   lists the requirements for identification;

(B)   states the procedure for presenting identification under Section 65.0541;

(C)   includes a map showing the location where

USA_00016105

identification must be presented; and
(D) includes notice that even if all procedures are followed, there is no guarantee that a provisional ballot will be accepted.
(h) The requirements for identification prescribed by Subsection (b) do not apply to a voter who:
(1) presents the voter's voter registration certificate on offering to vote; and
(2) was 70 years of age or older on January 1, 2012, as indicated by the date of birth on the voter's voter registration certificate.

SECTION 8. Subsection (a), Section 63.0011, Election Code, is amended to read as follows:
(a) Before a voter may be accepted for voting, an election officer shall ask the voter if the voter's residence address on the precinct list of registered voters is current and whether the voter has changed residence within the county. If the voter's address is omitted from the precinct list under Section 18.005(c), the officer shall ask the voter if the voter's residence, if [as] listed, on identification presented by the voter under Section 63.001(b) [the voter's voter registration certificate] is current and whether the voter has changed residence within the county.

SECTION 9. Chapter 63, Election Code, is amended by adding Section 63.0012 to read as follows:
Sec. 63.0012. NOTICE OF IDENTIFICATION REQUIREMENTS TO CERTAIN VOTERS. (a) An election officer shall distribute written notice of the identification that will be required to vote in elections held after January 1, 2012, and information on obtaining identification without a fee under Section 521.422, Transportation Code, to each voter who, when offering to vote, presents a form of identification that will not be sufficient for acceptance as a voter under this chapter beginning with those elections.
(b) The secretary of state shall prescribe the wording of the notice and establish guidelines for distributing the notice.
(c) This section expires September 1, 2013.

SECTION 10. Section 63.006, Election Code, is amended to read as follows:
Sec. 63.006. VOTER WITH REQUIRED DOCUMENTATION [CORRECT CERTIFICATE] WHO IS NOT ON LIST. (a) A voter who, when offering to vote, presents the documentation required under Section 63.001(b) [a voter registration certificate indicating that the voter is currently registered in the precinct in which the voter is offering to vote], but whose name is not on the precinct list of registered voters, shall be accepted for voting if the voter also presents a voter registration certificate indicating that the voter is currently registered:
(1) in the precinct in which the voter is offering to vote; or
(2) in a different precinct from the one in which the voter is offering to vote and the voter executes an affidavit stating that the voter:
(A)(i) is a resident of the precinct in which the voter is offering to vote or is otherwise entitled by law to vote in that precinct; or
(ii) was a resident of the precinct in which the voter is offering to vote at the time the information on the voter's residence address was last provided to the voter registrar;

USA_00016106

(B)  did not deliberately provide false information to secure registration in a precinct in which the voter does not reside; and
(C)  is voting only once in the election.
(b)  After the voter is accepted, an election officer shall:
(1)  indicate beside the voter's name on the poll list that the voter was accepted under this section; and
(2)  if applicable, enter on the registration omissions list the precinct of the voter's registration as indicated by the voter's registration certificate.
SECTION 11.  Section 63.009, Election Code, is amended to read as follows:
Sec. 63.009.  VOTER WITHOUT CERTIFICATE WHO IS NOT ON LIST. A [(a)  Except as provided by Subsection (b), a] voter who does not present a voter registration certificate when offering to vote, and whose name is not on the list of registered voters for the precinct in which the voter is offering to vote, shall be accepted for provisional voting if the voter executes an affidavit in accordance with Section 63.011.
[(b)  ─ ─ If an election officer can determine from the voter registrar that the person is a registered voter of the county and the person presents proof of identification, the affidavits required by Sections 63.007 and 63.008 are substituted for the affidavit required by Section 63.011 in complying with that section. ─ After the voter is accepted under this subsection, an election officer shall also indicate beside the voter's name on the poll list that the voter was accepted under this section.]
SECTION 12.  Section 63.0101, Election Code, is amended to read as follows:
Sec. 63.0101.  DOCUMENTATION OF PROOF OF IDENTIFICATION. The following documentation is an acceptable form [as proof] of photo identification under this chapter:
(1)  a driver's license or personal identification card issued to the person by the Department of Public Safety that has not [or a similar document issued to the person by an agency of another state, regardless of whether the license or card has] expired;
(2)  a United States military identification card that contains the person's photograph that has not expired [form of identification containing the person's photograph that establishes the person's identity];
(3)  a [birth certificate or other document confirming birth that is admissible in a court of law and establishes the person's identity;
[(4)] United States citizenship certificate [papers] issued to the person that contains the person's photograph; or
(4)  [(5)]  a United States passport issued to the person that has not expired[;
[(6)  ─ ─ official mail addressed to the person by name from a governmental entity;
[(7)  ─ ─ a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter; or
[(8)  ─ ─ any other form of identification prescribed by the secretary of state].
SECTION 13.  Subsections (a) and (b), Section 63.011, Election Code, are amended to read as follows:
(a)  A person to whom Section 63.001(g) [63.008(b)] or 63.009

USA_00016107

[63.009(a)] applies may cast a provisional ballot if the person
executes an affidavit stating that the person:
          (1)  is a registered voter in the precinct in which the
person seeks to vote; and
          (2)  is eligible to vote in the election.
     (b)  A form for an affidavit required by this section shall
be printed on an envelope in which the provisional ballot voted by
the person may be placed and must include a space for entering the
identification number of the provisional ballot voted by the person
and a space for an election officer to indicate whether the person
presented a form of identification described by Section 63.0101.
The affidavit form may include space for disclosure of any
necessary information to enable the person to register to vote
under Chapter 13. The secretary of state shall prescribe the form
of the affidavit under this section.
     SECTION 14.  Subsection (b), Section 64.012, Election Code,
is amended to read as follows:
     (b)  An offense under this section is a felony of the second
[third] degree unless the person is convicted of an attempt. In
that case, the offense is a state jail felony [Class A misdemeanor].
     SECTION 15.  Subsection (b), Section 65.054, Election Code,
is amended to read as follows:
     (b)  A provisional ballot shall [may] be accepted [only] if
the board determines that, from the information in the affidavit or
contained in public records, the person is eligible to vote in the
election and has not previously voted in that election and the
person meets the identification requirements of Section 63.001(b)
in the period prescribed under Section 65.0541.
     SECTION 16.  Subchapter B, Chapter 65, Election Code, is
amended by adding Section 65.0541 to read as follows:
     Sec. 65.0541.  PRESENTATION OF IDENTIFICATION FOR CERTAIN
PROVISIONAL BALLOTS. (a)  A voter who is accepted for provisional
voting under Section 63.011 because the voter does not meet the
identification requirements of Section 63.001(b) may, not later
than the sixth day after the date of the election, present proof of
identification to the voter registrar for examination by the early
voting ballot board.
     (b)  The secretary of state shall prescribe procedures as
necessary to implement this section.
     SECTION 17.  Section 66.0241, Election Code, is amended to
read as follows:
     Sec. 66.0241.  CONTENTS OF ENVELOPE NO. 4. Envelope no. 4
must contain:
          (1)  the precinct list of registered voters;
          (2)  the registration correction list;
          (3)  the registration omissions list;
          (4)  any statements of residence executed under Section
63.0011; and
          (5)  any affidavits executed under Section 63.006
[63.007] or 63.011.
     SECTION 18.  Section 521.422, Transportation Code, is
amended by amending Subsection (a) and adding Subsection (d) to
read as follows:
     (a)  Except as provided by Subsection (d), the [The] fee for
a personal identification certificate is:
          (1)  $15 for a person under 60 years of age;
          (2)  $5 for a person 60 years of age or older; and

USA_00016108

        (3)  $20 for a person subject to the registration requirements under Chapter 62, Code of Criminal Procedure.

        (d)  The department may not collect a fee for a personal identification certificate issued to a person who states that the person is obtaining the personal identification certificate for the purpose of satisfying Section 63.001(b), Election Code, and:

        (1)  who is a registered voter in this state and presents a valid voter registration certificate; or

        (2)  who is eligible for registration under Section 13.001, Election Code, and submits a registration application to the department.

        SECTION 19.  Effective January 1, 2012, Sections 63.007 and 63.008, Election Code, are repealed.

        SECTION 20.  As soon as practicable after the effective date of this section:

        (1)  the secretary of state shall adopt the training standards and develop the training materials required to implement the change in law made by this Act to Section 32.111, Election Code; and

        (2)  the county clerk of each county shall provide a session of training under Section 32.114, Election Code, using the standards adopted and materials developed to implement the change in law made by this Act to Section 32.111, Election Code.

        SECTION 21.  The change in law made by this Act applies only to an offense committed on or after January 1, 2012.  An offense committed before January 1, 2012, is covered by the law in effect when the offense was committed, and the former law is continued in effect for that purpose.  For purposes of this section, an offense is committed before January 1, 2012, if any element of the offense occurs before that date.

        SECTION 22.  State funds disbursed under Chapter 19, Election Code, for the purpose of defraying expenses of the voter registrar's office in connection with voter registration may also be used for additional expenses related to coordinating voter registration drives or other activities designed to expand voter registration. This section expires January 1, 2013.

        SECTION 23.  (a)  Except as provided by Subsection (b) of this section, this Act takes effect January 1, 2012.

        (b)  The changes in law made by Sections 1, 3, 4, 5, 9, 20, and 22 of this Act take effect September 1, 2011.

* * * * *

---

USA_00016109

PL013
9/2/2014
2:13-cv-00193

# SENATE JOURNAL

## EIGHTY-SECOND LEGISLATURE — REGULAR SESSION

### AUSTIN, TEXAS

### PROCEEDINGS

### FIFTH DAY
(Continued)
(Wednesday, January 26, 2011)

### AFTER RECESS

The Senate met at 11:10 a.m. and was called to order by President Pro Tempore Ogden.

Rabbi Brian Strauss, Congregation Beth Yeshurun, Houston, offered the invocation as follows:

Almighty God and universal father over all of mankind, we are gathered here to deliberate and make difficult decisions concerning the welfare of our fellow Texans. As we begin, we beseech Your divine assistance, and we pray that You cast the rays of Your divine guidance upon all assembled here, our Lieutenant Governor, Senators, and all others who sacrifice every day to make Texas a better place. Help us, O Lord, to give a full measure of devotion with sincerity and honesty to those problems–political, social, and economic–which continue to knock upon the doors of humanity. Enable us to reflect and to discuss the matters before us in a spirit of wisdom, intelligence, and in the light of Your eternal truth. We beseech You, eternal God, to help us concentrate our efforts toward the eradication of hatred, prejudice, selfishness, poverty, and all forms of human suffering. O Lord, may goodwill and peace belong to all; and one day, may the people of this great state proclaim in unison: All people are deserving of our help as we are all created in the image of God. To this, let us say, Amen.

### SENATE RESOLUTION 74

Senator Nelson offered the following resolution:

**SR 74**, Proclaiming January, 2011, Communities In Schools Month and January 26, 2011, Communities In Schools Day at the State Capitol.

The resolution was again read.

The resolution was previously adopted on Monday, January 24, 2011.

### GUESTS PRESENTED

Senator Nelson was recognized and introduced to the Senate Gary Henderson, Sandy Chavarria, and a Communities In Schools delegation.

The Senate welcomed its guests.

TX_00002720
USA_00016110

Case 2:13-cv-00193 Document 660-16 Filed on 11/11/14 in TXSD Page 46 of 86
e 1:12-cv-00128-RMC-DST-RLW Document 207-3 Filed 06/20/12 Page 19 of
104                82nd Legislature — Regular Session          5th Day (Cont.)

## SENATE RESOLUTION 48

Senator Harris offered the following resolution:

WHEREAS, The Senate of the State of Texas is pleased to recognize the 2010 American League champion Texas Rangers on the occasion of the first World Series appearance in franchise history; and

WHEREAS, Originally based in the nation's capital and known as the Washington Senators, the franchise moved to Arlington after the 1971 season and began its history as the Texas Rangers; through the years, the Rangers have appeared in the playoffs three times prior to the 2010 season; and

WHEREAS, On August 12, 2010, Major League Baseball unanimously approved the sale of the Texas Rangers from Thomas O. Hicks to the group known as Rangers Baseball Express, led by Chuck Greenberg and Nolan Ryan; and

WHEREAS, The 2010 Rangers became the first team in franchise history to win a playoff series when they defeated the Tampa Bay Rays three games to two in the American League Division Series; they went on to avenge three previous playoff series losses to the New York Yankees by defeating them in six games in the American League Championship Series to advance to the World Series; and

WHEREAS, These skilled athletes have demonstrated great talent, enthusiasm, and perseverance throughout the year; overcoming a slow start, they ended the regular season with a record of 90-72, winning the American League West Division; team members can take great pride in their outstanding performance; and

WHEREAS, Under the superior leadership and expertise of manager Ron Washington and the entire front office, the Rangers have developed exceptional teamwork and discipline and have laid the foundation for continued success in the years to come; and

WHEREAS, The citizens of Arlington and the Dallas-Fort Worth Metroplex and Texans across the state are proud of the Rangers for their hard work, their impressive skills, and their fine sportsmanship; now, therefore, be it

RESOLVED, That the Senate of the State of Texas, 82nd Legislature, hereby commend the Texas Rangers on their exceptional season and extend to them congratulations on winning the American League championship and advancing to the World Series; and, be it further

RESOLVED, That a copy of this Resolution be prepared for the team as an expression of high regard from the Texas Senate.

HARRIS
DAVIS

### (President in Chair)

**SR 48** was again read.

The resolution was previously adopted on Tuesday, January 25, 2011.

TX_00002721
JA_001229

TX_00002721
USA_00016111

Case 2:13-cv-00193 Document 660-16 Filed on 11/11/14 in TXSD Page 47 of 86
e 1:12-cv-00128-RMC-DST-RLW Document 207-3 Filed 06/20/12 Page 20 of
Wednesday, January 26, 2011 SENATE JOURNAL 105

## GUESTS PRESENTED

Senator Harris was recognized and introduced to the Senate Nolan Ryan and Chuck Greenberg, co-owners of the Texas Rangers, as well as Ron Washington, manager.

The Senate welcomed its guests.

## GUESTS PRESENTED

Senator Zaffirini, joined by Senator Watson, was recognized and introduced to the Senate the Girls' School of Austin fourth grade class including Sophia Martinez and teacher, Rachael Lee.

The Senate welcomed its guests.

## PHYSICIAN OF THE DAY

Senator Davis was recognized and presented Dr. Joane Baumer of Fort Worth as the Physician of the Day.

The Senate welcomed Dr. Baumer and thanked her for her participation in the Physician of the Day program sponsored by the Texas Academy of Family Physicians.

## SENATE RESOLUTION 2

Senator Ogden offered the following resolution:

**SR 2**, Congratulating members of the TALL XII class for their selection as participants.

The resolution was read and was adopted without objection.

## GUESTS PRESENTED

Senator Ogden was recognized and introduced to the Senate Dr. Jim Mazurkiewicz, Leadership Program Director and Professor, Texas Agrilife Extension Service, and members of the TALL XII class.

The Senate welcomed its guests.

## GUEST PRESENTED

Senator Gallegos was recognized and introduced to the Senate Sylvia Garcia, President of the National Association of Latino Elected Officials.

The Senate welcomed its guest.

## SENATE RESOLUTION 83

Senator Williams offered the following resolution:

WHEREAS, The Senate of the State of Texas is pleased to recognize the Jewish Federation of Greater Houston on the occasion of its 75th anniversary; and

WHEREAS, The Jewish Federation of Greater Houston was founded in 1936 as the Jewish Community Council to support Jewish causes and to further social services and philanthropic works locally, nationally, and around the world; its mission is to preserve and enrich Jewish communal life through innovative and visionary leadership that is responsive and responsible to Jewish communities everywhere; and

WHEREAS, The federation has for 75 years worked to give voice to the Jewish community and to ensure that the basic necessities of life are provided for its most vulnerable members, including those who are poor, elderly, or disabled; and

WHEREAS, Jewish tradition calls on each individual to contribute to the well-being of the less fortunate, and the federation has diligently worked to help the members of the Houston Jewish community fulfill this charge; along with its partners, it provides numerous volunteer opportunities for people of all ages; and

WHEREAS, This exemplary organization honors another central tenet of Jewish tradition by engaging young people and inspiring their connection to the community so that teachings may be passed from one generation to the next; it is truly deserving of recognition for its many contributions to the Houston community; now, therefore, be it

RESOLVED, That the Senate of the State of Texas, 82nd Legislature, hereby commend the Jewish Federation of Greater Houston on its legacy of philanthropy and support and extend to its members best wishes for a memorable 75th anniversary; and, be it further

RESOLVED, That a copy of this Resolution be prepared for the federation as an expression of high regard from the Texas Senate.

> WILLIAMS
> SHAPIRO
> WHITMIRE

**SR 83** was again read.

On motion of Senator Huffman and by unanimous consent, the names of the Lieutenant Governor and Senators were added to the resolution as signers thereof.

The resolution was previously adopted on Tuesday, January 25, 2011.

### GUESTS PRESENTED

Senator Williams was recognized and introduced to the Senate Jewish Federation of Greater Houston members: Steven Finkelman, Leonard Goldstein, Rob Shoss, Lee Wunsch, and Lisa Yoram.

The Senate welcomed its guests.

### GUESTS PRESENTED

Senator Watson was recognized and introduced to the Senate a fourth grade class from Hyde Park Baptist Schools and teachers, Peggy Buckmeyer and Claudia Bernard.

The Senate welcomed its guests.

### SENATE RESOLUTION 81

Senator Harris offered the following resolution:

**SR 81,** Celebrating January 26, 2011, as Arlington to Austin Day.

> HARRIS
> DAVIS

The resolution was again read.

The resolution was previously adopted on Tuesday, January 25, 2011.

TX_00002723
JA_001231

TX_00002723

USA_00016113

Case 2:13-cv-00193 Document 660-16 Filed on 11/11/14 in TXSD Page 49 of 86
e 1:12-cv-00128-RMC-DST-RLW Document 207-3 Filed 06/20/12 Page 22 of
Wednesday, January 26, 2011 SENATE JOURNAL 107

## GUESTS PRESENTED

Senator Harris, joined by Senator Davis, was recognized and introduced to the Senate members of the Arlington Chamber of Commerce: Earl Harcrow, Foundation Chair; Robert Cluck, Mayor; Jerry McCullough, Arlington ISD Superintendent; and Wes Jurey, President.

The Senate welcomed its guests.

## SENATE RESOLUTION 73

Senator Nelson offered the following resolution:

**SR 73,** Recognizing January 23 through January 29, 2011, as Texas Nurse Anesthetists Week.

The resolution was again read.

The resolution was previously adopted on Monday, January 24, 2011.

## GUESTS PRESENTED

Senator Nelson was recognized and introduced to the Senate the Texas Association of Nurse Anesthetists delegation.

The Senate welcomed its guests.

## SENATE RESOLUTION 82

Senator Zaffirini offered the following resolution:

WHEREAS, The Senate of the State of Texas is pleased to honor the City of Laredo and its delegation and to recognize January 26, 2011, as Laredo Legislative Day at the Capitol; and

WHEREAS, Laredo, truly a gem along the Rio Grande, was established in 1755 by Don Tomas Sanchez, and its history offers a compelling tale, as the town was forged by Spaniards, Indians, Mexicans, Texans, and Americans; a dynamic bilingual and bicultural community, it is a true Texas city proud of its Mexican roots, making it a unique city under seven flags that daily celebrates its dual historical and cultural ties; and

WHEREAS, Situated on the banks of the Rio Grande, Laredo is now the 10th-largest city in Texas and the largest inland port on the southern United States border; it is one of the top four ports-of-commerce in the nation, and in 2010, the city handled 40 percent of all overland trade between the United States and Mexico; and

WHEREAS, Education plays a vital role in the life of Laredo, where three institutes of higher learning have almost 110 years of combined experience; Laredo Community College, first established in 1947 on the 100-year-old grounds of the historic Fort McIntosh, boasts two campuses to better serve the entire city; Texas A&M International University has been educating local Laredo leaders for the last 40 years; and the Laredo Extension Campus of The University of Texas Health Science Center at San Antonio thrives with students, who benefit from new interlocal agreements that give medical students practical experience; now, therefore, be it

RESOLVED, That the Senate of the State of Texas, 82nd Legislature, hereby extend best wishes for a celebratory Laredo Legislative Day at the Capitol; and, be it further

TX_00002724
USA_00016114

Case 2:13-cv-00193   Document 660-16   Filed on 11/11/14 in TXSD   Page 50 of 86
e 1:12-cv-00128-RMC-DST-RLW   Document 207-3   Filed 06/20/12   Page 23 of
108                    82nd Legislature — Regular Session       5th Day (Cont.)

RESOLVED, That a copy of this Resolution be prepared for the citizens of Laredo as a memento of this occasion.

**SR 82** was again read.

The resolution was previously adopted on Tuesday, January 25, 2011.

### GUESTS PRESENTED

Senator Zaffirini was recognized and introduced to the Senate Raul Salinas, Mayor of the City of Laredo; Nora Rivera, Mayor of the City of Rio Bravo; and Laredo City Councilmembers: Cindy Liendo Espinoza, Juan Narvaez, Alejandro Perez, Jr., Esteban Rangel, and Charlie San Miguel.

The Senate welcomed its guests.

### SENATE RESOLUTION 90

Senator Ogden offered the following resolution:

**SR 90,** Recognizing Lisa Benford on the occasion of her retirement from the Texas Legislative Council.

The resolution was read and was adopted without objection.

### GUEST PRESENTED

Senator Ogden was recognized and introduced to the Senate Lisa Benford and congratulated her on her retirement from the Texas Legislative Council.

The Senate welcomed its guest.

### GUESTS PRESENTED

Senator Birdwell was recognized and introduced to the Senate members of Leadership Farm Bureau.

The Senate welcomed its guests.

### GUESTS PRESENTED

Senator Zaffirini was recognized and introduced to the Senate members of the Texas Farm Bureau, Atascosa County: Lloyd House, Raymond Meyer, Martin Krueger, Bettie House, Shirley Stevens, Walter Stevens, Anna Meyer, Pete Pawelek, and Lynse Pawelek, accompanied by Clifton Stacey, Frio County.

The Senate welcomed its guests.

### SENATE RESOLUTION 56

Senator Watson offered the following resolution:

**SR 56,** In memory of Dr. James Paul Duncan of Austin.

On motion of Senator Watson, the resolution was read and was adopted by a rising vote of the Senate.

In honor of the memory of James Paul Duncan, the text of the resolution is printed at the end of today's *Senate Journal.*

TX_00002725
JA_001233

TX_00002725

USA_00016115

Case 2:13-cv-00193 Document 660-16 Filed on 11/11/14 in TXSD Page 51 of 86
e 1:12-cv-00128-RMC-DST-RLW Document 207-3 Filed 06/20/12 Page 24 of
Wednesday, January 26, 2011 SENATE JOURNAL 109

### GUESTS PRESENTED

Senator Watson was recognized and introduced to the Senate family members of James Paul Duncan: Nancy Duncan, wife; Brad Duncan, son; Mary de la Garza, daughter; Kevin Sadler, former son-in-law; and Cullen Sadler, grandson.

The Senate welcomed its guests and extended its sympathy.

### RECESS

On motion of Senator Whitmire, the Senate at 12:28 p.m. recessed until 2:30 p.m. today.

### AFTER RECESS

The Senate met at 2:49 p.m. and was called to order by the President.

### SENATE RESOLUTION 119

The President laid before the Senate the following resolution:

WHEREAS, Subsection (b), Section 5, Article III, Texas Constitution, reads:

"When convened in regular Session, the first thirty days thereof shall be devoted to the introduction of bills and resolutions, acting upon emergency appropriations, passing upon the confirmation of the recess appointees of the Governor and such emergency matters as may be submitted by the Governor in special messages to the Legislature. During the succeeding thirty days of the regular session of the Legislature the various committees of each House shall hold hearings to consider all bills and resolutions and other matters then pending; and such emergency matters as may be submitted by the Governor. During the remainder of the session the Legislature shall act upon such bills and resolutions as may be then pending and upon such emergency matters as may be submitted by the Governor in special messages to the Legislature."; and

WHEREAS, It is specifically provided in Subsection (c), Section 5, Article III, Texas Constitution, that either house may otherwise determine its order of business by an affirmative vote of four-fifths of its membership; now, therefore, be it

RESOLVED by the Senate of the State of Texas, 82nd Legislature, by an affirmative vote of four-fifths of its membership, That the senate determine that the constitutional order of business for the first thirty days of the regular session is hereby suspended to the extent necessary to allow the senate to hold hearings during the first thirty days to consider any bill, resolution, or other matter pending before the senate.

ELTIFE

SR 119 was read and was adopted by the following vote:  Yeas 30, Nays 0.

Absent:  Uresti.

### LEAVE OF ABSENCE

On motion of Senator Whitmire, Senator Uresti was granted leave of absence for the remainder of the day on account of important business.

TX_00002726
## JA_001234

TX_00002726

USA_00016116

Case 2:13-cv-00193   Document 660-16   Filed on 11/11/14 in TXSD   Page 52 of 86
e 1:12-cv-00128-RMC-DST-RLW   Document 207-3   Filed 06/20/12   Page 25 of
110                82nd Legislature — Regular Session                5th Day (Cont.)

## MOTION TO PLACE
## SENATE BILL 14 ON SECOND READING

Senator Fraser moved to suspend all necessary rules at this time to take up for consideration **SB 14** on its second reading (Set as special order) (Submitted by Governor as an emergency matter):

**SB 14**, Relating to requirements to vote, including presenting proof of identification; providing criminal penalties.

Question — Shall all necessary rules be suspended?

Senator Van de Putte was recognized to read a statement in reference to **SB 14**.

Senator West moved to have Senator Van de Putte's statement reduced to writing and printed in the *Senate Journal*.

There was objection.

Senator Duncan was recognized to comment on Senator Van de Putte's statement and asked that his remarks be reduced to writing and printed in the *Senate Journal*.

Senator West withdrew his motion.

Question — Shall all necessary rules be suspended?

### MOTION IN WRITING

Senator Fraser offered the following Motion In Writing:

Mr. President:

I move to suspend all necessary rules to take up and consider **SB 14** at this time.

FRASER

Question — Shall the Motion In Writing be adopted?

Senator Whitmire was recognized to comment on the statements by Senator Van de Putte and Senator Duncan.

Senator West again moved to have Senator Van de Putte's remarks reduced to writing.

There was objection.

Senator Duncan offered a substitute motion to have the remarks by Senators Van de Putte, Duncan, and Whitmire reduced to writing and printed in the *Senate Journal*.

The substitute motion was adopted without objection.

### REMARKS

**Senator Van de Putte:** Thank you, Mr. Chairman, and thank you, Mr. President. The Senate Democrats, including those who represent districts in which minority voters are electing candidates of their choice, and who also speak on behalf of minority voters in this state, have made clear their unanimous opposition to the voter ID legislation. That opposition remains. And no matter the specific time of passage of this bill, the outcome is inevitable and our opposition remains firm. In the interest of

TX_00002727
## JA_001235

Case 2:13-cv-00193  Document 660-16  Filed on 11/11/14 in TXSD  Page 53 of 86
e 1:12-cv-00128-RMC-DST-RLW   Document 207-3   Filed 06/20/12   Page 26 of
Wednesday, January 26, 2011          SENATE JOURNAL                        111

continuing debate on the legislation during appropriate hours, however, and to avoid late night debate, which the public would find more difficult to observe, we will not oppose a vote to suspend the 24-hour layout requirement. Debate on this legislation was in the Committee of the Whole consisting of all 31 Members of the Senate. Thus, we see little compelling need for such layout requirement, which typically exists to give those Senators not on the relevant committee opportunity to review legislation. All 31 Senators have had ample opportunity to review the bill, which is the purpose of having a layout requirement. Thank you, Mr. Chairman.

**Senator Duncan:** I appreciate the fact that we're working together to try to move this bill and we've talked and worked a lot, but the only thing in your statement that I might have exception to is the fact that all Members of this Senate represent minority voters. And, I want to make clear that that is a statement of this whole body and not just of one political party or another. So, with that understanding, I will go ahead and not have an objection. And, I'd like my comments put in the record, if we could.

**Senator Whitmire:** Senator Duncan, I want to clarify in your comments to Senator Van de Putte before you pose the question, really a comment. You said that you felt like all Members on the floor were attempting to move the bill forward.

**Senator Duncan:** That's correct.

**Senator Whitmire:** Okay, well, I want to strongly disagree with you that that's not the position of the opposition. We're not voting for this rule, or this motion because we're trying to move this bill forward. We're trying to move the process forward and the only, and the distinction is we'll do it at 9:20 tonight or at three o'clock this afternoon, but we're going to do everything we can to stop this bill.

**Senator Duncan:** I understand that.

**Senator Whitmire:** But we want to have the discussion in the middle of the afternoon versus the middle of the morning.

**Senator Duncan:** That wasn't my, that, that really–

**Senator Whitmire:** I know.

**Senator Duncan:** –wasn't what I intended to say.

**Senator Whitmire:** You understand.

**Senator Duncan:** I just, I was intending to, I, I was objecting to the statement to the extent–

**Senator Whitmire:** I respect that.

**Senator Duncan:** –it said that, you know, that it implied that not all Members of this body represent minority interests. That was my objection and that's what I wanted in the record.

**Senator Whitmire:** Certainly, and I think you have a right to make that record and I heard your feelings, but I could not allow your comment that we're all, 31 of us, attempting to move this bill forward, on the record, without making it very clear that that's not the way we feel towards voting for this motion, which allow us to bring it

TX_00002728

USA_00016118

Case 2:13-cv-00193  Document 660-16  Filed on 11/11/14 in TXSD  Page 54 of 86
e 1:12-cv-00128-RMC-DST-RLW  Document 207-3  Filed 06/20/12  Page 27 of
112                    82nd Legislature — Regular Session    5th Day (Cont.)

up immediately. We're very much opposed to the bill, which you will get to witness in a moment. But we do think it good judgment to go forward at this point, versus going into the mid-part of the next morning.

**Senator Duncan:** I think we can all agree on that and I think we understand that. I had only one objection to the statement and I made that objection.

Question — Shall the Motion In Writing be adopted?

The President requested the Secretary of the Senate to again read the Motion In Writing.

## MOTION IN WRITING

The Secretary of the Senate again read the following Motion In Writing:

Mr. President:

I move to suspend all necessary rules to take up and consider **SB 14** at this time.

FRASER

Senator Fraser withdrew the Motion In Writing.

## MOTION IN WRITING

Senator Fraser offered the following Motion In Writing:

Mr. President:

I move to suspend Senate Rule 5.11 and Senate Rule 7.12 to take up **SB 14** at this time, which is set as a special order for 9:20 p.m. today.

FRASER

The Motion In Writing was read and was adopted without objection.

## SENATE BILL 14 ON SECOND READING

The President laid before the Senate **SB 14** by Senator Fraser at this time on its second reading (Set as special order) (Submitted by Governor as an emergency matter):

**SB 14**, Relating to requirements to vote, including presenting proof of identification; providing criminal penalties.

The bill was read second time.

Senator Watson offered the following amendment to the bill:

**Floor Amendment No. 1**

Amend **SB 14** by striking below the enacting clause and adding the following appropriately numbered SECTIONS to the bill and renumbering subsequent SECTIONS accordingly:

SECTION __. Subchapter A, Chapter 61, Election Code, is amended by adding Section 61.015 to read as follows:

Sec. 61.015. FRAUDULENT OR DECEPTIVE VOTING PRACTICES. (a) A person commits an offense if the person knowingly:

TX_00002729
JA_001237

(1) impersonates or attempts to impersonate another person, or uses or attempts to use the identify of another person, for the purpose of voting in any election in this state.

(2) removes the name of an eligible voter from the list of registered voters or the poll list for the precinct;

(3) prevents the deposit in the ballot box of a marked and properly folded ballot that was provided at the polling place to the voter who is depositing it or for whom the deposit is attempted;

(4) provides false information to a voter about voting procedures, resulting in the voter:

(A) refraining from voting under a reasonable belief that the voter may not vote or that the procedures are intimidating or cumbersome; or

(B) otherwise being prevented from casting a ballot that may legally be counted;

(5) places restrictions on a voter's exercise of the right to vote that are not required by this code, resulting in the voter:

(A) refraining from voting under a reasonable belief that the voter may not vote; or

(B) otherwise being prevented from casting a ballot that may legally be counted; or

(6) impersonates a law enforcement officer or provides false information about law enforcement procedures for the purpose of intimidating voters regardless of whether the voter casts a vote.

(b) An offense under this section is a felony of the first degree.

SECTION __. Subsections 64.010(a)(2) and 64.012(a)(3), Election Code, are repealed.

SECTION __. The change in law made by this Act applies only to an offense committed on or after the effective date of this Act. An offense committed before the effective date of this Act is governed by the law in effect when the offense was committed, and the former law is continued in effect for that purpose. For purposes of this section, an offense was committed before the effective date of this Act if any element of the offense was committed before that date.

SECTION __. This Act takes effect September 1, 2011.

WATSON<br>
RODRIGUEZ

The amendment to **SB 14** was read.

**(President Pro Tempore Ogden in Chair)**

On motion of Senator Fraser, Floor Amendment No. 1 was tabled by the following vote: Yeas 19, Nays 11.

Yeas: Birdwell, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Wentworth, Williams.

Nays: Davis, Ellis, Gallegos, Hinojosa, Lucio, Rodriguez, Van de Putte, Watson, West, Whitmire, Zaffirini.

Absent-excused: Uresti.

TX_00002730
JA_001238

TX_00002730

USA_00016120

Case 2:13-cv-00193 Document 660-16 Filed on 11/11/14 in TXSD Page 56 of 86
e 1:12-cv-00128-RMC-DST-RLW Document 207-3 Filed 06/20/12 Page 29 of
114 82nd Legislature — Regular Session 5th Day (Cont.)

Senator Davis offered the following amendment to the bill:

**Floor Amendment No. 2**

Amend **SB 14** by adding the following appropriately numbered SECTION to the bill and renumbering subsequent SECTIONS of the bill accordingly:

SECTION ____. Sections 20.063(a) and (b), Election Code, are amended to read as follows:

(a) The Department of Public Safety shall:

(1) provide to each person who applies in person at the department's offices for an original or renewal of a driver's license, a personal identification card, or a duplicate or corrected license or card [an opportunity to complete] a voter registration application form and an opportunity to complete the form; and

(2) inform each person who applies in person at the department's offices for an original or renewal personal identification card or a duplicate or corrected card that the department may not collect a fee for a personal identification card issued to a person who states that the person is obtaining the personal identification card for the purpose of voting and:

(A) who is a registered voter in this state and presents a valid voter registration certificate; or

(B) who is eligible for registration under Section 13.001 and submits a registration application to the department.

(b) When the department processes a license or card for renewal by mail, the department shall deliver to the applicant by mail a voter registration application form. The department by rule shall prescribe a form and manner of providing to persons renewing licenses and cards by mail a notice stating the information required to be provided under Subsection (a) to a person who applies in person at the department's offices for an original or renewal personal identification card or a duplicate or corrected card.

The amendment to **SB 14** was read.

On motion of Senator Fraser, Floor Amendment No. 2 was tabled by the following vote: Yeas 19, Nays 11.

Yeas: Birdwell, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Wentworth, Williams.

Nays: Davis, Ellis, Gallegos, Hinojosa, Lucio, Rodriguez, Van de Putte, Watson, West, Whitmire, Zaffirini.

Absent-excused: Uresti.

Senator Gallegos offered the following amendment to the bill:

**Floor Amendment No. 3**

Amend **SB 14** as follows:

(1) In SECTION 3 of the bill, in added Section 31.012(a), Election Code (page 2, line 19), between "website" and the period, insert "in each language in which voter registration materials are available".

TX_00002731

USA_00016121

Case 2:13-cv-00193 Document 660-16 Filed on 11/11/14 in TXSD Page 57 of 86
e 1:12-cv-00128-RMC-DST-RLW Document 207-3 Filed 06/20/12 Page 30 of
Wednesday, January 26, 2011 SENATE JOURNAL 115

(2) In SECTION 3 of the bill, add a new subsection to added Section 31.012, Election Code (page 2, between lines 23 and 24), to read as follows:

(c) The county clerk of each county shall post in a prominent location at the clerk's office a physical copy of the notice prescribed under Subsection (a) in each language in which voter registration materials are available.

> GALLEGOS
> HINOJOSA
> LUCIO

The amendment to **SB 14** was read and was adopted by a viva voce vote.

All Members are deemed to have voted "Yea" on the adoption of Floor Amendment No. 3 except as follows:

Absent-excused: Uresti.

Senator Lucio offered the following amendment to the bill:

**Floor Amendment No. 4**

Amend **SB 14** as follows:

(1) In SECTION 3 of the bill, in added Section 31.012(a), Election Code (page 2, line 19), between "website" and the period, add "in English and Spanish".

(2) In SECTION 3 of the bill, in added Section 31.012, Election Code (page 2, between lines 23 and 24), add the following new subsection:

(c) The county election administrator or county clerk, as applicable, shall post in a prominent location a physical copy of the notice prescribed by Subsection (a) in English and Spanish.

> LUCIO
> HINOJOSA

The amendment to **SB 14** was read.

Senator Lucio withdrew Floor Amendment No. **4**.

Senator Zaffirini offered the following amendment to the bill:

**Floor Amendment No. 5**

Amend **SB 14** in SECTION 3 of the bill, in added Section 62.016, Election Code (page 3, line 20), after "24-point.", by adding "The notices required under this subsection shall be posted separately from all other notices required by state or federal law."

The amendment to **SB 14** was read and was adopted by a viva voce vote.

All Members are deemed to have voted "Yea" on the adoption of Floor Amendment No. 5 except as follows:

Absent-excused: Uresti.

Case 2:13-cv-00193 Document 660-16 Filed on 11/11/14 in TXSD Page 58 of 86
e 1:12-cv-00128-RMC-DST-RLW Document 207-3 Filed 06/20/12 Page 31 of

116          82nd Legislature — Regular Session          5th Day (Cont.)

Senator Davis offered the following amendment to the bill:

**Floor Amendment No. 6**

Amend **SB 14** in SECTION 7 of the bill, in amended Section 63.001(c), Election Code (page 4, line 6), by adding after the period "If in determining whether a voter's name is on the list of registered voters the election officer determines that the voter's name on the documentation does not match exactly the name on the list, the voter shall be accepted for voting as otherwise required by this section if the voter submits an affidavit stating that the voter is the person on the list of registered voters."

The amendment to **SB 14** was read.

Senator Davis withdrew Floor Amendment No. 6.

Senator Van de Putte offered the following amendment to the bill:

**Floor Amendment No. 7**

Amend **SB 14** in SECTION 7 of the bill, in amended Section 63.001(d), Election Code (page 4, line 10), by adding after the period "In determining whether to accept a voter for voting, the election officer may not consider whether any address shown on the voter's documentation matches the address of the voter as shown on the list."

The amendment to **SB 14** was read.

On motion of Senator Fraser, Floor Amendment No. 7 was tabled by the following vote: Yeas 19, Nays 11.

Yeas: Birdwell, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Wentworth, Williams.

Nays: Davis, Ellis, Gallegos, Hinojosa, Lucio, Rodriguez, Van de Putte, Watson, West, Whitmire, Zaffirini.

Absent-excused: Uresti.

Senator Davis offered the following amendment to the bill:

**Floor Amendment No. 8**

Amend **SB 14** in SECTION 7 of the bill, in amended Section 63.001(d), Election Code (page 4, line 10), by adding after the period "In the event of an inconsistency between an address that appears on the documentation presented by a voter described by this subsection and the voter registration list, the voter shall be accepted if the voter asserts that the address that appears on the voter registration list is the voter's address for the purposes of voting."

The amendment to **SB 14** was read.

Senator Davis withdrew Floor Amendment No. 8.

Senator Hinojosa offered the following amendment to the bill:

**Floor Amendment No. 9**

Amend **SB 14** in SECTION 9 of the bill by striking added Section 63.0012(c), Election Code and replacing with the following:

Case 2:13-cv-00193 Document 660-16 Filed on 11/11/14 in TXSD Page 59 of 86
e 1:12-cv-00128-RMC-DST-RLW Document 207-3 Filed 06/20/12 Page 32 of
Wednesday, January 26, 2011 SENATE JOURNAL 117

(c) This section expires September 1, 2017.

The amendment to **SB 14** was read and was adopted by a viva voce vote.

All Members are deemed to have voted "Yea" on the adoption of Floor Amendment No. 9 except as follows:

Absent-excused: Uresti.

Senator Zaffirini offered the following amendment to the bill:

**Floor Amendment No. 10**

Amend **SB 14** as follows:

(1) In SECTION 7 of the bill, in the recital (page 3, line 23), strike "(g) and (h)" and substitute "(g), (h), and (i)".

(2) In SECTION 7 of the bill, in proposed Section 63.001(b), Election Code (page 3, line 26, through page 4, line 1), strike the text and substitute the following: place:

   (1) one form of identification listed in Section 63.0101; or

   (2) the voter's voter registration certificate, accompanied by the affidavit described by Subsection (i) [to an election officer at the polling place].

(3) In SECTION 7 of the bill, following proposed Section 63.001(h), Election Code (page 5, between lines 10 and 11), add the following:

   (i) If the requirement for identification prescribed by Subsection (b) is not met, an election officer shall notify the voter that the voter may be accepted for voting if the voter executes an affidavit under penalty of perjury stating that the voter is the person named on the voter registration certificate. The affidavit shall be in a form prescribed by the secretary of state and must include the voter's name, address, date of birth, and signature.

The amendment to **SB 14** was read.

On motion of Senator Fraser, Floor Amendment No. 10 was tabled by the following vote: Yeas 18, Nays 12.

Yeas: Birdwell, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Patrick, Seliger, Shapiro, Wentworth, Williams.

Nays: Davis, Ellis, Gallegos, Hinojosa, Lucio, Ogden, Rodriguez, Van de Putte, Watson, West, Whitmire, Zaffirini.

Absent-excused: Uresti.

**(President in Chair)**

Senator Davis offered the following amendment to the bill:

**Floor Amendment No. 11**

Amend **SB 14** as follows:

(1) In SECTION 7 of the bill, in the introductory language (page 3, line 23), strike "(g) and (h)" and substitute "(g), (h), and (i)".

(2) In SECTION 7 of the bill, following added Section 63.001(h), Election Code (page 5, between lines 10 and 11), insert the following:

Case 2:13-cv-00193 Document 660-16 Filed on 11/11/14 in TXSD Page 60 of 86
e 1:12-cv-00128-RMC-DST-RLW Document 207-3 Filed 06/20/12 Page 33 of
118          82nd Legislature — Regular Session          5th Day (Cont.)

(i) A voter whose name as listed on the identification prescribed by Subsection (b) does not match the name on the precinct list of registered voters shall still be accepted for voting if the voter is a woman and:

(1) presents a marriage license or divorce decree that lists a name that matches the name on the precinct list of registered voters; or

(2) executes an affidavit stating the voter's name is the name on the precinct list of registered voters but has been changed due to marriage or divorce.

DAVIS

ELLIS

The amendment to **SB 14** was read.

Senator Fraser moved to table Floor Amendment No. 11.

Senator Fraser withdrew the motion to table Floor Amendment No. 11.

Senator Davis temporarily withdrew Floor Amendment No. 11.

Senator Davis offered the following amendment to the bill:

**Floor Amendment No. 12**

Amend **SB 14** as follows:

(1) In SECTION 9 of the bill, adding Section 63.0012(a), Election Code (page 6, lines 1 and 2), strike "Section 521.422, Transportation Code," and substitute "Section 63.010".

(2) Strike SECTION 18 of the bill, amending Section 521.422, Transportation Code (page 11, lines 2 through 19).

(3) Add the following appropriately numbered SECTION to the bill, and renumber the remaining SECTIONS of the bill accordingly:

SECTION ____. Chapter 63, Election Code, is amended by adding Section 63.010 to read as follows:

Sec. 63.010. FEES PROHIBITED FOR CERTAIN FORMS OF IDENTIFICATION DOCUMENTATION. Notwithstanding any other law, an agency, institution, or political subdivision of this state may not charge any fee for the issuance of any document that may be used:

(1) as proof of identification under this chapter; or

(2) to obtain a document that may be used as proof of identification under this chapter.

The amendment to **SB 14** was read.

On motion of Senator Fraser, Floor Amendment No. 12 was tabled by the following vote: Yeas 19, Nays 11.

Yeas: Birdwell, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Wentworth, Williams.

Nays: Davis, Ellis, Gallegos, Hinojosa, Lucio, Rodriguez, Van de Putte, Watson, West, Whitmire, Zaffirini.

Absent-excused: Uresti.

TX_00002735

USA_00016125

Case 2:13-cv-00193  Document 660-16  Filed on 11/11/14 in TXSD  Page 61 of 86
e 1:12-cv-00128-RMC-DST-RLW  Document 207-3  Filed 06/20/12  Page 34 of
Wednesday, January 26, 2011        SENATE JOURNAL        119

Senator Davis offered the following amendment to the bill:

## Floor Amendment No. 13

Amend **SB 14** as follows:

(1) In SECTION 12 of the bill, in amended Section 63.0101, Election Code (page 8, line 9), strike "that has not" and substitute ", regardless of whether it has".

(2) In SECTION 12 of the bill, in amended Section 63.0101, Election Code (page 8, line 13), strike "that has not" and substitute ", regardless of whether it has".

(3) In SECTION 12 of the bill, in amended Section 63.0101, Election Code (page 8, line 22), strike "that has not" and substitute ", regardless of whether it has".

The amendment to **SB 14** was read.

On motion of Senator Fraser, Floor Amendment No. 13 was tabled by the following vote:  Yeas 19, Nays 11.

Yeas:  Birdwell, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Wentworth, Williams.

Nays:  Davis, Ellis, Gallegos, Hinojosa, Lucio, Rodriguez, Van de Putte, Watson, West, Whitmire, Zaffirini.

Absent-excused:  Uresti.

Senator Lucio offered the following amendment to the bill:

## Floor Amendment No. 14

Amend **SB 14** in SECTION 12 of the bill by striking amended Section 63.0101, Election Code (page 8, line 5, through page 9, line 2), and substituting the following:

Sec. 63.0101.  DOCUMENTATION OF PROOF OF IDENTIFICATION. The [following] documentation [is] acceptable as proof of identification under this chapter is the same as the documentation required by the Department of Public Safety under Section 521.142, Transportation Code, for an application for the issuance of a driver's license, including the thumbprints, photograph, and signature of the voter[:

[(1) a driver's license or personal identification card issued to the person by the Department of Public Safety or a similar document issued to the person by an agency of another state, regardless of whether the license or card has expired;

[(2) a form of identification containing the person's photograph that establishes the person's identity;

[(3) a birth certificate or other document confirming birth that is admissible in a court of law and establishes the person's identity;

[(4) United States citizenship papers issued to the person;

[(5) a United States passport issued to the person;

[(6) official mail addressed to the person by name from a governmental entity;

[(7) a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter; or

[(8) any other form of identification prescribed by the secretary of state].

TX_00002736

USA_00016126

The amendment to **SB 14** was read.

On motion of Senator Fraser, Floor Amendment No. 14 was tabled by the following vote: Yeas 19, Nays 11.

Yeas: Birdwell, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Wentworth, Williams.

Nays: Davis, Ellis, Gallegos, Hinojosa, Lucio, Rodriguez, Van de Putte, Watson, West, Whitmire, Zaffirini.

Absent-excused: Uresti.

Senator Davis offered the following amendment to the bill:

## Floor Amendment No. 15

Amend **SB 14** by striking SECTION 12 of the bill and substitute with new SECTION 12 as follows:

SECTION 12. Section 63.0101, Election Code, is amended to read as follows:

Sec. 63.0101. DOCUMENTATION OF PROOF OF IDENTIFICATION. The following documentation is an acceptable form [as proof] of photo identification under this chapter:

(1) a driver's license or personal identification card issued to the person by the Department of Public Safety that has not [or a similar document issued to the person by an agency of another state, regardless of whether the license or card has] expired or has expired after the date of the most recent general election;

(2) a United States military identification card that contains the person's photograph that has not expired or has expired after the date of the most recent general election[form of identification containing the person's photograph that establishes the person's identity];

(3) a [birth certificate or other document confirming birth that is admissible in a court of law and establishes the person's identity;

[(4)] United States citizenship certificate [papers] issued to the person that contains the person's photograph; or

(4) [(5)] a United States passport issued to the person that has not expired or has expired after the date of the most recent general election[;

[(6) official mail addressed to the person by name from a governmental entity;

[(7) a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter; or

[(8) any other form of identification prescribed by the secretary of state].

The amendment to **SB 14** was read.

Senator Davis temporarily withdrew Floor Amendment No. 15.

TX_00002737

USA_00016127

Case 2:13-cv-00193  Document 660-16  Filed on 11/11/14 in TXSD  Page 63 of 86
e 1:12-cv-00128-RMC-DST-RLW   Document 207-3   Filed 06/20/12   Page 36 of
Wednesday, January 26, 2011        SENATE JOURNAL        121

Senator Van de Putte offered the following amendment to the bill:

**Floor Amendment No. 16**

Amend **SB 14** as follows:

(1)  In SECTION 7 of the bill, strike amended Section 63.001(b), Election Code (page 3, line 24, through page 4, line 1), and substitute the following:

(b)  Except as provided by Subsection (h), on [On] offering to vote, a voter must present to an election officer at the polling place either:

(1)  one form of identification listed in Section 63.0101(a); or

(2)  two different forms of identification listed in Section 63.0101(b) [the voter's voter registration certificate to an election officer at the polling place].

(2)  In SECTION 12 of the bill, strike amended Section 63.0101, Election Code (page 8, line 5, through page 9, line 2), and substitute the following:

Sec. 63.0101.  DOCUMENTATION OF PROOF OF IDENTIFICATION.  (a) The following documentation is an acceptable form [as proof] of photo identification under this chapter:

(1)  a driver's license or personal identification card issued to the person by the Department of Public Safety that has not expired or that expired no earlier than two years before the date of presentation [or a similar document issued to the person by an agency of another state, regardless of whether the license or card has expired];

(2)  a United States military identification card that contains the person's photograph [form of identification containing the person's photograph that establishes the person's identity];

(3)  a [birth certificate or other document confirming birth that is admissible in a court of law and establishes the person's identity;

[(4)]  United States citizenship certificate [papers] issued to the person that contains the person's photograph;

(4) [(5)]  a United States passport issued to the person;

(5)  a license to carry a concealed handgun issued to the person by the Department of Public Safety; or

(6)  [official mail addressed to the person by name from a governmental entity;

[(7)]  a valid identification card that contains the person's photograph and is issued by:

(A)  an agency or institution of the federal government; or

(B)  an agency, institution, or political subdivision of this state.

(b)  The following documentation is acceptable as proof of identification under this chapter:

(1)  the voter's voter registration certificate or a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter;

(2)  official mail addressed to the person by name from a governmental entity;

(3)  a certified copy of a birth certificate or other document confirming birth that is admissible in a court of law and establishes the person's identity;

(4)  United States citizenship papers issued to the person;

TX_00002738

USA_00016128

Case 2:13-cv-00193  Document 660-16  Filed on 11/11/14 in TXSD  Page 64 of 86
e 1:12-cv-00128-RMC-DST-RLW  Document 207-3  Filed 06/20/12  Page 37 of
122                82nd Legislature — Regular Session          5th Day (Cont.)

(5)  an original or certified copy of the person's marriage license or divorce decree;

(6)  court records of the person's adoption, name change, or sex change;

(7)  an identification card issued to the person by a governmental entity of this state or the United States for the purpose of obtaining public benefits, including veteran's benefits, Medicaid, or Medicare;

(8)  a temporary driving permit issued to the person by the Department of Public Safety;

(9)  a pilot's license issued to the person by the Federal Aviation Administration or another authorized agency of the United States;

(10)  a library card that contains the person's name issued to the person by a public library located in this state; or

(11)  a hunting or fishing license issued to a person by the Parks and Wildlife Department [or

[(8)  any other form of identification prescribed by the secretary of state].

The amendment to **SB 14** was read.

On motion of Senator Fraser, Floor Amendment No. 16 was tabled by the following vote:  Yeas 19, Nays 11.

Yeas:  Birdwell, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Wentworth, Williams.

Nays:  Davis, Ellis, Gallegos, Hinojosa, Lucio, Rodriguez, Van de Putte, Watson, West, Whitmire, Zaffirini.

Absent-excused:  Uresti.

Senator Gallegos offered the following amendment to the bill:

## Floor Amendment No. 17

Amend **SB 14** as follows:

(1)  In SECTION 12 of the bill, in amended Section 63.0101, Election Code (page 8, line 7), strike "photo".

(2)  In SECTION 12 of the bill, in amended Section 63.0101, Election Code (page 8, line 11), between "expired" and the semicolon, insert ", including a temporary driving permit issued under Section 524.011, Transportation Code".

The amendment to **SB 14** was read.

On motion of Senator Fraser, Floor Amendment No. 17 was tabled by the following vote:  Yeas 19, Nays 11.

Yeas:  Birdwell, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Wentworth, Williams.

Nays:  Davis, Ellis, Gallegos, Hinojosa, Lucio, Rodriguez, Van de Putte, Watson, West, Whitmire, Zaffirini.

Absent-excused:  Uresti.

Case 2:13-cv-00193 Document 660-16 Filed on 11/11/14 in TXSD Page 65 of 86
e 1:12-cv-00128-RMC-DST-RLW Document 207-3 Filed 06/20/12 Page 38 of
Wednesday, January 26, 2011 SENATE JOURNAL 123

Senator Hinojosa offered the following amendment to the bill:

**Floor Amendment No. 18**

Amend **SB 14** as follows:

(1) In SECTION 12 of the bill, in amended Section 63.0101, Election Code, strike "or".

(2) In SECTION 12 of the bill, in amended Section 63.0101, Election Code, following "expired", insert the following:

; or

(5) a license to carry a concealed handgun issued to the person by the Department of Public Safety of the State of Texas

HINOJOSA
PATRICK

The amendment to **SB 14** was read and was adopted by the following vote: Yeas 30, Nays 0.

Absent-excused: Uresti.

Senator Ellis offered the following amendment to the bill:

**Floor Amendment No. 19**

Amend **SB 14** as follows:

(1) In SECTION 12 of the bill, in amended Section 63.0101, Election Code (page 8, line 20), strike "or".

(2) In SECTION 12 of the bill, in amended Section 63.0101, Election Code (page 8, line 22), following "expired", insert the following:

; or

(5) for a person who is a student at an accredited public university located in the state of Texas, a student identification card that contains the person's photograph that has not expired issued to the person by the institution of higher education

The amendment to **SB 14** was read.

On motion of Senator Fraser, Floor Amendment No. 19 was tabled by the following vote: Yeas 19, Nays 11.

Yeas: Birdwell, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Wentworth, Williams.

Nays: Davis, Ellis, Gallegos, Hinojosa, Lucio, Rodriguez, Van de Putte, Watson, West, Whitmire, Zaffirini.

Absent-excused: Uresti.

Senator West offered the following amendment to the bill:

**Floor Amendment No. 20**

Amend **SB 14** as follows:

(1) In SECTION 12 of the bill, in amended Section 63.0101, Election Code (page 8, line 7), strike "photo".

TX_00002740
JA_001248

Case 2:13-cv-00193 Document 660-16 Filed on 11/11/14 in TXSD Page 66 of 86
e 1:12-cv-00128-RMC-DSD-RLW Document 207-3 Filed 06/20/12 Page 39 of

124       82nd Legislature — Regular Session       5th Day (Cont.)

(2) In SECTION 12 of the bill, in amended Section 63.0101, Election Code (page 8, line 20), strike "or".

(3) In SECTION 12 of the bill, in amended Section 63.0101, Election Code (page 8, line 22), following "expired", insert the following:
; or

     (5) a Medicare identification card issued to the person by the United States Social Security Administration accompanied by a voter registration certificate issued to the person

WEST<br/>RODRIGUEZ

The amendment to **SB 14** was read.

On motion of Senator Fraser, Floor Amendment No. 20 was tabled by the following vote: Yeas 19, Nays 11.

Yeas: Birdwell, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Wentworth, Williams.

Nays: Davis, Ellis, Gallegos, Hinojosa, Lucio, Rodriguez, Van de Putte, Watson, West, Whitmire, Zaffirini.

Absent-excused: Uresti.

Senator Davis offered the following amendment to the bill:

**Floor Amendment No. 21**

Amend **SB 14** as follows:

(1) In SECTION 12 of the bill, in amended Section 63.0101, Election Code (page 8, line 20), strike "or".

(2) In SECTION 12 of the bill, in amended Section 63.0101, Election Code (page 8, line 22), following "expired", insert the following:
; or

     (5) a valid identification card, including an employee identification card, that contains the person's photograph and is issued by:

     (A) an agency or institution of the federal government;

     (B) an agency, institution, or political subdivision of this state; or

     (C) an institution of higher education in this state

The amendment to **SB 14** was read.

On motion of Senator Fraser, Floor Amendment No. 21 was tabled by the following vote: Yeas 19, Nays 11.

Yeas: Birdwell, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Wentworth, Williams.

Nays: Davis, Ellis, Gallegos, Hinojosa, Lucio, Rodriguez, Van de Putte, Watson, West, Whitmire, Zaffirini.

Absent-excused: Uresti.

TX_00002741

USA_00016131

Senator Lucio offered the following amendment to the bill:

**Floor Amendment No. 22**

Amend **SB 14** as follows:

(1) In SECTION 12 of the bill, in amended Section 63.0101, Election Code (page 8, line 7), strike "photo".

(2) In SECTION 12 of the bill, in amended Section 63.0101, Election Code (page 8, line 11), between "expired" and the semicolon, insert "or that expired no earlier than 60 days before the date of presentation".

(3) In SECTION 12 of the bill, in amended Section 63.0101, Election Code (page 8, line 13), following "expired" add "or that expired no earlier than 60 days before the date of presentation".

(4) In SECTION 12 of the bill, in amended Section 63.0101, Election Code (page 8, line 20), strike "or".

(5) In SECTION 12 of the bill, in amended Section 63.0101, Election Code (page 8, line 22), following "expired", add "or that expired no earlier than 60 days before the date of presentation; or

(5) if the person is 65 years of age or older, an expired driver's license or personal identification card issued to the person by the Department of Public Safety or a similar document issued to the person by an agency of another state".

The amendment to **SB 14** was read.

On motion of Senator Fraser, Floor Amendment No. 22 was tabled by the following vote: Yeas 19, Nays 11.

Yeas: Birdwell, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Wentworth, Williams.

Nays: Davis, Ellis, Gallegos, Hinojosa, Lucio, Rodriguez, Van de Putte, Watson, West, Whitmire, Zaffirini.

Absent-excused: Uresti.

Senator Lucio offered the following amendment to the bill:

**Floor Amendment No. 23**

Amend **SB 14** as follows:

(1) In SECTION 12 of the bill, in amended Section 63.0101, Election code (page 8, line 11), between "expired" and the semicolon, insert "or that expired no earlier than 60 days before the date of presentation."

(2) In SECTION 12 of the bill, in amended Section 63.0101, Election Code (page 8, line 13), following "expired" add "or that expired no earlier than 60 days before the date of presentation".

(3) In SECTION 12 of the bill, in amended Section 63.0101, Election Code (page 8, line 22), following "expired", add "or that expired no earlier than 60 days before the date of presentation."

The amendment to **SB 14** was read and was adopted by the following vote: Yeas 30, Nays 0.

Absent-excused: Uresti.

Case 2:13-cv-00193 Document 660-16 Filed on 11/11/14 in TXSD Page 68 of 86
e 1:12-cv-00128-RMC-DST-RLW Document 207-3 Filed 06/20/12 Page 41 of

126                    82nd Legislature — Regular Session           5th Day (Cont.)

Senator Hinojosa offered the following amendment to the bill:

**Floor Amendment No. 24**

Amend **SB 14** as follows:

(1) In SECTION 12 of the bill, in amended Section 63.0101, Election Code (page 8, line 7), strike "photo".

(2) In SECTION 12 of the bill, in amended Section 63.0101, Election Code (page 8, line 20), strike "or".

(3) In SECTION 12 of the bill, in amended Section 63.0101, Election Code (page 8, line 22), following "expired", insert the following:

; or

      (5) a voter's voter registration certificate containing the voter's photograph

(4) Add the following appropriately numbered SECTION to the bill and renumber the remaining SECTIONS of the bill accordingly:

SECTION ____. Subchapter A, Chapter 15, Election Code, is amended by adding Section 15.0025 to read as follows:

Sec. 15.0025. PHOTOGRAPH ON CERTIFICATE. The commissioners court of a county may authorize the county elections administrator or the county clerk, as applicable, to issue voter registration certificates that include a photograph of the voter and that may be used as proof of a voter's identification under Chapter 63.

The amendment to **SB 14** was read.

On motion of Senator Fraser, Floor Amendment No. 24 was tabled by the following vote: Yeas 19, Nays 11.

Yeas: Birdwell, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Wentworth, Williams.

Nays: Davis, Ellis, Gallegos, Hinojosa, Lucio, Rodriguez, Van de Putte, Watson, West, Whitmire, Zaffirini.

Absent-excused: Uresti.

Senator Gallegos offered the following amendment to the bill:

**Floor Amendment No. 25**

Amend **SB 14** by adding the following appropriately numbered SECTION to the bill and renumbering subsequent SECTIONS of the bill accordingly:

SECTION ____. Subchapter A, Chapter 411, Government Code, is amended by adding Section 411.0086 to read as follows:

Sec. 411.0086. LOCATION OF DRIVER'S LICENSE FACILITIES. (a) The department must ensure that one driver's license facility is established for every 50 voting precincts in an area.

(b) Driver's license facilities must be located by an equal distribution throughout an area based on voting age population.

The amendment to **SB 14** was read.

On motion of Senator Fraser, Floor Amendment No. 25 was tabled by the following vote: Yeas 19, Nays 11.

TX_00002743
USA_00016133

Case 2:13-cv-00193  Document 660-16  Filed on 11/11/14 in TXSD  Page 69 of 86
e 1:12-cv-00128-RMC-DST-RLW  Document 207-3  Filed 06/20/12  Page 42 of
Wednesday, January 26, 2011    SENATE JOURNAL    127

Yeas: Birdwell, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Wentworth, Williams.

Nays: Davis, Ellis, Gallegos, Hinojosa, Lucio, Rodriguez, Van de Putte, Watson, West, Whitmire, Zaffirini.

Absent-excused: Uresti.

Senator Gallegos offered the following amendment to the bill:

**Floor Amendment No. 26**

Amend **SB 14** by adding the following appropriately numbered SECTION to the bill and renumbering subsequent SECTIONS of the bill accordingly:

SECTION _____. Subchapter A, Chapter 411, Government Code, is amended by adding Section 411.0086 to read as follows:

Sec. 411.0086. DRIVER'S LICENSE FACILITIES IN CERTAIN COUNTIES. The department must locate a driver's license facility established after January 1, 2012, not further than five miles from a location accessible by public transportation, if the facility is located in a county where public transportation is available.

The amendment to **SB 14** was read.

On motion of Senator Fraser, Floor Amendment No. 26 was tabled by the following vote: Yeas 19, Nays 11.

Yeas: Birdwell, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Wentworth, Williams.

Nays: Davis, Ellis, Gallegos, Hinojosa, Lucio, Rodriguez, Van de Putte, Watson, West, Whitmire, Zaffirini.

Absent-excused: Uresti.

Senator Lucio offered the following amendment to the bill:

**Floor Amendment No. 27**

Amend **SB 14** by adding the following appropriately numbered SECTION to the bill and renumbering subsequent SECTIONS of the bill accordingly:

SECTION _____. Section 2.009(c), Family Code, is amended to read as follows:

(c)  On the proper execution of the application, the clerk shall:

(1)  prepare the license;

(2)  enter on the license the names of the licensees, the date that the license is issued, and, if applicable, the name of the person appointed to act as proxy for an absent applicant, if any;

(3)  record the time at which the license was issued;

(4)  distribute to each applicant printed materials about acquired immune deficiency syndrome (AIDS) and human immunodeficiency virus (HIV) and note on the license that the distribution was made; [and]

(5)  distribute to each applicant a premarital education handbook provided by the attorney general under Section 2.014; and

TX_00002744
JA_001252

TX_00002744

USA_00016134

Case 2:13-cv-00193 Document 660-16 Filed on 11/11/14 in TXSD Page 70 of 86

e 1:12-cv-00128-RMC-DST-RLW Document 207-3 Filed 06/20/12 Page 43 of
128          82nd Legislature — Regular Session          5th Day (Cont.)

(6) distribute to each applicant a notice stating that if an applicant changes the applicant's name after marriage, the applicant must update the applicant's voter registration information and applicable government-issued personal identification documents, including any driver's license, or risk being denied the opportunity to cast a ballot.

LUCIO<br>ELLIS

The amendment to **SB 14** was read.

On motion of Senator Fraser, Floor Amendment No. 27 was tabled by the following vote: Yeas 19, Nays 11.

Yeas: Birdwell, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Wentworth, Williams.

Nays: Davis, Ellis, Gallegos, Hinojosa, Lucio, Rodriguez, Van de Putte, Watson, West, Whitmire, Zaffirini.

Absent-excused: Uresti.

Senator Ellis offered the following amendment to the bill:

**Floor Amendment No. 28**

Amend **SB 14** by adding the following appropriately numbered SECTIONS to the bill and renumbering subsequent SECTIONS of the bill accordingly:

SECTION ____. Chapter 62, Election Code, is amended by adding Section 62.0015 to read as follows:

Sec. 62.0015. VOTER REGISTRARS MUST BE PRESENT. Two voter registrars must be present at each polling place while the polls are open.

SECTION ____. Chapter 63, Election Code, is amended by adding Section 63.010 to read as follows:

Sec. 63.010. REGISTRATION AT POLLING PLACE; VOTING PROCEDURES. (a) Other applicable provisions of this code apply to the conduct of voting and to the registration of voters under this section to the extent those provisions do not conflict with this section.

(b) A person who would be eligible to vote in an election under Section 11.001, but for the requirement to be a registered voter, shall be accepted for voting in the precinct of the person's residence if, on the day the person offers to vote, the person:

(1) submits a voter registration application that complies with Section 13.002 to a voter registrar at the polling place; and

(2) presents as proof of identification and residence a document described by Section 63.0101 that contains the voter's current name and address.

(c) Persons voting under this section shall be processed separately at the polling place from persons who are voting under regular procedures.

TX_00002745<br>JA_001253

(d) The secretary of state shall adopt rules to ensure the accountability of election officers and to fairly implement this section.

SECTION _____. The secretary of state shall adopt rules as required by Section 63.010, Election Code, as added by this Act, not later than February 1, 2012.

> ELLIS
> LUCIO
> RODRIGUEZ

The amendment to **SB 14** was read.

On motion of Senator Fraser, Floor Amendment No. 28 was tabled by the following vote: Yeas 20, Nays 10.

Yeas: Birdwell, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Wentworth, Williams, Zaffirini.

Nays: Davis, Ellis, Gallegos, Hinojosa, Lucio, Rodriguez, Van de Putte, Watson, West, Whitmire.

Absent-excused: Uresti.

Senator Gallegos offered the following amendment to the bill:

**Floor Amendment No. 29**

Amend **SB 14** by adding the following appropriately numbered SECTION to the bill and renumbering subsequent SECTIONS of the bill accordingly:

SECTION _____. Subchapter A, Chapter 521, Transportation Code, is amended by adding Section 521.007 to read as follows:

Sec. 521.007. DEPARTMENT OPERATING HOURS. To ensure access by the public to identification required under Section 63.001, Election Code, the department shall maintain fully staffed operating hours in each office authorized to issue driver's licenses or personal identification certificates:

(1) until 7 p.m. or later on at least one weekday each week; and

(2) during four or more hours on at least two Saturdays each month.

The amendment to **SB 14** was read.

On motion of Senator Fraser, Floor Amendment No. 29 was tabled by the following vote: Yeas 19, Nays 11.

Yeas: Birdwell, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Wentworth, Williams.

Nays: Davis, Ellis, Gallegos, Hinojosa, Lucio, Rodriguez, Van de Putte, Watson, West, Whitmire, Zaffirini.

Absent-excused: Uresti.

TX_00002746

USA_00016136

Case 2:13-cv-00193 Document 660-16 Filed on 11/11/14 in TXSD Page 72 of 86
e 1:12-cv-00128-RMC-DST-RLW Document 207-3 Filed 06/20/12 Page 45 of
130          82nd Legislature — Regular Session          5th Day (Cont.)

Senator Ellis offered the following amendment to the bill:

**Floor Amendment No. 30**

Amend **SB 14** by adding the following appropriately numbered SECTION to the bill and renumbering subsequent SECTIONS of the bill accordingly:

SECTION ____. Chapter 63, Election Code, is amended by adding Section 63.014 to read as follows:

Sec. 63.014. SECRETARY OF STATE REPORT. (a) The secretary of state shall produce an annual report showing:

(1) the number of residents eligible to vote in this state who have the documentation required under Section 63.0101, and the percentage of all state residents eligible to vote represented by that number;

(2) the number of residents eligible to vote in this state who do not have the documentation required under Section 63.0101, and the percentage of all state residents eligible to vote represented by that number;

(3) the number of residents eligible to vote in this state who have the documentation required under Section 63.0101 but who fail to comply with statutory requirements only because the address on the documentation is not current, the last name on the documentation does not match the current voter list because of a legal name change, or the documentation presented is expired, and the percentage of all state residents eligible to vote represented by that number;

(4) the average time, by voting precinct, that a person must wait to obtain a document described by Section 63.0101(1) at the nearest Department of Public Safety licensing facilities that provide those documents;

(5) the number of eligible voters who were prevented from voting as a result of the enhanced identification requirements for being accepted to vote adopted by the 82nd Legislature;

(6) the number of eligible voters who were required to file provisional ballots as a result of the enhanced identification requirements for being accepted to vote; and

(7) an analysis, by subgroup, of whether the enhanced identification requirements for being accepted to vote produce a disparate impact on women, the elderly, persons with disabilities, students, or racial and ethnic minorities.

(b) The report produced under this section is a public record.

(c) The secretary of state may adopt rules to implement this section, including rules requiring other state agencies and authorities holding elections to record information relevant to the report required by this section.

ELLIS
RODRIGUEZ
URESTI

The amendment to **SB 14** was read.

On motion of Senator Fraser, Floor Amendment No. 30 was tabled by the following vote: Yeas 19, Nays 11.

TX_00002747
JA_001255

Case 2:13-cv-00193 Document 660-16 Filed on 11/11/14 in TXSD Page 73 of 86
e 1:12-cv-00128-RMC-DST-RLW Document 207-3 Filed 06/20/12 Page 46 of
Wednesday, January 26, 2011 SENATE JOURNAL 131

Yeas: Birdwell, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Wentworth, Williams.

Nays: Davis, Ellis, Gallegos, Hinojosa, Lucio, Rodriguez, Van de Putte, Watson, West, Whitmire, Zaffirini.

Absent-excused: Uresti.

Senator Van de Putte offered the following amendment to the bill:

**Floor Amendment No. 31**

Amend **SB 14** by adding the following appropriately numbered SECTION to the bill and renumbering subsequent SECTIONS of the bill accordingly:

SECTION ____. The changes in law made by this Act do not take effect unless:

(1) the comptroller determines that the legislature has appropriated the amount of money to the appropriate entities that is necessary to fully fund the implementation of this Act; and

(2) the secretary of state certifies that the secretary of state and each county have complied with the changes in law made by this Act or have developed the training and information required by this Act and have prepared to implement the changes in law made by this Act, as applicable.

The amendment to **SB 14** was read.

On motion of Senator Fraser, Floor Amendment No. 31 was tabled by the following vote: Yeas 19, Nays 11.

Yeas: Birdwell, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Wentworth, Williams.

Nays: Davis, Ellis, Gallegos, Hinojosa, Lucio, Rodriguez, Van de Putte, Watson, West, Whitmire, Zaffirini.

Absent-excused: Uresti.

Senator Watson offered the following amendment to the bill:

**Floor Amendment No. 32**

Amend **SB 14** by adding the following appropriately numbered SECTION to the bill and renumber subsequent SECTIONS accordingly:

SECTION ____. This Act does not make an appropriation. This Act takes effect only if a specific appropriation for the implementation of the Act is provided in a general appropriations act of the 82nd Legislature.

WATSON<br>RODRIGUEZ

The amendment to **SB 14** was read and was adopted by the following vote: Yeas 30, Nays 0.

Absent-excused: Uresti.

TX_00002748<br>JA_001256

Case 2:13-cv-00193 Document 660-16 Filed on 11/11/14 in TXSD Page 74 of 86
e 1:12-cv-00128-RMC-DST-RLW Document 207-3 Filed 06/20/12 Page 47 of
132          82nd Legislature — Regular Session          5th Day (Cont.)

Senator West offered the following amendment to the bill:

**Floor Amendment No. 33**

Amend **SB 14** as follows:

(1) In SECTION 23 of the bill, page 12, line 18, strike "Subsection (b)" and substitute "Subsections (b) and (c)".

(2) In SECTION 23 of the bill, page 12. add Subsection (c), to read as follows:

"(c)  If after the passage of the General Appropriation Act, 82nd Legislature, the funding provided to school districts through the Foundation School Program or direct distribution to the districts is not sufficient to maintain the current pay distribution per teacher and to maintain an equal number of teachers in the districts, this bill has no effect."

The amendment to **SB 14** was read.

On motion of Senator Fraser, Floor Amendment No. 33 was tabled by the following vote:  Yeas 19, Nays 11.

Yeas: Birdwell, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Wentworth, Williams.

Nays:  Davis, Ellis, Gallegos, Hinojosa, Lucio, Rodriguez, Van de Putte, Watson, West, Whitmire, Zaffirini.

Absent-excused: Uresti.

Senator West offered the following amendment to the bill:

**Floor Amendment No. 34**

Amend **SB 14** (filed version) as follows:

(1) In SECTION 23 of the bill, page 12, line 18, strike "Subsection (b)" and substitute "Subsections (b) and (c)".

(2) In SECTION 23 of the bill, page 12, add Subsection (c), to read as follows:

"(c)  This Act takes effect only if the legislature appropriates or otherwise provides sufficient funds to defray the costs associated with the duties and activities imposed on counties under the Act.  No county funds derived from local revenue may be expended to implement this Act."

The amendment to **SB 14** was read.

On motion of Senator Fraser, Floor Amendment No. 34 was tabled by the following vote:  Yeas 19, Nays 11.

Yeas: Birdwell, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Wentworth, Williams.

Nays:  Davis, Ellis, Gallegos, Hinojosa, Lucio, Rodriguez, Van de Putte, Watson, West, Whitmire, Zaffirini.

Absent-excused:  Uresti.

Case 2:13-cv-00193   Document 660-16   Filed on 11/11/14 in TXSD   Page 75 of 86
e 1:12-cv-00128-RMC-DST-RLW   Document 207-3   Filed 06/20/12   Page 48 of
Wednesday, January 26, 2011        SENATE JOURNAL                    133

Senator Patrick offered the following amendment to the bill:

**Floor Amendment No. 35**

Amend **SB 14** (senate committee printing) as follows:

(1) Add the following appropriately numbered SECTIONS to the bill and renumber the remaining SECTIONS of the bill accordingly:

SECTION ____. Section 13.002, Election Code, is amended by adding Subsection (i) to read as follows:

(i) An applicant who wishes to receive an exemption on the basis of disability from the requirements of Section 63.001(b) must include a certification from a physician that the person has a disability as defined by Section 21.002, Labor Code, with the person's application.

SECTION ____. Section 15.001, Election Code, is amended by adding Subsection (c) to read as follows:

(c) A certificate issued to a voter who meets the certification requirements of Section 13.002(i) must contain an indication that the voter is exempt from the requirement to present identification other than the registration certificate before being accepted for voting.

(2) In SECTION 7 of the bill, strike added Section 63.001(h) (page 2, lines 51 through 57) and substitute the following:

(h) The requirements for identification prescribed by Subsection (b) do not apply to a voter who presents the voter's voter registration certificate on offering to vote and:

(1) was 70 years of age or older on January 1, 2012, as indicated by the date of birth on the voter's voter registration certificate; or

(2) is disabled and the voter's voter registration certificate contains the indication described by Section 15.001(c).

The amendment to **SB 14** was read and was adopted by the following vote: Yeas 30, Nays 0.

Absent-excused: Uresti.

Senator Davis offered the following amendment to the bill:

**Floor Amendment No. 36**

Amend **SB 14** as follows:

(1) Add the following appropriately numbered SECTIONS to the bill and renumber subsequent SECTIONS of the bill accordingly:

SECTION ____. Effective September 1, 2011, Chapter 82, Election Code, is amended by adding Section 82.006 to read as follows:

Sec. 82.006. PERMANENT MAIL VOTER STATUS. (a) A qualified voter is eligible for permanent mail voter status if:

(1) the voter is disabled, as defined by secretary of state rule under Subsection (c); and

(2) the voter's name is not on the suspense list.

(b) A voter having permanent mail voter status is entitled to receive a ballot to be voted by mail for every election other than a primary election.

Case 2:13-cv-00193 Document 660-16 Filed on 11/11/14 in TXSD Page 76 of 86
e 1:12-cv-00128-RMC-DST-RLW Document 207-3 Filed 06/20/12 Page 49 of
134          82nd Legislature — Regular Session          5th Day (Cont.)

(c) The secretary of state shall by rule define "disabled" for purposes of determining eligibility for permanent mail voter status.

SECTION ____. Effective September 1, 2011, Chapter 84, Election Code, is amended by adding Subchapter C to read as follows:

SUBCHAPTER C. APPLICATION FOR PERMANENT MAIL VOTER STATUS

Sec. 84.101. METHOD OF APPLICATION. (a) A qualified voter seeking permanent mail voter status may apply for the status at the time the voter registers to vote or at a polling place on election day or during early voting by personal appearance.

(b) The secretary of state shall adopt rules and forms to implement this section.

Sec. 84.102. SUBMITTING APPLICATION. An application indicating that the voter seeks to acquire permanent mail voter status is considered submitted for the first election following the date the application is submitted. A voter may not attain permanent mail voter status for that election unless the voter timely submits the application to a voter registrar within the time provided by Subchapter A.

Sec. 84.103. ACTION BY VOTER REGISTRAR. (a) If a qualified voter eligible for permanent mail voter status submits an application under Section 84.101 stating a valid ground of eligibility, the voter registrar receiving the application shall:

(1) place the voter's name on a list of permanent mail voters; and

(2) notify the early voting clerks serving every authority that orders elections in the registrar's jurisdiction of the voter's permanent mail voter status.

(b) If the early voting clerk serving an authority receives notice under Subsection (a)(2), the early voting clerk and the clerk's successors shall provide a ballot to be voted by mail to the voter as required by this code for each general and special election ordered by the authority.

(c) An early voting clerk may not provide a ballot under Subsection (b) to a voter whose name appears on the suspense list.

Sec. 84.104. CANCELLATION. (a) A voter having permanent mail voter status may cancel an application for a ballot to be voted by mail at any time. The cancellation is effective for an election for which the voter timely cancels the application as provided by Section 84.032 and all subsequent elections. A voter who has canceled the voter's application under this subsection may apply for permanent mail voter status for a subsequent election.

(b) Following cancellation under Subsection (a), the applicable early voting clerk shall notify the early voting clerks serving every authority that orders elections in the clerk's jurisdiction of the cancellation.

Sec. 84.105. ADDITIONAL PROCEDURES. The secretary of state shall:

(1) prescribe any additional procedures necessary to implement this subchapter; and

(2) develop a system of notifying voters who are likely to be eligible for permanent mail voter status of the availability of that status for certain voters and the application procedure for acquiring that status.

SECTION ____. (a) Effective September 1, 2011, the secretary of state shall prescribe any procedures and develop a notification system under Section 84.105, Election Code, as added by this Act, but not later than January 1, 2012.

TX_00002751
JA_001259

(b) The changes in law made by Section 82.006 and Subchapter C, Chapter 84, Election Code, as added by this Act, apply only to an election for which an application for a ballot to be voted by mail may not be submitted before January 1, 2012.

(2) In SECTION 23(a) of the bill (page 12, line 19), between "section" and the comma, insert "or as otherwise provided by this Act".

The amendment to **SB 14** was read.

On motion of Senator Fraser, Floor Amendment No. 36 was tabled by the following vote: Yeas 19, Nays 11.

Yeas: Birdwell, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Wentworth, Williams.

Nays: Davis, Ellis, Gallegos, Hinojosa, Lucio, Rodriguez, Van de Putte, Watson, West, Whitmire, Zaffirini.

Absent-excused: Uresti.

Senator Davis offered the following amendment to the bill:

**Floor Amendment No. 37**

Amend **SB 14** by adding the following appropriately numbered SECTION to the bill and renumbering subsequent SECTIONS of the bill accordingly:

SECTION ____. Subchapter A, Chapter 31, Election Code, is amended by adding Section 31.015 to read as follows:

Sec. 31.015. UNIFORM STATEWIDE VOTER REGISTRATION SYSTEM. The secretary of state shall establish a uniform statewide voter registration system to improve voter participation. The system must:

(1) include expanded voter registration outreach;

(2) establish more voter registration offices, especially in areas where the distance between offices is determined to be prohibitive;

(3) include statewide outreach to inform the voting age population of registration status, registration locations, and locations of precinct polling places;

(4) allow voters to verify and make corrections to their voter registration not less than 30 days before the date of an election;

(5) use voter assistance hotlines and websites that are operational at least 30 days before the date of an election; and

(6) establish ombudsmen at the state level to address cases of voter suppression, voter discrimination, or other abuse against voters.

The amendment to **SB 14** was read.

On motion of Senator Fraser, Floor Amendment No. 37 was tabled by the following vote: Yeas 19, Nays 11.

Yeas: Birdwell, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Wentworth, Williams.

TX_00002752

USA_00016142

Case 2:13-cv-00193 Document 660-16 Filed on 11/11/14 in TXSD Page 78 of 86
e 1:12-cv-00128-RMC-DST-RLW Document 207-3 Filed 06/20/12 Page 51 of
136                82nd Legislature — Regular Session                5th Day (Cont.)

Nays: Davis, Ellis, Gallegos, Hinojosa, Lucio, Rodriguez, Van de Putte, Watson, West, Whitmire, Zaffirini.

Absent-excused: Uresti.

Senator Davis offered the following amendment to the bill:

**Floor Amendment No. 38**

Amend **SB 14** by adding the following appropriately numbered SECTION to the bill and renumbering subsequent SECTIONS of the bill accordingly:

SECTION _____. Section 16.036(a), Election Code, is amended to read as follows:

(a) Immediately after, but not later than the 30th day after the date a voter's registration is canceled under Section 16.031 [~~16.031(a)(3)~~], 16.032, 16.033, 16.0331, or 16.0332, the registrar shall deliver written notice of the cancellation to the voter.

The amendment to **SB 14** was read.

On motion of Senator Fraser, Floor Amendment No. 38 was tabled by the following vote: Yeas 19, Nays 11.

Yeas: Birdwell, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Wentworth, Williams.

Nays: Davis, Ellis, Gallegos, Hinojosa, Lucio, Rodriguez, Van de Putte, Watson, West, Whitmire, Zaffirini.

Absent-excused: Uresti.

Senator Davis offered the following amendment to the bill:

**Floor Amendment No. 39**

Amend **SB 14** as follows:

(1) In SECTION 7 of the bill, add following language to the end of Section 63.001(h)(2), Election Code:

<u>;,or;</u>

(2) In SECTION 7 of the bill, add new subsection (3) to Section 63.001(h), Election Code to read as follows:

<u>(3) who is indigent and is unable to obtain proof of identification without the payment of a fee.</u>

<u>(a) "indigent" in this subsection has the meaning assigned by Section 51.941(e), Government Code.</u>

<u>(b) the voter in this subsection shall be provided a provision ballot as provided under Section 63.011.</u>

<u>(3) Strike SECTION 16 of the bill and add new SECTION 16 as follows:</u>

<u>Sec. 65.0541. PRESENTATION OF IDENTIFICATION FOR CERTAIN PROVISIONAL BALLOTS. (a) A voter who is accepted for provisional voting under Section 63.011 because the voter does not meet the identification requirements of Section 63.001(b) may, not later than the sixth day after the date of the election,</u>

<u>(1) present proof of identification to the voter registrar for examination by the early voting ballot board; or,</u>

TX_00002753
JA_001261

TX_00002753

USA_00016143

(2) per Section 63.001(h)(3), Election Code execute an affidavit before the voter registrar affirming under penalties of perjury that the voter is indigent

(b) The secretary of state shall prescribe procedures as necessary to implement this section.

The amendment to **SB 14** was read.

Senator Davis withdrew Floor Amendment No. 39.

Senator Duncan offered the following amendment to the bill:

**Floor Amendment No. 40**

Amend **SB 14** by striking SECTIONS 15 and 16 of the bill (filed version, page 9, line 26, through page 10, line 17) and substituting the following:

SECTION 15. Section 65.054, Election Code, is amended by amending Subsection (b) and adding Subsection (e) to read as follows:

(b) A provisional ballot shall [may] be accepted [only] if the board determines that:

(1) [,] from the information in the affidavit or contained in public records, the person is eligible to vote in the election and has not previously voted in that election; and

(2) the person:

(A) meets the identification requirements of Section 63.001(b) in the period prescribed under Section 65.0541; or

(B) executes an affidavit under penalty of perjury stating that:

(i) the voter:

(1) is indigent and is unable to obtain proof of identification without the payment of a fee; or

(2) has a religious objection to being photographed; and

(ii) has not been challenged or required to vote a provisional ballot for any other reason.

(e) In this section, "indigent" has the meaning assigned by Section 51.941(e), Government Code.

SECTION 16. Subchapter B, Chapter 65, Election Code, is amended by adding Section 65.0541 to read as follows:

Sec. 65.0541. PRESENTATION OF IDENTIFICATION FOR CERTAIN PROVISIONAL BALLOTS. (a) A voter who is accepted for provisional voting under Section 63.011 because the voter does not meet the identification requirements of Section 63.001(b) may, not later than the sixth day after the date of the election:

(1) present proof of identification described by Section 63.0101 to the voter registrar for examination; or

(2) execute an affidavit described by Section 65.054(b)(2)(B) in the presence of the voter registrar.

(b) The secretary of state shall prescribe procedures as necessary to implement this section.

DUNCAN
DAVIS
OGDEN
PATRICK

TX_00002754

USA_00016144

Case 2:13-cv-00193  Document 660-16  Filed on 11/11/14 in TXSD  Page 80 of 86
e 1:12-cv-00128-RMC-DST-RLW   Document 207-3   Filed 06/20/12   Page 53 of
138          82nd Legislature — Regular Session          5th Day (Cont.)

The amendment to **SB 14** was read and was adopted by the following vote:  Yeas 30, Nays 0.

Absent-excused:  Uresti.

Senator Davis again offered the following amendment to the bill:

## Floor Amendment No. 11

Amend **SB 14** as follows:

(1)  In SECTION 7 of the bill, in the introductory language (page 3, line 23), strike "(g) and (h)" and substitute "(g), (h), and (i)".

(2)  In SECTION 7 of the bill, following added Section 63.001(h), Election Code (page 5, between lines 10 and 11), insert the following:

(i)  A voter whose name as listed on the identification prescribed by Subsection (b) does not match the name on the precinct list of registered voters shall still be accepted for voting if the voter is a woman and:

(1)  presents a marriage license or divorce decree that lists a name that matches the name on the precinct list of registered voters; or

(2)  executes an affidavit stating the voter's name is the name on the precinct list of registered voters but has been changed due to marriage or divorce.

DAVIS
ELLIS

The amendment to **SB 14** was again read.

On motion of Senator Fraser, Floor Amendment No. 11 was tabled by the following vote:  Yeas 18, Nays 12.

Yeas:  Birdwell, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Patrick, Seliger, Shapiro, Wentworth, Williams.

Nays:  Davis, Ellis, Gallegos, Hinojosa, Lucio, Ogden, Rodriguez, Van de Putte, Watson, West, Whitmire, Zaffirini.

Absent-excused:  Uresti.

Senator Davis again offered the following amendment to the bill:

## Floor Amendment No. 15

Amend **SB 14** by striking SECTION 12 of the bill and substitute with new SECTION 12 as follows:

SECTION 12.  Section 63.0101, Election Code, is amended to read as follows:

Sec. 63.0101.  DOCUMENTATION OF PROOF OF IDENTIFICATION. The following documentation is an acceptable form [as proof] of photo identification under this chapter:

(1)  a driver's license or personal identification card issued to the person by the Department of Public Safety that has not [or a similar document issued to the person by an agency of another state, regardless of whether the license or card has] expired or has expired after the date of the most recent general election;

TX_00002755
JA_001263

Case 2:13-cv-00193   Document 660-16   Filed on 11/11/14 in TXSD   Page 81 of 86
e 1:12-cv-00128-RMC-DST-RLW   Document 207-3   Filed 06/20/12   Page 54 of
Wednesday, January 26, 2011        SENATE JOURNAL                        139

(2) a United States military identification card that contains the person's photograph that has not expired or has expired after the date of the most recent general election [form of identification containing the person's photograph that establishes the person's identity];

(3) a [birth certificate or other document confirming birth that is admissible in a court of law and establishes the person's identity;

[(4)] United States citizenship certificate [papers] issued to the person that contains the person's photograph; or

(4) [(5)] a United States passport issued to the person that has not expired or has expired after the date of the most recent general election[;

[(6) official mail addressed to the person by name from a governmental entity;

[(7) a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter; or

[(8) any other form of identification prescribed by the secretary of state].

The amendment to **SB 14** was again read.

On motion of Senator Fraser, Floor Amendment No. 15 was tabled by the following vote: Yeas 19, Nays 11.

Yeas: Birdwell, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Wentworth, Williams.

Nays: Davis, Ellis, Gallegos, Hinojosa, Lucio, Rodriguez, Van de Putte, Watson, West, Whitmire, Zaffirini.

Absent-excused: Uresti.

Senator Davis offered the following amendment to the bill:

**Floor Amendment No. 41**

Amend **SB 14** in SECTION 7 of the bill, in amended Section 63.001(c), Election Code (page 4, line 6), by adding after the period "If in determining whether a voter's name is on the list of registered voters the election officer determines that the voter's name on the documentation is substantially similar but does not match exactly the name on the list, the voter shall be accepted for voting as otherwise required by this section if the voter submits an affidavit stating that the voter is the person on the list of registered voters."

The amendment to **SB 14** was read and was adopted by the following vote: Yeas 30, Nays 0.

Absent-excused: Uresti.

On motion of Senator Fraser and by unanimous consent, the caption was amended to conform to the body of the bill as amended.

Question — Shall **SB 14** as amended be passed to engrossment?

### AT EASE

The President at 7:28 p.m. announced the Senate would stand At Ease until 7:45 p.m.

TX_00002756

USA_00016146

## IN LEGISLATIVE SESSION

The President at 7:57 p.m. called the Senate to order as In Legislative Session.

Question — Shall **SB 14** as amended be passed to engrossment?

**SB 14** as amended was passed to engrossment by the following vote: Yeas 19, Nays 11.

Yeas: Birdwell, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Wentworth, Williams.

Nays: Davis, Ellis, Gallegos, Hinojosa, Lucio, Rodriguez, Van de Putte, Watson, West, Whitmire, Zaffirini.

Absent-excused: Uresti.

### CO-AUTHOR OF SENATE BILL 272

On motion of Senator Zaffirini, Senator Hinojosa will be shown as Co-author of **SB 272**.

### RESOLUTIONS OF RECOGNITION

The following resolutions were adopted by the Senate:

### Memorial Resolutions

**SR 93** by Watson, In memory of Spencer Lloyd Reid.

**SR 103** by Ellis, In memory of Howard Daniel Boone of Austin.

**SR 112** by Lucio, In memory of Luis Romero of Los Fresnos.

**SR 113** by Lucio, In memory of David Saenz of Brownsville.

**SR 114** by Rodriguez, In memory of John Baylor Van Vranken McKinney.

**SR 115** by Rodriguez, In memory of Artemisa "Arte" Salinas of El Paso.

**SR 120** by Wentworth, In memory of Dorothy Paula Levy Katz.

**SR 121** by Wentworth, In memory of Geraldine "Jerry" Traugott of San Antonio.

**SR 122** by Wentworth, In memory of Carol Baier Jansen of San Antonio.

**SR 123** by Wentworth, In memory of Ladimer Gene Herold of San Antonio.

**SR 124** by Wentworth, In memory of Marvin Selig of Seguin and San Antonio.

### Congratulatory Resolutions

**SR 92** by Watson, Recognizing Nancy McClintock on the occasion of her retirement from the City of Austin.

**SR 94** by Watson, Recognizing Joe Gieselman on the occasion of his retirement from the Travis County Transportation and Natural Resources department.

TX_00002757

USA_00016147

Case 2:13-cv-00193  Document 660-16  Filed on 11/11/14 in TXSD  Page 83 of 86
e 1:12-cv-00128-RMC-DST-RLW  Document 207-3  Filed 06/20/12  Page 56 of
Wednesday, January 26, 2011        SENATE JOURNAL                      141

**SR 95** by Watson, Recognizing Ira Iscoe of Austin on the occasion of his 90th birthday.

**SR 96** by Watson, Recognizing Pat Murphy on the occasion of his retirement from the City of Austin.

**SR 97** by Watson, Recognizing Forrest Nikorak on the occasion of his retirement from the City of Austin.

**SR 98** by Birdwell, Recognizing Timothy Karcher for his contributions to his country.

**SR 100** by West, Recognizing James Lawson for his work in the pursuit of peace and equal rights for all people.

**SR 101** by West, Recognizing the Ingram family on the occasion of their 30th annual family reunion.

**SR 102** by Deuell, Congratulating Celeste Prather-Young on receiving the 2010 Executive Director of the Year Award by Texas Court Appointed Special Advocates.

**SR 107** by Whitmire, Recognizing Green Chapel African Methodist Episcopal Church on the occasion of its 100th anniversary.

**SR 108** by Whitmire, Recognizing the Greenspoint Area Chapter of the International Association of Administrative Professionals on the occasion of their 59th annual meeting of the Texas-Louisiana Division.

**SR 109** by Van de Putte, Recognizing Harmony Science Academy on the occasion of its 10th anniversary.

**SR 116** by Rodriguez, Recognizing Jose F. Cardenas for his contributions to the profession of engineering.

### Official Designation Resolutions

**SR 104** by Birdwell, Harris, and Watson, Celebrating February 1, 2011, as Baylor University Day at the State Capitol.

**SR 117** by Estes, Celebrating February 15, 2011, as Grayson County Day at the State Capitol.

**SR 118** by Hinojosa and Lucio, Celebrating January 27, 2011, as The University of Texas–Pan American Day at the State Capitol.

### ADJOURNMENT

On motion of Senator Whitmire, the Senate at 8:44 p.m. adjourned, in memory of Joe Limon Avila, John Paul Duncan, and Wesley J. Rice, until 8:45 p.m. today.

TX_00002758

USA_00016148

---

## APPENDIX

---

### COMMITTEE REPORT

The following committee report was received by the Secretary of the Senate:

January 25, 2011

COMMITTEE OF THE WHOLE SENATE — **SB 14**

### RESOLUTIONS ENROLLED

January 25, 2011

**SR 34**, **SR 48**, **SR 52**, **SR 55**, **SR 60**, **SR 72**, **SR 81**, **SR 82**, **SR 83**, **SR 84**, **SR 85**, **SR 86**, **SR 87**, **SR 88**, **SR 89**, **SR 91**

TX_00002759

USA_00016149

### In Memory

#### of

#### James Paul Duncan

#### Senate Resolution 56

WHEREAS, The Senate of the State of Texas honors and commemorates the life of Dr. James Paul Duncan, who died June 9, 2009, at the age of 72; and

WHEREAS, James Paul Duncan was born January 19, 1937; he attended the University of Indiana, where he earned bachelor's and master's degrees in sociology and a doctorate in higher education administration; following his service as an officer in the United States Army, he began a long and distinguished career as an educator, counselor, and administrator; and

WHEREAS, Dr. Duncan joined the faculty of The University of Texas at Austin in 1970 as dean of students and associate professor in the Department of Educational Administration; he held numerous positions of leadership at the university, including vice president for student affairs and executive vice chancellor for academic affairs, a position he held for 14 years; and

WHEREAS, After retiring from administrative duties in 1997, he returned to teaching and was designated the Ashbel Smith Professor of Educational Administration; Dr. Duncan was noted for his ability to touch the lives of his students, often going out of his way to work with them and help them complete their degrees; and

WHEREAS, He also played a vital role in the creation of one of the nation's first comprehensive counseling centers for students at a major university; he was also part of a group that worked to expand The University of Texas System to South Texas with The University of Texas at Brownsville; he helped to guide the university through a turbulent political environment, and university leaders regularly sought his advice and counsel; and

WHEREAS, A man of vision, strength, and courage, he gave generously to others, and his dedication both to his students and to the betterment of the educational system of our state set an enduring example for all; now, therefore, be it

RESOLVED, That the Senate of the State of Texas, 82nd Legislature, hereby extend sincere condolences to the family and friends of Dr. James Paul Duncan; and, be it further

RESOLVED, That a copy of this Resolution be prepared for his family as an expression of deepest sympathy from the Texas Senate, and that when the Senate adjourns this day, it do so in memory of Dr. James Paul Duncan.

WATSON

TX_00002760

USA_00016150

TX_00002761
JA_001269

TX_00002761

USA_00016151