PL014
9/2/2014
2:13-cv-00193

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

1

(Lieutenant Governor Dewhurst, Presiding)

| | | |
|---|---|---|
| PRESIDENT | : | Chair recognizes Senator Fraser for a |

motion.

FRASER : Mr. President, I would now move to suspend all necessary rules to take up and consider Senate Bill 14 at this time.

: (Inaudible, background conversation)

PRESIDENT : The Chair recognizes Senator Van de Putte on the motion.

VAN DE PUTTE : Thank you, Mr. President and thank you, Senator Fraser. And, Senator Fraser, we had extensive discussion on this bill last evening and during the day, and I wanna thank you and the Members of the entire Senate for th--the debate from yesterday. But, I'd like to be able to read this statement, in light of your motion.

PRESIDENT : Senator Fraser, Senator Van de Putte would like to read a statement, is that all right with you?

FRASER : Please, read the statement.

VAN DE PUTTE : Thank you, Mr. Ch--Chairman, and thank you, Mr. President. The Senate Democrats, including those who represent districts in which minority voters are electing candidates of their choice, and who also speak on behalf of minority voters in this State, have made clear their unanimous opposition to the voter ID legislation, that opposition remains. And no matter the specific time of passage of this bill, the outcome is inevitable and our opposition remains firm. In the interest of continuing debate on the legislation during appropriate hours, however, and to avoid late night debate, which the public would find more difficult to observe, we will not oppose a vote to suspend the 24-hour layout requirement. Debate on this legislation was in the Committee of the Whole consisting of all 31 Members of the Senate. Thus, we see little compelling need for such layout requirement, which typically exists to give those Senators, not on the relevant committee, opportunity to review legislation. All 31 Senators have had ample opportunity to review the bill, which is the purpose of having a layout requirement. Thank you, Mr. Chairman.

PRESIDENT : Thank you, Senator Van de Putte.

: (Background noise)

PRESIDENT : Senator West, for what purpose do you rise, Sir?

WEST : Mr. Ch--Mr. President, at the appropriate time, I'd like to have the comments by Senator Van de Putte spread on the record.

: (Inaudible, background conversation)

FRASER : (You're okay.)

DUNCAN : No, I'm really not, (inaudible, not speaking into the microphone)--

JA_001270

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

2

| PRESIDENT | : | Members-- |
|---|---|---|

DUNCAN : --that they (inaudible, overlapping conversation)--

PRESIDENT : --Senator West moves to include the remarks by Senator Van de Putte in the record. Is there objection from any Member? Senator Duncan.

DUNCAN : --I, I had a question of Senator Van de Putte, if I could, on the statement.

PRESIDENT : All right, will Senator Van de Putte yield--

VAN DE PUTTE : I yield.

DUNCAN : I, I appreciate the fact that we're workin' together to try to move this bill and we've talked and worked a lot, but the only thing in your statement that I might have exception to is the fact that all Members of this Senate represent minority voters. And, I wanna make clear that, tha--that, that is a statement of--of this whole body and not just of one political party or another. So, with that understanding, I will go ahead and pru--and--

FRASER : Would you like your comments (inaudible, not speaking into the microphone)--

DUNCAN : --not, not have an objection. And, I'd like my comments put in the record, if we could.

WHITMIRE : Mr. President.

PRESIDENT : If I may, Senator West, in case, because I see that Senator Zaffirini would like to speak and Senator Whitmire would like to speak (inaudible, overlapping conversation)--

WEST : I, I withdraw the motion.

PRESIDENT : --withdraw, and th--then we'll come back to you at the, all right.

: (Inaudible, background conversation)

PRESIDENT : All right, we--

: (Inaudible, background conversation)

PRESIDENT : --Senator Zaffirini, for what purpose do you rise?

ZAFFIRINI : For a parliamentary inquiry.

PRESIDENT : State your inquiry.

ZAFFIRINI : Thank you, Mr. President. I'd like to clarify what the motion before us is, because when Senator Fraser rode (sic), I believe he, when he rose, he made a motion to suspend all necessary rules to take up and consider, at this time, Senate Bill 14. And that was what was on the marquee, but now what we see up there is a motion in writing. I don't have a motion in writing on my desk. I don't know if other Senator's do, so I'm not sure what motion is actually before us. If it is the motion that is related to Senator Van de Putte's statement, I understand it, but I don't have it, and I'm confused because of the motion Senator Fraser made.

JA_001271

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

3

                     :    We, we have it in writing and it is the motion that he stated. We can have the Secretary read it.

PRESIDENT           :    I'm going to, the--the Chair lays out the motion in writing for the Secretary to read. Madam Secretary, if, if you would read this. It's the same motion which Senator but that's a very good question.

SECRETARY          :    Mr. President, I move to suspend all necessary rules to take up and consider Senate Bill 14, at this time, by Fraser.

ZAFFIRINI           :    So, are we moving to suspend the rules to bring up the bill, or simply to postpone the 24-hour layout rule?

                     :    To bring the bill up (inaudible, background conversation)--

FRASER              :    Mr. President.

PRESIDENT          :    T--To bring the bill up now.

                     :    Hell    (inaudible,       background conversation)--

PRESIDENT          :    Senator Fraser.

FRASER              :    And I believe we--the, the will (sic), the, the bill, the, the rule that we're suspending, I, I believe is addressing the layout rule.

                     :    (Inaudible, background conversation)

ZAFFIRINI           :    So, what I want to make sure is that everybody understands what we're voting for.

PRESIDENT          :    I understand.

ZAFFIRINI           :    All right.

PRESIDENT          :    Thank you.

ZAFFIRINI           :    Thank you, Mr. President.

PRESIDENT          :    Thank you, Senator Zaffirini. Senator Whitmire.

WHITMIRE          :    I was going to ask a question of Senator Duncan, if he has the Floor?

PRESIDENT          :    All right, I'll considers (sic) that Senator Duncan has the Floor. Will Senator Duncan yield to Senator Whitmire?

DUNCAN            :    I'll yield to Senator--

WHITMIRE          :    Senator Duncan--

DUNCAN            :    --Whitmire.

WHITMIRE          :    --I wanna clarify in your comments to Senator Van de Putte before you posed the question, really a comment. You said that you felt like all Members on the Floor were attempting to move the bill forward.

DUNCAN            :    That's correct.

WHITMIRE          :    Okay, well, I wanna strongly disagree with you, that that's not the position of the opposition. We're not voting for

TX_00203374

USA_00016154

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

4

this rule, or this motion because we're tryin' to move this bill forward--

DUNCAN : I under--
WHITMIRE : --we're tryin' to move the process forward and the only, and the distinction is we'll do it at 9:20 tonight, or at 3:00 o'clock this afternoon, but we're gonna do everything we can to stop this bill--

DUNCAN : --I understand that--
WHITMIRE : --but we--
DUNCAN : --but--
WHITMIRE : --wanna have the discussion in the middle of the afternoon versus the middle of the morning.
DUNCAN : --that--
WHITMIRE : I--
DUNCAN : --wasn't my, that--
WHITMIRE : --I know--
DUNCAN : --that really--
WHITMIRE : --I--
DUNCAN : --(wadn't) (sic) what I intended to say.
WHITMIRE : --you understand.
DUNCAN : I just, I was intending to, I--I was objecting to the statement to the ex--
WHITMIRE : And I--
DUNCAN : --tent--
WHITMIRE : --respect that.
DUNCAN : --it said that, you know, that it implied that not all Members of this body represent minority interest. That was my objection and that's what I wanted in the record.
WHITMIRE : Certainly, and I think you have a right to make that record, and I heard your feelings, but I could not allow your comment that we're all, 31 of us, attempting to move this bill forward, on the record, without making it very clear that that's n--not the way we feel towards voting for this motion, which allow us to bring it up immediately. We're very much opposed to the bill, which you will get to witness in a moment. But we do think it good judgment to go forward at this point, versus going into the mid-part of the next morning.
DUNCAN : I--I think we can all agree on that and I think--
: (Inaudible, background conversation)
DUNCAN : --we understand that. I had only one objection to the statement and I wa---made that objection.
PRESIDENT : The Chair recognizes Senator West, (inaudible) motion.
WEST : I move, Mr. President, that the comments from Senator Van de Putte be spread upon the record.
: (Inaudible, background conversation)

JA_001273

TX_00203375

USA_00016155

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

5

PRESIDENT : Does that, does that include all the comments made, those including Senator Duncan and Senator Whitmire?

WEST : Senator Van de Putte.

: (Inaudible, background conversation)

PRESIDENT : All right. Members, you have a motion before us by Senator--

: (Inaudible, background conversation)

PRESIDENT : --Senator Duncan.

WEST : (You wanna do an amended motion?)

DUNCAN : I wanna amend the emotion (sic) and amend, amend the motion and also move that my remarks be, and Senator Whitmire's remarks be placed in the record as well.

: (Inaudible, background conversation)

WEST : And I, and I have no objections to Senator Duncan's amendment.

: (Inaudible, background conversation)

: (Substitute.)

: You got some amendment.

PRESIDENT : The--

: (Inaudible, background conversation)

PRESIDENT : --all right, Members, Senator Duncan has a substitute motion. We're gonna rule on that and go back to, and the motion is to include the comments by Senator Van de Putte, Senator Duncan, and Senator Whitmire, to reduce those to writing and include those in, in, in the, the Journal. And, that's an amendment to your motion. All right? Is there objection from any Member?

: (Inaudible, background conversation)

: No.

: No objection.

PRESIDENT : Is there objection from any Member? The Chair hears no objection and the amendment (gavel) is, e--and the motion is passed. Now, we have a amended motion in front of us by S-- Senator West to include the comments--

: (Laughter)

: (Inaudible, background conversation)

PRESIDENT : --by Senator Van de Putte, the remarks by Senator Van de Putte, by Senator Duncan and by Senator Whitmire in the record. Is there objection from any Member? Chair hears none, so ordered. (Gavel)

: (Inaudible, background conversation)

: (Laughter)

VAN DE PUTTE : Mr. President.

PRESIDENT : Senator Van de Putte.

VAN DE PUTTE : Thank you. Parliamentary inquiry. The--

JA_001274

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

6

| | | |
|---|---|---|
| PRESIDENT | : | State your inquiry. |
| VAN DE PUTTE | : | --motion, still, is the motion in writing |

and we have not received the motion in writing in our, at our desks, and it
would be lovely t--ta (sic) have it.

| | | |
|---|---|---|
| PRESIDENT | : | Senator Van de Putte, the motion's |

been, been stated by S--by Senator--

| | | |
|---|---|---|
| | : | (Inaudible, background conversation) |
| PRESIDENT | : | --by Senator Fraser. It's been read by |

the Secretary. Madam Secretary, would you read the motion in writing a
second time.

| | | |
|---|---|---|
| | : | (Inaudible, background conversation) |
| SECRETARY | : | Mr. President, I move to suspend all |

necessary rules to take up and consider Senate Bill 14, at this time, by
Fraser.

| | | |
|---|---|---|
| PRESIDENT | : | Members, you have a motion in front |

of you.

| | | |
|---|---|---|
| | : | Does she still want (inaudible, |

background conversation)--

| | | |
|---|---|---|
| VAN DE PUTTE | : | Question, Mr., M--Mr. President, an-- |

an inquiry.

| | | |
|---|---|---|
| PRESIDENT | : | Senator Van de Putte. |
| VAN DE PUTTE | : | In the phrasing of Senator Fraser's |

motion in writing, all necessary rules includes all necessary rules from now
until the end, or just the 24-hour layout period? If it's such, there's a d--
there's a difference, because our, we are very much i--in favor of having this
debate six hours earlier so that the public can see. But, with all ne--all
necessary rules, is that also for future votes on this bill?

| | | |
|---|---|---|
| PRESIDENT | : | No. My understanding in, on advice |

from the Parliamentarian, it's the layout rule.

| | | |
|---|---|---|
| VAN DE PUTTE | : | Thank you. The clarification is that |

the motion in writing--

| | | |
|---|---|---|
| | : | (Inaudible, background conversation) |
| VAN DE PUTTE | : | --is the layout rule-- |
| | : | (Inaudible, background conversation) |
| VAN DE PUTTE | : | --for purpose of-- |
| | : | (Inaudible, background conversation) |
| VAN DE PUTTE | : | --thank you for the clarification. |
| PRESIDENT | : | 'Kay. |
| | : | (Inaudible, background conversation) |

(motion).

| | | |
|---|---|---|
| ZAFFIRINI | : | Mr.-- |
| PRESIDENT | : | We've a motion-- |
| ZAFFIRINI | : | --President. |
| PRESIDENT | : | --in front of us. Senator Van de Putte, |

f--Senator Zaffirini, for what purpose do you rise?

TX_00203377

USA_00016157

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

7

ZAFFIRINI : For another Parliamentary inquiry.
PRESIDENT : State your inquiry.
ZAFFIRINI : I'm still concerned, Mr. President, because there is such a difference between the motion in writing, literally, as written, and our understanding of what it says, and that's why we've asked for so much clarification. I would suggest that perhaps we amend that motion in writing to specify specifically th--what the agreement is, and that is that we consider the bill at this point instead of at 9:30, so that particular rule, instead of all necessary rules, because while we may clarify it orally, the record will be that we are voting to suspend all necessary rules, and that is not our intent, to, at least not the intent of some of us. And I wish I had it in front of me. I would request that it be distributed, at least to those of us who are interested in this clarification. But I am concerned about the way it is written and the use of the terminology all necessary rules.

: (Pause)
PRESIDENT : Senator Zaffirini, if you'd approach with Senator Van de Putte, and, and Senator Fraser.
: (Long pause)
: (Inaudible, background conversation)
FRASER : Mr. President.
PRESIDENT : Senator Fraser.
FRASER : I would like to withdraw my, my motion to suspend at this time.
PRESIDENT : Thank you, and the (Parlimentelliet) (sic), the Parliamentarian will have a substitute motion for you in just a second.

: (Long pause)
: (Inaudible, background conversation)
: (Laughter)
: I know, (inaudible, background conversation)--
: (Laughter)
: (Background noise)
: Uh-oh, (booking Betty), (talk travel guy's) (inaudible, background conversation)--
: We're not too (inaudible, background conversation)--
: (Yeah, I'm looking forward to it.)
: (Just in case) (inaudible, background conversation) (Watson) (inaudible, background conversation)--
: (Inaudible, background conversation) (sponsor our state parks) (inaudible, background conversation)--
: Please don't.
: This is weird.
: (Background noise)

JA_001276

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

8

|  |  |  |
|---|---|---|
|  | : | (Laughter) |
|  | : | I think it's (inaudible, background conversation)-- |
|  | : | No, I can't (inaudible, background conversation)-- |
|  | : | No, seriously. |
|  | : | (Background noise) |
|  | : | (Looks like following motion in writing.) |

PRESIDENT : (Gavel) The Senate will come to order. The following motion in writing by Senator Fraser, the Secretary will read the motion in writing.

SECRETARY : Mr. President, I move to suspend Senate Rule 511 and Senate Rule 712 to take up Senate Bill 14, at this time, which is set as a special order for 9:20 p.m. today, by Fraser.

PRESIDENT : Senator Zaffirini, for what purpose?

ZAFFIRINI : Simply for a question for the author of the motion in writing.

PRESIDENT : Will Senator Fraser yield to Senator--

FRASER : I will--

PRESIDENT : --Zaffirini?

FRASER : --yield.

ZAFFIRINI : Thank you, Senator Fraser, and thank you for this new motion. And just to be very specific and so that everybody will understand what we are voting on. Specifically, we are voting on suspending the 24 (sic) layout rule and the special order rule that we adopted earlier, that is specifically Rule 511 and the printing rule, which is Rule 712, is that correct?

FRASER : That is correct.

ZAFFIRINI : And you will make other motions separately?

FRASER : Yes.

ZAFFIRINI : Thank you, Sir. Thank you, Mr. President.

PRESIDENT : Thank you, Senator Zaffirini.

 : (Inaudible, background conversation)

PRESIDENT : Members, you have a motion in wr--in writing in front of you. Is there any objection to the motion in writing, in front of you, by Senator Fraser? Hearing no objection, the motion in writing is adopted. (Gavel) Members, the Chair lays out on Second Reading, Senate Bill 14. The Secretary will read the caption.

SECRETARY : Senate Bill 14, relating to requirements to vote, including presenting proof of identification, providing criminal penalties.

PRESIDENT : (Chair recognizes)--

JA_001277

TX_00203379

USA_00016159

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

9

           :    (Inaudible, background conversation)

PRESIDENT         :    --Senator Fraser, I'm about to recognize you. The Chair recognizes Senator Fraser to determine whether or not you wanna make a statement, or whether we're gonna go straight to amendments.

FRASER         :    The only thing I was gonna say is just give a quick description of the bill that went over last night, but I don't even, I think everyone knows what that is, if we'd like to go straight to amendments, we can. I don't (pause) le--Members, I now lay out Senate Bill 14 and I think there's amendments to the bill. I think we'll go directly to the bill. I think everyone is very aware of what the bill does.

           :    Yeah.

PRESIDENT         :    I'm showing we have 37 amendments, so we, 37.

           :    (Inaudible, background conversation)

PRESIDENT         :    The Chair lays out--

           :    Is that committee amendment?

           :    (Inaudible, background conversation)

PRESIDENT         :    --the Chair lays out Amendment Number 1 by Senator Watson. The Secretary will read the amendment.

SECRETARY         :    Floor Amendment Number 1 by Watson, Page 1 in your packet.

PRESIDENT         :    Senator Gallegos, for wha--for what purpose do you rise, Sir?

GALLEGOS         :    Mr. President, just point of information.

PRESIDENT         :    You're recognized.

GALLEGOS         :    We're getting, we're getting back letters from certain agencies that we asked questions dur--durin' the Committee of the Whole, and on, on some of 'em, they're, they're pretty descriptive and I was wondering whether we could lay 'em o--put 'em in part of the record, either durin' the amendment, or just bring 'em up to you as we go--we just got some of these letters today, from the Secretary of State's Office an--and, and some others, and I (sic) just wondering, wa--at the proper time, you know, when would that be that we coul--that we could enter this into the record?

PRESIDENT         :    It would be up to y--you Senators, but I think an appropriate time would, to do that, Senator Gallegos, would be after we have gone through the amendments and then go ahead and present any additional information for the record.

GALLEGOS         :    And that's, that's the ruling of the Chair? I, I don't see Senator Duncan here. I wondered if he wouldn't o--object.

           :    (Long pause)

           :    (Inaudible, background conversation)

TX_00203380

USA_00016160

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

10

PRESIDENT           :   I'm advised by the Parliamentarian, Senator Gallegos, that when the bill was reported out of the Committee of the Whole, last night at approximately 9:20, that that record is closed. So individual submissions would have to be by a motion from different Members, and voted on by the body, 'kay?

GALLEGOS          :   Thank you, Mr. President.

PRESIDENT          :   Yes, Sir, yes, Sir. Senator Davis, for what purpose do you rise?

DAVIS          :   Parliamentary inquiry.

PRESIDENT          :   State your inquiry.

DAVIS          :   It was my understanding that, yesterday, when we were meeting in the Committee as a Whole, we had made an agreement that written responses to the questions that were asked during that hearing would be entered into record as a part of the Committee of the Whole record, and I think what Senator Gallegos is referring to our written responses that we've received, yesterday, from the Secretary of State's Office in response to questions that were asked as part of that committee hearing.

          :   (Pause)

PRESIDENT          :   Senator Davis, I heard the same exchange, I don't see a problem with that, but why don't we bring that up when Senator Duncan's back on the Floor as the Chair, all right?

DAVIS          :   Sure--

PRESIDENT          :   So--

DAVIS          :   --thank you.

PRESIDENT          :   --I think the proper time to do that would be when we go through these 37 amendments and then address the concern that Senator Gallegos an--and you just rose. I, I don't think that's--

DAVIS          :   Thank you, Mr. President.

          :   (Inaudible, background conversation)

PRESIDENT          :   --before us is Floor Amendment Number 1 by Senator Watson. I'm gonna recognize Senator Watson to, Chair recognizes Senator Watson to explain Floor Amendment 1.

WATSON          :   Thank you very much, Mr. President. Members, yesterday, during the meeting of the Committee of the Whole, over and over again, the discussion was that the purpose of, the purpose behind this bill was to preserve and protect the integrity of the ballot. And no one on this Floor doesn't want to prevent voter fraud and to protect the integrity of the ballot. And I hope, and want to believe, that there's also no one on this Floor that wants to suppress a person's right to vote. Amendment Number 1 would strike at the very heart of both of these goals. It would stark (sic), strike at the heart of preventing fraud and it would do it without making it more difficult for honest people to vote. In fact, it would also prevent acts of suppression by saying that it would become a first degree felony if a person impersonates, or attempts to impersonate another person, or uses, or attempts to use the identity of another person for the purpose of voting in any

TX_00203381

USA_00016161

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

Texas Senate
Staff Services

11

election in this State. It goes on and provides an--several acts of voter suppression, that if those acts are carried out, they also would result in a first degree felony. It would also do this, by the way, without the requirements of additional money being spent, as we discussed yesterday. So, Mr. President, I move adoption of Floor Amendment Number 1, so that we can protect the integrity of the ballot without jeopardizing, making it more di--making it more difficult for honest people to vote. (Pause) I've moved adoption of, of Floor Amendment Number 1.


(Senator Ogden, Presiding)


PRESIDENT          :    Chair recognizes Senator Fraser on the amendment.
FRASER          :    Senator, I think the, the intent probably of everyone on this Floor is that we wanna make sure that the legislation we're, we're passing protects the public's confidence in election and deterring, and, and detecting voter fraud. I think the bill that I'm bringing forward, carries forward my intent on this. By doing this, you're striking below the enacting clause, and basically replacing all the language with enhanced penalties. I'm, I'm sorry, I, I, the, the, what we're bringing forward, I think, probably, is the, well, what we'd intended and, and is the, the best solution. Members, I'm gonna be opposing this. I would now move to table this amendment by Senator Watson.
          :    (Pause)
PRESIDENT          :    Senator Fraser, Senator Watson.
          :    (Long pause)
          :    (Background noise)
          :    Last time (inaudible, not speaking into the microphone)--
          :    (Inaudible, background conversation)
PRESIDENT          :    Members, Senator Fraser has made a motion to table the Watson Amendment. Senator Watson, you're recognized to close.
WATSON          :    Thank you, Mr. President. Members--
          :    Senator Zaffirini (inaudible, not speaking into the microphone)--
WATSON          :    --if the goal of this body is to preserve the integrity of the ballot by preventing voter fraud, and I believe we all want to prevent voter fraud, I doubt no one in that regard. And, if we want to make sure we're not having the unintended consequence of suppressing an honest person's right to vote. In fact, if we wanna go far enough as to say, we don't want to suppress an honest person's right to vote, then this amendment will achieve those goals. And, it will avoid the potential unintended

TX_00203382

USA_00016162

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

12

consequence of suppressing someone's right to vote. It would also do it in a way where we don't have to answer all of the difficult questions, or apparently difficult questions related, to the cost of Senate Bill 14. I move that you vote no on the motion to table, or I ask you to.

| | : | (Inaudible, background conversation) |

PRESIDENT : All right, the motion is to table Floor Amendment Number 1. Secretary, call the roll.

SECRETARY : Birdwell. Carona. Davis. Deuell.
: Where's (inaudible, background conversation)--

SECRETARY : Duncan. Ellis.

PRESIDENT : Announce the vote.

SECRETARY : Eltife. Estes. Fraser. Gallegos. Harris. Hegar. Hinojosa. Huffman. Jackson. Lucio. Nelson. Nichols. Ogden. Patrick. Rodriguez. Seliger. Shapiro. Uresti. Van de Putte. Watson. Wentworth. West. Whitmire. Williams. Zaffirini.

PRESIDENT : There bein' 19 ayes and 11 nays, the motion to table prevails. (Gavel)

ZAFFIRINI : Mr. President.

PRESIDENT : Senator Zaffirini, for what purpose--

ZAFFIRINI : Parliamentary inquiry.

PRESIDENT : --do you rise?

ZAFFIRINI : Parliamentary--

PRESIDENT : Parliamentary--

ZAFFIRINI : --inquiry.

PRESIDENT : --inquiry, go ahead.

ZAFFIRINI : Thank you, Mr. President. Mr. President, in my notebook for today's proceedings, which my staff prepared for me, I have the committee printing of Senate Bill 14. However, I noticed that the bill, as introduced and as signed by the 19 coauthors, was distributed to all of us, I believe, on the Floor, and we have also received our packet of amendments. My question is, which bill are we working from today? Are all of the amendments in the packet related to the bill as filed, or to the committee printing?

PRESIDENT : We are working off the bill that has been distributed to you, which is the filed version.

ZAFFIRINI : The filed version, which is the double spaced version and not the committee printing, which is the single spaced version, correct?

PRESIDENT : Yes, Ma'am.

ZAFFIRINI : Correct.

PRESIDENT : An--And my question is, have you, are you aware of any differences other than the spacing?

ZAFFIRINI : Well, yes. For example, in one of the amendments, let me point it out, on Page 4 of our committee packet, there is

JA_001281

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

Texas Senate
Staff Services

13

an amendment by Senator Lucio. On Line 7 it refers to Page 2 between Lines 23 and 24. Well, there's different information on Page 2 of the double spaced version versus Page 2 between (inaudible) and 23 of the single spaced version. So, so long as we know which version we're working off of, that's fine.

PRESIDENT : (All right), well, to the extent that there's confusion, please ask. But, it's the intent of the Chair to go over the filed version and i--in--in case you recognize a discrepancy between the amendment and the filed version, please point it out, but--

ZAFFIRINI : All right, bu--
PRESIDENT : --goin' off the filed version.
ZAFFIRINI : --off the filed version, the double spaced version.
PRESIDENT : Yes--
ZAFFIRINI : Thank you--
PRESIDENT : --Ma'am.
ZAFFIRINI : --Mr. President.
PRESIDENT : The following amendment, the Secretary will read the amendment.

: (Inaudible, background conversation)
SECRETARY : Floor Amendment Number 2 by Davis, is not in your packet. Amends Senate Bill 14 by adding the following appropriately numbered section.

PRESIDENT : All right, we'll take a moment for that to be distributed.

: (Pause)
: I'm takin' a moment.
PRESIDENT : Okay, Senator Davis, you're recognized on your amendment.

DAVIS : Thank you, Mr. President. This amendment simply states, very clearly, that the intention will be at the Department of Motor Vehicles, an affirmative requirement will exist for the Department of Motor Vehicle personnel to inform a person who has applied at the DMV office for a state ID, that if the application for the state ID is for purposes of voting, they can be offered that ID for free. It simply shifts the burden to the employee of the DMV, rather than for the person who comes in, to be equipped with the knowledge that they have to ask for the free ID in order to receive it for purposes of voting. (Pause) I move adoption of Floor Amendment Number 2.

PRESIDENT : Senator Davis moves adoption of Floor Amendment Number 2. Senator Fraser is recognized on Floor Amendment Number 2.

FRASER : Members, this is, obviously, an amendment I had not seen, that looks like that there is a large expense to this. It would cost, as a result of this, I would now move to table.

JA_001282

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

14

PRESIDENT : Senator Va--Fraser moves to table Floor Amendment Number 2. Senator Davis is recognized to close on her amendment.

DAVIS : Thank you, Mr. Chair. Yesterday, when we had a conversation about the intention of Senate Bill Number 14 it was stated, in the record, that it was our intention that any person who comes into, or the bill author's intention, that any person who comes into the Department of Motor Vehicles would be informed that they could get a state ID for free if they were requesting that form for purposes of using it, or using that ID for voting. If we do not intend to inform people, as they come to the DMV to make the request for that state ID, that they can be given the ID for free if they intend to use it for voting, then we have completely rendered meaningless the intention of that rule as was stated in the Senate bill layout, yesterday. I do not believe this adds any cost to the bill, whatsoever, if we are true to the author's stated intention, that persons who come into the DMV applying for a state ID for purposes of voting, are made aware that that can be given to them for free by the DMV personnel. I move adoption and ask for a no vote on the Floor, the move to table the Floor Amendment Number 2.

PRESIDENT : All right, (Sendador) (sic) (clears throat) Fraser moves to table Floor Amendment Number 2, the vote is on the motion to table. Secretary, call the roll.

SECRETARY : Birdwell. Carona. Davis. Deuell. Duncan. Ellis. Eltife. Estes. Fraser. Gallegos. Harris. Hegar. Hinojosa. Huffman. Jackson.

: (Got my) (inaudible, not speaking into the microphone)--

SECRETARY : Lucio. Nelson. Nichols. Ogden. Patrick. Rodriguez. Seliger. Shapiro. Van de Putte. Watson. Wentworth. West. Whitmire. Williams. Zaffirini.

PRESIDENT : There are 19, there bein' 19 ayes and 11 nays, the motion to table prevails.

: (Inaudible, background conversation)

PRESIDENT : (Ready?) The following amendment, Secretary will read the amendment.

SECRETARY : Floor Amendment Number 3 by Lucio, Hinojosa, and Gallegos. This is on Page 4 in your packet. Amend Senate Bill Number 14 in Section 3 of the bill.

: (Inaudible, background conversation)

: Senator Lucio.

PRESIDENT : The Chair recognizes Senator Lucio on Floor Amendment Number 3.

LUCIO : Thank you, Mr. President. Members, this amendment simply adds a requirement that all posting notices for this bill be both in English and Spanish. As you've heard over the last several Sessions, this legislation disproportionately affects minority voters,

JA_001283

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

15

particularly Spanish speakers in my district and all along the Border.

:   (Inaudible, background conversation)

LUCIO      :   According to a study by the Brennan Center, 16 percent of voting age Hispanic citizens do not have a current government issue (sic) photo ID, twice the percentage of White citizens. Se--further, 63 percent of Hispanic women do not have a voter ID. That's what I, what it does, and I'd like to move adoption.

:   Senator.

PRESIDENT      :   Wait, Senator, Senator G--Gallegos moves adoption of Floor Amendment Number 3.

:   Gallegos?

:   Lucio.

:   (Inaudible, background conversation)

PRESIDENT      :   I mean Se--oh, I'm sorry. Senator Lucio moves adoption of Floor Amendment Number 3.

:   Oh.

FRASER      :   Uh, M--Members, I'm, I'm, I'm gonna ask Senator--

PRESIDENT      :   Chair--

FRASER      :   --Lucio--

PRESIDENT      :   --recognizes Senator Fraser on the motion.

FRASER      :   --the, the description you just gave, you, you have two amendments. The one you've just described was the second amendment which was the Spanish amendment. This is the amendment that would say, this would be relating to--

:   This is actually (inaudible, background conversation)--

FRASER      :   --requiring the county clerks to post in, in the, any language which the voter registration materials are available. So, thi--this, you, you, I'm, I'm, the amendment before us, I'm gonna accept, but the description you just did is not correct.

LUCIO      :   Well, the amendment that I'm talkin' about is, is the one in your packet that's, that simply r--underlines Web site and add English and Spanish, that the county clerk of each county shall post in the prominent location in the county clerk's office, a physical copy of the notice prescribed by Section A, in English and Spanish. That's it.

:   (Inaudible, background conversation)

FRASER      :   Mis--

:   (Inaudible, background conversation)

FRASER      :   --they--

LUCIO      :   Hold (up).

FRASER      :   --they've got the wrong amendment (up).

:   Senator Gallegos'.

TX_00203386

USA_00016166

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

16

|  |  |  |
|--|--|--|
| | : | This is (Gallegos') (inaudible, not speaking into the microphone)-- |
| | : | Oh, I'm sorry (inaudible, not speaking into the microphone)-- |
| | : | They, they, they screwed it up. |
| | : | (Inaudible) |
| | : | They screwed it up. |
| | : | (Inaudible, background conversation) |
| | : | (Oh, yeah.) |
| | : | (Inaudible, not speaking into the microphone) |
| | : | Page 4 is what we're on. |
| | : | (Didn't I just warn you about it.) |
| | : | They may call the wrong name and (use another) (inaudible, not speaking into the microphone)-- |
| | : | (Inaudible, background conversation) |
| | : | I know, this is (inaudible)-- |
| | : | But (the) (inaudible)-- |
| | : | (Inaudible) the agency. |
| | : | I don't (inaudible, not speaking into the microphone)-- |
| LUCIO | : | I think there's, Mr--Mr--Mr., Mr. President-- |
| | : | (Inaudible, background conversation) |
| LUCIO | : | --I think there's b--been a mix up in two amendments, one by Senator Gallegos and one by me. |
| PRESIDENT | : | All right. Let's do this, let's back up. Would you withdraw your motion to adopt-- |
| LUCIO | : | I move to-- |
| PRESIDENT | : | --Floor Amendment-- |
| LUCIO | : | --withdraw-- |
| PRESIDENT | : | --Number 3? |
| LUCIO | : | --I m--I move to withdraw adoption on the amendment that I-- |
| | : | (Inaudible, background conversation) |
| LUCIO | : | --described right here at this time. |
| PRESIDENT | : | Okay. Members-- |
| | : | (Inaudible, background conversation) |
| PRESIDENT | : | --Senator Lucio has withdrawn his motion. We're still on Floor Amendment Number 3. We will ask the Secretary to read the amendment in full. |
| SECRETARY | : | Floor Amendment Number 3, amend Senate Bill Number 14 as follows. In Section 3 of the bill, an added Section 31.012 parens A, Election Code, Page 2, Line 19, between Web site and the period, insert in each language in which voter registration materials are |

TX_00203387

USA_00016167

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

Texas Senate
Staff Services

17

available. In Section 3 of the bill, add a new subsection to added Section 31.012, Election Code, Page 2, between Lines 23 and 24 to read as follows, all new language, parens C, the county clerk of each county shall post, in a prominent location at the clerk's office, a physical copy of the notice prescribed under Subsection A in each language in which voter registration materials are available, by Gallegos.

     :  All right. The Chair recognizes Senator Gallegos on his amendment.

  GALLEGOS   :  Thank you, Mr. President. Mr. President, this amendment, that's also sponsored by Senator Lucio and, and Senator Hinojosa, that it allows, it simply specifies that on the voter education materials that will be available on the Secretary of State's Web site, and various county Web sites, that wi--it'll be available in the languages in which voter registration materials are available. And the amendment requires that the education materials are posted in the county clerk's office in each language. For example, Harris County, right now, has it in English, Spanish and Vietnamese, and, and all I'm doin' is clarifying here, Members, that the, it assures that the educational materials, informing citizens about the changes to election procedures, will be available in those languages as well. And I believe it's, the amendment is acceptable to the author.

  PRESIDENT   :  Chair recognizes Senator Fraser on Amendment Number 3.

  FRASER   :  And Senator Gallegos, Lucio, and Hinojosa, yes, this amendment is, in keeping with, according to the Secretary of State, by federal law, the, the counties ar--are, are doing this, and this is a good m--amendment and it is acceptable.

  GALLEGOS   :  Thank you.

  PRESIDENT   :  Senator Gallegos moves that Floor Amendment Number 3 be adopted. It's acceptable to the author. Is there any objection? Chair hears none, (gavel) amendment's adopted.

     :  (Inaudible, background conversation)

     :  That's the one (inaudible, not speaking into the microphone)--

     :  (Pause)

  PRESIDENT   :  The following Floor Amendment Number 4 by Lucio. Secretary will read the amendment.

  SECRETARY   :  Floor Amendment Number 4 by Lucio, amend Senate Bill Number 14 as follows in Section 3 of the bill. This is Page 5 in your packet.

  PRESIDENT   :  Senator Lucio is recognized on Floor Amendment Number 4.

  LUCIO   :  Mr. President, and I'd like to see a copy of the amendment that you have there, because I wanna make sure, 'cause I'm gonna make a motion to pull it down if it's the one that I--

  PRESIDENT   :  Okay.

TX_00203388

USA_00016168

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

18

| LUCIO | : | --described a little while ago. |

LUCIO : --described a little while ago.
PRESIDENT : Just come on up.
: Since we just passed the one with all languages. (Dudn't) (sic) he need to withdraw that?
: (Inaudible, background conversation)
: Okay, you explain it to him.
: He was talkin' 'bout (before we) (inaudible, not speaking into the microphone)--
: (Inaudible, not speaking into the microphone)
LUCIO : Mr. President and Members, since the Gallegos amendment was accepted by Senator Fraser, this amendment is no longer need--it--needed, so I'll pull it down at this time, Sir.
PRESIDENT : All right. Thank you. Senator Lucio withdraws Floor Amendment Number 4. Following amendment, Floor Amendment Number 5, the Secretary will read the amendment.
SECRETARY : Floor Amendment Number 5 by Zaffirini, amend Senate Bill 14 in Section 3. This is Page 6 in your packet.
PRESIDENT : Chair recognizes Senator Zaffirini--
ZAFFIRINI : Thank you--
PRESIDENT : --on the amendment.
ZAFFIRINI : --Mr. President. Mr. President and Members, this is a similar amendment. However, it would provide that the notice of the photo ID requirements be posted separately from all other notices required by state and federal law. It would re--preclude the notice being tacked on at the bottom of a longer notice, such as the federal Help America Vote Act that is a notice required at each polling place. I don't know about you, Members, but when I'm reading something important like this, I like to see the most important information first. Accordingly, it is worthy of being posted separately, not buried at the end of a lengthy, dense, federal notice. Mr. President and Members, I move adoption of Amendment Number 5.
PRESIDENT : Senator Zaffirini moves adoption of Amendment Number 5. Senator Fraser is recognized on the motion.
: (Background noise)
FRASER : Members, we're, we, actually havin' a discussion about this one. I'm just tryin' to make sure that this is not an, a unfunded mandate on the counties, but it'd (sic) believe, I believe the counties, this is something that they would be expected to do and I think it's just instructions to the counties. I, I think I'll go ahead and accept this.
ZAFFIRINI : Thank you, m--S--Senator Fraser.
PRESIDENT : All right, Senator Zaffirini moves adoption of Floor Amendment Number 5, is acceptable to the author. Is there any objection? Chair hears none, (gavel) amendment's adopted.
ZAFFIRINI : Thank you, Mr. President and

TX_00203389

USA_00016169

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

19

Members, and Senator Fraser.

PRESIDENT             :    The   following   amendment,   the Secretary will read the amendment, Floor Amendment Number 6.

SECRETARY             :    Floor Amendment Number 6 by Davis, amending Senate Bill 14 in Section 7 of the bill, this is not in your packet, by adding the following language.  If, in determining whether a voter's name is on the list of registered voters, the election officer determines that the voter's name on the documentation does not match exactly the name on the list, the voter shall be accepted for voting as otherwise required by this section, if the voter submits an affidavit stating that the voter is the person on the list of registered voters.

PRESIDENT             :    Chair recognizes Senator Davis on the amendment.

DAVIS                 :    Thank you, Mr. President.  This amendment seeks to provide an opportunity for a voter to continue with their desire to vote by correcting a misspelling of their name on the voting list, or an error in the way their name is listed.  This concern, particularly, arises in the Hispanic community, where maiden names are added often to married surnames in a way that can sometimes create a confusing record for the election officer.  I move adoption of the Floor Amendment Number 6.

PRESIDENT             :    Senator Davis moves adoption of Floor Amendment Number 6.  Senator Fraser recognized on the motion.

FRASER                :    Senator, this, we had asked everyone to please submit amendments so we would have sufficient time to, to go over and ask 'em.  The, the amendments (sic) you're laying out, I believe, is covered under the current policies of the Secretary of State.  I think this was something (sic) was talked about, and they currently cover this.  And ther--there's rules determining this.  Based on the fact that we got this so late, we don't have time to research it, and I believe it is under current law, I would now move to--

PRESIDENT             :    Senator--

FRASER                :    --to table the motion.

PRESIDENT             :    --Senator, before you make that motion, would you like to pull down this amendment temporarily to see if you can resolve the uncertainty?

DAVIS                 :    Be happy to do that, Mr. President.

PRESIDENT             :    Is that all--

DAVIS                 :    Thank you.

PRESIDENT             :    --right with you, Senator Fraser?

FRASER                :    Sure.

PRESIDENT             :    All right, Senator Fraser withdraws his motion to table.  Senator Davis temporarily withdraws Floor Amendment Number 6.

                      :    Well, this (inaudible, not speaking into the microphone)--

JA_001288

TX_00203390

USA_00016170

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

Texas Senate
Staff Services

20

|   |   |   |
|---|---|---|
| | : | (Inaudible, background conversation) |
| PRESIDENT | : | The following amendment, the |

Secretary will read the amendment.

SECRETARY : Floor Amendment Number 7 by Van de Putte, on Page 7 in your packet, amending Section 63.01 D.

PRESIDENT : All right, the Chair recognizes Senator Van de Putte to explain her amendment.

VAN DE PUTTE : Thank you, Mr. President. Mr. President and Senator Fraser, this is the college student amendment. And the rationale for this is that the amendment makes sure that the election officer really uses the photo identification for identification purposes only. It's the photo, it matches up, it's what we've been talking about for the past few days about fraud. In this amendment, the election officer may not consider whether the address matches the address shown on the voter registration. And it's es--especially important for our college students. This past September, I was informed by my six-foot-five baby, who is a junior at A&M, that he was changing his voter registration, somehow or another convinced that he needed to be able to vote for the current president pro tempore and abandoning his mother.

: (Laughter)

VAN DE PUTTE : He is at A&M but decided that the elections in that particular community, which he has lived for three years, that he felt more akin to that, and therefore, would, for the first time, vote in Brazos County and not in Bexar County. Now, my son Paul is like many other college students. When college students usually keep their parents address, they do so because that's their permanent record, because they may live in a dorm, they may live in an apartment, sometimes they change dorms. But what they do, is they keep, for driver's license purposes, as is their insurance, they keep their ho--their parents--

: Uh-hum.

VAN DE PUTTE : --home address. And so, when college students register to vote in the cities in which they reside, attending the university, like my son decided he needed to vote for the Senator from that area, that it was very difficult, I think, if it was a f--this law was in place, because my son's residence in the driver's license is listed in st--in Bexar County, in San Antonio. This is especially important for our students, though, all over. But, if you think about the students at Prairie View A&M. Prairie View A&M, it is a historically Black college, a very proud tradition in our State, with a history that begin (sic) because of discrimination and now has to be funded and we enjoy, and we are so proud of those students. Now, if you look where Prairie View A&M is located, most of the students that go to Prairie View A&M do not come from that county, that particular area. In fact, they come from all over the State. And as a historically Black college, it is very important for those students, should they choose to register at the location of Prairie View A&M, that they not be turned away from their right

TX_00203391

USA_00016171

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

Texas Senate
Staff Services

21

to vote because of a difference in the address. This amendment ensures that our college students, including my Aggie, Paul, may, would not be prohibited from voting because their photo identification does not match the address, because of, on the registration. And so, I would ask that you would consider this for our college students. This makes sure, especially with our young students, that they are not disenfranchised by this Bill, SB 14.

PRESIDENT : All right, Senator Fraser--

FRASER : Senator, I, I agree--

PRESIDENT : -- (inaudible, overlapping conversation)--

FRASER : --I wanna make sure that if the student shows enough initiative that they're, they're tryin' to vote and they registered in the area, that we make sure we get 'em to, to vote. The good thing about this, this is current practice. You know, we have, this has already been taken care of now under the, the current practice of the Secretary of State. The election worker is always required to ask the address on the voter registration roll is current, and they ask the person that no matter what the documentation is shown. I, I appreciate your intent, but we've already covered, we, this is already covered under current practice. I would move to table--

PRESIDENT : --wait, wait--

FRASER : --the motion.

PRESIDENT : --wait a second. We don't have a motion. Senator Van de Putte, you're recognized for a motion on Floor Amendment Number 7.

VAN DE PUTTE : Well, thank you very much, and, and since we're in uncharted territory on photo ID, this would, this is more like belts and suspenders. And I know that as part of the training, that they would be able to do that. But I'm 'onna (sic) tell you, when my son went to vote, and cast his ballot, he was questioned, just this past November, why he had his voter registration card, that was brand-new and issued to him, and he got it barely in time, and yet his driver's license, because he left, he left, and he was not on the original roll. When they looked at the addendums, since he was the last person, he, he actually registered within the last 24 hours that was available to do so, they had to look on a secondary list because he was a brand-new registrant. And so they asked him, and he did produce, they did have an addendum there that said, Paul Xavier Van de Putte, they couldn't find him. And do you know why they couldn't find him? Because someone who had entered in the data had put in V-A-N space D-E space P-U-T-T-E, when they should've put in Van de Putte all at the end, so he was listed under Paul Xavier and then Van, but they miss di--so they could--they didn't put him in. So, because of that compounding error, he was on an addendum and they asked, rightly so, well, you know, you're here, you're Van. And he said, no, and he took out his driver's license. At that point, he was questioned because his driver's license was listed in Bexar County, in

JA_001290

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

22

1616 West Mulberry. And, so, I bring this up because while we think everything is cut and dry, Members, it is not. We have so many election judges. We pay them minimum wage. We, and we're fixin' to cut that by two dollars an hour in, in the current budget, and the training that takes place, and so, I wanted to make sure that my son, even though, you're, you're correct, it's in there, and they're supposed to do it. This is just belts and suspenders, so, thank you. I, I appreciate that. I wouldn't've brought this up, except for my son Paul.

PRESIDENT : Senator Van de Putte moves adoption of Committee Amendment Number 7. Senator Fraser--

FRASER : M--Mr. Chairman, I didn't hear a motion. Did you make a motion--

PRESIDENT : --uh--

FRASER : --or di--will you pull it down?

PRESIDENT : --I've been told by the Parliamentarian that I've been incorrect. It's assumed she made that motion--

VAN DE PUTTE : I move to a--

PRESIDENT : --(inaudible)--

VAN DE PUTTE : --I move adoption of Committee Amendment Number 7 and then you move to table, is that correct?

PRESIDENT : --that's correct, but I just, clarify for the Senators, it's not required for her to make a motion. The amendment is on the Floor and it's assumed that that motion has already been made. So, Senator Fraser, you're recognized for a motion.

FRASER : Senator, thank goodness your son got to vote. An--And it's g--I'm glad we've got--

: (Sure.)

FRASER : --a system in place that does that.

VAN DE PUTTE : Votin' for (inaudible, overlapping conversation)--

FRASER : Thank you for your input and I would now move to table the amendment.

: (Inaudible, background conversation)

PRESIDENT : All right, Senator Fraser moves to table Floor Amendment Number 7. Senator Van de Putte's recognized to close.

VAN DE PUTTE : Thank you, and I won't belabor the point, but, Members, I ask you to consider our college students, and particularly those who wa--we want them to get en--engaged in the civic process. Again, this is in current practice, on the books, but just having this extra, I think, would add e--a--added weight, and I ask you to vote no on the motion to table.

PRESIDENT : All right, the motion is to table Com-- Floor Amendment Number 7, Secretary, call the roll.

SECRETARY : Birdwell. Carona. Davis. Deuell.

JA_001291

TX_00203393
USA_00016173

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

23

Duncan. Ellis. Eltife. Estes. Fraser. Gallegos. Harris. Hegar. Hinojosa. Huffman. Jackson. Lucio. Nelson. Nichols. Ogden. Patrick. Rodriguez. Seliger. Shapiro. Van de Putte. Watson. Wentworth. West. Whitmire. Williams and Zaffirini.

PRESIDENT : There being 19 ayes and 11 nays, the motion to table prevails. (Gavel) (Pause) The following amendment, the Secretary will read the amendment.

SECRETARY : Floor Amendment Number 8 by Davis. This amendment is being passed out. It's not in the packet. Amend Senate Bill Number 14 in Section 7, amended Section 63.01 D of the Election Code.

: (Pause)

PRESIDENT : All right, Senator Davis, you're recognized on Floor Amendment Number 8.

DAVIS : Mr. President, I apologize. I thought this was an amendment that we had pulled down, it's duplicative of the floor amendment that Senator Van de Putte made a moment ago, and I will pull this--

PRESIDENT : Okay--

DAVIS : --floor amendment down.

PRESIDENT : --Senator Davis withdraws Floor Amendment Number 8.

: (Long pause)

: (Background noise)

: (Inaudible, not speaking into the microphone) you ain't (inaudible, not speaking into the microphone) for that.

: Hum?

: (Inaudible, background conversation)

: (Laughter)

PRESIDENT : The following amendment, the Secretary will read the amendment.

SECRETARY : Floor Amendment Number 9 by Hinojosa. This is being passed out. It's not in your packet. Amend Senate Bill 14 in Section 9 of the bill by striking added Section 63.01--012 C and replacing with the following, this section expires September 1, 2017.

PRESIDENT : Chair recognizes Senator Hinojosa on his amendment.

HINOJOSA : Thank you, Mr. President and Members. If you'd notice in Senate Bill 14, there's a section that requires for the election officer to direct a voter who doesn't have proper identification to the place where he ca--where he or she can get a free photo ID. But this section expires September 1st, 2013 under the bill. My amendment changes the Sunset date to September 1st, 2017. I just feel that we need more time to educate and it--and require the election officer to notify those voters who don't have a photo ID be directed to the proper place where they can acquire one. I move adoption.

JA_001292

TX_00203394

USA_00016174

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

Texas Senate
Staff Services

24

PRESIDENT         :   Senator Fraser, you're recognized on the motion.

FRASER         :   Senator, if you could give me one second. I'm looking up, makin' sure it matches up. I, I think I'm okay, but I wanna look at this.

HINOJOSA         :   That's on Line 24, Page 5. I'm just changin' the date. You have a Sunset date of September 1st, 2013. My amendment moves that to September 1st, 2017.

         :   (Inaudible, background conversation)

         :   Is this Floor Amendment Number 9, is that right?

         :   Yes.

         :   I don't think it does (inaudible, not speaking into the microphone)--

         :   (Long pause)

FRASER         :   Senator, this is, yeah, and this is a good amendment. This is one that I like. It'll actually, you know, we're, I, I agree with you, that it'll allow more time. This, this amendment's acceptable.

HINOJOSA         :   'Kay. I move adoption, Mr. President and thank you.

PRESIDENT         :   All right. Senator Hinojosa moves that Floor Amendment Number 9 be adopted. It is acceptable to the author. Is there any objection? (Gavel) Chair hears none, the amendment's adopted. Following amendment, the Secretary will read the amendment.

SECRETARY         :   Floor Amendment Number 10 by Zaffirini. This is Page 9 in your packet. Amending Section 7.

         :   (Inaudible, background conversation)

PRESIDENT         :   Chair recognizes Senator Zaffirini on the amendment.

ZAFFIRINI         :   Thank you, Mr. President. Mr. President and Members, Senate Bill 14, as introduced, provides only one exception to allow votes to be accepted when they are cast by persons who do not have photo ID. That exception is if they are older than 70 by January 1st, 2012. During our public and invited testimony yesterday, we heard from several persons who felt that the burden of Senate Bill 14 would prevent either them or their loved ones from having their votes counted. This amendment addresses those concerns. Generally, Amendment 10 would allow all persons who possess a voter registration certificate, and whose names are on the precinct's voting rolls, the ability to have their votes accepted for counting if they execute an affidavit under penalty of perjury, stating that the voter is the person named on the voter registration certificate. This affidavit would be in a form prescribed by the Secretary of State and must include the voter's name, address, date of birth and signature. For supporters of Senate Bill 14, please know that there already some sections within the bill that allow for affidavits in certain

JA_001293

TX_00203395

USA_00016175

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

25

circumstances. You'll see those in Sections 10, 11, 15 and 13 in the bill. We also heard that other states, that have similar laws, such as that that we are considering, have amendments such as these attached to those bills. According to the National Conference of State Legislatures, for example, at least half of the states that require photo ID allow an affidavit to be used in lieu of that photo ID. This amendment ensures that low income persons, minorities and persons with disabilities have the opportunity to have their votes counted, even if they do not have a photo ID. Mr. President, I move adoption of Amendment Number 10.

PRESIDENT : Senator Zaffirini, Senator Fraser, Senator Duncan.

: (Long pause)
: (Background noise)
: Huh?
: (Inaudible, background conversation)
: Oh, I don't know (inaudible, not speaking into the microphone)--
: Yeah.
: (Inaudible, background conversation)
: Huh?
: (Background noise)
: (Inaudible, background conversation)
: We have several (inaudible, background conversation)--
: (Background noise)
: (Inaudible, background conversation)
: Yeah.
: (Laughter)
: (Inaudible, background conversation)
: (Coughing in background)

PRESIDENT : All right. Members--
: (Coughing in background)

PRESIDENT : --Senator Zaffirini has explained Committee Amendment Number 10 and has made a motion to adopt Committee Amendment Number 10. Senator Fraser, you're recognized on the motion.

: (Inaudible, not speaking into the microphone)

FRASER : It--has a motion been made--
: Yes.

FRASER : --to me? Senator, the, the amendment you're laying out would eliminate this as a true photo ID bill. As I said yesterday, we've had two more years, since two years ago, to see that photo ID is working in other states. And we've had two years to see that voter str-- fraud is still a problem. I believe that, that a pure photo ID bill is simpler

JA_001294

TX_00203396

USA_00016176

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

26

and less confusing for the voters. I would now move to table the Amendment Number 10.

PRESIDENT     :     All right, Senator Fraser moves to table Floor Amendment Number 10. Senator Zaffirini, recognized to close.

ZAFFIRINI     :     Thank you, Mr. President. Mr. President and Members, and I urge you to vote to adopt this amendment. It is very specific and, quite frankly, it is difficult t--m--for me to understand how or why you would vote against it. It specifically applies to persons who have a voter registration certificate and whose names are on the precincts voting rolls. They have the ability, and should have the ability, to have their votes accepted, if they acs--if they should execute an affidavit under penalty of perjury, stating that the voter is the person named on the voter registration certificate. It is very simple. It applies only to persons who do not have a voter ID. Many of those persons are low income families, are minorities, and are the elderly, and I would hope that you would support this bill, this amendment, and vote no on the motion to table.

     :     (Inaudible, background conversation)

PRESIDENT     :     Members, Senator Fraser moves to table Floor Amendment Number 10. The vote is on the motion to table. Secretary, call the roll.

SECRETARY     :     Birdwell. Carona. Davis. Deuell. Duncan. Ellis. Eltife. Estes. Fraser. Gallegos. Harris. Hegar. Hinojosa. Huffman. Jackson. Lucio. Nelson. Nichols. Ogden. Patrick. Rodriguez. Seliger. Shapiro. Van de Putte. Watson. Wentworth. West. Whitmire. Williams and Zaffirini.

PRESIDENT     :     There being 18 ayes and 12 nays, the motion to table prevails.

ZAFFIRINI     :     Thank you, Mr.--

     :     (Gavel)

ZAFFIRINI     :     --President.

     :     (Inaudible, background conversation)

     :     Had one R (inaudible, not speaking into the microphone)--

     :     Huh?

     :     --we had one R that went with 'em?

     :     But it wasn't--

     :     Eighteen to twelve.

     :     (Inaudible, background conversation)

WENTWORTH     :     Mr. President.

     :     (Inaudible) failed.

     :     Oh.

(Lieutenant Governor Dewhurst, Presiding)

JA_001295

TX_00203397

USA_00016177

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

27

| PRESIDENT | : | Senator-- |
| | : | (Inaudible, background conversation) |
| PRESIDENT | : | --Wentworth, for wha--what purpose? |
| WENTWORTH | : | My understanding that the motion to |

table passed. It was just announced.

| | : | (Inaudible, background conversation) |
| | : | Motion to table prevailed? |
| | : | (Okay.) |
| PRESIDENT | : | Yes. I think Senator Ogden used the |

word prevail, but, but yes, it, it passed, prevails, yes. The following floor amendment, Floor Amendment Number 11 by Senator Davis and Senator Ellis. The Secretary will read the amendment.

SECRETARY : Floor Amendment Number 11 by Davis. This is not in your packet and is being passed out. Amend Senate Bill 14 in Section 7 of the bill.

PRESIDENT : Do th--do you Members have a copy of the, the amendment? Does everyone have it? All right. Chair recognizes Senator Davis to explain Floor Amendment 11.

DAVIS : Thank you, Mr. President. This amendment arises as a result of the conversation that we had yesterday and concerns that were put into the record as part of the Committee of the Whole hearing regarding women who may have experienced a name change due to marriage or divorce, who come to the polling place to vote with an ID that may have a name that is different than that which appears on the registered voter list as a consequence of that marriage or divorce. It allows the woman to either provide a copy of her marriage license or divorce decree, or to execute an affidavit, an affidavit stating that her name, as on the precinct list of registered voters, is correct but has been changed due to marriage or divorce, which is not yet reflected on her ID. I move adoption of Floor Amendment Number 11.

PRESIDENT : Thank you, Senator Davis. The Chair recognizes Senator Fraser.

FRASER : M--Members, the, everything that's laid out here, I'm, first of all, I'm gonna comment that anyone that is a, someone coming forward, and if is a woman, and they present a marriage license, or divorce decree, you know, obviously, we want 'em to vote, but this is also current policy of the Secretary of State and the counties. They, you know, they ask that. And if this was given, we're doing this under current law. I would, I would move to table the Amendment Number 11.

| PRESIDENT | : | The Chair recognizes Senator Davis-- |
| DAVIS | : | Thank you, Mr. President-- |
| PRESIDENT | : | -- (inaudible, overlapping |

conversation)--

| DAVIS | : | --I would, I would argue that that is |

JA_001296

TX_00203398

USA_00016178

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

28

actually not the case. Today, because a voter is not required to show a photo ID, the situation does not arise if there's a difference between the photo ID name and the name that's on the voter list. This is trying to cure the problem that will be created when every voter is asked to provide their voting ID, their photo ID, their state-issued ID when they go to vote. It absolutely is the case, that under that rule, a woman presenting a photo ID with a name different than that on the voter roll, may not be accepted for voting if we do not clarify that that must occur. And I would move that we o--oppose the motion to table Floor Amendment Number 11.

PRESIDENT          :  Senator Hi--Hi--Hinojosa, for what purpose do you rise?

HINOJOSA          :  To ask, see if Senator Davis will yield for a question?

PRESIDENT          :  There's been a motion to, to table. Senator Fraser? Senator Fraser, in order to permit Senator Hinojosa a, an opportunity to ask Senator Davis a question, do you mind temporarily withdrawing y--your motion to table?

FRASER          :  Uh.

          :  (Inaudible, not speaking into the microphone)

FRASER          :  I will.  D--will that give the opportunity, if I withdraw my motion, will that give her the opportunity to close again? I, I think what I'd rather do is just allow Senator Hinojosa if he wants to ask, (kestion) (sic), I would yield to Senator Hinojosa.

HINOJOSA          :  Hu--

          :  (Inaudible, background conversation)

FRASER          :  I'm, I'm, I'm offering to allow him to ask a question of, of--

          :  He can't do that when there's (inaudible, overlapping conversation)--

PRESIDENT          :  Well, on the screen, actually, Senator Ellis also wishes to, to ask a question, so, you've got Hinojosa, you have Senator Hinojosa a--and Senator Ellis who would like--

          :  (Inaudible, background conversation)

PRESIDENT          :  --to speak, to ask Senator Davis a question.

          :  Uh--

PRESIDENT          :  But y--but your motion to table prevails, so it's up to you what you wanna do.

          :  (Inaudible, background conversation)
          :  (Yield?)
          :  (It's no big deal.)
          :  (Inaudible, background conversation)

FRASER          :  Members, the, the table to motion n--n--ma--motion to table is not a debatable motion. There was an opportunity

JA_001297

TX_00203399

USA_00016179