TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

Texas Senate
Staff Services

29

earlier, before I made the motion, that if someone had a question of the author, that would've been the appropriate time to do that, and we do this every day. So, I don't, I'm gonna withdraw my motion to table, but this is highly irregular because there was an opportunity, when the motion was laid out, before I was recognized on the motion, that if someone wanted to speak, they could've asked a question. Is that not correct?

| | | |
|---|---|---|
| PRESIDENT | : | That is correct. |
| FRASER | : | I will now withdraw my motion to |

table.

| | | |
|---|---|---|
| PRESIDENT | : | The Chair, Senator H--Hinojosa, for |

what purpose do you rise?

| | | |
|---|---|---|
| HINOJOSA | : | To ask Senator Davis a question. She |

yield?

| | | |
|---|---|---|
| PRESIDENT | : | Will, will Senator Davis yield to |

Senator Hinojosa?

| | | |
|---|---|---|
| DAVIS | : | Yes, Mr. President. |
| HINOJOSA | : | Senator Davis, you heard that the Se-- |

Secretary of State's Office have a policy that would allow this practice, as you set out in your, in your amendment, but in real, real life, and al--and, and what the law states, is that if you have a policy, and the statute doesn't allow, that means that the, that the law will prevail, and not the policy. Isn't that correct?

| | | |
|---|---|---|
| DAVIS | : | Yes, that's correct. |
| HINOJOSA | : | So, the, so, the fact if it's not on the |

statute itself, then it cannot be done.

| | | |
|---|---|---|
| DAVIS | : | That is absolutely correct. And there's |

certainly no requirement that it be put into a policy if it's not written into the law.

| | | |
|---|---|---|
| HINOJOSA | : | Thank you. |
| DAVIS | : | Thank you, Senator Hinojosa. |
| | : | (Pause) |
| | : | (Inaudible, background conversation) |
| PRESIDENT | : | Senator Ellis, for what purpose? |
| ELLIS | : | Will Senator Davis yield for a |

question?

| | | |
|---|---|---|
| PRESIDENT | : | Will Senator Davis yield? |
| DAVIS | : | Yes. |
| ELLIS | : | Senator, ju-just, could you give, |

maybe from personal experience, some sense of how this could impact a, a female? I know I, I may have mentioned to you, in the lounge, that my wife uses her maiden name. In fact, that is her name. She only uses my name if she thinks it may avoid a problem, and in most cases, it may create a problem. So, rarely does she use--

| | | |
|---|---|---|
| | : | (Laughter) |
| ELLIS | : | --Ellis on her name. She'll do it to |

JA_001298

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

30

accommodate me at a political event, but she never changed her name on our marriage certificate, it is not there. But, could you just give us some sense of how this could impact a, a woman?

DAVIS  :  Sure. In, in a real world example, a woman who has either married or divorced, and who has applied for a new voter ID certificate, a registration card in order to vote, will now have a name different on the registration record than that which is on her driver's license if she's not yet changed it. This gives her the opportunity to attest, or to provide information to the voting precinct election officer, that she is the person who is on the registered voter list, although that name may not be the name that's reflected on her state-issued photo ID.

ELLIS  :  And, would it be true by putting this into Senator Fraser's bill, instead of leaving it at the discretion of any given election officer, when we, putting in a new requirement for a photo ID, what we (sic) doin' is makin' sure if a woman is in Harris County voting, she'd have just as much of an ability if she uses her maiden name, or her married name, as a woman should have in Neuces County, or anywhere else?

DAVIS  :  That's exactly the case, Senator Ellis. And, in fact, yesterday, information was put into the record by a representative of the Secretary of State's office, that currently, election officers, varied by county, are allowed the discretion in determining whether they're going to accept a woman for voting in this particular circumstance. In fact, she stated on the record, that there is no uniform rule in place, but that it is left to the discretion of the individual election workers, based on what they've been told by the county registrar in that county.

ELLIS  :  Okay, thank you.

PRESIDENT  :  Senator Van de Putte, for what purpose do you rise?

VAN DE PUTTE  :  Will Senator Davis yield for a question?

PRESIDENT  :  Will Senator Davis yield--
  :  (Inaudible, background conversation)

PRESIDENT  :  --to Senate--

DAVIS  :  Yes, I will.

VAN DE PUTTE  :  Thank you. Senator Davis, and I heard the exchange between yourself and Chairman Fraser, and when the Chairman said it's already in Election Code, I thought, well, okay, if it's already in Election Code like he stated when I had an amendment and, and, but then I just looked over the record, and at, at 1:45 yesterday afternoon, the, Ms. McGeehan for the Secretary of State said, when asked about the divorce, maiden name, and overall name situation with presentation of a photo ID, bu--that the voter registration, statewise directly addresses so it's a practical matter of what's happening to the poll workers that are making judgment calls as they qualify those voters for voting. And so, I'm looking at Section A, 63.001, a regular procedure for accepting voters, and on,

JA_001299

TX_00203401

USA_00016181

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

Texas Senate
Staff Services

31

on, under that on Paragraph C, the current rule says, on presentation of a registration certificate, the election officer shall determine whether the voter's name is on the registration certificate, is on the list of registered voters. So, they do determine if just the name is on there, and they are making the call. At 1:46 p.m. yesterday afternoon, the, if you will recall, or is it your recollection, that Ms. McGeehan with the Secretary of State's office said, with regard to photo identification, and divorce, maiden name discrepancies, quote, at this point, the State law is silent on it. Our office has not issued any guidance on this matter, quote. That's definitely, probably something we need to look at. Is that your recollection of yesterday's testimony?

DAVIS    : Yes, Senator Van de Putte, that's my recollection.

VAN DE PUTTE  : Thank you, 'cause I was a little bit confused.

DAVIS    : Thank you. Mr. President, as a courtesy to Members who are reviewing this amendment, I'm going to ask that we momentarily pull down Floor Amendment Number 11.

PRESIDENT   Members, Senator Davis temporarily pulls down Floor Amendment Number 11.

DAVIS    : Thank you, Mr. President.

PRESIDENT   : The Chairs (sic) la--lays out Floor Amendment Number 12 by Senator Davis. The, the Secretary will read the amendment.

SECRETARY   : Floor Amendment Number 12 by Davis is being passed out. It is not in your packet. Amending Section 9 of the bill, which is adding Section 63.0012 A.

        : (Inaudible, not speaking into the microphone) Secretary of State's Office to (inaudible, not speaking into the microphone)--

PRESIDENT   : The Chair recognizes Senator Davis to explain Floor Amendment 12.

DAVIS    : Thank you, Mr. President. This amendment seeks to satisfy concerns for indigent persons who will have to get underlying documentation in order to get their state-issued ID, that it will come to them at a cost, and they will not be able to vote as a consequence of not being able to pay that cost. There's been some effort in Senate Bill 14 to reflect an understanding that certain persons may not be able to afford the state ID that's required in order for them to vote. And, and, of course, in the language of that bill, there is a statement that the state ID would be offered for free. Unfortunately, underlying documentation that is often necessary to obtain the state ID does come at a cost, and so we have not cured the problem with the language that's in Senate Bill 14, as it stands today. What this amendment would do would be to allow that indigent person to receive underlying state documentation that's necessary in order to receive their

JA_001300

TX_00203402

USA_00016182

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

32

state ID for free as well, such as a birth certificate issued by the State of Texas. I move adoption of Floor Amendment Number 12.

|                     |   |                                             |
|---------------------|---|---------------------------------------------|
|                     | : | (Inaudible, background conversation)        |
| PRESIDENT           | : | Senator Ellis, for what purpose do you rise? |
| ELLIS               | : | I wanna ask Senator Davis a few questions, if she'll yield? |
| DAVIS               | : | Yes, I do, thank you.                       |
| ELLIS               | : | Senator, first, I wanna make the point      |

that this is an amendment that you mentioned to some of us on yesterday, but, as a convenience to all of us and to the public, we did do somethin' fairly unorthodox, and we're hearing this now. So, it's not as though this amendment didn't get in on time, is that you thought you would be doin' this sometime tonight. I, I wanna ask you, as you, as you know, this bill is patterned after the Indiana bill, right?

|       |   |          |
|-------|---|----------|
| DAVIS | : | Correct. |
| ELLIS | : | Okay, and this is a good amendment |

in part because Indiana offers some provisions for people to have access that we don't in this bill that's being considered. Indiana does not require an exact match of the name. It only needs to conform, which the state has defined to not mandate an exact match. Indiana legislation, in that legislation, there's no re--requirement in Indiana for an address to match. There's an exception for persons who have a religious objection to being photographed by using an after the fact affidavit to the county clerk's office to make the provisional ballot count. They have a large Amish community, but that provision is there. I don't know how many folks we have in Texas who have that provision. And, the language you're talkin' about, is included in the Indiana law, there's an exception for persons who are indigent and who would be unable to secure a free photo ID without the state paying a fee, or underlying documents, like a birth certificate. Like the, go get the photo ID if you gotta have a birth certificate, you don't have the money for that, you can't get it. Or, to go to a DPS office and get the photo ID, and you are broke and can't pay the surcharge because the insurance in Texas is about the, pretty high among major states, we're right up there near the top, not as high as Louisiana but pretty high. But, that issue--you do understand that this bill is considerably more restrictive than the Indiana law, and what you're offering is one provision that is in the Indiana law.

|       |   |          |
|-------|---|----------|
| DAVIS | : | That's correct, Senator Ellis. And, and |

as was put into the, the record yesterday, in the State of Indiana, the Supreme Court decision that reviewed the State of Indiana voting, (photer) (sic), (voto) (sic) ID requirement, specifically stated that the burden that was experienced by the voter was not unconstitutionally prohibitive because the indigent voter was allowed an opportunity to attest that they could not receive the state ID based on their indigency status, that they could not apply for that state ID because they would have to pay either a cost for the ID or for

JA_001301

TX_00203403

USA_00016183

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

33

the underlying documents. This seeks to resolve that problem in a little bit of
a different manner, which is to allow the person, who would need underlying
documentation in order to get their free state ID, to also get free underlying
documentation so that they have the opportunity to do that. If we don't adopt
an amendment like this, Senator Ellis, my fear is we are simply instituting a
poll tax in a different form.

| | | |
|---|---|---|
| ELLIS | : | Thank you. Thank you very much. |
| DAVIS | : | Thank you. |
| PRESIDENT | : | Senator Williams, for what purpose do |

you rise, Sir?

| | | |
|---|---|---|
| WILLIAMS | : | To ask the author of the amendment a |

question?

| | | |
|---|---|---|
| PRESIDENT | : | Senator Davis, will you yield? |
| DAVIS | : | Yes. |
| WILLIAMS | : | Senator Davis, I'm sorry, I hadn't seen |

this before. I don't know, wha--was this amendment prefiled before so we, or
did you just bring this one to the Floor?

| | | |
|---|---|---|
| DAVIS | : | Well, Senator Williams, I filed this |

before, yes. And--

| | | |
|---|---|---|
| WILLIAMS | : | Okay. |
| DAVIS | : | --you know, the, the problem that |

we're dealing with, today, is we all thought we were coming back at 9:20
tonight. When we adjourned last night--

| | | |
|---|---|---|
| WILLIAMS | : | Yeah. |
| DAVIS | : | --that was the decision that was made. |

As a courtesy, of course, and so that our, our public can watch these
proceedings and see what's happening on the Senate Floor today, we've all
agreed that we're going to come back earlier, which we--

| | | |
|---|---|---|
| WILLIAMS | : | Okay-- |
| DAVIS | : | --did. And this was filed, yes, before-- |
| WILLIAMS | : | --(inaudible)-- |
| DAVIS | : | --we came to the Floor today. I |

apologize for the fact that you're just now receiving it, but this is--

| | | |
|---|---|---|
| WILLIAMS | : | --(inaudible)-- |
| DAVIS | : | --an emergency issue, as we've been |

told--

| | | |
|---|---|---|
| WILLIAMS | : | --right. |
| DAVIS | : | --and things are operating a little |

differently than we thought they--

| | | |
|---|---|---|
| WILLIAMS | : | Well-- |
| DAVIS | : | --were going to. |
| WILLIAMS | : | --le--let me ask you, I, you've, you've |

made a number of statements here about your concern about indigent people,
but I'm not sure that we're not just opening this up to free identification or
free birth certificates for everybody. I'm not sure, I don't see the word

JA_001302

TX_00203404

USA_00016184

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

34

indigent in here anywhere, so help me understand how, where's the restricting language here?

DAVIS                    :    Well, interestingly, Senator Williams, in the bill itself, where the free state IDs are now to be offered to persons who come to a DPS office and state that they need that ID for purposes of voting, there's also no (indinchee) (sic), indigency requirement in the language of Senate Bill 14 as it's been proposed today. This simply reflects the same language as has been presented in Senate Bill 14, extending it to underlying documentation that's needed to get that ID, as well as the ID itself.

WILLIAMS                 :    Well, and I think the intent was to, if someone needed a state ID, would be that we would absorb the cost of that, but here, I think, what you're doing is you're also including birth certificates now. Is this, this would, everybody that would say they needed a birth certificate for the purposes of getting their free state ID would now be able to obtain that, where anyone else could, have to pay the twenty-two dollars, or whatever the local fee happens to be. Are we puttin' this back on the counties? Would this be an unfunded mandate on the counties? Are they ones, or is it the Department of Health?

DAVIS                    :    Well, I ha--I have a great deal of concerns of (unfended) (sic) mandates that are coming out of Senate Bill 14, Senator Williams. This, as I said, c--mirrors, identically, the language that's in Senate Bill 14, in terms of the provisions to get a free state ID. There's no requirement there that an affidavit of indigency be signed. And, in fact, that's one of the concerns that was raised yesterday, about the bill and the costs of the bill, if everyone is provided the opportunity now to walk into a DPS office and ask for a free state ID, without having to show indige--indigency, what might those costs be? That was one of the questions that we entered into the record yesterday.

WILLIAMS                 :    Thank you.
DAVIS                    :    Thank you.
                         :    (Pause)
PRESIDENT                :    The Chair recognizes Senator Fraser on Floor Amendment 12.

FRASER                   :    Members, Senator Williams' observation is exactly the observation that, that I made by this amen--mendment. There's not a, a means test here to identify who would be using it, and basically, anyone could go in and say, I wanna get a free ID and get any of these services free of charge. I would now move to table the Amendment Number 12.

PRESIDENT                :    Chair recognizes, the Chair recognizes Senator Davis to close.

DAVIS                    :    Thank you, Mr. President. I would move that we vote no on the motion to table Floor Amendment 12 for the reasons that I stated earlier.

PRESIDENT                :    Members, the motion before us is the

JA_001303

TX_00203405

USA_00016185

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

35

motion to table by Senator Fraser. The author of the amendment opposes.
The, the Secretary will call the roll.

    SECRETARY          :    Birdwell. Carona. Davis. Deuell.
Duncan. Ellis. Eltife. Estes. Fraser. Galle--(clears throat) Gallegos.
Harris. Hegar. Hinojosa. Huffman. Jackson. Lucio. Nelson. Nichols.
Ogden. Patrick. Rodriguez. Seliger. Shapiro. Van de Putte. Watson.
Wentworth. West. Whitmire. Williams and Zaffirini.

    PRESIDENT          :    (Gavel) Members, there being 19 ayes
and 11 nays, the motion to table prevails. (Gavel) The Chair lays out Floor
Amendment Number 13 by Senator Davis. The Secretary will read the
amendment.

    SECRETARY          :    Floor Amendment Number 13 by
Davis, which is being passed out now. Amend Senate Bill 14 in Section 12 of
the bill.

    PRESIDENT          :    The Chair recognizes Senator Davis to
explain Floor Amendment--

    DAVIS          :    Thank you--
    PRESIDENT          :    --13.
    DAVIS          :    --Mr. President. This deals with the
language in Senate Bill 14 that would prohibit the use of an expired ID. As
was talked about in the record yesterday, in both the State of Georgia and the
Indiana ID requirements, there is an ability for a person to use an expired ID
in order to come in to a polling place and to vote, and that ID will be
accepted. This would strike the language from Senate Bill 14, that would
ano--that would not allow an expired ID to be used for purposes of voting. I
move adoption of Floor Amendment Number 13.

                 :    (Pause)
                 :    (Coughing in background)
    PRESIDENT          :    Thank you, Senator Davis. The Chair
recognizes Senator Fraser--

    FRASER          :    An--
    PRESIDENT          :    --on Floor Amendment 13.
    FRASER          :    --Senator, there's another case. I, I
wish we'd gotten a packet delivered to us. The concept you're talkin' about,
Senator Lucio has an amendment that addresses this. His, that is a, 60 days,
we're going to accept his amendment that addresses the same issue. You can
either pull this one down or I'll be moving to table, you know, we're, but the,
the amendment you're addressing, we're gonna address the same thing with
the Lucio amendment.

    DAVIS          :    I--I'm not going to agree to pull this
down, Senator Fraser. This is much more expansive than a 60 day grace
period. This would remove the provision for expiration entirely, and I would
like to move it for adoption.

    PRESIDENT          :    Members, the question before us--
    FRASER          :    M--

JA_001304

TX_00203406

USA_00016186

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

36

PRESIDENT : --is the motion--

FRASER : --I'm sorry, Senator, I mean, Lieutenant Governor, Mr. President, I would move to table.

PRESIDENT : --yes.

FRASER : I would move to table Amendment Number 13.

PRESIDENT : I'm gonna give her a second--

FRASER : How much number--

PRESIDENT : --then, to close then, but, because, because I thi--I already knew that you were gon--the Chair recognizes Senator Davis to close.

DAVIS : Thank you, Mr. President. For the reasons I stated previously, I would ask that we vote no on the motion to table Floor Amendment Number 13.

PRESIDENT : Thank you, Senator Davis. The motion before us by Senator Fraser is to table Floor Amendment Number 13. The Secretary will call the roll.

SECRETARY : Birdwell. Carona. Davis. Deuell. Duncan. Ellis. Eltife. Estes. Fraser. Gallegos. Harris. Hegar. Hinojosa. Huffman. Jackson. Lucio. Nelson. Nichols.

: (Inaudible, background conversation)

SECRETARY : Ogden. Patrick. Rodriguez. Seliger. Shapiro. Van de Putte. Watson. Wentworth. West. Whitmire. Williams and Zaffirini.

PRESIDENT : (Gavel) There being 19 ayes and 11 nays, the motion to table prevails. (Gavel) The Floor (sic) lays out Floor Ame--the, the Chair lays out Floor Amendment Number 14 by Senator Lucio. The Secretary will read the amendment.

SECRETARY : Floor Amendment Number 14 by Lucio and this is Page 11 in your packet.

PRESIDENT : The Chair recognizes Senator Lucio on Floor Amendment Number 14.

: (Inaudible, background conversation)

PRESIDENT : Yeah. The Chair, the Chair recognizes Senator Lucio on Floor Amendment Number 14.

LUCIO : Thank you, Mr. President. Members, this amendment changes the photo identification requirements of Senate Bill 14 to those used to obtain a driver's license. This bill has a stricter, Senate Bill 14 has a stricter threshold for verifying identity than what's used to obtain a Texas ID or a driver's license. Under Senate Bill 14, a person intending to vote must present either a license, a military ID, a United States citizenship certificate with a voter ID, or a passport. However, Members, to obtain a driver's license, you have several options for verifying identity, not simply what's listed above. You can verify your identity using, quote, primary identification, which is what's included in your bill, Senator Fraser.

TX_00203407

USA_00016187

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

37

But it also contains secondary and supporting identification documents as options for citizens. The secondary document can be a birth certificate, which under current law, can be used for voting purposes, in which Senate Bill 14 removes and supporting documents, including, or inc--to include insurance information and social, social security cards. Members, I move adoption of thi--of this amendment at this time.

PRESIDENT           :    The Chair recognizes the, the, the sponsor of the bill, Senator Fraser.

FRASER              :    Thank you.   Senator Lucio, the, Members, this, the list that DPS created includes a nonphoto ID. As I said yesterday, we've had two additional years to see that photo ID is working in other states, two years to see that voter raud--fraud is still a problem. I believe that the photo ID, itself, is simpler and less confusing to the voters, and election wor--workers. Senator, I'm, I'm gonna, to ask that the Members table this. I would now move to table this amendment.

                    :    Are (you) gonna ask to speak (with the, on) the bill?

PRESIDENT           :    Senator Fraser, Sen--Senator Ogden had asked to speak before you moved to table. Do you mind temporarily withdrawing your motion?

FRASER              :    I withdraw the motion.

PRESIDENT           :    The, the Chair recognizes Senator Ogden.

OGDEN               :    To ask a question of the author of the amendment.

PRESIDENT           :    Will Senator Lucio yield to--

LUCIO               :    I yield to--

PRESIDENT           :    --Senator--

OGDEN               :    Senator Lucio, I, I believe that the amendment that we're discussing is Number 11 in our packet, is that right?

                    :    That correct?

OGDEN               :    An--And--

LUCIO               :    Yes--

OGDEN               :    --and the way--

LUCIO               :    --that's correct.

OGDEN               :    --and the way you described it, it seems to be different than the way I read it. I mean it, it, it seems to me like the only acceptable proof of identification, in order to vote, is the, is the identificase--documentation required by the Department of Public Safety and no other. Do I misread this? I mean, it seems to me like you're narrowing the--

                    :    (Inaudible)

OGDEN               :    --identification options, instead of ex--expanding them, and I'm just wondering, is that what you're doing? You're makin'--

JA_001306

TX_00203408

USA_00016188

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

Texas Senate
Staff Services

38

| | | |
|---|---|---|
| LUCIO | : | That's exactly what-- |
| OGDEN | : | --it harder? |
| LUCIO | : | --we're doin', we're tryin' to change |

Senate Bill 14 to be able to have the requirements to match those to obtain a Texas driver's license.

OGDEN     :   So, if, if we adopted your amendment and a soldier used a military ID, it wouldn't count anymore, right?

LUCIO     :   (Inaudible, not speaking into the microphone)

     :   No, that (inaudible, background conversation)--

LUCIO     :   My understanding that, that a military ID would still count.

OGDEN     :   Well, I don't know how it does with this amendment, but that's why I ask you the question. I mean, it seems to me like the only thing that counts is what you need to prove that you can get a driver's license.

LUCIO     :   I think what we're tryin' to do is give citizens (adeptional) (sic), additional options to prove their identity, and the ones that, the requirements used to obtain a driver's license, we feel, should be included in this bill.

OGDEN     :   All right, well, i--it, it may be that I just don't know how it fits with the bill, so, but a--at le--at least I'm confused about it.

| | | |
|---|---|---|
| LUCIO | : | Thank you. |
| PRESIDENT | : | The Chair recognizes Senator Fraser. |
| FRASER | : | I would now move to table |

Amendment 14.

PRESIDENT     :   The Chair recognizes Senator Lucio to close.

LUCIO     :   Thank you, Mr. President. Members, this amendment would simply give citizens options for proving their identity, that is it. Please vote no on the motion to table.

PRESIDENT     :   Members, you've heard the motion to table by Senator Fraser, the, the Secretary wil--will call the roll.

SECRETARY     :   Birdwell. Carona. Davis. Deuell. Duncan. Ellis. Eltife. Estes. Fraser. Gallegos. Harris. Hegar. Hinojosa. Huffman. Jackson. Lucio. Nelson. Nichols. Ogden. Patrick. Rodriguez. Seliger. Shapiro. Van de Putte. Watson. Wentworth. West. Whitmire. Williams and--

| | | |
|---|---|---|
| PRESIDENT | : | Madam Secretary, do you mind, hold-- |
| | : | (I'm sorry.) |
| | : | Hum? |
| PRESIDENT | : | --(recognize his) (inaudible) (now). |
| | : | So far, unless (inaudible, background |

JA_001307

TX_00203409

USA_00016189

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

39

conversation)--

PRESIDENT       : (Gavel) There being 19 ayes and 11 nays, the motion to table prevails. (Gavel) The Chair lays out the following Floor Amendment Number 15 by Senator Davis. The Secretary will read the amendment.

SECRETARY      : Floor Amendment Number 15 by Davis, which is being handed out now. Amends Senate Bill Number 14 by striking Section 12 of the bill and substituting a new Section 12 to read as follows.

PRESIDENT      : The Chair recognizes Senator Davis to explain the Floor Amendment 15.

DAVIS      : Um, yes, thank you, Mr. President. This Floor Amendment seeks also to address the issue of the expiration of a person's supporting documents that would be allowed for purposes of voting. This mirrors exactly the Indiana law, which allows for the expiration of the ID to be accepted and to be cured by the date of the next general election. I would move adoption on Floor Amendment 15.

      : (Coughing in background)
      : (Pause)
      : (Coughing in background)

PRESIDENT      : The Chair recognizes the bill's sponsor, Senator Fraser.

      : (Inaudible, background conversation)
      : (Coughing in background)
      : (Inaudible, background conversation)

FRASER      : Senator, again, I, I'd loved to had this to look at. Is this, t--tell me h--I'm, I'm havin' trouble reading this. How long are you trying to say that an expired driver's license could be?

DAVIS      : I recognize that it's confusing, Senator Fraser, and a lot to try to absorb today, as quickly as you've been asked to absorb these amendments. This mirrors exactly the language in the Indiana law.

FRASER      : I, I know.

DAVIS      : And, when the Secretary of State from Indiana was here, yesterday, what he explained, basically, was that they have a one strike rule. Where, when a person comes in to vote, if they have an expired ID, that ID is allowed to be used for purposes of voting, if the period of time between the expiration and that ID is shorter than the last general election. In other words, if they've not been given an opportunity, or a notice that their ID has expired because they've attempted to use it in a general election, then it, it defines the period of time of the grace period as the opportunity they would have had from the prior general election to cure that, if they'd been notified of the election officer, of the expiration of that ID. Again, as I said, it's exactly the language that's used in the Indiana law.

      : (Pause)

JA_001308

TX_00203410

USA_00016190

TEXAS SENATE STAFF SERVICES
RM:jgh/337/FLSB14012611CD1SI/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION I

40

FRASER             :    I mean, we're having confusion even interpreting the general election, the, I, we believe that implies that it could be expired two years. I--Is that not--

DAVIS              :    Y--Yes, and that's the case in--

FRASER             :    --it--

DAVIS              :    --Indiana, that's exactly the case in Indiana.

FRASER             :    --'kay, we, it's sti--we're, we, we talked about this today of how we would do this, and the, the, there is an amendment, that's coming up, that we plan to accept, of Senator Lucio, that is, you know, the, allowing it to be 60 days, and I'm still, it's my intent to accept that one. Again, I wish we'd had some time to look at this, but based on the fact that we're, we're heading that direction, I would, Members, I would move to, to table Amendment Number 15.

:    (Inaudible, background conversation)

PRESIDENT      :    He moved to table?

:    (Yes.)

:    (Inaudible, background conversation)

PRESIDENT      :    The Chair recognizes Senator Davis on, t--to, to close.

DAVIS              :    Thank you, Mr. President. In closing, I would just say that I recognize the frustration of having to consider these important issues, which are very complex, in such a short timeframe. I'm as frustrated and I think other Members on the Floor are as frustrated by it, as well. But we're seeking to make some changes in our voter requirements that are quite significant. And, I'm doing, and I know my colleagues are doing the best that we can to assure that at the same time that that's occurring, we are doing everything that we can to protect the right of a legitimate citizen to vote in the State of Texas, to be able to continue to do so, and I ask--

PRESIDENT      :    Senator Davis, would you and Senator Fraser approach the podium just for a moment?

DAVIS              :    --yes.

:    (Long pause)

:    (Background noise)

PRESIDENT      :    Senator Davis temporarily withdraws Floor Amendment Number 15.

END OF SECTION I

TX_00203411

USA_00016191

TEXAS SENATE STAFF SERVICES
JGH:rjm/336/FLSB14012611CD1SII/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION II

Texas Senate
Staff Services

1

(Lieutenant Governor Dewhurst, Presiding)

PRESIDENT          :    The Chairs (sic) lays out Floor
Amendment 16 by Senator Van de Putte.  The Secretary will read the
amendment.

SECRETARY          :    Floor Amendment Number 16 by Van
de Putte, Page 12 in your packet.

PRESIDENT          :    The Chair recognizes Senator Van de
Putte on Floor Amendment Number 16.

VAN DE PUTTE          :    Thank you, Mr. President.  Mr.
President, Members, this amendment is very similar, and has almost the
exact same language as Senate Bill 362 that was Senator Fraser's bill from
the 81st Session, and, in fact, most of you on this Floor, that are supporting
this bill, this year, voted for this la--language during the last legislative
Session.  Under this amendment, the voter would present either the photo ID
or two different alternatives.  Of--the difference with the current bill, of
course, is very slight with regard to the eligible photo IDs, but has some
inclusions that are not in Senator Fraser's bill.  So it does have a driver's
license or personal identification card that, that has, of course the photo, the
United States military identification card that does have the person's
photograph, the US citizenship photo and certificate, a United States
passport.  The difference in f--what is on the language is I add a license to
carry concealed handgun permit issued to the person by the Department of
Public Safety, which does have a photo on it, and is issued by DPS, and a, a
valid ID card that does contains (sic) the person's photograph from an agency
or institution of the federal government, or a political subdivision.  This is the
exact wording that we have had from Senate Bill 362 from the 81st Session.
Now, on the list of acceptable alternative forms, in other words, you get a one
or a twosie.  This is on the twosie list.  And it was everything that was there,
but I think what was really important is that this also allows for an original
or certified copy of the person's marriage license or divorce decree, but, also,
the court records of a person's adoption or a name change, as well.  This is
very, very important.  The other inclusion is, of the pilot's license, the FFA
(sic) pilot's license, it does have a photo on it, as well.  So, we have, the only
difference from this amendment and what was originally in Senator Fraser's
Senate Bill 362 is that we have kept the exemption on the 70-year-old that
mirrors SB 14 language, or older, that is in SB 14.  And that is the change
from your last year's 362.  Members, the reason tha--that I am offering this
amendment is that our, our State has a, a past, sometimes, that has been
very discriminatory.  And, discriminatory in its, its efforts to quell or
suppress some groups level of civic participation in voting, and that's why we
are under both Section 2 and Section 5 of the Voting Rights Act.  Now,
everything that we pass here, in this bill, will then go over to the House, and
then ultimately, go to the, the Governor's Office for signature.  And, after
that it will go to the Department of Justice for preclearance.  And, under

JA_001310

TX_00203412

USA_00016192

TEXAS SENATE STAFF SERVICES
JGH:rjm/336/FLSB14012611CD1SII/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION II

Texas Senate
Staff Services

2

preclearance we have to do preclearance for both Section 2 and Section 5. A lot of the bills that we have seen, that have been passed, that require a photo identification for voting, that are in those states that require that additional level of clearance from the DOJ, do have two alternate forms. Members, and I can tell you this is, with the exception of the age at 70, which we matched to this one, this is exactly the same language that was in Senate Bill 362, from the 81st Legislative Session. A lot has changed from then, in that we do know the court cases, we do know that Georgia was upheld, we do know that Indiana was upheld. But the bill that you have before you today, without some of the changes, would be the strictest, most stringent, most conservative photo voter identification bill in the country. And, since Texas has to prove up that burden and that level to the Department of Justice, we think that, at least I think that this would be able to ameliorate the concerns because of the provisions of the alternate forms. This would really help those folks who would be most disenfranchised, most burdened by the requirements of just the single photo identification. And so, with that, Members, I move to, for us to consider this amendment and I move passage of Committee Amendment 16.

PRESIDENT : Thank you, Senator Van de Putte. Senator Williams, for wha--what purpose do you rise?

WILLIAMS : To ask some questions of the author of the amendment.

PRESIDENT : Will Senator Van de Putte yield?

VAN DE PUTTE : I yield.

WILLIAMS : Senator Van de Putte, I am looking at your amendment and there're two things that I heard you say that I'm, I'm tryin' to understand as I look at this amendment. I think one is that you said this would include an FAA pilot's license, th--because it has a photo on it, and, i--o--a FAA pilot's (licent) (sic) does not have your photograph on it. In fact--

VAN DE PUTTE : In that section, Senator Williams, of the, the new one's do, but it is, that would not be required as a solo. In other words, the bill last year, you could have a list that you could have one that had nothing but photos, or you could produce two--

WILLIAMS : --right.

VAN DE PUTTE : --al--alternatives. And the f--I believe the way that, hopefully, that this is written, because we took it from last year, was the pilot's license, which is list (sic) on the t--on the, on the--

WILLIAMS : Well, can you--

VAN DE PUTTE : --alternative form.

WILLIAMS : --show me where, where it says two of the following, because what I, the way I read this if, is if you showed up with your utility bill, or a pilot's license, and your voter registration card, you would be able to vote. It doesn't require those two documents of those other things. The way I read it, it only would require one plus your voter

TX_00203413

USA_00016193

TEXAS SENATE STAFF SERVICES
JGH:rjm/336/FLSB14012611CD1SII/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION II

Texas Senate
Staff Services

3

registration card.

| | | |
|---|---|---|
| VAN DE PUTTE | : | If you-- |
| WILLIAMS | : | So it's not like it was in, in 362 I think |

it required--

| | | |
|---|---|---|
| VAN DE PUTTE | : | --yes. |
| WILLIAMS | : | --two things. |
| VAN DE PUTTE | : | It is. If you'll look on my amendment, |

on Line 10 of the first page--

| | | |
|---|---|---|
| WILLIAMS | : | Okay. |
| VAN DE PUTTE | : | --it says there are two sections, section |

that has one form of identica--

| | | |
|---|---|---|
| WILLIAMS | : | Okay. |
| VAN DE PUTTE | : | --(acation) (sic), which is Section 63.0-- |
| WILLIAMS | : | Okay. |
| VAN DE PUTTE | : | --101, and then-- |
| WILLIAMS | : | I see it now. |
| VAN DE PUTTE | : | --it says two forms. So, if you look at |

where it is on Section 63 we keep the same. So, then, when you get down
lower, then that's where it's, but the, the definitions of the onesies and the
twosies are actually--

| | | |
|---|---|---|
| WILLIAMS | : | Okay. |
| VAN DE PUTTE | : | --in Line 5-- |
| WILLIAMS | : | I, I see where-- |
| VAN DE PUTTE | : | --through-- |
| WILLIAMS | : | --it's at. |
| VAN DE PUTTE | : | --Line 10. So-- |
| WILLIAMS | : | Thank you. |
| VAN DE PUTTE | : | --I'm sorry it's written that way. I, we |

just took the exact same language from 3--

| | | |
|---|---|---|
| WILLIAMS | : | Thank you. |
| VAN DE PUTTE | : | --62. Uh-hum. |
| PRESIDENT | : | The Chair recognizes Senator Fraser |

on Floor Amendment Number 16.

| | | |
|---|---|---|
| FRASER | : | (Memberus) (sic), thi--this amendment |

clearly takes this from a photo ID to a non-photo ID bill. Again, we've had
two additional years to see the, that photo ID is working in other states and
that voter fraud's still a problem. I believe that photo ID is simpler and less
confusing and I would now move to table Amendment Number 16.

| | | |
|---|---|---|
| PRESIDENT | : | The Chair recognizes Senator Van De |

Putte to close.

| | | |
|---|---|---|
| VAN DE PUTTE | : | Thank you, Mr. President, and thank |

you, Senator, but I have to disagree. This is the language from your photo
identification voter bill from the 81st Session, which was a photo
identification voter bill. Mean (sic), if it wasn't, if this was not that then I, it
wouldn't've been such a contentious issue last year. But, because of the court

JA_001312

TX_00203414

USA_00016194

TEXAS SENATE STAFF SERVICES
JGH:rjm/336/FLSB14012611CD1SII/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION II

Texas Senate
Staff Services

4

cases, and because we know exactly where the Department of Justice has
ruled and hasn't with regard to Section 5 preclearance, this is, takes us to
what the photo identification voter bill was that was passed out of this
Chamber last legislative Session. So, unless you wanna admit that last
year's bill wasn't a photo ID bill, it was, and this is the exact same language.
Members, I think this amendment affords us the protections that we need,
that would be an undue burden on those disenfranchised groups that have to
be proven up in Section 5. And I think that this is a one and a twosie, it is
exactly what we had last time except for the 70 years. And this is, this is the
amendment before you that we used last legislative Session and so, it is very
much a photo identification voter bill, but it is one that alleviates the burden
of proof for those who would be most burdened by the current language in SB
14, and I move adoption.

| | | |
|---|---|---|
| | : | (Inaudible, background conversation) |
| VAN DE PUTTE | : | Oh--and I'm sorry-- |
| PRESIDENT | : | Members-- |
| VAN DE PUTTE | : | --Mr. President, and I'm, I move to |

table, I mean, I move to oppose the motion to table.

PRESIDENT          :          --(laughter)  y--you  almost  got  me
totally confused on that one, but, (laughter), Members, the motion in front of
us is a motion to table by Senator Fraser, opposed by Senator Van de Putte.
The Secretary will call roll.

SECRETARY          :          Birdwell.  Carona.  Davis.  Deuell.
Duncan. Ellis. Eltife. Estes. Fraser. Gallegos. Harris. Hegar. Hinojosa.
Huffman. Jackson. Lucio. Nelson. Nichols. Ogden. Patrick. Rodriguez.
Seliger. Shapiro. Van de Putte. Watson. Wentworth. West.

| | | |
|---|---|---|
| | : | (Inaudible, background conversation) |
| SECRETARY | : | Whitmire. Williams and Zaffirini. |
| PRESIDENT | : | (Gavel) Members, there being 19 ayes |

and 11 nays, the motion to table prevails. (Gavel) The Chair lays out the
following f--floor amendment, Floor Amendment Number 17 by Senator
Gallegos. The Secretary will read the amendment.

SECRETARY          :          Floor  Amendment  Number  17  by
Gallegos, Page 15 in your packet.

PRESIDENT          :          Chair  recognizes  Senator  Gallegos  to
explain Floor Amendment 17.

GALLEGOS          :          Thank you, Mr. President. Members,
this, this amendment adds, and its suspensed (sic), suspended temporary
driver permits to the acceptable forms of ID. Under Section 12 of the bill, it
specifies that an unexpired driver's license or personal ID card, issued by the
DPS, qualifies as an acceptable form of photo ID, bu--but, Members, this does
not cover the suspended temporary permits which are a standard issue, by
the DPS, and without a photo. Under Section 524011 of the Transportation
Code, there're at least five reasons why, upon your arrest, your driver's
license is confiscated by an officer. After an individual is arrested, or

JA_001313

TEXAS SENATE STAFF SERVICES
JGH:rjm/336/FLSB14012611CD1SII/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION II

5

detained for whatever reason, not convicted of driving while in--while, for whatever reason, he is, he or she is issued a suspended temporary driving permit, and under this bill, this temporary driving permit would prevent a person from bein' able to vote because they, these permits do not contain photo IDs. And, a--and, Members, what the, the stats that I've gotten from DPS is that in the last five years 100,000 of these IDs have been giving (sic) out, been given out, and just last month, 10,000 were issued of these permits. You know, I would, furthermore, it's worth noting that these permits are valid for 40 days, after they've been, they've been, the original license has been confiscated, and, and we all know that the, how court dates are. And, they come, they become reset time after time, and this is potentially in conflict with a portion of this bill that requires an ID that has not expired. So, Members, what I'm, what I'm asking here is that this, this confiscated temporary permit, issued by DPS, and I have a copy of it, I, I showed it yesterday when we were, met in the Committee of the Whole, and all I'm asking is that this, this license that's issued by DPS, you know, even if, if it's one day right before an election, that he or she, that, that this license is confiscated, that he or she can use this permit, issued by DPS, as a valid ID. And I move passage Mi--Mis--Mis--Mr. President.

   PRESIDENT    :  The Chair recognizes the bill's sponsor, Senator Fraser, on Floor Amendment 17.

   FRASER    :  Senator, if you'll remember yesterday when we had DPS testify, they said there's nothing from, from stopping that person, if they had a suspended license. All they've gotta do is just to ask for the, the personal i--identification card, at no charge. So, the--there's nothing to keep from doing that so they have the ability--

| | | |
|---|---|---|
| GALLEGOS | : | Bu-- |
| FRASER | : | --now, under current law. |
| GALLEGOS | : | --Senator. |
| FRASER | : | M--Mr. President, I would now move |

to table Amendment 17.

              :  (Should he table?)

   PRESIDENT    :  The Chair recognizes Senator Gallegos to close.

   GALLEGOS    :  Thank you, Mr. President. Mr. President, I just heard Senator Fraser's explanation. Nowhere on this license does it say, when they confiscate the license, nowhere does it say that the driver has an option. (Dudn't) (sic) say that on this. I understan--understood exactly what Senator Fraser just said, but nowhere on this license du--does it say that they have an option to go and an--t--and obtain a photo ID. So, if they don't see that on here, how do they know that? I understand what he just said, but it's not on this, on this temporary driving permit issued by the DPS. And, I believe that, that, that, that the holder of this license, who has not been convicted yet, deserves, at least, the opportunity if he gets it condi--confiscated one day before an election, that he

TX_00203416

USA_00016196

TEXAS SENATE STAFF SERVICES
JGH:rjm/336/FLSB14012611CD1SII/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION II

6

or she is innocent until proven guilty and thi--and this license says that it's an ava--it's a valid ID. And it dudn't say that they have an option, Senator Fraser. Nowhere it, does it a--say it has an option. So I, if I get picked up, they take the license away from me, give me this, it doesn't say that I have an option to get a photo ID, and the election is the next day, then, you know, he dudn't have a f--he or she dudn't have a photo ID except this one that's been approved by DPS. Members, I'm, I'm sure this is a, and 10,000 of these were given out just last month. So, I'm just saying that, you know, I'm sure this has happened in your districts. This person is innocent until proven guilty, and he or she should be allowed to vote with this DPS issued, voter ID permit. And I, I request a, a no vote on the, on the motion to, to table.

PRESIDENT           :    Members, the motion in front of us is a motion to table by Senator Fraser, opposed by the amendment sponsor, Senator Gallegos. The Secretary will, will call the roll.

SECRETARY           :    Birdwell. Carona. Davis. Deuell. Duncan. Ellis. Eltife. Estes. Fraser. Gallegos. Harris. Hegar. Hinojosa. Huffman. Jackson. Lucio. Nelson. Nichols. Ogden. Patrick. Rodriguez. Seliger. Shapiro. Van de Putte. Watson. Wentworth. West. Whitmire. Williams and Zaffirini.

PRESIDENT           :    (Gavel) Members, there being 19 ayes and 11 nays, the motion to table prevails. (Gavel) The following f--floor amendment, Floor Amendment Number 18 by Senator Hinojosa. The Secretary will read the amendment.

SECRETARY           :    Floor Amendment Number 18 by Hinojosa and Patrick, it's being passed out now. Amends Section 12 of the bill.

PRESIDENT           :    The Chair recognizes Senator Hinojosa on Floor Amendment 18.

HINOJOSA           :    Thank you, Mr. President and Members. This amendment simply adds a Concealed Handgun License issued by the Texas Department of Public Safety as an acceptable form of voter identification. And, the l--license also has the driver's license number and this would be very helpful in the case that the driver's license expired because the Concealed Hand (sic) License did not expire the same time as the driver's license and I would ask for adoption.

           :    (This is the concealed weapon) (inaudible, background conversation)--

PRESIDENT           :    Senator, the Chair recognizes Senator Patrick on Floor Amendment 18.

PATRICK           :    Thank you, Mr. President. I just wanted to thank Senator Hinojosa for working together on that, and leading all that, and totally in support, obviously, of CHL being accepted. So, thank you, Senator. Appreciate it. Thank you.

PRESIDENT           :    The Chair recognizes Senator Ellis on Floor Amendment 18.

JA_001315

TX_00203417

USA_00016197

TEXAS SENATE STAFF SERVICES
JGH:rjm/336/FLSB14012611CD1SII/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION II

7

| | | |
|---|---|---|
| ELLIS | : | I ju--I just wanna ask Senator a couple questions. |
| PRESIDENT | : | Will Senator Hinojosa-- |
| ELLIS | : | I--I--If, if you don't know it's okay, I meant to, to check but do you know how many, y--do you know how many have been issued? How many of these licenses we have in Texas, just offhand, if you know. I was tryin' to find out and I just couldn't find out. |
| HINOJOSA | : | I, I really don't have that number on top of my head. |
| | : | (Inaudible, not speaking into the microphone) (Senator) 400-- |
| ELLIS | : | You don't know, do you? |
| HINOJOSA | : | Abou--four-- |
| ELLIS | : | Senator Patrick. |
| | : | Four, fifty (inaudible, overlapping conversation)-- |
| | : | (Inaudible, background conversation) |
| | : | --about 415,000. |
| | : | (Inaudible, background conversation) |
| | : | Yeah, abou--about 400,000, roughly. |
| HINOJOSA | : | --about 415,000. |
| ELLIS | : | We have about 415,000 Concealed Handgun (Licen) (sic). |
| | : | (Inaudible, not speaking into the microphone) (thousand are lobbyists). |
| HINOJOSA | : | Fo--cor--that's correct. |
| | : | (Four) hundred thousand are lobbyists. |
| ELLIS | : | And 400,000 are lobbyists? |
| | : | (Laughter) |
| ELLIS | : | Let, le', le', le' me (sic), let me jus--jus--(laughter) (get serious) (inaudible)-- |
| | : | (Inaudible, background conversation) |
| | : | (Laughter) |
| ELLIS | : | --let, let me ask you this now. |
| | : | (Inaudible, background conversation) |
| | : | (Laughter) |
| ELLIS | : | I, I appreciate you and Senator Patrick bringin' this forward. |
| | : | (Inaudible, background conversation) |
| ELLIS | : | I'm, if I'm just guessin', there's no way I'd know, but if I were a guessing man, or a gambling man, as opposed to carryin' the bill, gambling bill, I would speculate that most of the people who are licensed might be the ones in the red jerseys. Is that a fair assessment? Just guessin', there's no way we'd know. |

JA_001316

TX_00203418

USA_00016198

TEXAS SENATE STAFF SERVICES
JGH:rjm/336/FLSB14012611CD1SII/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION II

8

                                  :    Aww.

HINOJOSA         :    I don't think so, you know, I'm, I don't have a red jersey, I gotta blue one on and I have a license.

ELLIS                   :    Well, a good number of you all here have 'em, ar--are carrying and if I did a little survey, I'm willing to guess that, you know, might be a few of my colleagues with the red jerseys on don't have those. In my district, I'm assuming, from the E-mail that I get, most of the folks who probably are licensed, are probably some of my Republican constituents. But I think it is a good, valid form of identification and that's why I'm gonna vote for it, and hope that my colleagues will be equally as concerned about other valid forms of ID. A good number of people in my district, Senator, maybe some of your district, but clearly in my district, who carry guns don't have a license. Now, I joke with you about amending this to say what about those who are carryin' a gun but, 'cause a lot of 'em in my district don't had (sic) a license but (inaudible, overlapping conversation)--

HINOJOSA         :    But a (inaudible), on a gun.
ELLIS                   :    --you want me to offer that one?
HINOJOSA         :    (Laughter)
ELLIS                   :    You think I could get it, get it passed?
HINOJOSA         :    (Laughter)
ELLIS                   :    That, that, that may deal with some of these voter suppression issues I'm worried about.
HINOJOSA         :    (Laughter)
ELLIS                   :    You got a good amendment, Senator. Thank you.
HINOJOSA         :    Appreciate your support, Senator Ellis.

                                    :    (Inaudible, background conversation)
                                    :    The Chair recognizes Senator Fraser
PRESIDENT      on Floor Amendment se--
FRASER               :    You know--
PRESIDENT       :    --18.
FRASER               :    --I was really liking the amendment till Ellis stood up.

                                    :    (Laughter)
                                    :    (Inaudible, background conversation)
FRASER               :    Senator, the, th--it's actually a very interesting amendment. I, I, I, I knew it was coming and and, obviously, was gonna look at it favorably, but it also was interesting the the, the, the members of the press that checked to make sure that this was, was coming too, so this is a, a, a lot of people in this building has an interest in this one. Thi--Thi-- This, I, I, I, I agree, this would be a, a good one to add to our list of things that are acceptable and this is a very acceptable amendment. Thank you for bringing this forward.
HINOJOSA         :    Thank you.

TX_00203419

USA_00016199

TEXAS SENATE STAFF SERVICES
JGH:rjm/336/FLSB14012611CD1SII/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION II

9

PRESIDENT : The Chair recognizes Senator Hinojosa to close.

HINOJOSA : I move adoption.

PRESIDENT : Members, the, the issue before us is the adoption of Floor Amendment Number 18. The Secretary will call the roll.

: (Inaudible, background conversation)

PRESIDENT : What?

: (Inaudible, background conversation)

HINOJOSA : I--I think it's acceptable to the author, on ex--excuse me, acceptable to--

PRESIDENT : It's acceptable to the author.

: (Inaudible, background conversation)

PRESIDENT : We have a motion before us--

: (Thank you, Senator.)

: (Inaudible, background conversation)

PRESIDENT : --hum?

: (Inaudible, not speaking into the microphone) we don't have a (inaudible, not speaking into the microphone)--

PRESIDENT : Oh, okay. All right.

: (Inaudible, not speaking into the microphone)

PRESIDENT : Yeah, please.

: (Inaudible, background conversation)

SECRETARY : Birdwell. Carona. Davis. Deuell. Duncan. Ellis. Eltife. Estes. Fraser. Gallegos. Harris. Hegar. Hinojosa. Huffman. Jackson. Lucio. (Laughter) Nelson. Nichols. Ogden. Patrick.

: (Inaudible, not speaking into the microphone)

SECRETARY : Okay? Okay. Rodriguez. Seliger. Shapiro. Van de Putte. Watson. Wentworth. West. Whitmire. Williams.

: (Inaudible, not speaking into the microphone)

SECRETARY : Okay. Zaffirini.

PRESIDENT : (Gavel) There being 30 ayes and no nays, Floor Amendment Number 18 is approved.

: (Inaudible, background conversation)

PRESIDENT : The Chair lays out Floor Amendment Number 19 by Senator Ellis. The Secretary will read the amendment.

SECRETARY : Floor Amendment Number 19 by Ellis. This is Page 17 in your packet.

PRESIDENT : The Chair recognizes Senator Ellis to explain Floor Amendment 19.

ELLIS : Mr. President, Members. I alluded to this amendment earlier while we were discussing the gun amendment. This

JA_001318

TEXAS SENATE STAFF SERVICES
JGH:rjm/336/FLSB14012611CD1SII/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION II

10

amendment would qualify students who are registered at an accredit--
credited public university in Texas. The ID must contain a student's photo,
the ID must not be expired, and the ID must be issued to the person by the
institution of higher education.  It follows the Indiana law with one
exception. In Indiana they include a provision that says that you can use a
ID even if the, if it has expired. The expiration date and either, can either be
current or have expired some time after the date of a last general election.
So, this is slightly more restrictive than the Indiana law, and I think that we
oughta do as much as we can to make sure we're lettin' our, your people
participate, many of which may not have a driver's license because of
surcharges. Or, might I add, I did not include private universities, although
I, I, it would be fine with me to include them, but I assume there might be
some concern that if it's one of the private online universities, you get into a
issue of whether or not it was a, a valid ID or not. But this is ID from state
institutions for our young people that would want to participate in our
democracy.  And, I might add that, in Texas, historically, we've had the
lowest turnout of any large state, and we're consistently about 45th or 46th in
terms of the turnout for elections. I'd be more than happy to answer any
questions.

| | | |
|---|---|---|
| PRESIDENT | : | Senator Williams, for what purpose do you rise? |
| WILLIAMS | : | To ask a question of the author. |
| PRESIDENT | : | Will Senator Ellis yield? |
| ELLIS | : | Yes, Sir. |
| WILLIAMS | : | Senator Ellis, do you know of the public universities that we have, do they have uniform standards for issuing these student IDs? Are you aware, d--do they have uniform policies for what is required to issue the student ID? |
| ELLIS | : | I, I, I do know that you have to be a student at that university to get student ID. |
| WILLIAMS | : | But, but there may not be any requirement like there is with the driver's license, or a state ID that show that you're lawfully in the country or any of those sorts of things, is that right? |
| ELLIS | : | I don't know. |
| WILLIAMS | : | Okay. |
| ELLIS | : | You have to ask the Secretary of State. |
| | : | (Laughter) |
| WILLIAMS | : | Okay. |
| | : | (Laughter) |
| ELLIS | : | (Laughter) I'm sorry.  Maybe was-- |
| WILLIAMS | : | Okay. |
| ELLIS | : | --tryin', I'm not advised. |
| | : | (Inaudible, background conversation) |
| WILLIAMS | : | Oh--yeah-- |

JA_001319

TX_00203421

USA_00016201

TEXAS SENATE STAFF SERVICES
JGH:rjm/336/FLSB14012611CD1SII/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION II

11

                            :     (Inaudible, background conversation)

WILLIAMS     :   --okay, how about the Higher Education Coordinating Board, then.

ELLIS     :   You can ask them.

WILLIAMS     :   Okay. Well, I think, w--w--if there were some uniformity about the requirements and that we, you know, I think the colleges might balk at us puttin' a requirement on them to determine if someone's in the country lawfully or not, which is a key part of what we have with the driver's license. And so, I, I think you've, y--you know, the problem is you're openin' the gate to a lot of forged documents that we don't know what they're all gonna look like. I mean, that's, that's the thing that I, I'm, concerns me about your amendment.

ELLIS     :   W--Well, Senator, it's a valid concern. I would say to you, in all of the other states that have a voter ID requirement--

WILLIAMS     :   Uh-hum.

ELLIS     :   --including Indiana, which is who he says that he was patterning this bill after. Indiana not only permits students to use their ID as an alternate form of identification, it is even more expansive than what I'm doin' in this bill.

WILLIAMS     :   Right.

ELLIS     :   And it has not been a problem in those states, and so I don't think that that would be a problem here. I, I, I don't think that somebody, to be honest with you, who goes through what they go through to get in the country illegally, would be naive enough to go in there and vote, and run the risk of blowing their cover. But it has not been a problem in those other states.

WILLIAMS     :   Okay, thank you.

ELLIS     :   Thank you.

PRESIDENT     :   The Chair recognizes the bill's sponsor, Senator Fraser, on Floor Amendment Number 19.

FRASER     :   Senator, thank you for the debate with, with Senator Williams. I think I probably have the same concerns he has. I don't know whether you're aware, there are over 100 public institutions of higher education in Texas. The burden on a poll worker of having to identify what all those hundred are, is this a valid ID, and making sure that you hadn't created Ellis University (sic) out there and somebody forged a bunch of, of IDs and sent it out there, and a poll worker had no idea that Ellis University really wasn't a, a public university. I, based on that and the, the fact that I think it'd be rea--it'd be a burden on the poll worker that I would now move to table Amendment 19.

PRESIDENT     :   The Chair recognizes the amendment sponsor, Senator Ellis, on Floor Amendment 19.

ELLIS     :   Members, it's a straightforward amendment. It hasn't been a problem in other states. This whole bill is

TX_00203422

USA_00016202

TEXAS SENATE STAFF SERVICES
JGH:rjm/336/FLSB14012611CD1SII/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION II

12

gonna put a burden on local election officials. Just as they would have to look
and see if it's legitimate state ID, they're gonna have to look, from a
university, they're gonna have to look and see if it's a legitimate driver's
license. I mean, there are people who get fake driver's license. And, Senator,
you'd be pretty naive if you think that there're no people, who in this country
illegally, who haven't gotten a license to have a handgun. I assure you there
are some--

                                         :    (Inaudible, background conversation)

ELLIS            :    --who have gotten that. But look,
anytime we're talkin' about raising the bar, creating more barriers for people
to have access to participate in our electoral process when so--

                                         :    There are 37 (inaudible, background
conversation)--

ELLIS            :    --few people in this state participate
now.

                                         :    --18 more.

ELLIS            :    I think we oughta do as much as we
can to make sure that we're not running people out of the process, and this
amendment is an attempt to let young people participate. I would
respectfully ask you to vote against the motion to table.

PRESIDENT           :    Members, the issue before us is a
motion to table by Senator Fraser, opposed by Senator Ellis. The, the
Secretary will call roll.

SECRETARY           :    Birdwell. Carona. Davis. Deuell.
Duncan. Ellis. Eltife. Estes. Fraser. Gallegos. Harris. Hegar. Hinojosa.
Huffman. Jackson. Lucio. Nelson. Nichols. Ogden. Patrick. Rodriguez.
Seliger. Shapiro. Van de Putte. Watson. Wentworth. West. Whitmire.
Williams and Zaffirini.

PRESIDENT           :    (Gavel) Members, there being 19 ayes
and 11 nays, the motion to table prevails. (Gavel) The Chair lays out Floor
Amendment Number 20 by Senator West. The Secretary will, will read the
amendment.

SECRETARY           :    Floor Amendment Number 20 by
West. Is on Page 18 in your packet.

PRESIDENT           :    Can we get him another copy?

                                         :    (Long pause)

PRESIDENT           :    The Chair recognizes Senator West on
Floor Amendment 20.

WEST           :    Okay, thank you very much, Mr.
President. Members, this amendment simply provides that a person may
vote by showing a voter registration certificate accompanied by a Medica--
Medicare card issued by the Social Security Administration. This
amendment ensures that members of our elderly population, and disabled,
who are likely to be disproportionately burdened by the new photo ID
requirement, are not disenfranchised. In the bill, in the bill before us we

JA_001321

TX_00203423

USA_00016203

TEXAS SENATE STAFF SERVICES
JGH:rjm/336/FLSB14012611CD1SII/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION II

Texas Senate
Staff Services

13

already have an exception for the photo ID requirements for persons over 70. This way the bill acknowledges that seniors will be negatively impacted by this particular bill. It doesn't do enough to ameliorate those impacts, however. First of all, Senator Deuell, do you know what the definition is in our Health and Human Services for an elderly person in the State of Texas? Sixty-five years of age.

        : (Inaudible, background conversation

WEST        : We have several definitions. First of all, the state defines elderly--

PRESIDENT        : Just a minute, Senator West. Be, be careful, you're s--

WEST        : --I'm, I'm just--

PRESIDENT        : --treading on some--

WEST        : --and, and M--Mr. President, we have the power to change that, right? Okay. But, but the State of Texas, through its legislative and executive branches of government--

        : (Inaudible, background conversation)

WEST        : --y'all lookin' at, I bet most of us are almost there, that's right, okay.

        : (Inaudible, background conversation)

WEST        : First of all, the state defines elderly as being 65 years of age in various statutes. Most notably, in Section 48.002, the Human Resource Code, contains the definition, and secondly, the bill, as filed, limits the exceptions to just a narrow class of individuals. And, I won't go on and on about the different other statutes that define elderly. In the Penal Code we define elderly, also. So, what this particular amendment does, it helps the following, the League of Women Voters el--estimate that nationally about 18 percent of Americans over 65, six million do not have photo ID. As of May 2010, 2.9 million Texans received Medicare, either because of, they were age 65 or older, or disabled. Of those people, one can reasonably estimate, one reasonable estimate finds that about 4 in 71,000 of those folks are, in fact, disabled. So, this amendment wanna ensure some 2.9 million Texans, 471,000 of whom are disabled, can exercise their right to vote through an administrative process, getting their Medicare card, they also can be included and we can make certain that they are given an opportunity to participate in the system without being burdened. I move adoption of the amendment.

PRESIDENT        : Thank you, Senator West. Chair recognizes the bill's sponsor, Senator Fraser.

FRASER        : Thank you, Senator West. This, I, I thinks it's a (contining) (sic), continuation of the conversation that we had yesterday. I think all the Members are aware that we have a exception to put in the bill, anyone that is born after January the 1st, 2000, or that's 70-years-old on, b--on, before January 1st, 2012, is exempt from the bill and that was an exemption we put in place. Also, anyone that is a Medicare person,

JA_001322

TEXAS SENATE STAFF SERVICES
JGH:rjm/336/FLSB14012611CD1SII/031912
82ND LEGISLATIVE SESSION
EXCERPT: SENATE BILL 14
JANUARY 26, 2011
COMPACT DISC 1, SECTION II

14

that is 65, then we still have the provision in law where they could be eligible to vote by mail, and we, we think that's sufficient. By doing this, is, this would also change this from a non-photo ID bill. I would now move to table Amendment Number 20.

WEST :  B--B--Before you move, Senator, to table, can I ask, I didn't underst--stand a question, I didn't understand an observation that you made about 70 years (inaudible, overlapping conversation)--

FRASER :  I now move to table Amendment Number 20.

WEST :  --Sir, would you withdraw your amendment so I can ask you a question about the 70-year-old provision? You will not withdraw it so I can ask you a question?

 :  (Inaudible, background conversation)

 :  (Okay, good deal. What do you want to do) (inaudible, not speaking into the microphone)--

WEST :  I, I, I mean--

FRASER :  Could I, could I ask the Secretary of State?

WEST :  --you may have to (laughter) (inaudible), no, seriously--

FRASER :  I will now withdraw my motion to table so that the Senator can ask me a question.

WEST :  --and this, and the question is, make cer--the 70-year-old provision, y--y--how, h--how does that work again, in the bill?

FRASER :  Anyone that is 70 years old, by January the 1st, 2012, is exempt from the bill.

WEST :  So, if you turn 70 years old after that, you're not exempt? I mean, I, I'm askin' a serious (question).

FRASER :  E--Every, everyone that, if you're 70 on January the 1st, 2012, you are exempt from the bill.

WEST :  But what if I turn 70 January the, and it's 2012?

FRASER :  Tha--

WEST :  I mean 2013.

FRASER :  --y--you would be under the provision where you were 69, you would've voted, gotten a photo ID, and already voted in the election, and were, would already be in the process.

WEST :  Okay. All right. All right, so, you're, you're now moving to table?

FRASER :  Mis--Mr. Chairman, I now move to table Amendment Number 20.

WEST :  Mr. Chairman.

 :  (Inaudible, background conversation)

JA_001323

TX_00203425

USA_00016205