PL015
9/2/2014
2:13-cv-00193

# SENATE JOURNAL

## EIGHTY-SECOND LEGISLATURE — REGULAR SESSION

## AUSTIN, TEXAS

### PROCEEDINGS

### SIXTH DAY
(Wednesday, January 26, 2011)

The Senate met at 8:45 p.m. pursuant to adjournment and was called to order by the President.

The roll was called and the following Senators were present: Birdwell, Carona, Davis, Deuell, Duncan, Ellis, Eltife, Estes, Fraser, Gallegos, Harris, Hegar, Hinojosa, Huffman, Jackson, Lucio, Nelson, Nichols, Ogden, Patrick, Rodriguez, Seliger, Shapiro, Van de Putte, Watson, Wentworth, West, Whitmire, Williams, Zaffirini.

Absent-excused: Uresti.

The President announced that a quorum of the Senate was present.

Senator Estes offered the invocation as follows:

Almighty God, please look kindly upon those who exercise governing power over Your people, especially those of us here in the Texas Senate. I pray that we might always be people of honesty and integrity. May we be kept in good health with the support and cooperation of those we serve. Give us, the men and women who help govern this state, wisdom so we might always know right from wrong, good from evil, and the difference between service to others and service to ourselves. May we always exercise our authority with complete fairness and for the common good of all. May we always have the ability to see a vision of a better, more just, and a more equitable tomorrow. May all those who govern this state be men and women of deep faith, enduring hope, and abiding love. Almighty God, when the human family is confronted with a serious difficulty or an unexpected crisis, please raise from our midst leaders who can solve our problems and help deliver us from all those elements which rob peoples of their peace of mind and inner sense of security. In Your holy name. Amen.

Senator Whitmire moved that the reading of the Journal of the proceedings of the previous day be dispensed with and the Journal be approved as printed.

The motion prevailed without objection.

### LEAVE OF ABSENCE

On motion of Senator Whitmire, Senator Uresti was granted leave of absence for today on account of important business.

TX_00204856

USA_00016255

## CONCLUSION OF MORNING CALL

The President at 8:51 p.m. announced the conclusion of morning call.

## SENATE BILL 14 ON THIRD READING

The President laid before the Senate **SB 14** by Senator Fraser at this time on its third reading and final passage (Set as special order) (Submitted by Governor as an emergency matter):

**SB 14**, Relating to requirements to vote, including presenting proof of identification; providing criminal penalties.

The bill was read third time and was passed by the following vote: Yeas 19, Nays 11.

Yeas: Birdwell, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Wentworth, Williams.

Nays: Davis, Ellis, Gallegos, Hinojosa, Lucio, Rodriguez, Van de Putte, Watson, West, Whitmire, Zaffirini.

Absent-excused: Uresti.

## LETTER FROM THE OFFICE OF
## THE SECRETARY OF STATE

Senator Gallegos submitted the following letter relating to **SB 14**:

Ann McGeehan
Director of Elections
State of Texas

January 26, 2011

The Honorable Mario Gallegos, Jr.
Texas Senate
P.O. Box 12068 – Capitol Station
Austin, Texas 78711

Dear Senator Gallegos:

This letter is to follow up on the question you asked about the voter education funding during the meeting of the Committee of the Whole yesterday. Specifically, you asked about the state funding for the Missouri voter identification law and why the State of Missouri funded the voter identification law for $6 million dollars for the first year of implementation and for $4 million dollars for the second year of implementation.

This morning, I spoke to Waylene Hiles, Interim Deputy Secretary of State for Elections in Missouri. Ms. Hiles explained that the voter identification law enacted by the Missouri was struck down by a state supreme court case several years ago. She stated that several bills are currently pending before their state legislature, but nothing has passed so far. Ms. Hiles did not have immediate access to the fiscal note on the bill that was enacted several years ago and struck down, but she recalled that the funding included two components. One component was for voter education and the

TX_00204857

USA_00016256

Wednesday, January 26, 2011          SENATE JOURNAL          147

other component was for providing free identification cards to voters. Ms. Hiles is researching the issue and promised to get back to our office with details. As soon as I obtain additional information, I will forward it to your office.

I hope this information is helpful, and please let me know if you have any additional questions.

Sincerely,

/s/Ann McGeehan
Director of Elections

### LETTERS FROM THE OFFICE OF
### THE SECRETARY OF STATE

Senator Davis submitted the following letters relating to **SB 14**:

Ann McGeehan
Director of Elections
State of Texas

January 26, 2011

The Honorable Wendy Davis
Texas Senate
P.O. Box 12068 – Capitol Station
Austin, Texas 78711

Dear Senator Davis:

This letter is to follow up on several questions that you asked during my testimony before the Committee of Whole as the Committee took up Senate Bill 14.

First, you asked about the number of voters who provided drivers license/personal identification card numbers, social security numbers or who stated that they had neither number when they applied to register to vote. Here is the break down of those numbers since an identification number first became required in January 2006:

Total number of new voters from 1/01/2006 through 12/31/2010: 3,975,567

2,334,281 provided TDL/ID (59%)
294,142 provided SSN (7%)
1,312,638 provided both identification numbers (33%)
34,506 provided neither (1.0%)

Second, you asked about the federal Help America Vote Act Funds. Specifically, you asked about how the HAVA funds are budgeted and requested documentation of the budget. Enclosed are the Texas State Plan and subsequent HAVA funding certifications approved by the federal Election Assistance Commission. Lastly, you asked how much of the HAVA funds had been spent on the online poll worker training program and that amount is $845,723.

I hope this information is helpful, and please let me know if you have any additional questions.

Sincerely,

/s/Ann McGeehan
Director of Elections

JA_001375

TX_00204858

USA_00016257

## The State of Texas



Elections Division
P.O. Box 12060
Austin, Texas 78711-2060
WWW.sos.state.tx.us

Hope Andrade
Secretary of State

Phone: 512-463-5650
Fax: 512-475-2811
Dial 7-1-1 For Relay Services
(800) 252-VOTE (8683)

October 23, 2009

Gineen Bresso Beach, Chair
US Election Assistance Commission
1225 New York Avenue, Suite 1100
Washington, DC 20005

Dear Chairman Beach:

Texas respectfully requests the disbursement to the Texas Comptroller the fiscal year 2008 and 2009 requirements payments for which Texas is eligible pursuant to the Help America Vote Act (HAVA) of 2002. As such, I would like to provide the following information regarding our HAVA state plan followed by the necessary certifications to access the funds.

**Addendum to the 2005 Texas State Plan**

In accordance with Section 254(12) of the Help America Vote Act, the Texas Secretary of State proposes the following clarifications to the Texas State Plan filed in 2005. The state has made no material changes but will modify the budget described in Element 6 of the 2005 State Plan to take into consideration additional Congressional appropriations authorized in federal fiscal years 2008 and 2009 as well as future appropriations. Because no material changes are being proposed, the state is not required to publish a public notice as required in Section 256 of HAVA nor does it need to be published in the Federal Register. However, the state plan, including the information provided in this correspondence, will be made available to the public on the Texas Secretary of State's website.

**Element 6: Proposed Budget - HAVA Sec. 254(a)(6)**

The state will update the existing state plan budget to accommodate the following:

- Consolidate the state plan purpose areas (budget categories) into the following four main categories:

      1. State Plan Administration:      Overall administration of HAVA-funded activities, including staffing costs, technical support, training, and other costs associated with overseeing HAVA implementation.

      2. TEAM (statewide VR system):      Activities pertaining to the ongoing development, maintenance, and operation of the HAVA-compliant voter registration

- 1 -

TX_00204859

USA_00016258

Wednesday, January 26, 2011     SENATE JOURNAL     149

|   |   |
|---|---|
|   | system, TEAM, developed in response to HAVA. Costs may also cover activities associated with county compatibility with TEAM. |
| 3.   Grant to Counties: | Includes sub-grants to counties to continue compliance with Title III of HAVA, including ongoing maintenance and upgrades to HAVA-compliant voting systems. Other sub-grants to counties allow election officials and their staffs to attend election-related conferences, seminars, and training events. |
| 4.   Election Worker Training and Voter Education: | Covers election official and election worker training programs – both printed material and online training tools. Voter education is intended to inform all Texas voters of their voting rights under the law, including the mandates imposed by HAVA. Methods to reach the voters include media spots, printed materials, and online tools. |

- Maintain funding percentage ranges rather than fixed budget amounts, which allows for the allocation of future appropriations and earned interest.

- Increase funding for TEAM, county compliance with HAVA, Election Worker Training and Voter Education and decrease funding for State Plan Administration as described below.

The revised budget listed below maintains the same allocations as the Texas State Plan of 2005, but accounts for the increased funding made available by Congress in 2008 and 2009. In addition, the revised budget accounts for approximately \$15.2MM in interest accrued on existing funds and include all Title I funding. Although the state proposes to consolidate the Texas State Plan into four main categories, the Secretary of State's accounting system and financial controls track each source of funding separately as well as the details on specific expenditures.

| Purpose Area | Proposed Allocation Percentage Range | Proposed Allocation Ranges (in millions) | Suggested Allocations (approx.) |
|---|---|---|---|
| SOS Administrative Expenses | 2% - 5% | \$2.2 - \$11.1 | \$8,000,000 |
| TEAM (statewide VR system) | 10% - 20% | \$22.2 - \$44.5 | \$34,000,000 |
| Grants to Counties | 65% - 75% | \$144.7 - \$167 | \$164,500,000 |
| Voter Ed., Election Official and Poll Worker Training | 5% - 10% | \$11.1 - \$22.2 | \$16,000,000 |

| Purpose Area | Allocation Percentage Current State Plan | Allocation Percentage Proposed Amended State Plan |
|---|---|---|
| SOS Administrative Expenses | 4.40% | 3.60% |
| TEAM (statewide VR system) | 15.50% | 15.30% |

- 2 -

TX_00204860

USA_00016259

| 150 | 82nd Legislature — Regular Session | 6th Day |
|---|---|---|

| | | |
|---|---|---|
| Grants to Counties | 73.80% | 73.90% |
| Voter Ed., Election Official and Poll Worker Training | 6.40% | 7.20% |

## Certifications

Texas hereby certifies to the following and is eligible to receive payments under Title II, Section 251 of the Help American Vote Act (HAVA):

- Complied with the requirements referred to in section 253(b) of the Help America Vote Act of 2002.

- Filed and implemented a plan for uniform, nondiscriminatory administrative complaint procedures required by HAVA Section 402.

- Appropriated matching funds equal to five percent of the total amount of the HAVA requirements payment budget.

- Complied with the six laws listed in Section 906 of HAVA.

- Filed a state plan that complies with the requirements listed in Sections 254, 255, and 256 of HAVA.

- Certifies under Section 251 (b)(2) of HAVA that it has implemented the requirements of HAVA Title III and may use requirements payments for other activities to improve the administration of elections for federal office.

Sincerely,

Hope Andrade
Texas Secretary of State

- 3 -

TX_00204861

USA_00016260

Wednesday, January 26, 2011       SENATE JOURNAL       151

---

## The State of Texas



Elections Division
P.O. Box 12060
Austin, Texas 78711-2060
www.sos.state.tx.us

Phone: 512-463-5650
Fax: 512-475-2811
Dial 7-1-1 For Relay Services
(800) 252-VOTE (8683)

Hope Andrade
Secretary of State

August , 2010

Donetta Davidson, Chair
US Election Assistance Commission
1225 New York Avenue, Suite 1100
Washington, DC 20005

Dear Chairman Davidson:

Texas respectfully requests the disbursement to the Texas Comptroller the fiscal year 2010 Requirements Payments for which Texas is eligible pursuant to the Help America Vote Act (HAVA) of 2002. The Texas Secretary of State does not propose material changes to the Texas State Plan filed in 2005. As outlined in the Texas certification to drawdown the 2008 and 2009 Requirements Payments, the state will continue to allocate the funding in four main categories based on percentages:

| Purpose Area | Description | % of Funding |
|---|---|---|
| 1. State Plan Administration: | Overall administration of HAVA-funded activities, including staffing costs, technical support, training, and other costs associated with overseeing HAVA implementation. | 2% - 5% |
| 2. TEAM (statewide VR system): | Activities pertaining to the ongoing development, maintenance, and operation of the HAVA-compliant voter registration system, TEAM, developed in response to HAVA. Costs may also cover activities associated with county compatibility with TEAM. | 10% - 20% |
| 3. Grant to Counties: | Includes sub-grants to counties to continue compliance with Title III of HAVA, including ongoing maintenance and upgrades to HAVA-compliant voting systems. Other sub-grants to counties allow election officials and their staffs to attend election-related conferences, seminars, and training events. | 65% - 75% |
| 4. Election Worker Training and Voter Education: | Covers election official and election worker training programs – both printed material and online training tools. Voter education is intended to inform all Texas voters of their voting rights under the law, including the mandates imposed by HAVA. Methods to reach the voters include media spots, printed materials, and online tools. | 5% - 10% |

- 1 -

JA_001379

TX_00204862

USA_00016261

| 152 | 82nd Legislature — Regular Session | 6th Day |
|---|---|---|

**Certifications**

Texas hereby certifies to the following and is eligible to receive payments under Title II, Section 251 of the Help American Vote Act (HAVA):

- Complied with the requirements referred to in section 253(b) of the Help America Vote Act of 2002.

- Filed and implemented a plan for uniform, nondiscriminatory administrative complaint procedures required by HAVA Section 402.

- Appropriated matching funds equal to five percent of the total amount of the HAVA requirements payment budget.

- Complied with the six laws listed in Section 906 of HAVA.

- Filed a state plan that complies with the requirements listed in Sections 254, 255, and 256 of HAVA.

- Certifies under Section 251 (b)(2) of HAVA that it has implemented the requirements of HAVA Title III and may use requirements payments for other activities to improve the administration of elections for federal office.

Sincerely,

Hope Andrade
Texas Secretary of State

- 2 -

JA_001380

TX_00204863

USA_00016262

# Amended Texas State Plan
## Pursuant to the Help America Vote Act of 2002 (HAVA)
### January, 2005

Geoffrey S. Connor
Secretary of State
P.O. Box 12060
Austin, Texas 78711-2060
www.sos.state.tx.us
(800) 252-VOTE(8683)

I

TX_00204864

USA_00016263

| 154 | 82nd Legislature — Regular Session | 6th Day |
|---|---|---|

Help America Vote Act 2002
Texas State Plan

---

Amended Texas State Plan

## 1. How the requirements payments (i.e., Title II funds) will be used to meet the mandates in Title III (new federal requirements)

### Brief Overview of State Elections Structure

The Secretary of State ("SOS") is the chief election officer of the state and is required to maintain uniformity in elections held in the state and to advise and assist local officials who actually conduct elections. The Secretary of State also has authority to adopt administrative rules to gain uniformity in interpretation of state election laws and procedures.

The conduct of elections in Texas is decentralized. The statutory requirements for elections are set out in the Texas Election Code. The county clerk or county election administrator, in those counties that have created the office, is generally the official charged with conducting county elections. County voter registrars maintain the official list of registered voters; the voter registrar is generally either the county tax assessor-collector, or again the election administrator. The county political parties conduct primary elections in Texas, with the county chair as the chief elections official. Early voting in the primary is conducted by the county elections official.

Other elections are conducted by the political subdivision. City elections are held by the city, school district elections by the school, and so on. These political subdivisions often contract with the county to conduct their election or hold joint elections with one another, but they are not required to do so. They utilize the county list of registered voters appropriate for their locality.

The Secretary of State maintains an unofficial state list of registered voters. The Secretary of State's office houses and maintains a state master file of all registered voters. The Secretary of State also maintains the Texas Voter Registration Online System ("TVRS"), which is a voluntary online voter registration system currently used by 164 of 254 counties. For those counties utilizing the TVRS system, the state database reflects their "official" voter file. The master file has approximately 12.1 million active voters and also stores approximately 2.5 million cancelled voters at any given time. The state master file maintains two separate tables defined for either "offline" or "online" counties. An offline county updates the masterfile through a web browser application, on a weekly basis in a pre-specified standard record layout. TVRS counties update in real time with all transactions validated and updated per session. At present, voter registration systems are reviewed by the Secretary of State's office to ensure that they are capable of submitting reports in a standard format as required by the state.

Texas is a state covered under Section 5 of the federal Voting Rights Act, which requires changes in election processes to be submitted to the Voting Section of the U.S. Department of Justice ("DOJ") for review prior to enforcing the change. At the state level, the Secretary of State submits changes in state election procedures. At the local level, each county must submit its changes to DOJ. These include polling place changes, change in the method of election, and adoption of new voting systems, among others.

2

TX_00204865

USA_00016264

Case 2:13-cv-00193  Document 660-21  Filed on 11/11/14 in TXSD  Page 11 of 56
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 17 of 219

Wednesday, January 26, 2011       SENATE JOURNAL                          155

Help America Vote Act 2002
Texas State Plan

According to the 2000 decennial census, the voting age population of Texas was 14,965,061. The state had 12,365,235 registered voters for the 2000 general election. In the 2002 November general election, the number of registered voters was 12,563,459.

Turnout in the 2000 November general election for state and county officers was 6,407,637, which constituted 51.8% of the registered voters and 42.8% of the voting age population. Turnout in the 2002 general election for state and county officers was 4,553,979, which constituted 36.2% of registered voters and 30.4% of the voting age population, using the 2000 census numbers.

In November 2000, the breakdown of election systems used by counties was:

| | |
|---|---|
| Paper Ballot: | 90 |
| Optical Scan: | 150 |
| Punch Card: | 14 |
| Lever Machine: | 3 |
| DRE: | 4 |

Attached as Table 2 (page 22) is a list of the county by county breakdown of voting systems. The Secretary of State is the authority charged with certifying voting systems for use in the state.

How the state will meet the Title III requirements is described in Table 1 below. The charts have been updated to reflect the current status and action planned as of January 2005.

### Table 1

| Title III Section Standard Requirement | Current Situation | Action Planned |
|---|---|---|
| All voting systems shall permit a voter to verify/review selections before casting the vote. | Meets the requirement. Texas Election Code (TEC) Sections 64.007 and 129.001(b). | No action needed. |
| Allow voter to change or correct any error on the ballot before casting the vote. | Meets the requirement. TEC Section 64.007. | No action needed. |
| Prevent or alert voter if he/she overvotes on the ballot. | Partially meets the requirement. DRE systems and precinct count optical scan systems alert the voter of an overvote.<br><br>Manually counted paper ballots, centrally counted optical scan ballots, and punch card ballots do not alert the voter of overvotes.<br><br>Current process on mail-in paper absentee ballots would not meet the requirement. | A voter education campaign will be implemented in all centrally counted optical scan and paper ballot precincts no later than January 1, 2006, to educate voters on the effect of an overvote on these systems. |

3

TX_00204866

USA_00016265

156       82nd Legislature — Regular Session       6th Day

**Help America Vote Act 2002**
**Texas State Plan**

| Voting System Standards HAVA Requirement | State of TX Current Status | Action Planned |
|---|---|---|
| All voting systems must be able to produce a paper audit trail of all votes cast. | Meets the requirement; state law currently requires real time audit of all election activity. TEC Section 122.001(a) | No action needed. |
| Voting systems must be accessible for individuals with disabilities, including non-visual accessibility for the blind and visually impaired, in a manner that provides the same opportunity for privacy and independence as other voters.  This requirement may be met by having at least one DRE or other system equipped for individuals with disabilities at each polling site. | Partially meets the requirement.  13 counties have adopted an accessible DRE voting system. Most counties do not meet this requirement. | Upgrade existing voting systems or purchase new systems. All polling places will be required to be equipped with at least one DRE no later than January 1, 2006 pursuant to House Bill 1549. |
| Voting systems shall provide alternative language accessibility pursuant to the requirements of Section 203 of the Voting Rights Act of 1965. | All certified voting systems meet this requirement for Spanish language, and one voting system has been certified for the Vietnamese language. | No action needed. |
| All voting systems shall have error rates (machine errors only) that do not exceed the Federal Election Commission standards. | Meets the requirement.  This requirement was added to state law in HB 1549. | No action needed. |
| A uniform definition of what constitutes a vote for each voting system in use in the state. | Meets this requirement.  State law was passed to provide a uniform definition for what constitutes a vote. House Bill 1549 (2003) | No further action required. |

| Provisional Voting Information HAVA Requirement | State of TX Current Status | Action Planned |
|---|---|---|
| A provisional voter is to be allowed to vote a paper ballot or an electronic ballot upon the completion of an affidavit. The ballot will be sealed in an envelope or electronically stored separately from the regular votes. The provisional ballot is to be transported to the appropriate election officials for determination of eligibility and counted if voter | State law was amended to provide procedures to meet this requirement effective January 1, 2004 pursuant to House Bill 1549. The Secretary of State has adopted administrative rules to provide specific procedures and has adopted forms to assist in the implementation of this new process. | No further action needed. |

4

TX_00204867

USA_00016266

Case 2:13-cv-00193   Document 660-21   Filed on 11/11/14 in TXSD   Page 13 of 56
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-1   Filed 06/20/12   Page 19 of 219

Help America Vote Act 2002
Texas State Plan

| Provisional Voting and Voting Information Requirements Sec. 302 | | |
|---|---|---|
| **HAVA Requirement** | **State of Texas Current Status** | **Action Planned** |
| is deemed eligible. | | |
| Each voter who casts a provisional vote shall be given written information on how he or she can ascertain whether his or her vote was counted, and if not why. | State has developed administrative rules and has adopted forms to implement this requirement. | No further action needed. |
| Establish a free access system, such as toll-free phone number or Internet website, allowing provisional voters to ascertain whether their vote was counted, and if not why. | State rules require the provisional voter to be notified via mail whether the voter's ballot was counted, and if the ballot was not counted, the reason why it was not counted. | No further action needed. |
| Post in each polling place a sample version of the ballot that will be used on election day. | State law passed to make it mandatory to post a sample ballot at each polling location. | No further action needed. |
| Post information regarding the day of the election and polling hours. | State law passed to require this posting. | No further action needed. |
| Post general information on state and federal voting rights and the right to a provisional vote if the requirements to vote are met. | State has prescribed language on the voter information poster required to be posted at each polling place beginning January 1, 2004. | No further action needed. |
| Post general information on federal and state laws prohibiting acts of fraud and misrepresentation. | State has prescribed language on the voter information poster required to be posted at each polling place beginning January 1, 2004. | No further action needed. |
| Any voter who casts a vote as the result of a federal or state court order extending polling hours, shall do so on a provisional ballot, and it shall be kept separate from other provisional ballots. | State law amended to provide for this occurrence and law became effective January 1, 2004. Precinct election forms were designed to accommodate this occurrence. | No further action needed. |

| Computerized Statewide Voter Registration Sec. 303 | | |
|---|---|---|
| **HAVA Requirement** | **State of Texas Current Status** | **Action Planned** |
| State shall implement a uniform, official, centralized, interactive computerized statewide voter registration list. | Does not meet the requirement.<br><br>Currently, 164 counties use the Secretary of State voter registration program to register and maintain their lists of voters. The data is held at the Secretary of State's Office. | State law was amended to require a statewide official list maintained at the Secretary of State's office. The state |

5

TX_00204868

USA_00016267

Case 2:13-cv-00193   Document 660-21   Filed on 11/11/14 in TXSD   Page 14 of 56
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-1   Filed 06/20/12   Page 20 of 219

158                    82nd Legislature — Regular Session              6th Day

Help America Vote Act 2002
Texas State Plan

| Computerized Statewide Voter Registration System HAVA Requirements | State of Texas Current Status | Action Taken |
|---|---|---|
| | State law requires the state to maintain a copy of the list of registered voters, and counties have to update to the state database once a week. The state database is not considered the official list of voters. | completed the procurement process and signed a contract for the development of a complaint statewide system on November 8, 2004. Development of the system is underway. |
| Perform list maintenance to ensure only qualified voters appear on the list, including felons and deaths of registrants. | State meets this requirement. State receives information from other state agencies regarding deaths and felons and provides this information to county voter registrars on a weekly basis. | No action needed. |
| Ensure that only voters who are not registered or who are not eligible are removed from the computerized list. | State meets this requirement. State law prescribes narrow guidelines regarding canceling a voter's registration. Only with a positive name and identification number match can a voter be canceled. The local county voter registrar, not the state, cancels voters. Voter registrars may not cancel based on information provided by a vendor unless that information is verified by the voter registrar by a public record. TEC, Chapter 16 and Section 18.0121. | No action needed. |
| Ensure that voter registration records are accurate and updated regularly. | Does not meet the requirement. | State law was amended to require a statewide official list maintained at the Secretary of State's office. The state completed the procurement process and signed a contract for the development of a complaint statewide system on November 8, 2004. Development of the system is underway. |
| State to verify applicant's driver's license or social security number prior to approval of applicant. | Does not meet the requirement. | State law was amended to require a statewide official list maintained at the Secretary of State's |

6

JA_001386

TX_00204869

USA_00016268

Wednesday, January 26, 2011     SENATE JOURNAL     159

Help America Vote Act 2002
Texas State Plan

| Computerized Statewide Voter Registration Systems — Sec. 303 | | |
|---|---|---|
| HAVA Requirement | State of Texas Current Status | Action Planned |
| | | office. The state completed the procurement process and signed a contract for the development of a complaint statewide system on November 8, 2004. Development of the system is underway. |
| State to assign unique identifier if applicant does not have driver's license or social security number. | Does not meet this requirement. | State law was amended to require a statewide official list maintained at the Secretary of State's office. The state completed the procurement process and signed a contract for the development of a complaint statewide system on November 8, 2004. Development of the system is underway. |
| Require appropriate identification for first time voters if a computerized list has not been implemented. | State law was amended to require identification at time of registration for first time voters registering to vote by mail effective January 1, 2004. | No further action required. |
| Voter registration application is required to have additional information printed on it. | State has prescribed new form, and has distributed to all counties. | No further action required. |

2. **How Title II requirement payments will be monitored and distributed for the purpose of meeting the mandates in Title III, including determining the eligibility for receipt of payments and our methods for monitoring the performance of the local entities' continued eligibility.**

The SOS has developed an online grant application and management system. This system is essential for the SOS to establish an infrastructure and the necessary controls to effectively manage the HAVA funds and to accurately report the necessary programmatic and financial information to the federal government. Figure 1 (page 15) outlines the currently approved

7

Help America Vote Act 2002
Texas State Plan

requirements payments budget for the 2003 fiscal year appropriation and the proposed budget for the 2004 fiscal year appropriation. The following is a description of how the funding has and will be distributed to funding recipients as well as a description of the funding allotments to each county.

**Grant Award Process**

In September 2004, an award agreement was sent to each Texas county judge. As the chief executive officer of the county, the judge is required to sign the award agreement. To secure the funding, there are three basic steps:

1. The award agreement must be signed and returned to the Office of the Secretary of State.
2. A resolution from the county's governing body (i.e., county commissioners court) must be submitted as well. Required language for the resolution is included in the award agreement.
3. The online forms located on the Texas HAVA online grant system must be satisfactorily completed. The forms require information such as the official county address as well as the county's Employer Identification Number, State Vendor ID (VIN), and 3-digit Mail Code. The State Vendor ID is assigned by the State Comptrollers Office when an entity receives funds from the state and is comprised of the federal ID number plus a few other digits. The mail code determines which account the funds will be direct deposited into or whether a state warrant will be mailed. The county financial officer (i.e., county auditor or treasurer) will have this information. The county is also required to enter a detailed budget for each funding allocation. Guidelines regarding eligible uses for each funding allocation are included in the award agreement as well as the online forms. Grant activities must also be entered into the grant system where applicable.

DEADLINE TO APPLY FOR FUNDING - The FY 2003 funds will be available through August 31, 2006. Because not all counties will develop their funding priorities at the same rate, there are no deadlines currently imposed by the SOS for the counties to complete the online forms. However, all counties are encouraged to submit the signed grant award agreement that was sent to the county judge along with the required resolution from the commissioners court as soon as possible. The SOS may impose deadlines if an excessive amount of time elapses and the county has taken no action to secure the funding.

RESOLUTION - In addition to the parties that typically sign a resolution for the county (e.g., the county judge and the commissioners), the county election official(s) and the county financial officer must also sign the resolution.

GRANT AWARD APPROVAL AND REQUESTING REIMBURSEMENT - After the SOS has received the signed agreement that was sent to the county judge, the required resolution from the commissioners court as outlined in the award agreement, and the online forms have been submitted via this system, the SOS will review the documents and online forms for accuracy and completeness. Upon SOS approval, an email notification will be sent to the county judge, the election official(s), and the financial officer (Note: an email notification will only be sent if the

8

TX_00204871

USA_00016270

Help America Vote Act 2002
Texas State Plan

user provides one when entering his or her contact information).  At that time, the county financial officer will have access to submit reimbursement requests via the grant system.

## Funding Allocations - Fiscal Year 2003 Appropriation

### Accessible Voting System in Each Polling Place

These funds are to be used for reimbursement of county costs incurred as a result of obtaining a HAVA-compliant accessible voting system in each polling location.  This requirement may be met by having at least one accessible direct recording electronic voting system ("DRE") or other system equipped for individuals with disabilities at each polling site.  The reimbursable amount each county is eligible for is calculated based on the number of precincts (polling places) used during the 2000 federal election multiplied by $3,000.

### General HAVA Compliance

These funds may be used by the county for voter education, election worker education, upgrading voting systems to comply with new federal standards -- including compatibility with the new statewide voter registration system, and acquiring an accessible voting system in each polling place.  Priority will be given to acquiring an accessible voting system is each polling place because of the January 1, 2006 compliance mandate.

The reimbursable amount each county is eligible for is calculated based on the county's voting age population during the 2000 federal election as a percentage of the state's total voting age population and the total budgeted amount for general HAVA compliance.  However, each county that would receive less than $5,000 based on the formula will receive $5,000.

## Funding Allocations - Fiscal Year 2004 Appropriation

Because the FY 2003 allotment of funding will not cover all of the county costs to purchase an accessible voting system in each polling location, Texas has proposed to increase the Requirements Payments to the counties by 200 percent.  By fully funding the costs associated with acquiring at least one accessible voting system for each polling location, counties will be less likely to object to the HAVA mandate.  Additionally, the counties may seize the opportunity afforded by the available federal dollars to fully update their outdated voting systems, rather than simply purchasing the HAVA-required minimum of one accessible system per polling location.
The SOS will likely amend the current award agreement between the state and the counties or draft a new agreement to accommodate the additional funding.

## Grant Regulations and Grant Oversight

The Secretary of State will develop a monitoring plan in 2005.  The monitoring function may be outsourced or may be handled internally or a combination of the two may be employed.  This grant program falls under the general requirements of the Uniform Grant Management Standards ("UGMS") prescribed by the Texas Office of the Governor.  UGMS prescribes a standard set of

9

TX_00204872

USA_00016271

| 162 | 82nd Legislature — Regular Session | 6th Day |
|---|---|---|

Help America Vote Act 2002
Texas State Plan

---

financial management procedures and definitions and ensures accountability for expenditure of public funds. UGMS also incorporates the following federal regulations:

- OMB Circular A-87
- OMB Circular A-102
- "Common Rule", Administrative Requirements, 53 FR 8087, March 11, 1988
- OMB Circular A-133

Per the terms and conditions of the award agreement, any funding received by the county, regardless of the purpose, is contingent on each polling place within the county must have a voting system that is SOS-certified as accessible for individuals with disabilities, including non-visual accessibility for the blind and visually-impaired, in a manner that provides the same opportunity for privacy and independence as other voters no later than January 1, 2006.

3. **Voter Education, Election Official Education and Training, and Poll Worker Training**

   a. **Voter Education Plan Goal**

   The state will develop a comprehensive voter education plan to educate voters on certified voting systems and the proper use of those voting systems, with special emphasis on accessibility issues as it relates to the use of voting systems. Components of the education plan will include the statewide voter registration system, and how to vote a provisional ballot. The state has a responsibility to ensure that the voting process and our systems of voting are accurate, secure, and accountable. Our voter outreach efforts will need to be designed to reflect and incorporate the diverse populations of Texas through a well-executed, adaptable program, delivered in an easy-to-use format, and in alternative formats for individuals with disabilities. The mediums for delivery of this voter education program will need to be equally diverse.

   b. **Educating the Voter**

   - The state surveyed the 254 counties, compiled a list of best practices, and developed resources to supplement existing training materials for the voter. The Secretary of State will release an RFP in 2005 for the HAVA Education piece that will be consistent with applicable state and federal laws and regulations, including the Texas Government Code and the Texas Building and Procurement Commission. HAVA funding will be used for education as it relates to Title III of HAVA, which includes educating the voter on: 1) How to verify/review selections before casting the vote. 2) How to change or correct any error on the ballot before casting the vote. 3) How to avoid over voting. 4) How individuals with disabilities, including non-visual accessibility for the blind and visually impaired, can access the voting system in a matter that provides the same opportunity for privacy and independence as other voters. 5) How the county's voting system provides alternative language accessibility pursuant to the requirements of Section 203 of the Voting Rights Act of 1965. 6) What constitutes the uniform definition of the voting

10

JA_001390

TX_00204873

USA_00016272

Help America Vote Act 2002
Texas State Plan

system(s) in use in the county? And 7) How to vote a provisional ballot, including written information on how the voter can ascertain whether his or her vote was counted, and if not, why.

Although HAVA funds were not spent on education prior to the 2004 elections we, at the state level:

- Revised all of our brochures, including Services Available to Voters with Special Needs, Texas Voting, Early Voting in Texas, and Volunteer Deputy Registrar Guide. Those brochures are on our web site and also available in hard copy.
- The following brochures have been developed, and are available via our web: Young Texas Voters; When Your Home is Your Polling Place; and Conducting a Successful Voter Registration Campaign.
- The following new items/brochures were developed and disseminated statewide to election officials and upon request to voters: What Every Texan Needs to Know About Elections in Texas (targeting First Time Voters); Voter Rights Poster and Overvote/Undervote Poster.
- We developed and disseminated the Project V.O.T.E. (Voters of Tomorrow through Education) Student Mock Election Curriculum for teachers regarding the conduct of a mock election, for Texas students, kindergarten through 12th grades. Over a half million students participated in the 2004 Texas Student mock election.
- A PowerPoint Presentation was developed titled "Voter Education-A General Overview." This presentation was/is designed for civic groups, charitable and non-profit organizations for conducting voter registration drives.
- The Secretary of State appointed a virtual voter education advisory committee composed of voter advocacy groups and other interested stakeholders to advise the Secretary of State on HAVA-related voter education materials and programs.

c. **Election Officials Education and Training**

- The state developed a comprehensive training component for Election Officials that included videos; pamphlets; updated handbooks; and an election-based training module prior to January 2004. The new training program and educational resources explain all the components of HAVA, including: overvote and undervote; provisional voting; DRE's; voters rights; the administrative hearing process; new voting system requirements; statewide voter registration system requirements; methods of poll worker training; accessibility for people with disabilities; and alternative language requirements.
- The state will look into the possibility of developing an outreach program working with the Department of Public Safety (DPS) to provide resources and materials to improve the voter registration process no later than July 2006.

11

TX_00204874

USA_00016273

| 164 | 82nd Legislature — Regular Session | 6th Day |
|---|---|---|

Help America Vote Act 2002
Texas State Plan

---

- The state will continue to work proactively with election officials to assist and advise in the recruitment of college and university students as poll workers.
- The state will investigate the possible creation of an on-line training module for election officials, with a possible certification component no later than January 2006.

### d. Training of Poll Workers

- The State has developed and disseminated statewide a new curriculum for Election Judges and Clerks, complete with a training video for preparing the polling place, qualifying voters, closing the polling place and discussing new law and HAVA. The curriculum for Election Judges and Clerks also has a testing component. We were successful in training over 49,000 poll workers before our 2004 Primary Elections.
- Regional schools for the training of election judges and clerks for the 2004 Election were conducted prior to the Primary and General Elections. Secretary of State staff traveled the state, educating election officials about Texas law, HAVA, and in some locations, we partnered with the Coalition of Texans with Disabilities, who presented a unit on voters with disabilities and educating election officials on the rights of disabled voters.

## 4. How the state will adopt voting system guidelines consistent with Sec. 301 (Sec. 254, a, 4).

Voting System Standards

The state of Texas' voting systems standards contained at Section 122.001 of the Texas Election Code are already in substantial compliance with the requirements set out in Section 301(a)(1) of HAVA. Pursuant to an administrative rule adopted by the Secretary of State, Rule 81.61, before any voting system may be certified for use in a Texas election, the voting system must meet the voluntary voting systems standards promulgated by the Federal Election Commission. Texas Administrative Code § 81.61 (Tex. Sec. of State).

Overvote and Opportunity to Correct Ballot

All systems used in Texas allow a voter to change his or her vote. In a paper or optical scan ballot system, a voter may receive up to two replacement ballots if he or she makes an error marking the original ballot. Texas currently posts voting instructions that inform the voter of his or her right to replace a spoiled ballot.

Precinct-level optical scan voting systems inform the voter of an overvote in a particular race and give the voter an opportunity to correct the ballot. Texas Administrative Code § 81.52 (Tex. Sec. of State). Direct Recording Electronic voting systems ("DRE's") currently certified for use in Texas and mechanical lever machines do not allow for overvoting. In those entities using hand-counted paper ballot, central count optical scan, mechanical lever machines or punch card voting systems, the voter is not informed when he or she overvotes in a race. However, language will be added to voter instructions to inform voters of the

12

TX_00204875

USA_00016274

Case 2:13-cv-00193 Document 660-21 Filed on 11/11/14 in TXSD Page 21 of 56
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 27 of 219

Wednesday, January 26, 2011          SENATE JOURNAL          165

**Help America Vote Act 2002**
**Texas State Plan**

definition and consequences of an overvote, and Texas will establish a voter education program to explain the effect of overvoting. Punch card and lever voting systems will be phased out of use. The Texas Legislature passed legislation this year to prohibit their use after January 1, 2006.

All of the systems used in Texas allow voters to view their choices before they cast their ballot. DRE voting systems are already required under current state law to present voters with a summary screen of the entire ballot to allow voters to review and change their choices prior to the final cast of the ballot.

Manual Audit

Electronic voting systems are required under state law to provide records from which the operation of the voting system may be audited. In addition, the Secretary of State has adopted an administrative rule, Section 81.61, which requires a real time audit log that records all significant election events and records the date and time of each event. Also, due to the fundamental inability of lever machines to produce a manual audit of its records, Texas has recently passed a law that prohibits the use of these systems in elections after January 1, 2006.

Accessibility

Under HAVA, the voting system must be accessible to individuals with disabilities in a manner that provides the same opportunity for access and participation as for other voters. HAVA provides that this requirement may be met by placing a DRE or other accessible voting unit in each polling place.

Texas law currently requires voting systems acquired on or after September 1, 1999 to comply with Section 504 of the federal Rehabilitation Act of 1973 (29 U.S.C. Section 794) and its subsequent amendments and Title II of the federal Americans with Disabilities Act (42 U.S.C. Section 12131 et seq.) and its subsequent amendments; and to provide a practical and effective means for voters with physical disabilities to cast a secret ballot. Detailed guidelines as to what constitutes an accessible voting system have been adopted by administrative rule which is enclosed. In all the remaining polling places throughout the state which use voting systems that do not meet the accessibility guidelines, counties will purchase at least 1 DRE per polling place in order to satisfy the requirements.

The state legislation implementing HAVA repeals the current voting system accessibility law and replaces it with language which tracks the federal law for accessibility. Until the Election Assistance Commission issues HAVA-compliant accessibility standards, Texas will continue to evaluate accessibility based on the state rule and FEC accessibility standards.

Language Accessibility

Because Texas is a state covered by Section 1973aa-1a and Section 1973b(f)(4) of the federal Voting Rights Act, voting systems are already required to provide alternative language

13

TX_00204876

USA_00016275

**Help America Vote Act 2002**
**Texas State Plan**

accessibility to the ballot. Statewide, Spanish has been required since 1975 and ballots have been required to be in English and Spanish since that time. As a result of the 2000 census, in some areas of the state, Vietnamese, Kickapoo, and Pueblo languages are required. Review of whether a voting system provides alternative languages is already an element of voting system certification in Texas.

<u>Error rates</u>

HAVA requires that the counting error rate of voting systems must comply with the standards established under the Federal Election Commission. Secretary of State Administrative Rule 81.61 requires that before a voting system may be certified for use in Texas, the voting system must meet the voluntary voting system standards promulgated by the Federal Election Commission. In addition, the state legislation adopted to implement HAVA amends the Texas Election Code to require that all voting systems comply with the error rate standards adopted by the Federal Election Commission.

<u>Definition of "Vote"</u>

Current state law contains a detailed definition of a punch card vote. Texas has recently passed legislation that fully defines what constitutes a vote cast under hand-counted paper ballot, optical scan, and lever machine systems. See Exhibit D.

## 5. How the Election Fund will be established and managed (Sec. 254, a, 5).

The Texas Legislature created an "Election Improvement Fund" as a dedicated account in the general revenue fund and consists of federal funds designated for election improvement, matching funds from the state or a political subdivision, and depository interest earned on the assets of the fund. The state has appropriated funds to satisfy the five percent match requirement of Section 253 of HAVA in House Bill 1549, 78th Regular Session, 2003. The fund will be managed according to the Uniform Grant Management Standards prescribed by the Texas Office of the Governor and the terms and conditions of the federal grant award(s). The SOS has also hired a grant manager as well as an accountant to oversee and administer the grant program.

## 6. The state's proposed budget for activities under this part, based on the state's best estimates of the costs of such activities and the amount of funds to be made available.

The budget below is based on the state's best estimate. The SOS anticipates some adjustments will be necessary; however, the Secretary of State will reconvene the HAVA Advisory Committee for advice on how to reallocate the funds if the change is substantive. It should be noted that the "free access system for provisional voters has been adjusted to $0 because the state is already in compliance with that requirement.

14

TX_00204877

USA_00016276

Help America Vote Act 2002
Texas State Plan

_____

**Figure 1**

| | FY03 Approp. | | FY04 Approp. |
|---|---|---|---|
| Title I Federal Award: | $23,476,116 | | $0 |
| | Estimated Amount | Actual Budget | Proposed Budget |
| Punch Card and Lever Replacement | $6,269,521 | $6,269,521 | N/A |
| Preliminary Planning For Statewide Voter Registration System | $500,000 | $465,836 | N/A |
| State Plan Administration | $ 2 – 4 million | $3,726,690 | N/A |
| Voter Education | $ 2 – 3 million | $2,795,017 | N/A |
| Election Official and Poll Worker Training | $ 2 – 3 million | $2,795,017 | N/A |
| County Compatibility with New Statewide Voter Registration System | $ 6 million | $5,590,035 | N/A |
| County Education Fund | $1 – 2 million | $1,834,000 | N/A |
| Total: | $ 19.77 – 24.77 million | $23,476,116 | N/A |
| Title II Federal Award: | $57,504,778 | | $103,187,171 |
| Required State Match: | $3,026,567 | | $5,430,904 |
| Total Available: | $60,531,345 | | $108,618,075 |
| | Estimated Amount | Actual Budget | Proposed Budget |
| SOS Admin (State Plan Administration) | N/A | N/A | $5,000,000 |
| Free Access System for Provisional Voters | $ 1 million | $0 | $0 |
| Statewide Voter Registration System | $ 10 – 15 million | $14,773,345 | $5,000,000 |
| Accessible Voting System in Every Polling Place | $ 25.5 million | $25,758,000 | $91,618,075 |
| Grant Funding to Counties for HAVA (Title III) Compliance | $ 20 million | $20,000,000 | |
| County Compatibility with New Statewide Voter Registration System | N/A | N/A | $5,000,000 |
| Voter Education, Election Official and Poll Worker Training | N/A | N/A | $2,000,000 |
| Total: | $ 56.5 – 61.5 million | $60,531,345 | $108,618,075 |

7. **Statement that the state will, in using the requirements payments, provide for maintaining the funding for activities funded by the payments at a level not less than the fiscal year ending before November 2000 (Sec. 254, a, 7).**

The Secretary of State has determined that the activities funded by the requirements payments as outlined in this state plan will not reduce the level of expenditures maintained by the state for the fiscal year ending prior to November 2000. Additionally, since the initial state plan was filed, the SOS has determined that the requirements payments activities as outlined in this plan have never been funded by the state to the counties prior to the fiscal year ending before November 2000. Consequently, the counties need not certify they are in compliance with the maintenance of effort requirement as originally proposed as it is not applicable.

8. **How the state will adopt performance goals and measures to determine success in carrying out the plan (Sec. 254, a, 8).**

The Secretary of State and county election officials are responsible for ensuring the success in meeting each performance goal. Each county's voter registration and elections office also have a substantial responsibility in meeting performance goals in that the counties will monitor performance measures and will report to the state on a regular basis.

The performance goals include:

### ELIMINATION OF PUNCH CARD VOTING AND LEVER EQUIPMENT

a. Timetable: January 1, 2006
b. Criteria: Replacement of punch card voting equipment and lever machines in 17 counties that used voting equipment in 2000.

15

TX_00204878

USA_00016277

Case 2:13-cv-00193   Document 660-21   Filed on 11/11/14 in TXSD   Page 24 of 56
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-1   Filed 06/20/12   Page 30 of 219

168                82nd Legislature — Regular Session              6th Day

Help America Vote Act 2002
Texas State Plan

c.   How criteria is measured: Assess 17 counties after January 1, 2006 to
determine if any punch card or lever machines are being used in federal
elections.

d.   The county election officials are responsible for meeting this measure with
the advice and assistance of the Secretary of State.

## VOTING SYSTEM STANDARDS

a.   VOTING SYSTEMS
(1)   Timetable: January 1, 2006
(2)   Criteria: All voting precincts in the state will have a voting system
that provides voters an opportunity to check for and correct ballot
errors in a private and independent manner, notifies the voter of
any overvotes cast and the effect of casting an overvote, allows the
voter to correct the overvote before the ballot is cast, has a manual
audit capacity, and an error rate that does not exceed the existing
rate established by the FEC or Office of Election Administration.
For the precincts that do not have such a system in place, an
extensive voter education program will be developed and used in
each county. A program will be developed for each type of voting
system and paper ballot to educate the voter on what constitutes a
legal vote for each type of voting machine and how to correctly
cast a ballot for each type of voting system.
(3)   How the criteria is judged: Assess all counties to ensure 100%
participation in using voting systems that meet the HAVA
requirements or using the education program developed by the
Secretary of State.
(4)   The county election officials are responsible for meeting this
measure with the advice and assistance of the Secretary of State.

b.   ACCESSIBILITY FOR INDIVIDUALS WITH DISABILITIES
(1)   Timetable: January 1, 2006
(2)   Criteria: Provide at least one direct recording voting device in
each polling place in the state that will allow voters with
disabilities the opportunity to cast a ballot without assistance.
(3)   How criteria is judged: Assess each county to ensure 100% of the
polling places have implemented a direct recording voting device
that allows voters with disabilities the opportunity to cast a ballot
without assistance.
(4)   The county election officials are responsible for meeting this
measure with the advice and assistance of the Secretary of State.

c.   ALTERNATE LANGUAGE ACCESSIBILITY
(1)   Timetable: Currently
(2)   Criteria: Provide alternative language accessibility pursuant to the
federal Voting Rights Act.

16

JA_001396

TX_00204879

USA_00016278

Wednesday, January 26, 2011    SENATE  JOURNAL    169

Help America Vote Act 2002
Texas State Plan

_____

(3)  How criteria are judged: Texas has provided alternative language for all voting systems, voting materials and forms used in the polling place since 1975. Before a voting system is certified by the Secretary of State, the voting system must demonstrate alternate language accessibility.

(4)  The county election officials are responsible for meeting this measure with the advice and assistance of the Secretary of State.

## PROVISIONAL VOTING

a.    PROVISIONAL BALLOTS PROVIDED
(1)  Timetable: January 1, 2004
(2)  Criteria: Provide provisional ballots to ensure no individual is turned away at the polls.
(3)  How criteria is judged: Assess all counties to ensure the new procedures for provisional voting are in place and that all election workers have been trained on the new procedures.
(4)  The county election officials are responsible for meeting this measure with the advice and assistance of the Secretary of State.

b.    FREE ACCESS SYSTEM
(1)  Timetable: January 1, 2004
(2)  Criteria: Implement a free access system in each county so that the voters can determine if their provisional ballot was counted.
(3)  How criteria is judged: Success of meeting this performance goal is based on the establishment of a free access system in each county so that voters can determine if their provisional ballot was counted.
(4)  The county election officials are responsible for meeting this measure with the advice and assistance of the Secretary of State.

c.    INFORMATIONAL VOTING POSTER
(1)  Timetable: January 1, 2004
(2)  Criteria: Voter information must be posted at each polling place, to include: sample ballots; dates and hours of voting; instructions for voters registering by mail and for first time voters; voter rights (including the right to vote a provisional ballot); and legal notice prohibiting voter fraud and misrepresentation.
(3)  How criteria is judged: Survey all counties to ensure that the voting poster is included with election supplies and that all election workers have been instructed to post such information in the polling place.
(4)  The Secretary of State will prescribe and distribute informational posters to all counties prior to January 1, 2004. The county election officials are responsible for ensuring the poster is properly posted in each precinct.

17

TX_00204880

USA_00016279

Case 2:13-cv-00193  Document 660-21  Filed on 11/11/14 in TXSD  Page 26 of 56
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 32 of 219

170                    82nd Legislature — Regular Session                  6th Day

Help America Vote Act 2002
Texas State Plan

## STATEWIDE VOTER REGISTRATION SYSTEM

a.   COMPUTERIZED STATEWIDE VOTER LIST
     (1)   Timetable: January 1, 2006
     (2)   Criteria: Implementation of a single, uniform, official, centralized, interactive, computerized statewide voter registration list that is defined, maintained, and administered at the state level.
     (3)   How criteria is judged: Success of meeting this performance goal is based on the implementation of a statewide voter registration system that meets the requirements of HAVA.
     (4)   The Secretary of State in conjunction with the county election officials is responsible for meeting this measure.

b.   NEW VOTER REGISTRATION APPLICATION
     (1)   Timetable: January 1, 2004
     (2)   Criteria: Prescribe, print and distribute new voter registration applications that meet the requirements of HAVA.
     (3)   How criteria is judged: The Secretary of State will prescribe, print and distribute a new voter registration application to all counties prior to January 1, 2004.
     (4)   The Secretary of State in conjunction with the county election officials is responsible for meeting this measure.

The Secretary of State will collect specific data to identify the successes of each county as it relates to the implementation of the Help America Vote Act of 2002 (HAVA). The Secretary of State will compile the data in report(s) for tracking purposes and to share with interested parties such as the EAC. The report will include an indication of whether each county met the performance goals. If the Election Assistance Commission or any other federal agency should prescribe such a report or survey, the state will use the federal form in lieu of the state form.

9. **Description of state based administrative complaint procedures (Sec. 254, a, 9):**

The Secretary of State has adopted an administrative complaint procedure through its rulemaking authority. Complaints are limited to those arising from violations of Title III of HAVA. As required under Section 402(2) of HAVA, complaints shall be required to be in writing, signed by the complainant, and notarized. The Secretary of State will have authority to consolidate complaints for efficiency and to resolve any complaints through an informal process, if warranted.

Review of the complaint will be held pursuant to the right of notice, hearing, and adjudication as set out in the administrative rule.

18

JA_001398

TX_00204881

USA_00016280

Case 2:13-cv-00193  Document 660-21  Filed on 11/11/14 in TXSD  Page 27 of 56
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 33 of 219

Wednesday, January 26, 2011          SENATE JOURNAL                    171

Help America Vote Act 2002
Texas State Plan

10. **A description of how payments for punch card replacement and early out money affects the activities under the plan, including the amount of funds available (Sec. 254, a, 10).**

Punch card and lever voting system replacement award agreements were sent to all eligible counties in April 2004. The Title I funds will be distributed, administered, and monitored using the same standards as the requirements payments that are distributed to the counties.

11. **Description of how the state will conduct ongoing management of the plan (Sec. 254, a, 11):**

The Secretary of State has hired a HAVA grant manager, a HAVA grant accountant, a project manager to oversee the development and implementation of the HAVA-compliant statewide voter registration system, and will hire monitoring staff or outsource that function. All procurement with HAVA funds will be consistent with applicable state and federal laws and regulations, including the Texas Government Code and the Texas Building and Procurement Commission. All sub-awarded grants will include an award agreement with the terms and conditions governing the use of the funds and will adopt by reference the State of Texas Uniform Grant Management Standards, OMB Circular A-87, OMB Circular A-102, "Common Rule", Administrative Requirements, 53 FR 8087, March 11, 1988, and OMB Circular A-133.

If material changes to the state plan are necessary, the Secretary of State will propose the change in the Texas Administrative Register. In addition, the Secretary of State intends to continue working with the HAVA Advisory Committee as the plan is implemented. The State Plan provides a general framework of HAVA implementation in Texas, but the Secretary of State will continue, as needed, to adopt administrative rules to define specific procedures for provisional voting and other HAVA-related issues as well as modify and design forms as the implementation of HAVA continues to evolve. As rules are proposed and as new voter forms are drafted, the Secretary of State will distribute the drafts to the HAVA Advisory Committee for comments and suggestions.

12. **Description of how the plan reflects changes from the state plan for the previous fiscal year.**

Each section has been updated accordingly and reflects the current state plan.

13. **A description of the committee that participated in the development of the plan (Sec. 254, a, 13).**

An advisory committee was appointed by the Secretary of State to help develop the State Plan. We enlisted professional associations, voter advocacy groups and other relevant associations, and requested that each association appoint a representative to serve on the advisory committee. The Committee conducted public meetings on the following dates: April 3, 2003, May 1, 2003, June 27, 2003, February 20, 2004, and November 12, 2004. Minutes of all Committee meetings are posted on the Secretary of State website at http://www.sos.state.tx.us/elections/hava/index.shtml. The Preliminary Texas State Plan was

19

TX_00204882

USA_00016281

**Help America Vote Act 2002**
**Texas State Plan**

posted on the web on July 25, 2003 and also published in the Texas Register on August 1, 2003. Public comment was accepted through September 2, 2003.

The proposed amended budget was posted on the Secretary of State agency website on November 5, 2004 and was discussed at the November 12, 2004 meeting of the HAVA Advisory Committee.  In addition, notice of the proposed amended budget was published in the Texas Register on November 5, 2004.

20

TX_00204883

USA_00016282

Help America Vote Act 2002
Texas State Plan

---

**Advisory Committee Members:**

**Teresa Aguirre**
Texas Association of
Counties

**Phil Barrett**
Texas Department of
Information Resources

**Paul Bettencourt**
Harris County Tax Assessor-
Collector

**Paulette Burke**
Texas County & District
Clerks Association
Rockwall County Clerk

**Brett Carr**
Senate State Affairs

**The Honorable Mary Denny**
Texas State Representative
Chair, House Elections
Committee

**Judge Robert Eckels**
County Judges and
Commissioners Association

**Frank Elder**
Assistant Chief
Texas Department of Public
Safety

**Claude Foster**
ACLU of Texas, Inc.

**Barbara Hankins**
Texas League of Women
Voters

**David Hanna**
Texas Legislative Council

**Beverly Kaufman**
Harris County Clerk

**Bob Lydia**
President
NAACP

**Molly Beth Malcolm**
Chairwoman
Texas Democratic Party

**Germaine Martinez**
Program Specialist
Texas Department of Public
Safety

**The Honorable Jane Nelson**
Texas State Senator

**Jodi Park**
Coalition of Texans with
Disabilities

**Nina Perales**
MALDEF

**Sharon Rowe**
President Texas Association
of Elections Administrators
Collin County Elections
Administrator

**Rudy Sandoval**
Chief of Staff
LULAC

**Michael Scholfield**
Assistant General Counsel
Governor's Policy
Office of the Governor

**Jonas Schwartz**
Program Services Manager
Advocacy, Inc.

**Bruce Sherbet**
Dallas County Elections
Administrator

**Sandra Vice**
State Auditor's Office

**Bea Westbrook**
President
Texas Association of Tax
Assessor-Collectors
Newton County Tax Assessor
Collector

**Chad Wilbanks**
Texas Republican Party

**Don Willett**
Deputy Attorney General,
General Counsel
Office of the Texas Attorney
General

21

TX_00204884

USA_00016283

174        82nd Legislature — Regular Session        6th Day

FUNDING ALLOCATIONS TO TEXAS COUNTIES

**Table 2**

| COUNTY | VOTING SYSTEM | PRECINCTS | VOTING AGE POP. | County Education Fund | Accessible Voting System | General HAVA Compl. w/ $5,000 Minimum | 200% FY03 Accessibility and Gen. HAVA Comp. Funding |
|---|---|---|---|---|---|---|---|
| | | | | FY03 Approp. | | | FY04 Approp. |
| ANDERSON | Optical Scan | 25 | 43,678 | $7,000 | $75,000.00 | $58,022 | $266,341 |
| ANDREWS | Paper | 5 | 8,903 | $7,000 | $15,000.00 | $11,827 | $53,714 |
| ANGELINA | Optical Scan | 40 | 57,974 | $7,000 | $120,000.00 | $77,013 | $394,466 |
| ARANSAS | Optical Scan | 7 | 17,151 | $7,000 | $21,000.00 | $22,784 | $87,665 |
| ARCHER | Optical Scan | 14 | 6,358 | $7,000 | $42,000.00 | $8,446 | $101,005 |
| ARMSTRONG | Paper | 9 | 1,589 | $7,000 | $27,000.00 | $5,000 | $64,071 |
| ATASCOSA | Optical Scan | 25 | 26,373 | $7,000 | $75,000.00 | $35,034 | $220,314 |
| AUSTIN | Optical Scan | 19 | 17,215 | $7,000 | $57,000.00 | $22,869 | $159,915 |
| BAILEY | Paper | 8 | 4,597 | $7,000 | $24,000.00 | $6,107 | $60,281 |
| BANDERA | Optical Scan | 12 | 13,292 | $7,000 | $36,000.00 | $17,657 | $107,434 |
| BASTROP | Optical Scan | 22 | 41,589 | $7,000 | $66,000.00 | $55,247 | $242,765 |
| BAYLOR | Paper | 6 | 3,135 | $7,000 | $18,000.00 | $5,000 | $46,051 |
| BEE | Optical Scan | 18 | 24,794 | $7,000 | $54,000.00 | $32,937 | $174,067 |
| BELL | AVM | 43 | 169,236 | $9,000 | $129,000.00 | $224,815 | $708,419 |
| BEXAR | Optical Scan | 626 | 996,458 | $11,000 | $1,878,000.00 | $1,323,705 | $6,410,551 |
| BLANCO | Paper | 9 | 6,368 | $7,000 | $27,000.00 | $8,459 | $70,998 |
| BORDEN | Paper | 8 | 550 | $7,000 | $24,000.00 | $5,000 | $58,065 |
| BOSQUE | Optical Scan | 18 | 13,003 | $7,000 | $54,000.00 | $17,273 | $142,706 |
| BOWIE | Optical Scan | 37 | 67,135 | $7,000 | $111,000.00 | $89,183 | $400,812 |
| BRAZORIA | Punch Card | 68 | 172,664 | $9,000 | $204,000.00 | $229,369 | $867,704 |
| BRAZOS | Punch Card | 109 | 119,680 | $9,000 | $327,000.00 | $158,984 | $973,052 |
| BREWSTER | Paper | 8 | 6,902 | $7,000 | $24,000.00 | $9,169 | $66,411 |
| BRISCOE | Paper | 7 | 1,305 | $7,000 | $21,000.00 | $5,000 | $52,058 |
| BROOKS | Optical Scan | 10 | 5,459 | $7,000 | $30,000.00 | $7,252 | $74,587 |
| BROWN | Optical Scan | 18 | 27,943 | $7,000 | $54,000.00 | $37,120 | $182,443 |
| BURLESON | Optical Scan | 16 | 12,047 | $7,000 | $48,000.00 | $16,003 | $128,149 |
| BURNET | Optical Scan | 24 | 25,779 | $7,000 | $72,000.00 | $34,245 | $212,727 |
| CALDWELL | Optical Scan | 20 | 23,068 | $7,000 | $60,000.00 | $30,644 | $181,490 |
| CALHOUN | Optical Scan | 30 | 14,767 | $7,000 | $90,000.00 | $19,617 | $219,478 |
| CALLAHAN | Optical Scan | 8 | 9,527 | $7,000 | $24,000.00 | $12,656 | $73,393 |
| CAMERON | Optical Scan | 84 | 221,932 | $9,000 | $252,000.00 | $294,817 | $1,094,853 |
| CAMP | Paper | 13 | 8,447 | $7,000 | $39,000.00 | $11,221 | $100,554 |
| CARSON | Paper | 10 | 4,700 | $7,000 | $30,000.00 | $6,244 | $72,568 |

22

## FUNDING ALLOCATIONS TO TEXAS COUNTIES

| COUNTY | VOTING SYSTEM | PRECINCTS | VOTING AGE POP. | FY03 Approp. | | | FY04 Approp. |
|---|---|---|---|---|---|---|---|
| | | | | County Education Fund | Accessible Voting System | General HAVA Compl. w/ $5,000 Minimum | 200% FY03 Accessibility and Gen. HAVA Comp. Funding |
| CASS | Optical Scan | 26 | 22,869 | $7,000 | $78,000.00 | $30,379 | $217,001 |
| CASTRO | Paper | 9 | 5,541 | $7,000 | $27,000.00 | $7,361 | $68,798 |
| CHAMBERS | Punch Card | 14 | 18,507 | $7,000 | $42,000.00 | $24,585 | $133,318 |
| CHEROKEE | Optical Scan | 29 | 34,383 | $7,000 | $87,000.00 | $45,675 | $265,645 |
| CHILDRESS | Paper | 5 | 5,989 | $7,000 | $15,000.00 | $7,956 | $45,963 |
| CLAY | Paper | 17 | 8,271 | $7,000 | $51,000.00 | $10,987 | $124,113 |
| COCHRAN | Paper | 8 | 2,554 | $7,000 | $24,000.00 | $5,000 | $58,065 |
| COKE | Paper | 8 | 2,922 | $7,000 | $24,000.00 | $5,000 | $58,065 |
| COLEMAN | Paper | 15 | 7,053 | $7,000 | $45,000.00 | $9,369 | $108,860 |
| COLLIN | Punch Card | 127 | 350,368 | $9,000 | $381,000.00 | $465,432 | $1,694,753 |
| COLLINGSWORTH | Paper | 8 | 2,360 | $7,000 | $24,000.00 | $5,000 | $58,065 |
| COLORADO | Optical Scan | 19 | 15,171 | $7,000 | $57,000.00 | $20,153 | $154,479 |
| COMAL | Optical Scan | 31 | 58,107 | $7,000 | $93,000.00 | $77,190 | $340,759 |
| COMANCHE | Paper | 17 | 10,475 | $7,000 | $51,000.00 | $13,915 | $129,975 |
| CONCHO | Paper | 9 | 3,328 | $7,000 | $27,000.00 | $5,000 | $64,071 |
| COOKE | Optical Scan | 26 | 26,421 | $7,000 | $78,000.00 | $35,098 | $226,448 |
| CORYELL | Optical Scan | 21 | 55,305 | $7,000 | $63,000.00 | $73,468 | $273,240 |
| COTTLE | Paper | 6 | 1,448 | $7,000 | $18,000.00 | $5,000 | $46,051 |
| CRANE | Paper | 5 | 2,722 | $7,000 | $15,000.00 | $5,000 | $40,045 |
| CROCKETT | Optical Scan | 5 | 2,914 | $7,000 | $15,000.00 | $5,000 | $40,045 |
| CROSBY | Paper | 11 | 4,898 | $7,000 | $33,000.00 | $6,507 | $79,101 |
| CULBERSON | Paper | 7 | 2,018 | $7,000 | $21,000.00 | $5,000 | $52,058 |
| DALLAM | Paper | 10 | 4,244 | $7,000 | $30,000.00 | $5,638 | $71,355 |
| DALLAS | Optical Scan/DRE | 791 | 1,599,868 | $11,000 | $2,373,000.00 | $2,125,280 | $9,006,595 |
| DAWSON | Paper | 12 | 11,148 | $7,000 | $36,000.00 | $14,809 | $101,732 |
| DEAF SMITH | Optical Scan | 9 | 12,380 | $7,000 | $27,000.00 | $16,446 | $86,988 |
| DELTA | Paper | 11 | 3,964 | $7,000 | $33,000.00 | $5,266 | $76,617 |
| DENTON | Optical Scan | 126 | 312,866 | $9,000 | $378,000.00 | $415,614 | $1,588,999 |
| DEWITT | Paper | 17 | 15,253 | $7,000 | $51,000.00 | $20,262 | $142,683 |
| DICKENS | Paper | 7 | 2,250 | $7,000 | $21,000.00 | $5,000 | $52,058 |
| DIMMIT | Optical Scan | 8 | 6,847 | $7,000 | $24,000.00 | $9,096 | $66,265 |
| DONLEY | Paper | 10 | 2,972 | $7,000 | $30,000.00 | $5,000 | $70,078 |
| DUVAL | Optical Scan | 12 | 9,252 | $7,000 | $36,000.00 | $12,290 | $96,689 |
| EASTLAND | Optical Scan | 10 | 14,050 | $7,000 | $30,000.00 | $18,664 | $97,437 |

23

## FUNDING ALLOCATIONS TO TEXAS COUNTIES

| COUNTY | VOTING SYSTEM | PRECINCTS | VOTING AGE POP. | County Education Fund | FY03 Approp. Accessible Voting System | General HAVA Compl. w/ $5,000 Minimum | FY04 Approp. 200% FY03 Accessibility and Gen. HAVA Comp. Funding |
|--------|---------------|-----------|-----------------|-----------------------|----------------------------------------|----------------------------------------|------------------------------------------------------------------|
| ECTOR | Punch Card | 42 | 84,303 | $7,000 | $126,000.00 | $111,989 | $476,509 |
| EDWARDS | Paper | 6 | 1,546 | $7,000 | $18,000.00 | $5,000 | $46,051 |
| ELLIS | Optical Scan | 60 | 77,716 | $7,000 | $180,000.00 | $103,239 | $567,109 |
| EL PASO | Punch Card/DRE | 156 | 482,199 | $9,000 | $468,000.00 | $613,990 | $2,166,393 |
| ERATH | Optical Scan | 27 | 24,889 | $7,000 | $81,000.00 | $33,063 | $228,380 |
| FALLS | Paper | 13 | 13,440 | $7,000 | $39,000.00 | $17,854 | $113,834 |
| FANNIN | Optical Scan | 20 | 23,992 | $7,000 | $60,000.00 | $31,871 | $183,947 |
| FAYETTE | Optical Scan | 28 | 16,747 | $7,000 | $84,000.00 | $22,247 | $212,731 |
| FISHER | Paper | 11 | 3,304 | $7,000 | $33,000.00 | $5,000 | $76,085 |
| FLOYD | Paper | 12 | 5,332 | $7,000 | $36,000.00 | $5,000 | $86,262 |
| FOARD | Paper | 5 | 1,203 | $7,000 | $15,000.00 | $5,000 | $40,045 |
| FORT BEND | Optical Scan | 104 | 240,980 | $9,000 | $312,000.00 | $320,120 | $1,265,650 |
| FRANKLIN | Paper | 10 | 7,159 | $7,000 | $30,000.00 | $9,510 | $79,108 |
| FREESTONE | Optical Scan | 16 | 13,645 | $7,000 | $48,000.00 | $18,126 | $132,400 |
| FRIO | Optical Scan | 11 | 11,592 | $7,000 | $33,000.00 | $15,399 | $96,906 |
| GAINES | Optical Scan | 9 | 9,402 | $7,000 | $27,000.00 | $12,490 | $79,068 |
| GALVESTON | Optical Scan | 77 | 183,289 | $9,000 | $231,000.00 | $243,483 | $950,024 |
| GARZA | Paper | 10 | 3,506 | $7,000 | $30,000.00 | $5,000 | $70,078 |
| GILLESPIE | Optical Scan | 16 | 16,327 | $7,000 | $48,000.00 | $21,689 | $139,533 |
| GLASSCOCK | Paper | 5 | 935 | $7,000 | $15,000.00 | $5,000 | $40,045 |
| GOLIAD | Optical Scan | 11 | 5,135 | $7,000 | $33,000.00 | $6,821 | $79,732 |
| GONZALES | Optical Scan | 16 | 13,421 | $7,000 | $48,000.00 | $17,029 | $131,804 |
| GRAY | Optical Scan | 15 | 17,282 | $7,000 | $45,000.00 | $22,958 | $136,067 |
| GRAYSON | Optical Scan | 54 | 82,620 | $7,000 | $162,000.00 | $109,753 | $544,113 |
| GREGG | Optical Scan | 23 | 81,588 | $7,000 | $69,000.00 | $108,382 | $355,160 |
| GRIMES | Optical Scan | 21 | 17,715 | $7,000 | $63,000.00 | $23,533 | $173,259 |
| GUADALUPE | Optical Scan/DRE | 83 | 63,693 | $7,000 | $249,000.00 | $84,610 | $667,965 |
| HALE | Paper | 19 | 25,532 | $7,000 | $57,000.00 | $33,917 | $182,037 |
| HALL | Paper | 8 | 2,753 | $7,000 | $24,000.00 | $5,000 | $58,065 |
| HAMILTON | Optical Scan | 15 | 6,270 | $7,000 | $45,000.00 | $8,329 | $106,777 |
| HANSFORD | Paper | 9 | 3,795 | $7,000 | $27,000.00 | $5,041 | $64,154 |
| HARDEMAN | Paper | 6 | 3,526 | $7,000 | $18,000.00 | $5,000 | $46,051 |
| HARDIN | Optical Scan | 18 | 34,715 | $7,000 | $54,000.00 | $46,116 | $200,455 |
| HARRIS | Punch Card | 935 | 2,416,022 | $11,000 | $2,805,000.00 | $3,209,467 | $12,042,351 |

176

82nd Legislature — Regular Session

6th Day

JA_001404

USA_00016286

TX_00204887

## FUNDING ALLOCATIONS TO TEXAS COUNTIES

| COUNTY | VOTING SYSTEM | PRECINCTS | VOTING AGE POP. | FY03 Approp. | | | FY04 Approp. |
|---|---|---|---|---|---|---|---|
| | | | | County Education Fund | Accessible Voting System | General HAVA Compl. w/ $5,000 Minimum | 200% FY03 Accessibility and Gen. HAVA Comp. Funding |
| HARRISON | Optical Scan | 29 | 45,441 | $7,000 | $87,000.00 | $60,364 | $295,057 |
| HARTLEY | Paper | 7 | 4,385 | $7,000 | $21,000.00 | $5,825 | $53,710 |
| HASKELL | Paper | 11 | 4,646 | $7,000 | $33,000.00 | $6,172 | $78,431 |
| HAYS | Punch Card | 35 | 73,683 | $7,000 | $105,000.00 | $97,881 | $406,215 |
| HEMPHILL | Paper | 9 | 2,412 | $7,000 | $27,000.00 | $5,000 | $64,071 |
| HENDERSON | Optical Scan | 31 | 55,426 | $7,000 | $93,000.00 | $73,628 | $333,629 |
| HIDALGO | Optical Scan | 95 | 368,461 | $9,000 | $285,000.00 | $489,467 | $1,550,662 |
| HILL | Optical Scan | 28 | 23,961 | $7,000 | $84,000.00 | $31,830 | $231,918 |
| HOCKLEY | Optical Scan | 16 | 16,098 | $7,000 | $48,000.00 | $21,385 | $138,924 |
| HOOD | Votronic II | 16 | 31,407 | $7,000 | $48,000.00 | $41,721 | $179,643 |
| HOPKINS | Optical Scan | 22 | 23,605 | $7,000 | $66,000.00 | $31,357 | $194,931 |
| HOUSTON | Optical Scan | 22 | 17,807 | $7,000 | $66,000.00 | $23,655 | $179,510 |
| HOWARD | Punch Card | 21 | 25,488 | $7,000 | $63,000.00 | $33,859 | $193,933 |
| HUDSPETH | Paper | 12 | 2,203 | $7,000 | $36,000.00 | $5,000 | $82,091 |
| HUNT | Optical Scan | 36 | 56,268 | $7,000 | $108,000.00 | $74,747 | $365,902 |
| HUTCHINSON | Optical Scan | 15 | 17,310 | $7,000 | $45,000.00 | $22,995 | $136,141 |
| IRION | Paper | 6 | 1,298 | $7,000 | $18,000.00 | $5,000 | $46,051 |
| JACK | Paper | 11 | 6,712 | $7,000 | $33,000.00 | $8,916 | $83,926 |
| JACKSON | Paper | 13 | 10,448 | $7,000 | $39,000.00 | $13,879 | $105,876 |
| JASPER | Optical Scan | 20 | 26,165 | $7,000 | $60,000.00 | $34,758 | $189,727 |
| JEFF DAVIS | Paper | 6 | 1,668 | $7,000 | $18,000.00 | $5,000 | $46,051 |
| JEFFERSON | Punch Card | 106 | 186,727 | $9,000 | $318,000.00 | $248,050 | $1,133,363 |
| JIM HOGG | Optical Scan | 5 | 3,613 | $7,000 | $15,000.00 | $5,000 | $40,045 |
| JIM WELLS | Optical Scan | 22 | 26,975 | $7,000 | $66,000.00 | $35,834 | $203,895 |
| JOHNSON | Optical Scan | 35 | 90,294 | $7,000 | $105,000.00 | $119,947 | $450,397 |
| JONES | Optical Scan | 16 | 16,111 | $7,000 | $48,000.00 | $21,402 | $138,959 |
| KARNES | Optical Scan | 22 | 12,081 | $7,000 | $66,000.00 | $16,049 | $164,280 |
| KAUFMAN | Optical Scan | 35 | 50,486 | $7,000 | $105,000.00 | $67,066 | $344,516 |
| KENDALL | Optical Scan | 12 | 17,277 | $7,000 | $36,000.00 | $22,951 | $118,033 |
| KENEDY | Optical Scan | 7 | 293 | $7,000 | $21,000.00 | $5,000 | $52,058 |
| KENT | Paper | 7 | 682 | $7,000 | $21,000.00 | $5,000 | $52,058 |
| KERR | Optical Scan | 17 | 33,760 | $7,000 | $51,000.00 | $44,847 | $191,908 |
| KIMBLE | Paper | 8 | 3,412 | $7,000 | $24,000.00 | $5,000 | $58,065 |
| KING | Paper | 5 | 236 | $7,000 | $15,000.00 | $5,000 | $40,045 |

JA_001405

USA_00016287

TX_00204888

FUNDING ALLOCATIONS TO TEXAS COUNTIES

| COUNTY | VOTING SYSTEM | PRECINCTS | VOTING AGE POP. | FY03 Approp. | | | FY04 Approp. |
|---|---|---|---|---|---|---|---|
| | | | | County Education Fund | Accessible Voting System | General HAVA Compl. w/ $5,000 Minimum | 200% FY03 Accessibility and Gen. HAVA Comp. Funding |
| KINNEY | Paper | 5 | 2,511 | $7,000 | $15,000.00 | $5,000 | $40,045 |
| KLEBERG | Optical Scan | 31 | 22,949 | $7,000 | $93,000.00 | $30,486 | $247,247 |
| KNOX | Paper | 11 | 3,073 | $7,000 | $33,000.00 | $5,000 | $76,085 |
| LAMAR | Optical Scan | 33 | 35,831 | $7,000 | $99,000.00 | $47,598 | $293,524 |
| LAMB | Paper | 13 | 10,353 | $7,000 | $39,000.00 | $13,753 | $105,624 |
| LAMPASAS | Optical Scan | 10 | 12,864 | $7,000 | $30,000.00 | $17,089 | $94,282 |
| LASALLE | Optical Scan | 7 | 4,143 | $7,000 | $21,000.00 | $5,504 | $53,066 |
| LAVACA | Optical Scan | 20 | 14,562 | $7,000 | $60,000.00 | $19,344 | $158,866 |
| LEE | Paper | 13 | 11,148 | $7,000 | $39,000.00 | $14,809 | $107,738 |
| LEON | Optical Scan | 15 | 11,610 | $7,000 | $45,000.00 | $15,423 | $120,980 |
| LIBERTY | Optical Scan | 30 | 50,777 | $7,000 | $90,000.00 | $67,453 | $315,257 |
| LIMESTONE | Optical Scan | 21 | 16,451 | $7,000 | $63,000.00 | $21,854 | $169,897 |
| LIPSCOMB | Paper | 10 | 2,214 | $7,000 | $30,000.00 | $5,000 | $70,078 |
| LIVE OAK | Paper | 15 | 9,570 | $7,000 | $45,000.00 | $12,713 | $115,555 |
| LLANO | Optical Scan | 13 | 14,333 | $7,000 | $39,000.00 | $19,040 | $116,210 |
| LOVING | Paper | 5 | 54 | $7,000 | $15,000.00 | $5,000 | $40,045 |
| LUBBOCK | Optical Scan | 94 | 180,367 | $9,000 | $282,000.00 | $239,601 | $1,044,366 |
| LYNN | Paper | 15 | 4,506 | $7,000 | $45,000.00 | $5,986 | $102,085 |
| MADISON | Optical Scan | 9 | 10,207 | $7,000 | $27,000.00 | $13,559 | $81,209 |
| MARION | Paper | 16 | 8,496 | $7,000 | $48,000.00 | $11,286 | $118,705 |
| MARTIN | Paper | 10 | 3,136 | $7,000 | $30,000.00 | $5,000 | $70,078 |
| MASON | Optical Scan | 9 | 2,902 | $7,000 | $27,000.00 | $5,000 | $64,071 |
| MATAGORDA | Optical Scan | 19 | 26,575 | $7,000 | $57,000.00 | $35,302 | $184,811 |
| MAVERICK | Optical Scan | 15 | 29,838 | $7,000 | $45,000.00 | $39,637 | $169,463 |
| MCCULLOCH | Paper | 11 | 6,019 | $7,000 | $33,000.00 | $7,996 | $82,083 |
| MCLENNAN | Optical Scan | 98 | 156,687 | $9,000 | $294,000.00 | $208,145 | $1,005,409 |
| MCMULLEN | Paper | 6 | 652 | $7,000 | $18,000.00 | $5,000 | $46,051 |
| MEDINA | Optical Scan | 24 | 27,925 | $7,000 | $72,000.00 | $37,096 | $218,435 |
| MENARD | Paper | 7 | 1,788 | $7,000 | $21,000.00 | $5,000 | $52,058 |
| MIDLAND | Optical Scan | 54 | 80,975 | $7,000 | $162,000.00 | $107,568 | $539,737 |
| MILAM | Optical Scan | 22 | 17,582 | $7,000 | $66,000.00 | $23,356 | $178,912 |
| MILLS | Paper | 11 | 3,835 | $7,000 | $33,000.00 | $5,094 | $76,274 |
| MITCHELL | Paper | 7 | 7,777 | $7,000 | $21,000.00 | $10,331 | $62,792 |
| MONTAGUE | Optical Scan | 15 | 14,528 | $7,000 | $45,000.00 | $19,299 | $128,742 |

JA_001406

USA_00016288

TX_00204889

FUNDING ALLOCATIONS TO TEXAS COUNTIES

| COUNTY | VOTING SYSTEM | PRECINCTS | VOTING AGE POP. | FY03 Approp. | | | FY04 Approp. |
|---|---|---|---|---|---|---|---|
| | | | | County Education Fund | Accessible Voting System | General HAVA Compl. w/ $5,000 Minimum | 200% FY03 Accessibility and Gen. HAVA Comp. Funding |
| MONTGOMERY | Optical Scan | 73 | 207,036 | $9,000 | $219,000.00 | $275,029 | $989,159 |
| MOORE | Optical Scan | 9 | 13,368 | $7,000 | $27,000.00 | $17,758 | $89,616 |
| MORRIS | Optical Scan | 11 | 9,759 | $7,000 | $33,000.00 | $12,964 | $92,030 |
| MOTLEY | Paper | 7 | 1,084 | $7,000 | $21,000.00 | $5,000 | $52,058 |
| NACOGDOCHES | Optical Scan | 29 | 44,995 | $7,000 | $87,000.00 | $59,772 | $293,871 |
| NAVARRO | Optical Scan | 35 | 32,830 | $7,000 | $105,000.00 | $43,612 | $297,555 |
| NEWTON | Optical Scan | 22 | 11,127 | $7,000 | $66,000.00 | $14,781 | $161,743 |
| NOLAN | Optical Scan | 10 | 11,521 | $7,000 | $30,000.00 | $15,305 | $90,710 |
| NUECES | Optical Scan | 123 | 224,528 | $9,000 | $369,000.00 | $298,265 | $1,336,019 |
| OCHILTREE | Paper | 5 | 6,254 | $7,000 | $15,000.00 | $8,308 | $46,668 |
| OLDHAM | Paper | 8 | 1,420 | $7,000 | $24,000.00 | $5,000 | $58,065 |
| ORANGE | Optical Scan | 30 | 61,783 | $7,000 | $90,000.00 | $82,073 | $344,530 |
| PALO PINTO | Optical Scan | 20 | 20,004 | $7,000 | $60,000.00 | $26,574 | $173,340 |
| PANOLA | Optical Scan | 22 | 17,015 | $7,000 | $66,000.00 | $22,603 | $177,403 |
| PARKER | Optical Scan | 34 | 64,139 | $7,000 | $102,000.00 | $85,203 | $374,823 |
| PARMER | Optical Scan | 10 | 6,721 | $7,000 | $30,000.00 | $8,928 | $77,943 |
| PECOS | Optical Scan | 10 | 12,160 | $7,000 | $30,000.00 | $16,153 | $92,410 |
| POLK | Optical Scan | 21 | 31,698 | $7,000 | $63,000.00 | $42,108 | $210,450 |
| POTTER | Optical Scan | 32 | 81,747 | $7,000 | $96,000.00 | $108,594 | $409,643 |
| PRESIDIO | Paper | 8 | 4,915 | $7,000 | $24,000.00 | $6,529 | $61,126 |
| RAINS | Paper | 8 | 6,968 | $7,000 | $24,000.00 | $9,256 | $66,587 |
| RANDALL | Optical Scan | 32 | 77,100 | $7,000 | $96,000.00 | $102,420 | $397,283 |
| REAGAN | Paper | 7 | 2,189 | $7,000 | $21,000.00 | $5,000 | $52,058 |
| REAL | Paper | 7 | 2,333 | $7,000 | $21,000.00 | $5,000 | $52,058 |
| RED RIVER | Paper | 26 | 10,900 | $7,000 | $78,000.00 | $14,480 | $185,166 |
| REEVES | Punch Card | 13 | 9,214 | $7,000 | $39,000.00 | $12,240 | $102,594 |
| REFUGIO | Optical Scan | 11 | 5,784 | $7,000 | $33,000.00 | $7,884 | $81,458 |
| ROBERTS | Paper | 6 | 665 | $7,000 | $18,000.00 | $5,000 | $46,051 |
| ROBERTSON | Optical Scan | 17 | 11,485 | $7,000 | $51,000.00 | $15,257 | $132,661 |
| ROCKWALL | Optical Scan | 14 | 30,127 | $7,000 | $42,000.00 | $40,021 | $164,225 |
| RUNNELS | Paper | 10 | 8,398 | $7,000 | $30,000.00 | $11,156 | $82,404 |
| RUSK | Optical Scan | 38 | 35,581 | $7,000 | $114,000.00 | $47,266 | $322,892 |
| SABINE | Optical Scan | 11 | 8,258 | $7,000 | $33,000.00 | $10,970 | $88,038 |
| SAN AUGUSTINE | Optical Scan | 12 | 6,822 | $7,000 | $36,000.00 | $9,062 | $90,225 |

27

FUNDING ALLOCATIONS TO TEXAS COUNTIES

| COUNTY | VOTING SYSTEM | PRECINCTS | VOTING AGE POP. | County Education Fund | Accessible Voting System | General HAVA Compl. w/ $5,000 Minimum | 200% FY03 Accessibility and Gen. HAVA Comp. Funding |
|---|---|---|---|---|---|---|---|
| | | | | | FY03 Approp. | | FY04 Approp. |
| SAN JACINTO | Optical Scan | 12 | 16,647 | $7,000 | $36,000.00 | $22,114 | $116,358 |
| SAN PATRICIO | Optical Scan | 34 | 46,260 | $7,000 | $102,000.00 | $61,452 | $327,269 |
| SAN SABA | Optical Scan | 8 | 4,460 | $7,000 | $24,000.00 | $5,925 | $59,916 |
| SCHLEICHER | Paper | 5 | 2,115 | $7,000 | $15,000.00 | $5,000 | $40,045 |
| SCURRY | Optical Scan | 12 | 12,245 | $7,000 | $36,000.00 | $16,266 | $104,649 |
| SHACKELFORD | Paper | 8 | 2,421 | $7,000 | $24,000.00 | $5,000 | $58,065 |
| SHELBY | Optical Scan | 15 | 18,518 | $7,000 | $45,000.00 | $24,599 | $139,354 |
| SHERMAN | Paper | 8 | 2,186 | $7,000 | $24,000.00 | $5,000 | $58,065 |
| SMITH | Punch Card | 72 | 126,208 | $9,000 | $216,000.00 | $170,313 | $773,487 |
| SOMERVELL | Paper | 7 | 4,874 | $7,000 | $21,000.00 | $6,475 | $55,011 |
| STARR | Optical Scan | 11 | 33,555 | $7,000 | $33,000.00 | $44,575 | $155,323 |
| STEPHENS | Optical Scan | 11 | 7,313 | $7,000 | $33,000.00 | $9,715 | $85,525 |
| STERLING | Paper | 5 | 993 | $7,000 | $15,000.00 | $5,000 | $40,045 |
| STONEWALL | Paper | 10 | 1,307 | $7,000 | $30,000.00 | $5,000 | $70,078 |
| SUTTON | Paper | 6 | 2,904 | $7,000 | $18,000.00 | $5,000 | $46,051 |
| SWISHER | Paper | 11 | 6,040 | $7,000 | $33,000.00 | $8,024 | $82,139 |
| TARRANT | Optical Scan | 535 | 1,039,747 | $11,000 | $1,605,000.00 | $1,381,210 | $5,979,082 |
| TAYLOR | Punch Card | 39 | 92,895 | $7,000 | $117,000.00 | $123,403 | $481,342 |
| TERRELL | Paper | 5 | 794 | $7,000 | $15,000.00 | $5,000 | $40,045 |
| TERRY | Optical Scan | 9 | 9,143 | $7,000 | $27,000.00 | $12,146 | $78,379 |
| THROCKMORTON | Paper | 6 | 1,384 | $7,000 | $18,000.00 | $5,000 | $46,051 |
| TITUS | Optical Scan | 20 | 19,600 | $7,000 | $60,000.00 | $26,037 | $172,266 |
| TOM GREEN | Optical Scan | 60 | 76,879 | $7,000 | $180,000.00 | $102,127 | $564,883 |
| TRAVIS | Optical Scan | 230 | 619,336 | $11,000 | $690,000.00 | $822,732 | $3,028,838 |
| TRINITY | Optical Scan | 20 | 10,625 | $7,000 | $60,000.00 | $14,114 | $148,394 |
| TYLER | Optical Scan | 18 | 16,034 | $7,000 | $54,000.00 | $21,300 | $150,767 |
| UPSHUR | Optical Scan | 21 | 25,771 | $7,000 | $63,000.00 | $34,234 | $194,686 |
| UPTON | DRE | 7 | 2,406 | $7,000 | $21,000.00 | $5,000 | $52,058 |
| UVALDE | Optical Scan | 16 | 17,795 | $7,000 | $48,000.00 | $23,639 | $143,438 |
| VAL VERDE | Optical Scan | 21 | 30,474 | $7,000 | $63,000.00 | $40,482 | $207,195 |
| VAN ZANDT | Optical Scan | 29 | 35,841 | $7,000 | $87,000.00 | $47,612 | $269,523 |
| VICTORIA | AVM | 36 | 59,586 | $7,000 | $108,000.00 | $79,155 | $374,727 |
| WALKER | Optical Scan | 19 | 50,642 | $7,000 | $57,000.00 | $67,273 | $248,824 |
| WALLER | Optical Scan | 20 | 24,277 | $7,000 | $60,000.00 | $32,250 | $184,705 |

JA_001408

USA_00016290

TX_00204891

FUNDING ALLOCATIONS TO TEXAS COUNTIES

| COUNTY | VOTING SYSTEM | PRECINCTS | VOTING AGE POP. | County Education Fund | Accessible Voting System | General HAVA Compl. w/ $5,000 Minimum | 200% FY03 Accessibility and Gen. HAVA Comp. Funding |
|---|---|---|---|---|---|---|---|
| | | | | | FY03 Approp. | | FY04 Approp. |
| WARD | Optical Scan | 9 | 7,573 | $7,000 | $27,000.00 | $10,060 | $74,203 |
| WASHINGTON | Optical Scan | 22 | 22,868 | $7,000 | $66,000.00 | $30,378 | $192,971 |
| WEBB | Optical Scan | 42 | 123,255 | $9,000 | $126,000.00 | $163,733 | $580,113 |
| WHARTON | Optical Scan | 23 | 29,351 | $7,000 | $69,000.00 | $38,990 | $216,221 |
| WHEELER | Paper | 11 | 3,989 | $7,000 | $33,000.00 | $5,272 | $76,630 |
| WICHITA | Punch Card | 53 | 98,544 | $7,000 | $159,000.00 | $130,907 | $580,460 |
| WILBARGER | Paper | 13 | 10,582 | $7,000 | $39,000.00 | $14,057 | $106,233 |
| WILLACY | Optical Scan | 13 | 13,730 | $7,000 | $39,000.00 | $18,239 | $114,606 |
| WILLIAMSON | Optical Scan | 85 | 175,065 | $9,000 | $255,000.00 | $232,558 | $976,204 |
| WILSON | Optical Scan | 17 | 22,956 | $7,000 | $51,000.00 | $30,495 | $163,172 |
| WINKLER | Optical Scan | 6 | 5,033 | $7,000 | $18,000.00 | $6,686 | $49,427 |
| WISE | Optical Scan | 23 | 34,990 | $7,000 | $69,000.00 | $46,481 | $231,220 |
| WOOD | Optical Scan | 12 | 28,725 | $7,000 | $36,000.00 | $38,159 | $148,483 |
| YOAKUM | Optical Scan | 7 | 4,972 | $7,000 | $21,000.00 | $6,605 | $55,271 |
| YOUNG | Paper | 13 | 13,458 | $7,000 | $39,000.00 | $17,878 | $113,882 |
| ZAPATA | Optical Scan | 8 | 8,157 | $7,000 | $24,000.00 | $10,836 | $69,749 |
| ZAVALA | Optical Scan | 7 | 7,644 | $7,000 | $21,000.00 | $10,154 | $62,378 |
| | | 8,586 | 14,965,061 | $1,834,000 | $25,758,000 | $20,000,000 | $91,618,074 |

JA_001409

USA_00016291

TX_00204892

Case 2:13-cv-00193 Document 660-21 Filed on 11/11/14 in TXSD Page 38 of 56
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 44 of 219

| Chart D-Definitions of "Vote" | |
|---|---|
| Punch Card | Current law-Section 127.130(d) of the Texas Election Code:<br><br>(d) Subject to Subsection (e), in any manual count conducted under this code, a vote on a ballot on which a voter indicates a vote by punching a hole in the ballot may not be counted unless:<br><br>(1) at least two corners of the chad are detached;<br><br>(2) light is visible through the hole;<br><br>(3) an indentation on the chad from the stylus or other object is present and indicates a clearly ascertainable intent of the voter to vote; or<br><br>(4) the chad reflects by other means a clearly ascertainable intent of the voter to vote.<br><br>(e) Subsection (d) does not supersede any clearly ascertainable intent of the voter. |
| **Optical Scan, Direct Recording Electronic, and Paper Ballot Systems** | Effective January 1, 2004, Section 65.009(d) of the Texas Election Code will provide:<br><br>The intent of the voter in marking a ballot may be determined by: (1) a distinguishing mark adjacent to the name of a candidate or political party or a voting choice associated with a proposition; (2) an oval, box, or similar marking clearly drawn around the name of a candidate or political party or a voting choice associated with a proposition; (3) a line drawn through: (A) the names of all candidates in a manner that indicates a preference for the candidates not marked if the names of the candidates not marked do not exceed the number of persons that may be elected to that office; (B) the name of each political party except one in a manner that clearly indicates a preference for the political party not marked; or (C) a voting choice associated with a proposition in a manner that clearly indicates a preference for the other voting choice associated with the proposition; or (4) any other evidence that clearly indicates the intent of the voter in choosing a candidate or political party or deciding on a proposition. |

30

JA_001410

TX_00204893

USA_00016292

Case 2:13-cv-00193 Document 660-21 Filed on 11/11/14 in TXSD Page 39 of 56
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 45 of 219

Wednesday, January 26, 2011     SENATE JOURNAL     183

## LETTER FROM TEXAS DEPARTMENT
## OF PUBLIC SAFETY

Senator Van de Putte submitted the following letter relating to **SB 14**:



# TEXAS DEPARTMENT OF PUBLIC SAFETY

5805 N. LAMAR BLVD • BOX 4087 • AUSTIN, TEXAS 78773-0001
512/424-2000
www.txdps.state.tx.us



STEVEN C. McCRAW
DIRECTOR
LAMAR BECKWORTH
CHERYL MaxBRINE
DEPUTY DIRECTORS

COMMISSION
ALLAN B. POLUNSKY, CHAIR
ADA BROWN
JOHN STEEN
CARIN MARCY BARTH
A. CYNTHIA LEON

January 26, 2011

Dear Texas State Senators,

Please find attached the responses to Senate questions regarding the Department of Public
Safety's administration of the Texas Driver License and Identification Card programs.

Thank you for the opportunity to serve as a resource witness to the Senate Committee of the
Whole on January 25, 2011. The Department currently has 307 driver license offices that serve the
over 15 million Texas driver license holders and over 750,000 identification card holders in Texas.

If you have any additional questions, please contact Rebecca Davio, Assistant Director for Driver
Licenses at 512-424-5232 or Rebecca.davio@txdps.state.tx.us

Sincerely,

*Steven C McCraw*

Steven C. McCraw
Director
Texas Department of Public Safety

*EQUAL OPPORTUNITY EMPLOYER*
*COURTESY • SERVICE • PROTECTION*

TX_00204894

USA_00016293

### Response to Questions from Senate Committee of the Whole

#### Please validate the map provided by Legislative Council.

The Driver License Division has reviewed the map and determined that it is correct.

#### Please comment on the Department's 5% reduction and 10% proposed reduction in the Legislative Appropriations Request.

The Department lost $14.6 million due to the 5% cut in General Revenue that we faced. This includes five Department offices that might have to close. These are not necessarily Driver License offices. The Department's 10% proposed reduction schedule identified that 11 DPS offices might have to close. These are not necessarily Driver License offices. They are offices with various Department services. The Business Intelligence Analysis project will identify the optimum placement of Driver License offices throughout the state. The Department also is not able to determine at this time how a reduction in funds will affect operating hours of Driver License offices.

#### Are there any anticipated closures of Driver License offices?

The Driver License Division is conducting a Business Intelligence Analysis to determine the most efficient ways to allocate scarce resources and to best serve Texas residents, statewide. At present, there are no anticipated closures. In the event there is an equipment failure in the future, we may consider temporarily closing a mobile office in the near term.

#### Does the Department have a comment on the Criminal Justice Impact statement for SB 14?

The Department has no comment on the criminal justice impact statement as we are not the appropriate entity to comment on the potential overcrowding of jails.

#### Are there Driver License offices within the 610 loop?

No. The closest office to 610 is Dacoma. It is at 290 @ 610 North.

#### Driver License Offices and Hours in the Houston area

- Dacoma – 8-5 except Tuesday 8-7
- Gessner – 8-6 Tuesday and Thursday, 8-5 M, W, F
- Grant Road – 8-5 except Wednesday 8-7
- Townhurst – 8-5 except Thursday 8-7
- Winkler – 8-5 except Thursday 8-7
- Tidwell – 8-5 except Thursday 8-7
- Vantage Parkway – 8-5 except Tuesday 8-7
- We also have offices in Baytown, Humble, Pasadena, and Webster – all within Harris County

#### Driver License Offices and Hours in the DFW metro area

Dallas

- Downtown – 8-5 – no exams, duplicates and renewals only (this office is in a City of Dallas building)
- East (Northwest Highway) – 8-5 except Wednesday 8-7

TX_00204895

USA_00016294

Case 2:13-cv-00193    Document 660-21    Filed on 11/11/14 in TXSD    Page 41 of 56
Case 1:12-cv-00128-RMC-DST-RLW    Document 208-1    Filed 06/20/12    Page 47 of 219

Wednesday, January 26, 2011          SENATE JOURNAL          185

- Dallas Southwest (Red Bird Center Drive) – 8-5 except Wednesday 8-7
- We also have offices in Carrollton, Garland, Grand Prairie, Irving, and Cedar Hill – all within Dallas County

**Fort Worth**
- Woodway Drive – 7:30-5 except Monday 7:30-6
- We also have offices in Arlington, Hurst, and Lake Worth – all within Tarrant County

### What is the protocol for confiscated licenses?

Texas Transportation Code §§ 524.011(b)(2) and (3), and 724.032(2) and (3) provide the requirements for a peace officer to confiscate a driver license where a driver is arrested for an alcohol related offense under the Administrative License Revocation program(ALR) in accordance to Section 49.04, 49.045, or 49.06, Penal Code, or an offense under Section 49.07 or 49.08 of that code involving the operation of a motor vehicle or watercraft. These statutes provide that the peace officer shall take possession of any driver license issued by this state and held by the person arrested, and issue a temporary driving permit to the person unless department records show or the officer otherwise determines that the person does not hold a driver's license to operate a motor vehicle in this state.

This permit (form DIC-25), handwritten by the peace officer, is part of the arrest documentation provided to the driver and contains the driver's name, driver license number, date of birth, address, physician description including race, sex, height, weight, eyes, and hair color. This temporary driving permit does not contain a photograph of the driver. A temporary driving provision issued under these sections of the Transportation Code expires on the 41st day after the date of issuance, which coincides with the effective date of the driver license suspension. Commercial drivers are issued a similar temporary permit (form DIC-57) however, the permit becomes effective beginning 24 hours from the time of arrest. The peace officer is required to forward the appropriate ALR paperwork with the confiscated license to the Department for processing. Upon completion of the suspension period, the driver license is returned to the driver. During the suspension period, the driver is eligible to make application for an identification card with a photograph during this suspension period.

### How does the temporary driving permit that you receive when your license is confiscated differ from a "temporary driving permit" that you get when you apply for a Driver License?

A temporary driving permit issued by the Texas Highway Patrol is issued to drivers arrested for an alcohol related offense. This permit (form DIC-25) is part of the arrest documentation provided to the driver and contains the driver's name, driver license number, date of birth, address, physician description including race, sex, height, weight, eyes, and hair color. This temporary driving permit does not contain a photograph of the driver. This permit allows the driver to operate a motor vehicle in the interim period before the driver license suspension takes effect on the 41st day. This is in accordance to Texas Transportation Code Chapters 524 and 724.

A temporary driving permit issued by driver license personnel at a driver license office contains the same information that appears on a driver license including the driver license photograph of the applicant. This temporary driving permit is computer generated from the driver license system and expires within 45 days of issuance.

TX_00204896

USA_00016295

Case 2:13-cv-00193 Document 660-21 Filed on 11/11/14 in TXSD Page 42 of 56
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 48 of 219

186                    82nd Legislature — Regular Session                6th Day

**What will the DPS' policy be when a person enters a Driver License office seeking an ID for the purpose of voting, but they have outstanding Driver Responsibility surcharges on their Driver License?**
A person's driver license status or surcharge status does not prohibit the ability of the person to obtain a Texas identification card, provided the person presents the appropriate identification documentation for the issuance of an identification card.

**What is the current policy when a person with Driver Responsibility surcharges enters a Driver License office for a different transaction?**
Each driver license office has an information desk which allows the customer to request specific services at that location. If a customer requests surcharge information while applying for a Texas identification card, the customer will be provided with contact information to customer service for additional assistance. The customer will be issued a Texas identification card provided the customer presents the appropriate identification documentation for the issuance of an identification card. Surcharges and request of an ID are two separate issues and will be treated as such.

**What types of birth certificates does Driver License office recognize for the purpose of identification?**
Every original applicant must present one piece of primary identification, or one piece of secondary identification plus two pieces of support identification; or two pieces of secondary identification. 37 Texas Administrative Code § 15.24 provides that the Department may accept secondary identification in the form of an original or certified original or certified copy of a birth certificate issued by the appropriate State Bureau of Vital Statistics or equivalent agency; an original or certified copy of United States Department of State Certification of Birth (issued to United States citizens born abroad); or an original or certified copy of court order with name and date of birth (DOB) indicating an official change of name and/or gender.

**How many homebound IDs do we issue?**
0.15% of ID applicants receive homebound service.

Only ID cards are issued through this process and we screen very closely to ensure there is not a practical way to serve the customer in the office as it requires taking an employee away from their regular duties serving customers in the driver license offices.

The need for a homebound visit is determined by the supervisor of the local driver license office. The Driver License Division has digital cameras that can capture the required image for the identification card. The applicant fills out a form LI-50, which includes a signature block along with the appropriate application for an original or renewed ID. Any necessary identification documents such as birth certificates are copied and returned to the applicant. All materials – photo, signature, and applications – are sent to the DL headquarters in Austin for processing.

**Provide an analysis on wait time in all Driver License offices;**
Prior to November 2010, the Driver License Division conducted a study of all of its Driver License offices to determine wait time, process time and the average amount of time customers spend in Driver License offices. Please see the attachment "DL Wait Times".

Since November 2010, automated queuing systems are being installed our 50 busiest Driver License offices across the state. It is a priority for the Department to reduce wait time to no more than 40 minutes. The queuing system and its report function are important tools we will use to measure performance.

TX_00204897

USA_00016296

Wednesday, January 26, 2011    SENATE JOURNAL    187





**Wait Time Survey (in minutes)**
**February 2010 - May 2010**

Wait time begins when a customer enters a DL facility and ends when the customer reaches the counter.

TX_00204898

USA_00016297

Case 2:13-cv-00193 Document 660-21 Filed on 11/11/14 in TXSD Page 44 of 56
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 50 of 219





### Process Time Survey (in minutes)
### February 2010 - May 2010

Process time begins when a customer reaches the counter and
ends when the transaction is complete.

TX_00204899

USA_00016298

Wednesday, January 26, 2011    SENATE JOURNAL    189





TX_00204900

USA_00016299

190        82nd Legislature — Regular Session        6th Day

| County | Site Name | Office Closed | Date Office Closed | ADA Compliance |
|---|---|---|---|---|
| Anderson | Palestine | N | N/A | Y |
| Andrews | Andrews | N | N/A | Y |
| Angelina | Lufkin | N | N/A | Y |
| Archer | Archer City | Y | Apr-10 | Y |
| Armstrong | Claude | Y | Oct-10 | Y |
| Atascosa | Jourdanton | N | N/A | N |
| Austin | Bellville | Y | Dec-10 | Y |
| Austin | Sealy | Y | Jan-11 | Y |
| Bailey | Muleshoe | N | N/A | Y |
| Bandera | Bandera | Y | Jun-08 | Y |
| Bastrop | Bastrop | N | N/A | Y |
| Bastrop | Elgin | Y | Oct-10 | Y |
| Baylor | Seymour | N | N/A | Y |
| Bee | Beeville | N | N/A | Y |
| Bell | Fort Hood | N | N/A | Y |
| Bell | Killeen | N | N/A | N |
| Bell | Temple | N | N/A | Y |
| Bexar | S.A. - General McMullen | N | N/A | Y |
| Bexar | San Antonio - Babcock | N | N/A | Y |
| Bexar | San Antonio - District | N | N/A | Y |
| Bexar | San Antonio Pat Booker Rd | N | N/A | Y |
| Blanco | Johnson City | N | N/A | Y |
| Borden | Gail | Y | Jun-10 | Y |
| Bosque | Meridian | N | N/A | Y |
| Bowie | New Boston | N | N/A | Y |
| Bowie | Texarkana | N | N/A | Y |
| Brazoria | Alvin | N | N/A | Y |
| Brazoria | Angleton | N | N/A | Y |
| Brazos | Bryan | N | N/A | Y |
| Brewster | Alpine | N | N/A | Y |
| Briscoe | Silverton | Y | Unk | Y |
| Brooks | Falfurrias | N | N/A | Y |
| Brown | Brownwood | N | N/A | Y |
| Burleson | Caldwell | Y | N/A | Y |
| Burnet | Burnet | N | N/A | Y |
| Burnet | Marble Falls | N | N/A | Y |
| Caldwell | Lockhart | Y | Oct-10 | Y |
| Calhoun | Port Lavaca | N | N/A | Y |
| Callahan | Baird | N | N/A | Y |
| Callahan | Cross Plains | Y | Apr-05 | Y |
| Cameron | Brownsville | N | N/A | Y |
| Cameron | Harlingen | N | N/A | Y |
| Cameron | Port Isabel | Y | Jan-11 | Y |
| Camp | Pittsburg | Y | Jun-10 | Y |
| Carson | Panhandle | N | N/A | Y |
| Cass | Atlanta | N | N/A | Y |
| Castro | Dimmitt | N | N/A | Y |
| Chambers | Wallisville | N | N/A | Y |

JA_001418

TX_00204901

USA_00016300

Wednesday, January 26, 2011          SENATE  JOURNAL                    191

| County | Site Name | Office Closed | Date Office Closed | ADA Compliance |
|---|---|---|---|---|
| Cherokee | Jacksonville | N | N/A | Y |
| Cherokee | Rusk | N | N/A | Y |
| Childress | Childress | N | N/A | Y |
| Clay | Henrietta | Y | Feb-07 | Y |
| Cochran | Morton | Y | Nov-10 | Y |
| Coke | Robert Lee | Y | May-10 | Y |
| Coleman | Coleman | N | N/A | Y |
| Collin | McKinney | N | N/A | Y |
| Collin | Plano | N | N/A | Y |
| Collingsworth | Wellington | Y | Jun-07 | Y |
| Colorado | Columbus | N | N/A | N |
| Comal | New Braunfels | N | N/A | Y |
| Commanche | Comanche | N | N/A | Y |
| Concho | Eden | Y | Dec-10 | Y |
| Cooke | Gainesville | N | N/A | Y |
| Coryell | Copperas Cove | N | N/A | Y |
| Coryell | Gatesville | N | N/A | Y |
| Cottle | Paducah | Y | Jun-07 | Y |
| Crane | Crane | N | N/A | Y |
| Crockett | Ozona | Y | Dec-10 | Y |
| Crosby | Crosbyton | N | N/A | Y |
| Culberson | Van Horn | N | N/A | Y |
| Dallam | Dalhart | N | N/A | Y |
| Dallas | Carrollton | N | N/A | Y |
| Dallas | Cedar Hill | N | N/A | Y |
| Dallas | Dallas - Downtown | N | N/A | Y |
| Dallas | Dallas - East | N | N/A | Y |
| Dallas | Dallas - Southwest | N | N/A | Y |
| Dallas | Garland | N | N/A | Y |
| Dallas | Grand Prairie | N | N/A | Y |
| Dallas | Irving | N | N/A | Y |
| Dawson | Lamesa | N | N/A | Y |
| Deaf Smith | Hereford | N | N/A | Y |
| Delta | Cooper | Y | Dec-09 | Y |
| Denton | Denton | N | N/A | Y |
| Denton | Lewisville | N | N/A | Y |
| Dewitt | Cuero | N | N/A | Y |
| Dickens | Spur | Y | Unk | Y |
| Donley | Clarendon | N | N/A | Y |
| Duval | Freer | Y | Jan-06 | Y |
| Eastland | Eastland | N | N/A | Y |
| Ector | Odessa | N | N/A | Y |
| Edwards | Rocksprings | N | N/A | Y |
| El Paso | El Paso - Gateway | N | N/A | Y |
| El Paso | El Paso - Hondo Pass | N | N/A | Y |
| El Paso | El Paso - Northwest | N | N/A | Y |
| El Paso | El Paso - Scott Simpson | N | N/A | Y |
| El Paso | Fort Bliss | N | N/A | N |

TX_00204902

USA_00016301

192                    82nd Legislature — Regular Session              6th Day

| County | Site Name | Office Closed | Date Office Closed | ADA Compliance |
|---|---|---|---|---|
| Ellis | Waxahachie | N | N/A | Y |
| Erath | Stephenville | N | N/A | Y |
| Fannin | Bonham | N | N/A | Y |
| Fayette | La Grange | Y | Jan-09 | Y |
| Fayette | Schulenburg | Y | Jan-09 | Y |
| Fisher | Roby | N | N/A | Y |
| Floyd | Floydada | N | N/A | Y |
| Foard | Crowell | Y | Jun-07 | Y |
| Fort Bend | Rosenberg | N | N/A | Y |
| Franklin | Mount Vernon | Y | Jun-05 | Y |
| Freestone | Fairfield | N | N/A | Y |
| Frio | Pearsall | Y | Oct-10 | Y |
| Gaines | Seminole | N | N/A | Y |
| Galveston | Galveston | N | N/A | Y |
| Galveston | Texas City | N | N/A | Y |
| Garza | Post | Y | Nov-10 | Y |
| Gillespie | Fredericksburg | N | N/A | Y |
| Glasscock | Garden City | Y | Jun-10 | Y |
| Goliad | Goliad | Y | Dec-10 | Y |
| Gonzales | Gonzales | N | N/A | Y |
| Gray | Pampa | N | N/A | Y |
| Grayson | Sherman | N | N/A | Y |
| Gregg | Longview | N | N/A | Y |
| Grimes | Navasota | Y | Jan-11 | Y |
| Guadalupe | Seguin | N | N/A | Y |
| Hale | Plainview | N | N/A | Y |
| Hall | Memphis | Y | Jun-07 | Y |
| Hamilton | Hamilton | N | N/A | Y |
| Hansford | Spearman | Y | Apr-10 | Y |
| Hardeman | Quanah | N | N/A | Y |
| Hardin | Kountze | N | N/A | Y |
| Harris | Houston - Dacoma | N | N/A | Y |
| Harris | Houston - Gessner | N | N/A | Y |
| Harris | Houston - Grant Road | N | N/A | Y |
| Harris | Houston - Townhurst | N | N/A | Y |
| Harris | Houston - Vantage Pkwy | N | N/A | Y |
| Harris | Katy | Y | Unk | Y |
| Harris | Baytown | N | N/A | Y |
| Harris | Clear Lake | N | N/A | Y |
| Harris | Houston - Tidwell | N | N/A | Y |
| Harris | Houston - Winkler | N | N/A | Y |
| Harris | Humble | N | N/A | Y |
| Harris | Pasadena | N | N/A | Y |
| Harrison | Marshall | N | N/A | Y |
| Hartley | Channing | Y | Oct-10 | Y |
| Haskell | Haskell | N | N/A | Y |
| Hays | San Marcos | N | N/A | Y |

JA_001420

Wednesday, January 26, 2011          SENATE JOURNAL          193

| County | Site Name | Office Closed | Date Office Closed | ADA Compliance |
|--------|-----------|---------------|--------------------|----------------|
| Hemphill | Canadian | N | N/A | Y |
| Henderson | Athens | N | N/A | Y |
| Hidalgo | McAllen | N | N/A | Y |
| Hidalgo | Edinburg | N | N/A | Y |
| Hidalgo | Mission | N | N/A | Y |
| Hidalgo | Weslaco | N | N/A | N |
| Hill | Hillsboro | N | N/A | Y |
| Hockley | Levelland | N | N/A | N |
| Hood | Granbury | N | N/A | Y |
| Hopkins | Sulphur Springs | N | N/A | Y |
| Houston | Crockett | N | N/A | Y |
| Howard | Big Spring | N | N/A | Y |
| Hudspeth | Dell City | Y | Nov-10 | Y |
| Hudspeth | Sierra Blanca | Y | Nov-10 | Y |
| Hunt | Greenville | N | N/A | Y |
| Hutchinson | Borger | N | N/A | Y |
| Irion | Mertzon | Y | Dec-10 | Y |
| Jack | Jacksboro | Y | Sep-09 | Y |
| Jackson | Edna | N | N/A | Y |
| Jasper | Jasper | N | N/A | Y |
| Jeff Davis | Fort Davis | Y | Sep-10 | Y |
| Jefferson | Beaumont | N | N/A | Y |
| Jefferson | Port Arthur | N | N/A | Y |
| Jim Hogg | Hebbronville | Y | Jul-10 | Y |
| Jim Wells | Alice | N | N/A | Y |
| Johnson | Cleburne | N | N/A | Y |
| Jones | Anson | N | N/A | Y |
| Karnes | Karnes City | Y | Apr-10 | Y |
| Kaufman | Terrell | N | N/A | Y |
| Kendall | Boerne | N | N/A | Y |
| Kent | Jayton | Y | Sep-09 | Y |
| Kerr | Kerrville | N | N/A | Y |
| Kimble | Junction | Y | Dec-10 | Y |
| Kinney | Brackettville | Y | Dec-09 | Y |
| Kleberg | Kingsville | N | N/A | Y |
| Knox | Munday | N | N/A | Y |
| La Salle | Cotulla | Y | Oct-09 | Y |
| Lamar | Paris | N | N/A | Y |
| Lamb | Littlefield | N | N/A | Y |
| Lampasas | Lampasas | N | N/A | Y |
| Lavaca | Hallettsville | N | N/A | Y |
| Lee | Giddings | Y | Oct-10 | Y |
| Leon | Centerville | N | N/A | Y |
| Liberty | Cleveland | N | N/A | Y |
| Liberty | Liberty | N | N/A | Y |
| Limestone | Groesbeck | N | N/A | Y |

TX_00204904

USA_00016303

194          82nd Legislature — Regular Session          6th Day

| County | Site Name | Office Closed | Date Office Closed | ADA Compliance |
|---|---|---|---|---|
| Lipscomb | Follett | Y | Apr-10 | N |
| Lipscomb | Higgins | Y | Apr-10 | Y |
| Live Oak | George West | N | N/A | Y |
| Llano | Llano | N | N/A | Y |
| Lubbock | Lubbock | N | N/A | Y |
| Lubbock | Slaton | Y | Nov-10 | N |
| Lynn | Tahoka | Y | Nov-10 | Y |
| Madison | Madisonville | Y | N/A | Y |
| Martin | Stanton | N | N/A | Y |
| Mason | Mason | Y | Oct-10 | Y |
| Matagorda | Bay City | N | N/A | Y |
| Matagorda | Palacios | Y | Jan-11 | Y |
| Maverick | Eagle Pass | N | N/A | Y |
| McCulloch | Brady | N | N/A | Y |
| McLennan | Waco | N | N/A | Y |
| McMullen | Tilden | Y | Jan-11 | Y |
| Medina | Hondo | N | N/A | Y |
| Menard | Menard | Y | Dec-10 | N |
| Midland | Midland | N | N/A | Y |
| Milam | Cameron | N | N/A | Y |
| Mills | Goldthwaite | N | N/A | Y |
| Mitchell | Colorado City | N | N/A | Y |
| Montague | Bowie | N | N/A | Y |
| Montague | Nocona | Y | Feb-07 | Y |
| Montgomery | Conroe | N | N/A | Y |
| Moore | Dumas | N | N/A | Y |
| Morris | Daingerfield | N | N/A | Y |
| Motley | Matador | Y | Jan-10 | Y |
| Nacogdoches | Nacogdoches | N | N/A | Y |
| Navarro | Corsicana | N | N/A | Y |
| Nolan | Sweetwater | N | N/A | Y |
| Nueces | Corpus Christi | N | N/A | Y |
| Ochiltree | Perryton | N | N/A | Y |
| Oldham | Vega | Y | Feb-10 | Y |
| Orange | Orange | N | N/A | Y |
| Palo Pinto | Mineral Wells | N | N/A | Y |
| Panola | Carthage | N | N/A | Y |
| Parker | Weatherford | N | N/A | Y |
| Parmer | Friona | N | N/A | Y |
| Pecos | Fort Stockton | N | N/A | Y |
| Pecos | Iraan | Y | Dec-10 | Y |
| Polk | Livingston | N | N/A | Y |
| Presidio | Marfa | N | N/A | Y |
| Presidio | Presidio | N | N/A | Y |
| Raines | Emory | Y | Oct-10 | Y |
| Randall | Amarillo | N | N/A | Y |
| Reagan | Big Lake | N | N/A | Y |

JA_001422

TX_00204905

USA_00016304

Case 2:13-cv-00193   Document 660-21   Filed on 11/11/14 in TXSD   Page 51 of 56
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-1   Filed 06/20/12   Page 57 of 219

Wednesday, January 26, 2011     SENATE JOURNAL     195

| County | Site Name | Office Closed | Date Office Closed | ADA Compliance |
|---|---|---|---|---|
| Real | Leakey | Y | May-10 | Y |
| Red River | Clarksville | N | N/A | Y |
| Reeves | Pecos | N | N/A | Y |
| Refugio | Refugio | Y | Sep-10 | Y |
| Roberts | Miami | Y | Mar-07 | Y |
| Robertson | Hearne | Y | Unk | Y |
| Rockwall | Rockwall | N | N/A | Y |
| Runnels | Ballinger | N | N/A | Y |
| Rusk | Henderson | N | N/A | Y |
| Sabine | Hemphill | Y | Jun-05 | Y |
| San Jacinto | Coldspring | Y | Jun-05 | Y |
| San Patricio | Aransas Pass | N | N/A | Y |
| San Patricio | Sinton | N | N/A | Y |
| San Saba | San Saba | Y | Oct-10 | Y |
| Schleicher | Eldorado | Y | Dec-10 | Y |
| Scurry | Snyder | N | N/A | Y |
| Shackelford | Albany | Y | Jun-05 | Y |
| Shelby | Center | N | N/A | Y |
| Sherman | Stratford | Y | Oct-10 | Y |
| Smith | Tyler | N | N/A | Y |
| Starr | Rio Grande City | N | N/A | Y |
| Stephens | Breckenridge | N | N/A | Y |
| Sterling | Sterling City | Y | Jun-10 | Y |
| Stonewall | Aspermont | Y | Sep-09 | Y |
| Sutton | Sonora | N | N/A | Y |
| Swisher | Tulia | N | N/A | Y |
| Tarrant | Arlington | N | N/A | Y |
| Tarrant | Fort Worth | N | N/A | Y |
| Tarrant | Hurst | N | N/A | Y |
| Tarrant | Lake Worth | N | N/A | Y |
| Taylor | Abilene | N | N/A | Y |
| Terrell | Sanderson | Y | Nov-10 | Y |
| Terry | Brownfield | N | N/A | Y |
| Throckmorton | Throckmorton | Y | Aug-09 | Y |
| Titus | Mount Pleasant | N | N/A | Y |
| Tom Green | San Angelo | N | N/A | Y |
| Travis | Austin - Capitol | N | N/A | Y |
| Travis | Austin - Denson | N | N/A | Y |
| Travis | Austin - North | N | N/A | Y |
| Travis | Austin - South Congress | N | N/A | Y |
| Trinity | Trinity | Y | Jun-05 | Y |
| Tyler | Woodville | N | N/A | Y |
| Upshur | Gilmer | N | N/A | Y |
| Upton | McCamey | Y | Dec-10 | Y |
| Upton | Rankin | Y | Dec-10 | Y |
| Uvalde | Uvalde | N | N/A | Y |
| Val Verde | Del Rio | N | N/A | Y |
| Van Zandt | Canton | N | N/A | Y |

JA_001423

196          82nd Legislature — Regular Session                    6th Day

| County | Site Name | Office Closed | Date Office Closed | ADA Compliance |
|--------|-----------|---------------|--------------------|----------------|
| Victoria | Victoria | N | N/A | Y |
| Walker | Huntsville | N | N/A | Y |
| Waller | Hempstead | N | N/A | Y |
| Ward | Monahans | N | N/A | Y |
| Washington | Brenham | N | N/A | Y |
| Webb | Laredo | N | N/A | Y |
| Wharton | Pierce | N | N/A | Y |
| Wheeler | Shamrock | N | N/A | Y |
| Wheeler | Wheeler | Y | Mar-07 | Y |
| Wichita | Wichita Falls | N | N/A | Y |
| Wilbarger | Vernon | N | N/A | Y |
| Williamson | Austin - Northwest | N | N/A | Y |
| Williamson | Georgetown | N | N/A | Y |
| Williamson | Taylor | N | N/A | Y |
| Wilson | Floresville | N | N/A | Y |
| Winkler | Kermit | N | N/A | Y |
| Wise | Decatur | N | N/A | Y |
| Wood | Quitman | N | N/A | N |
| Yoakum | Denver City | N | N/A | N |
| Young | Graham | N | N/A | Y |
| Young | Olney | Y | Aug-09 | Y |
| Zapata | Zapata | N | N/A | Y |
| Zavala | Crystal City | N | N/A | Y |

JA_001424

TX_00204907

USA_00016306

Case 2:13-cv-00193 Document 660-21 Filed on 11/11/14 in TXSD Page 53 of 56
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 59 of 219

## DL Offices Closed

| Region | Site Name | County | Type of Office FT PT M | Office Closed | Date Office Closed |
|---|---|---|---|---|---|
| 5 | Archer City | Archer | M | Y | Apr-10 |
| 5 | Claude | Armstrong | M | Y | Oct-10 |
| 2A | Bellville | Austin | M | Y | Dec-10 |
| 2A | Sealy | Austin | M | Y | Jan-11 |
| 6A | Bandera | Bandera | M | Y | Jun-08 |
| 6A | Elgin | Bastrop | M | Y | Oct-10 |
| 4 | Gail | Borden | M | Y | Jun-10 |
| 5 | Silverton | Briscoe | M | Y | Unk |
| 2A | Caldwell | Burleson | M | Y | Unk |
| 6A | Lockhart | Caldwell | M | Y | Oct-10 |
| 5 | Cross Plains | Callahan | M | Y | Apr-09 |
| 6A | Port Isabel | Cameron | M | Y | |
| 1A | Pittsburg | Camp | M | Y | Jun-10 |
| 5 | Henrietta | Clay | M | Y | Feb-07 |
| 5 | Morton | Cochran | M | Y | Nov-10 |
| 4 | Robert Lee | Coke | M | Y | May-10 |
| 5 | Wellington | Collingsworth | M | Y | Jun-07 |
| 4 | Eden | Concho | M | Y | Dec-10 |
| 5 | Paducah | Cottle | M | Y | Jun-07 |
| 4 | Ozona | Crockett | M | Y | Dec-10 |
| 1A | Cooper | Delta | M | Y | Dec-09 |
| 5 | Spur | Dickens | M | Y | Unk |
| 3 | Freer | Duval | M | Y | Jan-06 |
| 6A | La Grange | Fayette | M | Y | Jan-09 |
| 6A | Schulenburg | Fayette | M | Y | Jan-09 |
| 5 | Crowell | Foard | M | Y | Jun-07 |
| 1A | Mt Vernon | Franklin | M | Y | Jun-05 |
| 6A | Pearsall | Frio | M | Y | Oct-10 |
| 5 | Post | Garza | M | Y | Nov-10 |
| 4 | Garden City | Glasscock | M | Y | Jun-10 |
| 6A | Goliad | Goliad | M | Y | Dec-10 |
| 2A | Navasota | Grimes | M | Y | Jan-11 |
| 5 | Memphis | Hall | M | Y | Jun-07 |
| 5 | Spearman | Hansford | M | Y | Apr-10 |

Page 1 of 3

TX_00204908

USA_00016307

DL Offices Closed

| 2A | Key | Home | PT | Y | Oct-10 |
|---|---|---|---|---|---|
| 5 | Channing | Hartley | M | Y | Oct-10 |
| 4 | Dell City | Hudspeth | M | Y | Nov-10 |
| 4 | Sierra Blanca | Hudspeth | M | Y | Nov-10 |
| 4 | Mertzon | Irion | M | Y | Dec-10 |
| 5 | Jacksboro | Jack | M | Y | Sep-09 |
| 4 | Fort Davis | Jeff Davis | M | Y | Sep-10 |
| 3 | Hebbronville | Jim Hogg | M | Y | Jul-10 |
| 6A | Karnes City | Karnes | M | Y | Apr-10 |
| 5 | Jayton | Kent | M | Y | Sep-10 |
| 4 | Junction | Kimble | M | Y | Dec-10 |
| 3 | Bracketville | Kinney | M | Y | Dec-09 |
| 3 | Cotulla | La Salle | M | Y | Oct-09 |
| 6A | Giddings | Lee | M | Y | Oct-10 |
| 5 | Follett | Lipscomb | M | Y | Apr-10 |
| 5 | Higgins | Lipscomb | M | Y | Apr-10 |
| 5 | Slaton | Lubbock | M | Y | Nov-10 |
| 5 | Tahoka | Lynn | M | Y | Nov-10 |
| 2A | Madisonville | Madison | PT | Y | Unk |
| 4 | Mason | Mason | M | Y | Oct-10 |
| 2A | Palacios | Matagorda | M | Y | Jan-11 |
| 3 | Tilden | McMullen | M | Y | Jan-11 |
| 4 | Menard | Menard | M | Y | Dec-10 |
| 5 | Nocona | Montague | M | Y | Feb-07 |
| 5 | Matador | Motley | M | Y | Jan-10 |
| 5 | Vega | Oldham | M | Y | Feb-10 |
| 3 | Iraan | Pecos | M | Y | Dec-10 |
| 1A | Emory | Raines | PT | Y | Oct-10 |
| 3 | Leakey | Real | M | Y | May-10 |
| 3 | Refugio | Refugio | M | Y | Sep-10 |
| 5 | Miami | Roberts | M | Y | Mar-07 |
| 2A | Hearne | Robertson | M | Y | Unk |
| 2B | Hemphill | Sabine | M | Y | Jun-05 |
| 2B | Coldspring | San Jacinto | M | Y | Jun-05 |
| 6B | San Saba | San Saba | M | Y | Oct-10 |

Page 2 of 3

JA_001426

TX_00204909

USA_00016308

Case 2:13-cv-00193 Document 660-21 Filed on 11/11/14 in TXSD Page 55 of 56
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 61 of 219

## DL Offices Closed

| | | | | | |
|---|---|---|---|---|---|
| 4 | Eldorado | Schleicher | M | Y | Dec-10 |
| 5 | Albany | Shackelford | M | Y | Jun-05 |
| 5 | Stratford | Sherman | M | Y | Oct-10 |
| 4 | Sterling City | Sterling | M | Y | Jun-10 |
| 5 | Aspermont | Stonewall | M | Y | Sep-09 |
| 4 | Sanderson | Terrell | M | Y | Nov-10 |
| 5 | Throckmorton | Throckmorton | M | Y | Aug-09 |
| 2B | Trinity | Trinity | M | Y | Jun-05 |
| 4 | McCamey | Upton | M | Y | Dec-10 |
| 4 | Rankin | Upton | M | Y | Dec-10 |
| 5 | Wheeler | Wheeler | M | Y | Mar-07 |
| 5 | Olney | Young | M | Y | Aug-09 |

Counties with no DL offices.

| Region | County |
|---|---|
| 3 | Aransas |
| 3 | Dimmit |
| 6B | Falls |
| 3 | Kenedy |
| 5 | King |
| 4 | Loving |
| 1A | Marion |
| 2B | Newton |
| 5 | Potter |
| 2B | San Augustine |
| 1B | Somervell |
| 3 | Willacy |

| | |
|---|---|
| Total Offices | 307 |
| Full Time Office Open | 174 |
| Part Time Office Open | 34 |
| Mobile Office Open | 18 |
| Full Time Office Closed | 1 |
| Part Time Office Closed | 2 |
| Mobile Office Closed | 78 |
| Counties w/ No Offices | 65 +12=77 |

DL offices closed but the Counties still have DL offices in those locations
Counties with no DL offices
Duplicates

Page 3 of 3

TX_00204910

USA_00016309

## SENATE CONCURRENT RESOLUTION 8

The President laid before the Senate the following resolution:

WHEREAS, Section 17, Article III, Texas Constitution, provides that neither house of the legislature may adjourn for more than three days without the consent of the other house; now, therefore, be it

RESOLVED by the 82nd Legislature of the State of Texas, That each house grant the other permission to adjourn for more than three days during the period beginning on Wednesday, January 26, 2011, and ending on Monday, January 31, 2011.

WHITMIRE

**SCR 8** was read.

On motion of Senator Whitmire, the resolution was considered immediately and was adopted by the following vote: Yeas 30, Nays 0.

Absent-excused: Uresti.

## ADJOURNMENT

On motion of Senator Whitmire, the Senate at 8:53 p.m. adjourned until 1:30 p.m. Monday, January 31, 2011.

TX_00204911

USA_00016310