PL021
9/2/2014
2:13-cv-00193

Case 2:13-cv-00193   Document 660-23   Filed on 11/11/14 in TXSD   Page 1 of 106
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-1   Filed 06/20/12   Page 87 of 219

1

TEXAS HOUSE OF REPRESENTATIVES

82ND LEGISLATURE

SELECT COMMITTEE ON VOTER IDENTIFICATION

AND VOTER FRAUD HEARING

MARCH 1, 2011

(VOLUME I of II)

Transcribed by Amy C. Kofron CSR

April 11, 2011



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 2 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 88 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

2

1        WITNESS NAME                    PAGE TESTIMONY BEGINS

2

3        CHRIS WARD.........................    5

4        B.R. SKIPPER WALLCE..................  19

5        DAVID CARTER........................   42

6        WILLIAM BUTCH MARSALIS..............   56

7        CYNTHIA LE PORI.....................   59

8        ROBERT GREEN........................   62

9        GARY BLEDSOE........................   64

10       COLLEEN VERA........................   89

11       BRIAN KEMP..........................   93

12       LUIS FIGUEROA....................... 123

13       THOMAS WHEELER...................... 141

14

15

16

17

18

19

20

21

22

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028109

USA_00016336

Case 2:13-cv-00193  Document 660-23  Filed on 11/11/14 in TXSD  Page 3 of 106
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 89 of 219
VOTER FRAUD HEARING - VOL. 1                           MARCH 1, 2012

3

1          CHAIRMAN BONNEN:  Okay.  We have a quorum, so

2      we'll begin.  I'd like to welcome everyone here to the hearing

3      today.  The committee will use the following procedures today to

4      insure an effective and productive hearing that respects the

5      time and efforts of those wishing to testify.  Invited

6      witnesses, which I believe there are ten of, five from each side

7      of the issue, will be allowed to provide an opening presentation

8      and will be limited to ten minutes and then stand before the

9      committee to answer any questions that committee members may

10     have.

11          Citizens wishing to testify in the public portion

12     of the hearing will be limited to three minutes of testimony,

13     with additional time, of course, for the members of the

14     committee to question these witnesses.  The committee has

15     invited three witnesses to participate through Skype, which is a

16     software application that allows audio and video between two

17     parties.  This is an interesting way that the three expert

18     witnesses, at the request of Vice Chairman Veasey, to allow them

19     to testify if they get their witness affirmations and things in.

20          We will now lay out Senate Bill 14.  Then we'll

21     have Representative Harless lay out and explain her substitutes.

22     So Representative Harless' office has made copies available to

23     the public in the back of the room.  There should be copies of

24     the committee substitute by Representative Harless on Senate

25     Bill 14.  All testimony before the committee will be on



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001455

TX_00028110

USA_00016337

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 4 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 90 of 219
VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

4

1    Representative Harless' committee substitute to Senate Bill 14.

2    Okay.  We left a member off on the roll call, so the clerk would

3    like to re-call the roll.

4                    THE CLERK:  Bonnen?

5                    MR. BONNEN:  Here.

6                    THE CLERK:  Veasey?  Hilderbran?  Hochberg?

7                    MR. HOCHBERG:  Here.

8                    THE CLERK:  Pena?

9                    MR. PENA:  Here.

10                   THE CLERK:  Taylor?  Gutierrez?  Harless?

11                   MS. HARLESS:  Here.

12                   THE CLERK:  Aliseda?

13                   MR. ALISEDA:  Here.

14                   CHAIRMAN BONNEN:  Okay.  Thank you.  There is

15   still a quorum.  Okay.  So the Chair lays out Senate Bill 14 by

16   Senator Fraser.  Representative Harless offers up a committee

17   substitute to Senate Bill 14, and the chair recognizes her to

18   explain her substitute.

19                   MS. HARLESS:  Would you prefer me to do it here?

20                   CHAIRMAN BONNEN:  It's wherever you're most

21   comfortable.

22                   MS. HARLESS:  Okay.  I'll just do it here.

23                   Senate Bill 14 House Committee Substitute

24   Highlights:  This bill requires voters to show a photo ID.  It

25   has exceptions of people 70 and older as of January 1st, 2012,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001456

TX_00028111

USA_00016338

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 5 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 91 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

5

1       and they may continue to vote with their voter's registration

2       card, indigent voters, voters with religious objections to being

3       photographed, and voters who show proof of Social Security

4       disability or 50 percent disabled vets.  The acceptable photo

5       IDs include cards issued by the DPS, most will be driver's

6       license or ID cards no more than 60 days expired, military IDs

7       that are no more than 60 days expired, a passport that is no

8       more than 60 days expired, citizen certificate with photograph,

9       concealed handgun license that are no more than 60 days expired.

10              The changes in the Committee Substitute, the

11      disability exemption has been tightened.  The CHL expiration

12      language is made consistent with other forms of ID.  It must not

13      have another form of ID to get a free ID, one must not.  And it

14      removes the Senate Floor amendment rendering this bill

15      ineffective if the bill is determined to make an appropriation,

16      and legislative council technical changes.

17              CHAIRMAN BONNEN:  Thank you.  Are there any

18      questions of Representative Harless, members?  Thank you.

19              Chair calls Chris Ward, an attorney, as invited

20      testimony.  And obviously, for all witnesses, we ask that you

21      state your name and who you're representing for the record and

22      then go ahead and begin your testimony.

23              Mr. Ward, you'll have ten minutes.

24              MR. WARD:  Thank you, Mr. Chairman.  My name is

25      Chris Ward.  I represent myself here.  I am a partner with the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028112

USA_00016339

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 6 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 92 of 219
VOTER FRAUD HEARING - VOL. 1                            MARCH 1, 2012

6

1      law firm of Yetter, Coleman.  I've been asked to come testify

2      regarding the constitutionality of Senate Bill 14 under the

3      standard laid out by the Supreme Court.  I practice --

4                    CHAIRMAN BONNEN:  Mr. Ward, I would assume you're

5      speaking to the substitute, and you've seen the substitute?

6                    MR. WARD:  Yes, Mr. Chairman.

7                    CHAIRMAN BONNEN:  Thank you.

8                    MR. WARD:  And I -- and I -- and I -- you know,

9      and I don't think there is any -- have been any changes of

10     constitutional significance in the bill and certainly

11     the -- that the bill before the committee today would satisfy

12     the Court's constitutional standard as I will walk through with

13     you.

14                   Just a little by way of background.  I primarily

15     practice appellate litigation, including constitutional and

16     Supreme Court litigation.  I have some experience in the

17     particular field of voting rights, including being one of the

18     lead attorneys in the 2009 Supreme Court case, Northwest Austin

19     MUD v. Holder, which was one of the -- the Court's leading

20     Voting Rights Act decisions in recent years.

21                   The Supreme Court has spoken pretty plainly to

22     the particular issue that is before the committee with regard to

23     constitutionality.  There is a 2008 Supreme Court case, Crawford

24     v. Marion County Election Board in which the Supreme Court

25     upheld Indiana's voter identification law.  And what -- the main



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028113

USA_00016340

Case 2:13-cv-00193   Document 660-23   Filed on 11/11/14 in TXSD   Page 7 of 106
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-1   Filed 06/20/12   Page 93 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

7

1    thing I want to do is kind of walk through a little bit of what

2    the Crawford case holds and how that relates to Senate Bill 14.

3           The Indiana voter identification law, at the time it

4    was considered by the Supreme Court, was considered to be the

5    most stringent voter identification law in the country.  So the

6    fact that the Supreme Court upheld the Indiana voter ID law gave

7    a lot of -- a lot of constitutional validity to the entire

8    concept of requiring voter identification as a means of

9    combatting voter fraud.  The opinion in the Crawford case was

10   authored by Justice Stevens, who of course is now off the court,

11   but at the time and for a long time he had been considered one

12   of the most liberal members of the Supreme Court. So there --

13   there is some -- some weight to the fact that Justice Stevens is

14   the one who wrote the opinion upholding it.  He was joined by

15   the chief justice and also by Justice Kennedy who was and still

16   is considered the main swing vote on the Court.

17          Just a few -- a few things to note about the

18   Crawford case.  The Indiana voter law that was being considered

19   by the Supreme Court in Crawford, like Senate Bill 14, would

20   apply to in-person voting and required citizens to show a photo

21   ID in order to vote in person.  In the controlling opinion,

22   Justice Stevens laid out the test for a constitutional challenge

23   to an election regulation.  He explained that the -- what you do

24   is you weigh the asserted injury to the right to vote against

25   the precise interest put forward by the State.  And the Court



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028114

USA_00016341

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 8 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 94 of 219
VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

8

1       identified several valid State interests in the context of a

2       voter identification law.  The primary State interest, which the

3       Supreme Court said is clearly valid, is the -- the State, of

4       course, has a strong interest in deterring and detecting voter

5       fraud.

6               Interesting to note, in the Crawford case, the

7       Court noted there was -- there was nothing in the record of that

8       case that reflected that in-person voting fraud had actually

9       been occurring or had been a real problem in Indiana.  But there

10      were a few flagrant examples from around the country, and the

11      Court made the observation that this is a -- this is a problem a

12      legislature can reasonably expect and can reasonably take steps

13      to prevent.

14              Justice Stevens recounted an anecdote regarding a

15      19th century New York ward boss of politics who said, you know,

16      all his voters that he wanted to get out, he always wanted men

17      with whiskers because he could -- he could send them in once to

18      vote with a full set of whiskers.  Then he can take them to the

19      barber, have the mustache shaved, send them in, send them back

20      to the barber, they could come back with just their mutton

21      chops.  And then if you need more votes, you can send them back

22      clean shaven, and each one was good for four votes.

23              Now, I bring that -- I mention that part of the

24      opinion for two reasons:  One, I just find it a little amusing.

25      But the important legal and constitutional point is this was



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028115

USA_00016342

Case 2:13-cv-00193   Document 660-23   Filed on 11/11/14 in TXSD   Page 9 of 106
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-1   Filed 06/20/12   Page 93 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

9

1      something that happened more than 100 years ago, and the Court

2      looked at it and said here's an example of where in-person voter

3      fraud could occur.  And the point of including that anecdote in

4      the opinion is to say this is a problem a state can address.  It

5      doesn't necessary have to be based on current evidence of a

6      contemporary problem.  This is something you can anticipate

7      could be a problem, and we know it's been a problem

8      historically, and a state can take reasonable pleasures to

9      prevent it.

10             The Court also identified other valid state

11     interests, interests in improving and modernizing election

12     procedures.  The Court noted that in the Help America Vote Act,

13     Congress identified photo identification as one effective method

14     of establishing a voter's qualification to vote.  So Congress

15     has also -- has recognized photo ID as a valid way of validating

16     a voter's identity.  The Commission on Federal Election Reform,

17     which was a commission chaired by former President Jimmy Carter

18     and Secretary of State Robert Baker -- Jim Baker, issued a

19     report in which they also identified photo ID as a valid method

20     of modernizing and making elections -- election procedures more

21     modern and effective.

22             Safeguarding voter confidence is another valid

23     state interest that the Court identified as served by photo ID

24     laws.  Not only does it make the system more fraud proof, but it

25     gives voters more confidence that their system is fraud proof



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028116

USA_00016343

Case 2:13-cv-00193 Document 660-33 Filed on 11/11/14 in TXSD Page 10 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 96 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

10

1    and that their own validly-cast vote will count and will not be

2    diluted by the casting of fraudulent ballots.

3              The Court looked at the burden that a photo ID

4    law imposes on the right to vote, and the Court weighed that

5    against these important state interests.  The Court made an

6    important distinction between a particular burden that an

7    individual might face.  For some individuals, it might be a

8    particular burden to get a photo ID.  But in the context -- in

9    the question of what's called facial validity and a

10   constitutional challenge that seeks to strike down an entire law

11   as unconstitutional is known as a facial challenge.  On its

12   face, you look at the burden overall, not in a particular case

13   in which a person, an individual, might be able to make out a

14   case of a particularized as-applied constitutional problem.

15             The Court identified the relevant burden as the

16   burden on those persons who are eligible to vote but who do not

17   currently possess a valid photo ID.  The Court noted that if you

18   had to pay some fee to get the photo ID, then that would be an

19   unconstitutional poll tax.  But the fact that Indiana's law

20   provided for free photo IDs for those who did not already have

21   them in order to vote kept that from being a problem.  Senate

22   Bill 14 has the same provision.  A voter can get a free photo ID

23   card from the State if the voter does not already have a card.

24   You know, the Court did recognize that there is a somewhat --

25             CHAIRMAN BONNEN:  Mr. Ward, your time has



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028117

USA_00016344

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 11 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 9 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

11

1    expired.

2                    MR. WARD:  Thank you, Mr. Chairman.

3                    CHAIRMAN BONNEN:  Thank you.  Let the record

4    reflect Representative Taylor is present.  He had an issue with

5    traffic.  And also, members, let's welcome Representative Anchia

6    who is not a member of the committee.  But once the members of

7    the committee have asked the questions they desire, we will

8    respect Representative Anchia and other members who are not on

9    this committee to ask questions of the witnesses.

10                    Are there any questions of Mr. Ward of the

11   committee members?  Representative Hochberg?

12                    MR. HOCHBERG:  Thank you, Mr. Chairman.

13                    And I realize that you were citing a legal

14   argument, but I just want to make sure that I understand how it

15   fits.  I guess this was a -- when you were talking about the

16   gentlemen with mutton chops, I guess what you were saying was if

17   fraud ever existed, then any solution that is reasonably

18   attached to eliminating a fraud that's similar, even if it's not

19   that fraud, makes this constitutional.  Is that what your point

20   was?

21                    MR. WARD:  I think the -- the Court's point is

22   that voter fraud is something that historically, and just the

23   experience of legislatures, can tell you that it could be a

24   problem, and that photo ID is a way of combatting it.

25                    MR. HOCHBERG:  So any solution -- so any



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028118

USA_00016345

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 13 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 98 of 219
VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

12

1    action -- it's your position that any action that is arguably to

2    combat voter fraud is legal if there has been any other kind of

3    voter fraud, regardless of whether the action that's taken meets

4    that requirement.

5            I guess the reason I'm asking this is I assume

6    that this bill -- and I have not read the entirety of the

7    substitute, but I assume that this bill doesn't require somebody

8    to reject a voter because they've shaved their whiskers since

9    the time the picture was taken.  But the example that you sort

10   of sent up here was that, my goodness, this guy could

11   have shaved, you know, and be able to come in four different

12   times.  And I don't see how that's really connected to the bill.

13   So what point is it that you're making about that?

14           MR. WARD:  Well, respectfully, Representative, I

15   think the first part of your question was too broad.  It's not

16   my position, and I don't think it's the Supreme Court's position

17   that anything, just because it has the intent of combatting

18   voter fraud is necessarily constitutional.

19           But specifically, the Court has looked at photo

20   identification and said that is a constitutionally valid and

21   reasonable method of attempting to combat voter fraud, improve

22   and modernize elections and encourage voter confidence in the

23   system.

24           MR. HOCHBERG:  But your position is that whether

25   or not the method to combat voter fraud is connected to the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028119

USA_00016346

Case 2:13-cv-00193  Document 660-23  Filed on 11/11/14 in TXSD  Page 13 of 106
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 99 of 219
VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

13

 1    fraud that has been documented to occur at some point in the --

 2    in the history of the state or the United States, I guess, that

 3    that's sufficient to give the State constitutional grounds to

 4    oppose it.

 5              MR. WARD:  Well, I'm saying --

 6              MR. HOCHBERG:  I'm not an attorney, so I'm really

 7    kind of asking you to explain what that example had to do with

 8    anything, because not being an attorney, I can't make all those

 9    stretches.

10              MR. WARD:  Well, the question was raised in the

11    Crawford case, is there evidence or is there enough evidence

12    that this type of in-person voting fraud is a a present problem

13    in Indiana.

14              MR. HOCHBERG:  What type of in-person voting

15    fraud?

16              MR. WARD:  Somebody walking in, and maybe they

17    have a voter registration card or they're on the rolls, but they

18    don't -- they're not asked, and they -- they don't have to show,

19    and they don't have a photo ID, and it's not the person who's

20    actually on the registration roll.  Maybe the person on the

21    registration rolls is dead.  You know, I think there was some

22    evidence in the Indiana case that they had problems with purging

23    their voter rolls, and there were a lot of people who did not

24    meet the constitutional condition of being a person living in

25    the state in order to --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_001465

TX_00028120

USA_00016347

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 14 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 100 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

14

1          MR. HOCHBERG:  Who were on the rolls.

2          MR. WARD:  Who were on the rolls.

3          MR. HOCHBERG:  Right.  We're not assuming that

4     any of those dead people were actually voting.

5          MR. WARD:  That's correct.  The --

6          MR. HOCHBERG:  It would be okay as long as they

7     had the proper ID.

8          MR. WARD:  If they had the proper ID and they

9     could get to the polls, I know nothing in the constitution --

10         MR. HOCHBERG:  I grew up in Chicago, so dead

11    voters -- I understand the dead voters, but --

12         MR. WARD:  The Court has not yet decided whether

13    zombies are protected under the 14th amendment.  But the point

14    the Court was making is to uphold this as a facially

15    constitutional method of combatting voter fraud you do not need

16    to have specific evidence that this is a current widespread

17    problem in the state.

18         MR. HOCHBERG:  Or apparently, a previous problem

19    that you're actually solving, because you would agree with me

20    that voter ID wouldn't take care of the person who has -- who

21    shaves his mutton chops because there's no requirement that a

22    person have the same facial hair --

23         MR. WARD:  Well, not --

24         MR. HOCHBERG:  -- as they do on the picture.

25         MR. WARD:  Not necessarily.  That -- that may



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028121

USA_00016348

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 15 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 101 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

15

1       be --

2                    MR. HOCHBERG:  Or hopefully, the hair on the top

3       of one's head that they do in the picture.

4                    MR. WARD:  But just by way of example, you know,

5       I -- they used to take DPS driver's license photos with your

6       glasses on.  And last time I got my picture made for my driver's

7       license, they made me take my glasses off.  And, you know, there

8       were once or twice in my life when I've had to show my ID, and I

9       had different glasses and they -- or I had contacts for a brief

10      period of time, and somebody would say, Is this you?  Well, yes,

11      it's me.  And I think you could -- if you're looking at a photo

12      ID, you could probably make the same distinction with the

13      whiskers.

14                   MR. HOCHBERG:  Right.  So the --

15                   MR. WARD:  But the --

16                   MR. HOCHBERG:  So the photo ID wouldn't have

17      prevented you from voting four times.  So the -- the example

18      doesn't have to be connected to the case then, I guess.

19                   MR. WARD:  Well, I think in most cases you could

20      probably say I see you're clean shaven; in this you have a

21      beard.  Yeah, I can see.

22                   MR. HOCHBERG:  Right.

23                   MR. WARD:  But, you know, I think that gets a

24      little bit into the weeds.  The main --

25                   MR. HOCHBERG:  Well, just because you brought it



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_001467

TX_00028122

USA_00016349

Case 2:13-cv-00193  Document 660-23  Filed on 11/11/14 in TXSD  Page 16 of 106
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 102 of 219
VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

16

1    up.  So, I -- just --

2                MR. WARD:  Well, the legal reason I pointed to

3    that example is when the Court and Justice Stevens was able to

4    say, I'm going to pull up this 100-year-old example and say

5    that's enough to support using photo ID to combat voter fraud.

6                CHAIRMAN BONNEN:  Okay.  Thank you.

7                MR. WARD:  So --

8                CHAIRMAN BONNEN:  Thank you, Representative

9    Hochberg.  Let the record indicate Representative Hilderbran is

10   present.

11               Members, any other questions of this witness?

12               Representative Anchia.

13               MR. ANCHIA:  Just one.  I just want to underscore

14   a distinct, an important distinction that you made earlier,

15   which was the distinction between an as-applied challenge and a

16   facial challenge.  Now, the Supreme Court in the Indiana case

17   only dealt with the facial challenge, correct?

18               MR. WARD:  That's correct.

19               MR. ANCHIA:  There's been no case related to the

20   Indiana law with respect to an as-applied challenge; is that

21   correct?

22               MR. WARD:  That's correct to the best of my

23   knowledge.

24               MR. ANCHIA:  Okay.  But you could imagine an

25   as-applied challenge that would be successful if the photo ID



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028123

USA_00016350

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 17 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 103 of 219
VOTER FRAUD HEARING - VOL. 1                           MARCH 1, 2012

17

1    regime was onerous and disenfranchised persons; is that correct?

2                    MR. WARD:  You could imagine an as-applied

3    challenge that would be successful with regard to almost any

4    law, affecting anything.  And that's --

5                    MR. ANCHIA:  And in the Indiana case, there was

6    no -- there was no as-applied challenge, simply a facial

7    challenge; is that correct?

8                    MR. WARD:  That's correct.

9                    MR. ANCHIA:  Okay.

10                   MR. WARD:  And -- and if I may -- you know, and

11   that's the difference between a facial challenge and an

12   as-applied challenge is in a facial challenge, you're saying

13   this whole law -- this law is invalid, it's unconstitutional,

14   please strike it down.

15                   And with regard to an as-applied challenge, you

16   can bring an as-applied challenge as to almost any law, whether

17   it's about voting rights or whether it's about a traffic

18   violation or whatever and say, as applied to me, this violates

19   some constitutional right.

20                   MR. ANCHIA:  And just to follow up on your -- on

21   your -- on your analysis.  And if there was a photo

22   identification regime that disenfranchised a significant amount

23   of voters, you could envision an as-applied challenge that would

24   be successful, correct?

25                   MR. WARD:  I could envision a challenge by a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001469

TX_00028124

USA_00016351

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 18 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 104 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

18

1    particular individual that might be successful, that you

2    could --

3              MR. ANCHIA:  But if it was -- in scope of

4    magnitude, if you had a lot of people who were disenfranchised,

5    you could imagine an as-applied challenge that would be

6    successful.

7              MR. WARD:  Well -- well, I couldn't imagine --

8              MR. HOCHBERG:  Just using that assumption.

9              MR. WARD:  Yeah.  I could imagine an individual

10   saying the constitution requires me to have an exception made in

11   my case for this law.  I --

12             MR. ANCHIA:  I'll take that as -- as your

13   agreement.  Thank you.

14             CHAIRMAN BONNEN:  Let the record reflect

15   Representative Gutierrez and Vice Chairman Veasey are present.

16   Representative Aliseda has a question.

17             MR. ALISEDA:  Is it not true that with respect to

18   the Supreme Court case you cited, that there were efforts to

19   find plaintiffs that would be able to claim that the statute was

20   unconstitutional as applied to them?

21             MR. WARD:  I don't know the full litigation

22   history of the case.  I don't know.

23             MR. ALISEDA:  I thought the particular case cited

24   efforts by groups to come up with voters that were

25   disenfranchised by the Indiana statute that, in fact, the case



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001470

TX_00028125

USA_00016352

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 19 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 103 of 219
VOTER FRAUD HEARING - VOL. 1                                MARCH 1, 2012

19

```
 1        was pending several years prior to the actual hearing.

 2                    MR. WARD:  There likely were.  And that's

 3        frequently the case in this kind of a challenge.  And when

 4        you're unsuccessful in being able to dig up a plaintiff who has

 5        a good as-applied claim, that can be part of the evidence that

 6        the law is not facially unconstitutional because it's not

 7        constitutionally significant in terms of the burden it imposes

 8        on very many people.

 9                    MR. ALISEDA:  Thank you.

10                    CHAIRMAN BONNEN:  Thank you, members.  Any other

11        questions of Mr. Ward?

12                    Thank you, Mr. Ward.  Appreciate your time this

13        morning.

14                    MR. WARD:  Thank you, Mr. Chairman and members.

15                    CHAIRMAN BONNEN:  Okay.  Members, we -- at the

16        moment, we don't have any more of the expert witnesses present

17        with us.  I guess we started too early.  So we will begin with

18        the public testimony, and then as expert witnesses arrive, we

19        will bring them forward and allow them their opportunity.

20                    So the chair calls Mr. B.R. Skipper Wallace,

21        legislative chair of the Texas Republican County Chairman's

22        Association to testify for Committee Substitute Senate Bill 14.

23                    MR. WALLACE:  Mr. Chairman, committee members,

24        I'm pleasured to be here this morning.  My name is B.R. Skipper

25        Wallace.  I'm the legislative chairman for the Texas Republican
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028126

USA_00016353

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 20 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 106 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

20

1     County Chairman's Association.  I've been an election judge and

2     a county chairman for 20 years.  I've testified on this -- not

3     this particular bill, but variations of this bill for the last

4     three sessions of the legislature.

5             One statement that's always made is that there

6     are very few documented cases of voter impersonation.  That's

7     true.  Voter impersonation is probably the most difficult type

8     of voter fraud to prove.  Unless the election judge where this

9     person goes to vote knows the person voting or the registration

10    card that they present, there is no way to prove voter

11    impersonation.  If you -- Mr. Veasey, if you present Mr. Pena's

12    card and you come up there and present it, I have no way to

13    dispute that as an election judge under the present law.

14            One concern about the bill is it is difficult for

15    seniors, the poor and handicap to get photo IDs.  We've -- we

16    have agreed in the bill to provide a significant effort to

17    educate, register anyone who does not have a photo ID at no cost

18    to them.  The intent of the bill is not to disenfranchise

19    anyone, but to improve the integrity of the voting process.

20            Secretary of State's office reports that there

21    are 13 million registered voters in Texas as of March 2010

22    primary, 18.7 million voting age population.  DPS reports that

23    there are more than 14 million valid Texas drivers licenses and

24    another 4 million valid Texas ID cards and 400,000 concealed

25    handgun licenses issued to Texans over 18 years old.  Currently,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001472

TX_00028127

USA_00016354

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 21 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 107 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

21

1     there are more government issued IDs possessed by the voting age

2     population than there are registered voters.  So I'm having a

3     real hard time of figuring out who doesn't have an ID already.

4     You can do the math on those numbers, and you tell me who

5     doesn't have one.

6                    I beg you to stop perpetuating voter fraud and

7     pass a good voter photo ID bill.  Hopefully, the goal of

8     everyone on this committee and in the legislature is to improve

9     the election process in Texas.  I'll be glad to answer any

10    questions.

11                   CHAIRMAN BONNEN:  Thank you, Mr. Wallace.  Any

12    questions, members?

13                   Representative Vice Chair Veasey.

14                   VICE CHAIRMAN VEASEY:  It's been awhile since

15    I've been in this room, so pardon me.

16                   MR. WALLACE:  You were here last time I was here.

17                   VICE CHAIRMAN VEASEY:  Yeah, that's right.  That

18    is right.

19                   So what -- I know that you -- that you're

20    concerned about the point that you made about Aaron.  If I

21    have -- if I show you Aaron's voter registration card, that you

22    have to let me vote under the current law.

23                   MR. WALLACE:  Right.

24                   VICE CHAIRMAN VEASEY:  But why are you so

25    convinced that there is voter fraud?  Like what makes you -- is



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028128

USA_00016355

Case 2:13-cv-00193  Document 660-23  Filed on 11/11/14 in TXSD  Page 22 of 106
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 108 of 219
VOTER FRAUD HEARING - VOL. 1                           MARCH 1, 2012

22

```
 1    there -- is -- I know that -- I understand exactly what the

 2    point that you're trying to make, that it's easy for anyone to

 3    just say, Well, here, here's my card, you know, and that that

 4    may be going on throughout the state.  But what makes -- why are

 5    you -- why are you certain that that's going on throughout the

 6    state?

 7              MR. WALLACE:  Well, there -- there is no way that

 8    you can prove that there's not voter fraud, and there's no way

 9    that I can prove that there is voter fraud because the

10    difficulty of proving voter impersonation.  It --

11              VICE CHAIRMAN VEASEY:  Right.  But I think the

12    last statement that you made was that we need to stop

13    perpetuating voter fraud.  But you just said that neither one of

14    us can prove that voter fraud is or is not taking place.

15              MR. WALLACE:  Well, it is our opinion --

16              VICE CHAIRMAN VEASEY:  Uh-huh.

17              MR. WALLACE:  -- that there is voter fraud in the

18    state of Texas --

19              VICE CHAIRMAN VEASEY:  Based on?

20              MR. WALLACE:  -- in various and sundry ways.

21              VICE CHAIRMAN VEASEY:  Based on?

22              MR. WALLACE:  Based on different reports from

23    different areas that -- of election judges that talk to me that

24    say that they have witnessed.  They have not pursued the case

25    and gone ahead and filed charges because they're not sure
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_001474

TX_00028129

USA_00016356

Case 2:13-cv-00193  Document 660-23  Filed on 11/11/14 in TXSD  Page 23 of 106
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 109 of 219
VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

23

```
1     sometimes.  But one election judge told me that they know or
2     they felt pretty sure that they saw the same guy come vote three
3     different times with three different cards, but there's not a
4     case on that.  So, you know, why don't we take an ounce of
5     prevention instead of a pound of cure and solve this problem.  I
6     mean, 90 percent of the voters that come to vote now, at least
7     in the polls that I work in, present a photo ID as it is,
8     without it being a requirement of the law.
9                 VICE CHAIRMAN VEASEY:  How many expired IDs do
10    you see when people --
11                MR. WALLACE:  Not very many.
12                VICE CHAIRMAN VEASEY:  Okay.
13                MR. WALLACE:  No.  In fact, nobody -- everybody
14    thinks that an expired ID is not any good, which, you know,
15    there's some question as to whether an expired ID is any good.
16    But --
17                VICE CHAIRMAN VEASEY:  How many student --
18                MR. WALLACE:  -- I don't ever recall seeing an
19    expired ID presented at a voting place as a way to identify
20    themselves.
21                VICE CHAIRMAN VEASEY:  How many -- how many
22    students, student IDs?
23                MR. WALLACE:  How many students?
24                VICE CHAIRMAN VEASEY:  Yeah.
25                MR. WALLACE:  Well, being that we don't have a
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028130

USA_00016357

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 24 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 110 of 219
VOTER FRAUD HEARING - VOL. 1                                MARCH 1, 2012

```
 1      college in the area where I'm from, we don't get --

 2                   VICE CHAIRMAN VEASEY:  Okay.  Where --

 3                   MR. WALLACE:  -- hardly any.

 4                   VICE CHAIRMAN VEASEY:  And where are you from

 5      again?

 6                   MR. WALLACE:  Lampasas, Texas.

 7                   VICE CHAIRMAN VEASEY:  Lampasas.  Okay.

 8                   MR. WALLACE:  Uh-huh.  Small rural county.

 9                   VICE CHAIRMAN VEASEY:  Yes.  Oh, yeah.

10      Absolutely.

11                   CHAIRMAN BONNEN:  Representative Hochberg.

12                   MR. HOCHBERG:  Thank you, chairman.

13                   Gosh, I thought everybody in Lampasas knew each

14      other.

15                   MR. WALLACE:  Well, you'd think so.  But even in

16      a small county like that, you know, we've got new people moving

17      in all the time, all these folks moving out of Austin, moving to

18      the hill country.  I don't blame them.

19                   MR. HOCHBERG:  Yeah.  Well, that -- that would

20      be -- I'd be worried about that too.  I don't know what it's

21      going to do to your property taxes.  It's probably making a

22      mess.

23                   MR. WALLACE:  Well, that's probably -- you're

24      right.

25                   MR. HOCHBERG:  So what do you -- what are you
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028131

USA_00016358

Case 2:13-cv-00193  Document 660-23  Filed on 11/11/14 in TXSD  Page 25 of 106
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 111 of 219
VOTER FRAUD HEARING - VOL. 1                               MARCH 1, 2012

25

```
 1     going to do?  How are you -- how are you going to stop this dude
 2     who shows up three times who's obviously gone through the effort
 3     of coming up with three different voter registration cards or
 4     three different sets of identification?
 5                 MR. WALLACE:  Well, right now --
 6                 MR. HOCHBERG:  I hadn't been -- I hadn't
 7     been -- let me -- I hadn't been 18 for a long time, but I
 8     remember that it used to be pretty easy to fake an ID or
 9     something to be able to engage in certain activities that
10     weren't allowed to people who were under the age of 21.
11                 MR. WALLACE:  I know exactly what you're talking
12     about.
13                 MR. HOCHBERG:  And so if this dude who came in
14     three times went to the effort of I guess getting some kind of
15     fake identification, because they have to present either a voter
16     registration card or something --
17                 MR. WALLACE:  Voter registration cards was my
18     understanding what they --
19                 MR. HOCHBERG:  Or something.
20                 MR. WALLACE:  -- presented.
21                 MR. HOCHBERG:  Then --
22                 MR. WALLACE:  This was not in Lampasas County
23     that this happened.
24                 MR. HOCHBERG:  And I know -- I know on your
25     watch, you wouldn't let it happen in Lampasas County because you
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028132

USA_00016359

Case 2:13-cv-00193  Document 660-23  Filed on 11/11/14 in TXSD  Page 26 of 106
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 112 of 219
VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

26

```
 1    would have reported it.

 2              MR. WALLACE:  Well, I would probably question --

 3              MR. HOCHBERG:  Sure.

 4              MR. WALLACE:  You know, let me -- well, see,

 5    under law, I can't make them produce an ID.

 6              MR. HOCHBERG:  So when I produce a -- so if that

 7    guy was going through that effort, don't you think under this

 8    law, he'd have himself a fake ID too?

 9              MR. WALLACE:  Well, he'd have to have three fake

10    IDs.

11              MR. HOCHBERG:  Has three fake voter registration

12    cards.

13              MR. WALLACE:  Well, those aren't necessarily

14    fake.  You know, there's a business in Texas where they steal

15    voter registration cards and then pass them out --

16              MR. HOCHBERG:  I think there's --

17              MR. WALLACE:  -- for people to vote.  Or it's my

18    understanding.

19              MR. HOCHBERG:  I don't --

20              MR. WALLACE:  I've never seen that personally.

21              MR. HOCHBERG:  I don't know if that's true, but

22    there's -- there's a business -- I'm sure there are -- I know

23    there are businesses that create fake drivers licenses.

24              MR. WALLACE:  I'm sure there are.  We -- and we've

25    tried --
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001478

TX_00028133

USA_00016360

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 27 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 113 of 219
VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

27

 1                    MR. HOCHBERG:  But were they easy to find.

 2                    MR. WALLACE:  -- to eliminate the number of IDs

 3       that are available to use as a photo ID because we feel like

 4       these are the most secure types --

 5                    MR. HOCHBERG:  But you would --

 6                    MR. WALLACE:  -- rather than the utility bills

 7       and all this other stuff that we used to have.

 8                    MR. HOCHBERG:  Sure.  And but I know when I go to

 9       the airport and try to get on an airplane that they don't just

10       look at my ID, but they've got all kinds of gadgets with the

11       little, you know, magnifying --

12                    MR. WALLACE:  That's true.

13                    MR. HOCHBERG:  -- glass and something, because

14       apparently, it's easy to fake unless you've been specially

15       trained to figure out how not to fake it.

16                    MR. WALLACE:  Right.

17                    MR. HOCHBERG:  So I'm just wondering if that -- I

18       say if that guy was going to go through the effort of either

19       doing that or cutting his mutton chops or whatever --

20                    MR. WALLACE:  Don't know anything about mutton

21       chops.

22                    MR. HOCHBERG:  Would he -- it doesn't take too

23       much of a stretch to think that he would go ahead and have the

24       appropriate kind of ID if he was --

25                    MR. WALLACE:  I think eventually the situation



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001479

TX_00028134

USA_00016361

Case 2:13-cv-00193  Document 660-23  Filed on 11/11/14 in TXSD  Page 28 of 106
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 114 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

28

1    will evolve to you'll have a little -- a little zip thing like

2    they run credit cards through.  They have those for drivers

3    licenses also.  In fact, there are --

4                 MR. HOCHBERG:  What would you do with that?

5                 MR. WALLACE:  It gives you all the information

6    off the driver's license and actually puts it into the

7    electronic poll book right now.  There is a system available to

8    counties that does that, takes --

9                 CHAIRMAN BONNEN:  Mr. Wallace?

10               MR. WALLACE:  Yes, sir.

11               CHAIRMAN BONNEN:  And Representative Hochberg, I

12   don't want to cut you off in any way --

13               MR. HOCHBERG:  I understand.

14               CHAIRMAN BONNEN:  -- but with all due respect --

15               MR. HOCHBERG:  We've got a long day.

16               CHAIRMAN BONNEN:  Well, no, I'm not even worried

17   about that, but we will have an expert witness from DPS who can

18   discuss --

19               MR. HOCHBERG:  Great.

20               CHAIRMAN BONNEN:  -- these driver's license.  No

21   disrespect to you, Mr. Wallace, but I don't think you're --

22               MR. WALLACE:  I'm just trying to answer the

23   question.

24               CHAIRMAN BONNEN:  I don't think.  No.  I know.

25   No, no.  I'm just -- I don't think that you're probably the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028135

USA_00016362

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 29 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 115 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

29

1        expert to answer those.

2                    MR. HOCHBERG:  That's okay.

3                    CHAIRMAN BONNEN:  Go ahead, Mr. Hochberg.

4                    MR. HOCHBERG:  Let me ask you the other side of

5        the --

6                    MR. WALLACE:  Okay.

7                    MR. HOCHBERG:  -- of the deal.  I know that

8        you're -- I know that you are a partisan elected official, but

9        I'm sure you are very fair in the way you administer your

10       elections.

11                   MR. WALLACE:  I certainly try to be.

12                   MR. HOCHBERG:  Have you ever heard of a situation

13       where a person administering an election in a precinct, be they

14       republican or democrat, has done anything to discourage people

15       that he -- who he believes to be or she believes to be of the

16       other party, done anything to discourage them from voting?  Have

17       you ever heard of that happening?

18                   MR. WALLACE:  Well, I've not had a case filed

19       with me to --

20                   MR. HOCHBERG:  But you've heard of it?

21                   MR. WALLACE:  I've heard of it, sure.

22                   MR. HOCHBERG:  You've heard of it as much --

23                   MR. WALLACE:  Yeah.

24                   MR. HOCHBERG:  You've hear of it just like you

25       have --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028136

USA_00016363

Case 2:13-cv-00193  Document 660-23  Filed on 11/11/14 in TXSD  Page 30 of 106
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 116 of 219
VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

30

1                      MR. WALLACE:  On both sides.

2                      MR. HOCHBERG:  That's right.

3                      MR. WALLACE:  Yeah.

4                      MR. HOCHBERG:  And just like you've kind of heard

5       of folks maybe walking in --

6                      MR. WALLACE:  Yes, sir.

7                      MR. HOCHBERG:  -- more than once?

8                      MR. WALLACE:  Yes, sir.

9                      MR. HOCHBERG:  The one thing that I --

10                     MR. WALLACE:  We want to get that out of our

11      elections.

12                     MR. HOCHBERG:  I absolutely agree with that.

13                     MR. WALLACE:  We want elections fair and

14      aboveboard so everybody can vote that's supposed to.

15                     MR. HOCHBERG:  What I -- what I -- what I don't

16      understand is and what I don't see in the bill, and maybe you

17      can -- if you answer this question, I won't ask it again today,

18      but I've asked it --

19                     MR. WALLACE:  Okay.

20                     MR. HOCHBERG:  -- for a number of years on this.

21      You pick up my driver's license and take a look at it, and you

22      look at me, and you know that I'm a registered democrat.  I know

23      we don't have registration, but you know I voted in the primary.

24      You know who I am.

25                     MR. WALLACE:  Yes, sir.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028137

USA_00016364

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 31 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 11 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

31

1                MR. HOCHBERG:  And you know it's not me

2        personally because you know I wouldn't let you do this, but --

3        but you know it's someone who's likely to vote, and it's not --

4        not you, but one of these other folks who have a history of

5        doing this kind of stuff, and they look at the license and they

6        say, I'm sorry, sir, this isn't you.

7                Now, I see references to training in here.  And

8        maybe I -- and maybe I'm missing it and --

9                MS. HARLESS:  May I help you with that?

10               MR. HOCHBERG:  If the chair -- if the chair would

11       allow.

12               CHAIRMAN BONNEN:  Well, are you asking her or Mr.

13       Wallace?

14               MR. HOCHBERG:  Well, I'm -- well, I'm asking him

15       what he would do, but if -- but if the chair would like Ms.

16       Harless to answer, that's up to the chair.

17               CHAIRMAN BONNEN:  Sure.

18               MS. HARLESS:  We do have an expert here from the

19       Secretary of State to talk about that in the discretions they

20       use --

21               MR. HOCHBERG:  Great.

22               MS. HARLESS:  -- and exactly what --

23               CHAIRMAN BONNEN:  Well, they're not here

24       currently.

25               MR. HOCHBERG:  But I'll defer until -- if



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028138

USA_00016365

Case 2:13-cv-00193  Document 660-23  Filed on 11/11/14 in TXSD  Page 32 of 106
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 118 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

32

```
1     somebody -- if --
2                   CHAIRMAN BONNEN:  Okay.
3                   MS. HARLESS:  Yeah.  We have.
4                   MR. HOCHBERG:  -- secretary of state wants to
5     talk about it, I'd love to hear it.
6                   MS. HARLESS:  On some questions, we do have
7     experts here from DPS, from the AG's office --
8                   CHAIRMAN BONNEN:  And I think we stated that.
9                   MS. HARLESS:  -- and also from the Secretary of
10    State.
11                  CHAIRMAN BONNEN:  Yeah.  We'll get to that.
12                  MR. HOCHBERG:  Okay.  Well, thank you, sir.
13    Thank you, sir.
14                  CHAIRMAN BONNEN:  Any other questions of this
15    witness, members?
16                  MS. HARLESS:  I have one.
17                  CHAIRMAN BONNEN:  Representative Harless.
18                  MS. HARLESS:  Thank you.
19                  CHAIRMAN BONNEN:  Yes, ma'am.
20                  MS. HARLESS:  I know that there's a lot of talk
21    about fraud.  And you and I personally may disagree on whether
22    that takes place or it doesn't take place in in-voter fraud.
23    But tell me, in your mind, what happens if one fraudulent vote
24    is cast?  Does that steal from a legitimate voter?
25                  MR. WALLACE:  Well, as you can see in a recent
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001484

TX_00028139

USA_00016366

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 33 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 119 of 219
VOTER FRAUD HEARING - VOL. 1                                        MARCH 1, 2012

33

1    election contest, it doesn't take very many fraudulent votes to

2    change the election results.  And I --

3                    MS. HARLESS:  You --

4                    MR. WALLACE:  I don't want any fraudulent -- if

5    there's any way I can prevent it, I would like to have everybody

6    have their opportunity to vote.  I don't care -- I mean, I do

7    care who they vote for, but, you know, with their right to vote,

8    they can vote for whoever they want to, and however the results

9    come out, they come out.  But they need to be legitimate votes.

10                   MS. HARLESS:  Have you noticed the confidence in

11   the public when they come into your precinct to vote on

12   questioning if their vote really counts and the integrity of the

13   election process?

14                   MR. WALLACE:  On questioning of --

15                   MS. HARLESS:  If there's true integrity in the

16   election process.

17                   MR. WALLACE:  We don't question them as to

18   whether they --

19                   MS. HARLESS:  No, not them.

20                   MR. WALLACE:  Maybe I misunderstood the question.

21                   MS. HARLESS:  Do you have people coming in

22   saying, I'm not sure my vote really counts or --

23                   MR. WALLACE:  Oh, yeah.  Sure.  Yeah.

24                   MS. HARLESS:  Because they're questioning the

25   integrity of the election process?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028140

USA_00016367

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 34 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 120 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

34

1              MR. WALLACE:  Well, you know, you hear all kinds

2       of horror stories, and the press is real good about playing up

3       the if, whens and maybes.  And yeah, people are real

4       apprehensive as to whether our elections are really credible or

5       not.  And when you get one horror story, then everybody is

6       suspect.  They lose confidence in the process.  And I think

7       presenting the ID will help reinstill it.  85 percent of the

8       people in Texas are in support.  Even the democrats, Mr.

9       Hochberg.

10             CHAIRMAN BONNEN:  Thank you.  Representative

11      Gutierrez.

12             MR. GUTIERREZ:  Thank you, Mr. Chairman.  And I

13      apologize.  I was in a LAP committee meeting that we had

14      earlier, and it's still going on at this time.

15             Mr. --

16             MR. WALLACE:  Wallace.

17             MR. GUTIERREZ:  Mr. Wallace, you suggest that the

18      voter fraud is difficult to ascertain and define.  But we had an

19      attorney general's investigation on this issue, did we not?

20             MR. WALLACE:  We have perpetual attorney general

21      investigation --

22             MR. GUTIERREZ:  And they certainly are the --

23             MR. WALLACE:  -- pertaining to voter fraud.

24             MR. GUTIERREZ:  And they are certainly the entity

25      that has the resources -- you would agree with me that they have



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

**ESQUIRE**
DEPOSITION SOLUTIONS

TX_00028141

USA_00016368

Case 2:13-cv-00193  Document 660-23  Filed on 11/11/14 in TXSD  Page 35 of 106
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 121 of 219
VOTER FRAUD HEARING - VOL. 1                                   MARCH 1, 2012

35

```
1     more resources than you do by way of --

2                    MR. WALLACE:  For sure.

3                    MR. GUTIERREZ:  -- law enforcement and

4     investigators to go out and find this very problematic problem,

5     as you suggest.  I mean, they have the resources to be able to

6     ascertain whether it's going on or not, do they not?

7                    MR. WALLACE:  The problem with that is, sir, is

8     that it is almost impossible to prove voter impersonation unless

9     you as an election judge say Mr. Aliseda is not Mr. Gutierrez.

10                   MR. GUTIERREZ:  But the State of Texas spent

11    $1.4 million to investigate this so-called problem.

12                   MR. WALLACE:  Well, I can't help that.

13                   MR. GUTIERREZ:  And your ounce of prevention as

14    we so far have it is going to cost the taxpayers $2 million,

15    which I don't believe.  It's going to cost my county over half a

16    million dollars, which I don't believe.  And yet at a time when

17    we have a budget crisis, we're asking people to go after a

18    problem that doesn't exist.

19                   MR. WALLACE:  Well, how much are legitimate

20    elections worth to you, sir?

21                   MR. GUTIERREZ:  Really?  You really think that we

22    don't have credible elections in the United States of America?

23                   MR. WALLACE:  I think we have pretty good

24    elections, but I want to make them better.

25                   MR. GUTIERREZ:  Right.  Thank you.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028142

USA_00016369

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 36 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 122 of 219
VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

36

1               CHAIRMAN BONNEN:  Vice chair Veasey.

2               VICE CHAIRMAN VEASEY:  Mr. Wallace, I just --

3               MR. WALLACE:  Yes, Mr. Veasey.

4               VICE CHAIRMAN VEASEY:   -- had one other thing

5       for you.

6               MR. WALLACE:  Sure.

7               VICE CHAIRMAN VEASEY:  Now, you -- you said that

8       you have heard certain things.

9               MR. WALLACE:  Yes, sir.

10              VICE CHAIRMAN VEASEY:   And that's one of the

11      concerns that I have about this bill and some of the allegations

12      that have been made since I've been in the legislature is that

13      there's a lot of innuendo, a lot of rumors, a lot of stories,

14      but no one can pinpoint, you know, one thing.  It's just stories

15      that have circulated.  How long have you been involved with the

16      election process?

17              MR. WALLACE:  20 years.

18              VICE CHAIRMAN VEASEY:  20 years?

19              And when did the voter impersonation become a

20      problem?  Do you -- right --

21              MR. WALLACE:  Probably within the last ten years.

22              VICE CHAIRMAN VEASEY:  In the last ten years?

23              MR. WALLACE:  Uh-huh.

24              VICE CHAIRMAN VEASEY:  Okay.

25              MR. WALLACE:  Or at least that's when people



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028143

USA_00016370

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 37 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 123 of 219
VOTER FRAUD HEARING - VOL. 1                           MARCH 1, 2012

37

1    started, you know, telling me they thought that there was voter

2    fraud.  And you -- like I said, we all -- you always have to go

3    back.

4                    VICE CHAIRMAN VEASEY:  Right.

5                    MR. WALLACE:  You can't prove it unless you know

6    the one presenting the fake ID or the -- or the fake voter

7    registration card.

8                    VICE CHAIRMAN VEASEY:  Here -- I -- the one thing

9    that interests me about, you know, the stories that you were

10   telling about, well, you know, this person, you know, you heard

11   that in this other county that someone else voted or used a fake

12   ID and one guy voted three times, but no one really knew what to

13   do, no one --

14                   MR. WALLACE:  That's right.

15                   VICE CHAIRMAN VEASEY:  The red universe -- you

16   know, take off your -- your unbiased, you know, election judge

17   hat and think about the red universe, you know, the -- the

18   republican universe.  There are so many, you know, web blogs and

19   so many, you know, different, you know --

20                   MR. WALLACE:  I don't read all that mess.

21                   VICE CHAIRMAN VEASEY:   -- conservative web sites

22   and things like that that sort of -- and things, you know, get

23   around on those web sites.

24                   MR. WALLACE:  Sure.

25                   VICE CHAIRMAN VEASEY:  Why aren't there more



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028144

USA_00016371

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 38 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 124 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

38

1    specific stories that are being investigated by DPS and by the

2    attorney general's office through this network of conservative

3    blogs and conservative activists if there are so many specific

4    allegations of voter fraud and voter impersonation that are

5    taking place?  I mean, you would think that, you know, with this

6    vast network, that we would already, you know, be knowing about

7    this and that the attorney general's office would be conducting

8    an investigation right now.

9              MR. WALLACE:  Well, voter impersonation is what

10   we're talking about today.  There's lots of different kinds of

11   voter fraud, but voter impersonation is the one particularly

12   working on in this deal.

13             VICE CHAIRMAN VEASEY:  Right.  But if there are

14   stories of voter impersonation that you've heard of from other

15   republicans around the state, surely I could go on -- I could,

16   you know, get my iPad right now and go on one of these

17   conservative blogs or one of these conservative web sites and

18   hear about specific stories and specific allegations of voter

19   fraud that have taken place.  And undoubtedly, you know,

20   Attorney General Abbott would be investigating those claims

21   right now.  But I know of no claims that have been investigated.

22   I know of no serious or credible stories that I've heard of on

23   any of these blogs or any of these sites.  But if it's so

24   widespread and it's taking place and you -- and we know that

25   there are specific stories out there and not just innuendo and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028145

USA_00016372

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 39 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 123 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

39

 1      not just things that people have heard about certain areas or

 2      certain neighborhoods, why are they not being investigated?

 3                      MR. WALLACE:  Well, you've got to understand the

 4      nature of the beast that you're dealing with in an election

 5      judge.  These are all volunteers.  They do it once every two

 6      years or maybe twice every two years.  They are very hesitant to

 7      call somebody to taw, so to speak, when they think there may be

 8      voter impersonation because they're not sure.  And unless

 9      they -- unless I know you and you come in with Mr. Pena's card

10      and try to present that you're Aaron Pena, then I can call you

11      that.  Well, under the law, I can't even do that.  So

12      it -- election judges are very hesitant to bring these things

13      forward.

14                      We need to provide a way for them to say,

15      you're -- you are not Aaron Pena.  I don't know who you are, but

16      you're not Aaron Pena, and you've got Aaron Pena's card.  I --

17      you know --

18                      MS. HARLESS:  Mr. Chairman, may I?

19                      CHAIRMAN BONNEN:  Well, I don't know if Vice

20      Chair Veasey is finished.

21                      VICE CHAIRMAN VEASEY:  I'm done.  Yes.  I'm

22      finished.  Thank you.

23                      CHAIRMAN BONNEN:  Representative Harless.

24                      MR. WALLACE:  Yes, sir.  Thank you.

25                      MS. HARLESS:  Representative Veasey, we will have



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001491

TX_00028146

USA_00016373

Case 2:13-cv-00193  Document 660-23  Filed on 11/11/14 in TXSD  Page 40 of 106
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 128 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

40

1    someone here from the AG's office to talk about any specific

2    cases that have been prosecuted.

3                    VICE CHAIRMAN VEASEY:  Thank you.

4                    MS. HARLESS:  Thank you.

5                    CHAIRMAN BONNEN:  Thank you.  Any other questions

6    of Mr. Wallace?

7                    MR. TAYLOR:  If I could just make a comment.

8                    CHAIRMAN BONNEN:  Sure.  Representative Taylor.

9                    MR. TAYLOR:  I think Mr. Wallace had done a

10   pretty good job of laying out the fact that it's very difficult

11   to prove, unless you absolutely know the people.  And the idea

12   that we have a loophole out there that people are aware of that

13   could be driven through with a truck and we just allow that to

14   continue without closing that loophole, basically, we can't

15   prove a case, it's almost unprovable at this point is a little

16   bit of a stretch.  And I think Mr. Wallace has done a good job

17   of presenting his view.  Thank you.

18                   CHAIRMAN BONNEN:  Representative Aliseda.  We

19   have a lot more witnesses than just him.  So --

20                   MR. WALLACE:  I'm not the only one.

21                   CHAIRMAN BONNEN:  Well, we're -- we're not --

22   believe me, we're not waiting for any expert.

23                   MR. WALLACE:  I'm one of these volunteer experts.

24                   MR. ALISEDA:  There's two purposes served by this

25   statute.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028147

USA_00016374

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 41 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 42 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

41

```
 1                    MR. WALLACE:  Yes, sir.

 2                    MR. ALISEDA:  Is that not correct?

 3                    One is to stop actual voter fraud, and the other

 4        is to --

 5                    MR. WALLACE:  Whatever voter fraud there is.

 6                    MR. ALISEDA:  Voter impersonation.  And the other

 7        is to build confidence in the system among the citizens --

 8                    MR. WALLACE:  Yes, sir.

 9                    MR. ALISEDA:  -- is that not correct?

10                    MR. WALLACE:  I would say that, yes.

11                    MR. ALISEDA:  And there is a perception by the

12        public that there is voter fraud or voter impersonation

13        occurring; is that not right?

14                    MR. WALLACE:  I believe so.

15                    MR. ALISEDA:  And it's not because it's a

16        republican or democrat issue.  You've cited that even democrats

17        believe voter ID is a requirement, should be a requirement?

18                    MR. WALLACE:  Yes, sir.

19                    MR. ALISEDA:  Part of this perception comes out

20        from newscasts, for example, of voter registration drives where

21        Mickey Mouse was registered; is that not correct?

22                    MR. WALLACE:  That, and even illegal aliens

23        registering people in the Houston area.

24                    MR. ALISEDA:  All right.

25                    MR. WALLACE:  I know there's some documented
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001493

TX_00028148

USA_00016375

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 42 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 128 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

42

1     cases on that.

2                    MR. ALISEDA:  And you believe that this statute

3     would help instill voter confidence --

4                    MR. WALLACE:  I do.

5                    MR. ALISEDA:  -- in the system; is that right?

6                    MR. WALLACE:  I've been very much supportive of

7     this for the last eight years.

8                    MR. ALISEDA:  I have no further questions.

9                    CHAIRMAN BONNEN:  Any other questions, members?

10                    Thank you very much.

11                    MR. WALLACE:  Thank you, sir.

12                    CHAIRMAN BONNEN:  Thank you.

13                    MR. WALLACE:  Thank you.

14                    CHAIRMAN BONNEN:  Chair calls David Carter.  He

15     is here to represent himself as a private individual.  He is

16     testifying for the committee substitute to House Bill 14.  Thank

17     you.

18                    MR. CARTER:  David Carter, Temple, Texas.  I've

19     been an election judge.  I retired from the Air Force in 1993

20     and have been functioning as a judge, a clerk, since that time.

21     I've been searching for the logical connection, someplace where

22     I could prove voter fraud.  And until about three weeks ago or

23     four weeks ago, I could not find it.  I had to just back off and

24     say I really don't have that much concern about voter fraud.

25                    But I sat at the desk of Karen Richards, about 30



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001494

TX_00028149

USA_00016376

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 43 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 129 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

43

1    years' experience in the Secretary of State Elections Division,

2    and I inquired -- I was -- I was asking about what happens when

3    you register to vote and you take that form and you check, "I

4    have not been issued a Texas driver's license/personal

5    identification number or Social Security number"?  I said, What

6    happens when you do that?  She says, As that -- as that comes

7    from the county up to the statewide voter registration database

8    that she maintains, they automatically send that back to the

9    county registrar, saying put this person on the registration

10   list with an S, with a suspense.

11          Now, suspense normally refers to a voter ID card

12   that's been returned in the mail because they've moved, you

13   know, a couple of blocks over.  But it also -- the S also

14   pertains to people who say, I have no ID at all.  At that point,

15   all that person has to do to vote under the current Texas

16   election code is wait till the next election, show up with a

17   utility bill that has his name, his or her name, and that

18   address that's on the voter registration list, and they're

19   allowed to vote.

20          In Houston, ACORN and various other advocacy groups

21   are going out in the neighborhoods, going to the homes where

22   there are not registered voters, and they're suggesting to them

23   that they check the one you don't have ID whether -- whether or

24   not they have a driver's license or not.  And this checkmark

25   is in the database.  Karen Richards can give you a report like



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028150

USA_00016377

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 44 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 130 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

44

1    she gave Senator Williams while I was sitting at the desk.  He

2    was on the phone with her, asking how many people -- and I'm not

3    sure what geographic area he was looking for, probably

4    Houston -- how many people checked that.

5              There isn't anybody -- you talk about resources.

6    Nobody has the resources to go and check out all these things.

7    There's nobody doing it because they don't have the resources.

8    They don't have the mandate to do it.  So my four points for my

9    testimony in the last 15 seconds is this bill is really about

10   proof of citizenship.  It's not about fraudulent voters or just

11   ID.  The danger of voter fraud is the illegals that come into

12   this country, fraudulently commit perjury, commit -- say they're

13   citizens, and they get automatically on the voter list.  That's

14   a problem.  And the photo ID kills that problem.  It solves it

15   with no changes to registration or anything else.  Voter ID is

16   the only thing that can fix the problem.

17             CHAIRMAN BONNEN:  Thank you, Mr. Carter.

18             MR. CARTER:  Proof of citizenship.

19             CHAIRMAN BONNEN:  Representative Hochberg has a

20   question.  Mr. Carter, Representative Hochberg --

21             MR. HOCHBERG:  Mr. Carter, thank you.  You know,

22   I -- since, as you know, DPS is the only one who checks

23   citizenship, not the voter registrar, then I imagine -- let me

24   ask you about a proposal and see -- just get your reaction to

25   it.  If ultimately what we're doing here is attempting to, I



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028151

USA_00016378

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 45 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 131 of 219
VOTER FRAUD HEARING - VOL. 1                              MARCH 1, 2012

45

1      guess, overlay the DPS database on top of the voter registration

2      database or essentially make sure that they match, make sure

3      that you can find somebody in DPS, make sure they've been issued

4      a driver's license?

5                    MR. CARTER:  The Secretary of State Elections

6      Division looks at when the -- if a person should properly fill

7      this form out and say they have a driver's license number, they

8      do check that to make sure the name and the license number

9      match.  If they don't match, they send it back and say don't --

10     don't register this person.

11                   MR. HOCHBERG:  I understand that.  And they --

12     and they send back --

13                   MR. CARTER:  Okay.  What was your question then?

14                   MR. HOCHBERG:  So my question is why do we need a

15     voter registration system at all?

16                   MR. CARTER:  Well, because the --

17                   MR. HOCHBERG:  Why don't we --

18                   MR. CARTER:  Because in the --

19                   MR. HOCHBERG:  Why don't we just --

20                   MR. CARTER:  The --

21                   MR. HOCHBERG:  Let me make sure you understand

22     what I'm asking before I answer --

23                   MR. CARTER:  I understand perfectly the question.

24                   MR. HOCHBERG:  -- before you answer the question.

25                   Why don't we just chuck this whole system --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028152

USA_00016379

Case 2:13-cv-00193  Document 660-23  Filed on 11/11/14 in TXSD  Page 46 of 106
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 132 of 219
VOTER FRAUD HEARING - VOL. 1                        MARCH 1, 2012

46

1                    MR. CARTER:  Swipe the ID card, swipe the

2        driver's license.

3                    MR. HOCHBERG:  Why don't we just chuck this whole

4        system where we don't have -- we don't have registration at all.

5        And if you've got a driver's license, that's the voter

6        registration for you --

7                    MR. CARTER:  That's a good --

8                    MR. HOCHBERG: -- or you have a state ID.

9                    MR. CARTER:  It's a good concept because when you

10       early vote, they just swipe your driver's license.  You don't

11       show your voter ID card or anything else, and it --

12                    MR. HOCHBERG:  That's not true, at least where I

13       do it.

14                    MR. CARTER:  Well -- well, they -- they looked

15       at -- as they swipe your driver's license, it brings up your

16       name and address.  It does do that.

17                    CHAIRMAN BONNEN:  I early vote continually.  I've

18       never had my driver's license swiped.

19                    MR. CARTER:  If you don't have your registration

20       card, they'll take your driver's license.  And it will bring

21       up --

22                    MR. HOCHBERG:  But they don't swipe it.

23                    MR. CARTER:  Yeah.  They do.  In Bell County they

24       do.

25                    MR. HOCHBERG:  Okay.  Well, they don't in



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001498

TX_00028153

USA_00016380

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 47 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 133 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

47

```
1     Brazoria County.
2                MR. CARTER:  Okay.  So -- but where they swipe
3     it --
4                MR. HOCHBERG:  I want to be clear it's not a
5     statewide --
6                MR. CARTER:  Or if they look at it, they see that
7     the name and the address are the same.
8                MR. HOCHBERG:  But I guess just back to my
9     question.
10                MR. CARTER:  Well, to answer -- to answer your
11    question --
12                CHAIRMAN BONNEN:  Well, real -- Representative
13    Hochberg, I want -- I want to be clear.  That occurs in some
14    counties, but is not a statewide technology that is being
15    implemented.
16                MR. CARTER:  Right.  And -- it's either --
17                CHAIRMAN BONNEN:  So that's fine.  That's --
18                MR. CARTER:  Either you swipe it or you look at
19    it.
20                CHAIRMAN BONNEN:  No, no.  We understand that.  I
21    just want to make clear that the ability to swipe is not being
22    done on a statewide basis.
23                Representative Hochberg.
24                MR. CARTER:  But they can present the ID and
25    driver's licence.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028154

USA_00016381

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 48 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 134 of 219
VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

48

1            CHAIRMAN BONNEN:  We understand that.  We
2       understand that.
3            MR. CARTER:  Okay.  So the answer to your
4       question is, is down in where I served for 15 years, I went over
5       the precinct maps for all the precincts in Justin County, 100
6       and -- about 101 precincts.  Some of them had six people, some
7       of them had 3,500.  But those precincts are drawn based on the
8       Port of Beaumont -- excuse me -- the Port of Port Arthur taxable
9       authority.  There's all kind of different entities.  And these
10      maps are drawn for very specific purposes of the county court
11      and the various taxing and legal agencies.  So precinct lines
12      are important.  Your address --
13           MR. HOCHBERG:  I don't doubt that.
14           MR. CARTER:  To simply bring in a driver's
15      license and say I live at this address, I want to vote because
16      the --
17           MR. HOCHBERG:  No, no.  You'd have to vote in the
18      right precinct.
19           MR. CARTER:  You have to give --
20           MR. HOCHBERG:  I'm asking if you're concerned
21      that ACORN and other volunteer groups and volunteers from either
22      party are out inexperienced, doing wrong things, then couldn't
23      we solve all the problems that this bill attempts to solve and
24      then a whole lot of others by replacing the existing voter
25      registration system and just letting DPS do that?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028155

USA_00016382

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 49 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 138 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

49

1          MR. CARTER:  Well, I'm trying to answer your

2     question.  I understand your question --

3          MR. HOCHBERG:  Okay.

4          MR. CARTER:  -- Mr. Hochberg.

5          The answer to the question is, is that the

6     counties and the various taxing entities have a very big

7     interest in the lines of those maps and the fact that a person

8     is properly pegged in this precinct, not in this precinct.

9          MR. HOCHBERG:  Well --

10         MR. CARTER:  The -- their driver's license, the

11    encoding on that, or whatever else it is you're asking that they

12    present wouldn't be able to delineate what tax -- the ballot you

13    get.  The automated ballot machine, the last time I served as a

14    clerk down in deep west Port Arthur, we had -- on the machine,

15    they have to select, you know -- the ballot that comes up on the

16    screen depends on how they're registered.  Registration is a big

17    deal.  It's not just to be a citizen of Texas.

18         MR. HOCHBERG:  At times it doesn't appear -- it

19    doesn't --

20         MR. CARTER:  Beg your pardon?

21         MR. HOCHBERG:  It depend -- that -- well, I don't

22    want to -- thank you for your answer.  I don't want to--

23         MR. CARTER:  Okay.  I think that's -- that's a

24    pretty good answer that it's important to be registered

25    properly.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028156

USA_00016383

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 50 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 136 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

50

1          CHAIRMAN BONNEN:  Right.  Thank you.

2     Representative Veasey has a question.

3          MR. CARTER:  Yes, sir, Mr. Veasey.

4          VICE CHAIRMAN VEASEY:  One of the things that

5     President Bush tried to accomplish but he was not able to, 43,

6     not 41, was that he talked about bringing people out of the

7     shadows and trying to pass the immigration reform bill so people

8     could assimilate into society and work, become citizens.  And I

9     specifically remember the term, you know, bringing people out of

10    the shadows.  Why would people that are in the shadows, why

11    would they want to risk a jail sentence by casting a vote as an

12    illegal alien?

13         MR. CARTER:  That's a very good question.  The

14    question, if I understand it, is why would somebody risk going

15    to jail?  But down here it says I --

16         VICE CHAIRMAN VEASEY:  Especially someone that

17    likes to live in -- live in the shadows.

18         MR. CARTER:  -- I am a resident.  I have not

19    been, da, da, da, and I sign this.  And it says:  I understand

20    giving false information to procure voter registration is

21    perjury and a crime under state and federal law.  Jail up to 180

22    days.  That would make it a misdemeanor, I believe, less than a

23    year.  Fine up to $2,000.

24         So why would a person risk this?  It's because

25    there is no enforcement activity.  There's no history in the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001502

TX_00028157

USA_00016384

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 51 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 137 of 219
VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

51

1       secretary -- in the attorney general's office or any of the

2       county offices.  There isn't anybody with the resources or the

3       time to go out and do this, to verify these things.  They

4       can input what they want, and they are, in fact, doing it.  And

5       if I were -- if I were a representative, I would introduce a

6       bill to put everyone in the state on suspense, and they would

7       have to show proof of citizenship because that's the first

8       question:  Are you a United States citizen?  People are lying

9       about that.  They're fraudulently registering, and they're

10      fraudulently voting, and they'll continue to do so.

11                  CHAIRMAN BONNEN:  Thank you.

12                  Representative Gutierrez.

13                  MR. CARTER:  Yes, sir.

14                  MR. GUTIERREZ:  I'm sorry.  He made me laugh.

15                  I appreciate your testimony.

16                  MR. CARTER:  Thank you.

17                  MR. GUTIERREZ:  Let me ask you this:  So it's

18      your contention that there's hoards of illegal immigrants coming

19      to vote in Texas?

20                  MR. CARTER:  Yes.

21                  CHAIRMAN BONNEN:  Really?

22                  MR. CARTER:  I'm on the border.  I watch them

23      come across.  I'm in Bell -- Bell County.

24                  CHAIRMAN BONNEN:  Well, Mr. Carter, you're

25      not representing that they're coming here for the pure purpose



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028158

USA_00016385

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 52 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 138 of 219
VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

52

1      of voting.  You're suggesting that there are a number --

2                  MR. CARTER:  No.  I just answered the question.

3      He said there's a lot of them that are voting, yes.

4                  CHAIRMAN BONNEN:  I'm not questioning you on

5      that.  His comment was that they are coming here for that

6      purpose.

7                  MR. CARTER:  Oh, I didn't --

8                  CHAIRMAN BONNEN:  Correct.

9                  MR. CARTER:  I didn't hear that part of the

10     question.  Is that what you said?  You asked if they're coming

11     here for -- for voting?

12                 MR. GUTIERREZ:  Let me rephrase.

13                 It's your contention that there's hoards of

14     illegal immigrants that come to the United States for whatever

15     reason and just choose to go to the ballot box to go cast their

16     vote and commit voter impersonation?

17                 MR. CARTER:  Well, that's an important thing.

18     They -- I think it's important for this -- all the members of

19     this committee to have a clear distinction between voter

20     impersonation and being a non-citizen.  I think the problem of

21     voter impersonation is a minuscule problem, and it's very hard

22     to do, and I think that having -- getting three fake IDs would

23     be a real problem.  I don't worry about that.  I worry about a

24     20 percent increase in the state population of illegal aliens

25     coming across in McAllen and Mission and points further west,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028159

USA_00016386

Case 2:13-cv-00193  Document 660-23  Filed on 11/11/14 in TXSD  Page 53 of 106
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 139 of 219
VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

53

1    Laredo, and not being caught by Border Patrol and not being

2    detected in the interior --

3                CHAIRMAN BONNEN:  We -- Mr. Carter --

4                MR. CARTER:  -- and they're registering to vote.

5    They are being registered.

6                CHAIRMAN BONNEN:  Mr. Carter.  Mr. Carter, with

7    all due respect, this is about voter ID --

8                MR. CARTER:  I answered the question.

9                CHAIRMAN BONNEN:  Well, I understand.  It is not

10   an issue about whether our borders are secured and those type of

11   things or --

12               MR. CARTER:  Excuse me.  I didn't mean to imply

13   that.

14               CHAIRMAN BONNEN:  I understand.  But let's stay

15   on the issue of voter ID.

16               MR. CARTER.  Okay.  Okay.  His question, though,

17   is about if they're coming across.

18               CHAIRMAN BONNEN:  I understand his question.

19               MR. CARTER:  And the photo ID, this -- this

20   bill -- this bill will stop that practice.

21               MR. GUTIERREZ:  His response, Mr. Chairman,

22   brings about the next question.

23               CHAIRMAN BONNEN:  I figured it would.

24               MR. GUTIERREZ:  So they're out there voting --

25               MR. CARTER:  Uh-huh.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028160

USA_00016387

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 54 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 140 of 219
VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

54

1              MR. GUTIERREZ:  -- and you stated that this is

2       not voter impersonation.  Are they voting as Juan Valdez or, you

3       know --

4              MR. CARTER:  No.  They're voting under the name

5       that they pay their utilities at, where they've been housed and

6       illegally harbored --

7              MR. GUTIERREZ:  Yeah.

8              MR. CARTER:  -- in violation of federal law.  And

9       they check I'm a U.S. citizen, and they get to vote.

10             MR. GUTIERREZ:  So hoards of illegal immigrants

11      are voting?

12             MR. CARTER:  Okay.

13             MR. GUTIERREZ:  All right.

14             MR. CARTER:  Yes.  Absolutely.

15             MR. GUTIERREZ:  Very good.

16             MR. CARTER:  That's my concern.

17             MR. GUTIERREZ:  And yet no district attorney has

18      found it --

19             MR. CARTER:  No.

20             MR. GUTIERREZ:  -- no law enforcement's found it.

21             MR. CARTER:  Nobody has the task to verify this.

22             MR. GUTIERREZ:  So they're like a ghost?

23             MR. CARTER:  You might want to appropriate some

24      money and give them some money to do it, let them go do it.

25             CHAIRMAN BONNEN:  Representative Pena has a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 55 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 141 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

55

1    question.

2                    MR. GUTIERREZ:  Very good.  Thank you, sir.

3                    MR. CARTER:  Yes, sir.

4                    MR. PENA:  I live down in McAllen, Edinburg area.

5                    MR. CARTER:  Great.

6                    MR. PENA:  And I support the voter ID bill.

7                    MR. CARTER:  Thank you.

8                    MR. PENA:  But I want -- I just want to make the

9    record clear.  There really aren't hoards of illegal immigrants

10   voting.  I observe elections quite closely, and I do have a lot

11   of complaints about areas of voter fraud that need to be

12   addressed, but this is really not something the general public

13   should get riled up about.

14                   In my experience, and I've -- you know, I've been

15   involved in politics for a long time.  I've simply not seen

16   large numbers of illegal immigrants voting.  So I think we need

17   to move on to things that --

18                   CHAIRMAN BONNEN:  Right.

19                   MR. PENA:  -- that are probably -- that we can

20   address.  Because I don't see that problem.  And I'm there, and

21   I support the bill.  And you'll see other people here from the

22   audience from South Texas who will probably tell you the same

23   thing.

24                   MR. CARTER:  Okay.  Well, I support the bill

25   because it would fix the problem whether it exists or not.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

Case 2:13-cv-00193  Document 660-23  Filed on 11/11/14 in TXSD  Page 56 of 106
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 142 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

56

```
1                    CHAIRMAN BONNEN:  That really wasn't the
2       question, though.  Thank you.
3                    MR. CARTER:  Okay.  All right.
4                    CHAIRMAN BONNEN:  Thank you, Representative Pena.
5                    Any other questions of Mr. Carter?
6                    Thank you very much for being here, Mr. Carter.
7                    MR. CARTER:  Thank you.
8                    CHAIRMAN BONNEN:  William Butch Marsalis.
9                    MR. MARSALIS:  Marsalis.
10                   CHAIRMAN BONNEN:  Marsalis.
11                   MR. MARSALIS:  Yes, sir.
12                   CHAIRMAN BONNEN:  Thank you, sir.  Okay.  If
13      you'd let me finish introducing you, I'd appreciate that.
14                   MR. MARSALIS:  Okay.
15                   CHAIRMAN BONNEN:  He's president of the Panola
16      County Conservatives, Panola County Conservatives.  He is here
17      to testify for the committee substitute to House Bill 14.  Thank
18      you.
19                   MR. MARSALIS:  Thank you, sir.  And I apologize.
20                   Lady and gentlemen, my wife, Karen L. Marsalis,
21      and I, William R. Marsalis, from Panola County, Texas.  We
22      strongly support passing without amendment and without exception
23      Texas Senate Bill 14 to require a photo ID to be allowed to
24      vote.  We are both 65.  And when we applied for Social Security,
25      we were required to show a photo ID and our Social Security
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028163

USA_00016390

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 57 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 143 of 219
VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

57

1     card.  Our bank requires a photo ID in order to cash checks,

2     particularly above a certain dollar amount.  The other day at

3     Wal-Mart, I was required to show a photo ID in order to use my

4     credit card --

5                    CHAIRMAN BONNEN:  Sir.

6                    MR. MARSALIS:  -- to make purchases.

7                    CHAIRMAN BONNEN:  Are you supporting the

8     substitute to the bill or --

9                    MR. MARSALIS:  No, sir.  I'm -- I'm supporting --

10                    CHAIRMAN BONNEN:  So you're not here to

11     testify on this --

12                    MR. MARSALIS:  -- without -- in support.  I'm

13     supporting without amendment.

14                    CHAIRMAN BONNEN:  Are you testifying on the

15     substitute?

16                    MR. MARSALIS:  I read the substitute, and I -- I

17     support the bill without those amendments and --

18                    CHAIRMAN BONNEN:  Without --

19                    MR. MARSALIS:  -- without the exceptions.  No

20     exceptions.

21                    CHAIRMAN BONNEN:  Okay.

22                    MR. MARSALIS:  No exemptions, I should say.  I

23     think the wording was exemptions.

24                    CHAIRMAN BONNEN:  Okay.  So then you oppose the

25     substitute.  Because the bill, as passed through the Senate, and



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001509

TX_00028164

USA_00016391

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 58 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 144 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

58

1        the substitute both have exemptions.

2                    MR. MARSALIS:  I would really rather see it

3        without exemptions, but I support --

4                    CHAIRMAN BONNEN:  I understand.

5                    MR. MARSALIS:  -- having a photo ID required to

6        vote.

7                    CHAIRMAN BONNEN:  Okay.  So are you testifying

8        for the substitute, because that's what's before us?

9                    MR. MARSALIS:  I am supporting a photo ID with --

10                    CHAIRMAN BONNEN:  I understand that.

11                    MR. MARSALIS:  Yes, sir.

12                    CHAIRMAN BONNEN:  Are you --

13                    MR. MARSALIS:  Yes, sir.

14                    CHAIRMAN BONNEN:  -- testifying on the

15        substitute?

16                    Thank you.

17                    MR. MARSALIS:  Yes, sir.

18                    CHAIRMAN BONNEN:  That's what I needed to hear.

19                    MR. MARSALIS:  All right.  Also, when I entered

20        Fort Belvoir Army post to visit our son, we was required to show

21        a photo ID in order to get on the post.  In 2009, at the

22        Marshall Lowe's, I was required to show a photo ID to buy a lawn

23        mower battery.  We understand and agree totally with having

24        photo ID to prove who we are to our bank, to the Social Security

25        Administration, to Wal-Mart, to anyone else.  We do not



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028165

USA_00016392

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 59 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 148 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

59

1    understand showing a photo ID to buy a lawn mower battery;

2    however, we did without complaint.

3            We do not require to show a photo ID to vote.  With

4    the ease of registering to vote, the system is ripe for abuse.

5    The only logical explanation or reason that I can see and my

6    wife can see and the Panola County Conservatives can see with

7    opposing the requirement to have a photo ID to vote is to keep

8    the situation ripe for abuse and to ease -- easier for people to

9    vote multiple times or to vote for someone else's voter card.

10   Please pass this Senate Bill 14 to require a photo ID to be

11   required to vote.  Thank you.

12           CHAIRMAN BONNEN:  Thank you very much for being

13   here.

14           Any questions, members?

15           Thank you.  Appreciate having you here today.

16           Cynthia Le Pori -- I hope I got that

17   right -- representing yourself, is here to testify for committee

18   substitute to Senate Bill 14.

19           MS. LE PORI:  Yes.  Hi.  I'm not representing any

20   large group of people.  I'm just representing myself as a U.S.

21   and Texas citizen.  I do not understand why --

22           CHAIRMAN BONNEN:  Would you -- I -- ma'am --

23           MS. LE PORI:  Excuse me?

24           CHAIRMAN BONNEN:  -- and for everybody, when you

25   come up to testify, I know it's peculiar because I've just said



EsQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028166

USA_00016393

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 60 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 146 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

60

1      your name and called you up, but please, when you come up, for

2      the record, we need you to state your name.

3                      MS. LE PORI:  Oh, I'm so sorry.

4                      CHAIRMAN BONNEN:  For the -- no, no, no.  No, no.

5      It's okay.

6                      So just for everybody, please state your name and

7      that you're testifying for the committee substitute or against

8      the committee substitute, and then you can go from there.  Thank

9      you.

10                     MS. LE PORI:  Okay.  Sorry about that.

11                     CHAIRMAN BONNEN:  No, no, no.  You're okay.

12     Thank you.

13                     MS. LE PORI:  Here's my question.  If we do

14     have --

15                     CHAIRMAN BONNEN:  All right.  Well, would --

16     would you go ahead and do that, though?

17                     MS. LE PORI:  Cynthia Le Pori.  I'm sorry.

18                     CHAIRMAN BONNEN:  Thank you.  There you go.

19                     MS. LE PORI:  I'm Cynthia Le Pori.

20                     CHAIRMAN BONNEN:  And you're for the committee

21     substitute --

22                     MS. LE PORI:  And I am -- yes, sir, I am.

23                     CHAIRMAN BONNEN:  -- for Senate Bill 14.

24                     Thank you.  Could you say that for us?

25                     UNKNOWN SPEAKER:  Start her time over.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001512

TX_00028167

USA_00016394

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 61 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 147 of 219
VOTER FRAUD HEARING - VOL. 1                           MARCH 1, 2012

61

 1              CHAIRMAN BONNEN:  Yeah.  We'll handle the time,

 2      sir.  We --

 3              MS. LE PORI:  Well, actually, I don't need you to

 4      start my time over --

 5              CHAIRMAN BONNEN:  Okay.

 6              MS. LE PORI:  -- because I don't really have a

 7      whole lot to say.

 8              CHAIRMAN BONNEN:  Okay.  Would you say that

 9      you're testifying for the committee substitute Senate Bill 14?

10              MS. LE PORI:  Yes, I am.

11              CHAIRMAN BONNEN:  Thank you.

12              MS. LE PORI:  Uh-huh.

13              Here's my question:  If we do have to show an ID,

14      a picture ID, for something as simple as cashing a check, which

15      is completely understandable, why would it make sense for anyone

16      not to have to show a picture ID for someone to do something as

17      serious as vote?  It just doesn't make any sense to me.  I think

18      it's ridiculous.  I think we have to prove as citizens -- we

19      have to prove our ID for some of the simplest things, so it's

20      just common sense to me.  Let's bring some validity and some

21      honesty to our voter process.  And that's my only comment.

22              CHAIRMAN BONNEN:  Great.  Thank you very much.

23              Any questions, members?

24              Thank you.  Appreciate your being here.

25              Robert Green, a -- representing himself, a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028168

USA_00016395

Case 2:13-cv-00193  Document 660-23  Filed on 11/11/14 in TXSD  Page 62 of 106
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 148 of 219
VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

62

1    retired state employer -- or a state employee for 30 years is

2    here to testify for Senate Bill -- committee substitute Senate

3    Bill 14.

4           MR. GREEN:  Mr. Chairman, members of the

5    committee, my name is Bob Green, and I am a 30-year state

6    employee, still active.  I still have a couple in college, so I

7    owe, I owe, so it's off to work I go.

8           But yes, I am here today to testify in favor of

9    the committee substitute for Senate Bill 14.  I have submitted a

10   little -- very small, one-page bit of testimony, and I -- most

11   of the other people who have come up here before I have spoken

12   have talked about many of the points that are pertinent to this

13   situation.  And I'd like to just say that it all boils down to a

14   very simple situation.  I am a deputy voter registrar also here

15   in Travis County.  And if I'm sitting behind the desk and

16   someone presents them self in front of me, one basic principle I

17   think is important to everybody, that one identifiable

18   individual who is not otherwise disqualified from casting a

19   ballot in the election being held and at the polling place where

20   he or she appears in person to do so equals one eligible voter.

21   That's what this whole thing boils down to.

22           It's not like we're trying to reinvent the wheel

23   or anything else.  People have mentioned the fact that just

24   virtually every business transaction that we carry out in person

25   requires the presentation of a voter ID, a picture ID, so that



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028169

USA_00016396

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 63 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 149 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

63

 1      that individual knows that the person that's presenting the

 2      credit card or is signing the piece of paper or what, that they

 3      are the person that is there, that they can be identified.  And

 4      that's really all I have to present to this committee.  It's as

 5      simple as that, is that we need to maintain the integrity of

 6      our -- of our vote, of our election.  It's all about integrity,

 7      and it's all about the reputation of our country, and so that

 8      people can feel confident in our election process.

 9                  CHAIRMAN BONNEN:  Thank you very much.

10                  MR. GREEN:  Thank you.

11                  CHAIRMAN BONNEN:  Any questions, members?

12                  Thank you, Mr. Green.

13                  MR. GREEN:  Thank you.

14                  CHAIRMAN BONNEN:  Appreciate your being here.

15                  Mr. Bledsoe, have you filled out your witness

16      affirmation?

17                  MR. BLEDSOE:  Yes, sir.  Let me grab it.

18                  CHAIRMAN BONNEN:  Would you please bring it

19      forward.  We'd like to call you up at this time as one of our

20      expert witnesses.  Sorry to do that to you, but we want to get

21      these experts up early.  Mr. Char will take that affirmation.

22                  MR. BLEDSOE:  Okay.  Sure.  I think he -- yeah --

23      has already handed it in.  So we already have that.

24                  CHAIRMAN BONNEN:  Oh, very good.

25                  This is Mr. Gary Bledsoe representing the NAACP,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028170

USA_00016397

Case 2:13-cv-00193  Document 660-23  Filed on 11/11/14 in TXSD  Page 64 of 106
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 150 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

64

1     and I imagine you're here to testify against the committee

2     substitute Senate Bill 14?

3               MR. BLEDSOE:  That's correct.  That's correct.

4               CHAIRMAN BONNEN:  Very good.  Thank you, Mr.

5     Bledsoe.  Go ahead and state your name for the record and begin.

6     You have ten minutes --

7               MR. BLEDSOE:  Okay.

8               CHAIRMAN BONNEN:  -- and then the committee will

9     be able to ask you questions.

10              MR. BLEDSOE:  Okay.  Thank you very much.

11              CHAIRMAN BONNEN:  Thank you, Mr. Bledsoe.

12              MR. BLEDSOE:  I want to thank all of you for

13    giving me the opportunity to appear before you.  And I appear

14    here --

15              CHAIRMAN BONNEN:  Mr. Bledsoe, don't forget to

16    state your name and -- and who you're with for the record.

17              MR. BLEDSOE:  Okay.  My name is Gary Bledsoe.

18    I'm the president of the Texas State Conference of NAACP

19    branches.  And I'm here as a fellow Texan to discuss with you

20    what I feel is a proper direction for us to move in if we're

21    going to be fair and right.

22              Now, we've observed that many activities have occurred

23    within our state that have been somewhat problematic, that have

24    caused individuals to feel as though it's appropriate to

25    intimidate minorities from voting.  And indeed, each election



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028171

USA_00016398

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 65 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 151 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

65

1    cycle we have election teams.  And our election teams around the

2    state are required to submit information to us and work with us

3    from what's called an election central to work on issues of

4    election intimidation, election irregularities.

5              And we have found numerous problems in many

6    places around the state, whether it's Harris and Fort Bend not

7    allowing individuals to exercise challenged ballots, whether

8    it's individuals who are intimidating persons within the voting

9    site, whether it's individuals in Bell County who are being

10   accosted and interrogated by individuals.  But the election

11   officials are not stepping in to assist the voters.  So we've

12   seen problems recently, whether it's Texarkana or Fort Worth or

13   Wharton County or Harris County.  The election irregularities

14   are everywhere.

15             And so the fundamental point we want to make is

16   that the Voting Rights Act would suggest to us that we should do

17   what we can to ensure minority participation in voting.  And

18   we've seen a much larger problem with the issue of voter

19   intimidation and voter irregularities than we've seen with the

20   issue of the need for an identification.  The evidence just is

21   not there to say that we need a voter identification

22   requirement.  However, I understand that other people have

23   different points of view.

24             Our point of view is that if you do desire to go

25   ahead and address the issue of voter identification, that you do



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001517

TX_00028172

USA_00016399

Case 2:13-cv-00193   Document 660-23   Filed on 11/11/14 in TXSD   Page 66 of 106
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-1   Filed 06/20/12   Page 152 of 219
VOTER FRAUD HEARING - VOL. 1                              MARCH 1, 2012

66

1    that in a way that is measured, that is intended to ensure

2    minority participation in the election system so that we can

3    comply with the Voting Rights Act and so that all people will

4    have an opportunity to participate in the process.  What we

5    feel, what our position has always been is that we want both

6    parties competing for the minority vote and not to have any

7    individual saying that we want you -- we want to cut you out

8    because you vote a certain way; so therefore, we're going to

9    stop you from being able to vote.

10           We think what the Voting Rights Act suggests is

11   that if you empower minorities with the power to vote, that

12   parties should go out and compete with ideas and not with

13   activities that will undermine the ability of African-Americans

14   to be able to vote.

15           You know, in Texas, we have a sordid history in

16   reference to African Americans not being able to vote.  You

17   know, back in 1974, in Palestine, Texas, Frank Robinson, who

18   had -- was a legendary civil rights advocate who was working to

19   get African-Americans registered when that was somewhat new in

20   our state, was actually killed at his home.  And 1974 is not

21   that long ago, my friends.  And so -- and we still continue to

22   have the problems that we had.

23           Now, as far as the -- I know much has been made

24   of the laws in other states.  And I would say that if we took a

25   look at the Indiana law and took a look at the Georgia law,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001518

TX_00028173

USA_00016400

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 67 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 153 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

67

1     those laws are better than the law that's actually put forth

2     before you.  And indeed, Georgia is a covered jurisdiction.  But

3     there's one thing that's very different about Georgia that we

4     don't have in this state.  In Georgia, they -- they had a law

5     that mandated that every citizen in the State of Georgia had to

6     have -- had to have a state issued identification card, whether

7     it's a driver's license or some other identification.  This is

8     the -- and I get this from the source of the United States

9     Department of Justice.  And so when they implemented the

10    requirement, everyone in Georgia had the voter identification

11    card.  And so here we know that number is -- that we have a

12    significant number of people who don't have the proper

13    identification.  And I know last time when there was a lot of

14    discussion about compromise and there was some compromises that

15    were reached in reference to a proposed voter identification

16    bill, that there were many other ways, more, many more than what

17    are provided in this bill, that would enable someone to actually

18    prove that they are who they say they are.

19              You know, we have a great concern with the

20    hostility that we've observed from election officials around the

21    state that -- we have a great concern that they will be fair,

22    that those election officials will exercise their authority in

23    an even-handed way.  When you're not allowing people to cast

24    challenged ballots, that's a problem.  And so what we want is to

25    suggest that let's provide other means and measures, and the law



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028174

USA_00016401

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 68 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 154 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

68

1    should provide guidelines, because when you allow too much

2    discretion without direction to an election official then we

3    understand that they will probably be exercised in a way that is

4    not fair across the board.  And so when you arm them with so

5    much information or so much authority, we think that's

6    problematic.

7              Now, the -- some of the activities that we have

8    identified, I've laid out to you, but I want to talk

9    specifically about the laws.  You know, I think that, indeed,

10   when you allow an individual -- we need to have more time to

11   allow an individual to go in and to prove who they are if we're

12   going to have a voter ID requirement.  Because let's stand back.

13   We have a law that says you should allow someone to have two

14   hours off if you're going to go and vote.  But we don't have the

15   same opportunity for an individual to come in and to prove that

16   they are who they say they are, to go ahead and consummate what

17   needs to be consummated with their challenged ballot.

18             Now, the people who are likely to be challenged

19   are, by and large, people who have jobs, who have got to work.

20   They're individuals who won't have the latitude.  And let's say

21   we live in some other county and outside the county, and you've

22   got to drive 50 miles to the county seat or what have you to be

23   able to do this.  And so that's problem.

24             Now, the other problem too is when we look at the

25   number of people who don't have the requisite kinds of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028175

USA_00016402

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 69 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 155 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

69

1      identification cards that -- what will be in place to really

2      enable those individuals to be able to register and vote.  I

3      think the one thing that's clear is that there are a number of

4      locations within our state such as down in Presidio County where

5      people who may be of limited means, who don't have a ready

6      availability of transportation, are not going to be able to

7      easily afford or afford at all to go and -- to go to the nearest

8      driver's license office 50, 75 miles away and to get a driver's

9      license.  So those individuals are going to be in a very

10     difficult position because the logistics just aren't there for

11     them.  So I think that it needs to be a lot friendlier in terms

12     of the ability to get an identification requirement.

13          You know, the law -- and I think that the criminal

14     provision in the law, where you've stepped up the penalty in the

15     proposal to a second degree felony, is somewhat draconian.  I

16     think current law allows for felony prosecution.  I think

17     stepping this up to a second degree will have a chilling effect

18     on individuals.  We know the case about the Prairie View 19 in

19     Waller County where that county continues to have problems.  You

20     know, that was the county a few years back that had numbers of

21     votes that were registered or applications for voter

22     registrations for African-Americans that were not processed

23     before the election.  And it was only after the attorney

24     general's office was there and observed those that they were

25     required to go ahead and process those applications.  But those



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028176

USA_00016403

Case 2:13-cv-00193  Document 660-23  Filed on 11/11/14 in TXSD  Page 70 of 106
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 156 of 219
VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

70

1    voters were not allowed to vote.  And I'm talking about things

2    in current days.  These are not things from yesteryear.  These

3    are not things from 10, 20 years ago.  So we have a lot of

4    problems there we're seeing.  So in a wholistic way, we don't

5    think we need a law, but if we do, let's get a law that's fair

6    where minorities can continue to compete and to be part of the

7    process.

8                 CHAIRMAN BONNEN:  Thank you, Mr. Bledsoe.

9                 MR. BLEDSOE:  Thank you, sir.

10                CHAIRMAN BONNEN:  Appreciate your time today.

11                Representative Taylor has a question.

12                REPRESENTATIVE TAYLOR:  Did I had hear you say

13   that the Georgia and Indiana laws are better than what is being

14   proposed here?

15                MR. BLEDSOE:  Yes, they are.

16                REPRESENTATIVE TAYLOR:  The only thing you

17   referred to different was the time to provide proving who you

18   are, correct?  After the -- you don't have photo ID so you have

19   two days, six days, ten days to present proof?

20                MR. BLEDSOE:  That's one item.

21                REPRESENTATIVE TAYLOR:   And I'm just --

22                MR. BLEDSOE:  Their laws are not the same.

23                REPRESENTATIVE TAYLOR:  Because Georgia only

24   allows two days and this bill as proposed allows six days.  So

25   I'm just curious what other areas do you think the Indiana and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028177

USA_00016404

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 71 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 157 of 219
VOTER FRAUD HEARING - VOL. 1                               MARCH 1, 2012

71

1      Georgia laws are better than what's being proposed here?

2             MR. BLEDSOE:  Okay.  The -- one thing is Georgia

3      allows a valid employee ID card containing a photograph from any

4      branch, department, agency or entity of U.S. government or

5      Georgia or any county, municipality, board, authority or other

6      entity of the state.  I think that's large.  It allows valid

7      tribal identification cards.  The -- it also does provide -- and

8      I think this committee substitute may have addressed this part,

9      but I remember the idea about the part of the expired driver's

10     license, that you could have an expired driver's license and

11     actually have that work as well.  I know in Indiana the -- any

12     state, federal, local government employee identification was

13     permitted there.  The -- let's see here.

14            In Indiana and Georgia the hard data that existed

15     -- there was hard data that both Indiana had and that Georgia

16     had that did show that almost every eligible voter had the

17     identification.  I don't think we've generated the hard data

18     here to do that.  And I do think that there were student

19     identifications that were permitted in one or both of those

20     states.  So I think there were a number of areas of the types of

21     identification.  And, indeed, I think Indiana had a longer

22     period that allowed you to come in and to prove.  So I think

23     there were other --

24            MR. TAYLOR:  Your main concerns would be on what

25     types of photo ID are required, is the main difficulty you have



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028178

USA_00016405

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 72 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 158 of 219
VOTER FRAUD HEARING - VOL. 1                              MARCH 1, 2012

72

1      between the Indiana/Georgia versus the SB-14 as proposed?

2                  MR. BLEDSOE:  That's one of the reasons, yes.

3      And that's really kind of very important.  And I think that

4      there was an exception I think in Indiana that allowed for

5      various substitutes outside the process or what was identified,

6      and I don't think that was provided for in Georgia because

7      everyone in Georgia already had the photo ID.

8                  CHAIRMAN BONNEN:  Thank you.  Any other

9      questions, Representative Veasey?

10                 REPRESENTATIVE VEASEY:  Gary, thank you for

11     coming to testify this morning.  And I want to thank you for

12     your service to NAACP for so long.  The NAACP has never out --

13     the NAACP has never been a popular organization because of the

14     stances that y'all have taken on civil rights issues.  I went to

15     the Civil Rights Museum at Troy State in Montgomery, Alabama and

16     was reading about some of the bus boycotts with Rosa Parks and

17     some of the other activities to register people to vote.  And if

18     you were a member of the NAACP back then, you could actually

19     lose your job.  So a lot of the maids and servants and people

20     that worked at country clubs and worked in doctors' offices and

21     things of that nature, they would actually try to keep it a

22     secret that they worked at the NAACP because they risked not

23     being able to earn a living or yet maybe even have their life

24     threatened.  And you fast forward to today, and, you know, we

25     know what happened at the NAACP banquet last year with the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028179

USA_00016406

Case 2:13-cv-00193   Document 660-23   Filed on 11/11/14 in TXSD   Page 73 of 106
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-1   Filed 06/20/12   Page 159 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

73

1    doctor tapes and with Dr. Laura ranting and raving about the

2    NAACP, amongst other things.  And y'all are still going strong,

3    and thank you very much.

4                    MR. BLEDSOE:  Thank you.

5                    REPRESENTATIVE VEASEY:  I wanted to ask you about

6    Voting Rights Act.  And I think the thing that concerns me about

7    this bill was that the Voting Rights Act, one of the things that

8    it sought to dismantle were some of the barriers that were

9    placed in front of voters who were trying to register to vote or

10   cast a ballot, particularly African-American voters.  So there

11   were literacy tests.  There were poll taxes.  There were

12   quizzes, how many bubbles in a bar of soap?  Who was a better

13   president, Abraham Lincoln or George Washington, different

14   things like that.  And those serve as sort of a barrier, or

15   you're putting something in front of someone that's making it

16   very difficult for them to exercise their suffrage.  Have you

17   seen any bills that have been passed on the Texas legislature

18   since the implementation of the Voting Rights Act that has been

19   as burdensome to voters as this bill?  Because and I was trying

20   to think.  You know, I've been here four sessions now and have

21   worked in politics a little bit longer than that, but I cannot

22   recall, myself, any other sorts of laws that have been advanced

23   or even attempted to be advanced that would place such a burden

24   back onto the voters pre the Voting Rights Act.

25                    MR. BLEDSOE:  Clearly, Represent Veasey, it's



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028180

USA_00016407

Case 2:13-cv-00193  Document 660-23  Filed on 11/11/14 in TXSD  Page 74 of 106
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 160 of 219
VOTER FRAUD HEARING - VOL. 1                                      MARCH 1, 2012

74

1    very true that this is one of the most burdensome bills that has

2    been proposed because, obviously, the upshot, you can almost

3    take it to the bank to say that when the bill is passed, when

4    the bill goes into effect -- I guess the relevant question is if

5    you look at the numbers of voters that we have today.

6              REPRESENTATIVE ANCHIA:  Mr. Chairman, just really

7    quickly.  I apologize, Mr. Bledsoe.  I'm very distracted.  Mr.

8    Green in the front row keeps mouthing the words "bullshit" over

9    and over again.  I find it extremely offensive as he is -- Mr.

10   Bledsoe is trying to testify here.  I saw it once and I let it

11   go.  You've done it twice.  So I'd ask that you admonish members

12   of the audience not to be disrespectful to the people who are

13   testifying.

14             CHAIRMAN BONNEN:  Appreciate that, Representative

15   Anchia.  We would ask that any reactions to the witnesses and

16   their comments be kept to yourself.  And thank you, Mr. Bledsoe.

17   You may continue.

18             MR. BLEDSOE:  Sure.  This would be the requisite

19   question.  If you take a look at the voters now, there is a

20   circle of voters and these are the voters that are eligible to

21   vote.  The question is once this law is passed, what will the

22   new circle of voters look like who are eligible?  And as a

23   secondary question, what is provided in the statute if there is

24   a difference to make up the difference to make sure that there

25   is not a diminution or a suppressed or lower minority vote?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028181

USA_00016408

Case 2:13-cv-00193  Document 660-23  Filed on 11/11/14 in TXSD  Page 75 of 106
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 161 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

75

1           And so I think if we take a look at that, and

2     when you look at the specific IDs that are selected here and you

3     then you look at the availability of how you can come and to

4     prove that you are the person that you are, and with the wide

5     discretion that is allowed to someone if there is a one letter

6     wrong in a name, they've got the wrong middle initial, issues

7     like that, with that kind of discretion, if you look at that the

8     number of voters is going to be significantly lower in the new

9     circle.

10          And the law is not going to enable people in the

11    new circle to -- or people outside the new circle to come in and

12    make it look like the current circumstance.  So I think that's

13    problem number one on the Voting Rights Act.  I think clearly

14    you are going to be disenfranchising minority voters.  There's

15    no question about that in terms of who has the IDs, who doesn't

16    have the IDs and who is going to be victimized by election

17    officials.  Training is good, but I think training is really up

18    to the individual.  I think things really need to be in a

19    statute that really lay it out.

20          There are also other concerns that we have.  You

21    know, the -- if you allow individuals to engage in intimidation

22    within a voting site, that's a serious problem.  And no one's

23    really talked about that issue.  But we had a huge problem in

24    Harris County with that this last time.  We do know that

25    minority voters in Bell County and in Bowie County were



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028182

USA_00016409

Case 2:13-cv-00193   Document 660-23   Filed on 11/11/14 in TXSD   Page 76 of 106
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-1   Filed 06/20/12   Page 162 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

76

1      intimidated and interrogated by individuals who had no right to

2      do that about how they might have voted.  And people were

3      allowed to be around voting sites with intimidating signs and

4      accost voters.  We think that's a problem because that continues

5      to exist and will suppress the vote.  We're saying is let

6      everybody vote and vote the way that whatever their conscious

7      might be.

8              When we look at the history of our state,

9      Representative Veasey, and we talk about the issues with the

10     NAACP, those things have lasted for many, many years.  You know,

11     back in 1919 there was an attempt by the State to get NAACP

12     rolls and shut down the NAACP, and then it happened again in the

13     1950s.  The head of the NAACP, back in 1919, John Shillady, a

14     white male, was beaten near death near where we are right now.

15     And when the governor was asked about it by the New York Times,

16     he said there was only one culprit and that that culprit has

17     already been punished.  So we've had that kind of history that

18     truly continues.  But we always reach out to try to be

19     bipartisan.  We're happy to have, like, for example, our number

20     members, secretary, Rob Page.  He's always been somebody we work

21     with on some of the standards issues.  So we try to reach out to

22     both parties to say that we are bipartisan.  So when we come

23     before you, you know we're not saying things for one reason or

24     another that's partisan interest.  We're saying it because

25     really and truly this bill will have a negative impact on the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028183

USA_00016410

Case 2:13-cv-00193  Document 660-23  Filed on 11/11/14 in TXSD  Page 77 of 106
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 163 of 219
VOTER FRAUD HEARING - VOL. 1                           MARCH 1, 2012

77

1    minority vote, and you can take that to the bank.  It's a

2    different --  we're a covered jurisdiction.  Those other

3    jurisdictions, at least Indiana, is not covered.  Georgia had

4    the law where everybody had the ID.  That's a big difference

5    from what we have right now.

6              REPRESENTATIVE VEASEY:  Gary, does the NAACP have

7    any opinions on why maybe Texas would want to pass a more

8    stringent law than Georgia or Indiana?

9              MR. BLEDSOE:  Well, I mean, I think that one

10   thing that seems to be occurring, and that is, you know, we have

11   a large Hispanic population.  And what I'm concerned about is

12   that there is a great concern, in other words, to make sure that

13   the Hispanic population does not vote at certain levels.  And so

14   if there was some -- if you could show me evidence where in this

15   county somebody had an identification or they voted and they

16   weren't who they said they were, but it just is not a problem.

17   I don't think many people -- let's think about this.  You're

18   going to go out there in public, currently, and you're going to

19   walk up to a polling site with people looking at you and you're

20   going to say that you're someone other than who you are.  And

21   you're going to -- and it's already a felony for you to do that.

22   I think the current law discourages people from doing that.

23   That's why we haven't seen prosecutions around the state.  There

24   may have been one or two over the years.  It's really not a

25   problem.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028184

USA_00016411

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 78 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 164 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

78

1          Voter intimidation, the lack of fairness by

2     election officials, those are much larger problems than people

3     voting who aren't who they say they were.  That's a fiction.

4     Someone looks at the law and they believe that this is a

5     potential problem.  But it hasn't been shown, because I do think

6     you put yourself at risk if you go and vote and you're not who

7     you say you are.  So there's not really a need for that.  So

8     this bill will have a great impact on African-Americans.  I

9     think it will have an even more enormous impact on the Latino

10     community.

11          REPRESENTATIVE VEASEY:  If some of the folks got

12     up and testified earlier, said they were concerned about the

13     integrity of the voting process in Texas; they don't have

14     confidence in the voting process in Texas, how would, you know,

15     folks that are different from them feel about the voting process

16     in Texas if barriers and burdens were placed in front of them

17     and they were not able to go and vote?  Because I understand

18     their sentiments and what they're saying, but my biggest concern

19     is that, okay, you pass a very stringent law and you make it

20     hard for people to vote, and in particular make it hard for

21     people that let's say that live in my district or districts like

22     mine around the state, you make it hard for them to vote.  Well,

23     then, also they would, in turn, end up not having, you know,

24     confidence in the voting system.  And already there are issues

25     with other forms of voting that I think the people in my



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028185

USA_00016412

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 79 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 165 of 219
VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

79

1    district have issues with.  And just wanted you to kind of

2    address that too, that you want to have a fair system and a fair

3    process because you don't want anyone to feel like that the

4    system is not one that is of integrity.

5              MR. BLEDSOE:  Well, you know, I think in many

6    ways Texas has an exemplary system because I think we have

7    evolved.  And I think that you -- by allowing people to -- we

8    have -- we allow people who have been on paper, who have had

9    felony convictions, once they're off paper to vote.  That's

10   somewhat progressive.

11             REPRESENTATIVE VEASEY:  In the South, that's very

12   progressive, absolutely.

13             MR. BLEDSOE:  So Texas has kind of evolved.  And

14   when we've come over here in years past and we've put out our

15   report card, you have numbers of both parties that get A's or do

16   well on the NAACP report card.  But I see that there is a

17   movement in this country to really push back.  There's a lot of

18   anti minority sentiment for various reasons that seems to be

19   occurring.  And I feel that that anti minority sentiment is at a

20   root of some of these issues relating to voter identification

21   because there's no -- unless you can show me the facts, and I

22   defy anyone in the room to come forward and show me the facts

23   where you've had a problem with people misrepresenting who they

24   are.  You may have one or two instances of that over all these

25   years.  So that's not a problem.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028186

USA_00016413

Case 2:13-cv-00193  Document 660-23  Filed on 11/11/14 in TXSD  Page 80 of 106
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 166 of 219
VOTER FRAUD HEARING - VOL. 1                           MARCH 1, 2012

80

1    So we're here, and this is going to put an

2    additional obstacle on people to prevent them from being able to

3    vote.  And I don't think that -- and I think this would impact

4    any community if something was put up in place to undermine them

5    from their ability to be able to exercise their right to vote.

6    You know, if someone -- if someone has mail that

7    shows that they work at a certain address, like in the bill that

8    we worked on last time and Representative Anchia kind of led

9    some efforts to compromise, why does that not have integrity?

10   Why is it that you have to have the identification?  And then we

11   go again back to the PV19 where those young students were all

12   wrongfully prosecuted, and they were who they said they were.

13   So there's been more of a problem on the other side than there

14   is for voters doing that.  But this is again on minority voters.

15   So we think that this is going to be a bill

16   that's going to have a real problem with pre-clearance and that

17   you can't just look at Georgia and say Georgia is pre-cleared

18   because Georgia could show straight up that this is not going to

19   have a disadvantage.  We can't show that.  That's not true here.

20   And the numbers of people who are not in that new circle, I

21   think those numbers are going to be disproportionately in the

22   minority.

23   REPRESENTATIVE VEASEY:  Yeah.  And I want to

24   applaud you for coming up with specific examples of how people

25   were intimidated in Waller County and Bell County and Bowie



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028187

USA_00016414

Case 2:13-cv-00193  Document 660-23  Filed on 11/11/14 in TXSD  Page 81 of 106
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 167 of 219
VOTER FRAUD HEARING - VOL. 1                              MARCH 1, 2012

81

 1    County recently, not something like you said from yesteryear,

 2    but something recently, and not just innuendo and rumor.

 3              I have an e-mail right here that was sent to me

 4    last election cycle that had gone out to Republican voters and

 5    tea party types from the executive director of the Tarrant

 6    County Republican party saying, "If you think voter fraud

 7    doesn't happen in our area, think again.  We need poll watchers

 8    in Democratic precincts.  Some of these locations are not very

 9    safe areas.  So this is not for the timid."  And once again,

10    those types of things are rumor.  That's innuendo.  There's

11    nothing concrete, like what you pointed to today, and I just

12    think that, as far as bringing Texans together, that sort of

13    rumor and innuendo, those are the types of things and sort of

14    generalizations that people have been making about minorities

15    and voting since reconstruction.  And I just think that passing

16    law based on that sort of -- of these sorts of stories is just

17    bad.

18              MR. BLEDSOE:  That actually sounds somewhat

19    inciteful to me, but I didn't hear the whole e-mail, but just

20    the whole tenor of that, "This is not a safe area," that is

21    stereotypical and that is trying to get people charged up in a

22    certain way to go into a minority community.  So it's a

23    prescription for disaster.  So I think that is indeed

24    problematic to do that that way.

25              CHAIRMAN BONNEN:  Were there problems in Tarrant



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028188

USA_00016415

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 82 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 168 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

82

1     County this election cycle?

2                MR. BLEDSOE:  We did.  We had some previous

3     election cycles but not this one reported --

4                CHAIRMAN BONNEN:  There weren't any this time?

5     Thank you.  Represent Aliseda.

6                REPRESENTATIVE ALISEDA:  I'm not ready to concede

7     that our statute is any more stringent than Indiana or Georgia's

8     statute.  But you make a point that this particular requirement

9     will affect minority communities more than other groups.  Do you

10    have any data as to what members of the black community or the

11    Hispanic community do not have one of the prescribed forms of

12    identification or could not get one of the prescribed forms of

13    identification?

14               MR. BLEDSOE:  No, I don't have specific data to

15    show that.  I will say this, a couple things.  Several years ago

16    we presented a study to this body in reference to racial

17    profiling.  We submitted several.  And one of the things we did

18    is we looked at driver's licenses.  We looked at car ownership

19    and things of that nature.  And we were able to show that there

20    was disparities in the certain counties that we looked at out in

21    East Texas.  And, again, when I mentioned the point about

22    Presidio County, that's just one example.  That will negatively

23    impact minorities in that area because of the placement of

24    driver's license sites for you to go and actually obtain a

25    driver's license.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028189

USA_00016416

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 83 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 169 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

83

```
 1                In other words, to say in the statute that you
 2      can get a driver's license for free is one thing.  But if you're
 3      poor, if you're unable to travel, you don't have the ready means
 4      of transportation, your life is your immediate environment,
 5      that's going to be tough and difficult.  But I think that what
 6      happened in Indiana and Georgia is they went out and got that
 7      data.  So they didn't have to get interest groups or others to
 8      come and get the data.  They had the data to show what the
 9      current circle was and what the new circle would become.
10                REPRESENTATIVE ALISEDA:  This particular or
11      something very similar requirement for voter identification has
12      been something pending before the legislature for several years
13      now.  And, you know, I'm surprised that here we are in 2011, and
14      we do not have individuals coming forward and saying, "I do not
15      have an identification.  I cannot get an identification."  I
16      live in Bee County.  Do you know where Bee County is, sir?
17                MR. BLEDSOE:  I've been there.  Tried cases
18      there.
19                REPRESENTATIVE ALISEDA:  It's South Texas, 90
20      miles from San Antonio, 56 miles from Corpus Christi.  If we did
21      not have a driver's license facility in our county, in our small
22      county seed of 13,000, we have available free or almost free of
23      charge, rural transportation to take you to Corpus Christy to
24      get whatever it is you need, to take you to San Antonio,
25      whatever you need.  And that's available to anyone, regardless
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028190

USA_00016417

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 84 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 170 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

84

1    of their financial status.  It costs them a dollar to ride the

2    rural transportation system to Corpus Christi.  All they have to

3    do it call and make an appointment.  They'll come and pick them

4    up, even if they have a handicap.  They have accessibility that

5    way.

6              So I'm having a hard time understanding how it is

7    that we can make these representations that these

8    identifications are going to impact the minority community more

9    than any other community when we have things available to remedy

10   that.  And we've had this thing pending for years and years and

11   I have yet to see a witness -- I assume we may have one later, I

12   don't know -- that is going to come forward and say, "I am not

13   going to get an ID and I can't get an ID."

14             MR. BLEDSOE:  And I think the point -- and let me

15   say here, I think number one is as you've challenged us, I would

16   encourage you to challenge other people to produce people who

17   have misrepresented who they were and to produce instances of

18   examples of people who were not -- who manipulated the system

19   and voted fraudulently because that doesn't exist.  So just like

20   the point of challenging us to produce someone.  But now what

21   we're saying is, we're saying people -- we're saying most of the

22   people that are going to be impacted have limited means.  And

23   when you say that Bee County has certain kinds of

24   transportation, that doesn't mean that the other 253 counties in

25   the state have the same kind of transportation.  And we're not



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028191

USA_00016418

Case 2:13-cv-00193  Document 660-23  Filed on 11/11/14 in TXSD  Page 85 of 106
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 171 of 219
VOTER FRAUD HEARING - VOL. 1                                MARCH 1, 2012

85

1    saying that people would not be eligible to get identification.

2    We're saying that it's difficult.  And, you know, one man's

3    dollar is another man's thousand dollars.  So when you have

4    people on fixed incomes, budgets, limited circumstances, we

5    can't begin to preach and to say how easy it would be for them

6    to be able to get transportation and to go to where they need to

7    be.

8              Plus, it needs to be education, because we need

9    to be able to reach out to identify people and let those people

10   know that you're no longer going to be able to vote.  So there's

11   going to have to be tentacles that reach into the community to

12   get those people to know that they should go and affirmatively

13   take steps to go and get the identification.  That's going to be

14   another requirement.

15             REPRESENTATIVE ALISEDA:  Well, does not the

16   statute provide for substantial education?

17             CHAIRMAN BONNEN:  Correct, it does.  Thank you.

18   I think Represent Harless has a question.

19             REPRESENTATIVE HARLESS:  Thank you for being here

20   today, Mr. Bledsoe.  You have such a smoothing voice that even

21   when I disagree with you, I can't help but smile.  I wanted to

22   ask you, did you have an opportunity to read the committee

23   substitute?

24             MR. BLEDSOE:  I have not.  I have been briefed on

25   the committee substitute, but I haven't actually sat down and



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001537

TX_00028192

USA_00016419

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 86 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 172 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

86

1        read it, but I have been briefed on it.

2                    REPRESENTATIVE HARLESS:  Okay.  You mentioned

3        earlier about a problem with a name, like an initial or a

4        different last name.  There was provisions made in the Senate

5        bill and also in the substitute that would allow that.  So I

6        want to rest your mind that if somebody shows up and their name

7        is very similar and they sign an affidavit, they will be able to

8        vote.

9                    The other thing is did you have an opportunity to

10       listen to the testimony in the senate hearing on SB14?

11                   MR. BLEDSOE:  I was there for most of the day.

12                   REPRESENTATIVE HARLESS:  Did you testify on that?

13                   MR. BLEDSOE:  Yes, I did.

14                   REPRESENTATIVE HARLESS:  There was

15       representatives from Indiana and Georgia, and we have some here

16       today as well.  And they testified that the percentage of voter

17       turnout increased after the passage of this law.  And I wanted

18       to mention, when you talk about this bill being different from

19       Georgia and Indiana, this bill is tailored along the Indiana

20       law, and in upholding the Indiana's photo ID, the U.S. Supreme

21       court stated, "Confidence in the integrity of our electoral

22       process is essential to the functioning of our participatory

23       democracy.  Voter fraud drives honest citizens out of the

24       democratic process and breeds distrust in government.  Voters

25       who fear their legitimate votes will be outweighed by fraudulent



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001538

TX_00028193

USA_00016420

Case 2:13-cv-00193  Document 660-23  Filed on 11/11/14 in TXSD  Page 87 of 106
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 173 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

87

1    ones will feel disenfranchised."  Do you know of what percentage

2    of the registered voters actually turned out to vote in the

3    general election in 2010?

4             MR. BLEDSOE:  I do know that the numbers of

5    overall minority vote was lower.  I can't stand here and cite

6    for you the actual number, but I do know it was lower than in

7    the past in terms of the percentage of the vote that was

8    minority.  I do know, like in Harris County, I think the Latino

9    vote was extremely low in that county.

10            And I know that when you say that in Indiana or

11   Georgia that the numbers went up, you have an apparition.  You

12   have the candidacy of Barack Obama that throws off and skews all

13   the figures.  So you have to take other elections to look at to

14   have an appropriate --

15            REPRESENTATIVE HARLESS:  Even though neighboring

16   states like Mississippi did not have an increase in turnout in

17   2008, even though Georgia did and Mississippi does not have a

18   photo ID?

19            MR. BLEDSOE:  And I haven't looked at the

20   Mississippi figures, and I don't know that you can say that

21   there is a one 100 percent correlation.  But I think you can

22   clearly say that it's very clear that there is a dominant theme,

23   and that is that minority turnout was much higher in 2008 than

24   it was in other places.  And it may be that one can cherry pick

25   and find, well, this state didn't have a higher turnout.  That



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028194

USA_00016421

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 88 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 174 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

88

1    could be an apparition to other reasons.  I think we need to

2    look at what the minority voter turnout was in Mississippi and

3    see if that was higher than in 2004.  And I would suggest it

4    probably would be.

5            And I know we look at -- I was at a seminar the

6    other day, and they said that in Obama's Candace /SEU 1 out of

7    11 whites voted for him in Alabama, 1 out of 10 in Mississippi,

8    1 out of 7 in Louisiana, but in Texas he received 35 percent of

9    the white vote.  But you can see the disaffection in some of

10   those communities, like when you mentioned Mississippi.  There

11   may be other reasons why there was not a greater voter turnout.

12           REPRESENTATIVE HARLESS:  I want to mention that

13   I'm very confident that this bill will meet the test of the U.S.

14   Supreme Court and also for pre- clearance because there are

15   certain standards that they've asked that be upheld, and that is

16   that the bill deters and detects fraud, that it protects public

17   confidence in the election, that it counts only eligible voters'

18   votes, and also provides access for free ID, allows for

19   provisional ballots and in ballot absentee ballots and ensures

20   obtaining a photo ID is no more burdensome or inconvenient than

21   the actual act of voting.  And we also provided exemptions for

22   elderly, disabled and indigent.  So I'm very confident that our

23   bill meets these standards.  And thank you so much for being

24   here today.

25           MR. BLEDSOE:  You're quite welcome.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028195

USA_00016422

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 89 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 173 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

89

1           CHAIRMAN BONNEN:  We're down to only a few

2    minutes here before we need to break for session.

3    Representative Gutierrez, do you have -- you don't have to but

4    -- Representative, Veasey.

5           Thank you, Mr. Bledsoe.  We appreciate your

6    testimony here today.

7           MR. BLEDSOE:  Chairman, thank you very much.

8           CHAIRMAN BONNEN:  Thank you.  Give me a public

9    witness.  We're going to do one more public witness.  They have

10   three minutes, and that way we'll keep moving.  Chair calls

11   Colleen Vera, retired teacher, here to testify for the committee

12   substitute Senate Bill 14.  You have three minutes.

13          MS. VERA:  My name is Colleen Vera.  I represent

14   myself, and I am for the committee substitute.  I am a native

15   Texan and retired Texas teacher.  I volunteered to work as a

16   poll watcher during the early voting in 2010.  In that one day I

17   witnessed two situations that I would like to share with you.

18   First, I observed a voter who showed the election clerk two

19   voter registration cards, and she said, "They had me down with

20   two names."  Both cards had the same address, but the first card

21   had the voter's legal name and the second had her nickname.

22   Because the voter was an honest citizen, she showed both cards

23   to the clerk and the clerk used one with the voter's legal name.

24   Had the voter been dishonest, it would have been very simple for

25   her to vote twice.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028196

USA_00016423

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 90 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 178 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

90

1          Second, I observed a voter who spread out

2     multiple voter registration cards like a deck of cards.  She

3     said, "Which one do I use here?  They always send me extras."

4     The clerk told the voter she would have to decide.  So the voter

5     handed the clerk one, the clerk confirmed the registration and

6     she proceeded to vote.  Again, had she not been an honest

7     citizen, it would have been very easy for her to vote more than

8     one time.

9          It is remarkable to me that in the year 2011,

10    with the growth of technology, that we are even questioning the

11    need for photo ID for something as important as voting.  We all

12    know how prevalent identity theft is, and the State of Texas

13    should be doing everything in its power to prevent identity

14    theft in voting.

15         In my opinion, the easiest way to prevent fraud

16    is to provide photo ID from a government issued source.  I have

17    read the arguments that requiring a photo ID to vote

18    discriminates against the elderly, the disabled, and the poor.

19    So just like I taught my students to do, I went online and did a

20    little research of my own.

21         Did you know that if you go to Medicare.gov

22    you'll find a document No. 11343 that states the first time you

23    use your new Medicare prescription drug plan you need to bring

24    to the pharmacy your Medicare card and a photo ID such as a

25    state driver's license or a passport?  Then I searched the Texas



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028197

USA_00016424

Case 2:13-cv-00193   Document 660-23   Filed on 11/11/14 in TXSD   Page 91 of 106
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-1   Filed 06/20/12   Page 177 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

91

1    Health and Human Services Commission to find Form M5017 which

2    lists the documents you need to send with applications for food

3    stamps, temporary assistance for needy families, medical

4    assistance or Medicaid for elderly and people with disabilities.

5    They all require a valid driver's license or Department of

6    Public Safety ID card to even apply.

7                This shows that the State of Texas already

8    requires photo ID to apply for social services for the elderly

9    and people with disabilities.  So I do not see how anyone could

10   reasonably argue that the same photo could not be used to insure

11   proper ID for voting.  Thank you for your time.

12               CHAIRMAN BONNEN:  Thank you for your time.  Any

13   questions, members?  Thank you.  Appreciate your being here.

14               Members, at this time the chair would like to

15   withdraw the committee substitute to Senate Bill 14, and I will

16   leave Senate Bill 14 pending before the Committee.  And it's the

17   Chair's intention to, as reasonably quickly after session ends,

18   reconvene the Committee and begin hearing the witnesses again,

19   when session is in recess.  So the Committee stands in recess.

20   Thank you, members.

21               (Recess)

22               CHAIRMAN BONNEN:  Voter identification and voter

23   fraud is now called to order, and the clerk will please call the

24   role.

25               CLERK:  Bonnen?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001543

TX_00028198

USA_00016425

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 92 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 178 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

92

1                    CHAIRMAN BONNEN:  Here.

2                    CLERK:  Veasey?  Hilderbran?  Hochberg?

3                    REPRESENTATIVE HOCHBERG:  Here.

4                    THE CLERK:  Pena?

5                    REPRESENTATIVE PENA:  Here.

6                    THE CLERK:  Taylor?  Gutierrez?  Harless?

7                    REPRESENTATIVE HARLESS:  Here.

8                    THE CLERK:  Aliseda?

9                    REPRESENTATIVE ALISEDA:  Here.

10                    CHAIRMAN BONNEN:  And Mr. Gutierrez is present.

11                    THE CLERK:  Gutierrez?

12                    CHAIRMAN BONNEN:  Perfect.  He's present.  Good.

13      Quorum is present.  And just for those of you in the audience

14      who are watching, we're at a particularly busy time of session.

15      And so this is a very important issue to all the members, but I

16      know like Representative Hochberg is doing appropriations and

17      public ed, and I know Representative Harless, I don't know if

18      y'all have redistricting today.  But you will see the members

19      coming and going.  It's not due to a lack of interest or concern

20      for the issue.  But we at this point in session we're usually

21      scheduled to be, if we're lucky, at least three places at one

22      time.  So that's where you'll see members coming and going.  And

23      we appreciate your understanding.

24                    The Chair lays out Senate Bill 14 by Senator

25      Fraser as pending business.  Representative Harless offers up a


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028199

USA_00016426

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 93 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 179 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

93

1      committee substitute that will be laid before the Committee to

2      Senate Bill, and we will now resume taking testimony on the

3      Committee substitute to Senate Bill 14.  And we will begin back

4      with our expert witnesses.

5              Brian Kemp, the Georgia Secretary of State, is

6      here representing himself as an individual and he is testifying

7      neutral on the committee substitute to Senate Bill 14.  Welcome

8      from Georgia.  We appreciate having you here.

9              MR. KEMP:  Thank you, Mr. Chairman and Members of

10     the Committee.  It's great to be back in Texas.  I appreciate

11     you having me here today.  As the Chairman said, I am Brian

12     Kemp, the Georgia Secretary of State.

13             I wanted to quickly just give you some background

14     information on myself so you'll know where I'm coming from on

15     this issue.

16             CHAIRMAN BONNEN:  Mr. Secretary, I apologize for

17     the interruption.  Just so you know, the expert witnesses are

18     being given ten minutes.

19             MR. KEMP:  Okay.  Very good.  I am a proponent of

20     photo ID legislation; however, I do not come to Texas to try to

21     tell you-all how to legislate.  I simply am coming to provide

22     information about what we have with done in Georgia, our process

23     and how our law has been implemented.  And I hope this will help

24     you as you consider this legislation.

25             I was in the Georgia Senate back in 2006, when



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028200

USA_00016427

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 94 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 180 of 219
VOTER FRAUD HEARING - VOL. 1                                              MARCH 1, 2012

94

1    our photo ID bill passed.  So I have the experience of going

2    through some of the same type of experiences that you are all

3    going through now.  And with that I'll give you a little bit of

4    background information on our legislation.

5              In 2006 we did enact Senate Bill 84 which

6    requires voters who cast their ballot in person to present one

7    of six forms of acceptable photo identification.  They are a

8    Georgia driver's license, even if expired, a valid state or

9    federal government issued ID including a free voter ID card

10   issued by the voter's county registrar or the Department of

11   Driver Services, valid U.S. Passport, a valid employee photo ID

12   of any branch, department, agency or entity of the U.S.

13   Government, Georgia or any county, municipality, board,

14   authority or other entity of the State, a valid U.S. military

15   photo ID or a valid tribal photo ID.

16             If a voter does not have photo ID or forgets to

17   bring their photo ID to the polls, they still can cast a

18   provisional ballot.  The voter then has until the Friday after

19   election day to obtain acceptable form of photo ID and return to

20   their county elections office to have their vote counted.  No

21   voter is ever turned away from the polls because they do not

22   have acceptable photo ID.

23             The Secretary of State's office implemented a web

24   site, GeorgiaPhotoID.com, to educate Georgia voters about the

25   photoed ID requirement for in-person voting, the free voter ID



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028201

USA_00016428

Case 2:13-cv-00193  Document 660-23  Filed on 11/11/14 in TXSD  Page 95 of 106
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 181 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

95

1     card for voters who do not have a voter ID, the free photo ID

2     card available at the Department of Driver Services.  The web

3     site also contains flyers, posters, and brochures about

4     Georgia's photo ID requirement that users can print and

5     distribute.

6              I want to talk a little bit about our outreach

7     and education.  We conducted a statewide multimedia outreach and

8     education campaign to inform Georgia voters about all facets of

9     the photo ID requirement.  The campaign was conducted prior to

10    six elections between September of 2007 and November of 2008

11    general election.  We mailed out over -- or we did direct mail

12    and utility bill inserts over five million pieces.  We had

13    packages of photo ID materials to nongovernment agencies, like

14    chamber of commerces, churches and libraries.  There were 633

15    packages, over 57,000 pieces.  We did 83,000 automated phone

16    calls, 1,200 video PSAs, over 60,000 radio PSAs, and the office

17    issued over 70 press releases.

18             The highlights of the campaign were the radio ads

19    with Then-Secretary of State Karen Handler and Atlanta Falcons

20    players.  The PSAs increased awareness of the requirement, voter

21    registration deadlines and early voting option.  Also we

22    advertised at the Atlanta Falcons' home games on their LED

23    banners.  We did radio ads that were purchased statewide on

24    Clear Channel.  And there were 400 ads that were placed inside

25    Atlanta's Marta busses to remind riders of the photo ID



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028202

USA_00016429

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 96 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 182 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

96

1    registration.

2              The free identification cards that we offered, I

3    wanted to just go through the numbers real quick on those.  In

4    2006 we issued about 2,200 free ID cards, 4,200 in 2007.  2008,

5    the presidential year, we issued over 12,000.  We had about

6    2,500 in 2009, 2,700 in 2010.  And then when you count the

7    thousand or so that the Department of Driver Services issued,

8    the grand total was about 25,000 free photo IDs in a state of

9    bumping ten million people that were issued.  And 51 percent of

10   those were issued in 2008, on the presidential year.

11             To obtain the free photo voter ID card, there's

12   four things that you have to do.  You've got to provide a photo

13   identity document or prove non-photo identity document that

14   includes full legal name and date of birth, and you must

15   document the voter's date of birth and evidence that the

16   applicant is a registered voter and documentation showing the

17   applicant's name and the residential address.

18             I've actually got three pages of details about

19   this process that I will submit to the Committee, and I will be

20   glad to answer questions at the end of the remarks, if there are

21   any, regarding this process.  It's just a lot of information

22   that you could probably get more from just looking at yourself.

23             I wanted to -- I thought it would be important to give

24   you an analysis of the votes that were cast in Georgia

25   elections.  More than 14,630,000 votes have been cast in 35



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028203

USA_00016430

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 97 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 183 of 219
VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

97

1    state and federal elections in Georgia since 2007, when the

2    photo ID was first required for in-person voting.  These figures

3    do not include municipal and county elections, which are

4    administered locally in Georgia.

5           Additionally, the 2008 elections were the largest in

6    Georgia's history, featuring record turnout among minority

7    voters with the photo ID requirement in place.  The following

8    figures represent voter turnout statistics among Hispanic

9    Latino, African-American and white voters from the 2004 and 2008

10   elections.

11          In 2004 there was 18,000 Hispanic Latino votes cast.

12   In 2008 there was 43,000, a 140 percent increase.  The

13   African-American vote in 2004 was 834,000.  In 2008 it was 1.2

14   million, a 42 percent increase.  The white vote in 2004 was 2.3

15   million and in 2008 it was 2.5 million, an 8 percent increase.

16          Also, I wanted to give you some statistics on

17   provisional ballots that have been cast when the voter lacked

18   photo ID and how many voters returned with photo ID to have

19   their ballots counted.  Voters who had voted provisionally

20   because they lacked photo ID in the November 4th general

21   election, there was about 1,200 out of almost 4 million votes

22   cast.  The voters who returned, of those 1,200 and provided the

23   photo ID was 308.  And there was 873 voters who did not return

24   to clear up their provisional ballot.

25          In the December 2nd runoff for that general



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 660-23 Filed on 11/11/14 in TXSD Page 98 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 184 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

98

1      election there was 271 provisional ballots because they lacked

2      photo ID out of 2.1 million votes cast.  82 of the 271 returned.

3      So there was 189 that did not clear the provisional ballot up.

4              In the November 2nd, 2010 general election there

5      were 381 provisional ballots because of lack of photo ID out of

6      2.5 million cast.  Of the 381, 108 returned to clear those up

7      and there was 272 that did not.  In that runoff, November 30th,

8      2010 there was 35 provisional ballots out of about 265 that were

9      cast.  6 of those 35 returned.  29 did not.

10             We can't know for sure why those that, you know,

11     don't come back to clear it up -- some of the thoughts on that

12     is the outcome of the election was not in doubt in those

13     elections.  So they just didn't bother to come back because they

14     knew their vote, while it would count, it wouldn't matter in the

15     end results.  Obviously, they could have been attempting voter

16     fraud or they simply didn't realize that they had to have a

17     photo ID to vote, and even though they could have come back and

18     gotten a photo ID in the three days after the election, they

19     elected not to do that.  And we are still very vigilant about

20     making sure voters are aware of the photo ID requirement before

21     all of our state and federal elections, and we do that through

22     our office.

23             The total votes cast in person versus by mail in

24     the past two general elections, in 2008, the November general

25     election, we had about 3.6 million voters in Georgia and 91.2



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028205

USA_00016432

Case 2:13-cv-00193  Document 660-23  Filed on 11/11/14 in TXSD  Page 99 of 106
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 185 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

99

1    percent voted in person.  We had about 350,000 mail-in ballots,

2    and then for a total of just under 4 million votes.

3              The run off on December the 2nd, there was almost

4    two million votes cast in person.  That was about 90 percent of

5    the vote.  There were 216,000 mail-in ballots for a total vote

6    of just over 2.1 million total.

7              CHAIRMAN BONNEN:  Mr. Secretary, I apologize, but

8    your ten minutes are up.  I'd like to begin asking you a couple

9    questions, but I'd like to hear the rest of those numbers.

10             MR. KEMP:  Okay.  The November 2nd, 2010 general

11   election, we had 2 -- well, almost 2.5 million votes.  93.4

12   percent of those were in person.  And then the November 30th

13   runoff there was 265,000 votes cast and about 81 percent of

14   those were in person.

15             CHAIRMAN BONNEN:  Also, I want to make sure I

16   understand.  On the numbers of the provisional ballots -- and

17   the numbers are somewhat unimportant in this question.  You said

18   there were 308 that came back the one time and 108 that came

19   back and were cleared.  I guess my question is of those that

20   came back are you saying all were cleared?

21             MR. KEMP:  No, sir.  In the 2008 general election

22   there were about 1,200 provisional ballots that were cast

23   because of lack of photo ID.  308 of those 1,200 came back and

24   showed their photo ID and had their vote counted.  And then --

25             CHAIRMAN BONNEN:  I guess that's what I'm trying



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028206

USA_00016433

Case 2:13-cv-00193 Document 660-33 Filed on 11/11/14 in TXSD Page 100 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 186 of 219
VOTER FRAUD HEARING - VOL. 1                              MARCH 1, 2012

100

1    to understand.  Did more than 308 return, but they did not

2    return with proper ID?

3                    MR. KEMP:  No.  The rest of them just did not

4    return at all.

5                    CHAIRMAN BONNEN:  So 308 people actually

6    returned, and every one of the ones who returned had their vote

7    counted?

8                    MR. KEMP:  Yes.

9                    CHAIRMAN BONNEN:  So there wasn't a single person

10   who showed back up and didn't have their vote counted?

11                   MR. KEMP:  As long as you show up back up by

12   close of business on the Friday following election and show your

13   photo ID, your vote will be counted.

14                   CHAIRMAN BONNEN:  So again, to be clear, no one

15   showed back up and, in turn, didn't have their vote counted?  If

16   they came up, they showed their ID, their vote counted.  And

17   those who chose not to return, you don't know why they didn't or

18   what they didn't, but had they shown up with an ID, their vote

19   would have counted?

20                   MR. KEMP:  That's correct.

21                   CHAIRMAN BONNEN:  And that was the same thing in

22   2010.  You had 108 showed back up.  Each one of the people who

23   showed back up had a proper ID, and you, in turn, counted them?

24                   MR. KEMP:  That's correct.

25                   CHAIRMAN BONNEN:  You had talked about the very



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001552

TX_00028207

USA_00016434

Case 2:13-cv-00193 Document 660-33 Filed on 11/11/14 in TXSD Page 101 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 187 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

101

1    positive educational opportunities y'all created using Atlanta

2    Falcons football team and things. How much did the State of

3    Georgia spend, do you know, on the educational programs?

4              MR. KEMP:  Yes, sir.  I just didn't quite get to

5    that.

6              CHAIRMAN BONNEN:  That's okay.  You had a limited

7    amount of time.

8              MR. KEMP:  On the cost -- give me just a second

9    here.  In 2006 our initial contract was $589,000.  That contract

10   included one photo ID system per county where people could go

11   get their free photo I D.  The installation and training of

12   personnel, the production quantity updates, encryption service,

13   a one-year system warranty, and the production of 10,000

14   permanent voter ID cards.

15             The annual cost and training from 2008 to 2010

16   was about $170,000.  The elections personnel online training was

17   about $15,000.  So that grand total comes to about $773,000.

18             And then we also did the outreach and education

19   campaign, which was, you know, the advertising and those type

20   things.  We spent about 842,000 on that.

21             CHAIRMAN BONNEN:  Did that include -- I

22   apologize.  Sorry to interrupt you.

23             MR. KEMP:  And that brought the total cost from

24   all of this to about $1.6 million.

25             CHAIRMAN BONNEN:  Did the $842,000, did that --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028208

USA_00016435

Case 2:13-cv-00193  Document 660-33  Filed on 11/11/14 in TXSD  Page 103 of 106
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 188 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

102

1       I'm assuming y'all had to pay to have it included in the

2       electric bills or did the electric companies do that --

3                   MR. KEMP:  I'm not exactly sure what the -- how

4       -- the exact number for those costs.  I think the utility

5       probably just let us put that copy in their -- without charging

6       us postage costs.  I can verify that for you, Mr. Chairman.

7                   CHAIRMAN BONNEN:  Okay.  So you spent 770 -- the

8       State of Georgia spent $773,000 on education, outreach, and free

9       IDs, correct?

10                  MR. KEMP:  Well, the 773 was on the system to

11      produce the free photo ID, that initial contract and the

12      training.

13                  CHAIRMAN BONNEN:  Then 842 was, in essence, the

14      marketing campaign?

15                  MR. KEMP:  That's right, outreach and education.

16                  CHAIRMAN BONNEN:  Representative Hochberg has

17      questions.

18                  REPRESENTATIVE HOCHBERG:  Can I just follow up on

19      a couple more details on that specific question.  The 842,000

20      was over what period of time?  Is that this four-year period

21      that you mentioned?

22                  MR. KEMP:  Let me see.  I think that was through

23      2010.

24                  REPRESENTATIVE HOCHBERG:  2006 through 2010.  So

25      that's a total number?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001554

TX_00028209

USA_00016436

Case 2:13-cv-00193  Document 660-33  Filed on 11/11/14 in TXSD  Page 103 of 106
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 189 of 219
VOTER FRAUD HEARING - VOL. 1                           MARCH 1, 2012

103

1              MR. KEMP:  Yes.

2              REPRESENTATIVE HOCHBERG:  And do you anticipate

3    continuing that before other elections or is this is a one-time?

4    What's your plan?

5              MR. KEMP:  I think that was pretty much --

6    actually, I think we did that from 2007 through the 2010

7    elections, I believe.  So we're really not -- we've had a pretty

8    aggressive campaign.  We still have the web site.  We still have

9    the information on our web site.  We do press releases before

10   all the elections, reminding people.  But we're really not doing

11   much outreach now.  And I think the reason why is because we've

12   only issued 25,000 free IDs, and a lot of the naysayers of the

13   legislation said there would be 60,000 or 80,000 or some big

14   number.  We just didn't see the demand there.

15             REPRESENTATIVE HOCHBERG:  Parts of the

16   advertising is about bringing your ID to the polls, or was it

17   just for the free ID outreach?

18             MR. KEMP:  It was both.  It was to make people

19   aware that they had to have a free photo ID to vote in person,

20   but also if they didn't have one, we can get you one.

21             REPRESENTATIVE HOCHBERG:  Excuse me for asking

22   the question I should know the range on:  How many people in

23   your state, or how many voters?

24             MR. KEMP:  We've got about 10 million people in

25   the state now and about half of those, a little over 5 million,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028210

USA_00016437

Case 2:13-cv-00193 Document 660-33 Filed on 11/11/14 in TXSD Page 104 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 190 of 219
VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

1      are registered voters.

2                     REPRESENTATIVE HOCHBERG:  About 10 million total

3      people.  That's not voting age?

4                     MR. KEMP:  Right.

5                     REPRESENTATIVE HOCHBERG:  How many eligible; do

6      you know?

7                     MR. KEMP:  I'm not sure about the eligible.

8                     REPRESENTATIVE HOCHBERG:  You've got about 5

9      million registered?

10                     MR. KEMP:  We can get that number for you too.

11                     REPRESENTATIVE HOCHBERG:  I'm just trying to make

12     sure that I know what the numbers are that I'm writing down.

13     And just from the standpoint of your media campaign, you've got

14     basically one large media market, and then where do you go other

15     than Atlanta?

16                     MR. KEMP:  Well, Atlanta is the major TV market,

17     but there's also a TV market in Augusta, which is on the east

18     side of the state, Columbus, Macon and Savanna.  And there's a

19     little bit of one in Albany, which is southwest Georgia, but

20     those are really very minor compared to the Atlanta market.

21                     CHAIRMAN BONNEN:  Representative Harless has

22     questions, and then after Harless, Representative Gutierrez and

23     then Representative Watson.

24                     Representative Harless.

25                     REPRESENTATIVE HARLESS:  I know you had some



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001556

TX_00028211

USA_00016438

Case 2:13-cv-00193 Document 660-33 Filed on 11/11/14 in TXSD Page 105 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 131 of 219
VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

105

1    delays, and we appreciate you making it here today.  When you

2    talked about your elections from September 2007 until 2009, you

3    said six elections.

4               MR. KEMP:  No.  We've -- well, that was -- I

5    think the outreach that we did during that time was before those

6    six elections.  But total since the bill has been implemented, I

7    think we've had 35 elections.

8               REPRESENTATIVE HARLESS:  Y'all have a lot of

9    elections.

10              MR. KEMP:  We do, and that number probably pales

11   in comparison if you count municipal elections and county

12   elections because there's a lot of those that go -- a lot of the

13   municipal elections are in off years from the state and federal

14   elections.  And then there's special elections.  There's special

15   local office elections.  But we do have a lot of elections.

16              REPRESENTATIVE HARLESS:  When you talked, you

17   serve as the Secretary of State now, but you served in the

18   Senate when your voter photo ID passed.  What was the specific

19   reason that the Georgia legislature felt like this was important

20   to pass?

21              MR. KEMP:  Well, I think just securing our

22   elections, continuing to make them more secure.  And, you know,

23   when I was in the senate I was in a very tough district.  It was

24   kind of a 50/50 district.  And, you know, quite honestly, this

25   was an issue.  I knew I'd have a lot of people in my district



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028212

USA_00016439

Case 2:13-cv-00193 Document 660-33 Filed on 11/11/14 in TXSD Page 106 of 106
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 192 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

106

1    that were for it and a lot were against it.  And there was, you

2    know, obviously heated and mostly partisan debate in the

3    legislature.  But I'll tell you that since it was passed, when I

4    got back home, when I was in the Senate and having campaigned

5    over the last two years statewide, you know, the wide majority

6    of Georgians support showing a photo ID when you go vote.  And

7    the reason we did it was just to continue to keep our elections

8    secure.

9                    REPRESENTATIVE HARLESS:  Can y'all tell me why

10   y'all chose the two-day cure because our legislation has the

11   six-day cure in there for the provisional ballot.  Why did you

12   choose a two-day cure?

13                   MR. KEMP:  I can't remember the specifics of that

14   debate.  I think it was mainly like we felt that three days was

15   reasonable for the people to solve the problem if they left

16   their ID at home or they didn't have one, where they could go to

17   their county registrar and get it.  And I think it all -- in

18   today's technology, people get mad if we don't have election

19   results 30 minutes after the polls close from somewhere.  So,

20   you know, people are wanting -- and then as soon as it's over

21   they're wanting us to certify before we get military ballots

22   back.  But that's the requirement we have for our military

23   ballots and our provisional ballots is close of business on

24   Friday.

25                   REPRESENTATIVE HARLESS:  You'll see this is a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028213

USA_00016440