Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 1 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 193 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

107

1    first for me as well.  We're going to have Skype testimony here

2    today.  So electronic age has met the Texas legislature as well.

3    Can you tell me about your pre-clearance process.

4                MR. KEMP:  Yes.  We -- that was another section I

5    didn't quite get to.  We had pre-clearance on the original

6    legislation after it was signed in about two months.  The rules

7    and regulations forms, applications, et cetera that implemented

8    the legislation was pre-cleared in about eight days.  And then,

9    of course, we had numerous lawsuits that we have won every one

10   of them.  So it really didn't take us too long to get

11   pre-cleared.

12               REPRESENTATIVE HARLESS:  So how long did you

13   spend in litigation?

14               MR. KEMP:  Well, we're still in litigation.  And,

15   you know, our photo ID law has withstood scrutiny in the Georgia

16   Supreme Court and the 11th Circuit Court of Appeals in the Lake

17   Purdue case which was decided in 2007.

18               There was another case, Common Cause versus

19   Phillips that was decided in 2009.  The 11th circuit found that

20   the burden imposed by the requirement of photo ID is outweighed

21   by Georgia's interest in safeguarding its right to vote.  Also,

22   there has not been one single person that has been found that

23   could not vote because they did not have a photo ID or because

24   of the law.

25               And then right now the democratic party of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028214

USA_00016441

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 2 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 194 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

108

1      Georgia in Georgia versus -- the Democratic Party of Georgia

2      versus Purdue is currently pending in the Georgia Supreme Court.

3      In April of 2010 the lower court dismissed the lawsuit of the

4      Democratic Party of Georgia on the grounds that the Georgia

5      photo ID law did not violate the Georgia Constitution.

6                    We are hopeful that this will be the last court

7      case for our photo ID legislation.

8                    REPRESENTATIVE HARLESS:  And the U.S. Supreme

9      Court refused to hear the case?

10                   MR. KEMP:  That's correct.

11                   REPRESENTATIVE HARLESS:  Can you tell me, we were

12     talking about the money you spent, the PR and the media and the

13     training, the $1.6 million.  Did you have the availability of

14     HAVA funds, Help America Vote funds, to help offset some of

15     those costs?

16                   MR. KEMP:  I'm not exactly sure where we were on

17     the time at our HAVA funds.  We used State funds for this

18     outreach.  However, I will say that if we were in today's

19     economy, we would probably be looking at using HAVA funds.

20                   REPRESENTATIVE HARLESS:  Thank you so much.

21                   MR. KEMP:  You're welcome.

22                   CHAIRMAN BONNEN:  Represent Gutierrez has

23     questions.

24                   REPRESENTATIVE GUTIERREZ:  Thank you, Mr.

25     Chairman.  Well, I have a number of questions, and I don't want



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001560

TX_00028215

USA_00016442

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 3 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 195 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

109

1      to belabor the point on the whole curing elections, but did you

2      find that there was a tremendous amount of voter fraud or voter

3      impersonation, I should say, going on?

4                     MR. KEMP:  I don't know that there's any real way

5      you can tell.

6                     REPRESENTATIVE GUTIERREZ:  Did you have hoards of

7      Mexicans going over there to vote?

8                     MR. KEMP:  I'm sorry?

9                     REPRESENTATIVE GUTIERREZ:  Did you have hoards of

10     Mexicans?  We had heard earlier that we had hoards of Mexicans

11     voting.  Did you have hoards of Mexicans voting?

12                    MR. KEMP:  Well, I didn't see that.

13                    REPRESENTATIVE GUTIERREZ:  So was there any

14     investigation by the government, your attorney general or

15     anything prior?

16                    MR. KEMP:  Well, I serve as Chairman of the State

17     Elections Board, and we have had non-citizens voting in Georgia.

18     We've got non-citizens on our voter registration rolls now.

19     We've been fighting the Justice Department for the last couple

20     of years about that and have won our first case with them and

21     we're in another one with them right now.  But WSB, a big

22     Atlanta TV station, did a big investigation that highlighted

23     hundreds of non-citizens that are on our rolls.  And we have had

24     non-citizens voting in our elections.

25                    REPRESENTATIVE GUTIERREZ:  And you say there's



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028216

USA_00016443

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 4 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 198 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

110

1      some lawsuit out there that suggests that?

2                    MR. KEMP:  No.  We have a lawsuit to check -- we

3      passed a state law in 2009 to check citizenship before we

4      register someone to vote, and we're actually suing to get

5      pre-clearance.

6                    REPRESENTATIVE GUTIERREZ:  And what's the name of

7      that lawsuit?

8                    MR. KEMP:  I guess it could be Kemp versus

9      Holder.  We can get you the information on that if you'd like

10     it, Representative.

11                   REPRESENTATIVE GUTIERREZ:  I appreciate it.  But

12     you haven't witnessed hoards of Mexicans voting in Georgia; is

13     that your testimony?

14                   MR. KEMP:  No, I haven't.

15                   REPRESENTATIVE GUTIERREZ:  I do want to commend

16     you.  You allow a few more ways of allowing people to vote.

17     You've got an expired driver's license is sufficient, right?

18                   MR. KEMP:  That's correct in Georgia.

19                   REPRESENTATIVE GUTIERREZ:  So if someone's not a

20     very good driver, gets their license suspended, and they still

21     have it, that still passes?

22                   MR. KEMP:  Yes.  And just like my stepfather, who

23     can't see very well now and doesn't drive, his driver's license

24     expired.  He can still use that when he goes to vote.

25                   REPRESENTATIVE GUTIERREZ:  That's a good point



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028217

USA_00016444

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 5 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 191 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

111

1        because sometimes what happens to some of our senior citizens is

2        that they get their privileges revoked or they just choose to

3        make the right decision and they can't see as well, like my dad

4        can't see as well anymore.  So we have myself or other members

5        of my family drive him around at times or he just simply doesn't

6        drive.  So we have a lot of seniors that simply choose not to go

7        out and renew it for whatever, convenience, and they keep their

8        old driver's license.  So an expired driver's license is okay in

9        Georgia.

10                       MR. KEMP:  It is okay in Georgia.  Now, we would

11       also, if they did not have that, would give them a free ID.

12                       REPRESENTATIVE GUTIERREZ:  Very good.  And you

13       mentioned six things.  So I've got the driver's license, expired

14       driver's license, the military ID, the tribal ID, any valid

15       government ID that would show that I'm an employee of the State

16       of Texas, if I were an employee of the State of Georgia.  I

17       guess that would work, right.

18                       MR. KEMP:  That's correct.

19                       REPRESENTATIVE GUTIERREZ:  A U.S. passport or a

20       valid U.S. passport?

21                       MR. KEMP:  Yes, sir.

22                       REPRESENTATIVE GUTIERREZ:  And you mentioned

23       something about a county registrar.  Would that be my --

24                       MR. KEMP:  Any county, municipality, board or

25       authority or other entity of this state.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028218

USA_00016445

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 6 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 198 of 219
VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

112

1          REPRESENTATIVE GUTIERREZ:  Okay.  And what is

2     that, just an ID from any county --

3          MR. KEMP:  Like if you were a county manager for

4     the Clark County and you had a photo ID, that would work.

5          REPRESENTATIVE GUTIERREZ:  So you allow for more

6     options.  I like the expired piece.  That's good.

7          MR. KEMP:  I will tell you this, that when our

8     legislation passed, everybody thought it was draconian and way

9     over the top.  And now we have a lot of folks that point to our

10    legislation because some other states are trying to pass things

11    that are much tougher than what we did.

12          REPRESENTATIVE GUTIERREZ:  Do y'all exempt people

13    over 70 years of age from having to have an ID at all?

14          MR. KEMP:  I'm not sure about that.  I'd have to

15    check.

16          REPRESENTATIVE GUTIERREZ:  This legislation, we

17    do actually.  So anyone over 70 is not required to have the ID.

18    So that's a nice difference.  And I think I read, maybe it was a

19    prior senate bill, it was April prior to 2012.  So that may not

20    be the case and that remains to be seen in some point for

21    seniors that are going to be 70, let's say ten years from now.

22          And so you spent all this money, about 1.6

23    million.  And that last comment actually brings to mind

24    something else.  I mean, you would agree with me that there's

25    kind of a continual education that needs to happen for election



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028219

USA_00016446

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 7 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 199 of 219
VOTER FRAUD HEARING - VOL. 1                                MARCH 1, 2012

113

1      after election.

2                    MR. KEMP:  Well, there's continual education

3      about a lot of the laws that we pass and I'm sure that are still

4      getting passed today.

5                    REPRESENTATIVE GUTIERREZ:  But certainly not to

6      the extent that you spent $842,000 in an ad campaign in the

7      beginning, correct?

8                    MR. KEMP:  I would agree with that.

9                    REPRESENTATIVE GUTIERREZ:  You're not spending

10     that kind of money now, are you?

11                   MR. KEMP:  No, sir.  We're actually saving some

12     money now because of the photo ID requirement.  We've put a

13     barcode scanner in at least one in all of our precincts in

14     Georgia.  So now when people come to the polls they can actually

15     scan the driver's license and will be able to on the photo ID,

16     pulls their name up on the express poll which speeds the process

17     up for our voters, plus makes it quicker which allows the

18     counties to have less people in there.  And counties are also

19     using other equipment that actually prints the forms outs for

20     early in-person voting, which is speeding the time up.  So, you

21     know, now, because we've done this, we're starting to see some

22     savings, mostly at the county level.

23                   REPRESENTATIVE GUTIERREZ:  You mention something

24     about an annual cost of $70,000 in that contract.  Is that

25     continuing beyond the four or five-year period in $589,000 cost?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028220

USA_00016447

Case 2:13-cv-00193   Document 660-24   Filed on 11/11/14 in TXSD   Page 8 of 89
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-1   Filed 06/20/12   Page 200 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

114

1          MR. KEMP:  The annual cost in training was from

2     2008 to 2010, was 170.  But we do annual training regardless.

3     I'm sure, you know, most states or counties do that.  I mean, we

4     have two different sessions every year with our registrars and

5     our elections officials where we do training.  We've got an

6     E-learn electronic web site type training system.  So that

7     continually goes on in Georgia.

8          REPRESENTATIVE GUTIERREZ:  And I'm wrapping this

9     up, Mr. Chairman.

10          CHAIRMAN BONNEN:  Sure.

11          REPRESENTATIVE GUTIERREZ:  One of the big

12     questions that I had was I was concerned.  You gave us some '04

13     numbers and '08 numbers to show an increase in Latino and

14     African-American voting and they were certainly very

15     substantial.  But you would agree with me that was in large part

16     because of a monumental election in our country with President

17     Obama being elected.  Wouldn't you agree with that statement?

18          MR. KEMP:  I probably would agree with that.

19          REPRESENTATIVE GUTIERREZ:  So I didn't hear

20     numbers from '08 to 2010 as far as Latino and African-American

21     voters.

22          MR. KEMP:  We were trying to be consistent in the

23     election that we were trying to compare presidential to a

24     presidential election.

25          REPRESENTATIVE GUTIERREZ:  All right.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028221

USA_00016448

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 9 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 201 of 219
VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

115

1               MR. KEMP:  We can get you those other numbers, if

2       you'd like.

3               REPRESENTATIVE GUTIERREZ:  But you had some other

4       2010 numbers, but we don't have the African-American, Latino

5       turnout for --

6               MR. KEMP:  Right.  Those elections we're talking

7       about the provisional ballots.

8               REPRESENTATIVE GUTIERREZ:  Is it safe to argue

9       that those numbers would be substantially less than certainly

10      the 2008?

11              MR. KEMP:  Well, I mean, I would hate to commit

12      to that answer, not seeing the figures.  I mean, obviously 2008

13      was a historic day for African-Americans and --

14              REPRESENTATIVE GUTIERREZ:  For the country?

15              MR. KEMP:  Yeah, absolutely, and in Georgia.  And

16      we had huge turnout, which was great.  But I think, you know, in

17      2010, even though our vote total is down, which it always is for

18      gubernatorial races, in my belief we had a pretty strong

19      African-American turnout as well.

20              CHAIRMAN BONNEN:  Mr. Secretary, I would

21      appreciate it -- Representative Gutierrez, if you would agree, I

22      think what would be valuable is if you would show us the vote

23      totals from '06 comparative to '10 because I think it is

24      reasonable to compare presidential to presidential and

25      gubernatorial to gubernatorial.  Not to send you back to Georgia



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028222

USA_00016449

Case 2:13-cv-00193  Document 660-24  Filed on 11/11/14 in TXSD  Page 10 of 89
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 202 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

116

1    with homework from Texas, but we would appreciate it.

2              MR. KEMP:  Can we bill you for that?  No, I'm

3    just kidding.

4              CHAIRMAN BONNEN:  Don't send the collectors over.

5              MR. KEMP:  All right.  You want general election?

6              CHAIRMAN BONNEN:  If we could see the comparisons

7    of '06 to '10, the gubernatorial '06 election to the

8    gubernatorial 2010 election.

9              REPRESENTATIVE GUTIERREZ:  Thank you for that

10   recommendation.  I think that that would be some good numbers.

11             CHAIRMAN BONNEN:  And we've got all the time you

12   need.  I didn't want to cut you off.  You keep asking the

13   questions you have.

14             REPRESENTATIVE GUTIERREZ:  My last question.  Are

15   you enjoying your brief stay in Austin?

16             MR. KEMP:  Well, I tell you, Representative, I

17   wish it had been a little bit longer.  It was going to be brief

18   regardless.  But I would have loved to have come in last night

19   and stay in Downtown Austin and bought a meal here.  But

20   unfortunately we had a bad storm that came through.  So I got to

21   fly here today and I'm leaving this afternoon.  My wife and I

22   were actually here before Christmas with some other Secretary of

23   States and had a good conference and certainly a great stay in a

24   great state and a beautiful city.

25             REPRESENTATIVE GUTIERREZ:  Well, come to San



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028223

USA_00016450

117

1    Antonio.  We have the best basketball team in the nation.

2    You're invited.

3                   CHAIRMAN BONNEN:  Real quick, little

4    housekeeping.  Let the record show Represent Taylor is present.

5    Representative Hilderbran is present.  Vice Chair Veasey is

6    present.  And now Representative Aliseda has some questions and

7    then we'll come to Vice Chairman Veasey for his questions.

8                   REPRESENTATIVE ALISEDA:  Mr. Kemp, what I took

9    from your testimony is that you, like we, were experienced

10   naysayers, that this was going to be something that would affect

11   minorities well into the future; is that correct?

12                  MR. KEMP:  Well, I wasn't a naysayer.  I felt

13   like the legislation made good common sense to me.  But in the

14   district that I was in, there was a lot of naysayers in my

15   district that voiced their concerns.

16                  REPRESENTATIVE ALISEDA:  And you were able to

17   show statistically, though, that those dire predictions did not

18   come as was said; is that correct?

19                  MR. KEMP:  Well, and I think when I looked at

20   these numbers as we were preparing them, I was very encouraged

21   by them.  I thought the numbers speak for themselves, that we've

22   had minority -- increase in minority in-person voting.  And

23   we've had -- I mean, even with our photo ID legislation, we

24   have, on average, over 90 percent of our population that votes

25   in person, and that's pretty amazing to me.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028224

USA_00016451

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 12 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 204 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

118

1              REPRESENTATIVE ALISEDA:  Have you seen a report

2       prepared by the Heritage Foundation regarding data analysis and

3       voter ID laws?

4              MR. KEMP:  I think I have read that report.

5              REPRESENTATIVE ALISEDA:  Do we have that as part

6       of the record, Chairman Bonnen?

7              CHAIRMAN BONNEN:  I have a copy.  There is no

8       official record.

9              REPRESENTATIVE ALISEDA:  There is no official

10      record.  Okay.  I have no further questions.

11             CHAIRMAN BONNEN:  This is not a legal proceeding

12      so there is not an official record.  We're not the Senate.  They

13      don't like us to pretend that we are.

14             Vice Chairman Veasey has questions, Mr.

15      Secretary.

16             VICE CHAIRMAN VEASEY:  And one of tings that I

17      remember when the whole voter ID controversy started in Georgia

18      I know that one of the columns that Cynthia Tucker wrote, who

19      was a columnist for Atlanta Journal, the African-American

20      columnist that is one of the liberal columnists, she had

21      mentioned that, you know, that if there was a slow

22      implementation of the bill that then you could -- and I think

23      that even in the Carter Baker report they even talk about that,

24      instead of trying to immediately, you know, put something on

25      someone's back, just giving them a chance to understand the law.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001570

TX_00028225

USA_00016452

Case 2:13-cv-00193  Document 660-24  Filed on 11/11/14 in TXSD  Page 13 of 89
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 205 of 219
VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

119

1      And it looks like from the questions that Representative

2      Gutierrez was asking you a second ago that y'all -- sound like

3      y'all kind of made some changes that would allow people to

4      understand what was going on and give people more opportunities

5      to exercise their suffrage.

6              MR. KEMP:  Well, I will tell you this.  Ms.

7      Tucker and I don't agree a whole lot politically.  And I think

8      the way Georgia implemented the law was very reasonable from the

9      timeframe.  And I think just when you take the politics out of

10     this, I think it's a very simple argument for our citizens.

11     Most of them already have a photo ID.  We can't get in

12     government buildings without a photo ID.  We can't write a

13     check.  I can't get on the airplane to go home without a photo

14     ID.  That doesn't mean that there aren't folks out there that

15     don't have them and need our assistance to get a photo ID.

16             VICE CHAIRMAN VEASEY:  There are other ways that

17     people can -- there are exceptions to everything, even getting

18     on a plane.  You need to have a photo ID to get on a plane, but

19     there are other ways that you can -- it may be more burdensome,

20     but there are other ways you can get on a plane without having a

21     photo ID.

22             MR. KEMP:  And we have other ways that people can

23     vote in Georgia.  You can vote absentee without a photo ID.  And

24     I will submit a copy of these remarks for you that talk about

25     how you can get a photo ID in Georgia.  And it is very, quote,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028226

USA_00016453

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 14 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 206 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

120

1    liberal in the ways that you can get a photo ID.  I mean,

2    there's just a multitude of documents that you can show that

3    will allow you to get a photo ID so that you can be able to vote

4    in Georgia.

5            VICE CHAIRMAN VEASEY:  Have you heard -- one

6    other thing that I thought was interesting that you talked

7    about, the 2010 election results because you thought that

8    perhaps that the African-American numbers might have gone up

9    during the 2010 election.  Have you heard that maybe other

10   states want to -- including our state, maybe want to pass other

11   more stringent laws because they still think that people are

12   still casting these illegal ballots and that the Georgia law did

13   not go far enough so other states need to be tougher than the

14   Georgia law?  Have you heard that in political circles?

15           MR. KEMP:  Not in political circles.  In reading

16   media regards, press clips, there's certainly a lot of other

17   states around the country who are trying to implement photo ID

18   legislation to I think further secure their elections.  I don't

19   think the reasoning behind that is to try to keep any certain

20   group from voting.  That certainly was not our intent in

21   Georgia.  And I think you can see from numbers in in-person

22   voting that that hasn't proved to be true.

23           VICE CHAIRMAN VEASEY:  So are you happy with your

24   law?  Are you happy with the bill that was passed?

25           MR. KEMP:  Yes.  I'm happy with the legislation



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028227

USA_00016454

Case 2:13-cv-00193  Document 660-24  Filed on 11/11/14 in TXSD  Page 15 of 89
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 207 of 219
VOTER FRAUD HEARING - VOL. 1                        MARCH 1, 2012

121

1    that we passed in Georgia.  I'm happy with the implementation

2    that we've had.  And we continue to work hard, you know, every

3    year at making citizens aware that they need a photo ID.  If

4    they don't have one, we'll give them a free one.  And we'll

5    continue to do that as long as this is in place.

6              And to just address your one point about the

7    African-American vote in 2010, I don't believe I said that the

8    turnout had increased.  I believe I said I think that there was

9    still a very strong African-American turnout.

10             VICE CHAIRMAN VEASEY:  It will be interesting to

11   analyze the numbers, but that was sort of a concern for me when

12   I saw the Senate debating the bill and I saw this was going to

13   be a much more stringent bill than that one that Mary Denny had

14   carried.  That was a representative that's no longer here, and

15   the one that Betty Brown had carried before.  I was concerned

16   about that because what I don't want to get into is, okay, we

17   didn't disenfranchise enough African-Americans in Georgia so we

18   need to come up with a more strict law here.

19             MR. KEMP:  I don't think we disenfranchised

20   anyone.

21             VICE CHAIRMAN VEASEY:  We didn't disenfranchise

22   enough people that ride the bus or we didn't disenfranchise

23   enough people that carry Medicaid cards or whatever.  So we need

24   to come up with even something more stringent so we can get that

25   1 to 3 percent and, you know, skim that off the top so that we



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028228

USA_00016455

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 16 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 208 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

122

```
1       can win close elections.  I don't want that to happen.

2                   MR. KEMP:  Well, Representative, let me just make

3       sure that this committee is clear that we have not

4       disenfranchised anyone in Georgia.

5                   VICE CHAIRMAN VEASEY:  Sounds like you're giving

6       people a chance to --

7                   MR. KEMP:  And I'll say we have not tried to

8       disenfranchise especially any minority group.  Up until this

9       year we actually had two African-Americans that had continually

10      won statewide races in Georgia.

11                  VICE CHAIRMAN VEASEY:  Thank you.

12                  MR. KEMP:  Yes, sir.

13                  CHAIRMAN BONNEN:  Any other questions, members?

14      Appreciate you taking the time to come to Texas and give us your

15      testimony today.  It's very helpful.  And I think, for the

16      record, I don't think anyone in Texas has come out and said they

17      want to disenfranchise more or greater numbers of voters.  So

18      thank you for being here.

19                  MR. KEMP:  Well, thank you, Mr. Chairman.  If you

20      don't mind, I'll give you a copy of my remarks as well just so

21      you'll have the numbers then we'll get you the numbers on the

22      other you requested.

23                  CHAIRMAN BONNEN:  Thank you very much for your

24      help.  The Chair will now call another expert witness, Luis

25      Figueroa, Mexican American Defense Education Fund MALDEF, here
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028229

USA_00016456

Case 2:13-cv-00193   Document 660-24   Filed on 11/11/14 in TXSD   Page 17 of 89
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-1   Filed 06/20/12   Page 209 of 219
VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

123

1        to testify against committee substitute to Senate Bill 14.  And

2        he will be testifying.  Thank you, Luis.

3                    MR. FIGUEROA:  Thank you, Chairman.  My name is

4        Luis Figueroa.

5                    CHAIRMAN BONNEN:  And you have ten minutes,

6        remember.

7                    MR. FIGUEROA:  Yes.  My name is Luis Figueroa.

8        I'm the legislative staff attorney with the Mexican American

9        Legal Defense and Educational Fund.  I thank you for this

10       opportunity to provide invited testimony.  The one message that

11       I would like to get out is the idea of voter ID is oftentimes

12       described as a clear yes and no question of either you have an

13       ID or you don't have an ID.  And actually, most of these bills,

14       whether you go from Georgia, Indiana, Texas, Michigan, it's on a

15       continuum of what documents you need and what safeguards are in

16       place to implement the identification requirements.

17                    And so the key is not so much, is there a voter

18       ID requirement or not.  The key is finding the right balance of

19       security versus access.  And we believe that SB14 unbalances

20       that spectrum to the point that we are too focussed on

21       preventing one single type of fraud and potentially taking away

22       access on the other side of the pendulum.

23                    There have been numerous studies talking about

24       concerns about additional ID requirements, and it's difficult to

25       evaluate one election from the next when you look at voter



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028230

USA_00016457

Case 2:13-cv-00193   Document 660-24   Filed on 11/11/14 in TXSD   Page 18 of 89
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-1   Filed 06/20/12   Page 210 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

124

1      turnout, but some experts have tried to do their best.  And one

2      of them was Barreto Nuno Sanchez in a report called Voter ID

3      Requirements and the Disenfranchisement of Latino, Black and

4      Asian Voters.  And they found that naturalized citizens and

5      minority voters are significantly less likely to provide

6      multiple forms of identification.

7              They also found that minority voters were

8      consistently less likely to have each form of identification and

9      that the data reflects identification trends of actual voters,

10     not just adult citizens.  The findings go farther to suggest

11     that voter identification laws could immediately disenfranchise

12     many Latino, Asian and African-American citizens.

13             The Rutgers study, which was produced by

14     Vilsadian Anderson stated that the predicted probability that

15     Hispanics would vote in a state that required non-voter

16     identification was about 10 percent lower than in states where

17     Hispanic voters gave their names.

18             The Wisconsin study, which was a study of how

19     many people had the documents, found that less than half, 40

20     percent of Milwaukee County African-American adults and 43

21     percent of Hispanic adults had valid driver's licenses compared

22     to 85 percent of white adults in the balance of the state.

23             The Brandon Center came back with a report and

24     said that citizens with comparative low incomes are less likely

25     to possess documentation proving their citizenship and as many



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028231

USA_00016458

Case 2:13-cv-00193   Document 660-24   Filed on 11/11/14 in TXSD   Page 19 of 89
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-1   Filed 06/20/12   Page 211 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

125

1       as 11 percent of United States citizens, more than 21 million

2       individuals, do not have government issued photo identification.

3              They went on to state that 25 percent of

4       African-American voting age citizens have no current government

5       issued photo ID compared to 8 percent of white voting age

6       citizens.  And 10 percent of voting age citizens who have a

7       current ID do not have a photo ID with both their current

8       address and their current legal name.

9              So obviously, there's numerous studies and

10      there's different ways of evaluating turnout and impact and how

11      many identification.  But we believe that the data that we've

12      seen has had an impact on Latino and African-Americans.

13             The one thing we point out is that Texas does

14      have a voter ID requirement on books now.  You are required to

15      bring either a voter registration certificate, a picture ID, or

16      a non-picture ID from a contained list of documents.

17             So the question is not whether we're going to

18      implement a voter ID, but what the new documentation requirement

19      and how restrictive we're going to make it and how many

20      safeguards we're going to put in place.  We know that there are

21      294,000 people who registered from 2006 to 2010, who registered

22      with a Social Security number and not a driver's license, and

23      that there are 34,506 who registered without a Social Security

24      number or a driver's license.  We also know that there are 2.1

25      million Texas registered voters who only are listed by their



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028232

USA_00016459

Case 2:13-cv-00193  Document 660-24  Filed on 11/11/14 in TXSD  Page 20 of 89
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 212 of 219
VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

126

1    Social Security number and that there are 690,000 voters on the

2    roles who have neither a Social Security number or a driver's

3    license in the voter database.

4            So we have the potential for disenfranchisement.

5    Those are just based on the numbers of people who are currently

6    registered.  We also know that what isn't tracked by any studies

7    or tracked by the current number of registered voters are the

8    people who are low income, who use public transportation and

9    move in and out and don't have a correct address on their

10   driver's license.

11           We know that there will be potential victims of

12   identity theft who don't have their identifications on them at

13   the time, natural disaster victims, recent arrivals to Texas,

14   and, of course, our Native American population.

15           In fact, in Arizona, which was the case that

16   MALDEF litigated on identification requirements, Maricopa

17   County, 2 percent of voters were unaware of the new requirements

18   on election day.  In Texas that would amount to about 161,000

19   potential ballots cast in the presidential election in '08.

20           What we also found in Maricopa, which was also

21   confirmed by what we heard in Georgia, is that when you offer

22   conditional provisional ballots or an opportunity for people to

23   come back and bring that identification or cure their ballots,

24   people by in large do not come back.  And we heard the numbers

25   from Georgia in the previous testimony.  In Maricopa County 739



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028233

USA_00016460

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 21 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 213 of 219
VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

127

 1      were not counted of the conditional provisional ballots, and 144

 2      of those were Hispanic.

 3                     We found in Maricopa County, we have found it in

 4      Georgia, we found it in pretty much across the state, that

 5      people don't come back to cure provisional ballots, regardless

 6      the number of days.  But certainly if you make it a small number

 7      of days and you don't include a weekend in there, there aren't a

 8      lot of opportunities for people to come back.

 9                     And so what we wanted to state is since we are

10      having a very restrictive requirement in front of us in SB14,

11      more restrictive than SB362 last session, more restrictive than

12      the Indiana voter ID law, more restrictive that the Georgia ID

13      law, more restrictive than the Arizona ID law, that we are

14      potentially risking violations of -- potential litigation and

15      violations of the law.

16                     The laws that potentially come into play

17      including the 14th amendment, undue burdens.  This was the

18      challenge that Indiana was challenged under.  It wasn't a Voting

19      Rights claim.  It was a 14th Amendment undue burdens claim.  And

20      the thing that the Courts looks at was the balancing test.  They

21      looked at the security concerns versus the access concerns.  And

22      they looked at whether or not there were provisions to provide

23      exceptions for people like the elderly.  For instance, the

24      elderly were allowed to bring a Medicaid card to cure ballots.

25      They looked at the rural nature of the state.  And so in Texas



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028234

USA_00016461

Case 2:13-cv-00193   Document 660-24   Filed on 11/11/14 in TXSD   Page 22 of 89
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-1   Filed 06/20/12   Page 214 of 219
VOTER FRAUD HEARING - VOL. 1                              MARCH 1, 2012

128

1    we might have more concerns or bigger problems since we have a

2    more restrictive list than Indiana.  We only allow for four

3    documents.  We have a shorter cure period.  We have a bigger

4    state, more rural areas and a lot more minorities.

5              The other laws that come into play are the Voting

6    Rights Act, Section 5 and Section 2.  So Texas is a Section 5

7    state so we'll have to submit it for pre-clearance.  We know

8    that Latinos are very mobile in Texas with not a lot of home

9    ownership.  We know that Latinos also -- we have many citizens

10   in Texas that are derivative citizens, meaning that they are

11   citizens because their parents were citizens.  They might have

12   been born abroad.  They may not have a birth certificate.  They

13   may not have the documents that are necessary under the DPS

14   rules to get a driver's license.

15             And then we also know we have Section 2, which is

16   the dilutive potential on African-Americans and Latinos.  That's

17   a similar analysis to Section 5 except we look at the dilutive

18   effect rather than the retrogressive effect.

19             And then the one that I would say has been the

20   least successful in challenges, and that's the poll tax, which

21   is the cost of obtaining the ID.  It costs hundreds of dollars

22   to get a naturalization certificate.  It costs over $30 to get a

23   birth certificate.  It costs money to get a passport.  And, of

24   course, it costs time and money to get these documents.

25             At the end of the day we're talking about trying



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028235

USA_00016462

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 23 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 215 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

129

1          to find the right balance.  We believe the right balance

2          includes one form of picture identification or two forms of

3          non-photo identification, a signature affidavit attesting to

4          name, address and eligibility, similar to the way Michigan and

5          Florida are doing it.  Those have worked very well in

6          conservative states as well as in states with a lot of

7          minorities.  And if you wanted to improve access, you could add

8          same-day election voter registration with an ID requirement.

9          You could do more training and provide for more funds for

10         education.  And, of course, you could offer free IDs, which this

11         bill does provide.  Those are some of the options you could look

12         at so you could protect against the fraud, but also protect

13         against the access.

14                     We know there's a lot of different types of fraud

15         in Texas.  In fact, we have received the flyer from Tarrant

16         County where a voter was submitted flyers and there were flyers

17         all over the community where voters were told to vote on the

18         wrong day.  This is the type of fraud that isn't addressed by

19         this bill.  We know there are other types of fraud that aren't

20         addressed by this bill.  So we believe in looking at the

21         problems wholistically, addressing the fraud and the access,

22         finding the right balance and insuring that we don't go too far

23         in that pendulum that's going to lead to litigation, higher

24         costs, and potential disenfranchisement of many voters,

25         including Latinos and African-Americans.  And I thank you for



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028236

USA_00016463

Case 2:13-cv-00193   Document 660-24   Filed on 11/11/14 in TXSD   Page 24 of 89
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-1   Filed 06/20/12   Page 216 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

130

1     this opportunity and I hope that we can have further

2     conversations about this.

3                     CHAIRMAN BONNEN:  Okay.  Thank you.  Vice Chair

4     Veasey has questions.

5                     VICE CHAIRMAN VEASEY:  And that's the -- what I

6     was trying to point out earlier when I was talking about the

7     Secretary of State from Georgia, what I don't want to see here,

8     because no one -- even if someone is for disenfranchising

9     people, no one is going to admit that.  I mean, people have

10    definitely learned from mistakes in the past.  And I don't want

11    to think that anyone -- I think that that's horrible.  I don't

12    want to think that anyone wants to disenfranchise anybody.  I

13    hope that that's a chapter of our history that we have left

14    behind 40 year ago.

15                    MR. FIGUEROA:  That's right.

16                    VICE CHAIRMAN VEASEY:  I don't want our country

17    to ever have to revisit that.  I don't want us to ever have to,

18    you know, go and march on the streets or, you know, do any of

19    those things that people had to do 40 years ago.

20                    MR. FIGUEROA:  All the reasons why we are a

21    Section 5 state.

22                    VICE CHAIRMAN VEASEY:  I think that would be

23    absolutely horrible.  But I mean, you talked about the same-day

24    voter registration.  And, you know, whatever that comes up, I

25    can't understand -- and I don't know if you have an opinion on



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028237

USA_00016464

Case 2:13-cv-00193  Document 660-24  Filed on 11/11/14 in TXSD  Page 25 of 89
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-1  Filed 06/20/12  Page 23 of 219
VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

131

1     this.  I can't understand why people immediately say no,

2     absolutely not, no way.  So when I hear that and, you know, when

3     MALDEF or NAACP or anyone hears that, you know, I have concerns

4     because it almost seems like that instead of trying to reach

5     some sort of compromise or instead of that -- no, that's not the

6     result that we're trying to yield here and same-day voter

7     registration is completely off the table.  Of course, no one

8     would ever admit that.  No one would ever admit that.  People

9     have learned from the past.

10              So help me out and let me know, does MALDEF have

11    any concerns about the resistance to cooperate or try to reach

12    middle ground, because I don't think that any of us are, you

13    know, completely opposed to making changes --

14              MR. FIGUEROA:  Right.

15              VICE CHAIRMAN VEASEY:  -- to the way that we vote

16    in the state.  I want -- just like all of the Republicans or

17    people that are here that are concerned about the integrity of

18    the election process, I want there to be a fair election process

19    also.

20              MR. FIGUEROA:  Absolutely.  And we've had some

21    great conversations with political operatives that work on the

22    Republican side and on the Democrat side, and they all talk

23    about different types of fraud that occurs, whether it's mail-in

24    fraud or intimidation.  And there are ways that we can address

25    that as well.  But this bill is only focused on that one single



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028238

USA_00016465

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 26 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 218 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

132

1    type of voter impersonation fraud which we've seen the least

2    amount of evidence for.  Now -- and when we have seen it, it's

3    been a lot of times with people using a photo ID as opposed to

4    using a voter registration certificate, which this bill wouldn't

5    address this either.

6              So we believe is, like I said, that finding that

7    right balance.  And there are ways you can protect against

8    fraud.  Even if you just want to do a voter impersonation fraud

9    without a potential disenfranchisement impact.  And there are

10   models out there.  We got real close last session.  We were

11   working with Chairman Smith and other members from both parties

12   and we were looking at the Florida model.  We were looking at

13   the Michigan model.  We got real close to something that I think

14   both sides could agree on.  And it was shut down.  And,

15   unfortunately, we've come back to this bill.  And instead of

16   going back towards that comprising models of Florida and

17   Michigan, this bill is actually taking us the opposite direction

18   and making it more stringent than Indiana, Georgia or any other

19   state.  And I'm not really sure that there's a need for that

20   here in Texas.

21             The other thing I point out that with the

22   same-day voter registration, there are ways that we can do that

23   provisionally and we can double check and triple check and

24   quadruple check that the information is accurate and that that

25   person isn't a fraudulent voter.  There are safeguard provisions



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028239

USA_00016466

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 27 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-1 Filed 06/20/12 Page 219 of 219
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

133

1     that's worked in North Carolina, obviously a somewhat

2     conservative state.  So there are ways to do it but

3     unfortunately those conversations aren't happening right now,

4     and I hope they will.

5              VICE CHAIRMAN VEASEY:  They do same-day voter

6     registration in Minnesota, and for the first time in quite some

7     time I believe they have a Republican majority in their Senate,

8     and they do same-day voter registration there.

9              MR. FIGUEROA:  It's workable.

10             VICE CHAIRMAN VEASEY:  And I think that that's --

11    you know, you don't want this to turn into a partisan deal

12    because I remember that the first time we were debating this

13    bill someone came up to me on the house floor.  They said, Mark,

14    you don't have to worry about this.  You're not going to lose

15    your district.  Enough voters in your district won't be affected

16    to where you'll lose.  So, of course, what I heard was -- you

17    know, the conclusion that I reached was, yeah, you're saying it

18    won't hurt me, but you're also implying that by saying that it

19    maybe will hurt someone else in a more marginal district.  That

20    was the implication and the comments that were made to me on the

21    House floor.  We don't want to get into that.  We don't want

22    anyone to lose the right to vote --

23             MR. FIGUEROA:  From our perspective --

24             VICE CHAIRMAN VEASEY:  -- just so someone else can

25    win an election.  And we don't want anyone to cast a fraudulent



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028240

USA_00016467

Case 2:13-cv-00193 Document 660-34 Filed on 11/11/14 in TXSD Page 28 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 2 of 223
VOTER FRAUD HEARING - VOL. 1                         MARCH 1, 2012

134

1      ballot.  And I haven't seen any evidence of that going on at

2      all.  Just like I said, the only thing I've heard and the only

3      e-mails that I've seen and the e-mail that I talked about

4      earlier is just sort of rumors, innuendo, and nothing concrete.

5      And it's the same rumors and innuendo that have been around

6      since reconstruction.  And that's crazy.

7                  MR. FIGUEROA:  Uh-huh.  And we had an expert

8      testimony in the Senate side, Andreas Tijerina, that talked

9      about all the reasons why Texas is a Section 5 state were always

10     presented as a way to address fraud.  They always had a reason

11     for it that had nothing to do with potentially disenfranchising

12     voters, although we knew the effect was that it was going to

13     have a disenfranchising effect.  So what I was going to say,

14     from our perspective, every one of those provisional ballots

15     that isn't counted because someone doesn't have the proper

16     identification to us a potentially disenfranchised voter and is

17     most likely a disenfranchised voter.

18                  When we looked at it in Arizona, those

19     conditional provisional ballots were specifically people who

20     didn't have the identification requirements were people who were

21     citizens and were legitimate voters who just at that moment did

22     not have the identification they needed or the poll worker told

23     them they needed to match something else that it didn't match,

24     the names didn't match exactly right.  Those -- and those are

25     potentially disenfranchised voters.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001586

TX_00028241

USA_00016468

Case 2:13-cv-00193 Document 660-34 Filed on 11/11/14 in TXSD Page 29 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 3 of 223
VOTER FRAUD HEARING - VOL. 1                        MARCH 1, 2012

135

1        So if you're going to talk about every single

2   vote counts, every single vote matters, it's so important for

3   that one vote, then we need to look at the fact that we have

4   hundreds of provisional ballots that aren't being counted under

5   our current law and imagine how many we're going to have when we

6   started adding restrictions.

7        VICE CHAIRMAN VEASEY:  And can you just real

8   quickly, the Indiana law, make some comparisons -- if you can go

9   through it quickly, between the Indiana law and the law that

10  we're trying to -- because one of the things I've heard several

11  times is that this version that is trying to pass now, that is

12  already passed in the Senate that it's the exact same bill as

13  the Indiana law, but others have said no, it's more stringent.

14  So can you clear it up for us.

15        MR. FIGUEROA:  From our perspective, we believe

16  that this bill SB14 is more stringent.  Indiana allows for a

17  government issued photo ID.  It doesn't specifically lay out

18  just four documents that are portrayed in the SB14.  It must

19  display the voter's photo, display the voter's name, which must

20  conform to the voter registration, and it allows for an

21  expiration date that is either current or that expired after the

22  last annual election.

23        If a voter cannot provide an ID, a voter may vote

24  provisionally within a week from the election and return with

25  either a valid ID or an affidavit with an acceptable reason for



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028242

USA_00016469

Case 2:13-cv-00193 Document 660-34 Filed on 11/11/14 in TXSD Page 30 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 4 of 223
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

136

1    an ID.  So in Texas we have fewer documents.  We have a shorter

2    cure period.  And we don't have a clear affidavit processes that

3    will allow people to fix their ballot as soon as they arrive, if

4    they have a reasonable reason for not having an ID.  And so for

5    those reasons and as well as the fact that a voter -- an elderly

6    voter who doesn't have a birth certificate can also cure their

7    ballot as well in Indiana, and we don't have those same type of

8    mechanisms here.  So we do think that our SB14 is more stringent

9    than Indiana.

10                   REPRESENTATIVE HARLESS:  Mr. Chairman.

11                   CHAIRMAN BONNEN:  I think Representative Aliseda

12   had his light on for a while.

13                   REPRESENTATIVE ALISEDA:  You threw out a number

14   there that I want to follow up on.  You mentioned 690,000

15   individuals that are registered to vote without any kind of

16   identification.

17                   MR. FIGUEROA:  They -- so when you register to

18   vote, you mark -- if you have a Texas ID, you put your Texas

19   driver's license number or you put your Social Security number

20   if you don't have a driver's license, and then you mark if you

21   don't have either.  And that's what was required under the Help

22   America Vote Act.  So we have 690,000 people on the voter rolls

23   that marked that last checkmark that said they did not have

24   driver's license or --

25                   REPRESENTATIVE ALISEDA:  Those individuals could



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028243

USA_00016470

Case 2:13-cv-00193 Document 660-34 Filed on 11/11/14 in TXSD Page 31 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 5 of 223
VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

137

1    be, in fact, individuals that could commit voter fraud.

2              MR. FIGUEROA:  And those voters -- so those

3    voters when they registered to vote are checked against the

4    current databases that are required under the Help America Vote

5    Act to ensure that they are who they say they are.  So what this

6    bill would do would prevent that voter registration card from

7    being used as an identification.  But what it doesn't do is

8    insure that that voter is actually -- this bill doesn't have any

9    impact on that voter getting a voter registration certificate.

10   What this bill does is it says that they're still going to get a

11   voter registration certificate, but now they're going to have to

12   bring something else with them.

13             REPRESENTATIVE ALISEDA:  Which is like a lot of

14   laws, an alarm system to -- not necessarily to deter the crime.

15   It's just to cause a little more trouble for someone to go on to

16   the next house.

17             MR. FIGUEROA:  Right.  And I get that.

18             REPRESENTATIVE ALISEDA:  I don't find --

19   actually, I find that number scary, that we have 690,000

20   individuals out there that have gotten a voter registration

21   without any form of identification, without any Social Security

22   number, and they're out there potentially able to vote and we

23   have absolutely no way to keep them from voting.

24             MR. FIGUEROA:  So this is required under the Help

25   America Vote Act.  So I'm not sure you want to get into the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028244

USA_00016471

Case 2:13-cv-00193 Document 660-34 Filed on 11/11/14 in TXSD Page 32 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 6 of 223
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

138

 1    registration process.  And there's certainly some reforms we

 2    could make on the registration process.  But this is what I

 3    would say is I agree with you that there's an alarm system that

 4    could be in place, which is why we should do the Michigan and

 5    Florida model which says if you don't have those

 6    identifications, you can submit an affidavit so that we can

 7    verify that these voter is who they say they are.  We can verify

 8    this person is actually an eligible voter, and then that ballot

 9    is counted in Florida and in Michigan.

10              With this current bill, we don't have an alarm

11    system.  We have a gate, and they can't get past the gate.  And

12    even if they are legitimate voters and they don't have

13    identification, there's no way of getting around the gate.  So I

14    say let's set an alarm system.  Let's ask them for some more

15    information.  Let's make sure they are who they say they are and

16    let's count their ballot.

17              REPRESENTATIVE ALISEDA:  The other observation

18    I'd like to make is you claim that there were other sessions

19    where this -- some kind of voter ID law was considered and they

20    were less onerous than the one we have today.  And my

21    observation would be, why didn't you take it when it was offered

22    to you earlier?

23              MR. FIGUEROA:  Well, we were pretty much in

24    support of some of those compromises and we thought we were

25    there.  Now, the proposals that came up last session weren't the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028245

USA_00016472

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 33 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 7 of 223
VOTER FRAUD HEARING - VOL. 1                              MARCH 1, 2012

139

1    ones that got hearings.  They were ones that were talked about.

2    And we actually were in support of Todd Smith's compromise.  In

3    fact, we had a hearing with Leo Burman where we talked about the

4    Michigan and Florida process, and it looked like we had an

5    agreement.  We came back next session and they went back to the

6    previous version.  So we've always been about trying to look at

7    Michigan, Florida, New Mexico as compromises to include a

8    signature affidavit process or include some election-day voter

9    registration with the voter ID requirement so that we can

10   preserve access and security.  But, you know, this is a

11   political process and sometimes the compromises don't work out.

12              REPRESENTATIVE ALISEDA:  Are you aware that Texas

13   has twelve counties with more registered voters than voting age

14   citizens?

15              MR. FIGUEROA:  I did not know that.  That's good

16   to know.  So more registered counties than --

17              REPRESENTATIVE ALISEDA:  Has twelve counties with

18   more registered voters than voting age citizens.

19              MR. FIGUEROA:  So we need to fix up our voter

20   registration database.  I agree with that.  But this bill

21   doesn't fix our voter registration process.  This bill only

22   affects it on the poll side.  It doesn't fix the problem.

23              CHAIRMAN BONNEN:  Thank you.  Representative

24   Harless.

25              REPRESENTATIVE HARLESS:  Mr. Chairman, I just



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028246

USA_00016473

Case 2:13-cv-00193 Document 660-34 Filed on 11/11/14 in TXSD Page 34 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 8 of 223
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

140

1      wanted to kind of make some clarifications because not everyone

2      was here when we laid out the substitute and some of the

3      differences.  We allow for six forms of identification, not just

4      four.  And in the committee substitute and the bill that passed

5      in the Senate to engrossment it allowed for expired documents up

6      to 60 days.  So if your driver's license or your ID card or your

7      passport or your CHL or your citizenship paper that has ID on it

8      is expired, you have up to 60 days to vote with that.

9                  MR. FIGUEROA:  That's a little less than the

10     Indiana, which is the previous general election, and a little

11     less than Georgia.

12                 REPRESENTATIVE HARLESS:  It actually is about the

13     same as Georgia.  There's one ID that Georgia allows that we

14     don't, and Georgia has no exemptions to the photo ID

15     requirements.  Texas has an exemption for the indigent, for

16     religious objections, for 70 or older on January 1st of 2012,

17     and the disabled under Social Security or 50 percent veterans.

18                 Another thing that I wanted to clear up is the

19     numbers that you were quoting about the 690,000, we're going to

20     have an expert from the Secretary of State to discuss those more

21     because some of those may actually have Social Security numbers

22     or IDs associated with them.  It's just that they were put in

23     the database prior to the Help America Vote Act in 2006.

24                 MR. FIGUEROA:  And some of them may have checked

25     it not knowing.  So yeah, sure.  Some of those people are going



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028247

USA_00016474

Case 2:13-cv-00193 Document 660-34 Filed on 11/11/14 in TXSD Page 35 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 9 of 223
VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

141

1     to have identification.

2                    REPRESENTATIVE HARLESS:  Thank you for your

3     testimony today.

4                    MR. FIGUEROA:  Thank you.  I hope we can have

5     some more conversations.

6                    CHAIRMAN BONNEN:  Thank you very much.

7                    MR. FIGUEROA:  Thank you.

8                    CHAIRMAN BONNEN:  Chair calls Thomas Wheeler, an

9     attorney representing himself as a private individual here to

10    testify neutrally on the committee substitute to Senate Bill 14.

11    And I believe Mr. Wheeler is one of the experts.  You will have

12    ten minutes.

13                   MR. WHEELER:  Yes, Mr. Chairman.  Thank you.

14    Mr. Chairman, members of the committee, my name is Tom Wheeler.

15    For the last five years I have been chairman of the bipartisan

16    Indiana election commission, which means that I was chairman of

17    the commission during the implementation of Indiana's photo ID

18    law and the application of that law during the last 2006, '08

19    and '10 elections.

20                   What I'd like to do -- and I really am not

21    familiar with the Texas photo ID law because I'm not speaking in

22    favor or against it.  What I want to do is talk about our

23    experience.  And to begin with, I'd like to tell you why Indiana

24    adopted our photo ID law and the nature that it is.  We had

25    three basic reasons.  One, our voter registration system was



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028248

USA_00016475

Case 2:13-cv-00193  Document 660-24  Filed on 11/11/14 in TXSD  Page 36 of 89
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 10 of 223
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

142

1    simply broken.

2            I believe Representative Aliseda indicated that

3    in Texas 12 of your 254 counties have more individuals

4    registered to vote than actually have adult voting age

5    population in those counties.  In Indiana it was actually quite

6    a bit worse.  We had 19 of our 92 counties had registered voters

7    in excess of the adult members of the population.  So our voter

8    registration system was clearly broken.

9            We had 4.3 million registered voters yet a survey

10   of Indiana registered voters indicated that only three million

11   of our voters had registered to vote.  So our system was clearly

12   broken.  In fact, we had 36,000 documented deceased individuals

13   on our books that could not be purged based on, frankly,

14   partisan bickering between the two parties.  So number one,

15   system was broken.

16           Number two, what caused this to take place in

17   2004?  We had a massive series of voter fraud in East Chicago

18   Indiana.  In fact, what happened, and it came out in a case in

19   front of the Indiana Supreme Court, two democratic mayoral

20   contestants in a primary engaged in so much voter fraud,

21   primarily absentee voter fraud, but so much voter fraud using

22   all of these unregistered or these over registered voters that

23   the Indiana Supreme Court referred to this -- they said they

24   were a deliberate series of actions making it impossible to

25   determine the candidate who received the highest number of legal



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028249

USA_00016476

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 37 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 11 of 223
VOTER FRAUD HEARING - VOL. 1                              MARCH 1, 2012

143

1    votes cast in the election.

2              So we had a series of situations where the system

3    was broken.  And it was so broken that we couldn't even tell who

4    had won an election.  In addition to that loss -- and what that

5    created for Indiana, it created a substantial loss of confidence

6    in the voters.  And that was represented by the fact that we had

7    seen substantial declines of voter turnout and voter confidence

8    in our system.  They just didn't have any faith in the system

9    because of the voter registration problems and the rampant fraud

10   that had taken place in East Chicago.

11             When you took those two factors and combined with

12   the need to modernize our election system based upon the

13   requirements of HAVA and the NVRA, the State of Indiana took

14   steps in 2004 to pass their photo ID law.

15             I won't go into detail.  There's been a lot of

16   discussion about Indiana's photo ID law.  And you're correct.

17   It appears to be slightly more liberal than the current version

18   that has been introduced.  Basically, our provision says if it's

19   a government issued ID with a photo and an expiration date and

20   displays the voter's name, then it's okay.  And we allow some

21   flexibility in the voter's name.  For example, it doesn't have

22   to be the exact name that's on the ID.  If your name is Robert

23   John Crew but you go by the name John Crew or J. Crew, it is

24   acceptable under our law.  We also have a couple of exemptions.

25   We allow, for example, if a voter is unable to obtain an ID



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028250

USA_00016477

Case 2:13-cv-00193  Document 660-24  Filed on 11/11/14 in TXSD  Page 38 of 89
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 12 of 223
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

144

1    because they don't want their picture taken or for some other

2    reason they are unable to obtain that ID, they can go and appear

3    in person in front of a county election board, make a verified

4    affidavit indicating why they couldn't have the ID, and they

5    would be permitted to vote or to have their provisional ballot

6    counted.

7            In addition, Indiana provides free IDs.  Indiana

8    law and the Secretary of State's office has worked with the

9    office of BMV to keep our BMV branches open, for example, 6:00

10   a.m. to 7:00 p.m. on election day, so if someone's turned away

11   they could go back, frankly, on that day and obtain a photo ID.

12   If not, under our provisional balloting requirement, they have

13   ten days to obtain that provisional ballot.

14           Now, I want to turn in this brief amount of time

15   I've got to our outreach efforts.  We took, as has been

16   documented by the Secretary of State from Georgia, we also took

17   substantial efforts to engage in outreach efforts to both the

18   minority communities and the white communities and the Hispanic

19   communities.  We ran media buys.  We spent $1.6 million though

20   in 2006 alone.

21           Now as indicated in the question of the Secretary

22   of State from Georgia, we used primarily HAVA money to do that.

23   We used about $2.1 million in HAVA money.  We followed that up

24   with additional media buys of $550,000 in 2008.  But that has

25   tailed off.  Why has it tailed off?  Frankly, people understand



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028251

USA_00016478

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 39 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 13 of 223
VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

145

1       our photo ID requirement.  It's analogous to a situation where

2       when you were going to the airport, the first time you went to

3       the airport without a photo ID, you showed up and no photo ID,

4       you were going to go home.

5                       Now people understand that they need to bring

6       their photo ID and people in Indiana understand that.  We're not

7       sending people home with provisional ballots.  We don't need to

8       spend the money in outreach efforts at that point because people

9       understand that.  As ways indicated a little while ago, in

10      Indiana if you want to get into a government building, you have

11      to show photo ID.  If you want to cash a check.  People in

12      Indiana now understand that.  That is part of the extensive

13      voter outreach efforts that we made.

14                      Now, the question is what happened in Indiana

15      after we did photo ID?  And our experience is a little bit

16      different from Georgia because I can control for what has been

17      referred to in the questioning as the Obama factor.  In Indiana

18      we actually had off-year elections.  Because we implemented ours

19      in 2004, we had ours in 2006, 2010.  We've had two off-year

20      elections that did not involve Barack Obama, did not involve

21      this historic situation that happened in 2008.  Indiana in 2008

22      had a similar experience that I'm sure Texas and Georgia.  We

23      had a tremendous voter turnout.  Let's leave that aside for

24      right now and let's talk about the off-year elections because we

25      can compare 2002, 2006 and 2008.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028252

USA_00016479

Case 2:13-cv-00193   Document 660-24   Filed on 11/11/14 in TXSD   Page 40 of 89
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-2   Filed 06/20/12   Page 14 of 223
VOTER FRAUD HEARING - VOL. 1                              MARCH 1, 2012

146

1              In 2006, our first year of photo ID, an off-year

2      election, we experienced, in contrast to the decline in voter

3      turnout we experienced about a 4 to 5 percent increase in voter

4      turnout in 2006, an off-year election.  This had reversed the

5      steady decline that we had seen over the years.  And in 2010 we

6      saw that trend accelerate.  We actually experienced another 5

7      percent increase.  We had gone from 46 percent in 2002 to 50

8      percent voter turnout in the off-year election in 2006, and we

9      increased that in the 2010 election to 55 percent.  So in

10     Indiana our photo ID law has actually -- in my personal belief,

11     my experience it has increased voter turnout.  Why?  It's

12     returned some value, some integrity to the system, one.  But

13     number two, what it has allowed us in Indiana to do is to begin

14     more creative outreach efforts and more access to the polls by

15     voters.

16              I mean, the partisanship of this is that the

17     democrats will come and say we want more access, we need more

18     people to be able to go, we need more places to vote, we need

19     more days to vote, we need extended hours.  Well, in Indiana,

20     what photo ID has allowed us to do is for Republicans to come in

21     and say we have a comfort level with that because I know whether

22     you vote on Monday, Tuesday, Wednesday, whether we have

23     satellite voting, whether we have vote centers -- Mitch Daniels,

24     our governor, the first bill he signed this year was a bill in a

25     bipartisan bill to install vote centers in all 92 counties which



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028253

USA_00016480

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 41 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 15 of 223
VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

147

1    is going to be a vast benefit to the manner in which we run

2    elections in Indiana.

3            I know you guys are on the elections committee.

4    Having served as the chairman of the election period for the

5    last five years, the biggest problem we have is staffing

6    precincts and the expense of staffing those precincts.  Voting

7    centers allow us to do that.  That's Bill No. 1 that Mitch

8    Daniels signed this year, a bipartisan bill.

9            Why were we able to do that?  Because Republicans

10   had a level of comfort with increasing access because of photo

11   ID.  We knew -- we knew that despite our bloated voter

12   registration roles that the MALDEF representative just

13   mentioned, that apparently you have a similar problem here in

14   Texas, despite those voter registration roles, we knew that if

15   Mickey Mouse was registered to vote in Indiana, Mickey Mouse was

16   going to have to show up with a photo ID with his picture and

17   his name on it.  And that became very relevant and important in

18   the 2008 election.

19           I received a call from the Lake County Board.

20   That's where East Chicago is located.  Heavily democratic,

21   heavily African-American.  ACORN had taken to that -- and this

22   was a democrat calling me.  ACORN had come in and engaged in a

23   systemic dump of voter registrations and obviously fraudulent

24   voter registrations.  They were Mickey Mouse, George W. Bush,

25   Jimmy John's, which is a sub franchise.  They were obviously



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028254

USA_00016481

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 42 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 16 of 223
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

148

1   fraudulent.  The good news in Indiana is, I don't care that much

2   about it.  You know why?  Because if you registered as Jimmy

3   John's or George W. Bush, you better show up with a photo ID at

4   the poll that says you're George W. Bush.  It increased the

5   voters' integrity in the system, despite what we had seen as a

6   fairly systemic attack on our voter registration rolls.  That's

7   what photo ID did in Indiana.  It brought integrity back to the

8   system.  And because of that, I would suggest it increased voter

9   turnout.

10              To answer a question I think Representative

11  Veasey, if I'm pronouncing it correctly, there was a study done

12  -- I see my time is up.  May I briefly conclude?  One minute?

13              CHAIRMAN BONNEN:  I'd prefer you not to.

14              MR. WHEELER:  Fair enough.

15              CHAIRMAN BONNEN:  Are there any questions,

16  members?  Represent Gutierrez.

17              And just so we understand, we're trying to make

18  sure we're very fair about this and every expert gets exactly

19  ten minutes or just barely beyond that.

20              MR. WHEELER:  I understand.  Thank you.

21              CHAIRMAN BONNEN:  Represent Gutierrez has

22  questions.

23              REPRESENTATIVE GUTIERREZ:  Thank, Mr. Chairman.

24              You suggested there was an increase in voter

25  turnout in the 2006 and the 2010 elections.  But that's just



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_001600

TX_00028255

USA_00016482

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 43 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 17 of 223
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

149

 1      generally speaking.  Did you break it down into Latino and

 2      African-American communities?

 3                  MR. WHEELER:  I know in 2006, yes.  That was

 4      precisely the question I was going to get to.  There was a study

 5      done by a professor at the University of Missouri, Professor

 6      Milio.  And I've got this information which I'll share with the

 7      committee.  But in his report called The Effects of Photographic

 8      Identification on Voter Turnout in Indiana County Level

 9      Analysis, what he did is he looked at the elections and he

10      looked at between -- he compared 2002 and 2006, the two off-year

11      elections.  And let me read you his conclusion.  I'd be happy to

12      provide a copy of the report, and I did provide it to my

13      testimony to the Senate I believe in 2009.  Quote: "Voter

14      turnout in Indiana increased about 2 percentage points from 2002

15      to 2006."  He was using only in-person voter numbers.  "However,

16      in counties with greater percentages of minority or poor voters,

17      turnout increased by even more."  His concluding statement was,

18      "The only consistent and frequently significant effect of voter

19      ID that I find is a positive effect on turnout in counties with

20      a greater percentage of democratic leaning voters."  The

21      conclusion of the study was that photo ID -- turnout was better

22      in those counties, the minority leaning counties.  And our --

23      Lake County, for example, Marion County, St. Joseph County.  And

24      I would respectfully suggest --

25                  REPRESENTATIVE GUTIERREZ:  It's a minority



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028256

USA_00016483

Case 2:13-cv-00193  Document 660-24  Filed on 11/11/14 in TXSD  Page 44 of 89
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 18 of 223
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

150

1   county, though.  And I'm not -- I don't want to be argumentative

2   with you, but you're telling me about a minority county.  The

3   study is great and I appreciate it.  Professor

4   whatever-his-name-is is Latino, if I'm not mistaken.  My concern

5   is these numbers are very -- you can get them.  Your Secretary

6   of State can get them.

7                     MR. WHEELER:  Sure.

8                     REPRESENTATIVE GUTIERREZ:  And so you're saying

9   the State has got the actual numbers of Latino and

10  African-Americans voting?

11                    MR. WHEELER:  And that's what he relied on in

12  this study.  And my point is, the study breaks those out on a

13  county-by-county basis.  And what it suggests and I think what

14  it supports the conclusion that if photo ID is designed to

15  suppress democratic voters, it's not working.  And we know that

16  in 2008 because for the first time in 45 years we voted for a

17  democrat for president.

18                    And in fact, in that 2006 election, the first

19  time photo ID had been implemented we lost -- the republicans

20  lost three house seats to democrats.  So photo ID is designed to

21  suppress democratic voters, minority, Hispanic, typical

22  democratic voters, it doesn't work very well, at least not in

23  Indiana.

24                    REPRESENTATIVE GUTIERREZ:  Perhaps I'm not

25  explaining myself or, as my wife says, maybe I'm not listening.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028257

USA_00016484

Case 2:13-cv-00193   Document 660-24   Filed on 11/11/14 in TXSD   Page 45 of 89
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-2   Filed 06/20/12   Page 19 of 223
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

151

```
 1      I choose not to sometimes.

 2                MR. WHEELER:  That's on the record.

 3                REPRESENTATIVE GUTIERREZ:  That's on the record.

 4      Yeah, I'll be in trouble.

 5                I guess you said that in minority communities --

 6      minority counties is what you said -- that the numbers

 7      increased.  That doesn't tell me that Latino voters or

 8      African-American voters have increased.  All that tells me is

 9      that in counties where you have more Latinos and African

10      Americans that voting increased.  That doesn't distinguish

11      whether you had more Anglos voting, Latinos, or

12      African-Americans.

13                MR. WHEELER:  That's an absolutely fair

14      statement.  The study did not break it out in that fashion, but

15      those numbers are freely available, and I'd be happy to provide

16      them to you.

17                REPRESENTATIVE GUTIERREZ:  And that's what I'm

18      getting at, because your Secretary of State can pinpoint here's

19      the African-American vote in '04 and '06 and 2010, and so here

20      is the Latino vote.  And that's really what I'd like to see,

21      just raw, real numbers rather than some study that tells me, oh,

22      yeah, the numbers went up in a community.  Well, in that

23      community I've got Latinos, Asians, African-Americans.  I've got

24      Anglos.  I mean --

25                MR. WHEELER:  True.  But on a county-wide basis
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028258

USA_00016485

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 46 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 20 of 223
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

152

1    is what it shows is with a county-wide basis with large minority

2    communities, the voters -- the amount of voting, the voter

3    turnout is high.  I realize it's not broken down.  And I'll be

4    happy to provide those numbers.

5                    REPRESENTATIVE GUTIERREZ:  Well, thank you.  I

6    appreciate that.  That was really my only question for you.  I

7    really appreciate you coming down for us.

8                    MR. WHEELER:  I was hoping you were going to ask

9    me the Austin question, because I love Austin.

10                   REPRESENTATIVE GUTIERREZ: I hope you like the

11   Spurs too.

12                   MR. WHEELER:  I'm a Pacer fan and we're

13   suffering.

14                   CHAIRMAN BONNEN:  So you will be able to get us a

15   copy of that report which will have the actual numbers as to

16   what the turnout --

17                   MR. WHEELER:  Right.  And what I'll do, I'll pull

18   it down.  I'll go 2002, '4, '6, '8 and '10.  I think it will be

19   fairly --

20                   CHAIRMAN BONNEN:  That would be wonderful.

21                   REPRESENTATIVE GUTIERREZ:  To be clear, Mr.

22   Chairman, that report doesn't have the numbers.  It just simply

23   states that voting went up in these minority communities.

24                   MR. WHEELER:  No, I'm not going to -- I'll give

25   you Professor Milio's report, which is useful.  But what I'll



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

**ESQUIRE**
DEPOSITION SOLUTIONS

TX_00028259

USA_00016486

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 47 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 21 of 223
VOTER FRAUD HEARING - VOL. 1                           MARCH 1, 2012

153

1    give you is the raw -- you were asking for the raw numbers.  You

2    want to know in Indiana statewide how many African-Americans

3    voted in '2, '4, '6, '8 and '10, how many self-identified

4    Hispanics vote, '2, '4.  If it's there, I'll get it for you.

5                   REPRESENTATIVE GUTIERREZ:  Thank you.

6                   CHAIRMAN BONNEN:  Representative Harless has

7    questions.

8                   REPRESENTATIVE HARLESS:  I just wanted to ask one

9    question.  You know we've talked a little bit about the

10   provisional ballots here.  And in Texas we have a six-days to

11   return for with provisional.  Georgia has two.  Indiana has ten.

12   Can you talk about that some.

13                  MR. WHEELER:  Absolutely.  And I know we were

14   discussing the dangers of empirical studies, but there was a

15   study in the Journal of Law & Politics that looked at

16   provisional balloting in Indiana.  And we know -- they broke out

17   only the 2008 election in this particular study.  We do know

18   that there were 2.8 million voters in Indiana.  And our numbers

19   look a lot like Georgia's numbers, which is to say that for

20   voter ID provisional balloting, out of that 2.8 million only

21   1,039 provisional ballots were given for photo ID issues, which

22   represents .037 percent of the total individuals voting.  Of

23   those -- and our numbers were similar and actually a little

24   lower than Georgia -- only 137 people came back and provided ID.

25   In our situation, as you noted, we have a very, very liberal --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001605

TX_00028260

USA_00016487

Case 2:13-cv-00193   Document 660-24   Filed on 11/11/14 in TXSD   Page 48 of 89
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-2   Filed 06/20/12   Page 22 of 223
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

154

```
1     if you don't have the photo ID, you can simply attest that

2     that's you.  So we have a very liberal provisional balloting

3     standard.

4               I would suggest to you, in this particular study

5     they argue that one of two things is happening with those other

6     902 people.  One, those people are engaged in voter fraud and

7     these are voter fraud people that we've caught because they

8     can't come back and show photo ID.  I would suggest -- with all

9     due respect, I would suggest that in reality what happens with

10    the provisional balloting is what the Secretary of the State of

11    Georgia said, which is that provisional balloting, once -- for

12    example, in 2008, Barack Obama -- Indiana was the swing state --

13    won Indiana by 30,000 votes.  All right?  I think people choose

14    simply not to come back at that point in time because they

15    realized that it didn't make any difference as to whether or not

16    they came back.  So I would suggest that they simply chose not

17    to do that.  We had 137 people that did, and all those people's

18    provisional ballots were counted.

19              REPRESENTATIVE HARLESS:  So you don't think that

20    the additional days of cure increased the number of people that

21    come back, because Georgia numbers he said --

22              MR. WHEELER:  Their numbers were a little higher

23    than ours.

24              REPRESENTATIVE HARLESS:  They were 1,200 and 308

25    returned, which is about 26 percent.  271 in a provisional
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028261

USA_00016488

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 49 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 23 of 223
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

155

1    election.  82 returned, which was about 30 percent.  Yours is a

2    lot less.

3                    MR. WHEELER:  13.7 percent.

4                    REPRESENTATIVE HARLESS:  So the difference

5    between the two-day and ten-day cure really doesn't matter.

6                    MR. WHEELER:  Honestly, this is my own personal

7    opinion.  I think the longer you go people just --

8                    REPRESENTATIVE HARLESS:  The less they're

9    likely --

10                   MR. WHEELER:  Well, there's no challenge.  It's

11   over, the vote.  Why should I take my time to go do it?

12                   REPRESENTATIVE HARLESS:  Thank you so much for

13   traveling here.

14                   MR. WHEELER:  Thank you very much.

15                   CHAIRMAN BONNEN:  Representative Pena has a

16   question.

17                   REPRESENTATIVE PENA:  I want to make sure if I

18   could sum up your testimony.  You had some voter fraud occurring

19   in your state of --  I consider -- you consider it to be

20   widespread; am I correct?

21                   MR. WHEELER:  Certainly in East Chicago.  East

22   Chicago, the city itself, was declared a corrupt -- under the

23   RICO statute was declared to be a corrupt business enterprise.

24   So it was substantial in the City of East Chicago.

25                   REPRESENTATIVE PENA:  Okay.  And I take it that



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028262

USA_00016489

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 50 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 24 of 223
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

156

1    much of the fraud you're talking about wasn't necessarily voter

2    impersonation.

3                    MR. WHEELER:  No.

4                    REPRESENTATIVE PENA:  But your state found it

5    important, and do you agree that it's important that the

6    instilling of voter confidence in elections is an important

7    state function?

8                    MR. WHEELER:  Not only we did.  The Supreme Court

9    did in our case.  I was a defendant in our case, the Crawford

10   case.  The Supreme Court said that is part of a valid basis for

11   photo ID.  It's one of the three factors that they looked at.

12   Absolutely.  Supreme Court said that.

13                   REPRESENTATIVE PENA:  Okay.  So if we have

14   evidence or at least testimony from other individuals that there

15   is voter fraud in fact occurring, not necessarily voter

16   impersonation, is that something that Texas would have a

17   legitimate right to address because --

18                   MR. WHEELER:  Absolutely.

19                   REPRESENTATIVE PENA:  Because the citizens are

20   calling for it.

21                   MR. WHEELER:  And the Supreme Court has said you

22   do.  Absolutely.

23                   REPRESENTATIVE PENA:  Very good.  Thank you.

24                   MR. WHEELER: Thank you.

25                   CHAIRMAN BONNEN:  Representative Veasey has



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028263

USA_00016490

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 51 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 25 of 223
VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

157

1    questions.

2             VICE CHAIRMAN VEASEY:  And Representative Pena

3    touched on what I wanted to ask you because, you know, at the

4    beginning of your testimony, I was in the back listening, and

5    you had talked about the voter fraud that had taken place.  I

6    don't think you used the word voter impersonation.  But can you

7    elaborate for me exactly what type of voter fraud was taking

8    place and what type of convictions did you get out of it.  And

9    where is East Chicago?

10            MR. WHEELER:  It's east of Chicago.  It's Lake

11   County.  It's immediately adjacent to Chicago, Lake County.

12            VICE CHAIRMAN VEASEY:  So on Lake Gary?

13            MR. WHEELER:  Gary is in Lake County as is East

14   Chicago.  So they're adjacent to each other.  There was a movie

15   called The King of Steel Town.  If you've ever seen it, I

16   recommend it to you.  It shows systemic voter fraud.  The big

17   thing they did was sidewalks for votes.  They bought votes by

18   paving people's sidewalks, using public employees to pave

19   people's sidewalks.  The entire administration was indicted and

20   almost all of them have been convicted of fraud and are serving

21   time in federal penitentiaries for this.  So when we talk about

22   fraud, there's purchasing of votes, absentee ballot fraud, the

23   whole gamut of fraud.

24            The key factor for us in Indiana was that

25   widespread corruption -- not only was there widespread



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028264

USA_00016491

Case 2:13-cv-00193   Document 660-24   Filed on 11/11/14 in TXSD   Page 52 of 89
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-2   Filed 06/20/12   Page 26 of 223
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

158

1    corruption, but the mayor, or Mayor Pastrick bragging in a movie

2    about how corrupt and how he had used political influence to

3    purchase votes frankly disgusted people in the State of Indiana

4    with the entire system.  They lost confidence.  And photo ID, I

5    would submit to this committee, has brought that confidence back

6    to the State of Indiana.  And, as I respond to Representative

7    Pena's question, the Supreme Court found that that was a

8    legitimate reason for the government to enact the legislation

9    against an equal protection challenge.

10              VICE CHAIRMAN VEASEY:  But in relation to the law

11   that we're trying to pass, if you -- you know, if you're buying

12   votes for patronage, the people that are voting, that have those

13   jobs, that patronage, they're not necessarily committing voter

14   impersonation.  They may be voting because they think that this

15   is the person that is going to protect their jobs, which would

16   be illegal, but it is different than what we're discussing

17   today.

18              MR. WHEELER:  You're absolutely right.

19              VICE CHAIRMAN VEASEY:  It's completely different.

20              MR. WHEELER:  Right.  And this wouldn't address

21   that at all.  But what the bill -- I would suggest to you that

22   our photo ID bill did is, we had a crisis of confidence in our

23   election system.  And photo ID, I think the turnout shows, the

24   increase in turnout, photo ID in Indiana has resolved that

25   crisis of confidence, not only resolved it, but allowed us and



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001610

TX_00028265

USA_00016492

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 53 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 27 of 223
VOTER FRAUD HEARING - VOL. 1                                    MARCH 1, 2012

159

1    people on the Republican side to reach out and embrace ideas

2    that years ago they would not have embraced that allow more

3    voter turnout.  And I think with what governor Daniels signed --

4    we're a partisan state.  The democrats in our rep -- are in

5    Illinois right now.  Within that -- they broke -- we have a

6    break.  I know you had it with redistricting.  They've left.  We

7    are not currently a bipartisan state.  This is an issue we were

8    bipartisan on.  And that's what's the cool thing.  And photo ID

9    allows you to do that, allows you to reach across and for

10   Republicans to have a comfort level to allow for different types

11   of voting and methodologies that you wouldn't have without photo

12   ID, at least that's what we've experienced in Indiana.

13            CHAIRMAN BONNEN:  Let me ask you this.  And I

14   think we're wrapping up.  I hope we are.  So you're -- I want to

15   make sure I understand your belief here -- is that by passing

16   voter ID you increased the voter turnout which reduced the

17   significant impact that voter manipulation through patronage and

18   other things could have upon an election?

19            MR. WHEELER:  That would be true.

20            CHAIRMAN BONNEN:  Okay.  Thank you very much.

21   Appreciate your being here.

22            (Transcript resumed in Volume II of II)

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028266

USA_00016493

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 54 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 28 of 223
VOTER FRAUD HEARING - VOL. 1                              MARCH 1, 2012

160

1           I, Amy C. Kofron, Certified Shorthand Reporter in

2    and for the State of Texas, hereby certify to the following:

3           That the CD entitled, "Texas House of Representatives

4    82nd Legislature, Select Committee on Voter Identification and

5    Voter Fraud, March 1, 2011" was transcribed at the request of

6    Anne Wilson, Attorney General's Office, Austin, Texas 78701, and

7    The amount due is $_____.

8           That the aforementioned CD was transcribed to the best

9    of my ability to hear and understand the CD;

10          That the transcript was submitted by E-trans on April

11   12, 2012, to Anne Wilson, Attorney Generals' Office, 209 West

12   14th Street, Austin, Texas 78701;

13          I further certify that I am neither counsel for,

14   related to, nor employed by any of the parties or attorneys in

15   the action in which this proceeding was taken, and further that

16   I am not financially or otherwise interested in the outcome of

17   the action.

18          Certified to by me, this 12th day of April, 2012.

19

20

21                   _____

22                       Amy C. Kofron, Texas CSR No. 6352
                         Expiration Date 12/31/13
23                       ESQUIRE DEPOSITION SERVICES
                         100 Congress, Suite 2000
24                       Austin, Texas  78701
                         (512) 328-5557

25

ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028267

USA_00016494

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

161

**A**

Aaron
21:20 39:10
39:15,16,16
Aaron's
21:21
Abbott
38:20
ability
47:21 66:13
69:12 80:5
160:9
able
10:13 12:11
16:3 18:19
19:4 25:9
35:5 49:12
50:5 64:9
66:9,14,16
68:23 69:2
69:6 72:23
78:17 80:2
80:5 82:19
85:6,9,10
86:7 113:15
117:16
120:3
137:22
146:18
147:9
152:14
aboveboard
30:14
Abraham
73:13
abroad
128:12
absentee
88:19 119:23
142:21
157:22
absolutely
24:10 30:12
40:11 54:14
79:12
115:15
130:23
131:2,20

137:23
151:13
153:13
156:12,18
156:22
158:18
abuse
59:4,8
accelerate
146:6
acceptable
5:4 94:7,19
94:22
135:25
143:24
access
88:18 123:19
123:22
127:21
129:7,13,21
139:10
146:14,17
147:10
accessibi...
84:4
accomplish
50:5
accost
76:4
accosted
65:10
accurate
132:24
ACORN
43:20 48:21
147:21,22
act
6:20 9:12
65:16 66:3
66:10 73:6
73:7,18,24
75:13 88:21
128:6
136:22
137:5,25
140:23
action
12:1,1,3

160:15,17
actions
142:24
active
62:6
activists
38:3
activities
25:9 64:22
66:13 68:7
72:17
activity
50:25
actual
19:1 41:3
87:6 88:21
124:9 150:9
152:15
ad
113:6
add
129:7
adding
135:6
addition
143:4 144:7
additional
3:13 80:2
123:24
144:24
154:20
Additionally
97:5
address
9:4 43:18
46:16 47:7
48:12,15
55:20 65:25
79:2 80:7
89:20 96:17
121:6 125:8
126:9 129:4
131:24
132:5
134:10
156:17
158:20
addressed

55:12 71:8
129:18,20
addressing
129:21
adjacent
157:11,14
administer
29:9
administered
97:4
administe...
29:13
administr...
58:25 157:19
admit
130:9 131:8
131:8
admonish
74:11
adopted
141:24
ads
95:18,23,24
adult
124:10 142:4
142:7
adults
124:20,21,22
advanced
73:22,23
advertised
95:22
advertising
101:19
103:16
advocacy
43:20
advocate
66:18
affect
82:9 117:10
affidavit
86:7 129:3
135:25
136:2 138:6
139:8 144:4
affirmation

63:16,21
affirmations
3:19
affirmati...
85:12
afford
69:7,7
aforement...
160:8
African
66:16 151:9
African-A...
73:10 97:9
97:13
114:14,20
115:4,19
118:19
120:8 121:7
121:9
124:12,20
125:4
147:21
149:2 151:8
151:19
African-A...
66:13,19
69:22 78:8
115:13
121:17
122:9
125:12
128:16
129:25
150:10
151:12,23
153:2
afternoon
116:21
age
20:22 21:1
25:10 104:3
107:2
112:13
125:4,5,6
139:13,18
142:4
agencies
48:11 95:13



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028268

USA_00016495

Case 2:13-cv-00193 · Document 660-24 · Filed on 11/11/14 in TXSD · Page 56 of 89
Case 1:12-cv-00128-RMC-DST-RLW · Document 208-2 · Filed 06/20/12 · Page 30 of 223

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

162

agency
71:4 94:12
aggressive
103:8
ago
9:1 42:22,23
66:21 70:3
82:15 119:2
130:14,19
145:9 159:2
agree
14:19 30:12
34:25 58:23
112:24
113:8
114:15,17
114:18
115:21
119:7
132:14
138:3
139:20
156:5
agreed
20:16
agreement
18:13 139:5
AG's
32:7 40:1
ahead
5:22 22:25
27:23 29:3
60:16 64:5
65:25 68:16
69:25
Air
42:19
airplane
27:9 119:13
airport
27:9 145:2,3
Alabama
72:15 88:7
alarm
137:14 138:3
138:10,14
Albany
104:19

alien
50:12
aliens
41:22 52:24
Aliseda
4:12,13
18:16,17,23
19:9 35:9
40:18,24
41:2,6,9,11
41:15,19,24
42:2,5,8
82:5,6
83:10,19
85:15 92:8
92:9 117:6
117:8,16
118:1,5,9
136:11,13
136:25
137:13,18
138:17
139:12,17
142:2
allegations
36:11 38:4
38:18
allow
3:18 19:19
31:11 40:13
68:1,10,11
68:13 75:21
79:8 86:5
110:16
112:5 119:3
120:3 128:2
136:3 140:3
143:20,25
147:7 159:2
159:10
allowed
3:7 25:10
43:19 56:23
70:1 71:22
72:4 75:5
76:3 127:24
140:5
146:13,20

158:25
allowing
65:7 67:23
79:7 110:16
allows
3:16 69:16
70:24,24
71:3,6
88:18
113:17
135:16,20
140:13
159:9,9
amazing
117:25
amendment
5:14 14:13
56:22 57:13
127:17,19
amendments
57:17
America
9:12 35:22
108:14
136:22
137:4,25
140:23
American
122:25 123:8
126:14
Americans
66:16 151:10
amount
17:22 57:2
101:7 109:2
126:18
132:2
144:14
152:2 160:7
amusing
8:24
Amy
1:21 160:1
160:21
analogous
145:1
analysis
17:21 96:24

118:2
128:17
149:9
analyze
121:11
Anchia
11:5,8 16:12
16:13,19,24
17:5,9,20
18:3,12
74:6,15
80:8
Anderson
124:14
Andreas
134:8
anecdote
8:14 9:3
Anglos
151:11,24
Anne
160:6,11
annual
101:15
113:24
114:1,2
135:22
answer
3:9 21:9
28:22 29:1
30:17 31:16
45:22,24
47:10,10
48:3 49:1,5
49:22,24
96:20
115:12
148:10
answered
52:2 53:8
anti
79:18,19
anticipate
9:6 103:2
Antonio
83:20,24
117:1
anybody

44:5 51:2
130:12
anymore
111:4
apologize
34:13 56:19
74:7 93:16
99:7 101:22
apparently
14:18 27:14
147:13
apparition
87:11 88:1
Appeals
107:16
appear
49:18 64:13
64:13 144:2
appears
62:20 143:17
appellate
6:15
applaud
80:24
applicant
96:16
applicant's
96:17
application
3:16 141:18
applications
69:21,25
91:2 107:7
applied
17:18 18:20
56:24
apply
7:20 91:6,8
appointment
84:3
appreciate
19:12 51:15
56:13 59:15
61:24 63:14
70:10 74:14
89:5 91:13
92:23 93:8



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028269

USA_00016496

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

163

93:10 105:1
110:11
115:21
116:1
122:14
150:3 152:6
152:7
159:21
**apprehensive**
34:4
**appropriate**
27:24 54:23
  64:24 87:14
**appropria...**
5:15
**appropria...**
92:16
**April**
1:22 108:3
  112:19
  160:10,18
**area**
24:1 41:23
  44:3 55:4
  81:7,20
  82:23
**areas**
22:23 39:1
  55:11 70:25
  71:20 81:9
  128:4
**arguably**
12:1
**argue**
91:10 115:8
  154:5
**argument**
11:14 119:10
**argumenta...**
150:1
**arguments**
90:17
**Arizona**
126:15
  127:13
  134:18
**arm**
68:4

**Army**
58:20
**arrivals**
126:13
**arrive**
19:18 136:3
**Arthur**
48:8 49:14
**ascertain**
34:18 35:6
**Asian**
124:4,12
**Asians**
151:23
**aside**
145:23
**asked**
6:1 11:7
  13:18 30:18
  52:10 76:15
  88:15
**asking**
12:5 13:7
  31:12,14
  35:17 43:2
  44:2 45:22
  48:20 49:11
  99:8 103:21
  116:12
  119:2 153:1
**asserted**
7:24
**assimilate**
50:8
**assist**
65:11
**assistance**
91:3,4
  119:15
**associated**
140:22
**Association**
19:22 20:1
**assume**
6:4 12:5,7
  84:11
**assuming**

14:3 102:1
**assumption**
18:8
**as-applied**
10:14 16:15
  16:20,25
  17:2,6,12
  17:15,16,23
  18:5 19:5
**Atlanta**
95:19,22
  101:1
  104:15,16
  104:20
  109:22
  118:19
**Atlanta's**
95:25
**attached**
11:18
**attack**
148:6
**attempt**
76:11
**attempted**
73:23
**attempting**
12:21 44:25
  98:15
**attempts**
48:23
**attest**
154:1
**attesting**
129:3
**attorney**
5:19 13:6,8
  34:19,20
  38:2,7,20
  51:1 54:17
  69:23
  109:14
  123:8 141:9
  160:6,11
**attorneys**
6:18 160:14
**audience**
55:22 74:12

92:13
**audio**
3:16
**Augusta**
104:17
**Austin**
6:18 24:17
  116:15,19
  152:9,9
  160:6,12,23
**authored**
7:10
**authority**
48:9 67:22
  68:5 71:5
  94:14
  111:25
**automated**
49:13 95:15
**automatic...**
43:8 44:13
**availability**
69:6 75:3
  108:13
**available**
3:22 27:3
  28:7 83:22
  83:25 84:9
  95:2 151:15
**average**
117:24
**aware**
40:12 98:20
  103:19
  121:3
  139:12
**awareness**
95:20
**awhile**
21:14
**A's**
79:15
**a.m**
144:10

_____ B _____

**back**

3:23 8:19,20
  8:21 37:3
  42:23 43:8
  45:9,12
  47:8 66:17
  68:12 69:20
  72:18 73:24
  76:11,13
  79:17 80:11
  93:3,10,25
  98:11,13,17
  99:18,19,20
  99:23
  100:10,11
  100:15,22
  100:23
  106:4,22
  115:25
  118:25
  124:23
  126:23,24
  127:5,8
  132:15,16
  139:5,5
  144:11
  148:7
  153:24
  154:8,14,16
  154:21
  157:4 158:5
**background**
6:14 93:13
  94:4
**bad**
81:17 116:20
**Baker**
9:18,18
  118:23
**balance**
123:18
  124:22
  129:1,1,22
  132:7
**balancing**
127:20
**ballot**
49:12,13,15
  52:15 62:19



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028270

USA_00016497

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

164

| | | | | |
|---|---|---|---|---|
| 68:17 73:10 | 148:19 | 109:1 | 49:6,16 77:4 | 121:12,13 |
| 88:19 94:6 | **Barreto** | **belief** | 103:13 | 123:1 |
| 94:18 97:24 | 124:2 | 115:18 | 109:21,22 | 129:11,19 |
| 98:3 106:11 | **barrier** | 146:10 | 114:11 | 129:20 |
| 134:1 136:3 | 73:14 | 159:15 | 157:16 | 131:25 |
| 136:7 138:8 | **barriers** | **believe** | **bigger** | 132:4,15,17 |
| 138:16 | 73:8 78:16 | 3:6 35:15,16 | 128:1,3 | 133:13 |
| 144:5,13 | **based** | 40:22 41:14 | **biggest** | 135:12,16 |
| 157:22 | 9:5 22:19,21 | 41:17 42:2 | 78:18 147:5 | 137:6,8,10 |
| **balloting** | 22:22 48:7 | 50:22 78:4 | **bill** | 138:10 |
| 144:12 | 81:16 126:5 | 103:7 121:7 | 3:20,25 4:1 | 139:20,21 |
| 153:16,20 | 142:13 | 121:8 | 4:15,17,23 | 140:4 |
| 154:2,10,11 | 143:12 | 123:19 | 4:24 5:14 | 141:10 |
| **ballots** | **basic** | 125:11 | 5:15 6:2,10 | 146:24,24 |
| 10:2 65:7 | 62:16 141:25 | 129:1,20 | 6:11 7:2,19 | 146:25 |
| 67:24 88:19 | **basically** | 132:6 133:7 | 10:22 12:6 | 147:7,8 |
| 88:19 97:17 | 40:14 104:14 | 135:15 | 12:7,12 | 158:21,22 |
| 97:19 98:1 | 143:18 | 141:11 | 19:22 20:3 | **bills** |
| 98:5,8 99:1 | **basis** | 142:2 | 20:3,14,16 | 27:6 73:17 |
| 99:5,16,22 | 47:22 150:13 | 149:13 | 20:18 21:7 | 74:1 102:2 |
| 106:21,23 | 151:25 | **believes** | 30:16 36:11 | 123:13 |
| 106:23 | 152:1 | 29:15,15 | 42:16 43:17 | **bipartisan** |
| 115:7 | 156:10 | **Bell** | 44:9 48:23 | 76:19,22 |
| 120:12 | **basketball** | 46:23 51:23 | 50:7 51:6 | 141:15 |
| 126:19,22 | 117:1 | 51:23 65:9 | 53:20,20 | 146:25 |
| 126:23 | **battery** | 75:25 80:25 | 55:6,21,24 | 147:8 159:7 |
| 127:1,5,24 | 58:23 59:1 | **Belvoir** | 56:17,23 | 159:8 |
| 134:14,19 | **beard** | 58:20 | 57:8,17,25 | **birth** |
| 135:4 145:7 | 15:21 | **Bend** | 59:10,18 | 96:14,15 |
| 153:10,21 | **beast** | 65:6 | 60:23 61:9 | 128:12,23 |
| 154:18 | 39:4 | **benefit** | 62:2,3,9 | 136:6 |
| **bank** | **beaten** | 147:1 | 64:2 67:16 | **bit** |
| 57:1 58:24 | 76:14 | **best** | 67:17 70:24 | 7:1 15:24 |
| 74:3 77:1 | **Beaumont** | 16:22 117:1 | 73:7,19 | 40:16 62:10 |
| **banners** | 48:8 | 124:1 160:8 | 74:3,4 | 73:21 94:3 |
| 95:23 | **beautiful** | **better** | 76:25 78:8 | 95:6 104:19 |
| **banquet** | 116:24 | 35:24 67:1 | 80:7,15 | 116:17 |
| 72:25 | **Bee** | 70:13 71:1 | 86:5,18,19 | 142:6 |
| **bar** | 83:16,16 | 73:12 148:3 | 88:13,16,23 | 145:15 |
| 73:12 | 84:23 | 149:21 | 89:12 91:15 | 153:9 |
| **Barack** | **beg** | **Betty** | 91:16 92:24 | **black** |
| 87:12 145:20 | 21:6 49:20 | 121:15 | 93:2,3,7 | 82:10 124:3 |
| 154:12 | **beginning** | **beyond** | 94:1,5 | **blame** |
| **barber** | 113:7 157:4 | 113:25 | 95:12 105:6 | 24:18 |
| 8:19,20 | 148:19 | 148:19 | 112:19 | **Bledsoe** |
| **barcode** | **BEGINS** | **bickering** | 116:2 | 2:9 63:15,17 |
| 113:13 | 2:1 | 142:14 | 118:22 | 63:22,25 |
| **barely** | **belabor** | **big** | 120:24 | 64:3,5,7,10 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028271

USA_00016498

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

165

| | | | | |
|---|---|---|---|---|
| 64:11,12,15 | 29:3 31:12 | 115:20 | **Brazoria** | **brought** |
| 64:17,17 | 31:17,23 | 116:4,6,11 | 47:1 | 15:25 101:23 |
| 70:8,9,15 | 32:2,8,11 | 117:3 118:6 | **break** | 148:7 158:5 |
| 70:20,22 | 32:14,17,19 | 118:7,11 | 89:2 149:1 | **Brown** |
| 71:2 72:2 | 34:10 36:1 | 122:13,23 | 151:14 | 121:15 |
| 73:4,25 | 39:19,23 | 123:5 130:3 | 159:6 | **bubbles** |
| 74:7,10,16 | 40:5,8,18 | 136:11 | **breaks** | 73:12 |
| 74:18 77:9 | 40:21 42:9 | 139:23 | 150:12 | **budget** |
| 79:5,13 | 42:12,14 | 141:6,8 | **breeds** | 35:17 |
| 81:18 82:2 | 44:17,19 | 148:13,15 | 86:24 | **budgets** |
| 82:14 83:17 | 46:17 47:12 | 148:21 | **Brian** | 85:4 |
| 84:14 85:20 | 47:17,20 | 152:14,20 | 2:11 93:5,11 | **build** |
| 85:24 86:11 | 48:1 50:1 | 153:6 | **brief** | 41:7 |
| 86:13 87:4 | 51:11,21,24 | 155:15 | 15:9 116:15 | **building** |
| 87:19 88:25 | 52:4,8 53:3 | 156:25 | 116:17 | 145:10 |
| 89:5,7 | 53:6,9,14 | 159:13,20 | 144:14 | **buildings** |
| **bloated** | 53:18,23 | **book** | **briefed** | 119:12 |
| 147:11 | 54:25 55:18 | 28:7 | 85:24 86:1 | **bullshit** |
| **blocks** | 56:1,4,8,10 | **books** | **briefly** | 74:8 |
| 43:13 | 56:12,15 | 125:14 | 148:12 | **bumping** |
| **blogs** | 57:5,7,10 | 142:13 | **bring** | 96:9 |
| 37:18 38:3 | 57:14,18,21 | **border** | 8:23 17:16 | **burden** |
| 38:17,23 | 57:24 58:4 | 51:22 53:1 | 19:19 39:12 | 10:3,6,8,15 |
| **BMV** | 58:7,10,12 | **borders** | 46:20 48:14 | 10:15,16 |
| 144:9,9 | 58:14,18 | 53:10 | 61:20 63:18 | 19:7 73:23 |
| **board** | 59:12,22,24 | **born** | 90:23 94:17 | 107:20 |
| 6:24 68:4 | 60:4,11,15 | 128:12 | 125:15 | **burdens** |
| 71:5 94:13 | 60:18,20,23 | **boss** | 126:23 | 78:16 127:17 |
| 109:17 | 61:1,5,8,11 | 8:15 | 127:24 | 127:19 |
| 111:24 | 61:22 63:9 | **bother** | 137:12 | **burdensome** |
| 144:3 | 63:11,14,18 | 98:13 | 145:5 | 73:19 74:1 |
| 147:19 | 63:24 64:4 | **bought** | **bringing** | 88:20 |
| **Bob** | 64:8,11,15 | 116:19 | 50:6,9 81:12 | 119:19 |
| 62:5 | 70:8,10 | 157:17 | 103:16 | **Burman** |
| **body** | 72:8 74:14 | **Bowie** | **brings** | 139:3 |
| 82:16 | 81:25 82:4 | 75:25 80:25 | 46:15 53:22 | **bus** |
| **boils** | 85:17 89:1 | **box** | 112:23 | 72:16 121:22 |
| 62:13,21 | 89:8 91:12 | 52:15 | **broad** | **Bush** |
| **Bonnen** | 91:22,25 | **boycotts** | 12:15 | 50:5 147:24 |
| 3:1 4:4,5,14 | 92:1,10,12 | 72:16 | **brochures** | 148:3,4 |
| 4:20 5:17 | 93:16 99:7 | **bragging** | 95:3 | **business** |
| 6:4,7 10:25 | 99:15,25 | 158:1 | **broke** | 26:14,22 |
| 11:3 16:6,8 | 100:5,9,14 | **branch** | 153:16 159:5 | 62:24 92:25 |
| 18:14 19:10 | 100:21,25 | 71:4 94:12 | **broken** | 100:12 |
| 19:15 21:11 | 101:6,21,25 | **branches** | 142:1,8,12 | 106:23 |
| 24:11 28:9 | 102:7,13,16 | 64:19 144:9 | 142:15 | 155:25 |
| 28:11,14,16 | 104:21 | **Brandon** | 143:3,3 | **businesses** |
| 28:20,24 | 108:22 | 124:23 | 152:3 | |
| | 114:10 | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001617

TX_00028272

USA_00016499

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

166

26:23
busses
95:25
busy
92:14
Butch
2:6 56:8
buy
58:22 59:1
buying
158:11
buys
144:19,24
B.R
2:4 19:20,24

**C**

C
1:21 160:1
160:21
call
4:2 39:7,10
63:19 84:3
91:23
122:24
147:19
called
10:9 60:1
65:3 91:23
124:2 149:7
157:15
calling
147:22
156:20
calls
5:19 19:20
42:14 89:10
95:16 141:8
campaign
95:8,9,18
101:19
102:14
103:8
104:13
113:6
campaigned
106:4
Candace

88:6
candidacy
87:12
candidate
142:25
car
82:18
card
5:2 10:23,23
13:17 20:10
20:12 21:21
22:3 25:16
37:7 39:9
39:16 43:11
46:1,11,20
57:1,4 59:9
63:2 67:6
67:11 71:3
79:15,16
89:20 90:24
91:6 94:9
95:1,2
96:11
127:24
137:6 140:6
cards
5:5,6 20:24
23:3 25:3
25:17 26:12
26:15 28:2
69:1 71:7
89:19,20,22
90:2,2 96:2
96:4 101:14
121:23
care
14:20 33:6,7
148:1
Carolina
133:1
carried
121:14,15
carry
62:24 121:23
Carter
2:5 9:17
42:14,18,18
44:17,18,20

44:21 45:5
45:13,16,18
45:20,23
46:1,7,9,14
46:19,23
47:2,6,10
47:16,18,24
48:3,14,19
49:1,4,10
49:20,23
50:3,13,18
51:13,16,20
51:22,24
52:2,7,9,17
53:3,4,6,6
53:8,12,16
53:19,25
54:4,8,12
54:14,16,19
54:21,23
55:3,5,7,24
56:3,5,6,7
118:23
case
6:18,23 7:2
7:9,18 8:6
8:8 10:12
10:14 13:11
13:22 15:18
16:16,19
17:5 18:11
18:18,22,23
18:25 19:3
22:24 23:4
29:18 40:15
69:18
107:17,18
108:7,9
109:20
112:20
126:15
142:18
156:9,9,10
cases
15:19 20:6
40:2 42:1
83:17
cash

57:1 145:11
cashing
61:14
cast
32:24 52:15
67:23 73:10
94:6,17
96:24,25
97:11,17,22
98:2,6,9,23
99:4,13,22
126:19
133:25
143:1
casting
10:2 50:11
62:18
120:12
caught
53:1 154:7
cause
107:18
137:15
caused
64:24 142:16
CD
160:3,8,9
Center
124:23
centers
146:23,25
147:7
central
65:3
century
8:15
certain
22:5 25:9
36:8 39:1,2
57:2 66:8
77:13 80:7
81:22 82:20
84:23 88:15
120:19
certainly
6:10 29:11
34:22,24
113:5

114:14
115:9
116:23
120:16,20
127:6 138:1
155:21
certificate
5:8 125:15
128:12,22
128:23
132:4 136:6
137:9,11
Certified
160:1,18
certify
106:21 160:2
160:13
cetera
107:7
chair
4:15,17 5:19
19:20,21
21:13 31:10
31:10,15,16
36:1 39:20
42:14 89:10
91:14 92:24
117:5
122:24
130:3 141:8
chaired
9:17
chairman
3:1,18 4:14
4:20 5:17
5:24 6:4,6
6:7 10:25
11:2,3,12
16:6,8
18:14,15
19:10,14,15
19:23,25
20:2 21:11
21:14,17,24
22:11,16,19
22:21 23:9
23:12,17,21
23:24 24:2



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001618

TX_00028273

USA_00016500

Case 2:13-cv-00193 - Document 660-24 - Filed on 11/11/14 in TXSD - Page 61 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 35 of 223

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

167

| | | | | |
|---|---|---|---|---|
| 24:4,7,9,11 | 89:7,8 | 19:21 20:1 | 102:5 | 2:3 5:19,25 |
| 24:12 28:9 | 91:12,22 | **Chair's** | **check** | **Christi** |
| 28:11,14,16 | 92:1,10,12 | 91:17 | 43:3,23 44:6 | 83:20 84:2 |
| 28:20,24 | 93:9,11,16 | **challenge** | 45:8 54:9 | **Christmas** |
| 29:3 31:12 | 99:7,15,25 | 7:22 10:10 | 61:14 110:2 | 116:22 |
| 31:17,23 | 100:5,9,14 | 10:11 16:15 | 110:3 | **Christy** |
| 32:2,8,11 | 100:21,25 | 16:16,17,20 | 112:15 | 83:23 |
| 32:14,17,19 | 101:6,21,25 | 16:25 17:3 | 119:13 | **chuck** |
| 34:10,12 | 102:6,7,13 | 17:6,7,11 | 132:23,23 | 45:25 46:3 |
| 36:1,2,4,7 | 102:16 | 17:12,12,15 | 132:24 | **churches** |
| 36:10,18,22 | 104:21 | 17:16,23,25 | 145:11 | 95:14 |
| 36:24 37:4 | 108:22,25 | 18:5 19:3 | **checked** | **circle** |
| 37:8,15,21 | 109:16 | 84:16 | 44:4 137:3 | 74:20,22 |
| 37:25 38:13 | 114:9,10 | 127:18 | 140:24 | 75:9,11,11 |
| 39:18,19,21 | 115:20 | 155:10 | **checkmark** | 80:20 83:9 |
| 39:23 40:3 | 116:4,6,11 | 158:9 | 43:24 136:23 | 83:9 |
| 40:5,8,18 | 117:3,7 | **challenged** | **checks** | **circles** |
| 40:21 42:9 | 118:6,7,11 | 65:7 67:24 | 44:22 57:1 | 120:14,15 |
| 42:12,14 | 118:14,16 | 68:17,18 | **cherry** | **circuit** |
| 44:17,19 | 119:16 | 84:15 | 87:24 | 107:16,19 |
| 46:17 47:12 | 120:5,23 | 127:18 | **Chicago** | **circulated** |
| 47:17,20 | 121:10,21 | **challenges** | 14:10 142:17 | 36:15 |
| 48:1 50:1,4 | 122:5,11,13 | 128:20 | 143:10 | **circumstance** |
| 50:16 51:11 | 122:19,23 | **challenging** | 147:20 | 75:12 |
| 51:21,24 | 123:3,5 | 84:20 | 155:21,22 | **circumsta...** |
| 52:4,8 53:3 | 130:3,5,16 | **chamber** | 155:24 | 85:4 |
| 53:6,9,14 | 130:22 | 95:14 | 157:9,10,11 | **cite** |
| 53:18,21,23 | 131:15 | **chance** | 157:14 | 87:5 |
| 54:25 55:18 | 132:11 | 118:25 122:6 | **chief** | **cited** |
| 56:1,4,8,10 | 133:5,10,24 | **change** | 7:15 | 18:18,23 |
| 56:12,15 | 135:7 | 33:2 | **chilling** | 41:16 |
| 57:5,7,10 | 136:10,11 | **changes** | 69:17 | **citing** |
| 57:14,18,21 | 139:23,25 | 5:10,16 6:9 | **CHL** | 11:13 |
| 57:24 58:4 | 141:6,8,13 | 44:15 119:3 | 5:11 140:7 | **citizen** |
| 58:7,10,12 | 141:14,15 | 131:13 | **choose** | 5:8 49:17 |
| 58:14,18 | 141:16 | **Channel** | 52:15 106:12 | 51:8 54:9 |
| 59:12,22,24 | 147:4 | 95:24 | 111:2,6 | 59:21 67:5 |
| 60:4,11,15 | 148:13,15 | **chapter** | 151:1 | 89:22 90:7 |
| 60:18,20,23 | 148:21,23 | 130:13 | 154:13 | **citizens** |
| 61:1,5,8,11 | 152:14,20 | **Char** | **chops** | 3:11 7:20 |
| 61:22 62:4 | 152:22 | 63:21 | 8:21 11:16 | 41:7 44:13 |
| 63:9,11,14 | 153:6 | **charge** | 14:21 27:19 | 50:8 61:18 |
| 63:18,24 | 155:15 | 83:23 | 27:21 | 86:23 111:1 |
| 64:4,8,11 | 156:25 | **charged** | **chose** | 119:10 |
| 64:15 70:8 | 157:2,12 | 81:21 | 100:17 | 121:3 124:4 |
| 70:10 72:8 | 158:10,19 | **charges** | 106:10 | 124:10,12 |
| 74:6,14 | 159:13,20 | 22:25 | 154:16 | 124:24 |
| 81:25 82:4 | **Chairman's** | **charging** | **Chris** | 125:1,4,6,6 |
| 85:17 89:1 | | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028274

USA_00016501

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 62 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 36 of 223

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

168

128:9,10,11
128:11
134:21
139:14,18
156:19
**citizenship**
44:10,18,23
51:7 110:3
124:25
140:7
**city**
116:24
155:22,24
**civil**
66:18 72:14
72:15
**claim**
18:19 19:5
127:19,19
138:18
**claims**
38:20,21
**clarifica...**
140:1
**Clark**
112:4
**clean**
8:22 15:20
**clear**
47:4,13,21
52:19 55:9
69:3 87:22
95:24 97:24
98:3,6,11
100:14
122:3
123:12
135:14
136:2
140:18
152:21
**clearance**
88:14
**cleared**
99:19,20
**clearly**
8:3 73:25
75:13 87:22

142:8,11
**clerk**
4:2,4,6,8,10
4:12 42:20
49:14 89:18
89:23,23
90:4,5,5
91:23,25
92:2,4,6,8
92:11
**clips**
120:16
**close**
100:12
106:19,23
122:1
132:10,13
**closely**
55:10
**closing**
40:14
**clubs**
72:20
**code**
43:16
**Coleman**
6:1
**collectors**
116:4
**Colleen**
2:10 89:11
89:13
**college**
24:1 62:6
**Columbus**
104:18
**columnist**
118:19,20
**columnists**
118:20
**columns**
118:18
**combat**
12:2,21,25
16:5
**combatting**
7:9 11:24

12:17 14:15
**combined**
143:11
**come**
6:1 8:20
12:11 18:24
20:12 23:2
23:6 33:9,9
33:11 39:9
44:11 51:23
52:14 59:25
60:1 62:11
68:15 71:22
75:3,11
76:22 79:14
79:22 83:8
84:3,12
93:20 98:11
98:13,17
113:14
116:18,25
117:7,18
121:18,24
122:14,16
126:23,24
127:5,8,16
128:5
132:15
146:17,20
147:22
154:8,14,21
**comes**
41:19 43:6
49:15
101:17
130:24
**comfort**
146:21
147:10
159:10
**comfortable**
4:21
**coming**
25:3 33:21
51:18,25
52:5,10,25
53:17 72:11
80:24 83:14

92:19,22
93:14,21
152:7
**commend**
110:15
**comment**
40:7 52:5
61:21
112:23
**comments**
74:16 133:20
**commerces**
95:14
**commission**
9:16,17 91:1
141:16,17
**commit**
44:12,12
52:16
115:11
137:1
**committee**
1:6 3:3,9,9
3:14,14,24
3:25 4:1,16
4:23 5:10
6:11,22
11:6,7,9,11
19:22,23
21:8 34:13
42:16 52:19
56:17 59:17
60:7,8,20
61:9 62:2,5
62:9 63:4
64:1,8 71:8
85:22,25
89:11,14
91:15,16,18
91:19 93:1
93:1,3,7,10
96:19 122:3
123:1 140:4
141:10,14
147:3 149:7
158:5 160:4
**committing**
158:13

**common**
61:20 107:18
117:13
**communities**
82:9 88:10
144:18,18
144:19
149:2 151:5
152:2,23
**community**
78:10 80:4
81:22 82:10
82:11 84:8
84:9 85:11
129:17
151:22,23
**companies**
102:2
**comparative**
115:23
124:24
**compare**
114:23
115:24
145:25
**compared**
104:20
124:21
125:5
149:10
**comparison**
105:11
**comparisons**
116:6 135:8
**compete**
66:12 70:6
**competing**
66:6
**complaint**
59:2
**complaints**
55:11
**completely**
61:15 131:7
131:13
158:19
**comply**
66:3



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028275

USA_00016502

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 63 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 37 of 223

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

169

comprising 132:16
compromise 67:14 80:9 131:5 139:2
compromises 67:14 138:24 139:7,11
concealed 5:9 20:24
concede 82:6
concept 7:8 46:9
concern 20:14 42:24 54:16 67:19 67:21 77:12 78:18 92:19 121:11 150:4
concerned 21:20 48:20 77:11 78:12 114:12 121:15 131:17
concerns 36:11 71:24 73:6 75:20 117:15 123:24 127:21,21 128:1 131:3 131:11
conclude 148:12
concluding 149:17
conclusion 133:17 149:11,21 150:14
concrete 81:11 134:4
condition 13:24
conditional

126:22 127:1 134:19
conducted 95:7,9
conducting 38:7
conference 64:18 116:23
confidence 9:22,25 12:22 33:10 34:6 41:7 42:3 78:14 78:24 86:21 88:17 143:5 143:7 156:6 158:4,5,22 158:25
confident 63:8 88:13 88:22
confirmed 90:5 126:21
conform 135:20
Congress 9:13,14 160:23
connected 12:12,25 15:18
connection 42:21
conscious 76:6
conservative 37:21 38:2,3 38:17,17 129:6 133:2
Conservat... 56:16,16 59:6
consider 93:24 155:19 155:19
considered 7:4,4,11,16 7:18 138:19

consistent 5:12 114:22 149:18
consistently 124:8
constitution 14:9 18:10 108:5
constitut... 6:10,12,15 7:7,22 8:25 10:10,14 11:19 12:18 13:3,24 14:15 17:19
constitut... 6:2,23
constitut... 12:20 19:7
consummate 68:16
consummated 68:17
contacts 15:9
contained 125:16
containing 71:3
contains 95:3
contemporary 9:6
contention 51:18 52:13
contest 33:1
contestants 142:20
context 8:1 10:8
continual 112:25 113:2
continually 46:17 114:7 122:9
continue

5:1 40:14 51:10 66:21 70:6 74:17 106:7 121:2 121:5
continues 69:19 76:4 76:18
continuing 103:3 105:22 113:25
continuum 123:15
contract 101:9,9 102:11 113:24
contrast 146:2
control 145:16
controlling 7:21
controversy 118:17
convenience 111:7
conversat... 130:2 131:21 133:3 141:5
convicted 157:20
convictions 79:9 157:8
convinced 21:25
cool 159:8
cooperate 131:11
copies 3:22,23
copy 102:5 118:7 119:24 122:20 149:12

152:15
Corpus 83:20,23 84:2
correct 14:5 16:17 16:18,21,22 17:1,7,8,24 41:2,9,21 52:8 64:3,3 70:18 85:17 100:20,24 102:9 108:10 110:18 111:18 113:7 117:11,18 126:9 143:16 155:20
correctly 148:11
correlation 87:21
corrupt 155:22,23 158:2
corruption 157:25 158:1
cost 20:17 35:14 35:15 101:8 101:15,23 113:24,25 114:1 128:21
costs 84:1 102:4,6 108:15 128:21,22 128:23,24 129:24
council 5:16
counsel 160:13
count



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028276

USA_00016503

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

10:1 96:6
98:14
105:11
138:16
counted
94:20 97:19
99:24 100:7
100:10,13
100:15,16
100:19,23
127:1
134:15
135:4 138:9
144:6
154:18
counties
28:8 47:14
49:6 82:20
84:24
113:18,18
114:3
139:13,16
139:17
142:3,5,6
146:25
149:16,19
149:22,22
151:6,9
country
7:5 8:10
24:18 44:12
63:7 72:20
79:17
114:16
115:14
120:17
130:16
counts
33:12,22
88:17 135:2
county
6:24 19:21
20:1,2 24:8
24:16 25:22
25:25 35:15
37:11 43:7
43:9 46:23
47:1 48:5

48:10 51:2
51:23 56:16
56:16,21
59:6 62:15
65:9,13,13
68:21,21,22
69:4,19,19
69:20 71:5
75:24,25,25
77:15 80:25
80:25 81:1
81:6 82:1
82:22 83:16
83:16,21,22
84:23 87:8
87:9 94:10
94:13,20
97:3 101:10
105:11
106:17
111:23,24
112:2,3,4
113:22
124:20
126:17,25
127:3
129:16
144:3
147:19
149:8,23,23
149:23
150:1,2
157:11,11
157:13
county-by...
150:13
county-wide
151:25 152:1
couple
43:13 62:6
82:15 99:8
102:19
109:19
143:24
course
3:13 7:10
8:4 107:9
126:14

128:24
129:10
131:7
133:16
court
6:3,16,18,21
6:23,24 7:4
7:6,10,12
7:16,19,25
8:3,7,11
9:1,10,12
9:23 10:3,4
10:5,15,17
10:24 12:19
14:12,14
16:3,16
18:18 48:10
86:21 88:14
107:16,16
108:2,3,6,9
142:19,23
156:8,10,12
156:21
158:7
Courts
127:20
Court's
6:12,19
11:21 12:16
covered
67:2 77:2,3
Crawford
6:23 7:2,9
7:18,19 8:6
13:11 156:9
crazy
134:6
create
26:23
created
101:1 143:5
143:5
creative
146:14
credible
34:4 35:22
38:22
credit

28:2 57:4
63:2
Crew
143:23,23,23
crime
50:21 137:14
criminal
69:13
crisis
35:17 158:22
158:25
CSR
1:21 160:21
culprit
76:16,16
cure
23:5 106:10
106:11,12
126:23
127:5,24
128:3 136:2
136:6
154:20
155:5
curing
109:1
curious
70:25
current
9:5 14:16
21:22 43:15
69:16 70:2
75:12 77:22
83:9 125:4
125:7,7,8
126:7 135:5
135:21
137:4
138:10
143:17
currently
10:17 20:25
31:24 77:18
108:2 126:5
159:7
cut
28:12 66:7
116:12

cutting
27:19
cycle
65:1 81:4
82:1
cycles
82:3
Cynthia
2:7 59:16
60:17,19
118:18

D

D
101:11
da
50:19,19,19
dad
111:3
danger
44:11
dangers
153:14
Daniels
146:23 147:8
159:3
data
71:14,15,17
82:10,14
83:7,8,8
118:2 124:9
125:11
database
43:7,25 45:1
45:2 126:3
139:20
140:23
databases
137:4
date
96:14,15
135:21
143:19
160:22
David
2:5 42:14,18
day



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028277

USA_00016504

VOTER FRAUD HEARING - VOL. 1        MARCH 1, 2012

171

28:15 57:2
86:11 88:6
89:16 94:19
115:13
126:18
128:25
129:18
144:10,11
160:18
**days**
5:6,7,8,9
50:22 70:2
70:19,19,19
70:24,24
98:18
106:14
107:8 127:6
127:7 140:6
140:8
144:13
146:19
154:20
**dead**
13:21 14:4
14:10,11
**deadlines**
95:21
**deal**
29:7 38:12
49:17
133:11
**dealing**
39:4
**dealt**
16:17
**death**
76:14
**debate**
106:2,14
**debating**
121:12
133:12
**deceased**
142:12
**December**
97:25 99:3
**decide**
90:4

**decided**
14:12 107:17
107:19
**decision**
111:3
**decisions**
6:20
**deck**
90:2
**declared**
155:22,23
**decline**
146:2,5
**declines**
143:7
**deep**
49:14
**defendant**
156:9
**Defense**
122:25 123:9
**defer**
31:25
**define**
34:18
**definitely**
130:10
**defy**
79:22
**degree**
69:15,17
**delays**
105:1
**deliberate**
142:24
**delineate**
49:12
**demand**
103:14
**democracy**
86:23
**democrat**
29:14 30:22
41:16
131:22
147:22
150:17

**democratic**
81:8 86:24
107:25
108:1,4
142:19
147:20
149:20
150:15,21
150:22
**democrats**
34:8 41:16
146:17
150:20
159:4
**Denny**
121:13
**department**
67:9 71:4
91:5 94:10
94:12 95:2
96:7 109:19
**depend**
49:21
**depends**
49:16
**DEPOSITION**
160:22
**deputy**
62:14
**derivative**
128:16
**described**
123:12
**designed**
150:14,20
**desire**
11:7 65:24
**desk**
42:25 44:1
62:15
**despite**
147:11,14
**detail**
143:15
**details**
96:18 102:19

**detected**
53:2
**detecting**
8:4
**detects**
88:16
**deter**
137:14
**determine**
142:25
**determined**
5:15
**deterring**
8:4
**deters**
88:16
**difference**
17:11 74:24
74:24 77:4
112:18
154:15
155:4
**differences**
140:3
**different**
12:11 15:9
22:22,23
23:3,3 25:3
25:4 37:19
38:10 48:9
65:23 67:3
70:17 73:13
77:2 78:15
86:4,18
114:4
125:10
129:14
131:23
145:16
158:16,19
159:10
**difficult**
20:7,14
34:18 40:10
69:10 73:16
83:5 85:2
123:24
**difficulty**

22:10 71:25
**dig**
19:4
**diluted**
10:2
**dilutive**
128:16,17
**diminution**
74:25
**dire**
117:17
**direct**
95:11
**direction**
64:20 68:2
132:17
**director**
81:5
**disabilities**
91:4,9
**disability**
5:4,11
**disabled**
5:4 88:22
90:18
140:17
**disadvantage**
80:19
**disaffection**
88:9
**disagree**
32:21 85:21
**disaster**
81:23 126:13
**discourage**
29:14,16
**discourages**
77:22
**discretion**
68:2 75:5,7
**discretions**
31:19
**discrimin...**
90:18
**discuss**
28:18 64:19
140:20



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001623

TX_00028278

USA_00016505

VOTER FRAUD HEARING - VOL. 1                      MARCH 1, 2012

172

| | | | | |
|---|---|---|---|---|
| discussing<br>153:14<br>158:16<br>discussion<br>67:14 143:16<br>disenfran...<br>20:18 121:17<br>121:21,22<br>122:8,17<br>124:11<br>130:12<br>disenfran...<br>17:1,22 18:4<br>18:25 87:1<br>121:19<br>122:4<br>134:16,17<br>134:25<br>disenfran...<br>124:3 126:4<br>129:24<br>132:9<br>disenfran...<br>75:14 130:8<br>134:11,13<br>disgusted<br>158:3<br>dishonest<br>89:24<br>dismantle<br>73:8<br>dismissed<br>108:3<br>disparities<br>82:20<br>display<br>135:19,19<br>displays<br>143:20<br>dispropor...<br>80:21<br>dispute<br>20:13<br>disqualified<br>62:18<br>disrespect<br>28:21 | disrespec...<br>74:12<br>distinct<br>16:14<br>distinction<br>10:6 15:12<br>16:14,15<br>52:19<br>distinguish<br>151:10<br>distracted<br>74:7<br>distribute<br>95:5<br>district<br>54:17 78:21<br>79:1 105:23<br>105:24,25<br>117:14,15<br>133:15,15<br>133:19<br>districts<br>78:21<br>distrust<br>86:24<br>Division<br>43:1 45:6<br>doctor<br>73:1<br>doctors<br>72:20<br>document<br>90:22 96:13<br>96:13,15<br>documenta...<br>96:16 124:25<br>125:18<br>documented<br>13:1 20:6<br>41:25<br>142:12<br>144:16<br>documents<br>91:2 120:2<br>123:15<br>124:19<br>125:16<br>128:3,13,24 | 135:18<br>136:1 140:5<br>doing<br>27:19 31:5<br>44:7,25<br>48:22 51:4<br>77:22 80:14<br>90:13 92:16<br>103:10<br>129:5<br>dollar<br>57:2 84:1<br>85:3<br>dollars<br>35:16 85:3<br>128:21<br>dominant<br>87:22<br>double<br>132:23<br>doubt<br>48:13 98:12<br>Downtown<br>116:19<br>DPS<br>5:5 15:5<br>20:22 28:17<br>32:7 38:1<br>44:22 45:1<br>45:3 48:25<br>128:13<br>Dr<br>73:1<br>draconian<br>69:15 112:8<br>drawn<br>48:7,10<br>drive<br>68:22 110:23<br>111:5,6<br>driven<br>40:13<br>driver<br>94:11 95:2<br>96:7 110:20<br>drivers<br>20:23 26:23<br>28:2 | driver's<br>5:5 15:5,6<br>28:6,20<br>30:21 43:4<br>43:24 45:4<br>45:7 46:2,5<br>46:10,15,18<br>46:20 47:25<br>48:14 49:10<br>67:7 69:8,8<br>71:9,10<br>82:18,24,25<br>83:2,21<br>90:25 91:5<br>94:8 110:17<br>110:23<br>111:8,8,13<br>111:14<br>113:15<br>124:21<br>125:22,24<br>126:2,10<br>128:14<br>136:19,20<br>136:24<br>140:6<br>drives<br>41:20 86:23<br>drug<br>90:23<br>dude<br>25:1,13<br>due<br>28:14 53:7<br>92:19 154:9<br>160:7<br>dump<br>147:23<br>_____<br>**E**<br>earlier<br>16:14 34:14<br>78:12 86:3<br>109:10<br>130:6 134:4<br>138:22<br>early<br>19:17 46:10 | 46:17 63:21<br>89:16 95:21<br>113:20<br>earn<br>72:23<br>ease<br>59:4,8<br>easier<br>59:8<br>easiest<br>90:15<br>easily<br>69:7<br>east<br>82:21 104:17<br>142:17<br>143:10<br>147:20<br>155:21,21<br>155:24<br>157:9,10,13<br>easy<br>22:2 25:8<br>27:1,14<br>85:5 90:7<br>economy<br>108:19<br>ed<br>92:17<br>Edinburg<br>55:4<br>educate<br>20:17 94:24<br>education<br>85:8,16 95:7<br>95:8 101:18<br>102:8,15<br>112:25<br>113:2<br>122:25<br>129:10<br>educational<br>101:1,3<br>123:9<br>effect<br>69:17 74:4<br>128:18,18<br>134:12,13 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028279

USA_00016506

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

173

149:18,19
**effective**
3:4 9:13,21
**Effects**
149:7
**effort**
20:16 25:2
  25:14 26:7
  27:18
**efforts**
3:5 18:18,24
  80:9 144:15
  144:17,17
  145:8,13
  146:14
**eight**
42:7 107:8
**either**
25:15 27:18
  47:16,18
  48:21
  123:12
  125:15
  132:5
  135:21,25
  136:21
**elaborate**
157:7
**elderly**
88:22 90:18
  91:4,8
  127:23,24
  136:5
**elected**
29:8 98:19
  114:17
**election**
6:24 7:23
  9:11,16,20
  20:1,8,13
  21:9 22:23
  23:1 29:13
  33:1,2,13
  33:16,25
  35:9 36:16
  37:16 39:4
  39:12 42:19
  43:16,16

62:19 63:6
63:8 64:25
65:1,1,3,4
65:4,10,13
66:2 67:20
67:22 68:2
69:23 75:16
78:2 81:4
82:1,3 87:3
88:17 89:18
94:19 95:11
97:21 98:1
98:4,12,18
98:25 99:11
99:21
100:12
106:18
112:25
113:1
114:16,23
114:24
116:5,7,8
120:7,9
123:25
126:18,19
129:8
131:18,18
133:25
135:22,24
140:10
141:16
143:1,4,12
144:3,10
146:2,4,8,9
147:4,18
150:18
153:17
155:1
158:23
159:18
**elections**
9:20 12:22
  29:10 30:11
  30:13 34:4
  35:20,22,24
  43:1 45:5
  55:10 87:13
  94:20 95:10

96:25 97:1
97:3,5,10
98:13,21,24
101:16
103:3,7,10
105:2,3,6,7
105:9,11,12
105:13,14
105:14,15
105:15,22
106:7 109:1
109:17,24
114:5 115:6
120:18
122:1
141:19
145:18,20
145:24
147:2,3
148:25
149:9,11
156:6
**election-day**
139:8
**electoral**
86:21
**electric**
102:2,2
**electronic**
28:7 107:2
  114:6
**eligibility**
129:4
**eligible**
10:16 62:20
  71:16 74:20
  74:22 85:1
  88:17 104:5
  104:7 138:8
**eliminate**
27:2
**eliminating**
11:18
**else's**
59:9
**embrace**
159:1
**embraced**

159:2
**empirical**
153:14
**employed**
160:14
**employee**
62:1,6 71:3
  71:12 94:11
  111:15,16
**employees**
157:18
**employer**
62:1
**empower**
66:11
**enable**
67:17 69:2
  75:10
**enact**
94:5 158:8
**encoding**
49:11
**encourage**
12:22 84:16
**encouraged**
117:20
**encryption**
101:12
**ends**
91:17
**enforcement**
35:3 50:25
**enforceme...**
54:20
**engage**
25:9 75:21
  144:17
**engaged**
142:20
  147:22
  154:6
**engrossment**
140:5
**enjoying**
116:15
**enormous**
78:9

**ensure**
65:17 66:1
  137:5
**ensures**
88:19
**entered**
58:19
**enterprise**
155:23
**entire**
7:7 10:10
  157:19
  158:4
**entirety**
12:6
**entities**
48:9 49:6
**entitled**
160:3
**entity**
34:24 71:4,6
  94:12,14
  111:25
**environment**
83:4
**envision**
17:23,25
**equal**
158:9
**equals**
62:20
**equipment**
113:19
**especially**
50:16 122:8
**ESQUIRE**
160:22
**essence**
102:13
**essential**
86:22
**essentially**
45:2
**establishing**
9:14
**et**
107:7



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028280

USA_00016507

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

174

| | | | | |
|---|---|---|---|---|
| evaluate<br>123:25<br>evaluating<br>125:10<br>eventually<br>27:25<br>even-handed<br>67:23<br>everybody<br>23:13 24:13<br>30:14 33:5<br>34:5 59:24<br>60:6 62:17<br>76:6 77:4<br>112:8<br>evidence<br>9:5 13:11,11<br>13:22 14:16<br>19:5 65:20<br>77:14 96:15<br>132:2 134:1<br>156:14<br>evolve<br>28:1<br>evolved<br>79:7,13<br>exact<br>102:4 135:12<br>143:22<br>exactly<br>22:1 25:11<br>31:22 102:3<br>108:16<br>134:24<br>148:18<br>157:7<br>example<br>9:2 12:9<br>13:7 15:4<br>15:17 16:3<br>16:4 41:20<br>76:19 82:22<br>143:21,25<br>144:9<br>149:23<br>154:12<br>examples<br>8:10 80:24 | 84:18<br>exception<br>18:10 56:22<br>72:4<br>exceptions<br>4:25 57:19<br>57:20<br>119:17<br>127:23<br>excess<br>142:7<br>excuse<br>48:8 53:12<br>59:23<br>103:21<br>executive<br>81:5<br>exemplary<br>79:6<br>exempt<br>112:12<br>exemption<br>5:11 140:15<br>exemptions<br>57:22,23<br>58:1,3<br>88:21<br>140:14<br>143:24<br>exercise<br>65:7 67:22<br>73:16 80:5<br>119:5<br>exercised<br>68:3<br>exist<br>35:18 76:5<br>84:19<br>existed<br>11:17 71:14<br>existing<br>48:24<br>exists<br>55:25<br>expect<br>8:12<br>expense | 147:6<br>experience<br>6:16 11:23<br>43:1 55:14<br>94:1 141:23<br>145:15,22<br>146:11<br>experienced<br>117:9 146:2<br>146:3,6<br>159:12<br>experiences<br>94:2<br>expert<br>3:17 19:16<br>19:18 28:17<br>29:1 31:18<br>40:22 63:20<br>93:4,17<br>122:24<br>134:7<br>140:20<br>148:18<br>experts<br>32:7 40:23<br>63:21 124:1<br>141:11<br>expiration<br>5:11 135:21<br>143:19<br>160:22<br>expired<br>5:6,7,8,9<br>11:1 23:9<br>23:14,15,19<br>71:9,10<br>94:8 110:17<br>110:24<br>111:8,13<br>112:6<br>135:21<br>140:5,8<br>explain<br>3:21 4:18<br>13:7<br>explained<br>7:23<br>explaining | 150:25<br>explanation<br>59:5<br>express<br>113:16<br>extended<br>146:19<br>extensive<br>145:12<br>extent<br>113:6<br>extras<br>90:3<br>extremely<br>74:9 87:9<br>E-learn<br>114:6<br>e-mail<br>81:3,19<br>134:3<br>e-mails<br>134:3<br>E-trans<br>160:10<br><hr>F<br>face<br>10:7,12<br>facets<br>95:8<br>facial<br>10:9,11<br>14:22 16:16<br>16:17 17:6<br>17:11,12<br>facially<br>14:14 19:6<br>facility<br>83:21<br>fact<br>7:6,13 10:19<br>18:25 23:13<br>28:3 40:10<br>49:7 51:4<br>62:23<br>126:15<br>129:15 | 135:3 136:5<br>137:1 139:3<br>142:12,18<br>143:6<br>150:18<br>156:15<br>factor<br>145:17<br>157:24<br>factors<br>143:11<br>156:11<br>facts<br>79:21,22<br>fair<br>29:9 30:13<br>64:21 67:21<br>68:4 70:5<br>79:2,2<br>131:18<br>148:14,18<br>151:13<br>fairly<br>148:6 152:19<br>fairness<br>78:1<br>faith<br>143:8<br>fake<br>25:8,15 26:8<br>26:9,11,14<br>26:23 27:14<br>27:15 37:6<br>37:6,11<br>52:22<br>Falcons<br>95:19,22<br>101:2<br>false<br>50:20<br>familiar<br>141:21<br>families<br>91:3<br>family<br>111:5<br>fan<br>152:12 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028281

USA_00016508

far
35:14 66:23
  81:12
  114:20
  120:13
  129:22
farther
124:10
fashion
151:14
fast
72:24
favor
62:8 141:22
fear
86:25
featuring
97:6
federal
9:16 50:21
  54:8 71:12
  94:9 97:1
  98:21
  105:13
  157:21
fee
10:18
feel
27:3 63:8
  64:20,24
  66:5 78:15
  79:3,19
  87:1
fellow
64:19
felony
69:15,16
  77:21 79:9
felt
23:2 105:19
  106:14
  117:12
fewer
136:1
fiction
78:3
field
6:17

fighting
109:19
Figueroa
2:12 122:25
  123:3,4,7,7
  130:15,20
  131:14,20
  133:9,23
  134:7
  135:15
  136:17
  137:2,17,24
  138:23
  139:15,19
  140:9,24
  141:4,7
figure
27:15
figured
53:23
figures
87:13,20
  97:2,8
  115:12
figuring
21:3
filed
22:25 29:18
fill
45:6
filled
63:15
financial
84:1
financially
160:16
find
8:24 18:19
  27:1 35:4
  42:23 45:3
  74:9 87:25
  90:22 91:1
  109:2 129:1
  137:18,19
  149:19
finding
123:18
  129:22

132:6
findings
124:10
fine
47:17 50:23
finish
56:13
finished
39:20,22
firm
6:1
first
12:15 51:7
  89:18,20
  90:22 97:2
  107:1
  109:20
  133:6,12
  145:2 146:1
  146:24
  150:16,18
fits
11:15
five
3:6 95:12
  141:15
  147:5
five-year
113:25
fix
44:16 55:25
  136:3
  139:19,21
  139:22
fixed
85:4
flagrant
8:10
flexibility
143:21
floor
5:14 133:13
  133:21
Florida
129:5 132:12
  132:16
  138:5,9
  139:4,7

fly
116:21
flyer
129:15
flyers
95:3 129:16
  129:16
focused
131:25
focussed
123:20
folks
24:17 30:5
  31:4 78:11
  78:15 112:9
  119:14
follow
17:20 102:18
  136:14
followed
144:23
following
3:3 97:7
  100:12
  160:2
food
91:2
football
101:2
Force
42:19
forget
64:15
forgets
94:16
form
5:13 43:3
  45:7 91:1
  94:19 124:8
  129:2
  137:21
former
9:17
forms
5:12 78:25
  82:11,12
  94:7 107:7

113:19
124:6 129:2
140:3
Fort
58:20 65:6
  65:12
forth
67:1
forward
7:25 19:19
  39:13 63:19
  72:24 79:22
  83:14 84:12
found
54:18,20
  65:5 107:19
  107:22
  124:4,7,19
  126:20
  127:3,3,4
  156:4 158:7
Foundation
118:2
four
8:22 12:11
  15:17 42:23
  44:8 73:20
  96:12
  113:25
  128:2
  135:18
  140:4
four-year
102:20
franchise
147:25
Frank
66:17
frankly
142:13
  144:11,25
  158:3
Fraser
4:16 92:25
fraud
1:7 7:9 8:5
  8:8 9:3,24
  9:25 11:17



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028282

USA_00016509

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

176

| | | | | |
|---|---|---|---|---|
| 11:18,19,22 | free | further | 44:3 | 153:11,24 |
| 12:2,3,18 | 5:13 10:20 | 42:8 52:25 | George | 154:11,21 |
| 12:21,25 | 10:22 83:2 | 118:10 | 73:13 147:24 | Georgians |
| 13:1,12,15 | 83:22,22 | 120:18 | 148:3,4 | 106:6 |
| 14:15 16:5 | 88:18 94:9 | 130:1 | Georgia | GeorgiaPh... |
| 20:8 21:6 | 94:25 95:1 | 160:13,15 | 66:25 67:2,3 | 94:24 |
| 21:25 22:8 | 96:2,4,8,11 | future | 67:4,5,10 | Georgia's |
| 22:9,13,14 | 101:11 | 117:11 | 70:13,23 | 82:7 95:4 |
| 22:17 32:21 | 102:8,11 | | 71:1,2,5,14 | 97:6 107:21 |
| 32:22 34:18 | 103:12,17 | G | 71:15 72:6 | 153:19 |
| 34:23 37:2 | 103:19 | gadgets | 72:7 77:3,8 | getting |
| 38:4,11,19 | 111:11 | 27:10 | 80:17,17,18 | 25:14 52:22 |
| 41:3,5,12 | 121:4 | games | 83:6 86:15 | 113:4 |
| 42:22,24 | 129:10 | 95:22 | 86:19 87:11 | 119:17 |
| 44:11 55:11 | 144:7 | gamut | 87:17 93:5 | 137:9 |
| 81:6 86:23 | freely | 157:23 | 93:8,12,22 | 138:13 |
| 88:16 90:15 | 151:15 | Gary | 93:25 94:8 | 151:18 |
| 91:23 98:16 | frequently | 2:9 63:25 | 94:13,24 | ghost |
| 109:2 | 19:3 149:18 | 64:17 72:10 | 95:8 96:24 | 54:22 |
| 123:21 | Friday | 77:6 157:12 | 97:1,4 | give |
| 129:12,14 | 94:18 100:12 | 157:13 | 98:25 101:3 | 13:3 43:25 |
| 129:18,19 | 106:24 | gate | 102:8 | 48:19 54:24 |
| 129:21 | friendlier | 138:11,11,13 | 104:19 | 89:8 93:13 |
| 131:23,24 | 69:11 | general | 105:19 | 94:3 96:23 |
| 132:1,8,8 | friends | 34:20 38:20 | 107:15 | 97:16 101:8 |
| 134:10 | 66:21 | 55:12 87:3 | 108:1,1,1,2 | 111:11 |
| 137:1 | front | 95:11 97:20 | 108:4,4,5 | 119:4 121:4 |
| 142:17,20 | 62:16 73:9 | 97:25 98:4 | 109:17 | 122:14,20 |
| 142:21,21 | 73:15 74:8 | 98:24,24 | 110:12,18 | 152:24 |
| 143:9 154:6 | 78:16 | 99:10,21 | 111:9,10,16 | 153:1 |
| 154:7 | 127:10 | 109:14 | 113:14 | given |
| 155:18 | 142:19 | 116:5 | 114:7 | 93:18 153:21 |
| 156:1,15 | 144:3 | 140:10 | 115:15,25 | gives |
| 157:5,7,16 | full | generaliz... | 118:17 | 9:25 28:5 |
| 157:20,22 | 8:18 18:21 | 81:14 | 119:8,23,25 | giving |
| 157:22,23 | 96:14 | generally | 120:4,12,14 | 50:20 64:13 |
| 160:5 | function | 149:1 | 120:21 | 118:25 |
| fraudulent | 156:7 | Generals | 121:1,17 | 122:5 |
| 10:2 32:23 | functioning | 160:11 | 122:4,10 | glad |
| 33:1,4 | 42:20 86:22 | general's | 123:14 | 21:9 96:20 |
| 44:10 86:25 | Fund | 34:19 38:2,7 | 126:21,25 | glass |
| 132:25 | 122:25 123:9 | 51:1 69:24 | 127:4,12 | 27:13 |
| 133:25 | fundamental | 160:6 | 130:7 | glasses |
| 147:23 | 65:15 | generated | 132:18 | 15:6,7,9 |
| 148:1 | funds | 71:17 | 140:11,13 | go |
| fraudulently | 108:14,14,17 | gentlemen | 140:13,14 | 5:22 27:8,18 |
| 44:12 51:9 | 108:17,19 | 11:16 56:20 | 144:16,22 | 27:23 29:3 |
| 51:10 84:19 | 129:9 | geographic | 145:16,22 | 35:4,17 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028283

USA_00016510

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

177

| | | | | |
|---|---|---|---|---|
| 37:2 38:15 | 66:8 68:12 | 112:6 | 74:8 | 109:25 |
| 38:16 44:6 | 68:14 69:6 | 116:10,23 | **grew** | 110:6,11,15 |
| 51:3 52:15 | 69:9 73:2 | 117:13 | 14:10 | 110:19,25 |
| 52:15 54:24 | 75:8,10,14 | 139:15 | **ground** | 111:12,19 |
| 60:8,16,18 | 75:16 77:18 | 148:1 | 131:12 | 111:22 |
| 62:7 64:5 | 77:18,20,21 | 156:23 | **grounds** | 112:1,5,12 |
| 65:24 66:12 | 80:1,15,16 | **goodness** | 13:3 108:4 | 112:16 |
| 68:11,14,16 | 80:18,21 | 12:10 | **group** | 113:5,9,23 |
| 69:7,7,25 | 83:5 84:8 | **Gosh** | 59:20 120:20 | 114:8,11,19 |
| 74:11 77:18 | 84:12,13,22 | 24:13 | 122:8 | 114:25 |
| 78:6,17 | 85:10,11,13 | **gotten** | **groups** | 115:3,8,14 |
| 80:11 81:22 | 89:9 92:19 | 98:18 137:20 | 18:24 43:20 | 115:21 |
| 82:24 85:6 | 92:22 94:1 | **government** | 48:21 82:9 | 116:9,14,25 |
| 85:12,13 | 94:3 107:1 | 21:1 71:4,12 | 83:7 | 119:2 |
| 90:21 96:3 | 109:3,7 | 86:24 90:16 | **growth** | 148:16,21 |
| 101:10 | 112:21 | 94:9,13 | 90:10 | 148:23 |
| 104:14 | 116:17 | 109:14 | **gubernato...** | 149:25 |
| 105:12 | 117:10 | 111:15 | 115:18,25,25 | 150:8,24 |
| 106:6,16 | 119:4 | 119:12 | 116:7,8 | 151:3,17 |
| 111:6 | 121:12 | 125:2,4 | **guess** | 152:5,10,21 |
| 119:13 | 125:17,19 | 135:17 | 11:15,16 | 153:5 |
| 120:13 | 125:20 | 143:19 | 12:5 13:2 | **guy** |
| 123:14 | 129:23 | 145:10 | 15:18 19:17 | 12:10 23:2 |
| 124:10 | 130:9 | 158:8 | 25:14 45:1 | 26:7 27:18 |
| 129:22 | 132:16 | **governor** | 47:8 74:4 | 37:12 |
| 130:18 | 133:14 | 76:15 146:24 | 99:19,25 | **guys** |
| 135:8 | 134:1,12,13 | 159:3 | 110:8 | 147:3 |
| 137:15 | 135:1,5 | **grab** | 111:17 | |
| 143:15,23 | 137:10,11 | 63:17 | 151:5 | **H** |
| 144:2,11 | 140:19,25 | **grand** | **guidelines** | **hair** |
| 145:4 | 145:2,4 | 96:8 101:17 | 68:1 | 14:22 15:2 |
| 146:18 | 147:1,16 | **great** | **Gutierrez** | **half** |
| 152:18 | 149:4 152:8 | 28:19 31:21 | 4:10 18:15 | 35:15 103:25 |
| 155:7,11 | 152:24 | 55:5 61:22 | 34:11,12,17 | 124:19 |
| **goal** | 158:15 | 67:19,21 | 34:22,24 | **handed** |
| 21:7 | **good** | 77:12 78:8 | 35:3,9,10 | 63:23 90:5 |
| **goes** | 8:22 19:5 | 93:10 | 35:13,21,25 | **handgun** |
| 20:9 74:4 | 21:7 23:14 | 115:16 | 51:12,14,17 | 5:9 20:25 |
| 110:24 | 23:15 34:2 | 116:23,24 | 52:12 53:21 | **handicap** |
| 114:7 | 35:23 40:10 | 131:21 | 53:24 54:1 | 20:15 84:4 |
| **going** | 40:16 46:7 | 150:3 | 54:7,10,13 | **handle** |
| 16:4 22:4,5 | 46:9 49:24 | **greater** | 54:15,17,20 | 61:1 |
| 24:21 25:1 | 50:13 54:15 | 88:11 122:17 | 54:22 55:2 | **Handler** |
| 25:1 26:7 | 55:2 63:24 | 149:16,20 | 89:3 92:6 | 95:19 |
| 27:18 34:14 | 64:4 75:17 | **Green** | 92:10,11 | **happen** |
| 35:6,14,15 | 92:12 93:19 | 2:8 61:25 | 104:22 | 25:25 81:7 |
| 43:21,21 | 110:20,25 | 62:4,5 | 108:22,24 | 112:25 |
| 50:14 64:21 | 111:12 | 63:10,12,13 | 109:6,9,13 | 122:1 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028284

USA_00016511

Case 2:13-cv-00193 · Document 660-24 · Filed on 11/11/14 in TXSD · Page 72 of 89
Case 1:12-cv-00128-RMC-DST-RLW · Document 208-2 · Filed 06/20/12 · Page 46 of 223

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

178

**happened**
9:1 25:23
72:25 76:12
83:6 142:18
145:14,21
**happening**
29:17 133:3
154:5
**happens**
32:23 43:2,6
111:1 154:9
**happy**
76:19 120:23
120:24,25
121:1
149:11
151:15
152:4
**harbored**
54:6
**hard**
21:3 52:21
71:14,15,17
78:20,20,22
84:6 121:2
**Harless**
3:21,22,24
4:1,10,11
4:16,19,22
5:18 31:9
31:16,18,22
32:3,6,9,16
32:17,18,20
33:3,10,15
33:19,21,24
39:18,23,25
40:4 85:18
85:19 86:2
86:12,14
87:15 88:12
92:6,7,17
92:25
104:21,22
104:24,25
105:8,16
106:9,25
107:12
108:8,11,20

136:10
139:24,25
140:12
141:2 153:6
153:8
154:19,24
155:4,8,12
**Harris**
65:6,13
75:24 87:8
**hat**
37:17
**hate**
115:11
**HAVA**
108:14,17,19
143:13
144:22,23
**head**
15:3 76:13
**Health**
91:1
**hear**
29:24 32:5
34:1 38:18
52:9 58:18
70:12 81:19
99:9 108:9
114:19
131:2 160:9
**heard**
29:12,17,20
29:21,22
30:4 36:8
37:10 38:14
38:22 39:1
109:10
120:5,9,14
126:21,24
133:16
134:2
135:10
**hearing**
1:7 3:2,4,12
19:1 86:10
91:18 139:3
**hearings**
139:1

**hears**
131:3
**heated**
106:2
**heavily**
147:20,21
**held**
62:19
**help**
9:12 31:9
34:7 35:12
42:3 85:21
93:23
108:14,14
122:24
131:10
136:21
137:4,24
140:23
**helpful**
122:15
**Heritage**
118:2
**hesitant**
39:6,12
**Hi**
59:19
**high**
152:3
**higher**
87:23,25
88:3 129:23
154:22
**highest**
142:25
**highlighted**
109:22
**highlights**
4:24 95:18
**Hilderbran**
4:6 16:9
92:2 117:5
**hill**
24:18
**Hispanic**
77:11,13
82:11 97:8

97:11
124:17,21
127:2
144:18
150:21
**Hispanics**
124:15 153:4
**historic**
115:13
145:21
**historically**
9:8 11:22
**history**
13:2 18:22
31:4 50:25
66:15 76:8
76:17 97:6
130:13
**hoards**
51:18 52:13
54:10 55:9
109:6,9,10
109:11
110:12
**Hochberg**
4:6,7 11:11
11:12,25
12:24 13:6
13:14 14:1
14:3,6,10
14:18,24
15:2,14,16
15:22,25
16:9 18:8
24:11,12,19
24:25 25:6
25:13,19,21
25:24 26:3
26:6,11,16
26:19,21
27:1,5,8,13
27:17,22
28:4,11,13
28:15,19
29:2,3,4,7
29:12,20,22
29:24 30:2
30:4,7,9,12

30:15,20
31:1,10,14
31:21,25
32:4,12
34:9 44:19
44:20,21
45:11,14,17
45:19,21,24
46:3,8,12
46:22,25
47:4,8,13
47:23 48:13
48:17,20
49:3,4,9,18
49:21 92:2
92:3,16
102:16,18
102:24
103:2,15,21
104:2,5,8
104:11
**Holder**
6:19 110:9
**holds**
7:2
**home**
66:20 95:22
106:4,16
119:13
128:8 145:4
145:7
**homes**
43:21
**homework**
116:1
**honest**
86:23 89:22
90:6
**honestly**
105:24 155:6
**honesty**
61:21
**hope**
59:16 93:23
130:1,13
133:4 141:4
152:10
159:14



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028285

USA_00016512

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 73 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 47 of 223

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012
                                                                    179

| | | | | |
|---|---|---|---|---|
| hopeful | 11:24 13:19 | 103:16,17 | 150:14,19 | 126:12 |
| 108:6 | 14:7,8,20 | 103:19 | 150:20 | 138:6 |
| hopefully | 15:8,12,16 | 105:18 | 153:20,21 | identified |
| 15:2 21:7 | 16:5,25 | 106:6,16 | 153:24 | 8:1 9:10,13 |
| hoping | 20:17,24 | 107:15,20 | 154:1,8 | 9:19,23 |
| 152:8 | 21:3,7 23:7 | 107:23 | 156:11 | 10:15 63:3 |
| horrible | 23:14,15,19 | 108:5,7 | 158:4,22,23 | 68:8 72:5 |
| 130:11,23 | 25:8 26:5,8 | 111:11,14 | 158:24 | identify |
| horror | 27:3,10,24 | 111:14,15 | 159:8,12,16 | 23:19 85:9 |
| 34:2,5 | 34:7 37:6 | 112:2,4,13 | idea | identity |
| hostility | 37:12 41:17 | 112:17 | 40:11 71:9 | 9:16 90:12 |
| 67:20 | 43:11,14,23 | 113:12,15 | 123:11 | 90:13 96:13 |
| hours | 44:11,14,15 | 117:23 | ideas | 96:13 |
| 68:14 146:19 | 46:1,8,11 | 118:3,17 | 66:12 159:1 | 126:12 |
| house | 47:24 53:7 | 119:11,12 | identifiable | IDs |
| 1:4 4:23 | 53:15,19 | 119:14,15 | 62:17 | 5:5,6 10:20 |
| 42:16 56:17 | 55:6 56:23 | 119:18,21 | identific... | 20:15 21:1 |
| 133:13,21 | 56:25 57:1 | 119:23,25 | 1:6 6:25 7:3 | 23:9,22 |
| 137:16 | 57:3 58:5,9 | 120:1,3,17 | 7:5,8 8:2 | 26:10 27:2 |
| 150:20 | 58:21,22,24 | 121:3 | 9:13 12:20 | 52:22 75:2 |
| 160:3 | 59:1,3,7,10 | 123:11,13 | 17:22 25:4 | 75:15,16 |
| housed | 61:13,14,16 | 123:13,18 | 25:15 43:5 | 96:8 102:9 |
| 54:5 | 61:19 62:25 | 123:24 | 65:20,21,25 | 103:12 |
| housekeeping | 62:25 68:12 | 124:2 125:5 | 67:6,7,10 | 129:10 |
| 117:4 | 70:18 71:3 | 125:7,7,14 | 67:13,15 | 140:22 |
| Houston | 71:25 72:7 | 125:15,16 | 69:1,12 | 144:7 |
| 41:23 43:20 | 77:4 84:13 | 125:18 | 71:7,12,17 | II |
| 44:4 | 84:13 86:20 | 127:12,12 | 71:21 77:15 | 1:10 159:22 |
| huge | 87:18 88:18 | 127:13 | 79:20 80:10 | 159:22 |
| 75:23 115:16 | 88:20 90:11 | 128:21 | 82:12,13 | illegal |
| Human | 90:16,17,24 | 129:8 132:3 | 83:11,15,15 | 41:22 50:12 |
| 91:1 | 91:6,8,11 | 135:17,23 | 85:1,13 | 51:18 52:14 |
| hundreds | 93:20 94:1 | 135:25 | 91:22 94:7 | 52:24 54:10 |
| 109:23 | 94:9,9,11 | 136:1,4,18 | 96:2 123:16 | 55:9,16 |
| 128:21 | 94:15,15,16 | 138:19 | 124:6,8,9 | 120:12 |
| 135:4 | 94:17,19,22 | 139:9 140:6 | 124:11,16 | 158:16 |
| hurt | 94:25,25 | 140:7,13,14 | 125:2,11 | illegally |
| 133:18,19 | 95:1,1,4,9 | 141:17,21 | 126:16,23 | 54:6 |
| | 95:13,25 | 141:24 | 129:2,3 | illegals |
| —————— | 96:4,11 | 143:14,16 | 134:16,20 | 44:11 |
| I | 97:2,7,18 | 143:19,22 | 134:22 | Illinois |
| ID | 97:18,20,23 | 143:25 | 136:16 | 159:5 |
| 4:24 5:6,12 | 98:2,5,17 | 144:2,4,11 | 137:7,21 | imagine |
| 5:13,13 7:6 | 98:18,20 | 145:1,3,3,6 | 138:13 | 16:24 17:2 |
| 7:21 9:15 | 99:23,24 | 145:11,15 | 140:3 141:1 | 18:5,7,9 |
| 9:19,23 | 100:2,13,16 | 146:1,10,20 | 149:8 160:4 | 44:23 64:1 |
| 10:3,8,17 | 100:18,23 | 147:11,16 | identific... | 135:5 |
| 10:18,22 | 101:10,14 | 148:3,7 | 71:19 84:8 | immediate |
| | 102:11 | 149:19,21 | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028286

USA_00016513

VOTER FRAUD HEARING - VOL. 1            MARCH 1, 2012

180

83:4
**immediately**
118:24
 124:11
 131:1
 157:11
**immigrants**
51:18 52:14
 54:10 55:9
 55:16
**immigration**
50:7
**impact**
76:15 78:8,9
 80:3 82:23
 84:8 125:10
 125:12
 132:9 137:9
 159:17
**impacted**
84:22
**impersona...**
20:6,7,11
 22:10 35:8
 36:19 38:4
 38:9,11,14
 39:8 41:6
 41:12 52:16
 52:20,21
 54:2 109:3
 132:1,8
 156:2,16
 157:6
 158:14
**implement**
120:17
 123:16
 125:18
**implement...**
73:18 118:22
 121:1
 141:17
**implemented**
47:15 67:9
 93:23 94:23
 105:6 107:7
 119:8
 145:18

150:19
**implication**
133:20
**imply**
53:12
**implying**
133:18
**important**
8:25 10:5,6
 16:14 48:12
 49:24 52:17
 52:18 62:17
 72:3 90:11
 92:15 96:23
 105:19
 135:2
 147:17
 156:5,5,6
**imposed**
107:20
**imposes**
10:4 19:7
**impossible**
35:8 142:24
**improve**
12:21 20:19
 21:8 129:7
**improving**
9:11
**inciteful**
81:19
**include**
5:5 97:3
 101:21
 127:7 139:7
 139:8
**included**
101:10 102:1
**includes**
96:14 129:2
**including**
6:15,17 9:3
 94:9 120:10
 127:17
 129:25
**income**
126:8
**incomes**

85:4 124:24
**inconvenient**
88:20
**increase**
52:24 87:16
 97:12,14,15
 114:13
 117:22
 146:3,7
 148:24
 158:24
**increased**
86:17 95:20
 121:8 146:9
 146:11
 148:4,8
 149:14,17
 151:7,8,10
 154:20
 159:16
**increasing**
147:10
**Indiana**
7:3,6,18 8:9
 13:13,22
 16:16,20
 17:5 18:25
 66:25 70:13
 70:25 71:11
 71:14,15,21
 72:4 77:3,8
 82:7 83:6
 86:15,19,19
 87:10
 123:14
 127:12,18
 128:2
 132:18
 135:8,9,13
 135:16
 136:7,9
 140:10
 141:16,23
 142:5,10,18
 142:19,23
 143:5,13
 144:7,7
 145:6,10,12

145:14,17
 145:21
 146:10,13
 146:19
 147:2,15
 148:1,7
 149:8,14
 150:23
 153:2,11,16
 153:18
 154:12,13
 157:24
 158:3,6,24
 159:12
**Indiana's**
6:25 10:19
 86:20
 141:17
 143:16
**Indiana/G...**
72:1
**indicate**
16:9
**indicated**
142:2,10
 144:21
 145:9
**indicating**
144:4
**indicted**
157:19
**indigent**
5:2 88:22
 140:15
**individual**
10:7,13 18:1
 18:9 42:15
 62:18 63:1
 66:7 68:10
 68:11,15
 75:18 93:6
 141:9
**individuals**
10:7 64:24
 65:7,8,9,10
 68:20 69:2
 69:9,18
 75:21 76:1

83:14 125:2
 136:15,25
 137:1,20
 142:3,12
 153:22
 156:14
**ineffective**
5:15
**inexperie...**
48:22
**influence**
158:2
**inform**
95:8
**information**
28:5 50:20
 65:2 68:5
 93:14,22
 94:4 96:21
 103:9 110:9
 132:24
 138:15
 149:6
**initial**
75:6 86:3
 101:9
 102:11
**injury**
7:24
**innuendo**
36:13 38:25
 81:2,10,13
 134:4,5
**input**
51:4
**inquired**
43:2
**inserts**
95:12
**inside**
95:24
**install**
146:25
**installation**
101:11
**instance**
127:23
**instances**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028287

USA_00016514

Case 2:13-cv-00193 · Document 660-24 · Filed on 11/11/14 in TXSD · Page 75 of 89

Case 1:12-cv-00128-RMC-DST-RLW · Document 208-2 · Filed 06/20/12 · Page 49 of 223

VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

181

instill
42:3
instilling
156:6
insure
3:4 91:10
137:8
insuring
129:22
integrity
20:19 33:12
33:15,25
63:5,6
78:13 79:4
80:9 86:21
131:17
146:12
148:5,7
intended
66:1
intent
12:17 20:18
120:20
intention
91:17
interest
7:25 8:2,4
9:23 49:7
76:24 83:7
92:19
107:21
interested
160:16
interesting
3:17 8:6
120:6
121:10
interests
8:1 9:11,11
10:5 37:9
interior
53:2
interrogated
65:10 76:1
interrupt
101:22
interruption

79:24 84:17
93:17
intimidate
64:25
intimidated
76:1 80:25
intimidating
65:8 76:3
intimidation
65:4,19
75:21 78:1
131:24
introduce
51:5
introduced
143:18
introducing
56:13
invalid
17:13
investigate
35:11
investigated
38:1,21 39:2
investiga...
38:20
investiga...
34:19,21
38:8 109:14
109:22
investiga...
35:4
invited
3:5,15 5:19
117:2
123:10
involve
145:20,25
involved
36:15 55:15
in-person
7:20 8:8 9:2
13:12,14
94:25 97:2
113:20
117:22
120:21
149:15

in-voter
32:22
iPad
38:16
irregular...
65:4,13,19
issue
3:7 6:22
11:4 34:19
41:16 53:10
53:15 65:18
65:20,25
75:23 92:15
92:20 93:15
105:25
159:7
issued
5:5 9:18
20:25 21:1
43:4 45:3
67:6 90:16
94:9,10
95:17 96:4
96:5,7,9,10
103:12
125:2,5
135:17
143:19
issues
65:3 72:14
75:6 76:9
76:21 78:24
79:1,20
153:21
item
70:20

___ J ___

J
143:23
jail
50:11,15,21
January
4:25 140:16
Jim
9:18
Jimmy
9:17 147:25

148:2
job
40:10,16
72:19
jobs
68:19 158:13
158:15
John
76:13 143:23
143:23
John's
147:25 148:3
joined
7:14
Joseph
149:23
Journal
118:19
153:15
Juan
54:2
judge
20:1,8,13
23:1 35:9
37:16 39:5
42:19,20
judges
22:23 39:12
jurisdiction
67:2 77:2
jurisdict...
77:3
justice
7:10,13,15
7:15,22
8:14 16:3
67:9 109:19
Justin
48:5

___ K ___

Karen
42:25 43:25
56:20 95:19
keep
59:7 72:21
89:10 106:7

111:7
116:12
120:19
137:23
144:9
keeps
74:8
Kemp
2:11 93:5,9
93:12,19
99:10,21
100:3,8,11
100:20,24
101:4,8,23
102:3,10,15
102:22
103:1,5,18
103:24
104:4,7,10
104:16
105:4,10,21
106:13
107:4,14
108:10,16
108:21
109:4,8,12
109:16
110:2,8,8
110:14,18
110:22
111:10,18
111:21,24
112:3,7,14
113:2,8,11
114:1,18,22
115:1,6,11
115:15
116:2,5,16
117:8,12,19
118:4 119:6
119:22
120:15,25
121:19
122:2,7,12
122:19
Kennedy
7:15
kept



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001633

TX_00028288

USA_00016515

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

182

| | | | | |
|---|---|---|---|---|
| 10:21 74:16 | 24:16,20 | 106:2,5,20 | 97:17,20 | 128:8,9,16 |
| **key** | 25:11,24,24 | 107:15 | 98:1 | 129:25 |
| 123:17,18 | 26:4,14,21 | 109:4 | **Lady** | 151:9,11,23 |
| 157:24 | 26:22 27:8 | 113:21 | 56:20 | **latitude** |
| **kidding** | 27:11,20 | 114:3 | **laid** | 68:20 |
| 116:3 | 28:24 29:7 | 115:16 | 6:3 7:22 | **laugh** |
| **killed** | 29:8 30:22 | 118:18,21 | 68:8 93:1 | 51:14 |
| 66:20 | 30:22,23,24 | 118:24 | 140:2 | **Laura** |
| **kills** | 31:1,2,3 | 121:2,25 | **Lake** | 73:1 |
| 44:14 | 32:20 33:7 | 125:20,24 | 107:16 | **law** |
| **kind** | 34:1 36:14 | 126:6,11 | 147:19 | 6:1,25 7:3,5 |
| 7:1 12:2 | 37:1,5,9,10 | 128:7,9,15 | 149:23 | 7:6,18 8:2 |
| 13:7 19:3 | 37:10,16,16 | 129:14,19 | 157:10,11 | 10:4,10,19 |
| 25:14 27:24 | 37:17,18,19 | 130:18,18 | 157:12,13 | 16:20 17:4 |
| 30:4 31:5 | 37:19,22 | 130:24,25 | **Lampasas** | 17:13,13,16 |
| 48:9 72:3 | 38:5,6,16 | 131:2,3,10 | 24:6,7,13 | 18:11 19:6 |
| 75:7 76:17 | 38:19,21,22 | 131:13 | 25:22,25 | 20:13 21:22 |
| 79:1,13 | 38:24 39:9 | 133:11,17 | **language** | 23:8 26:5,8 |
| 80:8 84:25 | 39:15,17,19 | 139:10,15 | 5:12 | 35:3 39:11 |
| 105:24 | 40:11 41:25 | 139:16 | **LAP** | 50:21 54:8 |
| 112:25 | 43:13 44:21 | 146:21 | 34:13 | 54:20 66:25 |
| 113:10 | 44:22 49:15 | 147:3 148:2 | **Laredo** | 66:25 67:1 |
| 119:3 | 50:9 54:3 | 149:3 | 53:1 | 67:4,25 |
| 136:15 | 55:14 59:25 | 150:15 | **large** | 68:13 69:13 |
| 138:19 | 66:15,17,23 | 153:2,9,13 | 55:16 59:20 | 69:14,16 |
| 140:1 | 67:11,13,19 | 153:16,17 | 68:19 71:6 | 70:5,5 |
| **kinds** | 68:9 69:13 | 157:3 | 77:11 | 74:21 75:10 |
| 27:10 34:1 | 69:18,20 | 158:11 | 104:14 | 77:4,8,22 |
| 38:10 68:25 | 71:11 72:24 | 159:6 | 114:15 | 78:4,19 |
| 84:23 | 72:25 73:20 | **knowing** | 126:24 | 81:16 86:17 |
| **King** | 75:21,24 | 38:6 140:25 | 152:1 | 86:20 93:23 |
| 157:15 | 76:10,23 | **knowledge** | **larger** | 107:15,24 |
| **knew** | 77:10 78:14 | 16:23 | 65:18 78:2 | 108:5 110:3 |
| 24:13 37:12 | 78:23 79:5 | **known** | **largest** | 118:25 |
| 98:14 | 80:6 83:13 | 10:11 | 97:5 | 119:8 |
| 105:25 | 83:16 84:12 | **knows** | **lasted** | 120:12,14 |
| 134:12 | 85:2,10,12 | 20:9 63:1 | 76:10 | 120:24 |
| 147:11,11 | 87:1,4,6,8 | **Kofron** | **Latino** | 121:18 |
| 147:14 | 87:10,20 | 1:21 160:1 | 78:9 87:8 | 127:12,13 |
| **know** | 88:5 90:12 | 160:21 | 97:9,11 | 127:13,15 |
| 6:8 8:15 9:7 | 90:21 92:16 | | 114:13,20 | 135:5,8,9,9 |
| 10:24 12:11 | 92:17,17 | **L** | 115:4 124:3 | 135:13 |
| 13:21 14:9 | 93:14,17 | **L** | 124:12 | 138:19 |
| 15:4,7,23 | 98:10,10 | 56:20 | 125:12 | 141:18,18 |
| 17:10 18:21 | 100:17 | **lack** | 149:1 150:4 | 141:21,24 |
| 18:22 21:19 | 101:3,19 | 78:1 92:19 | 150:9 151:7 | 143:14,16 |
| 22:1,3 23:1 | 103:22 | 98:5 99:23 | 151:20 | 143:24 |
| 23:4,14 | 104:6,12,25 | **lacked** | **Latinos** | 144:8 |
| | 105:22,24 | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001634

TX_00028289

USA_00016516

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

183

| | | | | |
|---|---|---|---|---|
| 146:10 | led | Leo | 94:8 110:17 | litigated |
| 153:15 | 80:8 95:22 | 139:3 | 110:20,23 | 126:16 |
| 158:10 | left | letter | 111:8,8,13 | litigation |
| lawn | 4:2 106:15 | 75:5 | 111:14 | 6:15,16 |
| 58:22 59:1 | 130:13 | letting | 113:15 | 18:21 |
| laws | 159:6 | 48:25 | 125:22,24 | 107:13,14 |
| 9:24 66:24 | legal | let's | 126:3,10 | 127:14 |
| 67:1 68:9 | 8:25 11:13 | 11:5 53:14 | 128:14 | 129:23 |
| 70:13,22 | 12:2 16:2 | 61:20 67:25 | 136:19,20 | little |
| 71:1 73:22 | 48:11 89:21 | 68:12,20 | 136:24 | 6:14 7:1 |
| 113:3 118:3 | 89:23 96:14 | 70:5 71:13 | 140:6 | 8:24 15:24 |
| 120:11 | 118:11 | 77:17 78:21 | licenses | 27:11 28:1 |
| 124:11 | 123:9 125:8 | 112:21 | 20:23,25 | 28:1 40:15 |
| 127:16 | 142:25 | 138:14,14 | 26:23 28:3 | 62:10 73:21 |
| 128:5 | legendary | 138:15,16 | 82:18 | 90:20 94:3 |
| 137:14 | 66:18 | 145:23,24 | 124:21 | 95:6 103:25 |
| lawsuit | legislate | level | license/p... | 104:19 |
| 108:3 110:1 | 93:21 | 113:22 | 43:4 | 116:17 |
| 110:2,7 | legislation | 146:21 | life | 117:3 |
| lawsuits | 93:20,24 | 147:10 | 15:8 72:23 | 137:15 |
| 107:9 | 94:4 103:13 | 149:8 | 83:4 | 140:9,10 |
| lay | 106:10 | 159:10 | light | 145:9,15 |
| 3:20,21 | 107:6,8 | levels | 136:12 | 153:9,23 |
| 75:19 | 108:7 112:8 | 77:13 | likes | 154:22 |
| 135:17 | 112:10,16 | liberal | 50:17 | live |
| laying | 117:13,23 | 7:12 118:20 | limited | 48:15 50:17 |
| 40:10 | 120:18,25 | 120:1 | 3:8,12 69:5 | 50:17 55:4 |
| lays | 158:8 | 143:17 | 84:22 85:4 | 68:21 78:21 |
| 4:15 92:24 | legislative | 153:25 | 101:6 | 83:16 |
| Le | 5:16 19:21 | 154:2 | Lincoln | living |
| 2:7 59:16,19 | 19:25 123:8 | libraries | 73:13 | 13:24 72:23 |
| 59:23 60:3 | legislature | 95:14 | lines | local |
| 60:10,13,17 | 1:5 8:12 | licence | 48:11 49:7 | 71:12 105:15 |
| 60:17,19,19 | 20:4 21:8 | 47:25 | list | locally |
| 60:22 61:3 | 36:12 73:17 | license | 43:10,18 | 97:4 |
| 61:6,10,12 | 83:12 | 5:6,9 15:5,7 | 44:13 | located |
| lead | 105:19 | 28:6,20 | 125:16 | 147:20 |
| 6:18 129:23 | 106:3 107:2 | 30:21 31:5 | 128:2 | locations |
| leading | 160:4 | 43:24 45:4 | listed | 69:4 81:8 |
| 6:19 | legislatures | 45:7,8 46:2 | 125:25 | logical |
| leaning | 11:23 | 46:5,10,15 | listen | 42:21 59:5 |
| 149:20,22 | legitimate | 46:18,20 | 86:10 | logistics |
| learned | 32:24 33:9 | 48:15 49:10 | listening | 69:10 |
| 130:10 131:9 | 35:19 86:25 | 67:7 69:8,9 | 150:25 157:4 | long |
| leave | 134:21 | 71:10,10 | lists | 7:11 14:6 |
| 91:16 145:23 | 138:12 | 82:24,25 | 91:2 | 25:7 28:15 |
| leaving | 156:17 | 83:2,21 | literacy | 36:15 55:15 |
| 116:21 | 158:8 | 90:25 91:5 | 73:11 | 66:21 72:12 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028290

USA_00016517

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 78 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 52 of 223

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012
184

| | | | | |
|---|---|---|---|---|
| 100:11 | loophole | lower | majority | 136:18,20 |
| 107:10,12 | 40:12,14 | 74:25 75:8 | 106:5 133:7 | **marked** |
| 121:5 | **lose** | 87:5,6 | **making** | 136:23 |
| **longer** | 34:6 72:19 | 108:3 | 9:20 12:13 | **market** |
| 71:21 73:21 | 133:14,16 | 124:16 | 14:14 24:21 | 104:14,16,17 |
| 85:10 | 133:22 | 153:24 | 73:15 81:14 | 104:20 |
| 116:17 | **loss** | **Lowe's** | 98:20 105:1 | **marketing** |
| 121:14 | 143:4,5 | 58:22 | 121:3 | 102:14 |
| 155:7 | **lost** | **lucky** | 131:13 | **Marsalis** |
| **look** | 150:19,20 | 92:21 | 132:18 | 2:6 56:8,9,9 |
| 10:12 27:10 | 158:4 | **Luis** | 142:24 | 56:10,11,14 |
| 30:21,22 | **lot** | 2:12 122:24 | **MALDEF** | 56:19,20,21 |
| 31:5 47:6 | 7:7,7 13:23 | 123:2,4,7 | 122:25 | 57:6,9,12 |
| 47:18 66:25 | 18:4 32:20 | **lying** | 126:16 | 57:16,19,22 |
| 66:25 68:24 | 36:13,13,13 | 51:8 | 131:3,10 | 58:2,5,9,11 |
| 74:5,19,22 | 40:19 48:24 | | 147:12 | 58:13,17,19 |
| 75:1,2,3,7 | 52:3 55:10 | **M** | **male** | **Marshall** |
| 75:12 76:8 | 61:7 67:13 | **machine** | 76:14 | 58:22 |
| 80:17 87:13 | 69:11 70:3 | 49:13,14 | **manager** | **Marta** |
| 88:2,5 | 72:19 79:17 | **Macon** | 112:3 | 95:25 |
| 123:25 | 96:21 | 104:18 | **mandate** | **Mary** |
| 128:17 | 103:12 | **mad** | 44:8 | 121:13 |
| 129:11 | 105:8,12,12 | 106:18 | **mandated** | **massive** |
| 135:3 139:6 | 105:15,25 | **magnifying** | 67:5 | 142:17 |
| 153:19 | 106:1 111:6 | 27:11 | **manipulated** | **match** |
| **looked** | 112:9 113:3 | **magnitude** | 84:18 | 45:2,9,9 |
| 9:2 10:3 | 117:14 | 18:4 | **manipulation** | 134:23,23 |
| 12:19 46:14 | 119:7 | **maids** | 159:17 | 134:24 |
| 82:18,18,20 | 120:16 | 72:19 | **manner** | **materials** |
| 87:19 | 127:8 128:4 | **mail** | 147:1 | 95:13 |
| 117:19 | 128:8 129:6 | 43:12 80:6 | **man's** | **math** |
| 127:21,22 | 129:14 | 95:11 98:23 | 85:2,3 | 21:4 |
| 127:25 | 132:3 | **mailed** | **maps** | **matter** |
| 134:18 | 137:13 | 95:11 | 48:5,10 49:7 | 98:14 155:5 |
| 139:4 149:9 | 143:15 | **mail-in** | **march** | **matters** |
| 149:10 | 153:19 | 99:1,5 | 1:8 20:21 | 135:2 |
| 153:15 | 155:2 | 131:23 | 130:18 | **maybes** |
| 156:11 | **lots** | **main** | 160:5 | 34:3 |
| **looking** | 38:10 | 6:25 7:16 | **marginal** | **mayor** |
| 15:11 44:3 | **Louisiana** | 15:24 71:24 | 133:19 | 158:1,1 |
| 77:19 96:22 | 88:8 | 71:25 | **Maricopa** | **mayoral** |
| 108:19 | **love** | **maintain** | 126:16,20,25 | 142:19 |
| 129:20 | 32:5 152:9 | 63:5 | 127:3 | **ma'am** |
| 132:12,12 | **loved** | **maintains** | **Marion** | 32:19 59:22 |
| **looks** | 116:18 | 43:8 | 6:24 149:23 | **McAllen** |
| 45:6 78:4 | **low** | **major** | **mark** | 52:25 55:4 |
| 119:1 | 87:9 124:24 | 104:16 | 133:13 | **meal** |
| 127:20 | 126:8 | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001636

TX_00028291

USA_00016518

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

185

| | | | | |
|---|---|---|---|---|
| 116:19 | member | 159:11 | Milwaukee | 141:12 |
| mean | 4:2 11:6 | Mexican | 124:20 | 148:19 |
| 23:6 33:6 | 72:18 | 122:25 123:8 | mind | misdemeanor |
| 35:5 38:5 | members | Mexicans | 32:23 86:6 | 50:22 |
| 53:12 77:9 | 3:9,13 5:18 | 109:7,10,10 | 112:23 | misrepres... |
| 84:24 | 7:12 11:5,6 | 109:11 | 122:20 | 84:17 |
| 112:24 | 11:8,11 | 110:12 | mine | misrepres... |
| 114:3 | 16:11 19:10 | Mexico | 78:22 | 79:23 |
| 115:11,12 | 19:14,15,23 | 139:7 | Minnesota | missing |
| 117:23 | 21:12 32:15 | Michigan | 133:6 | 31:8 |
| 119:14 | 42:9 52:18 | 123:14 129:4 | minor | Mission |
| 120:1 130:9 | 59:14 61:23 | 132:13,17 | 104:20 | 52:25 |
| 130:23 | 62:4 63:11 | 138:4,9 | minorities | Mississippi |
| 146:16 | 74:11 76:20 | 139:4,7 | 64:25 66:11 | 87:16,17,20 |
| 151:24 | 82:10 91:13 | Mickey | 70:6 81:15 | 88:2,7,10 |
| meaning | 91:14,20 | 41:21 147:15 | 82:23 | Missouri |
| 128:10 | 92:15,18,22 | 147:15,24 | 117:11 | 149:5 |
| means | 93:9 111:4 | middle | 128:4 129:7 | mistaken |
| 7:8 67:25 | 122:13 | 75:6 131:12 | minority | 150:4 |
| 69:5 83:3 | 132:11 | miles | 65:17 66:2,6 | mistakes |
| 84:22 | 141:14 | 68:22 69:8 | 74:25 75:14 | 130:10 |
| 141:16 | 142:7 | 83:20,20 | 75:25 77:1 | misunders... |
| measured | 148:16 | Milio | 79:18,19 | 33:20 |
| 66:1 | men | 149:6 | 80:14,22 | Mitch |
| measures | 8:16 | Milio's | 81:22 82:9 | 146:23 147:7 |
| 67:25 | mention | 152:25 | 84:8 87:5,8 | mobile |
| mechanisms | 8:23 86:18 | military | 87:23 88:2 | 128:8 |
| 136:8 | 88:12 | 5:6 94:14 | 97:6 117:22 | model |
| media | 113:23 | 106:21,22 | 117:22 | 132:12,13 |
| 104:13,14 | mentioned | 111:14 | 122:8 124:5 | 138:5 |
| 108:12 | 62:23 82:21 | million | 124:7 | models |
| 120:16 | 86:2 88:10 | 20:21,22,23 | 144:18 | 132:10,16 |
| 144:19,24 | 102:21 | 20:24 35:11 | 149:16,22 | modern |
| Medicaid | 111:13,22 | 35:14,16 | 149:25 | 9:21 |
| 91:4 121:23 | 118:21 | 95:12 96:9 | 150:2,21 | modernize |
| 127:24 | 136:14 | 97:14,15,15 | 151:5,6 | 12:22 143:12 |
| medical | 147:13 | 97:21 98:2 | 152:1,23 | modernizing |
| 91:3 | mess | 98:6,25 | minuscule | 9:11,20 |
| Medicare | 24:22 37:20 | 99:2,4,6,11 | 52:21 | moment |
| 90:23,24 | message | 101:24 | minute | 19:16 134:21 |
| Medicare.gov | 123:10 | 103:24,25 | 148:12 | Monday |
| 90:21 | met | 104:2,9 | minutes | 146:22 |
| meet | 107:2 | 108:13 | 3:8,12 5:23 | money |
| 13:24 88:13 | method | 112:23 | 64:6 89:2 | 54:24,24 |
| meeting | 9:13,19 | 125:1,25 | 89:10,12 | 108:12 |
| 34:13 | 12:21,25 | 142:9,10 | 93:18 99:8 | 112:22 |
| meets | 14:15 | 144:19,23 | 106:19 | 113:10,12 |
| 12:3 88:23 | methodolo... | 153:18,20 | 123:5 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001637

TX_00028292

USA_00016519

Case 2:13-cv-00193 · Document 660-24 · Filed on 11/11/14 in TXSD · Page 80 of 89
Case 1:12-cv-00128-RMC-DST-RLW · Document 208-2 · Filed 06/20/12 · Page 54 of 223

VOTER FRAUD HEARING - VOL. 1                         MARCH 1, 2012

186

128:23,24
144:22,23
145:8
**Montgomery**
72:15
**months**
107:6
**monumental**
114:16
**morning**
19:13,24
72:11
**Mouse**
41:21 147:15
147:15,24
**mouthing**
74:8
**move**
55:17 64:20
126:9
**moved**
43:12
**movement**
79:17
**movie**
157:14 158:1
**moving**
24:16,17,17
89:10
**mower**
58:23 59:1
**MUD**
6:19
**multimedia**
95:7
**multiple**
59:9 90:2
124:6
**multitude**
120:2
**municipal**
97:3 105:11
105:13
**municipality**
71:5 94:13
111:24
**Museum**

72:15
**mustache**
8:19
**mutton**
8:20 11:16
14:21 27:19
27:20
**M5017**
91:1

---

**N**

**NAACP**
63:25 64:18
72:12,12,13
72:18,22,25
73:2 76:10
76:11,12,13
77:6 79:16
131:3
**name**
2:1 5:21,24
19:24 43:17
43:17 45:8
46:16 47:7
54:4 60:1,2
60:6 62:5
64:5,16,17
75:6 86:3,4
86:6 89:13
89:21,23
96:14,17
110:6
113:16
123:3,7
125:8 129:4
135:19
141:14
143:20,21
143:22,22
143:23
147:17
**names**
89:20 124:17
134:24
**nation**
117:1
**native**
89:14 126:14

**natural**
126:13
**naturaliz...**
128:22
**naturalized**
124:4
**nature**
39:4 72:21
82:19
127:25
141:24
**naysayer**
117:12
**naysayers**
103:12
117:10,14
**near**
76:14,14
**nearest**
69:7
**necessarily**
12:18 14:25
26:13
137:14
156:1,15
158:13
**necessary**
9:5 128:13
**need**
8:21 14:15
22:12 33:9
39:14 45:14
55:11,16
60:2 61:3
63:5 65:20
65:21 68:10
70:5 75:18
78:7 81:7
83:24,25
85:6,8 88:1
89:2 90:11
90:23 91:2
116:12
119:15,18
120:13
121:3,18,23
123:15
132:19

135:3
139:19
143:12
145:5,7
146:17,18
146:18,19
**needed**
58:18 134:22
134:23
**needs**
68:17 69:11
85:8 112:25
**needy**
91:3
**negative**
76:25
**negatively**
82:22
**neighborh...**
39:2 43:21
**neighboring**
87:15
**neither**
22:13 126:2
160:13
**network**
38:2,6
**neutral**
93:7
**neutrally**
141:10
**never**
26:20 46:18
72:12,13
**new**
8:15 24:16
66:19 74:22
75:8,11,11
76:15 80:20
83:9 90:23
125:18
126:17
139:7
**news**
148:1
**newscasts**
41:20
**nice**

112:18
**nickname**
89:21
**night**
116:18
**nongovern...**
95:13
**non-citizen**
52:20
**non-citizens**
109:17,18,23
109:24
**non-photo**
96:13 129:3
**non-picture**
125:16
**non-voter**
124:15
**normally**
43:11
**North**
133:1
**Northwest**
6:18
**note**
7:17 8:6
**noted**
8:7 9:12
10:17
153:25
**noticed**
33:10
**November**
95:10 97:20
98:4,7,24
99:10,12
**number**
27:2 30:20
43:5,5 45:7
45:8 52:1
67:11,12
68:25 69:3
71:20 75:8
75:13 76:19
84:15 87:6
102:4,25
103:14
104:10



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028293

USA_00016520

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 81 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 55 of 223

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

187

105:10
108:25
125:22,24
126:1,2,7
127:6,6
136:13,19
136:19
137:19,22
142:14,16
142:25
146:13
154:20
**numbers**
21:4 55:16
69:20 74:5
79:15 80:20
80:21 87:4
87:11 96:3
99:9,16,17
104:12
114:13,13
114:20
115:1,4,9
116:10
117:20,21
120:8,21
121:11
122:17,21
122:21
126:5,24
140:19,21
149:15
150:5,9
151:6,15,21
151:22
152:4,15,22
153:1,18,19
153:23
154:21,22
**numerous**
65:5 107:9
123:23
125:9
**Nuno**
124:2
**NVRA**
143:13

─────O─────
**Obama**
87:12 114:17
145:17,20
154:12
**Obama's**
88:6
**objections**
5:2 140:16
**observation**
8:11 138:17
138:21
**observe**
55:10
**observed**
64:22 67:20
69:24 89:18
90:1
**obstacle**
80:2
**obtain**
82:24 94:19
96:11
143:25
144:2,11,13
**obtaining**
88:20 128:21
**obviously**
5:20 25:2
74:2 98:15
106:2
115:12
125:9 133:1
147:23,25
**occur**
9:3 13:1
**occurred**
64:22
**occurring**
8:9 41:13
77:10 79:19
155:18
156:15
**occurs**
47:13 131:23
**offensive**
74:9

**offer**
126:21
129:10
**offered**
96:2 138:21
**offers**
4:16 92:25
**office**
3:22 20:20
32:7 38:2,7
40:1 51:1
69:8,24
94:20,23
95:16 98:22
105:15
144:8,9
160:6,11
**offices**
51:2 72:20
**official**
29:8 68:2
118:8,9,12
**officials**
65:11 67:20
67:22 75:17
78:2 114:5
**offset**
108:14
**off-year**
145:18,19,24
146:1,4,8
149:10
**oftentimes**
123:11
**oh**
24:9 33:23
52:7 60:3
63:24
151:21
**okay**
3:1 4:2,14
4:15,22
14:6 16:6
16:24 17:9
19:15 23:12
24:2,7 29:2
29:6 30:19
32:2,12

36:24 45:13
46:25 47:2
48:3 49:3
49:23 53:16
53:16 54:12
55:24 56:3
56:12,14
57:21,24
58:7 60:5
60:10,11
61:5,8
63:22 64:7
64:10,17
71:2 78:19
86:2 93:19
99:10 101:6
102:7 111:8
111:10
112:1
118:10
121:16
130:3
143:20
155:25
156:13
159:20
**old**
20:25 111:8
**older**
4:25 140:16
**once**
8:17 11:6
15:8 30:7
39:5 74:10
74:21 79:9
81:9 154:11
**onerous**
17:1 138:20
**ones**
87:1 100:6
139:1,1
**one's**
15:3 75:22
**one-page**
62:10
**one-time**
103:3
**one-year**

101:13
**online**
90:19 101:16
**open**
144:9
**opening**
3:7
**operatives**
131:21
**opinion**
7:9,14,21
8:24 9:4
22:15 90:15
130:25
155:7
**opinions**
77:7
**opportuni...**
101:1 119:4
127:8
**opportunity**
19:19 33:6
64:13 66:4
68:15 85:22
86:9 123:10
126:22
130:1
**oppose**
13:4 57:24
**opposed**
131:13 132:3
**opposing**
59:7
**opposite**
132:17
**option**
95:21
**options**
112:6 129:11
**order**
7:21 10:21
13:25 57:1
57:3 58:21
91:23
**organization**
72:13
**original**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

107:5
ounce
23:4 35:13
outcome
98:12 160:16
outreach
95:6,7
  101:18
  102:8,15
  103:11,17
  105:5
  108:18
  144:15,17
  145:8,13
  146:14
outs
113:19
outside
68:21 72:5
  75:11
outweighed
86:25 107:20
overall
10:12 87:5
overlay
45:1
owe
62:7,7
ownership
82:18 128:9

_P_
Pacer
152:12
packages
95:13,15
Page
2:1 76:20
pages
96:18
pales
105:10
Palestine
66:17
Panola
56:15,16,21
  59:6

paper
63:2 79:8,9
  140:7
pardon
21:15 49:20
parents
128:11
Parks
72:16
part
8:23 12:15
  19:5 41:19
  52:9 70:6
  71:8,9
  114:15
  118:5
  145:12
  156:10
participate
3:15 66:4
participa...
65:17 66:2
participa...
86:22
particular
6:17,22 10:6
  10:8,12
  18:1,23
  20:3 78:20
  82:8 83:10
  153:17
  154:4
particula...
10:14
particularly
38:11 57:2
  73:10 92:14
parties
3:17 66:6,12
  76:22 79:15
  132:11
  142:14
  160:14
partisan
29:8 76:24
  106:2
  133:11
  142:14

159:4
partisanship
146:16
partner
5:25
Parts
103:15
party
29:16 48:22
  81:5,6
  107:25
  108:1,4
pass
21:7 26:15
  50:7 59:10
  77:7 78:19
  105:20
  112:10
  113:3
  120:10
  135:11
  143:14
  158:11
passage
86:17
passed
57:25 73:17
  74:3,21
  94:1 105:18
  106:3 110:3
  112:8 113:4
  120:24
  121:1
  135:12
  140:4
passes
110:21
passing
56:22 81:15
  159:15
passport
5:7 90:25
  94:11
  111:19,20
  128:23
  140:7
Pastrick
158:1

Patrol
53:1
patronage
158:12,13
  159:17
pave
157:18
paving
157:18
pay
10:18 54:5
  102:1
peculiar
59:25
pegged
49:8
Pena
4:8,9 39:10
  39:15,16
  54:25 55:4
  55:6,8,19
  56:4 92:4,5
  155:15,17
  155:25
  156:4,13,19
  156:23
  157:2
penalty
69:14
Pena's
20:11 39:9
  39:16 158:7
pending
19:1 83:12
  84:10 91:16
  92:25 108:2
pendulum
123:22
  129:23
penitenti...
157:21
people
4:25 13:23
  14:4 18:4
  19:8 23:10
  24:16 25:10
  26:17 29:14
  33:21 34:3

34:8 35:17
36:25 39:1
40:11,12
41:23 43:14
44:2,4 48:6
50:6,7,9,10
51:8 55:21
59:8,20
62:11,23
63:8 65:22
66:3 67:12
67:23 68:18
68:19,25
69:5 72:17
72:19 74:12
75:10,11
76:2 77:17
77:19,22
78:2,20,21
78:25 79:7
79:8,23
80:2,20,24
81:14,21
84:16,16,18
84:21,22
85:1,4,9,9
85:12 91:4
91:9 96:9
100:5,22
101:10
103:10,18
103:22,24
104:3
105:25
106:15,18
106:20
110:16
112:12
113:14,18
119:3,4,17
119:22
120:11
121:22,23
122:6
124:19
125:21
126:5,8,22
126:24
127:5,8,23



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028295

USA_00016522

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

189

| | | | | |
|---|---|---|---|---|
| 130:9,9,19 | 92:12 | 10:16 17:1 | 97:2,7,18 | photograph |
| 131:1,8,17 | perfectly | 65:8 | 97:18,20,23 | 5:8 71:3 |
| 132:3 | 45:23 | perspective | 98:2,5,17 | photographed |
| 134:19,20 | period | 133:23 | 98:18,20 | 5:3 |
| 136:3,22 | 15:10 71:22 | 134:14 | 99:23,24 | Photographic |
| 140:25 | 102:20,20 | 135:15 | 100:13 | 149:7 |
| 144:25 | 113:25 | pertaining | 101:10,11 | photos |
| 145:5,6,7,8 | 128:3 136:2 | 34:23 | 102:11 | 15:5 |
| 145:11 | 147:4 | pertains | 103:19 | pick |
| 146:18 | perjury | 43:14 | 105:18 | 30:21 84:3 |
| 153:24 | 44:12 50:21 | pertinent | 106:6 | 87:24 |
| 154:6,6,7 | permanent | 62:12 | 107:15,20 | picture |
| 154:13,17 | 101:14 | pharmacy | 107:23 | 12:9 14:24 |
| 154:20 | permitted | 90:24 | 108:5,7 | 15:3,6 |
| 155:7 158:3 | 71:13,19 | Phillips | 112:4 | 61:14,16 |
| 158:12 | 144:5 | 107:19 | 113:12,15 | 62:25 |
| 159:1 | perpetual | phone | 117:23 | 125:15 |
| people's | 34:20 | 44:2 95:15 | 119:11,12 | 129:2 144:1 |
| 154:17 | perpetuating | photo | 119:13,15 | 147:16 |
| 157:18,19 | 21:6 22:13 | 4:24 5:4 | 119:18,21 | piece |
| percent | person | 7:20 9:13 | 119:23,25 | 63:2 112:6 |
| 5:4 23:6 | 7:21 10:13 | 9:15,19,23 | 120:1,3,17 | pieces |
| 34:7 52:24 | 13:19,20,24 | 10:3,8,17 | 121:3 125:2 | 95:12,15 |
| 87:21 88:8 | 14:20,22 | 10:18,20,22 | 125:5,7 | pinpoint |
| 96:9 97:12 | 20:9,9 | 11:24 12:19 | 132:3 | 36:14 151:18 |
| 97:14,15 | 29:13 37:10 | 13:19 15:11 | 135:17,19 | place |
| 99:1,4,12 | 43:9,15 | 15:16 16:5 | 140:14 | 22:14 23:19 |
| 99:13 | 45:6,10 | 16:25 17:21 | 141:17,21 | 32:22,22 |
| 117:24 | 49:7 50:24 | 20:15,17 | 141:24 | 38:5,19,24 |
| 121:25 | 62:20,24 | 21:7 23:7 | 143:14,16 | 62:19 69:1 |
| 124:16,20 | 63:1,3 75:4 | 27:3 44:14 | 143:19 | 73:23 80:4 |
| 124:21,22 | 94:6 98:23 | 53:19 56:23 | 144:11 | 97:7 121:5 |
| 125:1,3,5,6 | 99:1,4,12 | 56:25 57:1 | 145:1,3,3,6 | 123:16 |
| 126:17 | 99:14 100:9 | 57:3 58:5,9 | 145:11,15 | 125:20 |
| 140:17 | 103:19 | 58:21,22,24 | 146:1,10,20 | 138:4 |
| 146:3,7,7,8 | 107:22 | 59:1,3,7,10 | 147:10,16 | 142:16 |
| 146:9 | 117:25 | 70:18 71:25 | 148:3,7 | 143:10 |
| 153:22 | 132:25 | 72:7 86:20 | 149:21 | 157:5,8 |
| 154:25 | 138:8 144:3 | 87:18 88:20 | 150:14,19 | placed |
| 155:1,3 | 158:15 | 90:11,16,17 | 150:20 | 73:9 78:16 |
| percentage | personal | 90:24 91:8 | 153:21 | 95:24 |
| 86:16 87:1,7 | 146:10 155:6 | 91:10 93:20 | 154:1,8 | placement |
| 149:14,20 | personally | 94:1,7,11 | 156:11 | 82:23 |
| percentages | 26:20 31:2 | 94:15,15,16 | 158:4,22,23 | places |
| 149:16 | 32:21 | 94:17,19,22 | 158:24 | 65:6 87:24 |
| perception | personnel | 95:1,4,9,13 | 159:8,11 | 92:21 |
| 41:11,19 | 101:12,16 | 95:25 96:8 | photoed | 146:18 |
| Perfect | persons | 96:11,12 | 94:25 | plainly |



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028296

USA_00016523

Case 2:13-cv-00193 Document 660-24 Filed on 11/11/14 in TXSD Page 84 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 58 of 223

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

190

6:21
plaintiff
19:4
plaintiffs
18:19
plan
90:23 103:4
plane
119:18,18,20
play
127:16 128:5
players
95:20
playing
34:2
please
17:14 59:10
60:1,6
63:18 91:23
pleasured
19:24
pleasures
9:8
plus
85:8 113:17
point
8:25 9:3
11:19,21
12:13 13:1
14:13 21:20
22:2 40:15
43:14 65:15
65:24 82:8
82:21 84:14
84:20 92:20
109:1
110:25
112:9,20
121:6
123:20
125:13
130:6
132:21
145:8
150:12
154:14
pointed
16:2 81:11

points
44:8 52:25
62:12 65:23
149:14
political
120:14,15
131:21
139:11
158:2
politically
119:7
politics
8:15 55:15
73:21 119:9
153:15
poll
10:19 28:7
73:11 81:7
89:16
113:16
128:20
134:22
139:22
148:4
polling
62:19 77:19
polls
14:9 23:7
94:17,21
103:16
106:19
113:14
146:14
poor
20:15 83:3
90:18
149:16
popular
72:13
population
20:22 21:2
52:24 77:11
77:13
117:24
126:14
142:5,7
Pori
2:7 59:16,19

59:23 60:3
60:10,13,17
60:17,19,19
60:22 61:3
61:6,10,12
Port
48:8,8,8
49:14
portion
3:11
portrayed
135:18
position
12:1,16,16
12:24 66:5
69:10
positive
101:1 149:19
possess
10:17 124:25
possessed
21:1
post
58:20,21
postage
102:6
posters
95:3
potential
78:5 126:4
126:11,19
127:14
128:16
129:24
132:9
potentially
123:21
127:14,16
134:11,16
134:25
137:22
pound
23:5
power
66:11 90:13
PR
108:12
practice

6:3,15 53:20
Prairie
69:18
pre
73:24 88:14
preach
85:5
precinct
29:13 33:11
48:5,11,18
49:8,8
precincts
48:5,6,7
81:8 113:13
147:6,6
precise
7:25
precisely
149:4
predicted
124:14
predictions
117:17
prefer
4:19 148:13
prepared
118:2
preparing
117:20
prescribed
82:11,12
prescription
81:23 90:23
present
11:4 13:12
16:10 18:15
19:16 20:10
20:11,12,13
23:7 25:15
39:10 47:24
49:12 63:4
70:19 92:10
92:12,13
94:6 117:4
117:5,6
presentation
3:7 62:25

presented
23:19 25:20
82:16
134:10
presenting
34:7 37:6
40:17 63:1
presents
62:16
preserve
139:10
president
9:17 50:5
56:15 64:18
73:13
114:16
150:17
presidential
96:5,10
114:23,24
115:24,24
126:19
Presidio
69:4 82:22
press
34:2 95:17
103:9
120:16
pretend
118:13
pretty
6:21 23:2
25:8 35:23
40:10 49:24
103:5,7
115:18
117:25
127:4
138:23
prevalent
90:12
prevent
8:13 9:9
33:5 80:2
90:13,15
137:6
prevented
15:17



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001642

TX_00028297

USA_00016524

Case 2:13-cv-00193 · Document 660-24 · Filed on 11/11/14 in TXSD · Page 85 of 89
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 59 of 223

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

191

preventing
123:21
prevention
23:5 35:13
previous
14:18 82:2
126:25
139:6
140:10
pre-clear...
80:16 107:3
107:5 110:5
128:7
pre-cleared
80:17 107:8
107:11
primarily
6:14 142:21
144:22
primary
8:2 20:22
30:23
142:20
principle
62:16
print
95:4
prints
113:19
prior
19:1 95:9
109:15
112:19,19
140:23
private
42:15 141:9
privileges
111:2
probability
124:14
probably
15:12,20
20:7 24:21
24:23 26:2
28:25 36:21
44:3 55:19
55:22 68:3
88:4 96:22

102:5
105:10
108:19
114:18
problem
8:9,11 9:4,6
9:7,7 10:14
10:21 11:24
13:12 14:17
14:18 23:5
35:4,7,11
35:18 36:20
44:14,14,16
52:20,21,23
55:20,25
65:18 67:24
68:23,24
75:13,22,23
76:4 77:16
77:25 78:5
79:23,25
80:13,16
86:3 106:15
139:22
147:5,13
problematic
35:4 64:23
68:6 81:24
problems
13:22 48:23
65:5,12
66:22 69:19
70:4 78:2
81:25 128:1
129:21
143:9
procedures
3:3 9:12,20
proceeded
90:6
proceeding
118:11
160:15
process
20:19 21:9
33:13,16,25
34:6 36:16
61:21 63:8

66:4 69:25
70:7 72:5
78:13,14,15
79:3 86:22
86:24 93:22
96:19,21
107:3
113:16
131:18,18
138:1,2
139:4,8,11
139:21
processed
69:22
processes
136:2
procure
50:20
produce
26:5,6 84:16
84:17,20
102:11
produced
124:13
production
101:12,13
productive
3:4
professor
149:5,5
150:3
152:25
profiling
82:17
programs
101:3
progressive
79:10,12
pronouncing
148:11
proof
5:3 9:24,25
44:10,18
51:7 70:19
proper
14:7,8 64:20
67:12 91:11
100:2,23

134:15
properly
45:6 49:8,25
property
24:21
proponent
93:19
proposal
44:24 69:15
proposals
138:25
proposed
67:15 70:14
70:24 71:1
72:1 74:2
prosecuted
40:2 80:12
prosecution
69:16
prosecutions
77:23
protect
129:12,12
132:7
158:15
protected
14:13
protection
158:9
protects
88:16
prove
20:8,10 22:8
22:9,14
35:8 37:5
40:11,15
42:22 58:24
61:18,19
67:18 68:11
68:15 71:22
75:4 96:13
proved
120:22
provide
3:7 20:16
39:14 67:25
68:1 70:17
71:7 85:16

90:16 93:21
96:12
123:10
124:5
127:22
129:9,11
135:23
149:12,12
151:15
152:4
provided
10:20 67:17
72:6 74:23
88:21 97:22
153:24
provides
88:18 144:7
proving
22:10 70:17
124:25
provision
10:22 69:14
143:18
provisional
88:19 94:18
97:17,24
98:1,3,5,8
99:16,22
106:11,23
115:7
126:22
127:1,5
134:14,19
135:4 144:5
144:12,13
145:7
153:10,11
153:16,20
153:21
154:2,10,11
154:18,25
provision...
97:19 132:23
135:24
provisions
86:4 127:22
132:25
PSAs



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028298

USA_00016525

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

192

| | | | | |
|---|---|---|---|---|
| 95:16,16,20 | 125:20 | 149:4 152:6 | 3:1 4:15 | 86:1 90:17 |
| **public** | 136:18,19 | 152:9 153:9 | 92:13 | 112:18 |
| 3:11,23 | 140:22 | 155:16 | **quote** | 118:4 |
| 19:18 33:11 | **puts** | 158:7 | 119:25 | 149:11 |
| 41:12 55:12 | 28:6 | **questioning** | 149:13 | **reading** |
| 77:18 88:16 | **putting** | 33:12,14,24 | **quoting** | 72:16 120:15 |
| 89:8,9 91:6 | 73:15 | 52:4 90:10 | 140:19 | **ready** |
| 92:17 126:8 | **PV19** | 145:17 | | 69:5 82:6 |
| 157:18 | 80:11 | **questions** | _____ R _____ | 83:3 |
| **pull** | **p.m** | 3:9 5:18 | **R** | **real** |
| 16:4 152:17 | 144:10 | 11:7,9,10 | 56:21 | 8:9 21:3 |
| **pulls** | | 16:11 19:11 | **races** | 34:2,3 |
| 113:16 | _____ Q _____ | 21:10,12 | 115:18 | 47:12 52:23 |
| **punished** | **quadruple** | 32:6,14 | 122:10 | 80:16 96:3 |
| 76:17 | 132:24 | 40:5 42:8,9 | **racial** | 109:4 117:3 |
| **purchase** | **qualifica...** | 56:5 59:14 | 82:16 | 132:10,13 |
| 158:3 | 9:14 | 61:23 63:11 | **radio** | 135:7 |
| **purchased** | **quantity** | 64:9 72:9 | 95:16,18,23 | 151:21 |
| 95:23 | 101:12 | 91:13 96:20 | **raised** | **reality** |
| **purchases** | **question** | 99:9 102:17 | 13:10 | 154:9 |
| 57:6 | 3:14 10:9 | 104:22 | **rampant** | **realize** |
| **purchasing** | 12:15 13:10 | 108:23,25 | 143:9 | 11:13 98:16 |
| 157:22 | 18:16 23:15 | 114:12 | **ran** | 152:3 |
| **Purdue** | 26:2 28:23 | 116:13 | 144:19 | **realized** |
| 107:17 108:2 | 30:17 33:17 | 117:6,7 | **range** | 154:15 |
| **pure** | 33:20 44:20 | 118:10,14 | 103:22 | **really** |
| 51:25 | 45:13,14,23 | 119:1 | **ranting** | 12:12 13:6 |
| **purged** | 45:24 47:9 | 122:13 | 73:1 | 33:12,22 |
| 142:13 | 47:11 48:4 | 130:4 | **raving** | 34:4 35:21 |
| **purging** | 49:2,2,5 | 148:15,22 | 73:1 | 35:21 37:12 |
| 13:22 | 50:2,13,14 | 153:7 157:1 | **raw** | 42:24 44:9 |
| **purpose** | 51:8 52:2 | **quick** | 151:21 153:1 | 51:21 55:9 |
| 51:25 52:6 | 52:10 53:8 | 96:3 117:3 | 153:1 | 55:12 56:1 |
| **purposes** | 53:16,18,22 | **quicker** | **reach** | 58:2 61:6 |
| 40:24 48:10 | 55:1 56:2 | 113:17 | 76:18,21 | 63:4 69:1 |
| **pursued** | 60:13 61:13 | **quickly** | 85:9,11 | 72:3 74:6 |
| 22:24 | 70:11 74:4 | 74:7 91:17 | 131:4,11 | 75:17,18,19 |
| **push** | 74:19,21,23 | 93:13 135:8 | 159:1,9 | 75:23 76:25 |
| 79:17 | 75:15 85:18 | 135:9 | **reached** | 77:24 78:7 |
| **put** | 99:17,19 | **quite** | 67:15 133:17 | 79:17 103:7 |
| 7:25 43:9 | 102:19 | 55:10 88:25 | **reaction** | 103:10 |
| 51:6 67:1 | 103:22 | 101:4 | 44:24 | 104:20 |
| 78:6 79:14 | 116:14 | 105:24 | **reactions** | 107:10 |
| 80:1,4 | 123:12 | 107:5 133:6 | 74:15 | 132:19 |
| 102:5 | 125:17 | 142:5 | **read** | 141:20 |
| 113:12 | 144:21 | **quizzes** | 12:6 37:20 | 151:20 |
| 118:24 | 145:14 | 73:12 | 57:16 85:22 | 152:6,7 |
| | 148:10 | **quorum** | | 155:5 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001644

TX_00028299

USA_00016526

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

193

reason
12:5 16:2
  52:15 59:5
  76:23
  103:11
  105:19
  106:7
  134:10
  135:25
  136:4 144:2
  158:8
reasonable
9:8 12:21
  106:15
  115:24
  119:8 136:4
reasonably
8:12,12
  11:17 91:10
  91:17
reasoning
120:19
reasons
8:24 72:2
  79:18 88:1
  88:11
  130:20
  134:9 136:5
  141:25
recall
23:18 73:22
received
88:8 129:15
  142:25
  147:19
recess
91:19,19,21
recognize
10:24
recognized
9:15
recognizes
4:17
recommend
157:16
recommend...
116:10
reconstru...

81:15 134:6
reconvene
91:18
record
5:21 8:7
  11:3 16:9
  18:14 55:9
  60:2 64:5
  64:16 97:6
  117:4 118:6
  118:8,10,12
  122:16
  151:2,3
recounted
8:14
red
37:15,17
redistric...
92:18 159:6
reduced
159:16
reference
66:16 67:15
  82:16
references
31:7
referred
70:17 142:23
  145:17
refers
43:11
reflect
11:4 18:14
reflected
8:8
reflects
124:9
reform
9:16 50:7
reforms
138:1
refused
108:9
regard
6:22 17:3,15
regarding
6:2 8:14

96:21 118:2
regardless
12:3 83:25
  114:2
  116:18
  127:5
regards
120:16
regime
17:1,22
register
20:17 43:3
  45:10 69:2
  72:17 73:9
  110:4
  136:17
registered
20:21 21:2
  30:22 41:21
  43:22 49:16
  49:24 53:5
  66:19 69:21
  87:2 96:16
  104:1,9
  125:21,21
  125:23,25
  126:6,7
  136:15
  137:3
  139:13,16
  139:18
  142:4,6,9
  142:10,11
  142:22
  147:15
  148:2
registering
41:23 51:9
  53:4 59:4
registrar
43:9 44:23
  62:14 94:10
  106:17
  111:23
registrars
114:4
registration
5:1 13:17,20

13:21 20:9
  21:21 25:3
  25:16,17
  26:11,15
  30:23 37:7
  41:20 43:7
  43:9,18
  44:15 45:1
  45:15 46:4
  46:6,19
  48:25 49:16
  50:20 89:19
  90:2,5
  95:21 96:1
  109:18
  125:15
  129:8
  130:24
  131:7 132:4
  132:22
  133:6,8
  135:20
  137:6,9,11
  137:20
  138:1,2
  139:9,20,21
  141:25
  142:8 143:9
  147:12,14
  148:6
registrat...
69:22 147:23
  147:24
regulation
7:23
regulations
107:7
reinstill
34:7
reinvent
62:22
reject
12:8
related
16:19 160:14
relates
7:2
relating

79:20
relation
158:10
releases
95:17 103:9
relevant
10:15 74:4
  147:17
relied
150:11
religious
5:2 140:16
remains
112:20
remarkable
90:9
remarks
96:20 119:24
  122:20
remedy
84:9
remember
25:8 50:9
  71:9 106:13
  118:17
  123:6
  133:12
remind
95:25
reminding
103:10
removes
5:14
rendering
5:14
renew
111:7
rep
159:4
rephrase
52:12
replacing
48:24
report
9:19 43:25
  79:15,16
  118:1,4,23



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028300

USA_00016527

VOTER FRAUD HEARING - VOL. 1        MARCH 1, 2012

194

| | | | | |
|---|---|---|---|---|
| 124:2,23 | 89:3,4 92:3 | 151:3,17 | 59:11 65:2 | 131:11 |
| 149:7,12 | 92:5,7,9,16 | 152:5,10,21 | 69:25 71:25 | **resolved** |
| 152:15,22 | 92:17,25 | 153:5,6,8 | 97:2 112:17 | 158:24,25 |
| 152:25 | 102:16,18 | 154:19,24 | 124:15 | **resources** |
| **reported** | 102:24 | 155:4,8,12 | 125:14 | 34:25 35:1,5 |
| 26:1 82:3 | 103:2,15,21 | 155:15,17 | 136:21 | 44:5,6,7 |
| **Reporter** | 104:2,5,8 | 155:25 | 137:4,24 | 51:2 |
| 160:1 | 104:11,21 | 156:4,13,19 | **requirement** | **respect** |
| **reports** | 104:22,23 | 156:23,25 | 12:4 14:21 | 11:8 16:20 |
| 20:20,22 | 104:24,25 | 157:2 158:6 | 23:8 41:17 | 18:17 28:14 |
| 22:22 | 105:8,16 | **represent...** | 41:17 59:7 | 53:7 154:9 |
| **represent** | 106:9,25 | 1:4 86:15 | 65:22 67:10 | **respectfully** |
| 5:25 42:15 | 107:12 | 160:3 | 68:12 69:12 | 12:14 149:16 |
| 73:25 82:5 | 108:8,11,20 | **represented** | 82:8 83:11 | **respects** |
| 85:18 89:13 | 108:24 | 143:6 | 85:14 94:25 | 3:4 |
| 97:8 108:22 | 109:6,9,13 | **representing** | 95:4,9,20 | **respond** |
| 117:4 | 109:25 | 5:21 51:25 | 97:7 98:20 | 158:6 |
| 148:16,21 | 110:6,10,11 | 59:17,19,20 | 106:22 | **response** |
| **represent...** | 110:15,19 | 61:25 63:25 | 107:20 | 53:21 |
| 84:7 | 110:25 | 93:6 141:9 | 113:12 | **rest** |
| **represent...** | 111:12,19 | **represents** | 123:18 | 86:6 99:9 |
| 3:21,22,24 | 111:22 | 153:22 | 125:14,18 | 100:3 |
| 4:1,16 5:18 | 112:1,5,12 | **republican** | 127:10 | **restrictions** |
| 11:4,5,8,11 | 112:16 | 19:21,25 | 129:8 139:9 | 135:6 |
| 12:14 16:8 | 113:5,9,23 | 29:14 37:18 | 144:12 | **restrictive** |
| 16:9,12 | 114:8,11,19 | 41:16 81:4 | 145:1 | 125:19 |
| 18:15,16 | 114:25 | 81:6 131:22 | **requirements** | 127:10,11 |
| 21:13 24:11 | 115:3,8,14 | 133:7 159:1 | 123:16,24 | 127:11,12 |
| 28:11 32:17 | 115:21 | **republicans** | 124:3 | 127:13 |
| 34:10 39:23 | 116:9,14,16 | 38:15 131:16 | 126:16,17 | 128:2 |
| 39:25 40:8 | 116:25 | 146:20 | 134:20 | **result** |
| 40:18 44:19 | 117:5,6,8 | 147:9 | 140:15 | 131:6 |
| 44:20 47:12 | 117:16 | 150:19 | 143:13 | **results** |
| 47:23 50:2 | 118:1,5,9 | 159:10 | **requires** | 33:2,8 98:15 |
| 51:5,12 | 119:1 | **reputation** | 4:24 18:10 | 106:19 |
| 54:25 56:4 | 121:14 | 63:7 | 57:1 62:25 | 120:7 |
| 70:11,12,16 | 122:2 | **request** | 91:8 94:6 | **resume** |
| 70:21,23 | 136:10,11 | 3:18 160:5 | **requiring** | 93:2 |
| 72:9,10 | 136:13,25 | **requested** | 7:8 90:17 | **resumed** |
| 73:5 74:6 | 137:13,18 | 122:22 | **requisite** | 159:22 |
| 74:14 76:9 | 138:17 | **require** | 68:25 74:18 | **retired** |
| 77:6 78:11 | 139:12,17 | 12:7 56:23 | **research** | 42:19 62:1 |
| 79:11 80:8 | 139:23,25 | 59:3,10 | 90:20 | 89:11,15 |
| 80:23 82:6 | 140:12 | 91:5 | **resident** | **retrogres...** |
| 83:10,19 | 141:2 142:2 | **required** | 50:18 | 128:18 |
| 85:15,19 | 147:12 | 7:20 56:25 | **residential** | **return** |
| 86:2,12,14 | 148:10,23 | 57:3 58:5 | 96:17 | 94:19 97:23 |
| 87:15 88:12 | 149:25 | 58:20,22 | **resistance** | |
| | 150:8,24 | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028301

USA_00016528

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

195

100:1,2,4
100:17
135:24
153:11
**returned**
43:12 97:18
97:22 98:2
98:6,9
100:6,6
146:12
154:25
155:1
**reversed**
146:4
**revisit**
130:17
**revoked**
111:2
**re-call**
4:3
**Richards**
42:25 43:25
**RICO**
155:23
**ride**
84:1 121:22
**riders**
95:25
**ridiculous**
61:18
**right**
7:24 10:4
14:3 15:14
15:22 17:19
21:17,18,23
22:11 24:24
25:5 27:16
28:7 30:2
33:7 35:25
36:20 37:4
37:14 38:8
38:13,16,21
41:13,24
42:5 47:16
48:18 50:1
54:13 55:18
56:3 58:19
59:17 60:15

64:21 76:1
76:14 77:5
80:5 81:3
102:15
104:4
107:21,25
109:21
110:17
111:3,17
114:25
115:6 116:5
123:18
129:1,1,22
130:15
131:14
132:7 133:3
133:22
134:24
137:17
145:24
152:17
154:13
156:17
158:18,20
159:5
**rights**
6:17,20
17:17 65:16
66:3,10,18
72:14,15
73:6,7,18
73:24 75:13
127:19
128:6
**riled**
55:13
**ripe**
59:4,8
**risk**
50:11,14,24
78:6
**risked**
72:22
**risking**
127:14
**Rob**
76:20
**Robert**

2:8 9:18
61:25
143:22
**Robinson**
66:17
**role**
91:24
**roles**
126:2 147:12
147:14
**roll**
4:2,3 13:20
**rolls**
13:17,21,23
14:1,2
76:12
109:18,23
136:22
148:6
**room**
3:23 21:15
79:22
**root**
79:20
**Rosa**
72:16
**row**
74:8
**rules**
107:6 128:14
**rumor**
81:2,10,13
**rumors**
36:13 134:4
134:5
**run**
28:2 99:3
147:1
**runoff**
97:25 98:7
99:13
**rural**
24:8 83:23
84:2 127:25
128:4
**Rutgers**
124:13

| S |
| --- |

**s**
43:10,13
**safe**
81:9,20
115:8
**safeguard**
132:25
**safeguarding**
9:22 107:21
**safeguards**
123:15
125:20
**Safety**
91:6
**same-day**
129:8 130:23
131:6
132:22
133:5,8
**San**
83:20,24
116:25
**Sanchez**
124:2
**sat**
42:25 85:25
**satellite**
146:23
**satisfy**
6:11
**Savanna**
104:18
**saving**
113:11
**savings**
113:22
**saw**
23:2 74:10
121:12,12
146:6
**saying**
11:16 13:5
17:12 18:10
33:22 43:9
66:7 76:5
76:23,24

78:18 81:6
83:14 84:21
84:21,21
85:1,2
99:20
133:17,18
150:8
**says**
43:6 50:15
50:19 68:13
137:10
138:5
143:18
148:4
150:25
**SB-14**
72:1
**SB14**
86:10 123:19
127:10
135:16,18
136:8
**SB362**
127:11
**scan**
113:15
**scanner**
113:13
**scary**
137:19
**scheduled**
92:21
**scope**
18:3
**screen**
49:16
**scrutiny**
107:15
**searched**
90:25
**searching**
42:21
**seat**
68:22
**seats**
150:20
**second**
69:15,17



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028302

USA_00016529