VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

196

| | | | | |
|---|---|---|---|---|
| 89:21 90:1 | 136:19 | **select** | **sending** | 92:20 |
| 101:8 119:2 | 137:21 | 1:6 49:15 | 145:7 | 127:11 |
| **secondary** | 139:10 | 160:4 | **senior** | 132:10 |
| 74:23 | 140:17,21 | **selected** | 111:1 | 138:25 |
| **seconds** | **see** | 75:2 | **seniors** | 139:5 |
| 44:9 | 12:12 15:20 | **self** | 20:15 111:6 | **sessions** |
| **secret** | 15:21 23:10 | 62:16 | 112:21 | 20:4 73:20 |
| 72:22 | 26:4 30:16 | **self-iden...** | **sense** | 114:4 |
| **secretary** | 31:7 32:25 | 153:3 | 61:15,17,20 | 138:18 |
| 9:18 20:20 | 44:24 47:6 | **seminar** | 117:13 | **set** |
| 31:19 32:4 | 55:20,21 | 88:5 | **sent** | 8:18 138:14 |
| 32:9 43:1 | 58:2 59:5,6 | **senate** | 12:10 81:3 | **sets** |
| 45:5 51:1 | 59:6 71:13 | 3:20,24 4:1 | **sentence** | 25:4 |
| 76:20 93:5 | 79:16 84:11 | 4:15,17,23 | 50:11 | **SEU** |
| 93:12,16 | 88:3,9 91:9 | 5:14 6:2 | **sentiment** | 88:6 |
| 94:23 99:7 | 92:18,22 | 7:2,19 | 79:18,19 | **shadows** |
| 105:17 | 102:22 | 10:21 19:22 | **sentiments** | 50:7,10,10 |
| 115:20 | 103:14 | 56:23 57:25 | 78:18 | 50:17 |
| 116:22 | 106:25 | 59:10,18 | **September** | **share** |
| 118:15 | 109:12 | 60:23 61:9 | 95:10 105:2 | 89:17 149:6 |
| 130:7 | 110:23 | 62:2,2,9 | **series** | **shaved** |
| 140:20 | 111:3,4 | 64:2 86:4 | 142:17,24 | 8:19 12:8,11 |
| 144:8,16,21 | 113:21 | 86:10 89:12 | 143:2 | **shaven** |
| 150:5 | 116:6 | 91:15,16 | **serious** | 8:22 15:20 |
| 151:18 | 120:21 | 92:24 93:2 | 38:22 61:17 | **shaves** |
| 154:10 | 130:7 | 93:3,7,25 | 75:22 | 14:21 |
| **section** | 148:12 | 94:5 105:18 | **servants** | **Shillady** |
| 107:4 128:6 | 151:20 | 105:23 | 72:19 | 76:13 |
| 128:6,6,15 | **seed** | 106:4 | **serve** | **shorter** |
| 128:17 | 83:22 | 112:19 | 73:14 105:17 | 128:3 136:1 |
| 130:21 | **seeing** | 118:12 | 109:16 | **Shorthand** |
| 134:9 | 23:18 70:4 | 121:12 | **served** | 160:1 |
| **secure** | 115:12 | 123:1 133:7 | 9:23 40:24 | **show** |
| 27:4 105:22 | **seeks** | 134:8 | 48:4 49:13 | 4:24 5:3 |
| 106:8 | 10:10 | 135:12 | 105:17 | 7:20 13:18 |
| 120:18 | **seen** | 140:5 | 147:4 | 15:8 21:21 |
| **secured** | 6:5 26:20 | 141:10 | **service** | 43:16 46:11 |
| 53:10 | 55:15 65:12 | 149:13 | 72:12 101:12 | 51:7 56:25 |
| **securing** | 65:18,19 | **Senator** | **services** | 57:3 58:20 |
| 105:21 | 73:17 77:23 | 4:16 44:1 | 91:1,8 94:11 | 58:22 59:3 |
| **security** | 112:20 | 92:24 | 95:2 96:7 | 61:13,16 |
| 5:3 43:5 | 118:1 | **send** | 160:22 | 71:16 77:14 |
| 56:24,25 | 125:12 | 8:17,19,19 | **serving** | 79:21,22 |
| 58:24 | 132:1,2 | 8:21 43:8 | 157:20 | 80:18,19 |
| 123:19 | 134:1,3 | 45:9,12 | **session** | 82:15,19 |
| 125:22,23 | 143:7 146:5 | 90:3 91:2 | 89:2 91:17 | 83:8 100:11 |
| 126:1,2 | 148:5 | 115:25 | 91:19 92:14 | 100:12 |
| 127:21 | 157:15 | 116:4 | | 111:15 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028303

USA_00016530

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

197

| | | | | |
|---|---|---|---|---|
| 114:13 | 6:10 | 57:5,9 | 143:17 | 118:25 |
| 115:22 | **significant** | 58:11,13,17 | **slow** | 144:10 |
| 117:4,17 | 17:22 19:7 | 60:22 61:2 | 118:21 | **someplace** |
| 120:2 | 20:16 67:12 | 63:17 70:9 | **small** | 42:21 |
| 145:11 | 149:18 | 83:16 99:21 | 24:8,16 | **somewhat** |
| 147:16 | 159:17 | 101:4 | 62:10 83:21 | 10:24 64:23 |
| 148:3 154:8 | **significa...** | 111:21 | 127:6 | 66:19 69:15 |
| **showed** | 75:8 124:5 | 113:11 | **smile** | 79:10 81:18 |
| 89:18,22 | **signing** | 122:12 | 85:21 | 99:17 133:1 |
| 99:24 | 63:2 | **site** | **Smith** | **son** |
| 100:10,15 | **signs** | 65:9 75:22 | 132:11 | 58:20 |
| 100:16,22 | 76:3 | 77:19 94:24 | **Smith's** | **soon** |
| 100:23 | **similar** | 95:3 103:8 | 139:2 | 106:20 136:3 |
| 145:3 | 11:18 83:11 | 103:9 114:6 | **smoothing** | **sordid** |
| **showing** | 86:7 128:17 | **sites** | 85:20 | 66:15 |
| 59:1 96:16 | 129:4 | 37:21,23 | **soap** | **sorry** |
| 106:6 | 145:22 | 38:17,23 | 73:12 | 31:6 51:14 |
| **shown** | 147:13 | 76:3 82:24 | **social** | 60:3,10,17 |
| 78:5 100:18 | 153:23 | **sitting** | 5:3 43:5 | 63:20 |
| **shows** | **simple** | 44:1 62:15 | 56:24,25 | 101:22 |
| 25:2 80:7 | 61:14 62:14 | **situation** | 58:24 91:8 | 109:8 |
| 86:6 91:7 | 63:5 89:24 | 27:25 29:12 | 125:22,23 | **sort** |
| 152:1 | 119:10 | 59:8 62:13 | 126:1,2 | 12:9 37:22 |
| 157:16 | **simplest** | 62:14 145:1 | 136:19 | 73:14 81:12 |
| 158:23 | 61:19 | 145:21 | 137:21 | 81:13,16 |
| **shut** | **simply** | 153:25 | 140:17,21 | 121:11 |
| 76:12 132:14 | 17:6 48:14 | **situations** | **society** | 131:5 134:4 |
| **side** | 55:15 93:21 | 89:17 143:2 | 50:8 | **sorts** |
| 3:6 29:4 | 98:16 111:5 | **six** | **software** | 73:22 81:16 |
| 80:13 | 111:6 142:1 | 48:6 70:19 | 3:16 | **sought** |
| 104:18 | 152:22 | 70:24 94:7 | **solution** | 73:8 |
| 123:22 | 154:1,14,16 | 95:10 105:3 | 11:17,25 | **sound** |
| 131:22,22 | **single** | 105:6 | **solve** | 119:2 |
| 134:8 | 100:9 107:22 | 111:13 | 23:5 48:23 | **sounds** |
| 139:22 | 123:21 | 140:3 | 48:23 | 81:18 122:5 |
| 159:1 | 131:25 | **six-day** | 106:15 | **source** |
| **sides** | 135:1,2 | 106:11 | **solves** | 67:8 90:16 |
| 30:1 132:14 | **sir** | **six-days** | 44:14 | **South** |
| **sidewalks** | 28:10 30:6,8 | 153:10 | **solving** | 55:22 79:11 |
| 157:17,18,19 | 30:25 31:6 | **skews** | 14:19 | 83:19 |
| **sign** | 32:12,13 | 87:12 | **somebody** | **southwest** |
| 50:19 86:7 | 35:7,20 | **skim** | 12:7 13:16 | 104:19 |
| **signature** | 36:9 39:24 | 121:25 | 15:10 32:1 | **so-called** |
| 129:3 139:8 | 41:1,8,18 | **Skipper** | 39:7 45:3 | 35:11 |
| **signed** | 42:11 50:3 | 2:4 19:20,24 | 50:14 76:20 | **speak** |
| 107:6 146:24 | 51:13 55:2 | **Skype** | 77:15 86:6 | 39:7 117:21 |
| 147:8 159:3 | 55:3 56:11 | 3:15 107:1 | **someone's** | **SPEAKER** |
| **significance** | 56:12,19 | **slightly** | 110:19 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028304

USA_00016531

| | | | | |
|---|---|---|---|---|
| 60:25 | staff | 67:5,6,21 | 114:17 | 26:14 32:24 |
| speaking | 123:8 | 69:4 71:6 | 149:17 | Steel |
| 6:5 141:21 | staffing | 71:12 72:15 | 151:14 | 157:15 |
| 149:1 | 147:5,6 | 76:8,11 | states | stepfather |
| special | stamps | 77:23 78:22 | 13:2 35:22 | 110:22 |
| 105:14,14 | 91:3 | 84:25 87:25 | 51:8 52:14 | stepped |
| specially | stances | 90:12,25 | 66:24 67:8 | 69:14 |
| 27:14 | 72:14 | 91:7 93:5 | 71:20 87:16 | stepping |
| specific | stand | 93:12 94:8 | 90:22 | 65:11 69:17 |
| 14:16 38:1,3 | 3:8 68:12 | 94:14 95:19 | 112:10 | steps |
| 38:18,18,25 | 87:5 | 96:8 97:1 | 114:3 | 8:12 85:13 |
| 40:1 48:10 | standard | 98:21 101:2 | 116:23 | 143:14 |
| 75:2 80:24 | 6:3,12 154:3 | 102:8 | 120:10,13 | stereotyp... |
| 82:14 | standards | 103:23,25 | 120:17 | 81:21 |
| 102:19 | 76:21 88:15 | 104:18 | 124:16 | Stevens |
| 105:18 | 88:23 | 105:13,17 | 125:1 129:6 | 7:10,13,22 |
| specifically | standpoint | 108:17 | 129:6 | 8:14 16:3 |
| 12:19 50:9 | 104:13 | 109:16 | 152:23 | stop |
| 68:9 134:19 | stands | 110:3 | statewide | 21:6 22:12 |
| 135:17 | 91:19 | 111:15,16 | 43:7 47:5,14 | 25:1 41:3 |
| specifics | start | 111:25 | 47:22 95:7 | 53:20 66:9 |
| 106:13 | 60:25 61:4 | 116:24 | 95:23 106:5 | stories |
| spectrum | started | 120:10 | 122:10 | 34:2 36:13 |
| 123:20 | 19:17 37:1 | 124:15,22 | 153:2 | 36:14 37:9 |
| speeding | 118:17 | 125:3 127:4 | State's | 38:1,14,18 |
| 113:20 | 135:6 | 127:9,25 | 20:20 94:23 | 38:22,25 |
| speeds | starting | 128:4,7 | 144:8 | 81:16 |
| 113:16 | 113:21 | 130:7,21 | station | storm |
| spend | state | 131:16 | 109:22 | 116:20 |
| 101:3 107:13 | 5:21 7:25 | 132:19 | statistic... | story |
| 145:8 | 8:1,2,3 9:4 | 133:2 134:9 | 117:17 | 34:5 |
| spending | 9:8,10,18 | 140:20 | statistics | straight |
| 113:9 | 9:23 10:5 | 143:13 | 97:8,16 | 80:18 |
| spent | 10:23 13:2 | 144:16,22 | status | Street |
| 35:10 101:20 | 13:3,25 | 150:6,9 | 84:1 | 160:12 |
| 102:7,8 | 14:17 22:4 | 151:18 | statute | streets |
| 108:12 | 22:6,18 | 154:10,12 | 18:19,25 | 130:18 |
| 112:22 | 31:19 32:4 | 155:19 | 40:25 42:2 | stretch |
| 113:6 | 32:10 35:10 | 156:4,7 | 74:23 75:19 | 27:23 40:16 |
| 144:19 | 38:15 43:1 | 158:3,6 | 82:7,8 83:1 | stretches |
| spoken | 45:5 46:8 | 159:4,7 | 85:16 | 13:9 |
| 6:21 62:11 | 50:21 51:6 | 160:2 | 155:23 | strict |
| spread | 52:24 60:2 | stated | stay | 121:18 |
| 90:1 | 60:6 62:1,1 | 32:8 54:1 | 53:14 116:15 | strike |
| Spurs | 62:5 64:5 | 86:21 | 116:19,23 | 10:10 17:14 |
| 152:11 | 64:16,18,23 | 124:14 | steady | stringent |
| St | 65:2,6 | statement | 146:5 | 7:5 77:8 |
| 149:23 | 66:20 67:4 | 20:5 22:12 | steal | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028305

USA_00016532

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

| | | | | |
|---|---|---|---|---|
| 78:19 82:7 | 155:24 | **suggests** | 23:2 26:3 | **swiped** |
| 120:11 | **substanti...** | 66:10 110:1 | 26:22,24 | 46:18 |
| 121:13,24 | 115:9 | 150:13 | 27:8 29:9 | **system** |
| 132:18 | **substitute** | **suing** | 29:21 31:17 | 9:24,25 |
| 135:13,16 | 3:24 4:1,17 | 110:4 | 33:22,23 | 12:23 28:7 |
| 136:8 | 4:18,23 | **Suite** | 35:2 36:6 | 41:7 42:5 |
| **strong** | 5:10 6:5,5 | 160:23 | 37:24 39:8 | 45:15,25 |
| 8:4 73:2 | 12:7 19:22 | **sum** | 40:8 44:3 | 46:4 48:25 |
| 115:18 | 42:16 56:17 | 155:18 | 45:2,2,3,8 | 59:4 66:2 |
| 121:9 | 57:8,15,16 | **sundry** | 45:21 63:22 | 78:24 79:2 |
| **strongly** | 57:25 58:1 | 22:20 | 74:18,24 | 79:4,6 84:2 |
| 56:22 | 58:8,15 | **support** | 77:12 98:10 | 84:18 |
| **student** | 59:18 60:7 | 16:5 34:8 | 98:20 99:15 | 101:10,13 |
| 23:17,22 | 60:8,21 | 55:6,21,24 | 102:3 104:7 | 102:10 |
| 71:18 | 61:9 62:2,9 | 56:22 57:12 | 104:12 | 114:6 |
| **students** | 64:2 71:8 | 57:17 58:3 | 108:16 | 137:14 |
| 23:22,23 | 85:23,25 | 106:6 | 112:14 | 138:3,11,14 |
| 80:11 90:19 | 86:5 89:12 | 138:24 | 113:3 114:3 | 141:25 |
| **studies** | 89:14 91:15 | 139:2 | 114:10 | 142:8,11,15 |
| 123:23 125:9 | 93:1,3,7 | **supporting** | 122:3 | 143:2,8,8 |
| 126:6 | 123:1 140:2 | 57:7,9,13 | 132:19 | 143:12 |
| 153:14 | 140:4 | 58:9 | 137:25 | 146:12 |
| **study** | 141:10 | **supportive** | 138:15 | 148:5,8 |
| 82:16 124:13 | **substitutes** | 42:6 | 140:25 | 158:4,23 |
| 124:18,18 | 3:21 72:5 | **supports** | 145:22 | **systemic** |
| 148:11 | **successful** | 150:14 | 148:18 | 147:23 148:6 |
| 149:4,21 | 16:25 17:3 | **supposed** | 150:7 | 157:16 |
| 150:3,12,12 | 17:24 18:1 | 30:14 | 155:17 | |
| 151:14,21 | 18:6 128:20 | **suppress** | 159:15 | |
| 153:15,17 | **suffering** | 76:5 150:15 | **surely** | **T** |
| 154:4 | 152:13 | 150:21 | 38:15 | **table** |
| **stuff** | **sufficient** | **suppressed** | **surprised** | 131:7 |
| 27:7 31:5 | 13:3 110:17 | 74:25 | 83:13 | **tailed** |
| **sub** | **suffrage** | **Supreme** | **survey** | 144:25,25 |
| 147:25 | 73:16 119:5 | 6:3,16,18,21 | 142:9 | **tailored** |
| **submit** | **suggest** | 6:23,24 7:4 | **suspect** | 86:19 |
| 65:2 96:19 | 34:17 35:5 | 7:6,12,19 | 34:6 | **take** |
| 119:24 | 65:16 67:25 | 8:3 12:16 | **suspended** | 8:12,18 9:8 |
| 128:7 138:6 | 88:3 124:10 | 16:16 18:18 | 110:20 | 14:20 15:5 |
| 158:5 | 148:8 | 86:20 88:14 | **suspense** | 15:7 18:12 |
| **submitted** | 149:24 | 107:16 | 43:10,11 | 23:4 27:22 |
| 62:9 82:17 | 154:4,8,9 | 108:2,8 | 51:6 | 30:21 32:22 |
| 129:16 | 154:16 | 142:19,23 | **swing** | 33:1 37:16 |
| 160:10 | 158:21 | 156:8,10,12 | 7:16 154:12 | 43:3 46:20 |
| **substantial** | **suggested** | 156:21 | **swipe** | 63:21 74:3 |
| 85:16 114:15 | 148:24 | 158:7 | 46:1,1,10,15 | 74:19 75:1 |
| 143:5,7 | **suggesting** | **sure** | 46:22 47:2 | 77:1 83:23 |
| 144:17 | 43:22 52:1 | 11:14 22:25 | 47:18,21 | 83:24 85:13 |
| | | | | 87:13 |

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com



TX_00028306

USA_00016533

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 5 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 68 of 223

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

200

| | | | | |
|---|---|---|---|---|
| 107:10 | 73:1 | 109:5 112:7 | 72:11 74:10 | 78:13,14,16 |
| 119:9 | **Tarrant** | 116:16 | 86:12 89:11 | 79:6,13 |
| 138:21 | 81:5,25 | 119:6 | 123:1 | 82:21 83:19 |
| 142:16 | 129:15 | 141:23 | 141:10 | 88:8 89:15 |
| 155:11,25 | **task** | 143:3 151:7 | **testifying** | 90:12,25 |
| **taken** | 54:21 | **telling** | 42:16 57:14 | 91:7 93:10 |
| 12:3,9 38:19 | **taught** | 37:1,10 | 58:7,14 | 93:20 107:2 |
| 72:14 | 90:19 | 150:2 | 60:7 61:9 | 111:16 |
| 143:10 | **taw** | **tells** | 74:13 93:6 | 116:1 |
| 144:1 | 39:7 | 151:8,21 | 123:2 | 122:14,16 |
| 147:21 | **tax** | **Temple** | **testimony** | 123:14 |
| 157:5 | 10:19 49:12 | 42:18 | 2:1 3:12,25 | 125:13,25 |
| 160:15 | 128:20 | **temporary** | 5:20,22 | 126:13,18 |
| **takes** | **taxable** | 91:3 | 19:18 44:9 | 127:25 |
| 28:8 32:22 | 48:8 | **ten** | 51:15 62:10 | 128:6,8,10 |
| **talk** | **taxes** | 3:6,8 5:23 | 86:10 89:6 | 129:15 |
| 22:23 31:19 | 24:21 73:11 | 36:21,22 | 93:2 107:1 | 132:20 |
| 32:5,20 | **taxing** | 64:6 70:19 | 110:13 | 134:9 136:1 |
| 40:1 44:5 | 48:11 49:6 | 93:18 96:9 | 117:9 | 136:18,18 |
| 68:8 76:9 | **taxpayers** | 99:8 112:21 | 122:15 | 139:12 |
| 86:18 95:6 | 35:14 | 123:5 | 123:10 | 140:15 |
| 118:23 | **Taylor** | 141:12 | 126:25 | 141:21 |
| 119:24 | 4:10 11:4 | 144:13 | 134:8 141:3 | 142:3 |
| 131:22 | 40:7,8,9 | 148:19 | 149:13 | 145:22 |
| 135:1 | 70:11,12,16 | 153:11 | 155:18 | 147:14 |
| 141:22 | 70:21,23 | **tenor** | 156:14 | 153:10 |
| 145:24 | 71:24 92:6 | 81:20 | 157:4 | 156:16 |
| 153:12 | 117:4 | **tentacles** | **tests** | 160:2,3,6 |
| 157:21 | **tea** | 85:11 | 73:11 | 160:12,21 |
| **talked** | 81:5 | **ten-day** | **Texan** | 160:23 |
| 50:6 62:12 | **teacher** | 155:5 | 64:19 89:15 | **thank** |
| 75:23 | 89:11,15 | **term** | **Texans** | 4:14 5:17,18 |
| 100:25 | **team** | 50:9 | 20:25 81:12 | 5:24 6:7 |
| 105:2,16 | 101:2 117:1 | **terms** | **Texarkana** | 11:2,3,12 |
| 120:6 | **teams** | 19:7 69:11 | 65:12 | 16:6,8 |
| 130:23 | 65:1,1 | 75:15 87:7 | **Texas** | 18:13 19:9 |
| 134:3,8 | **technical** | **test** | 1:4 19:21,25 | 19:10,12,14 |
| 139:1,3 | 5:16 | 7:22 88:13 | 20:21,23,24 | 21:11 24:12 |
| 153:9 157:5 | **technology** | 127:20 | 21:9 22:18 | 32:12,13,18 |
| **talking** | 47:14 90:10 | **testified** | 24:6 26:14 | 34:10,12 |
| 11:15 25:11 | 106:18 | 20:2 78:12 | 34:8 35:10 | 35:25 39:22 |
| 38:10 70:1 | **tell** | 86:16 | 42:18 43:4 | 39:24 40:3 |
| 108:12 | 11:23 21:4 | **testify** | 43:15 49:17 | 40:4,5,17 |
| 115:6 | 32:23 55:22 | 3:5,11,19 | 51:19 55:22 | 42:10,11,12 |
| 123:23 | 93:21 106:3 | 6:1 19:22 | 56:21,23 | 42:13,16 |
| 128:25 | 106:9 107:3 | 56:17 57:11 | 59:21 64:18 | 44:17,21 |
| 130:6 156:1 | 108:11 | 59:17,25 | 66:15,17 | 49:22 50:1 |
| **tapes** | | 62:2,8 64:1 | 73:17 77:7 | 51:11,16 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028307

USA_00016534

Case 2:13-cv-00193 · Document 660-25 · Filed on 11/11/14 in TXSD · Page 6 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 69 of 223

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

201

| | | | | |
|---|---|---|---|---|
| 55:2,7 56:2 | 67:3 69:3 | 39:7 40:9 | 148:10 | **time** |
| 56:4,6,7,12 | 70:16 71:2 | 40:16 49:23 | 150:13 | 3:5,13 7:3 |
| 56:17,19 | 73:6 77:10 | 52:18,20,22 | 152:18 | 7:11,11 |
| 58:16 59:11 | 83:2 84:10 | 55:16 57:23 | 154:13,19 | 10:25 12:9 |
| 59:12,15 | 86:9 100:21 | 61:17,18 | 155:7 157:6 | 15:6,10 |
| 60:8,12,18 | 120:6 | 62:17 63:22 | 158:14,23 | 19:12 21:3 |
| 60:24 61:11 | 125:13 | 66:10 68:5 | 159:3,14 | 21:16 24:17 |
| 61:22,24 | 127:20 | 68:9 69:3 | **thinks** | 25:7 34:14 |
| 63:9,10,12 | 132:21 | 69:11,13,16 | 23:14 | 35:16 42:20 |
| 63:13 64:4 | 134:2 | 69:16 70:5 | **Thomas** | 49:13 51:3 |
| 64:10,11,12 | 140:18 | 70:25 71:6 | 2:13 141:8 | 55:15 60:25 |
| 70:8,9 72:8 | 157:17 | 71:8,17,18 | **thought** | 61:1,4 |
| 72:10,11 | 159:8 | 71:20,21,22 | 18:23 24:13 | 63:19 67:13 |
| 73:3,4 | **things** | 72:3,4,6 | 37:1 96:23 | 68:10 70:10 |
| 74:16 82:5 | 3:19 7:17 | 73:6,20 | 112:8 | 70:17 75:24 |
| 85:17,19 | 36:8 37:22 | 75:1,12,13 | 117:21 | 80:8 82:4 |
| 88:23 89:5 | 37:22 39:1 | 75:17,18 | 120:6,7 | 84:6 90:8 |
| 89:7,8 | 39:12 44:6 | 76:4 77:9 | 138:24 | 90:22 91:11 |
| 91:11,12,13 | 48:22 50:4 | 77:17,17,22 | **thoughts** | 91:12,14 |
| 91:20 93:9 | 51:3 53:11 | 78:5,9,25 | 98:11 | 92:14,22 |
| 108:20,24 | 55:17 61:19 | 79:5,6,7 | **thousand** | 99:18 101:7 |
| 116:9 | 70:1,2,3 | 80:3,3,15 | 85:3 96:7 | 102:20 |
| 122:11,18 | 72:21 73:2 | 80:21 81:6 | **threatened** | 105:5 |
| 122:19,23 | 73:7,14 | 81:7,12,15 | 72:24 | 108:17 |
| 123:2,3,9 | 75:18 76:10 | 81:23 83:5 | **three** | 113:20 |
| 129:25 | 76:23 81:10 | 84:14,15 | 3:12,15,17 | 116:11 |
| 130:3 | 81:13 82:15 | 85:18 87:8 | 20:4 23:2,3 | 122:14 |
| 139:23 | 82:17,19 | 87:21 88:1 | 25:2,3,4,14 | 126:13 |
| 141:2,4,6,7 | 84:9 96:12 | 102:4,22 | 26:9,11 | 128:24 |
| 141:13 | 101:2,20 | 103:5,6,11 | 37:12 42:22 | 133:6,7,12 |
| 148:20,23 | 111:13 | 105:5,7,21 | 52:22 89:10 | 144:14 |
| 152:5 153:5 | 112:10 | 106:14,17 | 89:12 92:21 | 145:2 |
| 155:12,14 | 130:19 | 112:18 | 96:18 98:18 | 148:12 |
| 156:23,24 | 135:10 | 115:16,22 | 106:14 | 150:16,19 |
| 159:20 | 154:5 | 115:23 | 141:25 | 154:14 |
| **theft** | 159:18 | 116:10 | 142:10 | 155:11 |
| 90:12,14 | **think** | 117:19 | 150:20 | 157:21 |
| 126:12 | 6:9 11:21 | 118:4,22 | 156:11 | **timeframe** |
| **theme** | 12:15,16 | 119:7,9,10 | **threw** | 119:9 |
| 87:22 | 13:21 15:11 | 120:11,18 | 136:13 | **times** |
| **Then-Secr...** | 15:19,23 | 120:19,21 | **throws** | 12:12 15:17 |
| 95:19 | 22:11 24:15 | 121:8,19 | 87:12 | 23:3 25:2 |
| **thing** | 26:7,16 | 122:15,16 | **tightened** | 25:14 37:12 |
| 7:1 28:1 | 27:23,25 | 130:11,11 | 5:11 | 49:18 59:9 |
| 30:9 36:4 | 28:21,24,25 | 130:12,22 | **Tijerina** | 76:15 111:5 |
| 36:14 37:8 | 32:8 34:6 | 131:12 | 134:8 | 132:3 |
| 44:16 52:17 | 35:21,23 | 132:13 | **till** | 135:11 |
| 55:23 62:21 | 37:17 38:5 | 133:10 | 43:16 | **timid** |
| | | 136:8,11 | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028308

USA_00016535

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

202

| | | | | |
|---|---|---|---|---|
| 81:9 | tough | 111:14 | Tucker | 114:4 122:9 |
| **tings** | 83:5 105:23 | **tried** | 118:18 119:7 | 129:2 |
| 118:16 | **tougher** | 26:25 50:5 | **Tuesday** | 142:14,16 |
| **today** | 112:11 | 83:17 122:7 | 146:22 | 142:19 |
| 3:3,3 6:11 | 120:13 | 124:1 | **turn** | 143:11 |
| 30:17 38:10 | **Town** | **triple** | 78:23 100:15 | 145:19 |
| 59:15 62:8 | 157:15 | 132:23 | 100:23 | 146:13 |
| 70:10 72:24 | **tracked** | **trouble** | 133:11 | 149:10 |
| 74:5 81:11 | 126:6,7 | 137:15 151:4 | 144:14 | 153:11 |
| 85:20 86:16 | **traffic** | **Troy** | **turned** | 154:5 |
| 88:24 89:6 | 11:5 17:17 | 72:15 | 87:2 94:21 | **two-day** |
| 92:18 93:11 | **trained** | **truck** | 144:10 | 106:10,12 |
| 105:1 107:2 | 27:15 | 40:13 | **turnout** | 155:5 |
| 113:4 | **training** | **true** | 86:17 87:16 | **type** |
| 116:21 | 31:7 75:17 | 18:17 20:7 | 87:23,25 | 13:12,14 |
| 122:15 | 75:17 | 26:21 27:12 | 88:2,11 | 20:7 53:10 |
| 138:20 | 101:11,15 | 33:15 46:12 | 97:6,8 | 94:2 101:19 |
| 141:3 | 101:16 | 74:1 80:19 | 115:5,16,19 | 114:6 |
| 158:17 | 102:12 | 120:22 | 121:8,9 | 123:21 |
| **today's** | 108:13 | 151:25 | 124:1 | 129:18 |
| 106:18 | 114:1,2,5,6 | 159:19 | 125:10 | 132:1 136:7 |
| 108:18 | 129:9 | **truly** | 143:7 | 157:7,8 |
| **Todd** | **transaction** | 76:18,25 | 145:23 | **types** |
| 139:2 | 62:24 | **try** | 146:3,4,8 | 27:4 71:20 |
| **told** | **transcribed** | 27:9 29:11 | 146:11 | 71:25 81:5 |
| 23:1 90:4 | 1:21 160:5,8 | 39:10 72:21 | 148:9,25 | 81:10,13 |
| 129:17 | **transcript** | 76:18,21 | 149:8,14,17 | 129:14,19 |
| 134:22 | 159:22 | 93:20 | 149:19,21 | 131:23 |
| **Tom** | 160:10 | 120:19 | 152:3,16 | 159:10 |
| 141:14 | **transport...** | 131:11 | 158:23,24 | **typical** |
| **top** | 69:6 83:4,23 | **trying** | 159:3,16 | 150:21 |
| 15:2 45:1 | 84:2,24,25 | 22:2 28:22 | **TV** | |
| 112:9 | 85:6 126:8 | 49:1 50:7 | 104:16,17 | **U** |
| 121:25 | **travel** | 62:22 73:9 | 109:22 | **Uh-huh** |
| **total** | 83:3 | 73:19 74:10 | **twelve** | 22:16 24:8 |
| 96:8 98:23 | **traveling** | 81:21 99:25 | 139:13,17 | 36:23 53:25 |
| 99:2,5,6 | 155:13 | 104:11 | **twice** | 61:12 134:7 |
| 101:17,23 | **Travis** | 112:10 | 15:8 39:6 | **ultimately** |
| 102:25 | 62:15 | 114:22,23 | 74:11 89:25 | 44:25 |
| 104:2 105:6 | **tremendous** | 118:24 | **two** | **unable** |
| 115:17 | 109:2 145:23 | 120:17 | 3:16 8:24 | 83:3 143:25 |
| 153:22 | **trend** | 128:25 | 39:5,6 | 144:2 |
| **totally** | 146:6 | 130:6 131:4 | 40:24 68:13 | **unaware** |
| 58:23 | **trends** | 131:6 | 70:19,24 | 126:17 |
| **totals** | 124:9 | 135:10,11 | 77:24 79:24 | **unbalances** |
| 115:23 | **tribal** | 139:6 | 89:17,18,20 | 123:19 |
| **touched** | 71:7 94:15 | 148:17 | 98:24 99:4 | **unbiased** |
| 157:3 | | 158:11 | 106:5 107:6 | 37:16 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001654

TX_00028309

USA_00016536

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 8 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 71 of 223

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

203

unconstit...
10:11,19
  17:13 18:20
  19:6
undermine
66:13 80:4
underscore
16:13
understand
11:14 14:11
  22:1 28:13
  30:16 39:3
  45:11,21,23
  47:20 48:1
  48:2 49:2
  50:14,19
  53:9,14,18
  58:4,10,23
  59:1,21
  65:22 68:3
  78:17 99:16
  100:1
  118:25
  119:4
  130:25
  131:1
  144:25
  145:5,6,9
  145:12
  148:17,20
  159:15
  160:9
understan...
61:15
understan...
25:18 26:18
  84:6 92:23
undoubtedly
38:19
undue
127:17,19
unfortuna...
116:20
  132:15
  133:3
unimportant
99:17
United

13:2 35:22
  51:8 52:14
  67:8 125:1
universe
37:15,17,18
University
149:5
UNKNOWN
60:25
unprovable
40:15
unregistered
142:22
unsuccessful
19:4
updates
101:12
upheld
6:25 7:6
  88:15
uphold
14:14
upholding
7:14 86:20
upshot
74:2
use
3:3 27:3
  31:20 57:3
  90:3,23
  110:24
  126:8
useful
152:25
users
95:4
usually
92:20
utilities
54:5
utility
27:6 43:17
  95:12 102:4
U.S
54:9 59:20
  71:4 86:20
  88:13 94:11

94:12,14
108:8
111:19,20

## V

v
6:19,24
Valdez
54:2
valid
8:1,3 9:10
  9:15,19,22
  10:17 12:20
  20:23,24
  71:3,6 91:5
  94:8,11,11
  94:14,15
  111:14,20
  124:21
  135:25
  156:10
validating
9:15
validity
7:7 10:9
  61:20
validly-cast
10:1
valuable
115:22
value
146:12
variations
20:3
various
22:20 43:20
  48:11 49:6
  72:5 79:18
vast
38:6 147:1
Veasey
3:18 4:6
  18:15 20:11
  21:13,14,17
  21:24 22:11
  22:16,19,21
  23:9,12,17
  23:21,24

24:2,4,7,9
36:1,2,3,4
36:7,10,18
36:22,24
37:4,8,15
37:21,25
38:13 39:20
39:21,25
40:3 50:2,3
50:4,16
72:9,10
73:5,25
76:9 77:6
78:11 79:11
80:23 89:4
92:2 117:5
117:7
118:14,16
119:16
120:5,23
121:10,21
122:5,11
130:4,5,16
130:22
131:15
133:5,10,24
135:7
148:11
156:25
157:2,12
158:10,19
Vera
2:10 89:11
  89:13,13
verified
144:3
verify
51:3 54:21
  102:6 138:7
  138:7
version
135:11 139:6
  143:17
versus
72:1 98:23
  107:18
  108:1,2
  110:8

123:19
127:21
veterans
140:17
vets
5:4
Vice
3:18 18:15
  21:13,14,17
  21:24 22:11
  22:16,19,21
  23:9,12,17
  23:21,24
  24:2,4,7,9
  36:1,2,4,7
  36:10,18,22
  36:24 37:4
  37:8,15,21
  37:25 38:13
  39:19,21
  40:3 50:4
  50:16 117:5
  117:7
  118:14,16
  119:16
  120:5,23
  121:10,21
  122:5,11
  130:3,5,16
  130:22
  131:15
  133:5,10,24
  135:7 157:2
  157:12
  158:10,19
victimized
75:16
victims
126:11,13
video
3:16 95:16
view
40:17 65:23
  65:24 69:18
vigilant
98:19
Vilsadian
124:14



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028310

USA_00016537

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 9 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 72 of 223

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

204

| | | | | |
|---|---|---|---|---|
| violate | 70:1 72:17 | 30:23 37:11 | 65:25 67:10 | 146:2,3,8 |
| 108:5 | 73:9 74:21 | 37:12 76:2 | 67:15 68:12 | 146:11 |
| violates | 74:25 76:5 | 77:15 84:19 | 69:21 71:16 | 147:11,14 |
| 17:18 | 76:6,6 77:1 | 88:7 97:19 | 78:1 79:20 | 147:23,24 |
| violation | 77:13 78:6 | 99:1 150:16 | 81:6 83:11 | 148:6,8,24 |
| 17:18 54:8 | 78:17,20,22 | 153:3 | 86:16,23 | 149:8,13,15 |
| violations | 79:9 80:3,5 | voter | 88:2,11 | 149:18 |
| 127:14,15 | 85:10 86:8 | 1:6,7 6:25 | 89:18,19,22 | 152:2 |
| virtually | 87:2,5,7,9 | 7:3,5,6,8,9 | 89:24 90:1 | 153:20 |
| 62:24 | 88:9 89:25 | 7:18 8:2,4 | 90:2,4,4 | 154:6,7 |
| visit | 90:6,7,17 | 9:2,22 | 91:22,22 | 155:18 |
| 58:20 | 94:20 97:13 | 10:22,23 | 94:9,16,18 | 156:1,6,15 |
| voice | 97:14 98:14 | 11:22 12:2 | 94:21,25 | 156:15 |
| 85:20 | 98:17 99:5 | 12:3,8,18 | 95:1,20 | 157:5,6,7 |
| voiced | 99:5,24 | 12:21,22,25 | 96:11,16 | 157:16 |
| 117:15 | 100:6,10,13 | 13:17,23 | 97:8,17 | 158:13 |
| Volume | 100:15,16 | 14:15,20 | 98:15 | 159:3,16,16 |
| 1:10 159:22 | 100:18 | 16:5 20:6,7 | 101:14 | 159:17 |
| volunteer | 103:19 | 20:8,10 | 105:18 | 160:4,5 |
| 40:23 48:21 | 106:6 | 21:6,7,21 | 109:2,2,18 | voters |
| volunteered | 107:21,23 | 21:25 22:8 | 118:3,17 | 4:24 5:2,2,3 |
| 89:15 | 108:14 | 22:9,10,13 | 123:11,17 | 8:16 9:25 |
| volunteers | 109:7 110:4 | 22:14,17 | 123:25 | 14:11,11 |
| 39:5 48:21 | 110:16,24 | 25:3,15,17 | 124:2,11 | 17:23 18:24 |
| vote | 115:17,22 | 26:11,15 | 125:14,15 | 20:21 21:2 |
| 5:1 7:16,21 | 119:23,23 | 32:24 34:18 | 125:18 | 23:6 43:22 |
| 7:24 8:18 | 120:3 121:7 | 34:23 35:8 | 126:3 | 44:10 65:11 |
| 9:12,14 | 124:15 | 36:19 37:1 | 127:12 | 70:1 73:9 |
| 10:1,4,16 | 129:17 | 37:6 38:4,4 | 129:8,16 | 73:10,19,24 |
| 10:21 20:9 | 131:15 | 38:9,11,11 | 130:24 | 74:5,19,20 |
| 21:22 23:2 | 133:22 | 38:14,18 | 131:6 132:1 | 74:20,22 |
| 23:6 26:17 | 135:2,2,3 | 39:8 41:3,5 | 132:4,8,22 | 75:8,14,25 |
| 30:14 31:3 | 135:23 | 41:6,12,12 | 132:25 | 76:4 80:14 |
| 32:23 33:6 | 136:15,18 | 41:17,20 | 133:5,8 | 80:14 81:4 |
| 33:7,7,8,11 | 136:22 | 42:3,22,24 | 134:16,17 | 86:24 87:2 |
| 33:12,22 | 137:3,4,22 | 43:7,11,18 | 135:20,23 | 88:17 94:6 |
| 43:3,15,19 | 137:25 | 44:11,13,15 | 135:23 | 94:24 95:1 |
| 46:10,17 | 140:8,23 | 44:23 45:1 | 136:5,6,22 | 95:8 97:7,9 |
| 48:15,17 | 142:4,11 | 45:15 46:5 | 137:1,6,8,9 | 97:18,19,22 |
| 50:11 51:19 | 144:5 | 46:11 48:24 | 137:9,11,20 | 97:23 98:20 |
| 52:16 53:4 | 146:18,19 | 50:20 52:16 | 138:7,8,19 | 98:25 |
| 54:9 56:24 | 146:22,23 | 52:19,21 | 139:8,9,19 | 103:23 |
| 58:6 59:3,4 | 146:25 | 53:7,15 | 139:21 | 104:1 |
| 59:7,9,9,11 | 147:15 | 54:2 55:6 | 141:25 | 113:17 |
| 61:17 63:6 | 151:19,20 | 55:11 59:9 | 142:7,17,20 | 114:21 |
| 66:6,8,9,11 | 153:4 | 61:21 62:14 | 142:21,21 | 122:17 |
| 66:14,16 | 155:11 | 62:20,25 | 143:7,7,9 | 124:4,5,7,9 |
| 68:14 69:2 | voted | 65:18,19,21 | 143:25 | 124:17 |
| | | | 145:13,23 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028311

USA_00016538

| | | | | |
|---|---|---|---|---|
| 125:25 | 29:16 51:10 | **walk** | **Waller** | 86:17 93:13 |
| 126:1,7,17 | 52:1,3,11 | 6:12 7:1 | 69:19 80:25 | 96:3,23 |
| 129:17,24 | 53:24 54:2 | 77:19 | **Wal-Mart** | 97:16 127:9 |
| 133:15 | 54:4,11 | **walking** | 57:3 58:25 | 129:7 140:1 |
| 134:12,21 | 55:10,16 | 13:16 30:5 | **want** | 140:18 |
| 134:25 | 64:25 65:8 | **Wallace** | 7:1 11:14 | 153:8 157:3 |
| 137:2,3 | 65:16,17 | 19:20,23,25 | 16:13 28:12 | **wanting** |
| 138:12 | 66:3,10 | 21:11,16,23 | 30:10,13 | 106:20,21 |
| 139:13,18 | 73:6,7,18 | 22:7,15,17 | 33:4,8 | **wants** |
| 142:6,9,10 | 73:24 75:13 | 22:20,22 | 35:24 47:4 | 32:4 130:12 |
| 142:11,22 | 75:22 76:3 | 23:11,13,18 | 47:13,13,21 | **ward** |
| 143:6 | 78:3,13,14 | 23:23,25 | 48:15 49:22 | 2:3 5:19,23 |
| 146:15 | 78:15,24,25 | 24:3,6,8,15 | 49:22 50:11 | 5:24,25 6:4 |
| 148:5 | 81:15 88:21 | 24:23 25:5 | 51:4 54:23 | 6:6,8 8:15 |
| 149:16,20 | 89:16 90:11 | 25:11,17,20 | 55:8,8 | 10:25 11:2 |
| 150:15,21 | 90:14 91:11 | 25:22 26:2 | 63:20 64:12 | 11:10,21 |
| 150:22 | 94:25 95:21 | 26:4,9,13 | 65:15 66:5 | 12:14 13:5 |
| 151:7,8 | 97:2 104:3 | 26:17,20,24 | 66:7,7 | 13:10,16 |
| 152:2 | 109:11,11 | 27:2,6,12 | 67:24 68:8 | 14:2,5,8,12 |
| 153:18 | 109:17,24 | 27:16,20,25 | 72:11 77:7 | 14:23,25 |
| **voter's** | 110:12 | 28:5,9,10 | 79:2,3 | 15:4,15,19 |
| 5:1 9:14,16 | 113:20 | 28:21,22 | 80:23 86:6 | 15:23 16:2 |
| 89:21,23 | 114:14 | 29:6,11,18 | 88:12 95:6 | 16:7,18,22 |
| 94:10 96:15 | 117:22 | 29:21,23 | 99:15 | 17:2,8,10 |
| 135:19,19 | 120:20,22 | 30:1,3,6,8 | 108:25 | 17:25 18:7 |
| 143:20,21 | 125:4,5,6 | 30:10,13,19 | 110:15 | 18:9,21 |
| **votes** | 127:18 | 30:25 31:13 | 116:5,12 | 19:2,11,12 |
| 8:21,22 33:1 | 128:5 | 32:25 33:4 | 120:10,10 | 19:14 |
| 33:9 69:21 | 137:23 | 33:14,17,20 | 121:16 | **warranty** |
| 86:25 88:18 | 139:13,18 | 33:23 34:1 | 122:1,17 | 101:13 |
| 96:24,25 | 142:4 | 34:16,16,17 | 130:7,10,12 | **Washington** |
| 97:11,21 | 146:23 | 34:20,23 | 130:16,17 | 73:13 |
| 98:2,23 | 147:6 | 35:2,7,12 | 131:16,18 | **wasn't** |
| 99:2,4,11 | 150:10 | 35:19,23 | 132:8 | 56:1 100:9 |
| 99:13 | 151:10,11 | 36:2,3,6,9 | 133:11,21 | 117:12 |
| 117:24 | 152:2,23 | 36:17,21,23 | 133:21,25 | 127:18 |
| 143:1 | 153:22 | 36:25 37:5 | 136:14 | 156:1 |
| 154:13 | 158:12,14 | 37:14,20,24 | 137:25 | **watch** |
| 157:17,17 | 159:11 | 38:9 39:3 | 141:22 | 25:25 51:22 |
| 157:22 | | 39:24 40:6 | 144:1,14 | **watcher** |
| 158:3,12 | ——————— | 40:9,16,20 | 145:10,11 | 89:16 |
| **voting** | **W** | 40:23 41:1 | 146:17 | **watchers** |
| 6:17,20 7:20 | **W** | 41:5,8,10 | 150:1 153:2 | 81:7 |
| 8:8 13:12 | 147:24 148:3 | 41:14,18,22 | 155:17 | **watching** |
| 13:14 14:4 | 148:4 | 41:25 42:4 | 159:14 | 92:14 |
| 15:17 17:17 | **wait** | 42:6,11,13 | **wanted** | **Watson** |
| 20:9,19,22 | 43:16 | **WALLCE** | 8:16,16 73:5 | 104:23 |
| 21:1 23:19 | **waiting** | 2:4 | 79:1 85:21 | **way** |
| | 40:22 | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028312

USA_00016539

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

206

```
3:17  6:14          weight              125:20              152:24              116:17
9:15  11:24         7:13                128:25              153:13              wishing
15:4  20:10         welcome             131:6 135:5         154:22              3:5,11
20:12 22:7          3:2  11:5           135:10              155:3,6,10          withdraw
22:8  23:19          88:25 93:7         140:19              155:14,21           91:15
28:12 29:9           108:21             145:6               156:3,8,18          withstood
33:5  35:1          went                148:17,18           156:21,24           107:15
39:14 66:1          25:14 48:4          152:12              157:10,13           witness
66:8  67:23          72:14 83:6         158:11,16           158:18,20           2:1  3:19
68:3  70:4           87:11 90:19        159:4,14            159:19               16:11 28:17
76:6  81:22          125:3 139:5        we've               whens                32:15 63:15
81:24 84:5           145:2              20:15 24:16         34:3                 84:11 89:9
89:10 90:15          151:22             26:24 28:15         whiskers             89:9 122:24
109:4 112:8          152:23             64:22 65:11         8:17,18 12:8        witnessed
119:8 129:4         weren't             65:18,19             15:13              22:24 89:17
131:2,15            25:10 77:16         67:20 71:17         white                110:12
134:10               82:4 138:25        76:17 79:14         76:14 88:9          witnesses
137:23              west                79:14 84:10          97:9,14            3:6,14,15,18
138:13              49:14 52:25         103:7,11,24          124:22              5:20 11:9
ways                 160:11             105:4,7             125:5                19:16,18
22:20 67:16         we'll               109:18,19           144:18              40:19 63:20
79:6 110:16         3:2,20 32:11        113:12,21           whites               74:15 91:18
119:16,19            61:1 89:10         114:5               88:7                 93:4,17
119:20,22            117:7 121:4        116:11              wholistic           won
120:1                121:4              117:21,23           70:4                107:9 109:20
125:10               122:21            121:2                wholistic...         122:10
131:24               128:7              125:11              129:21               143:4
132:7,22            we're               131:20              wide                 154:13
133:2 145:9         14:3 35:17          132:1,15            75:4 106:5          wonderful
web                  38:10 40:21        139:6               widespread          152:20
37:18,21,23          40:21,22           145:19              14:16 38:24         wondering
 38:17 94:23         44:25 62:22        153:9 154:7          155:20             27:17
 95:2 103:8          64:20 66:8         159:12              157:25,25           word
 103:9 114:6         68:11 70:4        Wharton             wife                 157:6
Wednesday            76:5,19,23         65:13               56:20 59:6         wording
146:22               76:24 77:2        whatever-...          116:21             57:23
weeds                80:1 84:21         150:4               150:25             words
15:24                84:21,21,25       wheel               William             74:8 77:12
week                 85:2 89:1,9        62:22               2:6 56:8,21         83:1
135:24               92:14,20,21       Wheeler             Williams            work
weekend              103:7,10           2:13 141:8          44:1                23:7 50:8
127:7                107:1,14           141:11,13          Wilson               62:7 65:2,3
weeks                109:21             141:14              160:6,11            68:19 71:11
42:22,23             110:4              148:14,20          win                  76:20 80:7
weigh                113:11,21          149:3 150:7         122:1 133:25        89:15
7:24                 115:6              150:11             Wisconsin            111:17
weighed              118:12             151:2,13,25         124:18             112:4 121:2
10:4                 125:17,19          152:8,12,17         wish                131:21
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028313

USA_00016540

Case 2:13-cv-00193 Document 660-35 Filed on 11/11/14 in TXSD Page 12 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 75 of 223

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

207

139:11
150:22
**workable**
133:9
**worked**
72:20,20,22
73:21 80:8
129:5 133:1
144:8
**worker**
134:22
**working**
38:12 66:18
132:11
150:15
**worried**
24:20 28:16
**worry**
52:23,23
133:14
**worse**
142:6
**worth**
35:20 65:12
**wouldn't**
14:20 15:16
25:25 31:2
49:12 98:14
114:17
132:4
158:20
159:11
**wrapping**
114:8 159:14
**write**
119:12
**writing**
104:12
**wrong**
48:12 75:6,6
129:18
**wrongfully**
80:12
**wrote**
7:14 118:18
**WSB**
109:21

**Y**
**yeah**
15:21 18:9
21:17 23:24
24:9,19
29:23 30:3
32:3,11
33:23,23
34:3 46:23
54:7 61:1
63:22 80:23
115:15
133:17
140:25
151:4,22
**year**
50:23 72:25
90:9 96:5
96:10 114:4
121:3 122:9
130:14
146:1,24
147:8
**years**
6:20 9:1
19:1 20:2
20:25 30:20
36:17,18,21
36:22 39:6
39:6 42:7
43:1 48:4
62:1 69:20
70:3 76:10
77:24 79:14
79:25 82:15
83:12 84:10
84:10
105:13
106:5
109:20
112:13,21
130:19
141:15
146:5 147:5
150:16
159:2
**yesteryear**
70:2 81:1

**Yetter**
6:1
**yield**
131:6
**York**
8:15 76:15
**young**
80:11
**you-all**
93:21
**y'all**
72:14 73:2
92:18 101:1
102:1 105:8
106:9,10
112:12
119:2,3

**Z**
**zip**
28:1
**zombies**
14:13

**$**
**$1.4**
35:11
**$1.6**
101:24
108:13
144:19
**$15,000**
101:17
**$170,000**
101:16
**$2**
35:14
**$2,000**
50:23
**$2.1**
144:23
**$30**
128:22
**$550,000**
144:24
**$589,000**
101:9 113:25

$70,000
113:24
**$773,000**
101:17 102:8
**$842,000**
101:25 113:6

**0**
**037**
153:22
**04**
114:12
151:19
**06**
115:23 116:7
116:7
151:19
**08**
114:13,20
126:19
141:18

**1**
**1**
1:8 88:6,7,8
121:25
147:7 160:5
**1st**
4:25 140:16
**1,039**
153:21
**1,200**
95:16 97:21
97:22 99:22
99:23
154:24
**1.2**
97:13
**1.6**
112:22
**10**
70:3 88:7
103:24
104:2
115:23
116:7
124:16
125:6

141:19
152:18
153:3
**10,000**
101:13
**100**
9:1 48:5
87:21
160:23
**100-year-old**
16:4
**101**
48:6
**108**
98:6 99:18
100:22
**11**
1:22 88:7
125:1
**11th**
107:16,19
**11343**
90:22
**12**
142:3 160:11
**12th**
160:18
**12,000**
96:5
**12/31/13**
160:22
**123**
2:12
**13**
20:21
**13,000**
83:22
**13.7**
155:3
**137**
153:24
154:17
**14**
3:20,25 4:1
4:15,17,23
6:2 7:2,19
10:22 19:22



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028314

USA_00016541

VOTER FRAUD HEARING - VOL. 1                          MARCH 1, 2012

208

```
20:23 42:16      1974            93:25 94:5       103:6 108:3          3
56:17,23         66:17,20        96:4 101:9       114:2,20
59:10,18         1993            102:24           115:4,17       3
60:23 61:9       42:19           125:21           116:8 120:7    121:25
62:3,9 64:2                      140:23           120:9 121:7    3,500
89:12 91:15            2         141:18           125:21         48:7
91:16 92:24                      144:20           145:19         3.6
93:3,7           2               145:19,25        146:5,9        98:25
123:1            99:11 126:17    146:1,4,8        148:25         30
141:10             128:6,15      148:25           151:19         42:25 62:1
14th               149:14        149:3,10,15      2011             106:19
14:13 127:17       153:3,4       150:18           1:8,22 83:13     155:1
  127:19         2nd             2007             90:9 160:5     30th
  160:12         97:25 98:4      95:10 96:4       2012           98:7 99:12
14,630,000         99:3,10         97:1 103:6     4:25 112:19    154:13
96:25            2,200           105:2            140:16         30-year
140              96:4            107:17           160:11,18      62:5
97:12            2,500           2008             209            308
141              96:6            6:23 87:17       160:11         97:23 99:18
2:13             2,700             87:23 95:10    21               99:23 100:1
144              96:6            96:4,10          25:10 125:1      100:5
127:1            2.1             97:5,9,12        216,000          154:24
15               98:2 99:6       97:13,15         99:5           328-5557
44:9 48:4          125:24        98:24 99:21      25             160:24
161,000          2.3            101:15            125:3          34,506
126:18           97:14          114:2            25,000          125:23
170              2.5            115:10,12         96:8 103:12    35
114:2            97:15 98:6     144:24            253            88:8 96:25
18                 99:11        145:21,21         84:24            98:8,9
20:25 25:7       2.8            145:25            254              105:7
18,000           153:18,20      147:18           142:3          350,000
97:11            20             150:16           26               99:1
18.7             20:2 36:17     153:17           154:25         36,000
20:22              36:18 52:24  154:12           265            142:12
180                70:3         2009             98:8           381
50:21            2000            6:18 58:21       265,000        98:5,6
189              160:23          96:6 105:2       99:13
98:3             2002            107:19          271                   4
19               145:25 146:7   110:3           98:1,2
2:4 69:18          149:10,14    149:13           154:25         4
  142:6            152:18       2010             272            20:24 97:21
19th             2004            20:21 87:3      98:7             99:2 146:3
8:15             88:3 97:9,11    89:16 96:6      29               152:18
1919               97:13,14     98:4,8           98:9            153:3,4
76:11,13           142:17       99:10           294,000         4th
1950s              143:14       100:22          125:21          97:20
76:13              145:19       101:15                          4,200
                 2006           102:23,24                       96:4
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028315

USA_00016542

Case 2:13-cv-00193 Document 660-35 Filed on 11/11/14 in TXSD Page 14 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 7 of 223

VOTER FRAUD HEARING - VOL. 1                    MARCH 1, 2012

209

4.3
142:9
40
124:19
 130:14,19
400
95:24
400,000
20:24
41
50:6
42
2:5 97:14
43
50:5 124:20
43,000
97:12
45
150:16
46
146:7

_____ 5 _____

5
2:3 103:25
 104:8 128:6
 128:6,17
 130:21
 134:9 146:3
 146:6
50
5:4 68:22
 69:8 140:17
 146:7
50/50
105:24
51
96:9
512
160:24
55
146:9
56
2:6 83:20
57,000
95:15
59

2:7

_____ 6 _____

6
98:9 152:18
 153:3
6:00
144:9
60
5:6,7,8,9
 140:6,8
60,000
95:16 103:13
62
2:8
633
95:14
6352
160:21
64
2:9
65
56:24
690,000
126:1 136:14
 136:22
 137:19
 140:19

_____ 7 _____

7
88:8
7:00
144:10
70
4:25 95:17
 112:13,17
 112:21
 140:16
739
126:25
75
69:8
770
102:7
773
102:10

78701
160:6,12,23

_____ 8 _____

8
97:15 125:5
 152:18
 153:3
80,000
103:13
81
99:13
82
98:2 155:1
82nd
1:5 160:4
83,000
95:15
834,000
97:13
84
94:5
842
102:13
842,000
101:20
 102:19
85
34:7 124:22
873
97:23
89
2:10

_____ 9 _____

90
23:6 83:19
 99:4 117:24
902
154:6
91.2
98:25
92
142:6 146:25
93
2:11
93.4

99:11



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TEXAS HOUSE OF REPRESENTATIVES

82ND LEGISLATURE

SELECT COMMITTEE ON VOTER IDENTIFICATION

AND VOTER FRAUD HEARING

MARCH 1, 2011


VOLUME II OF II







Transcribed by Rhonda Howard, CSR

April 11, 2011



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193   Document 660-35   Filed on 11/11/14 in TXSD   Page 16 of 104
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-2   Filed 06/20/12   Page 79 of 223
Voter Fraud Hearing - Volume 2                                    March 1, 2011

162

EXAMINATION OF WITNESS:

| | |
|---|---|
| Examination of Virginia Townsend | 163 |
| Examination of Fern Mclaugherty | 166 |
| Examination of Bee Whitlock | 171 |
| Examination of Elizabeth Barns | 171 |
| Examination of Mark Williamson | 172 |
| Examination of Anita Previtter | 176 |
| Examination of Kenneth Buelter | 179 |
| Examination of Alan Vera | 181 |
| Examination of Sumit DasGupta | 184 |
| Examination of Jessica Gomez | 186 |
| Examination of Andrew Joseph | 193 |
| Examination of Diana Gorman | 194 |
| Examination of Verona Thornton | 197 |
| Examination of Tonja Michelle Goby Smith | 198 |
| Examination of John O'Brien | 200 |
| Examination of Russ Duerstine | 210 |
| Examination of Toby Moore | 215 |
| Examination of Tova Wang | 228 |
| Examination of Sonia Santana | 251 |
| Examination of Mary Ann Collins | 253 |
| Examination of Rebecca Bradford | 256 |
| Examination of Carol Kitson | 259 |
| Examination of Ramey Ko | 267 |
| Examination of John Woods | 273 |
| Examination of Ann McGeehan | 277 |
| Examination of Rebecca Davio | 316 |
| Examination of David Maxwell | 323 |
| Examination of Justin Levitt | 340 |

REPORTER'S CERTIFICATION PAGE                366



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028318

USA_00016545

Case 2:13-cv-00193 Document 660-35 Filed on 11/11/14 in TXSD Page 17 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 80 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

163

```
 1                (Continued from Volume 1)
 2                CHAIRMAN BONNEN:  Members, we're
 3      going to move to some public testimony, which is
 4      limited to three minutes per witness.  We have, I
 5      believe, if I'm counting correctly, three expert
 6      witnesses left.  We're going to have them by Skype,
 7      which is something I'm unfamiliar with, but we have
 8      a computer expert who will help us do that.  And
 9      when -- when he arrives, which he is not late at
10      all, but when he arrives we'll go back to those
11      expert witnesses who, again, have ten minutes.
12                So let me call Virginia Townsend, court --
13      representing myself [sic] as a private individual
14      court watcher is here to testify for Committee
15      Substitute Senate Bill 14.
16                Mrs. Townsend, if you would state who
17      you're with and -- for the record.
18                VIRGINIA TOWNSEND:  Good afternoon.
19      Virginia Townsend.  I'm with the OWLS, which is
20      Objective Watchers of the Legal System.  I'm from
21      Hidalgo County.  We were here two years ago to
22      testify.  There were hard-working people from
23      Progresso that drove all night to get here.  So they
24      thought they would get a chance to testify, because
25      they live with this every day.  They live on a --
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_001664

TX_00028319

USA_00016546

Case 2:13-cv-00193  Document 660-35  Filed on 11/11/14 in TXSD  Page 18 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 81 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

164

1      right next to Progresso Bridge, so they have people
2      come over from Mexico all the time.  Now, the people
3      who live there all the time know who lives in the
4      town and who does not.  And so they watch the voting
5      process.  And a lot of the people who did not live
6      in this country, who did not live in Progresso --
7      they were allowed to vote.  And one lady was here
8      two years ago, and she wanted to testify to this.
9      And she knew she was putting herself in danger, but
10     she was going to do it, and she was not allowed to
11     testify.  But it does happen.  Voter impersonation,
12     I am sure, is not real common, but it does happen.
13     And especially we on the border, where it's so
14     easy -- I mean, we're just coming across and back
15     and forth, and it's easy if somebody wants to
16     manipulate somebody to make them vote.  So -- but
17     it's not the only problem we have.  That's not all.
18     There's others ways that our -- our election systems
19     are broken like Indiana's was or whomever we take.
20             We need a lot of work on our system and
21     putting laws in place that make us so we are more
22     secure about our voting process.
23             We're in the process right now of losing
24     our confidence, and that's why there's such --
25     everybody -- some people think there's overreaction,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028320

USA_00016547

Case 2:13-cv-00193 Document 660-35 Filed on 11/11/14 in TXSD Page 19 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 82 of 223
Voter Fraud Hearing - Volume 2                           March 1, 2011

                                                                    165

 1    but it isn't.  It's because it's the most important
 2    thing in the world to us to have the security of one
 3    person, one vote.  And we don't see that all the
 4    time.  So we do get a little bit panicky and we do
 5    get a little bit paranoid, but that's -- now, we're
 6    court watchers.  I've been a court watcher for 30
 7    years, so I've been around a long time.  So I --
 8    I -- I've seen good people come in and try to clean
 9    it up, and then something comes and messes it up
10    again.  So I -- I don't know.  We count on you all
11    to know the right thing to do.
12            I am very sorry to see it is partisan.  I
13    was -- don't like partisan, but that's what I see
14    here.  And I believe Representative Veasey said it
15    wasn't partisan, and I kind of went, whoa, not
16    partison, huh?  Well, anyhow, I think it is.  But I
17    don't care about who belongs to what and who's
18    Democrat and who's Republican.  All I care is that
19    we get our system back like it should be where
20    everybody is confident that when they come, it is
21    one person, one vote.  Thanks.
22            CHAIRMAN BONNEN:  Thank you very
23    much, Ms. Townsend.  Any questions, Members?
24    Representative Gutierrez, go ahead.
25            REPRESENTATIVE GUTIERREZ:  Thank you,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028321

USA_00016548

Case 2:13-cv-00193 Document 660-35 Filed on 11/11/14 in TXSD Page 20 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 83 of 223
Voter Fraud Hearing - Volume 2                                    March 1, 2011

166

```
 1      Ms. Townsend.  How -- how did you all get that gal
 2      across the check point last session?
 3                      VIRGINIA TOWNSEND:  Oh.
 4                      REPRESENTATIVE GUTIERREZ:  I was just
 5      wondering.
 6                      VIRGINIA TOWNSEND:  I don't know how
 7      she came on the check point.  I don't know.  I
 8      didn't ask.
 9                      REPRESENTATIVE GUTIERREZ:  Oh, good
10      for her.
11                      VIRGINIA TOWNSEND:  She was with
12      30-some people.  Maybe she just got lost in the
13      bunch.  I don't know.
14                      REPRESENTATIVE GUTIERREZ:  Well,
15      thank you very much for coming.  Thank you, ma'am.
16                      CHAIRMAN BONNEN:  Fern Mclaugherty -
17      I probably messed that up; I apologize - here to
18      testify for Committee Substitute Senate Bill 14.
19                      FERN MCLAUGHERTY:  Fern Mclaugherty.
20      I am for SB-14.  And like I say, it's Mclaugherty.
21                      CHAIRMAN BONNEN:  Uh-huh.
22                      FERN MCLAUGHERTY:  We are to have a
23      driver's license and a CHL.  And I believe they have
24      to be current to be legal.  One cannot be without
25      the other.  They're a team together.  We have to
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028322

USA_00016549

Case 2:13-cv-00193 Document 660-35 Filed on 11/11/14 in TXSD Page 21 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 84 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

167

1    have an I.D. with picture on it to go to Sam's, be a

2    student.  Government jobs, we have picture I.D.

3    Doctor's office.  I saw a lady the other day.  She

4    was in a walker.  She got turned around to go home

5    and get her I.D., because she couldn't see the

6    doctor, because she forgot her -- her driver's

7    license.  Military, passport, Social Security, when

8    you go in there, they want your I.D.  They want a

9    picture I.D. of you.

10           I have been a poll catcher, I have been a

11   judge, and I have been on the ballot board.  And we

12   need to work there a great deal.  We need to work

13   there.  You all need to work on those -- those three

14   positions.

15           We had one -- we have a gentleman that's

16   from Progresso.  He has drawers -- drawers of voter

17   I.D. cards that he pulls out and hands to people,

18   which is that lady that we were talking about that

19   was in the room with you all.  Some of you all were

20   here.  And they stopped them from testifying.  So

21   now I know why sometimes you all never see any,

22   because you don't allow them to testify.  But she

23   was here and was willing to tell you all that this

24   man gave you [sic] one.  Now, not only is she an

25   illegal and she was a lady, but she voted as a man,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028323

USA_00016550

1    because it was a man's name on the card, but nobody

2    noticed that.

3         So like I say, we were here two years ago

4    and it was a -- a little surprising.  And like I

5    said, we don't know how she got across.  She wasn't

6    with us.  But with 33 coming, I guess they just let

7    them come on.  We don't know.

8         Our last elections administrator, the one

9    before we have now, she was indicted and she's pled

10   out.  And so we not only start at the top with

11   things in illegal and working down with things, we

12   start at the top.  We had a Commissioner,

13   Precinct 1, that's in the federal pen --

14   penitentiary right now.  So from Hidalgo County,

15   like I say, we start at the top on and work down.

16        So we would like to have the voter I.D.

17   We go around for the last two years and we've asked

18   the poor people that we meet, we've asked the

19   elderly, "Do you have a problem with the voter I.D.

20   with your picture on it?"  I have yet to have one,

21   not one.  They all say, "Heavens, yes, it would be

22   so much easier."  And the last time I was here, I

23   understand that some of you didn't know where your

24   voter registration cards are.  How many of you know

25   where your driver's license are or your CHL?  I have



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001669

TX_00028324

USA_00016551

Case 2:13-cv-00193  Document 660-35  Filed on 11/11/14 in TXSD  Page 23 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 86 of 223
Voter Fraud Hearing - Volume 2                              March 1, 2011

169

1      both of them.  When I came in the building today I

2      handed him my CHL, and I got right on through.

3              Today someone stated that being 70 years

4      old, I believe, that you don't need a -- a picture

5      I.D.  Don't you still have to have one for like

6      Social Security, Medicare, Medicaid, whatever?  So

7      I'm 62.  I'm trying to figure out how old I am.  I'm

8      either 62 or going to be 63, somewhere in there.  So

9      that means when I get to be 70, my driver's license

10     and my CHL, I won't need?  I'll be able to carry

11     them; that's the age I'll be --

12              CHAIRMAN BONNEN:  Thank you.  Your

13     time is up.

14              FERN MCLAUGHERTY:  Okay.  Thank you.

15     I do appreciate it.  And we do want the voter I.D.

16              CHAIRMAN BONNEN:  Thank you.  Any

17     questions, Members?

18              Bee Whitlock here to testify for the

19     Committee Substitute Senate Rule 4.

20              UNIDENTIFIED REPRESENTATIVE:  Bob?

21              CHAIRMAN BONNEN:  Yes.

22              UNIDENTIFIED REPRESENTATIVE:  I have

23     a question of Ms. Harless, since this is her bill.

24     With respect to the 70 requirement --

25              CHAIRMAN BONNEN:  Right.



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028325

USA_00016552

Case 2:13-cv-00193 Document 660-35 Filed on 11/11/14 in TXSD Page 24 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 8 of 223
Voter Fraud Hearing - Volume 2                          March 1, 2011

170

```
 1                    UNIDENTIFIED REPRESENTATIVE:  --

 2        could you explain how that works for the record,

 3        please.

 4                    REPRESENTATIVE HARLESS:  The 70

 5        requirement was put on in the Senate.  And the

 6        thought process was that -- that members, citizens,

 7        that were of the age 70 become less active in -- for

 8        the record, any of my friends that are in the room

 9        that are 70, 80 or 90, please don't hold that

10        against me.  It was not my statement.  But that's a

11        time in their life where they have a tendency to be

12        less active, and we wanted them to have the

13        provision of the exemption.

14                    UNIDENTIFIED REPRESENTATIVE:  And --

15        and the exemption, as I understand it, is actually

16        going to -- the group is actually going to grow

17        smaller --

18                    REPRESENTATIVE HARLESS:  Yes.

19                    UNIDENTIFIED REPRESENTATIVE:  --

20        through attrition.  Is that right?

21                    REPRESENTATIVE HARLESS:  That's

22        exactly right.

23                    UNIDENTIFIED REPRESENTATIVE:  All

24        right.  Thank you.

25                    CHAIRMAN BONNEN:  Mrs. Whitlock.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 660-35 Filed on 11/11/14 in TXSD Page 25 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 88 of 223
Voter Fraud Hearing - Volume 2                     March 1, 2011

171

```
 1              BEE WHITLOCK:  Yes.  Bee Whitlock,
 2     I'm from Hidalgo, and I'm also with the House.  And
 3     I know you all don't understand the way we live in
 4     Hidalgo County, but it's -- it's just terrible.  We
 5     really have a problem.  And we've got expired
 6     people voting.  And I'm soon -- going soon to be 80,
 7     and I don't feel like I need to be cut down on
 8     anything.  So -- and every time I go to the doctor I
 9     have to show my I.D.  I go get a prescription, I
10     have to show my I.D.  So we're just for it and want
11     to go through it real bad.  Thank you.
12              CHAIRMAN BONNEN:  Thank you very
13     much.
14              Questions, Members?  Thank you.
15              Elizabeth Barns here to testify for
16     Committee Substitute Senate Rule 4.
17              ELIZABETH BARNS:  Afternoon.  My name
18     ois Beth Barns or Elizabeth Barns.  And I'm with the
19     OWLS, and I'm also from Hidalgo County.
20              Voter I.D, what a concept.  We live in the
21     Rio Grande Valley where there's a big problem.  I
22     worked the 2010 election this year, finding out
23     many, many things.
24              First of all, we had people come in with
25     no I.D., I don't have a driver's license, I don't
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028327

USA_00016554

Case 2:13-cv-00193 Document 660-35 Filed on 11/11/14 in TXSD Page 26 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 89 of 223
Voter Fraud Hearing - Volume 2                          March 1, 2011

172

```
 1    have my voter registration card, but my name is.  We
 2    found them.
 3              We have driver's license -- we can -- one
 4    young man came in with a Mexican driver's license.
 5    He was in the system.  No picture or his year --
 6    birthdate was not there.  We couldn't verify that.
 7              Then we had another gentleman come in,
 8    California driver's license with a La Joya, Texas,
 9    address.  Who knows.
10              Illegals are a problem.  They come across
11    the river for the better life that we can offer.
12    Some of them don't get out of the Valley, and they
13    stay there.  Well, some of them have been there for
14    20 or 25 years.  They somehow get a driver's license
15    and other identification -- pieces of identification
16    and the voter I.D. card.  They come in and vote.
17              We just don't know what to do with it
18    anymore, but we do very much want to have the photo
19    voter I.D. card.  Thank you.
20              CHAIRMAN BONNEN:  Thank you.  Okay.
21    Mark Williamson, Minister Federal Intercessors, is
22    here to testify for the Committee Substitute Senate
23    Bill 4.
24              MARK WILLIAMSON:  Thank you.  I was
25    here two years ago with the Senate, and that was
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028328

USA_00016555

Case 2:13-cv-00193 Document 660-35 Filed on 11/11/14 in TXSD Page 27 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 90 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

173

```
 1     quite an exercise, but glad to be back, honored to
 2     be here and to testify on behalf of the voter I.D.
 3     bill.
 4              I'm an ordained minister dealing primarily
 5     with dozens of United States Congressmen in
 6     Washington, D.C.  I recently served as the guest
 7     chaplain of the U.S. House of Representatives just a
 8     couple weeks ago.  I approached this perhaps
 9     differently than most, being a citizen of Texas and
10     also a minister focusing on God's design for the
11     federal government.  Based on the truth of
12     scripture, our federal and state constitutions, I
13     submit it is imperative to pass this legislation and
14     to vote against it is a dereliction of one's duty.
15     It's time to secure the vote.
16              The Biblical command to do everything
17     decently and in order is not just a rule for
18     churches; it is a life principle.  And it is a
19     principle particularly applicable to civil
20     government and its processes.  Romans 13 says that
21     civil rulers, and that includes you Representatives,
22     are the ministers of God to reward good and punish
23     evil.  You are stewards before God with a great
24     weight of responsibility and opportunity that you
25     will answer for.  And do not take it lightly.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028329

USA_00016556

Case 2:13-cv-00193  Document 660-35  Filed on 11/11/14 in TXSD  Page 28 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 91 of 223
Voter Fraud Hearing - Volume 2                          March 1, 2011

174

```
 1              To all the Members of the House, I would
 2      urge you to not reduce yourself or your position so
 3      as to compromise commonsense and integrity in our
 4      election process.  It is time to secure the vote.
 5      God is a God of standards and boundaries from
 6      Mt. Sinai to the borders of nations to the
 7      boundaries of one man one woman marriage and
 8      salvation through Jesus Christ alone.
 9              Do not ignore the principle.  Let there be
10      one standard universally applied so that all who
11      vote are legitimate, qualified and identified
12      voters.  A photo I.D. is not too much to ask to
13      secure our vote.  And how would it be done if not
14      through the simplicity of a photo I.D.?  A photo
15      I.D. is not an unbearable burden when one can't
16      function in our modern society without it.  The
17      argument that a photo I.D remains an undue burden in
18      light of all the safeguards already in this bill to
19      protect the rights of everyone is now only a
20      distraction unworthy of serious discussion among
21      rational adults.
22              The Bible also states that whoever resists
23      the ordinances of God and, by implication, His
24      standards of integrity will bring judgment on
25      themselves.  And that goes for both citizens and
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028330

USA_00016557

Case 2:13-cv-00193 Document 660-35 Filed on 11/11/14 in TXSD Page 29 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 92 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

175

1    rulers.  God hates unjust weights and measures, the

2    double standard that defines the lack of integrity.

3    That means He is for single universally-applied

4    standard equal for and protective of everyone, the

5    Electorate as a whole, not just partisan

6    constituencies.

7            I urge you to set a meaningful standard,

8    set a standard against fraud and abuse of a sacred

9    process, secure our votes and our elections.  Even

10   if I, for whatever reason, were unable to produce my

11   driver's license at the polling booth, I would

12   gladly sacrifice my vote to be confident that the

13   Electoral process was sound and secure, no matter

14   the outcome.

15           CHAIRMAN BONNEN:  Sir --

16           MARK WILLIAMSON:  Yes.

17           CHAIRMAN BONNEN:  -- your time is up.

18           MARK WILLIAMSON:  Okay.  I was just

19   about to close anyway.

20           CHAIRMAN BONNEN:  Thank you very

21   much.

22           MARK WILLIAMSON:  Thank you very

23   much.  God bless you.

24           UNIDENTIFIED REPRESENTATIVE:  Thank

25   you.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028331

USA_00016558

Case 2:13-cv-00193  Document 660-35  Filed on 11/11/14 in TXSD  Page 30 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 93 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

176

```
 1                    MARK WILLIAMSON:  And God bless

 2      Texas.

 3                    CHAIRMAN BONNEN:  Thank you.

 4             Sir, could you come back and state your

 5      name on the record.

 6                    MARK WILLIAMSON:  I'm sorry.  Mark

 7      Williamson, Katy, Texas.

 8                    CHAIRMAN BONNEN:  Thank you.

 9             John Marler here to testify for the

10      Committee Substitute Senate Bill 14.  John

11      M-A-R-L-E-R.  Okay.

12             Anita Previtter with the League of Women

13      Voters of Texas here to testify against the

14      Committee Substitute to Senate Bill 14.

15                    UNIDENTIFIED REPRESENTATIVE:  We're

16      trying to get back to the expert witnesses in about

17      15 minutes here.

18                    CHAIRMAN BONNEN:  (Inaudible).

19                    ANITA PRIVETT:  Thank you for this

20      opportunity.  My name is Anita Privett.  I'm the

21      Advocacy Vice President for the League of Women

22      Voters of Texas.  And I think most of you know about

23      the League's long history of 90-plus years of

24      working on things like voter education.  We really

25      believe that civic engagement is extremely
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001677

TX_00028332

USA_00016559

Case 2:13-cv-00193 Document 660-35 Filed on 11/11/14 in TXSD Page 31 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 94 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

177

 1     important.

 2               Of those without -- I just have a few

 3     points to make, because you had heard a lot already.

 4     Of those without a driver's license, it's estimated

 5     that more than 70 percent of them are women and over

 6     one-third are seniors.  Unless they happen to have a

 7     less common form of acceptable I.D., these

 8     individuals could include any who turn 70 over --

 9     after January 1st, 2012, which I happen to one of

10     those.  I'll be turning 70 next year.  And I assure

11     you that I have a passport and a driver's license

12     today.  But I know a day will come when I don't

13     have.  And my kids live in Kentucky, and I don't

14     want to live in Kentucky; it's cold.  So I may not

15     have the easy access to being able to get an I.D.

16     that it -- that you have if you have a child nearby

17     who can take you to get those I.D.s.  We believe

18     that that's going to be a problem for quite a number

19     of seniors, as well as women.

20               Remember that -- that people have to keep

21     current an I.D., not just have one at one point in

22     time.  Obtaining and renewing a photo I.D. would be

23     most difficult for those who do not drive and who do

24     not already have the supporting documents that are

25     required.  SB-14 gives voters new reasons to worry



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001678

TX_00028333

USA_00016560

Case 2:13-cv-00193  Document 660-35  Filed on 11/11/14 in TXSD  Page 32 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 95 of 223

Voter Fraud Hearing - Volume 2                    March 1, 2011

178

1      that discrepancies between I.D. and the precinct

2      list would disqualify them from voting a regular

3      ballot.  Discrepancies in name tend to be more

4      common for women who may change their name if they

5      marry, divorce or remarry.

6              The real problem in Texas is not voter

7      impersonation.  It is low voter turnout.  Texas

8      ranked 50th among the states in voter turnout in

9      2010.  No state had a lower turnout than Texas.

10             Each election The League of Women Voters

11     fields a lot of questions from voters.  They call

12     our offices and ask questions.  If we can't give

13     them simple, clear answers they decide not to vote.

14             This voter I.D. requirement is going to

15     make it very difficult for people to really

16     understand what their options are.  There are too

17     many options in some ways and there aren't enough in

18     others, but it's going to be confusing and people

19     are going to be intimidated by it.

20             Stricter photo identification requirements

21     are not what Texas needs.  Further implementing

22     these needless requirements would involve expensive

23     new government programs to provide and renew photo

24     I.D.s for meeting --

25             CHAIRMAN BONNEN:  Ma'am, I'm sorry.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028334

USA_00016561

Case 2:13-cv-00193 Document 660-35 Filed on 11/11/14 in TXSD Page 33 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 96 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

179

1      Your time is up.  Any questions, Members?

2                  ANITA PRIVETT:  Okay.

3                  CHAIRMAN BONNEN:  Representative

4      Harless has a question.

5                  REPRESENTATIVE HARLESS:  To let you

6      know, there is a provision in the bill that allows

7      for ongoing training in the discrepancies of names

8      and for that person to be able to cast their ballot.

9                  ANITA PRIVETT:  Provisional ballot?

10                 REPRESENTATIVE HARLESS:  No, a

11     regular ballot.

12                 ANITA PRIVETT:  Well, that's good to

13     know.  I didn't know that.

14                 REPRESENTATIVE HARLESS:  They sign an

15     affidavit saying, you know, when you've changed a

16     name.  If you were married or left off an initial,

17     there's a provision in there.

18                 ANITA PRIVETT:  I'm sorry.  I didn't

19     realize that that change had been made.

20                 CHAIRMAN BONNEN:  Thank you.

21          Kenneth Buelter, B-U-E-L-T-E-R, Goliad

22     County, Republican Party, here to testify for the

23     Committee Substitute Senate Bill 14.

24                 MR. BUELTER:  Thank you, Chairman

25     Bonnen and Committee.  I'm here today --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001680

TX_00028335

USA_00016562

```
 1                    CHAIRMAN BONNEN:  Could you please
 2        state your name.
 3                    MR. BUELTER:  Kenneth Buelter, Goliad
 4        County, Republican party, here to testify for Senate
 5        Bill -- or the substitute for sub -- Senate Bill 14.
 6                    Chairman, I appreciate the opportunity to
 7        be here today.  I am in a county that, as
 8        Representative Aliseda, who is my new
 9        representative -- and I appreciate his questions
10        that he's put forward to all the witnesses today --
11        in a county that's very near something that he
12        mentioned earlier.  Goliad County registered voters
13        for the general election in 2010 that we just had
14        are 5,552.  Goliad is a small county in South Texas,
15        near Victoria.  Our Census data just released in the
16        last few weeks for Goliad County shows a total
17        voting age population over the age of 18 at 5,562.
18        That means I have 99.82 percent of available
19        registered voters in Goliad County registered.  I do
20        not believe that to be truthful.
21                    However, this voter I.D. bill gives us all
22        the opportunity that when my election judges at each
23        election have to verify those voters that they can
24        have an easy method of verifying that by having them
25        present a photo I.D. that shows that judge who they
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028336

USA_00016563

Case 2:13-cv-00193 Document 660-35 Filed on 11/11/14 in TXSD Page 35 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 98 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

181

1    are and why they should be able to have the

2    privilege to cast a ballot in that election.  Thank

3    you.

4              CHAIRMAN BONNEN:  Questions, Members?

5    Thank you.  Appreciate your being here.

6              Alan Vera here testifying on behalf of

7    himself for the Committee Substitute Senate Bill 14.

8              ALAN VERA:  My name is Alan Vera.  I

9    represent myself and probably a half dozen other

10   old, cranky Vietnam vets.  I'm here to speak for the

11   Committee Substitute voter I.D. photo bill.

12             Last November, I volunteered to serve as

13   an alternate judge for the general election.  My

14   presiding judge assigned me to work the voter

15   registration booth to sign in voters for precinct.

16   There were three incidents in my assigned precinct

17   that I think you should know about.

18             The first was fairly benign.  I had a

19   voter approach me and hold out three voter

20   registration cards made out to her name in various

21   forms.  She asked me which one she should use.  She

22   was not trying to commit voter fraud.  She simply

23   needed guidance, because she had received three

24   separate voter cards.

25             The other two incidents were far more



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028337

USA_00016564

Case 2:13-cv-00193 Document 660-35 Filed on 11/11/14 in TXSD Page 36 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 99 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

182

1    serious.  I'm very meticulous, almost to the point

2    of being anal.  I took the job very seriously my

3    first time working the polls, took all the courses,

4    read all the books, even went through the Texas

5    Election Code, all thousand pages of it.  By law, I

6    was accepting all forms of I.D. allowed by the

7    Election Code, putting aside my personal opinions,

8    including utility bills, expired out-of-state

9    driver's licenses, et cetera.

10         Around noon, I had a voter present me a

11   valid voter I.D. card.  When I went to find her name

12   in the book, I found she had already voted that day,

13   or, rather, someone else had voted in her name.  And

14   I was the one who let that person vote, using some

15   other form of I.D.  I informed her of the problem.

16   She was understandably annoyed and irritated.  She

17   offered her driver's license to prove she was the

18   person she claimed to be.  I called the presiding

19   judge, who reviewed the situation, called the County

20   for a ruling, and we allowed that woman to vote

21   provisionally, but she was told her vote probably

22   would not count.  We had disenfranchised a Texas

23   voter in a minority area.

24         It happened again at 4:00 p.m. under

25   identical circumstances.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028338

USA_00016565

Case 2:13-cv-00193   Document 660-25   Filed on 11/11/14 in TXSD   Page 37 of 104
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-2   Filed 06/20/12   Page 100 of 223
Voter Fraud Hearing - Volume 2                           March 1, 2011

183

1           Later that evening, I met with other

2      judges and poll watchers to compare notes, and my

3      incident was not by any means isolated.  This

4      occurred regularly and frequently throughout the

5      day.

6           By allowing too wide a range of acceptable

7      I.D. cards for voting, our current process is

8      disenfranchising legitimate voters, perhaps not

9      intentionally.  But at least, in my experience, two

10     voters were denied the right to vote.  Okay?

11          I'm sure that we all have, in good

12     conscious, a desire to let everyone vote and vote

13     correctly.  But our current unstructured,

14     undisciplined form of voter I.D. is actually

15     contributing to disenfranchisement.

16          In the spirit of full disclosure and

17     fairness, I will tell you that I worked those polls

18     under the guidance of True The Vote, which is

19     organized by King Street Patriots in Harris County.

20     It's a citizen-led initiative to educate citizens

21     and train them to be poll workers, poll watchers for

22     their party candidate or further issues.  And I was

23     one of the trainers involved, which is why I had to

24     read all thousand pages of the Texas Election Code.

25          Thank you.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001684

TX_00028339

USA_00016566

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 38 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 101 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

184

```
 1            Any questions?
 2                 CHAIRMAN BONNEN:  Thank you.
 3       Members, any questions?  Thank you.
 4                 Sumit DasGupta, D-A-S-G-U-P-T-A, Network
 5       of Asian Organizers, here to testify against
 6       Committee Substitute to Senate Bill 14.
 7                 SUMIT DASGUPTA:  Mr. Chairman,
 8       honorable Representatives, I am Sumit DasGupta, and
 9       I stand before you as the Vice President of
10       Political Affairs of the Network of Asian
11       Organizations, NAO -- AO for short, to express some
12       fear on NAO's 15 organizations in the Greater Austin
13       area, our deepest reservations about this voter I.D.
14       bill.
15                 As a private citizen - it will come up
16       later on when I talk about some of the details - I'm
17       also a computer scientist and an executive at a
18       small company that's involved in chip design and
19       manufacturing.  In my role at NAO, I've done
20       sufficient research which leads me to the conclusion
21       that can best be summarized by the statements, is
22       this a solution looking for a problem?  And if
23       there's a problem, where is the sufficient evidence?
24                 Allow me to express my concerns by
25       punctuating my reservations with some personal
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028340

USA_00016567

Case 2:13-cv-00193   Document 660-25   Filed on 11/11/14 in TXSD   Page 39 of 104
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-2   Filed 06/20/12   Page 102 of 223
Voter Fraud Hearing - Volume 2                     March 1, 2011

185

 1          anecdotes and observations.

 2                  I arrived in the U.S. in 1967 as a

 3          graduate student and a teaching assistant, so I had

 4          to get a Social Security card, which I did, so that

 5          I could get paid.  I got my Social Security card and

 6          promptly forgot some nuanced changes in the last

 7          name, which I ran up against this last September

 8          when I had to register for Medicare.  I turned 65 in

 9          October.

10                  So I noticed that my last name was not

11          spelled DasGupta, single word with capital D and

12          capital G, but instead two words, D-A-S capital D,

13          and Gupta, capital G.  I then remembered that this

14          is an artifact of mainframe programs of the 1960s.

15          That's been fixed now.  But that -- that artifact

16          still exists in Social Security records.

17                  And so as part of the registration, I

18          tried to get my name changed to the proper name.  I

19          am sorry to tell you, I'm still trying and results

20          are still incomplete.  Okay?

21                  So just for your information, I've spent

22          25 of my 40-year career at IBM designing mainframes

23          and programming mainframes, so that's some of the

24          problems that we're still faced with because the

25          data itself goes back to the '60s.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028341

USA_00016568

Case 2:13-cv-00193  Document 660-25  Filed on 11/11/14 in TXSD  Page 40 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 103 of 223
Voter Fraud Hearing - Volume 2                        March 1, 2011

186

```
 1              So if such a discrepancy that I just gave
 2      you showed up between your voter rules and whatever
 3      I.D. I have to show during a vote, is that
 4      sufficient reason for me to get rejected?  That's
 5      one example.
 6              That was my last name.  Let's talk about
 7      my first name.  It is Sumit, S-U-M-I-T.  Can you
 8      guess how many times in these 40-plus years I've
 9      been in this country where I've been called Summit,
10      S-U-M-M-I-T, and spelled that way?  And received
11      mail addressed to Summit DasGupta.  With a smile and
12      a joke, I reminded everybody that I am still, at 65,
13      one M short of the top.
14              CHAIRMAN BONNEN:  I apologize, but
15      your time is up.
16              SUMIT DASGUPTA:  Okay.  Thank you.
17              CHAIRMAN BONNEN:  Thank you.  Any
18      questions, Members?  Thank you.
19              Sylvia Guzman, Amigos dos de Patriots,
20      here to testify for the Committee Substitute Senate
21      Bill 14.
22              Jessica Gomez representing Disability
23      Rights of Texas, formally Advocacy, Inc., neutral on
24      the Committee Substitute to Senate Bill 14.
25              JESSICA GOMEZ:  Good afternoon.  My
```



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028342

USA_00016569

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 41 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 104 of 223
Voter Fraud Hearing - Volume 2                               March 1, 2011

187

1      name is Jessica Gomez, and I am a voting rights

2      policy specialist at Disability Rights Texas,

3      formally known as Advocacy, Inc.  Under the Help

4      America Vote Act, Disability Rights Texas is charged

5      with ensuring the full inclusion of people with

6      disabilities in the electoral process.  Thank you

7      for the opportunity to testify on the Committee

8      Substitute before us today.

9            The disability exemption included in the

10     bill before the committee is absolutely necessary.

11     And we thank you, Representative Harless, for

12     including it and Senator Patrick for introducing it

13     in the Senate.

14           People with disabilities are some of the

15     least likely to have photo I.D.s.  Many people are

16     unable to work due to the severity of their

17     disability and often unable to drive, and they rely

18     on others to assist them with the activities that

19     require photo I.D.s, such as banking.  They live on

20     fixed incomes and face numerous transportation

21     challenges, especially those that live in rural

22     areas.  Yet, despite these challenges, people with

23     disabilities look forward to election day when they

24     are able to visit their neighborhood polling place

25     and cast a vote alongside the rest of their



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028343

USA_00016570

Case 2:13-cv-00193  Document 660-25  Filed on 11/11/14 in TXSD  Page 42 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 105 of 223

Voter Fraud Hearing - Volume 2                          March 1, 2011

188

1     community.  Let's make sure that when they get there

2     we do not turn them away because their disability

3     has prevented them from obtaining a photo I.D.

4            I did want to address -- address previous

5     testimony that you have to have a photo I.D. in

6     order to receive disability benefits in the State of

7     Texas or Social Security or veterans benefits.  That

8     is untrue.  According to policy and procedure

9     manuals from Health and Human Services Commission,

10    you do have to prove your identity, but it does not

11    have to be in the form of photo identifying.  There

12    are many other ways to verify your identity.  And

13    photo I.D.s issued by DPS is not required to receive

14    Social Security benefits or veteran benefits on the

15    basis of a disability.

16            We also need to ensure that people with

17    disabilities and others know about the new

18    requirements and the exemption by putting more

19    behind voter education than the $2 million in the

20    current fiscal note.  It is simply irresponsible

21    policymaking to pass a bill with a fiscal note that

22    we know is inadequate, especially when the State is

23    poised to cut programs and services that people with

24    disabilities rely on to live.

25            Consider that the State spent $3.5 million



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028344

USA_00016571

Voter Fraud Hearing - Volume 2                          March 1, 2011

189

```
 1        annually educating voters about the new voting

 2        systems when the Help America Vote Act passed in

 3        2002.  How, then, is two million dollars sufficient

 4        to inform voters of the drastic eligibility changes

 5        proposed in SB-14?

 6               With a large geographic size and rural

 7        population, Texas should create mobile outreach and

 8        I.D. units that can travel to rural areas and

 9        educate people about the new requirements and give

10        them the necessary identification, like Missouri

11        did.  This is especially important with people with

12        disability and low income individuals, who are less

13        likely to have access to traditional media outlets.

14        If the intent of this bill is to protect the

15        integrity of the electoral process and not to

16        disenfranchise otherwise eligible voters, prove it

17        to Texans by funding appropriate voter outreach.

18        Thank you.

19               CHAIRMAN BONNEN:  Thank you.  Any

20        questions, Members?  Representative Harless has a

21        question.

22               REPRESENTATIVE HARLESS:  Thank you

23        for being here.  And you saw the Committee

24        Substitute where we put in there if they can't have

25        the current forms of I.D. then they would be exempt
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028345

USA_00016572

Case 2:13-cv-00193   Document 660-25   Filed on 11/11/14 in TXSD   Page 44 of 104
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-2   Filed 06/20/12   Page 107 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

190

```
1    under the language that you helped us write.

2            Did you also see in the fiscal note that

3    they added additional money for technology for

4    certain disabilities?

5            JESSICA GOMEZ:  No, I did not.  Would

6    you --

7            REPRESENTATIVE HARLESS:  They --

8    it's -- it's on Page 3 of the fiscal note and it

9    talks about technology.  They added an additional

10   $24,000, and they anticipate that there will be --

11   there -- we'll have testimony about the Help America

12   Vote Act, but they did add an additional $24,000 in

13   there.

14           JESSICA GOMEZ:  That's really great

15   to hear.  And would that $24,000 also come from HABA

16   funds?

17           REPRESENTATIVE HARLESS:  In here

18   we -- we have a copy of it.  We can get you -- it

19   doesn't spell out specifically.  It says the

20   Secretary of -- indicates the federal funds

21   associated with Help America Act [sic] may be

22   available for use, but the agency would first need

23   to verify this with the federal government.  And

24   we're going to have someone from the Secretary of

25   State testifying later.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028346

USA_00016573

Case 2:13-cv-00193   Document 660-25   Filed on 11/11/14 in TXSD   Page 45 of 104
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-2   Filed 06/20/12   Page 108 of 223
Voter Fraud Hearing - Volume 2                        March 1, 2011

191

```
 1                   JESSICA GOMEZ:  Great.  That's --
 2       that's wonderful to hear.  I'm very glad that that
 3       was included.  However, I would caution Committee
 4       Members that the Help America Vote Act funds have
 5       been eliminated in the President's budget.  So we
 6       will likely not be seeing anymore of these.  Let's
 7       make sure that we don't spend the last of those
 8       funds on this and that we reserve some to educate
 9       voters about other important things.
10                   CHAIRMAN BONNEN:  Thank you.
11       Representative Aliseda.
12                   REPRESENTATIVE ALISEDA:  Perhaps this
13       question should go to Representative Harless, but
14       our version of course today is different than the
15       Senate's version, is that not correct, with respect
16       to the disabled?
17             The Senate version has a doctor's note
18       would qualify for an exemption or requirement for
19       the voter identification.
20             In this version, I believe we're using
21       language that you proposed, which says that a
22       social -- a letter from the Social Security
23       Administration would be sufficient.  Is that
24       correct?
25                   REPRESENTATIVE HARLESS:  That is
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028347

USA_00016574

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 46 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 109 of 223
Voter Fraud Hearing - Volume 2                          March 1, 2011

192

```
 1    correct.

 2                   REPRESENTATIVE ALISEDA:  And when you

 3    talked to me about it, I expressed some concerns

 4    about doctors' notes, because we've seen what

 5    doctors' notes do in Wisconsin, for example.

 6                   REPRESENTATIVE HARLESS:  That is

 7    correct.

 8                   REPRESENTATIVE ALISEDA:  All right.

 9    I have no further questions.  Thank you.

10                   REPRESENTATIVE HARLESS:  Excuse me.

11    Could I clarify?

12                   CHAIRMAN BONNEN:  Okay.  Do you have

13    a question of the witness?

14                   REPRESENTATIVE HARLESS:  No.  I

15    wanted to clarify.

16                   CHAIRMAN BONNEN:  Thank you for being

17    here.  Go ahead, Representative Harless.

18                   REPRESENTATIVE HARLESS:  It does --

19    it does say a doctor's -- it does spell out

20    specifically the language, but only if they don't

21    have one of the six forms of I.D., and that was open

22    before.  Everyone was exempt with disabilities.  Now

23    it says if they have one of the six forms of I.D.

24    then...

25                   CHAIRMAN BONNEN:  Andrew Joseph, U.T.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028348

USA_00016575

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 47 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 116 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

193

1     student, here testifying against Committee

2     Substitute Senate Bill 14.

3              Mr. Joseph, I need you to completely fill

4     out the witness affirmation, if you would.  I need

5     your address and your phone number on this form.  No

6     problem.  Not a big deal.  We just need to get it

7     done.

8              ANDREW JOSEPH:  Name is Andrew

9     Joseph.  I'm a student at U.T. currently, and I'm a

10    fairly heavy utilizer of public transit.  And I feel

11    that this bill -- I mean, the way it's proposed is

12    essentially in a way relegating us to second class

13    citizens where, you know, we -- you know, we have

14    student I.D.s.  And we will not be able to use those

15    student I.D.s whenever -- despite the large number

16    of voter registration efforts that are ongoing on

17    campus at any given time.  And I feel that as public

18    transit users we are not really given any kind of

19    consideration.

20             You know, it's assumed that just everybody

21    should have a driver's license.  But you rely on

22    public transit, as I have many friends and

23    colleagues that do quite often, it's not necessary

24    that you have a driver's license.  And even though I

25    know that there are other forms provided, the idea



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028349

USA_00016576

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 48 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 111 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

194

```
1    that this shall be very cumbersome on people to
2    find, you know, these forms of identification, I
3    think just puts the perception out there that --
4    that, you know, the purpose of the bill is for
5    disenfranchisement.  I think just the perception of
6    that is dangerous.  I think that, you know, other
7    suggestions have been given, such as improving the
8    databases, such as, you know, having a -- you know,
9    day voting registration.  I think that -- if those
10   policies were instituted instead of this policy, I
11   think that those concerns would be alleviated.
12   And as I've heard, you know, the Secretary of State
13   from Indiana said that -- that people would become
14   more comfortable allowing various proposals to be
15   floated if these measures were passed.  But I don't
16   see why we should have to appease certain groups of
17   people in order to exercise our basic rights as
18   citizens.  And with that, I'm...
19            CHAIRMAN BONNEN:  Members?  Thank
20   you.  If you would, please, get that filled out
21   correctly.
22        Diana Gorman, a travel agent representing
23   herself, here to testify for Committee Substitute
24   Senate Bill 14.
25            DIANA GORMAN:  Hi.  I'm Diane Gorman,
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028350

USA_00016577

Case 2:13-cv-00193  Document 660-25  Filed on 11/11/14 in TXSD  Page 49 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 112 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

195

1    and I live in Dallas.  Came from the Rio Grande

2    Valley, so...

3           I just -- thank you, first of all, for

4    letting me speak.  But I was sitting out there

5    listening to some of the previous experts, and I was

6    very saddened by some things I heard.  And it

7    prompted me to want to come up here.  So something I

8    wrote, voter fraud comes in all colors and poor

9    people come in all colors, too.  This is not a

10   minority or economic issue, and I'm offended by

11   those who try to pretend it is.  I have a friend who

12   called and asked me to vote for her because she was

13   out of town and became very upset with me because I

14   wouldn't do it.  She was a Caucasian, a professional

15   and a Republican, so this should not be a Democrat

16   versus Republican or minority versus non-minority

17   issue.  This is about protection of the privileges

18   and rights of each and every citizen to have their

19   vote really mean something.

20          This past year I volunteered in the

21   campaign of Debbie Carter (phonetic), who is an

22   African American -- at least that's how some people

23   may see her.  But to me she is an American, an

24   unhyphenated American, just like I am.  And she is

25   also a Republican.  While calling to encourage



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 50 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 113 of 223
Voter Fraud Hearing - Volume 2                                    March 1, 2011

196

1    people to vote for her, I encountered quite a few

2    instances of people who asked, "Why vote?  My vote

3    doesn't matter anymore."  They were intimidated,

4    which seems to be the keyword around here today.

5    They were intimidated and kept away from the polls

6    because of voter fraud.  They felt like their vote

7    didn't really count; there was too many other people

8    that voted illegally.

9          It is extremely offensive to be called, in

10   essence, a racist just because we have a different

11   point of view, just because we want to ensure that

12   the voters' votes are not diluted by fraudulent

13   voting.

14         I personally don't think this bill is

15   strong enough.  I am a proponent of fingerprint

16   voting, but this bill is at least a step in the

17   right direction.

18         I would like to add that I was a recipient

19   of the E-mail that was mentioned earlier about some

20   polling places not being safe.  As a woman who is

21   new to Dallas, I very much appreciated that E-mail

22   warning me before I volunteered to work at nights in

23   a high crime area.  Thank you very much.

24              CHAIRMAN BONNEN:  Ma'am?  Are there

25   any questions, Members?  Thank you.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028352

USA_00016579

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 51 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 114 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

197

1          Verona Thornton, online retailer, self

2     employed, here to testify for the Committee

3     Substitute to House -- Senate Bill 14.

4          VERONICA THORNTON:  I'm Veronica

5     [sic] Thornton, and I support SB-14.  I wanted to

6     testify, because I take issue with the race beating

7     that I see here that -- that I'm hearing from these

8     testimonies today.  I'm a black woman, but I'm

9     looking at this from a different point of view from

10    regular American black people.

11         I'm a naturalized citizen, and I've been

12    in this country since 1975.  I became naturalized

13    and I've worked as a clerk and as a judge in the

14    polling place.  And I don't understand why this race

15    beating has to go on.  It's an insult to the black

16    community.  And this victim mentality need [sic] to

17    stop.

18         Everybody has some kind of I.D.  And it

19    seems like there are a lot of provisions that are in

20    this bill that I don't even think should have been

21    there.  But I think it's liberal enough for everyone

22    to be satisfied with -- with this bill.

23         People need I.D.s to do practically

24    everything.  If you go to Wal-Mart you cannot get

25    your medicine without showing some kind of I.D.  And



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028353

USA_00016580

Case 2:13-cv-00193  Document 660-25  Filed on 11/11/14 in TXSD  Page 52 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 115 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

198

1        so that's all I have to say.

2                    CHAIRMAN BONNEN:  Thank you.  Any

3        questions, Members?  Thank you for coming.

4                Tonja Michelle Goby Smith, Concerned Women

5        for America, for Committee Substitute Bill 14.

6                    TONJA MICHELLE GOBY SMITH:  I'm

7        actually Tonja Michelle Smith.  I go by Michelle, so

8        I'll try to clarify that.  Sorry.

9                Mr. Chairman, Committee Members, thank you

10       for allowing me to speak.  My name is Michelle

11       Smith, and I'm the East Texas Area Director for

12       Concerned Women of America.  I am also the election

13       judge for Rockwall County Precinct 1D.  I have

14       served as election judge for four election cycles

15       since before 2009.

16               Concerned Women for America strongly

17       supports SB-14 in its original form.  And I want to

18       stop there and apologize, because when I came to

19       testify, I was here to testify against the Senate

20       Bill amendments.  And I saw what you've done to

21       strengthen the bill, and I appreciate that.  And

22       we -- it looks good.  So thank you for that.

23               And so we also believe that fair and

24       ethical election practices should be practiced here

25       in Texas and across this land.  Texas is a shining



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001699

TX_00028354

USA_00016581

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 53 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 116 of 223
Voter Fraud Hearing - Volume 2                          March 1, 2011

199

1       star for all of America.  And we want it to be

2       strong here.  We want the highest level of integrity

3       brought to our voting process here.

4              Upon my tenure as election judge, I have

5       seen how the process works in Texas.  Anyone can

6       walk into the election precinct, hand me a voter

7       I.D. card, and I have no idea if that is, in fact,

8       the person on the card or not.

9              We have -- I have heard argument that this

10      will cost the State of Texas a lot of money.  How

11      difficult and costly can it be for someone to walk

12      in and show an I.D. versus a voter I.D. card?

13             I will say from my experience as an

14      election judge more than half of the people walking

15      in my precinct hand me a voter -- a driver's license

16      without even being asked, because they don't have

17      their voter I.D. card.

18             I also want to say that our election

19      judge -- our election chairman in Rockwall County

20      requires training each election cycle for us to get

21      refreshed on the rules.  So the training is

22      necessary regardless of our -- of what's going on.

23             Understand that there will be some

24      literature costs involved in changing the -- the

25      rules, but I want to say that that cost should not



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028355

USA_00016582

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 54 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 111 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

200

```
1     outweigh the highest integrity we have in our voting

2     process.  No matter if you're Democrat or

3     Republican, if you're running for office, you want

4     to make sure that that's fair and just how you're

5     elected.

6              I also want to say we support a clean bill

7     that allow -- that does not allow for any exceptions

8     that could allow fraud or deception, and we ask the

9     Committee to support SB-14 in its original form.  So

10    thank you very much.

11              CHAIRMAN BONNEN:  Questions, Members?

12    Thank you.

13              UNIDENTIFIED SPEAKER:  Thank you.

14              CHAIRMAN BONNEN:  Chair calls John

15    O'Brien, Director of the Legislative Budget Board,

16    here to testify neutrally on the Committee

17    Substitute to Senate bill 14.

18              JOHN O'BRIEN:  Thank you,

19    Mr. Chairman, Members.  My name is John O'Brien,

20    Director of the Legislative Budget Board.  And I've

21    been asked to come here as a resource witness.  I'm

22    available to ask questions.

23              CHAIRMAN BONNEN:  Mr. Veasey, you

24    have questions?

25              REPRESENTATIVE VEASEY:  Yeah.  I want
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028356

USA_00016583

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 55 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 118 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

201

```
 1        to -- no.  He's just here to answer questions.
 2        Yeah.
 3                  I wanted to specifically ask you about the
 4        fiscal note to the bill.  What -- what's the fiscal
 5        note that you all have on the bill?
 6                       JOHN O'BRIEN:  The current fiscal
 7        note on the Senate engrossed version is a G.R. cost
 8        in 2012 of 2 million $24,000 [sic].
 9                       REPRESENTATIVE VEASEY:  And so --
10        and -- and...
11                       CHAIRMAN BONNEN:  I want to be clear,
12        we're here taking testimony on the Committee
13        Substitute to Senate Bill 14, so we need to stay on
14        the substitute.
15                       REPRESENTATIVE VEASEY:  Okay.  So --
16        so -- and -- and there's -- and there's nothing --
17        oh, he took -- he took it out of substitute.  Is
18        that right?
19                       JOHN O'BRIEN:  We'll do our -- we'll
20        do our fiscal note on the substitute when you report
21        it on the Committee.
22                       REPRESENTATIVE VEASEY:  Okay.  Yeah.
23        Because I was -- I was worried about the -- there
24        was someone here from Indiana --
25                       CHAIRMAN BONNEN:  Correct.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028357

USA_00016584

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 56 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 119 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

202

1              REPRESENTATIVE VEASEY:  -- I think

2      they said they spent $1.6 million.  And I think

3      their largest media market would be Indianapolis.

4      Gary was in the Chicago market, so they would

5      probably have to spend money in the Chicago market

6      in Gary.  But, of course, we have several -- you

7      know, we have at least two major markets,

8      Dallas/Fort Worth and then Houston and then several

9      medium-sized markets.  And so it probably cost a lot

10     more than that.  So I was concerned about the fiscal

11     note, but --

12             CHAIRMAN BONNEN:  No.  Please talk

13     about it.

14             REPRESENTATIVE VEASEY:  Yeah.  And I

15     was just trying to figure out how -- I know that you

16     all had taken that note from the Secretary of

17     State's office.

18             CHAIRMAN BONNEN:  (Inaudible).

19             REPRESENTATIVE VEASEY:  And I wanted

20     to find out how you came to an agreement on that

21     number.

22             CHAIRMAN BONNEN:  Okay.

23             JOHN O'BRIEN:  Let me say what the

24     Secretary of State estimate includes.

25             First of all, that they're -- they're



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028358

USA_00016585

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 57 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 120 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

203

```
 1      talking about investing about half a million to

 2      research ways to inform the public.  And then their

 3      media educational approach is $750,000 for T.V.,

 4      $300,000 for radio, another $300,000 for prints and

 5      $150,000 for Internet education.

 6                  REPRESENTATIVE VEASEY:  Yeah.  And

 7      see -- and that's a concern, because we -- we would

 8      need to probably spend a lot more money than

 9      Indianapolis did on television.  I mean, if they

10      spent 1-point -- I think the number was 1.6.  You

11      know, I'm concerned about just accepting the number

12      from the Secretary of State's office, because it

13      sounds like that maybe you all should have done a

14      little bit more research.

15            Did -- did the Comptroller's office

16      compliment this in any way?  I mean, did you all do

17      your own research?  Is it normal for you to -- to

18      just take the -- another agency's word for it or do

19      you all --

20                  JOHN O'BRIEN:  It's not only a common

21      practice, it's a preferred practice.  The Secretary

22      of State are the experts on this matter.

23                  REPRESENTATIVE VEASEY:  Okay.  Yeah.

24      That was -- and that was my biggest concern was that

25      this was such a large state that there was no way
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028359

USA_00016586

Case 2:13-cv-00193  Document 660-25  Filed on 11/11/14 in TXSD  Page 58 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 121 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

204

 1     that that number's going to cover.  I mean, you can

 2     talk to political consultants on both sides of the

 3     aisle and they'll tell you how much it cost.  And

 4     you probably have followed campaigns just on the --

 5     you know, on the periphery.  I know you're not an

 6     elected official, but you work in the Comptroller's

 7     office.  And you probably are interested in the

 8     Electoral process like everyone else, and it cost --

 9                   JOHN O'BRIEN:  I speak for the

10     Speaker and the Lieutenant and Governor.

11                   REPRESENTATIVE VEASEY:  Yeah.  It

12     cost a lot of money to advertise in this state.  So

13     I'm just worried -- I'm very concerned about the

14     fiscal note.

15                   JOHN O'BRIEN:  There's nothing --

16                   REPRESENTATIVE VEASEY:  I just don't

17     think -- I just don't think -- it seems to be a bad

18     number.

19                   JOHN O'BRIEN:  As we proceed through

20     the appropriations processes there's nothing that

21     stops Senator Ogden and Mr. Pitts (phonetic) from

22     appropriating more if -- if --

23                   REPRESENTATIVE VEASEY:  Well, but we

24     don't have any money, which is another concern.  So

25     if it costs -- if it's going to cost more, you



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001705

TX_00028360

USA_00016587

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 59 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 122 of 223
Voter Fraud Hearing - Volume 2                        March 1, 2011

205

```
 1        know, then we need to know about that, too, because
 2        we're looking at the possibility of -- of
 3        consolidating classrooms and laying teachers off.
 4        And so, you know, we're -- we're -- and I'm sure
 5        every conservative in the audience understands this.
 6        We're just at a juncture in our -- in our -- in our
 7        budget and in our history of the state to where we
 8        just don't have a lot of money.  And I -- I don't
 9        think that any taxes are going to be raised.  And so
10        every dollar that we're going to spend, we need to
11        make sure that we have a -- a full and better
12        understanding of -- of -- of the process when these
13        fiscal notes come out.
14               Missouri spent, I think, close to
15        $10 million or more.  They have one major television
16        market.  They have the St. Louis television market.
17        It's a much smaller state.  I'm -- I'm just really
18        concerned that we're going to spend a lot more money
19        than -- than what was presented here.  And we've
20        already had issues about not forecasting properly,
21        which is one of the reasons why we're in the mess
22        that we're in right now.  So -- and -- and that's
23        the only thing I have for you.  I was very concerned
24        and wanted you to just come and address that.  And I
25        appreciate you coming to address that today.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028361

USA_00016588

Case 2:13-cv-00193  Document 660-25  Filed on 11/11/14 in TXSD  Page 60 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 123 of 223
Voter Fraud Hearing - Volume 2                           March 1, 2011

206

```
 1                    CHAIRMAN BONNEN:  Mr. Veasey,

 2      Georgia-- the -- George, from the Secretary of

 3      State, he said that they spent $842,000 on, in

 4      essence, their media campaign --

 5                    REPRESENTATIVE VEASEY:  Uh-huh.

 6                    CHAIRMAN BONNEN:  -- and $773,000 on

 7      education, training and producing of I.D.s.  So

 8      Georgia's not quite as large a state as Texas, but

 9      their media campaign there was, I think, less --

10                    REPRESENTATIVE VEASEY:  They have one

11      major market.  I think Atlanta --

12                    CHAIRMAN BONNEN:  Atlanta, correct.

13                    REPRESENTATIVE VEASEY:  Houston may

14      be No. 10.  I think Atlanta may be No. 11.  But we

15      have several markets.  We have at least two large

16      media markets, Houston and Dallas.  And then we take

17      in Austin, San Antonio, Waco, Bryan College

18      Station --

19                    CHAIRMAN BONNEN:  They had smaller

20      markets, too.

21                    REPRESENTATIVE VEASEY:  -- I mean, it

22      cost a lot of money to advertise in this state.

23                    CHAIRMAN BONNEN:  Representative

24      Aliseda.

25                    REPRESENTATIVE ALISEDA:  My own
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028362

USA_00016589

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 61 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 124 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

207

```
 1        observation is what's the value of an Electoral

 2        system that the public has confidence in.  It's

 3        certainly worth more than $2 million to me for that.

 4                    REPRESENTATIVE VEASEY:  And -- and

 5        that's -- and I understand the point that the --

 6        Representative Aliseda is making.  But with the

 7        money that we don't have to work with this session,

 8        because everything is so tight - and we're talking

 9        about, you know, nursing homes possibly shutting

10        down, schools possibly being closed, classrooms

11        being consolidated - we need to have a better

12        understanding of how much money this is actually

13        going to cost than -- I mean, it's clear, you know,

14        just from everything that I've seen thus far that we

15        don't, because there's no way that it's only going

16        to cost $2 million.  That's just absolutely -- it's

17        not even realistic.

18                    CHAIRMAN BONNEN:  Thank you.

19                    REPRESENTATIVE GUTIERREZ:

20        Mr. Chair --

21                    CHAIRMAN BONNEN:  Representative

22        Gutierrez.

23                    REPRESENTATIVE GUTIERREZ:  -- just a

24        few questions.  Now, according to Secretary of

25        State, there's about 2.8 million registered voters
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028363

USA_00016590

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 62 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 123 of 223
Voter Fraud Hearing - Volume 2                          March 1, 2011

                                                              208

```
 1      that have voted without an I.D.  Is that accurate?
 2                   JOHN O'BRIEN:  I have no idea.  I
 3      don't work for the Secretary of State.
 4                   REPRESENTATIVE GUTIERREZ:  Where --
 5      the Secretary of State will be up here later.
 6                   UNIDENTIFIED REPRESENTATIVE:  You're
 7      with the LBB.  Correct?
 8                   JOHN O'BRIEN:  Yes, sir.
 9                   REPRESENTATIVE GUTIERREZ:  And -- and
10      so I guess what I'm getting at or what -- and I
11      apologize, I was in the back room talking to my good
12      friend, Representative Pena here, about some of the
13      woes in our communities.  And I didn't hear -- where
14      did two million dollars come from?  Is this a number
15      that came out, or is it have some kind of --
16                   JOHN O'BRIEN:  They provided some
17      level of detail on it.  I'll go over it again.  It's
18      on Page 2 of the fiscal --
19                   REPRESENTATIVE GUTIERREZ:  You can
20      give me the short version.
21                   JOHN O'BRIEN:  Okay.  About $500,000
22      to do research, and then the balance of the
23      1.5 million was on the media campaign through
24      different -- different television and so on.  And as
25      Ms. Harless said before, $24,000 on technological
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028364

USA_00016591

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 63 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 126 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

209

```
1    improvements in order to implement this provision

2    for the disabled.

3                   REPRESENTATIVE GUTIERREZ:  Okay.  So

4    you didn't get into the free I.D.s --

5                   UNIDENTIFIED SPEAKER:  No.

6                   REPRESENTATIVE GUTIERREZ:  -- the

7    free --

8                   JOHN O'BRIEN:  That's -- what DPS

9    said in response to that estimate was that they knew

10   there would a revenue loss because of those free

11   I.D.s, but they don't know how many people will come

12   forward.  And -- and so they did not estimate it.

13                  REPRESENTATIVE GUTIERREZ:  Okay.

14   Well, in the interest of time, I'll save my

15   questions for DPS, because I think that those

16   numbers are really closer to between eight and

17   $10 million.  I think that's important to know.

18   They -- they never suggest -- did they throw a

19   number out to LBB, DPS?

20                  JOHN O'BRIEN:  DPS, no, sir.

21                  REPRESENTATIVE GUTIERREZ:  So you

22   can -- it's not fair for me to ask you about DPS.

23   We'll wait until they get up here.  Thank you.

24                  CHAIRMAN BONNEN:  Any other

25   questions, Members?  Thank you, Mr. O'Brien.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 64 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 127 of 223
Voter Fraud Hearing - Volume 2                              March 1, 2011

```
 1                    JOHN O'BRIEN:  Thank you.

 2                    CHAIRMAN BONNEN:  Appreciate your

 3         coming by.

 4                    JOHN O'BRIEN:  Sure.

 5                    CHAIRMAN BONNEN:  Chair calls Russ

 6         Duerstine, Tom Green GOP Chairman and Election

 7         Support Association of Tom Green County for

 8         Committee Substitute Senate Bill 14.

 9                    RUSS DUERSTINE:  Thank you,

10         Representative Bonnen.  I appreciate that.  Thank

11         you, Committee.  Thank you, Commissioner Harless,

12         for supporting this bill.

13             I present to you a rather unique scenario.

14         In Tom Green County we have --

15                    CHAIRMAN BONNEN:  Sir --

16                    RUSS DUERSTINE:  -- we have an

17         election --

18                    CHAIRMAN BONNEN:  -- sir, would you

19         please state your name.

20                    RUSS DUERSTINE:  Russ Duerstine.  I'm

21         the County Chair -- Republican County Chairman in

22         Tom Green County, San Angelo, Texas.

23             I -- I present a rather unique scenario to

24         you.  We have a -- an election support

25         administration or an association in Tom Green County
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_001711

TX_00028366

USA_00016593

Case 2:13-cv-00193  Document 660-25  Filed on 11/11/14 in TXSD  Page 65 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 128 of 223
Voter Fraud Hearing - Volume 2                         March 1, 2011

211

1       that's comprised of the Democrat Chairman, the

2       Republican Chairman, the Libertarian chairman.  And

3       we work in close association with the elections

4       administrator there.  And we provide training

5       information for election judges.  We help support

6       them.  We have an annual celebration where we

7       acknowledge their work as election judges.  And

8       we've had a -- a scenario that, as County Chairman,

9       I'm going to define myself as quite a predicament

10      here in two years.

11             We're -- as we were putting on one of

12      these support in association trainings, we were

13      doing voter registrar training and deputy voter

14      registrar training.  We had a spillover from a 2008

15      election where in the Democrat primary we had an

16      African American candidate against a Mexican

17      American candidate, and there was allegations from

18      the African American candidate that there was voter

19      impersonation going on, that he had a reputation of

20      having in the neighborhood of 300 voter registration

21      cards where he had them from folks that were dead or

22      whatever, had multiple ones, and was having people

23      go and vote in her behalf.

24             Well, it's impossible to prove that

25      without voter reg -- voter I.D.  And so there was a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028367

USA_00016594

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 66 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 129 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

212

```
 1     lot of call from the -- that candidate, who did
 2     eventually lose to the Hispanic candidate, to ask
 3     the election administrator, "Please make them show
 4     voter photo I.D."
 5              And it was part of the education process
 6     when we were doing deputy voter registration to
 7     explain to them that the law does not allow that.
 8              And so in 2010, while we were having this,
 9     that dispute broke out all over again.  Now, that
10     Democrat candidate went on to barely lose to the
11     Republican candidate in the only precinct in our
12     county that is a majority Democrat precinct in Tom
13     Green County.
14              The situation I find myself in is that
15     most of the grassroots Democrats that came to that
16     meeting were upset -- were blaming us as Republicans
17     for not having voter photo I.D. and they couldn't
18     understand why they didn't have that and assumed
19     that we were at fault.  What's happened in the
20     meantime is the Democrat candidate, Hispanic
21     candidate that barely lost to the Republican, has
22     now changed parties.  He's going to run as a
23     Republican in 2012 and very well may face this same
24     Democrat African American candidate.  So I may have
25     the Democrat party in Tom Green County accusing the
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028368

USA_00016595

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 67 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 130 of 223
Voter Fraud Hearing - Volume 2                          March 1, 2011

213

```
 1        Republican party of having a candidate who's using

 2        voter I.D. cards without photo I.D and having voter

 3        impersonation to win the seat as a Republican.  I

 4        may be the first County Chairman in Texas to face

 5        Democrats accusing us of using voter impersonation

 6        to win one of our races.

 7                   So my point is is that among grassroots

 8        rank and file Democrat voters in Tom Green County,

 9        the sentiment for voter photo I.D is very high.  The

10        only person who opposes it is the -- is the

11        Democratic Chairman.  Thank you.

12                   CHAIRMAN BONNEN:  Thank you.

13                   REPRESENTATIVE HARLESS:  Thank you.

14                   CHAIRMAN BONNEN:  Any questions,

15        Members?  Thank you.

16                   RUSS DUERSTINE:  Thank you very much.

17                   CHAIRMAN BONNEN:  Yes.  (Inaudible).

18             Okay.  We're going to see if we can have

19        the Skype work.  Make it ten minutes.  Have you made

20        contact with --

21             Justin Levitt, professor, Loyola Law

22        School in Los Angeles.  Okay.  Can he see us?

23                   UNIDENTIFIED REPRESENTATIVE:  He can.

24                   REPRESENTATIVE VEASEY:  Can he see

25        all of us?
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028369

USA_00016596

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 68 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 131 of 223
Voter Fraud Hearing - Volume 2                          March 1, 2011

214

```
1                    CHAIRMAN BONNEN:  Can you see
2       everybody?  We see you quite nicely.
3                    REPRESENTATIVE VEASEY:  Do we need to
4       turn on our microphones?
5                    CHAIRMAN BONNEN:  Only if you're
6       talking.  Yeah, if you're talking.
7                    UNIDENTIFIED SPEAKER:  (Inaudible).
8                    CHAIRMAN BONNEN:  Can you begin?
9                    UNIDENTIFIED SPEAKER:  (Inaudible).
10                   CHAIRMAN BONNEN:  Must be delayed.
11                   UNIDENTIFIED SPEAKER:  (Inaudible).
12                   CHAIRMAN BONNEN:  I don't know if
13      we'll still be there in two hours.
14                   UNIDENTIFIED SPEAKER:  (Inaudible).
15                   CHAIRMAN BONNEN:  That would be
16      wonderful.  And if we are here in two hours, we will
17      try and reach you again.
18                   UNIDENTIFIED SPEAKER:  Thank you very
19      much, Mr. Chair.  (Inaudible).
20                   CHAIRMAN BONNEN:  Apologize for the
21      timing.  Thank you.
22          Okay.  So let's hold that.
23                   UNIDENTIFIED REPRESENTATIVE:
24      (Inaudible).
25                   CHAIRMAN BONNEN:  I know.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001715

TX_00028370

USA_00016597

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 69 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 132 of 223
Voter Fraud Hearing - Volume 2                          March 1, 2011

215

```
1      (Inaudible).  Hello?  Yes.  Toby Moore.  How are

2      you?  Are you still available to give your

3      testimony?

4                  TOBY MOORE:  At your convenience.

5                  CHAIRMAN BONNEN:  We appreciate that.

6      We know we're pushing it on the time limit.  We

7      apologize.

8            This is Toby Moore.  He is a private

9      individual, who is a researcher, who is testifying

10     neutral on the Committee Substitute Senate Bill 14.

11           Mr. Moore, are you able to see me and the

12     Committee?

13                 TOBY MOORE:  Yes, I am.

14                 CHAIRMAN BONNEN:  Very good.  You

15     have ten minutes.  And -- and if you would, please,

16     state your name and -- for the record and who you're

17     with and begin your testimony.  And we appreciate

18     your time.

19                 TOBY MOORE:  Thank you.

20           My name is Toby Moore.  I'm a researcher

21     here in Washington.  I work for the Department of

22     Justice as a senior researcher from 2000 to 2006

23     where I worked on photo I.D in similar cases.  Since

24     leaving the Department in 2006, I've held a series

25     of jobs at American University with Carter Baker
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028371

USA_00016598

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 70 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 133 of 223
Voter Fraud Hearing - Volume 2                          March 1, 2011

216

```
 1        (inaudible) and a lot of profit and nonprofit

 2        research organizations.

 3              I'm conducting supervising research on

 4        elections and voting.  I'm currently advising the

 5        Department of Defense on research on (inaudible)

 6        voting.  And as you said, I'm speaking as a private

 7        citizen.  I'm neutral on the bill.

 8              I think that my most valuable contribution

 9        to make today is to talk a little bit about the

10        Section 5 process that the bill -- that any voter

11        I.D. bill from a covered jurisdiction such as Texas

12        will go through, what parts of the bill I think will

13        come under special scrutiny.  And while I will not

14        address it in my testimony, I'll be glad to talk

15        about in (inaudible) Baker proposal from 2005 and

16        the (inaudible) research into voters I.D. generally.

17              As I said, I'll be brief and -- and leave

18        time to answer any questions you might have.

19              As you know, any voter I.D. bill passed by

20        the Texas Legislature will need to pass preclearance

21        under Section 5 of the Voting Rights Act previous

22        for that.  And so the bill, as you know, will go to

23        the Department of Justice Civil Rights Division or

24        the District Court in D.C.

25              Early in (inaudible) anticipate a fair but
```



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028372

USA_00016599

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 71 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 134 of 223
Voter Fraud Hearing - Volume 2                          March 1, 2011

217

1     very thorough hearing.  The DOJ may be a more

2     predictable avenue.  It may be somewhat faster and

3     less burdensome for the State.  But either -- in

4     either case, you will receive a very thorough

5     investigation of potential impacts of bill and up

6     there (inaudible).

7              Remainder of the Section 5 analysis of the

8     voter I.D. bill would focus on -- in the comparison

9     of the new law to what's called the benchmark, the

10    current law.  I say this to remind the Committee

11    that the -- the voter I.D. law as -- if passed would

12    not be compared to other voter I.D. laws in the

13    country, not to the Georgia law or Indiana law, but

14    (inaudible) law, but simply as a before and after

15    comparison with Texas' own law.  Obviously, the

16    Supreme Court decision upholding the Indiana voter

17    I.D. law will make it somewhat easier to win

18    preclearance, but the basic analysis will be before

19    and after the Texas -- the new Texas voter I.D. law

20    versus benchmark.

21              And this is another reminder.  The burden

22    will be on the State and not in Washington, whether

23    you go to District Court or to Department of Justice

24    to meet the -- to meet the burden.  The State will

25    have to show that the law does not have the intent



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028373

USA_00016600

Case 2:13-cv-00193   Document 660-25   Filed on 11/11/14 in TXSD   Page 72 of 104
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-2   Filed 06/20/12   Page 135 of 223
Voter Fraud Hearing - Volume 2                          March 1, 2011

218

1      nor the effect of abridging minority voters' rights

2      and equal right to participate in the process and

3      choose candidates of their own preference.

4              The cost of burden is on the State.  The

5      State will need to be specific in its justification

6      information that it provides to Washington.  In

7      particular, it would need to be very specific about

8      what Texas knows or understands or thinks about the

9      impact of the law, what it knows or thinks about who

10     does -- who does and does not have the I.D. required

11     and whether that rate of ownership varies across

12     racial and ethnic groups.

13             In the absence of any information from

14     Texas, the Department of Justice, I would expect, or

15     the District Court would look to other states, other

16     studies and experience in trying to determine what

17     this impact would be.

18             The State should be very specific about

19     remedial measures, remedial measures being efforts

20     to offset any disparate impact of the law.  And

21     these measures, as I'll talk about in a minute, need

22     to be in law and in place and -- and (inaudible)

23     implemented and not promised or planned.  And I

24     think the State is going to have to show,

25     particularly with the budget crutches across the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028374

USA_00016601

Case 2:13-cv-00193  Document 660-25  Filed on 11/11/14 in TXSD  Page 73 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 136 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

219

1    country, that it is making the financial commitment

2    to follow through on any voter education, free I.D.

3    plans, that sort of thing.

4           So some elements -- particular elements of

5    the bill I think will receive particular attention,

6    and I think it's worth reminding.  (Inaudible) this

7    voter I.D. bill over the last five or six years.

8    These are complicated pieces of legislation, and

9    it's very difficult to compare voter I.D.s

10   between -- voter I.D. bills between states.  To

11   make -- we should avoid making blanket statements

12   about whether voter I.D. is permissible and will be

13   upheld under Section 5 of the Supreme Court.

14   Particular pieces of legislation have been

15   precleared or been upheld by the Supreme Court, but

16   these are complicated.  They have different

17   (inaudible)  Supreme Court of the United States even

18   if they have the same basic goal of -- of requiring

19   instead photo I.D.s.

20          Some similarities that I think are going

21   to receive particular scrutiny from either the

22   Supreme Court or the Department of Justice under

23   Section 5 of the bill of voting rights.

24          Act analysis, one of the provisions for

25   making I.D. free.  I think the Court and Department



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028375

USA_00016602

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 74 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 137 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011
220

1      of Justice have been wary of poll tax implications,

2      which that is -- even -- an implied burden on the

3      individual for the right to vote.  Are there

4      guarantees in the bill that would provide -- to --

5      that make sure that people can get an I.D. for free

6      for voting without having to declare indigency is --

7      I think is going to be the first -- is going to be a

8      hurdle to meet.

9              Second, one of the specific public

10     outreach and education programs the State is

11     committing to.  And I think you need both and -- you

12     need both education programs, public awareness

13     programs that inform voters of these changes, but

14     you also need outreach programs that target

15     vulnerable populations.  I think we know enough now

16     that we know that the poor or the elderly, members

17     of certain racial and ethnic groups, are less likely

18     to have I.D. than other groups.  And I -- I think it

19     goes a long way toward allaying fears of

20     retrogression if the State is committing and has

21     specific outreach programs to try to target those

22     communities for I.D.

23             Third, what are the fail-safe provisions?

24     What do you do if you don't have your I.D. on

25     election day to cast a provisional ballot and come



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028376

USA_00016603

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 75 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 138 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

221

1    out and prove it out by providing -- providing photo

2    I.D? And these can be complicated, you know.

3    States have traditionally provided for affidavit

4    fail-safes, which I understand is not part of your

5    lobbying occurring in Texas. But there are, as you

6    know, ways for people who don't have their photo

7    I.D. to cast a ballot and come back and make sure

8    that their ballot is counted.

9           Fourth, what evidence does the State have

10   the impact, both total impact and disparate impact,

11   how many people don't have I.D.? Any information

12   that the State can provide would go a long way

13   toward meeting its burden, whether these are

14   estimates, studies, surveys based on motor vehicle

15   and voter registration data. You know, I would

16   encourage the State to provide the Department of

17   Justice or the District Court with as much

18   information as you can, because otherwise you're

19   going to risk being judged on the findings from

20   other states.

21          Conversely, what evidence of voter

22   impersonation does this state have? That will be

23   important in justifying the law.

24          And, finally, particularly in light of the

25   Supreme Court ruling in Georgia versus Ashcroft



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028377

USA_00016604

Case 2:13-cv-00193  Document 660-25  Filed on 11/11/14 in TXSD  Page 76 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 139 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

222

```
 1        (phonetic), the opinion of minority communities will

 2        take a special -- will add a special voice in

 3        Section 5 analysis so that the Department or the

 4        Courts will pay close attention to what minority

 5        groups or (inaudible) -- voting rights groups think

 6        of the legislation (inaudible) to which they were

 7        consulted in the process.

 8             That's what I have for you today.  I'll be

 9        glad to answer any questions that the Committee

10        might have.

11             CHAIRMAN BONNEN:  Thank you,

12        Mr. Moore.  We appreciate it.  Are there questions,

13        Members?  Mr. Veasey?  Vice Chairman Veasey has had

14        some questions, Mr. Moore.

15             REPRESENTATIVE VEASEY:  Mr. Moore, I

16        wanted you to talk a little bit more about the

17        difference between Indiana and Texas being a

18        Section 5 state and how that may play into the

19        decision.  I know that you said that the Texas law

20        is more likely to be upheld.  But since the -- I

21        mean, since, the Supreme Court has already ruled

22        that the Indiana law is okay.  And so what I was

23        wondering -- I don't believe that Indiana is a

24        Section 5 state.  It may be, but I don't believe it

25        is.  And so how will that play into what the DOJ's
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028378

USA_00016605

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 77 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 140 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

223

```
 1        office looks into and how they reach a final
 2        determination?
 3                    TOBY MOORE:  Thank you for the
 4        question.
 5              You're absolutely right.  On a technical
 6        level, Indiana -- the Supreme Court ruling on the
 7        Indiana law will not impact the analysis of the
 8        Texas bill, which will be compared to the current
 9        Texas law.  So that -- that analysis is very
10        different.
11              But the reality is that the Department of
12        Justice is going to be less likely to object to an
13        I.D. law after the Supreme Court has upheld its
14        constitutionality as it did in the Indiana case.
15        But the -- the root analysis, the basic analysis and
16        the fundamental one is going to be the impact within
17        Texas.  And so it would not be unprecedented or
18        difficult at all for the Department of Justice to
19        object to a Texas law despite it passing
20        constitutional muster or being similar to a law that
21        is passed -- been upheld by the Supreme Court.  The
22        analysis is totally different.
23                    CHAIRMAN BONNEN:  Thank you.
24        Anything?
25                    REPRESENTATIVE VEASEY:  No.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028379

USA_00016606

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 78 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 141 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

224

```
1                    CHAIRMAN BONNEN:  Mr. Moore,
2       Representative Aliseda has a question.
3                    REPRESENTATIVE ALISEDA:  Can Texas
4       avoid a DOJ review by going directly to a Court, to
5       have that determined by a Court?
6                    TOBY MOORE:  Well, Texas certainly
7       has that statutory avenue available to it.  It's
8       going to be much less -- yes, it does.  I'm sorry.
9                    REPRESENTATIVE ALISEDA:  That's fine.
10      Okay.
11                   CHAIRMAN BONNEN:  Now, Mr. Veasey --
12      let me inter -- follow up on that.
13                   You said it certainly does.  But I guess
14      the question is would it be wise?
15                   TOBY MOORE:  I think that my advice
16      would be go through the Department of Justice.  It's
17      going to be quicker, it's going to be less
18      expensive, and you're going to get a fair hearing
19      from the Department of Justice.
20                   If you go to the District Court, you open
21      yourself up to a court hearing.  You don't know what
22      the three judge panel will look like.  You may get
23      judges who are very skeptical of voter I.D.  It's
24      going to take longer, and you don't know what the
25      process is going -- how the process is going to run.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028380

USA_00016607

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 79 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 142 of 223
Voter Fraud Hearing - Volume 2                           March 1, 2011

225

```
 1              Texas has routinely sent changes in its
 2    election and voting laws to the Department of
 3    Justice.  There's a relationship between those
 4    avenues of communication.  You know what the end
 5    analysis looks like.  The information can flow much
 6    faster.
 7              So, I mean, my -- obviously, this is
 8    something that Texas will have to consider carefully
 9    to make its own decision, but I don't think that you
10    would lose anything by going to the Department of
11    Justice, and I think it would be faster and less
12    expensive.
13              CHAIRMAN BONNEN:  Thank you very
14    much.  Representative Veasey now has a question.
15              REPRESENTATIVE VEASEY:  Following up
16    on that real quickly, if the State decided to go to
17    court -- you talked about the process being quicker.
18    How long would it take, though?  I mean, if they
19    went to court would they possibly not have it in
20    place in time for the next election?  Like how --
21    how long does the process take, the legal process?
22              TOBY MOORE:  It can really be drawn
23    out.  The Court process now -- many times
24    redistricting processes are taken to the District
25    Court and put on what they call the Rocket Docket
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001726

TX_00028381

USA_00016608

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 80 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 143 of 223
Voter Fraud Hearing - Volume 2                     March 1, 2011
                                                              226

```
 1      and go through fast.  But I can't imagine the

 2      District Court would see any need to hurry in its

 3      analysis of this voter I.D. law.  It's not like a

 4      district is redistricting where you have

 5      malapportionment that needs to be remedied.  I would

 6      think it would take much longer than the analysis

 7      going through the DOJ, many months more.

 8                   REPRESENTATIVE VEASEY:  Especially

 9      with all the --

10                   UNIDENTIFIED SPEAKER:  (Inaudible).

11                   REPRESENTATIVE VEASEY:  -- yeah,

12      especially with the reapportionment plans.  That's a

13      good point with this being a redistricting year.

14             I wanted to ask you about the likelihood

15      of the bill being passed with certain element added

16      to it or -- or -- or -- or to enhance it and make it

17      more fair.

18             Like, for instance, we talked a little bit

19      earlier before you were on about same day voter

20      registration or about, you know, fail-safe

21      affidavits to where, you know, people's vote would

22      count and then there would be some burden upon the

23      county registrar to show that there was voter

24      impersonation that was taking place.  Can you give

25      me your opinion on that?
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028382
USA_00016609

Case 2:13-cv-00193  Document 660-25  Filed on 11/11/14 in TXSD  Page 81 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 144 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

227

1          TOBY MOORE:  Well, I think as I've

2     testified in Texas before, my own personal

3     preference would be to implement fail-safe

4     affidavits at least for an election cycle or two and

5     then investigate what those affidavits look like and

6     see if -- and see who doesn't -- who's signing them.

7     I think that would be a good halfway measure before

8     a really hard and fast I.D. law, because if you --

9     if you ask for an I.D. and you implement the law as

10    you've written it, but then you have the affidavit

11    fail-safe, after the election you could go back and

12    look at who signed the affidavit and get a sense of

13    how many people don't have I.D., what their race and

14    ethnicity is.  And it would -- it would give you a

15    stronger footing and better understanding of the

16    impact of the bill.  I understand that that is

17    not -- is often seen as too much of a concession and

18    weakens the bill too much.

19          Same day election day voter registration,

20    I think, can offset some of the fears that voter

21    I.D. would suppress turnout, would give people

22    another avenue.  If you go back to the Georgia --

23    2005 Georgia bill, it -- in -- the State of Georgia

24    made a rather big deal about this in 2005.  That

25    bill loosens restrictions on absentee voting as a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028383

USA_00016610

Case 2:13-cv-00193  Document 660-25  Filed on 11/11/14 in TXSD  Page 82 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 145 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

228

```
 1    means of trying to -- to promote turnout or previous

 2    avenues of turnout to offset any impact of voter

 3    I.D.  So I think all those things that -- should be

 4    considered, although obviously voter I.D. or same

 5    day or -- registration would be a -- it's a big

 6    change.

 7              CHAIRMAN BONNEN:  Members, any other

 8    questions of Mr. Moore?

 9         Mr. Moore, we really appreciate your

10    working with us and doing this through this new

11    technology of Skype, and we appreciate your time and

12    thank you very much on behalf of the Committee.

13              TOBY MOORE:  Thank you very much and

14    good luck.

15              CHAIRMAN BONNEN:  Thank you, sir.

16         Now, obviously, it takes a moment to

17    transition from one Skype to another, but Tova Wang,

18    a senior fellow, will be testifying against.  She's

19    our ex -- one of our experts.  She will be provided

20    ten minutes when we get her online.  Is that DEMOS,

21    D-E-M-O-S?  Is that the group she's speaking on

22    behalf of?  Should it be Ns?  I'll ask her.

23         Mrs. Wang?

24              TOVA WANG:  Yes, I'm here.  How are

25    you?
```



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028384

USA_00016611

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 83 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 146 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

229

1              CHAIRMAN BONNEN:  Oh, outstanding.

2     Thank you very much, Mrs. Wang.  We appreciate your

3     taking the time to join us today.

4              Just for the record, you are - and I need

5     you to state it again - but Tova Wang, testifying

6     against the Committee Substitute to Senate Bill 14.

7     And you're representing D-E-M-S-S [sic], is that --

8     what is that?

9                   TOVA WANG:  That's DEMOS.

10                   CHAIRMAN BONNEN:  DEMOS.  That's

11    Greek?

12                   TOVA WANG:  That's correct.  Most

13    people don't get that.

14                   CHAIRMAN BONNEN:  Well --

15                   TOVA WANG:  Yes, for the people,

16    democracy.

17                   CHAIRMAN BONNEN:  Yes.  If you could,

18    please, you have ten minutes.  And then after your

19    ten minutes, which we will not interrupt you, you'll

20    have ten minutes uninterrupted to give your

21    testimony, and then the Committee Members may ask

22    you questions.  And so -- can you see us?  Uh-oh.

23    She seems to have frozen, maybe not herself

24    literally, but...

25              Yes.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001730

TX_00028385

USA_00016612

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 84 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 147 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

230

```
 1              UNIDENTIFIED SPEAKER:  She just went

 2     completely off.

 3              CHAIRMAN BONNEN:  She needs to go get

 4     with Mr. Moore.  They're not far from each other.

 5     That's -- the Skype went out.  (Inaudible) do

 6     anything special.  Where's Hawk Burg (phonetic)?

 7              UNIDENTIFIED SPEAKER:  (Inaudible).

 8              CHAIRMAN BONNEN:  Well, so the --

 9     Hawk Burg is out there.  Let him know we're doing

10     Skype testimony.  No.

11              TOVA WANG:  Hello?

12              CHAIRMAN BONNEN:  Yes.  Can you hear

13     us?  We can't see you, unfortunately, and if --

14              TOVA WANG:  Yeah, I can hear you.  I

15     can see you.  But it looks like it's working.  Now I

16     can see you.

17              UNIDENTIFIED SPEAKER:  We can't see

18     you.

19              CHAIRMAN BONNEN:  But we cannot see

20     you, which is a problem.  But give us one moment and

21     see if we can fix that.

22              TOVA WANG:  Sure.

23              CHAIRMAN BONNEN:  (Inaudible).  Here

24     in an hour and a half.  Are you back?

25              UNIDENTIFIED REPRESENTATIVE:  Yeah.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001731

TX_00028386

USA_00016613

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 85 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 148 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

231

```
 1                    CHAIRMAN BONNEN:  There's
 2       (inaudible).  I'm sorry.
 3                    UNIDENTIFIED SPEAKER:  Can you turn
 4       your camera off and then on?
 5                    TOVA WANG:  I'm not sure I know how
 6       to.  This is my first time doing this.  Where would
 7       the button be?
 8                    UNIDENTIFIED SPEAKER:  On the bottom
 9       of the screen there's a ribbon and there's "My
10       Video."  Do you see that?
11                    TOVA WANG:  Yes.
12                    UNIDENTIFIED SPEAKER:  Okay.  If you
13       would click that.
14                    TOVA WANG:  I'm clicking now.  Okay.
15                    CHAIRMAN BONNEN:  Oh, very good.
16                    TOVA WANG:  Hello.
17                    CHAIRMAN BONNEN:  See, you do know
18       what you're doing, because believe me, I don't know.
19       We have the luxury of having some audio visual -- I
20       guess that isn't even the right word anymore.
21            But anyhow -- I don't know.  Where did
22       Mr. Veasey disappear to?  Okay.
23            But Mrs. Wang, as I was saying, if you
24       would state your name and who you're with for the
25       record, and then we'll give you ten minutes
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028387

USA_00016614

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 86 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 149 of 223
Voter Fraud Hearing - Volume 2                          March 1, 2011

                                                                   232

 1        uninterrupted.  And then the Committee Members will

 2        ask you questions.  We appreciate your time.

 3                    TOVA WANG:  Thank you so much.

 4        Thanks for allowing me to testify today.  My name is

 5        Tova Wang, and I'm a Senior Democracy Fellow at

 6        DEMOS, a nonpartisan advocacy project and

 7        organization.

 8               I have been working on issues related to

 9        voting rights and actually voter I.D. in particular

10        for a decade now.

11               My comments will focus on the physical

12        costs of implementing voter I.D. voting.  These are

13        important situations in Texas.

14               My understanding is that the State has a

15        25 billion-dollar budget gap.  Many of you serve

16        their constituents.

17                    CHAIRMAN BONNEN:  No problem.

18                    TOVA WANG:  And honestly, with this

19        voter I.D. bill, the message to the citizens of the

20        Texas is while the State does not have money to

21        fully fund programs they will rely on, it does have

22        money to implement a program that will cost millions

23        of dollars to implement and addresses a problem that

24        essentially does not exist, impersonation of another

25        voter at the polls on election day.  And it



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028388

USA_00016615

Case 2:13-cv-00193   Document 660-25   Filed on 11/11/14 in TXSD   Page 87 of 104
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-2   Filed 06/20/12   Page 150 of 223
Voter Fraud Hearing - Volume 2                          March 1, 2011

233

1       threatens to disenfranchise legitimate Texan voters.

2               The fiscal note that has been produced

3       with this bill is extraordinarily flawed.  It

4       measures one aspect of the cost of the

5       constitutional voter identification law, that

6       measure far off the mark.  The cost to Texas to

7       implement this measure will be far higher than the

8       estimate in that document as is demonstrated in

9       other states that have implemented these laws like

10      Indiana and states that have (inaudible) pass these

11      laws determine the probable cost.

12              Let's look at providing identification for

13      people in Texas that don't have it as is required to

14      make the law pass constitutional scrutiny.  That is

15      not even including the fiscal (inaudible) of Texas.

16      The note simply says the cost is unknown.

17              While you may see (inaudible) Indiana has

18      cost last year -- and mind you, that was an off year

19      election and not a Presidential year.  Indiana said

20      it cost last year about $3.5 million.  Indiana has a

21      population of about 6 million citizens.  It has

22      approximately 4.5 million registered voters.  Texas

23      has a population of about 22 million citizens and

24      13 million registered voters.  If Texas' cost per

25      person are similar to that of Indiana, Texas -- it



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028389

USA_00016616

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 88 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 151 of 223
Voter Fraud Hearing - Volume 2                     March 1, 2011

234

```
 1        would cost Texas between ten and $13 million to

 2        provide free I.D. in a mid-term election year, and

 3        this is at a minimum.  The Texan citizenry is part

 4        of a more diverse -- ethnically and racially, and

 5        has a substantially higher poverty rate than

 6        Indiana, indicating that many more people

 7        (inaudible) photo (inaudible) in Texas versus

 8        Indiana.  However, that figure does not even include

 9        (inaudible) a huge list of other major expenses the

10        State will incur.

11              Let's talk first about voter education.

12        This is basically the only thing that's in the

13        fiscal note that's out there now.  And this is a

14        serious underestimation given what we -- what will

15        be required in order for this bill to be upheld in a

16        court of law.  Let me talk about Georgia for a

17        second.  Georgia passed this law in 2006.  Passed a

18        new law to (inaudible) flawed version of it.  Among

19        other things (inaudible) education and publicity

20        campaign regarding the new requirement.  Yet the

21        Court, once again, blocked the law, emphasized

22        inadequacy of (inaudible).  The Court stated that if

23        the State undertakes sufficient steps to inform

24        voters of law's requirements the statute may go

25        unchallenged.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028390

USA_00016617

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 89 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 152 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

235

```
 1              Well, the Secretary of State has gone to
 2      great lengths.  It did several mailings and multiple
 3      brochures over election sites lacking a driver's
 4      license.  They did PSAs on the radio, public service
 5      announcements, cable television advertising and so
 6      on.  And then the Court later upheld the law noting
 7      the significance of the State voter education
 8      effort.  So states agree that it's going to cost a
 9      significant amount of money to view education
10      necessary for this to be basically legal.
11              In 2010, Missouri estimated that in order
12      to affect outreach before election that is
13      (inaudible) to draw new voters, it would cost 6.9
14      million dollars over three years for T.V.
15      announcements and other outreach to the State's
16      4 million registered voters.  This says to me that
17      in Texas voter population and outreach for
18      (inaudible) 13 million registered voters might cost
19      $55 million over the next three years given Texas'
20      much larger population.  Given (inaudible) that
21      these numbers seem like, let's say it's half that
22      amount.  Can the $2 million estimated for voter
23      education in the Texas bill be deemed credible?  I
24      think we agree it will be more than that.  There are
25      also implementation costs, most of which are not
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028391

USA_00016618

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 90 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 153 of 223
Voter Fraud Hearing - Volume 2                              March 1, 2011

236

```
 1        addressed in the fiscal notes.  Again, what I'm
 2        talking about is based on my study of the range of
 3        fiscal notes in other states for training.  This is
 4        a new -- new world that will have to be implemented
 5        and implemented fairly without determination.
 6        Fairly complex thing to implement.  Missouri
 7        estimated this would cost over $700,000.  Need to
 8        hire more poll staff.  In 2009, Maryland estimated
 9        that just in Montgomery County additional election
10        judges would cost about $110,000 for a primary and
11        general election.  The fiscal note puts additional
12        judges at $576,800 per precinct.  So you can imagine
13        what that would be in Texas, given the number of
14        precincts.
15                You also need to create new and
16        supplemental -- supplement existing training
17        material printing additional (inaudible) setting.
18        You have staffing a help line, adding and training
19        state and local election staff.  The Wisconsin
20        fiscal note approximates that full -- new full-time
21        hires will be needed to assist localities in
22        implementing the new law.  (Inaudible) Registration
23        database providing training on the changes.  Again,
24        Wisconsin, they estimate this will cost $138,000.
25        Updating the website.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028392

USA_00016619

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 91 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 154 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

237

1          And last but not least, the DMV is

2     currently run on reduced hours at locations.

3     Substantial State funding will be necessary to add

4     additional staff and resources to Department of

5     Motor Vehicles and Transportation.  I have seen in

6     news reports that there are some places in Texas

7     where it takes more than two hours to get to a DMV.

8     This is a major issue that arose in the Supreme

9     Court opinions regarding the constitutionality of

10    the Indiana voter I.D. law.

11          The bill would also add substantially

12    (inaudible) hard-working election officials already

13    (inaudible) who are already stretched thin and by

14    an -- a variety of continuing and complicated rules.

15    One example is -- as I alluded to earlier, was

16    additional poll worker training will be required if

17    you want to make sure it's implemented in a

18    non-discriminatory action and in accordance with the

19    Voting Rights Act.  We have seen that discriminatory

20    implementation of voter I.D. laws is a major

21    problem, especially with respect to Latino voters.

22    And -- and, moreover, you're really basically having

23    to train poll workers to perform a law enforcement

24    function by checking the validity of people, like

25    identifying documents.  And you'll also have the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028393

USA_00016620

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 92 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 155 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

238

```
1        additional cost of printing additional ballots.

2                So I feel that -- and yet, I have to also

3        point out just for a minute - and I know you've

4        heard this - but even if a voter I.D. will cost the

5        State nothing and require nothing of State elections

6        officials or local election officials to implement

7        and be a wrong policy -- I know that you're familiar

8        with some of these numbers, so I won't go through

9        them in detail.  But we know that a large number of

10       people don't have the identification that you would

11       require in this bill, maybe as many or more as a

12       million people in Texas.  And this -- this

13       proportionately affects young people, African

14       Americans, Latinos, new American citizens and low

15       income Americans.  And I can provide you details on

16       that.

17               And, moreover, numerous studies, national

18       and state-specific, have found that the rare

19       examples of some voter fraud are almost never the

20       kind that could be prevented by a voter

21       identification law.

22               Voter I.D. law is (inaudible).  Just one

23       exceedingly rare form of voter fraud, impersonation

24       of another registered voter at the polls.  Many

25       state legislators and elections officials are
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028394

USA_00016621

Case 2:13-cv-00193   Document 660-25   Filed on 11/11/14 in TXSD   Page 93 of 104
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-2   Filed 06/20/12   Page 156 of 223
Voter Fraud Hearing - Volume 2                          March 1, 2011

239

1    promoting I.D. bills, but they admit that there has

2    never been a case in some states of -- in most

3    states of voter impersonation at the polls, yet they

4    continue to pursue this policy.

5            For example, the very small number of

6    irregularities that do occur at the polls, it seems

7    a lot of them involve people with felony convictions

8    who vote, not realizing that they are ineligible to

9    do so.  Obviously, this would not be addressed by an

10   I.D. requirement, because your driver's license

11   doesn't indicate if you committed a felony in the

12   past.

13           Voter I.D. would also do nothing to do --

14   have -- do nothing to address problems with voter

15   registration fraud or (inaudible) ballot fraud.  So

16   it's very important not (inaudible) complete

17   different types of fraud that we may or may not have

18   problems with in the system and automatically jump

19   to the conclusion that voter I.D. is our best

20   answer.

21           And I would conclude by saying, you know,

22   here's the bottom line:  In this economy, does the

23   Texas State Legislature really want to pass a bill

24   that will mean spending millions of dollars chasing

25   a phantom problem and that might be



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028395

USA_00016622

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 94 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 15 of 223
Voter Fraud Hearing - Volume 2                      March 1, 2011

240

```
 1      unconstitutional?
 2                  Thank you very much.  And I would be happy
 3      to take any questions.
 4                  CHAIRMAN BONNEN:  Thank you,
 5      Mrs. Wang.  I'm sorry.  Thank you, Mrs. Wang.  Can
 6      you still see us?
 7                  TOVA WANG:  I can.
 8                  CHAIRMAN BONNEN:  Very good.  And we
 9      can still see you.  Members, are there questions?
10      Yeah, Representative -- Representative Aliseda will
11      begin with questions and then Representative Veasey.
12                  REPRESENTATIVE ALISEDA:  What state
13      do you live in?
14                  CHAIRMAN BONNEN:  (Inaudible).
15                  REPRESENTATIVE ALISEDA:  What state
16      do you live in, ma'am?
17                  TOVA WANG:  Oh, I'm sorry.  I live in
18      Washington, D.C., which is not a state.
19                  REPRESENTATIVE ALISEDA:  All right.
20      Okay.  Well, you did not have the benefit of some of
21      the testimony we've had earlier, but we had
22      testimony from citizens saying that they believe the
23      electoral system in Texas is broken, and that they
24      think that this particular provision will help them
25      put more faith in the system.
```



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028396

USA_00016623

Case 2:13-cv-00193  Document 660-25  Filed on 11/11/14 in TXSD  Page 95 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 158 of 223
Voter Fraud Hearing - Volume 2                        March 1, 2011

241

1          Your testimony has been about the cost in

2     monetary figures.  But can you really put a price in

3     what it's going to take the citizens of our state to

4     accept that we are doing the best we can to try to

5     preserve the integrity -- integrity of the ballot?

6               TOVA WANG:  I think it's so important

7     that voters have confidence in the election system,

8     obviously.  I mean, the main goal I think for all of

9     us is that the maximum number of people participate

10    in our elections.  I think what we really need to do

11    is educate people very, very honestly about what the

12    problems are in the system and what they are not.

13    And I don't think that we can generally pursue

14    public policy based on people's feelings about

15    things that aren't rooted in factual basis.  I think

16    we need to deal with the real problems in our

17    election system.  And I think that's the root to

18    greater voter confidence in the system, not sort of

19    creating different kind of so-called solutions that

20    don't really solve anything.

21               REPRESENTATIVE ALISEDA:  Well, we've

22    had testimony from individuals saying that they

23    believe illegal aliens are voting in our elections.

24    And Texas does have -- does have an illegal alien

25    population.  This might be a solution to that



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001742

TX_00028397

USA_00016624

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 96 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 159 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

242

1       problem if that is the case.

2                  TOVA WANG:  Well, again, I'd like to

3       see the evidence for that.  I mean, the research

4       that I have seen has demonstrated and -- and if you

5       look at prosecutions and activities by the

6       Department of Justice and by local prosecutors, that

7       is an extremely limited problem.  There are -- and,

8       again, it's important to distinguish what the issues

9       are.

10                 I understand that there have been

11      occasional times when undocumented persons have been

12      on the voter registration list.  Let's keep that

13      separate from somebody who's not a documented voter,

14      which is extremely rare.  I mean, let's -- let's

15      think about this very logically.  I think that it's

16      been made abundantly clear to people who are in this

17      country without papers that they need to be

18      extremely careful or they're going to be deported --

19      thrown in jail and deported.  And you have a

20      situation where undocumenteds are afraid to report

21      crimes that are committed against them, you

22      know, acts of violence, I think it sort of stretches

23      credulity that -- to think they're going to go to a

24      polling place and commit a felony that will get them

25      thrown in jail and deported.  So I would want to see



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028398

USA_00016625

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 97 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 160 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

243

1      the evidence for people's beliefs that that is a

2      major problem.

3                     REPRESENTATIVE ALISEDA:  I don't know

4      how people got that belief, but it's out there.  And

5      I think --

6                     TOVA WANG:  Well, I think, then, the

7      answer is we need more education of the voters as to

8      what is really going on in the election system and

9      do something that will actually sort of backfire and

10     end up leaving people out of the process and

11     excluding people from the process, which may only

12     weaken voter confidence in the end.

13                     CHAIRMAN BONNEN:  Any questions?

14     Vice Chairman Veasey has some questions.

15                     REPRESENTATIVE VEASEY:  Yeah.  And on

16     what Representative Aliseda was saying, I'm not --

17     it -- it -- it really is interesting that people

18     sort of have these beliefs that have been around for

19     a long time about people casting fraudulent and

20     illegal votes.  It's not a new phenomenon in the

21     south or in this state or in other parts of the

22     country.  It just seems to have persisted long in

23     Texas and in parts of the deep south.  And I think

24     that we probably do need to look at that further,

25     because, you know I thought that was interesting



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028399

USA_00016626

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 98 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 161 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

244

1    what you said, a lot of the things that are being

2    discussed here today just simply are not rooted in

3    the truth.  They are things that people have heard.

4    They are -- they are rumors.  They are things that

5    people have heard on the Internet.  And I just

6    don't -- you know -- you know, just like the

7    President's birthplace, I don't know where these

8    sort of things start or where they begin and -- and

9    what gets them going, but they seem to catch on.

10   And -- and people want to change laws based on them.

11   And I just think that that is -- is very dangerous.

12   And I wanted to ask you just about the legal costs

13   for the bill.

14          I don't know if you're aware, but we have

15   a huge deficit in this state, and so we're being

16   very cautious about every dime, every penny that we

17   spend, because we're talking about actually having

18   to make kindergarten classes larger, consolidate

19   classrooms, cut teachers' salaries.  Med -- nursing

20   home providers are saying they're going to have to

21   shut down some of their facilities if the budget

22   stands the way it is.  We have some of our community

23   colleges, which -- which consider -- I think do a

24   great job.  And I take a lot of classes at community

25   colleges.  We're talking about closing down some of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028400

USA_00016627

Case 2:13-cv-00193 Document 660-25 Filed on 11/11/14 in TXSD Page 99 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 162 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

245

1    them.

2            What -- what sort of unexpected legal

3    costs in a large state like ours could -- could we

4    expect?  Obviously, there's going to be a lot that

5    goes into investigating and -- and talking with

6    people around the State, witnesses and what have

7    you.  What can we expect as far as legal costs are

8    concerned?

9            TOVA WANG:  Well, first of all,

10   expect (inaudible) Voting Rights Act really

11   (inaudible).  Imagine -- so that would be the first

12   step.  And I'm not too sure that it will get

13   (inaudible) clearance.  So there's that process

14   for -- at the outset.

15           I -- I am also willing to bet -- bet that

16   the State will be sued by any number of groups and

17   individuals -- individuals, challenging this bill

18   should it be passed.  And the cost of defending the

19   bill in a track of litigation process will also be

20   substantial.  And let -- let me just take the

21   opportunity to mention that I think there's a real

22   possibility that the Texas law could be struck down.

23   It's actually more restrictive than the Indiana bill

24   that was upheld by the Supreme Court temporarily, at

25   least.  Indiana allows voters to present any kind of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028401

USA_00016628

Case 2:13-cv-00193 Document 660-35 Filed on 11/11/14 in TXSD Page 100 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 163 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

246

```
 1        government-issued photo I.D. including from a public
 2        university or employee card with the photograph.
 3        The Texas laws is (inaudible), if I understand it -
 4        and correct me if I'm wrong - an I.D. from the
 5        Department of Public Safety, a military I.D.,
 6        citizenship documents, (inaudible), gun license or
 7        passport.
 8                 This is a much narrower set of documents,
 9        which means more people are excluded from this bill.
10        For example, only 30 percent of Americans have
11        passports, so that's not currently helpful.  It
12        doesn't even include tribal identification, which I
13        think clearly is a flaw that would be of interest to
14        a Court.  John Tanner, the former Chief of the
15        voting section in Department of Justice under
16        President Bush, even recently noted in an article I
17        saw that distances to DMVs in Texas make the Texas
18        law more vulnerable to constitutional attack,
19        because there is such a scarcity of them and there
20        are such limited hours.
21                 So I think there are a lot of things that
22        distinguish this bill from Indiana that make it very
23        vulnerable to a challenge that will then cost the
24        State money to defend.
25                 REPRESENTATIVE VEASEY:  And -- and
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028402

USA_00016629

Case 2:13-cv-00193 Document 660-35 Filed on 11/11/14 in TXSD Page 101 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 164 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

247

1     one -- I know one of the things that I'm concerned
2     about is that the closest DMV to my house or in my
3     district anyway -- and my district is largely
4     African American or Hispanic, at least 70 percent
5     so, and there's no bus to the nearest one.  My
6     district is in Fort Worth, Texas, and North Richland
7     Hills would be the closest voters -- or driver's
8     license place.  And there's no, you know, bus or any
9     way for some folks to get out there.  Now, they
10    could go across town in Fort Worth and over in
11    Wedgewood to go and get one.  But the one closest to
12    my district -- and I know it's the same thing in
13    south of Dallas, too, which is a largely African
14    American and Hispanic part of Dallas.  I don't know
15    that any of the places where you go to renew your
16    driver's license or get these cards are actually in
17    the community, that people have to go to north
18    Dallas, which is the more affluent section of Dallas
19    where -- where -- where most people have cars,
20    dependable transportation.
21              I wanted to ask you, also, and just in
22    your research in some of this, why would you
23    think -- why wouldn't Texas -- or -- or why wouldn't
24    other states -- I don't want to just say our state,
25    because I'm sure there are other states that are



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028403

USA_00016630

Case 2:13-cv-00193 Document 660-35 Filed on 11/11/14 in TXSD Page 102 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 165 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

248

1    studying this, as well.  But why would certain

2    states in our union want to -- why wouldn't they

3    just pass the Indiana law or the Georgia law when

4    they know those have been upheld?  Do you have any

5    opinions on that?  Because I was kind of concerned

6    about the fact that -- you know, that, I guess, the

7    Supreme Court and the Justice Department has already

8    cleared the ones that are on the books right now,

9    but we seem to be sort of moving in another

10   direction.

11             TOVA WANG:  Yeah.  I mean, as I said,

12   what you've got in the bill, as I understand, is

13   more restrictive than Indiana and certainly more

14   restrictive than Georgia, which was -- I don't

15   believe Indiana needed clearance, but Georgia's did.

16   And that was extremely controversial, as you know.

17   And perhaps Toby Moore talked about this.  I'm not

18   sure the staff at the Department of Justice argued

19   for not preclearing the Georgia bill.  They ended up

20   doing so, but it's far more restrictive than

21   Georgia's bill.  So I don't know what's going on.

22             And, actually, Texas is not the only state

23   where the legislators are considering bills that are

24   more restrictive than those two states.  Those

25   population of these states are being targeted to



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028404

USA_00016631

Case 2:13-cv-00193 Document 660-35 Filed on 11/11/14 in TXSD Page 103 of 104
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 106 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

249

1    have -- you know, one of the things that's been

2    really striking to me is that, you know, in 2008 we

3    had this voter experience.  And no matter what your

4    partisanship is, I think everyone was heartened by

5    the turnout among students, African Americans and

6    Latinos in scores and, overall, the enthusiasm.  And

7    it seems like just in the moment those people are

8    coming out those voices are being silenced by laws

9    like these, and I think that's really troubling.

10                  REPRESENTATIVE VEASEY:  Would you be

11   able to comment on what sort of unfunded -- unfunded

12   mandate that local municipalities and counties may

13   encounter in trying to implement this law, which is

14   also another concern?

15                  I know that a lot of the counties in the

16   State of Texas and lot of local governments have

17   asked that we not -- and I believe there's a bill

18   that one of the Chairmen here in the House has that

19   have -- and some people have signed onto saying no

20   unfunded mandates.  Can you talk about some of

21   the -- the burdens of cost that we placed on local

22   governments?

23                  TOVA WANG:  Yeah.  Well, I mean,

24   every state's different on how they share the cost

25   of elections.  But -- so I'm not sure I can



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028405

USA_00016632

Case 2:13-cv-00193  Document 660-35  Filed on 11/11/14 in TXSD  Page 104 of 104
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 167 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

250

 1     specifically talk about Texas.  But I would really

 2     recommend, and I can send to the Committee,

 3     testimony that was submitted by the county clerks in

 4     Wisconsin as a group, talking about the hardship

 5     that this would put on county clerks all over the

 6     State and how they would have to end up choosing

 7     between providing emergency service and implementing

 8     this law.  So clearly the people at the local level

 9     are extremely concerned about this.  And I think

10     that this is at a time when elections officials,

11     especially over the last ten years when we have been

12     changing the rules on these people left and right,

13     are already pretty -- pretty overworked and pretty

14     stretched thin.  And so I -- I would definitely

15     recommend looking at that testimony from Wisconsin

16     to get a sense of type of burden that would be

17     expected and also talking to local people and -- and

18     seeing how they feel about it.

19                 REPRESENTATIVE VEASEY:  Okay.  Thank

20     you.

21                 CHAIRMAN BONNEN:  Any other

22     questions, Members?  Mrs. Wang, thank you very much

23     for your working with us --

24                 TOVA WANG:  Thank you.

25                 CHAIRMAN BONNEN:  -- today, and have



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028406

USA_00016633