Case 2:13-cv-00193   Document 660-26   Filed on 11/11/14 in TXSD   Page 1 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-2   Filed 06/20/12   Page 168 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

251

```
 1      a good evening.
 2                     TOVA WANG:  You, too.
 3                     CHAIRMAN BONNEN:  Thank you.
 4                     UNIDENTIFIED REPRESENTATIVE:  Not a
 5      question, but an objection.
 6                     CHAIRMAN BONNEN:  Sure.
 7                     UNIDENTIFIED SPEAKER:  I have talked
 8      to the elected officials in my county and they
 9      welcome voter I.D., regardless of the cost.
10                     CHAIRMAN BONNEN:  Excellent.  Thank
11      you.
12              Chair calls Sonia Santana, ACLU of Texas,
13      here to testify against the Committee Substitute to
14      Senate Bill 14.
15                     SONIA SANTANA:  Good afternoon,
16      Chairman Bonnen and Members.  I thank you for the
17      opportunity to speak this afternoon.
18              My name is Sonia Santana.  I'm here to
19      speak on behalf of ACLU Texas and to register our
20      position against Committee Substitute Senate Bill
21      14.
22              Our Executive Director, Terry Burk
23      (phonetic), was unable to be here, so I have
24      submitted written testimony, as well.
25              There are two concerns that I would like
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028407

USA_00016634

Case 2:13-cv-00193   Document 660-26   Filed on 11/11/14 in TXSD   Page 2 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-2   Filed 06/20/12   Page 169 of 223
Voter Fraud Hearing - Volume 2                          March 1, 2011

```
1        to address specifically on this bill.  The first is

2        the cost of voter education and voter outreach, and

3        second is on provisional ballot concerns.  With

4        respect to the estimated voter outreach and voter

5        education program we are also very concerned that

6        the estimated $2 million is insufficient for an

7        adequate program to educate voters and poll workers

8        on what is a substantial change in election

9        procedure.

10               And I think this was mentioned by Tova

11       Wang, but we do know that in Missouri their fiscal

12       cost on their voter outreach program is 16.9 million

13       over three years.

14               In North Carolina, a most recent study

15       that they came out is estimating now that their cost

16       is going to be 20 million for three years.  So we

17       are very concerned that the amount we have in our

18       bill is not adequate for the job.

19               On the provisional ballot area we believe

20       that Texas already has a substantial problem in

21       Texas.  Nationally, the average rates for counting

22       provisional ballots is about 75 percent with

23       55 percent rejection rates.  In Texas, our rejection

24       rates are opposite.  We reject 75 percent of our

25       ballots and only accept 25.  This statistic seems to
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028408

USA_00016635

Case 2:13-cv-00193   Document 660-26   Filed on 11/11/14 in TXSD   Page 3 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-2   Filed 06/20/12   Page 170 of 223
Voter Fraud Hearing - Volume 2                          March 1, 2011

253

```
 1      indicate that voters and poll workers are already
 2      confused about, you know, provisional ballots in
 3      general and how they're cast and how they're
 4      actually processed.  So in the 2008 election, which
 5      was our last Presidential election, we had 42,000
 6      cast provisional ballots.  And of those, only 32,000
 7      votes -- 32,000 were rejected.  So those are 32,000
 8      voters that are -- already are confused about how to
 9      cast a proper ballot and those votes were rejected.
10      So we think Texas already has a problem with
11      provisional ballots, and this is going to add
12      confusion to the issue and we're going to cause more
13      voters to go into this limbo of provisional ballots,
14      where they only have one in four chance of having
15      their provisional ballot count.
16             We would like to add that if this bill
17      passes, like (inaudible) suggested, the Legislature
18      actually fund a study data to collect the data on
19      rejection rates, the reason for rejection rates.
20      And, specifically, which communities are impacted by
21      these provisional ballots.  Thank you.
22             CHAIRMAN BONNEN:  Thank you.  Any
23      questions, Members?  Thank you.
24             Mary Ann Collins representing herself
25      and -- is here to testify for the Committee
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028409

USA_00016636

Case 2:13-cv-00193  Document 660-26  Filed on 11/11/14 in TXSD  Page 4 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 171 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

254

1    Substitute to Senate Bill 14.

2              MARY ANN COLLINS:  I'm Mary Ann

3    Collins.  I'm been election judge for almost 30

4    years.  I -- I would like to address the issue of

5    fact that there's no fraud in ballot -- in

6    elections.

7              I have poll watched early voting.  And

8    while I was poll watching early voting, I saw a lady

9    come in with purple hair, and that absolutely got my

10   attention.  Later that afternoon I saw what I

11   thought was the very same lady with the purple hair

12   coming in to vote, and I thought, she's been here

13   before.  Then I thought, oh, no, she's passed the

14   qualifying table, so I'm just misreading things.  It

15   turned out later I was talking -- it dawned on me

16   that she indeed probably had been there before and

17   was voting on another person's certificate at that

18   time.

19             After our early voting was over, two or

20   three days later, I was talking to one of the clerks

21   on a completely unrelated issue and I said to her,

22   "I think there was a lady there who voted twice."

23   She said, "Oh, yes.  I know exactly who you're

24   talking about.  I even questioned her and asked her

25   if she had been here before, and she assured me that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001755

TX_00028410

USA_00016637

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 5 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 172 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

                                                                    255

```
 1      she had not."
 2              Now, without picture I.D. there's nothing
 3      to prevent a person going to early voting
 4      location -- to early voting location with another
 5      person's certificate.  So a person in reality in
 6      Dallas County in this last election could have gone
 7      to 32 different polling places in early voting with
 8      somebody else's certificate.
 9              I would also just like to address the
10      issue that was just brought up about the provisional
11      ballot.  I have also poll watched the ballot board
12      in Dallas County, and the majority of provisional
13      ballots that are rejected are rejected because
14      people are not registered to vote.  So that is my
15      testimony.
16              CHAIRMAN BONNEN:  Sorry we didn't
17      have more excitement for you here.
18              MARY ANN COLLINS:  Well, I always
19      like to witness some.
20              CHAIRMAN BONNEN:  For those of you
21      who have followed this issue know that I built quite
22      a relationship with Mrs. Collins last session
23      dealing with voter I.D. and with -- I won't name
24      names, but put one of our Members in a place that he
25      is seldom put.  And so we're very proud of --
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028411

USA_00016638

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 6 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 173 of 223
Voter Fraud Hearing - Volume 2                          March 1, 2011

256

```
 1                    MARY ANN COLLINS:  It was one of my
 2      shining hours.
 3                    CHAIRMAN BONNEN:  It was one of the
 4      most shining.  But thank you, Mrs. Collins.
 5              Any questions, Members?
 6              Thank you for being here and hopefully
 7      we're going to get you out of here at a decent time.
 8                    MARY ANN COLLINS:  Thank you.
 9                    CHAIRMAN BONNEN:  Rebecca Bradford,
10      Texas Federation of Republican Women, here to
11      testify for the Committee Substitute to Senate Bill
12      14.
13                    REBECCA BRADFORD:  First of all,
14      Chairman Bonnen, thank you for being here, and
15      Members of the Committee.  I appreciate the work
16      that you are doing for me and -- and that you're
17      doing for my state.
18              My name is Rebecca Bradford.  I live in
19      Corpus Christi in Nueces County.  I'm here today
20      testifying on behalf of Texas Federation of
21      Republican Women.  There are basic principles that
22      must be applied if our state is to remain strong and
23      free.  And one of these basic principles is the
24      confidence of our citizens.  They -- they do matter
25      when it comes to their government.  The way
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028412

USA_00016639

Case 2:13-cv-00193   Document 660-26   Filed on 11/11/14 in TXSD   Page 7 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-2   Filed 06/20/12   Page 174 of 223

Voter Fraud Hearing - Volume 2                          March 1, 2011

257

1    individual citizens are involved in their government

2    is by voting for the leaders of that government.

3            In the 20 years that I've lived in south

4    Texas I've heard stories about illegal voting,

5    falsified ballots, election workers illegally

6    assisting others, ballots showing up from seemingly

7    nowhere to save the election for a particular

8    candidate and more.  The stories about voter fraud

9    are so common that they are expected as a part of

10   the election process.  I know people who personally

11   told me that they didn't bother to vote because they

12   didn't trust that their vote mattered.  They believe

13   whomever is chosen to win will find a way to win.

14   And historically, low voter turnout reflects that

15   kind of an attitude.

16           If the State of Texas can demonstrate

17   through a strong voter identification bill that it's

18   possible to begin to strengthen honesty and fairness

19   in our elections, it will go a long way in helping

20   citizens trust our government and want to

21   participate and help to keep Texas strong.

22           Interest across the State of Texas

23   regarding fair and honest elections is very high.

24   As the President of the Texas Federation of

25   Republican Women, I travel across the State visiting



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028413

USA_00016640

Case 2:13-cv-00193  Document 660-26  Filed on 11/11/14 in TXSD  Page 8 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 175 of 223
Voter Fraud Hearing - Volume 2                          March 1, 2011

258

1      clubs and visiting members.  We have 162 clubs and

2      10,995 members in Texas.  The one issue that gets

3      noticeable and usually vocal response from an

4      audience of TFRW audiences is fair and honest

5      elections.  Our members have worked locally as

6      election judges, clerks and poll watchers, and voter

7      registration is a large project in many of our

8      clubs.  TFRW members understand the value of honest

9      elections and are hoping to encourage you to take

10     this very important first step in strengthening our

11     election process.

12             March 3rd is the 2011 Texas Federation of

13     Republican Women's Legislation Day in Austin.

14     Registrations to join our legislative day were at

15     890 members as of yesterday, and our office is still

16     getting requests for late registrations.  The issue

17     of fair and honest elections is the main reason for

18     their coming to visit their government.  We believe

19     the only way to have fair and honest government is

20     to start with fair and honest elections of leaders

21     that run that government.  The strong photo

22     identification requirements for voters will not

23     completely stop voter fraud, but it's a really good

24     place to start, and it will make elections fair and

25     honest.  It will demonstrate to citizens their votes



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001759

TX_00028414

USA_00016641

Case 2:13-cv-00193   Document 660-26   Filed on 11/11/14 in TXSD   Page 9 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-2   Filed 06/20/12   Page 176 of 223
Voter Fraud Hearing - Volume 2                          March 1, 2011

                                                              259

1      are important, and it will give citizens confidence

2      that the Texas government is working to keep Texas

3      strong.

4               Thank you very much for accepting my

5      testimony.

6               CHAIRMAN BONNEN:  Members, any

7      questions?  Representative Harless had a question.

8               REPRESENTATIVE HARLESS:  I just want

9      to thank you for coming and staying all day.

10     Rebecca and I have been long-time friends.  So thank

11     you.

12              REBECCA BRADFORD:  Thank you for

13     being here, and you.

14              CHAIRMAN BONNEN:  Thank you very

15     much.

16              REBECCA BRADFORD:  Thank you.

17              CHAIRMAN BONNEN:  Steve Finley.

18     Okay.

19              Carol Kitson, K-I-T-S-O-N, retired, here

20     to testify for Committee Substitute to Senate Bill

21     14.

22              CAROL KITSON:  Carole Kitson.  Good

23     afternoon.  My name is Carol Kitson.  I'm here to

24     testify for -- in favor of the Committee Substitute

25     for SB-14.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028415

USA_00016642

Case 2:13-cv-00193  Document 660-26  Filed on 11/11/14 in TXSD  Page 10 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 177 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

260

1              In November 2 -- 2nd, 2010 general

2       election, I was an alternate judge at Harris County

3       precinct.  Others working that day were -- included

4       presiding judge, two clerks, two volunteer poll

5       watchers and a translator.  Everyone was there for

6       the entire period.  In the late afternoon the

7       election clerk, who was responsible for giving each

8       voter their JBC ticket to allow them to use the

9       machine, commented to the poll watcher -- to a poll

10      watcher that he had just given a code to a man who

11      had voted earlier that day.  The poll watcher agreed

12      with that and I, too, had noticed that particular

13      voter, because he had a very distinguishing

14      characteristic.  He had a very distinct --

15      distinctive facial scar and he had very limited use

16      of one arm, so he was very easy to note.  The

17      problem is I did not remember what name was on the

18      voter card that he had used for his first vote.  And

19      because we had no way of correctly identifying him,

20      as it is currently illegal to ask for a photo I.D.,

21      he voted a second time.

22              This man was recognizable, but it's

23      impossible to know how many individuals voted more

24      than once using different voter I.D. cards during

25      that busy election day.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028416

USA_00016643

Case 2:13-cv-00193   Document 660-26   Filed on 11/11/14 in TXSD   Page 11 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-2   Filed 06/20/12   Page 178 of 223
Voter Fraud Hearing - Volume 2                              March 1, 2011

261

```
 1              Requiring all voters to prevent -- present
 2      a voter I.D. would prevent individuals from voting
 3      more than once.  And it's critically important,
 4      because even a few votes per precinct can
 5      fraudulently -- cast fraudulently can change the
 6      outcome of an election.
 7              In Falls County with 9,332 registered
 8      voters, a 42 percent turnout, there was a difference
 9      of only 86 votes between the top two candidates for
10      Governor.
11              In Val Verde County, with 27,801 voters,
12      almost a 26 percent turnout, only 271 votes
13      separated the top two candidates for Governor.
14              And in Bexar County, with a fourth highest
15      number of registered voters in the state at 905,859
16      voters and a 34 percent turnout, the difference
17      between the winner and loser of those votes was only
18      1,692 votes.  That means with 622 precincts it took
19      less than three -- three votes per precinct cast
20      fraudulently could change the entire outcome of the
21      Governor's race in that county.  Each fraudulently
22      cast vote diminishes all of the valid votes cast.
23      Every legal voter in Texas deserves to know that his
24      or her vote was counted correctly, and we need to
25      know the declared winner is truly the winner and not
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028417

USA_00016644

Case 2:13-cv-00193  Document 660-26  Filed on 11/11/14 in TXSD  Page 12 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 179 of 223
Voter Fraud Hearing - Volume 2                          March 1, 2011

                                                              262

```
 1       illegally elected because some voters used illegal

 2       means to get their candidate elected.  We owe this

 3       to ourselves, to all future generations of Texans.

 4       Thank you.

 5              Any questions?

 6                  CHAIRMAN BONNEN:  Yes, ma'am.  Any

 7       questions, Members?

 8                  REPRESENTATIVE VEASEY:  Dennis --

 9                  CHAIRMAN BONNEN:  Yes, sir,

10       Mr. Veasey.

11                  REPRESENTATIVE VEASEY:  I would agree

12       with you, we owe it to everybody to make sure we

13       have fair elections, because, like you say, only a

14       few votes can change an election.  But the problem

15       we're having is the dialogue.  It needs to be a

16       two-way street.  I need to be listening to what

17       you're saying, but what some of us on the panel are

18       saying and what some of our witnesses are saying,

19       too, is that we need to also understand that a few

20       disenfranchised can also swing the election another

21       way.  And so everybody -- any time you come up with

22       some sort of a suggestion or solution to make it to

23       where people won't be disenfranchised, whether you

24       talk about fail-safe or whether you talk about, you

25       know, after the fail-safe affidavit or you talk
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028418

USA_00016645

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 13 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 180 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

263

```
 1      about same day voter registration and, all of a
 2      sudden, oh, no, oh, no.  And that's where we get
 3      into trouble, because then it seems like there's
 4      something nebulous going on when you don't make it a
 5      two-way street and just make it a one-way street.
 6              And so I'll just make comments to what
 7      you're saying, because I hear you loud and clear,
 8      and I hear the rest of the people who have testified
 9      here in favor of the bill loud and clear.  But what
10      I'm saying, we've come a long way in this country,
11      and we need to make sure that both sides are being
12      fully appreciated and that concerns of all of our
13      citizens are being met and not just, you know, one
14      particular, you know, way of thought or one
15      particular avenue.  I -- and so that's all -- all
16      I'll say to that.  And I appreciate you coming to
17      take your time here today.
18              CAROL KITSON:  I appreciate your
19      comments, but earlier I believe there was testimony
20      that 609,000 voters are listed as not having a
21      Social Security card or driver's license.  You know,
22      the federal law requires everyone to have a Social
23      Security number.  All citizens must have a Social
24      Security number by age one.  So I would submit that
25      a large, large percentage, if not all, of those were
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_001764

TX_00028419

USA_00016646

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 14 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 181 of 223
Voter Fraud Hearing - Volume 2                     March 1, 2011
264

```
1    fraudulent voters.  And it's very difficult to catch

2    them, because we can't picture -- we can't take

3    photographs, we can't record.  That's why you don't

4    see cases that are prosecuted.  It's almost

5    impossible.

6                 REPRESENTATIVE VEASEY:  And -- and

7    let me just say real quick, and I'm not trying to

8    hold you up at all, but we don't know how -- why

9    those people don't have Social Security.  There

10   could be a lot of --

11                CAROL KITSON:  I understand.

12                REPRESENTATIVE VEASEY:  -- reasons

13   why.  And so that's what I think that I'm really

14   trying to get past is just the sort of assumptions

15   that people make about people whether, you know,

16   they live in a certain neighborhood or whether they

17   live -- or whether they don't have a Social Security

18   card or whether they don't have a driver's license.

19   And there's just too much of that.

20                Like, I don't know if you were here when I

21   read the E-mail earlier that the Chairwoman of the

22   Republican party sent out, where she was saying

23   there's voter fraud going on in these specific

24   precincts and we need to send people out here to

25   watch these people.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028420

USA_00016647

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 15 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 182 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

265

```
 1                    CAROL KITSON:  That is not

 2       appropriate at all.

 3                    REPRESENTATIVE VEASEY:  Right.  And

 4       we don't --

 5                    CAROL KITSON:  And I --

 6                    REPRESENTATIVE VEASEY:  -- want to

 7       start making generalizations why someone doesn't

 8       have a Social Security card by age of one.  There

 9       could be a variety of reasons.

10                    CAROL KITSON:  And I don't --

11                    CHAIRMAN BONNEN:  I don't think she

12       suggested why.  She's simply concerned that there's

13       a large number of people who don't, and she has no

14       way of confirm --

15                    CAROL KITSON:  Exactly.

16                    REPRESENTATIVE VEASEY:  I'm sorry.  I

17       misunderstood.  I thought you said most of these

18       people were committing voter fraud.

19                    CHAIRMAN BONNEN:  She said she

20       doesn't know if they are or not.

21                    CAROL KITSON:  There's no way of

22       telling.  No way to find out.

23                    REPRESENTATIVE VEASEY:  I apologize.

24                    CAROL KITSON:  So many came in with

25       voter I.D. cards I was shocked at how far back they
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028421

USA_00016648

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 16 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 183 of 223
Voter Fraud Hearing - Volume 2                     March 1, 2011

266

```
 1        went, and none of them were signed.  So there's no

 2        way to compare the signature.

 3                     CHAIRMAN BONNEN:  Right.

 4                     CAROL KITSON:  Thank you very much.

 5                     CHAIRMAN BONNEN:  Ma'am, I apologize.

 6        Representative Harless has questions.

 7                     REPRESENTATIVE HARLESS:  We're going

 8        to have an expert later from the Secretary of State

 9        talking about those numbers.

10                     CAROL KITSON:  Uh-huh.

11                     REPRESENTATIVE HARLESS:  --

12        (inaudible).

13                     CAROL KITSON:  Oh, I will.

14                     REPRESENTATIVE HARLESS:  There's a

15        reason there's 690,000 people, because it wasn't

16        until 2006 that you had to list the last four of

17        Social Security or the I.D. or driver's license.  So

18        there are potentially people that registered prior

19        to that - I'm one of those - that haven't moved.

20        And so I'm still using my same voter's registration

21        card that doesn't have that identification on there.

22        And I think there will be testimony to that.

23                     CHAIRMAN BONNEN:  Great.

24                     CAROL KITSON:  Thank you very much.

25                     CHAIRMAN BONNEN:  Ramey -- I think
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028422

USA_00016649

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 17 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 184 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

267

```
1       it's Ramey, R-A-M-E-Y, Ko or Kory [sic], K-O,

2       Attorney (inaudible) here to testify against the

3       Committee Substitute to Senate Bill 14.

4                   RAMEY KO:  I hope you don't mind me

5       using my computer.

6                   CHAIRMAN BONNEN:  No, whatever you

7       need.

8                   RAMEY KO:  All right.  When I can --

9       can I start?

10                  CHAIRMAN BONNEN:  Yes.  Please state

11      your name --

12                  RAMEY KO:  Oh, okay.  My name is

13      Ramey Ko, and I'm an attorney.  And I currently

14      lecture at the University of Texas and teacher as

15      well for private (inaudible) company.  Some of you

16      may remember me from 2009, when I famously testified

17      on the name matching issues faced by Asian American

18      voters; resulted in some amount of controversy in

19      the media over the issue.  I'm happy to hear that

20      this version of the bill had some provisions in

21      there that addresses this issue.  However, I think

22      that there's certain other concerns that are

23      important to address.

24                  First of all, it's very important to

25      highlight the fact that ultimately the person who's
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028423

USA_00016650

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 18 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 185 of 223
Voter Fraud Hearing - Volume 2                                    March 1, 2011

268

1      on the front line and making these decisions are

2      poll workers.  These are poll workers who have a

3      very difficult job taking time out of their

4      schedules to volunteer to do something for

5      democracy; very admirable.  But given the record

6      turnouts of the last few election cycles with little

7      training and funding to support them in this

8      tremendously important job, errors do occur.  In

9      fact, the Asian American Legal Defense and Education

10     Fund has put forward a number of reports recently

11     through large sample size studies of numerous states

12     over the last several election cycles beginning in

13     2002.  Every year they do this, they find enormously

14     large amounts of improper or incorrect behavior on

15     the part of poll workers towards Asian American

16     voters.

17              In seven states sampled in the 2008

18     election, in the majority of Asian American voters

19     sampled, the majority, more than half in every

20     single state, reported being asked for improper or

21     illegal identification under those state's laws, the

22     majority.  That's under current law.  That doesn't

23     require -- and these were in states that do not

24     require photo I.D. and allows that -- in states that

25     have a -- greater I.D. requirements with more



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028424

USA_00016651

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 19 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 186 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

269

```
 1          complex elements that were even higher results.
 2                  The fact is that it's impossible to know
 3          what turnout would be in the absence of such laws.
 4          Just as much as people have been saying, oh, we
 5          can't know how much fraud is going on, we can't know
 6          how much people are being suppressed or who's being
 7          discouraged from coming to the polls because of the
 8          fact that they have these laws.  Right?
 9                  Well, anecdotal evidence is hardly
10          representative of broader trends.  These horror
11          stories I've heard tell me one thing, the system now
12          works.  Right?  These people are being caught.
13          Clearly all of these people who are coming to
14          testify and mechanisms exist to mark and review
15          suspect ballots.  We do know that voter turnout
16          among low income voters and among (inaudible) areas
17          is persistently low.  We also know that from
18          countless studies, personal account and personal
19          experience that many of those not originally born in
20          this country find this process intimidating.  Right?
21                  So I'm agreed that those (inaudible) make
22          it difficult, maybe impossible, to prove voter
23          impersonation.  But then why pick this one out of
24          all possible ways to commit fraud, absentee
25          balloting -- heck, why don't we make people provide
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193  Document 660-26  Filed on 11/11/14 in TXSD  Page 20 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 187 of 223
Voter Fraud Hearing - Volume 2                          March 1, 2011
270

```
 1          a copy of their lease or their deed to prove their
 2          residency?  I don't know.  Maybe people are lying
 3          about this all the time.  Who knows?  Right?
 4                  So why not target absentee voting first
 5          where fraud is documented?  Why not make people
 6          produce these other types of documentations?  Right?
 7                  We're told that provisions exist in the
 8          bill to account for these name changes that we
 9          testified about last time.  But to what degree if
10          the problem with poll workers -- right?  If my
11          driver's license says Ramey Ko and my voter
12          registration roll says Bill Hi Sun (phonetic),
13          right, is the poll worker going to say that's even
14          close enough for me to be permitted to cast that
15          real ballot?  That's the judgment that's made.
16          These are the same poll workers, mind you, that
17          demanded incorrect illegal forms of I.D. in eight
18          states from the majority of Asian American voters
19          who voted.
20                  We're also told that democracy's expanding
21          measures such as same day registration will be
22          easier to swallow if this passes.  They ask why
23          aren't they already in this bill.  If we're all so
24          determined to give people ideas [sic] -- I.D.s
25          because they need them for real life, which I agree
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001771

TX_00028426

USA_00016653

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 21 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 188 of 223
Voter Fraud Hearing - Volume 2                              March 1, 2011

271

```
 1        with, working as an attorney with low income folks,

 2        then why not a longer phase then?  Right?

 3               The fact is that I came here -- or I'm

 4        here in this country because my parents came from

 5        Asia in order to escape the type of government that

 6        says that people who get to vote are restricted

 7        based on their status or who they are.

 8               The cost of faith in democracy is high.

 9        The Representative earlier who spoke -- who

10        highlighted that point, very true.  And millions

11        will lose that faith if this bill passes.  And if

12        you really believe that the cost of democracy is

13        worth whatever costs, then put your money where your

14        mouth is.  Put $50 million into this bill to do real

15        education, real outreach, real voting assistance.

16               To echo the earlier witness, every

17        suppressed vote diminishes the vote of every other

18        person cast -- every other vote cast.  Every person

19        who is scared to go to the polls because of how they

20        might be treated diminishes the vote of every other

21        per -- vote cast.

22               And that's my remarks for the day.  I'm

23        open for questions.

24               CHAIRMAN BONNEN:  Very good.  Any

25        questions, Members?  Yeah.  Representative Aliseda.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001772

TX_00028427

USA_00016654

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 22 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 189 of 223
Voter Fraud Hearing - Volume 2                              March 1, 2011

272

```
 1                  REPRESENTATIVE ALISEDA:  Would you
 2        agree with me that there's another form of voter
 3        suppression and that is a voter suppression where
 4        you do not believe in the system so you don't vote?
 5                  RAMEY KO:  I think that anything that
 6        diminishes the value of democracy has the potential
 7        to suppress the vote.
 8             The problem is that when we know that
 9        there's all of these potentials out there, right, we
10        have to find a way as policymakers to make a
11        decision to weigh, right, the cost and benefits of
12        addressing certain types of potential problems with
13        that democracy.
14             To me, to say that well, this is a
15        potential issue and if it really is out there and
16        these numbers that we think it might be, it's really
17        scary.  The problem's that argument could be applied
18        to absolutely anything I can come up with, right,
19        like the deed or title restriction I just mentioned
20        earlier.  Why not require people to produce a title
21        or a lease in order to prove their residence?
22                  UNIDENTIFIED REPRESENTATIVE:  Your
23        family trees --
24                  RAMEY KO:  Yeah.  Why not?  Maybe a
25        thousand people every day are fraudulently lying
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028428

USA_00016655

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 23 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 190 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

273

```
 1     about where they live.
 2                     UNIDENTIFIED REPRESENTATIVE:  It's
 3     not that farfetched.  I have a home in Bee County
 4     that's -- where 18 individuals are registered to
 5     vote.
 6                     RAMEY KO:  And I think we all know
 7     about the trailer park, correct, and a lot of
 8     controversies about exactly who's registered to vote
 9     in that district or not.
10                     CHAIRMAN BONNEN:  Any other
11     questions, Members?  Thank you for your testimony
12     today.
13                     RAMEY KO:  Thank you.
14                     CHAIRMAN BONNEN:  John Woods, a
15     graduate student, student government of the
16     University of Texas at Austin, here to testify
17     neutrally on the Committee Substitute to Senate Bill
18     14.
19                     CHAIRMAN BONNEN:  And, Mr. Woods, we
20     have a copy of, I guess, your testimony or -- or
21     something you've asked us to pass around.  And we're
22     doing that now.
23                     JOHN WOODS:  Thank you.  Mr. Chair,
24     Members of the Committee, thank you so much for your
25     time.  I -- my name is John Woods.  I'm a graduate
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001774

TX_00028429

USA_00016656

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 24 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 191 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

274

```
 1         student at University of Texas at Austin.  I'm a

 2         member of student government.  I represent the

 3         graduate school, and I am authorized to speak on

 4         behalf of my constituents for this.

 5               One issue a lot of graduate students face,

 6         a lot of us come from out of state.  We don't

 7         necessarily have Texas driver's licenses.  Many of

 8         us, as somebody else mentioned earlier, use public

 9         transportation and have no reason to have a driver's

10         license.

11               My understanding is the Supreme Court has

12         said before that you are entitled to vote where you

13         go to school whether it's in state or out of state

14         just as long as you only vote in one place and that

15         you don't necessarily need an in-state driver's

16         license to do that.

17               I, myself, am originally from the

18         Commonwealth of Virginia.  I moved here in 2007.

19         And I did get a Texas license, but I would point out

20         that I could go home at any time and register to

21         vote again in Virginia with my parents' address and

22         use a Virginia driver's license, and I could

23         actually probably vote in both states

24         simultaneously.  And I don't see how this bill

25         addresses that.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028430

USA_00016657

Case 2:13-cv-00193  Document 660-26  Filed on 11/11/14 in TXSD  Page 25 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 192 of 223
Voter Fraud Hearing - Volume 2                        March 1, 2011

275

```
 1            But my real concern is that graduate
 2       students be able to use student I.D.s when they go
 3       vote.  I think that that would be a good solution to
 4       this problem.  It's something that all of my
 5       constituents have.  I can see how maybe student
 6       I.D.s need an expiration date or something like
 7       that, but I think that's a solution the Committee
 8       could consider looking at.
 9            I'm also a little concerned about the
10       priorities of this bill.  I just -- I'd like to
11       note -- note a loophole that we noticed in student
12       government, which is that you can currently go buy a
13       gun in Texas without any I.D. at all, but you
14       wouldn't be able to vote under this bill without
15       I.D.  It seems strange to me that you get turned
16       away by a poll worker, go to a gun show, buy a gun,
17       and then threaten the poll worker into letting you
18       vote.  I think that's a loophole in this bill, and I
19       just wanted to mention it.
20            Lastly, there's a committee hearing one
21       session ago.  We had these two -- two guys who were
22       twins in student government.  And they were on the
23       other side of the aisle from me, but they came and
24       testified, and they did a great job.  You know, it
25       was interesting.  One was out of the room when the
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001776

TX_00028431

USA_00016658

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 26 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 193 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

276

```
1    other one was testifying.  And when the second one

2    came to testify, the Chair of the committee noted,

3    "Hey, didn't you already testify?"  And he said,

4    "No, no.  That was my brother."  Now, these two

5    guys, they dress exactly the same and they have the

6    same speech mannerisms.  I still can't tell them

7    apart.  Got to love them, you know.  And I just -- I

8    just wanted to thank the Committee for not requiring

9    me to show an I.D. in order to testify here.  Thank

10   you.

11              CHAIRMAN BONNEN:  Any questions,

12   Members?  Thank you.

13              UNIDENTIFIED REPRESENTATIVE:  Just a

14   quick one.

15              CHAIRMAN BONNEN:  Mr. (inaudible).

16              UNIDENTIFIED REPRESENTATIVE:  Thank

17   you, Mr. Chairman.  If you had an Oklahoma driver's

18   license but were registered at U.T., under this bill

19   would you be able to vote?

20              JOHN WOODS:  My understanding is that

21   you have to have a driver's license from the Texas

22   Department of Public Safety.  You could use a

23   passport, but if you did not have one --

24              UNIDENTIFIED REPRESENTATIVE:  That's

25   my understanding, too.  Thanks.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001777

TX_00028432

USA_00016659

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 27 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 194 of 223
Voter Fraud Hearing - Volume 2                          March 1, 2011

277

```
 1                    JOHN WOODS:  Thank you very much.
 2                    CHAIRMAN BONNEN:  Ann McGeehan, the
 3         Elections Division of the Secretary of State,
 4         testifying neutral on Committee Substitute to Senate
 5         Bill 14.
 6                    ANN MCGEEHAN:  Good afternoon.  Ann
 7         McGeehan with the Office of the Texas Secretary of
 8         State.
 9                    CHAIRMAN BONNEN:  Questions, Members?
10         I think Mr. Veasey has questions.
11                    REPRESENTATIVE VEASEY:  I -- I --
12         I -- I'm sorry.  Let me turn on the microphone.  I
13         do have questions for you.
14              I was concerned about the fiscal note.
15         Can you talk a little bit about the fiscal note that
16         you all came up with?  Because other smaller states,
17         states that are significantly smaller with -- than
18         ours, with a lot less television markets, came up
19         with much higher figures than you did.  So that --
20         that number sort of startled me a little bit.
21                    ANN MCGEEHAN:  Sure.  Yeah.  I would
22         be happy to explain how we arrived at that figure.
23              Since the Help America Vote Act passed at
24         the federal level in 2002, the states have been
25         given some funds for voter education.  So the
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_001778

TX_00028433

USA_00016660

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 28 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 195 of 223
Voter Fraud Hearing - Volume 2                              March 1, 2011

278

```
 1        Secretary of State's office has done a statewide

 2        voter education effort in 2006, eight and ten.  And

 3        the average cost for those statewide voter education

 4        efforts has been 2.5 million dollars.  So I can tell

 5        you that for the 2010 cycle what we did was we spent

 6        $2.5 million, and it included upgrades to our

 7        website.  We created a new website called

 8        VoteTX.org, or actually redesigned it.  It had been

 9        created previously.  We did traditional advertising

10        in television, did some PSAs in television, radio

11        newspaper, experimented a little bit on the Internet

12        with FaceBook and Twitter, and also did some ads on

13        public transportation.

14              We did seven telethons in -- in the

15        Valley, Austin, Dallas and Houston, four on Spanish

16        T.V. stations and three on English.  And then we

17        also did a face-to-face outreach where we traveled

18        to 23 cities around the State and interacted

19        personally with more than 15,000 Texans.  So that's

20        what -- that's kind of the model of what we've done.

21              So when we were asked to prepare a fiscal

22        note, we looked at our past voter education efforts.

23        We also looked at in 2009, when the Senate passed a

24        voter I.D. bill that contained, I think, almost the

25        same language as what's in the current Committee
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028434

USA_00016661

Case 2:13-cv-00193  Document 660-26  Filed on 11/11/14 in TXSD  Page 29 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 196 of 223
Voter Fraud Hearing - Volume 2                          March 1, 2011
279

```
1      Substitute, Senate Finance put a rider on the bill
2      for $2 million, which to us indicated that that at
3      least -- at least on the Senate side, that's what
4      they thought was appropriate for the voter education
5      program.
6                   REPRESENTATIVE VEASEY:  What was --
7      what was their methodology?  I'm sorry --
8                   ANN MCGEEHAN:  The Senate's?
9                   REPRESENTATIVE VEASEY:  -- for
10     arriving at that figure?
11                  ANN MCGEEHAN:  I don't know.
12                  REPRESENTATIVE VEASEY:  Did they --
13     did they share any with you?
14                  ANN MCGEEHAN:  Not with me.
15                  REPRESENTATIVE VEASEY:  The -- it's
16     just a number they -- they put out there?
17                  ANN MCGEEHAN:  Yes, I don't know how
18     they arrived at that number.
19                  REPRESENTATIVE VEASEY:  Okay.  Yeah.
20     Because I -- in Missouri it looks like the bill cost
21     a lot more than in Texas, and they have -- you know,
22     their biggest market was No. 20th.  And of course
23     Dallas/Fort Worth is No. 5, and Houston is No. 7,
24     San Antonio, 30, Austin, 42, El Paso, 46.  How --
25     how many -- how many television ads in the Metroplex
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001780

TX_00028435

USA_00016662

Case 2:13-cv-00193  Document 660-26  Filed on 11/11/14 in TXSD  Page 30 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 197 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

                                                            280

```
 1        could you buy with $750,000?

 2                     ANN MCGEEHAN:  Well, I know in

 3        two-point -- I'm sorry, in 2010 we spent 1.8 million

 4        just on purchasing the advertising.

 5                     REPRESENTATIVE VEASEY:  Okay.

 6                     ANN MCGEEHAN:  So I'm sure we could

 7        get you the breakdown to show how much in each media

 8        market, but the bulk was spent on purchasing the

 9        advertising.

10                     REPRESENTATIVE VEASEY:  Purchasing

11        all forms of advertising?

12                     ANN MCGEEHAN:  Yeah.  That included

13        T.V., radio --

14                     REPRESENTATIVE VEASEY:  Yeah.

15                     ANN MCGEEHAN:  -- and newspaper.

16                     REPRESENTATIVE VEASEY:  Do you know

17        how many spots you all were running like in the

18        Metroplex?

19                     ANN MCGEEHAN:  We can get you the

20        detail on that, because I know the company we

21        contracted with I think gave us a detailed report of

22        exactly where it was aired and if we got any

23        earned -- earned media, things like that.  We can

24        get you that.

25                     REPRESENTATIVE VEASEY:  Okay.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028436

USA_00016663

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 31 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 198 of 223
Voter Fraud Hearing - Volume 2                      March 1, 2011

281

```
 1                  CHAIRMAN BONNEN:  Representative
 2      Anchia.
 3                  REPRESENTATIVE ANCHIA:  Mr. Chairman,
 4      I wanted to dovetail on a question -- the line of
 5      questioning of Representative Veasey.
 6                  Again, Missouri had a two-year,
 7      $9.5 million estimate for their voter I.D. bill in
 8      2006, including the cost of free I.D.s, poll worker
 9      training and the production of -- of voter education
10      material.  Missouri is a state one-fourth the size
11      of Texas.  Wisconsin, that has a population less
12      than one-point -- 5.6 million people, less than
13      one-fourth the size of the State of Texas, had an
14      annual fiscal note on their bill of 2.3 million.  So
15      biannual, it would be 4.6 in lost revenue due to the
16      provision of free I.D.s.
17                  Maryland has a population of 5.6 million
18      where they provide free I.D.s only in limited
19      circumstances, projecting a $1.6 million annual
20      fiscal note.  In 2010, Indiana, which was later --
21      which was after -- after the initial passage of the
22      bill, which was required to provide free I.D.s, they
23      have a population of 6.4 million, about a quarter of
24      the size of the State of Texas.  They spent 1.3
25      million to provide free I.D.s.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028437

USA_00016664

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 32 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 199 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

282

```
 1                   In that $2 million figure, do you have
 2        any -- do you have any -- any data on the provision
 3        of free I.D.s, or is it exclusively your marketing
 4        budget?
 5                   ANN MCGEEHAN:  2 million was
 6        exclusively for the voter education effort.
 7                   UNIDENTIFIED REPRESENTATIVE:  Okay.
 8                   ANN MCGEEHAN:  And as far as the
 9        other states and -- like Missouri, I know that we --
10        we tried to get a little information, because
11        Senator Gallegos asked that question at the Senate
12        hearing.
13                   UNIDENTIFIED REPRESENTATIVE:  Right.
14                   ANN MCGEEHAN:  And one thing that was
15        different about their bill, which I think was later
16        struck down -- I don't think they ever implemented
17        the 2006 legislation --
18                   UNIDENTIFIED REPRESENTATIVE:  Uh-huh.
19                   ANN MCGEEHAN:  -- was that they were
20        actually having to install equipment throughout the
21        State to issue photo I.D.s for purposes of the
22        legislation, which is not in this bill.
23                   So I -- I don't know about Wisconsin and
24        Maryland.  You know, each -- it depends on what the
25        bill says.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028438

USA_00016665

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 33 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 200 of 223
Voter Fraud Hearing - Volume 2                                    March 1, 2011

1              UNIDENTIFIED REPRESENTATIVE:  I'll

2        talk a little bit about the media markets in

3        Missouri.  St. Louis and Kansas City are the two

4        largest.  They spent significantly more in

5        marketing.  You're basing -- same -- same thing with

6        other states.

7              You're -- you're -- you're basing your

8        estimate on T.V. commercials, print and I guess some

9        radio, $300,000 worth of radio on a -- an estimate

10       that -- of last year's expenditure, I guess, or a

11       prior year's expenditure with a significant change

12       if this bill passed.  Would you agree it's a pretty

13       significant change to current law?

14             ANN MCGEEHAN:  Yeah.

15             UNIDENTIFIED REPRESENTATIVE:  Okay.

16       Do you think -- do you think that the same -- the

17       same budget that you would use last time around with

18       no significant change in state law would be

19       appropriate for a voter education program with a

20       significant change in state law?

21             ANN MCGEEHAN:  Well, it's -- and I'll

22       try to state this clearly, because I don't know that

23       I explained it so well on the Senate side.  But we

24       do have plans, I guess, to have continuing voter

25       education programs, because we still have HABA



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028439

USA_00016666

Case 2:13-cv-00193  Document 660-26  Filed on 11/11/14 in TXSD  Page 34 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 201 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

284

1    funds.  So when we were asked to prepare this fiscal

2    note, we were assuming we're going to continue to do

3    our statewide education effort.  So we looked at how

4    do we weave in the new voter I.D. requirements into

5    a statewide voter education program.  So I can't

6    tell you exactly what that's going to end up being,

7    but if we're just asked for purposes of this fiscal

8    note to say what does it cost to educate on voter

9    I.D., that was our best guess, because we -- we will

10   integrate it with, you know, whatever voter

11   education program we do for 2012.  So if we do

12   2.5 million effort in 2012, you know, some of that

13   will cover voter education, maybe will go to a

14   little higher than that.  But I guess the point is

15   we have federal dollars to educate voters on the

16   process to vote and get registered. And so we will

17   incorporate and enhance it to include education on

18   the new voter I.D. requirements.

19              UNIDENTIFIED REPRESENTATIVE:  And

20   would that -- would that education occur over a

21   year, two years?  Would it be ongoing?  The bill --

22   the bill doesn't specify.  What's -- what's your

23   view and what do the HABA dollars come in?

24              ANN MCGEEHAN:  The -- the bill I

25   think says that we have to start preparing the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028440

USA_00016667

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 35 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 202 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

285

```
 1      training and the voter education as soon as

 2      possible.  Our fiscal note assumes that it would

 3      just be for one cycle, so I think we put it all for

 4      the 2012 fiscal year.

 5              We have $7 million left in the State

 6      Treasury that's earmarked for voter education and

 7      poll worker training, election official training.

 8                  UNIDENTIFIED REPRESENTATIVE:  Those

 9      are HABA funds?

10                  ANN MCGEEHAN:  Those are the HABA

11      funds, and they don't expire.  I don't think the

12      federal government can take them back, but we are

13      hearing that they're not -- they don't have any

14      plans to issue any more funds.  So, essentially,

15      that's all we've got.

16                  UNIDENTIFIED REPRESENTATIVE:  In the

17      new -- on the significant change in legislation for

18      one election cycle, essentially for the 2012

19      election cycle?

20                  ANN MCGEEHAN:  Well, based on the

21      language that's in the bill.

22                  UNIDENTIFIED REPRESENTATIVE:  Based

23      on language that's in the bill?

24                  ANN MCGEEHAN:  Right.

25                  UNIDENTIFIED REPRESENTATIVE:  Okay.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_001786

TX_00028441

USA_00016668

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 36 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 203 of 223
Voter Fraud Hearing - Volume 2                           March 1, 2011

286

```
 1    How -- for major changes in legislation -- well, let
 2    me back up a step.
 3              What's your evaluation of poll worker
 4    training currently in the -- in the counties?
 5              ANN MCGEEHAN:  In the counties?  I
 6    think that there are a variety of tools counties can
 7    use to educate poll workers.  We -- with our HABA
 8    dollars, we created an online poll worker training
 9    that's free for all counties to use.  Some counties
10    have used their HABA funds to create their own
11    specific online training.  Most counties do some
12    form of in-person training, where they require
13    workers to come in, you know, see the machines,
14    learn how to operate the machines.  We, the
15    Secretary of State's office, has a 30-minute video
16    that we do, and we update usually every two years.
17    That's also free of charge.  So there's some
18    different ways.
19              UNIDENTIFIED REPRESENTATIVE:  You
20    answered a different question, though.
21              ANN MCGEEHAN:  Oh.
22              UNIDENTIFIED REPRESENTATIVE:  You
23    answered what resources are available, which I
24    appreciate.  But what's your -- what's your
25    assessment of the quality of poll worker training?
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001787

TX_00028442

USA_00016669

Case 2:13-cv-00193  Document 660-26  Filed on 11/11/14 in TXSD  Page 37 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 204 of 223
Voter Fraud Hearing - Volume 2                     March 1, 2011

287

```
 1        And I know it's difficult to get poll workers.

 2        There's turnover frequently.  We pay them very

 3        little.  I believe that they're volunteers.

 4                When you have a -- a change in the

 5        Election Code, just a minor change, by way of

 6        example, it doesn't immediately filter down to all

 7        poll workers, does it?  I mean, ensuring practice

 8        and implementation, it's something that takes time?

 9                     ANN MCGEEHAN:  Sure.

10                     UNIDENTIFIED REPRESENTATIVE:  Isn't

11        that right?

12                     ANN MCGEEHAN:  That's right.

13                     UNIDENTIFIED REPRESENTATIVE:  I mean,

14        because I hear from poll workers all the time and,

15        you know, they didn't know the law had changed.  I

16        tried to do some continuing education myself, having

17        sat on the Elections Committee in the past, to bring

18        people up to speed.  And I'm always very impressed

19        at how earnest the poll workers are, but also

20        sometimes very surprised -- you know, they're not

21        Election Code experts and it does take some time for

22        changes in the Election Code to filter down to them.

23                For a change of this magnitude, do you

24        think it will take some time for folks to be aware

25        of the law?
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028443

USA_00016670

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 38 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 205 of 223
Voter Fraud Hearing - Volume 2                          March 1, 2011

288

```
 1                    ANN MCGEEHAN:  I think it will take
 2       some time.  I think the bill has some very strict
 3       requirements in there, though, that requires all
 4       judges and clerks to take the Secretary of
 5       State-prescribed training.  So it -- it sounds to me
 6       like it's a mandate that they have to take that
 7       training, whereas right now in many elections it's
 8       optional.
 9                    UNIDENTIFIED REPRESENTATIVE:  How
10       much is that going to cost for everybody to take the
11       training?
12                    ANN MCGEEHAN:  Our plans will be to
13       update our video and to update the online training.
14       So that would be two free for, you know, counties to
15       use and for citizens to use on top of whatever the
16       counties may be using, as well.
17                    UNIDENTIFIED REPRESENTATIVE:  Do you
18       think with a mandate like that, would that mandate
19       be satisfied by watching the video?
20                    ANN MCGEEHAN:  I think it could be.
21       Currently, that is used for poll worker training.
22                    UNIDENTIFIED REPRESENTATIVE:  Uh-huh.
23       So that would be enough?
24                    ANN MCGEEHAN:  Unless the statute is
25       changed.  But as currently written, I think that
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028444

USA_00016671

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 39 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 206 of 223
Voter Fraud Hearing - Volume 2                          March 1, 2011

289

```
 1      would satisfy the bill.

 2                   UNIDENTIFIED REPRESENTATIVE:  Okay.

 3      Does it surprise you that people -- that poll

 4      workers are already asking for photo I.D. despite

 5      the training that occurs?  Does that surprise you?

 6                   ANN MCGEEHAN:  We have heard that

 7      before, yes.

 8                   UNIDENTIFIED REPRESENTATIVE:  Quite a

 9      bit.  Even in the district that I represent we've

10      got folks that are asking for photo I.D. currently.

11              A lot of people have been talking about a

12      600,000 registered voter figure.  These people --

13      these are people who apparently registered without

14      using some form -- either their Social Security

15      number or a -- a driver's license number.

16              Isn't the use even bigger than that?  I

17      mean, I see a figure here that for people who did

18      not register without a driver's license number --

19      pardon me, for people who registered without their

20      driver's license ensuring the figure is more like

21      2.8 million.

22                   ANN MCGEEHAN:  That's true when you

23      look at the entire voter database.

24                   UNIDENTIFIED REPRESENTATIVE:  This is

25      your HABA-compliant database.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028445

USA_00016672

Case 2:13-cv-00193  Document 660-26  Filed on 11/11/14 in TXSD  Page 40 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 207 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

290

```
 1                    ANN MCGEEHAN:  Right.  But, you know,
 2       prior to January 1, 2006, you could register to vote
 3       without providing your driver's license or Social
 4       Security number.  So people that were registered
 5       before 2006 may not have provided one of those.
 6       That doesn't necessarily mean that they don't have
 7       one, but they didn't have to provide one to get
 8       registered to vote.
 9                    UNIDENTIFIED REPRESENTATIVE:  Well,
10       we don't know whether they did or not, because it
11       wasn't listed.  Correct?
12                    Have you all done a match to determine
13       with the driver's license file as to whether these
14       folks have driver's licenses or not?
15                    ANN MCGEEHAN:  Uh-huh.  We've been
16       asked to do that and we're looking at this to make
17       sure that -- looking at the official list of voters
18       in the Secretary of State's office, trying to
19       compare that to DPS.  And our IT Department is
20       looking at that, trying to get good matching
21       criteria, because without that unique identifying
22       number of the TDL, it can be sometimes difficult to
23       make sure you have the right match.
24                    UNIDENTIFIED REPRESENTATIVE:
25       Somebody came up and said there was 600 -- you have
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028446

USA_00016673

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 41 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 208 of 223

Voter Fraud Hearing - Volume 2                    March 1, 2011

291

```
 1       that $600,000 person figure.  Where does that come

 2       from?  Do you have a frame of reference for that

 3       figure that there were 600,000 people who did not

 4       list after [sic] driver's license number or Social

 5       Security number?

 6                   ANN MCGEEHAN:  I think they're all

 7       coming from the same place, which that is -- and

 8       I -- you know, when we have shared information with

 9       the Legislature before, we've sort of shared two

10       sets of information.  One is -- that shows how many

11       people have stated they don't have a TDL number or

12       SSN number since January 1, because since --

13       January 1, 2006, because since January 1, 2006, it's

14       been required.  So since that time, we show 34,506

15       voters out of almost 4 million that stated they did

16       not have I.D.

17                   UNIDENTIFIED REPRESENTATIVE:  Since

18       2006?

19                   ANN MCGEEHAN:  Yes.

20                   UNIDENTIFIED REPRESENTATIVE:  And is

21       there -- is there a provision -- provision in this

22       bill to identify that use of voters as possibly not

23       having I.D.?

24                   ANN MCGEEHAN:  I'm sorry.  I didn't

25       understand.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028447

USA_00016674

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 42 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 209 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

292

```
 1                    UNIDENTIFIED REPRESENTATIVE:  So, I

 2          mean, if you're looking at possible uses of voters

 3          that may not have the requisite I.D. to comply with

 4          this bill, is there anything in the bill that would

 5          require you to identify those folks, seek them out,

 6          determine whether they have I.D. or not?

 7                    ANN MCGEEHAN:  No, I don't believe

 8          so.

 9                    CHAIRMAN BONNEN:  Okay.  Let's

10          talk -- we talked, I know, briefly about training of

11          poll workers.

12                    Under this bill, what new duties will poll

13          workers perform, what new duties?

14                    ANN MCGEEHAN:  Let's see.  Of course,

15          the qualification process will change as far as what

16          they will, you know, require of a voter before

17          they're permitted to vote.  I can't really think of

18          any new.  They -- if a voter doesn't have I.D.

19          today, they vote provisionally.  So that will be the

20          same.

21                    I guess the main change will be voters

22          that have filed a disability exemption with the

23          Voter Registrar.  Those voters aren't going to have

24          to show I.D.

25                    A voter who is 70 years of age on or
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001793

TX_00028448

USA_00016675

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 43 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 210 of 223
Voter Fraud Hearing - Volume 2                          March 1, 2011

293

```
 1       before January 2012 won't have to show I.D.  So

 2       those will be some new decisions they'll have to

 3       make.

 4                 UNIDENTIFIED REPRESENTATIVE:  Talk to

 5       me about how you would administer those two

 6       exceptions, the disability and the age?

 7                 ANN MCGEEHAN:  Well, we're going to

 8       have to come up with detailed training.  So I

 9       don't -- I don't -- I can't tell you exactly how

10       that's going to work.  You know, we'll try to be

11       very thoughtful about that and look to other states

12       for best practices.  But we'll have to revise our

13       handbooks, all our training, our online training,

14       video, to include guidance for the poll workers on

15       how to handle those new duties.

16                 CHAIRMAN BONNEN:  With respect to the

17       disability exemption, is there a document that the

18       person would put on file to receive that type of

19       exemption?

20                 ANN MCGEEHAN:  Yes.  The -- the

21       Committee Substitute -- and that document would be

22       filed with the Voter Registrar, not with the -- not

23       at the polling place.  And it allows written

24       documentation from the United States Social Security

25       Administration that evidence that the voter has a
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028449

USA_00016676

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 44 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 211 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

294

```
 1        disability or written documentation from the United

 2        States Department of Veterans Affairs.

 3                    UNIDENTIFIED REPRESENTATIVE:  So

 4        those are the only two ways to get the exemption?

 5                    ANN MCGEEHAN:  Correct.

 6                    UNIDENTIFIED REPRESENTATIVE:  Okay.

 7        Okay.

 8                    CHAIRMAN BONNEN:  Representative

 9        (inaudible).

10                    UNIDENTIFIED REPRESENTATIVE:  Yeah,

11        yeah.

12                    CHAIRMAN BONNEN:  I was going to

13        allow Members of the Committee to ask questions.

14        And I see two of them have their lights on and have

15        for some time.  So, I mean, if you have more

16        questions, I'll come back to you, but I'd like to

17        let the Members of the Committee go ahead.

18        Representative Harless.

19                    REPRESENTATIVE HARLESS:  Hi.  How are

20        you?

21                    ANN MCGEEHAN:  I'm good.  Thank you.

22                    REPRESENTATIVE HARLESS:  Could you

23        tell us a little bit about the ongoing training that

24        the Secretary of State does as a part of their job

25        anyway?
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001795

TX_00028450

USA_00016677

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 45 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 212 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

```
 1              ANN MCGEEHAN:  We -- we have several
 2    formats of training.  We have had a 30-minute video
 3    that we've had probably since the late '80s.  And we
 4    update that regularly, usually after a Legislative
 5    session.  We have detailed handbooks that are to be
 6    used inside polling places.  We have now an online
 7    voter -- online training process, and we also do
 8    schools and seminars.  So we have an annual seminar
 9    every summer for county officials.
10              REPRESENTATIVE HARLESS:  This is --
11    this is something that you continue to do every
12    year --
13              ANN MCGEEHAN:  Yes.
14              REPRESENTATIVE HARLESS:  -- as part
15    your budget?
16          Can you tell me -- we've talked a lot
17    about the Help America Vote Act fund.  How much
18    money was that originally?
19              ANN MCGEEHAN:  I have my note on that
20    somewhere.  Well, I think overall we've received
21    total for all the mandates in HABA about
22    $200 million and -- okay.  I -- I found it now.  I'm
23    sorry.  $227 million dollars.
24              REPRESENTATIVE HARLESS:  And how much
25    of that money have we spent?
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028451

USA_00016678

Case 2:13-cv-00193  Document 660-26  Filed on 11/11/14 in TXSD  Page 46 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 213 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

                                                          296

```
 1                  ANN MCGEEHAN:  We have spent about 80
 2      percent of that money.  What is remaining now is
 3      about $47 million.
 4                  REPRESENTATIVE HARLESS:  And how much
 5      money in the base budget that we received in the
 6      House under the Secretary of State was in that base
 7      budget appropriated for HABA money for federal
 8      election training?
 9                  ANN MCGEEHAN:  I -- I believe in
10      House Bill 1 -- I don't think it's broken down by
11      purpose areas within HABA, but I think overall it
12      was about $37 million or --
13                  REPRESENTATIVE HARLESS:  43, maybe?
14      It says under B1.4, "Strategy, elections
15      improvement, administration of federal Help America
16      Act -- Vote Act."
17                  ANN MCGEEHAN:  I defer to you.  That
18      sounds right.
19                  REPRESENTATIVE HARLESS:  So of the
20      $2 million it is likely, once this bill is passed,
21      that we can request that funds from the -- from the
22      Help America Vote Act to be appropriated to spend
23      additional monies as needed to train and get up to
24      speed on the photo I.D.?
25                  ANN MCGEEHAN:  Right.  I mean, I
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 47 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 214 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

297

1      guess, just to be clear, we already have drawn that

2      money down based on our State plan.

3                    REPRESENTATIVE HARLESS:  We have it

4      set up in our base budget that we started with that

5      that Pitts (phonetic) laid out?

6                    ANN MCGEEHAN:  Yes.

7                    REPRESENTATIVE HARLESS:  There's been

8      a lot of conversation today about the 690,000 that

9      we're talking about.  And I know Representative

10     Anchia mentioned to the 2.8 million or 5.2.

11              There's two sets of numbers we're working

12     with, two universes.  The first universe is

13     registered voters that are from January 1st of 2006

14     to December 31st, 2010.  Correct?

15                    ANN MCGEEHAN:  Right.

16                    REPRESENTATIVE HARLESS:  How many are

17     in that universe?

18                    ANN MCGEEHAN:  Total of all?

19                    REPRESENTATIVE HARLESS:  In that 2000

20     and -- January 1st, 2006 to December 31st, 2010.

21                    ANN MCGEEHAN:  I think the total --

22     the amount of voters that were registered during

23     that period is right under 4 million.

24                    REPRESENTATIVE HARLESS:  And those

25     are voters that, one, have a driver's license or



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028453

USA_00016680

Case 2:13-cv-00193  Document 660-26  Filed on 11/11/14 in TXSD  Page 48 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 213 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

298

1        I.D.; that's about 2.3 million.

2                      ANN MCGEEHAN:  Right.

3                      REPRESENTATIVE HARLESS:  Then there's

4        voters that have registered with the last four of

5        their Social Security number, which is about

6        294,000.

7                      ANN MCGEEHAN:  Right.

8                      REPRESENTATIVE HARLESS:  Then there's

9        voters that registered with both, which is 1.3

10       million.  And then there's a number of people that

11       registered that said they didn't have either.

12                     ANN MCGEEHAN:  Correct.

13                     REPRESENTATIVE HARLESS:  No Social

14       Security, no I.D., driver's license.  So that's

15       34,000.

16            Of that 3.9 million, that's .8 percent of

17       that universe from January 1st until December 31st.

18       Do I understand that correctly?

19                     ANN MCGEEHAN:  Yes, that's correct.

20                     REPRESENTATIVE HARLESS:  Okay.  So

21       now if we take all the statewide voters that are

22       registered, all of them, even the ones prior to

23       2006, which I would fall into that category, because

24       I haven't changed my address and I still have my

25       original voter registration that gets renewed every



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028454

USA_00016681

Case 2:13-cv-00193   Document 660-26   Filed on 11/11/14 in TXSD   Page 49 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-2   Filed 06/20/12   Page 216 of 223
Voter Fraud Hearing - Volume 2                        March 1, 2011
299

```
1     couple years, that I did not provide a Social

2     Security last four or my I.D.

3              Of that number, how many do we have?

4                   ANN MCGEEHAN:  Of -- of that number

5     we have 5.2 million that showed TDL I.D.  We have

6     2.1 million that have a -- a Social Security number

7     on file.  And then the number of voters that have

8     both is 4.6 million.

9                   REPRESENTATIVE HARLESS:  Which totals

10    in -- in the ones that have neither numbers?

11                  ANN MCGEEHAN:  One with neither is

12    the 690,000 insuring 698,087.

13                  REPRESENTATIVE HARLESS:  The total

14    universes of registered voters that we have as the

15    last numbers we've received is 12 million about

16    655,000.

17             Now, of that 690,000 do we think all of

18    those people don't have either Social Security, I.D.

19    or driver's license?

20                  ANN MCGEEHAN:  I want to -- I want to

21    be careful on that, because, you know, we -- we

22    don't have direct evidence.  But we can say that

23    before 2006 it wasn't required.  So presumably, if

24    it wasn't required, people wouldn't give it.

25    Doesn't mean they didn't have it.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028455

USA_00016682

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 50 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 217 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

300

```
1                    REPRESENTATIVE HARLESS:  So
2       presumably some of those 690,000 people have
3       driver's license or I.D. cards or Social Securitys
4       [sic], they just did not have to require it at the
5       time?
6                    ANN MCGEEHAN:  I think that would be
7       a fair statement.
8                    REPRESENTATIVE HARLESS:  All right.
9       Another question about the fiscal note that we've
10      talked about.  Some of the counties attached, you
11      know, small amounts of money that it would cost for
12      their county.  Aren't most -- how -- explain that to
13      me.  How can...
14                   ANN MCGEEHAN:  Well, I know on the
15      Senate side there may have been some confusion
16      regarding the voter registration certificate,
17      because the bill requires that the new voter I.D.
18      requirements appear on the back of the voter
19      registration certificate.  And I think that in
20      conversations with some county officials they were
21      thinking if you had to put it on the front of the
22      certificate there wouldn't be space.  So they
23      thought the certificate might need to be increased
24      in size, which would increase postage, but I don't
25      think that's necessarily required.  The bill doesn't
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193  Document 660-26  Filed on 11/11/14 in TXSD  Page 51 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 218 of 223
Voter Fraud Hearing - Volume 2                      March 1, 2011

301

```
 1    say that.  It just says that it goes directly on the
 2    certificate.
 3              I think another cost -- Tarrant County, I
 4    think, had another cost for changing of the
 5    provisional ballot affidavit form, some cost for
 6    that.
 7              REPRESENTATIVE HARLESS:  Now, there's
 8    some assumptions that the Secretary of State
 9    typically doesn't do a lot of this work.  But isn't
10    it true that they already do a lot of the work for
11    the training?  So those can be absorbed as part of
12    your normal expense of your budget.
13              ANN MCGEEHAN:  Right, right.  We
14    would -- you know, after every session we normally
15    have to revise our training materials.
16              REPRESENTATIVE HARLESS:  And can you
17    talk just a little - and I'll quit so everyone else
18    can ask their questions - but we've had some
19    questions about different last names and different
20    addresses.
21              What provisions will the Secretary of
22    State make on that, and is there training done for
23    that?
24              ANN MCGEEHAN:  Currently, there's no
25    training on that, because the law is silent on the
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028457

USA_00016684

Case 2:13-cv-00193  Document 660-26  Filed on 11/11/14 in TXSD  Page 52 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 219 of 223
Voter Fraud Hearing - Volume 2                              March 1, 2011

302

```
 1        issue of what happens if the names don't match.  But

 2        the Senate Bill 14, the engrossed version and the

 3        Committee Substitute, contains some language about

 4        as long as the names are substantially similar.  So

 5        our training would have to include some standards

 6        on, you know, what an election judge or clerk would

 7        need to look for and what would be considered

 8        substantially similar.

 9               The addresses don't have to match right

10        now.  And that -- and that doesn't change under

11        Senate Bill 14.  You don't have to show, I don't

12        believe, that the -- the addresses have to -- you --

13        you're -- you have to ask every voter if they've

14        moved, but they don't have to show their -- their

15        identification doesn't have to show where they live.

16                     REPRESENTATIVE HARLESS:  Thank you so

17        much --

18                     ANN MCGEEHAN:  Sure.

19                     REPRESENTATIVE HARLESS:  -- for

20        waiting all day and being patient.

21                     ANN MCGEEHAN:  You're welcome.

22                     CHAIRMAN BONNEN:  Representative

23        Aliseda.

24                     REPRESENTATIVE ALISEDA:  What -- what

25        is the current state or federal law for purging
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028458

USA_00016685

Case 2:13-cv-00193  Document 660-26  Filed on 11/11/14 in TXSD  Page 53 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-2  Filed 06/20/12  Page 220 of 223
Voter Fraud Hearing - Volume 2                      March 1, 2011

1        voter lists.  Do you know?

2                    ANN MCGEEHAN:  Yes.  That's covered

3        under the National Voter Registration Act, and there

4        are some requirements associated with that.  For

5        instance, you can't purge voters within so many days

6        of a November general election.  You can't purge

7        voters if you suspect that they've moved until

8        you've actually reached out to those voters and sent

9        them a mailing.  If they don't respond to that

10       mailing, their name goes to an inactive list or what

11       we call in Texas a suspect -- a suspense list.  And

12       they stay on that list for a period of two federal

13       general elections.  And if they don't vote or if

14       they don't correspond or communicate with the Voter

15       Registrar, their name would get purged on

16       November 30th of the second federal election.

17                   REPRESENTATIVE ALISEDA:  Well, I'm

18       trying to understand how that particular law

19       interfaces with individuals who do not have an

20       identification of some sort.  You stated that since

21       2006 we have 34,000 of those individuals that have

22       indicated they don't have any form of

23       identification, but prior to 2006, we had an

24       additional 600,000 that didn't have to provide that

25       information.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028459

USA_00016686

Case 2:13-cv-00193   Document 660-26   Filed on 11/11/14 in TXSD   Page 54 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-2   Filed 06/20/12   Page 221 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011
304

```
 1              So when would this purging require some

 2      kind of follow-up on identification?

 3              ANN MCGEEHAN:  Well, I don't --

 4      nothing -- there's nothing in the State law or -- or

 5      the federal law or this bill that would require

 6      somebody that registered to vote before 2006 to now

 7      provide a driver's license number or Social Security

 8      number.  When they present themselves for voting

 9      they're going to have to show a photo I.D.  But they

10      won't be required to provide that data to the Voter

11      Registrar.

12              REPRESENTATIVE ALISEDA:  As far as

13      the cost of education on this issue, does the State

14      allow for public service announcements by

15      broadcasting companies that have -- have --

16      frequently do some kind of voter -- voter education?

17              ANN MCGEEHAN:  Yes.  We definitely

18      try to make full use of that with our PSAs.

19              REPRESENTATIVE ALISEDA:  But it's not

20      figured into that two million or the --

21              ANN MCGEEHAN:  No, no.  That would

22      be --

23              REPRESENTATIVE ALISEDA:  -- 20

24      million or whatever it is you say we spend on

25      education?
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001805

TX_00028460

USA_00016687

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 55 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 222 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

305

```
 1                    ANN MCGEEHAN:  Right.  I mean, that's
 2       something that we look for, but we'll probably go
 3       out on bid to -- to -- for a company to help us form
 4       this education program.  And that's something we
 5       look at is what companies can promise that earned
 6       media so that we only pay for this much, but then we
 7       get it aired more times --
 8                    REPRESENTATIVE ALISEDA:  Are these
 9       hearings earned media in a sense in that we have
10       some public interest in this and I assume people are
11       following it?
12                    UNIDENTIFIED REPRESENTATIVE:  We
13       shouldn't flatter ourselves.
14                    REPRESENTATIVE ALISEDA:  No further
15       questions.
16                    CHAIRMAN BONNEN:  Representative
17       Anchia, do you have more questions?
18                    REPRESENTATIVE ANCHIA:  Just a couple
19       more, Mr. Chairman.  Thank you.
20                    CHAIRMAN BONNEN:  Take your time.  I
21       just --
22                    REPRESENTATIVE ANCHIA:  I appreciate
23       that.  I appreciate that.
24                    The statement was made earlier in that
25       600,000-people universe that -- that there were --
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028461

USA_00016688

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 56 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 223 of 223

Voter Fraud Hearing - Volume 2                    March 1, 2011

306

```
 1        that that equaled fraudulent voters.  Do you share

 2        that belief?

 3                    ANN MCGEEHAN:  I have no reason to

 4        think that those voters are fraudulent.

 5                    REPRESENTATIVE ANCHIA:  Okay.  Okay.

 6        What happens to the voter registration certificate

 7        if this bill's passed in its current form?

 8                    ANN MCGEEHAN:  It continues to exist,

 9        and so it will be sent out and it will now contain

10        information on the identification requirements.  And

11        then voters who are 70 -- 70 as of January 2012 and

12        the voters that have the disability exemption, they

13        will be able to use their certificate as their forms

14        of I.D.

15                    REPRESENTATIVE ANCHIA:  Okay.  But it

16        will be sent to all registered voters.  Right?

17                    ANN MCGEEHAN:  Yes.

18                    REPRESENTATIVE ANCHIA:  We have

19        13 million, roughly, 12 --

20                    ANN MCGEEHAN:  A little under

21        13 million today.

22                    REPRESENTATIVE ANCHIA:  12.6, 12.6?

23                    ANN MCGEEHAN:  Yeah.  Yeah.

24                    REPRESENTATIVE ANCHIA:  What --

25        what -- what other functional purpose would it
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028462

USA_00016689

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 57 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 2 of 245
Voter Fraud Hearing - Volume 2                    March 1, 2011

1     serve?  I mean, if you're not -- if you're not 70,

2     you don't have the disability exemption.

3              ANN MCGEEHAN:  I guess at this point

4     it's going to serve more as a -- an informational

5     tool to the voter.  It will tell them what districts

6     they're registered in, you know, which Congressional

7     district, which State Senatorial District.  I think

8     there's five districts that have to be districts on

9     the certificate.

10             Tell them their county election precinct

11    number, which might help them find out where they

12    need to go vote.  So I guess it would be more for

13    the voter's benefits and information.

14             REPRESENTATIVE ANCHIA:  An

15    alternative approach that we've discussed many times

16    in this committee is simply adding a person's

17    picture to the voter registration certificate and --

18    which would be a pretty easy fix.  I think it -- the

19    technology certainly exists.  I mean, we might want

20    to import some late 1990 -- '80s technology to -- to

21    implement that very simple act, I mean, through a

22    bubble jet printer or something like that, if you

23    can find those.

24             Have you done a feasibility analysis on

25    that approach as opposed to this approach?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028463

USA_00016690

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 58 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 3 of 245
Voter Fraud Hearing - Volume 2                          March 1, 2011

308

```
 1                 ANN MCGEEHAN:  I think there's one or
 2     two bills filed this session that kind of play that
 3     kind of approach.  So I think we've tried to do some
 4     research to -- for purpose of responding to the
 5     fiscal note as to what they would take.
 6                 REPRESENTATIVE ANCHIA:  Because it
 7     seems to me that would be the easiest fix here, just
 8     to add someone's photo.  And there will be a
 9     universe of people who don't have a photo on file.
10     Right?  So if it was possible, for example, to work
11     with Commander Deese (phonetic) at DPS and merge the
12     TDL database photos down and -- and do a match
13     with -- with the HABA-compliant --
14                 ANN MCGEEHAN:  Right.
15                 REPRESENTATIVE ANCHIA:  -- statewide
16     voter registration database, and then you dump down
17     the State I.D. photos, the non-TDL photos --
18                 ANN MCGEEHAN:  Uh-huh.
19                 REPRESENTATIVE ANCHIA:  -- and then
20     you dump down maybe a CHL universe, you -- you --
21     you probably hit a pretty significant number.  It
22     wouldn't be complete.  I mean, you would have to
23     have some sort of mechanism at the polls to gather
24     people's photos or an outreach.  But can you --
25     we've had these suggestions around for a couple
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028464

USA_00016691

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 59 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 4 of 245
Voter Fraud Hearing - Volume 2                    March 1, 2011

309

```
1    sessions now.  Can you talk about some of the -- the

2    opportunities there or the challenges?

3                ANN MCGEEHAN:  You know, we've --

4    we've done some preliminary analysis.  I think the

5    effort there would -- would be one of, you know,

6    equipment and whether it would be the State issuing

7    these cards or whether it would be the county,

8    whether we'd give the -- you know, if -- if the

9    State wanted to fund the county to have the

10   equipment necessary to capture the pictures for

11   those people that aren't --

12               REPRESENTATIVE ANCHIA:  Sounds like

13   we have HABA funds for this, though.  Right?

14               ANN MCGEEHAN:  Well, HABA funds --

15   HABA, you know, has certain express purposes.  Voter

16   education is one.  I don't think we could use HABA

17   to implement voter I.D.

18               REPRESENTATIVE ANCHIA:  Say that

19   again.

20               ANN MCGEEHAN:  Well, HABA had -- has

21   very express requirements in the federal law.

22               REPRESENTATIVE ANCHIA:  But you just

23   said you don't think you can use HABA funds to

24   implement voter I.D.

25               ANN MCGEEHAN:  Well, meaning what
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001810

TX_00028465

USA_00016692

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 60 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 5 of 245
Voter Fraud Hearing - Volume 2                    March 1, 2011

310

```
 1        you're talking about, to take people's pictures --
 2                    REPRESENTATIVE ANCHIA:  So you could
 3        use it to implement a photo I.D. regime, but you
 4        couldn't use it to add people's photos to a voter
 5        registration certificate?
 6                    ANN MCGEEHAN:  We could look at
 7        that -- at the language of the bill more closely.
 8        But, you know, the main mandates of HABA were
 9        provisional voting, voting system, security.  We
10        could -- you know, maybe -- maybe it's more broad
11        than I'm thinking.
12             We've been very cautious with the HABA
13        funds and try to make sure we're in compliance with
14        what -- the Federal Election Systems Commission.  It
15        would be curious to see if Georgia or Indiana use
16        that money -- HABA monitor [sic] that portion of
17        the -- of their implementation of voter I.D.
18                    REPRESENTATIVE ANCHIA:  Ms. Wang
19        talked about a vote-saving affidavit approach to
20        preventing people from being disenfranchised under
21        a -- a photo I.D. regime.  Other states have it.
22        And Idaho, by way of example, has a photo I.D.
23        regime, but at the same time allows persons who are
24        unable to comply to -- to offer up a vote-saving
25        affidavit that says they are the person on the card.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028466

USA_00016693

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 61 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 6 of 245
Voter Fraud Hearing - Volume 2                    March 1, 2011

311

```
 1        And, typically, the penalty for that is aggravated
 2        perjury, is it not, if you bust an affidavit related
 3        to an election --
 4                    ANN MCGEEHAN:  Yes.
 5                    REPRESENTATIVE ANCHIA:  -- and -- and
 6        the penalty for that is two to ten years in jail, is
 7        it not?
 8                    ANN MCGEEHAN:  That sounds about
 9        right.
10                    REPRESENTATIVE ANCHIA:  $10,000 -- up
11        to $10,000 fine.
12                    ANN MCGEEHAN:  Yes.
13                    REPRESENTATIVE ANCHIA:  And don't we
14        have an affidavit currently in -- for people who --
15        because let me back up a step.
16           We have a photo -- we have a voter I.D.
17        standard in Texas today, don't -- do we not?
18                    ANN MCGEEHAN:  Yes.
19                    REPRESENTATIVE ANCHIA:  It's our
20        voter registration certificate.
21           And when you cannot comply with that --
22        with that voter registration certificate
23        requirement, you can use other forms of I.D. like a
24        driver's license.  Correct?
25                    ANN MCGEEHAN:  Yes.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028467

USA_00016694

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 62 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 7 of 245
Voter Fraud Hearing - Volume 2                    March 1, 2011

312

```
 1                    REPRESENTATIVE ANCHIA:  And when
 2     you -- when you use that driver's license, you sign
 3     an affidavit, do you not?
 4                    ANN MCGEEHAN:  Yes.
 5                    REPRESENTATIVE ANCHIA:  And that's
 6     contained in the poll book, is it not?
 7                    ANN MCGEEHAN:  Right.
 8                    REPRESENTATIVE ANCHIA:  What does
 9     that affidavit say?
10                    ANN MCGEEHAN:  It's the voter saying
11     they don't have their voter registration
12     certificate, essentially.
13                    REPRESENTATIVE ANCHIA:  But there are
14     other things.  Right?
15                    ANN MCGEEHAN:  For the affidavit?
16                    REPRESENTATIVE ANCHIA:  Yeah.
17                    ANN MCGEEHAN:  Yeah.  There are
18     several affidavits.
19                    REPRESENTATIVE ANCHIA:  You -- you
20     haven't voted previously in this election, et
21     cetera.  Correct?
22                    ANN MCGEEHAN:  Uh-huh, yes.
23                    REPRESENTATIVE ANCHIA:  Okay.  And if
24     the standard is -- is flipped and suddenly you have
25     a photo -- a photo I.D. requirement, what would
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028468

USA_00016695

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 63 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-5 Filed 06/20/12 Page 8 of 245
Voter Fraud Hearing - Volume 2                    March 1, 2011

313

```
 1    be -- a Voter Registrar affidavit look like?
 2    Because currently if you can comply with the voter
 3    requirement, you can give an alternative form of --
 4    of identification, which may or may not be a photo
 5    I.D.  If you go to a photo I.D. regime, what would a
 6    vote-saving affidavit look like, so that people who
 7    otherwise would comply, could comply, who are
 8    eligible to vote do not get their votes rejected?
 9              ANN MCGEEHAN:  Well, we -- we could
10    look at, you know, what some of the other states
11    have done with respect to that.  Michigan, for
12    example.
13              REPRESENTATIVE ANCHIA:  Ohio.
14              ANN MCGEEHAN:  Ohio.  I think I heard
15    Florida earlier today.
16              REPRESENTATIVE ANCHIA:  Right, right.
17         But that would prevent people from being
18    disenfranchised if they could not comply with this,
19    as you said, major change in state law?
20              ANN MCGEEHAN:  Yeah.  I mean, that
21    would be -- that's a policy call for the
22    Legislature, but...
23              REPRESENTATIVE ANCHIA:  Right.
24         What's the standard for match in this
25    bill?  I show up, my hair's longer.  I saw Ramey Ko
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001814

TX_00028469

USA_00016696

Case 2:13-cv-00193  Document 660-26  Filed on 11/11/14 in TXSD  Page 64 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-3  Filed 06/20/12  Page 9 of 245
Voter Fraud Hearing - Volume 2                    March 1, 2011

314

```
 1       today.  His hair's longer than two years ago when he

 2       testified.  Sometimes people look differently --

 3                    ANN MCGEEHAN:  Uh-huh.

 4                    REPRESENTATIVE ANCHIA:  -- I mean,

 5       photo I.D.s are good for 10-year periods in some

 6       cases.  Right?

 7                    ANN MCGEEHAN:  Right, right.

 8                    REPRESENTATIVE ANCHIA:  Didn't know

 9       it.  Ten years later, I look pretty different than I

10       did ten years ago.

11            What's the -- what's the -- what's the

12       standard for a visual identification?

13                    ANN MCGEEHAN:  I don't know that the

14       bill has -- has -- has a -- has a standard

15       necessarily.  It says that -- that -- that -- the

16       language basically says that the documentation

17       establishes, I think, they're identity.

18                    REPRESENTATIVE ANCHIA:  From the

19       proof presented.  Correct?

20                    ANN MCGEEHAN:  From the proof, yes.

21       So that would clearly be an area that we would need

22       to address that training.

23                    REPRESENTATIVE ANCHIA:  Ultimately,

24       it's subjective.  Right?  The poll worker is given

25       the opportunity to either confirm or deny the
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028470

USA_00016697

Case 2:13-cv-00193 Document 660-36 Filed on 11/11/14 in TXSD Page 65 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 10 of 245
Voter Fraud Hearing - Volume 2                                    March 1, 2011

```
 1        identity.  Right?
 2                        ANN MCGEEHAN:  Right.
 3                        REPRESENTATIVE ANCHIA:  And there's
 4        no guidance in the bill to tell us --
 5                        ANN MCGEEHAN:  Right.  To --
 6                        REPRESENTATIVE ANCHIA:  -- how to --
 7                        ANN MCGEEHAN:  Right.  To a certain
 8        extent that is an issue today.  If a -- if a person
 9        shows eye -- they don't have their certificate and
10        they don't show their driver's license, other I.D.
11        is authorized.  And there's similar language in the
12        current law about, you know, establishing
13        identification from the -- from the identification
14        providing.  But I think that would be something we
15        would need to address in training.  And we would
16        certainly look to some of the other states that have
17        implemented already and try to borrow some best
18        practices.
19                        REPRESENTATIVE ANCHIA:  Do you know
20        how other states approach this?
21                        ANN MCGEEHAN:  I do not, not today.
22                        REPRESENTATIVE ANCHIA:  Okay.  That's
23        it.  Thank you, Mr. Chairman.
24                        REPRESENTATIVE HARLESS:
25        Mr. Chairman, I have one follow-up question.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028471

USA_00016698

Case 2:13-cv-00193  Document 660-36  Filed on 11/11/14 in TXSD  Page 66 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-3  Filed 06/20/12  Page 11 of 245
Voter Fraud Hearing - Volume 2                    March 1, 2011

316

```
 1              You just got through mentioning about --
 2      and -- and we all concerned [sic] about the
 3      discretion.  Section 63.010 talks about the
 4      documentation proof of identification.  Currently,
 5      the poll worker has that discretion.  You all would
 6      just define those standards differently.  Is that
 7      correct?
 8              ANN MCGEEHAN:  Right.  I think we
 9      would address it specifically in our training.
10      Right now, that's not specifically addressed in our
11      training.
12              REPRESENTATIVE HARLESS:  (Inaudible)
13      poll worker (inaudible).
14              ANN MCGEEHAN:  That's correct.
15              CHAIRMAN BONNEN:  Any other
16      questions, Members?  Thank you.  Appreciate your
17      being here.
18              Members, is there any desire to bring up a
19      resource witness from the Department of Public
20      Safety Driver's License Division?  Okay.
21              Rebecca Davio from the Department of
22      Public Safety testifying neutrally on the Committee
23      Substitute Senate Bill 14.
24              REBECCA DAVIO:  Good afternoon,
25      Chairman Bonnen, Members.  My name is Rebecca Davio,
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

Case 2:13-cv-00193 Document 660-36 Filed on 11/11/14 in TXSD Page 67 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 12 of 245
Voter Fraud Hearing - Volume 2                            March 1, 2011

317

```
 1      and I'm with the Driver's License Division of the

 2      Department of Public Safety.

 3                      CHAIRMAN BONNEN:  Members, questions?

 4      Representative Anchia.

 5                      REPRESENTATIVE ANCHIA:  Thank you.

 6      Thank you, Mr. Chairman.  Hi, Rebecca.

 7                      REBECCA DAVIO:  Hi there.

 8                      REPRESENTATIVE ANCHIA:  Welcome.

 9                      REBECCA DAVIO:  Thank you very much.

10                      REPRESENTATIVE ANCHIA:  Rebecca, in

11      the current budget, DPS services is currently

12      21 percent under it's ideal budget.  Is that

13      correct?

14                      REBECCA DAVIO:  21 percent under it's

15      ideal budget?  We are definitely underfunded to be

16      able to provide the level of service that we want.

17      I haven't done that particular calculation.

18                      REPRESENTATIVE ANCHIA:  So the data

19      we received is that the -- the current 2010, 2011

20      driver's license services line item was 47,890,758.

21      The request for 2013 is 60 thousand [sic] 656,690.

22      That -- that equals for 2012, 2013, 47,689,052, 21

23      percent under the requested amount.

24                      Would -- wouldn't providing free I.D.s

25      affect some of your revenue stream for -- for state
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028473

USA_00016700

Case 2:13-cv-00193 Document 660-36 Filed on 11/11/14 in TXSD Page 68 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-5 Filed 06/20/12 Page 13 of 245
Voter Fraud Hearing - Volume 2                    March 1, 2011

318

1    I.D.s that you derive from state I.D.s, from the

2    issuance of state I.D.s?

3                    REBECCA DAVIO:  The revenue from

4    driver's licenses and I.D.s doesn't come back to the

5    Department of Public Safety or to the Driver's

6    License Division.  I believe those funds actually go

7    to the Mobility Fund.

8                    REPRESENTATIVE ANCHIA:  To the

9    Mobility Fund?

10                    REBECCA DAVIO:  Yes, sir.

11                    REPRESENTATIVE ANCHIA:  So how would

12    they impact the Mobility Fund?

13                    REBECCA DAVIO:  The revenue may be

14    decreased if -- for -- the free voter I.D.s.

15                    REPRESENTATIVE ANCHIA:  Okay.  Yeah.

16    Including -- including those that would be required

17    for, I guess, people who are indigent under this

18    bill or -- right?

19            I mean, is -- is -- my assumption is that

20    you'd have to pass out some significant amounts of

21    free I.D.s in order for this -- in order for those

22    people who did not have compliant photo I.D. to be

23    able to vote.  Correct?

24                    REBECCA DAVIO:  Well, the numbers

25    show that there's probably about almost 19 million



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028474

USA_00016701

Case 2:13-cv-00193  Document 660-36  Filed on 11/11/14 in TXSD  Page 69 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-3  Filed 06/20/12  Page 14 of 245
Voter Fraud Hearing - Volume 2                                March 1, 2011

319

```
 1       people in Texas that have an active driver's license
 2       or I.D.  And I believe that there were almost
 3       13 million registered voters.
 4                   REPRESENTATIVE ANCHIA:  Uh-huh.
 5                   REBECCA DAVIO:  And the language that
 6       is in this Committee Substitute that says if you
 7       already have a driver's license or an I.D. or one of
 8       those acceptable forms of identification, then you
 9       don't have to get another special voter I.D.
10                   REPRESENTATIVE ANCHIA:  But there
11       will be some percentage of people who currently pay
12       for a State I.D., right, that will realize that they
13       can forego the cost of that State I.D. by simply
14       registering to vote and then receive a -- a free
15       driver's license from DPS.  Right?
16                   REBECCA DAVIO:  They would not be
17       able to receive a free driver's license.  They would
18       be able to receive a free I.D. --
19                   REPRESENTATIVE ANCHIA:  A free I.D.
20                   REBECCA DAVIO:  -- if they hadn't
21       already registered to vote.  They said it was for
22       voting purposes, yes, sir.
23                   REPRESENTATIVE ANCHIA:  Right, right.
24              Even if 30 percent of people paying for
25       new or renewed I.D.s use this bill to get a free
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028475

USA_00016702

Case 2:13-cv-00193  Document 660-36  Filed on 11/11/14 in TXSD  Page 70 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-3  Filed 06/20/12  Page 15 of 245
Voter Fraud Hearing - Volume 2                          March 1, 2011

320

```
 1        I.D., it seems like, to me, running the numbers, it
 2        would -- it would cost the State at least 1.4
 3        million, and that's 30 percent of people who are
 4        either paying for anything -- a new I.D. or seeking
 5        a renewal of an I.D.  And that's just at 30 percent.
 6        If it was 90 -- if the percentage was higher, it
 7        would be up to 4.2 million.
 8               That's without even discussing the need.
 9        That would not even include the influx of registered
10        voters who would need photo I.D.  I mean, that's
11        just people who would be transfers from a State I.D.
12        to a free photo I.D. for purposes of voting.  And,
13        again, using very conservative numbers, about
14        30 percent of that -- of that universe.  So did
15        you -- did you collaborate on the fiscal note?
16               REBECCA DAVIO:  Yes, sir.  We -- we
17        looked at this bill -- not at the Committee
18        Substitute.  We didn't prepare the fiscal estimate
19        for the Committee Substitute, but we did look at the
20        original bill.
21               REPRESENTATIVE ANCHIA:  At the
22        underlying bill.
23               REBECCA DAVIO:  Yes.
24               REPRESENTATIVE ANCHIA:  And what was
25        your methodology to arrive at -- do you think that
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_001821

TX_00028476

USA_00016703

Case 2:13-cv-00193 Document 660-36 Filed on 11/11/14 in TXSD Page 71 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 16 of 245
Voter Fraud Hearing - Volume 2                          March 1, 2011

321

1    number is a good number?

2                    REBECCA DAVIO:  The $2 million --

3    it's approximately $2 million that's in the current

4    fiscal note is just for the Secretary of State

5    costs.

6                    REPRESENTATIVE ANCHIA:  Right.

7                    REBECCA DAVIO:  The Department of

8    Public Safety was unable to estimate how many people

9    might come in to get a voter I.D.

10                   REPRESENTATIVE ANCHIA:  That's

11   strange, because in -- in 2005, when Mary Denny

12   (phonetic) had a -- a photo I.D. bill, you all did

13   provide an estimate.

14                   REBECCA DAVIO:  I -- I think all the

15   top leadership in the Department and in the Driver's

16   License Division has changed.  And, you know, when

17   we looked at this bill and we were just really

18   unable -- uncomfortable with trying to come up with

19   an estimate of how many people might take advantage

20   and come in and say that they wanted an I.D. for

21   free.

22           So we simply provided the information that

23   said, you know, here's the cost and here's the --

24   the potential --

25                   REPRESENTATIVE ANCHIA:  But there



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028477

USA_00016704

Case 2:13-cv-00193 Document 660-36 Filed on 11/11/14 in TXSD Page 72 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 1 of 245
Voter Fraud Hearing - Volume 2                          March 1, 2011

322

```
 1      will be some cost, you imagine?
 2                   REBECCA DAVIO:  There may be, yes,
 3      sir.
 4                   REPRESENTATIVE ANCHIA:  There may --
 5                   REBECCA DAVIO:  There may, yes,
 6      sir --
 7                   REPRESENTATIVE ANCHIA:  -- be.  You
 8      want to hedge by saying may?
 9                   REBECCA DAVIO:  Yes, sir.
10                   REPRESENTATIVE ANCHIA:  All right.
11      All right.  Okay.  But to be clear, the cost to your
12      agency are not in the fiscal note?
13           They're -- the fiscal note does not
14      contemplate any cost of free I.D.s to your agency.
15      Correct?
16                   REBECCA DAVIO:  That is correct, sir.
17                   REPRESENTATIVE ANCHIA:  Okay.  Thank
18      you.
19                   CHAIRMAN BONNEN:  Any other
20      questions, Members?  Thank you.
21                   REBECCA DAVIO:  Thank you.
22                   CHAIRMAN BONNEN:  David Maxwell,
23      Deputy Director of the Office of the Attorney
24      General is here as a resource witness if anyone
25      would like to bring him up.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028478

USA_00016705

Case 2:13-cv-00193 Document 660-36 Filed on 11/11/14 in TXSD Page 73 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 18 of 245
Voter Fraud Hearing - Volume 2                    March 1, 2011

323

```
 1              Sure.  Why not?
 2                      REPRESENTATIVE ANCHIA:  Thank you,
 3      Mr. Chairman.
 4                      DAVID MAXWELL:  My name is David
 5      Maxwell, Deputy Director of the Law Enforcement
 6      Division of the Texas Office of Attorney General.
 7                      CHAIRMAN BONNEN:  Mr. Anchia?
 8                      REPRESENTATIVE ANCHIA:  Thank you,
 9      Mr. Chairman.
10              Mr. Maxwell, is it?
11                      DAVID MAXWELL:  Yes, it is.
12                      REPRESENTATIVE ANCHIA:  Thank you.
13      Thank you for testifying today.
14              The Attorney General's office is -- is --
15      since 2006, I believe, spent lot of time
16      investigating voter fraud.  Is that correct?
17                      DAVID MAXWELL:  Actually, the numbers
18      that I've compiled for you are from 2002.
19                      REPRESENTATIVE ANCHIA:  From 2002 --
20                      DAVID MAXWELL:  To --
21                      REPRESENTATIVE ANCHIA:  Perfect.
22      Perfect.
23              And it's been a priority of the Attorney
24      General's office.  Correct?
25                      DAVID MAXWELL:  It is -- it is one of
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001824

TX_00028479

USA_00016706

Case 2:13-cv-00193  Document 660-36  Filed on 11/11/14 in TXSD  Page 74 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-3  Filed 06/20/12  Page 19 of 245
Voter Fraud Hearing - Volume 2                    March 1, 2011

                                                          324

```
 1      our priorities, yes, sir.
 2                  REPRESENTATIVE ANCHIA:  Okay.  There
 3      are many different types of voter fraud.  Is that
 4      correct?
 5                  DAVID MAXWELL:  That's correct.
 6                  REPRESENTATIVE ANCHIA:  Give me some
 7      examples.
 8                  DAVID MAXWELL:  There is illegal
 9      voting.  There's voting harvesting.  Illegal voting
10      includes people who don't have the right to vote.
11      They may not be a citizen.  They may be voting
12      because they're on felony probation or parole, those
13      types of things.
14                  REPRESENTATIVE ANCHIA:  Vote
15      harvesting, which is primarily a mail-in ballot --
16                  DAVID MAXWELL:  A mail-in ballot --
17                  REPRESENTATIVE ANCHIA:  -- scheme --
18                  DAVID MAXWELL:  Yes, sir.
19                  REPRESENTATIVE ANCHIA:  There's also
20      voter impersonation.  Right?
21                  DAVID MAXWELL:  Yes, sir, there is.
22                  REPRESENTATIVE ANCHIA:  How does --
23      how does someone impersonate a voter at the polling
24      place?
25                  DAVID MAXWELL:  By pretending to be
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028480

USA_00016707

Case 2:13-cv-00193 Document 660-36 Filed on 11/11/14 in TXSD Page 75 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 20 of 245
Voter Fraud Hearing - Volume 2                           March 1, 2011

325

```
1      someone that they're not and going to vote and

2      taking the voter registration card and going -- and

3      voting that person's name.

4                  REPRESENTATIVE ANCHIA:  Since 2002,

5      how many cases of voter impersonation have you

6      investigated?

7                  DAVID MAXWELL:  I'll -- I'll -- I'll

8      give you some examples.  The --

9                  REPRESENTATIVE ANCHIA:  Just a

10     number.  I don't need any examples.  Just a number.

11                 DAVID MAXWELL:  The ones that are

12     adjudicated, we probably have about seven.  And then

13     we have ones that are not adjudicated, another five

14     or six.

15                 REPRESENTATIVE ANCHIA:  Okay.  And

16     out of the entire universe of voter fraud that

17     you've investigated or in this case adjudicated,

18     what's -- is -- is it the largest portion of voter

19     fraud that you encounter?

20                 DAVID MAXWELL:  No, sir.

21                 REPRESENTATIVE ANCHIA:  Would you

22     say -- would you say there's substantially more in

23     mail-in ballots?

24                 DAVID MAXWELL:  More in mail-in

25     ballots.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028481

USA_00016708

Case 2:13-cv-00193 Document 660-36 Filed on 11/11/14 in TXSD Page 76 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 21 of 245
Voter Fraud Hearing - Volume 2                     March 1, 2011

326

```
 1                    REPRESENTATIVE ANCHIA:  Okay.
 2                    DAVID MAXWELL:  We have investigated
 3           289 cases since 2002.
 4                    REPRESENTATIVE ANCHIA:  And I know
 5           that we're trying to augment the integrity of the
 6           voting system, and I take the author at her word
 7           about wanting to increase integrity in the process.
 8           But this bill doesn't include mail-in ballots, does
 9           it?
10                    DAVID MAXWELL:  I'm not familiar --
11           I'm not that familiar with the bill as far as what
12           it includes and what it doesn't.
13                    REPRESENTATIVE ANCHIA:  Well, I
14           believe it is not included in this bill.
15                    DAVID MAXWELL:  Okay.
16                    REPRESENTATIVE ANCHIA:  How often --
17           how often do people use multiple I.D.s, fake I.D.s?
18                    DAVID MAXWELL:  Well, that we have
19           documented, not that often.  I mean, we -- we have
20           some cases here that -- that we have investigated,
21           but it doesn't comprise a large portion of our
22           investigation.
23                    REPRESENTATIVE ANCHIA:  Okay.  And
24           maybe I didn't ask the question right.  Let's --
25           let's take off your voting hat, Mr. Maxwell, for a
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028482

USA_00016709

Case 2:13-cv-00193 Document 660-36 Filed on 11/11/14 in TXSD Page 77 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-5 Filed 06/20/12 Page 22 of 245
Voter Fraud Hearing - Volume 2                                    March 1, 2011

                                                                        327

```
 1        minute and just put on your -- your -- your
 2        prosecutor hat.
 3                     DAVID MAXWELL:  Uh-huh.
 4                     REPRESENTATIVE ANCHIA:  Do you ever
 5        run across cases where people use fake Texas
 6        driver's license to do any number of things --
 7                     DAVID MAXWELL:  Yes, sir.
 8                     REPRESENTATIVE ANCHIA:  -- including
 9        drink?
10                     DAVID MAXWELL:  Yes, we do.
11                     REPRESENTATIVE ANCHIA:  Okay.  And I
12        probably should -- should have asked this of DPS,
13        how many thousands of fake driver's licenses they
14        pick up every year, but I'll ask you.
15             Would -- would it be -- if -- if
16        someone's -- is intent on doing voter impersonation,
17        what would prevent them from taking a fake
18        identification, a fake I.D. to go vote?
19                     DAVID MAXWELL:  Nothing.
20                     REPRESENTATIVE ANCHIA:  Okay.  Okay.
21                     DAVID MAXWELL:  I mean, they can
22        actually --
23                     REPRESENTATIVE ANCHIA:  I
24        know, again, we're concerned about preserving the
25        integrity of the process, but we're ignoring mail-in
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001828

TX_00028483

USA_00016710

Case 2:13-cv-00193 Document 660-36 Filed on 11/11/14 in TXSD Page 78 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 23 of 245
Voter Fraud Hearing - Volume 2                                  March 1, 2011

328

```
 1      ballots as a major source of voter fraud in this

 2      bill and then creating a system that can be fairly

 3      easily circumvented by the use of a fake I.D.

 4              Have you -- have you ever run across the

 5      case where a -- a non-citizen -- how many cases of

 6      non-citizenry, which is I know is different than

 7      voter impersonation, but how many cases of

 8      non-citizen voting have you adjudicated?

 9              DAVID MAXWELL:  One that comes to

10      mind was in Calhoun County and --

11              REPRESENTATIVE ANCHIA:  Okay.  Can

12      you talk a little about the facts of that?

13              DAVID MAXWELL:  Yes.  That was a City

14      Council woman who was running for J.P.  And she went

15      out and solicited people who were not U.S. citizens

16      to vote and convinced them that they had the right

17      to vote.

18              REPRESENTATIVE ANCHIA:  Uh-huh.

19              DAVID MAXWELL:  And actually during

20      the investigation many of them told her that they

21      couldn't vote, but she convinced them that they

22      could.

23              REPRESENTATIVE ANCHIA:  Right.

24              And the A.G., it's my understanding,

25      ensuring in that case did not pursue the
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028484

USA_00016711

Case 2:13-cv-00193 Document 660-36 Filed on 11/11/14 in TXSD Page 79 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 24 of 245
Voter Fraud Hearing - Volume 2                    March 1, 2011

                                                          329

 1    non-citizens, because they didn't have the requisite

 2    Mens Rea.  Right?

 3                    DAVID MAXWELL:  Right.

 4                    REPRESENTATIVE ANCHIA:  Mens Rea is a

 5    fancy legal term for mental state.  Right?

 6                    DAVID MAXWELL:  Yes.

 7                    REPRESENTATIVE ANCHIA:  And, instead,

 8    you prosecuted the City Council person.  Correct?

 9                    DAVID MAXWELL:  That's correct.

10                    REPRESENTATIVE ANCHIA:  And I know

11    that one comes to mind, because I think that's

12    the -- the most prominent case.

13          But is it -- is your view that we -- that

14    we have -- based on the investigations the Attorney

15    General's done that we have, I think it was said

16    earlier, hoards of non-citizens voting in our

17    elections?

18                    DAVID MAXWELL:  We have not

19    encountered that in our investigations.

20                    REPRESENTATIVE ANCHIA:  Thank you.  I

21    appreciate your testimony today.

22                    DAVID MAXWELL:  Yes, sir.

23                    UNIDENTIFIED REPRESENTATIVE:  Yes,

24    sir.

25          When there's not a law requiring you to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

                                        Suite 220
                                3101 Bee Caves Road
                                   Austin, TX 78746
                             www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028485

USA_00016712

Case 2:13-cv-00193 Document 660-36 Filed on 11/11/14 in TXSD Page 80 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-5 Filed 06/20/12 Page 25 of 245
Voter Fraud Hearing - Volume 2                                    March 1, 2011

```
 1        show an I.D. to vote, does it make it difficult to

 2        find fraud that way?

 3                    DAVID MAXWELL:  Yes, sir.

 4                    UNIDENTIFIED REPRESENTATIVE:  So it's

 5        fair to say that being there aren't a large number

 6        of cases you all are able to prosecute, it doesn't

 7        necessarily guarantee -- there is no law requiring

 8        you to use an I.D. to vote, that in turn there are

 9        no cases?

10                    DAVID MAXWELL:  That's correct.

11                    UNIDENTIFIED REPRESENTATIVE:  Thank

12        you.

13                    UNIDENTIFIED SPEAKER:  And speaking

14        of fraudulent driver's licenses, I chose -- and we

15        can bring back up DPS if we need, but I chose to

16        pull my own driver's license out.  And if I need to

17        bring DPS up again, I will.

18              But do you know how many security measures

19        there are in the Texas driver's license now?

20                    DAVID MAXWELL:  No, I do not.

21                    UNIDENTIFIED REPRESENTATIVE:  Okay.

22        I'll bring DPS back up for that.

23              But are you all seeing an increase or

24        decrease in fraudulent driver's licenses or is that

25        even your business?
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028486

USA_00016713

Case 2:13-cv-00193 Document 660-36 Filed on 11/11/14 in TXSD Page 81 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 20 of 245
Voter Fraud Hearing - Volume 2                    March 1, 2011

```
 1              DAVID MAXWELL:  Well, give you some
 2      background on me.  I spent 38 years with DPS.
 3              UNIDENTIFIED REPRESENTATIVE:  Right.
 4              DAVID MAXWELL:  And 25 years of that
 5      as a Texas ranger.
 6              UNIDENTIFIED REPRESENTATIVE:  Sure.
 7              DAVID MAXWELL:  And, yes, we have
 8      investigated those offenses.  And matter of fact,
 9      recently you probably realize we put some of the DPS
10      people in jail for selling fraudulent driver's
11      licenses.
12              UNIDENTIFIED REPRESENTATIVE:  Right.
13      But what they were selling was actual Texas driver's
14      licenses.
15              DAVID MAXWELL:  That's correct.
16              UNIDENTIFIED REPRESENTATIVE:  And
17      what I'm referring to is the ability to reproduce
18      this driver's license in my dorm room, my basement
19      at my home, you know, the back of my office.  That
20      has become extraordinarily difficult, is it not?
21              DAVID MAXWELL:  That's correct.  It
22      is.
23              UNIDENTIFIED REPRESENTATIVE:  Thank
24      you.
25              CHAIRMAN BONNEN:  Representative
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028487

USA_00016714

Case 2:13-cv-00193 Document 660-36 Filed on 11/11/14 in TXSD Page 82 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-5 Filed 06/20/12 Page 27 of 245
Voter Fraud Hearing - Volume 2                    March 1, 2011

332

1      Veasey?

2                  REPRESENTATIVE VEASEY:  The people

3      that were arrested within DPS for selling the fake

4      driver's licenses, what did you all find -- find

5      that they were selling those licenses so people

6      could go and vote?

7                  DAVID MAXWELL:  They were selling the

8      license for various reasons.  I wasn't involved in

9      that investigation, so I couldn't speak specifically

10     to those details, although --

11                 REPRESENTATIVE VEASEY:  Does --

12                 DAVID MAXWELL:  -- they were -- it

13     was done by the Rangers.

14                 REPRESENTATIVE VEASEY:  As far as, I

15     guess, investigating voter impersonation, have -- is

16     it your understanding or -- or were you ever given

17     any directives or did you ever know of anyone that

18     was given any directives within the A.G.'s offices

19     to specifically go after and look for people that

20     were committing voter impersonation or any special

21     task force that were formed just to solely look for

22     voter impersonation?

23                 DAVID MAXWELL:  No.  And if I could

24     just take a minute to tell you how we get our cases.

25     Our cases are referrals --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_001833

TX_00028488

USA_00016715

Case 2:13-cv-00193 Document 660-36 Filed on 11/11/14 in TXSD Page 83 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 28 of 245
Voter Fraud Hearing - Volume 2                          March 1, 2011

333

1          REPRESENTATIVE VEASEY:  Uh-huh.

2          DAVID MAXWELL:  -- so we don't go

3   after -- we're not proactive in that we're going

4   after and looking for voter fraud.  We get them one

5   of three ways.  It can be an election judge or a

6   local official or a sheriff or someone like that who

7   refers it to us, and then we investigate it to see

8   if there's merit and continue with the investigation

9   that way.

10          The other referral is from the Secretary

11  of State.  And that's where most of our referrals

12  come from.

13          And the third method is if you have two

14  citizens who give you sworn affidavits and it's --

15  involves an election that covers more than one

16  county, then the law says that we shall investigate.

17          So those are the three methods by where we

18  come on investigation and conduct these election

19  fraud investigations.  So we're not proactively

20  going out and seeking them.  They're referred to us.

21  And as they're referred to us, we decide what the

22  merit is and conduct the investigation.

23          CHAIRMAN BONNEN:  Representative

24  Aliseda, do you have a question?

25          REPRESENTATIVE ALISEDA:  Is it



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_001834

TX_00028489

USA_00016716

Case 2:13-cv-00193 Document 660-36 Filed on 11/11/14 in TXSD Page 84 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 29 of 245
Voter Fraud Hearing - Volume 2                        March 1, 2011

334

```
 1      inconceivable to you an organization that was

 2      interested in effecting  an election could come into

 3      a city and go to a homeless shelter, register a

 4      bunch of individuals without identifying --

 5      indicating on their voter registration that they

 6      don't have any identification, obtaining those voter

 7      registration certificates and then passing them out

 8      and going and voting?

 9                  DAVID MAXWELL:  Yes, sir, that could

10      happen.

11                  REPRESENTATIVE ALISEDA:  That could

12      happen?

13                  DAVID MAXWELL:  Yes, sir.

14                  REPRESENTATIVE ALISEDA:  In fact,

15      that was some of the scenarios that the public heard

16      on national T.V. that was alleged to have occurred

17      in Las Vegas and other areas.  Is that not correct?

18                  DAVID MAXWELL:  I'm not familiar with

19      that, but I'll take your word for it.

20                  REPRESENTATIVE ALISEDA:  And is it --

21      you mentioned how the Attorney General gets

22      referrals to these particular cases.

23              It is a rare thing to have a -- a voter

24      fraud case referred to the Attorney General, is that

25      not right?
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028490

USA_00016717

Case 2:13-cv-00193  Document 660-36  Filed on 11/11/14 in TXSD  Page 85 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-3  Filed 06/20/12  Page 30 of 245
Voter Fraud Hearing - Volume 2                    March 1, 2011

335

1            DAVID MAXWELL:  A voter fraud case?
2      We don't have a great deal of them, as you can tell,
3      289 since 2002.
4            REPRESENTATIVE ALISEDA:  Right.  But
5      what it requires is either these two disinterested
6      citizens or it requires a district attorney or a
7      county attorney that is willing to request your
8      assistance, is that not right?
9            DAVID MAXWELL:  Yes, sir.  I -- I
10     think you're trying to make a point that we don't do
11     all of the voter fraud investigations.
12           REPRESENTATIVE ALISEDA:  That's
13     right.
14           DAVID MAXWELL:  And that's correct.
15           REPRESENTATIVE ALISEDA:  And, in
16     fact, the reality is that most district attorneys or
17     county attorneys don't do it, either?
18           DAVID MAXWELL:  That could be
19     correct.
20           REPRESENTATIVE ALISEDA:  For
21     political reasons.
22           DAVID MAXWELL:  Yes.
23           REPRESENTATIVE ALISEDA:  I have no
24     further questions.
25           CHAIRMAN BONNEN:  Representative



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001836

TX_00028491

USA_00016718

Case 2:13-cv-00193  Document 660-36  Filed on 11/11/14 in TXSD  Page 86 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-3  Filed 06/20/12  Page 31 of 245
Voter Fraud Hearing - Volume 2                    March 1, 2011

```
 1      Harless, do you have a question?  Okay.  Thank you.
 2              Any -- any other questions?
 3                  UNIDENTIFIED REPRESENTATIVE:  Just
 4      one last follow-up, because I think we missed a --
 5      Representative Aliseda may have missed a step.
 6              There's a way for a private citizen to
 7      call the Secretary of State's office that would make
 8      a complaint, correct, that would then get referred
 9      to your office if they deem that it met the --
10                  DAVID MAXWELL:  If it had --
11                  UNIDENTIFIED REPRESENTATIVE:  -- the
12      standards of an Election Code violation.  Isn't that
13      right?
14                  DAVID MAXWELL:  Yes, sir.  And that's
15      what I was saying.
16                  UNIDENTIFIED REPRESENTATIVE:  Yeah.
17                  DAVID MAXWELL:  And that's the
18      methodology whereby we get the referrals from the
19      Secretary of State.
20                  UNIDENTIFIED REPRESENTATIVE:  Yeah.
21      Okay.
22                  DAVID MAXWELL:  So --
23                  UNIDENTIFIED REPRESENTATIVE:  Okay.
24      So it doesn't exclusively depend on a -- a D.A. or
25      county attorney sending a referral to you or asking
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028492

USA_00016719

Case 2:13-cv-00193 Document 660-36 Filed on 11/11/14 in TXSD Page 87 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 32 of 245
Voter Fraud Hearing - Volume 2                     March 1, 2011

```
 1        you for help; a -- a private citizen can call the
 2        Secretary of State's office and send them
 3        information related to an Election Code violation --
 4                    DAVID MAXWELL:  That's correct.
 5                    UNIDENTIFIED REPRESENTATIVE:  -- that
 6        then you would investigate.  Right?  Okay?
 7                    DAVID MAXWELL:  But the Secretary of
 8        State has to first certify --
 9                    UNIDENTIFIED REPRESENTATIVE:  That's
10        right.
11                    DAVID MAXWELL:  -- that it meets
12        their requirements before they make the referral.
13                    UNIDENTIFIED REPRESENTATIVE:  Okay.
14        Okay.  I just wanted to make sure I wasn't missing a
15        step.
16                    DAVID MAXWELL:  Okay.
17                    CHAIRMAN BONNEN:  Yeah.  And, again,
18        it's kind of -- until there's a law requiring you to
19        show an I.D., it's kind of hard to go after people
20        who aren't voting as themselves.  Correct?
21                    DAVID MAXWELL:  That's correct.
22                    CHAIRMAN BONNEN:  Representative
23        Aliseda, do you have a question -- I'm sorry,
24        Representative Harless?
25                    REPRESENTATIVE HARLESS:  And what I
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028493

USA_00016720

Case 2:13-cv-00193 Document 660-36 Filed on 11/11/14 in TXSD Page 88 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 33 of 245
Voter Fraud Hearing - Volume 2                        March 1, 2011

338

```
1      thought he was asking, there's a lot of local
2      jurisdictions that investigate these voter frauds
3      that may not get referred to the Secretary of State,
4      isn't that correct?
5                  DAVID MAXWELL:  Well, that was my
6      experience as a Ranger, yes.  I mean, most of the
7      counties that I worked in, they were worked locally
8      by them or -- or the Texas Rangers.
9                  CHAIRMAN BONNEN:  Okay.
10                 DAVID MAXWELL:  Uh-huh.
11                 CHAIRMAN BONNEN:  Thank you.
12                 UNIDENTIFIED REPRESENTATIVE:  How
13     would you go about investigating an allegation of
14     voter impersonation, just out of curiosity?
15                 DAVID MAXWELL:  It depends on what
16     you have to start with.
17                 UNIDENTIFIED REPRESENTATIVE:  Well --
18                 DAVID MAXWELL:  It's like any other
19     investigation --
20                 UNIDENTIFIED REPRESENTATIVE:  -- you
21     have an election judge that complains, "Hey, we had
22     an individual with purple hair come in and vote
23     twice".  How are you going to find that individual?
24                 DAVID MAXWELL:  If you have no more
25     information than that, it's going to be difficult.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001839

TX_00028494

USA_00016721

Case 2:13-cv-00193 Document 660-36 Filed on 11/11/14 in TXSD Page 89 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 34 of 245
Voter Fraud Hearing - Volume 2                    March 1, 2011

```
1            Some of the cases that we've had that
2       we've investigated, the election judge knew the
3       people who were involved and knew that they voted
4       twice.  And one was obviously voting in a name that
5       was not his.  But you have to have, obviously, more
6       knowledge than that, because it's a needle in a
7       haystack.
8                   UNIDENTIFIED REPRESENTATIVE:  Well,
9       we have a state that's grown, I don't know, what,
10      faster than any other state in the union.  We are
11      not going to have situations where election judges
12      or poll workers necessarily know the individuals
13      that are coming in to vote, especially in the big
14      cities, is that not right?
15                  DAVID MAXWELL:  That's correct.  When
16      I started with DPS in '72, there were 12 million
17      people in Texas.  And now we have 23 --
18                  UNIDENTIFIED REPRESENTATIVE:  25, I
19      thought.
20                  DAVID MAXWELL:  -- 24 million people.
21                  CHAIRMAN BONNEN:  It's not important
22      to this hearing.  Any other questions, Members?
23      Thank you.
24            We're going to attempt now -- I think we
25      have Justin Levitt, the professor at University of
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028495

USA_00016722

Case 2:13-cv-00193 Document 660-36 Filed on 11/11/14 in TXSD Page 90 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 35 of 245
Voter Fraud Hearing - Volume 2                    March 1, 2011

340

```
1       Loyola Law School in California, Los Angeles, one of

2       the expert witnesses.  We're -- we're attempting to

3       pull him up and give him his opportunity.

4                   JUSTIN LEVITT:  (Inaudible).

5                   CHAIRMAN BONNEN:  Let's see.  Can

6       we --

7                   JUSTIN LEVITT:  I'm not sure if you

8       can see or hear me.

9                   CHAIRMAN BONNEN:  Well, we can hear

10      you --

11                  JUSTIN LEVITT:  (Inaudible).

12                  CHAIRMAN BONNEN:  Professor Levitt,

13      we can hear you, but we have to also be able to see

14      you and you see us.  And we're -- we're solving that

15      problem right now if you would just bear with us one

16      moment.

17                  JUSTIN LEVITT:  (Inaudible).

18                  CHAIRMAN BONNEN:  Are you able to see

19      us?

20                  JUSTIN LEVITT:  I am unable [sic] to

21      see you at this time.

22                  CHAIRMAN BONNEN:  Very good.  And

23      soon we'll be able to see you.

24             Great.  We see you now.  I hope we didn't

25      make you late for your class and --
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001841

TX_00028496

USA_00016723

Case 2:13-cv-00193 Document 660-36 Filed on 11/11/14 in TXSD Page 91 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-5 Filed 06/20/12 Page 36 of 245
Voter Fraud Hearing - Volume 2                     March 1, 2011

341

```
1                    JUSTIN LEVITT:   No.  And the students
2        quite appreciated your (inaudible).
3                    CHAIRMAN BONNEN:   Great.  And I
4        appreciate your showing back up.
5               Justin Levitt, Professor, Loyola Law
6        School, Associate Professor of Law, constitutional
7        law and election law is here by Skype to testify
8        against Committee Substitute Senate Bill 14.
9                Professor, you'll be given ten minutes
10       without interruption to give your testimony, and
11       then the Members of the Committee may have questions
12       to follow up with that.  So we appreciate your
13       coming back on with us.  And your ten minutes begins
14       now.
15                    JUSTIN LEVITT:   Thank you very much,
16       Mr. Chair, Members of the Committee.  I greatly
17       appreciate your flexibility with the technology
18       today and with my schedule and thank you very, very
19       much for the opportunity to testify here today.
20                As you mentioned, my name is Justin
21       Levitt.  I'm Associate Professor of -- at Loyola Law
22       School in Los Angeles.  I last had the privilege of
23       appearing before this committee a few years ago when
24       I was then counsel with a non-partisan (inaudible)
25       Center For Justice (inaudible) School of Law.  My
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001842

TX_00028497

USA_00016724

Case 2:13-cv-00193  Document 660-36  Filed on 11/11/14 in TXSD  Page 93 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-3  Filed 06/20/12  Page 3 of 245
Voter Fraud Hearing - Volume 2                         March 1, 2011

342

1    work there grounded election policies in a
2    hard-nosed look at the available evidence behind the
3    policies in question and prided myself on in-depth
4    factual research and careful cost benefit analysis.
5              I was last before you two years ago
6    (inaudible) job and my role have changed, but I
7    would suggest to you that the facts have not.
8              As I understand it, this hearing is about
9    new legislation (inaudible) to restrict the ways in
10   which voters can identify themselves when they
11   appear (inaudible) at the polling place.  And I
12   understand you've had extensive testimony already
13   today, and I thank you very much for adding me onto
14   that list.  Much of that testimony, I suspect, has
15   addressed the potential costs of this litigation,
16   both in terms of physical costs, human costs
17   including costs relevant to litigation or review
18   under Section 5 of the Voting Rights Act.
19             I would like to focus instead of that on
20   what, at least in my view, are the negligible
21   benefits of the policy that you're considering; in
22   particular, legislation requiring certain
23   restrictive forms of identification at the polls
24   when you show up to vote is designed to get
25   (inaudible) and can only possibly get at only one



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028498

USA_00016725

Case 2:13-cv-00193 Document 660-36 Filed on 11/11/14 in TXSD Page 93 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-5 Filed 06/20/12 Page 38 of 245
Voter Fraud Hearing - Volume 2                      March 1, 2011

343

```
1    particular problem.  The only thing that restrictive

2    I.D. rules could possibly target is impersonation,

3    attempting or pretending to be someone else when you

4    show up at the polls.

5            In my work at (inaudible) I reviewed and

6    documented (inaudible) of all kinds of fraud and

7    some I validated.  Some, in fact, were true.  More

8    often, the allegations were inaccurate, and we

9    managed to do the research (inaudible).  In the

10   course of this research what was notable to me and

11   which we've carefully documented is that

12   impersonation fraud stands out.  It's the only sort

13   of fraud that identification rules at the polls

14   could possibly prevent. And what stands out about it

15   is how very rare it appears to be.

16           I know that some will claim that -- that

17   my work both published and before you today denies

18   that fraud exists.  And I want to be very, very

19   clear.  Some types of fraud are really out there for

20   real, for sure, more than many people believe,

21   because allegations are often (inaudible)

22   sensational or sloppy and confuse clerical error

23   with real fraud.  But sadly, people still do buy

24   votes, they still do pressure voters in nursing

25   homes.  They still do commit fraud using absentee
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028499

USA_00016726

Case 2:13-cv-00193  Document 660-36  Filed on 11/11/14 in TXSD  Page 94 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-3  Filed 06/20/12  Page 39 of 245
Voter Fraud Hearing - Volume 2                              March 1, 2011

344

1    ballots.  They still do occasionally submit fake or

2    fraudulent registration forms -- voter registration

3    forms.  All of that still occasionally happens.

4            What they don't appear to do with any sort

5    of frequency is commit the sort of fraud that

6    restrictive I.D. rules can fix.  At the end of the

7    day, there are (inaudible) substantiated cases, but

8    really just a tiny, tiny handful out of hundreds of

9    millions of ballots.  Americans are struck and

10   killed by lightening far more often.

11           And some say -- and I think I believe I

12   heard an official just before I got on mentioning

13   part of this, that the few reports may be because

14   this sort of fraud is hard to find or hard to

15   prosecute.  The comparison is often made to

16   littering, that you don't know who does it and,

17   therefore, it's hard to know when it happens.

18           But for impersonation fraud -- and there

19   will often be eye witnesses; there will often be a

20   victim that - that is, whoever's being

21   impersonated - and there will always be a paper

22   trail.  That is, there is always the signature

23   registered in the poll book at the very least.  And

24   if you want to influence an election, if you're out

25   to steal an election, you need a conspiracy of many



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001845

TX_00028500

USA_00016727

Case 2:13-cv-00193 Document 660-36 Filed on 11/11/14 in TXSD Page 95 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 40 of 245
Voter Fraud Hearing - Volume 2                    March 1, 2011

345

1    impersonators, which means many persons for someone

2    to cry foul.  If this sort of fraud is, in fact,

3    like littering, what we're hearing is lots and lots

4    of complaints, but nobody's actually found garbage

5    in the streets.

6              The hunt for impersonation fraud has been

7    on.  At the federal, state, local law enforcement

8    have all had a fair amount of resources devoted to

9    finding and rooting out fraud and have made voter

10   fraud in particular a priority to track, a very

11   pensive priority for some to track with millions of

12   taxpayer dollars spent on the hunt.  And that's not

13   to mention the private entities that would gladly

14   spread word if there were any sort of fire behind

15   the smoke.

16             This fraud happened (inaudible) with any

17   sort of frequency.  If people actually impersonated

18   others at the polling place with any sort of

19   frequency, if there were conspiracies to steal votes

20   or steal elections, then over the last decade the

21   phones should have been ringing off of the hook.

22   But, instead, there was apparently (inaudible).

23   Every year there are far more reports of UFO

24   sightings then there are the sort of fraud that

25   restrictive I.D. rules could possibly prevent.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001846

TX_00028501

USA_00016728

 1          The exceptionally rare phenomenon has been

 2     used, it seems, to drive policy.  And it seems to

 3     create more problems than it solves.  And

 4     restrictive I.D. rules regrettably seem like a good

 5     example of this.  Though they don't solve real

 6     problems with people impersonating others to seal an

 7     election or steal votes, they do create (inaudible).

 8     You start shutting down the ways people can prove

 9     they are who they say they are, then you start

10     preventing the eligible people out of the process.

11          Most eligible citizens, we know, have

12     I.D., even the sort of I.D. that you're asking.  But

13     many do not.  And available research shows that

14     those without are disproportionately elderly and

15     minority citizens.

16          The last time I had a privilege to testify

17     before you, I waited in line at the airport right

18     behind a senior citizen without a photo I.D.  I

19     don't know if she was over 70 or not.  It's

20     certainly not polite of me to ask.  But she was

21     able, even without in I.D., to get on a plane just

22     fine.  And I believe that her destination was Texas.

23     I would hope that if she landed and she were, in

24     fact, a resident and citizen and otherwise eligible,

25     that even without a photo I.D. she would have been



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_001847

TX_00028502

USA_00016729

Case 2:13-cv-00193  Document 660-36  Filed on 11/11/14 in TXSD  Page 97 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-3  Filed 06/20/12  Page 42 of 245
Voter Fraud Hearing - Volume 2                           March 1, 2011

347

1    able to express her right to vote.

2            Making things more difficult at the polls

3    also increases the burden or potential burden on

4    poll workers and on election officials.  It

5    increases the chance of confusion for both people

6    that don't have I.D. with them or don't know how

7    [sic] to come back later.  It increases the chance

8    of provisional ballots, which are, themselves, an

9    expense.  And all of this doesn't make voters

10   actually feel any safer.  The best research that

11   I've seen so far on this is an article published in

12   the Harvard Law Review.  It looks for a significant

13   correlation between citizens who are asked to show

14   photo I.D., whether they felt protected against

15   voter fraud, and it found no correlation at all.

16   Showing extra I.D. doesn't make the public anymore

17   confident that the elections are free from fraud.

18           This research shows, to me, that there's

19   not a lot to gain from this new restrictive I.D. law

20   that you all are considering.

21           Contrary, I'll say, to the bill analysis

22   that I've seen, Texas does, in fact, already have

23   several safeguards to make sure voters are who they

24   say they are.  One of them comes from formal law.

25   New voters will be checked against other government



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028503

USA_00016730

Case 2:13-cv-00193 Document 660-36 Filed on 11/11/14 in TXSD Page 98 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 43 of 245
Voter Fraud Hearing - Volume 2                      March 1, 2011

348

```
1     systems when they register, and if information
2     doesn't match they'll be asked to show a document
3     from an inclusive list designed to make sure that no
4     eligible voter gets sent home, but that people are
5     asked to show that they are who they say they are.
6     And you find this requirement in Section 13.072 of
7     the current Texas statutes, you find it in Election
8     Advisory 2010-11.  These are up-to-date statutes and
9     they're doing the job.
10            Texas law already demands a document from
11    that very same list.  If you don't have your
12    original registration certificate in hand when you
13    get to the polls and if for any reason you fake your
14    way through any of these requirements, it costs you
15    $10,000 and ten years in prison for just one vote.
16    That's, to me, the best explanation for why the
17    rules don't yield very much.  It's also the best
18    explanation for why impersonation fraud at the polls
19    is just so rare.
20            Given this safeguard that's already in
21    place, the kind of fraud that you're talking about
22    doesn't make any sense.  The costs of impersonating
23    someone at the polls far outweigh the benefits.  And
24    I'll suggest to you that that may well be the sale
25    for the law you're considering today.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001849

TX_00028504

USA_00016731

Case 2:13-cv-00193  Document 660-36  Filed on 11/11/14 in TXSD  Page 99 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-3  Filed 06/20/12  Page 44 of 245
Voter Fraud Hearing - Volume 2                          March 1, 2011

349

1       I thank you very much for your time and

2   for the opportunity for me to present this testimony

3   and -- and the research behind it substantially

4   similar to the research I submitted to you all two

5   years ago when you were considering this topic then.

6       I'm more than happy to answer any

7   questions that you may have.  And, again, I greatly

8   appreciate your accommodating both me and my

9   students this afternoon.

10      CHAIRMAN BONNEN:  Thank you.

11  Appreciate your patience.

12      Are there any questions, Members?

13  Representative Aliseda.  Professor, Representative

14  Aliseda has a question.

15      REPRESENTATIVE ALISEDA:  We've had a

16  lot of testimony today on just how showing an I.D.

17  is -- is an aspect of every day modern Americans'

18  life.  Would you agree with that, that -- that --

19      JUSTIN LEVITT:  (inaudible) -- I'm

20  sorry, Representative.

21      REPRESENTATIVE ALISEDA:  -- that --

22  that you practically can't do anything in this

23  society without showing an I.D.  Is that correct?

24      JUSTIN LEVITT:  I would -- I would

25  agree that there are many, many ways in which



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028505

USA_00016732

Case 2:13-cv-00193 Document 660-36 Filed on 11/11/14 in TXSD Page 100 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 45 of 245
Voter Fraud Hearing - Volume 2                    March 1, 2011

350

```
 1       showing an I.D. in lots of places makes life easier.

 2       I actually think that most places in the private

 3       sector, private sector companies that want as many

 4       customers as possible may have an initial request to

 5       show an I.D., but also have safeguards to allow you

 6       to function even without one.  I don't think anybody

 7       would argue -- at least nobody that I know, credibly

 8       would argue that it's not easier to do a whole bunch

 9       of things in daily life without an I.D.

10                    REPRESENTATIVE ALISEDA:  But you --

11                    JUSTIN LEVITT:  I suspect --

12                    REPRESENTATIVE ALISEDA:  -- you

13       wouldn't --

14                    JUSTIN LEVITT:  -- (inaudible).

15                    REPRESENTATIVE ALISEDA:  -- you

16       wouldn't find it surprising that Americans expect to

17       show an I.D. to vote, at least the people that we've

18       heard testifying today?

19                    JUSTIN LEVITT:  I think it's not

20       surprising at all to find that maybe even 90,

21       95 percent of Americans, at least registered,

22       active, eligible voters, expect to show an I.D. in

23       all kind of circumstances.  I think few of those are

24       constitutional arrays [sic].  And I think it even

25       more important that the 5 percent who manage,
```



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001851

TX_00028506

USA_00016733

Case 2:13-cv-00193 Document 660-36 Filed on 11/11/14 in TXSD Page 101 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 46 of 245
Voter Fraud Hearing - Volume 2                    March 1, 2011

351

```
 1      although they struggle, they manage to get by in

 2      other arenas of life even without I.D. have at least

 3      the right to exercise the fundamental value.

 4                  REPRESENTATIVE ALISEDA:  You would

 5      agree with me that showing an I.D. creates a

 6      psychological feeling that you're doing something

 7      that's important to safeguard whatever it is you're

 8      trying to do?

 9                  JUSTIN LEVITT:  I'd agree that that's

10      conventional knowledge for sure.  The (inaudible)

11      that was wisdom, the one study that I mentioned

12      again published in the Harvard Law Review which

13      (inaudible) seriously has some (inaudible)

14      surprising --

15                  UNIDENTIFIED REPRESENTATIVE:

16      (Inaudible) -- for many people --

17                  UNIDENTIFIED REPRESENTATIVE:

18      (Inaudible).

19                  JUSTIN LEVITT:  -- doubt on how far

20      that goes.  That is, it seems like it makes

21      commonsense for that to create a psychological sense

22      of security.  But if you actually ask people how

23      confident they feel in their elections, the fact

24      that people have been asked to show an I.D. or not

25      actually doesn't make any difference.  It turns out
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028507

USA_00016734

Case 2:13-cv-00193  Document 660-36  Filed on 11/11/14 in TXSD  Page 102 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-3  Filed 06/20/12  Page 47 of 245
Voter Fraud Hearing - Volume 2                      March 1, 2011

                                                       352

```
 1    that if you feel confident in elections, you're

 2    about as confident whether you're asked to show I.D.

 3    or not.  If you think they've been stolen, you think

 4    they've been stolen whether you're asked to show

 5    I.D. or not.

 6              I -- I agree it seems to make sense

 7    according to conventional wisdom, but when you look

 8    at the numbers it's simply not what the numbers have

 9    shown, that I've seen.

10              REPRESENTATIVE ALISEDA:  Thank you.

11    No further questions.  Thank you.

12              CHAIRMAN BONNEN:  Professor, our Vice

13    Chairman, Mr. Veasey, would like to ask some

14    questions.

15              REPRESENTATIVE VEASEY:  I just wanted

16    to ask you, how -- how -- how can State Legislators

17    come up with plans to deal with this type of

18    legislation when -- when there are concerns on --

19    you know, from -- from different groups and, you

20    know, different constituencies?  Like one group that

21    we heard today was pretty much overwhelmingly

22    concerned -- you know, concerned about integrity of

23    the process and, you know, making sure that

24    fraudulent votes or voter impersonation doesn't

25    cancel out legitimate votes.  And then you have
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028508

USA_00016735

Case 2:13-cv-00193 Document 660-36 Filed on 11/11/14 in TXSD Page 103 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 48 of 245
Voter Fraud Hearing - Volume 2                          March 1, 2011

353

```
 1        other folks, you know, that have -- you know, that

 2        are concerned about people being able to have equal

 3        access to -- to the polls.  And you know, in my

 4        district, I particularly hear from people, you know,

 5        that -- you know, that are -- that -- you know,

 6        let's say they're 60 years old; they're baby

 7        boomers.  So they came of age in the civil rights

 8        movement.  And so they still have very vivid

 9        memories and views of Dr. King and people marching.

10        And that constituency is very concerned about the --

11        you know, people having equal access to the polls.

12             So how can -- what can State Legislators

13        do to address both people's concerns, so it doesn't

14        seem like a one-sided deal as -- as being, you know,

15        rammed down one or the other's, you know, side?

16             JUSTIN LEVITT:  Mr. Vice Chairman, I

17        certainly appreciate the question.  And I don't envy

18        you the task that you have here or elsewhere in

19        reconciling a whole bunch of different objectives.

20             I think that would -- from what I've seen,

21        that the most steady source of (inaudible) and the

22        easiest way to ensure that your constituents have

23        confidence that you're legislating in the public

24        interest is to carefully weigh out as carefully as

25        you can the costs and the benefits of any
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028509

USA_00016736

Case 2:13-cv-00193 Document 660-36 Filed on 11/11/14 in TXSD Page 104 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 49 of 245
Voter Fraud Hearing - Volume 2                    March 1, 2011

354

1    legislation based on actual tangible evidence.  And

2    the more that you do that, the more rooted you feel

3    that you're addressing problems that need to be

4    addressed with solutions that actually don't cause

5    more damage than you're trying to stave off.

6          And I'll add to that, whenever you're

7    talking about election legislation, people feel very

8    strongly indeed for very, very good reasons.  I

9    think it's always important to consider election

10   legislation, the need to keep in mind not just the

11   majority, but the safeguards that every eligible

12   American citizen -- their capacity to pass a vote

13   effective.  I think that it is really important that

14   this, among all constitutional rights, be protected.

15         And that means exactly as you've said,

16   maintaining the process against fraud, which -- to

17   make sure it's full of integrity and make sure

18   people's votes are counted without shutting out

19   those who (inaudible) want to participate and are

20   eligible to participate.

21         I'll suggest to you that the Texas Code as

22   it stands does a pretty good job of making sure that

23   fraud -- this -- this type of fraud showing up,

24   pretending to be someone else, doesn't enter the

25   system.  And we think in order to change that we



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001855

TX_00028510

USA_00016737

Case 2:13-cv-00193 Document 660-36 Filed on 11/11/14 in TXSD Page 105 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 50 of 245
Voter Fraud Hearing - Volume 2                                    March 1, 2011

355

```
1    need some pretty -- we'd want some pretty solid

2    facts showing you that you were getting more out of

3    the legislation to change the system than the cost

4    that you put into it.

5              CHAIRMAN BONNEN:  Okay.  Professor,

6    I -- does anyone have any questions?  Members?

7              Professor, we appreciate your time and --

8    oh, Representative Anchia --

9              UNIDENTIFIED REPRESENTATIVE:

10   (Inaudible).

11             CHAIRMAN BONNEN:  Okay.  Justin,

12   again, you can see us currently --

13             JUSTIN LEVITT:  Yes, I can --

14             CHAIRMAN BONNEN:  -- and we can see

15   you.  Okay.  Professor, we appreciate you coming

16   back online and appreciate your time today.

17             JUSTIN LEVITT:  Thank you very much,

18   Mr. Chair --

19             CHAIRMAN BONNEN:  Thank you --

20             JUSTIN LEVITT:  -- (inaudible) thank

21   all the Members for -- for being -- for weighing

22   this issue.

23             CHAIRMAN BONNEN:  Absolutely.  Thank

24   you very much.  Thank you.

25             Is there anyone else here wishing to
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028511

USA_00016738

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 106 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 51 of 245
Voter Fraud Hearing - Volume 2                      March 1, 2011

356

```
 1        testify on, for or against the Committee Substitute

 2        to Senate Bill 14?

 3                      UNIDENTIFIED REPRESENTATIVE:  Can I

 4        make a comment before we close?

 5                      CHAIRMAN BONNEN:  Yeah, yeah.

 6             With that being the end of our testimony,

 7        the Chair will call on Representative Harless to

 8        comment out Committee Substitute to Senate Bill 14

 9        and -- and we'll allow Representative Anchia to have

10        a comment after that.

11                      REPRESENTATIVE VEASEY:

12        Representative Veasey.

13                      CHAIRMAN BONNEN:  Veasey.  I'm sorry.

14        Veasey.

15                      UNIDENTIFIED REPRESENTATIVE:

16        (Inaudible) that happened some.

17                      CHAIRMAN BONNEN:  You all need some

18        I.D.s.  You all need some I.D.s or something.

19                      REPRESENTATIVE VEASEY:  I didn't

20        think I was handsome.  That made my day.  Thank you.

21        That made my day.

22                      REPRESENTATIVE HARLESS:  So you want

23        me to close and then you'll make a comment?

24                      REPRESENTATIVE VEASEY:  Yeah.

25                      CHAIRMAN BONNEN:  I want you to
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001857

TX_00028512

USA_00016739

Case 2:13-cv-00193 Document 660-36 Filed on 11/11/14 in TXSD Page 107 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 52 of 245
Voter Fraud Hearing - Volume 2                    March 1, 2011

357

```
 1     close.
 2              REPRESENTATIVE HARLESS:  Okay.  Okay.
 3     I will try and keep this short, because I know all
 4     of you are tired.  The House Committee on Elections
 5     Interim Report to the 82nd Legislature concluded
 6     Charge 3 on the prevalence of fraud in Texas
 7     elections by stating the fact that states across the
 8     nation are passing voter I.D. laws is proof enough
 9     that public concern regarding the potential of voter
10     fraud.
11              While there is and perhaps will always be
12     disagreement regarding the extent of fraud, the lack
13     of public confidence in our voting system cannot be
14     questioned.
15              Voter I.D. laws have been upheld by the
16     Supreme Court in the Indiana photo I.D. law and the
17     Department of Justice in the Georgia photo law.
18              We've heard more stories today about
19     potential fraud.  And there is more media stories
20     reported on or about voter fraud in Texas that would
21     kill more trees than I want to take responsibility
22     for by presenting those today.
23              People who lack confidence in the election
24     system show -- show no reason to show up and vote.
25     It is an -- imperative that we protect the public's
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028513

USA_00016740

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 108 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 53 of 245
Voter Fraud Hearing - Volume 2                        March 1, 2011

358

1       confidence in the election by deterring and

2       detecting fraud.

3                   This bill is in compliance with the U.S.

4       Supreme Court decision which upheld that the Indiana

5       voter I.D. legislation, because it deters and

6       detects fraud, it protects the public confidence in

7       election.  It counts only eligible voters vote and

8       also complies with the Supreme Court decision,

9       because it offsets the burden on voters by providing

10      access to free photo I.D., allows for provisional

11      and absentee ballots, ensures that obtaining a photo

12      I.D. is no more burdensome or inconvenient than the

13      un -- the usual act of voting, and provides

14      exceptions for the elderly, disabled and indigent

15      voters.

16                  Elections are too important to leave

17      unprotected, not to mention the perception of

18      possible fraud continues to contribute to low

19      confidence in our election system.  Clear evidence

20      that people have lost faith in the integrity of the

21      ballot box and the inability to prove any

22      unreasonable burden to any legal voter is all --

23      that -- all these states that have upheld these

24      laws.

25                  This legislation is not a radical concept.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001859

TX_00028514

USA_00016741

Case 2:13-cv-00193 Document 660-26 Filed on 11/11/14 in TXSD Page 109 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 54 of 245
Voter Fraud Hearing - Volume 2                    March 1, 2011

                                                         359

```
 1      SB-14 is just asking that every voter verify you --

 2      you are who say you are before you cast a vote.

 3              I appreciate your time and attention, and

 4      ask that we quickly and favorably vote SB-14 out of

 5      committee.  And I close.

 6              CHAIRMAN BONNEN:  Thank you.

 7      Representative Veasey.

 8              REPRESENTATIVE VEASEY:  Well, hold on

 9      a second.

10              CHAIRMAN BONNEN:  Yeah, he's going to

11      talk on the bill.  Go ahead.

12              REPRESENTATIVE VEASEY:  Is that okay?

13              CHAIRMAN BONNEN:  Yeah.  Absolutely.

14              REPRESENTATIVE VEASEY:  I wanted to

15      say that I think that every one of us, Democrat,

16      Republican, we want to make sure that we have fair

17      elections.  We want to make sure that only those who

18      go and vote in person -- we want to make sure that

19      it is the actual person who has the voter

20      registration card or whose name is on the bill or

21      whose photo is on the I.D. already, we want -- all

22      of us want to ensure that that -- that that actual

23      person is voting and not -- someone is not

24      committing voter impersonation and voting for them.

25              We also want to make sure that -- that we
```



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028515

USA_00016742

Case 2:13-cv-00193 Document 660-36 Filed on 11/11/14 in TXSD Page 110 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 55 of 245
Voter Fraud Hearing - Volume 2                    March 1, 2011

360

```
 1    don't put hurdles in front of people.  And -- and,

 2    you know, and we also want to make sure that before

 3    we implement any new laws that there's actual proof

 4    of what is being alleged that is going on.

 5          And you know, once again, I know there

 6    were all sort of excuses as to why voter

 7    impersonation could not be proved, but over and over

 8    and over again we asked people to offer up, you

 9    know, evidence.  And there was never any.

10          I was really disturbed and I shared the

11    E-mail with you earlier about -- about the Tarrant

12    County Democrat -- Tarrant County Republican party

13    and then [sic] sent out an E-mail saying that

14    there's voter fraud going on in these Democratic

15    precincts and we need people to go over there, but

16    be careful because all those precincts are in bad

17    neighborhoods.

18          And then I saw this sign that a group

19    called the King Street Patriots put out, and that's

20    not a -- that's not a rap group.  That is some sort

21    of political organization.  And they actually -- you

22    can't see it from here, but they actually

23    photo-shopped a sign onto an African American woman

24    that said, "I only got to vote once."

25          Now, what I'll do -- and I was going to
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028516

USA_00016743

Case 2:13-cv-00193 Document 660-36 Filed on 11/11/14 in TXSD Page 111 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 56 of 245
Voter Fraud Hearing - Volume 2                    March 1, 2011

361

```
1        show it at the end of committee, but I'm not going

2        to do it now.  But I'll -- I'll -- I'll invite

3        you -- I think that's the same thing.

4                    UNIDENTIFIED REPRESENTATIVE:  Yeah.

5                    REPRESENTATIVE VEASEY:  But I'll

6        invite you to come up afterwards.  I have a video

7        from a -- a picture that came -- that came out of

8        1915.  The picture is about to be 100 years old in a

9        few years.  The name of the movie is "Birth Of A

10       Nation".  And "Birth Of A Nation" was a very popular

11       film.  As matter of fact, the film was the top

12       grossing Hollywood film for over 20 years until Snow

13       White And The Seven Dwarfs displaced it and more and

14       more people started getting into talkies.  And

15       that's a term for movies with sound.  And the --

16       the -- the movie has several different themes to it

17       that -- and most of the things in there we would

18       find -- we would think that it was absolutely

19       ridiculous that people thought this way.  But just

20       like everyone has said that -- that -- who's in

21       support of the voter I.D. bill has said that

22       85 percent of the people in this country are for

23       voter -- some form of voter I.D.  85 percent of the

24       people thought all the things in this movie were

25       real about African Americans.  And one of the things
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028517

USA_00016744