Case 2:13-cv-00193  Document 660-27  Filed on 11/11/14 in TXSD  Page 1 of 69
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-5  Filed 06/20/12  Page 5 of 245
Voter Fraud Hearing - Volume 2                          March 1, 2011

362

1    in -- in the movie that it deals with is voter fraud

2    and that African Americans are -- are -- are --

3    newly-freed blacks are just -- are just committing

4    voter impersonation in mass droves.  So this is

5    nothing new.

6              And it's amazing to me that people would,

7    you know, actually think that after being in

8    shackles and living in shanties that -- that you

9    would think that people would actually want to

10   commit voter fraud after just being freed.  But

11   that's what people thought.

12             And I think it's very dangerous to make

13   allegations that there's all this voter fraud and

14   voter impersonation going on.

15             When this movie came out in 1915, the Ku

16   Klux Klan had -- right before this movie came out in

17   1915 in January, the Ku Klux Klan had a membership

18   of zero.  It had a membership of zero since it was

19   formed by a group of former Confederate soldiers.

20   It had disbanded after reconstruction and -- and the

21   organization was defunct.  Before all these

22   allegations of voter impersonation and all these --

23   and all these other things that were stirred up in

24   this movie, Klan membership swelled to over 400,000.

25   And -- and -- and people believed these allegations



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028518

USA_00016745

Case 2:13-cv-00193   Document 660-27   Filed on 11/11/14 in TXSD   Page 2 of 69
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-5   Filed 06/20/12   Page 58 of 245
Voter Fraud Hearing - Volume 2                    March 1, 2011
363

1       of voter impersonation and many other things so much

2       that the movie was actually viewed in the White

3       House, and President Woodrow Wilson said that --

4       that, "It's like writing history in lightening."  If

5       you saw the movie you would think it was like

6       writing history in molasses, because it's an old

7       movie and it tends to want to make the point a lot

8       slower.  But the President of the United States,

9       after viewing it in the White House, said, "It's

10      like writing history in lightening.  And my only

11      regret is that it is all so terribly true."

12              And people believed these things with

13      absolutely no proof whatsoever.  They were basically

14      just sort of wild rumors about voting irregularities

15      and voter impersonation, and people believed it.

16      And what happened after the movie came out was that

17      people and -- and particularly in southern states

18      tried to enforce sort -- sort of unwritten codes

19      about who would vote, literacy tests, and they put

20      barriers in front of people, because people believed

21      the things that were said in here.  And people just

22      believed wild rumors.  And so what I don't want to,

23      you know, get into and what I don't want to -- to

24      pass is anything that is just based just on things

25      that people have heard.  There's just way too much



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028519

USA_00016746

Case 2:13-cv-00193  Document 660-27  Filed on 11/11/14 in TXSD  Page 3 of 69
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-5  Filed 06/20/12  Page 39 of 245
Voter Fraud Hearing - Volume 2                        March 1, 2011

                                                                    364

1        of that.

2                There is too much of it going on on the

3        Internet.  We have a considerable number of people

4        in this State that think the President of the United

5        States wasn't even born in America.  They think that

6        his birth certificate is -- is fake, even -- despite

7        all the proof that's been given.  And it's a

8        significant number.  It's not just a small minority.

9        It would be nice if it was just occurring, you know,

10       in 0.5 percent of the people, but it's actually a

11       significant number of people in our State.  And I

12       think that by passing a bill that -- that -- that

13       perpetuates this sort of thought and these sorts of

14       wild rumors is not good.  And, you know, I -- I

15       think that is -- that it's really fortunate we made

16       the progress that we have in this country and that

17       the times in the movie -- that, most of them, we

18       would think are absolutely silly.  But it's amazing

19       that after -- over -- it's been well over 100 years

20       since reconstruction that people still have this

21       sort of suspicion of certain people that are voting

22       illegally or are voting -- or -- or impersonating

23       voters.

24                And so if you want to stay afterward

25       and -- and look at the scene of the movie with me,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028520

USA_00016747

Case 2:13-cv-00193  Document 660-27  Filed on 11/11/14 in TXSD  Page 4 of 69
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-5  Filed 06/20/12  Page 60 of 245
Voter Fraud Hearing - Volume 2                          March 1, 2011

365

```
 1        I'll invite you to.  There is a sign about voter

 2        impersonation in the movie, and I'll invite you to

 3        come up afterwards.  But -- but I think that we're

 4        all ready to conclude now, because it's been a busy

 5        day.  All of us have so many things to do with

 6        various committee hearings, and I appreciate

 7        everyone coming to testify.  I know that if you're

 8        for this bill or against it that you feel strongly

 9        about it.  And I appreciate you taking time out of

10        your busy day to take time to come to the Capitol

11        and participate in democracy.  Thank you.

12             CHAIRMAN BONNEN:  Thank you, Vice

13        President Veasey.

14             At this time the Chair withdraws the

15        Substitute to Senate Bill 14 and leaves Senates Bill

16        14 pending before the Committee.

17             Is there any further business that anyone

18        would like to discuss or needs to be discussed?

19             Hearing none, the House Select Committee

20        On Voter Identification And Voter Fraud is now

21        adjourned subject to call of the Chair.

22             Thank you, Members.

23

24

25
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028521

USA_00016748

Case 2:13-cv-00193 Document 660-27 Filed on 11/11/14 in TXSD Page 5 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 208-5 Filed 06/20/12 Page 61 of 245
Voter Fraud Hearing - Volume 2                    March 1, 2011
366

```
1        IN THE COUNTY OF TRAVIS  )

2        STATE OF TEXAS           )

3             I, Rhonda Howard, Certified Shorthand

4        Reporter in and for the State of Texas, hereby

5        certify to the following:

6             That the CD entitled, "Texas House of

7        Representatives 82nd Legislature, Select Committee

8        on Voter Identification and Voter Fraud, March 1,

9        2011" was transcribed at the request of Anne Wilson,

10       Attorney General's Office, 209 W. 14th Street, 8th

11       Floor, Austin, Texas 78701, (512) 475-4163, and the

12       amount due is $_____.

13            That the aforementioned CD was transcribed

14       to the best of my ability to hear and understand the

15       CD;

16            That the transcript was submitted by

17       E-trans on April  , 2012, to Anne Wilson, Attorney

18       Generals' Office, 209 W. 14th Street, 8th Floor,

19       Austin, Texas  78701, (512) 475-4163;

20            I further certify that I am neither

21       counsel for, related to, nor employed by any of the

22       parties or attorneys in the action in which this

23       proceeding was taken, and further that I am not

24       financially or otherwise interested in the outcome

25       of the action.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028522

USA_00016749

Case 2:13-cv-00193 Document 660-27 Filed on 11/11/14 in TXSD Page 6 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 208-5 Filed 06/20/12 Page 62 of 245
Voter Fraud Hearing - Volume 2                    March 1, 2011

367

1              Certified to by me, this 12th day of

2      April, 2012.

3

4

5                    *Rhonda Howard*

6              RHONDA HOWARD, Texas CSR No. 4

7              Expiration Date 12/31/12

               FIRM REGISTRATION NO: 283

               ESQUIRE DEPOSITION SERVICES

8              100 Congress, Suite 2000

               Austin, Texas  78701

9              (512) 328-5557

10

11     Job No. 330036RH

12

13

14

15

16

17

18

19

20

21

22

23

24

25



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028523

USA_00016750

Case 2:13-cv-00193 Document 660-27 Filed on 11/11/14 in TXSD Page 7 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 208-5 Filed 06/20/12 Page 63 of 245

Voter Fraud Hearing - Volume 2                     March 1, 2011

368

| A | | | | |
|---|---|---|---|---|
| **ability** | 175:8 | 350:22 | 239:9 | **advising** |
| 331:17 | **accept** | **activities** | 316:10 | 216:4 |
| 366:14 | 241:4 252:25 | 187:18 242:5 | 342:15 | **Advisory** |
| **able** | **acceptable** | **acts** | 354:4 | 348:8 |
| 169:10 | 177:7 183:6 | 242:22 | **addresses** | **advocacy** |
| 177:15 | 319:8 | **actual** | 232:23 | 176:21 |
| 179:8 181:1 | **accepting** | 331:13 354:1 | 267:21 | 186:23 |
| 187:24 | 182:6 203:11 | 359:19,22 | 274:25 | 187:3 232:6 |
| 193:14 | 259:4 | 360:3 | 301:20 | **Affairs** |
| 215:11 | **access** | **add** | 302:9,12 | 184:10 294:2 |
| 249:11 | 177:15 | 190:12 | **addressing** | **affect** |
| 275:2,14 | 189:13 | 196:18 | 272:12 354:3 | 235:12 |
| 276:19 | 353:3,11 | 222:2 237:3 | **adequate** | 317:25 |
| 306:13 | 358:10 | 237:11 | 252:7,18 | **affidavit** |
| 317:16 | **accommoda...** | 253:11,16 | **adjourned** | 179:15 221:3 |
| 318:23 | 349:8 | 308:8 310:4 | 365:21 | 227:10,12 |
| 319:17,18 | **account** | 354:6 | **adjudicated** | 262:25 |
| 330:6 | 269:18 270:8 | **added** | 325:12,13,17 | 301:5 |
| 340:13,18 | **accurate** | 190:3,9 | 328:8 | 310:19,25 |
| 340:23 | 208:1 | 226:15 | **administer** | 311:2,14 |
| 346:21 | **accusing** | **adding** | 293:5 | 312:3,9,15 |
| 347:1 353:2 | 212:25 213:5 | 236:18 | **administr...** | 313:1,6 |
| **abridging** | **acknowledge** | 307:16 | 191:23 | **affidavits** |
| 218:1 | 211:7 | 342:13 | 210:25 | 226:21 227:4 |
| **absence** | **ACLU** | **additional** | 293:25 | 227:5 |
| 218:13 269:3 | 251:12,19 | 190:3,9,12 | 296:15 | 312:18 |
| **absentee** | **act** | 236:9,11,17 | **administr...** | 333:14 |
| 227:25 | 187:4 189:2 | 237:4,16 | 168:8 211:4 | **affirmation** |
| 269:24 | 190:12,21 | 238:1,1 | 212:3 | 193:4 |
| 270:4 | 191:4 | 296:23 | **admirable** | **affluent** |
| 343:25 | 216:21 | 303:24 | 268:5 | 247:18 |
| 358:11 | 219:24 | **address** | **admit** | **aforement...** |
| **absolutely** | 237:19 | 172:9 188:4 | 239:1 | 366:13 |
| 187:10 | 245:10 | 188:4 193:5 | **ads** | **afraid** |
| 207:16 | 277:23 | 205:24,25 | 278:12 | 242:20 |
| 223:5 254:9 | 295:17 | 216:14 | 279:25 | **African** |
| 272:18 | 296:16,16 | 239:14 | **adults** | 195:22 |
| 355:23 | 296:22 | 252:1 254:4 | 174:21 | 211:16,18 |
| 359:13 | 303:3 | 255:9 | **advantage** | 212:24 |
| 361:18 | 307:21 | 267:23 | 321:19 | 238:13 |
| 363:13 | 342:18 | 274:21 | **advertise** | 247:4,13 |
| 364:18 | 358:13 | 298:24 | 204:12 | 249:5 |
| **absorbed** | **action** | 314:22 | 206:22 | 360:23 |
| 301:11 | 237:18 | 315:15 | **advertising** | 361:25 |
| **abundantly** | 366:22,25 | 316:9 | 235:5 278:9 | 362:2 |
| 242:16 | **active** | 353:13 | 280:4,9,11 | **afternoon** |
| **abuse** | 170:7,12 | **addressed** | **advice** | 163:18 |
| | 319:1 | 186:11 236:1 | 224:15 | 171:17 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028524

USA_00016751

Case 2:13-cv-00193 Document 660-27 Filed on 11/11/14 in TXSD Page 8 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 208-5 Filed 06/20/12 Page 84 of 245

Voter Fraud Hearing - Volume 2                           March 1, 2011

369

186:25
251:15,17
254:10
259:23
260:6 277:6
316:24
349:9
afterward
364:24
age
169:11 170:7
180:17,17
263:24
265:8
292:25
293:6 353:7
agency
190:22
322:12,14
agency's
203:18
agent
194:22
aggravated
311:1
ago
163:21 164:8
168:3
172:25
173:8
275:21
314:1,10
341:23
342:5 349:5
agree
235:8,24
262:11
270:25
272:2
283:12
349:18,25
351:5,9
352:6
agreed
260:11
269:21
agreement
202:20

ahead
165:24
192:17
294:17
359:11
aired
280:22 305:7
airport
346:17
aisle
204:3 275:23
Alan
162:5 181:6
181:8,8
alien
241:24
aliens
241:23
Aliseda
180:8 191:11
191:12
192:2,8
206:24,25
207:6 224:2
224:3,9
240:10,12
240:15,19
241:21
243:3,16
271:25
272:1
302:23,24
303:17
304:12,19
304:23
305:8,14
333:24,25
334:11,14
334:20
335:4,12,15
335:20,23
336:5
337:23
349:13,14
349:15,21
350:10,12
350:15
351:4

352:10
allaying
220:19
allegation
338:13
allegations
211:17 343:8
343:21
362:13,22
362:25
alleged
334:16 360:4
alleviated
194:11
allow
167:22
184:24
200:7,7,8
212:7 260:8
294:13
304:14
350:5 356:9
allowed
164:7,10
182:6,20
allowing
183:6 194:14
198:10
232:4
allows
179:6 245:25
268:24
293:23
310:23
358:10
alluded
237:15
alongside
187:25
alternate
181:13 260:2
alternative
307:15 313:3
amazing
362:6 364:18
amendments
198:20
America

187:4 189:2
190:11,21
191:4 198:5
198:12,16
199:1
277:23
295:17
296:15,22
364:5
American
195:22,23,24
197:10
211:16,17
211:18
212:24
215:25
238:14
247:4,14
267:17
268:9,15,18
270:18
354:12
360:23
Americans
238:14,15
246:10
249:5 344:9
349:17
350:16,21
361:25
362:2
Amigos
186:19
amount
235:9,22
252:17
267:18
297:22
317:23
345:8
366:12
amounts
268:14
300:11
318:20
anal
182:2
analysis

217:7,18
219:24
222:3 223:7
223:9,15,15
223:22
225:5 226:3
226:6
307:24
309:4 342:4
347:21
Anchia
281:2,3
297:10
305:17,18
305:22
306:5,15,18
306:22,24
307:14
308:6,15,19
309:12,18
309:22
310:2,18
311:5,10,13
311:19
312:1,5,8
312:13,16
312:19,23
313:13,16
313:23
314:4,8,18
314:23
315:3,6,19
315:22
317:4,5,8
317:10,18
318:8,11,15
319:4,10,19
319:23
320:21,24
321:6,10,25
322:4,7,10
322:17
323:2,7,8
323:12,19
323:21
324:2,6,14
324:17,19
324:22



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001870

TX_00028525

USA_00016752

```
325:4,9,15        288:1,12,20       211:6 281:14      300:18           approached
325:21            288:24             281:19            342:11           173:8
326:1,4,13        289:6,22           295:8             344:4            appropriate
326:16,23         290:1,15          annually          appearing        189:17 265:2
327:4,8,11        291:6,19,24       189:1             341:23            279:4
327:20,23         292:7,14          answer            appears           283:19
328:11,18         293:7,20          173:25 201:1      343:15           appropriated
328:23            294:5,21           216:18           appease          296:7,22
329:4,7,10        295:1,13,19        222:9            194:16           appropria...
329:20            296:1,9,17         239:20           applicable       204:22
355:8 356:9       296:25             243:7 349:6      173:19           appropria...
Andrew            297:6,15,18       answered          applied          204:20
162:7 192:25      297:21            286:20,23         174:10           approxima...
193:8,8           298:2,7,12        answers           256:22           233:22 321:3
anecdotal         298:19            178:13            272:17           approximates
269:9             299:4,11,20       anticipate        appreciate       236:20
anecdotes         300:6,14          190:10            169:15 180:6     April
185:1             301:13,24          216:25           180:9 181:5      161:15
Angeles           302:18,21         Antonio           198:21           366:17
213:22 340:1      303:2 304:3       206:17            205:25           367:2
341:22            304:17,21          279:24           210:2,10         area
Angelo            305:1 306:3       anybody           215:5,17         182:23
210:22            306:8,17,20       350:6             222:12           184:13
Anita             306:23            anymore           228:9,11         196:23
162:4 176:12      307:3 308:1       172:18 191:6      229:2 232:2      198:11
176:19,20         308:14,18         196:3             256:15           252:19
179:2,9,12        309:3,14,20       231:20            263:16,18        314:21
179:18            309:25            347:16            286:24           areas
Ann               310:6 311:4       anyway            305:22,23        187:22 189:8
162:11,14         311:8,12,18       175:19 247:3      316:16           269:16
253:24            311:25            294:25            329:21           296:11
254:2,2           312:4,7,10        AO                341:4,12,17      334:17
255:18            312:15,17         184:11            349:8,11         arenas
256:1,8           312:22            apart             353:17           351:2
277:2,6,6         313:9,14,20       276:7             355:7,15,16      argue
277:21            314:3,7,13        apologize         359:3 365:6      350:7,8
279:8,11,14       314:20            166:17            365:9            argued
279:17            315:2,5,7         186:14            appreciated      248:18
280:2,6,12        315:21            198:18            196:21           argument
280:15,19         316:8,14          208:11            263:12           174:17 199:9
282:5,8,14        Anne              214:20            341:2            272:17
282:19            366:9,17          215:7             approach         arm
283:14,21         announcem...      265:23            181:19 203:3     260:16
284:24            235:5,15          266:5             307:15,25        arose
285:10,20         304:14            apparently        307:25           237:8
285:24            annoyed           289:13            308:3            arrays
286:5,21          182:16            345:22            310:19           350:24
287:9,12          annual            appear            315:20
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 · Document 660-27 · Filed on 11/11/14 in TXSD · Page 10 of 69
Case 1:12-cv-00128-RMC-DST-RLW · Document 208-3 · Filed 06/20/12 · Page 66 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011

371

| | | | | |
|---|---|---|---|---|
| **arrested** | **asking** | **attached** | 326:6 | 286:2 |
| 332:3 | 289:4,10 | 300:10 | **authorized** | 294:16 |
| **arrive** | 336:25 | **attack** | 274:3 315:11 | 300:18 |
| 320:25 | 338:1 | 246:18 | **automatic...** | 311:15 |
| **arrived** | 346:12 | **attempt** | 239:18 | 318:4 |
| 185:2 277:22 | 359:1 | 339:24 | **available** | 330:15,22 |
| 279:18 | **aspect** | **attempting** | 180:18 | 331:19 |
| **arrives** | 233:4 349:17 | 340:2 343:3 | 190:22 | 341:4,13 |
| 163:9,10 | **assessment** | **attention** | 200:22 | 347:7 |
| **arriving** | 286:25 | 219:5 222:4 | 215:2 224:7 | 355:16 |
| 279:10 | **assigned** | 254:10 | 286:23 | **backfire** |
| **article** | 181:14,16 | 359:3 | 342:2 | 243:9 |
| 246:16 | **assist** | **attitude** | 346:13 | **background** |
| 347:11 | 187:18 | 257:15 | **avenue** | 331:2 |
| **artifact** | 236:21 | **attorney** | 217:2 224:7 | **bad** |
| 185:14,15 | **assistance** | 267:2,13 | 227:22 | 171:11 |
| **Ashcroft** | 271:15 335:8 | 271:1 | 263:15 | 204:17 |
| 221:25 | **assistant** | 322:23 | **avenues** | 360:16 |
| **Asia** | 185:3 | 323:6,14,23 | 225:4 228:2 | **Baker** |
| 271:5 | **assisting** | 329:14 | **average** | 215:25 |
| **Asian** | 257:6 | 334:21,24 | 252:21 278:3 | 216:15 |
| 184:5,10 | **Associate** | 335:6,7 | **avoid** | **balance** |
| 267:17 | 341:6,21 | 336:25 | 219:11 224:4 | 208:22 |
| 268:9,15,18 | **associated** | 366:10,17 | **aware** | **ballot** |
| 270:18 | 190:21 303:4 | **attorneys** | 244:14 | 167:11 178:3 |
| **aside** | **association** | 335:16,17 | 287:24 | 179:8,9,11 |
| 182:7 | 210:7,25 | 366:22 | **awareness** | 181:2 |
| **asked** | 211:3,12 | **attrition** | 220:12 | 220:25 |
| 168:17,18 | **assume** | 170:20 | **A.G** | 221:7,8 |
| 181:21 | 305:10 | **audience** | 328:24 | 239:15 |
| 195:12 | **assumed** | 205:5 258:4 | 332:18 | 241:5 252:3 |
| 196:2 | 193:20 | **audiences** | | 252:19 |
| 199:16 | 212:18 | 258:4 | | 253:9,15 |
| 200:21 | **assumes** | **audio** | **B** | 254:5 |
| 249:17 | 285:2 | 231:19 | **baby** | 255:11,11 |
| 254:24 | **assuming** | **augment** | 353:6 | 270:15 |
| 268:20 | 284:2 | 326:5 | **back** | 301:5 |
| 273:21 | **assumption** | **Austin** | 163:10 | 324:15,16 |
| 278:21 | 318:19 | 184:12 | 164:14 | 358:21 |
| 282:11 | **assumptions** | 206:17 | 165:19 | **balloting** |
| 284:1,7 | 264:14 301:8 | 258:13 | 173:1 176:4 | 269:25 |
| 290:16 | **assure** | 273:16 | 176:16 | **ballots** |
| 327:12 | 177:10 | 274:1 | 185:25 | 238:1 252:22 |
| 347:13 | **assured** | 278:15 | 208:11 | 252:25 |
| 348:2,5 | 254:25 | 279:24 | 221:7 | 253:2,6,11 |
| 351:24 | **Atlanta** | 366:11,19 | 227:11,22 | 253:13,21 |
| 352:2,4 | 206:11,12,14 | 367:8 | 230:24 | 255:13 |
| 360:8 | | **author** | 265:25 | 257:5,6 |
| | | | 285:12 | |



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028527

USA_00016754

Case 2:13-cv-00193 Document 660-27 Filed on 11/11/14 in TXSD Page 11 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 67 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011

372

| | | | | |
|---|---|---|---|---|
| 269:15 | 188:15 | 292:7 296:9 | biannual | 220:4 223:8 |
| 325:23,25 | 241:15 | 302:12 | 281:15 | 226:15 |
| 326:8 328:1 | **bear** | 318:6 319:2 | **Bible** | 227:16,18 |
| 344:1,9 | 340:15 | 323:15 | 174:22 | 227:23,25 |
| 347:8 | **beating** | 326:14 | **Biblical** | 229:6 |
| 358:11 | 197:6,15 | 343:20 | 173:16 | 232:19 |
| **banking** | **Bee** | 344:11 | **bid** | 233:3 |
| 187:19 | 162:3 169:18 | 346:22 | 305:3 | 234:15 |
| **barely** | 171:1,1 | **believed** | **big** | 235:23 |
| 212:10,21 | 273:3 | 362:25 | 171:21 193:6 | 237:11 |
| **Barns** | **beginning** | 363:12,15 | 227:24 | 238:11 |
| 162:3 171:15 | 268:12 | 363:20,22 | 228:5 | 239:23 |
| 171:17,18 | **begins** | **belongs** | 339:13 | 244:13 |
| 171:18 | 341:13 | 165:17 | **bigger** | 245:17,19 |
| **barriers** | **behalf** | **benchmark** | 289:16 | 245:23 |
| 363:20 | 173:2 181:6 | 217:9,20 | **biggest** | 246:9,22 |
| **base** | 211:23 | **benefit** | 203:24 | 248:12,19 |
| 296:5,6 | 228:12,22 | 240:20 342:4 | 279:22 | 248:21 |
| 297:4 | 251:19 | **benefits** | **bill** | 249:17 |
| **based** | 256:20 | 188:6,7,14 | 163:15 | 251:14,20 |
| 173:11 | 274:4 | 188:14 | 166:18 | 252:1,18 |
| 221:14 | **behavior** | 272:11 | 169:23 | 253:16 |
| 236:2 | 268:14 | 307:13 | 172:23 | 254:1 |
| 241:14 | **belief** | 342:21 | 173:3 | 256:11 |
| 244:10 | 243:4 306:2 | 348:23 | 174:18 | 257:17 |
| 271:7 | **beliefs** | 353:25 | 176:10,14 | 259:20 |
| 285:20,22 | 243:1,18 | **benign** | 179:6,23 | 263:9 267:3 |
| 297:2 | **believe** | 181:18 | 180:5,5,21 | 267:20 |
| 329:14 | 163:5 165:14 | **best** | 181:7,11 | 270:8,12,23 |
| 354:1 | 166:23 | 184:21 | 184:6,14 | 271:11,14 |
| 363:24 | 169:4 | 239:19 | 186:21,24 | 273:17 |
| **basement** | 176:25 | 241:4 284:9 | 187:10 | 274:24 |
| 331:18 | 177:17 | 293:12 | 188:21 | 275:10,14 |
| **basic** | 180:20 | 315:17 | 189:14 | 275:18 |
| 194:17 | 191:20 | 347:10 | 193:2,11 | 276:18 |
| 217:18 | 198:23 | 348:16,17 | 194:4,24 | 277:5 |
| 219:18 | 222:23,24 | 366:14 | 196:14,16 | 278:24 |
| 223:15 | 231:18 | **bet** | 197:3,20,22 | 279:1,20 |
| 256:21,23 | 240:22 | 245:15,15 | 198:5,20,21 | 281:7,14,22 |
| **basically** | 241:23 | **Beth** | 200:6,17 | 282:15,22 |
| 234:12 | 248:15 | 171:18 | 201:4,5,13 | 282:25 |
| 235:10 | 249:17 | **better** | 210:8,12 | 283:12 |
| 237:22 | 252:19 | 172:11 | 215:10 | 284:21,22 |
| 314:16 | 257:12 | 205:11 | 216:7,10,11 | 284:24 |
| 363:13 | 258:18 | 207:11 | 216:12,19 | 285:21,23 |
| **basing** | 263:19 | 227:15 | 216:22 | 288:2 289:1 |
| 283:5,7 | 271:12 | **Bexar** | 217:5,8 | 291:22 |
| **basis** | 272:4 287:3 | 261:14 | 219:5,7,23 | 292:4,4,12 |
| | | | | 296:10,20 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028528

USA_00016755

Case 2:13-cv-00193 · Document 660-27 · Filed on 11/11/14 in TXSD · Page 12 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 68 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011

373

300:17,25
302:2,11
304:5 310:7
313:25
314:14
315:4
316:23
318:18
319:25
320:17,20
320:22
321:12,17
326:8,11,14
328:2 341:8
347:21
356:2,8
358:3
359:11,20
361:21
364:12
365:8,15,15
**billion-d...**
232:15
**bills**
182:8 219:10
239:1
248:23
308:2
**bill's**
306:7
**birth**
361:9,10
364:6
**birthdate**
172:6
**birthplace**
244:7
**bit**
165:4,5
203:14
216:9
222:16
226:18
277:15,20
278:11
283:2 289:9
294:23
**black**

197:8,10,15
**blacks**
362:3
**blaming**
212:16
**blanket**
219:11
**bless**
175:23 176:1
**blocked**
234:21
**board**
167:11
200:15,20
255:11
**Bob**
169:20
**Bonnen**
163:2 165:22
166:16,21
169:12,16
169:21,25
170:25
171:12
172:20
175:15,17
175:20
176:3,8,18
178:25
179:3,20,25
180:1 181:4
184:2
186:14,17
189:19
191:10
192:12,16
192:25
194:19
196:24
198:2
200:11,14
200:23
201:11,25
202:12,18
202:22
206:1,6,12
206:19,23
207:18,21

209:24
210:2,5,10
210:15,18
213:12,14
213:17
214:1,5,8
214:10,12
214:15,20
214:25
215:5,14
222:11
223:23
224:1,11
225:13
228:7,15
229:1,10,14
229:17
230:3,8,12
230:19,23
231:1,15,17
232:17
240:4,8,14
243:13
250:21,25
251:3,6,10
251:16
253:22
255:16,20
256:3,9,14
259:6,14,17
262:6,9
265:11,19
266:3,5,23
266:25
267:6,10
271:24
273:10,14
273:19
276:11,15
277:2,9
281:1 292:9
293:16
294:8,12
302:22
305:16,20
316:15,25
317:3
322:19,22
323:7

331:25
333:23
335:25
337:17,22
338:9,11
339:21
340:5,9,12
340:18,22
341:3
349:10
352:12
355:5,11,14
355:19,23
356:5,13,17
356:25
359:6,10,13
365:12
**book**
182:12 312:6
344:23
**books**
182:4 248:8
**boomers**
353:7
**booth**
175:11
181:15
**border**
164:13
**borders**
174:6
**born**
269:19 364:5
**borrow**
315:17
**bother**
257:11
**bottom**
231:8 239:22
**boundaries**
174:5,7
**box**
358:21
**Bradford**
162:12 256:9
256:13,18
259:12,16
**breakdown**

280:7
**Bridge**
164:1
**brief**
216:17
**briefly**
292:10
**bring**
174:24
287:17
316:18
322:25
330:15,17
330:22
**broad**
310:10
**broadcasting**
304:15
**broader**
269:10
**brochures**
235:3
**broke**
212:9
**broken**
164:19
240:23
296:10
**brother**
276:4
**brought**
199:3 255:10
**Bryan**
206:17
**bubble**
307:22
**budget**
191:5 200:15
200:20
205:7
218:25
232:15
244:21
282:4
283:17
295:15
296:5,7
297:4



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028529

USA_00016756

Case 2:13-cv-00193 Document 660-27 Filed on 11/11/14 in TXSD Page 13 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 69 of 245

Voter Fraud Hearing - Volume 2                     March 1, 2011

374

| | | | | |
|---|---|---|---|---|
| 301:12 | buy | 204:4 | 213:2 | 215:23 264:4 |
| 317:11,12 | 275:12,16 | campus | 247:16 | 314:6 325:5 |
| 317:15 | 280:1 | 193:17 | 260:24 | 326:3,20 |
| Buelter | 343:23 | cancel | 265:25 | 327:5 328:5 |
| 162:5 179:21 | B-U-E-L-T... | 352:25 | 300:3 309:7 | 328:7 330:6 |
| 179:24 | 179:21 | candidate | care | 330:9 |
| 180:3,3 | B1.4 | 183:22 | 165:17,18 | 332:24,25 |
| building | 296:14 | 211:16,17 | career | 334:22 |
| 169:1 | | 211:18 | 185:22 | 339:1 344:7 |
| built | ——— C ——— | 212:1,2,10 | careful | cast |
| 255:21 | cable | 212:11,20 | 242:18 | 179:8 181:2 |
| bulk | 235:5 | 212:21,24 | 299:21 | 187:25 |
| 280:8 | calculation | 213:1 257:8 | 342:4 | 220:25 |
| bunch | 317:17 | 262:2 | 360:16 | 221:7 253:3 |
| 166:13 334:4 | Calhoun | candidates | carefully | 253:6,9 |
| 350:8 | 328:10 | 218:3 261:9 | 225:8 343:11 | 261:5,19,22 |
| 353:19 | California | 261:13 | 353:24,24 | 261:22 |
| burden | 172:8 340:1 | capacity | Carol | 270:14 |
| 174:15,17 | call | 354:12 | 162:12 | 271:18,18 |
| 217:21,24 | 163:12 | capital | 259:19,22 | 271:21 |
| 218:4 220:2 | 178:11 | 185:11,12,12 | 259:23 | 359:2 |
| 221:13 | 212:1 | 185:13 | 263:18 | casting |
| 226:22 | 225:25 | Capitol | 264:11 | 243:19 |
| 250:16 | 303:11 | 365:10 | 265:1,5,10 | catch |
| 347:3,3 | 313:21 | capture | 265:15,21 | 244:9 264:1 |
| 358:9,22 | 336:7 337:1 | 309:10 | 265:24 | catcher |
| burdens | 356:7 | card | 266:4,10,13 | 167:10 |
| 249:21 | 365:21 | 168:1 172:1 | 266:24 | category |
| burdensome | called | 172:16,19 | Carole | 298:23 |
| 217:3 358:12 | 182:18,19 | 182:11 | 259:22 | Caucasian |
| Burg | 186:9 | 185:4,5 | Carolina | 195:14 |
| 230:6,9 | 195:12 | 199:7,8,12 | 252:14 | caught |
| Burk | 196:9 217:9 | 199:17 | carry | 269:12 |
| 251:22 | 278:7 | 246:2 | 169:10 | cause |
| bus | 360:19 | 260:18 | cars | 253:12 354:4 |
| 247:5,8 | calling | 263:21 | 247:19 | caution |
| Bush | 195:25 | 264:18 | Carter | 191:3 |
| 246:16 | calls | 265:8 | 195:21 | cautious |
| business | 200:14 210:5 | 266:21 | 215:25 | 244:16 |
| 330:25 | 251:12 | 310:25 | case | 310:12 |
| 365:17 | camera | 325:2 | 217:4 223:14 | CD |
| bust | 231:4 | 359:20 | 239:2 242:1 | 366:6,13,15 |
| 311:2 | campaign | cards | 325:17 | celebration |
| busy | 195:21 206:4 | 167:17 | 328:5,25 | 211:6 |
| 260:25 365:4 | 206:9 | 168:24 | 329:12 | Census |
| 365:10 | 208:23 | 181:20,24 | 334:24 | 180:15 |
| button | 234:20 | 183:7 | 335:1 | Center |
| 231:7 | campaigns | 211:21 | cases | 341:25 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028530

USA_00016757

Voter Fraud Hearing - Volume 2                    March 1, 2011

375

| | | | | |
|---|---|---|---|---|
| **certain** | 210:5,21 | 213:14,17 | 331:25 | 355:3 |
| 190:4 194:16 | 214:19 | 214:1,5,8 | 333:23 | **changed** |
| 220:17 | 251:12 | 214:10,12 | 335:25 | 179:15 |
| 226:15 | 273:23 | 214:15,20 | 337:17,22 | 185:18 |
| 248:1 | 276:2 | 214:25 | 338:9,11 | 212:22 |
| 264:16 | 341:16 | 215:5,14 | 339:21 | 287:15 |
| 267:22 | 355:18 | 222:11,13 | 340:5,9,12 | 288:25 |
| 272:12 | 356:7 | 223:23 | 340:18,22 | 298:24 |
| 309:15 | 365:14,21 | 224:1,11 | 341:3 | 321:16 |
| 315:7 | **chairman** | 225:13 | 349:10 | 342:6 |
| 342:22 | 163:2 165:22 | 228:7,15 | 352:12,13 | **changes** |
| 364:21 | 166:16,21 | 229:1,10,14 | 353:16 | 185:6 189:4 |
| **certainly** | 169:12,16 | 229:17 | 355:5,11,14 | 220:13 |
| 207:3 224:6 | 169:21,25 | 230:3,8,12 | 355:19,23 | 225:1 |
| 224:13 | 170:25 | 230:19,23 | 356:5,13,17 | 236:23 |
| 248:13 | 171:12 | 231:1,15,17 | 356:25 | 270:8 286:1 |
| 307:19 | 172:20 | 232:17 | 359:6,10,13 | 287:22 |
| 315:16 | 175:15,17 | 240:4,8,14 | 365:12 | **changing** |
| 346:20 | 175:20 | 243:13,14 | **Chairmen** | 199:24 |
| 353:17 | 176:3,8,18 | 250:21,25 | 249:18 | 250:12 |
| **certificate** | 178:25 | 251:3,6,10 | **Chairwoman** | 301:4 |
| 254:17 255:5 | 179:3,20,24 | 251:16 | 264:21 | **chaplain** |
| 255:8 | 180:1,6 | 253:22 | **challenge** | 173:7 |
| 300:16,19 | 181:4 184:2 | 255:16,20 | 246:23 | **character...** |
| 300:22,23 | 184:7 | 256:3,9,14 | **challenges** | 260:14 |
| 301:2 306:6 | 186:14,17 | 259:6,14,17 | 187:21,22 | **charge** |
| 306:13 | 189:19 | 262:6,9 | 309:2 | 286:17 357:6 |
| 307:9,17 | 191:10 | 265:11,19 | **challenging** | **charged** |
| 310:5 | 192:12,16 | 266:3,5,23 | 245:17 | 187:4 |
| 311:20,22 | 192:25 | 266:25 | **chance** | **chasing** |
| 312:12 | 194:19 | 267:6,10 | 163:24 | 239:24 |
| 315:9 | 196:24 | 271:24 | 253:14 | **check** |
| 348:12 | 198:2,9 | 273:10,14 | 347:5,7 | 166:2,7 |
| 364:6 | 199:19 | 273:19 | **change** | **checked** |
| **certificates** | 200:11,14 | 276:11,15 | 178:4 179:19 | 347:25 |
| 334:7 | 200:19,23 | 276:17 | 228:6 | **checking** |
| **CERTIFICA...** | 201:11,25 | 277:2,9 | 244:10 | 237:24 |
| 162:17 | 202:12,18 | 281:1,3 | 252:8 261:5 | **Chicago** |
| **Certified** | 202:22 | 292:9 | 261:20 | 202:4,5 |
| 366:3 367:1 | 206:1,6,12 | 293:16 | 262:14 | **Chief** |
| **certify** | 206:19,23 | 294:8,12 | 283:11,13 | 246:14 |
| 337:8 366:5 | 207:18,21 | 302:22 | 283:18,20 | **child** |
| 366:20 | 209:24 | 305:16,19 | 285:17 | 177:16 |
| **cetera** | 210:2,5,6 | 305:20 | 287:4,5,23 | **chip** |
| 182:9 312:21 | 210:15,18 | 315:23,25 | 292:15,21 | 184:18 |
| **Chair** | 210:21 | 316:15,25 | 302:10 | **CHL** |
| 200:14 | 211:1,2,2,8 | 317:3,6 | 313:19 | 166:23 |
| 207:20 | 213:4,11,12 | 322:19,22 | 354:25 | 168:25 |
| | | 323:3,7,9 | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028531

USA_00016758

Voter Fraud Hearing - Volume 2                    March 1, 2011

376

169:2,10
308:20
**choose**
218:3
**choosing**
250:6
**chose**
330:14,15
**chosen**
257:13
**Christ**
174:8
**Christi**
256:19
**churches**
173:18
**circumsta...**
182:25
281:19
350:23
**circumvented**
328:3
**cities**
278:18
339:14
**citizen**
173:9 184:15
195:18
197:11
216:7
324:11
336:6 337:1
346:18,24
354:12
**citizenry**
234:3
**citizens**
170:6 174:25
183:20
193:13
194:18
232:19
233:21,23
238:14
240:22
241:3
256:24
257:1,20

258:25
259:1
263:13,23
288:15
328:15
333:14
335:6
346:11,15
347:13
**citizenship**
246:6
**citizen-led**
183:20
**city**
283:3 328:13
329:8 334:3
**civic**
176:25
**civil**
173:19,21
216:23
353:7
**claim**
343:16
**claimed**
182:18
**clarify**
192:11,15
198:8
**class**
193:12
340:25
**classes**
244:18,24
**classrooms**
205:3 207:10
244:19
**clean**
165:8 200:6
**clear**
178:13
201:11
207:13
242:16
263:7,9
297:1
322:11
343:19

358:19
**clearance**
245:13
248:15
**cleared**
248:8
**clearly**
246:13 250:8
269:13
283:22
314:21
**clerical**
343:22
**clerk**
197:13 260:7
302:6
**clerks**
250:3,5
254:20
258:6 260:4
288:4
**click**
231:13
**clicking**
231:14
**close**
175:19
205:14
211:3 222:4
270:14
356:4,23
357:1 359:5
**closed**
207:10
**closely**
310:7
**closer**
209:16
**closest**
247:2,7,11
**closing**
244:25
**clubs**
258:1,1,8
**code**
182:5,7
183:24
260:10

287:5,21,22
336:12
337:3
354:21
**codes**
363:18
**cold**
177:14
**collaborate**
320:15
**colleagues**
193:23
**collect**
253:18
**College**
206:17
**colleges**
244:23,25
**Collins**
162:11
253:24
254:2,3
255:18,22
256:1,4,8
**colors**
195:8,9
**come**
164:2 165:8
165:20
168:7
171:24
172:7,10,16
176:4
177:12
184:15
190:15
195:7,9
200:21
205:13,24
208:14
209:11
216:13
220:25
221:7 254:9
262:21
263:10
272:18
274:6

284:23
286:13
291:1 293:8
294:16
318:4 321:9
321:18,20
333:12,18
334:2
338:22
347:7
352:17
361:6 365:3
365:10
**comes**
165:9 195:8
256:25
328:9
329:11
347:24
**comfortable**
194:14
**coming**
164:14
166:15
168:6 198:3
205:25
210:3 249:8
254:12
258:18
259:9
263:16
269:7,13
291:7
339:13
341:13
355:15
365:7
**command**
173:16
**Commander**
308:11
**comment**
249:11 356:4
356:8,10,23
**commented**
260:9
**comments**
232:11 263:6



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001877

TX_00028532

USA_00016759

Case 2:13-cv-00193 Document 660-27 Filed on 11/11/14 in TXSD Page 16 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 72 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011

377

```
 263:19              256:11,15       188:1 197:16    compliment      267:22
commercials         259:20,24        244:22,24       203:16          352:18
283:8               267:3            247:17          comply          353:13
Commission          273:17,24       companies        292:3 310:24    concession
188:9 310:14        275:7,20        304:15 305:5      311:21         227:17
Commissioner        276:2,8          350:3           313:2,7,7       conclude
168:12              277:4           company          313:18          239:21 365:4
210:11              278:25          184:18           comprise        concluded
commit              287:17           267:15          326:21          357:5
181:22              293:21           280:20          comprised       conclusion
242:24              294:13,17        305:3           211:1           184:20
269:24              302:3           compare          compromise      239:19
343:25              307:16          183:2 219:9      174:3           conduct
344:5               316:22           266:2           Comptroll...    333:18,22
362:10              319:6            290:19          203:15 204:6    conducting
commitment          320:17,19       compared         computer       216:3
219:1               341:8,11,16     217:12 223:8     163:8 184:17    Confederate
committed           341:23          comparison        267:5          362:19
239:11              356:1,8         217:8,15         concept         confidence
242:21              357:4 359:5      344:15          171:20          164:24 207:2
committee           361:1 365:6     compiled         358:25          241:7,18
161:3 163:14        365:16,19       323:18           concern         243:12
166:18              366:7           complains        203:7,24        256:24
169:19              committing       338:21          204:24          259:1
171:16              220:11,20       complaint        249:14          353:23
172:22              265:18          336:8            275:1 357:9     357:13,23
176:10,14           332:20          complaints       concerned       358:1,6,19
179:23,25           359:24          345:4           198:4,12,16     confident
181:7,11            362:3           complete         202:10          165:20
184:6               common         239:16            203:11          175:12
186:20,24           164:12 177:7     308:22          204:13          347:17
187:7,10            178:4           completely       205:18,23       351:23
189:23              203:20          193:3 230:2      245:8 247:1     352:1,2
191:3 193:1         257:9            254:21          248:5 250:9     confirm
194:23              commonsense      258:23          252:5,17        265:14
197:2 198:5         174:3 351:21    complex          265:12          314:25
198:9 200:9         Commonwealth    236:6 269:1      275:9           confuse
200:16              274:18          compliance       277:14          343:22
201:12,21           communicate     310:13 358:3     316:2           confused
210:8,11            303:14          compliant        327:24          253:2,8
215:10,12           communica...    318:22           352:22,22       confusing
217:10              225:4           complicated      353:2,10        178:18
222:9               communities     219:8,16         concerns        confusion
228:12              208:13           221:2          184:24 192:3     253:12
229:6,21            220:22           237:14          194:11          300:15
232:1 250:2         222:1           complies         251:25          347:5
251:13,20           253:20          358:8            252:3           Congress
253:25              community                        263:12          367:8
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028533

USA_00016760

Voter Fraud Hearing - Volume 2                    March 1, 2011

378

| | | | | |
|---|---|---|---|---|
| Congressi... | 350:24 | 267:18 | 338:4 | 342:4 355:3 |
| 307:6 | 354:14 | convenience | 339:15 | costly |
| Congressmen | constitut... | 215:4 | 349:23 | 199:11 |
| 173:5 | 223:14 237:9 | conventional | correctly | costs |
| conscious | constitut... | 351:10 352:7 | 163:5 183:13 | 199:24 |
| 183:12 | 173:12 | conversation | 194:21 | 204:25 |
| conservative | consultants | 297:8 | 260:19 | 232:12 |
| 205:5 320:13 | 204:2 | conversat... | 261:24 | 235:25 |
| consider | consulted | 300:20 | 298:18 | 244:12 |
| 188:25 225:8 | 222:7 | Conversely | correlation | 245:3,7 |
| 244:23 | contact | 221:21 | 347:13,15 | 271:13 |
| 275:8 354:9 | 213:20 | convictions | correspond | 321:5 |
| considerable | contain | 239:7 | 303:14 | 342:15,16 |
| 364:3 | 306:9 | convinced | cost | 342:16,17 |
| considera... | contained | 328:16,21 | 199:10,25 | 348:14,22 |
| 193:19 | 278:24 312:6 | copy | 201:7 202:9 | 353:25 |
| considered | contains | 190:18 270:1 | 204:3,8,12 | Council |
| 228:4 302:7 | 302:3 | 273:20 | 204:25 | 328:14 329:8 |
| considering | contemplate | Corpus | 206:22 | counsel |
| 248:23 | 322:14 | 256:19 | 207:13,16 | 341:24 |
| 342:21 | continue | correct | 218:4 | 366:21 |
| 347:20 | 239:4 284:2 | 191:15,24 | 232:22 | count |
| 348:25 | 295:11 | 192:1,7 | 233:4,6,11 | 165:10 |
| 349:5 | 333:8 | 201:25 | 233:16,18 | 182:22 |
| consolidate | Continued | 206:12 | 233:20,24 | 196:7 |
| 244:18 | 163:1 | 208:7 | 234:1 235:8 | 226:22 |
| consolidated | continues | 229:12 | 235:13,18 | 253:15 |
| 207:11 | 306:8 358:18 | 246:4 273:7 | 236:7,10,24 | counted |
| consolida... | continuing | 290:11 | 238:1,4 | 221:8 261:24 |
| 205:3 | 237:14 | 294:5 | 241:1 | 354:18 |
| conspiracies | 283:24 | 297:14 | 245:18 | counties |
| 345:19 | 287:16 | 298:12,19 | 246:23 | 249:12,15 |
| conspiracy | contracted | 311:24 | 249:21,24 | 286:4,5,6,9 |
| 344:25 | 280:21 | 312:21 | 251:9 252:2 | 286:9,11 |
| constitue... | Contrary | 314:19 | 252:12,15 | 288:14,16 |
| 175:6 352:20 | 347:21 | 316:7,14 | 271:8,12 | 300:10 |
| constituency | contribute | 317:13 | 272:11 | 338:7 |
| 353:10 | 358:18 | 318:23 | 278:3 | counting |
| constituents | contributing | 322:15,16 | 279:20 | 163:5 252:21 |
| 232:16 274:4 | 183:15 | 323:16,24 | 281:8 284:8 | countless |
| 275:5 | contribution | 324:4,5 | 288:10 | 269:18 |
| 353:22 | 216:8 | 329:8,9 | 300:11 | country |
| constitut... | controver... | 330:10 | 301:3,4,5 | 164:6 186:9 |
| 223:20 233:5 | 248:16 | 331:15,21 | 304:13 | 197:12 |
| 233:14 | controver... | 334:17 | 319:13 | 217:13 |
| 246:18 | 273:8 | 335:14,19 | 320:2 | 219:1 |
| 341:6 | controversy | 336:8 337:4 | 321:23 | 242:17 |
| | | 337:20,21 | 322:1,11,14 | 243:22 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028534

USA_00016761

Case 2:13-cv-00193 Document 660-27 Filed on 11/11/14 in TXSD Page 18 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 74 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011

379

263:10
269:20
271:4
361:22
364:16
counts
358:7
county
163:21
 168:14
 171:4,19
 179:22
 180:4,7,11
 180:12,14
 180:16,19
 182:19
 183:19
 198:13
 199:19
 210:7,14,21
 210:21,22
 210:25
 211:8
 212:12,13
 212:25
 213:4,8
 226:23
 236:9 250:3
 250:5 251:8
 255:6,12
 256:19
 260:2 261:7
 261:11,14
 261:21
 273:3 295:9
 300:12,20
 301:3
 307:10
 309:7,9
 328:10
 333:16
 335:7,17
 336:25
 360:12,12
 366:1
couple
173:8 299:1
 305:18

308:25
course
191:14 202:6
 279:22
 292:14
 343:10
courses
182:3
court
163:12,14
 165:6,6
 216:24
 217:16,23
 218:15
 219:13,15
 219:17,22
 219:25
 221:17,25
 222:21
 223:6,13,21
 224:4,5,20
 224:21
 225:17,19
 225:23,25
 226:2
 234:16,21
 234:22
 235:6 237:9
 245:24
 246:14
 248:7
 274:11
 357:16
 358:4,8
Courts
222:4
cover
204:1 284:13
covered
216:11 303:2
covers
333:15
cranky
181:10
create
189:7 236:15
 286:10
 346:3,7

351:21
created
278:7,9
 286:8
creates
351:5
creating
241:19 328:2
credible
235:23
credibly
350:7
credulity
242:23
crime
196:23
crimes
242:21
criteria
290:21
critically
261:3
crutches
218:25
cry
345:2
CSR
161:15 367:6
cumbersome
194:1
curiosity
338:14
curious
310:15
current
166:24
 177:21
 183:7,13
 188:20
 189:25
 201:6
 217:10
 223:8
 268:22
 278:25
 283:13
 302:25

306:7
315:12
317:11,19
321:3 348:7
currently
193:9 216:4
 237:2
 246:11
 260:20
 267:13
 275:12
 286:4
 288:21,25
 289:10
 301:24
 311:14
 313:2 316:4
 317:11
 319:11
 355:12
customers
350:4
cut
171:7 188:23
 244:19
cycle
199:20 227:4
 278:5 285:3
 285:18,19
cycles
198:14 268:6
 268:12

_____ D

D
185:11,12
daily
350:9
Dallas
195:1 196:21
 206:16
 247:13,14
 247:18,18
 255:6,12
 278:15
Dallas/Fort
202:8 279:23
damage

354:5
danger
164:9
dangerous
194:6 244:11
 362:12
DasGupta
162:6 184:4
 184:7,8
 185:11
 186:11,16
data
180:15
 185:25
 221:15
 253:18,18
 282:2
 304:10
 317:18
database
236:23
 289:23,25
 308:12,16
databases
194:8
date
275:6 367:6
David
162:15
 322:22
 323:4,4,11
 323:17,20
 323:25
 324:5,8,16
 324:18,21
 324:25
 325:7,11,20
 325:24
 326:2,10,15
 326:18
 327:3,7,10
 327:19,21
 328:9,13,19
 329:3,6,9
 329:18,22
 330:3,10,20
 331:1,4,7
 331:15,21



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028535

USA_00016762

332:7,12,23
333:2 334:9
334:13,18
335:1,9,14
335:18,22
336:10,14
336:17,22
337:4,7,11
337:16,21
338:5,10,15
338:18,24
339:15,20
**Davio**
162:14
316:21,24
316:25
317:7,9,14
318:3,10,13
318:24
319:5,16,20
320:16,23
321:2,7,14
322:2,5,9
322:16,21
**dawned**
254:15
**day**
163:25 167:3
177:12
182:12
183:5
187:23
194:9
220:25
226:19
227:19,19
228:5
232:25
258:13,14
259:9 260:3
260:11,25
263:1
270:21
271:22
272:25
302:20
344:7
349:17

356:20,21
365:5,10
367:1
**days**
254:20 303:5
**de**
186:19
**dead**
211:19
**deal**
167:12 193:6
227:24
241:16
335:2
352:17
353:14
**dealing**
173:4 255:23
**deals**
362:1
**Debbie**
195:21
**decade**
232:10
345:20
**December**
297:14,20
298:17
**decent**
256:7
**decently**
173:17
**deception**
200:8
**decide**
178:13
333:21
**decided**
225:16
**decision**
217:16
222:19
225:9
272:11
358:4,8
**decisions**
268:1 293:2

**declare**
220:6
**declared**
261:25
**decrease**
330:24
**decreased**
318:14
**deed**
270:1 272:19
**deem**
336:9
**deemed**
235:23
**deep**
243:23
**deepest**
184:13
**Deese**
308:11
**defend**
246:24
**defending**
245:18
**Defense**
216:5 268:9
**defer**
296:17
**deficit**
244:15
**define**
211:9 316:6
**defines**
175:2
**definitely**
250:14
304:17
317:15
**defunct**
362:21
**degree**
270:9
**delayed**
214:10
**demanded**
270:17
**demands**

348:10
**democracy**
229:16 232:5
268:5 271:8
271:12
272:6,13
365:11
**democracy's**
270:20
**Democrat**
165:18
195:15
200:2 211:1
211:15
212:10,12
212:20,24
212:25
213:8
359:15
360:12
**Democratic**
213:11
360:14
**Democrats**
212:15 213:5
**demonstrate**
257:16
258:25
**demonstrated**
233:8 242:4
**DEMOS**
228:20 229:9
229:10
232:6
**denied**
183:10
**denies**
343:17
**Dennis**
262:8
**Denny**
321:11
**deny**
314:25
**Department**
215:21,24
216:5,23
217:23

218:14
219:22,25
221:16
222:3
223:11,18
224:16,19
225:2,10
237:4 242:6
246:5,15
248:7,18
276:22
290:19
294:2
316:19,21
317:2 318:5
321:7,15
357:17
**depend**
336:24
**dependable**
247:20
**depends**
282:24
338:15
**deported**
242:18,19,25
**DEPOSITION**
367:7
**deputy**
211:13 212:6
322:23
323:5
**dereliction**
173:14
**derive**
318:1
**deserves**
261:23
**design**
173:10
184:18
**designed**
342:24 348:3
**designing**
185:22
**desire**
183:12
316:18



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028536

USA_00016763

Voter Fraud Hearing - Volume 2                    March 1, 2011

381

despite
187:22
 193:15
 223:19
 289:4 364:6
destination
346:22
detail
208:17 238:9
 280:20
detailed
280:21 293:8
 295:5
details
184:16
 238:15
 332:10
detecting
358:2
detects
358:6
determina...
223:2 236:5
determine
218:16
 233:11
 290:12
 292:6
determined
224:5 270:24
deterring
358:1
deters
358:5
devoted
345:8
dialogue
262:15
Diana
162:7 194:22
 194:25
Diane
194:25
difference
222:17 261:8
 261:16
 351:25

different
191:14
 196:10
 197:9
 208:24,24
 219:16
 223:10,22
 239:17
 241:19
 249:24
 255:7
 260:24
 282:15
 286:18,20
 301:19,19
 314:9 324:3
 328:6
 352:19,20
 353:19
 361:16
differently
173:9 314:2
 316:6
difficult
177:23
 178:15
 199:11
 219:9
 223:18
 264:1 268:3
 269:22
 287:1
 290:22
 330:1
 331:20
 338:25
 347:2
diluted
196:12
dime
244:16
diminishes
261:22
 271:17,20
 272:6
direct
299:22
direction

196:17
 248:10
directives
332:17,18
directly
224:4 301:1
Director
198:11
 200:15,20
 251:22
 322:23
 323:5
disabilities
187:6,14,23
 188:17,24
 190:4
 192:22
disability
186:22 187:2
 187:4,9,17
 188:2,6,15
 189:12
 292:22
 293:6,17
 294:1
 306:12
 307:2
disabled
191:16 209:2
 358:14
disagreement
357:12
disappear
231:22
disbanded
362:20
disclosure
183:16
discouraged
269:7
discrepan...
178:1,3
 179:7
discrepancy
186:1
discretion
316:3,5
discrimin...

237:19
discuss
365:18
discussed
244:2 307:15
 365:18
discussing
320:8
discussion
174:20
disenfran...
189:16 233:1
disenfran...
182:22
 262:20,23
 310:20
 313:18
disenfran...
183:15 194:5
disenfran...
183:8
disintere...
335:5
disparate
218:20
 221:10
displaced
361:13
dispropor...
346:14
dispute
212:9
disqualify
178:2
distances
246:17
distinct
260:14
distinctive
260:15
distinguish
242:8 246:22
distingui...
260:13
distraction
174:20
district

216:24
 217:23
 218:15
 221:17
 224:20
 225:24
 226:2,4
 247:3,3,6
 247:12
 273:9 289:9
 307:7,7
 335:6,16
 353:4
districts
307:5,8,8
disturbed
360:10
diverse
234:4
Division
216:23 277:3
 316:20
 317:1 318:6
 321:16
 323:6
divorce
178:5
DMV
237:1,7
 247:2
DMVs
246:17
Docket
225:25
doctor
167:6 171:8
doctors
192:4,5
doctor's
167:3 191:17
 192:19
document
233:8 293:17
 293:21
 348:2,10
documenta...
293:24 294:1
 314:16



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001882

Voter Fraud Hearing - Volume 2                        March 1, 2011

382

| | | | | |
|---|---|---|---|---|
| 316:4 | 281:4 | 199:15 | 308:16,20 | **earnest** |
| **documenta...** | **dozen** | 235:3 | **duties** | 287:19 |
| 270:6 | 181:9 | 239:10 | 292:12,13 | **easier** |
| **documented** | **dozens** | 247:7,16 | 293:15 | 168:22 |
| 242:13 270:5 | 173:5 | 263:21 | **duty** | 217:17 |
| 326:19 | **DPS** | 264:18 | 173:14 | 270:22 |
| 343:6,11 | 188:13 209:8 | 266:17 | **Dwarfs** | 350:1,8 |
| **documents** | 209:15,19 | 270:11 | 361:13 | **easiest** |
| 177:24 | 209:20,22 | 274:7,9,15 | **D-A-S** | 308:7 353:22 |
| 237:25 | 290:19 | 274:22 | 185:12 | **easily** |
| 246:6,8 | 308:11 | 276:17,21 | **D-A-S-G-U...** | 328:3 |
| **doing** | 317:11 | 289:15,18 | 184:4 | **East** |
| 211:13 212:6 | 319:15 | 289:20 | **D-E-M-O-S** | 198:11 |
| 228:10 | 327:12 | 290:3,13,14 | 228:21 | **easy** |
| 230:9 231:6 | 330:15,17 | 291:4 | **D-E-M-S-S** | 164:14,15 |
| 231:18 | 330:22 | 297:25 | 229:7 | 177:15 |
| 241:4 | 331:2,9 | 298:14 | **D.A** | 180:24 |
| 248:20 | 332:3 | 299:19 | 336:24 | 260:16 |
| 256:16,17 | 339:16 | 300:3 304:7 | **D.C** | 307:18 |
| 273:22 | **Dr** | 311:24 | 173:6 216:24 | **echo** |
| 327:16 | 353:9 | 312:2 | 240:18 | 271:16 |
| 348:9 351:6 | **drastic** | 315:10 | | **economic** |
| **DOJ** | 189:4 | 316:20 | — E — | 195:10 |
| 217:1 224:4 | **draw** | 317:1,20 | **earlier** | **economy** |
| 226:7 | 235:13 | 318:4,5 | 180:12 | 239:22 |
| **DOJ's** | **drawers** | 319:1,7,15 | 196:19 | **educate** |
| 222:25 | 167:16,16 | 319:17 | 226:19 | 183:20 189:9 |
| **dollar** | **drawn** | 321:15 | 237:15 | 191:8 |
| 205:10 | 225:22 297:1 | 327:6,13 | 240:21 | 241:11 |
| **dollars** | **dress** | 330:14,16 | 260:11 | 252:7 284:8 |
| 189:3 208:14 | 276:5 | 330:19,24 | 263:19 | 284:15 |
| 232:23 | **drink** | 331:10,13 | 264:21 | 286:7 |
| 235:14 | 327:9 | 331:18 | 271:9,16 | **educating** |
| 239:24 | **drive** | 332:4 | 272:20 | 189:1 |
| 278:4 | 177:23 | **drove** | 274:8 | **education** |
| 284:15,23 | 187:17 | 163:23 | 305:24 | 176:24 |
| 286:8 | 346:2 | **droves** | 313:15 | 188:19 |
| 295:23 | **driver's** | 362:4 | 329:16 | 203:5 206:7 |
| 345:12 | 166:23 167:6 | **due** | 360:11 | 212:5 219:2 |
| **dorm** | 168:25 | 187:16 | **early** | 220:10,12 |
| 331:18 | 169:9 | 281:15 | 216:25 254:7 | 234:11,19 |
| **dos** | 171:25 | 366:12 | 254:8,19 | 235:7,9,23 |
| 186:19 | 172:3,4,8 | **Duerstine** | 255:3,4,7 | 243:7 252:2 |
| **double** | 172:14 | 162:9 210:6 | **earmarked** | 252:5 268:9 |
| 175:2 | 175:11 | 210:9,16,20 | 285:6 | 271:15 |
| **doubt** | 177:4,11 | 210:20 | **earned** | 277:25 |
| 351:19 | 182:9,17 | 213:16 | 280:23,23 | 278:2,3,22 |
| **dovetail** | 193:21,24 | **dump** | 305:5,9 | 279:4 281:9 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001883

TX_00028538

USA_00016765

Case 2:13-cv-00193 Document 660-27 Filed on 11/11/14 in TXSD Page 22 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 78 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011

383

```
282:6              358:14             307:10             175:5              engagement
283:19,25          elected            310:14             element            176:25
284:3,5,11         200:5 204:6        311:3              226:15             English
284:13,17          251:8 262:1        312:20             elements           278:16
284:20             262:2              333:5,15,18        219:4,4            engrossed
285:1,6            election           334:2              269:1              201:7 302:2
287:16             164:18             336:12             eligibility        enhance
304:13,16          171:22             337:3              189:4              226:16
304:25             174:4              338:21             eligible           284:17
305:4              178:10             339:2,11           189:16 313:8       enormously
309:16             180:13,22          341:7 342:1        346:10,11          268:13
educational        180:23             344:24,25          346:24             ensure
203:3              181:2,13           346:7 347:4        348:4              188:16
effect             182:5,7            348:7 354:7        350:22             196:11
218:1              183:24             354:9              354:11,20          353:22
effecting          187:23             357:23             358:7              359:22
334:2              198:12,14          358:1,7,19         eliminated         ensures
effective          198:14,24          elections          191:5             358:11
354:13             199:4,6,14         168:8 175:9        Elizabeth          ensuring
effort             199:18,19          211:3 216:4        162:3 171:15       187:5 287:7
235:8 278:2        199:20             238:5,25           171:17,18          289:20
282:6 284:3        210:6,17,24        241:10,23          else's             328:25
284:12             211:5,7,15         249:25             255:8              enter
309:5              212:3              250:10             emergency          354:24
efforts            220:25             254:6              250:7              enthusiasm
193:16             225:2,20           257:19,23          emphasized         249:6
218:19             227:4,11,19        258:5,9,17         234:21             entire
278:4,22           232:25             258:20,24          employed           260:6 261:20
eight              233:19             262:13             197:2 366:21       289:23
209:16             234:2 235:3        277:3              employee            325:16
270:17             235:12             287:17             246:2              entities
278:2              236:9,11,19        288:7              encounter          345:13
either             237:12             296:14             249:13             entitled
169:8 217:3        238:6 241:7        303:13             325:19             274:12 366:6
217:4              241:17             329:17             encountered        envy
219:21             243:8 252:8        345:20             196:1 329:19       353:17
289:14             253:4,5            347:17             encourage          equal
298:11             254:3 255:6        351:23             195:25             175:4 218:2
299:18             257:5,7,10         352:1 357:4        221:16             353:2,11
314:25             258:6,11           357:7              258:9              equaled
320:4 335:5        260:2,7,25         358:16             ended              306:1
335:17             261:6              359:17             248:19             equals
El                 262:14,20          electoral          enforce            317:22
279:24             268:6,12,18        175:13 187:6       363:18             equipment
elderly            285:7,18,19        189:15             enforcement        282:20 309:6
168:19             287:5,21,22        204:8 207:1        237:23 323:5       309:10
220:16             296:8 302:6        240:23             345:7              error
346:14             303:6,16           Electorate
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028539

USA_00016766

Voter Fraud Hearing - Volume 2                    March 1, 2011

384

343:22
errors
268:8
escape
271:5
especially
164:13
187:21
188:22
189:11
226:8,12
237:21
250:11
339:13
ESQUIRE
367:7
essence
196:10 206:4
essentially
193:12
232:24
285:14,18
312:12
establishes
314:17
establishing
315:12
estimate
202:24 209:9
209:12
233:8
236:24
281:7 283:8
283:9
320:18
321:8,13,19
estimated
177:4 235:11
235:22
236:7,8
252:4,6
estimates
221:14
estimating
252:15
et
182:9 312:20
ethical

198:24
ethnic
218:12
220:17
ethnically
234:4
ethnicity
227:14
evaluation
286:3
evening
183:1 251:1
eventually
212:2
everybody
164:25
165:20
186:12
193:20
197:18
214:2
262:12,21
288:10
evidence
184:23 221:9
221:21
242:3 243:1
269:9
293:25
299:22
342:2 354:1
358:19
360:9
evil
173:23
ex
228:19
exactly
170:22
254:23
265:15
273:8 276:5
280:22
284:6 293:9
354:15
Examination
162:1,2,2,3
162:3,4,4,5

162:5,6,6,7
162:7,8,8,9
162:9,10,10
162:11,11
162:12,12
162:13,13
162:14,14
162:15,15
example
186:5 192:5
237:15
239:5
246:10
287:6
308:10
310:22
313:12
346:5
examples
238:19 324:7
325:8,10
exceedingly
238:23
Excellent
251:10
exception...
346:1
exceptions
200:7 293:6
358:14
excitement
255:17
excluded
246:9
excluding
243:11
exclusively
282:3,6
336:24
Excuse
192:10
excuses
360:6
executive
184:17
251:22
exempt
189:25

192:22
exemption
170:13,15
187:9
188:18
191:18
292:22
293:17,19
294:4
306:12
307:2
exercise
173:1 194:17
351:3
exist
232:24
269:14
270:7 306:8
existing
236:16
exists
185:16
307:19
343:18
expanding
270:20
expect
218:14 245:4
245:7,10
350:16,22
expected
250:17 257:9
expenditure
283:10,11
expense
301:12 347:9
expenses
234:9
expensive
178:22
224:18
225:12
experience
183:9 199:13
218:16
249:3
269:19
338:6

experimented
278:11
expert
163:5,8,11
176:16
266:8 340:2
experts
195:5 203:22
228:19
287:21
expiration
275:6 367:6
expire
285:11
expired
171:5 182:8
explain
170:2 212:7
277:22
300:12
explained
283:23
explanation
348:16,18
express
184:11,24
309:15,21
347:1
expressed
192:3
extensive
342:12
extent
315:8 357:12
extra
347:16
extraordi...
233:3 331:20
extremely
176:25 196:9
242:7,14,18
248:16
250:9
eye
315:9 344:19
E-mail
196:19,21



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001885

TX_00028540

USA_00016767

Voter Fraud Hearing - Volume 2                           March 1, 2011

385

| | | | | |
|---|---|---|---|---|
| 264:21 | fair | 329:5 | 296:7,15 | figured |
| 360:11,13 | 198:23 200:4 | far | 302:25 | 304:20 |
| E-trans | 209:22 | 181:25 | 303:12,16 | figures |
| 366:17 | 216:25 | 207:14 | 304:5 | 241:2 277:19 |
| | 224:18 | 230:4 233:6 | 309:21 | file |
| ___F___ | 226:17 | 233:7 245:7 | 310:14 | 213:8 290:13 |
| face | 257:23 | 248:20 | 345:7 | 293:18 |
| 187:20 | 258:4,17,19 | 265:25 | Federation | 299:7 308:9 |
| 212:23 | 258:20,24 | 282:8 | 256:10,20 | filed |
| 213:4 274:5 | 262:13 | 292:15 | 257:24 | 292:22 |
| FaceBook | 300:7 330:5 | 304:12 | 258:12 | 293:22 |
| 278:12 | 345:8 | 326:11 | feel | 308:2 |
| faced | 359:16 | 332:14 | 171:7 193:10 | fill |
| 185:24 | fairly | 344:10 | 193:17 | 193:3 |
| 267:17 | 181:18 | 345:23 | 238:2 | filled |
| face-to-face | 193:10 | 347:11 | 250:18 | 194:20 |
| 278:12 | 236:5,6 | 348:23 | 347:10 | film |
| facial | 328:2 | 351:19 | 351:23 | 361:11,11,12 |
| 260:15 | fairness | farfetched | 352:1 354:2 | filter |
| facilities | 183:17 | 273:3 | 354:7 365:8 | 287:6,22 |
| 244:21 | 257:18 | fast | feeling | final |
| fact | faith | 226:1 227:8 | 351:6 | 223:1 |
| 199:7 248:6 | 240:25 271:8 | faster | feelings | finally |
| 254:5 | 271:11 | 217:2 225:6 | 241:14 | 221:24 |
| 267:25 | 358:20 | 225:11 | fellow | Finance |
| 268:9 269:2 | fake | 339:10 | 228:18 232:5 | 279:1 |
| 269:8 271:3 | 326:17 327:5 | fault | felony | financial |
| 331:8 | 327:13,17 | 212:19 | 239:7,11 | 219:1 |
| 334:14 | 327:18 | favor | 242:24 | financially |
| 335:16 | 328:3 332:3 | 259:24 263:9 | 324:12 | 366:24 |
| 343:7 345:2 | 344:1 | favorably | felt | find |
| 346:24 | 348:13 | 359:4 | 196:6 347:14 | 182:11 194:2 |
| 347:22 | 364:6 | fear | Fern | 202:20 |
| 351:23 | fall | 184:12 | 162:2 166:16 | 212:14 |
| 357:7 | 298:23 | fears | 166:19,19 | 257:13 |
| 361:11 | Falls | 220:19 | 166:22 | 265:22 |
| facts | 261:7 | 227:20 | 169:14 | 268:13 |
| 328:12 342:7 | falsified | feasibility | fields | 269:20 |
| 355:2 | 257:5 | 307:24 | 178:11 | 272:10 |
| factual | familiar | federal | figure | 307:11,23 |
| 241:15 342:4 | 238:7 326:10 | 168:13 | 169:7 202:15 | 330:2 332:4 |
| fail-safe | 326:11 | 172:21 | 234:8 | 332:4 |
| 220:23 | 334:18 | 173:11,12 | 277:22 | 338:23 |
| 226:20 | family | 190:20,23 | 279:10 | 344:14 |
| 227:3,11 | 272:23 | 263:22 | 282:1 | 348:6,7 |
| 262:24,25 | famously | 277:24 | 289:12,17 | 350:16,20 |
| fail-safes | 267:16 | 284:15 | 289:20 | 361:18 |
| 221:4 | fancy | 285:12 | 291:1,3 | finding |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001886

TX_00028541

USA_00016768

Case 2:13-cv-00193 Document 660-27 Filed on 11/11/14 in TXSD Page 25 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 81 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011

386

171:22
345:9
**findings**
221:19
**fine**
224:9 311:11
346:22
**fingerprint**
196:15
**Finley**
259:17
**fire**
345:14
**FIRM**
367:7
**first**
171:24
181:18
182:3 186:7
190:2
195:3
202:25
213:4 220:7
231:6
234:11
245:9,11
252:1
256:13
258:10
260:18
267:24
270:4
297:12
337:8
**fiscal**
188:20,21
190:2,8
201:4,4,6
201:20
202:10
204:14
205:13
208:18
233:2,15
234:13
236:1,3,11
236:20
252:11

277:14,15
278:21
281:14,20
284:1,7
285:2,4
300:9 308:5
320:15,18
321:4
322:12,13
**five**
219:7 307:8
325:13
**fix**
230:21
307:18
308:7 344:6
**fixed**
185:15
187:20
**flatter**
305:13
**flaw**
246:13
**flawed**
233:3 234:18
**flexibility**
341:17
**flipped**
312:24
**floated**
194:15
**Floor**
366:11,18
**Florida**
313:15
**flow**
225:5
**focus**
217:8 232:11
342:19
**focusing**
173:10
**folks**
211:21 247:9
271:1
287:24
289:10
290:14

292:5 353:1
**follow**
219:2 224:12
341:12
**followed**
204:4 255:21
**following**
225:15
305:11
366:5
**follow-up**
304:2 315:25
336:4
**footing**
227:15
**force**
332:21
**forecasting**
205:20
**forego**
319:13
**forgot**
167:6 185:6
**form**
177:7 182:15
183:14
188:11
193:5
198:17
200:9
238:23
272:2
286:12
289:14
301:5
303:22
305:3 306:7
313:3
361:23
**formal**
347:24
**formally**
186:23 187:3
**formats**
295:2
**formed**
332:21
362:19

**former**
246:14
362:19
**forms**
181:21 182:6
189:25
192:21,23
193:25
194:2
270:17
280:11
306:13
311:23
319:8
342:23
344:2,3
**Fort**
247:6,10
**forth**
164:15
**fortunate**
364:15
**forward**
180:10
187:23
209:12
268:10
**foul**
345:2
**found**
172:2 182:12
238:18
295:22
345:4
347:15
**four**
198:14
253:14
266:16
278:15
298:4 299:2
**fourth**
221:9 261:14
**frame**
291:2
**fraud**
161:4 175:8
181:22

195:8 196:6
200:8
238:19,23
239:15,15
239:17
254:5 257:8
258:23
264:23
265:18
269:5,24
270:5
323:16
324:3
325:16,19
328:1 330:2
333:4,19
334:24
335:1,11
343:6,12,13
343:18,19
343:23,25
344:5,14,18
345:2,6,9
345:10,16
345:24
347:15,17
348:18,21
354:16,23
354:23
357:6,10,12
357:19,20
358:2,6,18
360:14
362:1,10,13
365:20
366:8
**frauds**
338:2
**fraudulent**
196:12
243:18
264:1 306:1
306:4
330:14,24
331:10
344:2
352:24
**fraudulently**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028542

USA_00016769

Case 2:13-cv-00193 Document 660-27 Filed on 11/11/14 in TXSD Page 26 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 92 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011

387

| | | | | |
|---|---|---|---|---|
| 261:21 | fully | **G** | 221:25 | 177:25 |
| 272:25 | 232:21 | G | 227:22,23 | 180:21 |
| **free** | 263:12 | 185:12,13 | 227:23 | **giving** |
| 209:4,7,10 | **full-time** | **gain** | 234:16,17 | 260:7 |
| 219:2,25 | 236:20 | 347:19 | 248:3,14,19 | **glad** |
| 220:5 234:2 | **function** | **gal** | 310:15 | 173:1 191:2 |
| 256:23 | 174:16 | 166:1 | 357:17 | 216:14 |
| 281:8,16,18 | 237:24 | **Gallegos** | **Georgia's** | 222:9 |
| 281:22,25 | 350:6 | 282:11 | 206:8 248:15 | **gladly** |
| 282:3 286:9 | **functional** | **gap** | 248:21 | 175:12 |
| 286:17 | 306:25 | 232:15 | **getting** | 345:13 |
| 288:14 | **fund** | **garbage** | 208:10 | **go** |
| 317:24 | 232:21 | 345:4 | 258:16 | 163:10 |
| 318:14,21 | 253:18 | **Gary** | 355:2 | 165:24 |
| 319:14,17 | 268:10 | 202:4,6 | 361:14 | 167:1,4,8 |
| 319:18,19 | 295:17 | **gather** | **give** | 168:17 |
| 319:25 | 309:9 318:7 | 308:23 | 178:12 189:9 | 171:8,9,11 |
| 320:12 | 318:9,12 | **general** | 208:20 | 191:13 |
| 321:21 | **fundamental** | 180:13 | 215:2 | 192:17 |
| 322:14 | 223:16 351:3 | 181:13 | 226:24 | 197:15,24 |
| 347:17 | **funding** | 236:11 | 227:14,21 | 198:7 |
| 358:10 | 189:17 237:3 | 253:3 260:1 | 229:20 | 208:17 |
| **freed** | 268:7 | 303:6,13 | 230:20 | 211:23 |
| 362:10 | **funds** | 322:24 | 231:25 | 216:12,22 |
| **frequency** | 190:16,20 | 323:6 | 259:1 | 217:23 |
| 344:5 345:17 | 191:4,8 | 334:21,24 | 270:24 | 221:12 |
| 345:19 | 277:25 | **generaliz...** | 299:24 | 224:16,20 |
| **frequently** | 284:1 285:9 | 265:7 | 309:8 313:3 | 225:16 |
| 183:4 287:2 | 285:11,14 | **generally** | 324:6 325:8 | 226:1 |
| 304:16 | 286:10 | 216:16 | 331:1 | 227:11,22 |
| **friend** | 296:21 | 241:13 | 333:14 | 230:3 |
| 195:11 | 309:13,14 | **Generals** | 340:3 | 234:24 |
| 208:12 | 309:23 | 366:18 | 341:10 | 238:8 |
| **friends** | 310:13 | **General's** | **given** | 242:23 |
| 170:8 193:22 | 318:6 | 323:14,24 | 193:17,18 | 247:10,11 |
| 259:10 | **further** | 329:15 | 194:7 | 247:15,17 |
| **front** | 178:21 | 366:10 | 234:14 | 253:13 |
| 268:1 300:21 | 183:22 | **generations** | 235:19,20 | 257:19 |
| 360:1 | 192:9 | 262:3 | 236:13 | 271:19 |
| 363:20 | 243:24 | **gentleman** | 260:10 | 274:13,20 |
| **frozen** | 305:14 | 167:15 172:7 | 268:5 | 275:2,12,16 |
| 229:23 | 335:24 | **geographic** | 277:25 | 284:13 |
| **full** | 352:11 | 189:6 | 314:24 | 294:17 |
| 183:16 187:5 | 365:17 | **George** | 332:16,18 | 305:2 |
| 205:11 | 366:20,23 | 206:2 | 341:9 | 307:12 |
| 236:20 | **future** | **Georgia** | 348:20 | 313:5 318:6 |
| 304:18 | 262:3 | 206:2 217:13 | 364:7 | 327:18 |
| 354:17 | | | **gives** | 332:6,19 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                    March 1, 2011

388

| | | | | |
|---|---|---|---|---|
| 333:2 334:3 | 224:24,25 | 183:11 | **Governor** | 362:19 |
| 337:19 | 224:25 | 186:25 | 204:10 | **groups** |
| 338:13 | 225:10 | 198:22 | 261:10,13 | 194:16 |
| 359:11,18 | 226:7 235:8 | 208:11 | **Governor's** | 218:12 |
| 360:15 | 241:3 | 215:14 | 261:21 | 220:17,18 |
| **goal** | 242:18,23 | 226:13 | **graduate** | 222:5,5 |
| 219:18 241:8 | 243:8 244:9 | 227:7 | 185:3 273:15 | 245:16 |
| **Goby** | 244:20 | 228:14 | 273:25 | 352:19 |
| 162:8 198:4 | 245:4 | 231:15 | 274:3,5 | **grow** |
| 198:6 | 248:21 | 240:8 251:1 | 275:1 | 170:16 |
| **God** | 252:16 | 251:15 | **Grande** | **grown** |
| 173:22,23 | 253:11,12 | 258:23 | 171:21 195:1 | 339:9 |
| 174:5,5,23 | 255:3 256:7 | 259:22 | **grassroots** | **guarantee** |
| 175:1,23 | 263:4 | 271:24 | 212:15 213:7 | 330:7 |
| 176:1 | 264:23 | 275:3 277:6 | **great** | **guarantees** |
| **God's** | 266:7 269:5 | 290:20 | 167:12 | 220:4 |
| 173:10 | 270:13 | 294:21 | 173:23 | **guess** |
| **goes** | 284:2,6 | 314:5 | 190:14 | 168:6 186:8 |
| 174:25 | 288:10 | 316:24 | 191:1 235:2 | 208:10 |
| 185:25 | 292:23 | 321:1 | 244:24 | 224:13 |
| 220:19 | 293:7,10 | 340:22 | 266:23 | 231:20 |
| 245:5 301:1 | 294:12 | 346:4 354:8 | 275:24 | 248:6 |
| 303:10 | 304:9 307:4 | 354:22 | 335:2 | 273:20 |
| 351:20 | 325:1,2 | 364:14 | 340:24 | 283:8,10,24 |
| **going** | 333:3,20 | **GOP** | 341:3 | 284:9,14 |
| 163:3,6 | 334:8 | 210:6 | **greater** | 292:21 |
| 164:10 | 338:23,25 | **Gorman** | 184:12 | 297:1 307:3 |
| 169:8 | 339:11,24 | 162:7 194:22 | 241:18 | 307:12 |
| 170:16,16 | 359:10 | 194:25,25 | 268:25 | 318:17 |
| 171:6 | 360:4,14,25 | **government** | **greatly** | 332:15 |
| 177:18 | 361:1 | 167:2 173:11 | 341:16 349:7 | **guest** |
| 178:14,18 | 362:14 | 173:20 | **Greek** | 173:6 |
| 178:19 | 364:2 | 178:23 | 229:11 | **guidance** |
| 190:24 | **Goliad** | 190:23 | **Green** | 181:23 |
| 199:22 | 179:21 180:3 | 256:25 | 210:6,7,14 | 183:18 |
| 204:1,25 | 180:12,14 | 257:1,2,20 | 210:22,25 | 293:14 |
| 205:9,10,18 | 180:16,19 | 258:18,19 | 212:13,25 | 315:4 |
| 207:13,15 | **Gomez** | 258:21 | 213:8 | **gun** |
| 211:9,19 | 162:6 186:22 | 259:2 271:5 | **grossing** | 246:6 275:13 |
| 212:22 | 186:25 | 273:15 | 361:12 | 275:16,16 |
| 213:18 | 187:1 190:5 | 274:2 | **grounded** | **Gupta** |
| 218:24 | 190:14 | 275:12,22 | 342:1 | 185:13 |
| 219:20 | 191:1 | 285:12 | **group** | **Gutierrez** |
| 220:7,7 | **good** | 347:25 | 170:16 | 165:24,25 |
| 221:19 | 163:18 165:8 | **governments** | 228:21 | 166:4,9,14 |
| 223:12,16 | 166:9 | 249:16,22 | 250:4 | 207:19,22 |
| 224:4,8,17 | 173:22 | **governmen...** | 352:20 | 207:23 |
| 224:17,18 | 179:12 | 246:1 | 360:18,20 | 208:4,9,19 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001889

TX_00028544

USA_00016771

Case 2:13-cv-00193 Document 660-27 Filed on 11/11/14 in TXSD Page 28 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 84 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011

389

209:3,6,13
209:21
**guys**
275:21 276:5
**Guzman**
186:19
**G.R**
201:7

**H**

**HABA**
190:15
283:25
284:23
285:9,10
286:7,10
295:21
296:7,11
309:13,14
309:15,16
309:20,23
310:8,12,16
**HABA-comp...**
289:25
308:13
**hair**
254:9,11
338:21
**hair's**
313:25 314:1
**half**
181:9 199:14
203:1
230:24
235:21
268:19
**halfway**
227:7
**hand**
199:6,15
348:12
**handbooks**
293:13 295:5
**handed**
169:2
**handful**
344:8
**handle**

293:15
**hands**
167:17
**handsome**
356:20
**happen**
164:11,12
177:6,9
334:10,12
**happened**
182:24
212:19
345:16
356:16
363:16
**happens**
302:1 306:6
344:3,17
**happy**
240:2 267:19
277:22
349:6
**hard**
227:8 337:19
344:14,14
344:17
**hardship**
250:4
**hard-nosed**
342:2
**hard-working**
163:22
237:12
**Harless**
169:23 170:4
170:18,21
179:4,5,10
179:14
187:11
189:20,22
190:7,17
191:13,25
192:6,10,14
192:17,18
208:25
210:11
213:13
259:7,8

266:6,7,11
266:14
294:18,19
294:22
295:10,14
295:24
296:4,13,19
297:3,7,16
297:19,24
298:3,8,13
298:20
299:9,13
300:1,8
301:7,16
302:16,19
315:24
316:12
336:1
337:24,25
356:7,22
357:2
**Harris**
183:19 260:2
**Harvard**
347:12
351:12
**harvesting**
324:9,15
**hat**
326:25 327:2
**hates**
175:1
**Hawk**
230:6,9
**haystack**
339:7
**Health**
188:9
**hear**
190:15 191:2
208:13
230:12,14
263:7,8
267:19
287:14
340:8,9,13
353:4
366:14

**heard**
177:3 194:12
195:6 199:9
238:4 244:3
244:5 257:4
269:11
289:6
313:14
334:15
344:12
350:18
352:21
357:18
363:25
**hearing**
161:4 197:7
217:1
224:18,21
275:20
282:12
285:13
339:22
342:8 345:3
365:19
**hearings**
305:9 365:6
**heartened**
249:4
**Heavens**
168:21
**heavy**
193:10
**heck**
269:25
**hedge**
322:8
**held**
215:24
**Hello**
215:1 230:11
231:16
**help**
163:8 187:3
189:2
190:11,21
191:4 211:5
236:18
240:24

257:21
277:23
295:17
296:15,22
305:3
307:11
337:1
**helped**
190:1
**helpful**
246:11
**helping**
257:19
**Hey**
276:3 338:21
**Hi**
194:25
270:12
294:19
317:6,7
**Hidalgo**
163:21
168:14
171:2,4,19
**high**
196:23 213:9
257:23
271:8
**higher**
233:7 234:5
269:1
277:19
284:14
320:6
**highest**
199:2 200:1
261:14
**highlight**
267:25
**highlighted**
271:10
**Hills**
247:7
**hire**
236:8
**hires**
236:21
**Hispanic**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028545

USA_00016772

Case 2:13-cv-00193 Document 660-27 Filed on 11/11/14 in TXSD Page 29 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 85 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011

390

| | | | | |
|---|---|---|---|---|
| 212:2,20<br>247:4,14 | hoping<br>258:9 | IBM<br>185:22 | 237:25<br>260:19 | 217:5<br>imperative |
| historically<br>257:14 | horror<br>269:10 | Idaho<br>310:22 | 290:21<br>334:4 | 173:13<br>357:25 |
| history<br>176:23 205:7<br>363:4,6,10 | hour<br>230:24<br>hours | idea<br>193:25 199:7<br>208:2 | identity<br>188:10,12<br>314:17 | impersonate<br>324:23<br>impersonated |
| hit<br>308:21 | 214:13,16<br>237:2,7 | ideal<br>317:12,15 | 315:1<br>ignore | 344:21<br>345:17 |
| hoards<br>329:16 | 246:20<br>256:2 | ideas<br>270:24 | 174:9<br>ignoring | impersona...<br>346:6 348:22 |
| hold<br>170:9 181:19<br>214:22<br>264:8 359:8 | house<br>161:1 171:2<br>173:7 174:1<br>197:3 247:2 | identical<br>182:25<br>identific...<br>161:3 172:15 | 327:25<br>II<br>161:7,7<br>illegal | 364:22<br>impersona...<br>164:11 178:7<br>211:19 |
| Hollywood<br>361:12 | 249:18<br>296:6,10 | 172:15<br>178:20 | 167:25<br>168:11 | 213:3,5<br>221:22 |
| home<br>167:4 244:20<br>273:3<br>274:20<br>331:19<br>348:4 | 357:4 363:3<br>363:9<br>365:19<br>366:6<br>Houston<br>202:8 206:13 | 189:10<br>191:19<br>194:2 233:5<br>233:12<br>238:10,21<br>246:12 | 241:23,24<br>243:20<br>257:4<br>260:20<br>262:1<br>268:21 | 226:24<br>232:24<br>238:23<br>239:3<br>269:23<br>324:20 |
| homeless<br>334:3 | 206:16<br>278:15 | 257:17<br>258:22 | 270:17<br>324:8,9 | 325:5<br>327:16 |
| homes<br>207:9 343:25 | 279:23<br>Howard | 266:21<br>268:21 | illegally<br>196:8 257:5 | 328:7<br>332:15,20 |
| honest<br>257:23 258:4<br>258:8,17,19<br>258:20,25 | 161:15 366:3<br>367:6<br>huge<br>234:9 244:15 | 302:15<br>303:20,23<br>304:2<br>306:10 | 262:1<br>364:22<br>Illegals<br>172:10 | 332:22<br>338:14<br>343:2,12<br>344:18 |
| honestly<br>232:18<br>241:11 | huh<br>165:16<br>human | 313:4<br>314:12<br>315:13,13 | imagine<br>226:1 236:12<br>245:11 | 345:6<br>348:18<br>352:24 |
| honesty<br>257:18 | 188:9 342:16<br>hundreds | 316:4 319:8<br>327:18 | 322:1<br>immediately | 359:24<br>360:7 362:4 |
| honorable<br>184:8 | 344:8<br>hunt | 334:6<br>342:23 | 287:6<br>impact | 362:14,22<br>363:1,15 |
| honored<br>173:1 | 345:6,12<br>hurdle | 343:13<br>365:20 | 218:9,17,20<br>221:10,10 | 365:2<br>impersona... |
| hook<br>345:21 | 220:8<br>hurdles | 366:8<br>identified | 221:10<br>223:7,16 | 345:1<br>implement |
| hope<br>267:4 340:24<br>346:23 | 360:1<br>hurry<br>226:2 | 174:11<br>identify<br>291:22 292:5 | 227:16<br>228:2<br>318:12 | 209:1 227:3<br>227:9<br>232:22,23 |
| hopefully<br>256:6 | | 342:10<br>identifying<br>188:11 | impacted<br>253:20<br>impacts | 233:7 236:6<br>238:6<br>249:13 |
| | I | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028546

USA_00016773

Case 2:13-cv-00193 Document 660-27 Filed on 11/11/14 in TXSD Page 30 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 86 of 245

Voter Fraud Hearing - Volume 2       March 1, 2011

391

| | | | | |
|---|---|---|---|---|
| 307:21 | 264:5 269:2 | 238:22 | 173:21 | 223:6,7,14 |
| 309:17,24 | 269:22 | 239:15,16 | 202:24 | 233:10,17 |
| 310:3 360:3 | **impressed** | 240:14 | 324:10 | 233:19,20 |
| **implement...** | 287:18 | 245:10,11 | 326:12 | 233:25 |
| 235:25 | **improper** | 245:13 | **including** | 234:6,8 |
| 237:20 | 268:14,20 | 246:3,6 | 182:8 187:12 | 237:10 |
| 287:8 | **improvement** | 253:17 | 233:15 | 245:23,25 |
| 310:17 | 296:15 | 266:12 | 246:1 281:8 | 246:22 |
| **implemented** | **improvements** | 267:2,15 | 318:16,16 | 248:3,13,15 |
| 218:23 233:9 | 209:1 | 269:16,21 | 327:8 | 281:20 |
| 236:4,5 | **improving** | 276:15 | 342:17 | 310:15 |
| 237:17 | 194:7 | 294:9 | **inclusion** | 357:16 |
| 282:16 | **inability** | 316:12,13 | 187:5 | 358:4 |
| 315:17 | 358:21 | 340:4,11,17 | **inclusive** | **Indianapolis** |
| **implementing** | **inaccurate** | 341:2,24,25 | 348:3 | 202:3 203:9 |
| 178:21 | 343:8 | 342:6,9,11 | **income** | **Indiana's** |
| 232:12 | **inactive** | 342:25 | 189:12 | 164:19 |
| 236:22 | 303:10 | 343:5,6,9 | 238:15 | **indicate** |
| 250:7 | **inadequacy** | 343:21 | 269:16 | 239:11 253:1 |
| **implication** | 234:22 | 344:7 | 271:1 | **indicated** |
| 174:23 | **inadequate** | 345:16,22 | **incomes** | 279:2 303:22 |
| **implications** | 188:22 | 346:7 | 187:20 | **indicates** |
| 220:1 | **inaudible** | 349:19 | **incomplete** | 190:20 |
| **implied** | 176:18 | 350:14 | 185:20 | **indicating** |
| 220:2 | 202:18 | 351:10,13 | **inconceiv...** | 234:6 334:5 |
| **import** | 213:17 | 351:13,16 | 334:1 | **indicted** |
| 307:20 | 214:7,9,11 | 351:18 | **inconvenient** | 168:9 |
| **important** | 214:14,19 | 353:21 | 358:12 | **indigency** |
| 165:1 177:1 | 214:24 | 354:19 | **incorporate** | 220:6 |
| 189:11 | 215:1 216:1 | 355:10,20 | 284:17 | **indigent** |
| 191:9 | 216:5,15,16 | 356:16 | **incorrect** | 318:17 |
| 209:17 | 216:25 | **incident** | 268:14 | 358:14 |
| 221:23 | 217:6,14 | 183:3 | 270:17 | **individual** |
| 232:13 | 218:22 | **incidents** | **increase** | 163:13 215:9 |
| 239:16 | 219:6,17 | 181:16,25 | 300:24 326:7 | 220:3 257:1 |
| 241:6 242:8 | 222:5,6 | **include** | 330:23 | 338:22,23 |
| 258:10 | 226:10 | 177:8 234:8 | **increased** | **individuals** |
| 259:1 261:3 | 230:5,7,23 | 246:12 | 300:23 | 177:8 189:12 |
| 267:23,24 | 231:2 | 284:17 | **increases** | 241:22 |
| 268:8 | 233:10,15 | 293:14 | 347:3,5,7 | 245:17,17 |
| 339:21 | 233:17 | 302:5 320:9 | **incur** | 260:23 |
| 350:25 | 234:7,7,9 | 326:8 | 234:10 | 261:2 273:4 |
| 351:7 354:9 | 234:18,19 | **included** | **Indiana** | 303:19,21 |
| 354:13 | 234:22 | 187:9 191:3 | 194:13 | 334:4 |
| 358:16 | 235:13,18 | 260:3 278:6 | 201:24 | 339:12 |
| **impossible** | 235:20 | 280:12 | 217:13,16 | **ineligible** |
| 211:24 | 236:17,22 | 326:14 | 222:17,22 | 239:8 |
| 260:23 | 237:12,13 | **includes** | 222:23 | **influence** |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028547

USA_00016774

Case 2:13-cv-00193 Document 660-27 Filed on 11/11/14 in TXSD Page 31 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 87 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011

392

344:24
influx
320:9
inform
189:4 203:2
220:13
234:23
information
185:21 211:5
218:6,13
221:11,18
225:5
282:10
291:8,10
303:25
306:10
307:13
321:22
337:3
338:25
348:1
informati...
307:4
informed
182:15
initial
179:16
281:21
350:4
initiative
183:20
inside
295:6
install
282:20
instance
226:18 303:5
instances
196:2
instituted
194:10
insufficient
252:6
insult
197:15
insuring
299:12
integrate

284:10
integrity
174:3,24
175:2
189:15
199:2 200:1
241:5,5
326:5,7
327:25
352:22
354:17
358:20
intent
189:14
217:25
327:16
intention...
183:9
inter
224:12
interacted
278:18
Intercessors
172:21
interest
209:14
246:13
257:22
305:10
353:24
interested
204:7 334:2
366:24
interesting
243:17,25
275:25
interfaces
303:19
Interim
357:5
Internet
203:5 244:5
278:11
364:3
interrupt
229:19
interruption
341:10

intimidated
178:19 196:3
196:5
intimidating
269:20
introducing
187:12
investigate
227:5 333:7
333:16
337:6 338:2
investigated
325:6,17
326:2,20
331:8 339:2
investiga...
245:5 323:16
332:15
338:13
investiga...
217:5 326:22
328:20
332:9 333:8
333:18,22
338:19
investiga...
329:14,19
333:19
335:11
investing
203:1
invite
361:2,6
365:1,2
involve
178:22 239:7
involved
183:23
184:18
199:24
257:1 332:8
339:3
involves
333:15
in-depth
342:3
in-person
286:12

in-state
274:15
irregular...
239:6 363:14
irrespons...
188:20
irritated
182:16
isolated
183:3
issuance
318:2
issue
195:10,17
197:6 237:8
253:12
254:4,21
255:10,21
258:2,16
267:19,21
272:15
274:5
282:21
285:14
302:1
304:13
315:8
355:22
issued
188:13
issues
183:22
205:20
232:8 242:8
267:17
issuing
309:6
item
317:20
I.D
167:1,2,5,8
167:9,17
168:16,19
169:5,15
171:9,10,20
171:25
172:16,19
173:2

174:12,14
174:15,17
177:7,15,21
177:22
178:1,14
180:21,25
181:11
182:6,11,15
183:7,14
184:13
186:3 188:3
188:5 189:8
189:25
192:21,23
197:18,25
199:7,12,12
199:17
208:1
211:25
212:4,17
213:2,2,9
215:23
216:11,16
216:19
217:8,11,12
217:17,19
218:10
219:2,7,10
219:12,25
220:5,18,22
220:24
221:2,7,11
223:13
224:23
226:3 227:8
227:9,13,21
228:3,4
232:9,12,19
234:2
237:10,20
238:4,22
239:1,10,13
239:19
246:1,4,5
251:9 255:2
255:23
260:20,24
261:2
265:25



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028548

USA_00016775

Case 2:13-cv-00193 Document 660-27 Filed on 11/11/14 in TXSD Page 32 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 88 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011

393

| | | | | |
|---|---|---|---|---|
| 266:17 | 351:2,5,24 | 186:25 | 180:25 | **justifica...** |
| 268:24,25 | 352:2,5 | 187:1 190:5 | 181:13,14 | 218:5 |
| 270:17 | 357:8,15,16 | 190:14 | 182:19 | **justifying** |
| 275:13,15 | 358:5,10,12 | 191:1 | 197:13 | 221:23 |
| 276:9 | 359:21 | **Jesus** | 198:13,14 | **Justin** |
| 278:24 | 361:21,23 | 174:8 | 199:4,14,19 | 162:15 |
| 281:7 284:4 | **I.D.s** | **jet** | 224:22 | 213:21 |
| 284:9,18 | 177:17 | 307:22 | 254:3 260:2 | 339:25 |
| 289:4,10 | 178:24 | **job** | 260:4 302:6 | 340:4,7,11 |
| 291:16,23 | 187:15,19 | 182:2 244:24 | 333:5 | 340:17,20 |
| 292:3,6,18 | 188:13 | 252:18 | 338:21 | 341:1,5,15 |
| 292:24 | 193:14,15 | 268:3,8 | 339:2 | 341:20 |
| 293:1 | 197:23 | 275:24 | **judged** | 349:19,24 |
| 296:24 | 206:7 209:4 | 294:24 | 221:19 | 350:11,14 |
| 298:1,14 | 209:11 | 342:6 348:9 | **judges** | 350:19 |
| 299:2,5,18 | 219:9,19 | 354:22 | 180:22 183:2 | 351:9,19 |
| 300:3,17 | 270:24 | 367:11 | 211:5,7 | 353:16 |
| 304:9 | 275:2,6 | **jobs** | 224:23 | 355:11,13 |
| 306:14 | 281:8,16,18 | 167:2 215:25 | 236:10,12 | 355:17,20 |
| 308:17 | 281:22,25 | **John** | 258:6 288:4 | **J.P** |
| 309:17,24 | 282:3,21 | 162:9,13 | 339:11 | 328:14 |
| 310:3,17,21 | 314:5 | 176:9,10 | **judgment** | |
| 310:22 | 317:24 | 200:14,18 | 174:24 | |
| 311:16,23 | 318:1,1,2,4 | 200:19 | 270:15 | **K** |
| 312:25 | 318:14,21 | 201:6,19 | **jump** | **Kansas** |
| 313:5,5 | 319:25 | 202:23 | 239:18 | 283:3 |
| 315:10 | 322:14 | 203:20 | **juncture** | **Katy** |
| 318:22 | 326:17,17 | 204:9,15,19 | 205:6 | 176:7 |
| 319:2,7,9 | 356:18,18 | 208:2,8,16 | **jurisdiction** | **keep** |
| 319:12,13 | | 208:21 | 216:11 | 177:20 |
| 319:18,19 | **J** | 209:8,20 | **jurisdict...** | 242:12 |
| 320:1,4,5 | **jail** | 210:1,4 | 338:2 | 257:21 |
| 320:10,11 | 242:19,25 | 246:14 | **Justice** | 259:2 |
| 320:12 | 311:6 | 273:14,23 | 215:22 | 354:10 |
| 321:9,12,20 | 331:10 | 273:25 | 216:23 | 357:3 |
| 327:18 | **January** | 276:20 | 217:23 | **Kenneth** |
| 328:3 330:1 | 177:9 290:2 | 277:1 | 218:14 | 162:5 179:21 |
| 330:8 | 291:12,13 | **join** | 219:22 | 180:3 |
| 337:19 | 291:13 | 229:3 258:14 | 220:1 | **Kentucky** |
| 343:2 344:6 | 293:1 | **joke** | 221:17 | 177:13,14 |
| 345:25 | 297:13,20 | 186:12 | 223:12,18 | **kept** |
| 346:4,12,12 | 298:17 | **Joseph** | 224:16,19 | 196:5 |
| 346:18,21 | 306:11 | 162:7 192:25 | 225:3,11 | **keyword** |
| 346:25 | 362:17 | 193:3,8,9 | 242:6 | 196:4 |
| 347:6,14,16 | **JBC** | **Joya** | 246:15 | **kids** |
| 347:19 | 260:8 | 172:8 | 248:7,18 | 177:13 |
| 349:16,23 | **Jessica** | **judge** | 341:25 | **kill** |
| 350:1,5,9 | 162:6 186:22 | 167:11 | 357:17 | 357:21 |
| 350:17,22 | | | | **killed** |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028549

USA_00016776

Voter Fraud Hearing - Volume 2                    March 1, 2011

394

| | | | | |
|---|---|---|---|---|
| 344:10 | 168:24 | 262:25 | 352:19,20 | 297:5 |
| **kind** | 171:3 | 263:13,14 | 352:22,23 | **land** |
| 165:15 | 172:17 | 263:21 | 353:1,1,3,4 | 198:25 |
| 193:18 | 176:22 | 264:8,15,20 | 353:5,5,11 | **landed** |
| 197:18,25 | 177:12 | 265:20 | 353:14,15 | 346:23 |
| 208:15 | 179:6,13,13 | 269:2,5,5 | 357:3 360:2 | **language** |
| 238:20 | 179:15 | 269:15,17 | 360:5,5,9 | 190:1 191:21 |
| 241:19 | 181:17 | 270:2 272:8 | 362:7 | 192:20 |
| 245:25 | 188:17,22 | 273:6 | 363:23 | 278:25 |
| 248:5 | 193:13,13 | 275:24 | 364:9,14 | 285:21,23 |
| 257:15 | 193:20,25 | 276:7 | 365:7 | 302:3 310:7 |
| 278:20 | 194:2,4,6,8 | 279:11,17 | **knowledge** | 314:16 |
| 304:2,16 | 194:8,12 | 279:21 | 339:6 351:10 | 315:11 |
| 308:2,3 | 202:7,15 | 280:2,16,20 | **known** | 319:5 |
| 337:18,19 | 203:11 | 282:9,23,24 | 187:3 | **large** |
| 348:21 | 204:5,5 | 283:22 | **knows** | 189:6 193:15 |
| 350:23 | 205:1,1,4 | 284:10,12 | 172:9 218:8 | 203:25 |
| **kindergarten** | 207:9,13 | 286:13 | 218:9 270:3 | 206:8,15 |
| 244:18 | 209:11,17 | 287:1,15,15 | **Ko** | 238:9 245:3 |
| **kinds** | 214:12,25 | 287:20 | 162:13 267:1 | 258:7 |
| 343:6 | 215:6 | 288:14 | 267:4,8,12 | 263:25,25 |
| **King** | 216:19,22 | 290:1,10 | 267:13 | 265:13 |
| 183:19 353:9 | 220:15,16 | 291:8 | 270:11 | 268:11,14 |
| 360:19 | 221:2,6,15 | 292:10,16 | 272:5,24 | 326:21 |
| **Kitson** | 222:19 | 293:10 | 273:6,13 | 330:5 |
| 162:12 | 224:21,24 | 297:9 | 313:25 | **largely** |
| 259:19,22 | 225:4 | 299:21 | **Kory** | 247:3,13 |
| 259:22,23 | 226:20,21 | 300:11,14 | 267:1 | **larger** |
| 263:18 | 230:9 231:5 | 301:14 | **Ku** | 235:20 |
| 264:11 | 231:17,18 | 302:6 303:1 | 362:15,17 | 244:18 |
| 265:1,5,10 | 231:21 | 307:6 309:3 | **K-I-T-S-O-N** | **largest** |
| 265:15,21 | 238:3,7,9 | 309:5,8,15 | 259:19 | 202:3 283:4 |
| 265:24 | 239:21 | 310:8,10 | **K-O** | 325:18 |
| 266:4,10,13 | 242:22 | 313:10 | 267:1 | **Las** |
| 266:24 | 243:3,25 | 314:8,13 | | 334:17 |
| **Klan** | 244:6,6,7 | 315:12,19 | **L** | **Lastly** |
| 362:16,17,24 | 244:14 | 321:16,23 | | 275:20 |
| **Klux** | 247:1,8,12 | 326:4 | **La** | **late** |
| 362:16,17 | 247:14 | 327:24 | 172:8 | 163:9 258:16 |
| **knew** | 248:4,6,16 | 328:6 | **lack** | 260:6 295:3 |
| 164:9 209:9 | 248:21 | 329:10 | 175:2 357:12 | 307:20 |
| 339:2,3 | 249:1,2,15 | 330:18 | 357:23 | 340:25 |
| **know** | 252:11 | 331:19 | **lacking** | **Latino** |
| 164:3 165:10 | 253:2 | 332:17 | 235:3 | 237:21 |
| 165:11 | 254:23 | 339:9,12 | **lady** | **Latinos** |
| 166:6,7,13 | 255:21 | 343:16 | 164:7 167:3 | 238:14 249:6 |
| 167:21 | 257:10 | 344:16,17 | 167:18,25 | **law** |
| 168:5,7,23 | 260:23 | 346:11,19 | 254:8,11,22 | 182:5 212:7 |
| | 261:23,25 | 347:6 350:7 | **laid** | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028550

USA_00016777

Case 2:13-cv-00193 Document 660-27 Filed on 11/11/14 in TXSD Page 34 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 90 of 245

Voter Fraud Hearing - Volume 2                     March 1, 2011

395

| | | | | |
|---|---|---|---|---|
| 213:21 | 351:12 | 250:12 | 235:2 | 172:14 |
| 217:9,10,11 | 357:16,17 | 285:5 | **letter** | 175:11 |
| 217:13,13 | **laws** | **legal** | 191:22 | 177:4,11 |
| 217:14,15 | 164:21 | 163:20 | **letting** | 182:17 |
| 217:17,19 | 217:12 | 166:24 | 195:4 275:17 | 193:21,24 |
| 217:25 | 225:2 233:9 | 225:21 | **let's** | 199:15 |
| 218:9,20,22 | 233:11 | 235:10 | 186:6 188:1 | 235:4 |
| 221:23 | 237:20 | 244:12 | 191:6 | 239:10 |
| 222:19,22 | 244:10 | 245:2,7 | 214:22 | 246:6 247:8 |
| 223:7,9,13 | 246:3 249:8 | 261:23 | 233:12 | 247:16 |
| 223:19,20 | 268:21 | 268:9 329:5 | 234:11 | 263:21 |
| 226:3 227:8 | 269:3,8 | 358:22 | 235:21 | 264:18 |
| 227:9 233:5 | 357:8,15 | **legislating** | 242:12,14 | 266:17 |
| 233:14 | 358:24 | 353:23 | 242:14 | 270:11 |
| 234:16,17 | 360:3 | **legislation** | 292:9,14 | 274:10,16 |
| 234:18,21 | **law's** | 173:13 219:8 | 326:24,25 | 274:19,22 |
| 235:6 | 234:24 | 219:14 | 340:5 353:6 | 276:18,21 |
| 236:22 | **laying** | 222:6 | **level** | 289:15,18 |
| 237:10,23 | 205:3 | 258:13 | 199:2 208:17 | 289:20 |
| 238:21,22 | **LBB** | 282:17,22 | 223:6 250:8 | 290:3,13 |
| 245:22 | 208:7 209:19 | 285:17 | 277:24 | 291:4 |
| 246:18 | **leaders** | 286:1 342:9 | 317:16 | 297:25 |
| 248:3,3 | 257:2 258:20 | 342:22 | **Levitt** | 298:14 |
| 249:13 | **leadership** | 352:18 | 162:15 | 299:19 |
| 250:8 | 321:15 | 354:1,7,10 | 213:21 | 300:3 304:7 |
| 263:22 | **leads** | 355:3 358:5 | 339:25 | 311:24 |
| 268:22 | 184:20 | 358:25 | 340:4,7,11 | 312:2 |
| 283:13,18 | **League** | **legislative** | 340:12,17 | 315:10 |
| 283:20 | 176:12,21 | 200:15,20 | 340:20 | 316:20 |
| 287:15,25 | 178:10 | 258:14 | 341:1,5,15 | 317:1,20 |
| 301:25 | **League's** | 295:4 | 341:21 | 318:6 319:1 |
| 302:25 | 176:23 | **legislators** | 349:19,24 | 319:7,15,17 |
| 303:18 | **learn** | 238:25 | 350:11,14 | 321:16 |
| 304:4,5 | 286:14 | 248:23 | 350:19 | 327:6 |
| 309:21 | **lease** | 352:16 | 351:9,19 | 330:16,19 |
| 313:19 | 270:1 272:21 | 353:12 | 353:16 | 331:18 |
| 315:12 | **leave** | **Legislature** | 355:13,17 | 332:8 |
| 323:5 | 216:17 | 161:2 216:20 | 355:20 | **licenses** |
| 329:25 | 358:16 | 239:23 | **liberal** | 182:9 274:7 |
| 330:7 | **leaves** | 253:17 | 197:21 | 290:14 |
| 333:16 | 365:15 | 291:9 | **Libertarian** | 318:4 |
| 337:18 | **leaving** | 313:22 | 211:2 | 327:13 |
| 340:1 341:5 | 215:24 | 357:5 366:7 | **license** | 330:14,24 |
| 341:6,7,7 | 243:10 | **legitimate** | 166:23 167:7 | 331:11,14 |
| 341:21,25 | **lecture** | 174:11 183:8 | 168:25 | 332:4,5 |
| 345:7 | 267:14 | 233:1 | 169:9 | **Lieutenant** |
| 347:12,19 | **left** | 352:25 | 171:25 | 204:10 |
| 347:24 | 163:6 179:16 | **lengths** | 172:3,4,8 | **life** |
| 348:10,25 | | | | |


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                    March 1, 2011

396

| | | | | |
|---|---|---|---|---|
| 170:11 | 195:5 262:16 | **lives** | 243:24 | **lost** |
| 172:11 | **lists** | 164:3 | 289:23 | 166:12 |
| 173:18 | 303:1 | **living** | 293:11 | 212:21 |
| 270:25 | **literacy** | 362:8 | 302:7 305:2 | 281:15 |
| 349:18 | 363:19 | **lobbying** | 305:5 310:6 | 358:20 |
| 350:1,9 | **literally** | 221:5 | 313:1,6,10 | **lot** |
| 351:2 | 229:24 | **local** | 314:2,9 | 164:5,20 |
| **light** | **literature** | 236:19 238:6 | 315:16 | 177:3 |
| 174:18 | 199:24 | 242:6 | 320:19 | 178:11 |
| 221:24 | **litigation** | 249:12,16 | 332:19,21 | 197:19 |
| **lightening** | 245:19 | 249:21 | 342:2 352:7 | 199:10 |
| 344:10 363:4 | 342:15,17 | 250:8,17 | 364:25 | 202:9 203:8 |
| 363:10 | **littering** | 333:6 338:1 | **looked** | 204:12 |
| **lightly** | 344:16 345:3 | 345:7 | 278:22,23 | 205:8,18 |
| 173:25 | **little** | **localities** | 284:3 | 206:22 |
| **lights** | 165:4,5 | 236:21 | 320:17 | 212:1 216:1 |
| 294:14 | 168:4 | **locally** | 321:17 | 239:7 244:1 |
| **likelihood** | 203:14 | 258:5 338:7 | **looking** | 244:24 |
| 226:14 | 216:9 | **location** | 184:22 197:9 | 245:4 |
| **limbo** | 222:16 | 255:4,4 | 205:2 | 246:21 |
| 253:13 | 226:18 | **locations** | 250:15 | 249:15,16 |
| **limit** | 268:6 275:9 | 237:2 | 275:8 | 264:10 |
| 215:6 | 277:15,20 | **logically** | 290:16,17 | 273:7 274:5 |
| **limited** | 278:11 | 242:15 | 290:20 | 274:6 |
| 163:4 242:7 | 282:10 | **long** | 292:2 333:4 | 277:18 |
| 246:20 | 283:2 | 165:7 176:23 | **looks** | 279:21 |
| 260:15 | 284:14 | 220:19 | 198:22 223:1 | 289:11 |
| 281:18 | 287:3 | 221:12 | 225:5 | 295:16 |
| **line** | 294:23 | 225:18,21 | 230:15 | 297:8 301:9 |
| 236:18 | 301:17 | 243:19,22 | 279:20 | 301:10 |
| 239:22 | 306:20 | 257:19 | 347:12 | 323:15 |
| 268:1 281:4 | 328:12 | 263:10 | **loophole** | 338:1 |
| 317:20 | **live** | 274:14 | 275:11,18 | 347:19 |
| 346:17 | 163:25,25 | 302:4 | **loosens** | 349:16 |
| **list** | 164:3,5,6 | **longer** | 227:25 | 363:7 |
| 178:2 234:9 | 171:3,20 | 224:24 226:6 | **Los** | **lots** |
| 242:12 | 177:13,14 | 271:2 | 213:22 340:1 | 345:3,3 |
| 266:16 | 187:19,21 | 313:25 | 341:22 | 350:1 |
| 290:17 | 188:24 | 314:1 | **lose** | **loud** |
| 291:4 | 195:1 | **long-time** | 212:2,10 | 263:7,9 |
| 303:10,11 | 240:13,16 | 259:10 | 225:10 | **Louis** |
| 303:12 | 240:17 | **look** | 271:11 | 205:16 283:3 |
| 342:14 | 256:18 | 187:23 | **loser** | **love** |
| 348:3,11 | 264:16,17 | 218:15 | 261:17 | 276:7 |
| **listed** | 273:1 | 224:22 | **losing** | **low** |
| 263:20 | 302:15 | 227:5,12 | 164:23 | 178:7 189:12 |
| 290:11 | **lived** | 233:12 | **loss** | 238:14 |
| **listening** | 257:3 | 242:5 | 209:10 | 257:14 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028552

USA_00016779

Case 2:13-cv-00193 Document 660-27 Filed on 11/11/14 in TXSD Page 36 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 92 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011
                                                               397

269:16,17
271:1
358:18
**lower**
178:9
**Loyola**
213:21 340:1
341:5,21
**luck**
228:14
**luxury**
231:19
**lying**
270:2 272:25

**M**

**M**
186:13
**machine**
260:9
**machines**
286:13,14
**magnitude**
287:23
**mail**
186:11
**mailing**
303:9,10
**mailings**
235:2
**mail-in**
324:15,16
325:23,24
326:8
327:25
**main**
241:8 258:17
292:21
310:8
**mainframe**
185:14
**mainframes**
185:22,23
**maintaining**
354:16
**major**
202:7 205:15

206:11
234:9 237:8
237:20
243:2 286:1
313:19
328:1
**majority**
212:12
255:12
268:18,19
268:22
270:18
354:11
**making**
207:6 219:1
219:11,25
265:7 268:1
347:2
352:23
354:22
**malapport...**
226:5
**man**
167:24,25
172:4 174:7
260:10,22
**manage**
350:25 351:1
**managed**
343:9
**mandate**
249:12 288:6
288:18,18
**mandates**
249:20
295:21
310:8
**manipulate**
164:16
**mannerisms**
276:6
**manuals**
188:9
**manufactu...**
184:19
**man's**
168:1
**March**

161:5 258:12
366:8
**marching**
353:9
**mark**
162:4 172:21
172:24
175:16,18
175:22
176:1,6,6
233:6
269:14
**market**
202:3,4,5
205:16,16
206:11
279:22
280:8
**marketing**
282:3 283:5
**markets**
202:7,9
206:15,16
206:20
277:18
283:2
**Marler**
176:9
**marriage**
174:7
**married**
179:16
**marry**
178:5
**Mary**
162:11
253:24
254:2,2
255:18
256:1,8
321:11
**Maryland**
236:8 281:17
282:24
**mass**
362:4
**match**
290:12,23

302:1,9
308:12
313:24
348:2
**matching**
267:17
290:20
**material**
236:17
281:10
**materials**
301:15
**matter**
175:13 196:3
200:2
203:22
249:3
256:24
331:8
361:11
**mattered**
257:12
**maximum**
241:9
**Maxwell**
162:15
322:22
323:4,5,10
323:11,17
323:20,25
324:5,8,16
324:18,21
324:25
325:7,11,20
325:24
326:2,10,15
326:18,25
327:3,7,10
327:19,21
328:9,13,19
329:3,6,9
329:18,22
330:3,10,20
331:1,4,7
331:15,21
332:7,12,23
333:2 334:9
334:13,18

335:1,9,14
335:18,22
336:10,14
336:17,22
337:4,7,11
337:16,21
338:5,10,15
338:18,24
339:15,20
**ma'am**
166:15
178:25
196:24
240:16
262:6 266:5
**McGeehan**
162:14 277:2
277:6,7,21
279:8,11,14
279:17
280:2,6,12
280:15,19
282:5,8,14
282:19
283:14,21
284:24
285:10,20
285:24
286:5,21
287:9,12
288:1,12,20
288:24
289:6,22
290:1,15
291:6,19,24
292:7,14
293:7,20
294:5,21
295:1,13,19
296:1,9,17
296:25
297:6,15,18
297:21
298:2,7,12
298:19
299:4,11,20
300:6,14
301:13,24



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028553

USA_00016780

Voter Fraud Hearing - Volume 2                March 1, 2011

398

302:18,21
303:2 304:3
304:17,21
305:1 306:3
306:8,17,20
306:23
307:3 308:1
308:14,18
309:3,14,20
309:25
310:6 311:4
311:8,12,18
311:25
312:4,7,10
312:15,17
312:22
313:9,14,20
314:3,7,13
314:20
315:2,5,7
315:21
316:8,14
**Mclaugherty**
162:2 166:16
166:19,19
166:20,22
169:14
**mean**
164:14
193:11
195:19
203:9,16
204:1
206:21
207:13
222:21
225:7,18
239:24
241:8 242:3
242:14
248:11
249:23
287:7,13
289:17
290:6 292:2
294:15
296:25
299:25

305:1 307:1
307:19,21
308:22
313:20
314:4
318:19
320:10
326:19
327:21
338:6
**meaning**
309:25
**meaningful**
175:7
**means**
169:9 175:3
180:18
183:3 228:1
246:9
261:18
262:2 345:1
354:15
**measure**
227:7 233:6
233:7
**measures**
175:1 194:15
218:19,19
218:21
233:4
270:21
330:18
**mechanism**
308:23
**mechanisms**
269:14
**Med**
244:19
**media**
189:13 202:3
203:3 206:4
206:9,16
208:23
267:19
280:7,23
283:2 305:6
305:9
357:19

**Medicaid**
169:6
**Medicare**
169:6 185:8
**medicine**
197:25
**medium-sized**
202:9
**meet**
168:18
217:24,24
220:8
**meeting**
178:24
212:16
221:13
**meets**
337:11
**member**
274:2
**members**
163:2 165:23
169:17
170:6
171:14
174:1 179:1
181:4 184:3
186:18
189:20
191:4
194:19
196:25
198:3,9
200:11,19
209:25
213:15
220:16
222:13
228:7
229:21
232:1 240:9
250:22
251:16
253:23
255:24
256:5,15
258:1,2,5,8
258:15

259:6 262:7
271:25
273:11,24
276:12
277:9
294:13,17
316:16,18
316:25
317:3
322:20
339:22
341:11,16
349:12
355:6,21
365:22
**membership**
362:17,18,24
**memories**
353:9
**Mens**
329:2,4
**mental**
329:5
**mentality**
197:16
**mention**
245:21
275:19
345:13
358:17
**mentioned**
180:12
196:19
252:10
272:19
274:8
297:10
334:21
341:20
351:11
**mentioning**
316:1 344:12
**merge**
308:11
**merit**
333:8,22
**mess**
205:21

**message**
232:19
**messed**
166:17
**messes**
165:9
**met**
183:1 263:13
336:9
**method**
180:24
333:13
**methodology**
279:7 320:25
336:18
**methods**
333:17
**meticulous**
182:1
**Metroplex**
279:25
280:18
**Mexican**
172:4 211:16
**Mexico**
164:2
**Michelle**
162:8 198:4
198:6,7,7
198:10
**Michigan**
313:11
**microphone**
277:12
**microphones**
214:4
**mid-term**
234:2
**military**
167:7 246:5
**million**
188:19,25
189:3 201:8
202:2 203:1
205:15
207:3,16,25
208:14,23



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028554

USA_00016781

Case 2:13-cv-00193 Document 660-27 Filed on 11/11/14 in TXSD Page 38 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 94 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011

399

| | | | | |
|---|---|---|---|---|
| 209:17 | minister | 318:7,9,12 | 225:22 | 179:16 |
| 233:20,21 | 172:21 173:4 | model | 227:1 228:8 | 180:2 181:8 |
| 233:22,23 | 173:10 | 278:20 | 228:9,13 | 181:20 |
| 233:24 | ministers | modern | 230:4 | 182:11,13 |
| 234:1 | 173:22 | 174:16 | 248:17 | 185:7,10,18 |
| 235:14,16 | minor | 349:17 | motor | 185:18 |
| 235:18,19 | 287:5 | molasses | 221:14 237:5 | 186:6,7 |
| 235:22 | minority | 363:6 | mouth | 187:1 193:8 |
| 238:12 | 182:23 | moment | 271:14 | 198:10 |
| 252:6,12,16 | 195:10,16 | 228:16 | move | 200:19 |
| 271:14 | 218:1 222:1 | 230:20 | 163:3 | 210:19 |
| 278:4,6 | 222:4 | 249:7 | moved | 215:16,20 |
| 279:2 280:3 | 346:15 | 340:16 | 266:19 | 231:24 |
| 281:7,12,14 | 364:8 | monetary | 274:18 | 232:4 |
| 281:17,19 | minute | 241:2 | 302:14 | 251:18 |
| 281:23,25 | 218:21 238:3 | money | 303:7 | 255:23 |
| 282:1,5 | 327:1 | 190:3 199:10 | movement | 256:18 |
| 284:12 | 332:24 | 202:5 203:8 | 353:8 | 259:23 |
| 285:5 | minutes | 204:12,24 | movie | 260:17 |
| 289:21 | 163:4,11 | 205:8,18 | 361:9,16,24 | 267:11,12 |
| 291:15 | 176:17 | 206:22 | 362:1,15,16 | 267:17 |
| 295:22,23 | 213:19 | 207:7,12 | 362:24 | 270:8 |
| 296:3,12,20 | 215:15 | 232:20,22 | 363:2,5,7 | 273:25 |
| 297:10,23 | 228:20 | 235:9 | 363:16 | 303:10,15 |
| 298:1,10,16 | 229:18,19 | 246:24 | 364:17,25 | 316:25 |
| 299:5,6,8 | 229:20 | 271:13 | 365:2 | 323:4 325:3 |
| 299:15 | 341:9,13 | 295:18,25 | movies | 339:4 |
| 304:20,24 | misreading | 296:2,5,7 | 361:15 | 341:20 |
| 306:19,21 | 254:14 | 297:2 | moving | 359:20 |
| 318:25 | missed | 300:11 | 248:9 | 361:9 |
| 319:3 320:3 | 336:4,5 | 310:16 | Mt | names |
| 320:7 321:2 | missing | monies | 174:6 | 179:7 255:24 |
| 321:3 | 337:14 | 296:23 | multiple | 301:19 |
| 339:16,20 | Missouri | monitor | 211:22 235:2 | 302:1,4 |
| millions | 189:10 | 310:16 | 326:17 | NAO |
| 232:22 | 205:14 | Montgomery | municipal... | 184:11,19 |
| 239:24 | 235:11 | 236:9 | 249:12 | NAO's |
| 271:10 | 236:6 | months | muster | 184:12 |
| 344:9 | 252:11 | 226:7 | 223:20 | narrower |
| 345:11 | 279:20 | Moore | M-A-R-L-E-R | 246:8 |
| mind | 281:6,10 | 162:10 215:1 | 176:11 | nation |
| 233:18 267:4 | 282:9 283:3 | 215:4,8,11 | | 357:8 361:10 |
| 270:16 | misunders... | 215:13,19 | **N** | 361:10 |
| 328:10 | 265:17 | 215:20 | name | national |
| 329:11 | mobile | 222:12,14 | 168:1 171:17 | 238:17 303:3 |
| 354:10 | 189:7 | 222:15 | 172:1 176:5 | 334:16 |
| minimum | Mobility | 223:3 224:1 | 176:20 | Nationally |
| 234:3 | | 224:6,15 | 178:3,4 | 252:21 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028555

USA_00016782

Voter Fraud Hearing - Volume 2                    March 1, 2011

400

| | | | | |
|---|---|---|---|---|
| nations | 241:10,16 | 366:20 | 280:15 | 202:11,16 |
| 174:6 | 242:17 | Network | nice | 204:14 |
| naturalized | 243:7,24 | 184:4,10 | 364:9 | 233:2,16 |
| 197:11,12 | 261:24 | neutral | nicely | 234:13 |
| near | 262:16,19 | 186:23 | 214:2 | 236:11,20 |
| 180:11,15 | 263:11 | 215:10 | night | 260:16 |
| nearby | 264:24 | 216:7 277:4 | 163:23 | 275:11,11 |
| 177:16 | 267:7 | neutrally | nights | 277:14,15 |
| nearest | 270:25 | 200:16 | 196:22 | 278:22 |
| 247:5 | 274:15 | 273:17 | nobody's | 281:14,20 |
| nebulous | 275:6 | 316:22 | 345:4 | 284:2,8 |
| 263:4 | 300:23 | never | nonpartisan | 285:2 |
| necessarily | 302:7 | 167:21 | 232:6 | 295:19 |
| 274:7,15 | 307:12 | 209:18 | nonprofit | 300:9 308:5 |
| 290:6 | 314:21 | 238:19 | 216:1 | 320:15 |
| 300:25 | 315:15 | 239:2 360:9 | non-citizen | 321:4 |
| 314:15 | 320:8,10 | new | 328:5,8 | 322:12,13 |
| 330:7 | 325:10 | 177:25 | non-citiz... | noted |
| 339:12 | 330:15,16 | 178:23 | 328:6 | 246:16 276:2 |
| necessary | 344:25 | 180:8 | non-citizens | notes |
| 187:10 | 354:3,10 | 188:17 | 329:1,16 | 183:2 192:4 |
| 189:10 | 355:1 | 189:1,9 | non-discr... | 192:5 |
| 193:23 | 356:17,18 | 196:21 | 237:18 | 205:13 |
| 199:22 | 360:15 | 217:9,19 | non-minority | 236:1,3 |
| 235:10 | needed | 228:10 | 195:16 | noticeable |
| 237:3 | 181:23 | 234:18,20 | non-partisan | 258:3 |
| 309:10 | 236:21 | 235:13 | 341:24 | noticed |
| need | 248:15 | 236:4,4,15 | non-TDL | 168:2 185:10 |
| 164:20 | 296:23 | 236:20,22 | 308:17 | 260:12 |
| 167:12,12 | needle | 238:14 | noon | 275:11 |
| 167:13 | 339:6 | 243:20 | 182:10 | noting |
| 169:4,10 | needless | 278:7 284:4 | normal | 235:6 |
| 171:7 | 178:22 | 284:18 | 203:17 | November |
| 188:16 | needs | 285:17 | 301:12 | 181:12 260:1 |
| 190:22 | 178:21 226:5 | 292:12,13 | normally | 303:6,16 |
| 193:3,4,6 | 230:3 | 292:18 | 301:14 | Ns |
| 197:16,23 | 262:15 | 293:2,15 | north | 228:22 |
| 201:13 | 365:18 | 300:17 | 247:6,17 | nuanced |
| 203:8 205:1 | negligible | 319:25 | 252:14 | 185:6 |
| 205:10 | 342:20 | 320:4 342:9 | notable | Nueces |
| 207:11 | neighborhood | 347:19,25 | 343:10 | 256:19 |
| 214:3 | 187:24 | 360:3 362:5 | note | number |
| 216:20 | 211:20 | newly-freed | 188:20,21 | 177:18 193:5 |
| 218:5,7,21 | 264:16 | 362:3 | 190:2,8 | 193:15 |
| 220:11,12 | neighborh... | news | 191:17 | 202:21 |
| 220:14 | 360:17 | 237:6 | 201:4,5,7 | 203:10,11 |
| 226:2 229:4 | neither | newspaper | 201:20 | 204:18 |
| 236:7,15 | 299:10,11 | 278:11 | | 208:14 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001901

TX_00028556

USA_00016783

Case 2:13-cv-00193 Document 660-27 Filed on 11/11/14 in TXSD Page 40 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 96 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011

401

209:19
236:13
238:9 239:5
241:9
245:16
261:15
263:23,24
265:13
268:10
277:20
279:16,18
289:15,15
289:18
290:4,22
291:4,5,11
291:12
298:5,10
299:3,4,6,7
304:7,8
307:11
308:21
321:1,1
325:10,10
327:6 330:5
364:3,8,11
**numbers**
209:16
235:21
238:8 266:9
272:16
297:11
299:10,15
318:24
320:1,13
323:17
352:8,8
**number's**
204:1
**numerous**
187:20
238:17
268:11
**nursing**
207:9 244:19
343:24

─────
O
─────
**object**

223:12,19
**objection**
251:5
**Objective**
163:20
**objectives**
353:19
**observation**
207:1
**observations**
185:1
**obtaining**
177:22 188:3
334:6
358:11
**obviously**
217:15 225:7
228:4,16
239:9 241:8
245:4 339:4
339:5
**occasional**
242:11
**occasionally**
344:1,3
**occur**
239:6 268:8
284:20
**occurred**
183:4 334:16
**occurring**
221:5 364:9
**occurs**
289:5
**October**
185:9
**offended**
195:10
**offenses**
331:8
**offensive**
196:9
**offer**
172:11
310:24
360:8
**offered**

182:17
**office**
167:3 200:3
202:17
203:12,15
204:7 223:1
258:15
277:7 278:1
286:15
290:18
322:23
323:6,14,24
331:19
336:7,9
337:2
366:10,18
**offices**
178:12
332:18
**official**
204:6 285:7
290:17
333:6
344:12
**officials**
237:12 238:6
238:6,25
250:10
251:8 295:9
300:20
347:4
**offset**
218:20
227:20
228:2
**offsets**
358:9
**Ogden**
204:21
**oh**
166:3,9
201:17
229:1
231:15
240:17
254:13,23
263:2,2
266:13

267:12
269:4
286:21
355:8
**Ohio**
313:13,14
**ois**
171:18
**okay**
169:14
172:20
175:18
176:11
179:2
183:10
185:20
186:16
192:12
201:15,22
202:22
203:23
208:21
209:3,13
213:18,22
214:22
222:22
224:10
231:12,14
231:22
240:20
250:19
259:18
267:12
279:19
280:5,25
282:7
283:15
285:25
289:2 292:9
294:6,7
295:22
298:20
306:5,5,15
312:23
315:22
316:20
318:15
322:11,17

324:2
325:15
326:1,15,23
327:11,20
327:20
328:11
330:21
336:1,21,23
337:6,13,14
337:16
338:9 355:5
355:11,15
357:2,2
359:12
**Oklahoma**
276:17
**old**
169:4,7
181:10
353:6 361:8
363:6
**once**
234:21
260:24
261:3
296:20
360:5,24
**ones**
211:22 248:8
298:22
299:10
325:11,13
**one's**
173:14
**one-fourth**
281:10,13
**one-point**
281:12
**one-sided**
353:14
**one-third**
177:6
**one-way**
263:5
**ongoing**
179:7 193:16
284:21
294:23



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028557

USA_00016784

Case 2:13-cv-00193 Document 660-27 Filed on 11/11/14 in TXSD Page 41 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 97 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011

402

| | | | | |
|---|---|---|---|---|
| online | 235:11 | outstanding | paper | 363:17 |
| 197:1 228:20 | 271:5 | 229:1 | 344:21 | parties |
| 286:8,11 | 272:21 | outweigh | papers | 212:22 |
| 288:13 | 276:9 | 200:1 348:23 | 242:17 | 366:22 |
| 293:13 | 318:21,21 | out-of-state | paranoid | partisan |
| 295:6,7 | 354:25 | 182:8 | 165:5 | 165:12,13,15 |
| 355:16 | ordinances | overall | pardon | 175:5 |
| open | 174:23 | 249:6 295:20 | 289:19 | partisanship |
| 192:21 | organization | 296:11 | parents | 249:4 |
| 224:20 | 232:7 334:1 | overreaction | 271:4 274:21 | partison |
| 271:23 | 360:21 | 164:25 | park | 165:16 |
| operate | 362:21 | overwhelm... | 273:7 | parts |
| 286:14 | organizat... | 352:21 | parole | 216:12 |
| opinion | 184:11,12 | overworked | 324:12 | 243:21,23 |
| 222:1 226:25 | 216:2 | 250:13 | part | party |
| opinions | organized | owe | 185:17 212:5 | 179:22 180:4 |
| 182:7 237:9 | 183:19 | 262:2,12 | 221:4 234:3 | 183:22 |
| 248:5 | Organizers | OWLS | 247:14 | 212:25 |
| opportuni... | 184:5 | 163:19 | 257:9 | 213:1 |
| 309:2 | original | 171:19 | 268:15 | 264:22 |
| opportunity | 198:17 200:9 | ownership | 294:24 | 360:12 |
| 173:24 | 298:25 | 218:11 | 295:14 | Paso |
| 176:20 | 320:20 | O'Brien | 301:11 | 279:24 |
| 180:6,22 | 348:12 | 162:9 200:15 | 344:13 | pass |
| 187:7 | originally | 200:18,19 | participate | 173:13 |
| 245:21 | 269:19 | 201:6,19 | 218:2 241:9 | 188:21 |
| 251:17 | 274:17 | 202:23 | 257:21 | 216:20 |
| 314:25 | 295:18 | 203:20 | 354:19,20 | 233:10,14 |
| 340:3 | other's | 204:9,15,19 | 365:11 | 239:23 |
| 341:19 | 353:15 | 208:2,8,16 | particular | 248:3 |
| 349:2 | outcome | 208:21 | 218:7 219:4 | 273:21 |
| opposed | 175:14 261:6 | 209:8,20,25 | 219:5,14,21 | 318:20 |
| 307:25 | 261:20 | 210:1,4 | 232:9 | 354:12 |
| opposes | 366:24 | | 240:24 | 363:24 |
| 213:10 | outlets | | 257:7 | passage |
| opposite | 189:13 | **P** | 260:12 | 281:21 |
| 252:24 | outreach | Page | 263:14,15 | passed |
| optional | 189:7,17 | 162:17 190:8 | 303:18 | 189:2 194:15 |
| 288:8 | 220:10,14 | 208:18 | 317:17 | 216:19 |
| options | 220:21 | pages | 334:22 | 217:11 |
| 178:16,17 | 235:12,15 | 182:5 183:24 | 342:22 | 223:21 |
| ordained | 235:17 | paid | 343:1 | 226:15 |
| 173:4 | 252:2,4,12 | 185:5 | 345:10 | 234:17,17 |
| order | 271:15 | panel | particularly | 245:18 |
| 173:17 188:6 | 278:17 | 224:22 | 173:19 | 254:13 |
| 194:17 | 308:24 | 262:17 | 218:25 | 277:23 |
| 209:1 | outset | panicky | 221:24 | 278:23 |
| 234:15 | 245:14 | 165:4 | 353:4 | 283:12 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001903

TX_00028558

USA_00016785

Voter Fraud Hearing - Volume 2                      March 1, 2011

403

| | | | | |
|---|---|---|---|---|
| 296:20 | 163:22 164:1 | 270:2,5,24 | 363:12,15 | 204:5 |
| 306:7 | 164:2,5,25 | 271:6 | 363:17,20 | **perjury** |
| **passes** | 165:8 | 272:20,25 | 363:20,21 | 311:2 |
| 253:17 | 166:12 | 281:12 | 363:25 | **permissible** |
| 270:22 | 167:17 | 287:18 | 364:3,10,11 | 219:12 |
| 271:11 | 168:18 | 289:3,11,12 | 364:20,21 | **permitted** |
| **passing** | 171:6,24 | 289:13,17 | **people's** | 270:14 |
| 223:19 334:7 | 177:20 | 289:19 | 226:21 | 292:17 |
| 357:8 | 178:15,18 | 290:4 291:3 | 241:14 | **perpetuates** |
| 364:12 | 187:5,14,15 | 291:11 | 243:1 | 364:13 |
| **passport** | 187:22 | 298:10 | 308:24 | **persisted** |
| 167:7 177:11 | 188:16,23 | 299:18,24 | 310:1,4 | 243:22 |
| 246:7 | 189:9,11 | 300:2 | 353:13 | **persistently** |
| 276:23 | 194:1,13,17 | 305:10 | 354:18 | 269:17 |
| **passports** | 195:9,22 | 308:9 | **percent** | **person** |
| 246:11 | 196:1,2,7 | 309:11 | 177:5 180:18 | 165:3,21 |
| **patience** | 197:10,23 | 310:20 | 246:10 | 179:8 |
| 349:11 | 199:14 | 311:14 | 247:4 | 182:14,18 |
| **patient** | 209:11 | 313:6,17 | 252:22,23 | 199:8 |
| 302:20 | 211:22 | 314:2 | 252:24 | 213:10 |
| **Patrick** | 220:5 221:6 | 318:17,22 | 261:8,12,16 | 233:25 |
| 187:12 | 221:11 | 319:1,11,24 | 296:2 | 255:3,5 |
| **Patriots** | 227:13,21 | 320:3,11 | 298:16 | 267:25 |
| 183:19 | 229:13,15 | 321:8,19 | 317:12,14 | 271:18,18 |
| 186:19 | 233:13 | 324:10 | 317:23 | 291:1 |
| 360:19 | 234:6 | 326:17 | 319:24 | 293:18 |
| **pay** | 237:24 | 327:5 | 320:3,5,14 | 310:25 |
| 222:4 287:2 | 238:10,12 | 328:15 | 350:21,25 | 315:8 329:8 |
| 305:6 | 238:13 | 331:10 | 361:22,23 | 359:18,19 |
| 319:11 | 239:7 241:9 | 332:2,5,19 | 364:10 | 359:23 |
| **paying** | 241:11 | 337:19 | **percentage** | **personal** |
| 319:24 320:4 | 242:16 | 339:3,17,20 | 263:25 | 182:7 184:25 |
| **pen** | 243:4,10,11 | 343:20,23 | 319:11 | 227:2 |
| 168:13 | 243:17,19 | 345:17 | 320:6 | 269:18,18 |
| **Pena** | 244:3,5,10 | 346:6,8,10 | **perception** | **personally** |
| 208:12 | 245:6 246:9 | 347:5 348:4 | 194:3,5 | 196:14 |
| **penalty** | 247:17,19 | 350:17 | 358:17 | 257:10 |
| 311:1,6 | 249:7,19 | 351:16,22 | **Perfect** | 278:19 |
| **pending** | 250:8,12,17 | 351:24 | 323:21,22 | **persons** |
| 365:16 | 255:14 | 353:2,4,9 | **perform** | 242:11 |
| **penitentiary** | 257:10 | 353:11 | 237:23 | 310:23 |
| 168:14 | 262:23 | 354:7 | 292:13 | 345:1 |
| **penny** | 263:8 264:9 | 357:23 | **period** | **person's** |
| 244:16 | 264:15,15 | 358:20 | 260:6 297:23 | 254:17 255:5 |
| **pensive** | 264:24,25 | 360:1,8,15 | 303:12 | 307:16 |
| 345:11 | 265:13,18 | 361:14,19 | **periods** | 325:3 |
| **people** | 266:15,18 | 361:22,24 | 314:5 | **phantom** |
| | 269:4,6,12 | 362:6,9,11 | **periphery** | 239:25 |
| | 269:13,25 | 362:25 | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028559

USA_00016786

Voter Fraud Hearing - Volume 2                     March 1, 2011

404

| | | | | |
|---|---|---|---|---|
| phase | 320:10,12 | 274:14 | 226:13 | 286:3,7,8 |
| 271:2 | 321:12 | 291:7 | 238:3 | 286:25 |
| phenomenon | 346:18,25 | 293:23 | 271:10 | 287:1,7,14 |
| 243:20 346:1 | 347:14 | 324:24 | 274:19 | 287:19 |
| phone | 357:16,17 | 342:11 | 284:14 | 288:21 |
| 193:5 | 358:10,11 | 345:18 | 307:3 | 289:3 |
| phones | 359:21 | 348:21 | 335:10 | 292:11,12 |
| 345:21 | photograph | placed | 363:7 | 293:14 |
| phonetic | 246:2 | 249:21 | points | 312:6 |
| 195:21 | photographs | places | 177:3 | 314:24 |
| 204:21 | 264:3 | 196:20 237:6 | poised | 316:5,13 |
| 222:1 230:6 | photos | 247:15 | 188:23 | 339:12 |
| 251:23 | 308:12,17,17 | 255:7 295:6 | policies | 344:23 |
| 270:12 | 308:24 | 350:1,2 | 194:10 342:1 | 347:4 |
| 297:5 | 310:4 | plan | 342:3 | polling |
| 308:11 | photo-sho... | 297:2 | policy | 175:11 |
| 321:12 | 360:23 | plane | 187:2 188:8 | 187:24 |
| photo | physical | 346:21 | 194:10 | 196:20 |
| 172:18 | 232:11 | planned | 238:7 239:4 | 197:14 |
| 174:12,14 | 342:16 | 218:23 | 241:14 | 242:24 |
| 174:14,17 | pick | plans | 313:21 | 255:7 |
| 177:22 | 269:23 | 219:3 226:12 | 342:21 | 293:23 |
| 178:20,23 | 327:14 | 283:24 | 346:2 | 295:6 |
| 180:25 | picture | 285:14 | policymakers | 324:23 |
| 181:11 | 167:1,2,9 | 288:12 | 272:10 | 342:11 |
| 187:15,19 | 168:20 | 352:17 | policymaking | 345:18 |
| 188:3,5,11 | 169:4 172:5 | play | 188:21 | polls |
| 188:13 | 255:2 264:2 | 222:18,25 | polite | 182:3 183:17 |
| 212:4,17 | 307:17 | 308:2 | 346:20 | 196:5 |
| 213:2,9 | 361:7,8 | please | political | 232:25 |
| 215:23 | pictures | 170:3,9 | 184:10 204:2 | 238:24 |
| 219:19 | 309:10 310:1 | 180:1 | 335:21 | 239:3,6 |
| 221:1,6 | pieces | 194:20 | 360:21 | 269:7 |
| 234:7 246:1 | 172:15 219:8 | 202:12 | poll | 271:19 |
| 258:21 | 219:14 | 210:19 | 167:10 183:2 | 308:23 |
| 260:20 | Pitts | 212:3 | 183:21,21 | 342:23 |
| 268:24 | 204:21 297:5 | 215:15 | 220:1 236:8 | 343:4,13 |
| 282:21 | place | 229:18 | 237:16,23 | 347:2 |
| 289:4,10 | 164:21 | 267:10 | 252:7 253:1 | 348:13,18 |
| 296:24 | 187:24 | pled | 254:7,8 | 348:23 |
| 304:9 308:8 | 197:14 | 168:9 | 255:11 | 353:3,11 |
| 308:9 310:3 | 218:22 | point | 258:6 260:4 | poor |
| 310:21,22 | 225:20 | 166:2,7 | 260:9,9,11 | 168:18 195:8 |
| 311:16 | 226:24 | 177:21 | 268:2,2,15 | 220:16 |
| 312:25,25 | 242:24 | 182:1 | 270:10,13 | popular |
| 313:4,5 | 247:8 | 196:11 | 270:16 | 361:10 |
| 314:5 | 255:24 | 197:9 207:5 | 275:16,17 | population |
| 318:22 | 258:24 | 213:7 | 281:8 285:7 | 180:17 189:7 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001905

TX_00028560

USA_00016787

Voter Fraud Hearing - Volume 2                    March 1, 2011

| | | | | |
|---|---|---|---|---|
| 233:21,23 | 197:23 | **prescription** | 352:21 | **prior** |
| 235:17,20 | 349:22 | 171:9 | 354:22 | 266:18 |
| 241:25 | **practice** | **present** | 355:1,1 | 283:11 |
| 248:25 | 203:21,21 | 180:25 | **prevalence** | 290:2 |
| 281:11,17 | 287:7 | 182:10 | 357:6 | 298:22 |
| 281:23 | **practiced** | 210:13,23 | **prevent** | 303:23 |
| **populations** | 198:24 | 245:25 | 255:3 261:1 | **priorities** |
| 220:15 | **practices** | 261:1 304:8 | 261:2 | 275:10 324:1 |
| **portion** | 198:24 | 349:2 | 313:17 | **priority** |
| 310:16 | 293:12 | **presented** | 327:17 | 323:23 |
| 325:18 | 315:18 | 205:19 | 343:14 | 345:10,11 |
| 326:21 | **precinct** | 314:19 | 345:25 | **prison** |
| **position** | 168:13 178:1 | **presenting** | **prevented** | 348:15 |
| 174:2 251:20 | 181:15,16 | 357:22 | 188:3 238:20 | **private** |
| **positions** | 198:13 | **preserve** | **preventing** | 163:13 |
| 167:14 | 199:6,15 | 241:5 | 310:20 | 184:15 |
| **possibility** | 212:11,12 | **preserving** | 346:10 | 215:8 216:6 |
| 205:2 245:22 | 236:12 | 327:24 | **previous** | 267:15 |
| **possible** | 260:3 261:4 | **President** | 188:4 195:5 | 336:6 337:1 |
| 257:18 | 261:19 | 176:21 184:9 | 216:21 | 345:13 |
| 269:24 | 307:10 | 246:16 | 228:1 | 350:2,3 |
| 285:2 292:2 | **precincts** | 257:24 | **previously** | **Privett** |
| 308:10 | 236:14 | 363:3,8 | 278:9 312:20 | 176:19,20 |
| 350:4 | 261:18 | 364:4 | **Previtter** | 179:2,9,12 |
| 358:18 | 264:24 | 365:13 | 162:4 176:12 | 179:18 |
| **possibly** | 360:15,16 | **Presidential** | **price** | **privilege** |
| 207:9,10 | **preclearance** | 233:19 253:5 | 241:2 | 181:2 341:22 |
| 225:19 | 216:20 | **President's** | **prided** | 346:16 |
| 291:22 | 217:18 | 191:5 244:7 | 342:3 | **privileges** |
| 342:25 | **precleared** | **presiding** | **primarily** | 195:17 |
| 343:2,14 | 219:15 | 181:14 | 173:4 324:15 | **proactive** |
| 345:25 | **preclearing** | 182:18 | **primary** | 333:3 |
| **postage** | 248:19 | 260:4 | 211:15 | **proactively** |
| 300:24 | **predicament** | **pressure** | 236:10 | 333:19 |
| **potential** | 211:9 | 343:24 | **principle** | **probable** |
| 217:5 272:6 | **predictable** | **presumably** | 173:18,19 | 233:11 |
| 272:12,15 | 217:2 | 299:23 300:2 | 174:9 | **probably** |
| 321:24 | **preference** | **pretend** | **principles** | 166:17 181:9 |
| 342:15 | 218:3 227:3 | 195:11 | 256:21,23 | 182:21 |
| 347:3 357:9 | **preferred** | **pretending** | **print** | 202:5,9 |
| 357:19 | 203:21 | 324:25 343:3 | 283:8 | 203:8 204:4 |
| **potentially** | **preliminary** | 354:24 | **printer** | 204:7 |
| 266:18 | 309:4 | **pretty** | 307:22 | 243:24 |
| **potentials** | **prepare** | 250:13,13,13 | **printing** | 254:16 |
| 272:9 | 278:21 284:1 | 283:12 | 236:17 238:1 | 274:23 |
| **poverty** | 320:18 | 307:18 | **prints** | 295:3 305:2 |
| 234:5 | **preparing** | 308:21 | 203:4 | 308:21 |
| **practically** | 284:25 | 314:9 | | 318:25 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028561

USA_00016788

Case 2:13-cv-00193 Document 660-27 Filed on 11/11/14 in TXSD Page 45 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 101 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011

406

| | | | | |
|---|---|---|---|---|
| 325:12 | 183:7 187:6 | 355:5,7,15 | 360:3 | 211:24 |
| 327:12 | 189:15 | **profit** | 363:13 | 221:1 |
| 331:9 | 199:3,5 | 216:1 | 364:7 | 269:22 |
| **probation** | 200:2 204:8 | **program** | **proper** | 270:1 |
| 324:12 | 205:12 | 232:22 252:5 | 185:18 253:9 | 272:21 |
| **problem** | 212:5 | 252:7,12 | **properly** | 346:8 |
| 164:17 | 216:10 | 279:5 | 205:20 | 358:21 |
| 168:19 | 218:2 222:7 | 283:19 | **proponent** | **proved** |
| 171:5,21 | 224:25,25 | 284:5,11 | 196:15 | 360:7 |
| 172:10 | 225:17,21 | 305:4 | **proportio...** | **provide** |
| 177:18 | 225:21,23 | **programming** | 238:13 | 178:23 211:4 |
| 178:6 | 243:10,11 | 185:23 | **proposal** | 220:4 |
| 182:15 | 245:13,19 | **programs** | 216:15 | 221:12,16 |
| 184:22,23 | 257:10 | 178:23 | **proposals** | 234:2 |
| 193:6 | 258:11 | 185:14 | 194:14 | 238:15 |
| 230:20 | 269:20 | 188:23 | **proposed** | 269:25 |
| 232:17,23 | 284:16 | 220:10,12 | 189:5 191:21 | 281:18,22 |
| 237:21 | 292:15 | 220:13,14 | 193:11 | 281:25 |
| 239:25 | 295:7 326:7 | 220:21 | **prosecute** | 290:7 299:1 |
| 242:1,7 | 327:25 | 232:21 | 330:6 344:15 | 303:24 |
| 243:2 | 346:10 | 283:25 | **prosecuted** | 304:7,10 |
| 252:20 | 352:23 | **progress** | 264:4 329:8 | 317:16 |
| 253:10 | 354:16 | 364:16 | **prosecutions** | 321:13 |
| 260:17 | **processed** | **Progresso** | 242:5 | **provided** |
| 262:14 | 253:4 | 163:23 164:1 | **prosecutor** | 193:25 |
| 270:10 | **processes** | 164:6 | 327:2 | 208:16 |
| 272:8 275:4 | 173:20 | 167:16 | **prosecutors** | 221:3 |
| 340:15 | 204:20 | **project** | 242:6 | 228:19 |
| 343:1 | 225:24 | 232:6 258:7 | **protect** | 290:5 |
| **problems** | **produce** | **projecting** | 174:19 | 321:22 |
| 185:24 | 175:10 270:6 | 281:19 | 189:14 | **providers** |
| 239:14,18 | 272:20 | **prominent** | 357:25 | 244:20 |
| 241:12,16 | **produced** | 329:12 | **protected** | **provides** |
| 272:12 | 233:2 | **promise** | 347:14 | 218:6 358:13 |
| 346:3,6 | **producing** | 305:5 | 354:14 | **providing** |
| 354:3 | 206:7 | **promised** | **protection** | 221:1,1 |
| **problem's** | **production** | 218:23 | 195:17 | 233:12 |
| 272:17 | 281:9 | **promote** | **protective** | 236:23 |
| **procedure** | **professional** | 228:1 | 175:4 | 250:7 290:3 |
| 188:8 252:9 | 195:14 | **promoting** | **protects** | 315:14 |
| **proceed** | **professor** | 239:1 | 358:6 | 317:24 |
| 204:19 | 213:21 | **prompted** | **proud** | 358:9 |
| **proceeding** | 339:25 | 195:7 | 255:25 | **provision** |
| 366:23 | 340:12 | **promptly** | **prove** | 170:13 179:6 |
| **process** | 341:5,6,9 | 185:6 | 182:17 | 179:17 |
| 164:5,22,23 | 341:21 | **proof** | 188:10 | 209:1 |
| 170:6 174:4 | 349:13 | 314:19,20 | 189:16 | 240:24 |
| 175:9,13 | 352:12 | 316:4 357:8 | | 281:16 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028562

USA_00016789

Case 2:13-cv-00193  Document 660-27  Filed on 11/11/14 in TXSD  Page 46 of 69
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-3  Filed 06/20/12  Page 102 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011

407

```
  282:2            publicity        255:24,25        326:24           301:18,19
  291:21,21        234:19           268:10           333:24           305:15,17
provisional        public's         271:13,14        336:1            316:16
179:9 220:25       357:25           279:1,16         337:23           317:3
  252:3,19,22    published          285:3            342:3            322:20
  253:2,6,11     343:17             293:18           349:14           335:24
  253:13,15        347:11           300:21           353:17           336:2
  253:21           351:12           327:1 331:9    questioned         339:22
  255:10,12      pull               355:4 360:1    254:24             341:11
  301:5 310:9    330:16 340:3       360:19           357:14           349:7,12
  347:8          pulls              363:19         questioning        352:11,14
  358:10         167:17           puts             281:5              355:6
provision...     punctuating      194:3 236:11    questions         quick
182:21           184:25           putting         165:23             264:7 276:14
  292:19         punish            164:9,21         169:17         quicker
provisions       173:22             182:7           171:14         224:17
197:19           purchasing         188:18          178:11,12        225:17
  219:24         280:4,8,10         211:11          179:1 180:9    quickly
  220:23         purge            p.m              181:4 184:1     225:16 359:4
  267:20         303:5,6          182:24            184:3         quit
  270:7          purged                             186:18        301:17
  301:21         303:15                             189:20        quite
PSAs             purging              Q             192:9          173:1 177:18
235:4 278:10     302:25 304:1     qualifica...      196:25          193:23
  304:18         purple           292:15            198:3           196:1 206:8
psycholog...     254:9,11         qualified         200:11,22       211:9 214:2
351:6,21         338:22           174:11            200:24          255:21
public           purpose          qualify           201:1           289:8 341:2
163:3 193:10     194:4 296:11     191:18            207:24
  193:17,22        306:25         qualifying        209:15,25          R
  203:2 207:2      308:4          254:14            213:14        race
  220:9,12       purposes         quality           216:18        197:6,14
  235:4          282:21 284:7     286:25            222:9,12,14      227:13
  241:14           309:15         quarter           228:8           261:21
  246:1,5          319:22         281:23            229:22        races
  274:8            320:12         question          232:2 240:3   213:6
  276:22         pursue           169:23 179:4      240:9,11      racial
  278:13         239:4 241:13       189:21          243:13,14       218:12
  304:14           328:25           191:13          250:22          220:17
  305:10         pushing            192:13          253:23        racially
  316:19,22      215:6              223:4 224:2      256:5 259:7   234:4
  317:2 318:5    put                224:14          262:5,7      racist
  321:8          170:5 180:10       225:14          266:6         196:10
  334:15           189:24           251:5 259:7     271:23,25    radical
  347:16           225:25           281:4           273:11        358:25
  353:23           240:25           282:11          276:11       radio
  357:9,13         241:2 250:5      286:20          277:9,10,13   203:4 235:4
  358:6                             300:9           294:13,16       278:10
                                    315:25
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028563

USA_00016790

Case 2:13-cv-00193 Document 660-27 Filed on 11/11/14 in TXSD Page 47 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 103 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011

408

280:13
283:9,9
raised
205:9
Ramey
162:13
266:25
267:1,4,8
267:12,13
270:11
272:5,24
273:6,13
313:25
rammed
353:15
ran
185:7
range
183:6 236:2
ranger
331:5 338:6
Rangers
332:13 338:8
rank
213:8
ranked
178:8
rap
360:20
rare
238:18,23
242:14
334:23
343:15
346:1
348:19
rate
218:11 234:5
rates
252:21,23,24
253:19,19
rational
174:21
Rea
329:2,4
reach
214:17 223:1

reached
303:8
read
182:4 183:24
264:21
ready
365:4
real
164:12
171:11
178:6
225:16
241:16
245:21
264:7
270:15,25
271:14,15
271:15
275:1
343:20,23
346:5
361:25
realistic
207:17
reality
223:11 255:5
335:16
realize
179:19
319:12
331:9
realizing
239:8
really
171:5 176:24
178:15
190:14
193:18
195:19
196:7
205:17
209:16
225:22
227:8 228:9
237:22
239:23
241:2,10,20
243:8,17

245:10
249:2,9
250:1
258:23
264:13
271:12
272:15,16
292:17
321:17
343:19
344:8
354:13
360:10
364:15
reapporti...
226:12
reason
175:10 186:4
253:19
258:17
266:15
274:9 306:3
348:13
357:24
reasons
177:25
205:21
264:12
265:9 332:8
335:21
354:8
Rebecca
162:12,14
256:9,13,18
259:10,12
259:16
316:21,24
316:25
317:6,7,9
317:10,14
318:3,10,13
318:24
319:5,16,20
320:16,23
321:2,7,14
322:2,5,9
322:16,21
receive

188:6,13
217:4 219:5
219:21
293:18
319:14,17
319:18
received
181:23
186:10
295:20
296:5
299:15
317:19
recipient
196:18
recognizable
260:22
recommend
250:2,15
reconciling
353:19
reconstru...
362:20
364:20
record
163:17 170:2
170:8 176:5
215:16
229:4
231:25
264:3 268:5
records
185:16
redesigned
278:8
redistric...
225:24 226:4
226:13
reduce
174:2
reduced
237:2
reference
291:2
referral
333:10
336:25
337:12

referrals
332:25
333:11
334:22
336:18
referred
333:20,21
334:24
336:8 338:3
referring
331:17
refers
333:7
reflects
257:14
refreshed
199:21
reg
211:25
regarding
234:20 237:9
257:23
300:16
357:9,12
regardless
199:22 251:9
regime
310:3,21,23
313:5
register
185:8 251:19
274:20
289:18
290:2 334:3
348:1
registered
180:12,19,19
207:25
233:22,24
235:16,18
238:24
255:14
261:7,15
266:18
273:4,8
276:18
284:16
289:12,13



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028564

USA_00016791

Case 2:13-cv-00193 Document 660-27 Filed on 11/11/14 in TXSD Page 48 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 104 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011

409

289:19
290:4,8
297:13,22
298:4,9,11
298:22
299:14
304:6
306:16
307:6 319:3
319:21
320:9
344:23
350:21
**registering**
319:14
**registrar**
211:13,14
226:23
292:23
293:22
303:15
304:11
313:1
**registration**
168:24 172:1
181:15,20
185:17
193:16
194:9
211:20
212:6
221:15
226:20
227:19
228:5
236:22
239:15
242:12
258:7 263:1
266:20
270:12,21
298:25
300:16,19
303:3 306:6
307:17
308:16
310:5
311:20,22

312:11
325:2 334:5
334:7 344:2
344:2
348:12
359:20
367:7
**registrat...**
258:14,16
**regret**
363:11
**regrettably**
346:4
**regular**
178:2 179:11
197:10
**regularly**
183:4 295:4
**reject**
252:24
**rejected**
186:4 253:7
253:9
255:13,13
313:8
**rejection**
252:23,23
253:19,19
**related**
232:8 311:2
337:3
366:21
**relationship**
225:3 255:22
**released**
180:15
**relegating**
193:12
**relevant**
342:17
**rely**
187:17
188:24
193:21
232:21
**remain**
256:22
**Remainder**

217:7
**remaining**
296:2
**remains**
174:17
**remarks**
271:22
**remarry**
178:5
**remedial**
218:19,19
**remedied**
226:5
**remember**
177:20
260:17
267:16
**remembered**
185:13
**remind**
217:10
**reminded**
186:12
**reminder**
217:21
**reminding**
219:6
**renew**
178:23
247:15
**renewal**
320:5
**renewed**
298:25
319:25
**renewing**
177:22
**report**
201:20
242:20
280:21
357:5
**reported**
268:20
357:20
**Reporter**
366:4

**REPORTER'S**
162:17
**reports**
237:6 268:10
344:13
345:23
**represent**
181:9 274:2
289:9
**represent...**
165:14,24,25
166:4,9,14
169:20,22
170:1,4,14
170:18,19
170:21,23
175:24
176:15
179:3,5,10
179:14
180:8,9
187:11
189:20,22
190:7,17
191:11,12
191:13,25
192:2,6,8
192:10,14
192:17,18
200:25
201:9,15,22
202:1,14,19
203:6,23
204:11,16
204:23
206:5,10,13
206:21,23
206:25
207:4,6,19
207:21,23
208:4,6,9
208:12,19
209:3,6,13
209:21
210:10
213:13,23
213:24
214:3,23

222:15
223:25
224:2,3,9
225:14,15
226:8,11
230:25
240:10,10
240:11,12
240:15,19
241:21
243:3,15,16
246:25
249:10
250:19
251:4 259:7
259:8 262:8
262:11
264:6,12
265:3,6,16
265:23
266:6,7,11
266:14
269:10
271:9,25
272:1,22
273:2
276:13,16
276:24
277:11
279:6,9,12
279:15,19
280:5,10,14
280:16,25
281:1,3,5
282:7,13,18
283:1,15
284:19
285:8,16,22
285:25
286:19,22
287:10,13
288:9,17,22
289:2,8,24
290:9,24
291:17,20
292:1 293:4
294:3,6,8
294:10,18
294:19,22



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028565

USA_00016792

Case 2:13-cv-00193   Document 660-27   Filed on 11/11/14 in TXSD   Page 49 of 69
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-3   Filed 06/20/12   Page 105 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011

410

```
295:10,14          324:2,6,14        Represent...       286:12            219:18 261:1
295:24             324:17,19         161:1 173:7        292:5,16          276:8
296:4,13,19        324:22              173:21           300:4 304:1       329:25
297:3,7,9          325:4,9,15          184:8 366:7      304:5             330:7
297:16,19          325:21            representing       required          337:18
297:24             326:1,4,13        163:13            177:25             342:22
298:3,8,13         326:16,23           186:22            188:13           requisite
298:20             327:4,8,11          194:22            218:10           292:3 329:1
299:9,13           327:20,23           229:7             233:13          research
300:1,8            328:11,18           253:24            234:15          184:20 203:2
301:7,16           328:23            reproduce           237:16           203:14,17
302:16,19          329:4,7,10        331:17             281:22            208:22
302:22,24          329:20,23        Republican          291:14           216:2,3,5
303:17             330:4,11,21       165:18             299:23,24         216:16
304:12,19          331:3,6,12         179:22            300:25            242:3
304:23             331:16,23          180:4             304:10            247:22
305:8,12,14        331:25             195:15,16         318:16            308:4 342:4
305:16,18          332:2,11,14        195:25           requirement        343:9,10
305:22             333:1,23,25        200:3            169:24 170:5       346:13
306:5,15,18        334:11,14          210:21            178:14            347:10,18
306:22,24          334:20             211:2             191:18            349:3,4
307:14             335:4,12,15        212:11,21         234:20           researcher
308:6,15,19        335:20,23          212:23            239:10           215:9,20,22
309:12,18          335:25             213:1,3           311:23           reservations
309:22             336:3,5,11         256:10,21         312:25           184:13,25
310:2,18           336:16,20          257:25            313:3 348:6      reserve
311:5,10,13        336:23             258:13           requirements      191:8
311:19             337:5,9,13         264:22           178:20,22        residence
312:1,5,8          337:22,24          359:16            188:18           272:21
312:13,16          337:25             360:12            189:9           residency
312:19,23          338:12,17        Republicans         234:24           270:2
313:13,16          338:20            212:16             258:22          resident
313:23             339:8,18         reputation          268:25          346:24
314:4,8,18         349:13,13         211:19             284:4,18        resists
314:23             349:15,20        request             288:3           174:22
315:3,6,19         349:21           296:21              300:18         resource
315:22,24          350:10,12          317:21            303:4          200:21
316:12             350:15             335:7 350:4       306:10           316:19
317:4,5,8          351:4,15,17        366:9             309:21           322:24
317:10,18          352:10,15        requested           337:12         resources
318:8,11,15        355:8,9          317:23              348:14         237:4 286:23
319:4,10,19        356:3,7,9        requests           requires         345:8
319:23             356:11,12        258:16             199:20         respect
320:21,24          356:15,19        require             263:22         169:24
321:6,10,25        356:22,24        187:19 238:5        288:3           191:15
322:4,7,10         357:2 359:7        238:11            300:17          237:21
322:17             359:8,12,14        268:23,24         335:5,6         252:4
323:2,8,12         361:4,5            272:20           requiring        293:16
323:19,21
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001911

TX_00028566

USA_00016793

Case 2:13-cv-00193  Document 660-27  Filed on 11/11/14 in TXSD  Page 50 of 69
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-3  Filed 06/20/12  Page 100 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011

411

313:11
respond
303:9
responding
308:4
response
209:9 258:3
responsib...
173:24
357:21
responsible
260:7
rest
187:25 263:8
restrict
342:9
restricted
271:6
restriction
272:19
restrictions
227:25
restrictive
245:23
248:13,14
248:20,24
342:23
343:1 344:6
345:25
346:4
347:19
resulted
267:18
results
185:19 269:1
retailer
197:1
retired
259:19
retrogres...
220:20
revenue
209:10
281:15
317:25
318:3,13
review

224:4 269:14
342:17
347:12
351:12
reviewed
182:19 343:5
revise
293:12
301:15
reward
173:22
Rhonda
161:15 366:3
367:6
ribbon
231:9
Richland
247:6
rider
279:1
ridiculous
361:19
right
164:1,23
165:11
168:14
169:2,25
170:20,22
170:24
183:10
192:8
196:17
201:18
205:22
218:2 220:3
223:5
231:20
240:19
248:8
250:12
265:3 266:3
267:8 269:8
269:12,20
270:3,6,10
270:13
271:2 272:9
272:11,18
282:13

285:24
287:11,12
288:7 290:1
290:23
296:18,25
297:15,23
298:2,7
300:8
301:13,13
302:9 305:1
306:16
308:10,14
309:13
311:9 312:7
312:14
313:16,16
313:23
314:6,7,7
314:24
315:1,2,5,7
316:8,10
318:18
319:12,15
319:23,23
321:6
322:10,11
324:10,20
326:24
328:16,23
329:2,3,5
331:3,12
334:25
335:4,8,13
336:13
337:6,10
339:14
340:15
346:17
347:1 351:3
362:16
rights
174:19
186:23
187:1,2,4
194:17
195:18
216:21,23
218:1

219:23
222:5 232:9
237:19
245:10
342:18
353:7
354:14
ringing
345:21
Rio
171:21 195:1
risk
221:19
river
172:11
Rocket
225:25
Rockwall
198:13
199:19
role
184:19 342:6
roll
270:12
Romans
173:20
room
167:19 170:8
208:11
275:25
331:18
root
223:15
241:17
rooted
241:15 244:2
354:2
rooting
345:9
roughly
306:19
routinely
225:1
rule
169:19
171:16
173:17

ruled
222:21
rulers
173:21 175:1
rules
186:2 199:21
199:25
237:14
250:12
343:2,13
344:6
345:25
346:4
348:17
ruling
182:20
221:25
223:6
rumors
244:4 363:14
363:22
364:14
run
212:22
224:25
237:2
258:21
327:5 328:4
running
200:3 280:17
320:1
328:14
rural
187:21 189:6
189:8
Russ
162:9 210:5
210:9,16,20
210:20
213:16
R-A-M-E-Y
267:1

_____S_____

s
332:18
sacred
175:8



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028567

USA_00016794

Voter Fraud Hearing - Volume 2                    March 1, 2011

412

| | | | | |
|---|---|---|---|---|
| sacrifice | satisfy | 166:20 | seal | 173:15 |
| 175:12 | 289:1 | 177:25 | 346:6 | 174:4,13 |
| saddened | save | 189:5 197:5 | seat | 175:9,13 |
| 195:6 | 209:14 257:7 | 198:17 | 213:3 | security |
| sadly | saw | 200:9 | second | 165:2 167:7 |
| 343:23 | 167:3 189:23 | 259:25 | 193:12 220:9 | 169:6 185:4 |
| safe | 198:20 | 359:1,4 | 234:17 | 185:5,16 |
| 196:20 | 246:17 | scar | 252:3 | 188:7,14 |
| safeguard | 254:8,10 | 260:15 | 260:21 | 191:22 |
| 348:20 351:7 | 313:25 | scarcity | 276:1 | 263:21,23 |
| safeguards | 360:18 | 246:19 | 303:16 | 263:24 |
| 174:18 | 363:5 | scared | 359:9 | 264:9,17 |
| 347:23 | saying | 271:19 | Secretary | 265:8 |
| 350:5 | 179:15 | scary | 190:20,24 | 266:17 |
| 354:11 | 231:23 | 272:17 | 194:12 | 289:14 |
| safer | 239:21 | scenario | 202:16,24 | 290:4 291:5 |
| 347:10 | 240:22 | 210:13,23 | 203:12,21 | 293:24 |
| Safety | 241:22 | 211:8 | 206:2 | 298:5,14 |
| 246:5 276:22 | 243:16 | scenarios | 207:24 | 299:2,6,18 |
| 316:20,22 | 244:20 | 334:15 | 208:3,5 | 304:7 310:9 |
| 317:2 318:5 | 249:19 | scene | 235:1 266:8 | 330:18 |
| 321:8 | 262:17,18 | 364:25 | 277:3,7 | 351:22 |
| salaries | 262:18 | schedule | 278:1 | Securitys |
| 244:19 | 263:7,10 | 341:18 | 286:15 | 300:3 |
| sale | 264:22 | schedules | 288:4 | see |
| 348:24 | 269:4 | 268:4 | 290:18 | 165:3,12,13 |
| salvation | 312:10 | scheme | 294:24 | 167:5,21 |
| 174:8 | 322:8 | 324:17 | 296:6 301:8 | 190:2 |
| sample | 336:15 | school | 301:21 | 194:16 |
| 268:11 | 360:13 | 213:22 274:3 | 321:4 | 195:23 |
| sampled | says | 274:13 | 333:10 | 197:7 203:7 |
| 268:17,19 | 173:20 | 340:1 341:6 | 336:7,19 | 213:18,22 |
| Sam's | 190:19 | 341:22,25 | 337:2,7 | 213:24 |
| 167:1 | 191:21 | schools | 338:3 | 214:1,2 |
| San | 192:23 | 207:10 295:8 | section | 215:11 |
| 206:17 | 233:16 | scientist | 216:10,21 | 226:2 227:6 |
| 210:22 | 235:16 | 184:17 | 217:7 | 227:6 |
| 279:24 | 270:11,12 | scores | 219:13,23 | 229:22 |
| Santana | 271:6 | 249:6 | 222:3,18,24 | 230:13,15 |
| 162:11 | 282:25 | screen | 246:15 | 230:16,17 |
| 251:12,15 | 284:25 | 231:9 | 247:18 | 230:19,21 |
| 251:18 | 296:14 | scripture | 316:3 | 231:10,17 |
| sat | 301:1 | 173:12 | 342:18 | 233:17 |
| 287:17 | 310:25 | scrutiny | 348:6 | 240:6,9 |
| satisfied | 314:15,16 | 216:13 | sector | 242:3,25 |
| 197:22 | 319:6 | 219:21 | 350:3,3 | 264:4 |
| 288:19 | 333:16 | 233:14 | secure | 274:24 |
| | SB-14 | | 164:22 | 275:5 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028568

USA_00016795

Case 2:13-cv-00193  Document 660-27  Filed on 11/11/14 in TXSD  Page 52 of 69
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-3  Filed 06/20/12  Page 108 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011

413

| | | | | |
|---|---|---|---|---|
| 286:13 | 170:5 | 337:2 | 235:4 250:7 | 256:4 |
| 289:17 | 171:16 | **sending** | 304:14 | **shocked** |
| 292:14 | 172:22,25 | 336:25 | 317:16 | 265:25 |
| 294:14 | 176:10,14 | **senior** | **services** | **short** |
| 310:15 | 179:23 | 215:22 | 188:9,23 | 184:11 |
| 333:7 340:5 | 180:4,5 | 228:18 | 317:11,20 | 186:13 |
| 340:8,13,14 | 181:7 184:6 | 232:5 | 367:7 | 208:20 |
| 340:18,21 | 186:20,24 | 346:18 | **session** | 357:3 |
| 340:23,24 | 187:13 | **seniors** | 166:2 207:7 | **Shorthand** |
| 355:12,14 | 191:17 | 177:6,19 | 255:22 | 366:3 |
| 360:22 | 193:2 | **sensational** | 275:21 | **show** |
| **seeing** | 194:24 | 343:22 | 295:5 | 171:9,10 |
| 191:6 250:18 | 197:3 | **sense** | 301:14 | 186:3 |
| 330:23 | 198:19 | 227:12 | 308:2 | 199:12 |
| **seek** | 200:17 | 250:16 | **sessions** | 212:3 |
| 292:5 | 201:7,13 | 305:9 | 309:1 | 217:25 |
| **seeking** | 210:8 | 348:22 | **set** | 218:24 |
| 320:4 333:20 | 215:10 | 351:21 | 175:7,8 | 226:23 |
| **seemingly** | 229:6 | 352:6 | 246:8 297:4 | 275:16 |
| 257:6 | 251:14,20 | **sent** | **sets** | 276:9 280:7 |
| **seen** | 254:1 | 225:1 264:22 | 291:10 | 291:14 |
| 165:4 192:4 | 256:11 | 303:8 306:9 | 297:11 | 292:24 |
| 199:5 | 259:20 | 306:16 | **setting** | 293:1 |
| 207:14 | 267:3 | 348:4 | 236:17 | 302:11,14 |
| 227:17 | 273:17 | 360:13 | **seven** | 302:15 |
| 237:5,19 | 277:4 | **sentiment** | 268:17 | 304:9 |
| 242:4 | 278:23 | 213:9 | 278:14 | 313:25 |
| 347:11,22 | 279:1,3 | **separate** | 325:12 | 315:10 |
| 352:9 | 282:11 | 181:24 | 361:13 | 318:25 |
| 353:20 | 283:23 | 242:13 | **severity** | 330:1 |
| **seldom** | 300:15 | **separated** | 187:16 | 337:19 |
| 255:25 | 302:2,11 | 261:13 | **shackles** | 342:24 |
| **Select** | 316:23 | **September** | 362:8 | 343:4 |
| 161:3 365:19 | 341:8 356:2 | 185:7 | **shanties** | 347:13 |
| 366:7 | 356:8 | **series** | 362:8 | 348:2,5 |
| **self** | 365:15 | 215:24 | **share** | 350:5,17,22 |
| 197:1 | **Senates** | **serious** | 249:24 | 351:24 |
| **selling** | 365:15 | 174:20 182:1 | 279:13 | 352:2,4 |
| 331:10,13 | **Senate's** | 234:14 | 306:1 | 357:24,24 |
| 332:3,5,7 | 191:15 279:8 | **seriously** | **shared** | 357:24 |
| **seminar** | **Senator** | 182:2 351:13 | 291:8,9 | 361:1 |
| 295:8 | 187:12 | **serve** | 360:10 | **showed** |
| **seminars** | 204:21 | 181:12 | **shelter** | 186:2 299:5 |
| 295:8 | 282:11 | 232:15 | 334:3 | **showing** |
| **Senate** | **Senatorial** | 307:1,4 | **sheriff** | 197:25 257:6 |
| 163:15 | 307:7 | **served** | 333:6 | 341:4 |
| 166:18 | **send** | 173:6 198:14 | **shining** | 347:16 |
| 169:19 | 250:2 264:24 | **service** | 198:25 256:2 | 349:16,23 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028569

USA_00016796

Voter Fraud Hearing - Volume 2                    March 1, 2011

414

| | | | | |
|---|---|---|---|---|
| 350:1 351:5 | 266:2 344:22 | 319:13 | 281:24 | 300:3 304:7 |
| 354:23 | **signed** | 321:22 | 300:24 | **society** |
| 355:2 | 227:12 | 352:8 | **skeptical** | 174:16 |
| **shown** | 249:19 | **simultane...** | 224:23 | 349:23 |
| 352:9 | 266:1 | 274:24 | **Skype** | **soldiers** |
| **shows** | **significance** | **Sinai** | 163:6 213:19 | 362:19 |
| 180:16,25 | 235:7 | 174:6 | 228:11,17 | **solely** |
| 291:10 | **significant** | **single** | 230:5,10 | 332:21 |
| 315:9 | 235:9 283:11 | 175:3 185:11 | 341:7 | **solicited** |
| 346:13 | 283:13,18 | 268:20 | **sloppy** | 328:15 |
| 347:18 | 283:20 | **sir** | 343:22 | **solid** |
| **shut** | 285:17 | 175:15 176:4 | **slower** | 355:1 |
| 244:21 | 308:21 | 208:8 | 363:8 | **solution** |
| **shutting** | 318:20 | 209:20 | **small** | 184:22 |
| 207:9 346:8 | 347:12 | 210:15,18 | 180:14 | 241:25 |
| 354:18 | 364:8,11 | 228:15 | 184:18 | 262:22 |
| **sic** | **significa...** | 262:9 | 239:5 | 275:3,7 |
| 163:13 | 277:17 283:4 | 318:10 | 300:11 | **solutions** |
| 167:24 | **signing** | 319:22 | 364:8 | 241:19 354:4 |
| 190:21 | 227:6 | 320:16 | **smaller** | **solve** |
| 197:5,16 | **silenced** | 322:3,6,9 | 170:17 | 241:20 346:5 |
| 201:8 229:7 | 249:8 | 322:16 | 205:17 | **solves** |
| 267:1 | **silent** | 324:1,18,21 | 206:19 | 346:3 |
| 270:24 | 301:25 | 325:20 | 277:16,17 | **solving** |
| 291:4 300:4 | **silly** | 327:7 | **smile** | 340:14 |
| 310:16 | 364:18 | 329:22,24 | 186:11 | **somebody** |
| 316:2 | **similar** | 330:3 334:9 | **Smith** | 164:15,16 |
| 317:21 | 215:23 | 334:13 | 162:8 198:4 | 242:13 |
| 340:20 | 223:20 | 335:9 | 198:6,7,11 | 255:8 274:8 |
| 347:7 | 233:25 | 336:14 | **smoke** | 290:25 |
| 350:24 | 302:4,8 | **sites** | 345:15 | 304:6 |
| 360:13 | 315:11 | 235:3 | **Snow** | **someone's** |
| **side** | 349:4 | **sitting** | 361:12 | 308:8 327:16 |
| 275:23 279:3 | **similarities** | 195:4 | **social** | **somewhat** |
| 283:23 | 219:20 | **situation** | 167:7 169:6 | 217:2,17 |
| 300:15 | **simple** | 182:19 | 185:4,5,16 | **Sonia** |
| 353:15 | 178:13 | 212:14 | 188:7,14 | 162:11 |
| **sides** | 307:21 | 242:20 | 191:22,22 | 251:12,15 |
| 204:2 263:11 | **simplicity** | **situations** | 263:21,22 | 251:18 |
| **sightings** | 174:14 | 232:13 | 263:23 | **soon** |
| 345:24 | **simply** | 339:11 | 264:9,17 | 171:6,6 |
| **sign** | 181:22 | **six** | 265:8 | 285:1 |
| 179:14 | 188:20 | 192:21,23 | 266:17 | 340:23 |
| 181:15 | 217:14 | 219:7 | 289:14 | **sorry** |
| 312:2 | 233:16 | 325:14 | 290:3 291:4 | 165:12 176:6 |
| 360:18,23 | 244:2 | **size** | 293:24 | 178:25 |
| 365:1 | 265:12 | 189:6 268:11 | 298:5,13 | 179:18 |
| **signature** | 307:16 | 281:10,13 | 299:1,6,18 | 185:19 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001915

TX_00028570

USA_00016797

Case 2:13-cv-00193 Document 660-27 Filed on 11/11/14 in TXSD Page 54 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 110 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011

415

| | | | | |
|---|---|---|---|---|
| 198:8 224:8 | 243:21,23 | 253:20 | **spread** | 180:2 188:6 |
| 231:2 240:5 | 247:13 | 316:9,10 | 345:14 | 188:22,25 |
| 240:17 | 257:3 | 332:9,19 | **SSN** | 190:25 |
| 255:16 | **southern** | **specify** | 291:12 | 194:12 |
| 265:16 | 363:17 | 284:22 | **St** | 199:10 |
| 277:12 | **so-called** | **speech** | 205:16 283:3 | 202:24 |
| 279:7 280:3 | 241:19 | 276:6 | **staff** | 203:22,25 |
| 291:24 | **space** | **speed** | 236:8,19 | 204:12 |
| 295:23 | 300:22 | 287:18 | 237:4 | 205:7,17 |
| 337:23 | **Spanish** | 296:24 | 248:18 | 206:3,8,22 |
| 349:20 | 278:15 | **spell** | **staffing** | 207:25 |
| 356:13 | **speak** | 190:19 | 236:18 | 208:3,5 |
| **sort** | 181:10 195:4 | 192:19 | **stand** | 210:19 |
| 219:3 241:18 | 198:10 | **spelled** | 184:9 | 215:16 |
| 242:22 | 204:9 | 185:11 | **standard** | 217:3,22,24 |
| 243:9,18 | 251:17,19 | 186:10 | 174:10 175:2 | 218:4,5,18 |
| 244:8 245:2 | 274:3 332:9 | **spend** | 175:4,7,8 | 218:24 |
| 248:9 | **Speaker** | 191:7 202:5 | 311:17 | 220:10,20 |
| 249:11 | 200:13 | 203:8 | 312:24 | 221:9,12,16 |
| 262:22 | 204:10 | 205:10,18 | 313:24 | 221:22 |
| 264:14 | 209:5 214:7 | 244:17 | 314:12,14 | 222:18,24 |
| 277:20 | 214:9,11,14 | 296:22 | **standards** | 225:16 |
| 291:9 | 214:18 | 304:24 | 174:5,24 | 227:23 |
| 303:20 | 226:10 | **spending** | 302:5 316:6 | 229:5 |
| 308:23 | 230:1,7,17 | 239:24 | 336:12 | 231:24 |
| 343:12 | 231:3,8,12 | **spent** | **stands** | 232:14,20 |
| 344:4,5,14 | 251:7 | 185:21 | 244:22 | 234:10,23 |
| 345:2,14,17 | 330:13 | 188:25 | 343:12,14 | 235:1,7 |
| 345:18,24 | **speaking** | 202:2 | 354:22 | 236:19 |
| 346:12 | 216:6 228:21 | 203:10 | **star** | 237:3 238:5 |
| 360:6,20 | 330:13 | 205:14 | 199:1 | 238:5,25 |
| 363:14,18 | **special** | 206:3 278:5 | **start** | 239:23 |
| 363:18 | 216:13 222:2 | 280:3,8 | 168:10,12,15 | 240:12,15 |
| 364:13,21 | 222:2 230:6 | 281:24 | 244:8 | 240:18 |
| **sorts** | 319:9 | 283:4 | 258:20,24 | 241:3 |
| 364:13 | 332:20 | 295:25 | 265:7 267:9 | 243:21 |
| **sound** | **specialist** | 296:1 | 284:25 | 244:15 |
| 175:13 | 187:2 | 323:15 | 338:16 | 245:3,6,16 |
| 361:15 | **specific** | 331:2 | 346:8,9 | 246:24 |
| **sounds** | 218:5,7,18 | 345:12 | **started** | 247:24 |
| 203:13 288:5 | 220:9,21 | **spillover** | 297:4 339:16 | 248:22 |
| 296:18 | 264:23 | 211:14 | 361:14 | 249:16 |
| 309:12 | 286:11 | **spirit** | **startled** | 250:6 |
| 311:8 | **specifically** | 183:16 | 277:20 | 256:17,22 |
| **source** | 190:19 | **spoke** | **state** | 257:16,22 |
| 328:1 353:21 | 192:20 | 271:9 | 163:8 | 257:25 |
| **south** | 201:3 250:1 | **spots** | 173:12 | 261:15 |
| 180:14 | 252:1 | 280:17 | 176:4 178:9 | 266:8 |
| | | | | 267:10 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001916

TX_00028571

USA_00016798

Voter Fraud Hearing - Volume 2                        March 1, 2011

                                                                    416

| | | | | |
|---|---|---|---|---|
| 268:20 | 221:3,20 | 252:25 | **stopped** | **strongly** |
| 274:6,13,13 | 233:9,10 | **status** | 167:20 | 198:16 354:8 |
| 277:3,8 | 235:8 236:3 | 271:7 | **stops** | 365:8 |
| 278:18 | 239:2,3 | **statute** | 204:21 | **struck** |
| 281:10,13 | 247:24,25 | 234:24 | **stories** | 245:22 |
| 281:24 | 248:2,24,25 | 288:24 | 257:4,8 | 282:16 |
| 282:21 | 268:11,17 | **statutes** | 269:11 | 344:9 |
| 283:18,20 | 268:23,24 | 348:7,8 | 357:18,19 | **struggle** |
| 283:22 | 270:18 | **statutory** | **strange** | 351:1 |
| 285:5 | 274:23 | 224:7 | 275:15 | **student** |
| 294:24 | 277:16,17 | **stave** | 321:11 | 167:2 185:3 |
| 296:6 297:2 | 277:24 | 354:5 | **Strategy** | 193:1,9,14 |
| 301:8,22 | 282:9 283:6 | **stay** | 296:14 | 193:15 |
| 302:25 | 293:11,24 | 172:13 | **stream** | 273:15,15 |
| 304:4,13 | 294:2 | 201:13 | 317:25 | 274:1,2 |
| 307:7 | 310:21 | 303:12 | **street** | 275:2,5,11 |
| 308:17 | 313:10 | 364:24 | 183:19 | 275:22 |
| 309:6,9 | 315:16,20 | **staying** | 262:16 | **students** |
| 313:19 | 357:7 | 259:9 | 263:5,5 | 249:5 274:5 |
| 317:25 | 358:23 | **steady** | 360:19 | 275:2 341:1 |
| 318:1,2 | 363:8,17 | 353:21 | 366:10,18 | 349:9 |
| 319:12,13 | 364:5 | **steal** | **streets** | **studies** |
| 320:2,11 | **statewide** | 344:25 | 345:5 | 218:16 |
| 321:4 329:5 | 278:1,3 | 345:19,20 | **strengthen** | 221:14 |
| 333:11 | 284:3,5 | 346:7 | 198:21 | 238:17 |
| 336:19 | 298:21 | **step** | 257:18 | 268:11 |
| 337:8 338:3 | 308:15 | 196:16 | **strengthe...** | 269:18 |
| 339:9,10 | **state's** | 245:12 | 258:10 | **study** |
| 345:7 | 202:17 | 258:10 | **stretched** | 236:2 252:14 |
| 352:16 | 203:12 | 286:2 | 237:13 | 253:18 |
| 353:12 | 235:15 | 311:15 | 250:14 | 351:11 |
| 364:4,11 | 249:24 | 336:5 | **stretches** | **studying** |
| 366:2,4 | 268:21 | 337:15 | 242:22 | 248:1 |
| **stated** | 278:1 | **steps** | **strict** | **sub** |
| 169:3 234:22 | 286:15 | 234:23 | 288:2 | 180:5 |
| 291:11,15 | 290:18 | **Steve** | **Stricter** | **subject** |
| 303:20 | 336:7 337:2 | 259:17 | 178:20 | 365:21 |
| **statement** | **State-pre...** | **stewards** | **striking** | **subjective** |
| 170:10 300:7 | 288:5 | 173:23 | 249:2 | 314:24 |
| 305:24 | **state-spe...** | **stirred** | **strong** | **submit** |
| **statements** | 238:18 | 362:23 | 196:15 199:2 | 173:13 |
| 184:21 | **stating** | **stolen** | 256:22 | 263:24 |
| 219:11 | 357:7 | 352:3,4 | 257:17,21 | 344:1 |
| **states** | **Station** | **stop** | 258:21 | **submitted** |
| 173:5 174:22 | 206:18 | 197:17 | 259:3 | 250:3 251:24 |
| 178:8 | **stations** | 198:18 | **stronger** | 349:4 |
| 218:15 | 278:16 | 258:23 | 227:15 | 366:16 |
| 219:10,17 | **statistic** | | | **substantial** |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028572

USA_00016799

Case 2:13-cv-00193 Document 660-27 Filed on 11/11/14 in TXSD Page 56 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 112 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011

417

| | | | | |
|---|---|---|---|---|
| 237:3 | sudden | 268:7 | 310:13 | 239:18 |
| 245:20 | 263:2 | 361:21 | 323:1 331:6 | 240:23,25 |
| 252:8,20 | suddenly | supporting | 337:14 | 241:7,12,17 |
| substanti... | 312:24 | 177:24 | 340:7 | 241:18 |
| 234:5 237:11 | sued | 210:12 | 343:20 | 243:8 |
| 302:4,8 | 245:16 | supports | 347:23 | 269:11 |
| 325:22 | sufficient | 198:17 | 348:3 | 272:4 310:9 |
| 349:3 | 184:20,23 | suppress | 351:10 | 326:6 328:2 |
| substanti... | 186:4 189:3 | 227:21 272:7 | 352:23 | 354:25 |
| 344:7 | 191:23 | suppressed | 354:17,17 | 355:3 |
| substitute | 234:23 | 269:6 271:17 | 354:22 | 357:13,24 |
| 163:15 | suggest | suppression | 359:16,17 | 358:19 |
| 166:18 | 209:18 342:7 | 272:3,3 | 359:18,25 | systems |
| 169:19 | 348:24 | Supreme | 360:2 | 164:18 189:2 |
| 171:16 | 354:21 | 217:16 | surprise | 310:14 |
| 172:22 | suggested | 219:13,15 | 289:3,5 | 348:1 |
| 176:10,14 | 253:17 | 219:17,22 | surprised | S-U-M-I-T |
| 179:23 | 265:12 | 221:25 | 287:20 | 186:7 |
| 180:5 181:7 | suggestion | 222:21 | surprising | S-U-M-M-I-T |
| 181:11 | 262:22 | 223:6,13,21 | 168:4 350:16 | 186:10 |
| 184:6 | suggestions | 237:8 | 350:20 | |
| 186:20,24 | 194:7 308:25 | 245:24 | 351:14 | **T** |
| 187:8 | Suite | 248:7 | surveys | table |
| 189:24 | 367:8 | 274:11 | 221:14 | 254:14 |
| 193:2 | Sumit | 357:16 | suspect | take |
| 194:23 | 162:6 184:4 | 358:4,8 | 269:15 303:7 | 164:19 |
| 197:3 198:5 | 184:7,8 | sure | 303:11 | 173:25 |
| 200:17 | 186:7,16 | 164:12 | 342:14 | 177:17 |
| 201:13,14 | summarized | 183:11 | 350:11 | 197:6 |
| 201:17,20 | 184:21 | 188:1 191:7 | suspense | 203:18 |
| 210:8 | summer | 200:4 205:4 | 303:11 | 206:16 |
| 215:10 | 295:9 | 205:11 | suspicion | 222:2 |
| 229:6 | Summit | 210:4 220:5 | 364:21 | 224:24 |
| 251:13,20 | 186:9,11 | 221:7 | swallow | 225:18,21 |
| 254:1 | Sun | 230:22 | 270:22 | 226:6 240:3 |
| 256:11 | 270:12 | 231:5 | swelled | 241:3 |
| 259:20,24 | supervising | 237:17 | 362:24 | 244:24 |
| 267:3 | 216:3 | 245:12 | swing | 245:20 |
| 273:17 | supplement | 247:25 | 262:20 | 258:9 |
| 277:4 279:1 | 236:16 | 248:18 | sworn | 263:17 |
| 293:21 | supplemental | 249:25 | 333:14 | 264:2 |
| 302:3 | 236:16 | 251:6 | Sylvia | 285:12 |
| 316:23 | support | 262:12 | 186:19 | 287:21,24 |
| 319:6 | 197:5 200:6 | 263:11 | system | 288:1,4,6 |
| 320:18,19 | 200:9 210:7 | 277:21 | 163:20 | 288:10 |
| 341:8 356:1 | 210:24 | 280:6 287:9 | 164:20 | 298:21 |
| 356:8 | 211:5,12 | 290:17,23 | 165:19 | 305:20 |
| 365:15 | | 302:18 | 172:5 207:2 | 308:5 310:1 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028573

USA_00016800

Case 2:13-cv-00193   Document 660-27   Filed on 11/11/14 in TXSD   Page 57 of 69
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-3   Filed 06/20/12   Page 113 of 245

Voter Fraud Hearing - Volume 2                          March 1, 2011

418

321:19
326:6,25
332:24
334:19
357:21
365:10
**taken**
202:16
  225:24
  366:23
**takes**
228:16 237:7
  287:8
**talk**
184:16 186:6
  202:12
  204:2 216:9
  216:14
  218:21
  222:16
  234:11,16
  249:20
  250:1
  262:24,24
  262:25
  277:15
  283:2
  292:10
  293:4
  301:17
  309:1
  328:12
  359:11
**talked**
192:3 225:17
  226:18
  248:17
  251:7
  292:10
  295:16
  300:10
  310:19
**talkies**
361:14
**talking**
167:18 203:1
  207:8
  208:11

214:6,6
236:2
244:17,25
245:5 250:4
250:17
254:15,20
254:24
266:9
289:11
297:9 310:1
348:21
354:7
**talks**
190:9 316:3
**tangible**
354:1
**Tanner**
246:14
**target**
220:14,21
  270:4 343:2
**targeted**
248:25
**Tarrant**
301:3 360:11
  360:12
**task**
332:21
  353:18
**tax**
220:1
**taxes**
205:9
**taxpayer**
345:12
**TDL**
290:22
  291:11
  299:5
  308:12
**teacher**
267:14
**teachers**
205:3 244:19
**teaching**
185:3
**team**
166:25

**technical**
223:5
**technolog...**
208:25
**technology**
190:3,9
  228:11
  307:19,20
  341:17
**telethons**
278:14
**television**
203:9 205:15
  205:16
  208:24
  235:5
  277:18
  278:10,10
  279:25
**tell**
167:23
  183:17
  185:19
  204:3
  269:11
  276:6 278:4
  284:6 293:9
  294:23
  295:16
  307:5,10
  315:4
  332:24
  335:2
**telling**
265:22
**temporarily**
245:24
**ten**
163:11
  213:19
  215:15
  228:20
  229:18,19
  229:20
  231:25
  234:1
  250:11
  278:2 311:6

314:9,10
341:9,13
348:15
**tend**
178:3
**tendency**
170:11
**tends**
363:7
**tenure**
199:4
**term**
329:5 361:15
**terms**
342:16
**terrible**
171:4
**terribly**
363:11
**Terry**
251:22
**testified**
227:2 263:8
  267:16
  270:9
  275:24
  314:2
**testify**
163:14,22,24
  164:8,11
  166:18
  167:22
  169:18
  171:15
  172:22
  173:2 176:9
  176:13
  179:22
  180:4 184:5
  186:20
  187:7
  194:23
  197:2,6
  198:19,19
  200:16
  232:4
  251:13
  253:25

256:11
259:20,24
267:2
269:14
273:16
276:2,3,9
341:7,19
346:16
356:1 365:7
**testifying**
167:20 181:6
  190:25
  193:1 215:9
  228:18
  229:5
  256:20
  276:1 277:4
  316:22
  323:13
  350:18
**testimonies**
197:8
**testimony**
163:3 188:5
  190:11
  201:12
  215:3,17
  216:14
  229:21
  230:10
  240:21,22
  241:1,22
  250:3,15
  251:24
  255:15
  259:5
  263:19
  266:22
  273:11,20
  329:21
  341:10
  342:12,14
  349:2,16
  356:6
**tests**
363:19
**Texan**
233:1 234:3



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028574

USA_00016801

Case 2:13-cv-00193 Document 660-27 Filed on 11/11/14 in TXSD Page 58 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 114 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011

419

| | | | | |
|---|---|---|---|---|
| **Texans** | 247:6,23 | 171:14 | 259:16 | 236:6 |
| 189:17 262:3 | 248:22 | 172:19,20 | 262:4 266:4 | 247:12 |
| 278:19 | 249:16 | 172:24 | 266:24 | 269:11 |
| **Texas** | 250:1 | 175:20,22 | 273:11,13 | 282:14 |
| 161:1 172:8 | 251:12,19 | 175:24 | 273:23,24 | 283:5 |
| 173:9 176:2 | 252:20,21 | 176:3,8,19 | 276:8,9,12 | 334:23 |
| 176:7,13,22 | 252:23 | 179:20,24 | 276:16 | 343:1 361:3 |
| 178:6,7,9 | 253:10 | 181:2,5 | 277:1 | **things** |
| 178:21 | 256:10,20 | 183:25 | 294:21 | 168:11,11 |
| 180:14 | 257:4,16,21 | 184:2,3 | 302:16 | 171:23 |
| 182:4,22 | 257:22,24 | 186:16,17 | 305:19 | 176:24 |
| 183:24 | 258:2,12 | 186:18 | 315:23 | 191:9 195:6 |
| 186:23 | 259:2,2 | 187:6,11 | 316:16 | 228:3 |
| 187:2,4 | 261:23 | 189:18,19 | 317:5,6,9 | 234:19 |
| 188:7 189:7 | 267:14 | 189:22 | 322:17,20 | 241:15 |
| 198:11,25 | 273:16 | 191:10 | 322:21 | 244:1,3,4,8 |
| 198:25 | 274:1,7,19 | 192:9,16 | 323:2,8,12 | 246:21 |
| 199:5,10 | 275:13 | 194:19 | 323:13 | 247:1 249:1 |
| 206:8 | 276:21 | 195:3 | 329:20 | 254:14 |
| 210:22 | 277:7 | 196:23,25 | 330:11 | 280:23 |
| 213:4 | 279:21 | 198:2,3,9 | 331:23 | 312:14 |
| 216:11,20 | 281:11,13 | 198:22 | 336:1 | 324:13 |
| 217:15,19 | 281:24 | 200:10,12 | 338:11 | 327:6 347:2 |
| 217:19 | 303:11 | 200:13,18 | 339:23 | 350:9 |
| 218:8,14 | 311:17 | 207:18 | 341:15,18 | 361:17,24 |
| 221:5 | 319:1 323:6 | 209:23,25 | 342:13 | 361:25 |
| 222:17,19 | 327:5 | 210:1,9,10 | 349:1,10 | 362:23 |
| 223:8,9,17 | 330:19 | 210:11 | 352:10,11 | 363:1,12,21 |
| 223:19 | 331:5,13 | 213:11,12 | 355:17,19 | 363:24 |
| 224:3,6 | 338:8 | 213:13,15 | 355:20,23 | 365:5 |
| 225:1,8 | 339:17 | 213:16 | 355:24 | **think** |
| 227:2 | 346:22 | 214:18,21 | 356:20 | 164:25 |
| 232:13,20 | 347:22 | 215:19 | 359:6 | 165:16 |
| 233:6,13,15 | 348:7,10 | 222:11 | 365:11,12 | 176:22 |
| 233:22,24 | 354:21 | 223:3,23 | 365:22 | 181:17 |
| 233:25 | 357:6,20 | 225:13 | **Thanks** | 194:3,5,6,9 |
| 234:1,7 | 366:2,4,6 | 228:12,13 | 165:21 232:4 | 194:11 |
| 235:17,19 | 366:11,19 | 228:15 | 276:25 | 196:14 |
| 235:23 | 367:6,8 | 229:2 232:3 | **themes** | 197:20,21 |
| 236:13 | **TFRW** | 240:2,4,5 | 361:16 | 202:1,2 |
| 237:6 | 258:4,8 | 250:19,22 | **thin** | 203:10 |
| 238:12 | **thank** | 250:24 | 237:13 | 204:17,17 |
| 239:23 | 165:22,25 | 251:3,10,16 | 250:14 | 205:9,14 |
| 240:23 | 166:15,15 | 253:21,22 | **thing** | 206:9,11,14 |
| 241:24 | 169:12,14 | 253:23 | 165:2,11 | 209:15,17 |
| 243:23 | 169:16 | 256:4,6,8 | 205:23 | 216:8,12 |
| 245:22 | 170:24 | 256:14 | 219:3 | 218:24 |
| 246:3,17,17 | 171:11,12 | 259:4,9,10 | 234:12 | 219:5,6,20 |
| | | 259:12,14 | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028575

USA_00016802

Voter Fraud Hearing - Volume 2                    March 1, 2011

420

| | | | | |
|---|---|---|---|---|
| 219:25 | 299:17 | 254:13 | 171:8 | **timing** |
| 220:7,11,15 | 300:6,19,25 | 263:14 | 173:15 | 214:21 |
| 220:18 | 301:3,4 | 265:17 | 174:4 | **tiny** |
| 222:5 | 306:4 307:7 | 279:4 | 175:17 | 344:8,8 |
| 224:15 | 307:18 | 300:23 | 177:22 | **tired** |
| 225:9,11 | 308:1,3 | 338:1 | 179:1 182:3 | 357:4 |
| 226:6 227:1 | 309:4,16,23 | 339:19 | 186:15 | **title** |
| 227:7,20 | 313:14 | 361:19,24 | 193:17 | 272:19,20 |
| 228:3 | 314:17 | 362:11 | 209:14 | **Toby** |
| 235:24 | 315:14 | 364:13 | 215:6,18 | 162:10 215:1 |
| 240:24 | 316:8 | **thoughtful** | 216:18 | 215:4,8,13 |
| 241:6,8,10 | 320:25 | 293:11 | 225:20 | 215:19,20 |
| 241:13,15 | 321:14 | **thousand** | 228:11 | 223:3 224:6 |
| 241:17 | 329:11,15 | 182:5 183:24 | 229:3 231:6 | 224:15 |
| 242:15,15 | 335:10 | 272:25 | 232:2 | 225:22 |
| 242:22,23 | 336:4 | 317:21 | 243:19 | 227:1 |
| 243:5,6,23 | 339:24 | **thousands** | 250:10 | 228:13 |
| 244:11,23 | 344:11 | 327:13 | 254:18 | 248:17 |
| 245:21 | 350:2,6,19 | **threaten** | 256:7 | **today** |
| 246:13,21 | 350:23,24 | 275:17 | 260:21 | 169:1,3 |
| 247:23 | 352:3,3 | **threatens** | 262:21 | 177:12 |
| 249:4,9 | 353:20 | 233:1 | 263:17 | 179:25 |
| 250:9 | 354:9,13,25 | **three** | 268:3 270:3 | 180:7,10 |
| 252:10 | 356:20 | 163:4,5 | 270:9 | 187:8 |
| 253:10 | 359:15 | 167:13 | 273:25 | 191:14 |
| 254:22 | 361:3,18 | 181:16,19 | 274:20 | 196:4 197:8 |
| 264:13 | 362:7,9,12 | 181:23 | 283:17 | 205:25 |
| 265:11 | 363:5 364:4 | 224:22 | 287:8,14,21 | 216:9 222:8 |
| 266:22,25 | 364:5,12,15 | 235:14,19 | 287:24 | 229:3 232:4 |
| 267:21 | 364:18 | 252:13,16 | 288:2 | 244:2 |
| 272:5,16 | 365:3 | 254:20 | 291:14 | 250:25 |
| 273:6 275:3 | **thinking** | 261:19,19 | 294:15 | 256:19 |
| 275:7,18 | 300:21 | 278:16 | 300:5 | 263:17 |
| 277:10 | 310:11 | 333:5,17 | 305:20 | 273:12 |
| 278:24 | **thinks** | **throw** | 310:23 | 292:19 |
| 280:21 | 218:8,9 | 209:18 | 323:15 | 297:8 |
| 282:15,16 | **third** | **thrown** | 340:21 | 306:21 |
| 283:16,16 | 220:23 | 242:19,25 | 346:16 | 311:17 |
| 284:25 | 333:13 | **ticket** | 349:1 355:7 | 313:15 |
| 285:3,11 | **Thornton** | 260:8 | 355:16 | 314:1 315:8 |
| 286:6 | 162:8 197:1 | **tight** | 359:3 365:9 | 315:21 |
| 287:24 | 197:4,5 | 207:8 | 365:10,14 | 323:13 |
| 288:1,2,18 | **thorough** | **time** | **times** | 329:21 |
| 288:20,25 | 217:1,4 | 164:2,3 | 186:8 225:23 | 341:18,19 |
| 291:6 | **thought** | 165:4,7 | 242:11 | 342:13 |
| 292:17 | 163:24 170:6 | 168:22 | 305:7 | 343:17 |
| 295:20 | 243:25 | 169:13 | 307:15 | 348:25 |
| 296:10,11 | 254:11,12 | 170:11 | 364:17 | 349:16 |
| 297:21 | | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001921

TX_00028576

USA_00016803

Voter Fraud Hearing - Volume 2         March 1, 2011

421

| | | | | |
|---|---|---|---|---|
| 350:18 | 231:16 | 286:12,25 | 357:21 | 202:15 |
| 352:21 | 232:3,5,18 | 288:5,7,11 | **tremendously** | 218:16 |
| 355:16 | 240:7,17 | 288:13,21 | 268:8 | 228:1 |
| 357:18,22 | 241:6 242:2 | 289:5 | **trends** | 249:13 |
| **told** | 243:6 245:9 | 292:10 | 269:10 | 264:7,14 |
| 182:21 | 248:11 | 293:8,13,13 | **tribal** | 290:18,20 |
| 257:11 | 249:23 | 294:23 | 246:12 | 303:18 |
| 270:7,20 | 250:24 | 295:2,7 | **tried** | 321:18 |
| 328:20 | 251:2 | 296:8 | 185:18 | 326:5 |
| **Tom** | 252:10 | 301:11,15 | 282:10 | 335:10 |
| 210:6,7,14 | **town** | 301:22,25 | 287:16 | 351:8 354:5 |
| 210:22,25 | 164:4 195:13 | 302:5 | 308:3 | **turn** |
| 212:12,25 | 247:10 | 314:22 | 363:18 | 177:8 188:2 |
| 213:8 | **Townsend** | 315:15 | **trouble** | 214:4 231:3 |
| **Tonja** | 162:2 163:12 | 316:9,11 | 263:3 | 277:12 |
| 162:8 198:4 | 163:16,18 | **trainings** | **troubling** | 330:8 |
| 198:6,7 | 163:19 | 211:12 | 249:9 | **turned** |
| **tool** | 165:23 | **transcribed** | **true** | 167:4 185:8 |
| 307:5 | 166:1,3,6 | 161:15 366:9 | 183:18 | 254:15 |
| **tools** | 166:11 | 366:13 | 271:10 | 275:15 |
| 286:6 | **track** | **transcript** | 289:22 | **turning** |
| **top** | 245:19 | 366:16 | 301:10 | 177:10 |
| 168:10,12,15 | 345:10,11 | **transfers** | 343:7 | **turnout** |
| 186:13 | **traditional** | 320:11 | 363:11 | 178:7,8,9 |
| 261:9,13 | 189:13 278:9 | **transit** | **truly** | 227:21 |
| 288:15 | **tradition...** | 193:10,18,22 | 261:25 | 228:1,2 |
| 321:15 | 221:3 | **transition** | **trust** | 249:5 |
| 361:11 | **trail** | 228:17 | 257:12,20 | 257:14 |
| **topic** | 344:22 | **translator** | **truth** | 261:8,12,16 |
| 349:5 | **trailer** | 260:5 | 173:11 244:3 | 269:3,15 |
| **total** | 273:7 | **transport...** | **truthful** | **turnouts** |
| 180:16 | **train** | 187:20 237:5 | 180:20 | 268:6 |
| 221:10 | 183:21 | 247:20 | **try** | **turnover** |
| 295:21 | 237:23 | 274:9 | 165:8 195:11 | 287:2 |
| 297:18,21 | 296:23 | 278:13 | 198:8 | **turns** |
| 299:13 | **trainers** | **travel** | 214:17 | 351:25 |
| **totally** | 183:23 | 189:8 194:22 | 220:21 | **twice** |
| 223:22 | **training** | 257:25 | 241:4 | 254:22 |
| **totals** | 179:7 199:20 | **traveled** | 283:22 | 338:23 |
| 299:9 | 199:21 | 278:17 | 293:10 | 339:4 |
| **Tova** | 206:7 211:4 | **TRAVIS** | 304:18 | **twins** |
| 162:10 | 211:13,14 | 366:1 | 310:13 | 275:22 |
| 228:17,24 | 236:3,16,18 | **Treasury** | 315:17 | **Twitter** |
| 229:5,9,12 | 236:23 | 285:6 | 357:3 | 278:12 |
| 229:15 | 237:16 | **treated** | **trying** | **two** |
| 230:11,14 | 268:7 281:9 | 271:20 | 169:7 176:16 | 163:21 164:8 |
| 230:22 | 285:1,7,7 | **trees** | 181:22 | 168:3,17 |
| 231:5,11,14 | 286:4,8,11 | 272:23 | 185:19 | 172:25 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001922

TX_00028577

USA_00016804

Case 2:13-cv-00193 Document 660-27 Filed on 11/11/14 in TXSD Page 61 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 11 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011
422

| | | | | |
|---|---|---|---|---|
| 181:25 | 203:3 235:14 | **underlying** | 245:2 | 331:16,23 |
| 183:9 | 278:16 | 320:22 | **unfamiliar** | 336:3,11,16 |
| 185:12 | 280:13 | **understand** | 163:7 | 336:20,23 |
| 189:3 202:7 | 283:8 | 168:23 | **unfortuna...** | 337:5,9,13 |
| 206:15 | 334:16 | 170:15 | 230:13 | 338:12,17 |
| 208:14 | | 171:3 | **unfunded** | 338:20 |
| 211:10 | **U** | 178:16 | 249:11,11,20 | 339:8,18 |
| 214:13,16 | **UFO** | 197:14 | **unhyphenated** | 351:15,17 |
| 227:4 237:7 | 345:23 | 199:23 | 195:24 | 355:9 356:3 |
| 248:24 | **Uh-huh** | 207:5 | **UNIDENTIFIED** | 356:15 |
| 251:25 | 166:21 206:5 | 212:18 | 169:20,22 | 361:4 |
| 254:19 | 266:10 | 221:4 | 170:1,14,19 | **uninterru...** |
| 260:4,4 | 282:18 | 227:16 | 170:23 | 229:20 232:1 |
| 261:9,13 | 288:22 | 242:10 | 175:24 | **union** |
| 275:21,21 | 290:15 | 246:3 | 176:15 | 248:2 339:10 |
| 276:4 283:3 | 308:18 | 248:12 | 200:13 | **unique** |
| 284:21 | 312:22 | 258:8 | 208:6 209:5 | 210:13,23 |
| 286:16 | 314:3 319:4 | 262:19 | 213:23 | 290:21 |
| 288:14 | 327:3 | 264:11 | 214:7,9,11 | **United** |
| 291:9 293:5 | 328:18 | 291:25 | 214:14,18 | 173:5 219:17 |
| 294:4,14 | 333:1 | 298:18 | 214:23 | 293:24 |
| 297:11,12 | 338:10 | 303:18 | 226:10 | 294:1 363:8 |
| 303:12 | **Uh-oh** | 342:8,12 | 230:1,7,17 | 364:4 |
| 304:20 | 229:22 | 366:14 | 230:25 | **units** |
| 308:2 311:6 | **ultimately** | **understan...** | 231:3,8,12 | 189:8 |
| 314:1 | 267:25 | 182:16 | 251:4,7 | **universally** |
| 333:13 | 314:23 | **understan...** | 272:22 | 174:10 |
| 335:5 342:5 | **un** | 205:12 | 273:2 | **universal...** |
| 349:4 | 358:13 | 207:12 | 276:13,16 | 175:3 |
| **two-point** | **unable** | 227:15 | 276:24 | **universe** |
| 280:3 | 175:10 | 232:14 | 282:7,13,18 | 297:12,17 |
| **two-way** | 187:16,17 | 274:11 | 283:1,15 | 298:17 |
| 262:16 263:5 | 251:23 | 276:20,25 | 284:19 | 305:25 |
| **two-year** | 310:24 | 328:24 | 285:8,16,22 | 308:9,20 |
| 281:6 | 321:8,18 | 332:16 | 285:25 | 320:14 |
| **type** | 340:20 | **understands** | 286:19,22 | 325:16 |
| 250:16 271:5 | **unbearable** | 205:5 218:8 | 287:10,13 | **universes** |
| 293:18 | 174:15 | **undertakes** | 288:9,17,22 | 297:12 |
| 352:17 | **unchallenged** | 234:23 | 289:2,8,24 | 299:14 |
| 354:23 | 234:25 | **undiscipl...** | 290:9,24 | **university** |
| **types** | **uncomfort...** | 183:14 | 291:17,20 | 215:25 246:2 |
| 239:17 270:6 | 321:18 | **undocumented** | 292:1 293:4 | 267:14 |
| 272:12 | **unconstit...** | 242:11 | 294:3,6,10 | 273:16 |
| 324:3,13 | 240:1 | **undocumen...** | 305:12 | 274:1 |
| 343:19 | **underesti...** | 242:20 | 329:23 | 339:25 |
| **typically** | 234:14 | **undue** | 330:4,11,13 | **unjust** |
| 301:9 311:1 | **underfunded** | 174:17 | 330:21 | 175:1 |
| **T.V** | 317:15 | **unexpected** | 331:3,6,12 | **unknown** |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028578

USA_00016805

Case 2:13-cv-00193 Document 660-27 Filed on 11/11/14 in TXSD Page 62 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 118 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011

423

233:16
unprecede...
223:17
unprotected
358:17
unreasonable
358:22
unrelated
254:21
unstructured
183:13
untrue
188:8
unworthy
174:20
unwritten
363:18
update
286:16
  288:13,13
  295:4
Updating
236:25
upgrades
278:6
upheld
219:13,15
  222:20
  223:13,21
  234:15
  235:6
  245:24
  248:4
  357:15
  358:4,23
upholding
217:16
upset
195:13
  212:16
up-to-date
348:8
urge
174:2 175:7
use
181:21
  190:22

193:14
260:8,15
274:8,22
275:2
276:22
283:17
286:7,9
288:15,15
289:16
291:22
304:18
306:13
309:16,23
310:3,4,15
311:23
312:2
319:25
326:17
327:5 328:3
330:8
users
193:18
uses
292:2
usual
358:13
usually
258:3 286:16
  295:4
utility
182:8
utilizer
193:10
U.S
173:7 185:2
  328:15
  358:3
U.T
192:25 193:9
  276:18

————————
          V
————————
Val
261:11
valid
182:11
  261:22
validated

343:7
validity
237:24
Valley
171:21
  172:12
  195:2
  278:15
valuable
216:8
value
207:1 258:8
  272:6 351:3
varies
218:11
variety
237:14 265:9
  286:6
various
181:20
  194:14
  332:8 365:6
Veasey
165:14
  200:23,25
  201:9,15,22
  202:1,14,19
  203:6,23
  204:11,16
  204:23
  206:1,5,10
  206:13,21
  207:4
  213:24
  214:3
  222:13,13
  222:15
  223:25
  224:11
  225:14,15
  226:8,11
  231:22
  240:11
  243:14,15
  246:25
  249:10
  250:19
  262:8,10,11

264:6,12
265:3,6,16
265:23
277:10,11
279:6,9,12
279:15,19
280:5,10,14
280:16,25
281:5 332:1
332:2,11,14
333:1
352:13,15
356:11,12
356:13,14
356:19,24
359:7,8,12
359:14
361:5
365:13
Vegas
334:17
vehicle
221:14
Vehicles
237:5
Vera
162:5 181:6
  181:8,8
Verde
261:11
verify
172:6 180:23
  188:12
  190:23
  359:1
verifying
180:24
Verona
162:8 197:1
Veronica
197:4,4
version
191:14,15,17
  191:20
  201:7
  208:20
  234:18
  267:20

302:2
versus
195:16,16
  199:12
  217:20
  221:25
  234:7
veteran
188:14
veterans
188:7 294:2
vets
181:10
Vice
176:21 184:9
  222:13
  243:14
  352:12
  353:16
  365:12
victim
197:16
  344:20
Victoria
180:15
video
231:10
  286:15
  288:13,19
  293:14
  295:2 361:6
Vietnam
181:10
view
196:11 197:9
  235:9
  284:23
  329:13
  342:20
viewed
363:2
viewing
363:9
views
353:9
violation
336:12 337:3
violence



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028579

USA_00016806

Case 2:13-cv-00193 Document 660-27 Filed on 11/11/14 in TXSD Page 63 of 69
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 119 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011

424

| | | | | |
|---|---|---|---|---|
| 242:22 | 190:12 | 358:7 359:2 | 216:10,19 | 289:12,23 |
| **Virginia** | 191:4 | 359:4,18 | 217:8,11,12 | 292:16,18 |
| 162:2 163:12 | 195:12,19 | 360:24 | 217:16,19 | 292:23,25 |
| 163:18,19 | 196:1,2,2,6 | 363:19 | 219:2,7,9 | 293:22,25 |
| 166:3,6,11 | 211:23 | **voted** | 219:10,12 | 295:7 |
| 274:18,21 | 220:3 | 167:25 | 221:15,21 | 298:25 |
| 274:22 | 226:21 | 182:12,13 | 224:23 | 300:16,17 |
| **visit** | 239:8 | 196:8 208:1 | 226:3,19,23 | 300:18 |
| 187:24 | 254:12 | 254:22 | 227:19,20 | 302:13 |
| 258:18 | 255:14 | 260:11,21 | 228:2,4 | 303:1,3,14 |
| **visiting** | 257:11,12 | 260:23 | 232:9,12,19 | 304:10,16 |
| 257:25 258:1 | 260:18 | 270:19 | 232:25 | 304:16 |
| **visual** | 261:22,24 | 312:20 | 233:5 | 306:6 307:5 |
| 231:19 | 271:6,17,17 | 339:3 | 234:11 | 307:17 |
| 314:12 | 271:18,20 | **voter** | 235:7,17,22 | 308:16 |
| **vivid** | 271:21 | 161:3,4 | 237:10,20 | 309:15,17 |
| 353:8 | 272:4,7 | 164:11 | 238:4,19,20 | 309:24 |
| **vocal** | 273:5,8 | 167:16 | 238:22,23 | 310:4,17 |
| 258:3 | 274:12,14 | 168:16,19 | 238:24 | 311:16,20 |
| **voice** | 274:21,23 | 168:24 | 239:3,13,14 | 311:22 |
| 222:2 | 275:3,14,18 | 169:15 | 239:19 | 312:10,11 |
| **voices** | 276:19 | 171:20 | 241:18 | 313:1,2 |
| 249:8 | 277:23 | 172:1,16,19 | 242:12,13 | 318:14 |
| **Volume** | 284:16 | 173:2 | 243:12 | 319:9 321:9 |
| 161:7 163:1 | 290:2,8 | 176:24 | 249:3 251:9 | 323:16 |
| **volunteer** | 292:17,19 | 178:6,7,8 | 252:2,2,4,4 | 324:3,20,23 |
| 260:4 268:4 | 295:17 | 178:14 | 252:12 | 325:2,5,16 |
| **volunteered** | 296:16,22 | 180:21 | 255:23 | 325:18 |
| 181:12 | 303:13 | 181:11,14 | 257:8,14,17 | 327:16 |
| 195:20 | 304:6 | 181:19,19 | 258:6,23 | 328:1,7 |
| 196:22 | 307:12 | 181:22,24 | 260:8,13,18 | 332:15,20 |
| **volunteers** | 313:8 | 182:10,11 | 260:24 | 332:22 |
| 287:3 | 318:23 | 182:23 | 261:2,23 | 333:4 334:5 |
| **vote** | 319:14,21 | 183:14 | 263:1 | 334:6,23 |
| 164:7,16 | 324:10,14 | 184:13 | 264:23 | 335:1,11 |
| 165:3,21 | 325:1 | 186:2 | 265:18,25 | 338:2,14 |
| 172:16 | 327:18 | 188:19 | 269:15,22 | 344:2 345:9 |
| 173:14,15 | 328:16,17 | 189:17 | 270:11 | 347:15 |
| 174:4,11,13 | 328:21 | 191:19 | 272:2,3 | 348:4 |
| 175:12 | 330:1,8 | 193:16 | 277:25 | 352:24 |
| 178:13 | 332:6 | 195:8 196:6 | 278:2,3,22 | 357:8,9,15 |
| 182:14,20 | 338:22 | 199:6,12,15 | 278:24 | 357:20 |
| 182:21 | 339:13 | 199:17 | 279:4 281:7 | 358:5,22 |
| 183:10,12 | 342:24 | 211:13,13 | 281:9 282:6 | 359:1,19,24 |
| 183:12,18 | 347:1 | 211:18,20 | 283:19,24 | 360:6,14 |
| 186:3 187:4 | 348:15 | 211:25,25 | 284:4,5,8 | 361:21,23 |
| 187:25 | 350:17 | 212:4,6,17 | 284:10,13 | 361:23 |
| 189:2 | 354:12 | 213:2,2,5,9 | 284:18 | 362:1,4,10 |
| | 357:24 | | 285:1,6 | 362:13,14 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193   Document 660-27   Filed on 11/11/14 in TXSD   Page 64 of 69
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-3   Filed 06/20/12   Page 120 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011

425

| | | | | |
|---|---|---|---|---|
| 362:13,14 | 299:7,14 | 232:9,12 | 167:4 | 307:19 |
| 362:22 | 303:5,7,8 | 237:19 | **walking** | 317:16 |
| 363:1,15 | 306:1,4,11 | 241:23 | 199:14 | 322:8 |
| 365:1,20,20 | 306:12,16 | 245:10 | **Wal-Mart** | 343:18 |
| 366:8,8 | 319:3 | 246:15 | 197:24 | 344:24 |
| **voters** | 320:10 | 254:7,8,17 | **Wang** | 350:3 |
| 174:12 | 342:10 | 254:19 | 162:10 | 354:19 |
| 176:13,22 | 343:24 | 255:3,4,7 | 228:17,23 | 355:1 |
| 177:25 | 347:9,23,25 | 257:2,4 | 228:24 | 356:22,25 |
| 178:10,11 | 350:22 | 261:2 270:4 | 229:2,5,9 | 357:21 |
| 180:12,19 | 358:7,9,15 | 271:15 | 229:12,15 | 359:16,17 |
| 180:23 | 364:23 | 304:8 310:9 | 230:11,14 | 359:18,21 |
| 181:15 | **voter's** | 310:9 | 230:22 | 359:22,25 |
| 183:8,10 | 266:20 | 319:22 | 231:5,11,14 | 360:2 362:9 |
| 189:1,4,16 | 307:13 | 320:12 | 231:16,23 | 363:7,22,23 |
| 191:9 | **votes** | 324:9,9,9 | 232:3,5,18 | 364:24 |
| 196:12 | 175:9 196:12 | 324:11 | 240:5,5,7 | **wanted** |
| 207:25 | 243:20 | 325:3 326:6 | 240:17 | 164:8 170:12 |
| 213:8 | 253:7,9 | 326:25 | 241:6 242:2 | 192:15 |
| 216:16 | 258:25 | 328:8 | 243:6 245:9 | 197:5 201:3 |
| 218:1 | 261:4,9,12 | 329:16 | 248:11 | 202:19 |
| 220:13 | 261:17,18 | 334:8 | 249:23 | 205:24 |
| 233:1,22,24 | 261:19,22 | 337:20 | 250:22,24 | 222:16 |
| 234:24 | 262:14 | 339:4 | 251:2 | 226:14 |
| 235:13,16 | 313:8 | 342:18 | 252:11 | 244:12 |
| 235:18 | 343:24 | 357:13 | 310:18 | 247:21 |
| 237:21 | 345:19 | 358:13 | **want** | 275:19 |
| 241:7 243:7 | 346:7 | 359:23,24 | 167:8,8 | 276:8 281:4 |
| 245:25 | 352:24,25 | 363:14 | 169:15 | 309:9 |
| 247:7 252:7 | 354:18 | 364:21,22 | 171:10 | 321:20 |
| 253:1,8,13 | **VoteTX.org** | **vulnerable** | 172:18 | 337:14 |
| 258:22 | 278:8 | 220:15 | 177:14 | 352:15 |
| 261:1,8,11 | **vote-saving** | 246:18,23 | 188:4 195:7 | 359:14 |
| 261:15,16 | 310:19,24 | | 196:11 | **wanting** |
| 262:1 | 313:6 | **W** | 198:17 | 326:7 |
| 263:20 | **voting** | **W** | 199:1,2,18 | **wants** |
| 264:1 | 164:4,22 | 366:10,18 | 199:25 | 164:15 |
| 267:18 | 171:6 178:2 | **Waco** | 200:3,6,25 | **warning** |
| 268:16,18 | 180:17 | 206:17 | 201:11 | 196:22 |
| 269:16 | 183:7 187:1 | **wait** | 237:17 | **wary** |
| 270:18 | 189:1 194:9 | 209:23 | 239:23 | 220:1 |
| 284:15 | 196:13,16 | **waited** | 242:25 | **Washington** |
| 290:17 | 199:3 200:1 | 346:17 | 244:10 | 173:6 215:21 |
| 291:15,22 | 216:4,6,21 | **waiting** | 247:24 | 217:22 |
| 292:2,21,23 | 219:23 | 302:20 | 248:2 | 218:6 |
| 297:13,22 | 220:6 222:5 | **walk** | 257:20 | 240:18 |
| 297:25 | 225:2 | 199:6,11 | 259:8 265:6 | **wasn't** |
| 298:4,9,21 | 227:25 | **walker** | 299:20,20 | 165:15 168:5 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028581

USA_00016808

Case 2:13-cv-00193   Document 660-27   Filed on 11/11/14 in TXSD   Page 65 of 69
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-3   Filed 06/20/12   Page 121 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011
                                                            426

| | | | | |
|---|---|---|---|---|
| 266:15 | 178:17 | 293:10,12 | 241:21 | **Wilson** |
| 290:11 | 188:12 | 305:2 | 263:10 | 363:3 366:9 |
| 299:23,24 | 203:2 221:6 | 340:23 | 278:20 | 366:17 |
| 332:8 | 269:24 | 356:9 | 285:15 | **win** |
| 337:14 | 286:18 | **we're** | 289:9 | 213:3,6 |
| 364:5 | 294:4 333:5 | 163:2,6 | 290:15 | 217:17 |
| **watch** | 342:9 346:8 | 164:14,23 | 291:9 295:3 | 257:13,13 |
| 164:4 264:25 | 349:25 | 165:5 | 295:16,20 | **winner** |
| **watched** | **weaken** | 171:10 | 299:15 | 261:17,25,25 |
| 254:7 255:11 | 243:12 | 176:15 | 300:9 | **Wisconsin** |
| **watcher** | **weakens** | 185:24 | 301:18 | 192:5 236:19 |
| 163:14 165:6 | 227:18 | 190:24 | 307:15 | 236:24 |
| 260:9,10,11 | **weave** | 191:20 | 308:3,25 | 250:4,15 |
| **watchers** | 284:4 | 201:12 | 309:3,4 | 281:11 |
| 163:20 165:6 | **website** | 205:2,4,4,6 | 310:12 | 282:23 |
| 183:2,21 | 236:25 278:7 | 205:10,18 | 339:1,2 | **wisdom** |
| 258:6 260:5 | 278:7 | 205:21,22 | 343:11 | 351:11 352:7 |
| **watching** | **Wedgewood** | 207:8 | 349:15 | **wise** |
| 254:8 288:19 | 247:11 | 211:11 | 350:17 | 224:14 |
| **way** | **weeks** | 213:18 | 357:18 | **wishing** |
| 171:3 186:10 | 173:8 180:16 | 215:6 230:9 | **whatsoever** | 355:25 |
| 193:11,12 | **weigh** | 244:15,17 | 363:13 | **withdraws** |
| 203:16,25 | 272:11 | 244:25 | **White** | 365:14 |
| 207:15 | 353:24 | 253:12 | 361:13 363:2 | **witness** |
| 220:19 | **weighing** | 255:25 | 363:9 | 162:1 163:4 |
| 221:12 | 355:21 | 256:7 | **Whitlock** | 192:13 |
| 244:22 | **weight** | 262:15 | 162:3 169:18 | 193:4 |
| 247:9 | 173:24 | 266:7 270:7 | 170:25 | 200:21 |
| 256:25 | **weights** | 270:20,23 | 171:1,1 | 255:19 |
| 257:13,19 | 175:1 | 273:21 | **whoa** | 271:16 |
| 258:19 | **welcome** | 284:2,7 | 165:15 | 316:19 |
| 260:19 | 251:9 302:21 | 290:16 | **whoever's** | 322:24 |
| 262:21 | 317:8 | 293:7 297:9 | 344:20 | **witnesses** |
| 263:10,14 | **went** | 297:11 | **wide** | 163:6,11 |
| 265:14,21 | 165:15 182:4 | 310:13 | 183:6 | 176:16 |
| 265:22 | 182:11 | 326:5 | **wild** | 180:10 |
| 266:2 | 212:10 | 327:24,25 | 363:14,22 | 245:6 |
| 272:10 | 225:19 | 333:3,3,19 | 364:14 | 262:18 |
| 287:5 | 230:1,5 | 339:24 | **Williamson** | 340:2 |
| 310:22 | 266:1 | 340:2,2,14 | 162:4 172:21 | 344:19 |
| 330:2 333:9 | 328:14 | 340:14 | 172:24 | **woes** |
| 336:6 | **we'll** | 345:3 365:3 | 175:16,18 | 208:13 |
| 348:14 | 163:10 | **we've** | 175:22 | **woman** |
| 353:22 | 190:11 | 168:17,18 | 176:1,6,7 | 174:7 182:20 |
| 361:19 | 201:19,19 | 171:5 192:4 | **willing** | 196:20 |
| 363:25 | 209:23 | 205:19 | 167:23 | 197:8 |
| **ways** | 214:13 | 211:8 | 245:15 | 328:14 |
| 164:18 | 231:25 | 240:21 | 335:7 | 360:23 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028582

USA_00016809

Voter Fraud Hearing - Volume 2                    March 1, 2011

427

| | | | | |
|---|---|---|---|---|
| **women** | 343:17 | **worried** | 243:15 | 286:16 |
| 176:12,21 | **worked** | 201:23 | 248:11 | 292:25 |
| 177:5,19 | 171:22 | 204:13 | 249:23 | 299:1 311:6 |
| 178:4,10 | 183:17 | **worry** | 271:25 | 314:1,9,10 |
| 198:4,12,16 | 197:13 | 177:25 | 272:24 | 331:2,4 |
| 256:10,21 | 215:23 | **worth** | 277:21 | 341:23 |
| 257:25 | 258:5 338:7 | 202:8 207:3 | 279:19 | 342:5 |
| **Women's** | 338:7 | 219:6 247:6 | 280:12,14 | 348:15 |
| 258:13 | **worker** | 247:10 | 283:14 | 349:5 353:6 |
| **wonderful** | 237:16 | 271:13 | 294:10,11 | 361:8,9,12 |
| 191:2 214:16 | 270:13 | 279:23 | 306:23,23 | 364:19 |
| **wondering** | 275:16,17 | 283:9 | 312:16,17 | **year's** |
| 166:5 222:23 | 281:8 285:7 | **wouldn't** | 313:20 | 283:10,11 |
| **Woodrow** | 286:3,8,25 | 195:14 | 318:15 | **yesterday** |
| 363:3 | 288:21 | 247:23,23 | 336:16,20 | 258:15 |
| **Woods** | 314:24 | 248:2 | 337:17 | **yield** |
| 162:13 | 316:5,13 | 275:14 | 356:5,5,24 | 348:17 |
| 273:14,19 | **workers** | 299:24 | 359:10,13 | **young** |
| 273:23,25 | 183:21 | 300:22 | 361:4 | 172:4 238:13 |
| 276:20 | 237:23 | 308:22 | **year** | |
| 277:1 | 252:7 253:1 | 317:24 | 171:22 172:5 | **Z** |
| **word** | 257:5 268:2 | 350:13,16 | 177:10 | **zero** |
| 185:11 | 268:2,15 | **write** | 195:20 | 362:18,18 |
| 203:18 | 270:10,16 | 190:1 | 226:13 | |
| 231:20 | 286:7,13 | **writing** | 233:18,18 | **$** |
| 326:6 | 287:1,7,14 | 363:4,6,10 | 233:19,20 | **$1.6** |
| 334:19 | 287:19 | **written** | 234:2 | 202:2 281:19 |
| 345:14 | 289:4 | 227:10 | 268:13 | **$10** |
| **words** | 292:11,13 | 251:24 | 284:21 | 205:15 |
| 185:12 | 293:14 | 288:25 | 285:4 | 209:17 |
| **work** | 339:12 | 293:23 | 295:12 | **$10,000** |
| 164:20 | 347:4 | 294:1 | 327:14 | 311:10,11 |
| 167:12,12 | **working** | **wrong** | 345:23 | 348:15 |
| 167:13 | 168:11 | 238:7 246:4 | **years** | **$110,000** |
| 168:15 | 176:24 | **wrote** | 163:21 164:8 | 236:10 |
| 181:14 | 182:3 | 195:8 | 165:7 168:3 | **$13** |
| 187:16 | 228:10 | | 168:17 | 234:1 |
| 196:22 | 230:15 | **Y** | 169:3 | **$138,000** |
| 204:6 207:7 | 232:8 | **yeah** | 172:14,25 | 236:24 |
| 208:3 211:3 | 250:23 | 200:25 201:2 | 176:23 | **$150,000** |
| 211:7 | 259:2 260:3 | 201:22 | 186:8 | 203:5 |
| 213:19 | 271:1 | 202:14 | 211:10 | **$2** |
| 215:21 | 297:11 | 203:6,23 | 219:7 | 188:19 207:3 |
| 256:15 | **works** | 204:11 | 235:14,19 | 207:16 |
| 293:10 | 170:2 199:5 | 214:6 | 250:11 | 235:22 |
| 301:9,10 | 269:12 | 226:11 | 252:13,16 | 252:6 279:2 |
| 308:10 | **world** | 230:14,25 | 254:4 257:3 | 282:1 |
| 342:1 343:5 | 165:2 236:4 | 240:10 | 284:21 | 296:20 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028583

USA_00016810

Case 2:13-cv-00193   Document 660-27   Filed on 11/11/14 in TXSD   Page 67 of 69
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-3   Filed 06/20/12   Page 123 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011

428

| | | | | |
|---|---|---|---|---|
| 321:2,3 | **1** | 367:1 | **16.9** | **2** |
| **$2.5** | | **12.6** | 252:12 | 201:8 208:18 |
| 278:6 | **1** | 306:22,22 | **162** | 260:1 282:5 |
| **$200** | 161:5 163:1 | **12/31/12** | 258:1 | **2nd** |
| 295:22 | 168:13 | 367:6 | **163** | 260:1 |
| **$227** | 290:2 | **13** | 162:2 | **2.1** |
| 295:23 | 291:12,13 | 173:20 | **166** | 299:6 |
| **$24,000** | 291:13 | 233:24 | 162:2 | **2.3** |
| 190:10,12,15 | 296:10 | 235:18 | **171** | 281:14 298:1 |
| 201:8 | 366:8 | 306:19,21 | 162:3,3 | **2.5** |
| 208:25 | **1D** | 319:3 | **172** | 278:4 284:12 |
| **$3.5** | 198:13 | **13.072** | 162:4 | **2.8** |
| 188:25 | **1st** | 348:6 | **176** | 207:25 |
| 233:20 | 177:9 297:13 | **14** | 162:4 | 289:21 |
| **$300,000** | 297:20 | 163:15 | **179** | 297:10 |
| 203:4,4 | 298:17 | 166:18 | 162:5 | **20** |
| 283:9 | **1,692** | 176:10,14 | **18** | 172:14 |
| **$37** | 261:18 | 179:23 | 180:17 273:4 | 252:16 |
| 296:12 | **1-point** | 180:5 181:7 | **181** | 257:3 |
| **$47** | 203:10 | 184:6 | 162:5 | 304:23 |
| 296:3 | **1.3** | 186:21,24 | **184** | 361:12 |
| **$50** | 281:24 298:9 | 193:2 | 162:6 | **20th** |
| 271:14 | **1.4** | 194:24 | **186** | 279:22 |
| **$500,000** | 320:2 | 197:3 198:5 | 162:6 | **200** |
| 208:21 | **1.5** | 200:17 | **19** | 162:9 |
| **$55** | 208:23 | 201:13 | 318:25 | **2000** |
| 235:19 | **1.6** | 210:8 | **1915** | 215:22 |
| **$576,800** | 203:10 | 215:10 | 361:8 362:15 | 297:19 |
| 236:12 | **1.8** | 229:6 | 362:17 | 367:8 |
| **$600,000** | 280:3 | 251:14,21 | **193** | **2002** |
| 291:1 | **10** | 254:1 | 162:7 | 189:3 268:13 |
| **$7** | 206:14 | 256:12 | **194** | 277:24 |
| 285:5 | **10,995** | 259:21 | 162:7 | 323:18,19 |
| **$700,000** | 258:2 | 267:3 | **1960s** | 325:4 326:3 |
| 236:7 | **10-year** | 273:18 | 185:14 | 335:3 |
| **$750,000** | 314:5 | 277:5 302:2 | **1967** | **2005** |
| 203:3 280:1 | **100** | 302:11 | 185:2 | 216:15 |
| **$773,000** | 361:8 364:19 | 316:23 | **197** | 227:23,24 |
| 206:6 | 367:8 | 341:8 356:2 | 162:8 | 321:11 |
| **$842,000** | **11** | 356:8 | **1975** | **2006** |
| 206:3 | 206:14 | 365:15,16 | 197:12 | 215:22,24 |
| **$9.5** | **11,2011** | **14th** | **198** | 234:17 |
| 281:7 | 161:15 | 366:10,18 | 162:8 | 266:16 |
| | **12** | **15** | **1990** | 278:2 281:8 |
| **0** | 299:15 | 176:17 | 307:20 | 282:17 |
| 0.5 | 306:19 | 184:12 | | 290:2,5 |
| 364:10 | 339:16 | **15,000** | **2** | 291:13,13 |
| | **12th** | 278:19 | | 291:18 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028584

USA_00016811



Case 2:13-cv-00193  Document 660-27  Filed on 11/11/14 in TXSD  Page 68 of 69
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-3  Filed 06/20/12  Page 124 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011

429

297:13,20
298:23
299:23
303:21,23
304:6
323:15
2007
274:18
2008
211:14 249:2
253:4
268:17
2009
198:15 236:8
267:16
278:23
2010
171:22 178:9
180:13
212:8
235:11
260:1 278:5
280:3
281:20
297:14,20
317:19
2010-11
348:8
2011
161:5 258:12
317:19
366:9
2012
177:9 201:8
212:23
284:11,12
285:4,18
293:1
306:11
317:22
366:17
367:2
2013
317:21,22
209
366:10,18
21
317:12,14,22

210
162:9
215
162:10
22
233:23
228
162:10
23
278:18
339:17
24
339:20
25
172:14
185:22
232:15
252:25
331:4
339:18
251
162:11
253
162:11
256
162:12
259
162:12
26
261:12
267
162:13
27,801
261:11
271
261:12
273
162:13
277
162:14
283
367:7
289
326:3 335:3
294,000
298:6

3
3
190:8 357:6
3rd
258:12
3.9
298:16
30
165:6 246:10
254:3
279:24
319:24
320:3,5,14
30th
303:16
30-minute
286:15 295:2
30-some
166:12
300
211:20
31st
297:14,20
298:17
316
162:14
32
255:7
32,000
253:6,7,7
323
162:15
328-5557
367:9
33
168:6
330036RH
367:11
34
261:16
34,000
298:15
303:21
34,506
291:14
340
162:15

366
162:17
38
331:2

4
4
169:19
171:16
172:23
235:16
291:15
297:23
4.2
320:7
4.5
233:22
4.6
281:15 299:8
4:00
182:24
40-plus
186:8
40-year
185:22
400,000
362:24
4136
367:6
42
261:8 279:24
42,000
253:5
43
296:13
46
279:24
47,689,052
317:22
47,890,758
317:20
475-4163
366:11,19

5
5
216:10,21

217:7
219:13,23
222:3,18,24
279:23
342:18
350:25
5,552
180:14
5,562
180:17
5.2
297:10 299:5
5.6
281:12,17
50th
178:8
512
366:11,19
367:9
55
252:23

6
6
233:21
6.4
281:23
6.9
235:13
60
317:21 353:6
60s
185:25
600
290:25
600,000
289:12 291:3
303:24
600,000-p...
305:25
609,000
263:20
62
169:7,8
622
261:18
63

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028585

USA_00016812

Case 2:13-cv-00193  Document 660-27  Filed on 11/11/14 in TXSD  Page 69 of 69
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-3  Filed 06/20/12  Page 125 of 245

Voter Fraud Hearing - Volume 2                    March 1, 2011

430

```
  169:8              161:2 357:5
63.010               366:7
316:3              85
65                   361:22,23
185:8 186:12       86
655,000              261:9
299:16             890
656,690              258:15
317:21             ─────────────
690,000                   9
266:15 297:8       9,332
  299:12,17          261:7
  300:2            90
698,087              170:9 320:6
299:12               350:20
─────────────      90-plus
      7              176:23
7                  905,859
279:23               261:15
70                 95
169:3,9,24           350:21
  170:4,7,9        99.82
  177:5,8,10         180:18
  247:4
  292:25
  306:11,11
  307:1
  346:19
72
339:16
75
252:22,24
78701
366:11,19
  367:8
─────────────
      8
8
298:16
8th
366:10,18
80
170:9 171:6
  296:1
80s
295:3 307:20
82nd
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001931

TX_00028586

USA_00016813