Case 2:13-cv-00193 Document 660-29 Filed on 11/11/14 in TXSD Page 1 of 88
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 179 of 245

PL031
9/2/2014
2:13-cv-00193

1

2011 (82R) SB 14

3.21.11 HOUSE CHAMBERS FLOOR DEBATE

2ND READING

MARCH 21, 2011

Transcribed by Rhonda Howard, CSR
April 23, 2012

TX_00212626

USA_00016867

House Chambers Floor Debate, 2nd                    March 21, 2011

2

```
 1              THE CLERK:  SB-14 by Fraser relating
 2   to requirements to vote including presenting proof
 3   of identification, providing criminal penalties.
 4              THE SPEAKER:  Chair recognizes
 5   Representative Harless.
 6              REPRESENTATIVE HARLESS:  Thank you,
 7   Mr. Speaker, Members.
 8         The requirement of photo I.D. is becoming
 9   all but necessary in the modern age.  Photo I.D.s
10   are required to drive a car, buy alcohol or
11   cigarettes, to obtain a hunting or fishing license,
12   to open a bank account, to purchase medical
13   prescriptions, to obtain most health or dental care
14   and to rent a hotel room or a car.
15         The Appellant Court [sic] in the Indiana
16   photo voter I.D. case, Crawford versus Marion
17   County, stated, "It is exceedingly difficult to
18   maneuver in today's America without a photo I.D.
19   And, as a consequence, the vast majority of adults
20   have such I.D.  Ballot access should have at least
21   the same integrity as renting a movie, boarding a
22   commercial plane or cashing a check."
23         The fact that states across the nation are
24   passing voter I.D. laws is proof enough that the
25   public's concern regarding the potential of voter
```

TX_00212627

USA_00016868

3

1    fraud.  While there is, and perhaps will always be,

2    a disagreement regarding the extent of the voter

3    fraud, the lack of public confidence in our voting

4    system cannot be questioned.

5              People who lack confidence in the election

6    system see no reason to show up and vote.  There is

7    potential for fraud in registration, in-person

8    voting and counting the ballots.

9              SB-14 is a simple, narrowly-crafted piece

10   of legislation that only addresses one type of

11   potential fraud, in-person voting.

12             SB-14 is similar to Georgia's photo I.D.,

13   which was approved by the Department of Justice, and

14   Indiana's photo I.D., which was upheld by the

15   Supreme Court.

16             In upholding Indiana's photo I.D. law the

17   Supreme Court stated, "Confidence in the integrity

18   of our election process is essential to the

19   functioning of our participatory democracy.  Voter

20   fraud drives honest citizens out of the democratic

21   process and breeds distrust of our government.

22   Voters who fear their legitimate votes will be

23   outweighed by fraudulent ones will feel

24   disenfranchised."

25             This bill is in compliance with the U.S.

JA_001987

TX_00212628

USA_00016869

4

1    Supreme Court decision which upheld the Indiana
2    voter I.D. legislation, because it deters and
3    detects fraud.  It protects the public's confidence
4    in elections.  It counts only eligible voters'
5    votes.
6              It also complies with the Supreme Court
7    decision, because it offsets the proof on voters by
8    providing free access to free photo I.D. cards,
9    allowing for provisional ballots and absentee
10   ballots, ensuring that obtaining a photo I.D. is no
11   more burdensome or inconvenient than the usual act
12   of voting, and provides exceptions for elderly,
13   disabled or indigent voters.
14             SB-14 would require you -- a voter to show
15   a photo I.D. when voting in person.  The acceptable
16   I.D.s include cards issued by the DPS, driver's
17   license or I.D. card, a military pass -- I.D., a
18   passport or a concealed handgun license.  These
19   forms of I.D. must be current or no more than 60
20   days expired.  A current citizen's certificate with
21   a photo is also an acceptable form of
22   identification.
23             Voters who cannot produce an acceptable
24   form of photo I.D. will be allowed to cast a
25   provisional ballot.  That ballot will be counted if

TX_00212629

USA_00016870

5

1   the voter returns within six days with the photo
2   I.D.
3            There are exceptions the photo I.D.
4   legislation, which include people who are 70 years
5   old or older as of January 1st, 2012.  They may
6   continue to vote with their voter registration card.
7            Indigent people and people with religious
8   objections to be photographed may cast a provisional
9   ballot on election day and return to the registrar
10  within six days with a signed affidavit confirming
11  their exempt status.
12           And voters who are disabled and provide
13  written documentation from the Social Security
14  Administration or the Veterans Affair Department
15  verifying their [sic] are -- they are receiving
16  benefits due to the disability and the voter does
17  not have one of the other acceptable forms of I.D.
18  for voting.
19           SB-14 would provide statewide extensive
20  training and notification of the changes in
21  requiring a photo I.D. to vote.  It would provide
22  for free DPS-issued I.D.s to registered voters who
23  request an I.D. who do not have another acceptable
24  form of identification, photo identification for
25  voting.  It allows a voter to cast a ballot if the

TX_00212630

USA_00016871

House Chambers Floor Debate, 2nd                    March 21, 2011

6

1   name on the I.D. is substantially similar to the

2   name on the voter's list.

3           In conclusion, in two states with strict

4   photo I.D. requirements, voter turnout has increased

5   since the photo I.D. laws were enacted.  This tells

6   me that photo voter I.D. requirements increase the

7   public's confidence in the election process, which

8   has been shown in these states to increase voter

9   participation.

10          Although way -- we may disagree on how

11  much voter fraud takes place, just one fraudulent

12  vote effectively steals one legitimate vote.

13  Elections are too important to leave this

14  unprotected.

15          This legislation is not a radical concept.

16  It is just asking that every voter verify you are

17  who you say you are before casting a vote.

18                  THE SPEAKER:  Mr. Anchia, for what

19  purpose?

20                  REPRESENTATIVE ANCHIA:  Will the

21  gentle lady yield, please?

22                  THE SPEAKER:  Will the lady yield?

23                  REPRESENTATIVE HARLESS:  I will.

24                  REPRESENTATIVE ANCHIA:

25  Representative Harless --

JA_001990

TX_00212631

USA_00016872

7

1              REPRESENTATIVE HARLESS:  Hi.

2              REPRESENTATIVE ANCHIA:  -- good

3  afternoon.  I wanted to ask you a couple questions

4  about Senate Bill 14 and voter impersonation.

5          You alluded to the fact that -- that this

6  bill deals with one specific type of voter fraud.

7  Correct?

8              REPRESENTATIVE HARLESS:  Yes,

9  potential voter fraud.

10             REPRESENTATIVE ANCHIA:  And that's --

11  and that's -- that's voter impersonation?

12             REPRESENTATIVE HARLESS:  Yes.

13             UNIDENTIFIED REPRESENTATIVE:  And how

14  does -- describe how voter impersonation works.

15             REPRESENTATIVE HARLESS:  Someone

16  shows up to the poll with a voter's registration

17  card that may not be theirs and casts a vote -- a

18  vote with that card.

19             REPRESENTATIVE ANCHIA:  How -- how

20  often does that happen in the State of Texas, do you

21  think?

22             REPRESENTATIVE HARLESS:  I'm not

23  advised.

24             REPRESENTATIVE ANCHIA:  Do -- do you

25  have a guess?  You -- you've gone back and looked at

TX_00212632

USA_00016873

House Chambers Floor Debate, 2nd                    March 21, 2011

8

1    interim reports and studies on this issue.

2                    REPRESENTATIVE HARLESS:  Under our

3    current law there's not really tools necessary to

4    stop this type of in-voter fraud.  In fact, most of

5    this in-voter fraud we may not even know about until

6    after the election occurs.

7            We have heard from many witnesses over the

8    last couple sessions who have testified that voter

9    impersonation in which people's I.D.s or voter

10   registration card have been used and false votes

11   cast in that person's name is not uncommon.

12                    REPRESENTATIVE ANCHIA:  And did --

13   did they provide any documented cases, or was it

14   anecdotal?

15                    REPRESENTATIVE HARLESS:  It --

16   there -- there was information from the Secretary of

17   State, but really we don't have the tools to

18   effectively deter or detect this type of voter

19   fraud.

20                    REPRESENTATIVE ANCHIA:  I find it

21   interesting that you say we don't have the tools in

22   current law.

23            Are you pretty familiar with the Election

24   Code?

25                    REPRESENTATIVE HARLESS:  A little.

TX_00212633

USA_00016874

9

1    I've learned more about it the last few months.

2                    REPRESENTATIVE ANCHIA:  Me, too.  Me,

3    too.

4              What is the penalty for voter

5    impersonation?

6                    REPRESENTATIVE HARLESS:  As addressed

7    in this bill?

8                    REPRESENTATIVE ANCHIA:  No, no.

9    Current law.

10                    REPRESENTATIVE HARLESS:  I think --

11                    REPRESENTATIVE ANCHIA:  It's under

12   Section 6401 -- spot 012 of the Election Code.

13                    REPRESENTATIVE HARLESS:  And it would

14   be a second-degree felony if they're caught.

15                    REPRESENTATIVE ANCHIA:  Okay.  So

16   current -- under current law, just to be clear so

17   the membership knows, it's actually a third-degree

18   felony, so it's two to ten years in prison and up to

19   $10,000 worth of fine.

20              And in the Committee substitute that we

21   have before us, it's actually bumped up to a

22   third-degree felony.  So there's a -- a penalty

23   enhancement from third-degree to second-degree, so

24   it increases in severity.  And then there's also an

25   increase -- a correlating increase with the

TX_00212634

USA_00016875

House Chambers Floor Debate, 2nd                    March 21, 2011

10

1    attempted voter impersonation that gets bumped up,

2    as well, from -- from its current law -- for its --

3    from it's current penalty to 180 days -- it's a

4    state jail felony, 180 days to two years in state

5    jail and an optional fine of $10,000.

6              So there are some pretty severe penalties

7    both in current law and in your proposed bill.

8    Correct?  A felony.

9                   REPRESENTATIVE HARLESS:  Yes.

10                  REPRESENTATIVE ANCHIA:  And in terms

11   of -- of risk/reward, how many -- how many votes can

12   you change with one case of voter impersonation,

13   just --

14                  REPRESENTATIVE HARLESS:  How many

15   votes can you change?

16                  REPRESENTATIVE ANCHIA:  Yeah.

17             See, you were very concerned about a -- a

18   legitimate voter being disenfranchised by someone

19   conducting voter impersonation.  Is -- is -- is

20   it -- is it a scalable model, or when you commit an

21   act of voter impersonation how many votes do you

22   change?

23                  REPRESENTATIVE HARLESS:

24   Representative Anchia, this is about restoring

25   confidence in the election process --

TX_00212635

USA_00016876

House Chambers Floor Debate, 2nd                    March 21, 2011

                                                            11
 1                    REPRESENTATIVE ANCHIA:  No.  I
 2      understand that.
 3                    REPRESENTATIVE HARLESS:  -- one
 4      person, one vote.  And to get off on the fraud
 5      argument and how often it happens or if it even
 6      happens, we will never agree on that.
 7                    REPRESENTATIVE ANCHIA:  Well, I --
 8      I --
 9                    REPRESENTATIVE HARLESS:  The purpose
10      of this legislation is that when you show up to
11      vote, you prove who you say you are.  It's a very
12      simple, narrow-defined bill.  And we can stay here
13      all day long discussing the fraud, but that is not
14      what this bill is about.  This bill is about
15      protecting, deterring and detecting possible fraud
16      in elections.
17                    REPRESENTATIVE ANCHIA:  Sure.  I'm --
18      I'm trying -- I'm trying to get at that, because you
19      talked about voter -- voter impersonation in your
20      layout.  And I know -- I know the narrative changes,
21      because when -- when -- you know, we've studied this
22      thing for eight years now -- almost six years --
23      seven years, actually, and we haven't been able to
24      find widespread voter impersonation.
25                    Clearly to support the bill your narrative

TX_00212636

USA_00016877

House Chambers Floor Debate, 2nd                    March 21, 2011

12

 1   has to change, so now it's about the integrity of

 2   elections.  I understand that.

 3           But when -- in going through the

 4   current -- you -- you said in your layout the -- we

 5   currently don't have tools to prevent this.  So I

 6   was trying to get at the tools that are in current

 7   state law.

 8           And the first one is sort of the deterrent

 9   effect of risking a state jail felony, two to ten

10   years in jail, $10,000 worth of -- of fines to

11   change, what, one vote.  Right?  So we're talking

12   about deterrent effect and risk.  And my question to

13   you was is it scalable?

14           I mean, when you commit an act of voter

15   impersonation, how many votes do you change?

16                   REPRESENTATIVE HARLESS:  I think it's

17   possibly scalable.  If you look at the

18   Representative Donna Howard's election and Dan Neil,

19   I think the decision was decided by, what, two

20   votes.

21                   REPRESENTATIVE ANCHIA:  Was there --

22   were there any occasions of voter impersonation

23   there?

24                   REPRESENTATIVE HARLESS:  I didn't

25   follow it that closely --

JA_001996

TX_00212637

USA_00016878

House Chambers Floor Debate, 2nd        March 21, 2011

13

1            REPRESENTATIVE ANCHIA: I believe

2 that there aren't.

3            REPRESENTATIVE HARLESS: -- but when

4 elections are won or lost on two votes we need to

5 put every check and balance we can to restore the

6 public's confidence. And not only does it restore

7 the public's confidence in the election, there's

8 been documented evidence in the two states that have

9 passed this more restrictive photo I.D. that voter

10 turnout increases. When people have confidence --

11            REPRESENTATIVE ANCHIA: Can --

12            REPRESENTATIVE HARLESS: -- they are

13 more apt to show up and vote.

14            REPRESENTATIVE ANCHIA: And those

15 talking points are terrific. Let -- let's try to

16 stay on voter impersonation. Right?

17        So you said you're not sure of -- of

18 how -- how often it occurs. You believe the tools

19 aren't in place. You acknowledge there's a pretty

20 significant penalty for doing it. Correct? A state

21 jail felony --

22            REPRESENTATIVE HARLESS: As should

23 be.

24            REPRESENTATIVE ANCHIA: -- is -- is

25 that -- yeah. As it should be, correct. So there's

TX_00212638

USA_00016879

House Chambers Floor Debate, 2nd                    March 21, 2011

14

1    a pretty significant penalty for doing it.

2              Now, let's talk about voter impersonation

3    at the polling location.  Who's typically at the

4    polling location?

5              REPRESENTATIVE HARLESS:  As far as

6    administrators --

7              REPRESENTATIVE ANCHIA:  Yeah, yeah.

8              REPRESENTATIVE HARLESS:  -- or people

9    showing up to vote?

10             REPRESENTATIVE ANCHIA:  Yeah.  Under

11   the Election Code, who do you -- who -- who's

12   entitled to be at the -- at the polling location?

13             REPRESENTATIVE HARLESS:  There -- the

14   election judge, election clerks, election officers.

15             REPRESENTATIVE ANCHIA:  And -- and

16   it's your -- it's your -- it's your assertion today

17   that those people are powerless to stop voter

18   impersonation.  Correct?

19             REPRESENTATIVE HARLESS:  Powerless is

20   not the word I would use.

21             REPRESENTATIVE ANCHIA:  You said

22   helpless earlier.  Is that -- is that a better word?

23   They don't have the tools?

24             REPRESENTATIVE HARLESS:  They need

25   some tools.

JA_001998

TX_00212639

USA_00016880

House Chambers Floor Debate, 2nd                    March 21, 2011

15

 1                    REPRESENTATIVE ANCHIA:  Okay.  Well,
 2   are you familiar with Section 32 spot 075 of the
 3   Election Code?
 4                    REPRESENTATIVE HARLESS:  I am not.
 5                    REPRESENTATIVE ANCHIA:  Section
 6   32.075 of the Election Code discusses the law
 7   enforcement duties and powers of the presiding
 8   judge, of an election judge.  Do you know what they
 9   are?
10                    REPRESENTATIVE HARLESS:  No.
11                    REPRESENTATIVE ANCHIA:  Okay.
12                    REPRESENTATIVE HARLESS:  But I know
13   you're going to tell me.
14                    REPRESENTATIVE ANCHIA:  Yeah, I -- I
15   will, because I -- I just want to clear up the fact
16   that you're concerned there are no tools.
17             Well, I'll -- I'll read from that portion
18   of the Election Code. "The presiding judge at a --
19   at a polling location can prevent violations of the
20   Election Code at the polling place.  And in
21   performing those duties, the presiding judge has the
22   power of a State District Judge, including --
23   including the power to issue an arrest warrant."
24             Were you aware of that?
25                    REPRESENTATIVE HARLESS:  No.

TX_00212640

USA_00016881

House Chambers Floor Debate, 2nd                    March 21, 2011

16

1           REPRESENTATIVE ANCHIA:  Do you

2   think -- do you think issuing an arrest warrant to

3   stop some of this purported voter impersonation is a

4   powerful tool?

5           REPRESENTATIVE HARLESS:  I think that

6   the testimony that we're heard and the articles that

7   have been reported on over the last few years, there

8   have been a number of election officers and election

9   judges that said there were people that came in to

10  vote, they had a voter registration, they returned

11  and voted again with a different voter registration,

12  and they felt they didn't have the tools

13  necessary --

14          REPRESENTATIVE ANCHIA:  And -- and

15  none of those cases were documented.  Right?  None

16  of them.

17          REPRESENTATIVE HARLESS:  They were

18  reported on.

19          REPRESENTATIVE ANCHIA:  They -- they

20  were reported, maybe complaints --

21          REPRESENTATIVE HARLESS:  Yes.

22          REPRESENTATIVE ANCHIA:  -- possibly

23  investigated by the Attorney General, but none of

24  them ever documented or -- or conclusively

25  prosecuted.  Correct?

TX_00212641

USA_00016882

House Chambers Floor Debate, 2nd                    March 21, 2011

17

1                   REPRESENTATIVE HARLESS:  I don't know
2    if that's correct or not --
3                   REPRESENTATIVE ANCHIA:  Okay.
4                   REPRESENTATIVE HARLESS:  -- it was
5    not part --
6                   REPRESENTATIVE ANCHIA:  Okay.
7                   REPRESENTATIVE HARLESS:  -- of our
8    testimony in the Committee.
9                   REPRESENTATIVE ANCHIA:  But don't --
10   don't you think having the power as an election
11   judge to issue an arrest warrant to satisfy -- to
12   enforce the provisions of the Election Code, that's
13   not -- you -- you claim that these people are
14   helpless and they don't have the tools.  But you
15   don't think that's a tool?
16                  REPRESENTATIVE HARLESS:  I don't
17   think it's a tool when they're not required to show
18   a photo I.D. when they show up to vote to prove they
19   are --
20                  REPRESENTATIVE ANCHIA:  So if you're
21   an election judge --
22                  REPRESENTATIVE HARLESS:  -- who they
23   say they are.
24                  REPRESENTATIVE ANCHIA:  -- so if
25   you're an election judge and you know you have the

JA_002001

TX_00212642

USA_00016883

House Chambers Floor Debate, 2nd                    March 21, 2011

18

1    power of a State District Judge to issue an arrest

2    warrant and you see somebody who potentially is

3    committing voter impersonation and you don't do

4    anything about it, who's fault is that?

5                    REPRESENTATIVE HARLESS:  I think that

6    it is the legislators' -- legislature's fault --

7                    REPRESENTATIVE ANCHIA:  It's our

8    fault?

9                    REPRESENTATIVE HARLESS:  -- for not

10   putting checks and balances in place that we can

11   require a voter to prove who they are when they show

12   up to vote.

13                    REPRESENTATIVE ANCHIA:  Do you

14   have -- and I noticed you avoided presenting any --

15   any evidence of voter impersonation in your layout.

16   Do you have any cases of voter impersonation?

17                    REPRESENTATIVE HARLESS:  I'm sure you

18   know more about that than I do.

19                    REPRESENTATIVE ANCHIA:  Okay.  Okay.

20   You're concerned about legitimate voters being

21   disenfranchised.  Right?

22                    REPRESENTATIVE HARLESS:  I'm --

23   I'm -- I'm concerned about --

24                    REPRESENTATIVE ANCHIA:  That's really

25   important to you.

TX_00212643

USA_00016884

House Chambers Floor Debate, 2nd                    March 21, 2011

                                                          19
1                        REPRESENTATIVE HARLESS:  --
2       protecting the public's trust and the integrity in
3       the election process.
4                        REPRESENTATIVE ANCHIA:  I understand.
5       As am I.  As am I.
6                   And you believe that passage of this bill
7       will restore confidence among the -- among members
8       of the public in the voting process and restore
9       integrity.  Correct?
10                  That's what you said in your layout.
11                       REPRESENTATIVE HARLESS:  I do.
12                       REPRESENTATIVE ANCHIA:  Okay.  You
13      believe that?
14                       REPRESENTATIVE HARLESS:  I do.
15                       REPRESENTATIVE ANCHIA:  Why does --
16      why does it ignore mail-in ballots?
17                       REPRESENTATIVE HARLESS:  This bill is
18      only addressing one type of fraud --
19                       REPRESENTATIVE ANCHIA:  Right.
20                       REPRESENTATIVE HARLESS:  -- in-person
21      voter fraud.
22                       REPRESENTATIVE ANCHIA:  That's really
23      interesting to me, because we've got a bill that
24      addresses a narrow type of fraud that you even
25      acknowledged you had no cases of.

TX_00212644

USA_00016885

House Chambers Floor Debate, 2nd                    March 21, 2011

20

 1                    REPRESENTATIVE HARLESS:  I -- I did
 2     not say I have no cases of.
 3                    REPRESENTATIVE ANCHIA:  Well, then --
 4     then give me a case.
 5                    REPRESENTATIVE HARLESS:  I -- I said
 6     that they were not part of our testimony.
 7                    REPRESENTATIVE ANCHIA:  But do you
 8     have -- do you have --
 9                    REPRESENTATIVE HARLESS:  I said --
10                    REPRESENTATIVE ANCHIA:  -- have you
11     run across a case?
12                    REPRESENTATIVE HARLESS:  -- there
13     was -- there was media reported on.  But continue.
14                    REPRESENTATIVE ANCHIA:  Okay.  Okay.
15     So -- but you have no cases.
16             Would it be fair to say you have no cases
17     today of voter impersonation?
18                    REPRESENTATIVE HARLESS:  I have no
19     cases we're going to discuss on the House floor
20     about -- that I will --
21                    REPRESENTATIVE ANCHIA:  Okay. Okay.
22                    REPRESENTATIVE HARLESS:  -- discuss
23     on the House floor about --
24                    REPRESENTATIVE ANCHIA:  So the author
25     has no cases on the House floor of -- of voter

JA_002004

TX_00212645

USA_00016886

House Chambers Floor Debate, 2nd                    March 21, 2011

1   impersonation.

2              You are yet very, very concerned about

3   integrity of elections.  Correct?

4                   REPRESENTATIVE HARLESS:  Uh-huh.

5                   REPRESENTATIVE ANCHIA:  Yet this bill

6   doesn't deal with the type of voter fraud that we've

7   seen most prevalently in the State of Texas, which

8   is mail-in ballots.  Correct?

9                   REPRESENTATIVE HARLESS:  There are

10  other pieces of legislation that --

11                  REPRESENTATIVE ANCHIA:  Have you

12  filed a bill on -- on mail-in ballots?

13                  REPRESENTATIVE HARLESS:  No, sir.

14                  REPRESENTATIVE ANCHIA:  But you're

15  concerned about legitimately -- legitimately --

16  legitimate votes that are casting being disen --

17  being canceled out by voter fraud, are you not?

18                  REPRESENTATIVE HARLESS:  I am

19  concerned about public confidence in the

20  elections --

21                  REPRESENTATIVE ANCHIA:  Okay.

22                  REPRESENTATIVE HARLESS:   -- and

23  verifying that you are who you say you are when you

24  show up to vote.

25              This is not the venue to discuss mail-in

JA_002005

TX_00212646

USA_00016887

House Chambers Floor Debate, 2nd                    March 21, 2011

22

 1   ballots.

 2                   REPRESENTATIVE ANCHIA:  Well, I -- I

 3   think it is, because if -- if -- if -- now the

 4   narrative has changed.  Before it used to be hey,

 5   you know, we're really concerned about all these

 6   illegal aliens coming across the border and voting.

 7   And then when there was little to no evidence of

 8   that, then the narrative changed, and now it's about

 9   the integrity of the elections.

10             Well, the integrity of elections, if you

11   believe that narrative, also includes fraud that

12   would cancel out a person's legitimately-cast vote.

13   Am -- am I correct?

14                   REPRESENTATIVE HARLESS:  This is not

15   the venue to discuss in ballot -- mail-in ballots.

16                   REPRESENTATIVE ANCHIA:  Where do we

17   discuss it?  Do we discuss it in the Senate --

18                   REPRESENTATIVE HARLESS:  At

19   another --

20                   REPRESENTATIVE ANCHIA:  -- do we

21   discuss it in the hall --

22                   REPRESENTATIVE HARLESS:  On another

23   legislation we can --

24                   REPRESENTATIVE ANCHIA -- do we

25   discuss at my desk --

TX_00212647

USA_00016888

```
 1                    REPRESENTATIVE HARLESS:  -- we can --
 2   we can discuss it all those places --
 3                    REPRESENTATIVE ANCHIA:  -- if you
 4   open the door --
 5                    REPRESENTATIVE HARLESS:  -- in all
 6   those places if you would like.
 7                    REPRESENTATIVE ANCHIA:  If you have
 8   opened the door about the integrity of elections,
 9   then I think it's fair game to discuss that type of
10   fraud, which we actually do see in the State of
11   Texas, but which is --
12                    REPRESENTATIVE HARLESS:  Well, I look
13   forward to you bringing that bill to the Texas
14   House.
15                    REPRESENTATIVE ANCHIA:  -- which
16   is -- which is specifically ignored by your bill.
17        So if this is really about a desire to
18   make sure that legitimately-cast votes are not
19   counterbalanced or offset and to really restore
20   integrity elections, why don't you do anything about
21   mail-in ballots in your bill?
22                    REPRESENTATIVE HARLESS:  This -- this
23   bill is to address in-person possible voter fraud.
24        I appreciate you bringing up the mail-in
25   ballots, and I look forward to your bill that you
```

TX_00212648

USA_00016889

House Chambers Floor Debate, 2nd                    March 21, 2011

24

1   will bring addressing that type of fraud.

2            REPRESENTATIVE ANCHIA:  We actually

3   chaired -- I actually chaired a select committee on

4   that, and I've had a, in the past, mail-in ballots

5   bills.

6            REPRESENTATIVE HARLESS:  I think

7   that's great legislation.

8            REPRESENTATIVE ANCHIA:  I also --

9            REPRESENTATIVE HARLESS:  I look

10  forward to helping you with it.

11           REPRESENTATIVE ANCHIA:  But here's

12  the -- here's the -- here's the quandary for this

13  body.  If you say passing this bill is going to

14  restore integrity of elections, yet you do nothing

15  in the bill to deal with mail-in ballots, and

16  70 percent of all the prosecutions by the Attorney

17  General have been in mail-in ballots, then you're

18  really not restoring integrity elections, because

19  people, like they have for the last six years, will

20  be reading about mail-in ballot fraud, mail-in

21  ballot fraud, mail-in ballot fraud --

22           THE SPEAKER:  Representative Geren

23  raised a point of order.

24           THE SPEAKER:  Gentleman's time's

25  expired.  The point of order is well taken and

TX_00212649

USA_00016890

House Chambers Floor Debate, 2nd                    March 21, 2011

25

1    sustained.

2                    REPRESENTATIVE ANCHIA:  Mr. Speaker?

3                    THE SPEAKER:  Mr. Anchia, for what

4    purpose?

5                    REPRESENTATIVE ANCHIA:  I -- I move

6    that the lady's time be extended.

7                    THE SPEAKER:  Members, you've heard

8    the motion.  Is there an objection?  Chair hears

9    none.  The time is extended.

10                   REPRESENTATIVE ANCHIA:  Thank you,

11   Mr. Speaker.

12        Let's talk a little bit about the Voting

13   Rights Act, if you didn't mind.  There -- there --

14   how much money is in the bill for informing Texans

15   about the change in the law?

16                   REPRESENTATIVE HARLESS:  The fiscal

17   note on the bill is 2 million-24,000 dollars.

18                   REPRESENTATIVE ANCHIA:  Okay.  And --

19   and where is that money going to come from?

20                   REPRESENTATIVE HARLESS:  That money

21   is already appropriated in our base budget that

22   Chairman Pitts presented.  We have officially

23   $43 million of HAVA funds, Help America Vote Funds,

24   left over from past sessions.  And we are pretty

25   confident once we request the approval of use of

JA_002009

TX_00212650

USA_00016891

House Chambers Floor Debate, 2nd                    March 21, 2011

                                                            26

1    those funds that we can use those funds to offset

2    the cost of this fiscal note.

3                    REPRESENTATIVE ANCHIA:  And what is

4    that request going to entail?

5                    REPRESENTATIVE HARLESS:  It entails

6    writing to the Department of Elections Assistance.

7                    REPRESENTATIVE ANCHIA:  The Elections

8    Assistance Commission --

9                    REPRESENTATIVE HARLESS:  Yes.

10                   REPRESENTATIVE ANCHIA:  -- the EAC?

11                   REPRESENTATIVE HARLESS:  Yes.

12                   REPRESENTATIVE ANCHIA:  And does it

13   also require an amendment of our state plan?

14                   REPRESENTATIVE HARLESS:  I'm not

15   advised.

16                   REPRESENTATIVE ANCHIA:  Okay.  Let me

17   ask you about how those funds are going to be spent.

18        How many of those HAVA funds that are

19   appropriated in this bill are going to be dedicated

20   to educating Latinos, African Americans and Asians

21   on the new photo identification requirement under

22   Senate Bill 14?

23                   REPRESENTATIVE HARLESS:  The

24   methodology in the fiscal note says that there will

25   be $2 million for the fiscal year 2012, an estimated

TX_00212651

USA_00016892

House Chambers Floor Debate, 2nd                    March 21, 2011

27

1    five -- or half a million dollars to research and

2    develop ways to inform the public on new

3    identification requirements, additional costs of

4    1.5 million in media advertising, television --

5    of -- a breakdown of that, 750,000 in television,

6    300,000 in radio and 300,000 in print and Internet

7    of 150,000.  The Secretary of State indicates

8    federal funds associated with Help America Vote Act

9    may be available for use, but the Agency will need

10   to verify that with the federal government once this

11   has passed.

12              REPRESENTATIVE ANCHIA:  And the

13   voting -- Voting Rights Act covers the State of

14   Texas.  Correct?

15              REPRESENTATIVE HARLESS:  Excuse me?

16              REPRESENTATIVE ANCHIA:  I'm sorry.

17   The voting Rights Act covers the State of Texas.

18   Correct?

19              REPRESENTATIVE HARLESS:  Yes.

20              REPRESENTATIVE ANCHIA:  And the --

21   there are protected classes under the Voting Rights

22   Act.  Correct?

23              REPRESENTATIVE HARLESS:  Yes.

24              REPRESENTATIVE ANCHIA:  So -- so my

25   question didn't relate generally to what the fiscal

JA_002011

TX_00212652

USA_00016893

28

1  note said.  It related specifically to Latinos and

2  African Americans, and I also included Asian

3  Americans because of your home county, Harris

4  County, that has a significant Asian American

5  population.

6          So what -- what percentages of -- of the

7  $2 million will be dedicated to those protected

8  classes?

9          REPRESENTATIVE HARLESS:  It is not

10 broken out specifically in the bill.  I think that

11 this bill will increase turnout in education among

12 all voters.

13         REPRESENTATIVE ANCHIA:  Okay.  But

14 there's nothing in your bill dealing specifically

15 with Latinos or African Americans.  Correct?

16         REPRESENTATIVE HARLESS:  It will

17 increase turnout of all voters and education of all

18 voters.

19         REPRESENTATIVE ANCHIA:  But -- but

20 there's -- is there -- I'll rephrase the question in

21 case we didn't understand.  Is there anything in

22 your bill --

23         REPRESENTATIVE HARLESS:  I'm a

24 blonde, and that happens.

25         REPRESENTATIVE ANCHIA:  Is there

TX_00212653

USA_00016894

House Chambers Floor Debate, 2nd                    March 21, 2011

29

 1    anything in your bill that specifically requires

 2    education of Latinos and African Americans covered

 3    under the Voting Rights Act?  And I'll put -- I'll

 4    throw in Asians, as well.

 5               REPRESENTATIVE HARLESS:  The bill

 6    that we filed is modeled on the Georgia and Indiana

 7    legislation that have both been upheld by the U.S.

 8    Constitution and precleared by the Department of

 9    Justice.  We -- we have put --

10               REPRESENTATIVE ANCHIA:  Do you know

11    what's in your bill?

12               REPRESENTATIVE HARLESS:  I -- I think

13    I do.  I've read it several times.

14               REPRESENTATIVE ANCHIA:  Okay.  If you

15    know what's in your bill, then you can answer this

16    question.

17         Is there -- is there any funding

18    specifically dedicated to Latinos or African

19    Americans or Asians, which are protected classes

20    under the Voting Rights Act?

21         I mean, it -- it's -- it's either in there

22    or it's not.

23               REPRESENTATIVE HARLESS:  The -- the

24    funding in the bill provides education for all

25    voters --

TX_00212654

USA_00016895

House Chambers Floor Debate, 2nd                    March 21, 2011

                                                           30
 1                    REPRESENTATIVE ANCHIA:  Okay.
 2                    REPRESENTATIVE HARLESS:  -- across
 3      the State of Texas.
 4                    REPRESENTATIVE ANCHIA:  But not
 5      specifically.  Not specifically.  Correct?
 6                    REPRESENTATIVE HARLESS:  It does not
 7      specifically --
 8                    REPRESENTATIVE ANCHIA:  Okay.
 9                    REPRESENTATIVE HARLESS:  -- carve
10      anything out.  This will increase voter turnout and
11      education for all voters.
12                    REPRESENTATIVE ANCHIA:  Will -- will
13      the educational materials and promotional materials
14      be presented in English, Spanish and Vietnamese with
15      respect to Harris County?
16                    REPRESENTATIVE HARLESS:  They will be
17      printed in the language that the counties are
18      required to provide the language in.
19                    REPRESENTATIVE ANCHIA:  But there's
20      nothing in your bill that -- that specifically
21      states that you will have bilingual Spanish,
22      English, Viet -- Vietnamese documents.  Correct?
23                    REPRESENTATIVE HARLESS:  There is an
24      amendment that was added in the Senate -- in the
25      Senate that says, "The website in each language

TX_00212655

USA_00016896

House Chambers Floor Debate, 2nd                    March 21, 2011

31

1    which the voters registration materials are

2    available."

3                    REPRESENTATIVE ANCHIA:  Right.

4    And -- and the website is -- is --

5                    REPRESENTATIVE HARLESS:  Is that what

6    you're asking?

7                    REPRESENTATIVE ANCHIA:  Slightly

8    different.

9            The website is a little bit different than

10   the promotional and educational materials that are

11   going to be distributed to -- to people who may be

12   in the protected classes.

13           So I was just trying to get at whether

14   your bill includes anything related to promotional

15   materials in English, Spanish and Vietnamese.

16                   REPRESENTATIVE HARLESS:  It allows

17   for the printing in the language that the counties

18   are required to on all the notices at the polling

19   places and that the County Registrar will provide.

20                   REPRESENTATIVE ANCHIA:  And that --

21   and that language is in your bill?

22                   REPRESENTATIVE HARLESS:  Yes.

23                   REPRESENTATIVE ANCHIA:  Okay.  Can

24   you tell me where?

25                   REPRESENTATIVE HARLESS:  Well,

TX_00212656

USA_00016897

House Chambers Floor Debate, 2nd                    March 21, 2011

32

1    Section 31.012 is --

2                    REPRESENTATIVE ANCHIA:  On -- on what

3    page, really quickly?

4                    REPRESENTATIVE HARLESS:  Page 3 under

5    Section 5.

6                    REPRESENTATIVE ANCHIA:  Okay.  Under

7    Section 5.

8                    REPRESENTATIVE HARLESS:  Talks about

9    the languages.  And that is also --

10                   REPRESENTATIVE ANCHIA:  "And each

11   language which voter registration -- registration is

12   material -- is -- is -- materials are available."

13                   REPRESENTATIVE HARLESS:  Yeah.

14                   REPRESENTATIVE ANCHIA:  I -- I -- I

15   do see that in your bill.

16                   REPRESENTATIVE HARLESS:  Yeah.

17                   REPRESENTATIVE ANCHIA:  But -- but

18   that's specifically --

19                   REPRESENTATIVE HARLESS:  And that's a

20   requirement of the Federal Voter Right Act.  I mean,

21   that's --

22                   REPRESENTATIVE ANCHIA:  The Voting

23   Rights Act?

24                   REPRESENTATIVE HARLESS:  Right.

25                   REPRESENTATIVE ANCHIA:  Okay.  But

TX_00212657

USA_00016898

                                                                33

1    I'm asking you a slightly different question.

2             Will the, for example, T.V. and radio and

3    additional notices that are above and beyond this --

4    this section of your bill, which is the posted

5    notice, is -- are -- are those -- is T.V. and radio

6    going to be done in multiple language?

7             REPRESENTATIVE HARLESS:  To my

8    understanding, the testimony that we had in

9    Committee, where you were at, The Secretary of

10   State, Ann McGeehan, said that they would look at

11   the best practices of other states and decide the

12   best way to accommodate that.  So I don't know that

13   that specific question was answered from the

14   testimony in Committee.  You were there.

15            REPRESENTATIVE ANCHIA:  I don't -- I

16   don't believe it was, and I don't think it's

17   included in the bill, either.

18        What if --

19            REPRESENTATIVE HARLESS:  So next

20   question?

21            REPRESENTATIVE ANCHIA:  Yeah.  What

22   efforts will be made to ensure African American --

23   African Americans and Latinos will be able to access

24   free identification documents?  Is there going to

25   be -- are there going to be mobile units or any

TX_00212658

USA_00016899

House Chambers Floor Debate, 2nd                    March 21, 2011

34

```
 1    specific outreach?
 2                    REPRESENTATIVE HARLESS:  There was no
 3    testimony on that.
 4                    REPRESENTATIVE ANCHIA:  No.  But what
 5    does your bill say?
 6                    REPRESENTATIVE HARLESS:  There's no
 7    specifics in that.  That will --
 8                    REPRESENTATIVE ANCHIA:  Okay.
 9                    REPRESENTATIVE HARLESS:  -- that will
10    be up to the Secretary of State to divide -- decide
11    those procedures.
12                    REPRESENTATIVE ANCHIA:  Have you --
13    and -- and I know you've -- you've done a lot of
14    work on this bill and a lot of research.
15          What academic studies have you run across
16    to determine the number of minorities that lack
17    required photo identification?
18                    REPRESENTATIVE HARLESS:  From all the
19    testimony that we've had in Committee, there was no
20    possible way to determine that.
21                    REPRESENTATIVE ANCHIA:  And -- and
22    you're -- you're not aware of any academic studies,
23    which is what my question was asking, any academic
24    studies that deal with that issue?
25                    REPRESENTATIVE HARLESS:  There are so
```

JA_002018

TX_00212659

USA_00016900

House Chambers Floor Debate, 2nd                    March 21, 2011

35

1   many studies out there that -- no, they all look the
2   same in my head.
3                   REPRESENTATIVE ANCHIA:  Okay.  Okay.
4                   REPRESENTATIVE HARLESS:  And I only
5   had this notebook, so I couldn't bring everything.
6                   REPRESENTATIVE ANCHIA:  Are -- are
7   you aware of any studies conducted by a State agency
8   to project the number of voters that lack the
9   required identification and what percentage of these
10  voters are African American or Hispanic?
11           Are you aware of any studies like that?
12                  REPRESENTATIVE HARLESS:  I did not
13  see that in testimony.
14                  REPRESENTATIVE ANCHIA:  Yeah.  But
15  are you aware of any studies above and beyond the
16  testimony?
17                  REPRESENTATIVE HARLESS:  No.
18                  REPRESENTATIVE ANCHIA:  Okay.
19                  REPRESENTATIVE HARLESS:  Not advised.
20                  REPRESENTATIVE ANCHIA:  Okay.  Why
21  are the identification requirements of Senate Bill
22  14 more restrictive than Senate Bill 362 from last
23  session?
24           Is -- is there any evidence to suggest
25  something's changed?

JA_002019

TX_00212660

USA_00016901

House Chambers Floor Debate, 2nd                    March 21, 2011

                                                              36

 1                    REPRESENTATIVE HARLESS:  We've had

 2      two additional years to see that photo I.D. is

 3      working in other states.  We've also had two

 4      additional years to hear from the public on their

 5      concerns of the integrity of the ballot box.

 6              Only a true photo I.D. bill can deter and

 7      detect fraud at the polls and can protect the

 8      public's confidence in the election.

 9                    REPRESENTATIVE ANCHIA:  Is it -- is

10      it possible that Latinos and African Americans in

11      Texas will be put in a worse position in terms of

12      electoral power as a result of Senate Bill 14?

13                    REPRESENTATIVE HARLESS:  I believe

14      with all my heart this bill will increase turnout of

15      all voters in the State of Texas.

16                    REPRESENTATIVE ANCHIA:  What -- what

17      if you're wrong?  Are there any -- are there any

18      safeguards in the bill to remedy the situation?  For

19      example, a sunset (phonetic) provision if we see

20      that there's substantial numbers of African

21      Americans and Latinos that are disenfranchised by

22      the bill?

23                    REPRESENTATIVE HARLESS:  In the two

24      states that have passed this type of voter --

25      similar bills that -- to our bill, they have showed

TX_00212661

USA_00016902

House Chambers Floor Debate, 2nd                    March 21, 2011

37

1   increased in election for the minorities.  And I
2   think that we will see the same results in Texas.
3   This will increase turnout of all voters because of
4   the restored confidence that their vote counts.
5               REPRESENTATIVE ANCHIA:  Okay.  And
6   just to be clear, Indiana, which is one of the
7   states, is not a Voting Rights Act-covered
8   jurisdiction.  Right?
9               REPRESENTATIVE HARLESS:  Right.
10              REPRESENTATIVE ANCHIA:  And Georgia,
11  which is Voting Rights Act-covered, doesn't have
12  a -- as large a Latino population as Texas.
13  Correct?
14              REPRESENTATIVE HARLESS:  I have no
15  idea.
16              REPRESENTATIVE ANCHIA:  Okay.  Well,
17  I would submit to you it doesn't.
18          Is there any trigger mechanism for more
19  funding or increased outreach if something does go
20  wrong in the bill and it turns out Latinos and
21  African Americans are -- disenfranchised?
22              REPRESENTATIVE HARLESS:  The
23  testimony of the LBB --
24              THE SPEAKER:  Representative Geren
25  raises a point of order.  The gentleman's time is

JA_002021

TX_00212662

USA_00016903

House Chambers Floor Debate, 2nd                 March 21, 2011

38

```
 1   expired.  The point of order is well taken and
 2   sustained.
 3                   REPRESENTATIVE ANCHIA:  Mr. Speaker?
 4                   THE SPEAKER:  Mr. Anchia, for what
 5   purpose?
 6                   REPRESENTATIVE ANCHIA:  I'd like to
 7   ask that the -- the exchange between Representative
 8   Harless and myself related to the Voting Rights Act
 9   be reduced to writing and placed in the record,
10   please.
11                   THE SPEAKER:  Members, you've heard
12   the motion.  Is there objection?  Chair hears none.
13   So ordered.
14        Following amendment, the Clerk will read
15   the amendment.
16                   REPRESENTATIVE ANCHIA:  Mr. Speaker.
17                   THE SPEAKER:  Mr. Anchia, for what
18   purpose?
19                   REPRESENTATIVE ANCHIA:  Mr. Speaker,
20   I move to extend the gentle lady's time, please.
21                   REPRESENTATIVE HARLESS:  No.
22                   THE SPEAKER:  Members, there's a
23   second extension of time.  Is there objection?
24                   REPRESENTATIVE HARLESS:  Yes.
25                   THE SPEAKER:  Chair hears objection.
```

TX_00212663

USA_00016904

House Chambers Floor Debate, 2nd                    March 21, 2011

                                                              39

 1                    REPRESENTATIVE HARLESS:  Thank you.
 2                    THE SPEAKER:  Following amendment.
 3      The Clerk will read the amendment.
 4                    THE CLERK:  Amendment by Anchia.
 5                    THE SPEAKER:  Chair recognizes
 6      Representative Anchia.
 7                    REPRESENTATIVE TURNER:  Dr. Geren.
 8                    REPRESENTATIVE ANCHIA:  Thank you,
 9      Mr. Speaker and Members.
10             I'm under no illusion as to what the
11      outcome is going to be today, but I just want to
12      remind everybody how we got here.
13             The narrative started, I guess, a couple
14      years ago with allegations of busloads of
15      undocumented immigrants coming and voting in our
16      elections and stealing our elections.  I mean, if
17      that happens -- I mean, clearly they're all voting
18      straight ticket Republican if -- if the results of
19      the last election are to believe -- to be believed.
20                    UNIDENTIFIED REPRESENTATIVE:
21      (Inaudible).
22                    REPRESENTATIVE ANCHIA:  But we've
23      seen no -- well, you just taught them how, right,
24      Tuffy?
25             We've seen no evidence of that despite us

TX_00212664

USA_00016905

House Chambers Floor Debate, 2nd                    March 21, 2011

40

 1   studying this issue since 2004.

 2           You know, after I got elected in 2004

 3   there was an election contest between former

 4   Representative Talmadge Heflin and my good friend

 5   and colleague Hubert Vo.  And there were wild

 6   allegations, wild allegations, of non-citizen

 7   Vietnamese voting.  And after a special election --

 8   excuse me, a Special Committee was appointed and a

 9   Special Master looked at the -- at the issue, it

10   turns out that there was one -- one non-citizen who

11   voted.  He voted with an I.D.  He was a legal

12   permanent resident not from Vietnam or Mexico, but

13   he was from Norway.  And his vote would not have

14   been prevented by the current bill.

15           In 2005, Mary Denny filed our -- our first

16   photo I.D. bill.  She took testimony, and she

17   couldn't find any cases of voter impersonation.

18           In 2006, I sat on the Interim Committee,

19   and we studied it again.  And, again, no -- no

20   documented cases of voter impersonation.

21           In 2006, the A.G. said that voter fraud

22   was epidemic, and he started a multi-year

23   investigation that resulted in one case of voter

24   impersonation.  Again, ironically, that would not

25   have been prevented by this current bill, because he

JA_002024

TX_00212665

USA_00016906

House Chambers Floor Debate, 2nd                March 21, 2011

41

```
 1    used the -- the perpetrator used a photo I.D.

 2              In 2007 we again heard testimony and again

 3    found no evidence of voter impersonation.

 4              On the House floor in 2007, Representative

 5    Betty Brown, the author of the photo I.D. bill, held

 6    up a stack of papers where she alleged that there

 7    was a great number of illegal immigrants that were

 8    voting in our elections.  And when Representative

 9    Hochberg examined those papers, the allegations were

10    proved to be false.  At that point the Republican

11    D.A. of San Antonio launched a county-wide

12    initiative on voter fraud and found no cases of

13    voter impersonation.

14              In the 2008 interim, the Elections

15    Committee Chair wrote a letter -- letter ceasing

16    [sic] upon the State audit of our statewide voter

17    registration database, saying -- saying that 90,000

18    felons and illegal aliens had voted.  That also

19    proved to be false, and he was forced to retract the

20    statement to the press.

21              In 2009, again we took testimony until the

22    late hours; and, again, no documented cases of voter

23    impersonation.

24              And we have recently conducted an election

25    contest where, again, hundreds of votes were
```

TX_00212666

USA_00016907

House Chambers Floor Debate, 2nd                    March 21, 2011

                                                            42

 1   examined, and no cases of voter impersonation.

 2              So ladies and gentlemen, the goal post has

 3   now moved, because, as the author's pointed out,

 4   this is no longer about voter impersonation.  This

 5   is about the integrity of elections.

 6              Really?  Do we really believe that?

 7   Because if this was about the integrity of

 8   elections -- of elections then we would clearly be

 9   focused on the place where 90 percent -- or 70

10   percent of all the Attorney General's investigations

11   have been -- excuse me, investigations and

12   prosecutions have been, which is in mail-in ballots.

13              UNIDENTIFIED REPRESENTATIVE:

14   Mr. Speaker.

15              REPRESENTATIVE ANCHIA:  If we really

16   care about the one person -- the person that gets

17   disenfranchised because a fraudulent vote is cast,

18   then the emergency would not be voter impersonation;

19   the emergency would be mail-in ballots.

20              UNIDENTIFIED REPRESENTATIVE:  You

21   can --

22              REPRESENTATIVE ANCHIA:  Yet this bill

23   specifically -- specifically ignores mail-in

24   ballots.

25              UNIDENTIFIED REPRESENTATIVE:  Well,

JA_002026

TX_00212667

USA_00016908

House Chambers Floor Debate, 2nd                    March 21, 2011

43

1    I'll be quiet.

2                    REPRESENTATIVE ANCHIA:  So day after

3    day, even if this bill passed, people are going to

4    hear about illegal voting through mail-in ballots.

5    They're going -- they read articles in the Texas

6    Watchdog that will be circulated around on blogs

7    that talk about mail-in ballot fraud.  And this bill

8    will have done nothing to increase confidence in

9    elections or integrity in elections.

10           The reality is that after we pass this

11   bill, people are not going to feel any better about

12   mail-in ballot fraud, the incidents of fraud.

13   They're not going to feel any better about

14   electronic voting, which has lowered confidence in

15   elections.

16           So the narrative I -- understandably so,

17   has changed from the authors of the photo I.D. bill

18   from voter impersonation, that there's little to no

19   evidence of, to the integrity of elections.

20           I also find it ironic that the type of

21   voter fraud that this -- that this bill seeks to

22   address is one that happens in public.  It happens

23   in front of election judges --

24                    REPRESENTATIVE VAN TAYLOR:

25   Mr. Speaker --

JA_002027

TX_00212668

USA_00016909

Case 2:13-cv-00193 Document 660-29 Filed on 11/11/14 in TXSD Page 44 of 88
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 222 of 245

44

1           REPRESENTATIVE ANCHIA:  -- it
2    happens -- it happens in front of witnesses.  In
3    fact, it happens in front of elections judges that
4    have -- election judges --
5               THE SPEAKER:  Mr. Taylor, for what
6    purpose?
7               REPRESENTATIVE ANCHIA:  -- that have
8    esteemed power --
9               REPRESENTATIVE TAYLOR:  Mr. Speaker,
10   will the gentleman yield?
11              REPRESENTATIVE ANCHIA:  Not at this
12   time.
13              REPRESENTATIVE TAYLOR:  Very well.
14              REPRESENTATIVE ANCHIA:  When I
15   conclude my comments, Representative Taylor, I'm
16   happy to have my time extended as long as you want.
17   I afforded the lady the courtesy to lay out her
18   bill, and I'm going to lay out mine.  Thank you.
19              UNIDENTIFIED REPRESENTATIVE:  Is this
20   an amendment?
21              UNIDENTIFIED REPRESENTATIVE:  Yeah.
22   This is an amendment.
23              UNIDENTIFIED REPRESENTATIVE:  This is
24   an amendment.
25              REPRESENTATIVE ANCHIA:  So you're

TX_00212669

USA_00016910

45

1    dealing with the type of fraud that occurs in public

2    in front of witnesses, frequently with law

3    enforcement involved and -- and present at the

4    polling location.  And an anonymous type of fraud,

5    which is mail-in ballots, is completely ignored by

6    this bill, the one that happens in the shadows away

7    from the polling location, with no judges, with no

8    witnesses.  That's the type that we should be

9    concerned about, but is -- but is exempted by this

10   bill.

11            I asked the author about academic studies

12   that she's looked at to gauge the potential

13   disenfranchising impact of this bill on African

14   Americans and Latinos, because my fear is that this

15   bill is not going to increase the integrity of

16   elections, but instead is going to keep legitimately

17   eligible Texans from the polls.

18            In 2006, the Brennan Center at New York

19   University Law School found that 25 of Africa --

20   25 percent of African Americans have no

21   government-issued photo I.D., nor do 18 percent of

22   seniors over 65, not 70 as the bill says, but 65,

23   nor do 15 percent of all people earning under 35,000

24   a year, not 15,000 a -- a year, like the bill says.

25            A study of voters in Wisconsin that talked

TX_00212670

USA_00016911

House Chambers Floor Debate, 2nd                    March 21, 2011

46

1    about the driver's license status of the voting age

2    population pointed out that less than 47 percent of

3    Milwaukee County -- Milwaukee County African

4    Americans and 43 percent of Hispanics had valid

5    driver's licenses.  A paper at Rutgers University

6    from Professors Virtualaty (phonetic) and

7    Anderson --

8              UNIDENTIFIED REPRESENTATIVE:  Believe

9    he's doing all this.

10             REPRESENTATIVE ANCHIA:  -- looked at

11   the effects of voter identification requirements on

12   turnout and found that voters in photo I.D. states

13   are less likely to vote --

14             UNIDENTIFIED REPRESENTATIVE:  --

15   undoing bill.

16             REPRESENTATIVE ANCHIA:  -- than those

17   who don't have photo I.D. requirements.

18             UNIDENTIFIED REPRESENTATIVE:  Make

19   his case and --

20             REPRESENTATIVE ANCHIA:  And my fear

21   is, Members, that the way this bill is crafted, it's

22   going to have a disproportionate impact on the poor.

23   It's going to have -- not indigent, as the bill

24   says, but the poor, on African Americans and

25   Hispanics.  And I hope that this is not what it's

TX_00212671

USA_00016912

House Chambers Floor Debate, 2nd                    March 21, 2011

47

1    about, because we know it's not about voter -- voter

2    impersonation.  We still don't have one case here on

3    the House floor.  And we know about -- it's not

4    about the integrity of elections, because if it was

5    about the integrity of elections it would be about

6    mail-in ballots.  So we know it's not about those

7    things.

8              And I fear, Members, that it's about

9    something else, and it's about fewer people voting.

10             UNIDENTIFIED REPRESENTATIVE:  Person

11   (inaudible).

12             REPRESENTATIVE ANCHIA:  Of all

13   Americans without a license, 70 percent are women.

14   Women are more than twice as likely not to have a

15   driver's license.  One of every five senior women

16   does not have a driver's license.  And even though

17   this bill picks up 70-year-olds, you become a senior

18   much earlier than that.

19             Now, let's talk about what the real crisis

20   is in Texas elections, in Texas democracy.  It's not

21   that too many people are voting; it's that too few

22   are voting.  If you looked at the elections in 2000,

23   when you had a sitting Texas Governor running for

24   President, we ranked 47 -- 42nd of 50 states in

25   terms of voter turnout.  When you fast forward to

TX_00212672

USA_00016913

House Chambers Floor Debate, 2nd        March 21, 2011

48

1   2004, when you had a sitting Texas President, we

2   ranked 46th out of 50 states in terms of voter

3   turnout.  In 2008, with all of the excitement

4   surrounding the candidates in Texas, we were 48th

5   out of 50 states in terms of report turnout.  And

6   during the last election cycle, Members, we were

7   50th out of 50 states in terms of election turnout.

8          So if you believe that the Texas democracy

9   is strengthened by active voter participation, then

10   the real crisis is not voter impersonation, it's not

11   this ephemeral integrity of elections that won't be

12   solved by this bill; it is that too few people are

13   voting in our Texas elections.  This bill does

14   nothing to allow more people to vote in elections.

15   Instead it places additional hurdles in front of

16   eligible Texans --

17          UNIDENTIFIED REPRESENTATIVE:  I know

18   (inaudible).

19          REPRESENTATIVE ANCHIA:  -- that

20   should be given the right to vote.  And, ladies and

21   gentlemen, I fear that that's what this bill is

22   about.

23          I hope that during the debate today we're

24   going to have a number of -- of amendments today

25   that deal with the affidavits that are contained in

TX_00212673

USA_00016914

House Chambers Floor Debate, 2nd                    March 21, 2011

49

1   this bill and broadening those affidavits to make

2   sure Texans are not left behind.

3            We're going to have a number of amendments

4   increasing the types of photo I.D. -- not non-photo

5   I.D., but photo I.D. that can be used to satisfy

6   this bill.  And we're going to have a number of

7   amendments related to education and implementation

8   of this bill, because I hope we will not --

9            THE SPEAKER:  Representative Geren

10  raises a point of order.  Gentleman's time is

11  expired.  The point of order is well taken and

12  sustained.

13            REPRESENTATIVE TAYLOR:  Mr. Speaker?

14            THE SPEAKER:  Mr. Taylor, for what

15  purpose?

16            REPRESENTATIVE TAYLOR:  Will the

17  gentleman yield?

18            THE SPEAKER:  The gentleman's time

19  has expired.

20            REPRESENTATIVE TAYLOR:  Move to

21  extend the time, Mr. Speaker.

22            THE SPEAKER:  Members, you've heard

23  the motion.  Is there objection?  Chair hears none.

24  So ordered.

25            REPRESENTATIVE TAYLOR:  Mr. Speaker?

TX_00212674

USA_00016915

House Chambers Floor Debate, 2nd                    March 21, 2011

50

```
 1                  THE SPEAKER:  Mr. Taylor.
 2                  REPRESENTATIVE TAYLOR:  Will the
 3     gentleman yield?
 4                  REPRESENTATIVE ANCHIA:  I yield.
 5                  THE SPEAKER:  Gentleman yields.
 6                  REPRESENTATIVE TAYLOR:  Mr. Anchia,
 7     you were elected in 2004.  Is that correct?
 8                  REPRESENTATIVE ANCHIA:  Yes,
 9     November, 2004.
10                  REPRESENTATIVE TAYLOR:  All right.
11     In November of 2004, I was actually an election
12     observer in your district, and I watched a voter
13     come in and present her -- present her photo I.D. to
14     attempt to vote.  And she was informed by the
15     election judge that she had already voted.  And she
16     told the election judge, "That's not possible.  I
17     was out of the country for the last two weeks.  I
18     could not have voted early."  Sadly, this voter,
19     perhaps wanting to vote for you, had her vote stolen
20     from her.
21                  Would your amendment help that voter keep
22     her vote?
23                  REPRESENTATIVE ANCHIA:  No.  In fact,
24     I'm kind of curious, if -- if -- was that ever
25     turned over to the district attorney, then District
```

JA_002034

TX_00212675

USA_00016916

51

1    Attorney Hill?  Did he prosecute the case?  Because

2    clearly, if -- if someone had stolen her vote, if it

3    was not a clerical error, as many times is the case

4    when -- when people are shown as having voted when

5    they didn't, I'd be curious to know if -- if the

6    proper channels were used with the existing

7    enforcement infrastructure that we have.  And I

8    don't know.

9                  REPRESENTATIVE TAYLOR:  Do you -- it

10   is my -- we hope that this bill will stop the kind

11   of voter -- the stolen vote that I witnessed in your

12   district in 2004.

13             Doesn't your amendment take away our

14   ability to stop this kind of fraud?

15                  REPRESENTATIVE ANCHIA:  No, not at

16   all.  In fact, our ability to stop this kind of

17   fraud is -- remains intact.

18             I mean, what should have happened in that

19   situation -- we don't know if that was in person --

20   I -- I -- I hope you're not alleging that you know

21   for a fact that it was in-person versus mail-in

22   ballot fraud.  Right?

23             You don't know that, do you?

24                  REPRESENTATIVE TAYLOR:  It had to be

25   in person.

TX_00212676

USA_00016917

House Chambers Floor Debate, 2nd                    March 21, 2011

                                                              52

1                    REPRESENTATIVE ANCHIA:  Explain that
2       to me.
3                    REPRESENTATIVE TAYLOR:  Well, it had
4       to be in person, because the election judge, when
5       they went over the rolls, determined that the voter
6       had voted early.
7                    REPRESENTATIVE ANCHIA:  Okay.  And --
8       and was it determined that it was actually fraud or
9       mistake?
10                   REPRESENTATIVE TAYLOR:  Unknown.
11                   REPRESENTATIVE ANCHIA:  Unknown.
12      Okay.
13           So let's -- because many times, I mean,
14      you hear reports in the media about this widespread
15      fraud, and when election officials go back to check
16      a poll worker checked the wrong box --
17                   REPRESENTATIVE TAYLOR:  Sure.
18                   REPRESENTATIVE ANCHIA:  -- a person
19      signed in the wrong place.
20           So, I mean, I would -- I would refrain
21      from jumping to conclusions about -- about whether
22      it was fraud.  And -- and I fear that's what we have
23      based and predicated this bill on is anecdote, is
24      suspicion, is in -- in some cases outright
25      falsehood.  And, you know, I fear that -- that we're

TX_00212677

USA_00016918

53

 1   making policy when we have tools in place already.
 2   It's a state jail felony.
 3            And I would submit to you the reason I
 4   don't think voter impersonation happens is because
 5   it's too risky for people to show up having stolen
 6   somebody else's voter registration certificate and
 7   subject themselves -- to change one vote, subject
 8   themselves to two to ten years in jail, $10,000
 9   worth of fines in front of witnesses, including
10   someone who has the powers, including the powers of
11   arrest, of a State District Judge.  I mean, and
12   that's why -- that's why we see most of the fraud
13   that we do see in mail-in ballots, because it's
14   scalable.  You can -- you can get more mail-in
15   ballots.  It is anonymous, and it has -- and you
16   don't have to do it in front of witnesses where
17   you're -- where you're committing illegal voting or
18   voter impersonation and subject yourself to that.
19   The penalties are lower.
20            So that's why I don't think it happens in
21   the frequency that -- that many people imagine or
22   allege or suspect.
23            And so I think a lot of the cases like
24   you're bringing up today, which are probably mistake
25   rather than fraud, get publicized and trumped up.

TX_00212678

USA_00016919

House Chambers Floor Debate, 2nd                    March 21, 2011

54

1    When they're actually investigated, they turn out to

2    be something else.

3                    REPRESENTATIVE TAYLOR:  Sure.

4                Well, this particular voter, after

5    discovering that they couldn't vote, asked the

6    question, "Where is my voter registration card?  I

7    never received it."

8                Now, under current law a voter

9    registration card, which has no photo -- no

10   photograph on it, a person can use that as

11   identification.  Correct?

12                   REPRESENTATIVE ANCHIA:  You know, I'm

13   glad you brought up the photo -- voter registration

14   card, because under this bill they'll have no

15   purpose.  Right?

16                A voter registration card if -- if we move

17   to a photo I.D. standard, really will be useless,

18   other than for mailing people information.

19                The irony is that the quick fix on this is

20   that you could put people's photograph on a voter

21   registration card and make it incumbent upon the

22   State to do that.  But I can -- that approach has

23   never been accepted.  We've offered it many times

24   here on the House floor and -- and the majority has

25   always chosen to resist that, even though that's the

JA_002038

TX_00212679

USA_00016920

House Chambers Floor Debate, 2nd                    March 21, 2011

55

1   simplest and most straightforward way to solve the

2   problem.

3                    REPRESENTATIVE TAYLOR:   Thank you,

4   Representative Anchia.

5                    REPRESENTATIVE ANCHIA:   Thank you,

6   Representative.

7                    UNIDENTIFIED REPRESENTATIVE:   Vote?

8   Vote?

9                    REPRESENTATIVE ANCHIA:

10  Mr. Speaker -- Mr. Speaker --

11                   THE SPEAKER:   Representative Anchia,

12  for what purpose?

13                   REPRESENTATIVE ANCHIA:   Because my

14  amendment strikes the enacting clause, and I -- and

15  I know that that will be the outcome -- I know what

16  outcome will be of this vote.   I'm not going to make

17  people take a vote on this.

18          But what I will ask the Members of the

19  House is to look at these amendments with an open

20  mind.   These amendments deal with the affidavit

21  bypass provisions that already exist in the bill.

22  These amendments are going to deal with the types of

23  photo I.D. that people are -- or the types of I.D.

24  that people are allowed to bring to the polling

25  location so they're not disenfranchised.

TX_00212680

USA_00016921

House Chambers Floor Debate, 2nd                March 21, 2011

56

 1          So, Mr. Speaker, I'm going to pull down

 2   this amendment which strikes the enacting clause,

 3   and instead I'm going to go ahead and -- and

 4   withdraw and it and ask that the membership really

 5   be constructive and listen to the debate, listen to

 6   the amendments, because I think they're -- there are

 7   opportunities to fix this bill so that legitimately

 8   eligible and registered Texans are not left behind.

 9          Thank you.  I withdraw the amendment.

10          THE SPEAKER:  The amendment is

11   withdrawn.

12          Following amendment.  The Clerk will read

13   the amendment.

14          THE CLERK:  (Inaudible) by Giddings.

15          THE SPEAKER:  Chair recognizes

16   Representative Giddings.

17          REPRESENTATIVE GIDDINGS:  Thank you,

18   Mr. Speaker.  Sorry.

19          Members, this amendment would allow a

20   person who is a victim of identity theft within 45

21   days of an election to present an affidavit

22   notarized under the penalties of perjury asserting

23   that their proof of identification had been stolen

24   along with a copy of an official police report.  It

25   would allow that person with those two documents to

TX_00212681

USA_00016922

House Chambers Floor Debate, 2nd                    March 21, 2011

57

 1   have an exemption and be allowed to vote in the
 2   election.
 3              I think we want to make sure that we do
 4   everything that we can to allow every eligible voter
 5   to vote and not disenfranchise any voters.
 6              THE SPEAKER:  Representative Munoz,
 7   for what purpose?
 8              REPRESENTATIVE MUNOZ:  Will the
 9   gentle lady yield for question?
10              THE SPEAKER:  Will the lady yield?
11              REPRESENTATIVE GIDDINGS:  Yes.
12              THE SPEAKER:  Lady yields.
13              REPRESENTATIVE MUNOZ:  Thank you.
14        Representative, when an individual goes to
15   vote is there any system in place currently in which
16   the election worker can ascertain if the voter is a
17   victim of identity theft?
18              REPRESENTATIVE GIDDINGS:  I'm sorry.
19   I could not hear you.
20              REPRESENTATIVE MUNOZ:  Okay.  When an
21   individual goes to vote is there any system in place
22   currently by which where the election worker can
23   ascertain that reporter is a victim of I.D. theft?
24              REPRESENTATIVE GIDDINGS:  Not that I
25   am aware of.  And it is a very, very serious issue,

JA_002041

TX_00212682

USA_00016923

House Chambers Floor Debate, 2nd                    March 21, 2011

58

 1   because, as most of the Members of the House know, I

 2   myself have been a victim of identity theft.  And

 3   there is a period of time when you're trying to get

 4   a new driver's license and a new Social Security

 5   card and whatever else, that you may not have any

 6   photo proof of identity.

 7              REPRESENTATIVE MUNOZ:  So you feel

 8   that this would be necessary to protect those

 9   individuals that have been the victim of identity

10   theft.  Correct?

11              REPRESENTATIVE GIDDINGS:  Yes, I do,

12   because we want to do everything that we can to make

13   sure that no eligible voter is disenfranchised.  And

14   I think that's what we do with this amendment.

15          It's a -- it's a very narrowly-drafted

16   amendment, and it only applies to those people who

17   have two things:  One, they have an affidavit that

18   has been executed under the penalties of perjury

19   that they are a victim of identity theft, and they

20   have a verifying document, an official police

21   report.  So they have two items that they can

22   present at the elections office.

23              REPRESENTATIVE MUNOZ:  Thank you,

24   Representative.

25              REPRESENTATIVE GIDDINGS:

JA_002042

TX_00212683

USA_00016924

House Chambers Floor Debate, 2nd                    March 21, 2011

59

 1   Mr. Speaker, I move adoption.

 2                 THE SPEAKER:  Is anyone wishing to

 3   speak for or against the amendment?  If not,

 4   Members, the question occurs on the adoption of the

 5   Giddings amendment.

 6            Chair recognizes Representative Harless.

 7                 REPRESENTATIVE HARLESS:  Mr.

 8   Speaker -- Members, Mr. Speaker, I would move to ask

 9   you to table the exemption from the photo I.D.

10   requirements.

11            A signed affidavit that is stolen, it

12   takes away some of the photo identifications that

13   will be presented in this bill.  So I move to table.

14                 UNIDENTIFIED REPRESENTATIVE:

15   Mr. Speaker?

16                 THE SPEAKER:  Mr. Hochberg, for what

17   purpose?

18                 REPRESENTATIVE HOCHBERG:  Will the

19   gentle lady yield for a question?

20                 THE SPEAKER:  Lady yield?

21                 REPRESENTATIVE HARLESS:  Yes, sir.

22                 REPRESENTATIVE HOCHBERG:

23   Representative Harless, maybe I don't understand

24   this correctly, but this is for somebody that has

25   their photo I.D. stolen.  And so without accepting

TX_00212684

USA_00016925

House Chambers Floor Debate, 2nd                    March 21, 2011

60

1   this, then would that person not be able to vote?

2                   REPRESENTATIVE HARLESS:   Just like

3   I.D.s that can be fake, police reports can also be

4   fake.   Just because --

5                   REPRESENTATIVE HOCHBERG:   That's

6   like -- that's like --

7                   REPRESENTATIVE HARLESS:   -- just

8   because you have identifying stolen --

9                   REPRESENTATIVE HOCHBERG:   -- ma'am, I

10  can barely hear you, so...

11                  REPRESENTATIVE HARLESS:   Just like

12  I.D.s that can be fake, so can police reports.

13                  REPRESENTATIVE HOCHBERG:   Why

14  can't --

15                  REPRESENTATIVE HARLESS:   Just because

16  you have your identification stolen does not mean

17  that you do not have a photo I.D.   You should be

18  able to present a photo I.D. and the police report.

19  There are other forms of a photo I.D.

20                  REPRESENTATIVE HOCHBERG:   Like a

21  passport?

22                  REPRESENTATIVE HARLESS:   A passport,

23  a CHL --

24                  REPRESENTATIVE HOCHBERG:   How many

25  have that?   A CHL.   I'm sorry.   I confess, I don't

TX_00212685

USA_00016926

House Chambers Floor Debate, 2nd                    March 21, 2011

 1  have a CHL.
 2                  REPRESENTATIVE HARLESS:  Do you have
 3  a passport?
 4                  REPRESENTATIVE HOCHBERG:  I do, but I
 5  bet you a whole lot of people in my district don't.
 6                  REPRESENTATIVE HARLESS:  I -- I -- I
 7  don't know how many people in your district don't
 8  have a passport.
 9                  REPRESENTATIVE HOCHBERG:  So if they
10  get their license -- if they get their license
11  stolen and they file a police report, that's not
12  good enough?  You take away their right to -- so --
13  so if I -- so if I want to take away Ms. Giddings'
14  right to vote, I just need to grab her purse so that
15  I get her license?
16                  REPRESENTATIVE HARLESS:  If they do
17  not have their driver's license because it's stolen,
18  they can show up to the voting place, cast a
19  provisional ballot and show back up in six days with
20  their I.D. and their ballot will be counted.
21                  REPRESENTATIVE HOCHBERG:  Oh.  So is
22  DPS going to provide that within six days?
23                  REPRESENTATIVE HARLESS:  I am not
24  advised.
25                  REPRESENTATIVE HOCHBERG:  I don't

TX_00212686

USA_00016927

House Chambers Floor Debate, 2nd                    March 21, 2011

62

```
 1   think so.  I think it takes --
 2                REPRESENTATIVE HARLESS:  If they
 3   have --
 4                REPRESENTATIVE HOCHBERG:  -- a lot
 5   longer than that.
 6                REPRESENTATIVE HARLESS:  --
 7   alternative ways of showing --
 8                REPRESENTATIVE HOCHBERG:  All right.
 9                REPRESENTATIVE HARLESS:  -- of
10   federal I.D.
11                REPRESENTATIVE HOCHBERG:  So in
12   addition to identity theft then you lose your right
13   to vote.
14                REPRESENTATIVE HARLESS:  I disagree
15   with that.  I move to table.
16                REPRESENTATIVE MARTINEZ:
17   Mr. Speaker.
18                THE SPEAKER:  Representative
19   Martinez, for what purpose?
20                REPRESENTATIVE MARTINEZ:  Will the
21   gentle lady yield?
22                THE SPEAKER:  Yield?
23                REPRESENTATIVE HARLESS:  I'm sorry?
24                THE SPEAKER:  Representative Harless,
25   do you yield?
```

TX_00212687

USA_00016928

House Chambers Floor Debate, 2nd                    March 21, 2011

63

```
 1                    REPRESENTATIVE HARLESS:  Yes.
 2                    REPRESENTATIVE MARTINEZ:
 3   Ms. Harless, in regard to this, that the individual
 4   would not be able to vote if he loses his voter
 5   I.D., and in regard to the presentation of
 6   identification, does it fail within that sixth day?
 7                    REPRESENTATIVE HARLESS:  Yes.
 8                    REPRESENTATIVE MARTINEZ:  Okay.  So
 9   then could you explain the sixth day for me?  Is
10   that calendar days, is that business days?  How does
11   that work?
12                    REPRESENTATIVE HARLESS:  That is six
13   days.
14                    REPRESENTATIVE MARTINEZ:  Six days.
15   Is that business days?
16                    REPRESENTATIVE HARLESS:  That is six
17   days, calendar days.
18                    REPRESENTATIVE MARTINEZ:  Six
19   calendar days.  Okay.
20                    So then six business days would be --
21   how could you explain business days to me?
22                    REPRESENTATIVE HARLESS:  Excuse me?
23                    REPRESENTATIVE MARTINEZ:  How could
24   you explain business days to me?
25                    REPRESENTATIVE HARLESS:  The bill
```

TX_00212688

USA_00016929

64

1    does not address business days.

2                  REPRESENTATIVE MARTINEZ:  Okay.

3            Mr. Speaker -- it does not address days?

4            Mr. Speaker, I would like to raise a point

5    of order upon further consideration of CS --

6    Committee Substitute Senate Bill (inaudible) on the

7    grounds that it violates Rule 4, Section 32,

8    Subsection C2 of Texas House rules.

9                  THE SPEAKER:  Bring your point of

10   order down front.

11           Mr. Martinez raises a point of order under

12   Rule 4, Section 32C 2 and F that the bill analysis

13   is substantially and materially misleading,

14   specifically because the bill analysis refers to six

15   business days while the text of the bill refers only

16   to six days.

17           The Chair has reviewed the bill and the

18   bill analysis and finds the reference in the bill

19   analysis to be materially or substantially

20   misleading in the context of the bill.

21           The point of order is sustained.

22                  (End of this portion)

23

24

25

TX_00212689

USA_00016930

65

```
 1    IN THE COUNTY OF TRAVIS   )

 2    STATE OF TEXAS            )

 3            I, Rhonda Howard, Certified Shorthand

 4    Reporter in and for the State of Texas, hereby

 5    certify to the following:

 6            That the CD entitled, "2011 (82R) SB 14,

 7    3.21.11 HOUSE CHAMBERS FLOOR DEBATE, 2ND READING,

 8    MARCH 21, 2011," was transcribed at the request of

 9    Anne Wilson, 209 West 14th Street, 8th Floor,

10    Attorney General's Office, Austin, Texas 78701, and

11    the amount due is $_____.

12            That the aforementioned CD was transcribed

13    to the best of my ability to hear and understand the

14    CD;

15            That the transcript was submitted by

16    E-trans on April  , 2012, to Anne Wilson, 209 West

17    14th Street, 8th Floor, Attorney Generals' Office,

18    Austin, Texas  78701;

19            I further certify that I am neither

20    counsel for, related to, nor employed by any of the

21    parties or attorneys in the action in which this

22    proceeding was taken, and further that I am not

23    financially or otherwise interested in the outcome

24    of the action.

25
```

TX_00212690

USA_00016931

House Chambers Floor Debate, 2nd                    March 21, 2011



```
                                                              66
 1                Certified to by me, this 23rd day of

 2      April, 2012.

 3

 4

 5                      _____

 6                      RHONDA HOWARD, Texas CSR No. 4136
                        Expiration Date 12/31/12
 7                      FIRM REGISTRATION NO: 283
                        ESQUIRE DEPOSITION SERVICES
 8                      100 Congress, Suite 2000
                        Austin, Texas  78701
 9                      (512) 328-5557

10

11      Job No. 332480RH

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

TX_00212691

USA_00016932

Case 2:13-cv-00193 Document 660-29 Filed on 11/11/14 in TXSD Page 67 of 88
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 245 of 245

House Chambers Floor Debate, 2nd                     March 21, 2011
                                                            67

**A**

A.G
40:21
ability
51:14,16
65:13
able
11:23 33:23
60:1,18 63:4
absentee
4:9
academic
34:15,22,23
45:11
acceptable
4:15,21,23
5:17,23
accepted
54:23
accepting
59:25
access
2:20 4:8
33:23
accommodate
33:12
account
2:12
acknowledge
13:19
acknowledged
19:25
act
4:11 10:21
12:14 25:13
27:8,13,17,
22 29:3,20
32:20,23 38:8
Act-covered
37:7,11
action

65:21,24
active
48:9
added
30:24
addition
62:12
additional
27:3 33:3
36:2,4 48:15
address
23:23 43:22
64:1,3
addressed
9:6
addresses
3:10 19:24
addressing
19:18 24:1
Administrati
on
5:14
administrato
rs
14:6
adoption
59:1,4
adults
2:19
advertising
27:4
advised
7:23 26:15
35:19 61:24
Affair
5:14
affidavit
5:10 55:20
56:21 58:17
59:11

affidavits
48:25 49:1
afforded
44:17
aforemention
ed
65:12
Africa
45:19
African
26:20 28:2,15
29:2,18
33:22,23
35:10 36:10,
20 37:21
45:13,20
46:3,24
afternoon
7:3
age
2:9 46:1
Agency
27:9 35:7
ago
39:14
agree
11:6
ahead
56:3
alcohol
2:10
aliens
22:6 41:18
allegations
39:14 40:6
41:9
allege
53:22
alleged
41:6
alleging

51:20
allow
48:14 56:19,
25 57:4
allowed
4:24 55:24
57:1
allowing
4:9
allows
5:25 31:16
alluded
7:5
along
56:24
already
25:21 50:15
53:1 55:21
also
4:6,21 9:24
22:11 24:8
26:13 28:2
32:9 36:3
41:18 43:20
60:3
alternative
62:7
Although
6:10
always
3:1 54:25
amendment
26:13 30:24
38:14,15
39:2,3,4
44:20,22,24
50:21 51:13
55:14 56:2,9,
10,12,13,19
58:14,16
59:3,5
amendments

48:24 49:3,7
55:19,20,22
56:6
America
2:18 25:23
27:8
American
28:4 33:22
35:10
Americans
26:20 28:2,3,
15 29:2,19
33:23 36:10,
21 37:21
45:14,20
46:4,24 47:13
among
19:7 28:11
amount
65:11
analysis
64:12,14,18,
19
Anchia
6:18,20,24
7:2,10,19,24
8:12,20 9:2,
8,11,15
10:10,16,24
11:1,7,17
12:21 13:1,
11,14,24
14:7,10,15,
21 15:1,5,11,
14 16:1,14,
19,22 17:3,6,
9,20,24 18:7,
13,19,24
19:4,12,15,
19,22 20:3,7,
10,14,21,24
21:5,11,14,
21 22:2,16,
20,24 23:3,7,

TX_00212692
USA_00016933

Case 2:13-cv-00193 Document 660-39 Filed on 11/11/14 in TXSD Page 68 of 88
Case 1:12-cv-00128-RMC-DST-RLW Document 208-4 Filed 06/20/12 Page 2 of 238

House Chambers Floor Debate, 2nd                    March 21, 2011
                                                                68

15 24:2,8,11
25:2,3,5,10,
18 26:3,7,10,
12,16 27:12,
16,20,24
28:13,19,25
29:10,14
30:1,4,8,12,
19 31:3,7,20,
23 32:2,6,10,
14,17,22,25
33:15,21
34:4,8,12,21
35:3,6,14,
18,20 36:9,16
37:5,10,16
38:3,4,6,16,
17,19 39:4,6,
8,22 42:15,22
43:2 44:1,7,
11,14,25
46:10,16,20
47:12 48:19
50:4,6,8,23
51:15 52:1,7,
11,18 54:12
55:4,5,9,11,
13

**Anderson**
46:7

**anecdotal**
8:14

**anecdote**
52:23

**Ann**
33:10

**Anne**
65:9,16

**anonymous**
45:4 53:15

**another**
5:23 22:19,22

**answer**

29:15

**answered**
33:13

**Antonio**
41:11

**Appellant**
2:15

**applies**
58:16

**appointed**
40:8

**appreciate**
23:24

**approach**
54:22

**appropriated**
25:21 26:19

**approval**
25:25

**approved**
3:13

**April**
1:14 65:16
66:2

**apt**
13:13

**argument**
11:5

**around**
43:6

**arrest**
15:23 16:2
17:11 18:1
53:11

**articles**
16:6 43:5

**ascertain**
57:16,23

**Asian**
28:2,4

**Asians**
26:20 29:4,19

**asked**
45:11 54:5

**asking**
6:16 31:6
33:1 34:23

**asserting**
56:22

**assertion**
14:16

**Assistance**
26:6,8

**associated**
27:8

**attempt**
50:14

**attempted**
10:1

**Attorney**
16:23 24:16
42:10 50:25
51:1 65:10,17

**attorneys**
65:21

**audit**
41:16

**Austin**
65:10,18 66:8

**author**
20:24 41:5
45:11

**authors**
43:17

**author's**
42:3

**available**
27:9 31:2
32:12

**avoided**
18:14

**aware**
15:24 34:22
35:7,11,15
57:25

───── B ─────

**back**
7:25 52:15
61:19

**balance**
13:5

**balances**
18:10

**Ballot**
2:20 4:25
5:9,25 22:15
24:20,21 36:5
43:7,12 51:22
61:19,20

**ballots**
3:8 4:9,10
19:16 21:8,12
22:1,15
23:21,25
24:4,15,17
42:12,19,24
43:4 45:5
47:6 53:13,15

**bank**
2:12

**barely**
60:10

**base**
25:21

**based**
52:23

**becoming**
2:8

**being**
10:18 18:20
21:16,17

**believe**
13:1,18 19:6,

13 22:11
33:16 36:13
39:19 42:6
46:8 48:8

**believed**
39:19

**benefits**
5:16

**best**
33:11,12
65:13

**bet**
61:5

**better**
14:22 43:11,
13

**Betty**
41:5

**between**
38:7 40:3

**beyond**
33:3 35:15

**bilingual**
30:21

**bill**
3:25 7:4,6
9:7 10:7
11:12,14,25
19:6,17,23
21:5,12
23:13,16,21,
23,25 24:13,
15 25:14,17
26:19,22
28:10,11,14,
22 29:1,5,11,
15,24 30:20
31:14,21
32:15 33:4,17
34:5,14
35:21,22
36:6,12,14,
18,22,25

TX_00212693

USA_00016934

House Chambers Floor Debate, 2nd                    March 21, 2011

37:20 40:14,
16,25 41:5
42:22 43:3,7,
11,17,21
44:18 45:6,
10,13,15,22,
24 46:15,21,
23 47:17
48:12,13,21
49:1,6,8
51:10 52:23
54:14 55:21
56:7 59:13
63:25 64:6,
12,14,15,17,
18,20

**bills**
24:5 36:25

**bit**
25:12 31:9

**blogs**
43:6

**blonde**
28:24

**boarding**
2:21

**body**
24:13

**border**
22:6

**both**
10:7 29:7

**box**
36:5 52:16

**breakdown**
27:5

**breeds**
3:21

**Brennan**
45:18

**bring**
24:1 35:5

55:24 64:9

**bringing**
23:13,24
53:24

**broadening**
49:1

**broken**
28:10

**brought**
54:13

**Brown**
41:5

**budget**
25:21

**bumped**
9:21 10:1

**burdensome**
4:11

**business**
63:10,15,20,
21,24 64:1,15

**busloads**
39:14

**buy**
2:10

**bypass**
55:21

_____
          C

**C2**
64:8

**calendar**
63:10,17,19

**came**
16:9

**cancel**
22:12

**canceled**
21:17

**candidates**
48:4

**cannot**
3:4 4:23

**car**
2:10,14

**card**
4:17 5:6
7:17,18 8:10
54:6,9,14,
16,21 58:5

**cards**
4:8,16

**care**
2:13 42:16

**carve**
30:9

**case**
2:16 10:12
20:4,11 28:21
40:23 46:19
47:2 51:1,3

**cases**
8:13 16:15
18:16 19:25
20:2,15,16,
19,25 40:17,
20 41:12,22
42:1 52:24
53:23

**cashing**
2:22

**cast**
4:24 5:8,25
8:11 42:17
61:18

**casting**
6:17 21:16

**casts**
7:17

**caught**
9:14

**CD**
65:6,12,14

**ceasing**
41:15

**Center**
45:18

**certificate**
4:20 53:6

**Certified**
65:3 66:1

**certify**
65:5,19

**Chair**
2:4 25:8
38:12,25 39:5
41:15 49:23
56:15 59:6
64:17

**chaired**
24:3

**Chairman**
25:22

**CHAMBERS**
1:2 65:7

**change**
10:12,15,22
12:1,11,15
25:15 53:7

**changed**
22:4,8 35:25
43:17

**changes**
5:20 11:20

**channels**
51:6

**check**
2:22 13:5
52:15

**checked**
52:16

**checks**
18:10

**CHL**

60:23,25 61:1

**chosen**
54:25

**cigarettes**
2:11

**circulated**
43:6

**citizens**
3:20

**citizen's**
4:20

**claim**
17:13

**classes**
27:21 28:8
29:13 31:12

**clause**
55:14 56:2

**clear**
9:16 15:15
37:6

**Clearly**
11:25 39:17
42:8 51:2

**clerical**
51:3

**CLERK**
2:1 38:14
39:3,4 56:12,
14

**clerks**
14:14

**closely**
12:25

**Code**
8:24 9:12
14:11 15:3,6,
18,20 17:12

**colleague**
40:5

**come**

TX_00212694

USA_00016935

Case 2:13-cv-00193 Document 660-39 Filed on 11/11/14 in TXSD Page 70 of 88
Case 1:12-cv-00128-RMC-DST-RLW Document 208-4 Filed 06/20/12 Page 4 of 238

House Chambers Floor Debate, 2nd                    March 21, 2011
                                                           70

coming
25:19 50:13
22:6 39:15
comments
44:15
commercial
2:22
Commission
26:8
commit
10:20 12:14
Committee
9:20 17:8
24:3 33:9,14
34:19 40:8,18
41:15 64:6
committing
18:3 53:17
complaints
16:20
completely
45:5
compliance
3:25
complies
4:6
concealed
4:18
concept
6:15
concern
2:25
concerned
10:17 15:16
18:20,23
21:2,15,19
22:5 45:9
concerns
36:5
conclude
44:15

conclusion
6:3
conclusions
52:21
conclusively
16:24
conducted
35:7 41:24
conducting
10:19
confess
60:25
confidence
3:3,5,17 4:3
6:7 10:25
13:6,7,10
19:7 21:19
36:8 37:4
43:8,14
confident
25:25
confirming
5:10
Congress
66:8
consequence
2:19
consideratio
n
64:5
Constitution
29:8
constructive
56:5
contained
48:25
contest
40:3 41:25
context
64:20

continue
5:6 20:13
copy
56:24
Correct
7:7 10:8
13:20,25
14:18 16:25
17:2 19:9
21:3,8 22:13
27:14,18,22
28:15 30:5,22
37:13 50:7
54:11 58:10
correctly
59:24
correlating
9:25
cost
26:2
costs
27:3
couldn't
35:5 40:17
54:5
counsel
65:20
counted
4:25 61:20
counterbalan
ced
23:19
counties
30:17 31:17
counting
3:8
country
50:17
counts
4:4 37:4
County

2:17 28:3,4
30:15 31:19
46:3 65:1
county-wide
41:11
couple
7:3 8:8 39:13
Court
2:15 3:15,17
4:1,6
courtesy
44:17
covered
29:2
covers
27:13,17
crafted
46:21
Crawford
2:16
criminal
2:3
crisis
47:19 48:10
CS
64:5
CSR
1:14 66:6
curious
50:24 51:5
current
4:19,20 8:3,
22 9:9,16
10:2,3,7
12:4,6 40:14,
25 54:8
currently
12:5 57:15,22
cycle
48:6
———— D ————

D.A
41:11
Dan
12:18
database
41:17
Date
66:6
day
5:9 11:13
43:2,3 63:6,9
66:1
days
4:20 5:1,10
10:3,4 56:21
61:19,22
63:10,13,14,
15,17,19,20,
21,24 64:1,3,
15,16
deal
21:6 24:15
34:24 48:25
55:20,22
dealing
28:14 45:1
deals
7:6
DEBATE
1:2 48:23
56:5 65:7
decide
33:11 34:10
decided
12:19
decision
4:1,7 12:19
dedicated
26:19 28:7
29:18
democracy
3:19 47:20

TX_00212695

USA_00016936

Case 2:13-cv-00193 Document 660-39 Filed on 11/11/14 in TXSD Page 71 of 88
Case 1:12-cv-00128-RMC-DST-RLW Document 208-4 Filed 06/20/12 Page 5 of 238

House Chambers Floor Debate, 2nd                    March 21, 2011
71

48:8

**democratic**
3:20

**Denny**
40:15

**dental**
2:13

**Department**
3:13 5:14
26:6 29:8

**DEPOSITION**
66:7

**describe**
7:14

**desire**
23:17

**desk**
22:25

**despite**
39:25

**detect**
8:18 36:7

**detecting**
11:15

**detects**
4:3

**deter**
8:18 36:6

**determine**
34:16,20

**determined**
52:5,8

**deterrent**
12:8,12

**deterring**
11:15

**deters**
4:2

**develop**
27:2

**didn't**
12:24 16:12
25:13 27:25
28:21 51:5

**different**
16:11 31:8,9
33:1

**difficult**
2:17

**disability**
5:16

**disabled**
4:13 5:12

**disagree**
6:10 62:14

**disagreement**
3:2

**discovering**
54:5

**discuss**
20:19,22
21:25 22:15,
17,21,25
23:2,9

**discusses**
15:6

**discussing**
11:13

**disen**
21:16

**disenfranchise**
57:5

**disenfranchised**
3:24 10:18
18:21 36:21
37:21 42:17
55:25 58:13

**disenfranchising**

45:13

**disproportionate**
46:22

**distributed**
31:11

**District**
15:22 18:1
50:12,25
51:12 53:11
61:5,7

**distrust**
3:21

**divide**
34:10

**document**
58:20

**documentation**
5:13

**documented**
8:13 13:8
16:15,24
40:20 41:22

**documents**
30:22 33:24
56:25

**doesn't**
21:6 37:11,17
51:13

**doing**
13:20 14:1
46:9

**dollars**
25:17 27:1

**Donna**
12:18

**door**
23:4,8

**down**
56:1 64:10

**DPS**
4:16 61:22

**DPS-issued**
5:22

**Dr**
39:7

**drive**
2:10

**driver's**
4:16 46:1,5
47:15,16 58:4
61:17

**drives**
3:20

**due**
5:16 65:11

**during**
48:6,23

**duties**
15:7,21

___

**E**

**EAC**
26:10

**each**
30:25 32:10

**earlier**
14:22 47:18

**early**
50:18 52:6

**earning**
45:23

**educating**
26:20

**education**
28:11,17
29:2,24 30:11
49:7

**educational**
30:13 31:10

**effect**

12:9,12

**effectively**
6:12 8:18

**effects**
46:11

**efforts**
33:22

**eight**
11:22

**either**
29:21 33:17

**elderly**
4:12

**elected**
40:2 50:7

**election**
3:5,18 5:9
6:7 8:6,23
9:12 10:25
12:18 13:7
14:11,14
15:3,6,8,18,
20 16:8
17:10,12,21,
25 19:3 36:8
37:1 39:19
40:3,7 41:24
43:23 44:4
48:6,7 50:11,
15,16 52:4,15
56:21 57:2,
16,22

**elections**
4:4 6:13
11:16 12:2
13:4 21:3,20
22:9,10 23:8,
20 24:14,18
26:6,7 39:16
41:8,14 42:5,
8 43:9,15,19
44:3 45:16
47:4,5,20,22

TX_00212696

USA_00016937

House Chambers Floor Debate, 2nd                    March 21, 2011

| | | | | |
|---|---|---|---|---|
| 48:11,13,14 58:22 | 26:5 | executed 58:18 | fair 20:16 23:9 | 40:15 |
| electoral 36:12 | entitled 14:12 65:6 | exempt 5:11 | fake 60:3,4,12 | financially 65:23 |
| electronic 43:14 | ephemeral 48:11 | exempted 45:9 | false 8:10 41:10,19 | find 8:20 11:24 40:17 43:20 |
| eligible 4:4 45:17 48:16 56:8 57:4 58:13 | epidemic 40:22 | exemption 57:1 59:9 | falsehood 52:25 | finds 64:18 |
| else's 53:6 | error 51:3 | exist 55:21 | familiar 8:23 15:2 | fine 9:19 10:5 |
| emergency 42:18,19 | ESQUIRE 66:7 | existing 51:6 | far 14:5 | fines 12:10 53:9 |
| employed 65:20 | essential 3:18 | Expiration 66:6 | fast 47:25 | FIRM 66:7 |
| enacted 6:5 | esteemed 44:8 | expired 4:20 24:25 38:1 49:11,19 | fault 18:4,6,8 | first 12:8 40:15 |
| enacting 55:14 56:2 | estimated 26:25 | Explain 52:1 63:9,21,24 | fear 3:22 45:14 46:20 47:8 48:21 52:22,25 | fiscal 25:16 26:2,24,25 27:25 |
| End 64:22 | E-trans 65:16 | extend 38:20 49:21 | federal 27:8,10 32:20 62:10 | fishing 2:11 |
| enforce 17:12 | everybody 39:12 | extended 25:6,9 44:16 | feel 3:23 43:11,13 58:7 | five 27:1 47:15 |
| enforcement 15:7 45:3 51:7 | evidence 13:8 18:15 22:7 35:24 39:25 41:3 43:19 | extension 38:23 | felons 41:18 | fix 54:19 56:7 |
| English 30:14,22 31:15 | examined 41:9 42:1 | extensive 5:19 | felony 9:14,18,22 10:4,8 12:9 13:21 53:2 | FLOOR 1:2 20:19,23,25 41:4 47:3 54:24 65:7,9,17 |
| enhancement 9:23 | example 33:2 36:19 | extent 3:2 | felt 16:12 | focused 42:9 |
| enough 2:24 61:12 | exceedingly 2:17 | F | fewer 47:9 | follow 12:25 |
| ensure 33:22 | exceptions 4:12 5:3 | F 64:12 | file 61:11 | Following 38:14 39:2 56:12 65:5 |
| ensuring 4:10 | exchange 38:7 | fact 2:23 7:5 8:4 15:15 44:3 50:23 51:16,21 | filed 21:12 29:6 | forced 41:19 |
| entail 26:4 | excitement 48:3 | fail 63:6 | | form 4:21,24 5:24 |
| entails | Excuse 27:15 40:8 42:11 63:22 | | | |

TX_00212697

USA_00016938

Case 2:13-cv-00193 Document 660-39 Filed on 11/11/14 in TXSD Page 73 of 88
Case 1:12-cv-00128-RMC-DST-RLW Document 208-4 Filed 06/20/12 Page 7 of 238

House Chambers Floor Debate, 2nd                    March 21, 2011
                                                              73

former
40:3

forms
4:19 5:17
60:19

forward
23:13,25
24:10 47:25

found
41:3,12 45:19
46:12

Fraser
2:1

fraud
3:1,3,7,11,
20 4:3 6:11
7:6,9 8:4,5,
19 11:4,13,15
19:18,21,24
21:6,17 22:11
23:10,23
24:1,20,21
36:7 40:21
41:12 43:7,
12,21 45:1,4
51:14,17,22
52:8,15,22
53:12,25

fraudulent
3:23 6:11
42:17

free
4:8 5:22
33:24

frequency
53:21

frequently
45:2

friend
40:4

front
43:23 44:2,3

45:2 48:15
53:9,16 64:10

functioning
3:19

funding
29:17,24
37:19

funds
25:23 26:1,
17,18 27:8

further
64:5 65:19,22

### G

game
23:9

gauge
45:12

General
16:23 24:17

generally
27:25

General's
42:10 65:10

Generals'
65:17

gentle
6:21 38:20
57:9 59:19
62:21

gentleman
44:10 49:17
50:3,5

Gentleman's
24:24 37:25
49:10,18

gentlemen
42:2 48:21

Georgia
29:6 37:10

Georgia's
3:12

Geren
24:22 37:24
39:7 49:9

Giddings
56:14,16,17
57:11,18,24
58:11,25 59:5

Giddings'
61:13

give
20:4

given
48:20

glad
54:13

go
37:19 52:15
56:3

goal
42:2

goes
57:14,21

going
12:3 15:13
20:19 24:13
25:19 26:4,
17,19 31:11
33:6,24,25
39:11 43:3,5,
11,13 44:18
45:15,16
46:22,23
48:24 49:3,6
55:16,22
56:1,3 61:22

gone
7:25

good
7:2 40:4
61:12

government
3:21 27:10

government-
issued
45:21

Governor
47:23

grab
61:14

great
24:7 41:7

grounds
64:7

guess
7:25 39:13

### H

half
27:1

hall
22:21

handgun
4:18

happen
7:20

happened
51:18

happens
11:5,6 28:24
39:17 43:22
44:2,3 45:6
53:4,20

happy
44:16

Harless
2:5,6 6:23,25
7:1,8,12,15,
22 8:2,15,25
9:6,10,13
10:9,14,23
11:3,9 12:16,
24 13:3,12,22
14:5,8,13,
19,24 15:4,

10,12,25
16:5,17,21
17:1,4,7,16,
22 18:5,9,17,
22 19:1,11,
14,17,20
20:1,5,9,12,
18,22 21:4,9,
13,18,22
22:14,18,22
23:1,5,12,22
24:6,9 25:16,
20 26:5,9,11,
14,23 27:15,
19,23 28:9,
16,23 29:5,
12,23 30:2,6,
9,16,23 31:5,
16,22,25
32:4,8,13,
16,19,24
33:7,19 34:2,
6,9,18,25
35:4,12,17,
19 36:1,13,23
37:9,14,22
38:8,21,24
39:1 59:6,7,
21,23 60:2,7,
11,15,22
61:2,6,16,23
62:2,6,9,14,
23,24 63:1,3,
7,12,16,22,
25

Harris
28:3 30:15

HAVA
25:23 26:18

haven't
11:23

head
35:2

health

TX_00212698

USA_00016939

House Chambers Floor Debate, 2nd                    March 21, 2011

74

| | | | | |
|---|---|---|---|---|
| 2:13 | Hochberg | 10,15,17,19, | illegal | including |
| hear | 41:9 59:16, | 24 5:2,3,17, | 22:6 41:7,18 | 2:2 15:22,23 |
| 36:4 43:4 | 18,22 60:5,9, | 21,23 6:1,4, | 43:4 53:17 | 53:9,10 |
| 52:14 57:19 | 13,20,24 | 5,6 13:9 | illusion | inconvenient |
| 60:10 65:13 | 61:4,9,21,25 | 17:18 36:2,6 | 39:10 | 4:11 |
| heard | 62:4,8,11 | 40:11,16 | imagine | increase |
| 8:7 16:6 25:7 | home | 41:1,5 43:17 | 53:21 | 6:6,8 9:25 |
| 38:11 41:2 | 28:3 | 45:21 46:12, | immigrants | 28:11,17 |
| 49:22 | honest | 17 49:4,5 | 39:15 41:7 | 30:10 36:14 |
| hears | 3:20 | 50:13 54:17 | impact | 37:3 43:8 |
| 25:8 38:12,25 | hope | 55:23 57:23 | 45:13 46:22 | 45:15 |
| 49:23 | 46:25 48:23 | 59:9,25 | impersonatio | increased |
| heart | 49:8 51:10,20 | 60:17,18,19 | n | 6:4 37:1,19 |
| 36:14 | hotel | 61:20 62:10 | 7:4,11,14 8:9 | increases |
| Heflin | 2:14 | 63:5 | 9:5 10:1,12, | 9:24 13:10 |
| 40:4 | hours | I.D.s | 19,21 11:19, | increasing |
| held | 41:22 | 2:9 4:16 5:22 | 24 12:15,22 | 49:4 |
| 41:5 | HOUSE | 8:9 60:3,12 | 13:16 14:2,18 | incumbent |
| Help | 1:2 20:19,23, | idea | 16:3 18:3,15, | 54:21 |
| 25:23 27:8 | 25 23:14 41:4 | 37:15 | 16 20:17 21:1 | Indiana |
| 50:21 | 47:3 54:24 | identificati | 40:17,20,24 | 2:15 4:1 29:6 |
| helping | 55:19 58:1 | on | 41:3,13,23 | 37:6 |
| 24:10 | 64:8 65:7 | 2:3 4:22 5:24 | 42:1,4,18 | Indiana's |
| helpless | Howard | 26:21 27:3 | 43:18 47:2 | 3:14,16 |
| 14:22 17:14 | 1:14 65:3 | 33:24 34:17 | 48:10 53:4,18 | indicates |
| her | 66:6 | 35:9,21 46:11 | implementati | 27:7 |
| 44:17 50:13, | Howard's | 54:11 56:23 | on | indigent |
| 19,20,22 51:2 | 12:18 | 60:16 63:6 | 49:7 | 4:13 5:7 |
| 61:14,15 | Hubert | identificati | important | 46:23 |
| hereby | 40:5 | ons | 6:13 18:25 | individual |
| 65:4 | hundreds | 59:12 | Inaudible | 57:14,21 63:3 |
| hey | 41:25 | identifying | 39:21 47:11 | individuals |
| 22:4 | hunting | 60:8 | 48:18 56:14 | 58:9 |
| Hi | 2:11 | identity | 64:6 | inform |
| 7:1 | hurdles | 56:20 57:17 | incidents | 27:2 |
| Hill | 48:15 | 58:2,6,9,19 | 43:12 | information |
| 51:1 | I | 62:12 | include | 8:16 54:18 |
| Hispanic | I.D | ignore | 4:16 5:4 | informed |
| 35:10 | 2:8,16,18, | 19:16 | included | 50:14 |
| Hispanics | 20,24 3:12, | ignored | 28:2 33:17 | informing |
| 46:4,25 | 14,16 4:2,8, | 23:16 45:5 | includes | 25:14 |
| | | ignores | 22:11 31:14 | |
| | | 42:23 | | |

JA_002058

TX_00212699

USA_00016940

House Chambers Floor Debate, 2nd                    March 21, 2011

75

infrastructu
re
51:7
initiative
41:12
in-person
3:7,11 19:20
23:23 51:21
instead
45:16 48:15
56:3
intact
51:17
integrity
2:21 3:17
12:1 19:2,9
21:3 22:9,10
23:8,20
24:14,18 36:5
42:5,7 43:9,
19 45:15
47:4,5 48:11
interested
65:23
interesting
8:21 19:23
interim
8:1 40:18
41:14
Internet
27:6
investigated
16:23 54:1
investigatio
n
40:23
investigatio
ns
42:10,11
involved
45:3

in-voter
8:4,5
ironic
43:20
ironically
40:24
irony
54:19
issue
8:1 15:23
17:11 18:1
34:24 40:1,9
57:25
issued
4:16
issuing
16:2
items
58:21

**J**

jail
10:4,5 12:9,
10 13:21
53:2,8
January
5:5
Job
66:11
judge
14:14 15:8,
18,21,22
17:11,21,25
18:1 50:15,16
52:4 53:11
judges
16:9 43:23
44:3,4 45:7
jumping
52:21
jurisdiction
37:8

just
6:11,16 9:16
10:13 15:15
31:13 37:6
39:11,23
60:2,4,7,11,
15 61:14
Justice
3:13 29:9

**K**

keep
45:16 50:21
kind
50:24 51:10,
14,16
know
8:5 11:20,21
15:8,12 17:1,
25 18:18 22:5
29:10,15
33:12 34:13
40:2 47:1,3,6
48:17 51:5,8,
19,20,23
52:25 54:12
55:15 58:1
61:7
knows
9:17

**L**

lack
3:3,5 34:16
35:8
ladies
42:2 48:20
lady
6:21,22 44:17
57:9,10,12
59:19,20
62:21
lady's
25:6 38:20

language
30:17,18,25
31:17,21
32:11 33:6
languages
32:9
large
37:12
last
8:8 9:1 16:7
24:19 35:22
39:19 48:6
50:17
late
41:22
Latino
37:12
Latinos
26:20 28:1,15
29:2,18 33:23
36:10,21
37:20 45:14
launched
41:11
law
3:16 8:3,22
9:9,16 10:2,7
12:7 15:6
25:15 45:2,19
54:8
laws
2:24 6:5
lay
44:17,18
layout
11:20 12:4
18:15 19:10
LBB
37:23
learned
9:1
least

2:20
leave
6:13
left
25:24 49:2
56:8
legal
40:11
legislation
3:10 4:2 5:4
6:15 11:10
21:10 22:23
24:7 29:7
legislators'
18:6
legislature'
s
18:6
legitimate
3:22 6:12
10:18 18:20
21:16
legitimately
21:15 45:16
56:7
legitimately
-cast
22:12 23:18
less
46:2,13
let's
13:15 14:2
25:12 47:19
52:13
letter
41:15
license
2:11 4:17,18
46:1 47:13,
15,16 58:4
61:10,15,17

TX_00212700

USA_00016941

Case 2:13-cv-00193  Document 660-29  Filed on 11/11/14 in TXSD  Page 76 of 88
Case 1:12-cv-00128-RMC-DST-RLW  Document 208-4  Filed 06/20/12  Page 10 of 238

House Chambers Floor Debate, 2nd                    March 21, 2011
                                                            76

licenses
46:5

likely
46:13 47:14

list
6:2

listen
56:5

little
8:25 22:7
25:12 31:9
43:18

location
14:3,4,12
15:19 45:4,7
55:25

long
11:13 44:16

longer
42:4 62:5

look
12:17 23:12,
25 24:9 33:10
35:1 55:19

looked
7:25 40:9
45:12 46:10
47:22

lose
62:12

loses
63:4

lost
13:4

lot
34:13,14
53:23 61:5
62:4

lower
53:19

lowered

43:14
_____
          M
_____
ma'am
60:9

mail-in
19:16 21:8,
12,25 22:15
23:21,24
24:4,15,17,
20,21 42:12,
19,23 43:4,7,
12 45:5 47:6
51:21 53:13,
14

mailing
54:18

majority
2:19 54:24

making
53:1

maneuver
2:18

MARCH
1:4 65:8

Marion
2:16

MARTINEZ
62:16,19,20
63:2,8,14,
18,23 64:2,11

Mary
40:15

Master
40:9

material
32:12

materially
64:13,19

materials
30:13 31:1,
10,15 32:12

McGeehan
33:10

mean
12:14 29:21
32:20 39:16,
17 51:18
52:13,20
53:11 60:16

mechanism
37:18

media
20:13 27:4
52:14

medical
2:12

Members
2:7 19:7 25:7
38:11,22 39:9
46:21 47:8
48:6 49:22
55:18 56:19
58:1 59:4,8

membership
9:17 56:4

methodology
26:24

Mexico
40:12

military
4:17

million
25:23 26:25
27:1,4 28:7

million-
24000
25:17

Milwaukee
46:3

mind
25:13 55:20

mine

44:18

minorities
34:16 37:1

misleading
64:13,20

mistake
52:9 53:24

mobile
33:25

model
10:20

modeled
29:6

modern
2:9

money
25:14,19,20

months
9:1

most
2:13 8:4 21:7
53:12 55:1
58:1

motion
25:8 38:12
49:23

move
25:5 38:20
49:20 54:16
59:1,8,13
62:15

moved
42:3

movie
2:21

multiple
33:6

multi-year
40:22

Munoz
57:6,8,13,20

58:7,23

must
4:19

myself
38:8 58:2
_____
          N
_____
name
6:1,2 8:11

narrative
11:20,25
22:4,8,11
39:13 43:16

narrow
19:24

narrow-
defined
11:12

narrowly-
crafted
3:9

narrowly-
drafted
58:15

nation
2:23

necessary
2:9 8:3 16:13
58:8

need
13:4 14:24
27:9 61:14

Neil
12:18

neither
65:19

never
11:6 54:7,23

new
26:21 27:2
45:18 58:4

TX_00212701

USA_00016942

Case 2:13-cv-00193 Document 660-29 Filed on 11/11/14 in TXSD Page 77 of 88
Case 1:12-cv-00128-RMC-DST-RLW Document 208-4 Filed 06/20/12 Page 11 of 238

House Chambers Floor Debate, 2nd                    March 21, 2011
77

non-citizen
40:6,10

non-photo
49:4

Norway
40:13

notarized
56:22

note
25:17 26:2,24
28:1

notebook
35:5

nothing
24:14 28:14
30:20 43:8
48:14

notice
33:5

noticed
18:14

notices
31:18 33:3

notification
5:20

November
50:9,11

number
16:8 34:16
35:8 41:7
48:24 49:3,6

numbers
36:20

**O**

objection
25:8 38:12,
23,25 49:23

objections
5:8

observer
50:12

obtain
2:11,13

obtaining
4:10

occasions
12:22

occurs
8:6 13:18
45:1 59:4

offered
54:23

office
58:22 65:10,
17

officers
14:14 16:8

official
56:24 58:20

officially
25:22

officials
52:15

offset
23:19 26:1

offsets
4:7

Oh
61:21

Okay
9:15 15:1,11
17:3,6 18:19
19:12 20:14,
21 21:21
25:18 26:16
28:13 29:14
30:1,8 31:23
32:6,25 34:8
35:3,18,20
37:5,16 52:7,
12 57:20
63:8,19 64:2

old

5:5

older
5:5

once
25:25 27:10

ones
3:23

open
2:12 23:4
55:19

opened
23:8

opportunitie
s
56:7

optional
10:5

order
24:23,25
37:25 38:1
49:10,11
64:5,10,11,
21

ordered
38:13 49:24

outcome
39:11 55:15,
16 65:23

outreach
34:1 37:19

outright
52:24

outweighed
3:23

over
8:7 16:7
25:24 45:22
50:25 52:5

**P**

page
32:3,4

paper
46:5

papers
41:6,9

part
17:5 20:6

participatio
n
6:9 48:9

participator
y
3:19

particular
54:4

parties
65:21

pass
4:17 43:10

passage
19:6

passed
13:9 27:11
36:24 43:3

passing
2:24 24:13

passport
4:18 60:21,22
61:3,8

penalties
2:3 10:6
53:19 56:22
58:18

penalty
9:4,22 10:3
13:20 14:1

People
3:5 5:4,7
13:10 14:8,17
16:9 17:13
24:19 31:11
43:3,11 45:23

47:9,21
48:12,14 51:4
53:5,21 54:18
55:17,23,24
58:16 61:5,7

people's
8:9 54:20

percent
24:16 42:9,10
45:20,21,23
46:2,4 47:13

percentage
35:9

percentages
28:6

performing
15:21

period
58:3

perjury
56:22 58:18

permanent
40:12

perpetrator
41:1

person
4:15 11:4
42:16 47:10
51:19,25
52:4,18 54:10
56:20,25 60:1

person's
8:11 22:12

phonetic
36:19 46:6

photo
2:8,9,16,18
3:12,14,16
4:8,10,15,
21,24 5:1,3,
21,24 6:4,5,6
13:9 17:18

TX_00212702

USA_00016943

Case 2:13-cv-00193 Document 660-29 Filed on 11/11/14 in TXSD Page 78 of 88
Case 1:12-cv-00128-RMC-DST-RLW Document 208-4 Filed 06/20/12 Page 12 of 238

House Chambers Floor Debate, 2nd                    March 21, 2011

78

26:21 34:17
36:2,6 40:16
41:1,5 43:17
45:21 46:12,
17 49:4,5
50:13 54:9,
13,17 55:23
58:6 59:9,12,
25 60:17,18,
19

**photograph**
54:10,20

**photographed**
5:8

**picks**
47:17

**piece**
3:9

**pieces**
21:10

**Pitts**
25:22

**place**
6:11 13:19
15:20 18:10
42:9 52:19
53:1 57:15,21
61:18

**placed**
38:9

**places**
23:2,6 31:19
48:15

**plan**
26:13

**plane**
2:22

**please**
6:21 38:10,20

**point**
24:23,25
37:25 38:1

41:10 49:10,
11 64:4,9,11,
21

**pointed**
42:3 46:2

**points**
13:15

**police**
56:24 58:20
60:3,12,18
61:11

**policy**
53:1

**poll**
7:16 52:16

**polling**
14:3,4,12
15:19,20
31:18 45:4,7
55:24

**polls**
36:7 45:17

**poor**
46:22,24

**population**
28:5 37:12
46:2

**portion**
15:17 64:22

**position**
36:11

**possible**
11:15 23:23
34:20 36:10
50:16

**possibly**
12:17 16:22

**post**
42:2

**posted**
33:4

**potential**
2:25 3:7,11
7:9 45:12

**potentially**
18:2

**power**
15:22,23
17:10 18:1
36:12 44:8

**powerful**
16:4

**powerless**
14:17,19

**powers**
15:7 53:10

**practices**
33:11

**precleared**
29:8

**predicated**
52:23

**prescription
s**
2:13

**present**
45:3 50:13
56:21 58:22
60:18

**presentation**
63:5

**presented**
25:22 30:14
59:13

**presenting**
2:2 18:14

**President**
47:24 48:1

**presiding**
15:7,18,21

**press**
41:20

**pretty**
8:23 10:6
13:19 14:1
25:24

**prevalently**
21:7

**prevent**
12:5 15:19

**prevented**
40:14,25

**print**
27:6

**printed**
30:17

**printing**
31:17

**prison**
9:18

**probably**
53:24

**problem**
55:2

**procedures**
34:11

**proceeding**
65:22

**process**
3:18,21 6:7
10:25 19:3,8

**produce**
4:23

**Professors**
46:6

**project**
35:8

**promotional**
30:13 31:10,
14

**proof**
2:2,24 4:7
56:23 58:6

**proper**
51:6

**proposed**
10:7

**prosecute**
51:1

**prosecuted**
16:25

**prosecutions**
24:16 42:12

**protect**
36:7 58:8

**protected**
27:21 28:7
29:19 31:12

**protecting**
11:15 19:2

**protects**
4:3

**prove**
11:11 17:18
18:11

**proved**
41:10,19

**provide**
5:12,19,21
8:13 30:18
31:19 61:22

**provides**
4:12 29:24

**providing**
2:3 4:8

**provision**
36:19

**provisional**
4:9,25 5:8
61:19

**provisions**
17:12 55:21

**public**
3:3 19:8

TX_00212703

USA_00016944

House Chambers Floor Debate, 2nd                    March 21, 2011

79

| | | | | |
|---|---|---|---|---|
| 21:19 27:2<br>36:4 43:22<br>45:1<br>**publicized**<br>53:25<br>**public's**<br>2:25 4:3 6:7<br>13:6,7 19:2<br>36:8<br>**pull**<br>56:1<br>**purchase**<br>2:12<br>**purported**<br>16:3<br>**purpose**<br>6:19 11:9<br>25:4 38:5,18<br>44:6 49:15<br>54:15 55:12<br>57:7 59:17<br>62:19<br>**purse**<br>61:14<br>**put**<br>13:5 29:3,9<br>36:11 54:20<br>**putting**<br>18:10<br>― Q ―<br>**quandary**<br>24:12<br>**question**<br>12:12 27:25<br>28:20 29:16<br>33:1,13,20<br>34:23 54:6<br>57:9 59:4,19<br>**questioned**<br>3:4<br>**questions**<br>7:3 | **quick**<br>54:19<br>**quickly**<br>32:3<br>**quiet**<br>43:1<br>― R ―<br>**radical**<br>6:15<br>**radio**<br>27:6 33:2,5<br>**raise**<br>64:4<br>**raised**<br>24:23<br>**raises**<br>37:25 49:10<br>64:11<br>**ranked**<br>47:24 48:2<br>**read**<br>15:17 29:13<br>38:14 39:3<br>43:5 56:12<br>**READING**<br>1:3 24:20<br>65:7<br>**real**<br>47:19 48:10<br>**reality**<br>43:10<br>**really**<br>8:3,17 18:24<br>19:22 22:5<br>23:17,19<br>24:18 32:3<br>42:6,15 54:17<br>56:4<br>**reason**<br>3:6 53:3<br>**received** | 54:7<br>**receiving**<br>5:15<br>**recognizes**<br>2:4 39:5<br>56:15 59:6<br>**record**<br>38:9<br>**reduced**<br>38:9<br>**reference**<br>64:18<br>**refers**<br>64:14,15<br>**refrain**<br>52:20<br>**regard**<br>63:3,5<br>**regarding**<br>2:25 3:2<br>**registered**<br>5:22 56:8<br>**registrar**<br>5:9 31:19<br>**registration**<br>3:7 5:6 7:16<br>8:10 16:10,11<br>31:1 32:11<br>41:17 53:6<br>54:6,9,13,<br>16,21 66:7<br>**relate**<br>27:25<br>**related**<br>28:1 31:14<br>38:8 49:7<br>65:20<br>**relating**<br>2:1<br>**religious**<br>5:7 | **remains**<br>51:17<br>**remedy**<br>36:18<br>**remind**<br>39:12<br>**rent**<br>2:14<br>**renting**<br>2:21<br>**rephrase**<br>28:20<br>**report**<br>48:5 56:24<br>58:21 60:18<br>61:11<br>**reported**<br>16:7,18,20<br>20:13<br>**reporter**<br>57:23 65:4<br>**reports**<br>8:1 52:14<br>60:3,12<br>**Representati<br>ve**<br>2:5,6 6:20,<br>23,24,25 7:1,<br>2,8,10,12,<br>13,15,19,22,<br>24 8:2,12,15,<br>20,25 9:2,6,<br>8,10,11,13,<br>15 10:9,10,<br>14,16,23,24<br>11:1,3,7,9,<br>17 12:16,18,<br>21,24 13:1,3,<br>11,12,14,22,<br>24 14:5,7,8,<br>10,13,15,19,<br>21,24 15:1,4, | 5,10,11,12,<br>14,25 16:1,5,<br>14,17,19,21,<br>22 17:1,3,4,<br>6,7,9,16,20,<br>22,24 18:5,7,<br>9,13,17,19,<br>22,24 19:1,4,<br>11,12,14,15,<br>17,19,20,22<br>20:1,3,5,7,<br>9,10,12,14,<br>18,21,22,24<br>21:4,5,9,11,<br>13,14,18,21,<br>22 22:2,14,<br>16,18,20,22,<br>24 23:1,3,5,<br>7,12,15,22<br>24:2,6,8,9,<br>11,22 25:2,5,<br>10,16,18,20<br>26:3,5,7,9,<br>10,11,12,14,<br>16,23 27:12,<br>15,16,19,20,<br>23,24 28:9,<br>13,16,19,23,<br>25 29:5,10,<br>12,14,23<br>30:1,2,4,6,<br>8,9,12,16,<br>19,23 31:3,5,<br>7,16,20,22,<br>23,25 32:2,4,<br>6,8,10,13,<br>14,16,17,19,<br>22,24,25<br>33:7,15,19,<br>21 34:2,4,6,<br>8,9,12,18,<br>21,25 35:3,4,<br>6,12,14,17,<br>18,19,20<br>36:1,9,13,<br>16,23 37:5,9, |

TX_00212704

USA_00016945

Case 2:13-cv-00193 Document 660-29 Filed on 11/11/14 in TXSD Page 80 of 88
Case 1:12-cv-00128-RMC-DST-RLW Document 208-4 Filed 06/20/12 Page 14 of 238

House Chambers Floor Debate, 2nd                    March 21, 2011
                                                               80

10,14,16,22,
24 38:3,6,7,
16,19,21,24
39:1,6,7,8,
20,22 40:4
41:4,8 42:13,
15,20,22,25
43:2,24 44:1,
7,9,11,13,
14,15,19,21,
23,25 46:8,
10,14,16,18,
20 47:10,12
48:17,19
49:9,13,16,
20,25 50:2,4,
6,8,10,23
51:9,15,24
52:1,3,7,10,
11,17,18
54:3,12 55:3,
4,5,6,7,9,
11,13 56:16,
17 57:6,8,11,
13,14,18,20,
24 58:7,11,
23,24,25
59:6,7,14,
18,21,22,23
60:2,5,7,9,
11,13,15,20,
22,24 61:2,4,
6,9,16,21,
23,25 62:2,4,
6,8,9,11,14,
16,18,20,23,
24 63:1,2,7,
8,12,14,16,
18,22,23,25
64:2

**Republican**
39:18 41:10

**request**
5:23 25:25
26:4 65:8

**require**
4:14 18:11
26:13

**required**
2:10 17:17
30:18 31:18
34:17 35:9

**requirement**
2:8 26:21
32:20

**requirements**
2:2 6:4,6
27:3 35:21
46:11,17
59:10

**requires**
29:1

**requiring**
5:21

**research**
27:1 34:14

**resident**
40:12

**resist**
54:25

**respect**
30:15

**restore**
13:5,6 19:7,8
23:19 24:14

**restored**
37:4

**restoring**
10:24 24:18

**restrictive**
13:9 35:22

**result**
36:12

**resulted**
40:23

**results**

37:2 39:18

**retract**
41:19

**return**
5:9

**returned**
16:10

**returns**
5:1

**reviewed**
64:17

**Rhonda**
1:14 65:3
66:6

**Right**
12:11 13:16
16:15 18:21
19:19 31:3
32:20,24
37:8,9 39:23
48:20 50:10
51:22 54:15
61:12,14
62:8,12

**Rights**
25:13 27:13,
17,21 29:3,20
32:23 37:7,11
38:8

**risk**
12:12

**risk/reward**
10:11

**risking**
12:9

**risky**
53:5

**rolls**
52:5

**room**
2:14

**Rule**

64:7,12

**rules**
64:8

**run**
20:11 34:15

**running**
47:23

**Rutgers**
46:5

——— S ———

**Sadly**
50:18

**safeguards**
36:18

**San**
41:11

**sat**
40:18

**satisfy**
17:11 49:5

**saying**
41:17

**says**
26:24 30:25
45:22,24
46:24

**SB**
1:1 65:6

**SB-14**
2:1 3:9,12
4:14 5:19

**scalable**
10:20 12:13,
17 53:14

**School**
45:19

**second**
38:23

**second-
degree**

9:14,23

**Secretary**
8:16 27:7
33:9 34:10

**Section**
9:12 15:2,5
32:1,5,7 33:4
64:7,12

**Security**
5:13 58:4

**see**
3:6 10:17
18:2 23:10
32:15 35:13
36:2,19 37:2
53:12,13

**seeks**
43:21

**seen**
21:7 39:23,25

**select**
24:3

**Senate**
7:4 22:17
26:22 30:24,
25 35:21,22
36:12 64:6

**senior**
47:15,17

**seniors**
45:22

**serious**
57:25

**SERVICES**
66:7

**session**
35:23

**sessions**
8:8 25:24

**seven**
11:23

TX_00212705

USA_00016946

Case 2:13-cv-00193 Document 660-29 Filed on 11/11/14 in TXSD Page 81 of 88
Case 1:12-cv-00128-RMC-DST-RLW Document 208-4 Filed 06/20/12 Page 15 of 238

House Chambers Floor Debate, 2nd                    March 21, 2011
                                                              81

severe
10:6

severity
9:24

shadows
45:6

Shorthand
65:3

show
3:6 4:14
11:10 13:13
17:17,18
18:11 21:24
53:5 61:18,19

showed
36:25

showing
14:9 62:7

shown
6:8 51:4

shows
7:16

sic
2:15 5:15
41:16

signed
5:10 52:19
59:11

significant
13:20 14:1
28:4

similar
3:12 6:1
36:25

simple
3:9 11:12

simplest
55:1

sir
21:13 59:21

sitting

47:23 48:1

situation
36:18 51:19

six
5:1,10 11:22
24:19 61:19,
22 63:12,14,
16,18,20
64:14,16

sixth
63:6,9

Slightly
31:7 33:1

so..
60:10

Social
5:13 58:4

solve
55:1

solved
48:12

somebody
18:2 53:6
59:24

something's
35:25

sorry
27:16 56:18
57:18 60:25
62:23

sort
12:8

Spanish
30:14,21
31:15

speak
59:3

SPEAKER
2:4,7 6:18,22
24:22,24
25:2,3,7,11
37:24 38:3,4,

11,16,17,19,
22,25 39:2,5,
9 42:14 43:25
44:5,9 49:9,
13,14,18,21,
22,25 50:1,5
55:10,11
56:1,10,15,
18 57:6,10,12
59:1,2,8,15,
16,20 62:17,
18,22,24
64:3,4,9

special
40:7,8,9

specific
7:6 33:13
34:1

specifically
23:16 28:1,
10,14 29:1,18
30:5,7,20
32:18 42:23
64:14

specifics
34:7

spent
26:17

spot
9:12 15:2

stack
41:6

standard
54:17

started
39:13 40:22

State
7:20 8:17
10:4 12:7,9
13:20 15:22
18:1 21:7
23:10 26:13
27:7,13,17

30:3 33:10
34:10 35:7
36:15 41:16
53:2,11 54:22
65:2,4

stated
2:17 3:17

statement
41:20

states
2:23 6:3,8
13:8 30:21
33:11 36:3,24
37:7 46:12
47:24 48:2,5,
7

statewide
5:19 41:16

status
5:11 46:1

stay
11:12 13:16

stealing
39:16

steals
6:12

stolen
50:19 51:2,11
53:5 56:23
59:11,25
60:8,16
61:11,17

stop
8:4 14:17
16:3 51:10,
14,16

straight
39:18

straightforw
ard
55:1

Street

65:9,17

strengthened
48:9

strict
6:3

strikes
55:14 56:2

studied
11:21 40:19

studies
8:1 34:15,22,
24 35:1,7,11,
15 45:11

study
45:25

studying
40:1

subject
53:7,18

submit
37:17 53:3

submitted
65:15

Subsection
64:8

substantial
36:20

substantiall
y
6:1 64:13,19

substitute
9:20 64:6

suggest
35:24

Suite
66:8

sunset
36:19

support
11:25

TX_00212706

USA_00016947

House Chambers Floor Debate, 2nd                    March 21, 2011

82

**Supreme**
3:15,17 4:1,6

**Sure**
11:17 13:17
18:17 23:18
49:2 52:17
54:3 57:3
58:13

**surrounding**
48:4

**suspect**
53:22

**suspicion**
52:24

**sustained**
25:1 38:2
49:12 64:21

**system**
3:4,6 57:15,
21

**T**

**T.V**
33:2,5

**table**
59:9,13 62:15

**take**
51:13 55:17
61:12,13

**taken**
24:25 38:1
49:11 65:22

**takes**
6:11 59:12
62:1

**talk**
14:2 25:12
43:7 47:19

**talked**
11:19 45:25

**talking**
12:11 13:15

**Talks**
32:8

**Talmadge**
40:4

**taught**
39:23

**TAYLOR**
43:24 44:5,9,
13,15 49:13,
14,16,20,25
50:1,2,6,10
51:9,24 52:3,
10,17 54:3
55:3

**television**
27:4,5

**tell**
15:13 31:24

**tells**
6:5

**ten**
9:18 12:9
53:8

**terms**
10:10 36:11
47:25 48:2,5,
7

**terrific**
13:15

**testified**
8:8

**testimony**
16:6 17:8
20:6 33:8,14
34:3,19
35:13,16
37:23 40:16
41:2,21

**Texans**
25:14 45:17
48:16 49:2
56:8

**Texas**
7:20 21:7
23:11,13
27:14,17 30:3
36:11,15
37:2,12 43:5
47:20,23
48:1,4,8,13
64:8 65:2,4,
10,18 66:6,8

**text**
64:15

**Thank**
2:6 25:10
39:1,8 44:18
55:3,5 56:9,
17 57:13
58:23

**theft**
56:20 57:17,
23 58:2,10,19
62:12

**theirs**
7:17

**themselves**
53:7,8

**thing**
11:22

**things**
47:7 58:17

**think**
7:21 9:10
12:16,19
16:2,5 17:10,
15,17 18:5
22:3 23:9
24:6 28:10
29:12 33:16
37:2 53:4,20,
23 56:6 57:3
58:14 62:1

**third-degree**
9:17,22,23

**throw**
29:4

**ticket**
39:18

**time**
25:6,9 37:25
38:20,23
44:12,16
49:10,18,21
58:3

**times**
29:13 51:3
52:13 54:23

**time's**
24:24

**today**
14:16 20:17
39:11 48:23,
24 53:24

**today's**
2:18

**told**
50:16

**tool**
16:4 17:15,17

**tools**
8:3,17,21
12:5,6 13:18
14:23,25
15:16 16:12
17:14 53:1

**training**
5:20

**Transcribed**
1:14 65:8,12

**transcript**
65:15

**TRAVIS**
65:1

**trigger**
37:18

**true**
36:6

**trumped**
53:25

**trust**
19:2

**try**
13:15

**trying**
11:18 12:6
31:13 58:3

**Tuffy**
39:24

**turn**
54:1

**turned**
50:25

**TURNER**
39:7

**turnout**
6:4 13:10
28:11,17
30:10 36:14
37:3 46:12
47:25 48:3,5,
7

**turns**
37:20 40:10

**twice**
47:14

**two**
6:3 9:18 10:4
12:9,19 13:4,
8 36:2,3,23
50:17 53:8
56:25 58:17,
21

**type**
3:10 7:6 8:4,
18 19:18,24
21:6 23:9
24:1 36:24

TX_00212707

USA_00016948

Case 2:13-cv-00193 Document 660-29 Filed on 11/11/14 in TXSD Page 83 of 88
Case 1:12-cv-00128-RMC-DST-RLW Document 208-4 Filed 06/20/12 Page 17 of 238

House Chambers Floor Debate, 2nd                    March 21, 2011

83

43:20 45:1,4,
8
types
49:4 55:22,23
typically
14:3

**U**

U.S
3:25 29:7
Uh-huh
21:4
uncommon
8:11
Under
8:2 9:11,16
14:10 26:21
27:21 29:3,20
32:4,6 39:10
45:23 54:8,14
56:22 58:18
64:11
understand
11:2 12:2
19:4 28:21
59:23 65:13
understandab
ly
43:16
understandin
g
33:8
undocumented
39:15
undoing
46:15
UNIDENTIFIED
7:13 39:20
42:13,20,25
44:19,21,23
46:8,14,18
47:10 48:17

55:7 59:14
units
33:25
University
45:19 46:5
Unknown
52:10,11
unprotected
6:14
upheld
3:14 4:1 29:7
upholding
3:16
use
14:20 25:25
26:1 27:9
54:10
useless
54:17
usual
4:11

**V**

valid
46:4
VAN
43:24
vast
2:19
venue
21:25 22:15
verify
6:16 27:10
verifying
5:15 21:23
58:20
versus
2:16 51:21
Veterans
5:14
victim

56:20 57:17,
23 58:2,9,19
Viet
30:22
Vietnam
40:12
Vietnamese
30:14,22
31:15 40:7
violates
64:7
violations
15:19
Virtualaty
46:6
Vo
40:5
vote
2:2 3:6 5:6,
21 6:12,17
7:17,18 11:4,
11 12:11
13:13 14:9
16:10 17:18
18:12 21:24
22:12 25:23
27:8 37:4
40:13 42:17
46:13 48:14,
20 50:14,19,
22 51:2,11
53:7 54:5
55:7,8,16,17
57:1,5,15,21
60:1 61:14
62:13 63:4
voted
16:11 40:11
41:18 50:15,
18 51:4 52:6
voter
2:16,24,25
3:2,19 4:2,14

5:1,6,16,25
6:4,6,8,11,
16 7:4,6,9,
11,14 8:8,9,
18 9:4 10:1,
12,18,19,21
11:19,24
12:14,22
13:9,16 14:2,
17 16:3,10,11
18:3,11,15,
16 19:21
20:17,25
21:6,17 23:23
30:10 32:11,
20 36:24
40:17,20,21,
23 41:3,12,
13,16,22
42:1,4,18
43:18,21
46:11 47:1,25
48:2,9,10
50:12,18,21
51:11 52:5
53:4,6,18
54:4,6,8,13,
16,20 57:4,16
58:13 63:4
Voters
3:22 4:7,13,
23 5:12,22
18:20 28:12,
17,18 29:25
30:11 31:1
35:8,10 36:15
37:3 45:25
46:12 57:5
voter's
6:2 7:16
voters'
4:4
votes
3:22 4:5 8:10

10:11,15,21
12:15,20 13:4
21:16 23:18
41:25
voting
3:3,8,11
4:12,15 5:18,
25 19:8 22:6
25:12 27:13,
17,21 29:3,20
32:22 37:7,11
38:8 39:15,17
40:7 41:8
43:4,14 46:1
47:9,21,22
48:13 53:17
61:18

**W**

want
15:15 39:11
44:16 57:3
58:12 61:13
wanted
7:3
wanting
50:19
warrant
15:23 16:2
17:11 18:2
Watchdog
43:6
watched
50:12
way
6:10 33:12
34:20 46:21
55:1
ways
27:2 62:7
website
30:25 31:4,9
weeks

TX_00212708

USA_00016949

House Chambers Floor Debate, 2nd                    March 21, 2011

50:17
**went**
52:5
**we're**
12:11 16:6
20:19 22:5
48:23 49:3,6
52:25
**West**
65:9,16
**we've**
11:21 19:23
21:6 34:19
36:1,3 39:22,
25 54:23
**whatever**
58:5
**whether**
31:13 52:21
**whole**
61:5
**widespread**
11:24 52:14
**wild**
40:5,6
**Wilson**
65:9,16
**Wisconsin**
45:25
**wishing**
59:2
**withdraw**
56:4,9
**withdrawn**
56:11
**within**
5:1,10 56:20
61:22 63:6
**witnessed**
51:11
**witnesses**

8:7 44:2
45:2,8 53:9,
16
**women**
47:13,14,15
**won**
13:4
**word**
14:20,22
**work**
34:14 63:11
**worker**
52:16 57:16,
22
**working**
36:3
**works**
7:14
**worse**
36:11
**worth**
9:19 12:10
53:9
**writing**
26:6 38:9
**written**
5:13
**wrong**
36:17 37:20
52:16,19
**wrote**
41:15

— Y —

**Yeah**
10:16 13:25
14:7,10 15:14
32:13,16
33:21 35:14
44:21
**year**
26:25 45:24

**years**
5:4 9:18 10:4
11:22,23
12:10 16:7
24:19 36:2,4
39:14 53:8
**yield**
6:21,22 44:10
49:17 50:3,4
57:9,10
59:19,20
62:21,22,25
**yields**
50:5 57:12
**York**
45:18
**yourself**
53:18

— 0 —

**012**
9:12
**075**
15:2

— 1 —

**1.5**
27:4
**100**
66:8
**10000**
9:19 10:5
12:10 53:8
**12/31/12**
66:6
**14**
1:1 7:4 26:22
35:22 36:12
65:6
**14th**
65:9,17
**15**
45:23

**15000**
45:24
**150000**
27:7
**18**
45:21
**180**
10:3,4
**1st**
5:5

— 2 —

**2**
25:17 26:25
28:7 64:12
**2000**
47:22 66:8
**2004**
40:1,2 48:1
50:7,9,11
51:12
**2005**
40:15
**2006**
40:18,21
45:18
**2007**
41:2,4
**2008**
41:14 48:3
**2009**
41:21
**2011**
1:1,4 65:6,8
**2012**
1:14 5:5
26:25 65:16
66:2
**209**
65:9,16
**21**
1:4 65:8

**23**
1:14
**23rd**
66:1
**25**
45:19,20
**283**
66:7
**2ND**
1:3 65:7

— 3 —

**3**
32:4
**3.21.11**
1:2 65:7
**300000**
27:6
**31.012**
32:1
**32**
15:2 64:7
**32.075**
15:6
**328-5557**
66:9
**32C**
64:12
**332480RH**
66:11
**35000**
45:23
**362**
35:22

— 4 —

**4**
64:7,12
**4136**
66:6
**42nd**
47:24

TX_00212709

USA_00016950

Case 2:13-cv-00193 Document 660-29 Filed on 11/11/14 in TXSD Page 85 of 88
Case 1:12-cv-00128-RMC-DST-RLW Document 208-4 Filed 06/20/12 Page 19 of 238

85

House Chambers Floor Debate, 2nd                March 21, 2011

**43**
25:23 46:4

**45**
56:20

**46th**
48:2

**47**
46:2 47:24

**48th**
48:4
_____ **5** _____

**5**
32:5,7

**50**
47:24 48:2,5,
7

**50th**
48:7

**512**
66:9
_____ **6** _____

**60**
4:19

**6401**
9:12

**65**
45:22
_____ **7** _____

**70**
5:4 24:16
42:9 45:22
47:13

**70-year-olds**
47:17

**750000**
27:5

**78701**
65:10,18 66:8
_____ **8** _____

**82R**
1:1 65:6

**8th**
65:9,17
_____ **9** _____

**90**
42:9

**90000**
41:17

PL032
9/2/2014
2:13-cv-00193

**The House Committee on Voter Identification & Voter Fraud, Select**
82nd Legislature
March 21, 2011
4:25 p.m.
E2.022

Pursuant to a notice posted on March 21, 2011, the House Committee on Voter Identification & Voter Fraud, Select met in a formal meeting and was called to order by the chair, Representative Bonnen, at 4:25 p.m.

The initial quorum call was answered as follows: Representatives Bonnen; Veasey; Aliseda; Harless; Hilderbran; Hochberg; Pena; and Taylor, Larry.

A quorum was present.

**House Committee on Voter Identification & Voter Fraud, Select**
3/21/2011

## <u>SB 14</u>

The chair laid out SB 14.

Representative Harless offered a complete committee substitute.

The chair recognized Representative Harless to explain CSSB 14.

The committee substitute was adopted without objection.

Representative Hilderbran moved that SB 14, as substituted, be reported favorably to the full house with the recommendation that it do pass and be printed.  The motion prevailed by the following record vote:

Ayes:                  Representatives Bonnen; Aliseda; Harless; Hilderbran; Pena; Taylor, Larry (6).

Nays:                  Representatives Veasey; Hochberg (2).

Present, Not Voting:  None (0).

Absent:            Representative Gutierrez (1).

At 4:28 p.m., on the motion of Representative Hilderbran and without objection, the meeting was adjourned subject to the call of the chair.


_____
Rep. Bonnen, Chair


_____
Steven Schar, Clerk

2

TX_00002903

USA_00016953

PL033
9/2/2014
2:13-cv-00193

## HOUSE OF REPRESENTATIVES

## NOTICE OF FORMAL MEETING

COMMITTEE:     Voter Identification & Voter Fraud, Select

TIME & DATE:   4:25 PM, Monday, March 21, 2011

PLACE:         E2.022

CHAIR:         Rep. Dennis Bonnen

---

SB 14          Fraser | et al.
Relating to requirements to vote, including presenting proof of
identification; providing criminal penalties.

---

1

TX_00002904

USA_00016954