Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 1 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 208-4 Filed 06/20/12 Page 153 of 238
PL035
9/2/2014
2:13-cv-00193

1

TEXAS HOUSE OF REPRESENTATIVES

2011 (82R) SB 14

3/23/11 HOUSE FLOOR DEBATE (EMERGENCY CALENDAR)

Volume 1

Transcribed on April 23, 2012

TX_00212711

USA_00017085

2

```
1                      PROCEEDINGS
2              SPEAKER:  SB14.  Clerk, read the bill.
3              CLERK:  SB14 by Fraser relating to
4     requirements to vote, including presenting proof of
5     identification providing criminal penalties.
6              SPEAKER:  Chair recognizes Representative
7     Harless.
8              MS. HARLESS:  Thank you, Mr. Speaker.
9     Members, this is the same bill that we discussed on Monday
10    for about 15 minutes.  It's SB14.  It narrowly -- it's a
11    narrowly-designed bill that says you must prove who you
12    say you are when you show up to cast your vote at the
13    polls, and I'm happy to continue this discussion.
14             SPEAKER:  Mr. Walle?
15             MR. WALLE:  Mr. Speaker, I raise a point of
16    order against further consideration of the calender under
17    Rule 6, Section 16.
18             SPEAKER:  Bring your point of argument down
19    front, please.  Mr. Walle raises a point of order under
20    Rule 6, Section 16 on the grounds that the corrected
21    calendar is not properly in order of consideration, it is
22    not eligible for consideration at this time.
23             A similar error occurred in HB1111 during
24    the 79th legislature.  In that case an error was
25    discovered and a new calendar printed and considered after
```

TX_00212712

USA_00017086

3

1    a two-hour layout.  The chair noted in that case the error

2    in the calendar was corrected and was laid out more than

3    two hours.

4              The chair finds no violation of the Rule 6,

5    Section 16.  The point of order is respectfully overruled.

6              MR. GALLEGO:  Mr. Speaker, just a

7    parliamentary inquiry so that I -- if you don't mind --

8    can understand the line of reasoning behind the --

9    Mr. Wally's point of order was that Rule 6, Section 16

10   doesn't provide -- as I read the -- the rule, the rule

11   indicates that deviations from the calendar as posted

12   shall not be permitted except if the committee on

13   calendars shall be authorized to prepare and post not

14   later than two hours before the House convenes a

15   supplemental daily calendar.

16              So, the two-hour notice under the rules

17   applies to the supplemental daily calendar.  Is that not

18   correct?

19              SPEAKER:  Mr. Gallego, under Rule 6,

20   Section 16, deviations from the calendar are permitted.

21              MR. GALLEGO:  Deviations?

22              SPEAKER:  If they are permitted by the

23   committee on calendars.

24              MR. GALLEGO:  The sentence reads

25   "Deviations from the calendar as posted shall not be

TX_00212713

USA_00017087

House Floor Debate - Volume 1                    March 23, 2011

```
 1    permitted except in the case of the supplemental
 2    calendar."
 3                 SPEAKER:  Mr. Gallego, the phrase "except"
 4    means there are deviations that are permitted.
 5                 MR. GALLEGO:  But the exception is listed,
 6    is it not, Mr. Speaker?  The exception is the supplemental
 7    daily calendar which can be printed two hours before the
 8    House convenes?
 9                 SPEAKER:  Mr. Gallego, there was a printing
10    error in this calendar that was discovered, and it's been
11    corrected.
12                 MR. GALLEGO:  The issue, Mr. Speaker, as I
13    understand Mr. Wally's point of order, is that under the
14    rules revised calendars don't exist.  Supplemental
15    calendars exist, and this was not remedied through a
16    supplemental calendar.  It was remedied so that the
17    posting should -- if we're going to do the supplemental
18    calendar and the error and the two-hour notice, then this
19    was not a supplemental calendar, which we all receive on
20    our desks.  In the routine course of the House's business,
21    we receive supplemental calendars.
22                 In this instance, we didn't receive a
23    supplemental calendar.  We received a revised calendar,
24    which would seem to indicate that -- I guess the
25    difficulty for me is that you can't have it -- the
```

TX_00212714

USA_00017088

5

```
 1   argument that you can't have it both ways.  If it is a
 2   supplemental calendar and there is a two-hour notice and
 3   there is a deviation, that's fine.  But if the argument is
 4   that it's a revised calendar and all this revised calendar
 5   does is take the place of the first one, then seems that
 6   that timing should relate back -- the posting of it should
 7   relate back, as well.
 8                   SPEAKER:  Thank you, Mr. Gallego, for your
 9   inquiry.  This is not the first time that a printing error
10   has occurred in our calendars.  On May 15th of 1997, for
11   instance, an error in the printing was corrected under the
12   title "corrected daily House calendar."  On May 20th of
13   1999 a correction was made under the "corrected daily
14   House calendar," May 20th, 1999.  And similarly on
15   Tuesday, July 19th, 2005, the correction was made under
16   a revised daily house calendar.
17                   Mr. Walle, for what purpose?
18                   MR. WALLE:  Mr. Speaker, thank you.  May I
19   request that the exchange between you, sir, Honorable
20   Speaker, and Chairman Gallego be recorded in the journal?
21                   SPEAKER:  Members, you heard the motion.
22   Is there objection?  Chair hears none.  So ordered.
23                   Chair recognizes Representative Harless.
24                   MS. HARLESS:  Thank you, Mr. Speaker,
25   members.  I'm ready to continue the debate or move
```

TX_00212715

USA_00017089

6

1    passage, whichever you prefer.

2                    SPEAKER:  Ms. Farrar, for what purpose?

3                    MS. FARRAR:  Mr. Speaker, I raise a point

4    of order under Rule 4, Sections 11 and 12.

5                    SPEAKER:  Bring your point of order down

6    front.

7                    Representative Farrar raised a point of

8    order under Rule 4, Section 11 and 12.  Representative

9    Farrar indicates that the meeting of the calendar

10   committee began at 10:07 and the Capitol was closed and

11   that access to the meeting room may have been denied.  The

12   calendars committee did not begin meeting until 10:07 p.m.

13   The meeting was initially posted for 9:00 p.m.  As noted

14   on the State preservation board website, the hours of the

15   Capitol are normally between 7:00 a.m. and 10:00 p.m. but

16   are extended during legislative sessions, including during

17   House committee meetings.

18                   It appears that the provision of Rule 4,

19   Section 11 were complied with.  The point of order is

20   respectfully overruled.

21                   Representative Farrar, for what purpose?

22                   MS. FARRAR:  Parliamentary inquiry.

23                   SPEAKER:  State your inquiry.

24                   MS. FARRAR:  If the meeting is posted for

25   9:00 o'clock and the public anticipates that we will have

TX_00212716

USA_00017090

 1    a committee meeting at that time yet the committee doesn't

 2    do its business until 10:07, what is -- how can we assure

 3    public access in those situations and how does that make

 4    this body look?

 5                    SPEAKER:  According the State preservation

 6    board website, access to the Capitol was assured during

 7    the meeting.

 8                    MS. FARRAR:  I know that when I've left

 9    this building after 10:00 o'clock, I have to leave through

10    the G level because all the doors are locked.

11                    What is the process for a member of the

12    public to enter the building after 10:00 o'clock when a

13    committee is in session?

14                    SPEAKER:  During extended legislative

15    hours, the method for public access is the Capitol.  It's

16    the same as they access the Capitol during the day, which

17    is the four main entrances.

18                    MS. FARRAR:  Pardon me?  It's before what?

19                    SPEAKER:  The four main entrances.

20                    MS. FARRAR:  But I'm saying to you that

21    those entrances are locked.  I've had to go -- I've tried

22    to leave and had to go down to G before when a committee

23    was in session.  And so, my question is:  What's the

24    process for a member of the public to know which of the

25    six doors to the Capitol and the Capitol extensions are

TX_00212717

USA_00017091

8

```
 1    open to them?  I mean, how onerous is it?  My concern is
 2    that if we're going to have openness and transparency in
 3    government but -- but a committee is posted to meet at one
 4    time and doesn't conduct their business until the building
 5    is actually closed, denying them access, how are we to
 6    ensure -- how are we to fulfill our duty to the public to
 7    ensure an open and transparent process?
 8              SPEAKER:  Ms. Farrar, the only way that a
 9    member of the public can access the Capitol extension is
10    through the four main entrances at any time.
11              MS. FARRAR:  But I'm -- not to go -- not to
12    run around in a circle, I'm just saying those doors are
13    locked.
14              Is there a posting system besides the
15    internet because maybe you have a PDA and they are savvy
16    enough to go to the internet and have that access, but for
17    the everyday person that walks up the steps, how are they
18    to know?
19              SPEAKER:  Ms. Farrar, we'll talk to House
20    administration and see if we can work on that.
21              Chair recognizes Representative Harless.
22              MS. HARLESS:  Mr. Speaker, members, I'm
23    open to more conversation or passage.
24              SPEAKER:  Mr. Martinez-Fischer, for what
25    purpose?
```

TX_00212718

USA_00017092

9

```
 1              MR. MARTINEZ-FISCHER:  Is the lady open to
 2     some questions?
 3              SPEAKER:  Lady yield?
 4              MS. HARLESS:  I will.
 5              MR. MARTINEZ-FISCHER:  Thank you,
 6     representative Harless.  I wanted to resume debate on your
 7     bill.  I was looking at it, and I had some questions.  I
 8     want to direct you to Page 11 of Senate Bill 14 so that we
 9     can talk about it.
10              MS. HARLESS:  Yes, sir.
11              MR. MARTINEZ-FISCHER:  Could you explain to
12     me?  I'm looking at Section 15 and the area that relates
13     to provisional ballots, and I wanted to understand some of
14     the requirements on this affidavit, specifically at
15     Page 11, Line 6.
16              MS. HARLESS:  This bill allows for someone
17     that doesn't have one of the prescribed forms of photo ID
18     to -- that show up to vote and don't have it to cast a
19     provisional ballot.
20              MR. MARTINEZ-FISCHER:  Okay.  And some of
21     these requirements for the provisional ballot, it now
22     requires a printing on the envelope in which the
23     provisional ballot is voted by the person may be placed
24     and has to include certain language, and I notice that we
25     went from a "shall" standard to a "must" standard and I
```

TX_00212719

USA_00017093

10

1    wanted to know why we did that.
2                  MS. HARLESS:  The purpose of the
3    provisional ballot is if someone shows up without one of
4    the forms of ID, they can cast a ballot and come back in
5    six days and prove they are who they say they are and
6    their ballot will be cast -- will be counted.
7                  MR. MARTINEZ-FISCHER:  But why are we
8    changing the standard from "shall be printed" on this
9    envelope to "must be printed" on the envelope?  What's --
10   what's the difference?
11                 MS. HARLESS:  The only thing that we're
12   changing is that when a person shows up to cast a vote in
13   person, they show one of the prescribed forms of photo ID.
14   That's what this bill is changing.
15                 MR. MARTINEZ-FISCHER:  But at Line 7 on
16   Page 11 you have taken the word "shall" and it's been
17   struck through and you've replaced it with the word
18   "must," and I'm trying to figure out what's the difference
19   between "must" and "shall."
20                 MS. HARLESS:  We want to make sure that
21   every person that shows up to the polls that did not bring
22   their form of ID has an opportunity to cast a ballot.  We
23   want everyone to have access to vote.  And if they do not
24   have this ID, they cast a provisional ballot and within
25   six days they can show up and show their ID and their

TX_00212720

USA_00017094

11

1   ballot will be counted.

2              MR. MARTINEZ-FISCHER:  All right.  And so,

3   aside from that, though -- I mean, you have the

4   provisional balloting and you let somebody vote.  Then it

5   says there has to be a form for an affidavit that's

6   required by this section and it must be printed on an

7   envelope in which the provisional ballot voted by that

8   person may be placed and then must include other things.

9              And so, we're not saying that it shall be

10  printed on the envelope.  We're saying it must be printed

11  on the envelope.  I guess are we being even clearer,

12  setting a much clearer standard, a -- you know, "shall" is

13  not enough.  We need to tell them that they must do this?

14             MS. HARLESS:  We are doing everything in

15  our power to make sure that everybody shows up to vote,

16  their vote is counted.

17             MR. MARTINEZ-FISCHER:  And so, you think

18  "must" is -- in order to effectuate that, you felt that

19  you had to use a much stronger term and that "shall"

20  didn't get us there but "must" makes it pretty clear that

21  there is no choice?

22             MS. HARLESS:  I think every person that

23  shows up with their photo ID verifying who they are has

24  the right to vote and, if they don't have their ID, they

25  can cast a provisional ballot and those will be counted if

TX_00212721

USA_00017095

1    they show their identification within six days.

2                    MR. MARTINEZ-FISCHER:  Now, under the

3    current law once -- once there is a provisional ballot

4    there is the Early Vote Board; is that correct?

5                    MS. HARLESS:  There is a board that the

6    provisional ballots go to.

7                    MR. MARTINEZ-FISCHER:  What is the name of

8    that board?  Do you know?

9                    MS. HARLESS:  The Early Voting Election

10   Board or --

11                   MR. MARTINEZ-FISCHER:  The Early Voting

12   Ballot Board?  Is that --

13                   MS. HARLESS:  That's correct.

14                   MR. MARTINEZ-FISCHER:  When it comes to

15   provisional ballots, the Early Voting Ballot Board, they

16   have always had the discretion to accept provisional

17   ballots.

18                   Is that your understanding of today's law?

19                   MS. HARLESS:  This bill is about showing

20   who you are when you go to vote, and that's -- that's very

21   simple.  It's very narrow.  It's crafted so that you have

22   to show a photo ID.

23                   MR. MARTINEZ-FISCHER:  Okay.  This is not

24   about showing an ID.  This is about voting a provisional

25   ballot.

TX_00212722

USA_00017096

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 13 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 208-4 Filed 06/20/12 Page 165 of 238

13

1                    MS. HARLESS:  This is about if you do not

2        have an ID, you have an opportunity to cast a provisional

3        ballot.

4                    MR. MARTINEZ-FISCHER:  Right, okay.  And as

5        the law stands right now, the Early Vote Ballot Board

6        retains the discretion to accept a provisional ballot.  Is

7        that true or false?

8                    MS. HARLESS:  As the law stands right now,

9        you don't have to show a photo ID when you show up to vote

10       in person.  This bill requires you to show a photo ID when

11       you show up to vote at the polls.

12                    MR. MARTINEZ-FISCHER:  I know what the bill

13       does, but the specifics of the bill insofar as relates to

14       provisional ballots -- I'll ask you again.

15                    Under current law -- under today's law, not

16       your bill -- under the law today, if somebody votes a

17       provisional ballot does the Early Vote Ballot Board have

18       the discretion to accept that vote?

19                    MS. HARLESS:  Mr. Martinez-Fischer, if you

20       want to talk about all the different provisions of the

21       election code, this is not the venue.  This bill is about

22       a photo ID when you show up to vote.  If you do not have a

23       photo ID, you have an opportunity to cast your ballot and

24       within six days bring your identification to the registrar

25       and your vote will be counted.  That is the basis of this

TX_00212723

USA_00017097

14

```
 1    bill.  That's what I'm going to discuss.
 2               MR. MARTINEZ-FISCHER:  Well, I appreciate
 3    that direction.  And so, since you want to talk about your
 4    bill, let's go to Page 11, Line 27, and let me ask the
 5    question a third time since this is your bill and I
 6    presume that the lady has read her bill and I presume that
 7    the lady is prepared to debate her bill.  If the lady is
 8    not prepared to debate her bill, then I will let you yield
 9    to somebody who is.
10               Let me ask this a third time.  Under
11    today's law at Page 11, Line 27, it says, "A provisional
12    ballot may be accepted by the Early Vote Ballot Board,"
13    and I want to make sure that I am clear that that is the
14    state of the law today.
15               MS. HARLESS:  You've answered your own
16    question.
17               MR. MARTINEZ-FISCHER:  So, is that an
18    affirmation?
19               MS. HARLESS:  I am here to talk about the
20    requirements to show up to vote when you want to cast an
21    in-person ballot.  If you don't, you have the opportunity
22    to cast a provisional.  Yes, sir, I've read my bill.  I
23    think we are not following the direction that the members
24    want to discuss on the types of ID.  I'm welcome -- I'm
25    willing to let you talk as long as you want.
```

TX_00212724

USA_00017098

House Floor Debate - Volume 1                     March 23, 2011

                                                              15
 1                 MR. MARTINEZ-FISCHER:  I appreciate that,
 2     but fortunately for me I have that certificate of election
 3     that allows me to do that without your permission, but
 4     thank you.
 5                 Okay.  So, going back to your bill, I want
 6     to know why on Page 11 at Line 27 you have now taken away
 7     the discretion of the Early Vote Ballot Board by not
 8     letting them have the option to decide a provisional
 9     ballot should be counted but you are mandating that they
10     are counted.  We're going to may to shall, and I want you
11     to explain that to me.  Why are we doing that?  What is
12     the importance of taking away the discretion from the
13     Early Vote Ballot Board?
14                 MS. HARLESS:  Because we have spelled out
15     specifically what they need to have when they show up to
16     vote.
17                 MR. MARTINEZ-FISCHER:  So, now we're saying
18     under SB14 if you do all these things and you comply with
19     all the sections on Page 11, the Early Vote Ballot Board
20     no longer has the discretion to accept a provisional
21     ballot?  They are now required to take that provisional
22     ballot.  Is that what you're saying?
23                 MS. HARLESS:  That's what the bill says.
24                 MR. MARTINEZ-FISCHER:  Okay.  Thank you.
25     Mr. Speaker?

TX_00212725

USA_00017099

16

1          SPEAKER:  Mr. Martinez-Fischer, for what

2    purpose?

3          MR. MARTINEZ-FISCHER:  I would like to

4    raise a point of order under Rule 4, Section 32C and F.

5          SPEAKER:  Bring your point down front.

6    Repeal of order under Rule 4, Section 32, the bill

7    analysis fails to discuss changes on Page 11, Line 7, and

8    Page 11, Line 27 of the bill.  Specifically Representative

9    Martinez-Fischer argues that the bill analysis fails to

10   compare the bill to existing law and fails to list

11   provision on Page 11, Line 27, as an express repeal.

12          The chair has reviewed the bill and the

13   bill analysis.  The chair finds that the language of the

14   bill analysis is not materially or (inaudible) to this

15   meeting and that the bill analysis, which is a summary,

16   accurately reflects the substance of the bill.  The point

17   of order is respectfully overruled.

18          Mr. Martinez-Fischer, for what purpose?

19          MR. MARTINEZ-FISCHER:  Thank you,

20   Mr. Speaker.  Parliamentary inquiry.

21          SPEAKER:  State your inquiry.

22          MR. MARTINEZ-FISCHER:  The last part of

23   your ruling, you made reference to the bill analysis being

24   a summary.

25          Did I hear that right?

TX_00212726

USA_00017100

House Floor Debate - Volume 1                    March 23, 2011

                                                              17
1           SPEAKER:  That's correct.
2           MR. MARTINEZ-FISCHER:  Could you please
3    repeat that last line?  Would you indulge me?  I couldn't
4    hear back here.
5           SPEAKER:  The bill analysis, which is a
6    summary, accurately reflects the substance of the bill.
7           MR. MARTINEZ-FISCHER:  Mr. Speaker,
8    parliamentary inquiry.
9           SPEAKER:  State your inquiry.
10          MR. MARTINEZ-FISCHER:  As I read Rule 4,
11   Section 32C, I don't see -- I don't see in the rules where
12   members are given the opportunity to summarize their bill
13   in the bill analysis.  In fact, as I read Section 4, Rule
14   32C, it says that the bill analysis must include, in
15   summary or section-by-section form, a detailed analysis.
16   Not a summary analysis, a detailed analysis.
17          And so, did the chair misunderstand me when
18   I made that argument?  Is the chair under the impression
19   that I am arguing that there should be a lesser standard
20   than a detailed analysis?  Because I didn't argue that
21   there should be a summary analysis.  In fact, the rules
22   are contrary to any member providing a summary analysis.
23   It says it must be a detailed.  It can be in a summary or
24   section-by-section form, but the analysis must be
25   detailed.

TX_00212727

USA_00017101

                                                                    18
```
 1                  And is the chair in agreement with that
 2      reading of the rule as I see it?
 3                  SPEAKER:  The chair has applied precedence
 4      from prior sessions.
 5                  MR. MARTINEZ-FISCHER:  And what precedence
 6      specifically would that be, Mr. Chairman -- Mr. Speaker?
 7                  SPEAKER:  Our precedent,
 8      Mr. Martinez-Fischer, is a precedent from the 81st
 9      session.
10                  MR. MARTINEZ-FISCHER:  The 81st session?
11      Would the chair be inclined as to tell me what day of the
12      journal that was?
13                  SPEAKER:  It was May 20th, '09.
14                  MR. MARTINEZ-FISCHER:  May 20th, '09?
15      Okay.  Now, in the chair's ruling --
16                  SPEAKER:  It was on -- it was on Senate
17      Bill 865.
18                  MR. MARTINEZ-FISCHER:  Thank you,
19      Mr. Speaker.  Senate Bill 865?  Thank you, Mr. Speaker.
20                  In the chair's ruling, in effect, the chair
21      is saying that if we -- if there is an express
22      strike-through on a bill that changes the current state of
23      the law there is no requirement under Rule 4, Section 32C
24      or Rule 4, Section 32C3 that requires a member to notify
25      the body and the general public that we are expressly
```

TX_00212728

USA_00017102

19

 1   changing a legal standard?

 2                  SPEAKER:   Rule 4, Section 32, Subsection C,

 3   Subsection 2 requires a list of provisions expressly --

 4   expressly repealed by the bill of resolution.

 5                  MR. MARTINEZ-FISCHER:   So, the chair's

 6   interpretation, which I would deem to be narrow -- is it

 7   the chair's interpretation that what triggers an express

 8   statement of a repeal of a law is the words in a bill, a

 9   resolution, that says this article or this section is

10   expressly repealed?

11                  Is that how the chair interprets that rule

12   for Section 32C2?

13                  SPEAKER:   The chair determines that -- just

14   a moment, Mr. Martinez-Fischer.

15                  Mr. Martinez-Fischer, the point of order

16   that you raised did not point us to a section of the law

17   that contained an express repeal.

18                  MR. MARTINEZ-FISCHER:   The chair may have

19   misunderstood my point of order.   Should I re-assert it,

20   Mr. Chairman?   Because I -- I crystal clearly remember

21   arguing to the chair that when you take two sections of

22   the bill and take us from a discretionary standard and

23   change it to a mandatory standard, the strike-through of

24   the discretionary is a repeal of a statute -- in fact,

25   guts the statute.   And then I argued, secondarily, that

TX_00212729

USA_00017103

House Floor Debate - Volume 1                              March 23, 2011

20

```
 1    when you go from a "shall" standard to a "must" standard
 2    you again are expressly repealing a statute by a
 3    strike-through and, in fact, you are gutting the existing
 4    law.
 5                 I offered that, and if the chair did not
 6    analyze the point of order under that analysis, then I
 7    would like to raise that point of order again.
 8                 SPEAKER:  Mr. Martinez-Fischer, the chair
 9    has already ruled on the point of order.  You're welcome
10    to lodge another point, and I will request -- the chair
11    would request that the exchange here be entered in the
12    journal.
13                 MR. MARTINEZ-FISCHER:  I'm sorry?  What
14    about the last part?
15                 SPEAKER:  We would request that the
16    exchange between you and the chair be reduced to writing
17    and entered in the journal.
18                 MR. MARTINEZ-FISCHER:  And so -- but I
19    don't have to raise another point of order, but the chair
20    has suggested that that portion of that argument was not
21    considered by the chair because the chair was unaware that
22    that objection was being raised.  And if the chair has
23    properly considered that, I would like the chair to tell
24    me there would be no need to raise an additional point of
25    order.
```

TX_00212730

USA_00017104

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 21 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 208-4 Filed 06/20/12 Page 173 of 238

  1                    SPEAKER:  Mr. Martinez-Fischer, the chair
  2     appreciates your arguments.  The chair respectfully has
  3     overruled the point of order.
  4                    MR. MARTINEZ-FISCHER:  I understand that.
  5     On what grounds?
  6                    SPEAKER:  That Rule 4, Section 32C has been
  7     complied with.
  8                    MR. MARTINEZ-FISCHER:  In all aspects?
  9                    SPEAKER:  And that the bill analysis is not
 10     substantially or materially misleading.
 11                    MR. MARTINEZ-FISCHER:  With regard to Rule
 12     34, Section 32C2, a repeal of a statute that's not
 13     explained in a detailed bill analysis, that's part of your
 14     ruling, as well?
 15                    SPEAKER:  Yes, sir, it is.
 16                    MR. MARTINEZ-FISCHER:  Thank you,
 17     Mr. Speaker.  Parliamentary inquiry.
 18                    SPEAKER:  State your inquiry.
 19                    MR. MARTINEZ-FISCHER:  What is the process
 20     by which if a member of this body wanted to amend the
 21     rules once they are in session?
 22                    SPEAKER:  You could file a resolution to be
 23     referred to the appropriate committee.
 24                    MR. MARTINEZ-FISCHER:  And that committee
 25     would be?

TX_00212731

USA_00017105

House Floor Debate - Volume 1                          March 23, 2011

 1              SPEAKER:  Generally in the past those items
 2      have been referred to the committee of rules and
 3      resolutions.
 4              MR. MARTINEZ-FISCHER:  And we have -- so,
 5      the committee of rules and resolutions?  Is that what you
 6      said?
 7              SPEAKER:  Yes, sir.  In the past, that's
 8      been the case.
 9              MR. MARTINEZ-FISCHER:  So, parliamentary
10      inquiry.
11              SPEAKER:  State your inquiry.
12              MR. MARTINEZ-FISCHER:  Would a -- would a
13      permission to introduce be in order to effectuate that now
14      that we're past the day to introduce the bills, or would
15      that be considered a resolution?
16              SPEAKER:  That would be considered a
17      resolution.
18              MR. MARTINEZ-FISCHER:  And, Mr. Speaker,
19      further inquiry.  Would it be a requirement that this --
20      that a -- that a request to just strike through certain
21      parts of the rules since they are really not -- under your
22      prior ruling, if we just strike through the rules and
23      don't say that they are expressly repealed, we don't have
24      to explain that in an analysis, and we have to explain
25      that in a resolution -- so, in other words, if wanted to

TX_00212732

USA_00017106

23

1   just strike through Rule 4, Section 32C2 since we're not

2   using it, can I just strike it through and not have to

3   file a resolution?

4              SPEAKER:  Mr. Martinez-Fischer, that's a

5   hypothetical question.  I would have to see the resolution

6   before I could respond to that.

7              MR. MARTINEZ-FISCHER:  Would you recommend

8   that?

9              SPEAKER:  Not at this time.

10             MR. MARTINEZ-FISCHER:  Thank you, sir.

11             SPEAKER:  Mr. Coleman, for what purpose?

12             MR. COLEMAN:  Mr. Speaker, I know we're

13  having fun learning all about the rules of the House and

14  we should follow the rules.  So, I raise a point of order

15  against further consideration of any substantive to Senate

16  Bill No. 14 under Rule 4, Section 32C of the Rules of the

17  House on the grounds that the bill analysis substantially

18  and materially misleads.

19             SPEAKER:  Bring your point of order down

20  front.  Mr. Coleman, specifically the provision relating

21  to the use of passports found on Page 1 of the bill

22  analysis is not sufficiently detailed enough continuously

23  through the bill analysis.

24             The chair has reviewed the bill and the

25  bill analysis and finds that the provision complained of

TX_00212733

USA_00017107

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 24 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 208-4 Filed 06/20/12 Page 176 of 238

24

```
 1   relating to passports is contained in the bill analysis
 2   and is not materially or substantially misleading.
 3   Accordingly, the point of order is respectfully overruled.
 4                   House of Representative Harless?
 5                   MS. HARLESS:  Mr. Speaker, member's willing
 6   to continue the debate.
 7                   SPEAKER:  Mr. Martinez-Fischer, for what
 8   purpose?
 9                   MR. MARTINEZ-FISCHER:  Will the lady yield
10   for some questions, please?
11                   SPEAKER:  Lady yield?
12                   MS. HARLESS:  Yes, sir.
13                   MR. MARTINEZ-FISCHER:  I wanted to look at
14   your bill -- and I'm on Page 13 of your bill because I
15   want to debate your bill, and I'm looking at the section
16   beginning at Line 18, Section 20 of your bill, and in that
17   section it looks like we're describing the fees that it
18   costs to get a personal identification; is that correct?
19                   MS. HARLESS:  I think the language is clear
20   in the bill.
21                   MR. MARTINEZ-FISCHER:  Okay.  Well, I'm a
22   little dyslexic.  So, could you -- is that what that's
23   about?
24                   MS. HARLESS:  Would you like me to read
25   what it says?
```

TX_00212734

USA_00017108

25
 1              MR. MARTINEZ-FISCHER:  Yes, please.
 2              MS. HARLESS:  "Except as provided by
 3    Section D, the fee for the personal identification
 4    certificate is," and it lists the amounts.
 5              MR. MARTINEZ-FISCHER:  Okay.  Then below
 6    that at Line 27, Sub D, we're going to -- we're going to
 7    reduce the fee from $20 to zero.  Is that -- is that how
 8    you see that?
 9              MS. HARLESS:  I think it's clear.  It says
10    that the department may not collect a fee for a personal
11    identification certificate issued to a person who states
12    that the person is obtaining a personal identification
13    certificate for the purpose of satisfying Section 63.001
14    B.
15              MR. MARTINEZ-FISCHER:  So, the reduction is
16    we're not going to charge you so that you can vote.
17              Is that the intent?
18              MS. HARLESS:  It's clear that if you do not
19    have an identification certificate as spelled out in the
20    right to vote that the department will provide you one
21    free.
22              MR. MARTINEZ-FISCHER:  So, if you and I go
23    to DPS -- I presume that's where these IDs are going to
24    come from -- and I walk in and I'm going to replace mine
25    or I lost mine and you're going to get one so that you can

TX_00212735

USA_00017109

26

 1    vote, which is the only option, I'm imagining that we're

 2    going to fill out the same form, we're going to stand in

 3    the same line, and we're going to get processed by clerks

 4    that are on the same side of their desk.  And what you're

 5    saying is the only difference is under this bill I would

 6    have to pay the $15 and you don't have to pay -- yours

 7    will be reduced to zero because the law that we're trying

 8    to pass will allow you to have this for free so that you

 9    can use it as your ID to vote?

10                    MS. HARLESS:  Is that a question or a

11    statement?

12                    MR. MARTINEZ-FISCHER:  It's a question.

13                    MS. HARLESS:  If you do not have one of the

14    forms of ID that it takes to show up and vote, there is a

15    provision in the bill that allows for you to get a free ID

16    for the purpose of voting.

17                    MR. MARTINEZ-FISCHER:  And I guess in the

18    committee testimony or, I guess, in you doing your due

19    diligence, is there a reason why we have to have these

20    reduced -- these free IDs?  Is this a problem?

21                    MS. HARLESS:  Could you say the first part?

22                    MR. MARTINEZ-FISCHER:  In your due

23    diligence or in the committee testimony, I mean, was

24    there -- did something come up that raises the question as

25    to, you know, we should provide a free option for those

TX_00212736

USA_00017110

House Floor Debate - Volume 1                    March 23, 2011

27

 1    that need an ID so they can vote?  Is this a concern in
 2    some of the other states that have done voter ID, or is
 3    this something specific to Texas?
 4                 MS. HARLESS:  We wanted to provide an
 5    opportunity for people that don't have one of the approved
 6    forms of identification for the purpose of voting.
 7                 MR. MARTINEZ-FISCHER:  So, as long as
 8    somebody walks into the department and says -- if Senate
 9    Bill 14 passes and they say, "I don't have an ID.  I need
10    an ID so I can go vote," they are not going to have to pay
11    even a dollar or not even a nickel.  It's absolutely free.
12    No strings attached?
13                 MS. HARLESS:  You've asked that three
14    times.  I've answered it three times.  What do you want me
15    to say differently?
16                 MR. MARTINEZ-FISCHER:  I just want you to
17    assure me that we don't have a poll tax of any sort or any
18    kind.  I don't want -- I want to make sure that if you're
19    taking the extra step to make an ID free of charge so that
20    somebody can go vote that we're not going to charge
21    anything.  That's what I would like to -- this is -- this
22    is a big deal.
23                 MS. HARLESS:  You're correct.
24                 MR. MARTINEZ-FISCHER:  So, do you know
25    where the money that is charged for these IDs, do you know

TX_00212737

USA_00017111

1    where that money goes?

2              MS. HARLESS:  The money that is charged for

3    the free IDs?

4              MR. MARTINEZ-FISCHER:  The IDs that you're

5    going to make free for -- you know, in the instance where

6    I have to pay, when I give my $15, you're going to get

7    yours for free.  Where does my $15 go?  Do you know?

8              MS. HARLESS:  The money that you pay for a

9    free ID or if you're just going in there because you don't

10   have an ID?

11             MR. MARTINEZ-FISCHER:  In our original

12   exchange I had asked -- I had said that I was going in to

13   buy an ID because I needed to renew mine.  You were going

14   in to get the free one.

15             When I hand over my $15 to DPS, do you know

16   where those moneys go?

17             MS. HARLESS:  That has nothing to do with

18   this bill.

19             MR. MARTINEZ-FISCHER:  And it may not, but

20   do you know where this money goes?

21             MS. HARLESS:  It has nothing to do with the

22   bill.

23             MR. MARTINEZ-FISCHER:  So, you think that

24   whether somebody pays for an ID or gets one for free,

25   where the money goes or where the money doesn't go, that

TX_00212738

USA_00017112

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 29 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 208-4 Filed 06/20/12 Page 181 of 238

29

1   has nothing to do with this bill?

2                MS. HARLESS:   I think that this bill is

3   about providing a photo ID when you show up to vote and,

4   if for some reason you do not have a driver's license, an

5   ID card, a passport, a citizen's certificate with a

6   picture on it, you have none of those forms of ID and you

7   want to vote, this bill provides where you can have an

8   opportunity to go to the DPS and get a free ID for the

9   purpose of voting.

10               MR. MARTINEZ-FISCHER:   And so I note in the

11  fiscal note there's a 2,024,000-dollar fiscal note.   And

12  as I read in the methodology, I didn't see anywhere in the

13  fiscal note that DPS was going to get reimbursed for the

14  IDs that everybody else would have to pay for.

15               Is there anything in your bill that's going

16  to appropriate moneys to DPS so they can get supplemented

17  for getting the revenues lost?

18               MS. HARLESS:   The fiscal note spells out

19  specifically what the Secretary of State has testified

20  they need the money for in order to --

21               SPEAKER:   Representative Geren raised a

22  point of order that the time has expired.   Point of order

23  is well-taken.   Representative Martinez-Fischer moves for

24  extension of time.   Is there an objection?   Members, any

25  objection to an extension of time?   The chair hears none.

TX_00212739

USA_00017113

House Floor Debate - Volume 1                    March 23, 2011

 1              MR. MARTINEZ-FISCHER:  2,024,000.  I saw an

 2   overwhelming amount of money going to radio, TV, direct

 3   mail to, I guess, inform the public that we're going to

 4   change the -- you know, the voting standards and now

 5   require an ID, and I also saw a 24,000-dollar technology

 6   impact fee for DPS or whomever so they can update their

 7   form and there is a section in the methodology that says

 8   that they don't really -- they can't determine how much

 9   money the Department of Public Safety is going to lose as

10   a result of these free IDs.

11              And so, is there any appropriation in this

12   bill that replaces the money lost by DPS for the free IDs

13   that will be given out to comply with this bill?

14              MS. HARLESS:  This is not an appropriations

15   bill.  This bill is about photo ID and voters showing up

16   to the polls and proving who they say they are.

17              MR. MARTINEZ-FISCHER:  On the fiscal note,

18   is there any analysis about any amounts of money that

19   would be deprived from the DPS so that we can carry out

20   your legislative intent, which is to provide free IDs to

21   those that don't have them but yet need them in order to

22   vote?

23              MS. HARLESS:  The fiscal note speaks for

24   itself.

25              MR. MARTINEZ-FISCHER:  As the person

TX_00212740

USA_00017114

House Floor Debate - Volume 1                    March 23, 2011

31

1   responsible for explaining the bill and its contents, I'm
2   asking you.
3                   MS. HARLESS:  I think the language is clear
4   in the fiscal note.  They spell out specifically what the
5   expenses will be, and it speaks for itself.
6                   MR. MARTINEZ-FISCHER:  What does it say?
7   It's obviously speaking to you.  It's not speaking to me.
8   So, what is it telling you?
9                   MS. HARLESS:  Okay.  Have you read the
10  fiscal note?
11                  MR. MARTINEZ-FISCHER:  I have.
12                  MS. HARLESS:  You have?
13                  MR. MARTINEZ-FISCHER:  But I need the
14  explanation of the author to fully understand it.  You
15  told me your intent was to give free IDs for people who
16  need them so they can vote, and I said okay.  And now I'm
17  asking what is your intent as far as reimbursing the
18  Department of Public Safety for giving out free IDs that
19  you're making them give?  There's obviously a cost.  I
20  mean, if IDs were free, you wouldn't have to charge for
21  them to begin with.
22                  MS. HARLESS:  This bill is not an
23  appropriations bill for DPS.  This bill is about showing
24  photo ID when you go to vote.  It is not a DPS
25  appropriations bill.

TX_00212741

USA_00017115

32

```
 1                  MR. MARTINEZ-FISCHER:  I realize that, but
 2     does it take money from DPS?
 3                  MS. HARLESS:  Excuse me?
 4                  MR. MARTINEZ-FISCHER:  Does this bill take
 5     money from DPS?
 6                  MS. HARLESS:  The fiscal note speaks for
 7     itself.
 8                  MR. MARTINEZ-FISCHER:  I think the bill
 9     says it costs $2 million, not 2 billion.
10                  MS. HARLESS:  That's what I said.  I'm
11     sorry.  I've been talking a long time.
12                  MR. MARTINEZ-FISCHER:  I've been standing a
13     long time, too.  It's affecting my hearing, as well.  So,
14     okay.  Mr. Speaker?
15                  SPEAKER:  For what purpose,
16     Mr. Martinez-Fischer?
17                  MR. MARTINEZ-FISCHER:  Well, I haven't had
18     very much luck with the rules, so I thought I would go to
19     the Texas Constitution.  I would like to raise a point of
20     order of Senate Bill 14 under Article 3, Section 49K of
21     our Texas Constitution.
22                  SPEAKER:  Bring your point of order down
23     front.  49K of the Texas Constitution.  Specifically,
24     Mr. Martinez-Fischer argues that the bill reduces,
25     rescinds, or repeals authority to collect funds under the
```

TX_00212742

USA_00017116

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 33 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 208-4 Filed 06/20/12 Page 185 of 238

1    Texas Mobility Fund.  The chair has reviewed the argument

2    in question raised by Mr. Martinez-Fischer whether the

3    provision is Constitutional.  Whether any infirmity must

4    be addressed in this bill or any bill, the bill is

5    effective unless changed.  Precisely the type of

6    Constitutional points of order traditionally not ruled on.

7                 The chair will continue that tradition, and

8    the point of order is respectfully overruled.

9                 Mr. Martinez-Fischer, for what purpose?

10                MR. MARTINEZ-FISCHER:  Parliamentary

11   inquiry.

12                SPEAKER:  State your inquiry.

13                MR. MARTINEZ-FISCHER:  The chairman's

14   ruling didn't indicate whether they found this point of

15   order to be a substantive challenge or procedural

16   challenge to the Constitution, and I would like to know

17   which it is.

18                SPEAKER:  Mr. Martinez-Fischer, the chair

19   found that this deals with a substantive Constitutional

20   issue.

21                MR. MARTINEZ-FISCHER:  Mr. Speaker,

22   parliamentary inquiry.

23                SPEAKER:  State your inquiry.

24                MR. MARTINEZ-FISCHER:  Is the

25   Constitutional article that says bills must be read or

TX_00212743

USA_00017117

34

1    three separate days, is that a procedural or substantive?

2                 SPEAKER:  That is a point of order that has

3    traditionally been ruled on by the chair.

4                 MR. MARTINEZ-FISCHER:  As procedural or

5    substantive?

6                 SPEAKER:  As a discussion of legislative

7    procedure.

8                 MR. MARTINEZ-FISCHER:  Mr. Speaker, further

9    inquiry.  Is the Constitutional provision saying that all

10   bills must pass both houses of legislature, is that

11   procedural or substantive?

12                SPEAKER:  Again, Mr. Martinez-Fischer, that

13   is a order traditionally ruled on by legislative

14   procedure.

15                MR. MARTINEZ-FISCHER:  And the

16   Constitutional provisions related to the two subject rule,

17   is that also procedural or is it substantive?

18                SPEAKER:  Mr. Martinez-Fischer, ruling on

19   Article 3, Section 49K of the Constitution found that that

20   did not fall within the classes of legislative procedure

21   traditionally ruled on by the chair.

22                MR. MARTINEZ-FISCHER:  With respect to the

23   substantive ruling of this chair, there was not a

24   substitution -- there was not a substantive claim made in

25   the point of order.

TX_00212744

USA_00017118

35

1            In fact, the point of order was launched

2    because the procedure by which -- the procedure by which a

3    bill comes to the floor that repeals, rescinds, or reduces

4    Constitutionally-dedicated moneys.

5            My argument is procedurally no bill can

6    come to the floor that does that unless they comply with

7    the Constitution, which requires them to explain how they

8    plan to reallocate the moneys they deprive from the

9    chair -- I mean from the Mobility Fund.

10           And so, procedurally that is what my point

11   is.  I'm not arguing the substantive matter as to whether

12   or not the Article 3, Section 49 even applies in this

13   instance.  I am saying -- I am saying that procedurally --

14   just like procedurally that we read bills on three

15   separate days, just like procedurally we pass bills out of

16   the House and Senate, this is also a procedure by which we

17   bring bills to the floor that are in order and not in

18   order.  And my procedural argument is that the bill is not

19   in order because procedurally it deprives the Mobility

20   Fund of its dedicated source of funding and the only way

21   procedurally that we can proceed is if we allocate moneys

22   to replenish what we take.  I'm not arguing as to the

23   substantive merits of that.  I'm arguing that as a

24   necessary step for a bill to be in order.

25           If the chair wants to rule that

TX_00212745

USA_00017119

36

1    procedurally I am overruled, I will sit down; but my point
2    of order is specific to the procedural component of the
3    Constitutional article and not the substantive
4    interpretation.
5              SPEAKER:  Mr. Martinez-Fischer, we have
6    reviewed and heard your arguments.  We looked for
7    precedent.  There is none, and the point of order is
8    respectfully overruled.  We'll be happy to have this
9    exchange entered into the journal.
10             MR. MARTINEZ-FISCHER:  We can put it on a
11   journal.  We can put it on a billboard, but we are here
12   today.  And just because there isn't precedent, that's not
13   a reason to overrule the point of order.
14             I will say that the reason why you may not
15   find a precedent is that the creation of a Mobility Fund
16   is relatively new, and I think that only in two instances
17   in our Texas Constitution do we place the procedural
18   hurdle of protecting dedicated funds -- one is for the
19   Mobility Fund, and one is for the Rail Relocation Fund.
20   We have an obligation as lawmakers to not submit the full
21   faith and credit of the State of Texas to bondholders when
22   we take money that they are relying on to pay for
23   construction bonds.
24             And so, I'm not arguing the substantive
25   part of that.  I am wanting the chair to make a ruling

TX_00212746

USA_00017120

House Floor Debate - Volume 1                    March 23, 2011

37

```
 1    that procedurally you do not have to replenish money that
 2    you procedurally take out of the Mobility Fund, not the
 3    substantive interpretation of the fund itself.
 4                 And so, if the chair wants to put in his
 5    ruling we've reviewed the procedural argument and we find
 6    procedurally there's nothing there, I will sit down.
 7                 SPEAKER:  Mr. Martinez-Fischer, the chair
 8    will revise its ruling to include your arguments.  Thank
 9    you.
10                 MR. MARTINEZ-FISCHER:  So, that would be,
11    in fact, the chair's ruling?  Will the chair please read
12    that ruling?
13                 SPEAKER:  The point of order is
14    respectfully overruled.
15                 MR. MARTINEZ-FISCHER:  On procedural
16    grounds?
17                 SPEAKER:  The chair has listened
18    respectfully to your arguments and has respectfully
19    overruled.
20                 MR. MARTINEZ-FISCHER:  If the chair is
21    making its ruling on the substantive interpretation,
22    Article 3, Section 49, then the chair has not heard my
23    argument.
24                 My argument is on the procedural hurdle
25    that exists with respect to Article 3, Section 49.  And
```

TX_00212747

USA_00017121

House Floor Debate - Volume 1                    March 23, 2011

                                                              38

1   so, procedurally, once again, Mr. Speaker, if there is an

2   overruling of the procedural point of order, I will stand

3   by the chair's ruling, but I need to hear that is the

4   chair's ruling.

5              SPEAKER:  Mr. Martinez-Fischer, the chair

6   overrules on all grounds that you've raised.

7              MR. MARTINEZ-FISCHER:  Thank you,

8   Mr. Chair.  I would like to have our remarks reduced to

9   writing.

10             SPEAKER:  (Inaudible), will you yield for

11  questioning?

12             SPEAKER:  Representative Harless, are you

13  aware that many minority groups (inaudible) protected

14  under the Voting Rights Act would like to show photo ID to

15  vote?  Recently I had a round table meeting in my

16  district.  My voter round table is a bipartisan group made

17  of naturalized citizens and the first generation Texans

18  which moved here from Mexico, China, Taiwan, South Korea,

19  Pakistan, India, (inaudible), and many other regions.

20             The entire group wanted a more secure

21  voting method in place and strongly supported the voter ID

22  bill.  These are people who work hard to become citizens

23  and to earn the right to vote.  They would like to make

24  sure their vote is protected.  One gentleman even

25  suggested bringing citizenship certificates to the polls.

TX_00212748

USA_00017122

House Floor Debate - Volume 1                    March 23, 2011

                                                                    39
1            As you say, it is a great honor to be a
2    U.S. citizen and definitely a great privilege to vote and
3    we should protect the integrity of it.
4            Also, because my own background, several
5    Asian-American groups outside my district contacted my
6    office and expressed their concerns with the
7    transliteration of (inaudible) and the possibility of
8    being denied the right to vote.
9            Representative, I have previously discussed
10   this concern with you, and you have more (inaudible) to
11   address included in this bill; is that right?
12           MS. HARLESS:  Yes, Representative.
13           SPEAKER:  Thank you, Representative
14   Harless, for working so hard for this great bill and many
15   people (inaudible) and really appreciate this effort.
16           Thank you very much.
17           MS. HARLESS:  And may I say they are very
18   fortunate to have you representing them because you work
19   really hard to make sure that all of your district is
20   served.
21           MR. ANCHIA:  Mr. Speaker?
22           SPEAKER:  Mr. Anchia, for what purpose?
23           MR. ANCHIA:  Will the gentle lady yield?
24           SPEAKER:  Will the lady yield?
25           MS. HARLESS:  Yes.

TX_00212749

USA_00017123

House Floor Debate - Volume 1                    March 23, 2011

                                                          40
1                   MR. ANCHIA:  Representative Harless, you

2      said that -- that this bill is about protecting the

3      integrity of elections, correct?

4                   MS. HARLESS:  Yes.

5                   MR. ANCHIA:  Under current law what you're

6      concerned about is the fact that people may show up

7      without photo identification at the polls and conduct

8      voter impersonation; is that correct?

9                   MS. HARLESS:  Not exactly.  Under current

10     law there is no type of identification required that shows

11     a photo, and we don't have any way to guarantee that they

12     are who they say they are.  That's the purpose of this

13     legislation.

14                  MR. ANCHIA:  So, that's why you struck

15     through those -- those pieces of identification that one

16     might list in current law -- that are listed in current

17     law that one might use to vote, correct?  I'm talking

18     about 63.0101, documentation of (inaudible).

19                  You struck official mail addressed to the

20     person by name from a governmental entity, correct?

21                  MS. HARLESS:  This is about photo

22     identification.  We added provisions in the bill that says

23     the type of photo identification that's required to vote.

24                  MR. ANCHIA:  63.0101, you strike the type

25     of ID that is official mail addressed to the person by

JA_002242

TX_00212750

USA_00017124

House Floor Debate - Volume 1                    March 23, 2011

41

1    name from a government entity, correct?

2              MS. HARLESS:  Say that one more time.  I'm

3    sorry.

4              MR. ANCHIA:  Did you strike Subsection 6 of

5    63.0101, which was official mail addressed to the person

6    by name from a government entity?

7              MS. HARLESS:  I think the bill is clear.  I

8    think the language is clear.

9              MR. ANCHIA:  Did you strike that language?

10             MS. HARLESS:  I added in provisions that

11   said what you have to show as a photo ID.

12             MR. ANCHIA:  That's not my question.  Would

13   you like to answer my question?

14             MS. HARLESS:  If it's not --

15             SPEAKER:  Mr. (inaudible) raised a point of

16   order that the gentle lady's time is expired.  The point

17   of order is well-taken and sustained.

18             MR. ANCHIA:  Mr. Speaker?

19             SPEAKER:  Mr. Anchia, for what purpose?

20             MR. ANCHIA:  I'd like to make a motion to

21   extend time, please.

22             SPEAKER:  This is an excessive extension of

23   time.  Unanimous consent is required.  Is there objection?

24   Mr. Anchia, there is objection.  The time will not be

25   extended.

TX_00212751

USA_00017125

42

1              The following amendment -- the clerk will
2    read the amendment.
3              MR. ANCHIA:  Could we have a record vote on
4    that?
5              SPEAKER:  All it takes is one member,
6    Mr. Anchia.
7              MR. ANCHIA:  Could it be placed on the
8    record who that member was that objected to this line of
9    questioning?
10             SPEAKER:  Yes.  The following amendment.
11   The clerk will read the amendment.
12             CLERK:  Amendment by Anchia.
13             SPEAKER:  The chair recognizes Mr. Anchia.
14             MR. ANCHIA:  Thank you, Mr. Speaker, and
15   members.
16             What I was trying to talk to the gentle
17   lady about was a major flaw in her bill that I hope
18   everybody can follow along when -- when I walk you through
19   it, but under current law when you vote you actually have
20   to show something.  Right?  You have to show a voter
21   registration certificate, a utility bill, a driver's
22   license.  You have to show up -- if you want your vote to
23   count, you have to show something.
24             Unfortunately, members, in this bill the
25   author has created a loophole where you don't have to show

TX_00212752

USA_00017126

House Floor Debate - Volume 1                      March 23, 2011

43

1    nothing, and I don't think that's what this body wants to

2    vote on today.  So, if you would please look at the bill,

3    I'm going to walk you through that, how this happens,

4    because I think it's important for all of you to pay

5    attention to this.  I wanted the author to answer it, but

6    she just went back to her talking points and I'm not sure

7    she knows it's in there.

8                    So, I would draw you to Section 63.009.

9    That's when a person shows up at the polls without a

10   certificate and with no name on the list, okay?  So, this

11   is what all -- all of you are ostensibly concerned about

12   and you think this bill fixes, but it doesn't.

13                   So, you have a voter who shows up without a

14   certificate who is not on the list.  That person then is

15   directed to 63.001 in the bill to execute an affidavit.

16   So, 63.001, they execute the affidavit.  That's on my Page

17   11.  I don't have numbers on my bill, but if you can

18   follow along, it's in 63.001.  You execute the affidavit

19   at 63.001 in Sub A, the affidavit -- you're actually

20   executing an affidavit that says two things:  That you are

21   a registered voter in the precinct and that you are

22   eligible to vote in that election.  You still haven't

23   shown any ID.  You have just issued an affidavit.

24                   And then from there you're -- after that

25   first affidavit, you can come back under 65.054 on

TX_00212753

USA_00017127

44

1    Page 13 -- go to 65.054 -- and if you do that within six

2    days, you can execute another affidavit that says one of

3    two things:  You're either indigent or you have a

4    religious objection.  Neither -- you don't have to provide

5    proof of either of those.  You just need to say, "I'm

6    either indigent or have a religious objection."

7                    So, if you execute two affidavits, you

8    still have not shown any photo ID.  And it gets worse.

9    Because if you look at the language of the bill under Sub

10   B, it says, "A provisional ballot shall" -- not may --

11   "shall be accepted by the ballot board.

12                    SPEAKER:  Mr. Ritter, for what purpose?

13                    MR. RITTER:  Will gentleman yield for

14   questions?

15                    MR. ANCHIA:  Not at this time, but I'm

16   happy to extend for you, Alan.  Just really quickly.

17                    At that point, the ballot board shall

18   accept your ballot and you have not shown any form of

19   photo ID.  Now, I know why these affidavits are in there.

20   I know why they are in there.  The way this is drafted,

21   it's drafted to be Constitutional, but the problem is what

22   makes it Constitutional here also allows a person to never

23   have shown any ID in order to vote, and that's a problem.

24   That is worse than current law.

25                    So, when the author comes up and tells me

TX_00212754

USA_00017128

House Floor Debate - Volume 1                    March 23, 2011

45

```
 1    that this is about the integrity of elections and this is
 2    about making sure people show photo ID, then why has she
 3    drafted a bill that allows you to never, ever, ever show
 4    any form of ID, simply execute two affidavits and then
 5    vote?
 6                I think it's a major flaw in this bill and
 7    a major problem and one that I don't think this body
 8    should vote for if you care about ballot integrity.
 9                So, ladies and gentlemen -- ladies and
10    gentlemen, I ask -- I ask that you actually read the bill
11    and look at its provisions.
12                SPEAKER:  Mr. Anchia, would you yield?
13                MR. ANCHIA:  I will, yes.
14                MR. RITTER:  I've been listening to what
15    you're saying and I'm looking at the bill and I'm having
16    kind of a little bit of trouble following you.  A little
17    bit.
18                What I'm reading, does this amendment not
19    just gut this whole bill?
20                MR. ANCHIA:  That's the enacting clause.
21    What I'm going over right now is -- I couldn't give --
22                SPEAKER:  Mr. Anchia, the amendment that is
23    up is the enacting policy.
24                MR. ANCHIA:  I understand.  I understand.
25    The amendment deals with the enacting policy.  What I
```

TX_00212755

USA_00017129

House Floor Debate - Volume 1                    March 23, 2011

46

1   wanted to do is have an opportunity since the chairwoman

2   couldn't answer the questions --

3               MR. RITTER:  This amendment is -- strikes

4   the enacting clause and guts the whole bill?

5               MR. ANCHIA:  Right.

6               MR. RITTER:  Thank you.

7               MR. ANCHIA:  No, that's right.  And I'm

8   going to pull the amendment down, Chairman Ritter.  What I

9   did want to --

10              SPEAKER:  Mr. Menendez, for what purpose?

11              MR. ANCHIA:  What I did want to do is have

12  an opportunity to alert the body that the bill that you're

13  about to vote on -- that you are going to vote on today

14  actually is worse than current law.  It is worse than

15  current law.

16              SPEAKER:  Mr. Anchia, would you yield to

17  Mr. Menendez?

18              MR. ANCHIA:  I will.

19              MR. MENENDEZ:  Representative Anchia, I'm

20  not sure if you read the San Antonio Express newspaper

21  this morning.

22              MR. ANCHIA:  I did not.

23              MR. MENENDEZ:  This morning the paper

24  reported that the commissioner's court was debating this

25  very bill and the issue they were debating is what you

JA_002248

TX_00212756

USA_00017130

House Floor Debate - Volume 1                          March 23, 2011

47

1    brought up, the issue of the question of you show up to

2    the ballot box without -- and you file this affidavit,

3    they asked the county elections clerk would it increase

4    the amount of work, would it increase your necessity to

5    hire more people for the folks who come back to prove that

6    they have an affidavit?

7                 Does that surprise you?

8                 MR. ANCHIA:  No, it doesn't surprise me.

9    Look, the bill is inartfully drafted, regrettably, and is

10   also very convoluted.  There's an easier way to deal with

11   this problem and to fix this issue, but clearly the way to

12   fix this issue is not to allow people who show up with

13   nothing -- with nothing to vote.  That's what's contained

14   in this bill.

15                 A way to fix this problem is just to create

16   one affidavit that is only available to people who bring

17   in their voter registration certificate and who are on the

18   list.  But in this case you neither have photo ID, you

19   neither have a voter registration certificate, nor are you

20   ever asked to prove your identity.  You simply execute two

21   affidavits without ever having been on the voter list.  I

22   think it's a major hole in the bill.

23                 MR. MENENDEZ:  So, Representative, by

24   creating this second visit that the voter would have to

25   make to prove their identity, would it create an unfunded

TX_00212757

USA_00017131

48

1   mandate on counties?

2              MR. ANCHIA:  Well, clearly.  I mean, look,

3   this bill not only creates an unfunded mandate but there's

4   a Constitutional problem that the chair did not want to

5   rule on that's going to cost the State of Texas roughly

6   $14 million because once people figure out that if you say

7   you're getting an ID in order to vote, you don't have to

8   pay the 16 bucks that you have to pay, everybody is going

9   to get it for free and it's going to be a hit on the

10  Mobility Fund to the tune of about $7 million bi-anum,

11  14 -- $7 million a year, 14 bi-anum.  It's going to be an

12  unfunded mandate to local governments, as well.  And, you

13  know, I don't think the LB did its job in doing this bill.

14             The Department of Public Safety said they

15  couldn't provide an estimate -- estimated loss to the

16  Mobility Fund on this even though they had during

17  (inaudible) bill of 2005.  I mean, they are trying to hide

18  costs here that I think your commissioner's court is right

19  to be concerned about.

20             MR. MENENDEZ:  Are you aware of the fact

21  that it cost the State of Indiana $2 million, I believe --

22  or was it $4 million -- in order to provide these free

23  IDs?

24             MR. ANCHIA:  If you took the per capita

25  expenditures of the State of Indiana, which is a state a

TX_00212758

USA_00017132

49

```
 1   fraction the size of Texas, this bill should cost
 2   $20 million minimum in the State of Texas to implement,
 3   probably 30 million.  None of that is here.  There's
 4   $2 million of funds that are available and clearly this is
 5   far below what Missouri would have used to implement, far
 6   below what Indiana would've used to implement.
 7                    MR. MENENDEZ:  So, these bonds and this
 8   budget crisis that we have, the current budget crisis
 9   we're dealing with -- actually not dealing with at this
10   time, that teachers are fearing for their jobs, that we're
11   looking at cuts and state furlows and other things.  This
12   is money that we could use to offset those job losses, is
13   it not?
14                    MR. ANCHIA:  I mean, clearly the hit on
15   county governments is not going to be insignificant.  The
16   hit to the Texas Mobility Fund is going to be significant,
17   and I think will give rise to a Constitutional challenge
18   in the future.
19                    I completely respect your concerns about
20   the difficult budget times that we have, and I think they
21   are being ignored in this bill.
22                    MR. MENENDEZ:  The bonds -- don't we issue
23   bonds on the Mobility Fund and is this possible debt
24   service -- debt revenue that we are taking from?  Does
25   that put us possibly in a --
```

TX_00212759

USA_00017133

House Floor Debate - Volume 1                    March 23, 2011

                                                               50

1           MR. ANCHIA:  That's the problem,

2   Representative.  You hit it precisely.  The problem is

3   that you've got the Texas Mobility Fund that is lockboxed

4   in the Constitution.  It is ring-fenced there so that you

5   don't raid the Mobility Fund.  And the reason you don't

6   want to raid the Mobility Fund is that it's pledged to

7   amortize bonded indebtedness for the state, for the

8   construction of roads.

9           So, the minute you have a reduction -- it

10  says it very clearly in the Texas Constitution.  The

11  minute you have a reduction in the Texas Mobility Fund, it

12  becomes un-Constitutional if you have no other way to

13  replace it.  This bill provides no other way to replace it

14  and ultimately is going to be a hit on the Mobility Fund,

15  could have the ultimate impact of affecting our bond

16  rating if the hit is significant enough.

17          SPEAKER:  Representative (inaudible) ran

18  raised a point of order the gentleman's time is expired.

19  The point of order is well-taken and sustained.

20          Chair recognizes Ms. Harless to speak

21  against the amendment.

22          MR. ANCHIA:  Mr. Speaker?

23          SPEAKER:  Mr. Anchia, for what purpose?

24          MR. ANCHIA:  Will the gentle lady yield?

25          SPEAKER:  Do you yield, Ms. Harless?

TX_00212760

USA_00017134

House Floor Debate - Volume 1                    March 23, 2011

                                                          51

 1                    MS. HARLESS:  Yes.

 2                    MR. ANCHIA:  Thank you, Mr. Speaker.  Thank

 3      you, Representative.

 4                    Could you walk me through the bill really

 5      quickly?  Can you go to 63.009 which deals with a person

 6      who shows up at the polls with no certificate who is not

 7      on the list, and obviously not a photo ID either.

 8                    MS. HARLESS:  Representative Anchia, we

 9      have gone through this over and over.  If you want to talk

10      about it, I'm welcoming you to extend your time and talk

11      about it, but it is detracting from what we're trying to

12      do.  This bill is here --

13                    MR. ANCHIA:  I just want to make sure I

14      have a proper -- I do want to talk about it, so I

15      appreciate your indulging me.

16                    In 63.009 a person who shows up at the

17      polls who is not on the list and doesn't have either a

18      photo ID or a voter registration certificate can vote a

19      provisional ballot, correct?

20                    MS. HARLESS:  That's what we've discussed

21      earlier.  That was agreed to.

22                    MR. ANCHIA:  So, they can vote a

23      provisional ballot, correct?

24                    MS. HARLESS:  We've discussed this over and

25      over and over.  If they show up with one of the approved

JA_002253

TX_00212761

USA_00017135

House Floor Debate - Volume 1                    March 23, 2011

                                                            52

 1   forms of photo ID, they can pass their ballot.  If they do

 2   not have one of the approved forms of ID, they can cast a

 3   provisional ballot.

 4              MR. ANCHIA:  But this is for a person who

 5   neither has -- who shows up without a photo ID, without a

 6   voter registration certificate, and who's not on the list.

 7   We have not talked about that situation yet.  Right?  So,

 8   this is different.

 9              Can you walk me through what happens to the

10   person in that Section 63.009?  Do they vote a provisional

11   ballot?

12              MS. HARLESS:  If they show up without a

13   photo ID and want to cast a ballot, they can vote a

14   provisional ballot.

15              MR. ANCHIA:  Okay.  Registration

16   Certificate and who are not on the list, correct?

17              MS. HARLESS:  The bill is clear on the

18   requirements that that has.

19              MR. ANCHIA:  Can you walk me through

20   63.009?  I know the bill is clear to you.

21              MS. HARLESS:  I'm ready to vote on the

22   amendment.  I've walked you through --

23              MR. ANCHIA:  So, I haven't been able to ask

24   questions.  I mean, we had points of order.  So, this is

25   my first time I get to ask you questions.

JA_002254

TX_00212762

USA_00017136

House Floor Debate - Volume 1                          March 23, 2011

53

1              So, under 63.009 a person who does not have
2    a photo ID, registration certificate, who is not on the
3    list votes a provisional ballot under 63.011, correct?
4              MS. HARLESS:  That's what you say, yes.
5    That's what you're reading from the bill.
6              MR. ANCHIA:  This is not a game.  Can you
7    answer what's in your bill?
8              MS. HARLESS:  Really?  Really, you want to
9    go there?
10             MR. ANCHIA:  You know what?  It's not a
11   game to me, Representative.  It's not a game to my
12   constituents.
13             MS. HARLESS:  It's not for me either.
14             MR. ANCHIA:  It's not --
15             SPEAKER:  Excuse me, Mr. Anchia.  Would you
16   please maintain order and you-all try to keep the
17   conversation civil, please?
18             MR. ANCHIA:  Thank you, Mr. Chairman.  I
19   would just like a question answered.  I'm just asking the
20   gentle lady -- I'm not making levity of it, okay?  I'm
21   asking the gentle lady under 63.009 if a person does not
22   have their voter registration certificate and is not on
23   the list, doesn't have photo ID, do they vote a
24   provisional ballot there?
25             MS. HARLESS:  What page are you looking at?

TX_00212763

USA_00017137

House Floor Debate - Volume 1                    March 23, 2011

54

```
 1                    MR. ANCHIA:  It's on my Page 9.  It may be
 2     different on your page.  I don't have -- I'm not sure that
 3     we have the same one, but it's in --
 4                    MS. HARLESS:  Section 13?
 5                    MR. ANCHIA:  Section 13 of your bill.
 6                    MS. HARLESS:  Section 13 is Section 63.009.
 7     "Election code is amended to read the following.
 8     Section 63.009, voter without certificate who is not on
 9     the list.  A voter who does not present a voter
10     registration certificate when offering to vote and his
11     name is not on the list of the registered voters or the
12     precinct in which the voter is offering to vote shall be
13     accepted for provisional voting if the voter executes an
14     affidavit in accordance with 63.011."
15                    How far do you want me to read?  I can read
16     the whole bill.
17                    MR. ANCHIA:  No, that's perfect.  So, let's
18     go to 63.011, then.  That's where they execute -- that's
19     where they cast the provisional ballot.  And there, the
20     affidavit -- that's on my Page 11.  It's in Section 15 of
21     your bill.
22                    So, the affidavit there says -- the
23     affidavit that you have says that you're a registered
24     voter and is eligible to vote in the election.  Is that
25     not correct?
```

TX_00212764

USA_00017138

House Floor Debate - Volume 1                    March 23, 2011

                                                          55

1                    MS. HARLESS:  You're looking at Section 15?

2                    MR. ANCHIA:  Section 15, right.  You

3       execute an affidavit --

4                    MS. HARLESS:  And are you looking at A?

5                    MR. ANCHIA:  A1 and 2.

6                    MS. HARLESS:  Okay.  If you notice in that,

7       there is no changes to the current code except for 63.001G

8       is added and 63.0008B is deleted or 63.009 and 63.009A is

9       deleted.

10                   Do you want me to read the whole bill?

11                   MR. ANCHIA:  I don't want you to be

12      frustrated.  I mean, I just -- I just want you to walk

13      through it with me because there are changes in that code

14      section and they relate to a person who shows up with

15      nothing at the polls.  They execute this affidavit,

16      correct, in 63.011.  Is that not right?

17                   MS. HARLESS:  Right.

18                   MR. ANCHIA:  And then if they come back six

19      days later, they can -- on Page 12, Section 65.054,

20      Page 12, Section 17 of your bill -- they can cure by

21      signing another affidavit saying that they are indigent or

22      have a religious objection, correct?  That's under

23      Subsection 2B1A and B.

24                   MS. HARLESS:  "A voter is indigent and is

25      unable to obtain proof of identification without a payment

TX_00212765

USA_00017139

House Floor Debate - Volume 1                    March 23, 2011

56

 1    of a fee or has a religious objection to being

 2    photographed" and --

 3                    MR. ANCHIA:  Okay.  That's good.  That's

 4    good.  So, has a voter ever showed any photo ID in that

 5    process?

 6                    MS. HARLESS:  This -- this language is very

 7    clear on what happens if they show up and they are not on

 8    the list.  That's what we're reading about.  Right?

 9                    MR. ANCHIA:  I agree it's clear.  I also

10    think it's worse than current law.  So, it -- if you -- it

11    provides less security than current law.  So, you can show

12    up, not being on the list, without an ID and without a

13    certificate, you can execute a first affidavit and then

14    you can execute a second affidavit and never have to show

15    any ID, correct?

16                    MS. HARLESS:  Representative, would you

17    like to bring an amendment?

18                    MR. ANCHIA:  Yeah.  Oh, I have some

19    amendments that deal with this issue.

20                    MS. HARLESS:  Do you want to bring them and

21    we'll talk about them?

22                    MR. ANCHIA:  Absolutely.  Oh, I would love

23    it.  I'm going to have an amendment that deals with this

24    very issue and simplifies all the affidavits that you have

25    in the bill.  And I'm hopeful that you'll be open to them

TX_00212766

USA_00017140

House Floor Debate - Volume 1                    March 23, 2011

57

 1   because I think it would be a significant improvement.

 2              I fear that your bill is worse than current

 3   law and really undermines the argument that this is about

 4   ballot integrity because suddenly you have a mechanism

 5   where people can come in and never show anything and not

 6   be on the list and the ballot board shall accept their --

 7   their -- their ballot.  It's not even a "may" anymore.

 8   You changed it to "shall."

 9              MS. HARLESS:  They have six days to prove

10   who they are, and the ballot board at that point --

11              MR. ANCHIA:  But they don't have to prove

12   who they are.  They just say they have a religious

13   objection or are indigent.  They never really prove who

14   they are, do they?

15              MS. HARLESS:  My understanding is that they

16   have six days to cure and their ballot will get counted.

17              MR. ANCHIA:  They have six days to cure.

18   So, they can execute that second affidavit and

19   ultimately -- and ultimately vote without ever having

20   shown ID.  Right?

21              MS. HARLESS:  I'm more than happy to look

22   at your amendment if you want to offer an amendment.

23              MR. ANCHIA:  Okay.  Yeah, I'm definitely

24   going to have an amendment.  So, thank you.

25              MS. HARLESS:  Move to table.

TX_00212767

USA_00017141

58

1          SPEAKER:  Mr. Anchia to close.
2          MR. ANCHIA:  Thank you, Mr. Speaker, and
3     members.  I'm so pleased that the gentle lady is open to
4     amendments to fix this problem in her bill.
5              The amendment that you have before you, as
6     Chairman Ritter points out, does not fix that problem but
7     did give me an opportunity to ask the gentle lady
8     questions about how the bill is actually worse than
9     current law and presents a huge loophole.  I mean, if
10    people are concerned about ballot integrity here, then
11    they should be very concerned about these provisions in
12    the bill.
13             There's a much more simple way to do it --
14    and I'm going to have an affidavit (sic) that does it --
15    that allows a person to come in only with the voter
16    registration certificate and sign an affidavit.  In the
17    current bill you can show up and not be on the list and
18    not have a voter registration certificate and issue two
19    affidavits and, bingo, the ballot board has to take your
20    ballot.  "Has."  It's not even permissive.  It's
21    mandatory, and I think it's a flaw in the bill.
22             I think it's one that can be easily
23    remedied, and I think if we do two things, members, we can
24    come up with a good photo identification bill.  The first
25    one is fix that problem with a single affidavit that

TX_00212768

USA_00017142

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 59 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 208-4 Filed 06/20/12 Page 211 of 238

                                                                      59

1    people can use, and the second one is just expand the

2    scope of the photo ID that people can provide.

3                   I think if you do those two things,

4    members, you can come up with a bill that a lot of people

5    on this floor can support.  You're going to see some

6    amendments from myself and some colleagues that are going

7    to seek to do that, and I hope that you approach this with

8    an open mind.

9                   Mr. Speaker, I withdraw the amendment.

10                  SPEAKER:   The amendment is withdrawn.   The

11   following amendment.  The clerk will read the amendment.

12                  CLERK:   Amendment by Anchia.

13                  SPEAKER:   Chair recognizes Mr. Anchia.

14                  Mr. King, for what purpose?

15                  MR. KING:   Parliamentary inquiry.

16                  SPEAKER:   State your inquiry, Mr. King.

17                  MR. KING:   Am I correct that in -- in

18   questions and response going back before people

19   (inaudible) that the scope of the questions must be within

20   the topic of the amendment?

21                  SPEAKER:   You are correct, Mr. King.

22                  MR. KING:   So, there should be an

23   encouragement from members to restrict -- if I'm at the

24   back mic, encouragement to me should be to restrict my

25   questions.

TX_00212769

USA_00017143

60

1          SPEAKER:  I will do that.  I will do that,

2     Mr. King.  I'll be happy to do that, Mr. King.  Thank you.

3               Representative Anchia?

4               MR. ANCHIA:  I'll temporarily withdraw this

5     amendment.

6               SPEAKER:  The amendment is temporarily

7     withdrawn.  The following amendment.  The clerk will read

8     the amendment.  Ms. Giddings?

9               CLERK:  Amendment by Giddings.

10               SPEAKER:  Chair recognizes Ms. Giddings.

11               MS. GIDDINGS:  Thank you very much,

12     Mr. Speaker, and members.  I'm sure that we don't want to

13     disenfranchise any voters and, unfortunately, identity

14     theft is a growing issue.  And depending upon when it

15     might occur to an individual, it could result in their

16     inability to vote under the bill without the amendment

17     that I have.

18               The amendment that I have would allow

19     someone who has been the victim of identity theft to

20     execute an affidavit under the penalties of perjury and to

21     also carry a police report to the polls and they would

22     then be allowed the exemption and would qualify for an

23     exemption and be allowed to vote.

24               SPEAKER:  Is the amendment -- the amendment

25     is acceptable to the author.  Is there any objection?

TX_00212770

USA_00017144

1    Chair hears none.  The following amendment.  The clerk

2    will read the amendment.

3                    CLERK:  Amendment by Turner.

4                    SPEAKER:  Chair recognizes Mr. Turner.

5                    MR. TURNER:  Thanks, Mr. Chairman, and

6    members.  Under the current law, the individuals who

7    preside over the early polling place on the early voting

8    or election day must come from the party of the person who

9    won the last governor's race.  And so, for example, in the

10   last election in my district, people who had been

11   presiding over the early polling place for early voting

12   and on election day, people who had been presiding for 20

13   years were removed and other people were brought in to run

14   the election.  And I want you to imagine at my district

15   new faces who in most cases did not look like me, came in

16   and took over the polling place.  That created a great

17   deal of disruption.

18                    What my amendment does is the amendment

19   stops the current system of county clerk -- and it's

20   restricted to Harris County -- selecting all from the same

21   party, election judges at all the polling places for early

22   and regular voting in Harris County.  And basically what

23   it says is that to better -- the people who will run the

24   election, after they meet all of the other eligibility

25   requirements, will come from the same party of the state

TX_00212771

USA_00017145

House Floor Debate - Volume 1                    March 23, 2011

62

 1    representative of that particular district.  That's all
 2    that it says.
 3                SPEAKER:  Members, there is an amendment to
 4    Mr. Turner's amendment.  It is being filed right now, so
 5    hang on just a second, please.
 6                Chair recognizes Mr. Turner.
 7                MR. TURNER:  Because of the favorable
 8    response that I'm getting, people want to include Dallas
 9    in this, as well.  I want to temporarily withdraw this
10    favorable amendment.
11                SPEAKER:  The amendment is temporarily
12    withdrawn.  The following amendment.  The clerk will read
13    the amendment.  Mr. Hochberg?
14                CLERK:  Amendment by Hochberg.
15                SPEAKER:  Chair recognizes Mr. Hochberg.
16                MR. HOCHBERG:  Thank you, Mr. Speaker, and
17    members.  One of the parts of this bill requires precinct
18    officials to make a judgment if the identification
19    material you present has your name spelled differently
20    than it appears on the rolls, and the judgment is:  Is it
21    close enough?  Is it substantially similar?  That's a
22    difficult decision to make, and I am absolutely certain
23    that with the number of precinct officials we have all
24    over this state it will be made differently for different
25    people.

JA_002264

TX_00212772

USA_00017146

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 63 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 208-4 Filed 06/20/12 Page 215 of 238

1              If I could just ask -- the author of this

2     might be acceptable before I go into a long speel about

3     it.

4                    SPEAKER:   May I make a (inaudible)?

5                    SPEAKER:   State your inquiry.

6                    SPEAKER:   The inquiry is if an amendment

7     adds (inaudible) to the bill -- does not?  Okay.  So, it's

8     not an issue.

9                    MR. HOCHBERG:   Okay.   Thank you.  Okay.

10    Okay. Thank you, Representative Harless.  Here's the

11    situation.  Roughly 10 percent of the voter registrations

12    that are filed, that are turned in, either through

13    clerical error or misreading get mistyped and -- and we

14    now have a procedure that filters that out, but for

15    everybody who has been on the rolls up until the last

16    about two years, if your name got on there and it was

17    misspelled, it's still misspelled.

18                   The bill recognizes that that takes place,

19    and what the bill says is that the precinct official can

20    accept your identification if your name is substantially

21    similar to what's on your driver's license.

22                   The problem is what's substantially

23    similar?  And I'm not just -- I'm not making this up

24    because I've had discussions over the last four years with

25    the Secretary of State about automatically correcting

TX_00212773

USA_00017147

1    incoming cards -- and Chairman Smith knows this -- even

2    passed a bill about it and the Secretary of State said,

3    "Gee, we don't know what's substantial.  We don't know

4    what's similar.  We want the legislature to give us

5    direction before we automatically correct incoming

6    listings."

7                    Well, now translate that down to your

8    precinct officials.  We have precinct officials, the name

9    comes in -- and I have examples if we get into a debate on

10   this -- where I would ask, "Is this close enough or isn't

11   it?"  The precinct official is not going to know.  You're

12   going to get different interpretations by different

13   officials.

14                    So, all this amendment says is the

15   Secretary of State will set some standards for that so it

16   can't be questioned afterwards, people can't come back and

17   say, you know, "Ritter with one T really isn't similar to

18   Ritter with two Ts."  And, again, if we get into a

19   discussion -- if this isn't acceptable, I have example

20   after example, both from Secretary of State's files and I

21   printed off my own voter roll the other night, part of it,

22   just a few pages, and I could show you places -- and I'll

23   read them off -- where two people in the same household

24   with clearly the same last name aren't registered with the

25   same exact last name.

TX_00212774

USA_00017148

65

1          So, I think this will make things easier.
2    I'm not trying to mess with your bill.  I'm trying to
3    improve it, and I hope it's acceptable to you-all.
4          SPEAKER:  The amendment is acceptable to
5    the author.  Is there any objection?  The chair hears
6    none.  The following amendment.  The clerk will read the
7    amendment.
8          CLERK:  Amendment by David (inaudible).
9          SPEAKER:  Chair recognizes Ms. Davis.
10         MS. DAVIS:  Thank you, Mr. Speaker, and
11   members.  I have an amendment that just merely states that
12   if a person provides (inaudible) follow the procedures to
13   use a provisional ballot that their vote will be counted.
14         I'm certain that the author of the bill and
15   the intent of the bill is not to deny one's 14th or
16   15th Amendment and their right to vote.  If we're trying
17   to ensure the integrity of the election process, we must
18   ensure that voters who have a right to vote, their vote's
19   counted.  And this only says that once the -- once the
20   procedures have been followed to vote a provisional,
21   ballot will be accepted.
22         So, I think it's just simply saying that it
23   will not take people's right away from them to vote.
24         SPEAKER:  Mr. Madden, for what purpose?
25   Representative Davis, would you yield to -- they are

TX_00212775

USA_00017149

House Floor Debate - Volume 1                    March 23, 2011
                                                              66
 1   trying to work out a deal down here, I think, Jerry.  Hang
 2   on a minute.
 3                  MR. MADDEN:  I would hope, Mr. Speaker,
 4   that the question I have might have some relevance on
 5   their discussion.
 6                  SPEAKER:  Hang on just one second.
 7   Ms. Davis, would you yield to a question from Mr. Madden?
 8                  MR. MADDEN:  Thank you, Ms. Davis.  The
 9   current -- the current rule for handling provisional
10   ballots that we currently have under the law, what I was
11   basically going to ask is does your amendment as it is
12   written change the procedures that are currently in place
13   for the handling of, acceptance of, and counting
14   provisional ballots?
15                  MS. DAVIS:  And, Jerry, I think that's what
16   our discussion is.  My intent's not to change how we
17   handle a provisional ballot.  My intent is to suggest that
18   once we've handled it and found that all of -- everything
19   is in compliance that you can't throw that ballot out.
20                  So, I'm not trying to change anything.  The
21   bill just simply says, "The notice that if all procedures
22   are followed, there is no guarantee that the voter's
23   provisional ballot would be accepted."  I'm just
24   suggesting that once you have met all of the criteria,
25   then you can't just throw a ballot out.  People would then

TX_00212776

USA_00017150

House Floor Debate - Volume 1                    March 23, 2011

67

1   be denied the right to vote.

2              So, this is, in fact, a way to make sure

3   that we're not taking people's right to vote away if, in

4   fact, they have followed the procedures that it's a good

5   provisional ballot.

6              MR. MADDEN:  And my question relates to

7   does the language of following the provisions or the

8   procedures correctly versus meeting the legal requirements

9   they have for the acceptance of these provisional ballots.

10  I want to make sure that your amendment is not just saying

11  if they follow the procedure for doing it that it's

12  accepted, but it changes the reason for acceptance at that

13  stage from what we currently have in the law.

14             MS. DAVIS:  And I think that's what the

15  question is and we'll go back and review it.  Our intent

16  is just to suggest that you can't have people making --

17  telling them to vote on a provisional ballot and then they

18  do all the things that provide -- the procedures are all

19  in place for provisional ballots and then you just throw

20  the ballot out.  I think there might be some question

21  about, by my fear is that we're going to tell people you

22  can vote with a provisional ballot and they can just

23  arbitrarily be discounted and thrown out.  That's the

24  question.  Are we going to allow the provisional ballots

25  to not be considered?  If that's the case, we have written

TX_00212777

USA_00017151

68

```
 1   in the bill that we would, in fact, deny people the right
 2   to vote.  That's what I'm concerned about.
 3                  SPEAKER:  And my concerns are that we are
 4   going to accept provisional ballots that otherwise would
 5   not be accepted under current law just because they have
 6   shown up and followed the procedures that you have in this
 7   legislation.
 8                  MS. DAVIS:  I'll get clarification, but
 9   reality is it sounds as though -- if a person uses a
10   provisional ballot, it sounds as though the language is
11   saying that they might -- that you're not going to
12   guarantee that the ballot is acceptable.
13                  And so, people that -- it would have the
14   effect of saying people wouldn't have voted, they would
15   deny their right to vote.  So, I'm just trying to make
16   sure that we're not doing that so that we don't have all
17   the provisional ballots being put aside saying they are
18   not acceptable because -- you have it because you have to
19   be able to have an alternative way to legitimate the
20   voter; isn't that correct?
21                  MR. MADDEN:  The provisional requirements
22   are there.  Specifically we know that people make mistakes
23   on the list, that people don't have all of them on the
24   list that are supposed to be, and they may show up.  So,
25   there's a reason to check on that.
```

TX_00212778

USA_00017152

House Floor Debate - Volume 1                    March 23, 2011

69

1              As I said, my concern is that your language
2    basically just says that if they follow a certain
3    procedure they will be automatically accepted, and that's
4    not the current criteria of the law.
5              MS. DAVIS:  Well, my concern is we are
6    writing in that your ballot might not be.  And so, it has
7    the effect of denying one a right to vote.  I'm happy to
8    go back and change it to tighten it up.  Not trying to
9    change the method or the process, just trying to make sure
10   that we don't inadvertently tell people that the
11   provisional ballot could be denying your right to vote by
12   voting with a provisional ballot.  I'll withdraw it and
13   see if I can tighten it up.  That's where I'm trying to go
14   with it.  Thanks, Jerry.
15             SPEAKER:  The amendment is temporarily
16   withdrawn.  Following amendment.  The clerk will read the
17   amendment.
18             CLERK:  Amendment by Bonnen.
19             SPEAKER:  Chair recognizes Mr. Bonnen.
20             MR. BONNEN:  Mr. Speaker, members, this
21   amendment removes the requirement that anyone over 70 does
22   not have to show an ID.  It is acceptable to the author.
23             SPEAKER:  Mr. Veasey, for what purpose?
24             MR. VEASEY:  Will the gentleman yield for a
25   question?

JA_002271

TX_00212779

USA_00017153

70

```
 1              MR. BONNEN:  I would be honored.
 2              MR. VEASEY:  Mr. Bonnen, why would you want
 3    to remove the exemption?  I think it was put in there for
 4    a reason that I'm sure the author can explain, but why
 5    would you want to remove the exemption?  I don't
 6    understand.
 7              MR. BONNEN:  Why I want to remove it?  A
 8    great example would be my mother and father.  My father's
 9    about 75 years old, give or take a few years, and he -- he
10    is handicapped.  He has a handicap exemption.  My mother
11    doesn't like it being admitted here publicly, but she's a
12    slight bit older, give or take a few years, than my
13    father.  She has no problem, no issue voting with and
14    identification.  There is no problem for her to do it.
15    So, there's no need to set a line of age that says beyond
16    that age you don't need an ID to go cast a ballot.
17              We have other provisions in this bill that
18    provide exemptions to individuals that may be in their
19    later years, through indigent, through handicap or
20    disability that could allow them to be precluded from
21    using an ID.
22              MR. VEASEY:  Now, my grandmother votes by
23    mail.  She's 98 years old.  She votes by mail, but she
24    hasn't driven in at least 15 years.
25              MR. BONNEN:  This doesn't cover vote by
```

TX_00212780

USA_00017154

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 71 of 122
Case 1:12-cv-00128-RMC-DST-RLW Document 208-4 Filed 06/20/12 Page 223 of 238

71

```
 1   mail.
 2                   MR. VEASEY:  I know it doesn't cover vote
 3   by mail, but my question is let's say her vote by mail
 4   gets lost in the -- her application -- her ballot actually
 5   gets lost in the trash, and I'll take her up to the
 6   Comeaux Elementary School to go and vote.
 7                   How would she vote with an expired --
 8                   MR. BONNEN:  She's disabled, though, is
 9   that not correct?
10                   MR. VEASEY:  No, she's not disabled.
11                   MR. BONNEN:  Oh, she's not?
12                   MR. VEASEY:  How would she vote?
13                   MR. BONNEN:  She could vote a provisional
14   ballot.
15                   MR. VEASEY:  Would she vote a provisional
16   ballot that would count, or she would vote a provisional
17   ballot that she would actually have to bring an ID back
18   up -- would I have to take her back down to downtown Fort
19   Worth?  Her vote would actually count?
20                   MR. BONNEN:  It should count, yes.  My
21   understanding is it would.
22                   MR. VEASEY:  Because I thought under
23   Patricia's bill that if you cast a provisional ballot you
24   cannot vote unless you bring your ID back six days later.
25                   MR. BONNEN:  Her ballot should be able to
```

TX_00212781

USA_00017155

House Floor Debate - Volume 1                        March 23, 2011

72

 1  count, though.  Her ballot should be allowed to count.
 2              MR. VEASEY:  What if she doesn't take her
 3  ID back up to the Tarrant County Courthouse?
 4              MR. BONNEN:  She would have to get an ID,
 5  yes.
 6              MR. VEASEY:  She wouldn't be able to get
 7  one in six days.  That's my point.
 8              MR. BONNEN:  Well, that's what's good about
 9  us passing this law now.  She'll have plenty of notice.
10              MR. VEASEY:  Yeah, but there are a lot
11  of -- I mean, we can -- we can make sure that my
12  grandmother go and get an ID, but not everybody can.  I
13  just think that seems to be a little insensitive to a
14  pretty large group of folks that --
15              MR. BONNEN:  Other states that passed the
16  photo ID law don't have any age requirement or restriction
17  on showing an ID.  Georgia does not.  Indiana does not,
18  Florida does not.
19              MR. VEASEY:  Thank you.
20              MR. BONNEN:  Thank you.
21              SPEAKER:  Members, we have two amendments
22  to the amendment being drafted.  Following amendment to
23  the amendment.  Clerk will read the amendment.
24              CLERK:  Amendment to the amendment by
25  Eiland.

TX_00212782

USA_00017156

House Floor Debate - Volume 1                    March 23, 2011

                                                          73
1              SPEAKER:  Chair recognizes Representative
2    Eiland.
3              MR. EILAND:  Speaker, members, sorry for
4    the delay.  Mr. Bonnen's amendment had gone on and cut my
5    amendment off.
6              What my amendment does is it takes the age
7    from 70 down to 65.  It uses the language that the
8    Secretary of State will adopt, the rules consistent with
9    the definition of elderly in the Government Code and in
10   the Penal Code.  The Penal Code defines crimes elderly
11   persons age 65, and the Government Code also defines
12   elderly as age 65.
13             So, to be consistent between the Election
14   Code, the Government Code, and the Penal Code, I simply
15   say keep them consistent and that would be age 65.
16             SPEAKER:  Mr. Eiland sends up an amendment.
17   Chair recognizes Mr. Bonnen in opposition.
18             MR. BONNEN:  Mr. Speaker, members, with all
19   respect to Mr. Eiland, what his amendment to my amendment
20   does -- and he had to do an amendment to the amendment
21   because he later had an amendment to change the age from
22   70 to 65.  If my amendment which is acceptable to the
23   author goes on, it would have cut off the opportunity for
24   him to have offered that.  But the issue is I believe we
25   should not be creating a special class and lowering the

TX_00212783

USA_00017157

House Floor Debate - Volume 1                    March 23, 2011

74

 1   age to 65 or having any age.

 2              So, I respectfully ask that you work with

 3   me in tabling the amendment to the amendment.

 4              SPEAKER:  Chair recognizes Representative

 5   Eiland to close.

 6              MR. EILAND:  Members, I believe that we're

 7   going to require photo IDs for our voters.  We know and

 8   recognize that many of our elderly people may not have

 9   photo IDs readily available to them or they may be out of

10   date, they don't have driver's license, those type of

11   things.  So, we just simply grandfather them.  And in

12   order to grandfather them, the Senate put age 70 and I

13   think we ought to be age 65 and I think it ought to be

14   consistent with our definition of elderly between the

15   Government Code, the Election Code, and the Penal Code.

16              So, for that reason vote no on the motion

17   to table.  Protect our seniors and our elderly and let

18   them vote as they have been.

19              SPEAKER:  Ms. Alvarado, for what purpose?

20              MS. ALVARADO:  Mr. Speaker, would the

21   gentleman yield?

22              MR. BONNEN:  Yes, I yield.

23              MS. ALVARADO:  Elderly is already defined

24   in several statutes in Texas.  The Health and Human

25   Services Code defines it at 65.  Another section of the

TX_00212784

USA_00017158

75

```
 1    Health and Human Services Code defines it at 60.  The
 2    Utility Code defines it at 60.  The Government Code
 3    defines it at 65.  The Penal Code defines it as 65.
 4                   Why would we define elderly at 70?
 5                   MR. EILAND:  I don't know.  And so, that's
 6    why I chose the Government Code and the Penal Code so that
 7    it would be consistent amongst those at age 65.
 8                   MS. ALVARADO:  Well, making 70 the
 9    definition of elderly for voting purposes makes the voting
10    requirements more stringent than the Penal Code and those
11    receiving benefits from Health and Human Services?
12                   MR. EILAND:  Yes.  It would make -- it
13    would give the elderly, depending upon how the government
14    defines it, at three different ages:  60, 65, or 70.
15                   MS. ALVARADO:  So, do you believe that the
16    current version of the bill does enough to protect senior
17    citizens' rights to vote?
18                   MR. EILAND:  No.
19                   MS. ALVARADO:  So, your amendment to the
20    amendment would lower the age to 65?
21                   MR. EILAND:  Yes.
22                   MS. ALVARADO:  Okay.  Are there other areas
23    of the Texas law that defines elderly at 65?
24                   MR. EILAND:  As I mentioned, I know that
25    the Penal Code for crimes against the elderly it's at 65,
```

TX_00212785

USA_00017159

House Floor Debate - Volume 1                    March 23, 2011

                                                              76
 1    and in the Government Code it's age 65.
 2                    MS. ALVARADO:  So, why aren't we being
 3    consistent with what's already in law?
 4                    MR. EILAND:  The reason I was told, they
 5    were staying with the Senate language of 70 and no other
 6    logical reason.
 7                    MS. ALVARADO:  Thank you.
 8                    SPEAKER:  Ms. Harless, for what purpose?
 9                    MS. HARLESS:  Will the speaker -- will the
10    member yield?
11                    MR. EILAND:  Yes.
12                    MS. HARLESS:  Representative Eiland, I
13    wanted to kind of confirm.  You understand that if you're
14    65 or older you right now have the ability to vote ballot
15    by mail?
16                    MR. EILAND:  Yes.
17                    MS. HARLESS:  So, we're not necessarily
18    doing anything -- they can already vote ballot by mail,
19    which is typically in my district what most of the seniors
20    do.
21                    MR. EILAND:  But many of them still show up
22    and vote in person at the polls.
23                    MS. HARLESS:  Thank you.
24                    MR. EILAND:  Please vote no on the motion
25    to table.

TX_00212786

USA_00017160

House Floor Debate - Volume 1                    March 23, 2011

                                                            77
 1              SPEAKER:  Representative Eiland sends up an

 2      amendment.  Representative -- Representative Bonnen moves

 3      to table.  This is on the motion to table.  Clerk will

 4      ring the bell as a record vote.  Show Mr. Bonnen voting

 5      aye, show Ms. Harless voting aye, show Mr. Eiland voting

 6      no.  Mr. Solomon is voting aye.  Show Mr. Geren voting

 7      aye.  Have all voted?

 8              There being 99 ayes and 50 nays.  Motion to

 9      table prevails.  The following amendment.  Clerk, read the

10      amendment.

11              CLERK:  Mr. Veasey, for what purpose?

12              MR. VEASEY:  Parliamentary inquiry, please.

13              SPEAKER:  State your inquiry.

14              MR. VEASEY:  Is it your understanding that

15      after this bill passes that it has to be approved by the

16      Justice Department to make sure that it complies with the

17      1965 Voting Rights Act?

18              SPEAKER:  Mr. Veasey, the chair is not

19      advised.  We've had discussion of that, but the chair is

20      not advised.

21              MR. VEASEY:  Mr. Speaker, earlier

22      (inaudible) Chen Button from Dallas came up and said that

23      her constituents that are protected under the Voting

24      Rights Act was actually for a bill that required photo ID.

25      And the reason why I was asking you and made that

TX_00212787

USA_00017161

House Floor Debate - Volume 1                    March 23, 2011

78

 1    parliamentary inquiry is because I believe that the Voting

 2    Rights Act or the people at the Justice Department will

 3    actually make the determination of who is covered under

 4    the Voting Rights Act and who's not.

 5               And so, because that may be part of the

 6    record, I wanted to make sure we clarify that it was your

 7    understanding that this was going to be sent to the

 8    Justice Department for review since we are a Section 5

 9    state.  Thank you.

10               SPEAKER:  Thank you, Mr. Veasey.  The

11    following amendment.  Clerk, read the amendment.

12               CLERK:  Amendment to the amendment by

13    Alonso.

14               SPEAKER:  Chair recognizes Mr. Alonso.

15               MR. ALONSO:  Thank you, Mr. Speaker,

16    members.

17               Mr. Speaker and members, this is a 65 age

18    requirement similar to Representative Eiland except in a

19    slight different manner to try to make it consistent.  But

20    the point I'm bringing this amendment is the research

21    shows that one in five women do not renew their driver's

22    license, and in this case we're asking for a photo ID.

23               You know, I was visiting with one of the

24    members a few minutes ago and there comes a time when we

25    get to the age of 65 and why we make laws for people that

TX_00212788

USA_00017162

79

1    are 65.  At some point we made a law to have Social

2    Security at 65.  At some point we made a law to have

3    certain protections of the elderly at 65.  At some point

4    we made a law to make sure they have certain services at

5    65.

6            What we're saying with this amendment --

7    and I think at some point the committee stuck with 70 with

8    the idea that we have to pay a certain respect, a certain

9    respect to part of our constituency, part of our state

10   that has to have that special protection.

11           I ask you members because of the certain

12   respect that we provide for our elderly citizens that you

13   ask -- that you approve this amendment that they be

14   exempted at 65.

15           SPEAKER:  Chair recognizes Representative

16   Bonnen.

17           MR. BONNEN:  Thank you, members.  Same

18   song, second verse.  I would ask that you vote with me on

19   the motion to table.

20           SPEAKER:  Chair recognizes Representative

21   Alonso to close.

22           MR. ALONSO:  Members, I understand that

23   Representative Bonnen might say same verse, same song.

24   Elderly people are not same song, same verse.  Elderly

25   people have to be respected.  The reason we bring this

TX_00212789

USA_00017163

House Floor Debate - Volume 1                    March 23, 2011

80

```
 1    amendment forward, at some point in committee they said
 2    70.  After discussing and deliberating, they accepted it.
 3    This is not same song, same verse, members.  If you vote
 4    no on a motion to table, you're saying no to same song,
 5    same verse.  Please vote no on the motion to table.
 6              SPEAKER:  Mr. Alonso sends up an amendment.
 7    Representative Bonnen moves to table.  This is on the
 8    motion to table.  It's a record vote.  Clerk, ring the
 9    bell.  Show Mr. Bonnen voting aye, show Ms. Harless voting
10    aye, show Mr. Acock voting aye.  Have all voted?  Have all
11    voted?  98 ayes and 50 nays.  Motion to table prevails.
12              Mr. Bonnen sends up an amendment.  The
13    amendment is acceptable to the author.  Is there any
14    objection?  Amendment -- Representative Veasey wishes to
15    speak against the amendment.  The chair recognizes
16    Representative Veasey.
17              MR. VEASEY:  Members, I want to speak
18    against the amendment because obviously the prior two
19    amendments that were sent up were trying to protect old
20    people, to preserve their right for it to be easy for them
21    to vote, and I think that that's all we're asking is just
22    for a little flexibility on this.  We're getting
23    absolutely none at all, and I think that's unfortunate
24    because when the bill was laid out I was under the
25    impression that there wouldn't be different amendments
```

TX_00212790

USA_00017164

House Floor Debate - Volume 1                    March 23, 2011

81

1   added that would make the bill even more adverse than it

2   already is and I think we're setting up a bad precedent by

3   voting for this.

4                SPEAKER:  Mr. Burnam, for what purpose?

5                MR. BURNAM:  Speaker, will the gentleman

6   yield?

7                SPEAKER:  Mr. Veasey, do you yield?

8                MR. VEASEY:  Yes.

9                MR. BURNAM:  Mr. Veasey, I'm one of those

10  old people that you're talking about.  I'm 75 and I've got

11  lots of friends who are 75 and they want to go to the

12  polls and vote just like everybody else and there are

13  provisions in the bill for the disabled.  If you can't get

14  to the polls, there are provisions to vote.  I thought it

15  was ridiculous, really, to set a limit at 70.  You know, I

16  don't need any protections and all my friends don't need

17  any protection.  I think Mr. Bonnen's got a great

18  amendment.

19                MR. VEASEY:  I think everybody's

20  circumstances are different.  I think that's what makes

21  the legislative perspective unique.  Some people may live

22  in a rural area and it may take a long time for them to

23  reach certain areas to go vote.  Some people, you know,

24  may have been born during a time where they don't have

25  access to certain documents to obtain driver's licenses

JA_002283

TX_00212791

USA_00017165

82

1   and things of nature.  You know, everybody has a different

2   story, a different perspective.  Our state has not always

3   been as urban as it is now, and it's not always been as

4   integrated as it is now.

5              MR. BERMAN:  Well, you're absolutely right

6   but Ms. Harless has many, many points in the bill that

7   will take care of everyone and any age group and we don't

8   want to discriminate on age.  You're discriminating

9   against me.  I want to go to the polls and vote.  I don't

10  need to be exempt.

11             MR. VEASEY:  That's different, Leo.  You

12  may not have been affected in the same way like my

13  grandmother, like constituents that are African-American.

14  They may have not -- the laws that were passed back then,

15  they have not had the same adverse impact on you as a

16  white male as they did on other people, and that's what

17  this is about today.

18             MR. BERMAN:  That's true, but there are

19  provisions in the bill that take care of that, though.

20             SPEAKER:  Mr. Alonso, for what purpose?

21             MR. ALONSO:  Would the gentleman yield?

22             SPEAKER:  Mr. Veasey, do you yield?

23             MR. ALONSO:  Mr. Veasey, one of the reasons

24  Mr. Eiland and myself brought this amendment is to pay

25  particular attention to part of our -- our state, which

TX_00212792

USA_00017166

House Floor Debate - Volume 1                    March 23, 2011

83

1    are those that are 65 and older.  You pointed out -- and

2    it might seem easy to some people, well, anybody can vote,

3    right?  Is that part of the argument, nobody should be set

4    aside, especially on this law; is that right?

5                MR. VEASEY:  That is exactly right.  And I

6    think that is the point that everybody is missing.  If you

7    were born in 1941, which is what this bill covers, when

8    you were born you were born into a time when it was legal

9    to discriminate against African-Americans and Hispanics,

10   particularly here in this state, and you were routinely

11   denied the right to vote if you were born during that time

12   period and if you lived during that time period, and those

13   are the people that we are trying to protect by making

14   these amendments better.

15               I do not want my grandmother who is 98

16   years old who was born during a time of rampant

17   discrimination, I do not want the people that know her at

18   the schoolhouse, at Comeaux Elementary School when she

19   goes to vote in Fort Worth, the people that know her --

20   that have known her for -- those folks are now in their

21   60s and pushing 70 years old and my grandmother used to

22   babysit them and watch them and they know who she is and

23   my grandmother does not have a current driver's license.

24   Luckily she usually votes by mail, but if it were an

25   emergency and I needed to take her up to the school to

TX_00212793

USA_00017167

House Floor Debate - Volume 1                    March 23, 2011

84

```
 1   vote, I would not want them to deny her the right to cast

 2   a ballot, particularly people who have known her and know

 3   that she is not committing voter fraud.  I do not want

 4   them to have the right to say, no, she cannot vote.  That

 5   is absolutely un-American and ridiculous and

 6   discriminatory.

 7                 MR. ALONSO:  Talking about that, isn't it

 8   true the reason we set up the Voting Rights Act in the

 9   United States was because -- what part of United States

10   needed to be reminded and have another hammer to make sure

11   people were allowed to vote?  What part of the United

12   States?

13                 MR. VEASEY:  The south, and Texas.

14                 MR. ALONSO:  Now, we can argue for ages and

15   time that it doesn't happen, but isn't it true after we

16   did redistrict 2003 the Supreme Court said that there was

17   discrimination here in Texas.

18                 MR. VEASEY:  Say that again.  I'm sorry.

19                 MR. ALONSO:  That there was discrimination

20   here in Texas after the Supreme Court ruled on --

21                 MR. VEASEY:  Absolutely, rampant.

22                 MR. ALONSO:  And the reason we want to do

23   this amendment -- the reason we're for this amendment and

24   we're going to vote no on the Bonnen amendment is because

25   the elderly should be protected.  The elderly -- as
```

TX_00212794

USA_00017168

House Floor Debate - Volume 1                    March 23, 2011

85

1    pointed out, there's more of a chance that they are not

2    going to renew their driver's license; is that right?

3              MR. VEASEY:  Absolutely.  If you don't have

4    to drive, if you're on a fixed income, why would you go

5    and spend money to get your driver's license renewed?  It

6    may not be a problem in some areas, but it surely would be

7    a problem in many rural and urban areas where people just

8    don't have the same access to resources or the same access

9    to cash as others do, particularly for those who are sick

10   and shut-in.

11             SPEAKER:  Representative (inaudible) raised

12   a point of order the gentleman's time has expired.  The

13   point of order is well-taken and sustained.  The amendment

14   is acceptable to the author.  Is there objection?

15   Mr. Castro objects and calls for a record vote.  Excuse

16   me.

17             Back up, members.  Mr. Bonnen gets to

18   close.  The chair recognizes Mr. Bonnen.

19             MR. BONNEN:  Mr. Speaker, members, I want

20   to correct a couple things.  First and foremost with all

21   respect to Mr. Veasey, his grandmother would not be denied

22   the right to vote.  His grandmother would have the

23   opportunity to cast her ballot, and within six days she

24   would need to return with a photo ID.

25             What I would hope would happen is that when

TX_00212795

USA_00017169

House Floor Debate - Volume 1                      March 23, 2011

86

1    this law passes --

2                    SPEAKER:  Mr. (inaudible), for what

3    purpose?

4                    SPEAKER:  To ask a question, but I can wait

5    until he finishes.

6                    MR. BONNEN:  If you would for a moment.

7    Hopefully we would go down and -- and I don't think his

8    grandmother needs a free ID from DPS, which this bill

9    allows for.  Hopefully she wouldn't need the indigent

10   exemption, which this bill allows for, and hopefully she

11   wouldn't need the disability exemption, which this bill

12   allows for.  But he would have the opportunity to take her

13   to a proper location, get her an ID before that election,

14   take her into that place, and have her cast her vote.  If

15   that for some reason did not occur, she can still cast

16   that vote and she will have the opportunity to return with

17   proper ID and have her ballot count in that election.

18                   The states of Georgia and Indiana, who have

19   already been pre-cleared by the Justice Department, do not

20   have any discrimination upon age on who should or should

21   not show a proper ID to cast their ballot.  There are

22   members of the Texas legislature sitting here with you

23   today on this house floor who have reached the great age

24   of beyond 70 years of age.  I see no reason why they

25   should be treated differently, and I can turn this

TX_00212796

USA_00017170

1    argument and even suggest that are we going to the point
2    to say that maybe they shouldn't be capable and able and
3    allowed to serve the constituents of their district on
4    this House floor because they are now beyond this age of
5    70?  I disagree.
6                   I think that we need to do what's
7    appropriate, what's right.  We need to treat all our
8    residents respectfully.  We need to admire what they've
9    earned and accomplished in life, and there are exemptions
10   within this bill that deal with the factors of people not
11   having the income, not having the ability physically to
12   cast their ballot.  I would be proud to yield for
13   questions.
14                   SPEAKER:  Mr. (inaudible), Mr. Bonnen
15   yields.
16                   UNIDENTIFIED REPRESENTATIVE:  Representativ
17   e Bonnen, I appreciate your point about not wanting to
18   discriminate on the basis of age.  And I know you're
19   looking at me because I sound like a frog.  I don't know
20   what happened either to my voice.
21                   Would you agree, though, that we also
22   distinguish between voters above and below the age of 65
23   in our voting laws because we allow anyone over 65 with no
24   excuses, no need to swear that they are disabled or sick
25   or traveling to cast an absentee ballot by mail just

TX_00212797

USA_00017171

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 88 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 209-1 Filed 06/20/12 Page 3 of 265

                                                                88
1    because they are 65 or older?
2                MR. BONNEN:  I would agree that all of us
3    greatly want every person to have the opportunity to cast
4    their ballot.  Because of that desire that we want
5    everyone to cast that ballot, we have become very free and
6    open in allowing anyone over the age of 65 to use the
7    mail-in ballot opportunity.  I would agree with you
8    completely because of our great willingness that falls in
9    line with this bill before us today to have as many Texans
10   feel the opportunity to come vote an appropriate ballot.
11               UNIDENTIFIED REPRESENTATIVE:  And when they
12   vote that absentee ballot by mail, how do we verify who
13   they are?
14               MR. BONNEN:  By their signature.
15               UNIDENTIFIED REPRESENTATIVE:  So, we don't
16   check for photo ID.  We compare the signature on the
17   outside of the envelope that contains their ballot to the
18   signature on file from their voter registration card; is
19   that correct?
20               MR. BONNEN:  That's absolutely correct, and
21   it is the comparison of their application for their voter
22   registration and the signature on the sealed envelope
23   across the seal ensuring there are the same person that
24   they say they are.  And that is another example of a
25   tremendous opportunity that all Texans have the right and

TX_00212798

USA_00017172

89

1      opportunity to use to make sure that their ballot is cast

2      and is counted.

3                    UNIDENTIFIED REPRESENTATIVE:  I guess what

4      I would say is that's why -- that's why I'm going to vote

5      against your amendment, respectfully, because I think we

6      ought to be -- I think we ought to trust that signature

7      match.  I think it is as reliable as a fairly unreliable

8      system of photo ID, and I think it is important in

9      striking the balance between securing each vote but also

10     securing access to the franchise.  And I appreciate where

11     you're coming from with this in terms of the elimination

12     of discrimination, but I think we also have to balance

13     that against access to the franchise.

14                    MR. BONNEN:  Your comments on the voting

15     ballot is another tool and opportunity to ensure that no

16     one is disenfranchised in the ability to cast a vote in

17     the great State of Texas.

18                    With that, I guess they want to have a

19     record vote.

20                    SPEAKER:  Mr. Bonnen sends up the

21     amendment.  The amendment is acceptable to the author.

22     Mr. Castro objects.  A record vote is requested.  A record

23     vote is granted.  The clerk will ring the bell.  The

24     question is on the Bonnen amendment.  Show Mr. Bonnen

25     voting aye.  Show Mr. Miles voting no.  Show Ms. Kolkhorst

TX_00212799

USA_00017173

House Floor Debate - Volume 1                    March 23, 2011

90

1    voting aye.  Have all members voted?

2                  There being 97 ayes, 50 nays, the amendment

3    is adopted.

4                  Mr. Veasey, for what purpose?

5                  MR. VEASEY:  Parliamentary inquiry.

6                  SPEAKER:  State your inquiry.

7                  MR. VEASEY:  Mr. Speaker, I don't think

8    that my 98-year-old grandmother needs to have -- show an

9    ID to Dorothy DeBowes and Nancy Murphy over in Comeaux so

10   she can vote just in case she can't -- with her expired ID

11   because Dorothy has known her since she was a little girl.

12                  So, therefore I respectfully request that

13   the back and forth that went between myself and

14   Representative Burnam and Representative Alonso be placed

15   in writing and put in the journal.  Thank you.

16                  SPEAKER:  Is there any objection?  There is

17   none?  So ordered.  The following amendment.  The clerk

18   will read the amendment.  Excuse me.  Mr. Miles?  The

19   chair recognizes Mr. Miles for an introduction.

20                  MR. MILES:  Thank you, Mr. speaker,

21   members.  I'm very pleased to request the recognition from

22   the House.  I would like to introduce to you our

23   Congressman from the 9th Congressional District, Mr. Al

24   Green from the 9th Congressional District in Harris

25   County and Fort Bend.  Al, would you raise your hand?

TX_00212800

USA_00017174

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 91 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 209-1 Filed 06/20/12 Page 6 of 265

1    Thank you for being in the House with us today.
2                    SPEAKER:  The following amendment.  The
3    clerk will read the amendment.
4                    CLERK:  Amendment by Davis of Dallas.
5                    SPEAKER:  The chair recognizes Ms. Davis.
6                    MS. DAVIS:  Mr. Speaker, members, this is
7    the amendment I brought earlier and we were trying to
8    clarify some language.  We're not trying to change the
9    procedures.  I was just trying to suggest that once they
10   followed the procedures and been determined they are an
11   eligible voter then the provisional ballot would be
12   counted, and I think with the language clarification it's
13   acceptable to the author.
14                   SPEAKER:  The amendment is acceptable to
15   the author.  Is there any objection?  The chair hears
16   none.  The amendment is adopted.  The following amendment.
17   The clerk will read the amendment.  Mr. Veasey?
18   Mr. Veasey?
19                   CLERK:  Amendment by Veasey.
20                   SPEAKER:  The chair recognizes Mr. Veasey.
21                   MR. VEASEY:  Thank you.  Under the current
22   bill, voters are able to sign a bypass affidavit affirming
23   under penalty of perjury -- affirming that they are in
24   fact indigent or have a religious objection to being
25   photographed.

TX_00212801

USA_00017175

92

1           The affidavit is -- the affidavit is
2    legally (inaudible) and wildly used in the legal arena.
3    Our courts use them, our police officers use them, and we
4    already accept them in our election process.
5           This amendment simply allows a registered
6    voter to sign a sworn affidavit swearing under the penalty
7    of perjury that you are, in fact, who you say you are.
8    This by no means is a loophole or a bypass.  These are
9    registered voters who for a number of reasons may not have
10   a photo ID like you just talked about a second ago.
11          Signing this affidavit ensures that the
12   person choosing to sign the form understands that they are
13   not only subject to perjury but they are also subject to
14   fraud in the form of voter impersonation.  Under the bill,
15   the penalty of voter impersonation is second degree
16   felony, and we'll have an amendment making it a felony in
17   the first.  This is a huge risk just to pass one vote.  I
18   don't think many people would do that.  I don't know about
19   you, but I care as much about the election process as
20   anyone, and I'm not willing to risk a second degree felony
21   in order to cast a fraudulent ballot.
22               SPEAKER:  Mr. Raymond, for what purpose?
23               MR. RAYMOND:  How is this not a loophole?
24               MR. VEASEY:  Excuse me?
25               MR. RAYMOND:  Tell me again what your

TX_00212802

USA_00017176

93

 1   amendment does.

 2                   MR. VEASEY:  This is the bypass affidavit.

 3   It just says that if you come to vote and you do not have

 4   the proper identification, the very slim and narrow piece

 5   of proper identification that this bill calls for that you

 6   can actually go in there, sign an affidavit and say that,

 7   "Yes, I am Richard Raymond and I attest under oath that I

 8   am Richard Raymond."

 9                   MR. RAYMOND:  Is this a loophole?  Could

10   people criticize this as being a loophole?

11                   MR. VEASEY:  I think that -- personally

12   think that, Mr. Raymond, because Indiana and Georgia may

13   have not discriminated against enough people as the

14   Republican National Committee would have liked.  And so,

15   they want to create even a (inaudible) bill here, and that

16   is why I think that they probably will not accept this

17   amendment.

18                   MR. RAYMOND:  Thank you.

19                   MR. VEASEY:  Mr. Speaker, the second degree

20   felony comes with a sentence of two to 20 years in prison

21   and a fine up to $10,000.  I don't think anyone would risk

22   going to jail -- what this amendment does -- let me walk

23   you through how discrimination used to happen before the

24   Voting Rights Act.

25                   Someone in the south or in Texas,

USA_00017177

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 94 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 209-1 Filed 06/20/12 Page 9 of 265

94

1    particularly an African-American, would go to cast a

2    ballot.  When they would go to cast a ballot, a very nice,

3    gentile southern woman or man sitting on the other side of

4    the aisle that was the voting clerk, sitting on the other

5    side of the desk would ask and say, "Do you have your

6    voting card with you?  Have you paid your poll tax?  How

7    many bubbles in a bar of soap?  Who was the better

8    president, Abraham Lincoln or George Washington?"  Asking

9    a series of questions so they could discriminate and then

10   deny suffrage to the person on the other end of the table.

11                Under this current bill, the way it is

12   written right now, the same thing is going to happen 40

13   years later.  Maybe the person on the other side of the

14   desk may be similar to the person 40 years ago and older,

15   but maybe not, and they will ask the person a series of

16   questions about IDs.  If they do not have a very narrow --

17   when I say "narrow," I mean there are only a handful of

18   ways that you can vote under this bill, like maybe four or

19   five.

20                SPEAKER:  Mr. Castro, for what purpose?

21                MR. CASTRO:  Will the gentleman yield for a

22   question?

23                SPEAKER:  Mr. Veasey, will you yield?

24                MR. VEASEY:  Yes.

25                SPEAKER:  Representative Veasey, so you're

TX_00212804

USA_00017178

House Floor Debate - Volume 1                    March 23, 2011

95

```
 1    trying to beef up the notice requirement to Texas

 2    residents about these huge changes in our voting laws; is

 3    that correct?

 4                    MR. VEASEY:  Exactly.

 5                    MR. CASTRO:  And is there going to be any

 6    extra cost to the state because of the amendment that

 7    you're trying to add onto the bill?

 8                    MR. VEASEY:  No.

 9                    MR. CASTRO:  Thank you.

10                    SPEAKER:  Ms. Harless, do you wish to speak

11    again?  Chair recognizes Ms. Harless to speak against the

12    amendment.

13                    MS. HARLESS:  Members, this amendment

14    actually in my opinion removes the photo ID provision by

15    allowing just a person to promise they are who they say

16    they are.  I would appreciate if you would consider

17    tabling this amendment.

18                    UNIDENTIFIED REPRESENTATIVE:  Mr.

19    Speaker --

20                    SPEAKER:  For what purpose?

21                    UNIDENTIFIED REPRESENTATIVE:  Will the

22    gentle lady yield for a question?

23                    SPEAKER:  Ms. Harless, will you yield?

24    Ms. Harless will yield.

25                    UNIDENTIFIED REPRESENTATIVE:  Actually, I'm
```

TX_00212805

USA_00017179

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 96 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 11 of 285

1   going to yield to Representative Veasey.

2                   SPEAKER:  Representative Veasey, for what

3   purpose?

4                   MR. VEASEY:  Will the gentle lady yield,

5   please?

6                   SPEAKER:  Do you yield, Ms. Harless?

7                   MS. HARLESS:  Yes.

8                   MR. VEASEY:  Ms. Harless, why on earth

9   would anyone go into a polling place and lie and say that

10  they are not who they are and sign a form that could put

11  them in jail with a second degree felony just to cast one

12  ballot?  Help me understand the process here.  Help me

13  understand why that would be.

14                  MS. HARLESS:  We heard testimony in

15  committee of many people suggesting that that occurred,

16  and --

17                  MR. VEASEY:  Suggesting that occurred and

18  producing evidence that that occurred are two different

19  things.

20                  MS. HARLESS:  And I understand that and I

21  appreciate that and I appreciate the vein that you're

22  offering this, but the whole purpose of having a photo ID

23  is so that when you go to the polls you are showing proof

24  of who you are.  We've laid out the criteria, and this

25  guts the bill, basically, because at that point you can

TX_00212806

USA_00017180

97

```
 1    just sign an affidavit and say you're who you're saying
 2    you are without proving that you are that person.
 3              MR. VEASEY:  I don't think trying to make
 4    sure that no one is denied the right to vote is gutting a
 5    bill.  I think it's actually a good step, but --
 6              MS. HARLESS:  Through this whole process
 7    I've said that there are some things that we are not just
 8    going to agree on.  This is one of them.
 9              MR. VEASEY:  This is one of the things that
10    we're not going to agree on, but I want to make the point
11    for the record here because obviously with us being a
12    Section 5 state people are watching and we want to make
13    sure that we do everything that we can to make sure that
14    everyone can cast their suffrage.
15              Help me understand.  If someone -- help me
16    understand why this is not okay because basically what you
17    just talked about earlier, one of the things that you
18    mentioned was we heard stories about voter fraud and voter
19    impersonation.  We heard stories, but there was never
20    any proof.
21              Why should we pass such a stringent bill
22    and stringent law based on rumor and innuendo?  Basically
23    rumor and innuendo that has sort of circled around voting
24    and African-Americans since after -- since reconstruction,
25    the same sort of -- sort of silly rumors that are based on
```

TX_00212807

USA_00017181

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 98 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 13 of 285

1     innuendo and things that people hear in other communities

2     without even going into an African-American community or a

3     Latino community and actually seeing what is going on,

4     just plain rumors.

5                    MS. HARLESS:  Are you ready for an answer?

6                    MR. VEASEY:  Absolutely.

7                    MS. HARLESS:  SB14 is similar to the

8     case -- the legislation that was passed in Indiana that

9     was upheld by the U.S. Constitution.  It is similar to the

10    bill that was filed in Georgia that was approved by the

11    Department of Justice.

12                   SPEAKER:  Members, would you confine your

13    comments to the amendment and the opposition to the

14    amendment?

15                   MS. HARLESS:  This amendment takes out the

16    showing the photo ID provision, and I -- I would request

17    that everybody vote to table this.

18                   MR. VEASEY:  The point of your amendment or

19    the point of your bill is to make sure that no one casts a

20    fraudulent ballot.  The point of your bill is to make sure

21    no one commits voter impersonation.

22                   Now, if someone for whatever reason does

23    not have a very narrow list of identification that you

24    have required on this bill, I just want to make sure that

25    they have the right to vote.  And currently, under your

TX_00212808

USA_00017182

99

 1   bill, they would not.  They would just have to go home.
 2   They will have been discriminated against.  They will not
 3   have had the right to vote.
 4                SPEAKER:  Mr. Veasey, would you confine
 5   your comments to questions, please?  You can use the front
 6   mic when it's your turn.
 7                MR. VEASEY:  I'm asking a question.  So, my
 8   point is you -- is why would you not want to accept this
 9   amendment so everyone can vote until proven that they were
10   guilty by committing voter fraud or voter impersonation?
11                MS. HARLESS:  This amendment changes the
12   intention of the bill, which the intention of the bill is
13   that we restore integrity in elections by people showing
14   they are who they say they are when they show up to vote.
15                MR. VEASEY:  Thank you, Ms. Harless.
16                SPEAKER:  Mr. Veasey, do you intend to
17   close?  Do you wish to close?  Mr. Veasey sends up an
18   amendment.  Ms. Harless moves to table.  The motion -- the
19   vote is on the motion to table.  A record vote requested.
20   A record vote is granted.  The clerk will ring the bell.
21   This is on the motion to table.  Show Ms. Harless voting
22   aye.  Show Mr. Strama voting no.  Have all members voted?
23                There being 99 ayes and 48 nays, the motion
24   to table prevails.  The following amendment.  The clerk
25   will read the amendment.

TX_00212809

USA_00017183

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 100 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 15 of 265

100

1                    (End of Volume 1)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

JA_002302

TX_00212810

USA_00017184

1                     REPORTER'S CERTIFICATE

2                     HOUSE FLOOR DEBATE

3                        March 23, 2011

4

5        I, Shauna Foreman, Certified Shorthand Reporter

6    in and for the State of Texas, hereby certify to the

7    following:

8        That the above transcript of the meeting is a

9    true record of the testimony given to the best of my

10   ability, having been transcribed from videotape;

11            That a copy of this certificate was served on

12   all parties and/or the witness shown herein on

13   _____.

14            I further certify that pursuant to FRCP Rule

15   30(f)(1), the signature of the deponent:

16            ____was requested by the deponent or a party

17   before the completion of the deposition and that the

18   signature is to be before any notary public and returned

19   within 30 days (or _____ days, per agreement of counsel)

20   from date of receipt of the transcript.  If returned, the

21   attached Changes and Signature page contains any changes

22   and the reasons therefor;

23            _____was not requested by the deponent or a

24   party before the completion of the deposition;

25            I further certify that I am neither counsel for,

TX_00212811

USA_00017185

102

1    related to, nor employed by any parties or attorneys in the

2    action in which this testimony is taken, and further that

3    I am not financially or otherwise interested in the outcome

4    of this action.

5        Certified to by me on this the 21st day

6    of April, 2012.

7

8

9                              Shauna Foreman, CSR
                               Texas CSR 3786
10                             Expiration:  12/31/2012
                               Esquire Deposition Solutions
11                             1001 McKinney, Suite 805
                               Houston, Texas 77002
12                             Tel. (713)524-4600
                               Firm No. 03
13

14

15

16

17

18

19

20

21

22

23

24

25

TX_00212812

USA_00017186

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 103 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 18 of 285

House Floor Debate - Volume 1                    March 23, 2011
                                                        103

**A**

A1
55:5

ability
76:14 87:11
89:16 101:10

able
52:23 68:19
71:25 72:6
87:2 91:22

Abraham
94:8

absentee
87:25 88:12

absolutely
27:11 56:22
62:22 80:23
82:5 84:5,21
85:3 88:20
98:6

accept
12:16 13:6,18
15:20 44:18
57:6 63:20
68:4 92:4
93:16 99:8

acceptable
60:25 63:2
64:19 65:3,4
68:12,18
69:22 73:22
80:13 85:14
89:21 91:13,
14

acceptance
66:13 67:9,12

accepted
14:12 44:11
54:13 65:21
66:23 67:12
68:5 69:3
80:2

access
6:11 7:3,6,
15,16 8:5,9,
16 10:23
81:25 85:8
89:10,13

accomplished
87:9

accordance
54:14

accurately
16:16 17:6

Acock
80:10

Act
38:14 77:17,
24 78:2,4
84:8 93:24

action
102:2,4

add
95:7

added
40:22 41:10
55:8 81:1

additional
20:24

address
39:11

addressed
33:4 40:19,25
41:5

adds
63:7

administrati
on
8:20

admire
87:8

admitted
70:11

adopt
73:8

adopted
90:3 91:16

adverse
81:1 82:15

advised
77:19,20

affidavit
9:14 11:5
43:15,16,18,
19,20,23,25
44:2 47:2,6,
16 54:14,20,
22,23 55:3,
15,21 56:13,
14 57:18
58:14,16,25
60:20 91:22
92:1,6,11
93:2,6 97:1

affidavits
44:7,19 45:4
47:21 56:24
58:19

affirmation
14:18

affirming
91:22,23

African-
American
82:13 94:1
98:2

African-
Americans
83:9 97:24

age
70:15,16
72:16 73:6,
11,12,15,21
74:1,12,13
75:7,20 76:1

78:17,25
82:7,8 86:20,
23,24 87:4,
18,22 88:6

ages
75:14 84:14

ago
78:24 92:10
94:14

agree
56:9 87:21
88:2,7 97:8,
10

agreed
51:21

agreement
18:1 101:19

aisle
94:4

Al
90:23,25

Alan
44:16

alert
46:12

allocate
35:21

allow
26:8 47:12
60:18 67:24
70:20 87:23

allowed
60:22,23 72:1
84:11 87:3

allowing
88:6 95:15

allows
9:16 15:3
26:15 44:22
45:3 58:15
86:9,10,12
92:5

along
42:18 43:18

Alonso
78:13,14,15
79:21,22 80:6
82:20,21,23
84:7,14,19,
22 90:14

already
20:9 74:23
76:3,18 81:2
86:19 92:4

also
30:5 34:17
35:16 39:4
44:22 47:10
56:9 60:21
73:11 87:21
89:9,12 92:13

alternative
68:19

Alvarado
74:19,20,23
75:8,15,19,
22 76:2,7

always
12:16 82:2,3

amend
21:20

amended
54:7

amendment
42:1,2,10,
11,12 45:18,
22,25 46:3,8
50:21 52:22
56:17,23
57:22,24 58:5
59:9,10,11,
12,20 60:5,6,
7,8,9,16,18,
24 61:1,2,3,
18 62:3,4,10,

TX_00212813

USA_00017187

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 104 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 19 of 285

House Floor Debate - Volume 1

March 23, 2011
104

11,12,13,14
63:6 64:14
65:4,6,7,8,
11,16 66:11
67:10 69:15,
16,17,18,21
72:22,23,24
73:4,5,6,16,
19,20,21,22
74:3 75:19,20
77:2,9,10
78:11,12,20
79:6,13 80:1,
6,12,13,14,
15,18 81:18
82:24 84:23,
24 85:13
89:5,21,24
90:2,17,18
91:2,3,4,7,
14,16,17,19
92:5,16 93:1,
17,22 95:6,
12,13,17
98:13,14,15,
18 99:9,11,
18,24,25

**amendments**
56:19 58:4
59:6 72:21
80:19,25
83:14

**amongst**
75:7

**amortize**
50:7

**amount**
30:2 47:4

**amounts**
25:4 30:18

**analysis**
16:7,9,13,
14,15,23
17:5,13,14,

15,16,20,21,
22,24 20:6
21:9,13 22:24
23:17,22,23,
25 24:1 30:18

**analyze**
20:6

**ANCHIA**
39:21,22,23
40:1,5,14,24
41:4,9,12,
18,19,20,24
42:3,6,7,12,
13,14 44:15
45:12,13,20,
22,24 46:5,7,
11,16,18,19,
22 47:8 48:2,
24 49:14
50:1,22,23,
24 51:2,8,13,
22 52:4,15,
19,23 53:6,
10,14,15,18
54:1,5,17
55:2,5,11,18
56:3,9,18,22
57:11,17,23
58:1,2 59:12,
13 60:3,4

**and/or**
101:12

**another**
20:10,19 44:2
55:21 74:25
84:10 88:24
89:15

**answer**
41:13 43:5
46:2 53:7
98:5

**answered**
14:15 27:14
53:19

**anticipates**
6:25

**Antonio**
46:20

**anybody**
83:2

**anymore**
57:7

**anywhere**
29:12

**appears**
6:18 62:20

**application**
71:4 88:21

**applied**
18:3

**applies**
3:17 35:12

**appreciate**
14:2 15:1
39:15 51:15
87:17 89:10
95:16 96:21

**appreciates**
21:2

**approach**
59:7

**appropriate**
21:23 29:16
87:7 88:10

**appropriatio
n**
30:11

**appropriatio
ns**
30:14 31:23,
25

**approve**
79:13

**approved**

27:5 51:25
52:2 77:15
98:10

**April**
1:11 102:6

**arbitrarily**
67:23

**area**
9:12 81:22

**areas**
75:22 81:23
85:6,7

**arena**
92:2

**argue**
17:20 84:14

**argued**
19:25

**argues**
16:9 32:24

**arguing**
17:19 19:21
35:11,22,23
36:24

**argument**
2:18 5:1,3
17:18 20:20
33:1 35:5,18
37:5,23,24
57:3 83:3
87:1

**arguments**
21:2 36:6
37:8,18

**around**
8:12 97:23

**article**
19:9 32:20
33:25 34:19
35:12 36:3
37:22,25

**A s i a n -**

**American**
39:5

**aside**
11:3 68:17
83:4

**asked**
27:13 28:12
47:3,20

**asking**
31:2,17
53:19,21
77:25 78:22
80:21 94:8
99:7

**aspects**
21:8

**assure**
7:2 27:17

**assured**
7:6

**attached**
27:12 101:21

**attention**
43:5 82:25

**attest**
93:7

**attorneys**
102:1

**author**
31:14 42:25
43:5 44:25
60:25 63:1
65:5,14 69:22
70:4 73:23
80:13 85:14
89:21 91:13,
15

**authority**
32:25

**authorized**
3:13

**automaticall**

TX_00212814

USA_00017188

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 105 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 20 of 285

House Floor Debate - Volume 1                    March 23, 2011
                                                              105

y
63:25 64:5
69:3
available
47:16 49:4
74:9
aware
38:13 48:20
aye
77:5,6,7
80:9,10 89:25
90:1 99:22
ayes
77:8 80:11
90:2 99:23

**B**

B
25:14 44:10
55:23
babysit
83:22
back
5:6,7 10:4
15:5 17:4
43:6,25 47:5
55:18 59:18,
24 64:16
67:15 69:8
71:17,18,24
72:3 82:14
85:17 90:13
background
39:4
bad
81:2
balance
89:9,12
ballot
9:19,21,23
10:3,4,6,22,
24 11:1,7,25
12:3,12,15,

25 13:3,5,6,
17,23 14:12,
21 15:7,9,13,
19,21,22
44:10,11,17,
18 45:8 47:2
51:19,23
52:1,3,11,
13,14 53:3,24
54:19 57:4,6,
7,10,16
58:10,19,20
65:13,21
66:17,19,23,
25 67:5,17,
20,22 68:10,
12 69:6,11,12
70:16 71:4,
14,16,17,23,
25 72:1
76:14,18 84:2
85:23 86:17,
21 87:12,25
88:4,5,7,10,
12,17 89:1,15
91:11 92:21
94:2 96:12
98:20
balloting
11:4
ballots
9:13 12:6,15,
17 13:14
66:10,14
67:9,19,24
68:4,17
bar
94:7
based
97:22,25
basically
61:22 66:11
69:2 96:25
97:16,22

basis
13:25 87:18
beef
95:1
began
6:10
beginning
24:16
being
11:11 16:23
20:22 39:8
49:21 56:1,12
62:4 68:17
70:11 72:22
76:2 77:8
90:2 91:1,24
93:10 97:11
99:23
believe
48:21 73:24
74:6 75:15
78:1
bell
77:4 80:9
89:23 99:20
Bend
90:25
benefits
75:11
BERMAN
82:5,18
besides
8:14
best
101:9
better
61:23 83:14
94:7
between
5:19 6:15
10:19 20:16
73:13 74:14

87:22 89:9
90:13
beyond
70:15 86:24
87:4
bi-anum
48:10,11
big
27:22
bill
2:2,9,11 9:7,
8,16 10:14
12:19 13:10,
12,13,16,21
14:1,4,5,6,
7,8,22 15:5,
23 16:6,8,9,
10,12,13,14,
15,16,23
17:5,6,12,
13,14 18:17,
19,22 19:4,8,
22 21:9,13
23:16,17,21,
23,24,25
24:1,14,15,
16,20 26:5,15,
27:9 28:18,22
29:1,2,7,15
30:12,13,15
31:1,22,23,
25 32:4,8,20,
24 33:4 35:3,
5,18,24 38:22
39:11,14
40:2,22 41:7
42:17,21,24
43:2,12,15,
17 44:9 45:3,
6,10,15,19
46:4,12,25
47:9,14,22
48:3,13,17
49:1,21 50:13

51:4,12
52:17,20
53:5,7 54:5,
16,21 55:10,
20 56:25 57:2
58:4,8,12,
17,21,24 59:4
60:16 62:17
63:7,18,19
64:2 65:2,14,
15 66:21 68:1
70:17 71:23
75:16 77:15,
24 80:24
81:1,13 82:6,
19 83:7 86:8,
10,11 87:10
88:9 91:22
92:14 93:5,15
94:11,18 95:7
96:25 97:5,21
98:10,19,20,
24 99:1,12
billboard
36:11
billion
32:9
bills
22:14 33:25
34:10 35:14,
15,17
bingo
58:19
bipartisan
38:16
bit
45:16,17
70:12
board
6:14 7:6
12:4,5,8,10,
12,15 13:5,17
14:12 15:7,
13,19 44:11,

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 106 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 21 of 285

House Floor Debate - Volume 1                    March 23, 2011
106

17 57:6,10 58:19
**body**
7:4 18:25 21:20 43:1 45:7 46:12
**bond**
50:15
**bonded**
50:7
**bondholders**
36:21
**bonds**
36:23 49:7, 22,23
**Bonnen**
69:18,19,20 70:1,2,7,25 71:8,11,13, 20,25 72:4,8, 15,20 73:17, 18 74:22 77:2,4 79:16, 17,23 80:7,9, 12 84:24 85:17,18,19 86:6 87:14,17 88:2,14,20 89:14,20,24
**Bonnen's**
73:4 81:17
**born**
81:24 83:7,8, 11,16
**both**
5:1 34:10 64:20
**box**
47:2
**Bring**
2:18 6:5 10:21 13:24 16:5 23:19

32:22 35:17 47:16 56:17, 20 71:17,24 79:25
**bringing**
38:25 78:20
**brought**
47:1 61:13 82:24 91:7
**bubbles**
94:7
**bucks**
48:8
**budget**
49:8,20
**building**
7:9,12 8:4
**Burnam**
81:4,5,9 90:14
**business**
4:20 7:2 8:4
**Button**
77:22
**buy**
28:13
**bypass**
91:22 92:8 93:2

—————
C
—————

**C**
19:2
**CALENDAR**
1:9 2:21,25 3:2,11,15, 17,20,25 4:2, 7,10,16,18, 19,23 5:2,4, 12,14,16 6:9
**calendars**
3:13,23 4:14,

15,21 5:10 6:12
**calender**
2:16
**calls**
85:15 93:5
**came**
61:15 77:22
**cannot**
71:24 84:4
**capable**
87:2
**capita**
48:24
**Capitol**
6:10,15 7:6, 15,16,25 8:9
**card**
29:5 88:18 94:6
**cards**
64:1
**care**
45:8 82:7,19 92:19
**carry**
30:19 60:21
**case**
2:24 3:1 4:1 22:8 47:18 67:25 78:22 90:10 98:8
**cases**
61:15
**cash**
85:9
**cast**
2:12 9:18 10:4,6,12, 22,24 11:25 13:2,23 14:20,22

52:2,13 54:19 70:16 71:23 84:1 85:23 86:14,15,21 87:12,25 88:3,5 89:1, 16 92:21 94:1,2 96:11 97:14
**Castro**
85:15 89:22 94:20,21 95:5,9
**casts**
98:19
**certain**
9:24 22:20 62:22 65:14 69:2 79:3,4, 8,11 81:23,25
**certificate**
15:2 25:4,11, 13,19 29:5 42:21 43:10, 14 47:17,19 51:6,18 52:6, 16 53:2,22 54:8,10 56:13 58:16,18 101:1,11
**certificates**
38:25
**Certified**
101:5 102:5
**certify**
101:6,14,25
**Chair**
2:6 3:1,4 5:22,23 8:21 16:12,13 17:17,18 18:1,3,11,20 19:11,13,18,

21 20:5,8,10, 16,19,21,22, 23 21:1,2 23:24 29:25 33:1,7,18 34:3,21,23 35:9,25 36:25 37:4,7,11, 17,20,22 38:5,8 42:13 48:4 50:20 59:13 60:10 61:1,4 62:6, 15 65:5,9 69:19 73:1,17 74:4 77:18,19 78:14 79:15, 20 80:15 85:18 90:19 91:5,15,20 95:11
**Chairman**
5:20 18:6 19:20 46:8 53:18 58:6 61:5 64:1
**chairman's**
33:13
**chair's**
18:15,20 19:5,7 37:11 38:3,4
**chairwoman**
46:1
**challenge**
33:15,16 49:17
**chance**
85:1
**change**
19:23 30:4 66:12,16,20 69:8,9 73:21 91:8

TX_00212816

USA_00017190

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 107 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 22 of 285

House Floor Debate - Volume 1                    March 23, 2011
                                                        107

changed
33:5 57:8

changes
16:7 18:22
55:7,13 67:12
95:2 99:11
101:21

changing
10:8,12,14
19:1

charge
25:16 27:19,
20 31:20

charged
27:25 28:2

check
68:25 88:16

Chen
77:22

China
38:18

choice
11:21

choosing
92:12

chose
75:6

circle
8:12

circled
97:23

circumstances
81:20

citizen
39:2

citizens
38:17,22
79:12

citizen's
29:5

citizens'
75:17

citizenship
38:25

civil
53:17

claim
34:24

clarification
68:8 91:12

clarify
78:6 91:8

class
73:25

classes
34:20

clause
45:20 46:4

clear
11:20 14:13
24:19 25:9,18
31:3 41:7,8
52:17,20
56:7,9

clearer
11:11,12

clearly
19:20 47:11
48:2 49:4,14
50:10 64:24

clerical
63:13

Clerk
2:2,3 42:1,
11,12 47:3
59:11,12
60:7,9 61:1,
3,19 62:12,14
65:6,8 69:16,
18 72:23,24
77:3,9,11

78:11,12 80:8
89:23 90:17
91:3,4,17,19
94:4 99:20,24

clerks
26:3

close
58:1 62:21
64:10 74:5
79:21 85:18
99:17

closed
6:10 8:5

code
13:21 54:7
55:7,13 73:9,
10,11,14
74:15,25
75:1,2,3,6,
10,25 76:1

Coleman
23:11,12,20

colleagues
59:6

collect
25:10 32:25

come
10:4 25:24
26:24 35:6
43:25 47:5
55:18 57:5
58:15,24 59:4
61:8,25 64:16
88:10 93:3

Comeaux
71:6 83:18
90:9

comes
12:14 35:3
44:25 64:9
78:24 93:20

coming
89:11

comments
89:14 98:13
99:5

commissioner
's
46:24 48:18

commits
98:21

committee
3:12,23 6:10,
12,17 7:1,13,
22 8:3 21:23,
24 22:2,5
26:18,23 79:7
80:1 93:14
96:15

committing
84:3 99:10

communities
98:1

community
98:2,3

compare
16:10 88:16

comparison
88:21

complained
23:25

completely
49:19 88:8

completion
101:17,24

compliance
66:19

complied
6:19 21:7

complies
77:16

comply
15:18 30:13
35:6

component
36:2

concern
8:1 27:1
39:10 69:1,5

concerned
40:6 43:11
48:19 58:10,
11 68:2

concerns
39:6 49:19
68:3

conduct
8:4 40:7

confine
98:12 99:4

confirm
76:13

Congressional
90:23,24

Congressman
90:23

consent
41:23

consider
95:16

consideration
2:16,21,22
23:15

considered
2:25 20:21,23
22:15,16
67:25

consistent
73:8,13,15
74:14 75:7
76:3 78:19

constituency
79:9

TX_00212817

USA_00017191

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 108 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 23 of 265

House Floor Debate - Volume 1 March 23, 2011
108

constituents
53:12 77:23
82:13 87:3

Constitution
32:19,21,23
33:16 34:19
35:7 36:17
50:4,10 98:9

Constitutional
33:3,6,19,25
34:9,16 36:3
44:21,22 48:4
49:17

Constitutionally-dedicated
35:4

construction
36:23 50:8

contacted
39:5

contained
19:17 24:1
47:13

contains
88:17 101:21

contents
31:1

continue
2:13 5:25
24:6 33:7

continuously
23:22

contrary
17:22

convenes
3:14 4:8

conversation
8:23 53:17

convoluted

47:10

copy
101:11

correct
3:18 12:4,13
17:1 24:18
27:23 40:3,8,
17,20 41:1
51:19,23
52:16 53:3
54:25 55:16,
22 56:15
59:17,21 64:5
68:20 71:9
85:20 88:19,
20 95:3

corrected
2:20 3:2 4:11
5:11,12,13

correcting
63:25

correction
5:13,15

correctly
67:8

cost
31:19 48:5,21
49:1 95:6

costs
24:18 32:9
48:18

couldn't
17:3 45:21
46:2 48:15

counsel
101:19,25

count
42:23 71:16,
19,20 72:1
86:17

counted
10:6 11:1,16,

25 13:25
15:9,10 57:16
65:13,19 89:2
91:12

counties
48:1

counting
66:13

county
47:3 49:15
61:19,20,22
72:3 90:25

couple
85:20

course
4:20

court
46:24 48:18
84:16,20

Courthouse
72:3

courts
92:3

cover
70:25 71:2

covered
78:3

covers
83:7

crafted
12:21

create
47:15,25
93:15

created
42:25 61:16

creates
48:3

creating
47:24 73:25

creation

36:15
credit
36:21

crimes
73:10 75:25

criminal
2:5

crisis
49:8

criteria
66:24 69:4
96:24

criticize
93:10

crystal
19:20

CSR
102:9

cure
55:20 57:16,
17

current
12:3 13:15
18:22 40:5,9,
16 42:19
44:24 46:14,
15 49:8 55:7
56:10,11 57:2
58:9,17 61:6,
19 66:9 68:5
69:4 75:16
83:23 91:21
94:11

currently
66:10,12
67:13 98:25

cut
73:4,23

cuts
49:11

_____ D _____

D
25:3,6

daily
3:15,17 4:7
5:12,13,16

Dallas
62:8 77:22
91:4

date
74:10 101:20

David
65:8

Davis
65:9,10,25
66:7,8,15
67:14 68:8
69:5 91:4,5,6

day
7:16 18:11
22:14 61:8,12
102:5

days
10:5,25 12:1
13:24 34:1
35:15 44:2
55:19 57:9,
16,17 71:24
72:7 85:23
101:19

deal
27:22 47:10
56:19 61:17
66:1 87:10

dealing
49:9

deals
33:19 45:25
51:5 56:23

DEBATE
1:9 5:25 9:6
14:7,8 24:6,
15 64:9 101:2

TX_00212818
USA_00017192

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 109 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 24 of 285

House Floor Debate - Volume 1                    March 23, 2011
                                                           109

debating
46:24,25

DeBowes
90:9

debt
49:23,24

decide
15:8

decision
62:22

dedicated
35:20 36:18

deem
19:6

define
75:4

defined
74:23

defines
73:10,11
74:25 75:1,2,
3,14,23

definitely
39:2 57:23

definition
73:9 74:14
75:9

degree
92:15,20
93:19 96:11

delay
73:4

deleted
55:8,9

deliberating
80:2

denied
6:11 39:8
67:1 83:11
85:21 97:4

deny

65:15 68:1,15
84:1 94:10

denying
8:5 69:7,11

department
25:10,20 27:8
30:9 31:18
48:14 77:16
78:2,8 86:19
98:11

depending
60:14 75:13

deponent
101:15,16,23

deposition
101:17,24
102:10

deprive
35:8

deprived
30:19

deprives
35:19

describing
24:17

desire
88:4

desk
26:4 94:5,14

desks
4:20

detailed
17:15,16,20,
23,25 21:13
23:22

determinatio
n
78:3

determine
30:8

determined

91:10

determines
19:13

detracting
51:11

deviation
5:3

deviations
3:11,20,21,
25 4:4

didn't
4:22 11:20
17:20 29:12
33:14

difference
10:10,18 26:5

different
13:20 52:8
54:2 62:24
64:12 75:14
78:19 80:25
81:20 82:1,2,
11 96:18

differently
27:15 62:19,
24 86:25

difficult
49:20 62:22

difficulty
4:25

diligence
26:19,23

direct
9:8 30:2

directed
43:15

direction
14:3,23 64:5

disability
70:20 86:11

disabled

71:8,10 81:13
87:24

disagree
87:5

discounted
67:23

discovered
2:25 4:10

discretion
12:16 13:6,18
15:7,12,20

discretionar
y
19:22,24

discriminate
82:8 83:9
87:18 94:9

discriminate
d
93:13 99:2

discriminati
ng
82:8

discriminati
on
83:17 84:17,
19 86:20
89:12 93:23

discriminato
ry
84:6

discuss
14:1,24 16:7

discussed
2:9 39:9
51:20,24

discussing
80:2

discussion
2:13 34:6

64:19 66:5,16
77:19

discussions
63:24

disenfranchi
se
60:13

disenfranchi
sed
89:16

disruption
61:17

distinguish
87:22

district
38:16 39:5,19
61:10,14 62:1
76:19 87:3
90:23,24

documentatio
n
40:18

documents
81:25

doesn't
3:10 7:1 8:4
9:17 28:25
43:12 47:8
51:17 53:23
70:11,25 71:2
72:2 84:15

doing
11:14 15:11
26:18 48:13
67:11 68:16
76:18

dollar
27:11

doors
7:10,25 8:12

Dorothy

TX_00212819

USA_00017193

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 110 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 25 of 285

House Floor Debate - Volume 1                    March 23, 2011
                                                          110

90:9,11

**down**
2:18 6:5 7:22
16:5 23:19
32:22 36:1
37:6 46:8
64:7 66:1
71:18 73:7
86:7

**downtown**
71:18

**DPS**
25:23 28:15
29:8,13,16
30:6,12,19
31:23,24
32:2,5 86:8

**drafted**
44:20,21 45:3
47:9 72:22

**draw**
43:8

**drive**
85:4

**driven**
70:24

**driver's**
29:4 42:21
63:21 74:10
78:21 81:25
83:23 85:2,5

**due**
26:18,22

**during**
2:23 6:16
7:6,14,16
48:16 81:24
83:11,12,16

**duty**
8:6

**dyslexic**
24:22

---

**E**

**e**
87:17

**each**
89:9

**earlier**
51:21 77:21
91:7 97:17

**Early**
12:4,9,11,15
13:5,17 14:12
15:7,13,19
61:7,11,21

**earn**
38:23

**earned**
87:9

**earth**
96:8

**easier**
47:10 65:1

**easily**
58:22

**easy**
80:20 83:2

**effect**
18:20 68:14
69:7

**effective**
33:5

**effectuate**
11:18 22:13

**effort**
39:15

**Eiland**
72:25 73:2,3,
16,19 74:5,6
75:5,12,18,
21,24 76:4,
11,12,16,21,
24 77:1,5

---

78:18 82:24

**either**
44:3,5,6
51:7,17 53:13
63:12 87:20

**elderly**
73:9,10,12
74:8,14,17,
23 75:4,9,13,
23,25 79:3,
12,24 84:25

**Election**
12:9 13:21
15:2 43:22
54:7,24 61:8,
10,12,14,21,
24 65:17
73:13 74:15
86:13,17
92:4,19

**elections**
40:3 45:1
47:3 99:13

**Elementary**
71:6 83:18

**eligibility**
61:24

**eligible**
2:22 43:22
54:24 91:11

**elimination**
89:11

**EMERGENCY**
1:9 83:25

**employed**
102:1

**enacting**
45:20,23,25
46:4

**encouragemen
t**
59:23,24

---

**end**
94:10 100:1

**enough**
8:16 11:13
23:22 50:16
62:21 64:10
75:16 93:13

**ensure**
8:6,7 65:17,
18 89:15

**ensures**
92:11

**ensuring**
88:23

**enter**
7:12

**entered**
20:11,17 36:9

**entire**
38:20

**entity**
40:20 41:1,6

**entrances**
7:17,19,21
8:10

**envelope**
9:22 10:9
11:7,10,11
88:17,22

**error**
2:23,24 3:1
4:10,18 5:9,
11 63:13

**especially**
83:4

**Esquire**
102:10

**estimate**
48:15

**estimated**
48:15

---

**everybody**
11:15 29:14
42:18 48:8
63:15 72:12
81:12 82:1
83:6 98:17

**everybody's**
81:19

**everyday**
8:17

**evidence**
96:18

**exact**
64:25

**exactly**
40:9 83:5
95:4

**example**
61:9 64:19,20
70:8 88:24

**examples**
64:9

**exception**
4:5,6

**excessive**
41:22

**exchange**
5:19 20:11,16
28:12 36:9

**Excuse**
32:3 53:15
85:15 90:18
92:24

**excuses**
87:24

**execute**
43:15,16,18
44:2,7 45:4
47:20 54:18
55:3,15
56:13,14
57:18 60:20

TX_00212820

USA_00017194

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 111 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 26 of 285

House Floor Debate - Volume 1                          March 23, 2011
                                                              111

executes
54:13

executing
43:20

exempt
82:10

exempted
79:14

exemption
60:22,23
70:3,5,10
86:10,11

exemptions
70:18 87:9

exist
4:14,15

existing
16:10 20:3

exists
37:25

expand
59:1

expenditures
48:25

expenses
31:5

Expiration
102:10

expired
29:22 41:16
50:18 71:7
85:12 90:10

explain
9:11 15:11
22:24 35:7
70:4

explained
21:13

explaining
31:1

explanation

31:14

express
16:11 18:21
19:7,17 46:20

expressed
39:6

expressly
18:25 19:3,4,
10 20:2 22:23

extend
41:21 44:16
51:10

extended
6:16 7:14
41:25

extension
8:9 29:24,25
41:22

extensions
7:25

extra
27:19 95:6

_____ F _____

F
16:4

faces
61:15

fact
17:13,21
19:24 20:3
35:1 37:11
40:6 48:20
67:2,4 68:1
91:24 92:7

factors
87:10

fails
16:7,9,10

fairly
89:7

faith

36:21

fall
34:20

falls
88:8

false
13:7

far
31:17 49:5
54:15

Farrar
6:2,3,7,9,
21,22,24 7:8,
18,20 8:8,11,
19

father
70:8,13

father's
70:8

favorable
62:7,10

fear
57:2 67:21

fearing
49:10

fee
25:3,7,10
30:6 56:1

feel
88:10

fees
24:17

felony
92:16,20
93:20 96:11

felt
11:18

figure
10:18 48:6

file
21:22 23:3

47:2 88:18

filed
62:4 63:12
98:10

files
64:20

fill
26:2

filters
63:14

financially
102:3

find
36:15 37:5

finds
3:4 16:13
23:25

fine
5:3 93:21

finishes
86:5

Firm
102:12

first
5:5,9 26:21
38:17 43:25
52:25 56:13
58:24 85:20
92:17

fiscal
29:11,13,18
30:17,23
31:4,10 32:6

five
78:21 94:19

fix
47:11,12,15
58:4,6,25

fixed
85:4

fixes

43:12

flaw
42:17 45:6
58:21

flexibility
80:22

FLOOR
1:9 35:3,6,17
59:5 86:23
87:1 101:2

Florida
72:18

folks
47:5 72:14
83:20

follow
23:14 42:18
43:18 65:12
67:11 69:2

followed
65:20 66:22
67:4 68:6
91:10

following
14:23 42:1,10
45:16 54:7
59:11 60:7
61:1 62:12
65:6 67:7
69:16 72:22
77:9 78:11
90:17 91:2,16
99:24 101:7

Foreman
101:5 102:9

foremost
85:20

form
10:22 11:5
17:15,24 26:2
30:7 44:18
45:4 92:12,14
96:10

TX_00212821

USA_00017195

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 112 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 27 of 285

House Floor Debate - Volume 1                          March 23, 2011

112

forms
9:17 10:4,13
26:14 27:6
29:6 52:1,2

Fort
71:18 83:19
90:25

forth
90:13

fortunate
39:18

fortunately
15:2

forward
80:1

found
23:21 33:14,
19 34:19
66:18

four
7:17,19 8:10
63:24 94:18

fraction
49:1

franchise
89:10,13

Fraser
2:3

fraud
84:3 92:14
97:18 99:10

fraudulent
92:21 98:20

FRCP
101:14

free
25:21 26:8,
15,20,25
27:11,19
28:3,5,7,9,
14,24 29:8
30:10,12,20

31:15,18,20
48:9,22 86:8
88:5

friends
81:11,16

frog
87:19

front
2:19 6:6 16:5
23:20 32:23
99:5

frustrated
55:12

fulfill
8:6

full
36:20

fully
31:14

fun
23:13

Fund
33:1 35:9,20
36:15,19
37:2,3 48:10,
16 49:16,23
50:3,5,6,11,
14

funding
35:20

funds
32:25 36:18
49:4

furlows
49:11

further
2:16 22:19
23:15 34:8
101:14,25
102:2

future
49:18

**G**

G
7:10,22

GALLEGO
3:6,19,21,24
4:3,5,9,12
5:8,20

game
53:6,11

Gee
64:3

general
18:25

Generally
22:1

generation
38:17

gentile
94:3

gentle
39:23 41:16
42:16 50:24
53:20,21
58:3,7 95:22
96:4

gentleman
38:24 44:13
69:24 74:21
81:5 82:21
94:21

gentleman's
50:18 85:12

gentlemen
45:9,10

George
94:8

Georgia
72:17 86:18
93:12 98:10

Geren
29:21 77:6

getting
29:17 48:7
62:8 80:22

Giddings
60:8,9,10,11

girl
90:11

give
28:6 31:15,19
45:21 49:17
58:7 64:4
70:9,12 75:13

given
17:12 30:13
101:9

giving
31:18

go
7:21,22 8:11,
16 12:6,20
14:4 20:1
25:22 27:10,
20 28:7,16,25
29:8 31:24
32:18 44:1
51:5 53:9
54:18 63:2
67:15 69:8,13
70:16 71:6
72:12 81:11,
23 82:9 85:4
86:7 93:6
94:1,2 96:9,
23 99:1

goes
28:1,20,25
73:23 83:19

going
4:17 8:2 14:1
15:5,10 25:6,
16,23,24,25
26:2,3 27:10,
20 28:5,6,9,

12,13 29:13,
15 30:2,3,9
43:3 45:21
46:8,13 48:5,
8,9,11 49:15,
16 50:14
56:23 57:24
58:14 59:5,6,
18 64:11,12
66:11 67:21,
24 68:4,11
74:7 78:7
84:24 85:2
87:1 89:4
93:22 94:12
95:5 96:1
97:8,10 98:2,
3

gone
51:9 73:4

good
56:3,4 58:24
67:4 72:8
97:5

government
8:3 41:1,6
73:9,11,14
74:15 75:2,6,
13 76:1

governmental
40:20

governments
48:12 49:15

governor's
61:9

grandfather
74:11,12

grandmother
70:22 72:12
82:13 83:15,
21,23 85:21,
22 86:8 90:8

granted

TX_00212822

USA_00017196

House Floor Debate - Volume 1                    March 23, 2011

89:23 99:20
**great**
39:1,2,14
61:16 70:8
81:17 86:23
88:8 89:17
**greatly**
88:3
**Green**
90:24
**grounds**
2:20 21:5
23:17 37:16
38:6
**group**
38:16,20
72:14 82:7
**groups**
38:13 39:5
**growing**
60:14
**guarantee**
40:11 66:22
68:12
**guess**
4:24 11:11
26:17,18 30:3
89:3,18
**guilty**
99:10
**gut**
45:19
**guts**
19:25 46:4
96:25
**gutting**
20:3 97:4

--- H ---

**hammer**
84:10
**hand**

28:15 90:25
**handful**
94:17
**handicap**
70:10,19
**handicapped**
70:10
**handle**
66:17
**handled**
66:18
**handling**
66:9,13
**hang**
62:5 66:1,6
**happen**
84:15 85:25
93:23 94:12
**happened**
87:20
**happens**
43:3 52:9
56:7
**happy**
2:13 36:8
44:16 57:21
60:2 69:7
**hard**
38:22 39:14,
19
**Harless**
2:7,8 5:23,24
8:21,22 9:4,
6,10,16 10:2,
11,20 11:14,
22 12:5,9,13,
19 13:1,8,19
14:15,19
15:14,23
24:4,5,12,
19,24 25:2,9,
18 26:10,13,

21 27:4,13,23
28:2,8,17,21
29:2,18
30:14,23
31:3,9,12,22
32:3,6,10
38:12 39:12,
14,17,25
40:1,4,9,21
41:2,7,10,14
50:20,25
51:1,8,20,24
52:12,17,21
53:4,8,13,25
54:4,6 55:1,
4,6,17,24
56:6,16,20
57:9,15,21,
25 63:10
76:8,9,12,
17,23 77:5
80:9 82:6
95:10,11,13,
23,24 96:6,7,
8,14,20 97:6
98:5,7,15
99:11,15,18,
21
**Harris**
61:20,22
90:24
**hasn't**
70:24
**haven't**
32:17 43:22
52:23
**HB1111**
2:23
**Health**
74:24 75:1,11
**hear**
16:25 17:4
38:3 98:1
**heard**

5:21 36:6
37:22 96:14
97:18,19
**hearing**
32:13
**hears**
5:22 29:25
61:1 65:5
91:15
**Help**
96:12 97:15
**her**
14:6,7,8
42:17 43:6
58:4 70:14
71:3,4,5,18,
19,25 72:1,2
77:23 83:17,
19,20,25
84:1,2 85:23
86:12,13,14,
17 90:10,11
**hereby**
101:6
**herein**
101:12
**hide**
48:17
**hire**
47:5
**Hispanics**
83:9
**hit**
48:9 49:14,16
50:2,14,16
**Hochberg**
62:13,14,15,
16 63:9
**hole**
47:22
**home**
99:1

**honor**
39:1
**Honorable**
5:19
**honored**
70:1
**hope**
42:17 59:7
65:3 66:3
85:25
**hopeful**
56:25
**Hopefully**
86:7,9,10
**hours**
3:3,14 4:7
6:14 7:15
**HOUSE**
1:7,9 3:14
4:8 5:12,14,
16 6:17 8:19
23:13,17 24:4
35:16 86:23
87:4 90:22
91:1 101:2
**household**
64:23
**houses**
34:10
**House's**
4:20
**Houston**
102:11
**huge**
58:9 92:17
95:2
**Human**
74:24 75:1,11
**hurdle**
36:18 37:24
**hypothetical**

TX_00212823

USA_00017197

23:5

**I**

ID
9:17 10:4,13,
22,24,25
11:23,24
12:22,24
13:2,9,10,
22,23 14:24
26:9,14,15
27:1,2,9,10,
19 28:9,10,
13,24 29:3,5,
6,8 30:5,15
31:24 38:14,
21 40:25
41:11 43:23
44:8,19,23
45:2,4 47:18
48:7 51:7,18
52:1,2,5,13
53:2,23 56:4,
12,15 57:20
59:2 69:22
70:16,21
71:17,24
72:3,4,12,
16,17 77:24
78:22 85:24
86:8,13,17,
21 88:16 89:8
90:9,10 92:10
95:14 96:22
98:16
idea
79:8
identificati
on
2:5 12:1
13:24 24:18
25:3,11,12,
19 27:6 40:7,
10,15,22,23
55:25 58:24

62:18 63:20
70:14 93:4,5
98:23
identity
47:20,25
60:13,19
IDs
25:23 26:20
27:25 28:3,4
29:14 30:10,
12,20 31:15,
18,20 48:23
74:7,9 94:16
ignored
49:21
imagine
61:14
imagining
26:1
impact
30:6 50:15
82:15
impersonatio
n
40:8 92:14,15
97:19 98:21
99:10
implement
49:2,5,6
importance
15:12
important
43:4 89:8
impression
17:18 80:25
improve
65:3
improvement
57:1
inability
60:16

inadvertentl
y
69:10
inartfully
47:9
inaudible
16:14 38:10,
13,19 39:7,
10,15 40:18
41:15 48:17
50:17 59:19
63:4,7 65:8,
12 77:22
85:11 86:2
87:14 92:2
93:15
inclined
18:11
include
9:24 11:8
17:14 37:8
62:8
included
39:11
including
2:4 6:16
income
85:4 87:11
incoming
64:1,5
increase
47:3,4
indebtedness
50:7
India
38:19
Indiana
48:21,25 49:6
72:17 86:18
93:12 98:8
indicate
4:24 33:14

indicates
3:11 6:9
indigent
44:3,6 55:21,
24 57:13
70:19 86:9
91:24
individual
60:15
individuals
61:6 70:18
indulge
17:3
indulging
51:15
infirmity
33:3
inform
30:3
initially
6:13
innuendo
97:22,23 98:1
in-person
14:21
inquiry
3:7 5:9 6:22,
23 16:20,21
17:8,9 21:17,
18 22:10,11,
19 33:11,12,
22,23 34:9
59:15,16
63:5,6 77:12,
13 78:1 90:5,
6
insensitive
72:13
insignifican
t
49:15

insofar
13:13
instance
4:22 5:11
28:5 35:13
instances
36:16
integrated
82:4
integrity
39:3 40:3
45:1,8 57:4
58:10 65:17
99:13
intend
99:16
intent
25:17 30:20
31:15,17
65:15 66:17
67:15
intention
99:12
intent's
66:16
interested
102:3
internet
8:15,16
interpretati
on
19:6,7 36:4
37:3,21
interpretati
ons
64:12
interprets
19:11
introduce
22:13,14
90:22

TX_00212824

USA_00017198

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 115 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 50 of 285

House Floor Debate - Volume 1                    March 23, 2011
                                                           115

introduction
90:19
issue
4:12 33:20
46:25 47:1,
11,12 49:22
56:19,24
58:18 60:14
63:8 70:13
73:24
issued
25:11 43:23
items
22:1

___ J ___

jail
93:22 96:11
Jerry
66:1,15 69:14
job
48:13 49:12
jobs
49:10
journal
5:20 18:12
20:12,17
36:9,11 90:15
judges
61:21
judgment
62:18,20
July
5:15
just
3:6 8:12
19:13 22:20,
22 23:1,2
27:16 28:9
35:14,15
36:12 43:6,23
44:5,16 45:19
47:15 51:13

53:19 55:12
57:12 59:1
62:5 63:1,23
64:22 65:11,
22 66:6,21,
23,25 67:10,
16,19,22
68:5,15 69:2,
9 72:13 74:11
80:21 81:12
85:7 87:25
90:10 91:9
92:10,17 93:3
95:15 96:11
97:1,7,17
98:4,24 99:1
Justice
77:16 78:2,8
86:19 98:11

___ K ___

keep
53:16 73:15
kind
27:18 45:16
76:13
King
59:14,15,16,
17,21,22 60:2
know
7:8,24 8:18
10:1 11:12
12:8 13:12
15:6 23:12
26:25 27:24,
25 28:5,7,15,
20 30:4 33:16
44:19,20
48:13 52:20
53:10 64:3,
11,17 68:22
71:2 74:7
75:5,24 78:23
81:15,23 82:1
83:17,19,22

84:2 87:18,19
92:18
known
83:20 84:2
90:11
knows
43:7 64:1
Kolkhorst
89:25
Korea
38:18

___ L ___

ladies
45:9
lady
9:1,3 14:6,7
24:9,11
39:23,24
42:17 50:24
53:20,21
58:3,7 95:22
96:4
lady's
41:16
laid
3:2 80:24
96:24
language
9:24 16:13
24:19 31:3
41:8,9 44:9
56:6 67:7
68:10 69:1
73:7 76:5
91:8,12
large
72:14
last
16:22 17:3
20:14 61:9,10
63:15,24
64:24,25

later
3:14 55:19
70:19 71:24
73:21 94:13
Latino
98:3
launched
35:1
law
12:3,18 13:5,
8,15,16
14:11,14
16:10 18:23
19:8,16 20:4
26:7 40:5,10,
16,17 42:19
44:24 46:14,
15 56:10,11
57:3 58:9
61:6 66:10
67:13 68:5
69:4 72:9,16
75:23 76:3
79:1,2,4 83:4
86:1 97:22
lawmakers
36:20
laws
78:25 82:14
87:23 95:2
layout
3:1
LB
48:13
learning
23:13
least
70:24
leave
7:9,22
left
7:8

legal
19:1 67:8
83:8 92:2
legally
92:2
legislation
40:13 68:7
98:8
legislative
6:16 7:14
30:20 34:6,
13,20 81:21
legislature
2:24 34:10
64:4 86:22
legitimate
68:19
Leo
82:11
less
56:11
lesser
17:19
let's
14:4 54:17
71:3
letting
15:8
level
7:10
levity
53:20
license
29:4 42:22
63:21 74:10
78:22 83:23
85:2,5
licenses
81:25
lie
96:9

TX_00212825

USA_00017199

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 116 of 123

life
87:9

liked
93:14

limit
81:15

Lincoln
94:8

line
3:8 9:15
10:15 14:4,11
15:6 16:7,8,
11 17:3 24:16
25:6 26:3
42:8 70:15
88:9

list
16:10 19:3
40:16 43:10,
14 47:18,21
51:7,17 52:6,
16 53:3,23
54:9,11 56:8,
12 57:6 58:17
68:23,24
98:23

listed
4:5 40:16

listened
37:17

listening
45:14

listings
64:6

lists
25:4

little
24:22 45:16
72:13 80:22
90:11

live
81:21

lived
83:12

local
48:12

location
86:13

lockboxed
50:3

locked
7:10,21 8:13

lodge
20:10

logical
76:6

long
14:25 27:7
32:11,13 63:2
81:22

longer
15:20

look
7:4 24:13
43:2 44:9
45:11 47:9
48:2 57:21
61:15

looked
36:6

looking
9:7,12 24:15
45:15 49:11
53:25 55:1,4
87:19

looks
24:17

loophole
42:25 58:9
92:8,23 93:9,
10

lose
30:9

loss
48:15

losses
49:12

lost
25:25 29:17
30:12 71:4,5

lot
59:4 72:10

lots
81:11

love
56:22

lower
75:20

lowering
73:25

luck
32:18

Luckily
83:24

—— M ——

Madden
65:24 66:3,7,
8 67:6 68:21

mail
30:3 40:19,25
41:5 70:23
71:1,3 76:15,
18 83:24
87:25 88:12

mail-in
88:7

main
7:17,19 8:10

maintain
53:16

major
42:17 45:6,7
47:22

making

31:19 37:21
45:2 53:20
63:23 67:16
75:8 83:13
92:16

male
82:16

man
94:3

mandate
48:1,3,12

mandating
15:9

mandatory
19:23 58:21

manner
78:19

March
101:3

M a r t i n e z -
F i s c h e r
8:24 9:1,5,
11,20 10:7,15
11:2,17 12:2,
7,11,14,23
13:4,12,19
14:2,17 15:1,
17,24 16:1,3,
9,18,19,22
17:2,7,10
18:5,8,10,
14,18 19:5,
14,15,18
20:8,13,18
21:1,4,8,11,
16,19,24
22:4,9,12,18
23:4,7,10
24:7,9,13,21
25:1,5,15,22
26:12,17,22
27:7,16,24
28:4,11,19,

23 29:10,23
30:1,17,25
31:6,11,13
32:1,4,8,12,
16,17,24
33:2,9,10,
13,18,21,24
34:4,8,12,
15,18,22
36:5,10 37:7,
10,15,20
38:5,7

match
89:7

material
62:19

materially
16:14 21:10
23:18 24:2

matter
35:11

McKinney
102:11

mean
8:1 11:3
26:23 31:20
35:9 48:2,17
49:14 52:24
55:12 58:9
72:11 94:17

means
4:4 92:8

mechanism
57:4

meet
8:3 61:24

meeting
6:9,11,12,
13,24 7:1,7
16:15 38:15
67:8 101:8

meetings
6:17

TX_00212826

USA_00017200

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 117 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 52 of 265

House Floor Debate - Volume 1        March 23, 2011

117

**member**
7:11,24 8:9
17:22 18:24
21:20 42:5,8
76:10

**Members**
2:9 5:21,25
8:22 14:23
17:12 29:24
42:15,24
58:3,23 59:4,
23 60:12 61:6
62:3,17 65:11
69:20 72:21
73:3,18 74:6
78:16,17,24
79:11,17,22
80:3,17
85:17,19
86:22 90:1,21
91:6 95:13
98:12 99:22

**member's**
24:5

**Menendez**
46:10,17,19,
23 47:23
48:20 49:7,22

**mentioned**
75:24 97:18

**merely**
65:11

**merits**
35:23

**mess**
65:2

**met**
66:24

**method**
7:15 38:21
69:9

**methodology**
29:12 30:7

**Mexico**
38:18

**mic**
59:24 99:6

**Miles**
89:25 90:18,
19,20

**million**
32:9 48:6,10,
11,21,22
49:2,3,4

**mind**
3:7 59:8

**mine**
25:24,25
28:13

**minimum**
49:2

**minority**
38:13

**minute**
50:9,11 66:2

**minutes**
2:10 78:24

**misleading**
21:10 24:2

**misleads**
23:18

**misreading**
63:13

**missing**
83:6

**Missouri**
49:5

**misspelled**
63:17

**mistakes**
68:22

**mistyped**
63:13

**misunderstand**
17:17

**misunderstood**
19:19

**Mobility**
33:1 35:9,19
36:15,19 37:2
48:10,16
49:16,23
50:3,5,6,11,
14

**moment**
19:14 86:6

**Monday**
2:9

**money**
27:25 28:1,2,
8,20,25 29:20
30:2,9,12,18
32:2,5 36:22
37:1 49:12
85:5

**moneys**
28:16 29:16
35:4,8,21

**morning**
46:21,23

**most**
61:15 76:19

**mother**
70:8,10

**motion**
5:21 41:20
74:16 76:24
77:3,8 79:19
80:4,5,8,11
99:18,19,21,
23

**move**
5:25 57:25

**moved**
38:18

**moves**
29:23 77:2
80:7 99:18

**Murphy**
90:9

**must**
2:11 9:25
10:9,18,19
11:6,8,10,
13,18,20
17:14,23,24
20:1 33:3,25
34:10 59:19
61:8 65:17

**myself**
59:6 82:24
90:13

—————— **N** ——————

**name**
12:7 40:20
41:1,6 43:10
54:11 62:19
63:16,20
64:8,24,25

**Nancy**
90:9

**narrow**
12:21 19:6
93:4 94:16,17
98:23

**narrowly**
2:10

**narrowly-designed**
2:11

**National**
93:14

**naturalized**
38:17

**nature**
82:1

**nays**
77:8 80:11
90:2 99:23

**necessarily**
76:17

**necessary**
35:24

**necessity**
47:4

**need**
11:13 15:15
20:24 27:1,9
29:20 30:21
31:13,16 38:3
44:5 70:15,16
81:16 82:10
85:24 86:9,11
87:6,7,8,24

**needed**
28:13 83:25
84:10

**needs**
86:8 90:8

**Neither**
44:4 47:18,19
52:5 101:25

**never**
44:22 45:3
56:14 57:5,13
97:19

**new**
2:25 36:16
61:15

**newspaper**
46:20

**nice**
94:2

**nickel**
27:11

**night**

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 118 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 53 of 285

House Floor Debate - Volume 1                    March 23, 2011
118

64:21
nobody
83:3
normally
6:15
notary
101:18
note
29:10,11,13,
18 30:17,23
31:4,10 32:6
noted
3:1 6:13
nothing
28:17,21 29:1
37:6 43:1
47:13 55:15
notice
3:16 4:18 5:2
9:24 55:6
66:21 72:9
95:1
notify
18:24
number
62:23 92:9
numbers
43:17

**O**

oath
93:7
objected
42:8
objection
5:22 20:22
29:24,25
41:23,24
44:4,6 55:22
56:1 57:13
60:25 65:5
80:14 85:14
90:16 91:15,

24
objects
85:15 89:22
obligation
36:20
obtain
55:25 81:25
obtaining
25:12
obviously
31:7,19 51:7
80:18 97:11
occur
60:15 86:15
occurred
2:23 5:10
96:15,17,18
o'clock
6:25 7:9,12
offer
57:22
offered
20:5 73:24
offering
54:10,12
96:22
office
39:6
officers
92:3
official
40:19,25 41:5
63:19 64:11
officials
62:18,23
64:8,13
offset
49:12
Oh
56:18,22
71:11

Okay
9:20 12:23
13:4 15:5,24
18:15 24:21
25:5 31:9,16
32:14 43:10
52:15 53:20
55:6 56:3
57:23 63:7,9,
10 75:22
97:16
old
70:9,23 80:19
81:10 83:16,
21
older
70:12 76:14
83:1 88:1
94:14
once
12:3 21:21
38:1 48:6
65:19 66:18,
24 91:9
onerous
8:1
one's
65:15
open
8:1,7,23 9:1
56:25 58:3
59:8 88:6
openness
8:2
opinion
95:14
opportunity
10:22 13:2,23
14:21 17:12
27:5 29:8
46:1,12 58:7
73:23 85:23
86:12,16

88:3,7,10,25
89:1,15
opposition
73:17 98:13
option
15:8 26:1,25
order
2:16,19,21
3:5,9 4:13
6:4,5,8,19
11:18 16:4,6,
17 19:15,19
20:6,7,9,19,
25 21:3 22:13
23:14,19 24:3
29:20,22
30:21 32:20,
22 33:6,8,15
34:2,13,25
35:1,17,18,
19,24 36:2,7,
13 37:13 38:2
41:16,17
44:23 48:7,22
50:18,19
52:24 53:16
74:12 85:12,
13 92:21
ordered
5:22 90:17
original
28:11
ostensibly
43:11
ought
74:13 89:6
outcome
102:3
outside
39:5 88:17
over
28:15 45:21
51:9,24,25

61:7,11,16
62:24 63:24
69:21 87:23
88:6 90:9
overrule
36:13
overruled
3:5 6:20
16:17 21:3
24:3 33:8
36:1,8 37:14,
19
overrules
38:6
overruling
38:2
overwhelming
30:2

**P**

Page
9:8,15 10:16
14:4,11 15:6,
19 16:7,8,11
23:21 24:14
43:16 44:1
53:25 54:1,2,
20 55:19,20
101:21
pages
64:22
paid
94:6
Pakistan
38:19
paper
46:23
Pardon
7:18
parliamentar
y
3:7 6:22
16:20 17:8

TX_00212828

USA_00017202

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 119 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 54 of 265

House Floor Debate - Volume 1                    March 23, 2011
                                                             119

21:17 22:9
33:10,22
59:15 77:12
78:1 90:5

**part**
16:22 20:14
21:13 26:21
36:25 64:21
78:5 79:9
82:25 83:3
84:9,11

**particular**
62:1 82:25

**particularly**
83:10 84:2
85:9 94:1

**parties**
101:12 102:1

**parts**
22:21 62:17

**party**
61:8,21,25
101:16,24

**pass**
26:8 34:10
35:15 52:1
92:17 97:21

**passage**
6:1 8:23

**passed**
64:2 72:15
82:14 98:8

**passes**
27:9 77:15
86:1

**passing**
72:9

**passport**
29:5

**passports**
23:21 24:1

**Patricia's**

71:23

**pay**
26:6 27:10
28:6,8 29:14
36:22 43:4
48:8 79:8
82:24

**payment**
55:25

**pays**
28:24

**PDA**
8:15

**Penal**
73:10,14
74:15 75:3,6,
10,25

**penalties**
2:5 60:20

**penalty**
91:23 92:6,15

**people**
27:5 31:15
38:22 39:15
40:6 45:2
47:5,12,16
48:6 57:5
58:10 59:1,2,
4,18 61:10,
12,13,23
62:8,25
64:16,23
66:25 67:16,
21 68:1,13,
14,22,23
69:10 74:8
78:2,25
79:24,25
80:20 81:10,
21,23 82:16
83:2,13,17,
19 84:2,11
85:7 87:10

92:18 93:10,
13 96:15
97:12 98:1
99:13

**people's**
65:23 67:3

**percent**
63:11

**perfect**
54:17

**period**
83:12

**perjury**
60:20 91:23
92:7,13

**permission**
15:3 22:13

**permissive**
58:20

**permitted**
3:12,20,22
4:1,4

**person**
8:17 9:23
10:12,13,21
11:8,22 13:10
25:11,12
30:25 40:20,
25 41:5 43:9,
14 44:22
51:5,16 52:4,
10 53:1,21
55:14 58:15
61:8 65:12
68:9 76:22
88:3,23 92:12
94:10,13,14,
15 95:15 97:2

**personal**
24:18 25:3,
10,12

**personally**
93:11

**persons**
73:11

**perspective**
81:21 82:2

**photo**
9:17 10:13
11:23 12:22
13:9,10,22,
23 29:3 30:15
31:24 38:14
40:7,11,21,
23 41:11
44:8,19 45:2
47:18 51:7,18
52:1,5,13
53:2,23 56:4
58:24 59:2
72:16 74:7,9
77:24 78:22
85:24 88:16
89:8 92:10
95:14 96:22
98:16

**photographed**
56:2 91:25

**phrase**
4:3

**physically**
87:11

**picture**
29:6

**piece**
93:4

**pieces**
40:15

**place**
5:5 36:17
38:21 61:7,
11,16 63:18
66:12 67:19
86:14 96:9

**placed**
9:23 11:8

42:7 90:14

**places**
61:21 64:22

**plain**
98:4

**plan**
35:8

**please**
2:19 17:2
24:10 25:1
37:11 41:21
43:2 53:16,17
62:5 76:24
77:12 80:5
96:5 99:5

**pleased**
58:3 90:21

**pledged**
50:6

**plenty**
72:9

**point**
2:15,18,19
3:5,9 4:13
6:3,5,7,19
16:4,5,16
19:15,16,19
20:6,7,9,10,
19,24 21:3
23:14,19 24:3
29:22 32:19,
22 33:8,14
34:2,25 35:1,
10 36:1,7,13
37:13 38:2
41:15,16
44:17 50:18,
19 57:10 72:7
78:20 79:1,2,
3,7 80:1 83:6
85:12,13
87:1,17 96:25
97:10 98:18,

TX_00212829

USA_00017203

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 120 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 35 of 205

House Floor Debate - Volume 1                    March 23, 2011
                                                              120

19,20 99:8
**pointed**
83:1 85:1
**points**
33:6 43:6
52:24 58:6
82:6
**police**
60:21 92:3
**policy**
45:23,25
**poll**
27:17 94:6
**polling**
61:7,11,16,
21 96:9
**polls**
2:13 10:21
13:11 30:16
38:25 40:7
43:9 51:6,17
55:15 60:21
76:22 81:12,
14 82:9 96:23
**portion**
20:20
**possibility**
39:7
**possible**
49:23
**possibly**
49:25
**post**
3:13
**posted**
3:11,25 6:13,
24 8:3
**posting**
4:17 5:6 8:14
**power**
11:15

**precedence**
18:3,5
**precedent**
18:7,8 36:7,
12,15 81:2
**precinct**
43:21 54:12
62:17,23
63:19 64:8,11
**Precisely**
33:5 50:2
**pre-cleared**
86:19
**precluded**
70:20
**prefer**
6:1
**prepare**
3:13
**prepared**
14:7,8
**prescribed**
9:17 10:13
**present**
54:9 62:19
**presenting**
2:4
**presents**
58:9
**preservation**
6:14 7:5
**preserve**
80:20
**preside**
61:7
**president**
94:8
**presiding**
61:11,12
**presume**

14:6 25:23
**pretty**
11:20 72:14
**prevails**
77:9 80:11
99:24
**previously**
39:9
**printed**
2:25 4:7
10:8,9 11:6,
10 64:21
**printing**
4:9 5:9,11
9:22
**prior**
18:4 22:22
80:18
**prison**
93:20
**privilege**
39:2
**probably**
49:3 93:16
**problem**
26:20 44:21,
23 45:7
47:11,15 48:4
50:1,2 58:4,
6,25 63:22
70:13,14
85:6,7
**procedural**
33:15 34:1,4,
11,17 35:18
36:2,17 37:5,
15,24 38:2
**procedurally**
35:5,10,13,
14,15,19,21
36:1 37:1,2,6
38:1

**procedure**
34:7,14,20
35:2,16 63:14
67:11 69:3
**procedures**
65:12,20
66:12,21
67:4,8,18
68:6 91:9,10
**proceed**
35:21
**PROCEEDINGS**
2:1
**process**
7:11,24 8:7
21:19 56:5
65:17 69:9
92:4,19 96:12
97:6
**processed**
26:3
**producing**
96:18
**promise**
95:15
**proof**
2:4 44:5
55:25 96:23
97:20
**proper**
51:14 86:13,
17,21 93:4,5
**properly**
2:21 20:23
**protect**
39:3 74:17
75:16 80:19
83:13
**protected**
38:13,24
77:23 84:25
**protecting**

36:18 40:2
**protection**
79:10 81:17
**protections**
79:3 81:16
**proud**
87:12
**prove**
2:11 10:5
47:5,20,25
57:9,11,13
**proven**
99:9
**provide**
3:10 25:20
26:25 27:4
30:20 44:4
48:15,22 59:2
67:18 70:18
79:12
**provided**
25:2
**provides**
29:7 50:13
56:11 65:12
**providing**
2:5 17:22
29:3
**proving**
30:16 97:2
**provision**
6:18 16:11
23:20,25
26:15 33:3
34:9 95:14
98:16
**provisional**
9:13,19,21,
23 10:3,24
11:4,7,25
12:3,6,15,
16,24 13:2,6,

TX_00212830

USA_00017204

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 121 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 209-11 Filed 06/20/12 Page 36 of 265

House Floor Debate - Volume 1                    March 23, 2011
121

14, 17 14:11,
22 15:8,20,21
44:10 51:19,
23 52:3,10,14
53:3,24
54:13,19
65:13,20
66:9,14,17,
23 67:5,9,17,
19,22,24
68:4,10,17,
21 69:11,12
71:13,15,16,
23 91:11

**provisions**
13:20 19:3
34:16 40:22
41:10 45:11
58:11 67:7
70:17 81:13,
14 82:19

**public**
6:25 7:3,12,
15,24 8:6,9
18:25 30:3,9
31:18 48:14
101:18

**publicly**
70:11

**pull**
46:8

**purpose**
5:17 6:2,21
8:25 10:2
16:2,18 23:11
24:8 25:13
26:16 27:6
29:9 32:15
33:9 39:22
40:12 41:19
44:12 46:10
50:23 59:14
65:24 69:23
74:19 76:8

77:11 81:4
82:20 86:3
90:4 92:22
94:20 95:20
96:3,22

**purposes**
75:9

**pursuant**
101:14

**pushing**
83:21

**put**
36:10,11 37:4
49:25 68:17
70:3 74:12
90:15 96:10

———— Q ————

**qualify**
60:22

**question**
7:23 14:5,16
23:5 26:10,
12,24 33:2
41:12,13 47:1
53:19 66:4,7
67:6,15,20,
24 69:25 71:3
86:4 89:24
94:22 95:22
99:7

**questioned**
64:16

**questioning**
38:11 42:9

**questions**
9:2,7 24:10
44:14 46:2
52:24,25 58:8
59:18,19,25
87:13 94:9,16
99:5

**quickly**

44:16 51:5

———— R ————

**race**
61:9

**radio**
30:2

**raid**
50:5,6

**Rail**
36:19

**raise**
2:15 6:3 16:4
20:7,19,24
23:14 32:19
90:25

**raised**
6:7 19:16
20:22 29:21
33:2 38:6
41:15 50:18
85:11

**raises**
2:19 26:24

**rampant**
83:16 84:21

**ran**
50:17

**rating**
50:16

**Raymond**
92:22,23,25
93:7,8,9,12,
18

**reach**
81:23

**reached**
86:23

**read**
2:2 3:10
14:6,22
17:10,13

24:24 29:12
31:9 33:25
35:14 37:11
42:2,11 45:10
46:20 54:7,15
55:10 59:11
60:7 61:2
62:12 64:23
65:6 69:16
72:23 77:9
78:11 90:18
91:3,17 99:25

**readily**
74:9

**reading**
18:2 45:18
53:5 56:8

**reads**
3:24

**ready**
5:25 52:21
98:5

**reality**
68:9

**realize**
32:1

**reallocate**
35:8

**really**
22:21 30:8
39:15,19
44:16 51:4
53:8 57:3,13
64:17 81:15

**reason**
26:19 29:4
36:13,14 50:5
67:12 68:25
70:4 74:16
76:4,6 77:25
79:25 84:8,
22,23 86:15,
24 98:22

**reasoning**
3:8

**reasons**
82:23 92:9
101:22

**re-assert**
19:19

**receipt**
101:20

**receive**
4:19,21,22

**received**
4:23

**receiving**
75:11

**recognition**
90:21

**recognize**
74:8

**recognizes**
2:6 5:23 8:21
42:13 50:20
59:13 60:10
61:4 62:6,15
63:18 65:9
69:19 73:1,17
74:4 78:14
79:15,20
80:15 85:18
90:19 91:5,20
95:11

**recommend**
23:7

**reconstructi
on**
97:24

**record**
42:3,8 77:4
78:6 80:8
85:15 89:19,
22 97:11
99:19,20

TX_00212831

USA_00017205

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 122 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 37 of 285

House Floor Debate - Volume 1                    March 23, 2011
                                                              122

101:9

**recorded**
5:20

**redistrict**
84:16

**reduce**
25:7

**reduced**
20:16 26:7,20
38:8

**reduces**
32:24 35:3

**reduction**
25:15 50:9,11

**reference**
16:23

**referred**
21:23 22:2

**reflects**
16:16 17:6

**regard**
21:11

**regions**
38:19

**registered**
43:21 54:11,
23 64:24
92:5,9

**registrar**
13:24

**registration**
42:21 47:17,
19 51:18
52:6,15 53:2,
22 54:10
58:16,18
88:18,22

**registration
s**
63:11

**regrettably**

47:9

**regular**
61:22

**reimbursed**
29:13

**reimbursing**
31:17

**relate**
5:6,7 55:14

**related**
34:16 102:1

**relates**
9:12 13:13
67:6

**relating**
2:3 23:20
24:1

**relatively**
36:16

**relevance**
66:4

**reliable**
89:7

**religious**
44:4,6 55:22
56:1 57:12
91:24

**Relocation**
36:19

**relying**
36:22

**remarks**
38:8

**remedied**
4:15,16 58:23

**remember**
19:20

**reminded**
84:10

**remove**
70:3,5,7

**removed**
61:13

**removes**
69:21 95:14

**renew**
28:13 78:21
85:2

**renewed**
85:5

**Repeal**
16:6,11 19:8,
17,24 21:12

**repealed**
19:4,10 22:23

**repealing**
20:2

**repeals**
32:25 35:3

**repeat**
17:3

**replace**
25:24 50:13

**replaced**
10:17

**replaces**
30:12

**replenish**
35:22 37:1

**report**
60:21

**reported**
46:24

**Reporter**
101:5

**REPORTER'S**
101:1

**Representati
v**
87:16

**Representati**

**ve**
2:6 5:23 6:7,
8,21 8:21 9:6
16:8 24:4
29:21,23
38:12 39:9,
12,13 40:1
46:19 47:23
50:2,17 51:3,
8 53:11 56:16
60:3 62:1
63:10 65:25
73:1 74:4
76:12 77:1,2
78:18 79:15,
20,23 80:7,
14,16 85:11
87:16 88:11,
15 89:3 90:14
94:25 95:18,
21,25 96:1,2

**REPRESENTATI
VES**
1:7

**representing**
39:18

**Republican**
93:14

**request**
5:19 20:10,
11,15 22:20
90:12,21
98:16

**requested**
89:22 99:19
101:16,23

**require**
30:5 74:7

**required**
11:6 15:21
40:10,23
41:23 77:24
98:24

**requirement**
18:23 22:19
69:21 72:16
78:18 95:1

**requirements**
2:4 9:14,21
14:20 52:18
61:25 67:8
68:21 75:10

**requires**
9:22 13:10
18:24 19:3
35:7 62:17

**rescinds**
32:25 35:3

**research**
78:20

**residents**
87:8 95:2

**resolution**
19:4,9 21:22
22:15,17,25
23:3,5

**resolutions**
22:3,5

**resources**
85:8

**respect**
34:22 37:25
49:19 73:19
79:8,9,12
85:21

**respected**
79:25

**respectfully**
3:5 6:20
16:17 21:2
24:3 33:8
36:8 37:14,18
74:2 87:8
89:5 90:12

**respond**

TX_00212832

USA_00017206

Case 2:13-cv-00193 Document 661-3 Filed on 11/11/14 in TXSD Page 123 of 123
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 38 of 285

House Floor Debate - Volume 1      March 23, 2011
123

23:6

**response**
59:18 62:8

**responsible**
31:1

**restore**
99:13

**restrict**
59:23,24

**restricted**
61:20

**restriction**
72:16

**result**
30:10 60:15

**resume**
9:6

**retains**
13:6

**return**
85:24 86:16

**returned**
101:18,20

**revenue**
49:24

**revenues**
29:17

**review**
67:15 78:8

**reviewed**
16:12 23:24
33:1 36:6
37:5

**revise**
37:8

**revised**
4:14,23 5:4,
16

**Richard**
93:7,8

**ridiculous**
81:15 84:5

**right**
11:2,24 13:4,
5,8 16:25
25:20 38:23
39:8,11 42:20
45:21 46:5,7
48:18 52:7
55:2,16,17
56:8 57:20
62:4 65:16,
18,23 67:1,3
68:1,15 69:7,
11 76:14
80:20 82:5
83:3,4,5,11
84:1,4 85:2,
22 87:7 88:25
94:12 97:4
98:25 99:3

**Rights**
38:14 75:17
77:17,24
78:2,4 84:8
93:24

**ring**
77:4 80:8
89:23 99:20

**ring-fenced**
50:4

**rise**
49:17

**risk**
92:17,20
93:21

**Ritter**
44:12,13
45:14 46:3,6,
8 58:6 64:17,
18

**roads**
50:8

**roll**
64:21

**rolls**
62:20 63:15

**room**
6:11

**roughly**
48:5 63:11

**round**
38:15,16

**routine**
4:20

**routinely**
83:10

**Rule**
2:17,20 3:4,
9,10,19 6:4,
8,18 16:4,6
17:10,13
18:2,23,24
19:2,11 21:6,
11 23:1,16
34:16 35:25
48:5 66:9
101:14

**ruled**
20:9 33:6
34:3,13,21
84:20

**rules**
3:16 4:14
17:11,21
21:21 22:2,5,
21,22 23:13,
14,16 32:18
73:8

**ruling**
16:23 18:15,
20 21:14
22:22 33:14
34:18,23
36:25 37:5,8,
11,12,21

38:3,4

**rumor**
97:22,23

**rumors**
97:25 98:4

**run**
8:12 61:13,23

**rural**
81:22 85:7

---
**S**

**Safety**
30:9 31:18
48:14

**San**
46:20

**satisfying**
25:13

**savvy**
8:15

**saw**
30:1,5

**saying**
7:20 8:12
11:9,10
15:17,22
18:21 26:5
34:9 35:13
45:15 55:21
65:22 67:10
68:11,14,17
79:6 80:4
97:1

**says**
2:11 11:5
14:11 15:23
17:14,23 19:9
24:25 25:9
27:8 30:7
32:9 33:25
40:22 43:20
44:2,10 50:10
54:22,23

61:23 62:2
63:19 64:14
65:19 66:21
69:2 70:15
93:3

**SB**
1:8

**SB14**
2:2,3,10
15:18 98:7

**School**
71:6 83:18,25

**schoolhouse**
83:18

**scope**
59:2,19

**seal**
88:23

**sealed**
88:22

**second**
47:24 56:14
57:18 59:1
62:5 66:6
79:18 92:10,
15,20 93:19
96:11

**secondarily**
19:25

**Secretary**
29:19 63:25
64:2,15,20
73:8

**Section**
2:17,20 3:5,
9,20 6:8,19
9:12 11:6
16:4,6 17:11,
13 18:23,24
19:2,9,12,16
21:6,12 23:1,
16 24:15,16,
17 25:3,13

TX_00212833

USA_00017207