Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 1 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 39 of 285

House Floor Debate - Volume 1                    March 23, 2011
                                                            124

30:7 32:20
34:19 35:12
37:22,25 43:8
52:10 54:4,5,
6,8,20 55:1,
2,14,19,20
74:25 78:8
97:12

**section-by-
section**
17:15,24

**Sections**
6:4 15:19
19:21

**secure**
38:20

**securing**
89:9,10

**security**
56:11 79:2

**see**
8:20 17:11
18:2 23:5
25:8 29:12
59:5 69:13
86:24

**seeing**
98:3

**seek**
59:7

**selecting**
61:20

**Senate**
9:8 18:16,19
23:15 27:8
32:20 35:16
74:12 76:5

**sends**
73:16 77:1
80:6,12 89:20
99:17

**senior**

75:16
**seniors**
74:17 76:19

**sent**
78:7 80:19

**sentence**
3:24 93:20

**separate**
34:1 35:15

**series**
94:9,15

**serve**
87:3

**served**
39:20 101:11

**service**
49:24

**Services**
74:25 75:1,11
79:4

**session**
7:13,23 18:9,
10 21:21

**sessions**
6:16 18:4

**set**
64:15 70:15
81:15 83:3
84:8

**setting**
11:12 81:2

**shall**
3:12,13,25
9:25 10:8,16,
19 11:9,12,19
15:10 20:1
44:10,11,17
54:12 57:6,8

**Shauna**
101:5 102:9

**She'll**

72:9
**Shorthand**
101:5

**show**
2:12 9:18
10:13,25
12:1,22 13:9,
10,11,22
14:20 15:15
26:14 29:3
38:14 40:6
41:11 42:20,
22,23,25
45:2,3 47:1,
12 51:25
52:12 56:7,
11,14 57:5
58:17 64:22
68:24 69:22
76:21 77:4,5,
6 80:9,10
86:21 89:24,
25 90:8
99:14,21,22

**showed**
56:4

**showing**
12:19,24
30:15 31:23
72:17 96:23
98:16 99:13

**shown**
43:23 44:8,
18,23 57:20
68:6 101:12

**shows**
10:3,12,21
11:15,23
40:10 43:9,13
51:6,16 52:5
55:14 78:21

**shut-in**
85:10

**sic**
58:14

**sick**
85:9 87:24

**side**
26:4 94:3,5,
13

**sign**
58:16 91:22
92:6,12 93:6
96:10 97:1

**signature**
88:14,16,18,
22 89:6
101:15,18,21

**significant**
49:16 50:16
57:1

**signing**
55:21 92:11

**silly**
97:25

**similar**
2:23 62:21
63:21,23
64:4,17 78:18
94:14 98:7,9

**similarly**
5:14

**simple**
12:21 58:13

**simplifies**
56:24

**simply**
45:4 47:20
65:22 66:21
73:14 74:11
92:5

**single**
58:25

**sir**
5:19 9:10

14:22 21:15
22:7 23:10
24:12

**sit**
36:1 37:6

**sitting**
86:22 94:3,4

**situation**
52:7 63:11

**situations**
7:3

**six**
7:25 10:5,25
12:1 13:24
44:1 55:18
57:9,16,17
71:24 72:7
85:23

**size**
49:1

**slight**
70:12 78:19

**slim**
93:4

**Smith**
64:1

**soap**
94:7

**Social**
79:1

**Solomon**
77:6

**Solutions**
102:10

**somebody**
11:4 13:16
14:9 27:8,20
28:24

**song**
79:18,23,24
80:3,4

TX_00212834

USA_00017208

House Floor Debate - Volume 1

sorry
20:13 32:11
41:3 73:3
84:18
sort
27:17 97:23,
25
sound
87:19
sounds
68:9,10
source
35:20
South
38:18 84:13
93:25
southern
94:3
speak
50:20 80:15,
17 95:10,11
SPEAKER
2:2,6,8,14,
15,18 3:6,19,
22 4:3,6,9,12
5:8,18,20,
21,24 6:2,3,
5,23 7:5,14,
19 8:8,19,22,
24 9:3 15:25
16:1,5,20,21
17:1,5,7,9
18:3,6,7,13,
16,19 19:2,13
20:8,15 21:1,
6,9,15,17,
18,22 22:1,7,
11,16,18
23:4,9,11,
12,19 24:5,7,
11 29:21
32:14,15,22
33:12,18,21,

23 34:2,6,8,
12,18 36:5
37:7,13,17
38:1,5,10,12
39:13,21,22,
24 41:15,18,
19,22 42:5,
10,13,14
44:12 45:12,
22 46:10,16
50:17,22,23,
25 51:2 53:15
58:1,2 59:9,
10,13,16,21
60:1,6,10,
12,24 61:4
62:3,11,15,
16 63:4,5,6
65:4,9,10,24
66:3,6 68:3
69:15,19,20,
23 72:21
73:1,3,16,18
74:4,19,20
76:8,9 77:1,
13,18,21
78:10,14,15,
17 79:15,20
80:6 81:4,5,7
82:20,22
85:11,19
86:2,4 87:14
89:20 90:6,7,
16,20 91:2,5,
6,14,20 92:22
93:19 94:20,
23,25 95:10,
19,20,23
96:2,6 98:12
99:4,16
speaking
31:7
speaks
30:23 31:5
32:6

special
73:25 79:10
specific
27:3 36:2
specifically
9:14 15:15
16:8 18:6
23:20 29:19
31:4 32:23
68:22
specifics
13:13
speel
63:2
spell
31:4
spelled
15:14 25:19
62:19
spells
29:18
spend
85:5
stage
67:13
stand
26:2 38:2
standard
9:25 10:8
11:12 17:19
19:1,22,23
20:1
standards
30:4 64:15
standing
32:12
stands
13:5,8
State
6:14,23 7:5
14:14 16:21

17:9 18:22
21:18 22:11
29:19 33:12,
23 36:21
48:5,21,25
49:2,11 50:7
59:16 61:25
62:24 63:5,25
64:2,15 73:8
77:13 78:9
79:9 82:2,25
83:10 89:17
90:6 95:6
97:12 101:6
statement
19:8 26:11
states
25:11 27:2
65:11 72:15
84:9,12 86:18
State's
64:20
statute
19:24,25 20:2
21:12
statutes
74:24
staying
76:5
step
27:19 35:24
97:5
steps
8:17
stops
61:19
stories
97:18,19
story
82:2
Strama
99:22

strike
22:20,22
23:1,2 40:24
41:4,9
strikes
46:3
s t r i k e -
t h r o u g h
18:22 19:23
20:3
striking
89:9
stringent
75:10 97:21,
22
strings
27:12
stronger
11:19
strongly
38:21
struck
10:17 40:14,
19
stuck
79:7
Sub
25:6 43:19
44:9
subject
34:16 92:13
submit
36:20
Subsection
19:2,3 41:4
55:23
substance
16:16 17:6
substantial
64:3
substantiall

TX_00212835

USA_00017209

Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 3 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 41 of 285

House Floor Debate - Volume 1                              March 23, 2011
                                                                      126

y
21:10 23:17
24:2 62:21
63:20,22
**substantive**
23:15 33:15,
19 34:1,5,11,
17,23,24
35:11,23
36:3,24 37:3,
21
**substitution**
34:24
**suddenly**
57:4
**sufficiently**
23:22
**suffrage**
94:1 97:14
**suggest**
66:17 67:16
87:1 91:9
**suggested**
20:20 38:25
**suggesting**
66:24 96:15,
17
**Suite**
102:11
**summarize**
17:12
**summary**
16:15,24
17:6,15,16,
21,22,23
**supplemental**
3:15,17 4:1,
6,14,16,17,
19,21,23 5:2
**supplemented**
29:16
**support**

59:5
**supported**
38:21
**supposed**
68:24
**Supreme**
84:16,20
**sure**
10:20 11:15
14:13 27:18
38:24 39:19
43:6 45:2
46:20 51:13
54:2 60:12
67:2,10 68:16
69:9 70:4
72:11 77:16
78:6 79:4
84:10 89:1
97:4,13
98:19,20,24
**surely**
85:6
**surprise**
47:7,8
**sustained**
41:17 50:19
85:13
**swear**
87:24
**swearing**
92:6
**sworn**
92:6
**system**
8:14 61:19
89:8
_____
      T

T
64:17
**table**
38:15,16

57:25 74:17
76:25 77:3,9
79:19 80:4,5,
7,8,11 94:10
98:17 99:18,
19,21,24
**tabling**
74:3 95:17
**Taiwan**
38:18
**take**
5:5 15:21
19:21,22
32:2,4 35:22
36:22 37:2
58:19 65:23
70:9,12 71:5,
18 72:2 81:22
82:7,19 83:25
86:12,14
**taken**
10:16 15:6
102:2
**takes**
26:14 42:5
63:18 73:6
98:15
**taking**
15:12 27:19
49:24 67:3
**talk**
8:19 9:9
13:20 14:3,
19,25 42:16
51:9,10,14
56:21
**talked**
52:7 92:10
97:17
**talking**
32:11 40:17
43:6 81:10
84:7

**Tarrant**
72:3
**tax**
27:17 94:6
**teachers**
49:10
**technology**
30:5
**Tel**
102:12
**tell**
11:13 18:11
20:23 67:21
69:10 92:25
**telling**
31:8 67:17
**tells**
44:25
**temporarily**
60:4,6 62:9,
11 69:15
**term**
11:19
**terms**
89:11
**testified**
29:19
**testimony**
26:18,23
96:14 101:9
102:2
**Texans**
38:17 88:9,25
**TEXAS**
1:7 27:3
32:19,21,23
33:1 36:17,21
48:5 49:1,2,
16 50:3,10,11
74:24 75:23
84:13,17,20
86:22 89:17

93:25 95:1
101:6 102:9,
11
**Thank**
2:8 5:8,18,24
9:5 15:4,24
16:19 18:18,
19 21:16
23:10 37:8
38:7 39:13,16
42:14 46:6
51:2 53:18
57:24 58:2
60:2,11 62:16
63:9,10 65:10
66:8 72:19,20
76:7,23 78:9,
10,15 79:17
90:15,20
91:1,21 93:18
95:9 99:15
**Thanks**
61:5 69:14
**theft**
60:14,19
**therefor**
101:22
**therefore**
90:12
**thing**
10:11 94:12
**things**
11:8 15:18
43:20 44:3
49:11 58:23
59:3 65:1
67:18 74:11
82:1 85:20
96:19 97:7,9,
17 98:1
**think**
11:17,22
14:23 24:19

TX_00212836

USA_00017210

Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 4 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 42 of 285

House Floor Debate - Volume 1                    March 23, 2011
127

25:9 28:23
29:2 31:3
32:8 36:16
41:7,8 43:1,
4,12 45:6,7
47:22 48:13,
18 49:17,20
56:10 57:1
58:21,22,23
59:3 65:1,22
66:1,15
67:14,20 70:3
72:13 74:13
79:7 80:21,23
81:2,17,19,
20 83:6 86:7
87:6 89:5,6,
7,8,12 90:7
91:12 92:18
93:11,12,16,
21 97:3,5

**third**
14:5,10

**thought**
32:18 71:22
81:14

**three**
27:13,14 34:1
35:14 75:14

**throw**
66:19,25
67:19

**thrown**
67:23

**tighten**
69:8,13

**time**
2:22 5:9 7:1
8:4,10 14:5,
10 23:9
29:22,24,25
32:11,13
41:2,16,21,
23,24 44:15

49:10 50:18
51:10 52:25
78:24 81:22,
24 83:8,11,
12,16 84:15
85:12

**times**
27:14 49:20

**timing**
5:6

**title**
5:12

**today**
13:16 14:14
36:12 43:2
46:13 82:17
86:23 88:9
91:1

**today's**
12:18 13:15
14:11

**told**
31:15 76:4

**tool**
89:15

**topic**
59:20

**tradition**
33:7

**traditionally**
33:6 34:3,13,
21

**Transcribed**
1:11 101:10

**transcript**
101:8,20

**translate**
64:7

**transliteration**

39:7

**transparency**
8:2

**transparent**
8:7

**trash**
71:5

**traveling**
87:25

**treat**
87:7

**treated**
86:25

**tremendous**
88:25

**tried**
7:21

**triggers**
19:7

**trouble**
45:16

**true**
13:7 82:18
84:8,15 101:9

**trust**
89:6

**try**
53:16 78:19

**trying**
10:18 26:7
42:16 48:17
51:11 65:2,16
66:1,20 68:15
69:8,9,13
80:19 83:13
91:7,8,9
95:1,7 97:3

**Ts**
64:18

**Tuesday**
5:15

**tune**
48:10

**turn**
86:25 99:6

**turned**
63:12

**Turner**
61:3,4,5
62:6,7

**Turner's**
62:4

**TV**
30:2

**two**
3:3,14 4:7
19:21 34:16
36:16 43:20
44:3,7 45:4
47:20 58:18,
23 59:3 63:16
64:18,23
72:21 80:18
93:20 96:18

**two-hour**
3:1,16 4:18
5:2

**type**
33:5 40:10,
23,24 74:10

**types**
14:24

**typically**
76:19

U

**U.S**
39:2 98:9

**ultimate**
50:15

**ultimately**
50:14 57:19

**unable**

55:25

**un-American**
84:5

**Unanimous**
41:23

**unaware**
20:21

**un-Constitutional**
50:12

**under**
2:16,19 3:16,
19 4:13 5:11,
13,15 6:4,8
12:2 13:15,16
14:10 15:18
16:4,6 17:18
18:23 20:6
22:21 23:16
26:5 32:20,25
38:14 40:5,9
42:19 43:25
44:9 53:1,3,
21 55:22
60:16,20 61:6
66:10 68:5
71:22 77:23
78:3 80:24
91:21,23
92:6,14 93:7
94:11,18
98:25

**undermines**
57:3

**understand**
3:8 4:13 9:13
21:4 31:14
45:24 70:6
76:13 79:22
96:12,13,20
97:15,16

**understandin**

TX_00212837

USA_00017211

Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 5 of 131

| | | | | |
|---|---|---|---|---|
| g 12:18 57:15 71:21 77:14 78:7 | usually 83:24 | victim 60:19 | 71:2,3,6,7, 12,13,15,16, 19,24 74:16, 18 75:17 | 91:22 92:9 |
| understands 92:12 | utility 42:21 75:2 | videotape 101:10 | 76:14,18,22, 24 77:4 79:18 | voter's 66:22 |
| unfortunate 80:23 | **v** | violation 3:4 | 80:3,5,8,21 81:12,14,23 | votes 13:16 53:3 70:22,23 83:24 |
| Unfortunatel y 42:24 60:13 | Veasey 69:23,24 70:2,22 71:2, 10,12,15,22 | visit 47:24 | 82:9 83:2,11, 19 84:1,4,11, 24 85:15,22 | vote's 65:18 |
| unfunded 47:25 48:3,12 | 72:2,6,10,19 77:11,12,14, 18,21 78:10 | visiting 78:23 | 86:14,16 88:10,12 89:4,9,16, | Voting 12:9,11,15, 24 26:16 27:6 |
| UNIDENTIFIED 87:16 88:11, 15 89:3 95:18,21,25 | 80:14,16,17 81:7,8,9,19 82:11,22,23 | voice 87:20 | 19,22,23 90:10 92:17 93:3 94:18 | 29:9 30:4 38:14,21 54:13 61:7, |
| unique 81:21 | 83:5 84:13, 18,21 85:3,21 90:4,5,7 | Volume 1:10 100:1 | 97:4 98:17,25 99:3,9,14, 19,20 | 11,22 69:12 70:13 75:9 77:4,5,6,17, |
| United 84:9,11 | 91:17,18,19, 20,21 92:24 93:2,11,19 | vote 2:4,12 9:18 10:12,23 | voted 9:23 11:7 | 23 78:1,4 80:9,10 81:3 84:8 87:23 |
| unless 33:5 35:6 71:24 | 94:23,24,25 95:4,8 96:1, 2,4,8,17 | 11:4,15,16, 24 12:4,20 13:5,9,11, | 68:14 77:7 80:10,11 90:1 99:22 | 89:14,25 90:1 93:24 94:4,6 95:2 97:23 |
| unreliable 89:7 | 97:3,9 98:6, 18 99:4,7,15, 16,17 | 17,18,22,25 14:12,20 15:7,13,16, | voter 27:2 38:16,21 | 99:21,22 |
| update 30:6 | vein 96:21 | 19 25:16,20 26:1,9,14 27:1,10,20 | 40:8 42:20 43:13,21 47:17,19,21, | **W** |
| upheld 98:9 | venue 13:21 | 29:3,7 30:22 31:16,24 38:15,23,24 | 24 51:18 52:6 53:22 54:8,9, 12,13,24 | wait 86:4 |
| urban 82:3 85:7 | verify 88:12 | 39:2,8 40:17, 23 42:3,19,22 43:2,22 44:23 | 55:24 56:4 58:15,18 63:11 64:21 | walk 25:24 42:18 43:3 51:4 52:9,19 55:12 |
| use 11:19 23:21 26:9 40:17 49:12 59:1 65:13 88:6 89:1 92:3 99:5 | verifying 11:23 | 45:5,8 46:13 47:13 48:7 51:18,22 52:10,13,21 53:23 54:10, 12,24 57:19 | 68:20 84:3 88:18,21 91:11 92:6, 14,15 97:18 98:21 99:10 | 93:22 |
| | verse 79:18,23,24 80:3,5 | | | walked 52:22 |
| | version 75:16 | 60:16,23 65:13,16,18, 20,23 67:1,3, | voters 30:15 54:11 | walks 8:17 27:8 |
| uses 68:9 73:7 | versus 67:8 | 17,22 68:2,15 69:7,11 70:25 | 60:13 65:18 74:7 87:22 | Walle 2:14,15,19 5:17,18 |
| | | | | Wally's 3:9 4:13 |

Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 6 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 44 of 285

House Floor Debate - Volume 1

March 23, 2011
129

**want**
9:8 10:20,23
13:20 14:3,
13,20,24,25
15:5,10 24:15
27:14,16,18
29:7 42:22
46:9,11 48:4
50:6 51:9,13,
14 52:13 53:8
54:15 55:10,
11,12 56:20
57:22 60:12
61:14 62:8,9
64:4 67:10
70:2,5,7
80:17 81:11
82:8,9 83:15,
17 84:1,3,22
85:19 88:3,4
89:18 93:15
97:10,12
98:24 99:8

**wanted**
9:6,13 10:1
21:20 22:25
24:13 27:4
38:20 43:5
46:1 76:13
78:6

**wanting**
36:25 87:17

**wants**
35:25 37:4
43:1

**Washington**
94:8

**watch**
83:22

**watching**
97:12

**way**
8:8 35:20

40:11 44:20
47:10,11,15
50:12,13
58:13 67:2
68:19 82:12
94:11

**ways**
5:1 94:18

**website**
6:14 7:6

**welcome**
14:24 20:9

**welcoming**
51:10

**we'll**
8:19 36:8
56:21 67:15
92:16

**well-taken**
29:23 41:17
50:19 85:13

**went**
9:25 43:6
90:13

**we're**
4:17 8:2
10:11 11:9,10
15:10,17
22:14 23:1,12
24:17 25:6,16
26:1,2,3,7
27:20 30:3
49:9,10 51:11
56:8 65:16
67:3,21 68:16
74:6 76:17
78:22 79:6
80:21,22 81:2
84:23,24 91:8
97:10

**we've**
37:5 51:20,24
66:18 77:19

96:24

**whatever**
98:22

**whether**
28:24 33:2,3,
14 35:11

**whichever**
6:1

**white**
82:16

**whole**
45:19 46:4
54:16 55:10
96:22 97:6

**whomever**
30:6

**wildly**
92:2

**willing**
14:25 24:5
92:20

**willingness**
88:8

**wish**
95:10 99:17

**wishes**
80:14

**withdraw**
59:6 60:4
62:9 69:12

**withdrawn**
59:10 60:7
62:12 69:16

**within**
10:24 12:1
13:24 34:20
44:1 59:19
85:23 87:10
101:19

**witness**
101:12

**woman**
94:3

**women**
78:21

**won**
61:9

**word**
10:16,17

**words**
19:8 22:25

**work**
8:20 38:22
39:18 47:4
66:1 74:2

**working**
39:14

**worse**
44:8,24 46:14
56:10 57:2
58:8

**Worth**
71:19 83:19

**wouldn't**
31:20 68:14
72:6 80:25
86:9,11

**would've**
49:6

**writing**
20:16 38:9
69:6 90:15

**written**
66:12 67:25
94:12

**Y**

**Yeah**
56:18 57:23
72:10

**year**
48:11

**years**

61:13 63:16,
24 70:9,12,
19,23,24
83:16,21
86:24 93:20
94:13,14

**yield**
9:3 14:8
24:9,11 38:10
39:23,24
44:13 45:12
46:16 50:24,
25 65:25 66:7
69:24 74:21,
22 76:10
81:6,7 82:21,
22 87:12
94:21,23
95:22,23,24
96:1,4,6

**yields**
87:15

**you-all**
53:16 65:3

**Z**

**zero**
25:7 26:7

**0**

**03**
102:12

**'**

**'09**
18:13,14

**1**

**1**
1:10 23:21
100:1

**10**
63:11

**1000**
6:15 7:9,12

Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 7 of 131

| | | | | |
|---|---|---|---|---|
| **10000**<br>93:21 | **1965**<br>77:17 | 14:4,11 15:6<br>16:8,11 25:6 | **49**<br>35:12 37:22,<br>25 | 73:7,11,12,<br>15,22 74:1,<br>13,25 75:3,7, |
| **1001**<br>102:11 | **1997**<br>5:10 | **2B1A**<br>55:23 | **49K**<br>32:20,23 | 14,20,23,25<br>76:1,14 |
| **1007**<br>6:10,12 7:2 | **1999**<br>5:13,14 | ___3___<br>3 | 34:19 | 78:17,25<br>79:1,2,3,5, |
| **11**<br>6:4,8,19 9:8, | **19th**<br>5:15 | 32:20 34:19<br>35:12 37:22, | ___5___<br>5 | 14 83:1<br>87:22,23 |
| 15 10:16<br>14:4,11 15:6, | ___2___<br>2 | 25<br>**3/23/11** | 78:8 97:12<br>**50** | 88:1,6<br>**65.054** |
| 19 16:7,8,11<br>43:17 54:20 | 19:3 32:9<br>48:21 49:4 | 1:9<br>**30** | 77:8 80:11<br>90:2 | 43:25 44:1<br>55:19 |
| **12**<br>6:4,8 55:19, | 55:5<br>**20** | 49:3 101:19<br>**30f1** | ___6___ | ___7___<br>**7** |
| 20<br>**12/31/2012** | 24:16 25:7<br>49:2 61:12 | 101:15<br>**32** | 6<br>2:17,20 3:4, | 10:15 16:7<br>48:10,11 |
| 102:10<br>**13** | 93:20<br>**2003** | 16:6 19:2<br>**32C** | 9,19 9:15<br>41:4 | **70**<br>69:21 73:7,22 |
| 24:14 44:1<br>54:4,5,6 | 84:16<br>**2005** | 16:4 17:11,14<br>18:23 21:6 | **60**<br>75:1,2,14 | 74:12 75:4,8,<br>14 76:5 79:7 |
| **14**<br>1:8 9:8 23:16 | 5:15 48:17<br>**2011** | 23:16<br>**32C2** | **60s**<br>83:21 | 80:2 81:15<br>83:21 86:24 |
| 27:9 32:20<br>48:6,11 | 1:8 101:3<br>**2012** | 19:12 21:12<br>23:1 | **63.0008B**<br>55:8 | 87:5<br>**700** |
| **14th**<br>65:15 | 1:11 102:6<br>**2024000** | **32C3**<br>18:24 | **63.001**<br>25:13 43:15, | 6:15<br>**713524-4600** |
| **15**<br>2:10 9:12 | 30:1<br>**2 0 2 4 0 0 0 -** | **34**<br>21:12 | 16,18,19<br>**63.001G** | 102:12<br>**75** |
| 26:6 28:6,7,<br>15 54:20 | **d o l l a r**<br>29:11 | **3786**<br>102:9 | 55:7<br>**63.009** | 70:9 81:10,11<br>**77002** |
| 55:1,2 70:24<br>**15th** | **20th**<br>5:12,14 | ___4___<br>4 | 43:8 51:5,16<br>52:10,20 | 102:11<br>**79th** |
| 5:10 65:16<br>**16** | 18:13,14<br>**21st** | 6:4,8,18<br>16:4,6 17:10, | 53:1,21 54:6,<br>8 55:8 | 2:24<br>___8___ |
| 2:17,20 3:5,<br>9,20 48:8 | 102:5<br>**23** | 13 18:23,24<br>19:2 21:6 | **63.009A**<br>55:8 | **805**<br>102:11 |
| **17**<br>55:20 | 1:11 101:3<br>**24000-dollar** | 23:1,16 48:22<br>**40** | **63.0101**<br>40:18,24 41:5 | **81st**<br>18:8,10 |
| **18**<br>24:16 | 30:5<br>**27** | 94:12,14<br>**48** | **63.011**<br>53:3 54:14,18 | **82R**<br>1:8 |
| **1941**<br>83:7 | | 99:23 | 55:16<br>**65** | |

TX_00212840

USA_00017214

Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 8 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 46 of 285

House Floor Debate - Volume 1                    March 23, 2011
                                                              131

**865**
18:17,19

---
            **9**
---

**9**
54:1
**900**
6:13,25
**97**
90:2
**98**
70:23 80:11
83:15
**98-year-old**
90:8
**99**
77:8 99:23
**9th**
90:23,24

TX_00212841

USA_00017215

Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 9 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 47 of 285

1

332491 eb

TEXAS HOUSE OF REPRESENTATIVES

2011 (82R) SB 14

3/23/11 House Floor Debate (Emergency Calendar)
Volume 2

TRANSCRIBED ON APRIL 23, 2012

TX_00212842

USA_00017216

House Floor Debate - Volume II                    March 23, 2011

2

1      SPEAKER:  Mr. Veasey, do you intend to
2    close?  Do you wish to close.
3            Mr. Veasey sends up an amendment.
4    Ms. Harless moves to table.  The motion -- excuse me.
5    The vote is on the motion to table.  Record vote
6    requested.  A record vote is granted.  The clerk will
7    ring the bell.  This is on the motion to table.  Show
8    Ms. Harless voting aye.  Show Mr. Strama voting no.
9            Have all members voted?
10            There being 99 ayes, 48 nays, the motion to
11   table prevails.
12            Following the amendment, the clerk will read
13   the amendment.
14            CLERK:  Amendment by Dutton.
15            SPEAKER:  The Chair recognizes Mr. Dutton.
16            REPRESENTATIVE DUTTON:  Mr. Speaker and
17   Members, on Page 6 of the bill, there are certain
18   requirements that indicate that the voter registration
19   certificate or the provisions of this bill do not apply.
20   We just did away with the 70 year old amendment, and so,
21   it leaves the disabled but what this amendment simply
22   does, it says that if the election judge --
23            And I might back up a minute because I want
24   to just share with you what the -- what the origin of
25   this amendment happened to be.

TX_00212843

USA_00017217

House Floor Debate - Volume II                    March 23, 2011

3

1          Mr. Speaker, could we have a little bit
2     better order?
3          SPEAKER:  Members, can we have some order so
4     you can hear Mr. Dutton explain his amendment.
5          REPRESENTATIVE DUTTON:  Thank you,
6     Mr. Speaker.
7          Both of my parents were election judges.
8     Between them, they had over 50 years of being an
9     election judge in Houston and Harris County.
10         And, generally, one of us, one of my
11    siblings and I, we would -- on the morning of the
12    election, we would essentially take either my mom or my
13    dad to the polling place and, before I got elected, help
14    them get the -- to set up the whole polling place so
15    there could be an election.
16         Under this bill, if my amendment didn't
17    pass, what would happen is I could do all of that, I
18    could go and get it all set up, and once it was time for
19    me to vote in that precinct, I would have to take out my
20    ID and show it to my mother and dad.
21         That didn't make any sense to me, and so,
22    that's why I am offering this amendment because I
23    believe that most of the precinct judges, most of the
24    election judges, if they're like the ones that I know,
25    they know just about everybody in that polling place.

TX_00212844

USA_00017218

House Floor Debate - Volume II                    March 23, 2011

                                                              4

1     They know everybody there.

2              In fact, my mother and dad got to the point

3     where they could tell you what time a particular person

4     was going to show up at the polls.

5              And so, what this amendment does is simply

6     makes an exception that says for -- in the instance

7     where the precinct judge, the election judge actually

8     knows -- personally knows the person -- I think that

9     saves all of this other stuff that's going on with this

10    bill but it certainly provides an opportunity for us to

11    not to have to burden the election process because it

12    simply that means the election judge actually affirms

13    that they personally know who it is that is appearing at

14    the polling place, and that's what this amendment does,

15    Mr. Speaker and Members.

16              SPEAKER:  Ms. Harless, is the amendment

17    acceptable?

18              The chair recognize Mr. Hancock speaking

19    against the amendment.

20              REPRESENTATIVE HANCOCK:  Yes, Members, what

21    this amendment does actually is it adds subjectivity to

22    the election judge and really goes against what we need

23    in total fairness and objectivity and that we stick with

24    the current code and standards as defined in the

25    statute.

TX_00212845

USA_00017219

5

1              I believe at this time the intention of the

2    author is to table.

3              SPEAKER:  Mr. Dutton, do you care to close?

4    Do you care to close, Mr. Dutton?  The Chair recognize

5    Mr. Dutton.

6              REPRESENTATIVE DUTTON:  All right.  There

7    was a little confusion.  I didn't hear that he made the

8    motion to table.  I don't -- unless there's something

9    going on in this bill that I don't understand, it is

10   designed to protect the integrity of the voting process,

11   and I don't know what better way to protect that than to

12   limit the ability of someone to show up at the polling

13   place and vote except by virtue of the fact that the

14   polling -- the election judge actually knows the person.

15             I don't -- that makes no sense to me, and

16   so, if I actually know the person and that person is

17   personally somebody I know personally and even if they

18   didn't have an ID but they had their voter registration

19   card, I don't know why I wouldn't let them vote.

20             Can you imagine a scenario where I have gone

21   to take my parent -- one of my parents over to the

22   polling place, I, all of the sudden, got there about

23   6:00 o'clock in the morning, which we typically did, got

24   the polls, helped them set up the polling place, helped

25   them set up the voting booth and then said, "Oh, I

TX_00212846

USA_00017220

House Floor Debate - Volume II        March 23, 2011

6

1    forgot my wallet at home, mom."

2          And then my mom said, "Why do you need

3    that?"

4          "Well, you need that because this particular

5    bill, Senate Bill 14, says I have to have a picture ID."

6          My mom would look at me and think I had

7    absolutely gone crazy.  And I think that's what most

8    people are going to think about this legislature, that

9    if you don't let the election judge say that I

10    personally know this person, so, why do they need to go

11    home and get their ID, then there must be something

12    other than protecting the integrity of the election

13    process that this bill is attempting to do.

14          And so, with that, Mr. Speaker and Members,

15    I would ask you to vote no on the motion to table and

16    prove to the people in Texas that common sense is

17    actually common in this legislature.

18          SPEAKER:  Mr. Dutton sends up an amendment.

19    Mr. Hancock moves to table.  The motion is -- excuse me.

20    The vote is on the motion to table.  Record vote has

21    been requested.  Record vote is granted.  The clerk will

22    ring the bell.  Show Ms. Harless voting aye.

23    Ms. Chen-Button voting aye.

24          Have all members voted?

25          Being 100 ayes, 48 nays, the motion to table

TX_00212847

USA_00017221

7

```
 1    prevails.

 2                 Following the amendment, the clerk will read

 3    the amendment.

 4                 Is Mr. Eiland on the floor?

 5                 CLERK:  Amendment by Eiland.

 6                 SPEAKER:  The chair recognizes Mr. Eiland.

 7                 REPRESENTATIVE EILAND:  Mr. Speaker,

 8    Members, being someone that has been through a hurricane

 9    very close to the election date, this is the reason that

10    I bring this amendment to you.

11                 Those of us on the coast, when hurricane

12    season is -- runs until November 1st, which is after the

13    completion of hurricane season, this is a very real

14    danger for us.  And so, what we have is that if you have

15    an area that has been -- that is a declared natural

16    disaster by the governor or the president of the United

17    States, then you sign an affidavit that says if you

18    don't have a your ID because of that, then you think go

19    ahead and vote.

20                 This is a very real issue as in the storm in

21    Galveston after Hurricane Ike, people were actually

22    locked out of the island for many days and lost

23    everything.

24                 So, this is -- also wild fires in West Texas

25    could be at issue.  So, that's what this amendment does,
```

TX_00212848

USA_00017222

House Floor Debate - Volume II                    March 23, 2011

8

 1   it just creates an ability to execute an affidavit if

 2   there's a natural disaster and you don't have a photo ID

 3   for that reason.

 4            SPEAKER:  Mr. Eiland sends up an amendment.

 5   The amendment is acceptable to the author.  Is there any

 6   objection?  The Chair hears none.  The amendment is

 7   adopted.

 8            Following the amendment, the clerk will read

 9   the amendment.

10            Mr. Raymond.

11            CLERK:  Amendment by Raymond.

12            SPEAKER:  The Chair recognizes Mr. Raymond.

13            REPRESENTATIVE RAYMOND:  Thank you,

14   Mr. Speaker, Members.

15            Member, under current law, an employer has

16   to give you time to go vote.  However, with this new --

17   with the new provisions that are being proposed in this

18   legislation, an employer does not have to give you time

19   to go get the ID -- the proper ID that you need to

20   comply with this proposed bill.

21            So, my amendment would simply say that if

22   you do not have the proper ID and you can show that your

23   employer did not permit you to take time to go get the

24   ID necessary, that you would then be exempt from the

25   provision in this bill.

TX_00212849

USA_00017223

House Floor Debate - Volume II                    March 23, 2011

                                                                9
1              SPEAKER:  Madam, door keeper, for what

2     purpose?

3              DOOR KEEPER:  Hear from the Senate at the

4     door of the House.

5              SPEAKER:  Admit the messenger.

6              MESSENGER:  Mr. Speaker, I'm directed by the

7     Senate to inform the House that the Senate has taken the

8     following action.

9              SPEAKER:  The amendment is temporarily

10    withdrawn.

11             Following the amendment, the clerk will read

12    the amendment.  Representative Martinez.

13             CLERK:  Amendment by Martinez.

14             SPEAKER:  The Chair recognizes Mr. Martinez.

15             REPRESENTATIVE MARTINEZ:  Okay.  Thank you,

16    Mr. Speaker, Members.

17             We need to understand that there's no such

18    thing as a free ID, and according to Texas and DPS, a

19    person applying for a state ID must apply in person,

20    present documents that verify their identity, complete

21    an application and consent to be photographed,

22    fingerprinted and provide your signature.

23             So, you must perform one of the forms of

24    primary ID and two forms of secondary ID or one form of

25    secondary and two forms of supporting ID.

TX_00212850

USA_00017224

10

1            So, for primary ID, it includes Texas

2    driver's license, U.S. citizenship certificate or

3    certificate of naturalization, unexpired citizen ID

4    card, resident alien card or temporary resident ID card,

5    employment authorization card, foreign passport with a

6    visa or U.S. military state card.

7            Secondary ID forms include original or

8    certified copy of your birth certificate, an original or

9    certified copy of the U.S. Department of State

10   certification or birth abroad and, finally, an original

11   or certified copy of the court order with the name and

12   the date of birth, indicating the official change of

13   name.

14           Some supporting IDs include vehicle titles,

15   insurance policies, military records, original marriage

16   license or divorce decrees, Social Security cards,

17   actual pilot's license cards or expired driver's

18   license.

19           So, Members, needless to say, it takes an ID

20   to get an ID.  So, therefore, we need to ensure that if

21   we truly want to provide a free ID here in Texas for our

22   voters that it actually is free, and to get this ID, it

23   does cost you money.

24           SPEAKER:  Mr. Walle, for what purpose?

25           REPRESENTATIVE WALLE:  Mr. Speaker, will the

TX_00212851

USA_00017225

11

1   gentleman yield?

2                SPEAKER:  Would you yield?

3                REPRESENTATIVE MARTINEZ:  Yes.  Yes, sir, I

4   will.

5                SPEAKER:  He will.

6                REPRESENTATIVE WALLE:  Representative

7   Martinez, doesn't the bill currently allow you to get a

8   free ID?

9                REPRESENTATIVE MARTINEZ:  What is that?

10               REPRESENTATIVE WALLE:  Doesn't the bill

11  currently allow you to get a free ID?

12               REPRESENTATIVE MARTINEZ:  Well, the bill

13  says it allows you to get a free ID but, as seen, it

14  takes an ID to get an ID.

15               So, let's say, for example, that you lose

16  your driver's license, Mr. Walle, what happens -- what

17  has to happen, you need to go and try to obtain a birth

18  certificate that you have to pay, you need to get a

19  certified copy that you pay $22.

20               So, we're simply trying to say that if the

21  State is interested in providing free IDs, they should

22  truly be free.  So, if you lose your ID, you don't have

23  to go and pay to get a registered ID, that document

24  should be free.  That's all we're saying.

25               REPRESENTATIVE WALLE:  Okay.  Can you give

TX_00212852

USA_00017226

House Floor Debate - Volume II                    March 23, 2011

12

1   me an example of what fees you -- what fees you see

2   being incurred?

3            REPRESENTATIVE MARTINEZ:  Sure.  Like I

4   mentioned that earlier, if I currently don't know where

5   my original birth certificate is, it's probably still at

6   my parents' house, for example, if I lost my Texas

7   driver's license and tried to get the state issued free

8   ID card, I would still have to incur a cost because I

9   would to have provide a certified copy of my birth

10  certificate.  So, if I didn't know where that birth

11  certificate was and I had to go and try and find that

12  and I had to get a certified copy of that birth

13  certificate, in trying to obtain and get a certified

14  copy of the birth certificate, you have to pay $22.

15           So, you're going to have to go down to your

16  local vital statistics and pay $22 in order to get that.

17  And we're simply trying to say that if we're interested

18  in obtaining a free ID card, that it should be free.

19           REPRESENTATIVE WALLE:  Thank you.

20           SPEAKER:  The Chair recognize Representative

21  Harless.

22           REPRESENTATIVE HARLESS:  Members, I'd like

23  to make a motion to table this.  The bill is about voter

24  ID, not issuing documents for free ID.

25           SPEAKER:  The Chair recognizes

TX_00212853

USA_00017227

13

 1   Representative Martinez.

 2           REPRESENTATIVE MARTINEZ:  Okay.  Members, so

 3   then we're going to tell the people of Texas -- we're

 4   going to tell them that they're getting a free ID when

 5   they really aren't.

 6           So, if you're going to go -- you lose your

 7   driver's license and you have to go obtain an ID, you're

 8   going to have get a certified copy of your birth

 9   certificate, so, you're still going to have to get --

10   you have to pay for that.

11           So, all we're saying is if this is free, do

12   not allow the people to have to go and pay for a

13   certified copy of your birth certificate.  If it's free,

14   it should be a free across the board.  So, let's not

15   charge the people of Texas in order to vote.

16           That is a hidden poll tax on the people of

17   Texas, Members, and I vote no on that motion to table.

18           SPEAKER:  Mr. Martinez sends up an

19   amendment.  Representative Harless moves to table.  The

20   vote is on the motion to table.  It's a record vote.

21   The clerk ring the bell.  Representative Gonzalez from

22   El Paso voting no.  Show Representative Harless voting

23   aye.  Show Representative Berman voting aye.

24           Have all voted?  Being 100 ayes and 49 nays,

25   motion to table prevails.

TX_00212854

USA_00017228

14

```
 1            Following the amendment, the clerk will read
 2    the amendment.
 3            CLERK:  Amendment by Raymond.
 4            SPEAKER:  The Chair recognizes
 5    Representative Raymond.
 6            REPRESENTATIVE RAYMOND:  Thank you,
 7    Mr. Speaker, Members.  This is an amendment I started
 8    laying out a little while ago.
 9            Members, as you know, what this bill
10    proposes is that you have to have your voter
11    registration card.  You have to show you're registered.
12            Under current law, employers have to let you
13    go vote.  What they don't have to do is they don't have
14    to let you go get the identification that you need to
15    comply with this new proposed law.
16            So, what I do with this amendment is say if
17    you're a registered voter, you've got your registration
18    card and you go to vote but you don't have the requisite
19    ID that's laid out in this bill and you present a
20    paycheck or a copy of another official employment
21    document that includes the information of the voter's
22    employer and informs the election officer that the
23    voter's employer does not permit the voter to be absent
24    from work for the purpose of obtaining photo
25    identification and that offices of the Department of
```

TX_00212855

USA_00017229

House Floor Debate - Volume II                    March 23, 2011

1   Public Safety are not open for at least two consecutive

2   hours outside of the voter's working hours.

3           Very simply, Members, there will be people

4   out there who are registered to vote but whose employers

5   will not give them the time, as they currently have to

6   under law, give them time to go vote, they won't give

7   them the time to go get the ID that they need.  So,

8   that's what this amendment is about.  Move adoption.

9           SPEAKER:  The Chair recognizes

10  Representative Van Taylor in opposition.

11          REPRESENTATIVE VAN TAYLOR:  Mr. Speaker,

12  Members, I rise in opposition to this amendment.  This

13  deals with people who already have jobs, and in order to

14  have a job in this country, an individual must fill out

15  an I-9 form.  An I-9 form requires identification.  So,

16  I'm not really sure where this is coming from because

17  these people already had ID to get a job in the first

18  place.  I move to table this amendment.

19          SPEAKER:  Mr. Raymond, for what purpose?

20          REPRESENTATIVE RAYMOND:  Mr. Speaker, will

21  the gentleman yield?

22          SPEAKER:  Will the gentleman yield?

23          REPRESENTATIVE VAN TAYLOR:  I yield.

24          REPRESENTATIVE RAYMOND:  Repeat that,

25  Mr. Van Taylor, because I didn't quite hear you.  I

JA_002348

TX_00212856

USA_00017230

House Floor Debate - Volume II                    March 23, 2011

16

1   apologize.

2                REPRESENTATIVE VAN TAYLOR:  Sure.  For an

3   individual -- for a U.S. citizen -- and there are --

4   only U.S. citizens should be registered to vote in this

5   state -- to have a job, they must fill out an I-9 form

6   for their employer.  To fill out an I-9 form, they have

7   to have some form of identification.

8                REPRESENTATIVE RAYMOND:  Okay.  So, is there

9   a scenario that you can envision, Mr. Van Taylor, where

10  somebody went to work for you, let's say, ten years ago,

11  right, and they had to fill out the proper forms and

12  show you the proper ID, et cetera, right?

13               REPRESENTATIVE VAN TAYLOR:  Correct.

14               REPRESENTATIVE RAYMOND:  Ten years ago.  Can

15  you imagine that there would be an instance in this

16  state of 25 million people where registered and eligible

17  voters might for some reason ten years later -- might

18  for some reason ten years later not have the ID that is

19  being required in this bill?  Could you imagine that

20  scenario?

21               REPRESENTATIVE VAN TAYLOR:  Yes.

22               REPRESENTATIVE RAYMOND:  Okay.  So, you can

23  imagine what I'm trying to get to here, which is you're

24  exactly right, if they work for Van Taylor and they show

25  up at the polling place and they have a voter

TX_00212857

USA_00017231

1    registration card and they have something from Van

2    Taylor, Inc. saying, you know, "I did not provide them

3    time to go get a new ID as is required by this bill" --

4                REPRESENTATIVE VAN TAYLOR:  There was a

5    question there somewhere, I'm sure.

6                REPRESENTATIVE RAYMOND:  Yeah.  I just said

7    can you imagine that if somebody worked for you, you

8    hired them legally ten years ago, some point since then

9    they lost the ID, this bill passes, this bill becomes

10   law, they lost their ID but Van Taylor, Inc. didn't let

11   them -- give them time during the day to go get the ID

12   that they needed, you can also imagine in a state of 25

13   million people that there could be instance likes that?

14               REPRESENTATIVE VAN TAYLOR:  Well, in the

15   example you just gave, there are opportunities for

16   someone to get their driver's license either on line, as

17   many of us have done, or -- or by mail.

18               REPRESENTATIVE RAYMOND:  I'm not sure you

19   can go get our -- what you're asking for in this bill,

20   that you could get it on line.

21               REPRESENTATIVE VAN TAYLOR:  The original

22   form of identification, which you would have to have for

23   the I-9 form, since we're only talking about the

24   employed people who are U.S. citizens, you can -- you

25   have to show up in person to get your first driver's

TX_00212858

USA_00017232

18

1   license, to get photo ID, we have to take your picture

2   somehow, of course.  Subsequently, after we've gotten

3   your picture, you can renew for a number of times on

4   line.

5            REPRESENTATIVE RAYMOND:  You haven't had

6   your driver's license for six years?

7            REPRESENTATIVE VAN TAYLOR:  One moment.

8            SPEAKER:  Stop the clock.

9            REPRESENTATIVE VAN TAYLOR:  There's

10  extensive training for poll workers and election judges

11  in how to handle it when someone doesn't have

12  identification.  We already have -- we have a

13  provisional ballot system but the supposition that

14  you're making that people may show up to the polls

15  without an ID, which could happen and this bill

16  envisions that and gives the voter the opportunity to

17  take care of that, but your original premise that people

18  who are employed in this state don't have photo ID

19  doesn't hold up when you look at the federal requirement

20  for the I-9 form.

21           REPRESENTATIVE RAYMOND:  Well, it does, as

22  you acknowledged just a minute ago that if somebody went

23  to work for you ten years ago and you hired them

24  legally, that ten years later, they might not have the

25  ID that they had ten years ago.  They might have lost

TX_00212859

USA_00017233

House Floor Debate - Volume II                    March 23, 2011

                                                            19
1    it.  Would you -- you acknowledged that earlier.  Would

2    you acknowledge that now?

3              REPRESENTATIVE VAN TAYLOR:  I do.

4              REPRESENTATIVE RAYMOND:  Finally, let me ask

5    this, Mr. Van Taylor:  Do you know what those of us who

6    are opposed to this legislation are doing?  We're trying

7    to protect voting rights.  You recognize that, right?

8              REPRESENTATIVE VAN TAYLOR:  Absolutely, as

9    are the proponents of this bill.  We seek to protect

10   voting rights by protecting the --

11             REPRESENTATIVE RAYMOND:  Then let me ask you

12   this --

13             REPRESENTATIVE VAN TAYLOR:  -- by making

14   sure that every vote counts, and that's what this bill

15   is ultimately about and what we seek to do in our

16   support of voter ID.

17             REPRESENTATIVE RAYMOND:  Let me ask you a

18   simple question.  Do you believe the Voting Rights Act

19   is a good law?

20             REPRESENTATIVE VAN TAYLOR:  I believe the

21   Voting Rights Act did a great thing to protect

22   Americans' right to vote, all Americans regardless of --

23             REPRESENTATIVE RAYMOND:  So, you believe the

24   Voting Rights Act is still necessary?

25             REPRESENTATIVE VAN TAYLOR:  Yes.

JA_002352

TX_00212860

USA_00017234

House Floor Debate - Volume II                    March 23, 2011

1    REPRESENTATIVE RAYMOND:  Is that because you

2    believe discrimination still exists?

3    REPRESENTATIVE VAN TAYLOR:  I think of the

4    Voting Rights Act -- there are many aspects of it that

5    protect our ability to vote.

6    REPRESENTATIVE RAYMOND:  Well, if it's

7    protecting discrimination in the voting place, so, if

8    you believe it's a good law, do you believe

9    discrimination in the voting place still exists?

10   REPRESENTATIVE VAN TAYLOR:  I'm not sure

11   where you're going with this.

12   REPRESENTATIVE RAYMOND:  No.  No.  This

13   is -- it's I'm not going anywhere.  This is very simple.

14   This is about protecting voting rights, and I asked you

15   if you believed the Voting Rights Act was a good law.

16   You said yes, right?

17   REPRESENTATIVE VAN TAYLOR:  This bill that

18   we're debating right here on the floor is about voter

19   identification at the polling station when people vote

20   in the State of Texas.

21   REPRESENTATIVE RAYMOND:  And any time you

22   deal with a law that has to do with voting, you have to

23   take into consideration the rights of people to vote.

24   Any time you deal with a law as comprehensive and big as

25   this -- as comprehensive and big as this, you have to

TX_00212861

USA_00017235

House Floor Debate - Volume II                    March 23, 2011

1   take into account people's voting rights.  You would

2   agree with that, right?

3               REPRESENTATIVE VAN TAYLOR:  I think that it

4   is important to remember that this bill is about making

5   sure that the right people show up on election day

6   and --

7               REPRESENTATIVE RAYMOND:  That the right

8   people show up on election day?

9               REPRESENTATIVE VAN TAYLOR:  Well --

10              REPRESENTATIVE RAYMOND:  Who are the right

11  people?

12              REPRESENTATIVE VAN TAYLOR:  The people who

13  are registered vote and can demonstrate they are who

14  they say they are through having proper voter

15  identification.

16              REPRESENTATIVE RAYMOND:  Again -- and I'll

17  let you go after this but I just want to establish you

18  and I serve on committees together, it's been great

19  getting to know you.  You acknowledge that we still need

20  the Voting Rights Act because the Voting Rights Act

21  prevents discrimination in the polling place and if you

22  still think we need it, presumably you believe there's

23  still problems?

24              REPRESENTATIVE VAN TAYLOR:  Mr. Chairman, as

25  you well know, this -- this type of legislation, voter

TX_00212862

USA_00017236

22

 1    identification, has been approved under the Voters Right

 2    Act in other states.  I mean, this is -- this has

 3    already been litigated by other states.

 4              But the point of your amendment, coming back

 5    to what I think you wanted to talk about here today,

 6    which is the ability of people who have jobs who somehow

 7    might not have identification, those people in this

 8    country who have jobs have to fill out an I-9 form.

 9    That requires identification.

10              REPRESENTATIVE RAYMOND:  And along those

11    lines, according to the -- what web site is this -- the

12    Workforce Commission, it says in order to get an I-9,

13    you have to have a voter registration card and a Social

14    Security account number to get an I-9, which means those

15    are the two things you need to get a photo ID.

16              REPRESENTATIVE VAN TAYLOR:  That is -- those

17    are two possible combinations from list A -- excuse

18    me -- from list B and list C.

19              REPRESENTATIVE RAYMOND:  That's all you

20    need.  So, to get an I-9, you need a voter registration

21    card and a Social Security card.  So, would you agree

22    then that if somebody has a voter registration card and

23    Social Security card, they ought to be able to vote,

24    too, if they're registered to vote, obviously?

25              REPRESENTATIVE VAN TAYLOR:  Clearly.

TX_00212863

USA_00017237

House Floor Debate - Volume II                    March 23, 2011

23

1      REPRESENTATIVE RAYMOND:  You do?  Then I can

2  offer that amendment.  Do you want to -- do you want to

3  tell Ms. Harless back there?  Do you want to offer it

4  together?

5      REPRESENTATIVE VAN TAYLOR:  Look, we -- it

6  is important that we have a voter identification

7  requirement in this state to make sure that when people

8  show up to vote, they are who they say that they are.

9      REPRESENTATIVE RAYMOND:  Do you think it is

10  sufficient, as it is under law, that in order to get an

11  I-9 card, which you hang this whole thing on, that all

12  you need are a voter registration card and a Social

13  Security number?  Do you think that's sufficient to get

14  an I-9 card?  That's what the law is.  Do you agree with

15  the law or disagree with it?

16      REPRESENTATIVE VAN TAYLOR:  Mr. Chairman,

17  this is a narrowly-defined bill.  It is designed to make

18  sure that the people who show up to vote are, in fact,

19  who they say they are.  The fact is it is too simple to

20  steal a voter identification card and use that for in

21  person ballot fraud.

22      I have witnessed it with my own eyes.  We

23  talked about this Monday, in Representative Anchia's

24  district.  I watched somebody walk in and say, "Somebody

25  took my voter registration card.  I'm here to vote," and

TX_00212864

USA_00017238

24

1    they were denied the right to vote.

2             SPEAKER:  Representative Sheffield raised a

3    point of order, gentlemen.  Time is expired.  Point of

4    order --

5             REPRESENTATIVE RAYMOND:  Mr. Speaker, I'd

6    ask that the -- that our exchanged be reduced to writing

7    and entered in the journal.

8             Thank you.

9             SPEAKER:  Now that you've heard the motion,

10   is there objection?

11            The Chair hears none.  So ordered.

12            The Chair recognizes Mr. Raymond to close.

13            REPRESENTATIVE RAYMOND:  Members, I know

14   it's hard to listen when we've got an extended debate

15   but as Mr. Van Taylor just mentioned, an I-9 form -- an

16   I-9 ID is very important in his world as an employer,

17   and all you need to get an I-9 form is a voter

18   registration card and a Social Security number.

19            I -- basically, what I'm doing with this

20   amendment is matching it up to what we do right now to

21   get an I-9 form.

22            To not pass this -- to not pass this

23   amendment, which the motion has been made to table, to

24   not pass this amendment when current law in the State of

25   Texas, which I imagine many of the members in here voted

TX_00212865

USA_00017239

25

1   for, says that all you need for an I-9 card is a

2   voter registration card -- an I-9 ID is a voter

3   registration card and a Social Security number, that

4   that works there but when it comes to voting, you're

5   going to vote down an amendment -- if you vote aye on

6   the motion to table, you're voting down an amendment

7   that says voting -- you have less protections as a voter

8   and less rights as a voter than you do as a worker.

9           So, I ask that you vote no on the motion to

10  table and -- and I think that Mr. Van Taylor asks that

11  you vote aye.

12          SPEAKER:  Representative Raymond sends up an

13  amendment.  Mr. Van Taylor moves to table.  The question

14  is on the motion to table.  Record vote.  Clerk will

15  ring the bell.

16          Show Mr. Van Taylor voting aye.  Show

17  Ms. Harless voting aye.  Show Mr. Raymond voting no.

18          Have all voted?  Being 101 ayes and 48 nays,

19  motion to table prevails.

20          Following the amendment, clerk will read the

21  amendment.

22          CLERK:  Amendment by Duke.

23          SPEAKER:  The Chair recognizes

24  Representative Dukes.

25          REPRESENTATIVE DUKES:  Thank you,

TX_00212866

USA_00017240

26

```
 1    Mr. Speaker, Members.  This is a very simple amendment.
 2    It allows for a temporary driving permit issued to the
 3    person by the Department of Public Safety to be used as
 4    a valid form of identification enabled to vote.
 5              A temporary driver's permit is issued by the
 6    State of Texas.  It shows the name and address of the
 7    person and includes an expiration date.
 8              In order to qualify, a person -- the permit
 9    must include the person's name, the Texas driver's
10    license number, their birth date, their address, a
11    physical description of them.
12              Having a temporary driving permit shouldn't
13    hindered a person's ability to vote and, if adopted,
14    would allow more individuals to have access to the
15    voting process.
16              SPEAKER:  Mr. Villarreal, for what purpose?
17              REPRESENTATIVE VILLARREAL:  Mr. Speaker,
18    will the gentlelady yield for questions?
19              REPRESENTATIVE DUKES:  I yield.
20              SPEAKER:  She yields.
21              REPRESENTATIVE VILLARREAL:  Ms. Dukes, how
22    long has an out of state photo ID been an acceptable
23    form of photo ID for voting?
24              REPRESENTATIVE DUKES:  Excuse me.  Could
25    you -- could you repeat the question?
```

TX_00212867

USA_00017241

House Floor Debate - Volume II                    March 23, 2011

                                                              27

 1              REPRESENTATIVE VILLARREAL:  Sure.  How long
 2    has an out of state photo ID been an acceptable form of
 3    ID for voting?
 4              REPRESENTATIVE DUKES:  I'm not certain.  Can
 5    you tell me?
 6              REPRESENTATIVE VILLARREAL:  Well, since the
 7    75th legislature, in fact.  I'm so glad you asked.
 8              Are you aware of any voter fraud involving
 9    the use of out of state photo ID?
10              REPRESENTATIVE DUKES:  I can't recall any.
11    Can you tell me?
12              REPRESENTATIVE VILLARREAL:  Neither can I.
13    I think there -- my understanding is that there has not
14    been any documentation of an out of state photo ID being
15    used in inappropriate voting.
16              REPRESENTATIVE DUKES:  You know --
17              REPRESENTATIVE VILLARREAL:  Thank you for
18    your amendment.
19              REPRESENTATIVE DUKES:  You know, one would
20    assume that this bill is strictly about having an ID to
21    vote, not about creating an additional offense within
22    the law as a reason why an individual would lose their
23    right to vote.
24              A temporary driver's permit usually is for,
25    you know, individuals that may have an infraction far

TX_00212868

USA_00017242

28

1    less than the felony that a federal law or state law

2    requires in removing one's license and not having the

3    ability to vote.  So, one would assume that one should

4    not be penalized for a valid temporary driving permit

5    from their right in the process to vote.

6              REPRESENTATIVE PHILLIPS:  :  Mr. Chairman,

7    will the gentlelady.

8              REPRESENTATIVE DUKES:  Yes, I yield.

9              REPRESENTATIVE PHILLIPS:  Does the document

10   you're talking about have a picture on it?

11             REPRESENTATIVE DUKES:  Yes, sir.  It has a

12   physical description of the person.

13             REPRESENTATIVE PHILLIPS:  Does it have a

14   picture?

15             REPRESENTATIVE DUKES:  Their height, their

16   weight.  In some cases, some of them do, in some cases,

17   but it shows their name, their address, their expiration

18   date.  It's issued by the State of Texas.

19             REPRESENTATIVE PHILLIPS:  Does it have --

20             REPRESENTATIVE DUKES:  It has a driver's

21   license number.

22             REPRESENTATIVE PHILLIPS:  But you can't

23   guaranty that it will have a picture on it if we vote

24   for your amendment?

25             REPRESENTATIVE DUKES:  A temporary driver's

TX_00212869

USA_00017243

29

1   permit, though, it's still issued by the State of Texas
2   and it still has everything that --
3              REPRESENTATIVE PHILLIPS:  Thank you.
4              REPRESENTATIVE DUKES:  -- that could be
5   used.
6              You are most welcome.  And I move passage.
7              SPEAKER:  The Chair recognizes
8   Representative Harless in opposition.
9              REPRESENTATIVE HARLESS:  Thank you, Members.
10  I would request that you vote to table this amendment.
11             Temporary ID has a photo on it.  We got a
12  letter from the DPS saying that when they issue a
13  temporary ID or a driver's license, they have photos on
14  them.
15             They also testified that their time
16  turnaround is 15 days.  I ask that you table this.
17             REPRESENTATIVE DUKES:  Mr. Speaker?
18             SPEAKER:  Ms. Dukes, for what purpose?
19             REPRESENTATIVE DUKES:  Will the gentlelady
20  yield?
21             REPRESENTATIVE HARLESS:  Yes.
22             SPEAKER:  She yields.
23             REPRESENTATIVE DUKES:  It's not necessarily
24  true that all of the temporary driving permits have a
25  picture on them.  There are -- as a matter of fact, when

TX_00212870

USA_00017244

Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 39 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 209-1 Filed 06/20/12 Page 76 of 285

30

1    I requested some information from DPS on Friday, there

2    are large numbers of individuals that have these

3    temporary permits that do not have their IDs on them and

4    they look more like this than what you're talking about

5    but yet they are not individuals who have committed a

6    felony under the law as to why their license would have

7    been removed.

8              Are you -- is it your intent to create an

9    additional penalty under the law to take away a person's

10   right to vote by preventing them from having the ability

11   to vote with a temporary driving permit?

12             REPRESENTATIVE HARLESS:  The -- the -- the

13   specific ID spelled out in the bill is very, very broad.

14   You can have a driver's license.  You can have a Texas

15   ID -- a Texas driver's license, a Texas ID, a passport.

16   You can have a citizen certificate with your picture on

17   it.  You can have a concealed handgun license.

18             These are standardized forms, and they're

19   the acceptable forms for voting in person at -- on a

20   polling day.

21             Now, if you do not have one of those forms,

22   you can always cast a provisional ballot and bring back

23   the information and have your ballot counted.

24             REPRESENTATIVE DUKES:  Explain to me why a

25   temporary driving permit issued by the State of Texas is

TX_00212871

USA_00017245

Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 39 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 77 of 285

```
 1   not good enough under your bill since you're the author
 2   of it.  In your mind, why is it not good enough to have
 3   a temporary driving permit?
 4            REPRESENTATIVE HARLESS:  Because there's not
 5   necessarily on -- DPS says that they have a photo on
 6   their driver's license and ID cards that are temporary.
 7            REPRESENTATIVE DUKES:  Not true.  There are
 8   some that use a form that look just like this.  If we
 9   need to walk -- I know this is a far distance.  If we
10   need to walk it down to you, then we can do that but
11   there are some temporary permits that may not have that
12   ID but what I don't understand is that if it's a
13   government, State of Texas issued temporary driving
14   permit, why is that not good enough when it already has
15   a physical description of the person, it has their
16   address, it has their age, it has an expiration date,
17   the color of their eyes, their height, their weight,
18   noting their sex, why is that not good enough?
19            Is it just that you're trying to say that
20   anyone -- anyone, even if it's not a felony because
21   that's the only reason why someone's license would be
22   suspended and they would not have the right to vote
23   under the federal or state law, are you trying to say
24   now that a misdemeanor or someone who is brand new just
25   shouldn't have the right to vote?  Because you're
```

TX_00212872

USA_00017246

32

```
 1   stretching it.
 2              REPRESENTATIVE HARLESS:  Do you want me to
 3   answer or do you want to --
 4              REPRESENTATIVE DUKES:  I want you to answer
 5   directly on that question.
 6              REPRESENTATIVE HARLESS:  Okay.  The
 7   temporary ID receipt does not have the security features
 8   that a physical ID card or driver's license has and it
 9   is easy to be duplicated.  That is the reason we have --
10              REPRESENTATIVE DUKES:  If a temporary
11   driving permit is good enough to be used to drive and
12   for many other purposes, why is it not good enough to
13   vote when you haven't found any problems that you've
14   been able to prosecute in the State of Texas?
15              REPRESENTATIVE HARLESS:  We are talking
16   about security features and showing that you are who you
17   say you are when you show up to vote.  A driver's
18   license and ID card issued with a photo has those
19   security provisions in it.  A temporary driver's license
20   or a temporary ID does not have those security features
21   in it.
22              REPRESENTATIVE DUKES:  So, you're saying
23   that --
24              REPRESENTATIVE HARLESS:  So, I'm saying that
25   I'd like to make a motion to table.
```

TX_00212873

USA_00017247

Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 41 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 79 of 285

33

1    REPRESENTATIVE DUKES:  So, you're saying to
2    go in to vote, with these judges that are in the voting
3    polling places, a temporary driving permit is not good
4    enough for them but it's good enough for every officer
5    who stops you on the street?
6    REPRESENTATIVE HARLESS:  I'm saying that we
7    have to protect the ballot box and --
8    REPRESENTATIVE DUKES:  You have to protect
9    the ballot box more than the police officer has to
10   protect the street?
11   REPRESENTATIVE HARLESS:  By making sure that
12   you show a photo ID and that you are the person that you
13   say you are, and the temporary ID and the temporary
14   driver's license can be duplicated and --
15   REPRESENTATIVE DUKES:  You're saying that
16   the right to vote -- those -- not necessarily the right
17   to vote but the people who are untrained working at the
18   polls that they can't accept a temporary driving permit
19   when the police officers can?
20   REPRESENTATIVE HARLESS:  Well, under the
21   bill, the training of the poll workers is now mandated.
22   It's not optional.  So, they will be trained on how to
23   recognize the ID.
24   REPRESENTATIVE DUKES:  So, you've just
25   stated by your bill that anyone who is delinquent on

TX_00212874

USA_00017248

House Floor Debate - Volume II                    March 23, 2011

34

1     their child support, because they can have their
2     driver's license pulled and have only a temporary ID,
3     will no longer have the right to vote.  That's a whole
4     lot of people.
5                 REPRESENTATIVE HARLESS:  They have a right
6     to vote a provisional ballot.
7                 REPRESENTATIVE DUKES:  But then you're
8     making them -- your bill still makes them go and buy
9     another form of ID.  Why not use the ID that they are
10    issued, a temporary driving permit?
11                REPRESENTATIVE HARLESS:  Well, and they'll
12    have a permanent ID as soon as it comes in, usually
13    within 15 days.
14                REPRESENTATIVE DUKES:  It sounds more like
15    your bill is attempting to, one, create an offense under
16    the law that prevents people from voting when it's not
17    even a felony and the federal government doesn't prevent
18    them from voting and, two, just to prevent people who
19    you think are going to vote a certain way.  Sad for the
20    State of Texas.  Really sad.
21                REPRESENTATIVE HARLESS:  I move to table.
22                REPRESENTATIVE BURNAM:  Mr. Speaker, would
23    the lady yield?  Mr. Speaker, will the lady yield?
24                SPEAKER:  Just a minute, Mr. Burnam.
25                Ms. Harless yields.

TX_00212875

USA_00017249

                                                                35

 1              REPRESENTATIVE BURNAM:  I'm sorry.
 2   Ms. Harless, did you yield?
 3              REPRESENTATIVE HARLESS:  Yes.
 4              REPRESENTATIVE BURNAM:  Thank you so much.
 5              REPRESENTATIVE HARLESS:  You're one of my
 6   favorites, of course.
 7              REPRESENTATIVE BURNAM:  Of course.
 8              You may not be familiar, however, with the
 9   right of responsibility bill that Representative Berman
10   and I both had in (Inaudible) public safety yesterday.
11   And if you're not familiar with that bill, you may not
12   be aware that every year -- every year for the last five
13   years people have had -- 100,000 Texans a year have had
14   their driver's license suspended.  They've had that
15   driver's license taken from them, and they are issued
16   the form that Representative Dukes was showing you from
17   the back mic.
18              And I'm just wondering what you propose to
19   do.  Are all 100,000 people per year just going to have
20   to vote provisionally?
21              REPRESENTATIVE HARLESS:  I don't know how
22   many of those hundred thousand people are actually
23   registered to vote.
24              REPRESENTATIVE BURNAM:  Well, in theory,
25   they have the opportunity, most of them, the ones that

TX_00212876

USA_00017250

House Floor Debate - Volume II                    March 23, 2011

36

1     are over 21 and qualify.  So, let's just knock it down

2     and say only 75,000 a year are denied the right to

3     drive, their driver's license is suspended, are you

4     going to say that these people are all going to have to

5     vote provisionally?

6              REPRESENTATIVE HARLESS:  If they don't have

7     another alternative form of photo ID, such as a passport

8     or citizenship paper with their photo on it or either a

9     CHL license, if they --

10             SPEAKER:  Representative Phillips raised a

11    point of order.  The gentleman's time expired.  Point of

12    order is well taken.  Sustained.

13             The Chair recognizes Representative Harless.

14             REPRESENTATIVE HARLESS:  I'm removing my

15    motion to table so Representative Dukes may close on her

16    amendment.

17             SPEAKER:  The Chair recognizes

18    Representative Dukes.

19             REPRESENTATIVE DUKES:  Thank you,

20    Mr. Speaker and Members.  Thank you Representative

21    Harless for giving me the ability to close on this

22    amendment.

23             Members, having a temporary driving

24    permit -- what class of voters would be excluded from

25    voting if we didn't allow a temporary driving permit?  A

TX_00212877

USA_00017251

Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 45 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 209-1 Filed 06/20/12 Page 83 of 285

37

 1    temporary driving permit is issued to adult drivers,

 2    legal minorities and commercial truck drivers who may

 3    have lost their photo identification due to various

 4    offenses or alcohol related offenses.

 5              These offenses are punishable under the

 6    Texas Transportation Code 524.011.  Over 100,000

 7    individuals per year will be excluded if they are not

 8    allowed to utilize their temporary driving permit, which

 9    does not include a photo of them.

10              Now, why is the ID needed?  Because young

11    voters, adult drivers and commercial drivers or truck

12    drivers who have a temporary driving permit should not

13    be further punished by not being allowed to vote because

14    they made a mistake while driving.

15              We have even had some who have been allowed

16    to pass on and run for higher office with these little

17    minor mistakes.  So, we shouldn't take away their right

18    to vote.

19              A driving infraction or mistake should not

20    be punished by disallowing a person access to the polls

21    because he or she carries an alternative ID.

22              We need to make sure when persons are

23    punished for one action in our community, they are not

24    punished for another action, especially one as important

25    as their right to cast a vote.

TX_00212878

USA_00017252

Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 46 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 84 of 285

                                                                    38

1              Under the federal --

2              SPEAKER:  Mr. (Inaudible), for what purpose?

3              REPRESENTATIVE ALISEDA:  Does the gentlelady

4     yield?

5              REPRESENTATIVE DUKES:  Yes, I do yield.

6              SPEAKER:  She yields.

7              REPRESENTATIVE ALISEDA:  I practice some DWI

8     law back home in my district, and one of the common

9     occurrences is that an individual gets stopped and has

10    over the blood alcohol limit that's required by law, has

11    their license taken, and then there's a suspension

12    procedure, and they're given a yellow form that is a

13    temporary driving permit and it's good until there is a

14    hearing and an administrative law judge makes a

15    decision.

16             When I have a client like that that needs

17    identification, I send them down to the DPS office, and

18    they are able to get a temporary identification card to

19    use for the purposes that they need an identification

20    for.

21             So, in those instance that you're citing, I

22    don't see any reason why -- or maybe you can tell me why

23    they could not go to the DPS office and get this

24    temporary -- excuse me -- this identification card,

25    which is used -- a photo identification card, which is

TX_00212879

USA_00017253

39

```
 1   used for purposes of identification and is also a valid
 2   ID form for voting in this state under this bill.
 3              REPRESENTATIVE DUKES:  Why should they have
 4   to go and get an additional one?  You're basically --
 5   you're representing these individuals who are -- you're
 6   a defense attorney, is that what you're saying you are?
 7              REPRESENTATIVE ALISEDA:  Yes.
 8              REPRESENTATIVE DUKES:  With DWI?
 9              REPRESENTATIVE ALISEDA:  Yes.
10              REPRESENTATIVE DUKES:  They've been charged
11   by the Court once?
12              REPRESENTATIVE ALISEDA:  Excuse me?
13              REPRESENTATIVE DUKES:  They've been charged
14   by the Court?
15              REPRESENTATIVE ALISEDA:  Yes.  They don't
16   necessarily have to be charged by the Court because the
17   charge still hasn't been filed.  When the officer -- the
18   DPS officer takes their identification because they've
19   blown over the legal limit or because they've refused
20   the blood test or the breath test, they are issued a
21   yellow form, a license suspension form.
22              And they tell me, "What am I going to do now
23   without a photo ID to go check out a movie," or whatever
24   it is they need to do with a photo ID.
25              I send them over to the DPS office, and they
```

TX_00212880

USA_00017254

House Floor Debate - Volume II                    March 23, 2011

40

```
 1    get a photo ID and they're able to function with their
 2    temporary permit, that little yellow piece of paper, and
 3    they use a photo ID from the DPS when they need to use a
 4    photo ID.
 5              REPRESENTATIVE DUKES:  Yeah, but, you know,
 6    that is -- what you're talking about is something a
 7    little bit different than the right -- the guarantied
 8    right to vote.
 9              They've had an offense under the law, and
10    they are paying you to get them off of their DWI.  So,
11    you're giving them advice to do something but there are
12    some folks who have these temporary IDs that they've
13    already dealt with their situation.  Now we're stating
14    we're going to take away your ability -- or make it more
15    difficult for you to have a right to vote.
16              REPRESENTATIVE ALISEDA:  My point is they
17    can go obtain the DPS ID, the same DPS ID that I tell my
18    clients to go obtain.
19              REPRESENTATIVE DUKES:  Why do you want to
20    make it so much difficult for people to vote?
21              REPRESENTATIVE ALISEDA:  It's not a question
22    of making it difficult to vote.
23              REPRESENTATIVE DUKES:  Yes, it is.  Yes, it
24    is, because it's not that difficult now.  Who is it
25    truly that you don't want to give the ability to vote?
```

TX_00212881

USA_00017255

House Floor Debate - Volume II                    March 23, 2011

41

1       REPRESENTATIVE ALISEDA:  That is not -- that
2   is not my purpose.
3       REPRESENTATIVE DUKES:  Because I will tell
4   you one thing, this temporary driving permit is going to
5   affect a whole lot of people but not a whole bunch of
6   them are going to live in my district.  So, really, you
7   need to think again about the argument.
8       REPRESENTATIVE ALISEDA:  It is my purpose to
9   see that the system is fair and also that it is as
10  secure as we can make it.  There is nothing you can't do
11  in this society that --
12      REPRESENTATIVE DUKES:  Many of us have been
13  trying to do that since prior 1964, to make sure it was
14  fair and secure but this law is changing a whole lot of
15  the things that my ancestors went through.  It's
16  changing it by making it more difficult for my ancestors
17  and people who look like me to have the ability to go
18  and vote.  It's making it more difficult for people who
19  are disenfranchised to have the ability to go down and
20  to get some form of ID because they will be charged an
21  additional amount.
22      This same concept of disenfranchisement
23  that's taken away so many rights under HB 1 that will
24  come up next week but I'll talk about that next week but
25  don't take away the right that my people have had and

TX_00212882

USA_00017256

1   access to vote.  Don't try to make it more difficult for

2   my people to have the ability to vote.

3           REPRESENTATIVE ALISEDA:  Ma'am --

4           REPRESENTATIVE DUKES:  Do whatever you want

5   for your DWI folks, whatever.  You advise them as you

6   please.

7           REPRESENTATIVE ALISEDA:  Ma'am --

8           REPRESENTATIVE DUKES:  But don't advise my

9   folks.

10          REPRESENTATIVE ALISEDA:  Ma'am, I'm an

11  immigrant to this country, and I came from Mexico.  Do

12  you know what they require in Mexico?  They require a

13  biometric identification to vote.

14          REPRESENTATIVE DUKES:  Well, we're in Texas.

15          REPRESENTATIVE ALISEDA:  That means a

16  picture ID, including a fingerprint.

17          REPRESENTATIVE DUKES:  We're in Texas.

18  We're in Texas, and a whole bunch of things are

19  different in Texas.  We're in America.  We're in

20  America, and a whole lot of things are different.  And

21  one thing that we did have going for us, at least we had

22  civil rights but that seems to be being rolled back.

23          REPRESENTATIVE ALISEDA:  Thank you, ma'am.

24          SPEAKER:  Mr. Burnam, for what purpose?

25          REPRESENTATIVE BURNAM:  Will the lady yield?

TX_00212883

USA_00017257

43

1          SPEAKER:  Will you yield, Ms. Dukes?

2          REPRESENTATIVE DUKES:  Yes.

3          SPEAKER:  She yields.

4          REPRESENTATIVE BURNAM:  Ms. Dukes, are you

5    aware that my father-in-law and your constituent, the

6    entire time you've been in office, Dr. Glenn Roarke, had

7    his driver's license taken away from him for no cause,

8    was not issued either -- any kind of documentation and

9    had to make three different visits to three different

10   DPS facilities here in Austin, Texas, taking over two

11   hours each visit in order to get a temporary permit?

12          REPRESENTATIVE DUKES:  No, I was not aware.

13          REPRESENTATIVE BURNAM:  Ms. Dukes, are you

14   aware that Tarrant County has grown exponentially in

15   population over the last decade and now has over 1.7

16   million, almost 1.8 million people in it and there are

17   still only three DPS offices in the county and all three

18   of them are outside the loop, not on bus lines?

19          REPRESENTATIVE DUKES:  Wow, that's going to

20   make it pretty difficult.

21          REPRESENTATIVE BURNAM:  Yeah.  Thank you.

22          SPEAKER:  Representative (Inaudible) raised

23   a point of order that the gentlelady's time has expired.

24   The point is well taken.

25          REPRESENTATIVE DUKES:  Vote against the

TX_00212884

USA_00017258

Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 52 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 209-1 Filed 06/20/12 Page 90 of 285

44

1    motion to table.

2              SPEAKER:  Representative Dukes has an

3    amendment.  Representative Harless moves to table.  The

4    question is on the motion to table.  All in favor vote

5    aye, all opposed no.  Clerk ring the bell.  Show

6    Ms. Dukes voting no.

7              Have all members voted?  By a vote of 99

8    ayes, 49 nays, 2 present not voting, the motion is

9    tabled.

10             Following the amendment, the clerk will read

11   the amendment.

12             CLERK:  Amendment by Dutton.

13             SPEAKER:  The Chair recognizes Mr. Dutton to

14   explain his amendment.

15             REPRESENTATIVE DUTTON:  Mr. Speaker and

16   Members, as I read through the bill, one of the things

17   that struck me was the reference to the personal

18   identification certificate that's required under this

19   bill.

20             And what this amendment simply does is just

21   adds the two words voter's certificate to it so that it

22   would now read a personal identification voter's

23   certificate.  And that's really all it does.

24             SPEAKER:  The Chair recognizes

25   Representative Harless to speak against the amendment.

TX_00212885

USA_00017259

45

1           REPRESENTATIVE HARLESS:  Members, there's

2   certain information on your voter's certificate, your

3   voter registration card.  You will still continue under

4   this legislation to get a voter's registration card that

5   tells you your home precinct, your senatorial district,

6   your congressional district.

7           And this amendment replaces the voter

8   registration card with a personal identification voter

9   card.  It's unnecessary and it would be expensive to the

10  counties -- to the state.  Sorry.

11          SPEAKER:  Mr. Dutton, for what purpose?

12          REPRESENTATIVE DUTTON:  Will the gentlelady

13  yield?

14          REPRESENTATIVE HARLESS:  I will.

15          SPEAKER:  She yields.

16          REPRESENTATIVE DUTTON:  Ms. Harless, will

17  you take a look at that amendment again because I don't

18  think you really intended to misrepresent what the

19  amendment does.  Your bill -- do you know that your bill

20  contains a reference to a personal identification

21  certificate in here?

22          REPRESENTATIVE HARLESS:  Yes, that's the

23  voter registration card.

24          REPRESENTATIVE DUTTON:  But it's called a

25  personal identification certificate; isn't that right?

TX_00212886

USA_00017260

                                                              46

1          REPRESENTATIVE HARLESS:  Right.

2          REPRESENTATIVE DUTTON:  And that's what it's

3    termed.  And all this does is just makes it clear that

4    that personal identification certificate is really a

5    personal identification voter certificate, which is what

6    I thought you intended it to be.

7          REPRESENTATIVE HARLESS:  Your -- your

8    personal identification voter card that is issued in the

9    bill is a voter registration card issued by the

10   registrar.

11         REPRESENTATIVE DUTTON:  But it's not --

12         REPRESENTATIVE HARLESS:  What you're --

13         REPRESENTATIVE DUTTON:  -- called anything,

14   is it?

15         REPRESENTATIVE HARLESS:  Excuse me.  What

16   you're doing in Section 20 is addressing the

17   Transportation Code, which, in essence, would mean

18   everybody would get a voter ID card issued through the

19   Texas Department of Transportation, and that would make

20   it very expensive.

21         REPRESENTATIVE DUTTON:  No.  No.

22         REPRESENTATIVE HARLESS:  We talked earlier

23   about this dollar --

24         REPRESENTATIVE DUTTON:  I think if you'll

25   read the amendment more closely, what you'll realize is

TX_00212887

USA_00017261

House Floor Debate - Volume II                    March 23, 2011

47

1    that that's not what it does.  What it does is simply

2    says if you're getting the personal identification card

3    for voter purposes, then it would be called a personal

4    identification voter certificate.

5              That's -- that's really all it does.  It

6    doesn't change that.  It doesn't change the part that

7    you're suggesting that it does.

8              REPRESENTATIVE HARLESS:  So, tell me what

9    the purpose of this is.

10             REPRESENTATIVE DUTTON:  So that -- so that

11   there's a distinction being -- ought to be made between

12   just a regular personal identification card and one that

13   is designed solely for -- to be used as a voter.  That's

14   all it does.

15             REPRESENTATIVE HARLESS:  I don't see that.

16             REPRESENTATIVE DUTTON:  Well, it might

17   require you to look at the amendment a little closer and

18   the bill a little closer, too, because I think -- well,

19   not you.  You've got to do it like this but it doesn't

20   change anything.

21             REPRESENTATIVE HARLESS:  Well, do you want

22   to talk about this some more because we haven't

23   discussed this?

24             REPRESENTATIVE DUTTON:  I think we have all

25   night.

TX_00212888

USA_00017262

48

1          REPRESENTATIVE HARLESS:  Okay.
2          SPEAKER:  Representative Dutton sends up an
3    amendment.  Representative Harless moves to table.
4    Representative Dutton to close.
5          REPRESENTATIVE DUTTON:  Thank you,
6    Mr. Speaker and Members.  I thought this was an easy
7    amendment but I guess not.  Essentially, what this bill
8    requires is if you want to go to the DPS to get a
9    certificate for you to vote, then it's called under the
10   bill a personal identification certificate.
11         What my amendment simply does is if you do
12   that, it's called a personal identification voter's
13   certificate.  That's really all this does.  And I
14   don't -- I don't know.  Maybe they don't -- it's not the
15   amendment they don't like.  Maybe it's the author but
16   anyway, I move passage.  I move -- all right.  Okay.
17   All these aw's, if you will change them to green light,
18   to no votes, I will accept them.
19         SPEAKER:  Mr. Dutton sends up an amendment.
20   Representative Harless moves to table.  All the aw's
21   vote aye.  All the nays vote no.  Clerk ring the bell.
22         Have all voted?  96 ayes, 49 nays, 2 voters
23   not voting, the motion tabled prevails.
24         Representative Allen.  Following the
25   amendment, the clerk will read the amendment.

TX_00212889

USA_00017263

House Floor Debate - Volume II                    March 23, 2011

49

 1          CLERK:  Amendment by Allen.

 2          SPEAKER:  The Chair recognizes Ms. Allen to

 3   explain her amendment.

 4          REPRESENTATIVE DR. ALLEN:  Mr. Chairman and

 5   Members, this is a very simple bill -- amendment.  It

 6   simply provides for those people who -- as already in

 7   the bill who already have expired IDs and in the bill,

 8   if the bill is expired for 60 days, you can vote.  If

 9   the bill is expired for 61 days, you cannot vote.

10          An example would be a young man on my staff

11   who is there now ordered his driver's license to be

12   replaced -- to replace his expired driver's license

13   September, 2010.

14          In January, he still had not received his

15   driver's license.  He had to wait in line all day to

16   request it again.  After haggling about whether or not

17   it had been sent, he finally agreed to process a renewal

18   form.

19          After that -- those of you from Dallas know

20   that a fire occurred in the Dallas/Fort Worth mail

21   facility.  DPS sent him a letter asking -- informing him

22   that his license had been destroyed in the fire and that

23   it would take another two or three weeks.

24          On or about March the 9th, 2011, he finally

25   received his license.  About that time, he received his

TX_00212890

USA_00017264

50

 1    notice that his driver's license had been destroyed in

 2    the fire.

 3              It took him almost six months to finally get

 4    his license renewed.  He didn't have a U.S. military ID

 5    card.  He didn't have a U.S. citizen certificate.  He

 6    didn't have a port -- passport, nor did he have a

 7    concealed handgun license.

 8              I can point out this situation to you.  If

 9    he had been able to use his old driver's license or one

10    of his IDs or state issued ID, as you have in the bill,

11    he would have been able to vote.

12              Now, I want to save the State of Texas

13    money.  You say you're giving a free ID to those people

14    who want to vote and walk in and request one for the

15    purpose of voting.

16              SPEAKER:  (Inaudible) for what purpose?

17              REPRESENTATIVE DR. ALLEN:  I'm sorry, I'm

18    laying out my --

19              REPRESENTATIVE GUTIERREZ:  I don't think

20    she's done yet, Mr. Speaker.  I'll wait until she's

21    done.

22              REPRESENTATIVE DR. ALLEN:  -- for the

23    purpose of voting.  How much will it cost the State of

24    Texas to furnish a free ID to all of the persons who

25    will walk up and ask for a free ID for voting?

TX_00212891

USA_00017265

House Floor Debate - Volume II                    March 23, 2011

51

1           That would possibly include like I have lost

2    my driver's license right now, probably be me standing

3    in line.  Or the person whose license plates -- driver's

4    license who have expired, any form of ID that you have

5    in this bill.

6           I'm simply asking that you extend the time

7    to any driver's license -- or any ID issued by the state

8    expired for any length of time.  You are who you are.

9    You do not change.  This will save the state millions of

10   dollars in free ID cards.

11          It will give the opportunity for grandma --

12   I know she's in there somewhere, we are in there

13   somewhere, over 60, over 70, who doesn't drive any more

14   but she had a driver's license, to use her old driver's

15   license, for those who have had a wreck and become

16   handicapped, had a driver's license, can't drive any

17   more, could use their old ID.

18          I simply ask that you extend the 60 days

19   until any length of time.  It would save the state

20   millions and millions of dollars.

21          SPEAKER:  Mr. Gutierrez, for what purpose?

22          REPRESENTATIVE GUTIERREZ:  Yes, Mr. Speaker.

23   Will the gentlelady yield for questions?

24          SPEAKER:  Do you yield?

25          REPRESENTATIVE DR. ALLEN:  I will.  Thank

JA_002384

TX_00212892

USA_00017266

52

1    you.

2                    SPEAKER:  She yields.

3                    REPRESENTATIVE GUTIERREZ:  Representative

4    Allen, you're aware that the State of Georgia has a

5    voter identification, voter impersonation statute,

6    whatever you want to call it, they have a similar type

7    legislation in Georgia, you're aware of that, correct?

8                    REPRESENTATIVE DR. ALLEN:  I've heard that

9    today.

10                   REPRESENTATIVE GUTIERREZ:  Did you know that

11   in Georgia, Representative Allen, they require the

12   same thing, a Georgia driver's license, even if expired?

13   So, the good people of Georgia have determined that your

14   amendment is a good idea and it has worked for them.

15   So, I think --

16                   REPRESENTATIVE DR. ALLEN:  I -- yes, I think

17   it's a good amendment.

18                   REPRESENTATIVE GUTIERREZ:  So, you --

19                   REPRESENTATIVE DR. ALLEN:  It would be good.

20   We wouldn't have to drag grandma to the DPS station.

21   She could use her old card.

22                   REPRESENTATIVE GUTIERREZ:  So, if it's good

23   enough for the people in Georgia, it should be good

24   enough for the people in Texas, should it not?

25                   REPRESENTATIVE DR. ALLEN:  I think so.

TX_00212893

USA_00017267

Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 61 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 99 of 285

53

```
 1            REPRESENTATIVE GUTIERREZ:  Well, Dr. Allen,
 2   I think you have a very good amendment.  It's,
 3   obviously, worked for the State of Georgia.  I think
 4   that what we're talking about here is reasonableness.
 5   And as you stated earlier, our identities don't change.
 6            REPRESENTATIVE DR. ALLEN:  That's right.
 7            REPRESENTATIVE GUTIERREZ:  And we shouldn't
 8   burden people by simply -- they no longer need to go get
 9   that driver's license any more.  Their old ID should
10   work.
11            REPRESENTATIVE DR. ALLEN:  Right.  It takes
12   a burden off the people and a burden off the state, too.
13            REPRESENTATIVE GUTIERREZ:  Thank you, Dr.
14   Allen.  I appreciate it.
15            REPRESENTATIVE DR. ALLEN:  You're welcome.
16            SPEAKER:  Mr. Coleman, for what purpose?
17            REPRESENTATIVE COLEMAN:  Yes.  Will the
18   gentlelady yield for questions?
19            REPRESENTATIVE DR. ALLEN:  Yes,
20   Representative Coleman.
21            SPEAKER:  She yields.
22            REPRESENTATIVE COLEMAN:  Representative
23   Allen, first of all, if we tie something to a government
24   ID that is not something that is permanent for all
25   individuals and that ID expires because it is used for a
```

TX_00212894

USA_00017268

54

```
 1    specific purpose, it wasn't -- not designed for
 2    voting --
 3              REPRESENTATIVE DR. ALLEN:  Right.
 4              REPRESENTATIVE COLEMAN:  -- do you think
 5    that an individual should be turned away or would they
 6    be turned away from voting if they had an expired
 7    license that went over a period of time, 61 days?
 8              REPRESENTATIVE DR. ALLEN:  No.  I think that
 9    you are -- as I said, you are who you are, and after 61
10    days, you don't change.  You're the same person.  I
11    think that could -- that document can be used for
12    voting, too.
13              REPRESENTATIVE COLEMAN:  Okay.  Because the
14    difference that we're talking about is the idea that it
15    has a picture, correct?
16              REPRESENTATIVE DR. ALLEN:  Yes.
17              REPRESENTATIVE COLEMAN:  Now, this is an
18    interesting question.  I went to get a driver's
19    license -- renewal of a driver's license.  You know you
20    do it on line.
21              REPRESENTATIVE DR. ALLEN:  Uh-huh.
22              REPRESENTATIVE COLEMAN:  Right?  And in the
23    period of time that you're waiting for your driver's
24    license, you have a piece of paper with no picture on
25    it.
```

TX_00212895

USA_00017269

55

 1             REPRESENTATIVE DR. ALLEN:  Right.  Right.
 2             REPRESENTATIVE COLEMAN:  So, that would not
 3   be a valid ID for going to vote under this bill; is that
 4   correct?
 5             REPRESENTATIVE DR. ALLEN:  That is correct.
 6             REPRESENTATIVE COLEMAN:  Okay.  So, what
 7   happens if an individual comes in and tries to get vote
 8   with an expired ID card or driver's license or whatever
 9   the case may be?
10             REPRESENTATIVE DR. ALLEN:  As this bill is
11   written, that person would not have the opportunity to
12   vote.  It would be -- it would be among the 20 -- he
13   could vote and it would be filed in the provisional
14   ballots.
15             And you and I know that maybe 20 percent of
16   those votes are counted in the election.  That, too, is
17   a fraud.
18             REPRESENTATIVE COLEMAN:  And particularly
19   because we've heard earlier in earlier discussion that
20   provisional ballots in themselves -- it's actually in
21   the bill it says that, well, even though you've done
22   everything that you're supposed to do, you still -- your
23   vote still may not be counted under the provisional
24   ballots.
25             REPRESENTATIVE DR. ALLEN:  Absolutely.

TX_00212896

USA_00017270

Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 64 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 102 of 285

                                                              56

 1              REPRESENTATIVE COLEMAN:  I mean, that --
 2      that is just bad law --
 3              REPRESENTATIVE DR. ALLEN:  Yes.
 4              REPRESENTATIVE COLEMAN:  -- and bad
 5      circumstance.  I appreciate the amendment that you
 6      brought because, you know, we heard something about
 7      finger imaging in Mexico --
 8              REPRESENTATIVE DR. ALLEN:  Yes.
 9              REPRESENTATIVE COLEMAN:  -- and we heard
10      something about people taking a driver's license to rent
11      a movie.
12              REPRESENTATIVE DR. ALLEN:  Yes.
13              REPRESENTATIVE COLEMAN:  Does the Red Box
14      ask you for your driver's license?
15              REPRESENTATIVE DR. ALLEN:  No, it doesn't.
16              REPRESENTATIVE COLEMAN:  Yeah, I was about
17      to say.  Thank you very much.
18              REPRESENTATIVE DR. ALLEN:  Yeah, and I
19      was -- like I said, I lost my driver's license.  So, I
20      was over there trying to get a driver's license off of
21      the Internet, and it asked me for the number that's on
22      my driver's license.  I don't have the driver's license.
23              REPRESENTATIVE COLEMAN:  Exactly.  There's
24      this fantasy world out there that some people live in
25      that you and I don't live in.

TX_00212897

USA_00017271

Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 65 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 103 of 285

                                                          57

 1              REPRESENTATIVE DR. ALLEN:  Yes.
 2              REPRESENTATIVE COLEMAN:  Because as we go on
 3  line, the use of a picture ID for purchases or for any
 4  other thing, that is just not what's happening here.
 5              REPRESENTATIVE DR. ALLEN:  That's right.
 6              REPRESENTATIVE COLEMAN:  And in the real
 7  world somebody talks about a passport, how many people
 8  do you know in your district that have a passport?
 9              REPRESENTATIVE DR. ALLEN:  A passport?
10              REPRESENTATIVE COLEMAN:  Yeah.
11              REPRESENTATIVE DR. ALLEN:  Very few.
12              REPRESENTATIVE COLEMAN:  Very, very few.
13              REPRESENTATIVE DR. ALLEN:  I'm having to use
14  mine now to get on the airplane.
15              REPRESENTATIVE COLEMAN:  That's right.
16              REPRESENTATIVE DR. ALLEN:  Very, very few
17  people have a passport.
18              REPRESENTATIVE COLEMAN:  The issue is I
19  guess the folks out there who travel internationally
20  quite a bit --
21              REPRESENTATIVE DR. ALLEN:  Yes.
22              REPRESENTATIVE COLEMAN:  -- they, obviously,
23  have one but people who are taking the bus to work, they
24  ain't even thinking about needing a passport to go on
25  their vacation, do they?

TX_00212898

USA_00017272

House Floor Debate - Volume II                    March 23, 2011

1          REPRESENTATIVE DR. ALLEN:  They don't have

2     passport nor bus fare.

3          REPRESENTATIVE COLEMAN:  Thank you very

4     much.

5          SPEAKER:  Representative Sheffield raised

6     the point of order that the gentlelady's time has

7     expired.  The point of order is well taken and

8     sustained.

9          REPRESENTATIVE DR. ALLEN:  Thank you.

10         SPEAKER:  The Chair recognizes

11    Representative Harless to speak on the amendment.

12         REPRESENTATIVE HARLESS:  Members, this

13    amendment allows for an expired ID with no limit but I'm

14    going to leave this to the will of the House, so --

15         SPEAKER:  Mr. Hochberg, for what purpose?

16         REPRESENTATIVE HOCHBERG:  Will the

17    gentlelady yield, please?

18         SPEAKER:  Do you yield?

19         REPRESENTATIVE HARLESS:  Yes, sir.

20         SPEAKER:  She yields.

21         REPRESENTATIVE HOCHBERG:  Representative

22    Harless, we're seeing a lot of each other the last few

23    days, aren't we?  We're --

24         REPRESENTATIVE HARLESS:  I -- I -- it's

25    always a pleasure to see you.

TX_00212899

USA_00017273

House Floor Debate - Volume II                    March 23, 2011

 1              REPRESENTATIVE HOCHBERG:  Likewise.

 2              What -- what concerns me in particular about

 3      this provision in the bill is not only that we're saying

 4      that if it's over 60 days, it's no good when I don't

 5      change that quickly.  I wish I changed that much in 60

 6      days that I couldn't be recognized but that there's no

 7      provision for any kind of unforeseen circumstance, for

 8      instance, did you consider what happens if -- let's say

 9      there was a fire at the driver's license place and a

10      bunch of licenses burned up.  Could you envision that

11      happening?

12              REPRESENTATIVE HARLESS:  I never thought

13      about that but we did allow for a provisional ballot.

14              REPRESENTATIVE HOCHBERG:  But you still have

15      to then come back in with your license within six days.

16              REPRESENTATIVE HARLESS:  Or one of the --

17              REPRESENTATIVE HOCHBERG:  Are you aware that

18      there actually was a fire at the driver's license

19      processing facility earlier this year?

20              REPRESENTATIVE HARLESS:  Which one?

21              REPRESENTATIVE HOCHBERG:  It doesn't -- from

22      the DPS website, it says a DPS vendor mailing facility.

23      It happened in February and they lost 14,000 driver's

24      licenses, which had to then be replaced again.  And

25      they're still telling folks you should get it by about

TX_00212900

USA_00017274

60

1    April 1st.  So, even after the normal processing time,

2    they now added several months.

3            And under those circumstances, if there had

4    been an election, under your bill, I think folks would

5    have been out of luck.  You don't -- that couldn't

6    possibly be something you intended.

7            REPRESENTATIVE HARLESS:  The information I

8    have is from DPS testimony in both the House and the

9    Senate Committee, and they said that they usually can

10   provide a driver's license after it's stolen or lost,

11   within 15 to 20 days, at the longest 45 days, but as

12   I've said, I'm not speaking against this amendment.  I'm

13   leaving it to the will of the House.

14           REPRESENTATIVE HOCHBERG:  Thank you.  Well,

15   I think Ms. Allen has a -- Dr. Allen has a good

16   amendment because it -- it takes care of these

17   unforeseen circumstances at minimum and things getting

18   lost in the mail that the voter and the driver has no

19   control over.  So, I appreciate you not moving to table

20   this amendment.

21           REPRESENTATIVE HARLESS:  Thank you.

22           SPEAKER:  The Chair recognizes

23   Representative Allen to close.

24           REPRESENTATIVE DR. ALLEN:  Members, this is

25   an opportunity for us to make the bill better than it

TX_00212901

USA_00017275

House Floor Debate - Volume II                    March 23, 2011

                                                              61

 1    is.  It's an opportunity for us to save money for the

 2    State.

 3              Those of you who know me know that I don't

 4    file frivolous bills or frivolous amendments.  I'm

 5    sincere about this.

 6              This gives us an opportunity to let people

 7    vote on the ID that they have.  We really don't change

 8    that much.  And so, this time, we don't need to vote

 9    down party lines.  We can vote for something that is

10    good for the State of Texas, for its people and for the

11    State and then they can save money and give its people

12    an opportunity to participate in the voting process.

13    And I request your vote on this bill.  Thank you.

14    This --

15              SPEAKER:  Representative Allen sends up an

16    amendment.  The vote is on the amendment.  Vote aye,

17    vote nay.  The clerk will ring the bell.

18              Show Representative Allen voting aye.

19    Showing Representative Harless as voting --

20    Representative (Inaudible) voting aye.  Aye.  No.

21    Representative Crownover is no.  Harper-Brown is going

22    to vote.

23              Have all voted?  Have all voted?  By a vote

24    of 56 ayes, 89 nays, 2 present not voting the motion

25    failed to adopt.

JA_002394

TX_00212902

USA_00017276

62

 1          Following the amendment, the clerk will read
 2   the amendment.
 3          Representative Alonzo.
 4          CLERK:  Amendment by Alonzo.
 5          SPEAKER:  The Chair recognizes
 6   Representative Alonzo to explain his amendment.
 7          REPRESENTATIVE ALONZO:  Yes, Mr. Speaker,
 8   Members, this just clarifies or adds that an ID card
 9   that's approved by the State may be used as an ID.
10   Right now we're identifying certain types of ID.  If the
11   State feels that there's a certain ID that's approved
12   after, you know, we vote at the state level or different
13   ways, then that identification card be used.
14          SPEAKER:  Okay.  The amendment is acceptable
15   to the author.  Is there any objection?  The Chair hears
16   none.  It's adopted.
17          Following the amendment, the clerk will read
18   the amendment.
19          Mr. Veasey.
20          CLERK:  Amendment by Veasey.
21          SPEAKER:  The Chair recognizes Mr. Veasey to
22   explain his amendment.
23          REPRESENTATIVE VEASEY:  This amendment
24   actually in the spirit of bipartisanship was inspired by
25   Representative Taylor of Collin County.  Representative

TX_00212903

USA_00017277

Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 71 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 109 of 285

63

```
 1   Taylor was in an exchange -- was in an exchange, and I
 2   can't remember who was on the front mic but he said that
 3   you have to have a valid photo ID in order to fill out
 4   an I-9.  And so, therefore, if you have to have a valid
 5   ID to fill out an I-9 --
 6               REPRESENTATIVE MARTINEZ:  Mr. Speaker?
 7               SPEAKER:  Representative Martinez, for what
 8   purpose?
 9               REPRESENTATIVE MARTINEZ:  The gentleman will
10   yield for a question?
11               REPRESENTATIVE VEASEY:  I yield.
12               SPEAKER:  He yields.
13               REPRESENTATIVE MARTINEZ:  So, then,
14   Mr. Veasey, let me ask you, you have a valid ID and you
15   fill out an I-9, then you get an employee's ID from your
16   employer, then you should be able to use that to vote,
17   am I correct?
18               REPRESENTATIVE VEASEY:  Absolutely.
19               REPRESENTATIVE MARTINEZ:  So, if you're
20   talking to your employer and all of us -- me being an
21   employer, we have our employees fill out an I-9,
22   therefore, they should be valid because if they have a
23   driver's license, which is required under that
24   requirement for an I-9, or a Social Security number,
25   then we, as an employer, can ask that employee to take a
```

TX_00212904

USA_00017278

House Floor Debate - Volume II                    March 23, 2011

64

1     photo ID and then they can use that to vote, and that's

2     all you're asking for; is that correct?

3                 REPRESENTATIVE VEASEY:  Absolutely, that the

4     employers of Texas that help keep people employed and

5     keep jobs and help keep food on our tables, if they

6     provide an ID, obviously, they have verified that that

7     identification is valid and they -- and that's the only

8     way that some of these places, like Lockheed and

9     Coca-Cola and other places will issue an ID, and so,

10    that ID ought to count to vote.

11                And I think that this is a bipartisan

12    amendment because Mr. Taylor had spoke about it earlier.

13    So, I move passage.

14                SPEAKER:  The Chair recognizes

15    Representative Harless to speak against the amendment.

16                REPRESENTATIVE HARLESS:  Members, this

17    amendment is asking that you allow a valid employee

18    identification card from somebody's work.  It's not a

19    government ID.  It's not a state issued driver's

20    license.  It's a valid employee ID card.  And I -- I

21    wish --

22                SPEAKER:  Mr. Phillips, for what purpose?

23                REPRESENTATIVE PHILLIPS:  Yeah, just a quick

24    question.

25                REPRESENTATIVE HARLESS:  Yes.

JA_002397

TX_00212905

USA_00017279

House Floor Debate - Volume II                    March 23, 2011

                                                                65

1              SPEAKER:  She yields.

2              REPRESENTATIVE PHILLIPS:  There's no

3      limitation at all on this at all?

4              REPRESENTATIVE HARLESS:  None.

5              REPRESENTATIVE PHILLIPS:  I mean, this

6      doesn't set out standards or practice or anything?

7              REPRESENTATIVE HARLESS:  None at all.

8              REPRESENTATIVE PHILLIPS:  Thank you.

9              SPEAKER:  Mr. Veasey, for what purpose?

10             REPRESENTATIVE VEASEY:  Does the gentlelady

11     yield?

12             REPRESENTATIVE HARLESS:  Yes.

13             SPEAKER:  She yields.

14             REPRESENTATIVE VEASEY:  Your Republican

15     colleague from Collin County stated earlier that in

16     order for you to be able to work at any place that you

17     have to have a valid photo ID in order to fill out that

18     I-9 and that employer has to verify that identification.

19     So, why would that identification not work at a polling

20     place?

21             REPRESENTATIVE HARLESS:  The purpose of the

22     types of ID that were chosen, a driver's license, a

23     Texas issued ID card, a Texas issued driver's license, a

24     passport is because there's a standardization of forms,

25     they're uniform, they're easier for people to recognize,

TX_00212906

USA_00017280

66

1     they're easier for the poll worker to recognize, they're

2     easier for the voter to recognize.

3               This throws all those standards out.  It

4     allows any type of ID that could be duplicated and it

5     takes away all the security provisions in the bill, and

6     I can't support it.

7               REPRESENTATIVE VEASEY:  One of our largest

8     employers in the City of Fort Worth is Lockheed Martin

9     and -- you know, and -- and we have other large

10    employers as well, American Airlines.  So, people are

11    used to seeing those identifications that live in the

12    metroplex.  There's a good likelihood that the clerk,

13    particularly if you live in Fort Worth, it would be a

14    very good likelihood that the clerk would have a

15    relative or someone that worked at one of these places.

16    So, they would also be able to easily identify those

17    forms of identification, and it's the same justification

18    that you just laid out.  So, why not accept this

19    amendment?

20              REPRESENTATIVE HARLESS:  Because it's not

21    issued by the state -- the government agency, it's

22    issued by an employer.  There is no standardization of

23    form, and it takes away all the protections that we've

24    put in this bill for a person to have an ID that a poll

25    worker -- it's easy for them to recognize and it's easy

TX_00212907

USA_00017281

67

 1   for the voter to understand.
 2             REPRESENTATIVE VEASEY:  Are there
 3   different -- like you're an employer, you're in the car
 4   business, do you not -- do you not offer the same I-9 to
 5   your employees that every other employer offers to their
 6   employees?
 7             REPRESENTATIVE HARLESS:  I do, and all my
 8   employees fill out an I-9.  Typically, they use their
 9   driver's license and Social Security card.  I've had
10   some use ID cards if they didn't have a driver's license
11   but --
12             REPRESENTATIVE VEASEY:  So, you're not using
13   a separate form.  That would be a standardization of
14   forms.  It's the same --
15             REPRESENTATIVE HARLESS:  I think this
16   whole -- I think this conversation, we're talking about
17   the I-9.  I understand Representative Taylor's ability
18   to get up here and want to talk about that form.  That
19   has nothing to do with the bill.  The bill is about
20   showing a photo ID when you show up to vote that is
21   issued by a government agency and is easy to recognize
22   because it has the same standardization.
23             REPRESENTATIVE VEASEY:  Okay.  So, when he
24   laid out -- when he laid out his justification that
25   everybody has to fill out this standardized form, the

TX_00212908

USA_00017282

68

1    I-9 in order to work and get an ID, so, you accepted it

2    when he came to you.  So, why don't you accept it

3    when -- I'm bringing you the same thing that you

4    accepted from him.  The rationale you accepted from him

5    is what I'm laying out to you right now.  So, why won't

6    you accept it from me?

7              REPRESENTATIVE HARLESS:  I didn't accept any

8    rationale from him.  He got up to talk against an

9    amendment that was offered.  I didn't -- I didn't

10   accept --

11             SPEAKER:  Mr. Legler, for what purpose?

12             REPRESENTATIVE LEGLER:  Will the gentlelady

13   yield for a question?

14             SPEAKER:  Do you yield for a question?

15             REPRESENTATIVE HARLESS:  Yes.

16             SPEAKER:  She yields.

17             REPRESENTATIVE LEGLER:  I'm a little

18   familiar with I-9s from having a company, and I know

19   they can bring a driver's license, in fact, under -- you

20   have lists B and C, and one of the them is a driver's

21   license or ID card issued by a state in the United

22   States.  It doesn't say State of Texas.  It just says by

23   a state.

24             It also says a document issued by the

25   Department of Homeland Security, which means you can

TX_00212909

USA_00017283

Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 77 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 115 of 285

69

1   have a visa to authorize working here and you can get

2   a -- you can fill out an I-9 form and you can be

3   authorized to work.  That's how I see that.

4           What you're saying is that person may not be

5   a citizen and a resident in the State of Texas but

6   they're saying they can use that ID to government vote.

7   I think you're right about -- on this amendment, it

8   needs to be tabled.

9           REPRESENTATIVE HARLESS:  Motion to table.

10          SPEAKER:  Representative Veasey sends up an

11  amendment.  Representative Harless moves to table.  The

12  question is on the motion to table.  All those in favor

13  say aye, vote aye.  Those opposed vote no.  Clerk will

14  ring the bell.

15          Ms. Harless voting aye.  Mr. Veasey noting

16  no.  Representative Hunter voting aye.

17          Have all voted?  By a vote of 101 ayes, 47

18  nays, 2 present not voting, the motion to table

19  prevails.

20          Following the amendment, the clerk will read

21  the amendment.

22          Respective Gonzalez of El Paso.

23          CLERK:  Amendment by Gonzalez of El Paso.

24          SPEAKER:  The Chair recognizes

25  Representative Gonzalez to explain her amendment.

TX_00212910

USA_00017284

70

1              REPRESENTATIVE GONZALEZ:  Members --

2    Mr. Speaker, Members, this amendment would allow native

3    Americans to use their tribal IDs as an acceptable form

4    of identification upon voting.

5              The (Inaudible) Pueblo, for example, is a

6    group of individuals that would benefit from this

7    amendment.  Currently the population of the tribal -- or

8    the native nation is enrolled at 1687 members, with 1105

9    of them residing in Texas.  And of those 1687, 1044 of

10   the native American population reside in El Paso, Texas

11   alone.

12             Each member receives an enrollment card,

13   also known as a picture ID, that is issued with an

14   authorized signature of the tribal governor.  To obtain

15   this ID, the identification that is used is an original

16   birth certificate, Social Security card and a state

17   issued ID.

18             Let me repeat that because it does bear

19   repeating.  To get this tribal ID, you need an original

20   birth certificate, Social Security card and a state

21   issued ID.

22             Based on that, I believe that there's a

23   significant layer and there are significant safeguards

24   in place to ensure that a tribal ID should be sufficient

25   when a tribal member goes to a polling place to vote.

TX_00212911

USA_00017285

1          SPEAKER:  Representative Marquez, for what
2     purpose?
3          REPRESENTATIVE MARQUEZ:  Mr. Chairman, will
4     the lady yield?
5          SPEAKER:  Do you yield?
6          REPRESENTATIVE GONZALEZ:  I don't know.
7          REPRESENTATIVE MARQUEZ:  Representative
8     Gonzalez, I think everyone heard you in El Paso.
9          SPEAKER:  She yields for a conversation
10    about El Paso.
11         REPRESENTATIVE GONZALEZ:  Yes.
12         REPRESENTATIVE MARQUEZ:  So, essentially,
13    what this amendment is going to do is it's just going to
14    allow native American tribes to be recognized, right,
15    their ID will be a valid form of identification at the
16    polls?
17         REPRESENTATIVE GONZALEZ:  That is correct.
18         REPRESENTATIVE MARQUEZ:  Okay.  And are the
19    enhanced tribal identification cards that are currently
20    being issued by the government a reliable form of IDs
21    for events such as voting?  You spoke specifically about
22    the (Inaudible) Pueblo.
23         REPRESENTATIVE GONZALEZ:  Yes, absolutely,
24    because the United States government is planning to
25    use -- start using an enhanced tribal identification

TX_00212912

USA_00017286

72

```
 1    card.  This is going to recognize U.S. federally
 2    recognized tribes.  In order to get this specific card,
 3    the tribe must meet the requirements set out by the
 4    federal government, and this itself shows that they are
 5    going to have to expose themselves to a background
 6    check.
 7              So, these tribal cards are needed for the
 8    enhanced tribal identification cards.  So, this would
 9    almost be equivalent to having to get a passport.
10              So, again, I think that these identification
11    cards that are issued by the tribes are -- have
12    significant barriers in place in order for them -- to
13    qualify them for voter ID.
14              REPRESENTATIVE MARQUEZ:  I think this
15    amendment is extremely appropriate.  Thank you,
16    Representative Gonzales.
17              REPRESENTATIVE GONZALEZ:  Thank you,
18    Representative Marquez.
19              REPRESENTATIVE GUTIERREZ:  Mr. Speaker, will
20    the gentlelady yield?
21              SPEAKER:  You yield?
22              REPRESENTATIVE GONZALEZ:  Yes, sir.
23              SPEAKER:  She yields.
24              REPRESENTATIVE GUTIERREZ:  Representative
25    Gonzalez, we heard earlier about the voter
```

TX_00212913

USA_00017287

73

1    identification requirements in the State of Georgia.

2    Were you here when we discussed that?

3               REPRESENTATIVE GONZALEZ:  Yes, sir.

4               REPRESENTATIVE GUTIERREZ:  Did you hear that

5    in Georgia, you can use an expire driver's license?  You

6    heard that exchange between Dr. Allen and I?

7               REPRESENTATIVE GONZALEZ:  I did hear that

8    exchange, yes.

9               REPRESENTATIVE GUTIERREZ:  Did you also know

10   that in Georgia, they -- a valid tribal photo ID is

11   allowed?

12              REPRESENTATIVE GONZALEZ:  You know, I was

13   not aware of that but I am not surprised by that.

14              REPRESENTATIVE GUTIERREZ:  So, if it must be

15   good for the people in Georgia, it must be okay for the

16   people in Texas?

17              REPRESENTATIVE GONZALEZ:  I would say so,

18   yes.

19              REPRESENTATIVE GUTIERREZ:  I think you have

20   a good amendment.

21              Thank you, Mr. Speaker.

22              REPRESENTATIVE GONZALEZ:  Thank you very

23   much.

24              SPEAKER:  Now Representative Harless will

25   speak against the amendment.

TX_00212914

USA_00017288

74

1              REPRESENTATIVE HARLESS:  Members, we had

2      testimony of this both this session and last session.

3      The reason we chose -- the reason the ID documents that

4      were chose were the driver's license -- the Texas

5      driver's license, the Texas ID card, voter's -- passport

6      and all the different forms was that they were standard.

7      It was easier for the poll workers to understand and

8      read it and recognize it, and it was also easier for the

9      voters to know what is expected.

10              With your tribal cards, you don't know for

11      sure if they are official and if they have all the same

12      security provisions that are issued by the State of

13      Texas, and that was the purpose of that in our testimony

14      on the committee.

15              SPEAKER:  Representative Gonzalez, for what

16      purpose?

17              REPRESENTATIVE GONZALEZ:  Does the

18      gentlelady yield?

19              SPEAKER:  Do you yield?

20              REPRESENTATIVE HARLESS:  Yes.

21              SPEAKER:  She yields.

22              REPRESENTATIVE GONZALEZ:  Thank you, ma'am.

23              Would you say that 100 -- rather, 1687

24      members -- tribal members is a significant number in the

25      State of Texas?

TX_00212915

USA_00017289

1        REPRESENTATIVE HARLESS:  Could you say the
2   number again?
3        REPRESENTATIVE GONZALEZ:  1687.
4        REPRESENTATIVE HARLESS:  I think that's
5   significant.
6        REPRESENTATIVE GONZALEZ:  Now, being that
7   1044 of those members live in El Paso County, that's the
8   county that I represent, those are poll workers that El
9   Paso County members are going to have to -- are going to
10  have to deal with, would you not agree with that?
11       REPRESENTATIVE HARLESS:  Say that one more
12  time, please.
13       REPRESENTATIVE GONZALEZ:  Yes, ma'am.  Would
14  you not agree -- and I gave you a statistic that 1044 of
15  those 1687 members live in El Paso County, which is the
16  district that I happen to represent, and so, it is going
17  to be the El Paso County election people that are going
18  to have to identify these cards.  And so, would you not
19  say that since the majority of the people that I've just
20  cited to you live in El Paso County, that they have some
21  familiarity with what a travel card looks like?
22       REPRESENTATIVE HARLESS:  Now, how many of
23  these people do not have a driver's license or -- a
24  Texas driver's license, a Texas ID card?  Do you have
25  those statistics?

TX_00212916

USA_00017290

76

1           REPRESENTATIVE GONZALEZ:  I do not.
2    However, I want to cite to my statement again and say
3    that in order to receive a tribal ID, you must show an
4    original birth certificate, Social Security card and --
5    not or -- and a state issued ID.
6               Now, we have sat here for the better half of
7    this day and talked about how state issued IDs are
8    acceptable forms of identification for voter ID
9    purposes.  So, would it not make sense then to have a
10   tribal ID be an acceptable form of identification?
11              REPRESENTATIVE HARLESS:  I understand when
12   you say that the people that have these tribal cards,
13   the majority of them live in El Paso but what happens if
14   they move to Spring, Texas and register to vote and
15   don't have an ID and they show up at the polls with a
16   tribal card and the poll workers and election judges are
17   not familiar?  That was part of the reason why we wanted
18   some standardization of forms.
19              REPRESENTATIVE GONZALEZ:  And let's talk
20   about that for a moment.  Do we know how often tribal
21   members migrate off of the counties that they live in?
22   Because they do receive their federal benefits from the
23   reservation in which they reside, do they not?
24              REPRESENTATIVE HARLESS:  You would know a
25   lot more about that than I do.  You represent them, and

TX_00212917

USA_00017291

77

1    you're doing a great job.

2              REPRESENTATIVE GONZALEZ:  Thank you.

3              I would say that the migratory habits, if

4    you will, of people that are native Americans that are

5    in the tribes -- the tribes that are in Texas don't

6    migrate very often.  So, even if they were to show this

7    tribal ID, I think that a polling person would probably

8    be able to call either the federal government or the

9    actual travel council that issued the ID to verify who

10   this person is.  Would that not be a mechanism that

11   could be used?

12             REPRESENTATIVE HARLESS:  We just added

13   another layer of requirements that someone has to do the

14   day that -- a poll worker, election worker has to do

15   when they show up -- someone shows up to vote, that

16   we've just added another step that they're having to do,

17   which could stop -- slow down voting.

18             REPRESENTATIVE GONZALEZ:  Okay.  But based

19   on that question -- or based on that statement then, if

20   a person doesn't look like who they look like on their

21   vote photo ID, on their driver's license, for example,

22   is the poll worker then going to ignore the person that

23   that's presented the form of ID because they don't look

24   like who they look like or are they going to do some

25   sort of due diligence to find out is this person really

TX_00212918

USA_00017292

78

```
 1    who they say they are?
 2            REPRESENTATIVE HARLESS:  Now we're talking
 3    about ID and not your amendment.  Do we want to talk
 4    about your amendment?
 5            REPRESENTATIVE GONZALEZ:  Well, we are
 6    talking about the amendment.  This is germane because we
 7    are talking about what is an acceptable form of ID.
 8    And, again, I think that we've listed several
 9    appropriate forms, and I think that a tribal form is
10    definitely appropriate.
11            REPRESENTATIVE HARLESS:  I --
12            SPEAKER:  Representative Sheffield raised a
13    point of order that the gentlelady's time is expired.
14    The point is well taken.  Sustained.
15            The Chair recognizes Representative Gonzalez
16    to close.
17            Mr. Veasey, for what purpose?
18            REPRESENTATIVE VEASEY:  With the -- I would
19    like to move that we extend the gentlelady's time,
20    please.
21            SPEAKER:  Mr. Veasey moves that the
22    gentlelady's time be extended.  Is there any opposition?
23    The Chair hears none.  The Chair hears none.  The time
24    is extended.
25            REPRESENTATIVE VEASEY:  Representative
```

TX_00212919

USA_00017293

Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 87 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 129 of 285

79

1    Harless, I just a few questions for you.  Do you yield?

2                REPRESENTATIVE HARLESS:  Yes.

3                REPRESENTATIVE VEASEY:  (Inaudible)

4    screaming in my ear.  I apologize for that.

5                Why don't you work with Representative --

6    why don't you work with Representative Gonzalez to do a

7    carve out for her particular county?  Because,

8    obviously, you're talking about -- there are thousands

9    of people that would be affected.  So, why not do a

10   carve out for her?

11               REPRESENTATIVE HARLESS:  I'm not interested

12   in doing any carve outs in the bill but I am interested

13   in listening to what she has to say.

14               REPRESENTATIVE VEASEY:  I'm sorry, I'm

15   not -- I couldn't quite hear you.  People are talking.

16               REPRESENTATIVE HARLESS:  I don't know -- I'm

17   talking right here.  No, I'm not interested in doing any

18   carve outs but I am interested in what she has to say

19   for one second.

20               REPRESENTATIVE VEASEY:  Absolutely.  I'll

21   pause.

22               SPEAKER:  Representative Gonzalez withdraws

23   the amendment temporarily.

24               Following the amendment, the clerk will read

25   the amendment.

JA_002412

USA_00017294

Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 88 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 120 of 285

80

1              Mr. Dutton.

2              CLERK:  Amendment by Dutton.

3              SPEAKER:  The Chair recognizes Mr. Dutton to

4      explain his amendment.

5              REPRESENTATIVE DUTTON:  Mr. Speaker and

6      Members, I know it's been a long day but this is a most

7      important bill, and what this amendment does is simply

8      adds a group of people who are most important to the

9      election process, and what this amendment does is simply

10     allows a student identification card that is issued by a

11     public or private high school or institution of higher

12     education that also contains the person's photograph to

13     be able to use that as a basis for voting.

14             And I don't know whether that's acceptable

15     or unacceptable but I think it's a good amendment and I

16     hope you do, too, and I move passage of the amendment.

17             SPEAKER:  Representative Harless?

18             The Chair recognizes Representative Phillips

19     to speak against the amendment.

20             REPRESENTATIVE PHILLIPS:  Yes, I would move

21     to table Representative Dutton's amendment.

22             SPEAKER:  Representative Dutton, do you want

23     to close?

24             Representative Dutton to close.

25             REPRESENTATIVE DUTTON:  Mr. Speaker and

TX_00212921

USA_00017295

Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 89 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 127 of 285

1   Members, I wish I knew why Mr. Phillips would move to

2   table the amendment without explaining what his reasons

3   were.

4           I realize that this amendment is probably

5   like most of the other amendments where there has been

6   an opportunity not for reason to prevail but simply the

7   numbers to prevail, and I -- I just think the students

8   ought to be recognized and certainly ought to have an

9   opportunity to use their --

10          SPEAKER:  Mr. Phillips, for what purpose?

11          Mr. Dutton, do you yield?

12          REPRESENTATIVE DUTTON:  As soon as I finish,

13  Mr. Phillips.  You had an opportunity up here.  I'll

14  give you that opportunity, though.

15          REPRESENTATIVE PHILLIPS:  I didn't say you

16  have to yield at this time.

17          REPRESENTATIVE DUTTON:  We ought to

18  recognize that students ought to have the opportunity to

19  use their student identification cards that, again, are

20  issued by state agencies.  Essentially -- the

21  institutions of higher education are essentially state

22  agencies when I last checked.

23          And so, if we're going to allow state

24  agencies to issue identification cards so that people

25  can vote, what better way than to use a student ID that

TX_00212922

USA_00017296

82

1    also has the picture of the student on the ID so that it

2    can be used.

3            And with that, Mr. Speaker, I will yield to

4    Mr. Phillips.

5            SPEAKER:  Mr. Phillips, he yields.

6            REPRESENTATIVE PHILLIPS:  Thank you,

7    Mr. Chairman.

8            I just want to -- you would agree with me

9    that all the different institutions you're discussing do

10   not have a standardized form that's easy for an election

11   clerk or officer to recognize?

12           REPRESENTATIVE DUTTON:  Depends on what you

13   mean by standardized.

14           REPRESENTATIVE PHILLIPS:  Standardized, that

15   they're all the same, same shape, size, location of the

16   picture, location of the information.

17           REPRESENTATIVE DUTTON:  I have not seen them

18   all but I would doubt that every one of them is exactly

19   the same if that's what you mean.

20           REPRESENTATIVE PHILLIPS:  And -- and

21   they're -- also the people that issue those don't go

22   through a certain training to ascertain -- to make sure

23   that there's not fraud in trying to obtain those

24   licenses?

25           REPRESENTATIVE DUTTON:  I would beg to

TX_00212923

USA_00017297

House Floor Debate - Volume II                    March 23, 2011

83

 1    differ with you.  I would beg to differ with you, Mr. --
 2    I don't know of anybody in a college or university --
 3    maybe you do -- that is there and has a student ID
 4    that's not who they say they are.
 5                 REPRESENTATIVE PHILLIPS:  And you -- there's
 6    no verification of citizenship on those as well; is that
 7    correct?
 8                 REPRESENTATIVE DUTTON:  That -- that would
 9    be the case and that wouldn't -- that would be the case
10    also with a driver's licence.
11                 REPRESENTATIVE PHILLIPS:  And -- and you
12    would -- anyway, those are questions that I have.  Thank
13    you.
14                 REPRESENTATIVE DUTTON:  All right.  Thank
15    you.
16                 Mr. Speaker, Members, this is a vote for
17    students.  And I'm here to tell you that either today
18    you can show up for students or on election day, they'll
19    show up for you.  And I would ask you to vote no on the
20    motion to table.
21                 SPEAKER:  Mr. Dutton sends up an amendment.
22    Mr. Phillips moves to table.  The vote is on the motion
23    to table.  The clerk will ring the bell.  Mr. Phillips
24    is voting no.  Mr. Dutton is voting aye.  I'm sorry.
25    Mr. Phillips is voting aye.  Mr. Dutton is voting no.

TX_00212924

USA_00017298

84

 1    Show Ms. Kolkhorst voting aye.  Mr. Martinez Fischer

 2    voting no.  Mr. Gutierrez voting no.

 3              Have all members voted?  By a vote of 99

 4    ayes, 49 nays, 2 present not voting, the amendment --

 5    the motion to table prevails.

 6              Following the amendment, the clerk will read

 7    the amendment.

 8              CLERK:  Amendment by Martinez Fischer.

 9              SPEAKER:  The Chair recognizes

10    Representative Martinez -- Fisher to explain his

11    amendment.

12              REPRESENTATIVE MARTINEZ FISCHER:  Thank you,

13    Mr. Speaker and Members.  This is a real simple

14    amendment.  It just says that we mean what we say, and

15    if we have respect for the integrity for state issued

16    IDs by DPS, then we ought to have the same level of

17    integrity for the IDs that are issued by any state

18    agency.

19              So, this amendment says if any state

20    employee or anybody that has a state issued ID with

21    their photograph on it should be allowed to vote with

22    that and it should be added to the list of approved

23    documents, and so, with that, I move adoption.

24              SPEAKER:  The Chair recognizes Mr. Phillips

25    to speak against the amendment.

TX_00212925

USA_00017299

Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 93 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 131 of 285

85

```
 1              REPRESENTATIVE PHILLIPS:  Thank you,
 2   Mr. Speaker, Members.  I would ask that -- I
 3   respectfully oppose this amendment.  As you know, one of
 4   those ones he's showing up apparently is expired.  And
 5   so, that wouldn't be effective.  They're not going to
 6   issue those any more.
 7              And it gets back to uniformity.  We don't
 8   have uniformity across all state agencies.  They all
 9   look different.  We're trying to have uniformity.
10              (Inaudible).
11              SPEAKER:  For what purpose?
12              REPRESENTATIVE DUKES:  Would the gentleman
13   yield?
14              REPRESENTATIVE PHILLIPS:  I certainly would.
15              SPEAKER:  He yields.
16              REPRESENTATIVE DUKES:  Thank you.  Thank
17   you.
18              Representative Phillips, what's wrong with
19   this idea?  I'm able to get in the capital with it.
20              REPRESENTATIVE PHILLIPS:  Yes, but a voting
21   clerk may not know what that is or may not even be
22   familiar with the capitol.  We're talking about --
23              REPRESENTATIVE DUKES:  May not be familiar
24   with capitol?  And people are voting for people to be in
25   the capitol?  Why are they over there helping people
```

TX_00212926

USA_00017300

House Floor Debate - Volume II                    March 23, 2011

86

1    vote if they don't know what the capitol is?
2              REPRESENTATIVE PHILLIPS:  I think you know
3    what I'm saying.  I think that's not being fair.
4              REPRESENTATIVE DUKES:  It is fair.  If you
5    don't know what the capitol is, you don't need to be
6    helping anybody vote.
7              REPRESENTATIVE PHILLIPS:  They may not know
8    you.  They may not know what kind of form of ID you use.
9    We're trying to perform uniformity across the state.
10             REPRESENTATIVE DUKES:  Did you know that I
11   can get on an airplane with this?  I have used it to go
12   through TSA.  I didn't get (Inaudible) off but I was
13   able to go through TSA with this.  So, why can't we use
14   it to vote?
15             REPRESENTATIVE PHILLIPS:  Because there's
16   not uniformity across all state agencies.
17             REPRESENTATIVE DUKES:  Is the State of Texas
18   uniform?
19             REPRESENTATIVE PHILLIPS:  What are you --
20   the election laws are all uniform.  They should be
21   applied uniformly.
22             REPRESENTATIVE DUKES:  Well, it sounds like
23   you're just opposed to any form of ID.  Now, you would
24   think if we're the State of Texas and it -- the State of
25   Texas has the different jobs.  Everybody has to have a

JA_002419

TX_00212927

USA_00017301

87

1    badge with their picture on it, then it has been vetted

2    in some form or fashion but you're still saying that's

3    not valid.

4              So, then why should they be allowed to

5    come -- we be allowed to come into the capitol building

6    if this is no good?

7              REPRESENTATIVE PHILLIPS:  Ms. Dukes, we're

8    asking for uniformity so our election clerks will be

9    able to know exactly what to count on and that we

10   know --

11             REPRESENTATIVE DUKES:  Come on.

12             REPRESENTATIVE PHILLIPS:  -- the

13   verification procedures.

14             REPRESENTATIVE DUKES:  If it's a state

15   issued ID, that's uniform.  It's the same state.  We're

16   not talking about using Mississippi's ID or using

17   Delaware's ID.  We're talking about using Texas business

18   IDs.

19             REPRESENTATIVE PHILLIPS:  I -- I think that

20   point has been made, and it's not uniform across the

21   state.

22             REPRESENTATIVE DUKES:  But the point has not

23   been made.  You're not being uniform because every

24   single one of the agencies, whether it's the state

25   government or federal government, require that you have

TX_00212928

USA_00017302

                                                                88

 1    a background check in order to get these badges.  So,

 2    what's the problem?

 3              REPRESENTATIVE PHILLIPS:  Ms. Dukes, we're

 4    asking for --

 5              REPRESENTATIVE DUKES:  I mean, there are

 6    going to be bills that come up.

 7              REPRESENTATIVE PHILLIPS:  We're asking for

 8    uniformity to help election clerks so we can have

 9    confidence in our elections.  I would move to table.

10              SPEAKER:  The Chair recognizes

11    Representative Martinez Fischer to close.

12              REPRESENTATIVE MARTINEZ FISCHER:  Thank you,

13    Mr. Speaker and Members.  I think it just underscores

14    what we're really trying to do here.  I can't understand

15    the distinction between one state agency and another,

16    and I certainly don't think that Larry is trying to

17    suggest that our state agencies are capable of producing

18    fraudulent ID cards or inaccurate ID cards, and there's

19    no requirement that they ever be uniform but all we need

20    and all this debate has been about is having an ID with

21    your photo on it that's trusted, and if we cannot trust

22    an ID issued by the state, then I have concerns about

23    trusting IDs issued by the Department of Public Safety.

24    They, too -- they're no different of a state agency than

25    the Health and Human Services Commission or the Texas

TX_00212929

USA_00017303

89

```
 1    House of Representatives.
 2              These cards are signed by the legislative
 3    liaison for the Texas Department of Public Safety.  They
 4    signed in the front by the director of the Texas
 5    Department of Public Safety.  It's a serious felony to
 6    not have this.
 7              Larry says it's expired but that's my
 8    picture.  That's my driver's license number.  That's my
 9    district on this card.  The employee ID that I have,
10    well, she's still here, she still works for this body,
11    and so, I don't see what he's talking about when he says
12    that it's expired.
13              SPEAKER:  Representative Truitt, for what
14    purpose?
15              REPRESENTATIVE TRUITT:  Will the gentleman
16    yield, please?
17              SPEAKER:  Mr. Martinez Fischer, do you yield
18    do you yield?
19              REPRESENTATIVE MARTINEZ-FISCHER:  Yes, I do
20    yield.
21              REPRESENTATIVE TRUITT:  Mr. Martinez
22    Fischer, there's been some discussion about using some
23    of the forms of ID that we're provided as House members.
24    And are you aware that -- I have attempted on a couple
25    of occasions when I misplaced my driver's license to use
```

TX_00212930

USA_00017304

1   a -- our -- one of the ID cards that's issued by the

2   State to us showing that I'm a member of the 82nd -- I

3   think at the time it was the 81st first legislature and

4   an official -- and I was not allowed to use that to

5   board a plane.

6           REPRESENTATIVE MARTINEZ-FISCHER:  And that's

7   why I'm trying to help you because we put this in the

8   law, this -- Members, this is the Martinez Truitt

9   amendment.  It's a bipartisan amendment.  If you want

10  Vicki Truitt to be able to vote, then you've got to vote

11  no on the motion because -- Members, let's do this for

12  Vicki, Vicki Truitt.  Number two on the motion to table,

13  go red with me, I move we vote no on the motion to

14  table.  Vicki would want you to join us.

15          SPEAKER:  Mr. Martinez Fischer sends up an

16  amendment.  Mr. Phillips move to table.  The vote is on

17  the motion to table.  Those voting aye vote aye.  Those

18  voting no vote no.

19          Mr. Phillips is voting aye.  Mr. Martinez

20  Fischer is voting no.  Show Ms. Truitt voting aye.

21          Have all members voted?  By a vote of 97

22  ayes, 50 nays, 2 present not voting, the motion to table

23  prevails.

24          Following the amendment, the clerk will read

25  the amendment.

TX_00212931

USA_00017305

1          CLERK:  Amendment by Hernandez Luna.

2          SPEAKER:  The Chair recognizes

3    Representative Hernandez Luna to explain her amendment.

4          REPRESENTATIVE HERNANDEZ LUNA:  Thank you,

5    Mr. Speaker, Members.  This is a similar amendment but

6    also includes the federal agencies.  These are

7    congressmen, Department of Navy, Department of Military,

8    allowing them to show their IDs as well.  These are

9    people that we rely on for the security of our country

10   to advise our president, the cabinet on the security of

11   our country, whether we can go to war.  I think that

12   that ID should be valid for them to vote as well.

13         SPEAKER:  The Chair recognizes Mr. Phillips

14   to speak against the amendment.

15         REPRESENTATIVE PHILLIPS:  Thank you,

16   Mr. Speaker and Members.  I would -- again, this has

17   gone through the committee process, and we're talking

18   about uniformity so that those election workers, those

19   polling workers at their local place will have some

20   consistency and know what we require them to do.

21         And so, I would urge against -- this is

22   quite a broad thing, an agency or institution of the

23   federal government or agencies or institution or

24   political subdivision of the state.  So, if a city has a

25   little ID card or -- or a water district has an ID card,

TX_00212932

USA_00017306

House Floor Debate - Volume II                    March 23, 2011

1    so, it's quite broad what this could cover.  It's not

2    just about the military.  It's quite broad.  And I would

3    certainly move to table.

4                SPEAKER:  Representative Castro, for what

5    purpose?

6                REPRESENTATIVE CASTRO:  Will the gentleman

7    yield for questions?

8                SPEAKER:  Mr. Phillips, do you yield?

9                REPRESENTATIVE PHILLIPS:  Yes, sir.

10               SPEAKER:  He yields.

11               REPRESENTATIVE CASTRO:  Representative

12   Phillips, you've said that the reason that you want to

13   stick to just a few IDs is because there's uniformity

14   among these IDs that are being issued; is that correct?

15               REPRESENTATIVE PHILLIPS:  Yes.  That is one

16   of the many reasons why the committee has worked towards

17   passing this legislation and it's been successful

18   elsewhere.

19               REPRESENTATIVE CASTRO:  And I would imagine

20   as a corollary point of yours would be that there are

21   different kinds of state IDs that are issued; is that

22   right?  In other words, the Department of Public Safety

23   versus the --

24               REPRESENTATIVE PHILLIPS:  I'm not sure what

25   you mean by IDs because -- I don't know if you're

TX_00212933

USA_00017307

Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 101 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 269 Filed 06/20/12 Page 139 of 285

1    talking about employee IDs or --

2              REPRESENTATIVE CASTRO:  Right.

3              REPRESENTATIVE PHILLIPS:  Okay.  This

4    isn't -- this could have covered employee IDs, probably

5    written that broadly but I don't think that's what this

6    amendment was for but --

7              REPRESENTATIVE CASTRO:  What's your

8    understanding of what the amendment does?  Which IDs

9    would it allow?

10             REPRESENTATIVE PHILLIPS:  This is federal or

11   local government, not state IDs.

12             REPRESENTATIVE CASTRO:  Okay.  Well -- so,

13   the federal and local governments issue different -- IDs

14   that look differently; is that right?

15             REPRESENTATIVE PHILLIPS:  Yes.

16             REPRESENTATIVE CASTRO:  In other words, San

17   Antonio may issue one that looks different from Dallas?

18             REPRESENTATIVE PHILLIPS:  They might have an

19   ID -- we don't know if they even do.

20             REPRESENTATIVE CASTRO:  But are you aware

21   that the Department of Public Safety issues licenses

22   that look different?

23             REPRESENTATIVE PHILLIPS:  They have

24   different ones but they're -- yes.

25             REPRESENTATIVE CASTRO:  So, how is that

TX_00212934

USA_00017308

94

1    uniform then?

2                REPRESENTATIVE PHILLIPS:  Because they're --

3    there are very limited ones that they -- that they

4    produce.

5                REPRESENTATIVE CASTRO:  But that's -- but

6    your argument --

7                REPRESENTATIVE PHILLIPS:  No.  No.  No.

8                REPRESENTATIVE CASTRO:  Your argument has

9    been uniformity.  How is it that uniform?

10               REPRESENTATIVE PHILLIPS:  They are uniform.

11   They're uniform in how they look.  They maybe have --

12   one may be going horizontal.  One may be going vertical.

13   So, we're not talking about 50 or however many -- 254

14   counties if they did them, plus all the cities, that

15   they would have to somehow figure if that's something

16   that's acceptable or not.

17               REPRESENTATIVE CASTRO:  But you're

18   conceding --

19               REPRESENTATIVE PHILLIPS:  Uniformity -- no.

20               REPRESENTATIVE CASTRO:  You're conceding now

21   that there's no uniformity, which is an argument that

22   you made.

23               REPRESENTATIVE PHILLIPS:  No, I'm not

24   conceding that.  And also, get back to we know DPS has a

25   process and a standard for training and determining

TX_00212935

USA_00017309

House Floor Debate - Volume II                    March 23, 2011

95

1   validity of those presenting themselves for an ID.  We

2   don't know that about all of those that are stated here.

3              REPRESENTATIVE CASTRO:  You also made the

4   point, is it right -- is it correct you made the point

5   that poll workers wouldn't necessarily know how to

6   identify some of these IDs?

7              REPRESENTATIVE PHILLIPS:  We're talking

8   about -- again, we're talking about to make sure that

9   they are valid and that they understand what's

10  acceptable, and what you're trying to do is interject

11  confusion to the local poll workers --

12             REPRESENTATIVE CASTRO:  No, not at all.

13             REPRESENTATIVE PHILLIPS:  -- when you have

14  so many different IDs.  So --

15             REPRESENTATIVE CASTRO:  I guess my question

16  is --

17             REPRESENTATIVE PHILLIPS:  I think I'm being

18  consistent.  I think I'm being consistent and we're

19  being consistent throughout this legislation process.

20             REPRESENTATIVE CASTRO:  Well, I disagree but

21  my question is -- my question is isn't there a training

22  session for these folks who work -- who do the poll

23  working?

24             REPRESENTATIVE PHILLIPS:  There are training

25  sessions.  And how much time do you want them to have to

TX_00212936

USA_00017310

Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 104 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 142 of 285

 1    figure out what is a valid ID and which is acceptable?

 2    Because we're talking about very limited opportunity for

 3    them to have training.

 4                 REPRESENTATIVE CASTRO:  Representative, can

 5    I ask you have you ever been to a polling site -- you've

 6    visited many polling sites in your political career; is

 7    that right?

 8                 REPRESENTATIVE PHILLIPS:  I have been to

 9    polling sites.

10                 REPRESENTATIVE CASTRO:  Okay.  Have you ever

11    been to a polling site where the poll workers, the

12    election judge posts the no -- the no -- basically the

13    no man's land, the no crossing zone either further or

14    closer than it should be?

15                 REPRESENTATIVE PHILLIPS:  I don't know.  I'd

16    have to go back and measure.  I don't know that --

17                 REPRESENTATIVE CASTRO:  You've never come

18    across that in all of the polling sites you've come

19    across?

20                 REPRESENTATIVE PHILLIPS:  I don't think

21    that's been an issue, no.

22                 REPRESENTATIVE CASTRO:  Well, I think you

23    would be surprised, at least in San Antonio and other

24    places I've been, poll workers mess that up all the

25    time.  So, what makes you think that -- if you're

TX_00212937

USA_00017311

Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 105 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 143 of 285

1    worried about them not being able to tell local or

2    federal IDs apart, that they're going to be perfect on

3    doing any of what you guys are passing right now?

4                REPRESENTATIVE PHILLIPS:  Well --

5                REPRESENTATIVE CASTRO:  I mean, a lot of

6    them don't even put the markers at the correct place.

7                REPRESENTATIVE PHILLIPS:  Well, I haven't

8    seen that to be an issue, so --

9                REPRESENTATIVE CASTRO:  Thank you.

10               SPEAKER:  Ms. Hernandez Luna sends up an

11   amendment.  Mr. Phillips moves to table.  The vote is on

12   the motion to table.  Members vote ayes, members vote

13   no.  Clerk will ring the bell.

14               Mr. Phillips is voting aye.  Representative

15   Hernandez Luna voting nay.  Representative Marquez

16   voting -- Marquez voting nay.

17               Have all voted?  A vote of 99 ayes, 49 nays,

18   2 present not voting, the motion to table prevails.

19               Following the amendment, the clerk will read

20   the amendment.

21               CLERK:  Amendment by Gonzales of Hidalgo.

22               SPEAKER:  The Chair recognizes

23   Representative Gonzales.

24               REPRESENTATIVE GONZALES:  Thank you,

25   Mr. Speaker, Members.  Throughout the day, we've been

TX_00212938

USA_00017312

98

1    talking about these provisional ballots that are to be

2    voted and the affidavits that have to be signed.  All

3    this -- all this amendment does is it requires that the

4    affidavits be available at every polling place.

5           If we want to ensure that every person

6    that's eligible to vote is given an opportunity to vote,

7    we need to have the tools made available to them,

8    including these affidavits that they can sign if they

9    don't have their ID at the time and need to vote a

10   provisional ballot.  I hope it will be acceptable to the

11   author.

12           SPEAKER:  Ms. Harless, for what purpose?

13           REPRESENTATIVE HARLESS:  Will the -- will

14   the member yield?

15           SPEAKER:  Do you yield?

16           REPRESENTATIVE GONZALES:  Yes, I will.

17           SPEAKER:  She yields.

18           REPRESENTATIVE HARLESS:  I wanted to clarify

19   what our conversation was.  You talked about having

20   these affidavits at the polling place that they have to

21   sign if they're casting a provisional ballot.  You're

22   not in any way trying to cut out the photo ID

23   requirements, are you?

24           REPRESENTATIVE GONZALES:  Not with this

25   particular amendment.  This amendment would simply say

TX_00212939

USA_00017313

Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 107 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 269 Filed 06/20/12 Page 145 of 285

1   your bill already includes the requirement that the

2   affidavit be signed if they have to sign a -- or fill

3   out a provisional ballot.

4              All this would say is let's make it

5   available to them at the polling places so that they

6   don't have to be traveling to another location to fill

7   out an affidavit.

8              REPRESENTATIVE HARLESS:  Right.  So, they

9   show up at a polling place and they don't have one of

10  the subscribed forms of identification?

11             REPRESENTATIVE GONZALES:  Correct.

12             REPRESENTATIVE HARLESS:  And they fill out a

13  provisional ballot and have to sign an affidavit?

14             REPRESENTATIVE GONZALES:  Correct.

15             REPRESENTATIVE HARLESS:  And you're saying

16  when they're at that polling place, if they want to cast

17  the provisional ballot that requires the affidavit

18  signed, that that polling place should have that --

19  those -- those affidavits there on location site?

20             REPRESENTATIVE GONZALES:  That's correct.

21  That's correct.

22             REPRESENTATIVE HARLESS:  Could we -- could I

23  ask that the -- our comments be recorded?

24             SPEAKER:  Members, you've heard the motion.

25  Is there any objection?  So ordered -- the Chair has

TX_00212940

USA_00017314

100

 1    done.  So ordered.

 2              Ms. Gonzalez sends up the amendment.  The

 3    amendment is acceptable.  Is there any objection?

 4              The Chair hears none.  The amendment is

 5    adopted.

 6              Following the amendment, the clerk will read

 7    the amendment.

 8              CLERK:  Amendment by Miles.

 9              SPEAKER:  The Chair recognizes Mr. Miles to

10    explain his amendment.

11              REPRESENTATIVE MILES:  Thank you, Mr.

12    Speaker, Members.  The statistics are showing that

13    minorities and low income individuals are the most

14    unrepresented groups in the electoral process.  And in

15    Texas, we rank dead last in voter turnout.

16              Members, under the current bill, the

17    Secretary of State is requiring us to conduct a

18    statewide (Inaudible) education and voter regarding ID

19    requirements to the tune of $2.4 million.

20              Members, my amendment simply states the

21    purpose is for the Secretary of State to ensure voter

22    registration includes initiatives given towards

23    minorities and low income residents.

24              Members, we have an electoral crisis on our

25    hands, and no matter if we're Republican or Democrat, we

TX_00212941

USA_00017315

101

1    owe it to our constituents, especially those that are

2    most under represented, to provide them with all the

3    necessary tools to become educated in the electoral

4    practice.

5              SPEAKER:  Representative Harless, for what

6    purpose?

7              REPRESENTATIVE HARLESS:  Will the member

8    yield?

9              REPRESENTATIVE MILES:  Yes, I will.

10             SPEAKER:  He yields.

11             REPRESENTATIVE HARLESS:  I agree with your

12   amendment.  I just want to make sure we're not

13   specifically talking about a dollar amount?

14             SPEAKER:  Members, could we have order,

15   please, on the floor?  Take your conversations outside

16   the rail.

17             REPRESENTATIVE HARLESS:  We're not

18   specifically talking about a dollar amount, we just want

19   the statewide effort to include education training?

20             REPRESENTATIVE MILES:  That is correct.

21   That's correct, ma'am.

22             REPRESENTATIVE HARLESS:  Thank you.

23             REPRESENTATIVE MILES:  My amendment is

24   acceptable by the -- by the author, and I move

25   acceptance.

TX_00212942

USA_00017316

102

 1              SPEAKER:  Representative Miles sends up the

 2    amendment.  It's acceptable to the author.  Is there any

 3    objection?

 4              The Chair hears none.  The amendment is

 5    adopted.

 6              Following the amendment, the clerk will read

 7    the amendment.

 8              Ms. Harper-Brown.

 9              CLERK:  Amendment by Harper-Brown.

10              SPEAKER:  The Chair recognizes

11    Representative Harper-Brown to explain her amendment.

12              REPRESENTATIVE HARPER-BROWN:  Thank you,

13    Mr. Speaker, Members.

14              Members, this amendment solves the problem

15    that Representative Anchia brought up earlier where

16    there was actually an out in the bill that would allow a

17    person to go in and vote and never show a photo ID.

18              It actually eliminates those provisions

19    where the affidavit is needed for indigent or religious

20    purposes.  And I move passage.

21              SPEAKER:  Representative Harper-Brown sends

22    up an amendment.  Is it acceptable to the author?

23              The amendment is acceptable to the author.

24    Is there any objection?

25              Mr. Anchia, for what purpose?

TX_00212943

USA_00017317

Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 111 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 205 Filed 06/20/12 Page 149 of 285

1        REPRESENTATIVE ANCHIA:  I'd like to ask the

2   lady some questions, please.

3        SPEAKER:  The lady has yielded the floor.

4        REPRESENTATIVE ANCHIA:  Should the author of

5   the amendment -- may I ask the author of the amendment

6   some questions?

7        SPEAKER:  The lady yields for one question.

8        REPRESENTATIVE HARPER-BROWN:  Thank you,

9   Mr. Speaker.

10        I yield for a question.

11        REPRESENTATIVE ANCHIA:  Okay.  What is

12   the -- can you -- I couldn't hear what was going on at

13   the front mic, so, could you discuss what your amendment

14   does?

15        REPRESENTATIVE HARPER-BROWN:  Yes.

16   Representative Anchia, this is the section of the Code

17   or the section of the bill that you discussed earlier

18   that talks about how someone could actually go in and

19   vote without showing an ID at all if they sign an

20   affidavit saying that they have a problem due to the

21   religious objection or the indigence.

22        And so, it takes those two provisions out

23   and just says you can vote provisionally and then you

24   have the six days to bring the photo ID in to prove that

25   you -- that you have -- that you can vote.

TX_00212944

USA_00017318

104

1            REPRESENTATIVE ANCHIA:  Okay.  So, it just
2     removes indigence exception and religious objection?
3            REPRESENTATIVE HARPER-BROWN:  That's it.
4            REPRESENTATIVE ANCHIA:  Those are the
5     exceptions right now.  And what you have to do after six
6     days is come in and cure only with a photo ID?
7            REPRESENTATIVE HARPER-BROWN:  Within the six
8     days.
9            REPRESENTATIVE ANCHIA:  Within the six day
10    cure period?
11           REPRESENTATIVE HARPER-BROWN:  Right.  Right.
12    Thank you.
13           SPEAKER:  Representative Harper-Brown sends
14    up an amendment.  It is acceptable to the author.  Is
15    there any objection?
16               The Chair hears none.  The amendment --
17               There is an objection.  Members --
18               Ms. Harper-Brown sends up an amendment.
19    There is an objection.  The question is on the -- on the
20    amendment itself.  Members vote aye, members vote no.
21    Ms. Harper-Brown is voting aye.  Clerk will ring the
22    bell.  Mr. Villarreal is voting no.
23               Have all members voted?  Show Representative
24    Rodriguez voting no -- aye -- voting aye.  Have all
25    members voted?  By vote of 107 ayes, 40 nays, 2 present

TX_00212945

USA_00017319

105

1    not voting, the amendment is passed.

2              Following the amendment, the clerk will read

3    the amendment.

4              Mr. Dutton.

5              CLERK:  Amendment by Dutton.

6              SPEAKER:  Mr. Dutton?

7              Following the amendment, the clerk will read

8    the amendment.

9              CLERK:  Amendment by Gonzalez of El Paso.

10             SPEAKER:  The Chair recognizes

11   Representative Gonzalez to explain her amendment.

12             REPRESENTATIVE GONZALEZ:  Members, this is

13   the amendment that we heard earlier and no news --

14   nothing further to report on that.  So, I move passage

15   of this amendment, and I believe it's acceptable to

16   the -- to the author.

17             SPEAKER:  Representative Gonzalez sends up

18   an amendment.  It's acceptable to the author.  It is

19   acceptable to the author?  Is there any objection?

20             The Chair hears none.  The amendment is

21   adopted.

22             Following the amendment, the clerk will read

23   the amendment.

24             CLERK:  Amendment by Dutton.

25             SPEAKER:  The Chair recognizes Mr. Dutton to

TX_00212946

USA_00017320

106

1    explain his amendment.

2              REPRESENTATIVE DUTTON:  In keeping with

3    their motion to table, I move passage.

4              Mr. Speaker, Members, this amendment

5    simply -- in the bill, it says for 60 and under, this

6    card is going to cost you $15.  This just changes it to

7    10 in light of our budget situation and everybody else's

8    budget situation.

9              SPEAKER:  The Chair recognizes

10   Representative Harless to speak against the amendment.

11             REPRESENTATIVE HARLESS:  Thank you,

12   Mr. Speaker, Members.  This is not the proper venue for

13   this debate on this issue.  This should be debated in a

14   transportation related bill.

15             This cost is not related to the free ID for

16   voting purposes, and I ask that you table the amendment.

17             SPEAKER:  Representative Dutton sends up an

18   amendment.

19             The Chair recognizes Representative Dutton

20   to close.

21             REPRESENTATIVE DUTTON:  Mr. Speaker,

22   Members, in light of the fact that the -- these are

23   financially difficult times, I thought it ought to be

24   also reflected in a cost of obtaining this card that

25   it's not $15.  All this does is changes it to $10.  I

TX_00212947

USA_00017321

Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 115 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 153 of 285

1   don't think that's too much to ask.  And so, in light of

2   all of the budget considerations that we in this House

3   have had to make and that people back home are having to

4   make, I thought it was just appropriate to change this

5   to $10 rather than 15.

6              And so, with that, I would ask you to

7   move -- vote no on the motion to table.

8              SPEAKER:  Mr. Dutton sends up an amendment.

9   Representative Harless moves to table.  The question is

10  on the motion to table.  Members vote aye, members vote

11  no.

12             Show Representative Harless voting aye.

13  Mr. Dutton voting no.  Clerk will ring the bell.

14             Have all members voted?  By a vote of 99

15  ayes, 47 nays, 2 present not voting, the motion to table

16  prevails.

17             Following the amendment, the clerk will read

18  the amendment.

19             CLERK:  Amendment by Dukes.

20             SPEAKER:  The Chair recognizes

21  Representative Dukes to explain her amendment.

22             Representative Dukes?

23             Following the amendment, the clerk will read

24  the amendment.

25             Hold on.

TX_00212948

USA_00017322

Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 116 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 209-1 Filed 06/20/12 Page 154 of 285

1               The Chair recognizes Representative Dukes to

2       explain her amendment.

3               REPRESENTATIVE DUKES:  Mr. Speaker, Members,

4       this -- the author of this bill has repeatedly stated

5       that the purpose is not to require anyone to have to go

6       and buy a new ID.  The DPS will issue an ID if you go in

7       and request it for the purposes of voting.

8               So, what this amendment does is it ensures

9       that DPS would not be able to charge for the ID by

10      changing the permissive language of may not to shall not

11      charge for the ID.

12              Repeatedly, the author has stated that this

13      bill was not about requiring the purchase of a new ID,

14      and language in the bill has stated that one would not

15      be charged for an ID if they went in and stated it for

16      these purposes.

17              Therefore, if permissive language is in the

18      law, a year from now, some months from now, DPS can

19      decide, well, it doesn't completely preclude us from

20      charging, so, we can, therefore, start to charge.

21              SPEAKER:  Ms. Truitt, for what purpose?

22              REPRESENTATIVE TRUITT:  Does the gentlelady

23      yield?

24              SPEAKER:  Ms. Dukes, do you yield?

25              REPRESENTATIVE DUKES:  Yes, I will.

TX_00212949

USA_00017323

1              SPEAKER:  She yields.

2              REPRESENTATIVE TRUITT:  Ms. Dukes, what if

3    they weren't going to use it for voting?  How would --

4    what if they weren't going to use it for voting

5    purposes?

6              REPRESENTATIVE DUKES:  What if they only

7    want to use it for voting purposes?

8              REPRESENTATIVE TRUITT:  No.  If they -- if

9    they are not going to use it for voting purposes, they

10   just -- it's just an ID but they may not be using it for

11   voting purposes, how would --

12             REPRESENTATIVE DUKES:  That's a different

13   subject.  The bill already has language in it that the

14   agency cannot charge them if they state it is for the

15   purpose -- so, the area in the bill that I'm changing is

16   specific to the ID to be used for voting, that they

17   shall not be able to charge for that.

18             REPRESENTATIVE TRUITT:  Oh, okay.  You're

19   converting a may to a shall?

20             REPRESENTATIVE DUKES:  Correct.  It's a

21   wonderful amendment and it's acceptable to the author.

22   Thank you.

23             SPEAKER:  Representative Dukes sends up an

24   amendment that is acceptable to the author.  Is there

25   any objection?

TX_00212950

USA_00017324

House Floor Debate - Volume II                    March 23, 2011

110

1           The Chair hears none.  The amendment is
2       adopted.
3               Following the amendment, the clerk will read
4       the amendment.
5               CLERK:  Amendment by Representative Dutton.
6               SPEAKER:  The Chair recognizes
7       Representative Dutton to explain his amendment.
8               REPRESENTATIVE DUTTON:  Mr. Speaker,
9       Members, there's, at least in my mind, some confusion
10      about the previous amendment.  I think what it does,
11      though, it prohibits them from charging a fee for a
12      personal identification certificate for a person who
13      says they want to use that to vote; is that right?  Is
14      that right?
15              It's my understanding that that's already in
16      the bill, so, I'm going to withdraw my amendment.
17              SPEAKER:  Amendment withdrawn.
18              Following the amendment, the clerk will read
19      the amendment.
20              Mr. Raymond.
21              CLERK:  Amendment by Raymond.
22              SPEAKER:  The Chair recognizes
23      Representative Raymond to explain his amendment.
24              REPRESENTATIVE RAYMOND:  Thank you,
25      Mr. Speaker, Members.

TX_00212951

USA_00017325

Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 119 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 157 of 285

1             Members, this amendment simply states that

2     the Section 31.012, the voter identification education

3     portion of the bill, which is on Page 3, would let

4     the -- Section 203 and 14F4 of the Voting Rights Act

5     would apply to this section.  Move adoption.

6             SPEAKER:  The Chair recognizes

7     Representative Harless to speak against the amendment.

8             REPRESENTATIVE HARLESS:  Mr. Speaker,

9     Members, Voting Rights Act either does or does not apply

10    to various sections of this bill.  This is for the

11    Supreme Court to determine and not the Texas

12    legislature.

13            I move to table.

14            SPEAKER:  For what purpose?

15            REPRESENTATIVE RAYMOND:  Does the gentlelady

16    yield?

17            SPEAKER:  Do you yield?

18            REPRESENTATIVE HARLESS:  Yes.

19            SPEAKER:  She yields.

20            REPRESENTATIVE RAYMOND:  Ms. Harless, do you

21    believe the Voting Rights Act?

22            REPRESENTATIVE HARLESS:  I'm sorry?

23            REPRESENTATIVE RAYMOND:  Do you believe the

24    Voting Rights Act?  Do you believe the Voting Rights Act

25    is a good law?

TX_00212952

USA_00017326

112

1          REPRESENTATIVE HARLESS:  I do.

2          REPRESENTATIVE RAYMOND:  So, you believe

3   there's still discrimination in the voting place?

4          REPRESENTATIVE HARLESS:  I'm sorry.

5          REPRESENTATIVE RAYMOND:  So, you believe

6   there is still discrimination in the voting place?

7          REPRESENTATIVE HARLESS:  No, I do not think

8   there is.

9          REPRESENTATIVE RAYMOND:  Then why do you

10  think that we -- that the Voting Rights Act is a good

11  law?

12         REPRESENTATIVE HARLESS:  I think at the time

13  when it was passed, it was very effective.  Texas is a

14  Section 5 state.  It's going to have to go for

15  preclearance before the Department of Justice or the

16  three federal judges in the District of Columbia.  They

17  will decide if we have met the standards of the Voting

18  Rights Act.  This is not the venue for us to decide.

19  We -- we've got the lines that they have drawn in the

20  cases that we've already seen.  We know that.  We know

21  what the standards they've set.  We've complied with

22  that in our bill.  This is not the venue to --

23         REPRESENTATIVE RAYMOND:  Do you believe --

24  are you telling me you believe that we don't need the

25  Voting Rights Act any more?

TX_00212953

USA_00017327

113

```
 1          REPRESENTATIVE HARLESS:  You're putting
 2   words in --
 3          REPRESENTATIVE RAYMOND:  I'm asking.  Do you
 4   believe --
 5          REPRESENTATIVE HARLESS:  You're putting
 6   words into my mouth.
 7          REPRESENTATIVE RAYMOND:  Do you believe we
 8   still need the Voting Rights Act?
 9          REPRESENTATIVE HARLESS:  I don't think this
10   is the place to debate that.
11          REPRESENTATIVE RAYMOND:  Yes, ma'am, it is
12   entirely a place to debate that.  This is a -- would you
13   agree that this is a major piece of legislation dealing
14   with voting in the State of Texas?
15          REPRESENTATIVE HARLESS:  I do.
16          REPRESENTATIVE RAYMOND:  And you do not
17   believe that the Voting Rights Act should be discussed
18   in this context?
19          REPRESENTATIVE HARLESS:  We have discussed
20   it.
21          REPRESENTATIVE RAYMOND:  Okay.  Then let's
22   continue to discuss it for a minute.  Do you believe the
23   Voting Rights Act is still necessary?
24          REPRESENTATIVE HARLESS:  I believe we're
25   still under the regulations of the Voting Rights Act.
```

TX_00212954

USA_00017328

114

1        REPRESENTATIVE RAYMOND:  I'm asking you

2   because you're the author of this very important bill

3   and I think this is very important for people to

4   understand your intent.  Do you believe the Voting

5   Rights Act is still necessary?

6        REPRESENTATIVE HARLESS:  As I've said

7   before, this is a federal -- this is a federal issue to

8   be decided by the federal courts.  This isn't for us in

9   the Texas Legislature to discuss right now.

10        REPRESENTATIVE RAYMOND:  Ma'am, you are

11   dealing with legislation here -- you are -- you are

12   proposing a bill that would affect every single voter in

13   the State of Texas, including minorities.  You would

14   agree with that, right?

15        REPRESENTATIVE HARLESS:  Say that one more

16   time.  It's hard for me to hear you.

17        REPRESENTATIVE RAYMOND:  You are

18   representing a bill that would affect the voting rights

19   of every voter in the State of Texas, including

20   minorities.  Would you agree with that?

21        REPRESENTATIVE HARLESS:  I do not agree with

22   that.  I think --

23        REPRESENTATIVE RAYMOND:  Really?  Your bill

24   does not apply to minorities?

25        REPRESENTATIVE HARLESS:  I think we increase

TX_00212955

USA_00017329

House Floor Debate - Volume II                    March 23, 2011

115

1    access to the polls by putting some checks and balances

2    that voters actually show ID that they are who they are

3    when they show up to vote.

4                REPRESENTATIVE RAYMOND:  Does your bill -- I

5    have a very simple question.  Does your bill apply to

6    minorities in the State of Texas?

7                REPRESENTATIVE HARLESS:  My bill -- my bill

8    applies to everyone equally across the state.

9                REPRESENTATIVE RAYMOND:  Including

10   minorities; is that right?

11               REPRESENTATIVE HARLESS:  Everyone.

12               REPRESENTATIVE RAYMOND:  Including

13   minorities?

14               REPRESENTATIVE HARLESS:  All Texans.

15               REPRESENTATIVE RAYMOND:  Including

16   minorities?

17               REPRESENTATIVE HARLESS:  All Texans.

18               REPRESENTATIVE RAYMOND:  Including

19   minorities?

20               REPRESENTATIVE HARLESS:  All Texans.

21               REPRESENTATIVE RAYMOND:  You won't even

22   acknowledge whether or not your bill affects --

23               REPRESENTATIVE HARLESS:  It -- I said it

24   applies to all Texans.

25               REPRESENTATIVE RAYMOND:  Including

TX_00212956

USA_00017330

Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 124 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 205 Filed 06/20/12 Page 162 of 285

 1   minorities, right?

 2              REPRESENTATIVE HARLESS:  All Texans, every

 3   voter in the state.

 4              REPRESENTATIVE RAYMOND:  Minorities are

 5   Texans, right?

 6              REPRESENTATIVE HARLESS:  Do you want to go

 7   back and forth all day?  I've answered the question.

 8              REPRESENTATIVE RAYMOND:  No.  I want you to

 9   answer the question, ma'am.

10              REPRESENTATIVE HARLESS:  I did.  It applies

11   to all --

12              REPRESENTATIVE RAYMOND:  With all due

13   respect, I feel like you're being flippant about

14   something that is very important to millions of Texans.

15              REPRESENTATIVE HARLESS:  I absolutely don't

16   mean to be flippant.  If I'm coming across that way, I

17   apologize.

18              REPRESENTATIVE RAYMOND:  It's a very simple

19   question.

20              REPRESENTATIVE HARLESS:  And I gave you a

21   very simple answer.  It applies to all Texans.

22              REPRESENTATIVE RAYMOND:  I will ask you -- I

23   will ask you one more time.  Does your bill apply to

24   minorities?

25              SPEAKER:  Time has expired.  Point is well

TX_00212957

USA_00017331

Case 2:13-cv-00193 Document 661-4 Filed on 11/11/14 in TXSD Page 125 of 131
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 163 of 285

House Floor Debate - Volume II                     March 23, 2011

117

1    taken.  Sustained.

2            The Chair recognizes Representative Raymond

3    to close on his amendment.

4            Mr. Raymond moves that the exchange between

5    himself and Ms. Harless be reduced to writing and

6    entered in the journal.  Is there any objection?

7            The Chair hears none.  So ordered.

8            The Chair recognizes Mr. Raymond to close.

9            REPRESENTATIVE RAYMOND:  Mr. Speaker,

10   Members, it is troubling to say the least that the

11   author of this bill was not willing to acknowledge that

12   this legislation will affect minority voters in the

13   State of Texas.  It is troubling to say the least.

14           It is doubly troubling that she is not

15   willing to accept this simple amendment, which I know

16   many of my Republican friends who would, I believe,

17   accept if they gave it any thought, that says this will

18   comply with the Voting Rights Act, that the section I

19   specifically referred to here, the voter identification

20   education section, would comply with Section 2, which is

21   the language section of the Voting Rights Act.

22           It is disappointing that Ms. Harless would

23   not accept the amendment.  It is even more disappointing

24   that she was not even willing to acknowledge that her

25   legislation will affect minorities all over the State of

TX_00212958

USA_00017332

118

1   Texas.

2            I move -- I ask that you vote no.

3            SPEAKER:  Mr. Veasey, for what purpose?

4            REPRESENTATIVE VEASEY:  Will the gentleman

5   yield for a question?

6            SPEAKER:  Will you yield for a question?

7            REPRESENTATIVE RAYMOND:  Yes.

8            SPEAKER:  He yields.

9            REPRESENTATIVE VEASEY:  Representative

10  Raymond, why don't you think Representative Harless

11  would answer your question directly?  It was a very

12  important question dealing with the Voting Rights Act.

13  We -- we know that we are a Section 5 state.  I hope

14  that she knows that we're a Section 5 state since she's

15  carrying this bill, and could you maybe elaborate on why

16  she did not want to answer your question directly?

17           REPRESENTATIVE RAYMOND:  You know, it's --

18  it's hard to read someone else's mind but I will tell

19  you that in 2006 -- I'm not sure every member in here

20  knows this but in 2006, a man named George W. Bush

21  signed into law the extension of the Voting Rights Act

22  for 25 years, and he said although we've come a long

23  way, there's a still a ways to go.

24           And for the author of this bill not to

25  acknowledge what a president from this state was willing

TX_00212959

USA_00017333

119

1    to acknowledge a mere five years ago and, that is, that

2    the Voting Rights Act is still necessary and that her

3    bill would, in fact, affect millions of Texans who are

4    minorities and who are protected by Section 2 of the

5    Voting Rights Act is troubling.

6              I don't know what else to tell you but I

7    think that -- I think it certainly should give people

8    pause to think about what's going on here.

9              REPRESENTATIVE VEASEY:  If you're the author

10   of a bill like this that's going to drastically change

11   election law in your state, don't you think you should

12   have a good understanding of the Voting Rights Act and

13   the history of the act and why it was passed before you

14   embark on a piece of legislation that could have the

15   type of consequences I believe that this piece of

16   legislation will have?

17             REPRESENTATIVE RAYMOND:  Well, I would

18   expect that in the year 2011 but, you know, you just

19   heard the exchange.  It -- it was surprising and

20   troubling to me that the author of this bill was not

21   willing to acknowledge the importance of the Voting

22   Rights Act and the fact that her bill would affect

23   millions of Texans who are protected by it.

24             REPRESENTATIVE VEASEY:  You have a good

25   amendment and because of all the good amendments that

JA_002452

TX_00212960

USA_00017334

House Floor Debate - Volume II                      March 23, 2011

                                                                120

1    have been turned down tonight, we can see exactly where

2    this bill is headed.

3               Thank you, Representative Raymond.

4               REPRESENTATIVE RAYMOND:  Thank you.

5               REPRESENTATIVE BERMAN:  Mr. Speaker?

6               SPEAKER:  Mr. Berman, for what purpose?

7               REPRESENTATIVE BERMAN:  Does the gentleman

8    yield?

9               REPRESENTATIVE RAYMOND:  Yes, of course.

10              SPEAKER:  He yields.

11              REPRESENTATIVE BERMAN:  Richard, you're a

12   good guy.  And, Richard, are you a minority?

13              REPRESENTATIVE RAYMOND:  I am.

14              REPRESENTATIVE BERMAN:  Is Mr. Veasey a

15   minority?

16              REPRESENTATIVE RAYMOND:  Yes, sir.

17              REPRESENTATIVE BERMAN:  Are you both Texans?

18              REPRESENTATIVE RAYMOND:  Yes, sir, we are.

19              REPRESENTATIVE BERMAN:  Ms. Harless answered

20   the question, and she said all Texans.

21              REPRESENTATIVE RAYMOND:  You know, Leo, and

22   I am glad you called me Richard because I'd actually

23   like for us to talk --

24              REPRESENTATIVE BERMAN:  I like you.

25              REPRESENTATIVE RAYMOND:  If you were

TX_00212961

USA_00017335

House Floor Debate - Volume II                    March 23, 2011

121

1   listening to a bill and you had been around 75 years, as
2   you just mentioned, she specifically would not say --
3   when I asked a simple question are minorities -- you
4   know, will this affect minorities, will your bill
5   include minorities, in other words, I'm a minority, is
6   this going to apply to me, yes, I'm going to need a
7   voter ID to go vote, right?
8               REPRESENTATIVE BERMAN:  Yeah, but --
9   (Inaudible).
10              REPRESENTATIVE RAYMOND:  No.  No.  You
11  listened to it, Leo.  You listened to it.  You listened
12  to it.  And I say, "Well, just tell me does this affect
13  minorities?"
14              "It affects all Texans."
15              "Does this affect minorities?"
16              She wouldn't say it.
17              REPRESENTATIVE BERMAN:  I think you hit her
18  too hard really.  I know you're a minority.  I know --
19              REPRESENTATIVE RAYMOND:  Leo, she's not a
20  shrinking violet.
21              REPRESENTATIVE BERMAN:  I know that.
22              REPRESENTATIVE RAYMOND:  She's a tough lady.
23              REPRESENTATIVE BERMAN:  I know that but she
24  said all Texans, and all Texans include every minority
25  in Texas.

TX_00212962

USA_00017336

                                                        122

1            REPRESENTATIVE RAYMOND:  Leo, do you --

2    Leo --

3            REPRESENTATIVE BERMAN:  Of course, they do.

4            REPRESENTATIVE RAYMOND:  Let me ask you,

5    Leo, do you believe that this law will apply to

6    minorities in the State of Texas?

7            REPRESENTATIVE BERMAN:  Yes, I do.

8            REPRESENTATIVE RAYMOND:  You see, you were

9    willing to answer it.

10           REPRESENTATIVE BERMAN:  But she didn't have

11   to.  She --

12           SPEAKER:  Representative Sheffield raised a

13   point of order.  The gentleman's time is expired.  The

14   point of order is well taken.  Sustained.

15           REPRESENTATIVE RAYMOND:  I'd like to make a

16   motion to reduce the exchange between Ms. Harless and

17   myself and Mr. Veasey and myself into writing and enter

18   it into the journal.

19           SPEAKER:  Members, you've heard the motion.

20   Is there any objection?

21           The Chair hears none.  So ordered.

22           Representative Raymond sends up the

23   amendment.  Representative Harless moves to table.  The

24   vote is on the motion to table.  Members vote aye,

25   members vote no.  Show Representative Harless voting

TX_00212963

USA_00017337

123

1    aye.  Representative Raymond voting no.  Clerk will ring

2    the bell.  Representative Gonzales voting aye.

3    Representative Carter voting aye.  Representative Chen

4    and Dutton voting aye.  Representative Branton voting

5    aye.

6              Have all members voted?  By a vote of 99

7    ayes, 48 nays, 2 present not voting, the motion to table

8    prevails.

9              Following the amendment --

10             CLERK:  Amendment by Raymond.

11             SPEAKER:  The Chair recognizes

12   Representative Raymond.

13             REPRESENTATIVE RAYMOND:  Okay.  Members,

14   since Ms. Harless would not accept an amendment to this

15   bill, saying that this bill would comply with the Voting

16   Rights Act, Section 5, then I now am offering an

17   amendment that says it will apply to Section 2, which is

18   the language section of the Voting Rights Act since we

19   are a -- a language minority state.  Move adoption.

20             SPEAKER:  The Chair recognizes

21   Representative Phillips in opposition.

22             REPRESENTATIVE PHILLIPS:  Thank you, Mr.

23   Speaker.  I would move to -- I would speak in opposition

24   to this amendment.  Again, we're getting far -- far from

25   what the Texas legislature needs to be doing, and I

TX_00212964

USA_00017338