124

 1    would move to table.

 2              REPRESENTATIVE RAYMOND:  Mr. Speaker?

 3              SPEAKER:  Mr. Raymond, for what purpose?

 4              REPRESENTATIVE RAYMOND:  Does the gentleman

 5    yield?

 6              SPEAKER:  The gentleman yields.

 7              REPRESENTATIVE PHILLIPS:  Briefly.  It's

 8    been a busy night.  They keep growing.

 9              REPRESENTATIVE RAYMOND:  It won't be more

10    than about 8 minutes.

11              Very simply, I guess I want to ask you do

12    you -- do you believe that this bill should comply with

13    the Voting Rights Act?

14              REPRESENTATIVE PHILLIPS:  I believe that we

15    need to follow the law and make sure that we comply with

16    every constitutional requirement that is imposed on us

17    as a body.

18              Now, what your -- this is a specific section

19    and -- and portion of the Voting Rights Act.  I don't

20    know if those sections apply to this.  That would be up

21    to the -- that will be up to ultimately the Supreme

22    Court to determine, and that's who we need to let

23    determine it.

24              I don't think we need to be second guess

25    what they do mean and don't mean and whether all of

TX_00212965

USA_00017339

House Floor Debate - Volume II                    March 23, 2011

125

1   these provisions apply.

2              REPRESENTATIVE RAYMOND:  Well, let me ask --

3   because I see a troubling pattern here.

4              REPRESENTATIVE PHILLIPS:  I can't hear you.

5              REPRESENTATIVE RAYMOND:  Let me ask, because

6   I see a troubling pattern, a simple question.  Do you

7   believe that the Voting Rights Act is a good law?

8              REPRESENTATIVE PHILLIPS:  That is not a

9   question before this.  There are issues -- there are

10  issues of whether all of the Voting Rights Act are

11  necessary at this time.  There are parts of it that are

12  important, have been important to transform elections in

13  this -- in this nation.

14             REPRESENTATIVE RAYMOND:  So, you believe --

15  so, you don't believe that this -- the Voting Rights Act

16  is necessarily necessary?

17             REPRESENTATIVE PHILLIPS:  Mr. Raymond, I'm

18  not going --

19             REPRESENTATIVE RAYMOND:  No.  No.

20             REPRESENTATIVE PHILLIPS:  I'm not going to

21  get into --

22             REPRESENTATIVE RAYMOND:  No.  No.  This is

23  important.

24             REPRESENTATIVE PHILLIPS:  Hold on.  Let me

25  answer.

JA_002458

TX_00212966

USA_00017340

126

1              REPRESENTATIVE RAYMOND:  Let me ask my

2      question.  Let me ask my question and then you can

3      answer.  You're a smart guy.

4              REPRESENTATIVE PHILLIPS:  You ask a question

5      and then you answer the question and then you ask a

6      question and you won't let me answer.

7              REPRESENTATIVE RAYMOND:  No.  No.  Okay.

8      Let me -- because I didn't ask it correct -- I didn't

9      ask it clearly, I think.

10              Do you believe -- do you believe that --

11      Mr. Phillips --

12              REPRESENTATIVE PHILLIPS:  Go ahead.  I'm

13      waiting for your question.

14              REPRESENTATIVE RAYMOND:  Let me ask this:

15      Do you recognize that Texas is a protected -- do you

16      know or do you recognize if Texas is a protected state

17      under the Voting Rights Acts?  Just yes or no.

18              REPRESENTATIVE PHILLIPS:  Yes, I do.

19              REPRESENTATIVE RAYMOND:  Okay.  So --

20              REPRESENTATIVE PHILLIPS:  The federal

21      government, under George Bush, they voted to extend the

22      Voting Rights Act for 25 years.  Yes, they did.

23              REPRESENTATIVE RAYMOND:  Okay.  So, you

24      recognize we're covered by that then?

25              REPRESENTATIVE PHILLIPS:  Yes, and that's

TX_00212967

USA_00017341

127

 1   the whole point.  If we're covered by that, we're

 2   covered by that, and we don't need to say oh -- you're

 3   trying to impose something on this bill from a federal

 4   perspective.  We either are or we aren't.

 5           REPRESENTATIVE RAYMOND:  Exactly.  All I'm

 6   saying with this amendment -- all I'm saying with this

 7   amendment -- and this is why I'm baffled as to why you

 8   would move to table it -- is that if we don't comply

 9   with the Voting Rights Act, it should not become a law.

10           Is it your position if it does not comply

11   with the Voting Rights Act, it should still become law?

12           REPRESENTATIVE PHILLIPS:  You're bringing

13   sections in and say that this has to apply to every

14   provision and --

15           REPRESENTATIVE RAYMOND:  No.  No.  No.

16           REPRESENTATIVE PHILLIPS:  -- that's not what

17   we need to do.  We need to leave that for the federal

18   government -- I mean, for the courts to decide whether

19   we comply because the lawyers have worked through this

20   to craft this, and we do not want to do anything that's

21   going to violate -- that's what we're going to do.

22           REPRESENTATIVE RAYMOND:  This -- this very

23   specifically -- what you just said isn't accurate,

24   Larry.  This amendment very specifically -- this applies

25   just to one section of the bill --

TX_00212968

USA_00017342

128

```
 1              REPRESENTATIVE PHILLIPS:  Right.
 2              REPRESENTATIVE RAYMOND:  -- the voter
 3   identification education section, that's all.
 4              REPRESENTATIVE PHILLIPS:  Okay.
 5              REPRESENTATIVE RAYMOND:  If you look at the
 6   amendment --
 7              REPRESENTATIVE PHILLIPS:  You're asking to
 8   include, right -- you're asking to include and say this
 9   section of federal law applies to what we're doing.
10   That's part of the -- I don't -- I mean, from our --
11   from my perspective, I don't need -- know that we need
12   to be here saying, well, gosh, we want everything to
13   apply to everything we do.
14              If it's covered by it, it's covered by it,
15   Mr. Raymond.  We don't need to include it.
16              REPRESENTATIVE RAYMOND:  Surely, you do --
17              REPRESENTATIVE PHILLIPS:  We don't determine
18   that.
19              REPRESENTATIVE RAYMOND:  Well, let me -- I
20   want to make sure I'm hearing you right.  Surely, you
21   would want us to comply with federal voting rights --
22              REPRESENTATIVE PHILLIPS:  Mr. Raymond,
23   that's exactly --
24              REPRESENTATIVE RAYMOND:  -- laws?
25              REPRESENTATIVE PHILLIPS:  -- the point that
```

TX_00212969

USA_00017343

129

 1   we've been making.

 2              REPRESENTATIVE RAYMOND:  You do want us to

 3   comply with -- so I'm clear, you do want this -- you do

 4   want --

 5              REPRESENTATIVE PHILLIPS:  No.  We want to

 6   comply with federal law.

 7              REPRESENTATIVE RAYMOND:  Okay.  So, you

 8   do --

 9              REPRESENTATIVE PHILLIPS:  And that's exactly

10   the intended purpose of what we're doing here today in

11   trying to comply with federal law, and that's why we're

12   trying to keep this bill simple and the whole procedure

13   simple instead of adding stuff to it that may trigger a

14   section that does or does not apply.  I don't see the

15   problem with it.

16              REPRESENTATIVE RAYMOND:  Again, are you

17   saying that you want Senate Bill 14, the section that

18   I -- the voter identification education section, do you

19   want it to comply with the federal voting rights laws?

20              REPRESENTATIVE PHILLIPS:  I want this to

21   comply with Federal Rules, and if those voting rights

22   laws that are in effect apply to this and they are

23   constitutional, the Supreme Court will uphold it, and if

24   they don't, they won't.

25              REPRESENTATIVE RAYMOND:  Well, then all

TX_00212970

USA_00017344

130

1    the -- all my amendment says --

2              REPRESENTATIVE PHILLIPS:  No.  Your

3    amendment says this has to apply here, and -- and that's

4    something we're saying we're not going to start doing.

5    We could go through and say we want the entire

6    constitution of the United States to apply to this law.

7    It either does or it doesn't.  We don't need to do that

8    as a state.

9              REPRESENTATIVE RAYMOND:  We're taking

10   about --

11             REPRESENTATIVE PHILLIPS:  The federal

12   government -- the federal government passes the laws

13   that they do, and we're either going to follow those

14   laws or we're not.  We either have to or we don't.  And

15   that is part of the debate that is going on across this

16   nation of what we do.  And we do not want to -- we don't

17   want to incorporate federal -- we're trying to stop

18   federal laws that we don't agree with.

19             REPRESENTATIVE RAYMOND:  So, you believe

20   that -- so I'm clear, you believe that this section of

21   the bill, which deals with language, right, voter

22   identification education and the words language are used

23   in that section of the bill, you believe that they may

24   not need to comply with the Voting Rights Act; is that

25   correct?

TX_00212971

USA_00017345

House Floor Debate - Volume II                    March 23, 2011

131

1              REPRESENTATIVE PHILLIPS:  No.  Either --
2      they either do or they don't.
3              REPRESENTATIVE RAYMOND:  And if they don't,
4      then it should not -- it should not --
5              REPRESENTATIVE PHILLIPS:  No.  Then you're
6      starting to put a requirement or a hurdle that may or
7      may not need to be there.
8              REPRESENTATIVE RAYMOND:  Larry, how could
9      you -- how could you honestly look at me and say --
10     we're talking about --
11             REPRESENTATIVE PHILLIPS:  Because --
12             REPRESENTATIVE RAYMOND:  Let me finish my
13     question.
14             How could you honestly look at me and say we
15     have a major piece of legislation here -- how could you
16     look at me and honestly say we have a major piece of
17     legislation here and the section of the bill that deals
18     with voter identification education and uses the word
19     language because, obviously, in the State of Texas,
20     there are people like my grandmother who didn't speak
21     English but who was a United States citizen her whole
22     life, that that would not be covered and should not be
23     covered by the Voting Rights Act?  How could you
24     honestly say that, Larry?
25             SPEAKER:  Representative Allen has raised a

JA_002464

TX_00212972

USA_00017346

132

1    point of order that the gentleman's time is expired.

2    The point of order is well taken and sustained.

3              The Chair recognizes Representative Raymond

4    to close.

5              REPRESENTATIVE RAYMOND:  Again, Members,

6    it's -- it is -- it is frustrating in the year 2011 to

7    stand up here and be debating members of this

8    legislature who do not want -- who appear to be -- do

9    not want the Voting Rights Act to apply to this bill.

10             It is -- it is disheartening, it is wrong,

11   and I think in the end you will not prevail.  We shall

12   overcome.  I move adoption.

13             I move to reduce to writing the exchange

14   between Mr. Taylor and myself and my closing remarks to

15   writing and put in the journal.

16             SPEAKER:  You've heard the motion.  Is there

17   objection?

18             The Chair hears none.  So ordered.

19             Mr. Raymond sends up an amendment.  Mr.

20   Phillips move to table.  The question is on the motion

21   to table.  Vote aye, vote no.  Show Mr. Raymond voting

22   no.  Mr. Phillips voting aye.  Show Mr. Gonzales voting

23   aye.  Mr. Pena voting aye.  Mr. Driver voting aye.

24   Mr. Gutierrez voting no.  Ms. Truitt voting aye.  Show

25   Ms. Harless voting aye.  Ms. Giddings voting no.

133

1              Have all voted?  Show Ms. Truitt voting aye.

2    There being 100 ayes, 49 nays, motion to table prevails.

3              Following the amendment, the clerk will read

4    the amendment.

5              CLERK:  Amendment by Dutton.

6              SPEAKER:  The Chair recognizes

7    Representative Dutton.

8              REPRESENTATIVE DUTTON:  Thank you, Mr.

9    Speaker, Members.  This is an amendment that if you'll

10   recall on the very first day this bill was out here,

11   there was some confusion about whether or not the bill

12   specified calendar days or business days.

13             What this amendment does, it says simply

14   seven business days, which conforms to the Election Code

15   in regard to provisional ballots.

16             And so, with that, I move -- I don't know if

17   they've had a chance to look at it.  If you all don't

18   mind -- you all don't like it?  Okay.  Then I would wait

19   to close, Mr. Speaker.

20             SPEAKER:  The Chair recognizes

21   Representative Harless.

22             REPRESENTATIVE HARLESS:  Thank you, Members.

23   This -- we kind of had some debate about this on Monday.

24   This is the six days -- business days.  It's changing to

25   seven business days.

TX_00212974

USA_00017348

134

1         The problem with this is that provisional

2    ballots have to be counted within seven days, and if we

3    extend it to seven days, we are not looking in the Code

4    for the counting of the provisional ballots.  So, I ask

5    that you table this amendment.

6              SPEAKER:  The Chair recognizes

7    Representative Dutton to close.

8              REPRESENTATIVE DUTTON:  Mr. Speaker and

9    Members, if I agreed with her, I would vote yes on the

10   motion to table but the fact of the matter is that's not

11   the case.

12             If you'll read the amendment, what this

13   amendment does is changes it to seven business days.  It

14   was currently -- under the bill, it was six -- it was

15   six days, not six business days or six calendar days but

16   this just simply changes it to seven business days.

17             In addition, what we also did, if you'll

18   look on line 11, rather than the 7th day after the

19   election, it changes it to the 9th day.  And so, that's

20   what the difference is.

21             And the reason I offer this is because if

22   you count the days from say a Tuesday on an election day

23   and if you had two holidays -- if you had two days that

24   were holidays, that it seemed to me that it was fairer

25   to make it 7 business days as opposed to 6 calendar days

JA_002467

TX_00212975

USA_00017349

135

 1    because 1 of those 6 days or 2 of those 6 days could be
 2    taken up in a holiday period.
 3              And so, therefore, it was unclear as to
 4    whether or not you would still count those days because
 5    the bill doesn't specify that.  My amendment makes it
 6    clear, however, that it is 7 business days and you have
 7    to do it by then.
 8              It also, again, changes what Ms. Harless
 9    complains about from being the 7th day to the 9th day
10    after the election.  And so, that's what the amendment
11    does, and I would ask you to vote no on the motion to
12    table.
13              SPEAKER:  Mr. Dutton sends up an amendment.
14    Ms. Harless moves to table.  This is on the motion to
15    table.  Vote aye, vote no.  Show Ms. Harless voting aye.
16    Mr. Dutton voting no.
17              Have all voted?  Show Mr. Gonzales voting
18    aye.  Have all voted?  Being 99 ayes, 48 nays, motion to
19    table prevails.
20              The Chair recognize Representative Hunter
21    for a motion.
22              REPRESENTATIVE HUNTER:  Mr. Speaker,
23    Members, I move to suspend all necessary rules to allow
24    the Committee on Calendars to consider and set a
25    calendar at 6:45 p.m. today in place 3W15.

House Floor Debate - Volume II                    March 23, 2011

                                                              136

1           I also request permission for the Committee

2    on Calendars to meet while the House is in session at

3    6:45 p.m. today in 3W15 to consider and set a calendar.

4           SPEAKER:  Members, you've heard the motion.

5    Is there objection?

6           The Chairs hears none.  So ordered.

7           The Chair recognizes Representative Phillips

8    for an announcement.

9           REPRESENTATIVE PHILLIPS:  Thank you, Mr.

10   Speaker, Members.  Those on the Transportation

11   Committee, we're going to cancel the transportation

12   continuation of the hearing tonight and we'll be posting

13   for Monday to finish what we need to.  We'll do all that

14   posting later.  Monday at 9:00.

15          SPEAKER:  Following the announcement, the

16   clerk will read the announcement.

17          CLERK:  The Committee on Calendars will meet

18   at 6:45 p.m. on March 23rd, 2011 at 3W.15.  This will be

19   a formal meeting to consider and set a calendar.

20          SPEAKER:  Following the amendment, the clerk

21   will read the amendment.

22          CLERK:  Amended by Hernandez Luna.

23          SPEAKER:  The Chair recognizes Ms.

24   Hernandez Luna.

25          REPRESENTATIVE HERNANDEZ LUNA:  Thank you,

TX_00212977

USA_00017351

House Floor Debate - Volume II                    March 23, 2011

137

1    Mr. Speaker, Members.  This you can call the Anna

2    Hernandez Luna amendment.  This is for married -- women

3    that have been recently married or divorced prior to an

4    election and their driver's license may not match with

5    their names on the registered voters' list.

6              Currently the bill allows for the election

7    officer to make a determination of whether that name is

8    substantially similar but I think if I show up to vote

9    and I show my driver's license that I should be able to

10   sign an affidavit stating that I am who I say I am under

11   penalties of perjury by signing that affidavit.

12             SPEAKER:  Ms. Hernandez Luna sends up an

13   amendment.  There's objection to the amendment.  It's a

14   record vote on the amendment.  This is on the amendment.

15   Clerk ring the bell.  Show -- show Ms. Hernandez -- this

16   is on the amendment.  Show Ms. Hernandez -- Hernandez

17   Luna voting -- voting aye.  Show Ms. Harless voting no.

18   Show Mr. Lucio voting aye.  Show Mr. Martinez Fischer

19   voting aye.

20             Have all voted?  Show Mr. Veasey voting aye.

21   Have all voted?  There being 49 ayes and 99 nays, the

22   amendment fails to adopt.

23             Following the amendment, the clerk will read

24   the amendment.

25             CLERK:  Amendment by Burnam.

TX_00212978

USA_00017352

138

```
 1          SPEAKER:  The Chair recognize Representative
 2     Burnam.
 3          REPRESENTATIVE BURNAM:  Mr. Speaker,
 4     Members, we alluded to this amendment earlier this
 5     afternoon when we were discussing the problem with the
 6     program that, frankly, disenfranchises, from a driving
 7     standpoint, over a hundred thousand Texans every year.
 8          This amendment would address that.  It says
 9     a temporary driving permit issued by the Department of
10     Public Safety following the revocation of a driver's
11     license.  We alluded to the form and the permit, which
12     has to be signed by an officer.  This is not something
13     that's likely to be forged but it would allow these
14     people who are in this transitional situation the
15     opportunity to vote in the event that this occurs the
16     week before or two weeks before an election.
17          Move its adoption.
18          SPEAKER:  Representative Burnam sends up an
19     amendment.  There is objection to the amendment.  The
20     question occurs on the adoption of the Burnam amendment.
21     Vote aye, vote nay.  Show Mr. Burnam voting aye.  Show
22     Ms. Harless voting no.  Mr. Lucio voting aye.  Mr.
23     Anchia voting aye.  Mr. Strama voting aye.  Show
24     Mr. Eiland voting aye.
25          Have all voted?  Being 48 ayes and 100 nays,
```

TX_00212979

USA_00017353

139

```
 1    the amendment failed to adopt.
 2               Following the amendment, the clerk will read
 3    the amendment.
 4               CLERK:  Amendment by Anchia.
 5               SPEAKER:  The Chair recognizes
 6    Representative Anchia.
 7               REPRESENTATIVE ANCHIA:  Thank you,
 8    Mr. Speaker and Members.  The -- the bill that we have
 9    before us creates all sorts of affidavits and
10    exceptions, some of which have been removed but that the
11    removal of those exceptions potentially create problems
12    in terms of the constitutionality.  No longer do we have
13    an age exception.  No longer do we have an indigent
14    exception.  No longer do we have a religious --
15    religious objection.  All of those have been removed,
16    which I think creates a problem for this bill.
17               So, this amendment does something very
18    simple.  It says if you have your photo ID, terrific,
19    you vote.  If you have -- if you show up with your voter
20    registration certificate, you vote a provisional ballot.
21    Okay.
22               That provisional ballot then goes before --
23    excuse me.  That provisional ballot is accompanied by an
24    affidavit that you sign.  Okay.  That provisional ballot
25    and affidavit is then sealed and it's sent to the Ballot
```

TX_00212980

USA_00017354

140

1   Board.  The Ballot Board, as all of you know, came with

2   elections.  They are bipartisan boards that each county

3   has.

4            When the Ballot Board looks at the

5   provisional ballot, they will do a signature match of

6   the affidavit and the application to register to vote

7   that they have on file.  That signature match is then

8   currently with mail in ballots.  Okay.  So, this

9   legislature believes that the mail in ballot signature

10  match is good enough for an anonymous form of voting.

11  This signature match would (Inaudible) for an in person

12  form of voting with an affidavit, a signature match and

13  then the provisional ballot would become a regular

14  ballot if the signatures were substantially similar as

15  established by the Ballot Board.

16            This will obviate the need for someone to

17  come back six days later and try to prove up their

18  identity.  This would occur just like -- these ballots

19  would be canvassed just like provisional ballots are

20  canvassed -- excuse me -- just like mail in ballots are

21  canvassed, and we don't have to worry about six days

22  later, we don't have to worry about any of the

23  affidavits that are currently in the bill or the

24  exceptions that are currently in the bill.  You wipe out

25  all of the exceptions and you just treat all people that

TX_00212981

USA_00017355

141

1   come in with a voter registration card the same way.

2   They vote a provisional ballot, they then do a signature

3   match.

4            It's simple.  They do this in the State of

5   Florida.  It works very well, and it will prevent Texans

6   from being left behind.  I think this is a reasonable

7   approach and a much better approach than is currently

8   contained in this bill.  I move adoption.

9            SPEAKER:  The Chair recognizes

10  Representative Hancock in opposition.

11           REPRESENTATIVE HANCOCK:  Yes, Members, I

12  move to table this bill.  This actually weakens the bill

13  due to treating provisional ballots as absentee ballots.

14  I move to table.

15           SPEAKER:  Mr. Strama, for what purpose?

16           REPRESENTATIVE STRAMA:  For a question.

17  Will the gentleman yield for a question?

18           SPEAKER:  Mr. Hancock, do you yield?

19           REPRESENTATIVE HANCOCK:  Yes.

20           SPEAKER:  The gentleman yields.

21           REPRESENTATIVE STRAMA:  Thank you,

22  Representative Hancock.

23           Frankly, I think this is the amendment that

24  highlights the crux of the issue here.  And there are

25  two ways to look at it.  We can look at it as this

TX_00212982

USA_00017356

142

 1    weakens the bill but highlights the underlying

 2    vulnerability of the bill at its essence or this bill

 3    puts the election day voting process on a par with

 4    absentee voting, which you guys don't eliminate under

 5    this bill.

 6               Here's my question:  Why shouldn't people

 7    who show up at the polling place on election day with

 8    the intention of voting in person be allowed to

 9    authenticate their ballot through the provisional voting

10    process in the same way this bill allows people who vote

11    by mail to authenticate their identity through the mail

12    in voting process?

13               REPRESENTATIVE HANCOCK:  I think if you're

14    looking to improve or maybe strengthen the absentee

15    ballot process, I'd be glad to look at that bill.

16               REPRESENTATIVE STRAMA:  That's not the

17    question I asked.

18               REPRESENTATIVE HANCOCK:  That's not what

19    we're doing here in this bill.  And

20    Representative Harless has actually done a pretty good

21    job of providing guidelines regarding provisional

22    ballots.  And so, in the move to table, what I'm saying

23    is I appreciate the good work she's done, the committee

24    has done in this looking at this bill and think that the

25    provisions that are in there for provisional ballots are

TX_00212983

USA_00017357

143

 1    sufficient at this time.
 2                 REPRESENTATIVE STRAMA:  Let me ask you this:
 3    Are you -- are you concerned -- well, let me ask you a
 4    different way.
 5                 Do you believe people should have the right
 6    to vote by mail?  Under current law, you have an
 7    unlimited right to vote by mail if you're 65 or if
 8    you're sick or if you're disabled or if you're going to
 9    be traveling.  Do you think that that's a fair thing to
10    allow people to do?
11                 REPRESENTATIVE HANCOCK:  Well, we're
12    actually not talking about voting by mail.  We're
13    talking about voter ID and --
14                 REPRESENTATIVE STRAMA:  Okay.  I'm capable
15    of understanding the relationship between my question
16    about the validity of voting by mail and the
17    implications that have for the merits of this bill.  So,
18    could you answer the question that I asked about whether
19    you think it is right that people be allowed to vote by
20    mail?
21                 REPRESENTATIVE HANCOCK:  But I think the
22    question and the communication between the front mic and
23    the back mic is actually supposed to be about the
24    amendment that's on the floor and the amendment says --
25                 REPRESENTATIVE STRAMA:  Do you want me to

TX_00212984

USA_00017358

144

1    draw the line between the validity of the absentee

2    balloting process to the validity of an amendment that

3    allows people to vote a provisional ballot with the same

4    signature verification process that we allow for people

5    who vote by mail?  Do you want me to draw that line for

6    you more clearly or do you want to answer my question?

7              REPRESENTATIVE HANCOCK:  Well, what I was

8    saying is if you would like to distinguish the

9    difference between a provisional ballot, which

10   Representative Harless has clearly addressed in the bill

11   in many provisions, and the weakening of that by

12   applying a mail in ballot, then we can discuss the

13   distinction but I'd rather stick on the bill and the

14   amendment and how it applies to the bill.

15             REPRESENTATIVE STRAMA:  What this amendment

16   does is it would subject that provisional ballot to the

17   same verification process as a mail in ballot, which I

18   believe makes my question germane to this amendment.  Do

19   you believe mail in ballots should be allowed under the

20   current law?

21             REPRESENTATIVE HANCOCK:  I believe that the

22   difference in the mail in ballot provisions that we have

23   and the provisions that Ms. Harless has addressed for

24   provisional ballots are significantly different and

25   would actually weaken the bill.

TX_00212985

USA_00017359

145

1              REPRESENTATIVE STRAMA:  You are correct that

2       they are significantly different.  The question is why?

3              REPRESENTATIVE HANCOCK:  Well, I believe

4       that Ms. Harless has addressed the provisional ballots

5       in an ample way that allows everyone to vote, and I do

6       believe that there are differences that would actually

7       weaken the bill if we pass this amendment.

8              REPRESENTATIVE STRAMA:  Do you think people

9       should be allowed to vote by mail?

10             REPRESENTATIVE HANCOCK:  I believe that Ms.

11      Harless has given everybody that comes to a voting place

12      the opportunity to vote and she does that very

13      adequately in a provisional --

14             REPRESENTATIVE STRAMA:  Do you believe --

15             REPRESENTATIVE HANCOCK:  And I believe if we

16      accept the amendment that it actually weakens the bill.

17             REPRESENTATIVE STRAMA:  Let me ask my

18      question a different way.

19             Do you think people should be allowed to

20      vote by mail without showing photo ID?

21             REPRESENTATIVE HANCOCK:  I believe that the

22      bill is addressing photo ID, and I'd be glad to talk

23      about that.  The provisional ballot allows them to vote

24      with a photo ID under the provisions that she's applied

25      in the bill.

TX_00212986

USA_00017360

146

1           REPRESENTATIVE STRAMA:  Let me ask the
2    question a different way.
3           Do you believe that under the provisions of
4    this bill a person is allowed to vote an absentee ballot
5    by mail without demonstrating photo identification?
6           REPRESENTATIVE HANCOCK:  I don't believe
7    that this bill or the amendment addresses absentee
8    ballot mail in.
9           REPRESENTATIVE STRAMA:  So, then --
10          REPRESENTATIVE HANCOCK:  What you're
11   attempting to do is actually weaken the provisional
12   ballot process that Ms. Harless has addressed very
13   clearly in the bill.
14          REPRESENTATIVE STRAMA:  Okay.  Let's --
15   let's try to reason together, Representative Hancock.
16   Do you understand why I'm asking about mail in ballots
17   even though this amendment deals specifically with
18   provisional ballots, it is because there is a standard
19   for verifying the validity of a mail in ballot and this
20   amendment would adopt that standard for validating a
21   provisional ballot, so, I don't think you can argue that
22   I'm not being germane to the amendment.  You might
23   choose not to answer the question for other reasons but
24   it's not because I'm not being relevant to the
25   amendment.

TX_00212987

USA_00017361

147

```
 1              So, my question is do you agree that under
 2    the law as it will be if this bill passes, individuals
 3    are allowed under the law to cast a mail in ballot
 4    without demonstrating photo ID?
 5              REPRESENTATIVE HANCOCK:  I believe you've
 6    properly addressed that there is a difference in a mail
 7    in ballot and a provisional ballot and the intent to
 8    apply a mail in ballot standard for provisional ballots
 9    significantly weakens this bill.
10              REPRESENTATIVE STRAMA:  So, then the mail in
11    ballot standard in current law is not a valid standard
12    for authenticating the identity of the voter, is that
13    your position?
14              REPRESENTATIVE HANCOCK:  There's a
15    significant difference in what we call the mail in
16    ballot and the provisions that we have in a mail in
17    ballot and the provisions that Ms. Harless has required
18    in the bill that allow anyone to --
19              REPRESENTATIVE STRAMA:  That's the point of
20    this amendment, there are significant differences.  The
21    point of this amendment is there is no rational basis
22    for those differences.  There's no rational basis.
23              So, my question is if you believe it is
24    not -- it is not sufficiently protective of the
25    integrity of the electoral process to allow a signature
```

TX_00212988

USA_00017362

148

1    match to validate the identity of a provisional voter,

2    then why is it acceptable to you to allow a signature

3    match to validate the identity of a mail in voter?

4              REPRESENTATIVE HANCOCK:  I think you have

5    properly addressed the fact that a mail in ballot may

6    cause some problems in the integrity of the voting.

7    Ms. Harless has done an excellent job regarding voter ID

8    in her desire to maintain voting integrity within the

9    provisions of a provisional ballot.

10             REPRESENTATIVE STRAMA:  I think I'm out of

11   time.

12             SPEAKER:  Representative Woolley raised a

13   point of order.  The gentleman's time expired.  Point of

14   order is well taken.  Sustained.

15             Representative Hunter, Cook, Rodriguez,

16   Truitt, Branch, Lucio, (Inaudible) Patrick,

17   Representative Kolkhorst, Keffer and Bonham, (Inaudible)

18   Calendars Committee on the motion to Representative

19   Hancock, Representative Garren, Calenders Committee on

20   the motion (Inaudible).  Is there objection?

21             Chair hears none.  So ordered.

22             Chair recognizes Representative Anchia to

23   close.

24             REPRESENTATIVE ANCHIA:  Thank you, Mr.

25   Speaker and Members.  I just don't think Representative

TX_00212989

USA_00017363

149

1    Hancock has a handle what this does.  He says it weakens

2    the bill.  It certainly does not do that.  I think it

3    improves the bill by allowing a person who comes with a

4    voter registration certificate to be able to execute the

5    same type of affidavit that's found throughout this

6    bill, Members.

7              And then it subjects -- then they go to

8    professional ballot but the difference between the

9    approach that is contained in this bill and the approach

10   that's contained in the amendment is that that

11   provisional ballot may be counted if the signatures

12   match, and it obviates the need for person to come back

13   6 days later.

14             It makes the most sense in the world.  It's

15   how we treat mail in ballots today.  And mail in

16   ballots, as you all know, are exempted from this bill.

17   They are specifically ignored by this bill.

18             So, if it's good enough for mail in ballots,

19   it certainly should make some sense for how we count

20   these provisional ballots through the --

21             REPRESENTATIVE STRAMA:  Does the gentleman

22   yield?

23             REPRESENTATIVE ANCHIA:  Yes, I yield.

24             SPEAKER:  Mr. Strama, for what purpose?

25             REPRESENTATIVE STRAMA:  To ask a couple of

TX_00212990

USA_00017364

150

1    questions.  We agree on this bill, Representative

2    Anchia.  We're co-authors.

3              REPRESENTATIVE ANCHIA:  I'm only going to

4    yield for one.  No, I'm kidding.

5              REPRESENTATIVE STRAMA:  I just want to get

6    in the record some facts, if you don't mind.

7              REPRESENTATIVE ANCHIA:  Please.

8              REPRESENTATIVE STRAMA:  Is it the case under

9    current law that one does not have to show photo ID to

10   vote by mail?

11             REPRESENTATIVE ANCHIA:  That is correct.

12             REPRESENTATIVE STRAMA:  Is that continued --

13   will that continue to be the case if the bill passes as

14   current in its current form?

15             REPRESENTATIVE ANCHIA:  Yes, it will.

16             REPRESENTATIVE STRAMA:  Isn't it the logical

17   conclusion of Representative Hancock's argument just now

18   that that is an unsatisfactory outcome if your amendment

19   is not acceptable, if it does not set a high enough

20   standard for validating the identity of the voter, then

21   how can they tolerate -- given all we've heard about the

22   integrity of the election being sacrificed, how can they

23   tolerate allowing people to vote by mail without

24   demonstrating photo ID?

25             REPRESENTATIVE ANCHIA:  I believe -- I

TX_00212991

USA_00017365

151

1    believe that was his conclusion.  I also see the patent

2    inconsistency in that conclusion, which leads me to

3    further believe that this bill is not about the

4    integrity of elections because if it were --

5                 REPRESENTATIVE STRAMA:  I'm saddened to say

6    I'm reaching the same conclusion.

7                 REPRESENTATIVE ANCHIA:  I fear -- at the

8    outset of this debate, I feared that that might be one

9    of the outcomes, and I think the -- and I think not

10   taking this amendment causes me to have even deeper

11   concerns about the motivations behind this bill.

12                It's really silly that we're going to be

13   treating mail in ballots where 70 percent of the fraud

14   occurs according to the AG's convictions, with a

15   signature match, whereas, the provisional ballots

16   hereunder we would not even treat with a signature match

17   and allow to become a regular ballot if those signatures

18   were substantially similar.  I -- I don't understand the

19   logic and it is -- it is allowing me to come to the

20   conclusion that this must not be about ballot integrity.

21                Thank you, Members.  I -- I ask that you

22   vote against the motion to table.

23                SPEAKER:  Representative Anchia sends up an

24   amendment.  Representative Hancock moves to table.  This

25   is on the motion to table.  Vote aye, vote nay.  Show

TX_00212992

USA_00017366

152

1    Ms. Harper Brown voting aye.

2              Have all voted?  Show (Inaudible) voting no.

3    Show Mr. Bonnen voting aye.  Show Ms. Truitt voting aye.

4              Have all voted?  Being 94 ayes and 47 nays,

5    motion to table prevails.

6              Following the amendment, the clerk will read

7    the amendment.

8              CLERK:  Amendment by Menendez.

9              SPEAKER:  The Chair recognizes Mr. Menendez.

10             REPRESENTATIVE MENENDEZ:  Thank you,

11   Mr. Speaker, Members.  I'd like to get your attention

12   real briefly because this is amendment is an amendment

13   that 88 of us have said we support.  88 of us have

14   joined my good friend, Representative Burt Solomons, in

15   saying we no longer want to send unfunded mandates to

16   our cities and our counties.

17             So, if we don't want to send any unfunded

18   mandates, then we need to follow this.  This amendment

19   simply says that if any of your counties deem the

20   implementation of this bill to be a financial burden,

21   they don't have to implement it at this time.  They get

22   to choose when they get to implement it.

23             The reason that I bring this amendment

24   before you, Members, is I know that most of you and some

25   of you in rural counties, your county will be able to

TX_00212993

USA_00017367

153

1    implement this without a problem but some of us in the

2    larger urban counties -- I have here an article from a

3    newspaper where our elections administrator said of

4    course, it's going to cost more money.  If we get

5    10,000 -- 10 or 10,000 provisional votes, those people

6    will all have the opportunity to bring a photo ID to our

7    office down the street.

8              It also said the election office might need

9    to be open on weekends to serve those who could not come

10   by on the weekdays.

11             Members and state affairs, we heard from the

12   county judges and Commissions Associations of Texas, we

13   heard from the urban county, the Judges -- County Judges

14   Commission Association of Texas, (Inaudible) County

15   Judge, Urban County, Hobson County, Texas Association of

16   County Justice Police Officers, Texas Municipal League,

17   Houston County judge and (Inaudible) saying -- saying

18   please don't send any more unfunded mandates.

19             The question that I had in discussing this

20   amendment with my good friend Bill Callegari, a joint

21   author --

22             SPEAKER:  Mr. Gallego, for what purpose?

23             REPRESENTATIVE GALLEGO:  Mr. Speaker, would

24   the gentleman yield?

25             REPRESENTATIVE MENENDEZ:  Just one second

TX_00212994

USA_00017368

154

1   and I'll be happy to yield.
2            SPEAKER:  Not at this time.
3            REPRESENTATIVE MENENDEZ:  As I discussed
4   this with Bill Callegari, I said, "Bill, the question is
5   do we or do we not trust our county judges and
6   commissioners court?"
7            And he said, "I trust mine."
8            I trust mine, too.  The question is do you
9   trust yours and do we believe in not sending unfunded
10  mandates as a matter of principle or only when it's
11  convenient to us?
12           So, it's either a principle that we will no
13  longer send unfunded mandates -- if you sign on as a
14  joint author and co-author, and 88 of us have, then you
15  should support this amendment.
16           I will yield at this time.
17           REPRESENTATIVE GALLEGO:  Mr. Speaker?
18           SPEAKER:  Mr. Gallego, for what purpose?
19           REPRESENTATIVE GALLEGO:  Will the gentleman
20  yield for a question?
21           REPRESENTATIVE MENENDEZ:  I'd be happy to
22  yield.
23           REPRESENTATIVE GALLEGO:  Mr. Menendez, in
24  fact, the issue of local mandates -- unfunded mandates
25  has been a fairly large -- a fairly big theme this

TX_00212995

USA_00017369

155

1   session, has it not?

2           REPRESENTATIVE MENENDEZ:  Yes, it has.

3           REPRESENTATIVE GALLEGO:  And the proposed

4   constitutional amendment that you were talking about is

5   HJR 56 that's authored by Mr. Solomons, Mr. Callegari,

6   Ms. King and Ms. Kolkhorst?

7           REPRESENTATIVE MENENDEZ:  That's correct.  I

8   am also a co-author of that because I believe in it.

9           REPRESENTATIVE GALLEGO:  Were you aware that

10  88 members of the legislature -- 88 members of the

11  House, 88 out of the 150 have signed on in support of

12  this resolution, which would essentially restrict these

13  unfunded mandates to the local governments -- to units

14  of local governments, like counties, for example?

15          REPRESENTATIVE MENENDEZ:  Absolutely, I am

16  aware of it.  I have a list here of all 88 of them, and

17  it's a bipartisan group.

18          REPRESENTATIVE GALLEGO:  So, as an example,

19  as you go through, Mr. Alised has signed onto the

20  amendment to essentially prohibit unfunded mandates; is

21  that correct?

22          REPRESENTATIVE MENENDEZ:  That's correct.

23  Yes.

24          REPRESENTATIVE GALLEGO:  And I believe his

25  county judge testified in the state affairs hearing that

TX_00212996

USA_00017370

156

1     you referred to?

2              REPRESENTATIVE MENENDEZ:  Yes.  Judge

3     (Inaudible) and other judges from Houston County, yes.

4              REPRESENTATIVE GALLEGO:  Mr. Anchia has

5     signed on to support the resolution prohibiting unfunded

6     mandates?

7              REPRESENTATIVE MENENDEZ:  Correct.

8              REPRESENTATIVE GALLEGO:  As has Dr.

9     Anderson, Doc Anderson, Rodney Anderson, Ms. Beck,

10    Burman, Bohac, Bonnen, Brown, Burkett, Button, Cain,

11    Carter, Chisum, Christian, Cook, Creighton, Crownover,

12    John Davis, Driver, Elkins, Flynn, Frullo, Gallego,

13    Garza, Geren, Hamilton, Hancock -- 88 members.

14             REPRESENTATIVE MENENDEZ:  Yes, sir.

15             REPRESENTATIVE GALLEGO:  So, if these 88

16    members have signed on to support this restriction on

17    unfunded mandates, is not your amendment a restriction

18    on unfunded mandates also?

19             REPRESENTATIVE MENENDEZ:  Absolutely, but my

20    amendment is even easier.  It really just says that your

21    county commissioners court has the decision at which

22    point to implement this would no longer be a financial

23    burden on the county.

24             In essence, we're saying to our local

25    taxpayers we respect your pocketbook.  In my opinion,

JA_002489

TX_00212997

USA_00017371

157

1   this is going to cost some counties -- they are going to

2   need to hire more people.  It's going to cost the

3   taxpayers more money to implement this bill, and if

4   we're honest about no unfunded mandates, not shoving

5   more costs down to the local taxpayers, then please

6   support this amendment.  It's a simple common sense

7   amendment.

8           REPRESENTATIVE GALLEGO:  The first principle

9   that we talked about is no unfunded mandates; is that

10  correct?

11          REPRESENTATIVE MENENDEZ:  That's correct.

12          REPRESENTATIVE GALLEGO:  The second

13  principle that you just annunciated is the principle of

14  local control.  Explain to me how your amendment

15  essentially supports local government.

16          REPRESENTATIVE MENENDEZ:  What it does is

17  specifically says that a commissioners court of the

18  county that finds that the implementation of the photo

19  ID requirement would be a financial burden on that

20  county, they would have the right not to have this

21  section apply to them.  So, the counties can allow when

22  they implement it.

23          Now, here's the other thing, it's not in

24  perpetuity.  The county can decide we're not ready at

25  the next election but they might be ready at the next

TX_00212998

USA_00017372

158

1   election after that.  So, they might take an election

2   off and then they say, "You know what, we've geared, we

3   have the staffing, this will no longer be a financial

4   burden on us."

5               REPRESENTATIVE GALLEGO:  That's where the

6   local control comes?

7               REPRESENTATIVE MENENDEZ:  Exactly.

8               REPRESENTATIVE GALLEGO:  And so, they can

9   opt out for this next election cycle until they have the

10  opportunity to review the costs and make arrangements,

11  budget those costs, factor those costs into the equation

12  before making a decision?

13              REPRESENTATIVE MENENDEZ:  Correct.  I mean,

14  you know, Representative Gallego, we're not putting any

15  money in this for the elections administration.  We're

16  not putting any money for the counties to handle the 6

17  day period where people have to come back.

18              REPRESENTATIVE GALLEGO:  This is an unfunded

19  mandate?

20              REPRESENTATIVE MENENDEZ:  In essence, it is

21  an unfunded mandate.

22              REPRESENTATIVE GALLEGO:  88 of us have

23  signed on against unfunded mandates.

24              REPRESENTATIVE MENENDEZ:  There's correct.

25              SPEAKER:  Representative Sheffield raises a

TX_00212999

USA_00017373

159

1    point of order.  The gentleman's time has expired.  The

2    point of order is well taken.  It's sustained.

3              The Chair recognizes Representative Phillips

4    to speak against.

5              REPRESENTATIVE PHILLIPS:  Thank you Mr.

6    Speaker, Members.  I speak against this amendment.

7    While we don't want unfunded mandates, I don't believe

8    there is an unfunded mandate here.  And what we want is

9    confidence in elections, and what this would allow would

10   be a county by the county opt out.  Just read it.

11             If this particular county here decides that

12   they don't want to do this provision or this county

13   there decides they want to do that, then we don't have

14   uniform laws on election.  That's why we have uniform

15   laws on election.

16             You know, it's interesting, the letter from

17   the co-chairs of the commission on federal election

18   reform, Jimmy Carter and James Baker said elections are

19   the heart of Democracy, they're instruments for the

20   people to choose leaders and hold them accountable.  At

21   the same time, elections are core public function, which

22   all other government responsibility depends.  If

23   elections are defective, the entire Democratic system is

24   at risk.

25             We do not want to put that at risk.

TX_00213000

USA_00017374

160

1              REPRESENTATIVE HANCOCK:  Mr. Speaker?

2              REPRESENTATIVE PHILLIPS:  And I would move

3     to table.

4              SPEAKER:  Representative Hancock, for what

5     purpose?

6              REPRESENTATIVE HANCOCK:  Question.

7              REPRESENTATIVE PHILLIPS:  I would.

8              REPRESENTATIVE HANCOCK:  Mr. Phillips, are

9     you aware that --

10              SPEAKER:  The gentleman yields.

11              REPRESENTATIVE HANCOCK:  -- (Inaudible)

12     committee Secretary of State's office?

13              REPRESENTATIVE PHILLIPS:  While I was not

14     there, I have been told that the Secretary of State said

15     there would be no additional cost to the county,

16     something to that effect.

17              REPRESENTATIVE HANCOCK:  That is correct.

18     Thank you very much.

19              REPRESENTATIVE PHILLIPS:  I would move to

20     table again.

21              REPRESENTATIVE MENENDEZ:  Mr. Speaker?

22     Mr. Speaker?

23              SPEAKER:  Representative Menendez, for what

24     purpose?

25              REPRESENTATIVE MENENDEZ:  I was wondering if

JA_002493

TX_00213001

USA_00017375

161

1    the gentleman would yield for a question?

2            REPRESENTATIVE PHILLIPS:  Yeah, quickly.

3    It's a busy night.

4            REPRESENTATIVE MENENDEZ:  Larry, I respect

5    you tremendously.  You and I are both co-authors of the

6    no unfunded mandate constitutional amendment but you

7    said that you didn't think it was an unfunded mandate.

8            The reason I brought this forward is there's

9    an article in today's newspaper in my home town where

10   the elections administrator said of course, it's going

11   to cost more and the reason being, you're aware of the

12   provision in the bill that state that they have 6 days

13   to prove whether or not they have a photo ID or whether

14   or not they have a religious objection to having their

15   picture taken.  Are you aware of that, the bill?

16           REPRESENTATIVE PHILLIPS:  You're going to

17   have to repeat that.  If it's an amendment, then I don't

18   know that that is -- that amendment -- that that is

19   still there.

20           REPRESENTATIVE MENENDEZ:  The bill -- I'll

21   ask you a hypothetical.

22           REPRESENTATIVE PHILLIPS:  That may have come

23   out of the bill.  So, I don't want to say it's still

24   there.  We've had so many amendments that we've gone

25   through here.

TX_00213002

USA_00017376

162

1          REPRESENTATIVE MENENDEZ:  Well, I'm pretty

2     sure it is because the amendment prior to this amendment

3     was the amendment that would allow for the verification

4     of signatures for provisional ballots and that was

5     turned away.

6          REPRESENTATIVE PHILLIPS:  I think Harper

7     Brown -- anyway, I believe it did but go ahead.

8          REPRESENTATIVE MENENDEZ:  All right.  I'll

9     get clarification but the reason -- the reason my

10    county -- are you aware that the reason my county

11    believes this is an unfunded mandate is they are going

12    to have to keep their office open possibly on the

13    weekend to allow for the people that do cast a

14    provisional ballot to come in and proof that they have

15    an ID or they have a religious objection.

16         REPRESENTATIVE PHILLIPS:  You know, I think

17    that -- what's that?  Yeah, I think it went -- I think

18    it went out but, nonetheless, what we're talking about

19    is confidence in elections, and that's why a majority of

20    it Texans support this.  Whether they're Republican or

21    Democrat, whether they're minority or not, they support

22    this under the polls done here in the state, and it

23    continues because they want consistent -- consistency in

24    elections is what they want, and we don't need to allow

25    a patchwork across the state.

TX_00213003

USA_00017377

163

1          And, again, the testimony said there would

2   be no further cost from the Secretary of State.  Again,

3   that's my understanding.  I wasn't there.  And I

4   appreciate you wanting to guard against unfunded

5   mandates but I don't think this is the bill to do that,

6   and I would respectfully move to table.

7          REPRESENTATIVE MENENDEZ:  Let me ask a

8   question.  Do you trust your county commissioners court?

9          REPRESENTATIVE PHILLIPS:  I trust my county

10  commissioners?

11         REPRESENTATIVE MENENDEZ:  Yeah, do you trust

12  them?

13         REPRESENTATIVE PHILLIPS:  I have a bunch of

14  great county commissioners.

15         REPRESENTATIVE MENENDEZ:  Well, then you

16  shouldn't have a problem because we're letting them

17  decide if this is a burden.

18         REPRESENTATIVE PHILLIPS:  No.  But you're

19  going to allow a patch quilt is what you're going to

20  have because you're going to have this county decide it

21  and this county doesn't.

22         I move to table, respectfully.

23         SPEAKER:  The Chair recognizes

24  Representative Menendez.

25         REPRESENTATIVE MENENDEZ:  Thank you,

TX_00213004

USA_00017378

164

```
 1   Mr. Speaker, Members.  You know, I understand what the
 2   testimony was from the Secretary of State's office but,
 3   Members, the implementation of elections happen at the
 4   local level, at the county level, and if an elections
 5   administrator for one of our urban counties says of
 6   course it's going to cost more money, at a very minimum
 7   this first time we have no idea how many provisional
 8   ballots are going to be cast.  I believe that each and
 9   every one of you in this room, you know and you trust
10   your county commissioners and your judges.
11           It doesn't say that one commissioner, it
12   doesn't say one judge.  It says the commissioners court.
13   A majority of the commissioners in your county would
14   vote to say that this bill would be a financial burden.
15           I mean, if you think it's okay to create a
16   financial burden on your county, then go ahead and vote
17   on the motion to table but if you believe that we should
18   not put more financial burdens on our local counties,
19   then please vote against the motion to table.
20           This is not an RD amendment.  This is not
21   whether you're for voter ID or not.  This is whether
22   you're for your commissioners court to understand the
23   financial situation of their budgets and how they're
24   going to handle their elections.
25           I do think -- I know that we're having the
```

TX_00213005

USA_00017379

165

1   urban leagues -- urban counties look at this. I think

2   if you check in with your commissioners, they would ask

3   you for the support on stopping the sending of unfunded

4   mandates.

5         If they can do it, if they're ready for it,

6   they will vote to do it. So, you have to trust and you

7   have to believe in what you say. If you're one of the

8   88 members, I expect you to vote against the motion to

9   table. Thank you.

10         SPEAKER: Representative Menendez sends up

11   an amendment. Representative Phillips moves to table.

12   Question occurs on the motion to table. Vote aye, vote

13   no, Members. The clerk will ring the bell.

14         Show Mr. Phillips voting aye. Mr. Menendez

15   voting no.

16         Have all members voted? Show Ms. Truitt

17   voting aye. Have all members voted? Show Ms. Kolkhorst

18   voting aye. Being 98 ayes, 48 nos, motion to table

19   prevails.

20         I'm sorry.

21         Following the amendment, the clerk will read

22   the amendment.

23         CLERK: Amendment by Anchia.

24         SPEAKER: Is Mr. Anchia on the floor of the

25   House?

TX_00213006

USA_00017380

House Floor Debate - Volume II                    March 23, 2011

                                                              166
 1              The Chair recognizes the fast moving member
 2    from Dallas, Representative Anchia.
 3              REPRESENTATIVE ANCHIA:  Thank you, Mr.
 4    Speaker and Members.  I'm trying to -- I'm just trying
 5    to fix your bill.
 6              Okay.  Okay.  Thank you, Mr. Speaker and
 7    Members.  This amendment clarifies that free IDs were
 8    given to individuals who register to vote when they
 9    apply for a duplicate ID.  And hear me out because
10    currently in Section 20 of the bill, there's a mistake.
11    The bill only provides for free IDs for new or
12    renewals -- or renewal IDs, it's only for new or
13    renewals but does not provide for free IDs for
14    duplicates.
15              This bill doesn't touch the section --
16    Section 521 spot 424 of the Transportation Code that
17    deals with the IDs that people are given when they need
18    to do an address change or a name change.  They're
19    called duplicate IDs.  They are neither new IDs or
20    renewed IDs.  They're called duplicate IDs.
21              And the author failed to include that in the
22    free IDs that we're going to need to give to people if
23    they're going to be using those IDs in order to vote.
24    So, this is not a new ID.  This is not a renewal.  It's
25    a duplicate.  And those duplicates are given to people

TX_00213007

USA_00017381

167

1   who need to change their address or their name.

2           Some of the most noble groups are minorities

3   or low income people.  They move a lot.  They get

4   renewal IDs if they don't drive because they're changing

5   their address.  And if the intention of this bill is to

6   provide free IDs and not disenfranchise groups, this

7   amendment should be acceptable to the author.

8           SPEAKER:  Mr. Phillips, do you want to speak

9   again?

10          REPRESENTATIVE PHILLIPS:  Yeah.  We would

11  move to table.  He's talking about when you -- when you

12  lose an ID, you go get a new one, it allows for a new

13  one in there.  And I would move to table.

14          SPEAKER:  Mr. Anchia to close.

15          REPRESENTATIVE ANCHIA:  The amendment is

16  temporarily withdrawn.

17          SPEAKER:  Following the amendment, the clerk

18  will read the amendment.

19          CLERK:  Amendment by Walle.

20          SPEAKER:  The Chair recognizes Mr. Walle.

21          REPRESENTATIVE WALLE:  Thank you, Members.

22  This amendment would allow county commissioners court to

23  authorize county election clerks to include a photo -- a

24  photo on a voter registration card or to create a voter

25  ID card.  This amendment is about respecting local

TX_00213008

USA_00017382

1   control.  This is a common sense solution that places

2   control of the election process directly in the hands of

3   our counties.

4           We trust that the counties -- we trust the

5   counties to carry out the election process, so, we

6   should trust them to make the appropriate decision about

7   whether they would like to include a photo on a voter

8   registration certificate or create a new voter ID card

9   with a photo on it.

10          If this debate is really about voters

11  presenting a photo document along with their voter

12  registration card, then I think this amendment offers a

13  simple and straightforward solution.

14          I'm finished.

15          SPEAKER:  Mr. Phillips will speak against

16  the amendment.

17          REPRESENTATIVE PHILLIPS:  Thank you, Mr.

18  Speaker, Members.  Again, what we want is uniformity.

19  This would allow that each county would provide their

20  own ID.  It would shift responsibility to the county.

21  Again, we don't have uniformity, and I would

22  respectfully move to table.

23          SPEAKER:  The Chair recognizes

24  Representative Walle to close.

25          REPRESENTATIVE WALLE:  Thank you, Mr.

TX_00213009

USA_00017383

1   Speaker.  Again, this is about respecting local control

2   and just adding a simple photo on your voter

3   registration card would actually take care of a lot of

4   this stuff, and I move to accept this amendment.

5               SPEAKER:  Representative Walle sends up the

6   amendment.  Representative Phillips moves to table.

7   Questions on the motion to table, Members.  The clerk

8   will ring the bell.  Vote aye or vote nay.  Show

9   Mr. Phillips voting aye.  Mr. Walle voting nay.

10  Mr. Dutton voting no.  Show Mr. Martinez voting nay.

11              Have all members voted?  Have all members

12  voted?  There being 95 ayes, 52 nays, motion to table

13  prevails.

14              Mr. Rodriguez or Mr. Veasey on the floor?

15              CLERK:  Amendment by Rodriguez.

16              SPEAKER:  The Chair recognizes

17  Mr. Rodriguez.

18              REPRESENTATIVE RODRIGUEZ:  Thank you,

19  Mr. Speaker and Members.  This amendment permits same

20  day registration at polling places.  There's been a lot

21  of talk today about how this bill in a way completely

22  makes the need for voter registration redundant.  I'm

23  not saying that we should get rid of our voter

24  registration process but it seems to me and it seems

25  from the discussion today that this bill is about photo

TX_00213010

USA_00017384

House Floor Debate - Volume II                    March 23, 2011

170

 1    identification.

 2              My amendment would still require photo ID.

 3    It would simply allow voters to register to vote on the

 4    same day provided they can provide an acceptable form of

 5    photo.  An acceptable form of photo ID is exactly what's

 6    in this bill now, driver's license, Texas ID, passport,

 7    et cetera.

 8              According to the George Mason University

 9    U.S. elections project, Texas ranked 50th, worst in

10    voter turnout in the last election.

11              I believe my amendment would help to curtail

12    this voter turnout problem.  Currently there are 12

13    states that have a form of election day registration,

14    including Idaho, Iowa, Maine, Minnesota, Wyoming, North

15    Dakota and others.

16              Allowing for election day registration has

17    drastically improved voter turnout in these states.  As

18    an example, in Minnesota, 15.6 percent of voters have

19    increased since that -- since the same day registration.

20    In Wisconsin, about 10 percent.

21              Members, this is about voter participation.

22    This does not do away with the voter ID process.  It's a

23    compliment to that.  If you have the requisite photo ID

24    that's in this bill, then you can register right then

25    and there that day at the polling place.

TX_00213011

USA_00017385

House Floor Debate - Volume II                    March 23, 2011

171

1        Move for adoption.

2              SPEAKER:  Mr. Phillips will speak against

3     the motion.

4              REPRESENTATIVE PHILLIPS:  Thank you,

5     Mr. Chairman -- I mean, Mr. Speaker, Members.  I would

6     respectfully move to table this bill -- I mean, this

7     amendment.  This bill is a voter ID bill.  It's not

8     about a same day registration.  That debate can be had

9     in elections committee and go through that process.

10    This bill is about voter ID.

11             You know, it's amazing, Georgia, which has

12    one of the toughest voter ID as they say or photo ID had

13    the largest voter turnout in the 2008 November election

14    in history after they had passed that.

15             In Indiana, the turnout for the Democratic

16    voters was the largest increase in Democratic turnout of

17    any state in the country.

18             Voter ID brings confidence.  This bill is

19    about voter ID.  It's not about same day registration.

20    This will drive more people to come to vote.  I move to

21    table.

22             SPEAKER:  Mr. Veasey, for what purpose?

23             REPRESENTATIVE VEASEY:  Mr. Phillips, will

24    the chairman yield, please?

25             SPEAKER:  Mr. Phillips, will you yield?

JA_002504

TX_00213012

USA_00017386

House Floor Debate - Volume II                    March 23, 2011

172

1       REPRESENTATIVE PHILLIPS:  Briefly.  I'll
2  ask -- answer a few questions but we've got a lot of
3  amendments to go through.
4       REPRESENTATIVE VEASEY:  I hope, due to the
5  importance of this bill, you would answer as many
6  questions as I would need you to but I only have a few.
7       REPRESENTATIVE PHILLIPS:  If they're
8  specific to the bill, that would be great.
9       REPRESENTATIVE VEASEY:  I only have a few.
10  Actually, mine are specific to the amendment.  And I was
11  looking and I was trying to find out who does same day
12  registration, and I found out that Idaho, Minnesota, New
13  Hampshire, North Dakota, Wisconsin and Wyoming all offer
14  same day voter registration.
15       Now, why aren't the red states of Idaho and
16  North Dakota and Wyoming moving to get rid of their same
17  day registration?
18       REPRESENTATIVE PHILLIPS:  Mr. Veasey, that
19  really isn't relevant to this bill.
20       REPRESENTATIVE VEASEY:  No, it is but you're
21  saying --
22       REPRESENTATIVE PHILLIPS:  This is a voter ID
23  bill, not a same day registration bill.  This a voter ID
24  bill.
25       REPRESENTATIVE VEASEY:  Right.

TX_00213013

USA_00017387

173

1           REPRESENTATIVE PHILLIPS:  Not a same day
2      registration bill.
3           REPRESENTATIVE VEASEY:  But part of the
4      reason why these states made voter registration easy was
5      because they were trying to increase voter turnout.  It
6      was part of the whole effort back in the mid '90s, the
7      whole motor voter deal to increase participation by our
8      electorate.  So, with that in mind --
9           REPRESENTATIVE PHILLIPS:  We had that spread
10     across the nation.  So, again, this is a voter ID bill.
11     It's not about same day registration.
12           REPRESENTATIVE VEASEY:  Representative
13     Harless has said repeatedly that this bill is about
14     increasing voter registration due to integrity at the
15     polls.
16           REPRESENTATIVE PHILLIPS:  Not increasing --
17     it's about increasing voter confidence, which will turn
18     out more voters.
19           REPRESENTATIVE VEASEY:  Right.  And that's
20     what same day registration is about, turning out more
21     voters.  You keep saying (Inaudible) is relevant and you
22     won't answer questions about same day voter
23     registration.
24           REPRESENTATIVE PHILLIPS:  I told you that is
25     not relevant to this bill.  This bill is a voter ID

TX_00213014

USA_00017388

174

```
 1   bill.
 2              REPRESENTATIVE VEASEY:  You've said that --
 3              REPRESENTATIVE PHILLIPS:  This is not voter
 4   turnout, same day registration.  This is a voter ID
 5   bill.  I would move to table.
 6              REPRESENTATIVE VEASEY:  The gentlelady has
 7   already said that this bill is about increasing
 8   confidence at the poll so more people will come out and
 9   vote.
10              REPRESENTATIVE PHILLIPS:  That is not --
11              REPRESENTATIVE VEASEY:  And you won't answer
12   the question.
13              REPRESENTATIVE PHILLIPS:  I've answered your
14   question, Mr. Veasey.  I've answered it.  That is not
15   relevant to this bill.
16              REPRESENTATIVE VEASEY:  Why will you not
17   accept the amendment?
18              REPRESENTATIVE PHILLIPS:  I told you this is
19   a voter ID bill.  It's not a voter registration bill.
20   Put it through the committee process and get it debated
21   and go through the floor and if it gets here, we can
22   debate that.  This is a voter ID bill.  It's not about
23   trying to put everything --
24              REPRESENTATIVE VEASEY:  This is not a voter
25   registration -- so, you don't intend to accept any
```

TX_00213015

USA_00017389

1    amendments of voter registration related to this bill?

2                    REPRESENTATIVE PHILLIPS:  I intend to keep

3    the bill related to voter ID.

4                    REPRESENTATIVE VEASEY:  Thank you.

5                    SPEAKER:  Mr. Rodriguez to close.

6                    REPRESENTATIVE RODRIGUEZ:  Thank you.  Thank

7    you, Mr. Speaker, Members.  This is a voter ID bill or

8    whatever it's supposed to really be but for many of us

9    the concern is that it's not just about voter ID.  It

10   has consequences, whether it's intended consequences or

11   unintended consequences, and there's many of us here in

12   this chamber that believe this will have a negative

13   consequence on voter turnout.

14                   If the State of Texas is last in the country

15   when it comes to voter turnout, the last thing I think

16   you want to do is pass this bill and have a consequence

17   of actually reducing voter turnout.

18                   It has been shown in various states, 12

19   states to be exact, as Mr. Veasey pointed out as well,

20   where the turnout dramatically increases where you have

21   same day voter registration.

22                   I'm not saying that we don't have to have --

23   that one wouldn't have to have photo identification.

24   I'm not taking that away at all but if you have the

25   same -- the photo requirements that this bill calls for,

TX_00213016

USA_00017390

House Floor Debate - Volume II                March 23, 2011

176

 1  this is, again, about voter ID, about picture ID, voter

 2  ID, you can register to vote.

 3           If you want to do something about voter

 4  impersonation and all that kind of stuff, that's one

 5  thing but we also, in doing that, don't want to reduce

 6  the possibility of people being able to vote.  It's that

 7  simple.

 8           I think this amendment will minimize any

 9  kind of disenfranchisement, will minimize the ability

10  for people to not be able to vote.  Members, I encourage

11  your support on this amendment.

12           SPEAKER:  Representative Veasey, for what

13  purpose?

14           REPRESENTATIVE VEASEY:  Will the gentleman

15  yield?

16           REPRESENTATIVE RODRIGUEZ:  I will.

17           REPRESENTATIVE VEASEY:  Mr. Rodriguez, the

18  gentlelady from Houston has said repeatedly that by

19  passing the voter ID bill that she's trying to pass now,

20  this voter suppression bill that's on the floor, that it

21  will actually increase voter turnout.  Isn't that what

22  she has said in her words?  Because it will increase

23  confidence, so --

24           REPRESENTATIVE RODRIGUEZ:  That has been the

25  claim.

TX_00213017

USA_00017391

1          REPRESENTATIVE VEASEY:  So, why would

2    Representative Phillips, in your opinion, not want to

3    accept my -- not want to accept your amendment and not

4    answer any questions related to this particular

5    amendment that you have?

6          REPRESENTATIVE RODRIGUEZ:  I can't speak for

7    Chairman Phillips.  I can't really speak for him but I

8    think it's very clear that what this amendment would do

9    is, in fact, increase voter turnout and it would still

10   kind of stay true to the suggested intent anyway of

11   having photo identification to make sure the people who

12   are voting are actually who they say they are.

13          So, I'm not taking anything away from that.

14   What I'm doing in addition to that, I'm adding to that,

15   in fact, and making it so that we are actually going to

16   try to promote voting, I think.

17          REPRESENTATIVE VEASEY:  Were you aware that

18   the states that have same day voter registration are

19   Idaho, Minnesota, New Hampshire, North Dakota, Wisconsin

20   and Wyoming?

21          REPRESENTATIVE RODRIGUEZ:  Yeah, I am aware

22   of that.

23          REPRESENTATIVE VEASEY:  Are you aware that

24   with the exception of Minnesota in the twin cities area

25   and Wisconsin in the Milwaukee area that those other

TX_00213018

USA_00017392

House Floor Debate - Volume II                    March 23, 2011

178

1   states have very low diversity in their state?  Were you

2   familiar -- did you know that?

3                   REPRESENTATIVE RODRIGUEZ:  I did not know

4   that.

5                   REPRESENTATIVE VEASEY:  That Idaho doesn't

6   have a lot of diversity in their state?

7                   REPRESENTATIVE RODRIGUEZ:  I didn't know

8   that.

9                   REPRESENTATIVE VEASEY:  North Dakota doesn't

10  have a lot of diversity in their state and neither does

11  Wyoming?

12                  REPRESENTATIVE RODRIGUEZ:  No, I didn't know

13  that.

14                  REPRESENTATIVE VEASEY:  Did you know that

15  those are all red states?

16                  REPRESENTATIVE RODRIGUEZ:  I'm not surprised

17  by that.

18                  REPRESENTATIVE VEASEY:  That Idaho and North

19  Dakota and Wyoming are all red states with very little

20  diversity, were you aware of that?

21                  REPRESENTATIVE RODRIGUEZ:  I'm becoming more

22  aware of that, yes.

23                  REPRESENTATIVE VEASEY:  So, is it -- and

24  when I say red states, because, you know, we probably

25  shouldn't speak in slang on the House floor, so, let me

JA_002511

TX_00213019

USA_00017393

                                                              179

 1   rephrase that and say Republican states.

 2            REPRESENTATIVE RODRIGUEZ:  Sure.

 3            REPRESENTATIVE VEASEY:  Those are states

 4   that tend to overwhelmingly vote Republican -- for

 5   Republican, and the state legislatures there are not

 6   pushing for a voter ID bill.  Why would the state

 7   legislatures in Idaho and North Dakota and Wyoming, the

 8   very homogenous states with not a lot of diversity, why

 9   would they not be pushing for a voter ID bill?

10            REPRESENTATIVE RODRIGUEZ:  I can only guess,

11   and I'm going to have to guess that they don't see it as

12   a problem there.

13            REPRESENTATIVE VEASEY:  Right.

14            REPRESENTATIVE RODRIGUEZ:  Just as, in fact,

15   it's not a problem here.

16            REPRESENTATIVE VEASEY:  Do you think that

17   perhaps they don't see it as a problem because they

18   don't have diversity because the one issue that we heard

19   when this bill was being laid out was that there are

20   people in these areas and those people in these

21   particular communities are committing voter fraud and

22   that they are cheating and all this voter impersonation

23   is going on but they don't seem to be worried about it

24   in these states, maybe it's because we're trying to pass

25   that bill here because the people are -- seem to have

TX_00213020

USA_00017394

180

1   these stereotypes about certain people voting in the

2   State of Texas but in Idaho, they would just prefer to

3   let people vote as freely as possible, including the

4   Republicans there because the state is just a little bit

5   more homogenous than the State of Texas?

6            REPRESENTATIVE RODRIGUEZ:  Representative

7   Veasey, I think it's evidence that there is much greater

8   diversity in the State of Texas, obviously, than you

9   have in these other places and --

10           SPEAKER:  Representative Sheffield raises a

11  point of order.  The gentleman's time has expired.  The

12  point of order is well taken and sustained.

13           REPRESENTATIVE RAYMOND:  Mr. Speaker, I move

14  adoption.

15           SPEAKER:  Representative Rodriguez sends up

16  an amendment.  Mr. Phillips moves to table.  Questions

17  on the motion to table, Members.  Vote aye, vote no.

18  The clerk will ring the bell.  Show Mr. Phillips voting

19  aye.  Mr. Rodriguez voting no.  Ms. Truitt voting aye.

20  Ms. Truitt voting aye.

21           Have all members voted?  All members voted?

22  There being 96 ayes, 50 nays, the amendment -- motion to

23  table prevails.

24           Following the amendment, the clerk will read

25  the amendment.

TX_00213021

USA_00017395

181

1          CLERK:  Amendment by Gallego.

2          SPEAKER:  The Chair recognizes

3     Representative Gallego.

4          REPRESENTATIVE GALLEGO:  Thank you, Mr.

5     Speaker and Members.  This problem is unique to some of

6     the members of the House who represent more rural areas.

7     As we talk about voter ID and we talk about the

8     opportunity to just go down to the driver's license

9     office and get a driver's license, what we haven't taken

10    into consideration in this debate is that there are

11    entire counties out there that don't have a DPS driver's

12    license office.

13          In fact, in the district that I represent,

14    there are four counties that don't have a driver's

15    license office located in them.  Many counties have only

16    partial service from a DPS office.

17          The counties that I represent, for example,

18    many of them will have a driver's license office that is

19    open one day a week, and if the employee -- because

20    there's only one employee signed to these offices -- if

21    the employee is sick, then there is no office that week

22    and there is no opportunity to get a driver's license or

23    renew your driver's license or get an ID that week.

24          Many counties have partial service.  In

25    these rural counties, for example, if you live in Van

TX_00213022

USA_00017396

182

1   Horn, Texas which is the county seat of Culberson

2   County, and you need to get an ID because you don't have

3   one, that driver's license office is located in Alpine,

4   Texas, the county seat of Brewster County.  A one-way

5   trip -- a one-way trip to go get an ID is a hundred

6   miles.

7           From Sierra Blanca to El Paso is 88 miles

8   one way.  Rock Springs to Del Rio is 76 miles one way.

9   Sanderson to Fort Stockton is 65 miles one way.  And

10  that's from county seat to neighboring county seat.  We

11  haven't even talked about what happens if you live in

12  one of the outlying communities in the county like

13  "Delingua" or "La Quintas" or Redford or Pine Springs or

14  Del City in Culberson County.

15          In the district that I represent, there are

16  28,841 people, according to the census, who live in

17  counties with only partial DPS driver's license

18  services, and there are about 7,000 people who live in

19  counties that don't get any driver's license service at

20  all.

21          Ms. Harless will tell you that there are

22  plans to open and expand DPS services in all of these

23  counties but you and I all know that with the sake of

24  our budget, we're not going to be expanding state

25  services any time in the future, which means that for

TX_00213023

USA_00017397

1    the foreseeable future, these folks won't have a
2    driver's license office.
3              So, what happens if you're elderly?  What
4    happens if you don't have a good car so you can't make
5    the 120-mile round trip from Presidio to Martha?
6              Understand that for folks who live in these
7    communities, travel can be a hardship.  The nearest
8    Wal-Mart from Presidio is mas o menos about 150 miles
9    away.
10             The nearest airport from Alpine is about 2
11   and a half to 3 hours away.  That's the kind of
12   isolation that you see.
13             So that you understand, in the district that
14   I represent, that district is nearly 500 miles from one
15   side of the district to the other.  And what we are
16   asking, this driving these long distances, that creates
17   some significant hardships for folks.  And that hardship
18   makes people want to give up and, unfortunately, if they
19   give up, they give up something that's pretty
20   fundamental, and that's the right to vote.
21             So, what this amendment would do is very
22   simple.  The amendment would say that this act doesn't
23   apply to those counties in which DPS doesn't have a full
24   service driver's license.
25             And the truth is this applies to very few

TX_00213024

USA_00017398

184

```
 1    counties out there and it applies to very few people out
 2    there.
 3              And the reason -- frankly, we've talked
 4    about the fact that DPS doesn't serve them in the
 5    hardship but we haven't talked about two other common
 6    sense things.
 7              If this is about fraud, as an example, then
 8    I will tell you that in those communities -- in Loving
 9    County, for example, we all know each other.  In
10    Presidio, we all know each other.  Most of Highway 90,
11    as Chairman Hilderbran indicates, in those communities,
12    families have been there for generations.  And at this
13    point, many of us are related, and we all know each
14    other.
15              And to have this requirement that if you
16    lose your license, if you don't have a photo ID, if you
17    have to renew your photo ID and you miss the day and you
18    have to drive and drive and drive, that doesn't make
19    very practical sense.
20              So, because this right is so fundamental,
21    because this is an extreme hardship on a limited number
22    of people and because the amendment only impacts a
23    limited number of people and, frankly, because in those
24    counties that are impacted, the people are so few and so
25    familiar with each other that there isn't really any
```

JA_002517

TX_00213025

USA_00017399

185

 1    allegations of the kind that we're talking about with

 2    respect to voter fraud, I would ask that you adopt this

 3    amendment that applies only to these counties that don't

 4    have a full service driver's license office.

 5                    SPEAKER:  Mr. Hochberg, for what purpose?

 6                    REPRESENTATIVE HOCHBERG:  Will the gentleman

 7    yield, please?

 8                    SPEAKER:  Will the gentleman yield?

 9                    REPRESENTATIVE GALLEGO:  Absolutely, Mr.

10    Hochberg.

11                    REPRESENTATIVE HOCHBERG:  Thank you, Mr.

12    Speaker.  Thank you, Mr. Gallego.

13                    I've visited your district and you've

14    visited mine, and what a lot of folks --

15                    REPRESENTATIVE GALLEGO:  I was always

16    amazed, Mr. Hochberg, that you have apartment complexes

17    that are bigger than entire cities that I represent.

18                    REPRESENTATIVE HOCHBERG:  That's true.  And

19    I think what people don't know is that you have the most

20    sparsely populated district, and I have the least -- or

21    you have the least -- you have the most sparsely and I

22    have the most intensely --

23                    REPRESENTATIVE GALLEGO:  You know,

24    Mr. Hochberg, believe it or not, the district that I

25    represent is about 15 percent of the land area of Texas

TX_00213026

USA_00017400

186

1    and, as a result of the census data and redistricting,

2    that district will grow to probably about 20 percent of

3    Texas.  So, it's huge.  It is, as you indicated, very

4    sparsely populated, and it is a hardship because these

5    distances are very, very, very, very long.

6              REPRESENTATIVE HOCHBERG:  And so, are you

7    telling me --

8              REPRESENTATIVE GALLEGO:  Mr. Hochberg,

9    Chairman (Inaudible) wants me to tell you that he

10   doesn't think you have any Dairy Queens in your district

11   either.

12             REPRESENTATIVE HOCHBERG:  No, I don't have

13   any current Dairy Queens.  We do have -- I've got a

14   Sonic, though.  I do have a Sonic.  So, that's close.

15   And we have no -- actually, Mr. Keffer, we have -- we

16   don't have a Dairy Queen but we do have a Shawarma King

17   in my district.  So, you can come to Shawarma King any

18   time you'd like.

19             But, Mr. Gallego, it sounds to me that

20   you're telling me that without your amendment that folks

21   in your district are going to be less likely to vote

22   than they might be in my district; is that true?

23             REPRESENTATIVE GALLEGO:  That's absolutely

24   true.  You know, the truth -- in terms of the

25   demographics of the district that I represent --

TX_00213027

USA_00017401

187

```
 1              SPEAKER:  Representative Sheffield raises a
 2   point of order.  The gentleman's time expired.  The
 3   point of order is well taken.  It's sustained.
 4              The Chair recognizes Representative Harless
 5   in opposition.
 6              REPRESENTATIVE HARLESS:  Mr. Speaker,
 7   Members, as much as I would love to take an amendment
 8   from my fellow colleague in -- that I really love and
 9   respect, this would create an inconsistent application
10   across the counties.
11              We have extensive testimony in both the
12   Senate and the House that talks about the -- the very,
13   very, very small population that this might affect, and
14   they don't have those exact numbers but it would be
15   inconsistent across the county.
16              Also, the elderly, as he stated, would have
17   the opportunity to also continue to file a ballot by
18   mail.  So, I would ask that you respectfully table this
19   amendment.
20              SPEAKER:  The Chair recognizes
21   Representative Gallego to close.
22              REPRESENTATIVE GALLEGO:  Thank you,
23   Mr. Speaker, Members.  If you look at the demographics
24   of these counties, young folks are moving away and the
25   population of many of these rural counties is getting
```

TX_00213028

USA_00017402

House Floor Debate - Volume II                    March 23, 2011

188

1    older and older and older.

2              And so, it isn't as easy as just renewing a

3    driver's license over the Internet.  It isn't as easy as

4    just driving down to the local DPS office.

5              Again, for folks who are retired, for folks

6    who don't have a good car, for folks who are elderly,

7    this is a huge issue.

8              In communities like Redford, in communities

9    like Presidio, in communities like Pine Springs or even

10   Sanderson -- and that's exactly right, Chairman

11   Hilderbran, there's not that many people out there but

12   this impacts them.

13             And so, this amendment, again, impacts a

14   very limited universe of people, and because it impacts

15   such a limited universe and because voting is such a

16   fundamental right and because, as I've indicated, we all

17   know each other, we all know who we are when we show

18   up -- Loving County, for example, has only a little over

19   80 residents in the entire county.  They all know each

20   other.

21             Other counties and other communities have

22   that in common with Loving.  They're bigger but families

23   have been there for generations.  They have very deep

24   roots.  In many cases, they have intermarried, and so,

25   there are longstanding relationships.

TX_00213029

USA_00017403

1            And so, the challenges that happen in a

2    Houston or a San Antonio or a Dallas or an Austin, they

3    don't happen in, for example, a Valentine, Texas with a

4    population of about 200.  They don't happen in a Del

5    City, Texas with a population of several hundred.  They

6    don't happen in a Sanderson or a "Delingua" or a "La

7    Quintas" or a Redford or a Presidio.

8            I would ask members for some consideration

9    for those counties that don't have a DPS office and

10   they're not going to get a DPS office because we are not

11   expanding services.

12           I would ask for some consideration for those

13   elderly folks who don't have the opportunity to go down

14   the street because this is a significant right that

15   we're altering for them.  It really is a huge, huge,

16   huge, huge issue of access.

17           So, Ms. Harless has moved to table the

18   amendment.  I ask you to vote no on the motion to table.

19           And, Mr. Hochberg, I am happy to yield.

20           SPEAKER:  Mr. Hochberg, for what purpose?

21           REPRESENTATIVE HOCHBERG:  Will the gentleman

22   yield, please?

23           SPEAKER:  Will the gentleman yield?

24           He did.  The gentleman yields.

25           REPRESENTATIVE HOCHBERG:  Thank you.

TX_00213030

USA_00017404

190

1          Mr. Gallego, I started to ask you before
2   when we ran out of time if, in your opinion, this means
3   that folks in your rural community are going to be less
4   likely to vote than folks in my urban community, and I
5   think you started to answer yes.
6          REPRESENTATIVE GALLEGO:  Absolutely.  I
7   think that is true.  I think it's much more difficult to
8   get a photo ID the way that this bill is drafted, and
9   so, what happens is people will end up staying home.
10          And I think a vote of someone who lives in a
11  rural area should be just as fundamental and just as
12  important as someone who lives in an urban area.
13          And so, that's why I ask for some
14  consideration for these folks who are elderly, despite
15  the demographics, as the rural areas get older and
16  those -- there are not that many of us who are rural
17  left but we know that our population is getting older,
18  and so, this seeks to have some reasonable accommodation
19  for those rural areas.
20          And I see Mr. Chisum behind you, and Mr.
21  Chisum can tell you that he represents some counties,
22  too, that don't have driver's license offices, and the
23  person from DPS visits maybe once a week, and if they're
24  sick, then nobody visits, and so, they will go an entire
25  month or so sometimes without having a visit from a --

TX_00213031

USA_00017405

191

1    from a driver's license person.

2              REPRESENTATIVE HOCHBERG:  I'm going to have

3    to think about whether or not to vote with you on this

4    one because I would certainly like to increase any

5    advantages that the urban areas have in terms of

6    producing voters for statewide elections.

7              So, if you say your amendment is necessary

8    to help maintain rural voter turnout, I'll have to think

9    about your amendment for a while.

10             REPRESENTATIVE GALLEGO:  Well, the truth is

11   that there's not enough people left in the rural area to

12   offset, which is why, for example, I have to represent

13   15 percent of the state by land and you have to

14   represent -- how many square miles of Houston?

15             REPRESENTATIVE HOCHBERG:  I have -- I have

16   14 square miles.  I have 10,000 people per square mile.

17             REPRESENTATIVE GALLEGO:  14,000 square --

18   how many square miles again?

19             REPRESENTATIVE HOCHBERG:  14.

20             REPRESENTATIVE GALLEGO:  14 square miles and

21   I --

22             REPRESENTATIVE HOCHBERG:  10,000 people her

23   square mile.

24             REPRESENTATIVE GALLEGO:  -- represent about

25   38,000 square miles.  14 square miles versus 38,000

TX_00213032

USA_00017406

192

1  square miles.  And that to me is the essence -- we

2  drafted a one size fits all approach in this bill in

3  this legislation, and one size doesn't fit all.

4         And so, that's the challenge and that's the

5  reasonable -- I think very reasonable accommodation that

6  I seek for those folks who live in rural areas that

7  don't have access to that driver's license office on a

8  regular basis.

9         REPRESENTATIVE HOCHBERG:  Thank you.  I do

10  think you have a good amendment.

11         REPRESENTATIVE GALLEGO:  I appreciate that,

12  Mr. Hochberg.

13         And I would ask, Members, that you all --

14  that you vote no on the motion to table.

15         And I appreciate the opportunity -- thank

16  you, Ms. Harless, for the opportunity to have a

17  conversation about the amendment.

18         SPEAKER:  Representative Gallego sends up an

19  amendment.  Representative Harless moves to table.  The

20  vote is on the motion to table.  Vote aye, vote no.

21  Show Mr. Gallego voting no.  Show Representative Harless

22  voting aye.

23         Have all voted?  Have all voted?  Being 100

24  ayes and 49 nays, the motion to table prevails.

25         Following the amendment, the clerk will read

TX_00213033

USA_00017407

193

 1    the amendment.

 2               CLERK:  Amendment by Anchia.

 3               SPEAKER:  The Chair recognizes

 4    Representative Anchia.

 5               REPRESENTATIVE ANCHIA:  Thank you,

 6    Mr. Speaker and Members.  Representative Harless and I

 7    had a chance to visit when I temporarily pulled this

 8    down, and I believe there's going to be some back mic

 9    questions.  So, I yield.

10               SPEAKER:  Representative Harless, for what

11    purpose?

12               REPRESENTATIVE HARLESS:  Will the -- will

13    the member yield?

14               REPRESENTATIVE ANCHIA:  I do.

15               REPRESENTATIVE HARLESS:  Representative

16    Anchia, we discussed that this amendment is actually for

17    the ID card for voting, correct?

18               REPRESENTATIVE ANCHIA:  That is correct.

19               REPRESENTATIVE HARLESS:  And that ID is

20    issued by the DPS free of charge?

21               REPRESENTATIVE ANCHIA:  That is correct.

22               REPRESENTATIVE HARLESS:  And what your

23    amendment does -- says that if for whatever reason they

24    need to get a replacement or a duplicate ID because they

25    moved and changed their address or they lost it, it

TX_00213034

USA_00017408

194

1    would continue to be free?

2              REPRESENTATIVE ANCHIA:  That is -- that is

3    correct.  That is absolutely correct.  And the term of

4    art is a duplicate ID, and that picks up people, for

5    example, who move or who change their name, typically

6    because of marriage or divorce.

7              That category of state ID for purposes of

8    voting is called a duplicate.  It's neither a new or

9    renewal.

10             REPRESENTATIVE HARLESS:  So, we had a

11   conversation with DPS.

12             REPRESENTATIVE ANCHIA:  Yes.

13             REPRESENTATIVE HARLESS:  And they are going

14   to give us a formal ruling on this.  So, I accept this

15   amendment and if we need to have more conversation about

16   it, we can.

17             REPRESENTATIVE ANCHIA:  Thank you for taking

18   the amendment.

19             SPEAKER:  Mr. Anchia sends up an amendment.

20   The amendment is acceptable to the author.  Is there

21   objection?

22             The Chair hears none.  The amendment is

23   adopted.

24             Following the amendment, the clerk will read

25   the amendment.

TX_00213035

USA_00017409

195

1           CLERK:  Amendment by Martinez.

2           SPEAKER:  The Chair recognizes

3  Representative Martinez.

4           REPRESENTATIVE MARTINEZ:  Thank you,

5  Mr. Speaker, Members.  This amendment requires that

6  employees at the Department of Public Safety inform

7  anybody applying for a state identification card that

8  the state ID is free of charge if they intend to use it

9  for voting purposes.

10          So, pretty much all you're going to be doing

11  is when an individual goes in and they're going to apply

12  for a voter ID card or for an ID card or their driver's

13  license, people at DPS will be telling them that if it

14  is used for voting purposes, there is no charge for the

15  ID and it is free of charge.

16          So, DPS employees already ask the applicants

17  if they wish to register to vote and a link is provided

18  for those who renew on line.

19          So, this amendment would fit neatly into the

20  system already in place for educating citizens about

21  voting.  And as a DPS employee is interacting with a

22  customer, they should make sure that the person has the

23  opportunity to receive a free ID if they need it to

24  satisfy the requirements of a photo ID voting law.

25          SPEAKER:  The Chair recognizes

TX_00213036

USA_00017410

House Floor Debate - Volume II          March 23, 2011

196

1   Representative Harless in opposition.

2          REPRESENTATIVE HARLESS:  Members,

3   Mr. Speaker, this amendment actually provides for free

4   ID cards for those who need it but this amendment will

5   create an opportunity for people to get a free driver's

6   license if they say they're going to use it to vote, and

7   I have to oppose the amendment.

8          SPEAKER:  The Chair recognizes

9   Representative Martinez to close.

10         REPRESENTATIVE MARTINEZ:  Okay.  Members,

11  once again we're saying that a photo ID is free if

12  you're going to use it for voting but yet DPS can inform

13  you that if you're using it for voting that it's free.

14  So, if we're not going to be honest with the public when

15  they go in to renew their driver's license or get a

16  photo ID card, then what's the purpose of even having

17  this bill?

18         What we need to do is make sure that we

19  educate the public so that when they go in to renew

20  their ID or they go in to renew their driver's license

21  that they can get an ID for free if it's being used for

22  voting purposes.

23         No reason to mislead the public.  We should

24  tell them.  We should be honest and transparent.  And I

25  ask you to vote no on the motion to table.

TX_00213037

USA_00017411

197

```
 1              SPEAKER:  Mr. Martinez sends up an

 2    amendment.  Representative Harless moves to table.  This

 3    is on the motion to table.  Vote aye, vote nay.  Show

 4    Representative Harless voting aye.  Show Representative

 5    Martinez voting no.

 6              Have all voted?  Have all voted?  Being 100

 7    ayes, 45 nays, the motion to table prevails.

 8              Following the amendment, the clerk will read

 9    the amendment.

10              CLERK:  Amendment by Alonzo.

11              SPEAKER:  Is Mr. Alonzo on the floor of the

12    House?

13              The amendment is temporarily withdrawn.

14              Is Mr. Dutton on the floor of the House?

15              Is Mr. Bohac on the floor of the House?

16              Following the amendment, the clerk will read

17    the amendment.

18              CLERK:  Amendment by Bohac.

19              SPEAKER:  The Chair recognizes

20    Representative Bohac.

21

22

23

24

25
```

TX_00213038

USA_00017412

198

1   STATE OF TEXAS         *

2   COUNTY OF HARRIS       *

3

4        I, the undersigned certified shorthand reporter

5   and notary public in and for the State of Texas, certify

6   that the facts stated in the foregoing pages are true

7   and correct.

8

9        I further certify that I am neither attorney or

10  counsel for, nor related to or employed by, any of the

11  parties to the action in which this matter is taken and,

12  further, that I am not a relative or employee of any

13  counsel employed by the parties hereto, or financially

14  interested in the action.

15

16       SUBSCRIBED AND SWORN TO under my hand and seal of

17  office on this the 23rd day of April, 2012.

18

19

20       EDITH A. BOGGS, CSR
         Certified Shorthand Reporter and
21       Notary Public in and for
         the State of Texas
22
    Notary Expires:  5-10-2012
23  Certificate No. 3022
    Expiration date:  12-31-2013
24  Esquire Deposition Solutions, LLC
    Registration No. 3
25

JA_002531

TX_00213039

USA_00017413

Case 2:13-cv-00193 Document 661-5 Filed on 11/11/14 in TXSD Page 76 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 245 of 285

House Floor Debate - Volume II                        March 23, 2011
                                                              199

**A**

**ability**
5:12 8:1 20:5
22:6 26:13
28:3 30:10
36:21 40:14,
25 41:17,19
42:2 67:17
176:9

**able**
22:23 32:14
38:18 40:1
50:9,11 63:16
65:16 66:16
77:8 80:13
85:19 86:13
87:9 90:10
97:1 108:9
109:17 137:9
149:4 152:25
176:6,10

**abroad**
10:10

**absent**
14:23

**absentee**
141:13 142:4,
14 144:1
146:4,7

**absolutely**
6:7 19:8
55:25 63:18
64:3 71:23
79:20 116:15
155:15 156:19
185:9 186:23
190:6 194:3

**accept**
33:18 48:18
66:18 68:2,6,
7,10 117:15,
17,23 123:14
145:16 169:4

174:17,25
177:3 194:14

**acceptable**
4:17 8:5
26:22 27:2
30:19 62:14
70:3 76:8,10
78:7 80:14
94:16 95:10
96:1 98:10
100:3 101:24
102:2,22,23
104:14
105:15,18,19
109:21,24
148:2 150:19
167:7 170:4,5
194:20

**acceptance**
101:25

**accepted**
68:1,4

**access**
26:14 37:20
42:1 115:1
189:16 192:7

**accommodatio
n**
190:18 192:5

**accompanied**
139:23

**account**
21:1 22:14

**accountable**
159:20

**accurate**
127:23

**acknowledge**
19:2 21:19
115:22
117:11,24
118:25 119:1,
21

**acknowledged**
18:22 19:1

**Act**
19:18,21,24
20:4,15 21:20
22:2 111:4,9,
21,24 112:10,
18,25 113:8,
17,23,25
114:5 117:18,
21 118:12,21
119:2,5,12,
13,22 123:16,
18 124:13,19
125:7,10,15
126:22 127:9,
11 130:24
131:23 132:9
183:22

**action**
9:8 37:23,24
198:11,14

**Acts**
126:17

**actual**
10:17 77:9

**added**
60:2 77:12,16
84:22

**adding**
129:13 169:2
177:14

**addition**
134:17 177:14

**additional**
27:21 30:9
39:4 41:21
160:15

**address**
26:6,10 28:17
31:16 138:8
166:18 167:1,
5 193:25

**addressed**
144:10,23
145:4 146:12
147:6 148:5

**addresses**
146:7

**addressing**
46:16 145:22

**adds**
4:21 44:21
62:8 80:8

**adequately**
145:13

**administrati
on**
158:15

**administrati
ve**
38:14

**administrato
r**
153:3 161:10
164:5

**Admit**
9:5

**adopt**
61:25 137:22
139:1 146:20
185:2

**adopted**
8:7 26:13
62:16 100:5
102:5 105:21
110:2 194:23

**adoption**
15:8 84:23
111:5 123:19
132:12
138:17,20
141:8 171:1
180:14

**adult**
37:1,11

**advantages**
191:5

**advice**
40:11

**advise**
42:5,8 91:10

**affairs**
153:11 155:25

**affect**
41:5 114:12,
18 117:12,25
119:3,22
121:4,12,15
187:13

**affects**
115:22 121:14

**affidavit**
7:17 8:1
99:2,7,13,17
102:19 103:20
137:10,11
139:24,25
140:6,12
149:5

**affidavits**
98:2,4,8,20
99:19 139:9
140:23

**affirms**
4:12

**afternoon**
138:5

**age**
31:16 139:13

**agencies**
81:20,22,24
85:8 86:16
87:24 88:17
91:6,23

**agency**

TX_00213040

USA_00017414

Case 2:13-cv-00193 Document 661-5 Filed on 11/11/14 in TXSD Page 77 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 240 of 285

House Floor Debate - Volume II                    March 23, 2011
                                                             200

| | | | | |
|---|---|---|---|---|
| 66:21 67:21 84:18 88:15, 24 91:22 109:14 | 7,10,15,23 | 150:23 151:19 170:16 | altering 189:15 | 60:12,16,20 61:16 62:1,2, 4,6,14,17, 18,20,22,23 |
| ago 14:8 16:10,14 17:8 18:22, 23,25 119:1 | allegations 185:1 | allows 11:13 26:2 58:13 66:4 80:10 137:6 142:10 144:3 145:5,23 167:12 | alternative 36:7 37:21 | 64:12,15,17 66:19 68:9 69:7,11,20, 21,23,25 |
| agree 21:2 22:21 23:14 75:10, 14 82:8 101:11 113:13 114:14,20,21 130:18 147:1 150:1 | Allen 48:24 49:1,2, 4 50:17,22 51:25 52:4,8, 11,16,19,25 53:1,6,11, 14,15,19,23 54:3,8,16,21 55:1,5,10,25 56:3,8,12, 15,18 57:1,5, 9,11,13,16, 21 58:1,9 60:15,23,24 61:15,18 73:6 131:25 | although 118:22 | 70:2,7 71:13 25 78:3,4,6 79:23,24,25 80:2,4,7,9, 15,16,19,21 81:2,4 83:21 84:4,6,7,8, 11,14,19,25 85:3 90:9,16, 24,25 91:1,3, 5,14 93:6,8 97:11,19,20, 21 98:3,25 100:2,3,4,6, 7,8,10,20 101:12,23 102:2,4,6,7, 9,11,14,22, 23 103:5,13 104:14,16, 18,20 105:1, 2,3,5,7,8,9, 11,13,15,18, 20,22,23,24 106:1,4,10, 16,18 107:8, 17,18,19,21, 23,24 108:2,8 109:21,24 110:1,3,4,5, 7,10,16,17, 18,19,21,23 111:1,7 117:3,15,23 119:25 122:23 123:9,10,14, 17,24 127:6, |
| agreed 49:17 134:9 | | alluded 138:4,11 | always 30:22 58:25 185:15 | |
| AG's 151:14 | | alone 70:11 | amazed 185:16 | |
| ahead 7:19 126:12 162:7 164:16 | | along 22:10 168:11 | amazing 171:11 | |
| ain't 57:24 | allow 11:7,11 13:12 26:14 36:25 59:13 64:17 70:2 71:14 81:23 93:9 102:16 135:23 138:13 143:10 144:4 147:18, 25 148:2 151:17 157:21 159:9 162:3, 13,24 163:19 167:22 168:19 170:3 | Alonzo 62:3,4,6,7 197:10,11 | Amended 136:22 | |
| Airlines 66:10 | | Alpine 182:3 183:10 | amendment 2:3,12,13, 14,20,21,25 3:4,16,22 4:5,14,16, 19,21 6:18 7:2,3,5,10, 25 8:4,5,6,8, 9,11,21 9:9, 11,12,13 13:19 14:1,2, 3,7,16 15:8, 12,18 22:4 23:2 24:20, 23,24 25:5,6, 13,20,21,22 26:1 27:18 28:24 29:10 36:16,22 44:3,10,11, 12,14,20,25 45:7,17,19 46:25 47:17 48:3,7,11, 15,19,25 49:1,3,5 52:14,17 53:2 56:5 58:11,13 | |
| airplane 57:14 86:11 | | already 15:13,17 18:12 22:3 31:14 40:13 49:6,7 99:1 109:13 110:15 112:20 174:7 195:16,20 | | |
| airport 183:10 | | also 7:24 17:12 29:15 39:1 41:9 66:16 68:24 70:13 73:9 74:8 80:12 82:1,21 83:10 91:6 94:24 95:3 106:24 134:17 135:8 136:1 151:1 153:8 155:8 156:18 176:5 187:16, 17 | | |
| alcohol 37:4 38:10 | | | | |
| alien 10:4 | allowed 37:8,13,15 73:11 84:21 87:4,5 90:4 142:8 143:19 144:19 145:9, 19 146:4 147:3 | | | |
| Alised 155:19 | | | | |
| ALISEDA 38:3,7 39:7, 9,12,15 40:16,21 41:1,8 42:3, | allowing 91:8 149:3 | | | |

TX_00213041

USA_00017415

Case 2:13-cv-00193 Document 661-5 Filed on 11/11/14 in TXSD Page 78 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 247 of 285

House Floor Debate - Volume II                    March 23, 2011
                                                            201

| | | | | |
|---|---|---|---|---|
| 7,24 128:6 130:1,3 132:19 133:3, 4,5,9,13 134:5,12,13 135:5,10,13 136:20,21 137:2,13,14, 16,22,23,24, 25 138:4,8, 19,20 139:1, 2,3,4,17 141:23 143:24 144:2,14,15, 18 145:7,16 146:7,17,20, 22,25 147:20, 21 149:10 150:18 151:10,24 152:6,7,8, 12,18,23 153:20 154:15 155:4,20 156:17,20 157:6,7,14 159:6 161:6, 17,18 162:2,3 164:20 165:11,21, 22,23 166:7 167:7,15,17, 18,19,22,25 168:12,16 169:4,6,15, 19 170:2,11 171:7 172:10 174:17 176:8, 11 177:3,5,8 180:16,22, 24,25 181:1 183:21,22 184:22 185:3 186:20 187:7, 19 188:13 189:18 191:7, | 9 192:10,17, 19,25 193:1, 2,16,23 194:15,18, 19,20,22,24, 25 195:1,5,19 196:3,4,7 197:2,8,9, 10,13,16,17, 18 **amendments** 61:4 81:5 119:25 161:24 172:3 175:1 **America** 42:19,20 **American** 66:10 70:10 71:14 **Americans** 19:22 70:3 77:4 **Americans'** 19:22 **among** 55:12 92:14 **amount** 41:21 101:13, 18 **ample** 145:5 **ancestors** 41:15,16 **Anchia** 102:15,25 103:1,4,11, 16 104:1,4,9 138:23 139:4, 6,7 148:22,24 149:23 150:2, 3,7,11,15,25 151:7,23 156:4 165:23, | 24 166:2,3 167:14,15 193:2,4,5, 14,16,18,21 194:2,12,17, 19 **Anchia's** 23:23 **Anderson** 156:9 **Anna** 137:1 **announcement** 136:8,15,16 **annunciated** 157:13 **anonymous** 140:10 **another** 14:20 34:9 36:7 37:24 49:23 77:13, 16 88:15 99:6 **answer** 32:3,4 116:9, 21 118:11,16 122:9 125:25 126:3,5,6 143:18 144:6 146:23 172:2, 5 173:22 174:11 177:4 190:5 **answered** 116:7 120:19 174:13,14 **Antonio** 93:17 96:23 189:2 **anybody** 83:2 84:20 86:6 195:7 | **anyway** 48:16 83:12 162:7 177:10 **anywhere** 20:13 **apart** 97:2 **apartment** 185:16 **apologize** 16:1 79:4 116:17 **apparently** 85:4 **appear** 132:8 **appearing** 4:13 **applicants** 195:16 **application** 9:21 140:6 187:9 **applied** 86:21 145:24 **applies** 115:8,24 116:10,21 127:24 128:9 144:14 183:25 184:1 185:3 **apply** 2:19 9:19 111:5,9 114:24 115:5 116:23 121:6 122:5 123:17 124:20 125:1 127:13 128:13 129:14,22 130:3,6 132:9 147:8 157:21 | 166:9 183:23 195:11 **applying** 9:19 144:12 195:7 **appreciate** 53:14 56:5 60:19 142:23 163:4 192:11, 15 **approach** 141:7 149:9 192:2 **appropriate** 72:15 78:9,10 107:4 168:6 **approved** 22:1 62:9,11 84:22 **APRIL** 1:16 60:1 198:17 **area** 7:15 109:15 177:24,25 185:25 190:11,12 191:11 **areas** 179:20 181:6 190:15,19 191:5 192:6 **argue** 146:21 **argument** 41:7 94:6,8, 21 150:17 **around** 121:1 **arrangements** 158:10 **art** |

TX_00213042

USA_00017416

Case 2:13-cv-00193 Document 661-5 Filed on 11/11/14 in TXSD Page 79 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 248 of 285

House Floor Debate - Volume II                    March 23, 2011
                                                             202

194:4
article
153:2 161:9
ascertain
82:22
asked
20:14 27:7
56:21 121:3
142:17 143:18
asking
17:19 49:21
51:6 64:2,17
87:8 88:4,7
113:3 114:1
128:7,8
146:16 183:16
asks
25:10
aspects
20:4
Association
153:14,15
Associations
153:12
assume
27:20 28:3
attempted
89:24
attempting
6:13 34:15
146:11
attention
152:11
attorney
39:6 198:9
Austin
43:10 189:2
authenticate
142:9,11
authenticating

147:12
author
5:2 8:5 31:1
48:15 62:15
98:11 101:24
102:2,22,23
103:4,5
104:14
105:16,18,19
108:4,12
109:21,24
114:2 117:11
118:24 119:9,
20 153:21
154:14 166:21
167:7 194:20
authored
155:5
authorization
10:5
authorize
69:1 167:23
authorized
69:3 70:14
available
98:4,7 99:5
aware
27:8 35:12
43:5,12,14
52:4,7 59:17
73:13 89:24
93:20 155:9,
16 160:9
161:11,15
162:10
177:17,21,23
178:20,22
aw's
48:17,20
aye
2:8 6:22,23
13:23 25:5,

11,16,17 44:5
48:21 61:16,
18,20 69:13,
15,16 83:24,
25 84:1
90:17,19,20
97:14 104:20,
21,24 107:10,
12 122:24
123:1,2,3,4,
5 132:21,22,
23,24,25
133:1 135:15,
18 137:17,18,
19,20 138:21,
22,23,24
151:25 152:1,
3 165:12,14,
17,18 169:8,9
180:17,19,20
192:20,22
197:3,4
ayes
2:10 6:25
13:24 25:18
44:8 48:22
61:24 69:17
84:4 90:22
97:12,17
104:25 107:15
123:7 133:2
135:18 137:24
138:25 152:4
165:18 169:12
180:22 192:24
197:7
_____
B
_____
B
22:18 68:20
back
2:23 22:4
23:3 30:22
35:17 38:8
42:22 59:15

85:7 94:24
96:16 107:3
116:7 140:17
143:23 149:12
158:17 173:6
193:8
background
72:5 88:1
bad
56:2,4
badge
87:1
badges
88:1
baffled
127:7
Baker
159:18
balances
115:1
ballot
18:13 23:21
30:22,23
33:7,9 34:6
59:13 98:10,
21 99:3,13,17
139:20,22,
23,24,25
140:1,4,5,9,
13,14,15
141:2 142:9,
15 144:3,9,
12,16,17,22
145:23 146:4,
8,12,19,21
147:3,7,8,
11,16,17
148:5,9
149:8,11
151:17,20
162:14 187:17
balloting
144:2

ballots
55:14,20,24
98:1 133:15
134:2,4
140:8,18,19,
20 141:13
142:22,25
144:19,24
145:4 146:16,
18 147:8
149:15,16,
18,20 151:13,
15 162:4
164:8
barriers
72:12
Based
70:22 77:18,
19
basically
24:19 39:4
96:12
basis
80:13 147:21,
22 192:8
bear
70:18
Beck
156:9
becoming
178:21
beg
82:25 83:1
being
2:10 3:8 6:25
7:8 8:17 12:2
13:24 16:19
25:18 27:14
37:13 42:22
47:11 63:20
71:20 75:6
86:3 87:23
92:14 95:17,

TX_00213043

USA_00017417

18,19 97:1
116:13 133:2
135:9,18
137:21 138:25
141:6 146:22,
24 150:22
152:4 161:11
165:18 169:12
176:6 179:19
180:22 192:23
196:21 197:6

**believe**
3:23 5:1
19:18,20,23
20:2,8 21:22
70:22 105:15
111:21,23,24
112:2,5,23,
24 113:4,7,
17,22,24
114:4 117:16
119:15 122:5
124:12,14
125:7,14,15
126:10
130:19,20,23
143:5 144:18,
19,21 145:3,
6,10,14,15,
21 146:3,6
147:5,23
150:25 151:1,
3 154:9
155:8,24
159:7 162:7
164:8,17
165:7 170:11
175:12 185:24
193:8

**believed**
20:15

**believes**
140:9 162:11

**bell**

2:7 6:22
13:21 25:15
44:5 48:21
61:17 69:14
83:23 97:13
104:22 107:13
123:2 137:15
165:13 169:8
180:18

**benefit**
70:6

**benefits**
76:22

**Berman**
13:23 35:9
120:5,6,7,
11,14,17,19,
24 121:8,17,
21,23 122:3,
7,10

**better**
3:2 5:11
60:25 76:6
81:25 141:7

**Between**
3:8 47:11
73:6 88:15
117:4 122:16
132:14
143:15,22
144:1,9 149:8

**big**
20:24,25
154:25

**bigger**
185:17 188:22

**bill**
2:17,19 3:16
4:10 5:9 6:5,
13 8:20,25
11:7,10,12
12:23 14:9,19
16:19 17:3,9,

19 18:15
19:9,14 20:17
21:4 23:17
27:20 30:13
31:1 33:21,25
34:8,15 35:9,
11 39:2
44:16,19
45:19 46:9
47:18 48:7,10
49:5,7,8,9
50:10 51:5
55:3,10,21
59:3 60:4,25
61:13 66:5,24
67:19 79:12
80:7 99:1
100:16 102:16
103:17 106:5,
14 108:4,13,
14 109:13,15
110:16 111:3,
10 112:22
114:2,12,18,
23 115:4,5,7,
22 116:23
117:11
118:15,24
119:3,10,20,
22 120:2
121:1,4
123:15 124:12
127:3,25
129:12,17
130:21,23
131:17 132:9
133:10,11
134:14 135:5
137:6 139:8,
16 140:23,24
141:8,12
142:1,2,5,
10,15,19,24
143:17
144:10,13,
14,25 145:7,

16,22,25
146:4,7,13
147:2,9,18
149:2,3,6,9,
16,17 150:1,
13 151:3,11
152:20 153:20
154:4 157:3
161:12,15,
20,23 163:5
164:14 166:5,
10,11,15
167:5 169:21,
25 170:6,24
171:6,7,10,
18 172:5,8,
19,23,24
173:2,10,13,
25 174:1,5,7,
15,19,22
175:1,3,7,
16,25 176:19,
20 179:6,9,
19,25 190:8
192:2 196:17

**bills**
61:4 88:6

**biometric**
42:13

**bipartisan**
64:11 90:9
140:2 155:17

**bipartisansh
ip**
62:24

**birth**
10:8,10,12
11:17 12:5,9,
10,12,14
13:8,13 26:10
70:16,20 76:4

**bit**
3:1 40:7
57:20 180:4

**Blanca**
182:7

**blood**
38:10 39:20

**blown**
39:19

**board**
13:14 90:5
140:1,4,15

**boards**
140:2

**body**
89:10 124:17

**BOGGS**
198:20

**Bohac**
156:10
197:15,18,20

**Bonham**
148:17

**Bonnen**
152:3 156:10

**booth**
5:25

**Both**
3:7 35:10
60:8 74:2
120:17 161:5
187:11

**box**
33:7,9 56:13

**Branch**
148:16

**brand**
31:24

**Branton**
123:4

**breath**
39:20

**Brewster**
182:4

TX_00213044

USA_00017418

Case 2:13-cv-00193 Document 661-5 Filed on 11/11/14 in TXSD Page 81 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 250 of 285

House Floor Debate - Volume II                    March 23, 2011
                                                            204

| | | | | |
|---|---|---|---|---|
| **Briefly** 124:7 152:12 172:1 | **Burman** 156:10 | 19 **Calendars** 135:24 136:2, 17 148:18 | 12:8,18 14:11,18 17:1 22:13,21,22, 23 23:11,12, | **carrying** 118:15 |
| **bring** 7:10 30:22 68:19 103:24 152:23 153:6 | **BURNAM** 34:22,24 35:1,4,7,24 42:24,25 43:4,13,21 137:25 138:2, 3,18,20,21 | **Calenders** 148:19 **call** 52:6 77:8 137:1 147:15 | 14,20,25 24:18 25:1,2, 3 32:8,18 38:18,24,25 45:3,4,8,9, 23 46:8,9,18 | **Carter** 123:3 156:11 159:18 **carve** 79:7,10,12, 18 |
| **bringing** 68:3 127:12 | **burned** 59:10 | **called** 45:24 46:13 47:3 48:9,12 | 47:2,12 50:5 52:21 55:8 62:8,13 | **case** 55:9 83:9 134:11 150:8, 13 |
| **brings** 171:18 | **Burt** 152:14 | 120:22 166:19,20 194:8 | 64:18,20 65:23 67:9 68:21 70:12, | **cases** 28:16 112:20 188:24 |
| **broad** 30:13 91:22 92:1,2 | **bus** 43:18 57:23 58:2 | **Callegari** 153:20 154:4 | 16,20 72:1,2 74:5 75:21,24 76:4,16 80:10 | **cast** 30:22 37:25 99:16 147:3 |
| **broadly** 93:5 | **Bush** 118:20 126:21 | 155:5 **calls** | 89:9 91:25 106:6,24 141:1 167:24, | 162:13 164:8 **casting** |
| **brought** 56:6 102:15 161:8 | **business** 67:4 87:17 133:12,14, | 175:25 **came** 42:11 68:2 | 25 168:8,12 169:3 193:17 195:7,12 | 98:21 **Castro** 92:4,6,11,19 |
| **Brown** 152:1 156:10 162:7 | 24,25 134:13, 15,16,25 135:6 | 140:1 **cancel** 136:11 | 196:16 **cards** 10:16,17 31:6 | 93:2,7,12, 16,20,25 94:5,8,17,20 |
| **budget** 106:7,8 107:2 158:11 182:24 | **busy** 124:8 161:3 | **cannot** 49:9 88:21 109:14 | 51:10 67:10 71:19 72:7,8, 11 74:10 | 95:3,12,15, 20 96:4,10, 17,22 97:5,9 |
| **budgets** 164:23 | **Button** 156:10 | **canvassed** 140:19,20,21 | 75:18 76:12 81:19,24 88:18 89:2 | **category** 194:7 |
| **building** 87:5 | **buy** 34:8 108:6 | **capable** 88:17 143:14 | 90:1 196:4 **care** | **cause** 43:7 148:6 |
| **bunch** 41:5 42:18 59:10 163:13 | ———— C ———— **C** 22:18 68:20 | **capital** 85:19 **capitol** | 5:3,4 18:17 60:16 169:3 **career** | **causes** 151:10 **census** |
| **burden** 4:11 53:8,12 152:20 156:23 157:19 158:4 163:17 164:14,16 | **cabinet** 91:10 **Cain** 156:10 | 85:22,24,25 86:1,5 87:5 **car** 67:3 183:4 188:6 | 96:6 **carries** 37:21 **carry** | 182:16 186:1 **certain** 2:17 27:4 34:19 45:2 |
| **burdens** 164:18 | **Calendar** 1:13 133:12 134:15,25 | **card** 5:19 10:4,5,6 | 168:5 | 62:10,11 82:22 180:1 |
| **Burkett** 156:10 | 135:25 136:3, | | | |

TX_00213045

USA_00017419

Case 2:13-cv-00193 Document 661-5 Filed on 11/11/14 in TXSD Page 82 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 251 of 285

House Floor Debate - Volume II                    March 23, 2011
                                                          205

certainly
4:10 81:8
85:14 88:16
92:3 119:7
149:2,19
191:4

certificate
2:19 10:2,3,8
11:18 12:5,
10,11,13,14
13:9,13 30:16
44:18,21,23
45:2,21,25
46:4,5 47:4
48:9,10,13
50:5 70:16,20
76:4 110:12
139:20 149:4
168:8 198:23

certification
10:10

certified
10:8,9,11
11:19 12:9,
12,13 13:8,13
198:4,20

certify
198:5,9

cetera
16:12 170:7

Chair
2:15 4:18 5:4
7:6 8:6,12
9:14 12:20,25
24:11,12
25:23 29:7
36:13,17
44:13,24 49:2
58:10 60:22
62:5,15,21
64:14 69:24

78:15,23
80:3,18 84:9,
24 88:10
91:2,13 97:22
99:25 100:4,9
102:4,10
104:16
105:10,20,25
106:9,19
107:20 108:1
110:1,6,22
111:6 117:2,
7,8 122:21
123:11,20
132:3,18
133:6,20
134:6 135:20
136:7,23
138:1 139:5
141:9 148:21,
22 152:9
159:3 163:23
166:1 167:20
168:23 169:16
181:2 187:4,
20 193:3
194:22 195:2,
25 196:8
197:19

Chairman
21:24 23:16
28:6 49:4
71:3 82:7
171:5,24
177:7 184:11
186:9 188:10

Chairs
136:6

challenge
192:4

challenges
189:1

chamber
175:12

chance
133:17 193:7

change
10:12 47:6,20
48:17 51:9
53:5 54:10
59:5 61:7
107:4 119:10
166:18 167:1
194:5

changed
59:5 193:25

changes
106:6,25
134:13,16,19
135:8

changing
41:14,16
108:10 109:15
133:24 167:4

charge
13:15 39:17
108:9,11,20
109:14,17
193:20 195:8,
14,15

charged
39:10,13,16
41:20 108:15

charging
108:20 110:11

cheating
179:22

check
39:23 72:6
88:1 165:2

checked
81:22

checks
115:1

Chen
123:3

Chen-Button
6:23

child
34:1

Chisum
156:11
190:20,21

CHL
36:9

choose
146:23 152:22
159:20

chose
74:3,4

chosen
65:22

Christian
156:11

circumstance
56:5 59:7

circumstances
60:3,17

cite
76:2

cited
75:20

cities
94:14 152:16
177:24 185:17

citing
38:21

citizen
10:3 16:3
30:16 50:5
69:5 131:21

citizens
16:4 17:24
195:20

citizenship
10:2 36:8

83:6

City
66:8 91:24
182:14 189:5

civil
42:22

claim
176:25

clarificatio
n
162:9

clarifies
62:8 166:7

clarify
98:18

class
36:24

clear
46:3 129:3
130:20 135:6
177:8

Clearly
22:25 126:9
144:6,10
146:13

clerk
2:6,12,14
6:21 7:2,5
8:8,11 9:11,
13 13:21
14:1,3 25:14,
20,22 44:5,
10,12 48:21,
25 49:1 61:17
62:1,4,17,20
66:12,14
69:13,20,23
79:24 80:2
82:11 83:23
84:6,8 85:21
90:24 91:1
97:13,19,21
100:6,8

TX_00213046

USA_00017420

Case 2:13-cv-00193 Document 661-5 Filed on 11/11/14 in TXSD Page 83 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 252 of 285

House Floor Debate - Volume II                    March 23, 2011
                                                              206

102:6,9
104:21 105:2,
5,7,9,22,24
107:13,17,
19,23 110:3,
5,18,21
123:1,10
133:3,5
136:16,17,
20,22 137:15,
23,25 139:2,4
152:6,8
165:13,21,23
167:17,19
169:7,15
180:18,24
181:1 192:25
193:2 194:24
195:1 197:8,
10,16,18
**clerks**
87:8 88:8
167:23
**client**
38:16
**clients**
40:18
**clock**
18:8
**close**
2:2 5:3,4 7:9
24:12 36:15,
21 48:4 60:23
78:16 80:23,
24 88:11
106:20 117:3,
8 132:4
133:19 134:7
148:23 167:14
168:24 175:5
186:14 187:21
196:9
**closely**
46:25

**closer**
47:17,18
96:14
**closing**
132:14
**coast**
7:11
**co-author**
154:14 155:8
**co-authors**
150:2 161:5
**Coca-Cola**
64:9
**co-chairs**
159:17
**code**
4:24 37:6
46:17 103:16
133:14 134:3
166:16
**Coleman**
53:16,17,20,
22 54:4,13,
17,22 55:2,6,
18 56:1,4,9,
13,16,23
57:2,6,10,
12,15,18,22
58:3
**colleague**
65:15 187:8
**college**
83:2
**Collin**
62:25 65:15
**color**
31:17
**Columbia**
112:16
**combinations**
22:17

**come**
41:24 59:15
87:5,11 88:6
96:17,18
104:6 118:22
140:17 141:1
149:12 151:19
153:9 158:17
161:22 162:14
171:20 174:8
186:17
**comes**
25:4 34:12
55:7 145:11
149:3 158:6
175:15
**coming**
15:16 22:4
116:16
**comments**
99:23
**commercial**
37:2,11
**Commission**
22:12 88:25
153:14 159:17
**commissioner**
164:11
**commissioners**
154:6 156:21
157:17 163:8,
10,14 164:10,
12,13,22
165:2 167:22
**Commissions**
153:12
**committed**
30:5
**Committee**
60:9 74:14
91:17 92:16

**135:24 136:1,
11,17 142:23
148:18,19
160:12 171:9
174:20
**committees**
21:18
**committing**
179:21
**common**
6:16,17 38:8
157:6 168:1
184:5 188:22
**communication**
143:22
**communities**
179:21 182:12
183:7 184:8,
11 188:8,9,21
**community**
37:23 190:3,4
**company**
68:18
**complains**
135:9
**complete**
9:20
**completely**
108:19 169:21
**completion**
7:13
**complexes**
185:16
**complied**
112:21
**compliment**
170:23
**comply**
8:20 14:15
117:18,20

**123:15
124:12,15
127:8,10,19
128:21 129:3,
6,11,19,21
130:24
**comprehensive**
20:24,25
**concealed**
30:17 50:7
**conceding**
94:18,20,24
**concept**
41:22
**concern**
175:9
**concerned**
143:3
**concerns**
59:2 88:22
151:11
**conclusion**
150:17 151:1,
2,6,20
**conduct**
100:17
**confidence**
88:9 159:9
162:19 171:18
173:17 174:8
176:23
**conforms**
133:14
**confusion**
5:7 95:11
110:9 133:11
**congressional**
45:6
**congressmen**

TX_00213047

USA_00017421

Case 2:13-cv-00193 Document 661-5 Filed on 11/11/14 in TXSD Page 84 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 253 of 285

House Floor Debate - Volume II                    March 23, 2011
                                                              207

| | | | | |
|---|---|---|---|---|
| 91:7 | 141:8 149:9, 10 | 159:21 | 30:23 55:16, 23 134:2 | 168:19,20 |
| consecutive 15:1 | contains | corollary 92:20 | 149:11 | 182:1,2,4, 10,12,14 |
| consent 9:21 | 45:20 80:12 | Correct 16:13 52:7 | counties 45:10 76:21 | 184:9 187:15 188:18,19 |
| consequence 175:13,16 | context 113:18 | 54:15 55:4,5 63:17 64:2 | 94:14 152:16, 19,25 153:2 | 198:2 |
| consequences 119:15 | continuation 136:12 | 71:17 83:7 92:14 95:4 | 155:14 157:1, 21 158:16 | couple 89:24 149:25 |
| 175:10,11 | continue 45:3 113:22 | 97:6 99:11, 14,20,21 | 164:5,18 165:1 168:3, | course 18:2 35:6,7 |
| consider 59:8 135:24 | 150:13 187:17 194:1 | 101:20,21 109:20 126:8 | 4,5 181:11, 14,15,17,24, | 120:9 122:3 153:4 161:10 |
| 136:3,19 | continued 150:12 | 130:25 145:1 150:11 155:7, | 25 182:17,19, 23 183:23 | 164:6 |
| consideration 20:23 181:10 | continues 162:23 | 21,22 156:7 157:10,11 | 184:1,24 185:3 187:10, | court 10:11 39:11, 14,16 111:11 |
| 189:8,12 190:14 | control 60:19 157:14 | 158:13,24 160:17 | 24,25 188:21 189:9 190:21 | 124:22 129:23 154:6 156:21 |
| considerations 107:2 | 158:6 168:1,2 169:1 | 193:17,18,21 194:3 198:7 | counting 134:4 | 157:17 163:8 164:12,22 |
| consistency 91:20 162:23 | convenient 154:11 | cost 10:23 12:8 | country 15:14 22:8 | 167:22 |
| consistent 95:18,19 | conversation 67:16 71:9 | 50:23 106:6, 15,24 153:4 | 42:11 91:9,11 171:17 175:14 | courts 114:8 127:18 |
| 162:23 | 98:19 192:17 194:11,15 | 157:1,2 160:15 161:11 | counts 19:14 | cover 92:1 |
| constituent 43:5 | conversations 101:15 | 163:2 164:6 | County 3:9 43:14,17 | covered 93:4 126:24 |
| constituents 101:1 | converting 109:19 | costs 157:5 158:10, 11 | 62:25 65:15 75:7,8,9,15, | 127:1,2 128:14 |
| constitution 130:6 | convictions 151:14 | couldn't 59:6 60:5 | 17,20 79:7 140:2 152:25 | 131:22,23 |
| constitutional 124:16 129:23 | Cook 148:15 156:11 | 79:15 103:12 council | 153:12,13, 14,15,16,17 | craft 127:20 |
| 155:4 161:6 | copy 10:8,9,11 | 77:9 | 154:5 155:25 156:3,21,23 | crazy 6:7 |
| constitutionality 139:12 | 11:19 12:9, 12,14 13:8,13 | counsel 198:10,13 | 157:18,20,24 159:10,11,12 | create 30:8 34:15 139:11 164:15 |
| contained | 14:20 | count 64:10 87:9 | 160:15 162:10 163:8,9,14, | 167:24 168:8 187:9 196:5 |
| | core | 134:22 135:4 149:19 | 20,21 164:4, 10,13,16 | creates 8:1 139:9,16 |
| | | counted | 167:22,23 | 183:16 |
| | | | | creating |

TX_00213048

USA_00017422

House Floor Debate - Volume II                    March 23, 2011
                                                              208

27:21
Creighton
156:11
crisis
100:24
crossing
96:13
Crownover
61:21 156:11
crux
141:24
CSR
198:20
Culberson
182:1,14
cure
104:6,10
current
4:24 8:15
14:12 24:24
100:16 143:6
144:20 147:11
150:9,14
186:13
currently
11:7,11 12:4
15:5 70:7
71:19 134:14
137:6 140:8,
23,24 141:7
166:10 170:12
curtail
170:11
customer
195:22
cut
98:22
cycle
158:9
    ─── D ───
dad

3:13,20 4:2
Dairy
186:10,13,16
Dakota
170:15
172:13,16
177:19 178:9,
19 179:7
Dallas
49:19 93:17
166:2 189:2
Dallas/Fort
49:20
danger
7:14
data
186:1
date
7:9 10:12
26:7,10 28:18
31:16 198:23
Davis
156:12
day
17:11 21:5,8
30:20 49:15
76:7 77:14
80:6 83:18
97:25 104:9
116:7 133:10
134:18,19,22
135:9 142:3,7
158:17 169:20
170:4,13,16,
19,25 171:8,
19 172:11,14,
17,23 173:1,
11,20,22
174:4 175:21
177:18 181:19
184:17 198:17
days
7:22 29:16

34:13 49:8,9
51:18 54:7,10
58:23 59:4,6,
15 60:11
103:24 104:6,
8 133:12,14,
24,25 134:2,
3,13,15,16,
22,23,25
135:1,4,6
140:17,21
149:13 161:12
dead
100:15
deal
20:22,24
75:10 173:7
dealing
113:13 114:11
118:12
deals
15:13 130:21
131:17 146:17
166:17
dealt
40:13
Debate
1:13 24:14
88:20 106:13
113:10,12
130:15 133:23
151:8 168:10
171:8 174:22
181:10
debated
106:13 174:20
debating
20:18 132:7
decade
43:15
decide
108:19
112:17,18

127:18 157:24
163:17,20
decided
114:8
decides
159:11,13
decision
38:15 156:21
158:12 168:6
declared
7:15
decrees
10:16
deem
152:19
deep
188:23
deeper
151:10
defective
159:23
defense
39:6
defined
4:24
definitely
78:10
Del
182:8,14
189:4
Delaware's
87:17
Delingua
182:13 189:6
delinquent
33:25
Democracy
159:19
Democrat
100:25 162:21

Democratic
159:23
171:15,16
demographics
186:25 187:23
190:15
demonstrate
21:13
demonstratin
g
146:5 147:4
150:24
denied
24:1 36:2
Department
10:9 14:25
26:3 46:19
68:25 88:23
89:3,5 91:7
92:22 93:21
112:15 138:9
195:6
Depends
82:12 159:22
Deposition
198:24
description
26:11 28:12
31:15
designed
5:10 23:17
47:13 54:1
desire
148:8
despite
190:14
destroyed
49:22 50:1
determinatio
n
137:7

TX_00213049

USA_00017423

Case 2:13-cv-00193 Document 661-5 Filed on 11/11/14 in TXSD Page 86 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 259 of 285

House Floor Debate - Volume II                    March 23, 2011
                                                             209

determine
111:11
124:22,23
128:17
determined
52:13
determining
94:25
didn't
3:16,21 5:7,
18 12:10
15:25 17:10
36:25 50:4,5,
6 67:10 68:7,
9 81:15 86:12
122:10 126:8
131:20 161:7
178:7,12
differ
83:1
difference
54:14 134:20
144:9,22
147:6,15
149:8
differences
145:6 147:20,
22
different
40:7 42:19,20
43:9 62:12
67:3 74:6
82:9 85:9
86:25 88:24
92:21 93:13,
17,22,24
95:14 109:12
143:4 144:24
145:2,18
146:2
differently
93:14
difficult

40:15,20,22,
24 41:16,18
42:1 43:20
106:23 190:7
diligence
77:25
directed
9:6
directly
32:5 118:11,
16 168:2
director
89:4
disabled
2:21 143:8
disagree
23:15 95:20
disallowing
37:20
disappointin
g
117:22,23
disaster
7:16 8:2
discriminati
on
20:2,7,9
21:21 112:3,6
discuss
103:13 113:22
114:9 144:12
discussed
47:23 73:2
103:17
113:17,19
154:3 193:16
discussing
82:9 138:5
153:19
discussion
55:19 89:22

169:25
disenfranchi
se
167:6
disenfranchi
sed
41:19
disenfranchi
sement
41:22 176:9
disenfranchi
ses
138:6
disheartenin
g
132:10
distance
31:9
distances
183:16 186:5
distinction
47:11 88:15
144:13
distinguish
144:8
district
23:24 38:8
41:6 45:5,6
57:8 75:16
89:9 91:25
112:16 181:13
182:15
183:13,14,15
185:13,20,24
186:2,10,17,
21,22,25
diversity
178:1,6,10,
20 179:8,18
180:8
divorce

10:16 194:6
divorced
137:3
Doc
156:9
document
11:23 14:21
28:9 54:11
68:24 168:11
documentatio
n
27:14 43:8
documents
9:20 12:24
74:3 84:23
doesn't
11:7,10
18:11,19
34:17 47:6,19
51:13 56:15
59:21 65:6
68:22 77:20
108:19 130:7
135:5 163:21
164:11,12
166:15 178:5,
9 183:22,23
184:4,18
186:10 192:3
doing
19:6 24:19
46:16 77:1
79:12,17 97:3
123:25 128:9
129:10 130:4
142:19 176:5
177:14 195:10
dollar
46:23 101:13,
18
dollars
51:10,20
door

9:1,3,4
doubly
117:14
doubt
82:18
down
12:15 25:5,6
31:10 36:1
38:17 41:19
61:9 77:17
120:1 153:7
157:5 181:8
188:4 189:13
193:8
DPS
9:18 29:12
30:1 31:5
38:17,23
39:18,25
40:3,17
43:10,17 48:8
49:21 52:20
59:22 60:8
84:16 94:24
108:6,9,18
181:11,16
182:17,22
183:23 184:4
188:4 189:9,
10 190:23
193:20 194:11
195:13,16,21
196:12
Dr
43:6 49:4
50:17,22
51:25 52:8,
16,19,25
53:1,6,11,
13,15,19
54:3,8,16,21
55:1,5,10,25
56:3,8,12,
15,18 57:1,5,

JA_002542

USA_00017424

House Floor Debate - Volume II

March 23, 2011

210

9,11,13,16,
21 58:1,9
60:15,24 73:6
156:8
**drafted**
190:8 192:2
**drag**
52:20
**dramatically**
175:20
**drastically**
119:10 170:17
**draw**
144:1,5
**drawn**
112:19
**drive**
32:11 36:3
51:13,16
167:4 171:20
184:18
**driver**
60:18 132:23
156:12
**drivers**
37:1,2,11,12
**driver's**
10:2,17 11:16
12:7 13:7
17:16,25 18:6
26:5,9 27:24
28:20,25
29:13 30:14,
15 31:6 32:8,
17,19 33:14
34:2 35:14,15
36:3 43:7
49:11,12,15
50:1,9 51:2,
3,7,14,16
52:12 53:9
54:18,19,23
55:8 56:10,

14,19,20,22
59:9,18,23
60:10 63:23
64:19 65:22,
23 67:9,10
68:19,20 73:5
74:4,5 75:23,
24 77:21
83:10 89:8,25
137:4,9
138:10 170:6
181:8,9,11,
14,18,22,23
182:3,17,19
183:2,24
185:4 188:3
190:22 191:1
192:7 195:12
196:5,15,20
**driving**
26:2,12 28:4
29:24 30:11,
25 31:3,13
32:11 33:3,18
34:10 36:23,
25 37:1,8,12,
14,19 38:13
41:4 138:6,9
183:16 188:4
**due**
37:3 77:25
103:20 116:12
141:13 172:4
173:14
**Duke**
25:22
**Dukes**
25:24,25
26:19,21,24
27:4,10,16,
19 28:8,11,
15,20,25
29:4,17,18,
19,23 30:24

31:7 32:4,10,
22 33:1,8,15,
24 34:7,14
35:16 36:15,
18,19 38:5
39:3,8,10,13
40:5,19,23
41:3,12 42:4,
8,14,17 43:1,
2,4,12,13,
19,25 44:2,6
85:12,16,23
86:4,10,17,
22 87:7,11,
14,22 88:3,5
107:19,21,22
108:1,3,24,
25 109:2,6,
12,20,23
**duplicate**
166:9,19,20,
25 193:24
194:4,8
**duplicated**
32:9 33:14
66:4
**duplicates**
166:14,25
**during**
17:11
**Dutton**
2:14,15,16
3:4,5 5:3,4,
5,6 6:18
44:12,13,15
45:11,12,16,
24 46:2,11,
13,21,24
47:10,16,24
48:2,4,5,19
80:1,2,3,5,
22,24,25
81:11,12,17
82:12,17,25

83:8,14,21,
24,25 105:4,
5,6,24,25
106:2,17,19,
21 107:8,13
110:5,7,8
123:4 133:5,
7,8 134:7,8
135:13,16
169:10 197:14
**Dutton's**
80:21
**DWI**
38:7 39:8
40:10 42:5
——————
E
——————
**each**
43:11 58:22
70:12 140:2
164:8 168:19
184:9,10,13,
25 188:17,19
**ear**
79:4
**earlier**
12:4 19:1
46:22 53:5
55:19 59:19
64:12 65:15
72:25 102:15
103:17 105:13
138:4
**easier**
65:25 66:1,2
74:7,8 156:20
**easily**
66:16
**easy**
32:9 48:6
66:25 67:21
82:10 173:4
188:2,3
**eb**

1:1
**EDITH**
198:20
**educate**
196:19
**educated**
101:3
**educating**
195:20
**education**
80:12 81:21
100:18 101:19
111:2 117:20
128:3 129:18
130:22 131:18
**effect**
129:22 160:16
**effective**
85:5 112:13
**effort**
101:19 173:6
**Eiland**
7:4,5,6,7 8:4
138:24
**either**
3:12 17:16
36:8 43:8
77:8 83:17
96:13 111:9
127:4 130:7,
13,14 131:1,2
154:12 186:11
**El**
13:22 69:22,
23 70:10
71:8,10 75:7,
8,15,17,20
76:13 105:9
182:7
**elaborate**
118:15
**elderly**

TX_00213051

USA_00017425

Case 2:13-cv-00193 Document 661-5 Filed on 11/11/14 in TXSD Page 88 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 257 of 285

House Floor Debate - Volume II                    March 23, 2011
211

183:3 187:16 188:6 189:13 190:14

**elected**
3:13

**election**
2:22 3:7,9, 12,15,24 4:7, 11,12,22 5:14 6:9,12 7:9 14:22 18:10 21:5,8 55:16 60:4 75:17 76:16 77:14 80:9 82:10 83:18 86:20 87:8 88:8 91:18 96:12 119:11 133:14 134:19,22 135:10 137:4, 6 138:16 142:3,7 150:22 153:8 157:25 158:1, 9 159:14,15, 17 167:23 168:2,5 170:10,13,16 171:13

**elections**
88:9 125:12 140:2 151:4 153:3 158:15 159:9,18,21, 23 161:10 162:19,24 164:3,4,24 170:9 171:9 191:6

**electoral**
100:14,24 101:3 147:25

**electorate**

173:8

**eligible**
16:16 98:6

**eliminate**
142:4

**eliminates**
102:18

**Elkins**
156:12

**else's**
106:17 118:18

**elsewhere**
92:18

**embark**
119:14

**Emergency**
1:13

**employed**
17:24 18:18 64:4 198:10, 13

**employee**
63:25 64:17, 20 84:20 89:9 93:1,4 181:19,20,21 195:21 198:12

**employees**
63:21 67:5,6, 8 195:6,16

**employee's**
63:15

**employer**
8:15,18,23 14:22,23 16:6 24:16 63:16, 20,21,25 65:18 66:22 67:3,5

**employers**
14:12 15:4 64:4 66:8,10

**employment**
10:5 14:20

**enabled**
26:4

**encourage**
176:10

**end**
132:11 190:9

**English**
131:21

**enhanced**
71:19,25 72:8

**enough**
31:1,2,14,18 32:11,12 33:4 52:23,24 140:10 149:18 150:19 191:11

**enrolled**
70:8

**enrollment**
70:12

**ensure**
10:20 70:24 98:5 100:21

**ensures**
108:8

**enter**
122:17

**entered**
24:7 117:6

**entire**
43:6 130:5 159:23 181:11 185:17 188:19 190:24

**entirely**
113:12

**envision**
16:9 59:10

**envisions**

18:16

**equally**
115:8

**equation**
158:11

**equivalent**
72:9

**especially**
37:24 101:1

**Esquire**
198:24

**essence**
46:17 142:2 156:24 158:20 192:1

**essentially**
3:12 48:7 71:12 81:20, 21 155:12,20 157:15

**establish**
21:17

**established**
140:15

**et**
16:12 170:7

**event**
138:15

**events**
71:21

**everybody**
3:25 4:1 46:18 67:25 86:25 106:7 145:11

**evidence**
180:7

**exact**
175:19 187:14

**exactly**
16:24 56:23

82:18 87:9 120:1 127:5 128:23 129:9 158:7 170:5 188:10

**example**
11:15 12:1,6 17:15 49:10 70:5 77:21 155:14,18 170:18 181:17,25 184:7,9 188:18 189:3 191:12 194:5

**excellent**
148:7

**exception**
4:6 104:2 139:13,14 177:24

**exceptions**
104:5 139:10, 11 140:24,25

**exchange**
63:1 73:6,8 117:4 119:19 122:16 132:13

**exchanged**
24:6

**excluded**
36:24 37:7

**excuse**
2:4 6:19 22:17 26:24 38:24 39:12 46:15 139:23 140:20

**execute**
8:1 149:4

**exempt**
8:24

**exempted**

| | | | | |
|---|---|---|---|---|
| 149:16 | explaining | facts | favorites | file |
| exists | 81:2 | 150:6 198:6 | 35:6 | 61:4 140:7 |
| 20:2,9 | exponentiall | failed | fear | 187:17 |
| expand | y | 61:25 139:1 | 151:7 | filed |
| 182:22 | 43:14 | 166:21 | feared | 39:17 55:13 |
| expanding | expose | fails | 151:8 | fill |
| 182:24 189:11 | 72:5 | 137:22 | features | 15:14 16:5,6, |
| expect | extend | fair | 32:7,16,20 | 11 22:8 63:3, |
| 119:18 165:8 | 51:6,18 78:19 | 41:9,14 86:3, | February | 5,15,21 65:17 |
| expected | 126:21 134:3 | 4 143:9 | 59:23 | 67:8,25 69:2 |
| 74:9 | extended | fairer | federal | 99:2,6,12 |
| expensive | 24:14 78:22, | 134:24 | 18:19 28:1 | finally |
| 45:9 46:20 | 24 | fairly | 31:23 34:17 | 10:10 19:4 |
| expiration | extension | 154:25 | 38:1 72:4 | 49:17,24 50:3 |
| 26:7 28:17 | 118:21 | fairness | 76:22 77:8 | financial |
| 31:16 198:23 | extensive | 4:23 | 87:25 91:6,23 | 152:20 156:22 |
| expire | 18:10 187:11 | familiar | 93:10,13 97:2 | 157:19 158:3 |
| 73:5 | extreme | 35:8,11 68:18 | 112:16 114:7, | 164:14,16, |
| expired | 184:21 | 76:17 85:22, | 8 126:20 | 18,23 |
| 10:17 24:3 | extremely | 23 178:2 | 127:3,17 | financially |
| 36:11 43:23 | 72:15 | 184:25 | 128:9,21 | 106:23 198:13 |
| 49:7,8,9,12 | eyes | familiarity | 129:6,11,19, | find |
| 51:4,8 52:12 | 23:22 31:17 | 75:21 | 21 130:11,12, | 12:11 77:25 |
| 54:6 55:8 | ───── F ───── | families | 17,18 159:17 | 172:11 |
| 58:7,13 78:13 | | 184:12 188:22 | federally | finds |
| 85:4 89:7,12 | facilities | fantasy | 72:1 | 157:18 |
| 116:25 122:13 | 43:10 | 56:24 | fee | finger |
| 132:1 148:13 | facility | far | 110:11 | 56:7 |
| 159:1 180:11 | 49:21 59:19, | 27:25 31:9 | feel | fingerprint |
| 187:2 | 22 | 123:24 | 116:13 | 42:16 |
| expires | fact | fare | feels | fingerprinte |
| 53:25 198:22 | 4:2 5:13 | 58:2 | 62:11 | d |
| explain | 23:18,19 27:7 | fashion | fees | 9:22 |
| 3:4 30:24 | 29:25 68:19 | 87:2 | 12:1 | finish |
| 44:14 49:3 | 106:22 119:3, | fast | fellow | 81:12 131:12 |
| 62:6,22 69:25 | 22 134:10 | 166:1 | 187:8 | 136:13 |
| 80:4 84:10 | 148:5 154:24 | father-in- | felony | finished |
| 91:3 100:10 | 177:9,15 | law | 28:1 30:6 | 168:14 |
| 102:11 105:11 | 179:14 181:13 | 43:5 | 31:20 34:17 | fire |
| 106:1 107:21 | 184:4 | favor | 89:5 | 49:20,22 50:2 |
| 108:2 110:7, | factor | 44:4 69:12 | figure | 59:9,18 |
| 23 157:14 | 158:11 | | 94:15 96:1 | |

TX_00213053

USA_00017427

Case 2:13-cv-00193 Document 661-5 Filed on 11/11/14 in TXSD Page 90 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 259 of 285

House Floor Debate - Volume II                    March 23, 2011
                                                  213

fires
7:24
first
15:17 17:25
53:23 90:3
133:10 157:8
164:7
Fischer
84:1,8,12
88:11,12
89:17,22
90:15,20
137:18
Fisher
84:10
fit
192:3 195:19
fits
192:2
five
35:12 119:1
fix
166:5
flippant
116:13,16
Floor
1:13 7:4
20:18 101:15
103:3 143:24
165:24 169:14
174:21 176:20
178:25
197:11,14,15
Florida
141:5
Flynn
156:12
folks
40:12 42:5,9
57:19 59:25
60:4 95:22
183:1,6,17

185:14 186:20
187:24 188:5,
6 189:13
190:3,4,14
192:6
follow
124:15 130:13
152:18
Following
2:12 7:2 8:8
9:8,11 14:1
25:20 44:10
48:24 62:1,17
69:20 79:24
84:6 90:24
97:19 100:6
102:6 105:2,
7,22 107:17,
23 110:3,18
123:9 133:3
136:15,20
137:23 138:10
139:2 152:6
165:21 167:17
180:24 192:25
194:24 197:8,
16
food
64:5
foregoing
198:6
foreign
10:5
foreseeable
183:1
forged
138:13
forgot
6:1
form
9:24 15:15
16:5,6,7
17:22,23

18:20 22:8
24:15,17,21
26:4,23 27:2
31:8 34:9
35:16 36:7
38:12 39:2,21
41:20 49:18
51:4 66:23
67:13,18,25
69:2 70:3
71:15,20
76:10 77:23
78:7,9 82:10
86:8,23 87:2
138:11
140:10,12
150:14 170:4,
5,13
formal
136:19 194:14
forms
9:23,24,25
10:7 16:11
30:18,19,21
65:24 66:17
67:14 74:6
76:8,18 78:9
89:23 99:10
Fort
66:8,13 182:9
forth
116:7
forward
161:8
found
32:13 149:5
172:12
four
181:14
frankly
138:6 141:23
184:3,23
fraud

23:21 27:8
55:17 82:23
151:13 179:21
184:7 185:2
fraudulent
88:18
free
9:18 10:21,22
11:8,11,13,
21,22,24
12:7,18,24
13:4,11,13,
14 50:13,24,
25 51:10
106:15 166:7,
11,13,22
167:6 193:20
194:1 195:8,
15,23 196:3,
5,11,13,21
freely
180:3
Friday
30:1
friend
152:14 153:20
friends
117:16
frivolous
61:4
front
63:2 89:4
103:13 143:22
Frullo
156:12
frustrating
132:6
full
183:23 185:4
function
40:1 159:21
fundamental

183:20 184:20
188:16 190:11
furnish
50:24
further
37:13 96:13
105:14 151:3
163:2 198:9,
12
future
182:25 183:1

———— G ————

Gallego
153:22,23
154:17,18,
19,23 155:3,
9,18,24
156:4,8,12,
15 157:8,12
158:5,8,14,
18,22 181:1,
3,4 185:9,12,
15,23 186:8,
19,23 187:21,
22 190:1,6
191:10,17,
20,24 192:11,
18,21
Galveston
7:21
Garren
148:19
Garza
156:13
gave
17:15 75:14
116:20 117:17
geared
158:2
generally
3:10
generations

TX_00213054

USA_00017428

House Floor Debate - Volume II                    March 23, 2011

214

| | | | | |
|---|---|---|---|---|
| 184:12 188:23 | 78:6 144:18 | 40:17,18 | 151:12 153:4 | 19,22,23 53:2 |
| **gentlelady** | 146:22 | 41:17,19 48:8 | 157:1,2 | 59:4 60:15 |
| 26:18 28:7 | **getting** | 53:8 57:2,24 | 161:10,16 | 61:10 66:12, |
| 29:19 38:3 | 13:4 21:19 | 82:21 86:11, | 162:11 | 14 73:15,20 |
| 45:12 51:23 | 47:2 60:17 | 13 90:13 | 163:19,20 | 80:15 87:6 |
| 53:18 58:17 | 123:24 187:25 | 91:11 96:16 | 164:6,8,24 | 111:25 112:10 |
| 65:10 68:12 | 190:17 | 102:17 103:18 | 166:22,23 | 119:12,24,25 |
| 72:20 74:18 | **Giddings** | 108:5,6 | 177:15 | 120:12 125:7 |
| 108:22 111:15 | 132:25 | 112:14 116:6 | 179:11,23 | 140:10 |
| 174:6 176:18 | **give** | 118:23 121:7 | 182:24 186:21 | 142:20,23 |
| **gentlelady's** | 8:16,18 11:25 | 126:12 135:19 | 189:10 190:3 | 149:18 152:14 |
| 43:23 58:6 | 15:5,6 17:11 | 149:7 155:19 | 191:2 193:8 | 153:20 183:4 |
| 78:13,19,22 | 40:25 51:11 | 162:7 164:16 | 194:13 | 188:6 192:10 |
| **gentleman** | 61:11 81:14 | 167:12 171:9 | 195:10,11 | **gosh** |
| 11:1 15:21,22 | 119:7 166:22 | 172:3 174:21 | 196:6,12,14 | 128:12 |
| 63:9 85:12 | 183:18,19 | 181:8 182:5 | **gone** | **gotten** |
| 89:15 92:6 | 194:14 | 189:13 190:24 | 5:20 6:7 | 18:2 |
| 118:4 120:7 | **given** | 196:15,19,20 | 91:17 161:24 | **government** |
| 124:4,6 | 38:12 98:6 | **goes** | **Gonzales** | 31:13 34:17 |
| 141:17,20 | 100:22 145:11 | 4:22 70:25 | 72:16 97:21, | 53:23 64:19 |
| 149:21 153:24 | 150:21 166:8, | 139:22 195:11 | 23,24 98:16, | 66:21 67:21 |
| 154:19 160:10 | 17,25 | **going** | 24 99:11,14, | 69:6 71:20,24 |
| 161:1 176:14 | **gives** | 4:4,9 5:9 6:8 | 20 123:2 | 72:4 77:8 |
| 185:6,8 | 18:16 61:6 | 12:15 13:3,4, | 132:22 135:17 | 87:25 91:23 |
| 189:21,23,24 | **giving** | 6,8,9 20:11, | **Gonzalez** | 93:11 126:21 |
| **gentleman's** | 36:21 40:11 | 13 25:5 34:19 | 13:21 69:22, | 127:18 130:12 |
| 36:11 122:13 | 50:13 | 35:19 36:4 | 23,25 70:1 | 157:15 159:22 |
| 132:1 148:13 | **glad** | 39:22 40:14 | 71:6,8,11, | **governments** |
| 159:1 180:11 | 27:7 120:22 | 41:4,6 42:21 | 17,23 72:17, | 93:13 155:13, |
| 187:2 | 142:15 145:22 | 43:19 55:3 | 22,25 73:3,7, | 14 |
| **gentlemen** | **Glenn** | 58:14 61:21 | 12,17,22 | **governor** |
| 24:3 | 43:6 | 71:13 72:1,5 | 74:15,17,22 | 7:16 70:14 |
| **George** | **go** | 75:9,16,17 | 75:3,6,13 | **grandma** |
| 118:20 126:21 | 3:18 6:10 | 77:22,24 | 76:1,19 77:2, | 51:11 52:20 |
| 170:8 | 7:18 8:16,19, | 81:23 85:5 | 18 78:5,15 | **grandmother** |
| **Georgia** | 23 11:17,23 | 88:6 94:12 | 79:6,22 100:2 | 131:20 |
| 52:4,7,11, | 12:11,15 | 97:2 103:12 | 105:9,11,12, | **granted** |
| 12,13,23 53:3 | 13:6,7,12 | 106:6 109:3, | 17 | 2:6 6:21 |
| 73:1,5,10,15 | 14:13,14,18 | 4,9 110:16 | **good** | **great** |
| 171:11 | 15:6,7 17:3, | 112:14 119:8, | 19:19 20:8,15 | 19:21 21:18 |
| **Geren** | 11,19 21:17 | 10 121:6 | 31:1,2,14,18 | 77:1 163:14 |
| 156:13 | 33:2 34:8 | 125:18,20 | 32:11,12 | 172:8 |
| **germane** | 38:23 39:4,23 | 127:21 130:4, | 33:3,4 38:13 | **greater** |
| | | 13,15 136:11 | 52:13,14,17, | |
| | | 143:8 150:3 | | |

TX_00213055

USA_00017429

Case 2:13-cv-00193 Document 661-5 Filed on 11/11/14 in TXSD Page 92 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 261 of 285

House Floor Debate - Volume II                     March 23, 2011
215

180:7

**green**
48:17

**group**
70:6 80:8
155:17

**groups**
100:14 167:2,
6

**grow**
186:2

**growing**
124:8

**grown**
43:14

**guarantied**
40:7

**guaranty**
28:23

**guard**
163:4

**guess**
48:7 57:19
95:15 124:11,
24 179:10,11

**guidelines**
142:21

**GUTIERREZ**
50:19 51:21,
22 52:3,10,
18,22 53:1,7,
13 72:19,24
73:4,9,14,19
84:2 132:24

**guy**
120:12 126:3

**guys**
97:3 142:4

— H —

**habits**
77:3

**haggling**
49:16

**half**
76:6 183:11

**Hamilton**
156:13

**Hampshire**
172:13 177:19

**Hancock**
4:18,20 6:19
141:10,11,
18,19,22
142:13,18
143:11,21
144:7,21
145:3,10,15,
21 146:6,10,
15 147:5,14
148:4,19
149:1 151:24
156:13 160:1,
4,6,8,11,17

**Hancock's**
150:17

**hand**
198:16

**handgun**
30:17 50:7

**handicapped**
51:16

**handle**
18:11 149:1
158:16 164:24

**hands**
100:25 168:2

**hang**
23:11

**happen**
3:17 11:17
18:15 75:16
164:3 189:1,
3,4,6

**happened**
2:25 59:23

**happening**
57:4 59:11

**happens**
11:16 55:7
59:8 76:13
182:11 183:3,
4 190:9

**happy**
154:1,21
189:19

**hard**
24:14 114:16
118:18 121:18

**hardship**
183:7,17
184:5,21
186:4

**hardships**
183:17

**Harless**
2:4,8 4:16
6:22 12:21,22
13:19,22 23:3
25:17 29:8,9,
21 30:12 31:4
32:2,6,15,24
33:6,11,20
34:5,11,21,
25 35:2,3,5,
21 36:6,13,
14,21 44:3,25
45:1,14,16,
22 46:1,7,12,
15,22 47:8,
15,21 48:1,3,
20 58:11,12,
19,22,24
59:12,16,20
60:7,21 61:19
64:15,16,25
65:4,7,12,21

66:20 67:7,15
68:7,15 69:9,
11,15 73:24
74:1,20 75:1,
4,11,22
76:11,24
77:12 78:2,11
79:1,2,11,16
80:17 98:12,
13,18 99:8,
12,15,22
101:5,7,11,
17,22 106:10,
11 107:9,12
111:7,8,18,
20,22 112:1,
4,7,12 113:1,
5,9,15,19,24
114:6,15,21,
25 115:7,11,
14,17,20,23
116:2,6,10,
15,20 117:5,
22 118:10
120:19
122:16,23,25
123:14 132:25
133:21,22
135:8,14,15
137:17 138:22
142:20
144:10,23
145:4,11
146:12 147:17
148:7 173:13
182:21 187:4,
6 189:17
192:16,19,21
193:6,10,12,
15,19,22
194:10,13
196:1,2
197:2,4

**Harper**
152:1 162:6

**Harper-Brown**
61:21 102:8,
9,11,12,21
103:8,15
104:3,7,11,
13,18,21

**Harris**
3:9 198:2

**hasn't**
39:17

**haven't**
18:5 32:13
47:22 97:7
181:9 182:11
184:5

**HB**
41:23

**headed**
120:2

**Health**
88:25

**hear**
3:4 5:7 9:3
15:25 73:4,7
79:15 103:12
114:16 125:4
166:9

**heard**
24:9 52:8
55:19 56:6,9
71:8 72:25
73:6 99:24
105:13 119:19
122:19 132:16
136:4 150:21
153:11,13
179:18

**hearing**
38:14 128:20
136:12 155:25

**hears**
8:6 24:11
62:15 78:23

TX_00213056

USA_00017430

Case 2:13-cv-00193 Document 661-5 Filed on 11/11/14 in TXSD Page 93 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 262 of 285

House Floor Debate - Volume II                    March 23, 2011
                                                            216

100:4 102:4
104:16 105:20
110:1 117:7
122:21 132:18
136:6 148:21
194:22

**heart**
159:19

**height**
28:15 31:17

**help**
3:13 64:4,5
88:8 90:7
170:11 191:8

**helped**
5:24

**helping**
85:25 86:6

**her**
36:15 49:3
51:14 52:21
69:25 79:7,10
91:3 102:11
105:11 107:21
108:2 117:24
119:2,22
121:17 131:21
134:9 148:8
176:22 191:22

**hereto**
198:13

**hereunder**
151:16

**Hernandez**
91:1,3,4
97:10,15
136:22,24,25
137:2,12,15,
16

**Hidalgo**
97:21

**hidden**
13:16

**high**
80:11 150:19

**higher**
37:16 80:11
81:21

**highlights**
141:24 142:1

**Highway**
184:10

**Hilderbran**
184:11 188:11

**hindered**
26:13

**hire**
157:2

**hired**
17:8 18:23

**history**
119:13 171:14

**hit**
121:17

**HJR**
155:5

**Hobson**
153:15

**Hochberg**
58:15,16,21
59:1,14,17,
21 60:14
185:5,6,10,
11,16,18,24
186:6,8,12
189:19,20,
21,25 191:2,
15,19,22
192:9,12

**hold**
18:19 107:25
125:24 159:20

**holiday**
135:2

**holidays**
134:23,24

**home**
6:1,11 38:8
45:5 107:3
161:9 190:9

**Homeland**
68:25

**homogenous**
179:8 180:5

**honest**
157:4 196:14,
24

**honestly**
131:9,14,16,
24

**hope**
80:16 98:10
118:13 172:4

**horizontal**
94:12

**Horn**
182:1

**hours**
15:2 43:11
183:11

**HOUSE**
1:9,13 9:4,7
12:6 58:14
60:8,13 89:1,
23 107:2
136:2 155:11
165:25 178:25
181:6 187:12
197:12,14,15

**Houston**
3:9 153:17
156:3 176:18
189:2 191:14

**huge**
186:3 188:7
189:15,16

**Human**
88:25

**hundred**
35:22 138:7
182:5 189:5

**Hunter**
69:16 135:20,
22 148:15

**hurdle**
131:6

**hurricane**
7:8,11,13,21

**hypothetical**
161:21

---
                I
---

**I-9**
15:15 16:5,6
17:23 18:20
22:8,12,14,
20 23:11,14
24:15,16,17,
21 25:1,2
63:4,5,15,
21,24 65:18
67:4,8,17
68:1 69:2

**I-9s**
68:18

**ID**
3:20 5:18
6:5,11 7:18
8:2,19,22,24
9:18,19,24,
25 10:1,3,4,
7,19,20,21,
22 11:8,11,
13,14,22,23
12:8,18,24
13:4,7 14:19
15:7,17
16:12,18
17:3,9,10,11
18:1,15,18,

25 19:16
22:15 24:16
25:2 26:22,23
27:2,3,9,14,
20 29:11,13
30:13,15
31:6,12 32:7,
8,18,20
33:12,13,23
34:2,9,12
36:7 37:10,21
39:2,23,24
40:1,3,4,17
41:20 42:16
46:18 50:4,
10,13,24,25
51:4,7,10,17
53:9,24,25
55:3,8 57:3
58:13 61:7
62:8,9,10,11
63:3,5,14,15
64:1,6,9,10,
19,20 65:17,
22,23 66:4,24
67:10,20
68:1,21 69:6
70:13,15,17,
19,21,24
71:15 72:13
73:10 74:3,5
75:24 76:3,5,
8,10,15 77:7,
9,21,23 78:3,
7 81:25 82:1
83:3 84:20
86:8,23
87:15,16,17
88:18,20,22
89:9,23 90:1
91:12,25
93:19 95:1
96:1 98:9,22
100:18 102:17
103:19,24
104:6 106:15

TX_00213057

USA_00017431

Case 2:13-cv-00193 Document 661-5 Filed on 11/11/14 in TXSD Page 94 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 263 of 285

House Floor Debate - Volume II                    March 23, 2011
                                                          217

108:6,9,11,
13,15 109:10,
16 115:2
121:7 139:18
143:13
145:20,22,24
147:4 148:7
150:9,24
153:6 157:19
161:13 162:15
164:21 166:9,
24 167:12,25
168:8,20
170:2,5,6,
22,23 171:7,
10,12,18,19
172:22,23
173:10,25
174:4,19,22
175:3,7,9
176:1,2,19
179:6,9
181:7,23
182:2,5
184:16,17
190:8 193:17,
19,24 194:4,7
195:8,12,15,
23,24 196:4,
11,16,20,21
**Idaho**
170:14
172:12,15
177:19 178:5,
18 179:7
180:2
**idea**
52:14 54:14
85:19 164:7
**identificati
on**
14:14,25
15:15 16:7
17:22 18:12

20:19 21:15
22:1,7,9
23:6,20 26:4
37:3 38:17,
18,19,24,25
39:1,18 42:13
44:18,22
45:8,20,25
46:4,5,8
47:2,4,12
48:10,12 52:5
62:13 64:7,18
65:18,19
66:17 70:4,15
71:15,19,25
72:8,10 73:1
76:8,10 80:10
81:19,24
99:10 110:12
111:2 117:19
128:3 129:18
130:22 131:18
146:5 170:1
175:23 177:11
195:7
**identificati
ons**
66:11
**identify**
66:16 75:18
95:6
**identifying**
62:10
**identities**
53:5
**identity**
9:20 140:18
142:11 147:12
148:1,3
150:20
**IDs**
10:14 11:21
30:3 40:12
49:7 50:10

70:3 71:20
76:7 84:16,17
87:18 88:23
91:8 92:13,
14,21,25
93:1,4,8,11,
13 95:6,14
97:2 166:7,
11,12,13,17,
19,20,22,23
167:4,6
**ignore**
77:22
**ignored**
149:17
**Ike**
7:21
**imagine**
5:20 16:15,
19,23 17:7,12
24:25 92:19
**imaging**
56:7
**immigrant**
42:11
**impacted**
184:24
**impacts**
184:22
188:12,13,14
**impersonatio
n**
52:5 176:4
179:22
**implement**
152:21,22
153:1 156:22
157:3,22
**implementati
on**
152:20 157:18
164:3

**implications**
143:17
**importance**
119:21 172:5
**important**
21:4 23:6
24:16 37:24
80:7,8 114:2,
3 116:14
118:12
125:12,23
190:12
**impose**
127:3
**imposed**
124:16
**improve**
142:14
**improved**
170:17
**improves**
149:3
**inaccurate**
88:18
**inappropriat
e**
27:15
**Inaudible**
35:10 38:2
43:22 50:16
61:20 70:5
71:22 79:3
85:10 86:12
100:18 121:9
140:11
148:16,17,20
152:2 153:14,
17 156:3
160:11 173:21
186:9
**include**
10:7,14 26:9

37:9 51:1
101:19 121:5,
24 128:8,15
166:21 167:23
168:7
**includes**
10:1 14:21
26:7 91:6
99:1 100:22
**including**
42:16 98:8
114:13,19
115:9,12,15,
18,25 170:14
180:3
**income**
100:13,23
167:3
**inconsistenc
y**
151:2
**inconsistent**
187:9,15
**incorporate**
130:17
**increase**
114:25 171:16
173:5,7
176:21,22
177:9 191:4
**increased**
170:19
**increases**
175:20
**increasing**
173:14,16,17
174:7
**incur**
12:8
**incurred**
12:2
**Indiana**

TX_00213058

USA_00017432

Case 2:13-cv-00193 Document 661-5 Filed on 11/11/14 in TXSD Page 95 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 264 of 285

House Floor Debate - Volume II                    March 23, 2011
                                                              218

171:15

indicate
2:18

indicated
186:3 188:16

indicates
184:11

indicating
10:12

indigence
103:21 104:2

indigent
102:19 139:13

individual
15:14 16:3
27:22 38:9
54:5 55:7
195:11

individuals
26:14 27:25
30:2,5 37:7
39:5 53:25
70:6 100:13
147:2 166:8

inform
9:7 195:6
196:12

information
14:21 30:1,23
45:2 60:7
82:16

informing
49:21

informs
14:22

infraction
27:25 37:19

initiatives
100:22

inspired
62:24

instance
4:6 16:15
17:13 38:21
59:8

instead
129:13

institution
80:11 91:22,
23

institutions
81:21 82:9

instruments
159:19

insurance
10:15

integrity
5:10 6:12
84:15,17
147:25 148:6,
8 150:22
151:4,20
173:14

intend
2:1 174:21
175:2 195:8

intended
45:18 46:6
60:6 129:10
175:10

intensely
185:22

intent
30:8 114:4
147:7 177:10

intention
5:1 142:8
167:5

interacting
195:21

interested
11:21 12:17
79:11,12,17,

18 198:14

interesting
54:18 159:16

interject
95:10

intermarried
188:24

internationa
lly
57:19

Internet
56:21 188:3

involving
27:8

Iowa
170:14

island
7:22

isolation
183:12

issue
7:20,25 29:12
57:18 64:9
81:24 82:21
85:6 93:13,17
96:21 97:8
106:13 108:6
114:7 141:24
154:24 179:16
188:7 189:16

issued
12:7 26:2,5
28:18 29:1
30:25 31:13
32:18 34:10
35:15 37:1
39:20 43:8
46:8,9,18
50:10 51:7
64:19 65:23
66:21,22
67:21 68:21,

24 70:13,17,
21 71:20
72:11 74:12
76:5,7 77:9
80:10 81:20
84:15,17,20
87:15 88:22,
23 90:1
92:14,21
138:9 193:20

issues
93:21 125:9,
10

issuing
12:24

_____
        J
_____

James
159:18

January
49:14

Jimmy
159:18

job
15:14,17 16:5
77:1 142:21
148:7

jobs
15:13 22:6,8
64:5 86:25

John
156:12

join
90:14

joined
152:14

joint
153:20 154:14

journal
24:7 117:6
122:18 132:15

judge
2:22 3:9 4:7,

12,22 5:14
6:9 38:14
96:12 153:15,
17 155:25
156:2 164:12

judges
3:7,23,24
18:10 33:2
76:16 112:16
153:12,13
154:5 156:3
164:10

just
2:20,24 3:25
8:1 17:6,15
18:22 21:17
24:15 31:8,
19,24 33:24
34:18,24
35:18,19 36:1
44:20 46:3
47:12 56:2
57:4 62:8
64:23 66:18
68:22 71:13
75:19 77:12,
16 79:1 81:7
82:8 84:14
86:23 88:13
92:2,13
101:12,18
103:23 104:1
106:6 107:4
109:10 119:18
121:2,12
126:17
127:23,25
134:16
140:18,19,
20,25 148:25
150:5,17
153:25 156:20
157:13 159:10
166:4 169:2
175:9 179:14

TX_00213059

USA_00017433

Case 2:13-cv-00193 Document 661-5 Filed on 11/11/14 in TXSD Page 96 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 265 of 285

House Floor Debate - Volume II                    March 23, 2011
                                                              219

180:2,4 181:8
188:2,4
190:11
**Justice**
112:15 153:16
**justificatio
n**
66:17 67:24

          **K**

**keep**
64:4,5 124:8
129:12 162:12
173:21 175:2
**keeper**
9:1,3
**keeping**
106:2
**Keffer**
148:17 186:15
**kidding**
150:4
**kind**
43:8 59:7
86:8 133:23
176:4,9
177:10 183:11
185:1
**kinds**
92:21
**King**
155:6 186:16,
17
**knew**
81:1
**knock**
36:1
**know**
3:24,25 4:1,
13 5:11,16,
17,19 6:10
12:4,10 14:9

17:2 19:5
21:19,25
24:13 27:16,
19,25 31:9
35:21 40:5
42:12 45:19
48:14 49:19
51:12 52:10
54:19 55:15
56:6 57:8
61:3 62:12
66:9 68:18
71:6 73:9,12
74:9,10
76:20,24
79:16 80:6,14
83:2 85:3,21
86:1,2,5,7,
8,10 87:9,10
91:20 92:25
93:19 94:24
95:2,5 96:15,
16 112:20
117:15
118:13,17
119:6,18
120:21 121:4,
18,21,23
124:20 126:16
128:11 133:16
140:1 149:16
152:24 158:2,
14 159:16
161:18 162:16
164:1,9,25
171:11 178:2,
3,7,12,14,24
182:23 184:9,
10,13 185:19,
23 186:24
188:17,19
190:17
**known**
70:13
**knows**

4:8 5:14
118:14,20
**Kolkhorst**
84:1 148:17
155:6 165:17

          **L**

**La**
182:13 189:6
**lady**
34:23 42:25
71:4 103:2,3,
7 121:22
**laid**
14:19 66:18
67:24 179:19
**land**
96:13 185:25
191:13
**language**
108:10,14,17
109:13 117:21
123:18,19
130:21,22
131:19
**large**
30:2 66:9
154:25
**larger**
153:2
**largest**
66:7 171:13,
16
**Larry**
88:16 89:7
127:24 131:8,
24 161:4
**last**
35:12 43:15
58:22 74:2
81:22 100:15
170:10
175:14,15

**later**
16:17,18
18:24 136:14
140:17,22
149:13
**law**
8:15 14:12,15
15:6 17:10
19:19 20:8,
15,22,24
23:10,14,15
24:24 27:22
28:1 30:6,9
31:23 34:16
38:8,10,14
40:9 41:14
56:2 90:8
108:18 111:25
112:11 118:21
119:11 122:5
124:15 125:7
127:9,11
128:9 129:6,
11 130:6
143:6 144:20
147:2,3,11
150:9 195:24
**laws**
86:20 128:24
129:19,22
130:12,14,18
159:14,15
**lawyers**
127:19
**layer**
70:23 77:13
**laying**
14:8 50:18
68:5
**leaders**
159:20
**leads**
151:2

**League**
153:16
**leagues**
165:1
**least**
15:1 42:21
96:23 110:9
117:10,13
185:20,21
**leave**
58:14 127:17
**leaves**
2:21
**leaving**
60:13
**left**
141:6 190:17
191:11
**legal**
37:2 39:19
**legally**
17:8 18:24
**legislation**
8:18 19:6
21:25 45:4
52:7 92:17
95:19 113:13
114:11
117:12,25
119:14,16
131:15,17
192:3
**legislative**
89:2
**legislature**
6:8,17 27:7
90:3 111:12
114:9 123:25
132:8 140:9
155:10
**legislatures**
179:5,7

TX_00213060

USA_00017434

Case 2:13-cv-00193 Document 661-5 Filed on 11/11/14 in TXSD Page 97 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 268 of 285

House Floor Debate - Volume II                    March 23, 2011
                                                              220

Legler
68:11,12,17

length
51:8,19

Leo
120:21
121:11,19
122:1,2,5

less
25:7,8 28:1
186:21 190:3

let's
11:15 13:14
16:10 36:1
59:8 76:19
90:11 99:4
113:21
146:14,15

letter
29:12 49:21
159:16

letting
163:16

level
62:12 84:16
164:4

liaison
89:3

licence
83:10

license
10:2,16,17,
18 11:16 12:7
13:7 17:16
18:1,6 26:10
28:2,21 29:13
30:6,14,15,
17 31:6,21
32:8,18,19
33:14 34:2
35:14,15
36:3,9 38:11
39:21 43:7

49:11,12,15,
22,25 50:1,4,
7,9 51:2,3,4,
7,14,15,16
52:12 53:9
54:7,19,24
55:8 56:10,
14,19,20,22
59:9,15,18
60:10 63:23
64:20 65:22,
23 67:9,10
68:19,21 73:5
74:4,5 75:23,
24 77:21
89:8,25
137:4,9
138:11 170:6
181:8,9,12,
15,18,22,23
182:3,17,19
183:2,24
184:16 185:4
188:3 190:22
191:1 192:7
195:13 196:6,
15,20

licenses
59:10,24
82:24 93:21

life
131:22

light
48:17 106:7,
22 107:1

likelihood
66:12,14

likely
138:13 186:21
190:4

likes
17:13

Likewise
59:1

limit
5:12 38:10
39:19 58:13

limitation
65:3

limited
94:3 96:2
184:21,23
188:14,15

line
17:16,20 18:4
49:15 51:3
54:20 57:3
134:18 144:1,
5 195:18

lines
22:11 43:18
61:9 112:19

link
195:17

list
22:17,18
84:22 137:5
155:16

listed
78:8

listen
24:14

listened
121:11

listening
79:13 121:1

lists
68:20

litigated
22:3

little
3:1 5:7 14:8
37:16 40:2,7
47:17,18
68:17 91:25
178:19 180:4

188:18

live
41:6 56:24,25
66:11,13
75:7,15,20
76:13,21
181:25
182:11,16,18
183:6 192:6

lives
190:10,12

LLC
198:24

local
12:16 91:19
93:11,13
95:11 97:1
154:24
155:13,14
156:24 157:5,
14,15 158:6
164:4,18
167:25 169:1
188:4

located
181:15 182:3

location
82:15,16
99:6,19

locked
7:22

Lockheed
64:8 66:8

logic
151:19

logical
150:16

long
26:22 27:1
80:6 118:22
183:16 186:5

longer

34:3 53:8
139:12,13,14
152:15 154:13
156:22 158:3

longest
60:11

longstanding
188:25

look
6:6 18:19
23:5 30:4
31:8 41:17
45:17 47:17
77:20,23,24
85:9 93:14,22
94:11 128:5
131:9,14,16
133:17 134:18
141:25 142:15
165:1 187:23

looking
134:3 142:14,
24 172:11

looks
75:21 93:17
140:4

loop
43:18

lose
11:15,22 13:6
27:22 167:12
184:16

lost
7:22 12:6
17:9,10 18:25
37:3 51:1
56:19 59:23
60:10,18
193:25

lot
34:4 41:5,14
42:20 58:22
76:25 97:5

TX_00213061

USA_00017435

House Floor Debate - Volume II                    March 23, 2011

221

| | | | | |
|---|---|---|---|---|
| 167:3 169:3, 20 172:2 178:6,10 179:8 185:14 | 150:10,23 151:13 187:18 | **markers** 97:6 | 24:20 | 48:6 49:5 58:12 60:24 62:8 64:16 |
| **love** 187:7,8 | **mailing** 59:22 | **Marquez** 71:1,3,7,12, 18 72:14,18 | **matter** 29:25 100:25 134:10 154:10 198:11 | 70:1,2,8 74:1,24 75:7, 9,15 76:21 |
| **Loving** 184:8 188:18, 22 | **Maine** 170:14 | 97:15,16 | **mean** 22:2 46:17 | 80:6 81:1 83:16 84:3,13 |
| **low** 100:13,23 167:3 178:1 | **maintain** 148:8 191:8 | **marriage** 10:15 194:6 | 56:1 65:5 82:13,19 | 85:2 88:13 89:23 90:8, 11,21 91:5,16 |
| **Lucio** 137:18 138:22 148:16 | **major** 113:13 131:15,16 | **married** 137:2,3 | 84:14 88:5 92:25 97:5 116:16 124:25 | 97:12,25 99:24 100:12, 16,20,24 |
| **luck** 60:5 | **majority** 75:19 76:13 162:19 164:13 | **Martha** 183:5 | 127:18 128:10 158:13 164:15 171:5,6 | 101:14 102:13,14 104:17,20, |
| **Luna** 91:1,3,4 97:10,15 | **making** 18:14 19:13 21:4 33:11 | **Martin** 66:8 | **means** 4:12 22:14 42:15 68:25 | 23,25 105:12 106:4,12,22 107:10,14 |
| 136:22,24,25 137:2,12,17 | 34:8 40:22 41:16,18 | **Martinez** 9:12,13,14, 15 11:3,7,9, 12 12:3 13:1, | 182:25 190:2 | 108:3 110:9, 25 111:1,9 |
| ——— M ——— | 129:1 158:12 177:15 | 2,18 63:6,7, 9,13,19 84:1, | **measure** 96:16 | 117:10 122:19,24,25 |
| **Ma'am** 42:3,7,10,23 | **man** 49:10 118:20 | 8,10,12 88:11,12 | **mechanism** 77:10 | 123:6,13 132:5,7 |
| 74:22 75:13 101:21 113:11 | **mandate** 158:19,21 159:8 161:6,7 | 89:17,21 90:8,15,19 137:18 169:10 | **meet** 72:3 136:2,17 | 133:9,22 134:9 135:23 |
| 114:10 116:9 | 162:11 | 195:1,3,4 196:9,10 | **meeting** 136:19 | 136:4,10 137:1 138:4 |
| **Madam** 9:1 | **mandated** 33:21 | 197:1,5 | **Member** 8:15 70:12,25 | 139:8 141:11 148:25 149:6 |
| **mail** 17:17 49:20 | **mandates** 152:15,18 153:18 | M A R T I N E Z - F I S C H E R 89:19 90:6 | 90:2 98:14 101:7 118:19 166:1 193:13 | 151:21 152:11,24 153:11 155:10 |
| 60:18 140:8, 9,20 142:11 143:6,7,12, | 154:10,13,24 155:13,20 156:6,17,18 | **mas** 183:8 | **members** 2:9,17 3:3 | 156:13,16 159:6 164:1,3 165:8,13,16, |
| 16,20 144:5, 12,17,19,22 | 157:4,9 158:23 159:7 | **Mason** 170:8 | 4:15,20 6:14, 24 7:8 8:14 | 17 166:4,7 167:21 168:18 |
| 145:9,20 146:5,8,16, | 163:5 165:4 | **match** 137:4 140:5, | 9:16 10:19 12:22 13:2,17 | 169:7,11,19 170:21 171:5 |
| 19 147:3,6,8, 10,15,16 | **man's** 96:13 | 7,10,11,12 141:3 148:1,3 | 14:7,9 15:3, 12 24:13,25 | 175:7 176:10 180:17,21 |
| 148:3,5 149:15,18 | **March** 49:24 136:18 | 149:12 151:15,16 | 26:1 29:9 36:20,23 | 181:5,6 187:7,23 |
| | | **matching** | 44:7,16 45:1 | |

TX_00213062

USA_00017436

Case 2:13-cv-00193 Document 661-5 Filed on 11/11/14 in TXSD Page 99 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 268 of 285

House Floor Debate - Volume II                          March 23, 2011
                                                                    222

189:8 192:13
193:6 195:5
196:2,10

**Menendez**
152:8,9,10
153:25 154:3,
21,23 155:2,
7,15,22
156:2,7,14,
19 157:11,16
158:7,13,20,
24 160:21,23,
25 161:4,20
162:1,8
163:7,11,15,
24,25 165:10,
14

**menos**
183:8

**mentioned**
12:4 24:15
121:2

**mere**
119:1

**merits**
143:17

**mess**
96:24

**messenger**
9:5,6

**met**
112:17

**metroplex**
66:12

**Mexico**
42:11,12 56:7

**mic**
35:17 63:2
103:13
143:22,23
193:8

**mid**

173:6

**migrate**
76:21 77:6

**migratory**
77:3

**mile**
191:16,23

**Miles**
100:8,9,11
101:9,20,23
102:1 182:6,
7,8,9 183:8,
14 191:14,16,
18,20,25
192:1

**military**
10:6,15 50:4
91:7 92:2

**million**
16:16 17:13
43:16 100:19

**millions**
51:9,20
116:14 119:3,
23

**Milwaukee**
177:25

**mind**
31:2 110:9
118:18 133:18
150:6 173:8

**mine**
57:14 154:7,8
172:10 185:14

**minimize**
176:8,9

**minimum**
60:17 164:6

**Minnesota**
170:14,18
172:12
177:19,24

**minor**
37:17

**minorities**
37:2 100:13,
23 114:13,20,
24 115:6,10,
13,16,19
116:1,4,24
117:25 119:4
121:3,4,5,
13,15 122:6
167:2

**minority**
117:12
120:12,15
121:5,18,24
123:19 162:21

**minute**
2:23 18:22
34:24 113:22

**minutes**
124:10

**misdemeanor**
31:24

**mislead**
196:23

**misplaced**
89:25

**misrepresent**
45:18

**miss**
184:17

**Mississippi'
s**
87:16

**mistake**
37:14,19
166:10

**mistakes**
37:17

**mom**
3:12 6:1,2,6

**moment**
18:7 76:20

**Monday**
23:23 133:23
136:13,14

**money**
10:23 50:13
61:1,11 153:4
157:3 158:15,
16 164:6

**month**
190:25

**months**
50:3 60:2
108:18

**morning**
3:11 5:23

**most**
3:23 6:7 29:6
35:25 80:6,8
81:5 100:13
101:2 149:14
152:24 167:2
184:10
185:19,21,22

**mother**
3:20 4:2

**motion**
2:4,5,7,10
5:8 6:15,19,
20,25 12:23
13:17,20,25
24:9,23 25:6,
9,14,19 32:25
36:15 44:1,4,
8 48:23 61:24
69:9,12,18
83:20,22 84:5
17,22 97:12,
18 99:24
106:3 107:7,
10,15 122:16,

19,24 123:7
132:16,20
133:2 134:10
135:11,14,
18,21 136:4
148:18,20
151:22,25
152:5 164:17,
19 165:8,12,
18 169:7,12
171:3 180:17,
22 189:18
192:14,20,24
196:25 197:3,
7

**motivations**
151:11

**motor**
173:7

**mouth**
113:6

**Move**
15:8,18 29:6
34:21 48:16
64:13 76:14
78:19 80:16,
20 81:1 84:23
88:9 90:13,16
92:3 101:24
102:20 105:14
106:3 107:7
111:5,13
118:2 123:19,
23 124:1
127:8 132:12,
13,20 133:16
135:23 138:17
141:8,12,14
142:22 160:2,
19 163:6,22
167:3,11,13
168:22 169:4
171:1,6,20
174:5 180:13

TX_00213063

USA_00017437

Case 2:13-cv-00193 Document 661-5 Filed on 11/11/14 in TXSD Page 100 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 269 of 285

House Floor Debate - Volume II
March 23, 2011
223

194:5
moved
189:17 193:25
moves
2:4 6:19
13:19 25:13
44:3 48:3,20
69:11 78:21
83:22 97:11
107:9 117:4
122:23 135:14
151:24 165:11
169:6 180:16
192:19 197:2
movie
39:23 56:11
moving
60:19 166:1
172:16 187:24
Municipal
153:16
must
6:11 9:19,23
15:14 16:5
26:9 72:3
73:14,15 76:3
151:20
myself
122:17 132:14

N

name
10:11,13
26:6,9 28:17
137:7 166:18
167:1 194:5
named
118:20
names
137:5
narrowly-
defined
23:17

nation
70:8 125:13
130:16 173:10
native
70:2,8,10
71:14 77:4
natural
7:15 8:2
naturalizati
on
10:3
Navy
91:7
nay
61:17 97:15,
16 138:21
151:25 169:8,
9,10 197:3
nays
2:10 6:25
13:24 25:18
44:8 48:21,22
61:24 69:18
84:4 90:22
97:17 104:25
107:15 123:7
133:2 135:18
137:21 138:25
152:4 169:12
180:22 192:24
197:7
nearest
183:7,10
nearly
183:14
neatly
195:19
necessarily
29:23 31:5
33:16 39:16
95:5 125:16
necessary

8:24 19:24
101:3 113:23
114:5 119:2
125:11,16
135:23 191:7
need
4:22 6:2,4,10
8:19 9:17
10:20 11:17,
18 14:14 15:7
21:19,22
22:15,20
23:12 24:17
25:1 31:9,10
37:22 38:19
39:24 40:3
41:7 53:8
61:8 70:19
86:5 88:19
98:7,9 112:24
113:8 121:6
124:15,22,24
127:2,17
128:11,15
130:7,24
131:7 136:13
140:16 149:12
152:18 153:8
157:2 162:24
166:17,22
167:1 169:22
172:6 182:2
193:24 194:15
195:23 196:4,
18
needed
17:12 37:10
72:7 102:19
needing
57:24
needless
10:19
needs
38:16 69:8

123:25
negative
175:12
neighboring
182:10
Neither
27:12 166:19
178:10 194:8
198:9
never
59:12 96:17
102:17
new
8:16,17 14:15
17:3 31:24
108:6,13
166:11,12,
19,24 167:12
168:8 172:12
177:19 194:8
news
105:13
newspaper
153:3 161:9
night
47:25 124:8
161:3
noble
167:2
nobody
190:24
nonetheless
162:18
normal
60:1
North
170:14
172:13,16
177:19 178:9,
18 179:7
nos
165:18

notary
198:5,21,22
nothing
41:10 67:19
105:14
notice
50:1
noting
31:18 69:15
November
7:12 171:13
number
18:3 22:14
23:13 24:18
25:3 26:10
28:21 56:21
63:24 74:24
75:2 89:8
90:12 184:21,
23
numbers
30:2 81:7
187:14

O

o
183:8
objection
8:6 24:10
62:15 99:25
100:3 102:3,
24 103:21
104:2,15,17,
19 105:19
109:25 117:6
122:20 132:17
136:5 137:13
138:19 139:15
148:20 161:14
162:15 194:21
objectivity
4:23
obtain

Case 2:13-cv-00193 Document 661-5 Filed on 11/11/14 in TXSD Page 101 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 270 of 285

House Floor Debate - Volume II                    March 23, 2011
                                                            224

11:17 12:13
13:7 40:17,18
70:14 82:23

**obtaining**
12:18 14:24
106:24

**obviate**
140:16

**obviates**
149:12

**obviously**
22:24 53:3
57:22 64:6
79:8 131:19
180:8

**occasions**
89:25

**occur**
140:18

**occurred**
49:20

**occurrences**
38:9

**occurs**
138:15,20
151:14 165:12

**o'clock**
5:23

**offense**
27:21 34:15
40:9

**offenses**
37:4,5

**offer**
23:2,3 67:4
134:21 172:13

**offered**
68:9

**offering**
3:22 123:16

**offers**

67:5 168:12

**office**
37:16 38:17,
23 39:25 43:6
153:7,8
160:12 162:12
164:2 181:9,
12,15,16,18,
21 182:3
183:2 185:4
188:4 189:9,
10 192:7
198:17

**officer**
14:22 33:4,9
39:17,18
82:11 137:7
138:12

**officers**
33:19 153:16

**offices**
14:25 43:17
181:20 190:22

**official**
10:12 14:20
74:11 90:4

**offset**
191:12

**Oh**
5:25 109:18
127:2

**Okay**
9:15 11:25
13:2 16:8,22
32:6 48:1,16
54:13 55:6
62:14 67:23
71:18 73:15
77:18 93:3,12
96:10 103:11
104:1 109:18
113:21 123:13
126:7,19,23

128:4 129:7
133:18
139:21,24
140:8 143:14
146:14 164:15
166:6 196:10

**old**
2:20 50:9
51:14,17
52:21 53:9

**older**
188:1 190:15,
17

**once**
3:18 39:11
190:23 196:11

**ones**
3:24 35:25
85:4 93:24
94:3

**one's**
28:2

**one-way**
182:4,5

**open**
15:1 153:9
162:12 181:19
182:22

**opinion**
156:25 177:2
190:2

**opportunitie
s**
17:15

**opportunity**
4:10 18:16
35:25 51:11
55:11 60:25
61:1,6,12
81:6,9,13,
14,18 96:2
98:6 138:15
145:12 153:6

158:10 181:8,
22 187:17
189:13
192:15,16
195:23 196:5

**oppose**
85:3 196:7

**opposed**
19:6 44:5
69:13 86:23
134:25

**opposition**
15:10,12 29:8
78:22 123:21,
23 141:10
187:5 196:1

**opt**
158:9 159:10

**optional**
33:22

**order**
3:2,3 10:11
12:16 13:15
15:13 22:12
23:10 24:3,4
26:8 36:11,12
43:11,23
58:6,7 63:3
65:16,17 68:1
72:2,12 76:3
78:13 88:1
101:14
122:13,14
132:1,2
148:13,14
159:1,2
166:23
180:11,12
187:2,3

**ordered**
24:11 49:11
99:25 100:1
117:7 122:21
132:18 136:6

148:21

**origin**
2:24

**original**
10:7,8,10,15
12:5 17:21
18:17 70:15,
19 76:4

**ought**
22:23 47:11
64:10 81:8,
17,18 84:16
106:23

**outcome**
150:18

**outcomes**
151:9

**outlying**
182:12

**outs**
79:12,18

**outset**
151:8

**outside**
15:2 43:18
101:15

**over**
3:8 5:21 36:1
37:6 38:10
39:19,25
43:10,15
51:13 54:7
56:20 59:4
60:19 85:25
117:25 138:7
188:3,18

**overcome**
132:12

**overwhelming
ly**
179:4

**owe**

TX_00213065

USA_00017439

Case 2:13-cv-00193 Document 661-5 Filed on 11/11/14 in TXSD Page 102 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 271 of 285

House Floor Debate - Volume II                    March 23, 2011
                                                             225

101:1

**P**

Page
2:17 111:3

pages
198:6

paper
36:8 40:2
54:24

par
142:3

parent
5:21

parents
3:7 5:21

parents'
12:6

part
47:6 76:17
128:10 130:15
173:3,6

partial
181:16,24
182:17

participate
61:12

participation
170:21 173:7

particular
4:3 6:4 59:2
79:7 98:25
159:11 177:4
179:21

particularly
55:18 66:13

parties
198:11,13

parts
125:11

party

61:9

Paso
13:22 69:22,
23 70:10
71:8,10 75:7,
9,15,17,20
76:13 105:9
182:7

pass
3:17 24:22,24
37:16 145:7
175:16 176:19
179:24

passage
29:6 48:16
64:13 80:16
102:20 105:14
106:3

passed
105:1 112:13
119:13 171:14

passes
17:9 130:12
147:2 150:13

passing
92:17 97:3
176:19

passport
10:5 30:15
36:7 50:6
57:7,8,9,17,
24 58:2 65:24
72:9 74:5
170:6

patch
163:19

patchwork
162:25

patent
151:1

Patrick
148:16

pattern
125:3,6

pause
79:21 119:8

pay
11:18,19,23
12:14,16
13:10,12

paycheck
14:20

paying
40:10

Pena
132:23

penalized
28:4

penalties
137:11

penalty
30:9

people
6:8,16 7:21
13:3,12,15,
16 15:3,13,17
16:16 17:13,
24 18:14,17
20:19,23
21:5,8,11,12
22:6,7 23:7,
18 33:17
34:4,16,18
35:13,19,22
36:4 40:20
41:5,17,18,
25 42:2 43:16
49:6 50:13
52:13,23,24
53:8,12
56:10,24
57:7,17,23
61:6,10,11
64:4 65:25
66:10 73:15,

16 75:17,19,
23 76:12 77:4
79:9,15 80:8
81:24 82:21
85:24,25 91:9
107:3 114:3
119:7 131:20
138:14 140:25
142:6,10
143:5,10,19
144:3,4
145:8,19
150:23 153:5
157:2 158:17
159:20 162:13
166:17,22,25
167:3 171:20
174:8 176:6,
10 177:11
179:20,25
180:1,3
182:16,18
183:18 184:1,
22,23,24
185:19
188:11,14
190:9 191:11,
16,22 194:4
195:13 196:5

people's
21:1

percent
55:15 151:13
170:18,20
185:25 186:2
191:13

perfect
97:2

perform
9:23 86:9

period
54:7,23
104:10 135:2
158:17

perjury
137:11

permanent
34:12 53:24

permission
136:1

permissive
108:10,17

permit
8:23 14:23
26:2,5,8,12
27:24 28:4
29:1 30:11,25
31:3,14 32:11
33:3,18 34:10
36:24,25
37:1,8,12
38:13 40:2
41:4 43:11
138:9,11

permits
29:24 30:3
31:11 169:19

perpetuity
157:24

person
4:3,8 5:14,16
6:10 9:19
17:25 23:21
26:3,7,8
28:12 30:19
31:15 33:12
37:20 51:3
54:10 55:11
66:24 69:4
77:7,10,20,
22,25 98:5
102:17 110:12
140:11 142:8
146:4 149:3,
12 190:23
191:1 195:22

personal

TX_00213066

USA_00017440

Case 2:13-cv-00193 Document 661-5 Filed on 11/11/14 in TXSD Page 103 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 272 of 285

House Floor Debate - Volume II                    March 23, 2011
                                                            226

| | | | | |
|---|---|---|---|---|
| 44:17,22 | 11,12,18,20, | 153:6 157:18 | 4:14 5:13,22, | 24:3 36:11 |
| 45:8,20,25 | 25 127:12,16 | 161:13 | 24 15:18 | 40:16 43:23, |
| 46:4,5,8 | 128:1,4,7, | 167:23,24 | 16:25 20:7,9 | 24 50:8 58:6, |
| 47:2,3,12 | 17,22,25 | 168:7,9,11 | 21:21 59:9 | 7 78:13,14 |
| 48:10,12 | 129:5,9,20 | 169:2,25 | 65:16,20 | 87:20,22 |
| 110:12 | 130:2,11 | 170:2,5,23 | 70:24,25 | 92:20 95:4 |
| **personally** | 131:1,5,11 | 171:12 | 72:12 91:19 | 116:25 |
| 4:8,13 5:17 | 132:20,22 | 175:23,25 | 97:6 98:4,20 | 122:13,14 |
| 6:10 | 136:7,9 | 177:11 | 99:9,16,18 | 127:1 128:25 |
| **persons** | 159:3,5 | 184:16,17 | 112:3,6 | 132:1,2 |
| 37:22 50:24 | 160:2,7,8, | 190:8 195:24 | 113:10,12 | 147:19,21 |
| **person's** | 13,19 161:2, | 196:11,16 | 135:25 142:7 | 148:13 156:22 |
| 26:9,13 30:9 | 16,22 162:6, | **photograph** | 145:11 170:25 | 159:1,2 |
| 80:12 | 16 163:9,13, | 80:12 84:21 | 195:20 | 180:11,12 |
| **perspective** | 18 165:11,14 | **photographed** | **places** | 184:13 187:2, |
| 127:4 128:11 | 167:8,10 | 9:21 | 33:3 64:8,9 | 3 |
| **PHILLIPS** | 168:15,17 | **photos** | 66:15 96:24 | **pointed** |
| 28:6,9,13, | 169:6,9 | 29:13 | 99:5 168:1 | 175:19 |
| 19,22 29:3 | 171:2,4,23, | **physical** | 169:20 180:9 | **police** |
| 36:10 64:22, | 25 172:1,7, | 26:11 28:12 | **plane** | 33:9,19 |
| 23 65:2,5,8 | 18,22 173:1, | 31:15 32:8 | 90:5 | 153:16 |
| 80:18,20 | 9,16,24 | **picks** | **planning** | **policies** |
| 81:1,10,13, | 174:3,10,13, | 194:4 | 71:24 | 10:15 |
| 15 82:4,5,6, | 18 175:2 | **picture** | **plans** | **political** |
| 14,20 83:5, | 177:2,7 | 6:5 18:1,3 | 182:22 | 91:24 96:6 |
| 11,22,23,25 | 180:16,18 | 28:10,14,23 | **plates** | **poll** |
| 84:24 85:1, | **photo** | 29:25 30:16 | 51:3 | 13:16 18:10 |
| 14,18,20 | 8:2 14:24 | 42:16 54:15, | **please** | 33:21 66:1,24 |
| 86:2,7,15,19 | 18:1,18 22:15 | 24 57:3 70:13 | 42:6 58:17 | 74:7 75:8 |
| 87:7,12,19 | 26:22,23 | 82:1,16 87:1 | 75:12 78:20 | 76:16 77:14, |
| 88:3,7 90:16, | 27:2,9,14 | 89:8 161:15 | 89:16 101:15 | 22 95:5,11,22 |
| 19 91:13,15 | 29:11 31:5 | 176:1 | 103:2 150:7 | 96:11,24 |
| 92:8,9,12, | 32:18 33:12 | **piece** | 153:18 157:5 | 174:8 |
| 15,24 93:3, | 36:7,8 37:3,9 | 40:2 54:24 | 164:19 171:24 | **polling** |
| 10,15,18,23 | 38:25 39:23, | 113:13 | 185:7 189:22 | 3:13,14,25 |
| 94:2,7,10, | 24 40:1,3,4 | 119:14,15 | **pleasure** | 4:14 5:12,14, |
| 19,23 95:7, | 63:3 64:1 | 131:15,16 | 58:25 | 22,24 16:25 |
| 13,17,24 | 65:17 67:20 | **pilot's** | **plus** | 20:19 21:21 |
| 96:8,15,20 | 73:10 77:21 | 10:17 | 94:14 | 30:20 33:3 |
| 97:4,7,11,14 | 88:21 98:22 | **Pine** | **pocketbook** | 65:19 70:25 |
| 123:21,22 | 102:17 103:24 | 182:13 188:9 | 156:25 | 77:7 91:19 |
| 124:7,14 | 104:6 139:18 | **place** | **point** | 96:5,6,9,11, |
| 125:4,8,17, | 145:20,22,24 | 3:13,14,25 | 4:2 17:8 22:4 | 18 98:4,20 |
| 20,24 126:4, | 146:5 147:4 | | | 99:5,9,16,18 |
| | 150:9,24 | | | |

TX_00213067

USA_00017441

Case 2:13-cv-00193 Document 661-5 Filed on 11/11/14 in TXSD Page 104 of 112

142:7 169:20 170:25

polls
4:4 5:24 18:14 33:18 37:20 71:16 76:15 115:1 162:22 173:15

populated
185:20 186:4

population
43:15 70:7,10 187:13,25 189:4,5 190:17

port
50:6

portion
111:3 124:19

position
127:10 147:13

possibility
176:6

possible
22:17 180:3

possibly
51:1 60:6 162:12

posting
136:12,14

posts
96:12

potentially
139:11

practical
184:19

practice
38:7 65:6 101:4

precinct
3:19,23 4:7 45:5

preclearance
112:15

preclude
108:19

prefer
180:2

premise
18:17

present
9:20 14:19 44:8 61:24 69:18 84:4 90:22 97:18 104:25 107:15 123:7

presented
77:23

presenting
95:1 168:11

president
7:16 91:10 118:25

Presidio
183:5,8 184:10 188:9 189:7

presumably
21:22

pretty
43:20 142:20 162:1 183:19 195:10

prevail
81:6,7 132:11

prevails
2:11 7:1 13:25 25:19 48:23 69:19 84:5 90:23 97:18 107:16 123:8 133:2 135:19 152:5

165:19 169:13 180:23 192:24 197:7

prevent
34:17,18 141:5

preventing
30:10

prevents
21:21 34:16

previous
110:10

primary
9:24 10:1

principle
154:10,12 157:8,13

prior
41:13 137:3 162:2

private
80:11

probably
12:5 51:2 77:7 81:4 93:4 178:24 186:2

problem
88:2 102:14 103:20 129:15 134:1 138:5 139:16 153:1 163:16 170:12 179:12,15,17 181:5

problems
21:23 32:13 139:11 148:6

procedure
38:12 129:12

procedures
87:13

process
4:11 5:10 6:13 26:15 28:5 49:17 61:12 80:9 91:17 94:25 95:19 100:14 142:3,10,12, 15 144:2,4,17 146:12 147:25 168:2,5 169:24 170:22 171:9 174:20

processing
59:19 60:1

produce
94:4

producing
88:17 191:6

professional
149:8

program
138:6

prohibit
155:20

prohibiting
156:5

prohibits
110:11

project
170:9

promote
177:16

proof
162:14

proper
8:19,22 16:11,12 21:14 106:12

properly
147:6 148:5

proponents

19:9

propose
35:18

proposed
8:17,20 14:15 155:3

proposes
14:10

proposing
114:12

prosecute
32:14

protect
5:10,11 19:7, 9,21 20:5 33:7,8,10

protected
119:4,23 126:15,16

protecting
6:12 19:10 20:7,14

protections
25:7 66:23

protective
147:24

prove
6:16 103:24 140:17 161:13

provide
9:22 10:21 12:9 17:2 60:10 64:6 101:2 166:13 167:6 168:19 170:4

provided
89:23 170:4 195:17

provides
4:10 49:6 166:11 196:3

TX_00213068

USA_00017442

House Floor Debate - Volume II                    March 23, 2011

228

providing
11:21 142:21

provision
8:25 59:3,7
127:14 159:12
161:12

provisional
18:13 30:22
34:6 55:13,
20,23 59:13
98:1,10,21
99:3,13,17
133:15 134:1,
4 139:20,22,
23,24 140:5,
13,19 141:2,
13 142:9,21,
25 144:3,9,
16,24 145:4,
13,23 147:7,8
148:1,9
149:11,20
151:15 153:5
162:4,14
164:7

provisionall
y
35:20 36:5
103:23

provisions
2:19 8:17
32:19 66:5
74:12 102:18
103:22 125:1
142:25
144:11,22,23
145:24 146:3
147:16,17
148:9

Public
15:1 26:3
35:10 80:11
88:23 89:3,5

92:22 93:21
138:10 159:21
195:6 196:14,
19,23 198:5,
21

Pueblo
70:5 71:22

pulled
34:2 193:7

punishable
37:5

punished
37:13,20,23,
24

purchase
108:13

purchases
57:3

purpose
9:2 10:24
14:24 15:19
26:16 29:18
38:2 41:2,8
42:24 45:11
47:9 50:15,
16,23 51:21
53:16 54:1
58:15 63:8
64:22 65:9,21
68:11 71:2
74:13,16
78:17 81:10
85:11 89:14
92:5 98:12
100:21 101:6
102:25 108:5,
21 109:15
111:14 118:3
120:6 124:3
129:10 141:15
149:24 153:22
154:18 160:5,
24 171:22
176:13 185:5

189:20 193:11
196:16

purposes
32:12 38:19
39:1 47:3
76:9 102:20
106:16 108:7,
16 109:5,7,9,
11 194:7
195:9,14
196:22

pushing
179:6,9

put
66:24 90:7
97:6 131:6
132:15 159:25
164:18
174:20,23

puts
142:3

putting
113:1,5 115:1
158:14,16

─── Q ───

qualify
26:8 36:1
72:13

Queen
186:16

Queens
186:10,13

question
17:5 19:18
25:13 26:25
32:5 40:21
44:4 54:18
63:10 64:24
68:13,14
69:12 77:19
95:15,21
103:7,10
104:19 107:9

115:5 116:7,
9,19 118:5,6,
11,12,16
120:20 121:3
125:6,9
126:2,4,5,6,
13 131:13
132:20 138:20
141:16,17
142:6,17
143:15,18,22
144:6,18
145:2,18
146:2,23
147:1,23
153:19 154:4,
8,20 160:6
161:1 163:8
165:12
174:12,14

questions
26:18 51:23
53:18 79:1
83:12 92:7
103:2,6 150:1
169:7 172:2,6
173:22 177:4
180:16 193:9

quick
64:23

quickly
59:5 161:2

quilt
163:19

Quintas
182:13 189:7

quite
15:25 57:20
79:15 91:22
92:1,2

─── R ───

rail
101:16

raised
24:2 36:10
43:22 58:5
78:12 122:12
131:25 148:12

raises
158:25 180:10
187:1

ran
190:2

rank
100:15

ranked
170:9

rational
147:21,22

rationale
68:4,8

Raymond
8:10,11,12,
13 14:3,5,6
15:19,20,24
16:8,14,22
17:6,18 18:5,
21 19:4,11,
17,23 20:1,6,
12,21 21:7,
10,16 22:10,
19 23:1,9
24:5,12,13
25:12,17
110:20,21,
23,24 111:15,
20,23 112:2,
5,9,23 113:3,
7,11,16,21
114:1,10,17,
23 115:4,9,
12,15,18,21,
25 116:4,8,
12,18,22
117:2,4,8,9
118:7,10,17

TX_00213069

USA_00017443

Case 2:13-cv-00193 Document 661-5 Filed on 11/11/14 in TXSD Page 106 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 275 of 285

House Floor Debate - Volume II                    March 23, 2011

229

119:17 120:3,
4,9,13,16,
18,21,25
121:10,19,22
122:1,4,8,
15,22 123:1,
10,12,13
124:2,3,4,9
125:2,5,14,
17,19,22
126:1,7,14,
19,23 127:5,
15,22 128:2,
5,15,16,19,
22,24 129:2,
7,16,25
130:9,19
131:3,8,12
132:3,5,19,
21 180:13

**RD**
164:20

**reaching**
151:6

**read**
2:12 7:2 8:8
9:11 14:1
25:20 44:10,
16,22 46:25
48:25 62:1,17
69:20 74:8
79:24 84:6
90:24 97:19
100:6 102:6
105:2,7,22
107:17,23
110:3,18
118:18 133:3
134:12
136:16,21
137:23 139:2
152:6 159:10
165:21 167:18
180:24 192:25
194:24 197:8,

16

**ready**
157:24,25
165:5

**real**
7:13,20 57:6
84:13 152:12

**realize**
46:25 81:4

**really**
4:22 13:5
15:16 34:20
41:6 44:23
45:18 46:4
47:5 48:13
61:7 77:25
88:14 114:23
121:18 151:12
156:20 168:10
172:19 175:8
177:7 184:25
187:8 189:15

**reason**
7:9 8:3
16:17,18
27:22 31:21
32:9 38:22
74:3 76:17
81:6 92:12
134:21 146:15
152:23 161:8,
11 162:9,10
173:4 184:3
193:23 196:23

**reasonable**
141:6 190:18
192:5

**reasonablene
ss**
53:4

**reasons**
81:2 92:16
146:23

**recall**
27:10 133:10

**receipt**
32:7

**receive**
76:3,22
195:23

**received**
49:14,25

**receives**
70:12

**recognize**
4:18 5:4
12:20 19:7
33:23 65:25
66:1,2,25
67:21 72:1
74:8 81:18
82:11 126:15,
16,24 135:20
138:1

**recognized**
59:6 71:14
72:2 81:8

**recognizes**
2:15 7:6 8:12
9:14 12:25
14:4 15:9
24:12 25:23
29:7 36:13,17
44:13,24 49:2
58:10 60:22
62:5,21 64:14
69:24 78:15
80:3,18 84:9,
24 88:10
91:2,13 97:22
100:9 102:10
105:10,25
106:9,19
107:20 108:1
110:6,22
111:6 117:2,8

123:11,20
132:3 133:6,
20 134:6
136:7,23
139:5 141:9
148:22 152:9
159:3 163:23
166:1 167:20
168:23 169:16
181:2 187:4,
20 193:3
195:2,25
196:8 197:19

**Record**
2:5,6 6:20,21
13:20 25:14
137:14 150:6

**recorded**
99:23

**records**
10:15

**Red**
56:13 90:13
172:15
178:15,19,24

**Redford**
182:13 188:8
189:7

**redistrictin
g**
186:1

**reduce**
122:16 132:13
176:5

**reduced**
24:6 117:5

**reducing**
175:17

**redundant**
169:22

**reference**
44:17 45:20

**referred**
117:19 156:1

**reflected**
106:24

**reform**
159:18

**refused**
39:19

**regard**
133:15

**regarding**
100:18 142:21
148:7

**regardless**
19:22

**register**
76:14 140:6
166:8 170:3,
24 176:2
195:17

**registered**
11:23 14:11,
17 15:4 16:4,
16 21:13
22:24 35:23
137:5

**registrar**
46:10

**registration**
2:18 5:18
14:11,17 17:1
22:13,20,22
23:12,25
24:18 25:2,3
45:3,4,8,23
46:9 100:22
139:20 141:1
149:4 167:24
168:8,12
169:3,20,22,
24 170:13,16,
19 171:8,19
172:12,14,

TX_00213070

USA_00017444

Case 2:13-cv-00193 Document 661-5 Filed on 11/11/14 in TXSD Page 107 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 276 of 285

House Floor Debate - Volume II                    March 23, 2011
                                                            230

17,23 173:2,
4,11,14,20,
23 174:4,19,
25 175:1,21
177:18 198:24

**regular**
47:12 140:13
151:17 192:8

**regulations**
113:25

**related**
37:4 106:14,
15 175:1,3
177:4 184:13
198:10

**relationship**
143:15

**relationship
s**
188:25

**relative**
66:15 198:12

**relevant**
146:24 172:19
173:21,25
174:15

**reliable**
71:20

**religious**
102:19 103:21
104:2 139:14,
15 161:14
162:15

**rely**
91:9

**remarks**
132:14

**remember**
21:4 63:2

**removal**
139:11

**removed**

30:7 139:10,
15

**removes**
104:2

**removing**
28:2 36:14

**renew**
18:3 181:23
184:17 195:18
196:15,19,20

**renewal**
49:17 54:19
166:12,24
167:4 194:9

**renewals**
166:12,13

**renewed**
50:4 166:20

**renewing**
188:2

**rent**
56:10

**Repeat**
15:24 26:25
70:18 161:17

**repeatedly**
108:4,12
173:13 176:18

**repeating**
70:19

**rephrase**
179:1

**replace**
49:12

**replaced**
49:12 59:24

**replacement**
193:24

**replaces**
45:7

**report**

105:14

**reporter**
198:4,20

**represent**
75:8,16 76:25
181:6,13,17
182:15 183:14
185:17,25
186:25
191:12,14,24

**REPRESENTATI
VE**
2:16 3:5 4:20
5:6 7:7 8:13
9:12,15 10:25
11:3,6,9,10,
12,25 12:3,
19,20,22
13:1,2,19,
21,22,23
14:5,6 15:10,
11,20,23,24
16:2,8,13,
14,21,22
17:4,6,14,
18,21 18:5,7,
9,21 19:3,4,
8,11,13,17,
20,23,25
20:1,3,6,10,
12,17,21
21:3,7,9,10,
12,16,24
22:10,16,19,
25 23:1,5,9,
16,23 24:2,5,
13 25:12,24,
25 26:17,19,
21,24 27:1,4,
6,10,12,16,
17,19 28:6,8,
9,11,13,15,
19,20,22,25
29:3,4,8,9,

17,19,21,23
30:12,24
31:4,7 32:2,
4,6,10,15,
22,24 33:1,6,
8,11,15,20,
24 34:5,7,11,
14,21,22
35:1,3,4,5,
7,9,16,21,24
36:6,10,13,
14,15,18,19,
20 38:3,5,7
39:3,7,8,9,
10,12,13,15
40:5,16,19,
21,23 41:1,3,
8,12 42:3,4,
7,8,10,14,
15,17,23,25
43:2,4,12,
13,19,21,22,
25 44:2,3,15,
25 45:1,12,
14,16,22,24
46:1,2,7,11,
12,13,15,21,
22,24 47:8,
10,15,16,21,
24 48:1,2,3,
4,5,20,24
49:4 50:17,
19,22 51:22,
25 52:3,8,10,
11,16,18,19,
22,25 53:1,6,
7,11,13,15,
17,19,20,22
54:3,4,8,13,
16,17,21,22
55:1,2,5,6,
10,18,25
56:1,3,4,8,
9,12,13,15,
16,18,23
57:1,2,5,6,

9,10,11,12,
13,15,16,18,
21,22 58:1,3,
5,9,11,12,
16,19,21,24
59:1,12,14,
16,17,20,21
60:7,14,21,
23,24 61:15,
18,19,20,21
62:3,6,7,23,
25 63:6,7,9,
11,13,18,19
64:3,15,16,
23,25 65:2,4,
5,7,8,10,12,
14,21 66:7,20
67:2,7,12,
15,17,23
68:7,12,15,
17 69:9,10,
11,16,25 70:1
71:1,3,6,7,
11,12,17,18,
23 72:14,16,
17,18,19,22,
24 73:3,4,7,
9,12,14,17,
19,22,24
74:1,15,17,
20,22 75:1,3,
4,6,11,13,22
76:1,11,19,
24 77:2,12,18
78:2,5,11,
12,15,18,25
79:2,3,5,6,
11,14,16,20,
22 80:5,17,
18,20,21,22,
24,25 81:12,
15,17 82:6,
12,14,17,20,
25 83:5,8,11,
14 84:10,12
85:1,12,14,

TX_00213071

USA_00017445

Case 2:13-cv-00193 Document 661-5 Filed on 11/11/14 in TXSD Page 108 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 277 of 285

House Floor Debate - Volume II                    March 23, 2011
                                                              231

16,18,20,23
86:2,4,7,10,
15,17,19,22
87:7,11,12,
14,19,22
88:3,5,7,11,
12 89:13,15,
19,21 90:6
91:3,4,15
92:4,6,9,11,
15,19,24
93:2,3,7,10,
12,15,16,18,
20,23,25
94:2,5,7,8,
10,17,19,20,
23 95:3,7,12,
13,15,17,20,
24 96:4,8,10,
15,17,20,22
97:4,5,7,9,
14,15,23,24
98:13,16,18,
24 99:8,11,
12,14,15,20,
22 100:11
101:5,7,9,
11,17,20,22,
23 102:1,11,
12,15,21
103:1,4,8,
11,15,16
104:1,3,4,7,
9,11,13,23
105:11,12,17
106:2,10,11,
17,19,21
107:9,12,21,
22 108:1,3,
22,25 109:2,
6,8,12,18,
20,23 110:5,
7,8,23,24
111:7,8,15,
18,20,22,23
112:1,2,4,5,

7,9,12,23
113:1,3,5,7,
9,11,15,16,
19,21,24
114:1,6,10,
15,17,21,23,
25 115:4,7,9,
11,12,14,15,
17,18,20,21,
23,25 116:2,
4,6,8,10,12,
15,18,20,22
117:2,9
118:4,7,9,
10,17 119:9,
17,24 120:3,
4,5,7,9,11,
13,14,16,17
18,19,21,24,
25 121:8,10,
17,19,21,22,
23 122:1,3,4,
7,8,10,12,
15,22,23,25
123:1,2,3,4,
12,13,21,22
124:2,4,7,9,
14 125:2,4,5,
8,14,17,19,
20,22,24
126:1,4,7,
12,14,18,19,
20,23,25
127:5,12,15,
16,22 128:1,
2,4,5,7,16,
17,19,22,24,
25 129:2,5,7,
9,16,20,25
130:2,9,11,
19 131:1,3,5,
8,11,12,25
132:3,5
133:7,8,21,
22 134:7,8
135:20,22

136:7,9,25
138:1,3,18
139:6,7
141:10,11,
16,19,21,22
142:13,16,
18,20 143:2,
11,14,21,25
144:7,10,15,
21 145:1,3,8,
10,14,15,17,
21 146:1,6,9,
10,14,15
147:5,10,14,
19 148:4,10,
12,15,17,18,
19,22,24,25
149:21,23,25
150:1,3,5,7,
8,11,12,15,
16,17,25
151:5,7,23,
24 152:10,14
153:23,25
154:3,17,19,
21,23 155:2,
3,7,9,15,18,
22,24 156:2,
4,7,8,14,15,
19 157:8,11,
12,16 158:5,
7,8,13,14,
18,20,22,24,
25 159:3,5
160:1,2,4,6,
7,8,11,13,
17,19,21,23,
25 161:2,4,
16,20,22
162:1,6,8,16
163:7,9,11,
13,15,18,24,
25 165:10,11
166:2,3
167:10,15,21
168:17,24,25

169:5,6,18
171:4,23
172:1,4,7,9,
18,20,22,25
173:1,3,9,
12,16,19,24
174:2,3,6,
10,11,13,16,
18,24 175:2,
4,6 176:12,
14,16,17,24
177:1,2,6,
17,21,23
178:3,5,7,9,
12,14,16,18,
21,23 179:2,
3,10,13,14,
16 180:6,10,
13,15 181:3,4
185:6,9,11,
15,18,23
186:6,8,12,
23 187:1,4,6,
21,22 189:21,
25 190:6
191:2,10,15,
17,19,20,22,
24 192:9,11,
18,19,21
193:4,5,6,
10,12,14,15,
18,19,21,22
194:2,10,12,
13,17 195:3,4
196:1,2,9,10
197:2,4,20
REPRESENTATI
VES
1:9 89:1
represented
101:2
representing
39:5 114:18
represents

190:21

Republican
65:14 100:25
117:16 162:20
179:1,4,5
Republicans
180:4
request
29:10 49:16
50:14 61:13
108:7 136:1
requested
2:6 6:21 30:1
require
42:12 47:17
52:11 87:25
91:20 108:5
170:2
required
16:19 17:3
38:10 44:18
63:23 147:17
requirement
18:19 23:7
63:24 88:19
99:1 124:16
131:6 157:19
184:15
requirements
2:18 72:3
73:1 77:13
98:23 100:19
175:25 195:24
requires
15:15 22:9
28:2 48:8
98:3 99:17
195:5
requiring
100:17 108:13
requisite
14:18 170:23

House Floor Debate - Volume II

March 23, 2011

232

| | | | | |
|---|---|---|---|---|
| reservation<br>76:23 | Richard<br>120:11,12,22 | 21:1,20 25:8<br>41:23 42:22 | 17,18 175:5,6<br>176:16,17,24 | 89:3,5 92:22<br>93:21 138:10 |
| reside<br>70:10 76:23 | rid<br>169:23 172:16 | 111:4,9,21,<br>24 112:10,18, | 177:6,21<br>178:3,7,12, | 195:6 |
| resident<br>10:4 69:5 | right<br>5:6 16:11,12, | 25 113:8,17,<br>23,25 114:5, | 16,21 179:2,<br>10,14 180:6, | sake<br>182:23 |
| residents<br>100:23 188:19 | 24 19:7,22<br>20:16,18 | 18 117:18,21<br>118:12,21 | 15,19 | San<br>93:16 96:23<br>189:2 |
| residing<br>70:9 | 21:2,5,7,10<br>22:1 24:1,20 | 119:2,5,12,<br>22 123:16,18 | rolled<br>42:22 | Sanderson<br>182:9 188:10 |
| resolution<br>155:12 156:5 | 27:23 28:5<br>30:10 31:22, | 124:13,19<br>125:7,10,15 | room<br>164:9 | 189:6 |
| respect<br>84:15 116:13 | 25 33:16<br>34:3,5 35:9 | 126:17,22<br>127:9,11 | roots<br>188:24 | sat<br>76:6 |
| 156:25 161:4<br>185:2 187:9 | 36:2 37:17,25<br>40:7,8,15 | 128:21<br>129:19,21 | round<br>183:5 | satisfy<br>195:24 |
| respectfully<br>85:3 163:6,22 | 41:25 45:25<br>46:1 48:16 | 130:24 131:23<br>132:9 | Rules<br>129:21 135:23 | save<br>50:12 51:9,19 |
| 168:22 171:6<br>187:18 | 51:2 53:6,11<br>54:3,22 55:1 | ring<br>2:7 6:22 | ruling<br>194:14 | 61:1,11 |
| respecting<br>167:25 169:1 | 57:5,15 62:10<br>68:5 69:7 | 13:21 25:15<br>44:5 48:21 | run<br>37:16 | saves<br>4:9 |
| Respective<br>69:22 | 71:14 79:17<br>83:14 92:22 | 61:17 69:14<br>83:23 97:13 | runs<br>7:12 | saying<br>11:24 13:11 |
| responsibili<br>ty | 93:2,14 95:4<br>96:7 97:3 | 104:21 107:13<br>123:1 137:15 | rural<br>152:25 181:6, | 17:2 29:12<br>32:22,24 |
| 35:9 159:22<br>168:20 | 99:8 104:5,11<br>110:13,14 | 165:13 169:8<br>180:18 | 25 187:25<br>190:3,11,15, | 33:1,6,15<br>39:6 59:3 |
| restrict<br>155:12 | 114:9,14<br>115:10 116:1, | Rio<br>182:8 | 16,19 191:8,<br>11 192:6 | 69:4,6 86:3<br>87:2 99:15 |
| restriction<br>156:16,17 | 5 121:7<br>128:1,8,20 | rise<br>15:12 | ——— S ——— | 103:20 123:15<br>127:6 128:12 |
| result<br>186:1 | 130:21 143:5,<br>7,19 157:20 | risk<br>159:24,25 | sacrificed<br>150:22 | 129:17 130:4<br>142:22 144:8 |
| retired<br>188:5 | 162:8 170:24<br>172:25 173:19 | Roarke<br>43:6 | Sad<br>34:19,20 | 152:15 153:17<br>156:24 169:23 |
| review<br>158:10 | 179:13 183:20<br>184:20 | Rock<br>182:8 | saddened<br>151:5 | 172:21 173:21<br>175:22 196:11 |
| revocation<br>138:10 | 188:10,16<br>189:14 | Rodney<br>156:9 | safeguards<br>70:23 | says<br>2:22 4:6 6:5 |
| | rights<br>19:7,10,18, | Rodriguez<br>104:24 148:15 | Safety<br>15:1 26:3 | 7:17 11:13<br>22:12 25:1,7 |
| | 21,24 20:4,<br>14,15,23 | 169:14,15, | 35:10 88:23 | 31:5 47:2<br>55:21 59:22 |
| | | | | 68:22,24 |

JA_002565

TX_00213073

USA_00017447

Case 2:13-cv-00193 Document 661-5 Filed on 11/11/14 in TXSD Page 110 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 279 of 285

House Floor Debate - Volume II                    March 23, 2011
233

84:14,19
89:7,11
103:23 106:5
110:13 117:17
123:17 130:1,
3 133:13
138:8 139:18
143:24 149:1
152:19 156:20
157:17 164:5,
12 193:23

**SB**
1:11

**scenario**
5:20 16:9,20

**school**
80:11

**screaming**
79:4

**seal**
198:16

**sealed**
139:25

**season**
7:12,13

**seat**
182:1,4,10

**second**
79:19 124:24
153:25 157:12

**secondary**
9:24,25 10:7

**Secretary**
100:17,21
160:12,14
163:2 164:2

**Section**
46:16 103:16,
17 111:2,4,5
112:14
117:18,20,21
118:13,14

119:4 123:16,
17,18 124:18
127:25 128:3,
9 129:14,17,
18 130:20,23
131:17 157:21
166:10,15,16

**sections**
111:10 124:20
127:13

**secure**
41:10,14

**Security**
10:16 22:14,
21,23 23:13
24:18 25:3
32:7,16,19,
20 63:24 66:5
67:9 68:25
70:16,20
74:12 76:4
91:9,10

**see**
12:1 38:22
41:9 47:15
58:25 69:3
89:11 120:1
122:8 125:3,6
129:14 151:1
179:11,17
183:12 190:20

**seeing**
58:22 66:11

**seek**
19:9,15 192:6

**seeks**
190:18

**seen**
11:13 82:17
97:8 112:20

**Senate**
6:5 9:3,7
60:9 129:17

187:12

**senatorial**
45:5

**send**
38:17 39:25
152:15,17
153:18 154:13

**sending**
154:9 165:3

**sends**
2:3 6:18 8:4
13:18 25:12
48:2,19 61:15
69:10 83:21
90:15 97:10
100:2 102:1,
21 104:13,18
105:17 106:17
107:8 109:23
122:22 132:19
135:13 137:12
138:18 151:23
165:10 169:5
180:15 192:18
194:19 197:1

**sense**
3:21 5:15
6:16 76:9
149:14,19
157:6 168:1
184:6,19

**sent**
49:17,21
139:25

**separate**
67:13

**September**
49:13

**serious**
89:5

**serve**
21:18 153:9
184:4

**service**
181:16,24
182:19 183:24
185:4

**Services**
88:25 182:18,
22,25 189:11

**session**
74:2 95:22
136:2 155:1

**sessions**
95:25

**set**
3:14,18 5:24,
25 65:6 72:3
112:21 135:24
136:3,19
150:19

**seven**
133:14,25
134:2,3,13,
16

**sex**
31:18

**shall**
108:10
109:17,19
132:11

**shape**
82:15

**share**
2:24

**Shawarma**
186:16,17

**Sheffield**
24:2 58:5
78:12 122:12
158:25 180:10
187:1

**shift**
168:20

**shorthand**

198:4,20

**shoving**
157:4

**Show**
2:7,8 3:20
4:4 5:12 6:22
8:22 13:22,23
14:11 16:12,
24 17:25
18:14 21:5,8
23:8,18
25:16,17
32:17 33:12
44:5 61:18
67:20 76:3,15
77:6,15
83:18,19 84:1
90:20 91:8
99:9 102:17
104:23 107:12
115:2,3
122:25
132:21,22,24
133:1 135:15,
17 137:8,9,
15,16,17,18,
20 138:21,23
139:19 142:7
150:9 151:25
152:2,3
165:14,16,17
169:8,10
180:18 188:17
192:21 197:3,
4

**showing**
32:16 35:16
61:19 67:20
85:4 90:2
100:12 103:19
145:20

**shown**
175:18

**shows**

TX_00213074

USA_00017448

Case 2:13-cv-00193 Document 661-5 Filed on 11/11/14 in TXSD Page 111 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 280 of 285

House Floor Debate - Volume II                    March 23, 2011
                                                              234

26:6 28:17
72:4 77:15

**shrinking**
121:20

**siblings**
3:11

**sick**
143:8 181:21
190:24

**side**
183:15

**Sierra**
182:7

**sign**
7:17 98:8,21
99:2,13
103:19 137:10
139:24 154:13

**signature**
9:22 70:14
140:5,7,9,
11,12 141:2
144:4 147:25
148:2 151:15,
16

**signatures**
140:14 149:11
151:17 162:4

**signed**
89:2,4 98:2
99:2,18
118:21 138:12
155:11,19
156:5,16
158:23 181:20

**significant**
70:23 72:12
74:24 75:5
147:15,20
183:17 189:14

**significantl
y**

144:24 145:2
147:9

**signing**
137:11

**silly**
151:12

**similar**
52:6 91:5
137:8 140:14
151:18

**simple**
19:18 20:13
23:19 26:1
49:5 84:13
115:5 116:18,
21 117:15
121:3 125:6
129:12,13
139:18 141:4
157:6 168:13
169:2 176:7
183:22

**simply**
2:21 4:5,12
8:21 11:20
12:17 15:3
44:20 47:1
48:11 49:6
51:6,18 53:8
80:7,9 81:6
98:25 100:20
106:5 111:1
124:11 133:13
134:16 152:19
170:3

**sincere**
61:5

**single**
87:24 114:12

**sir**
11:3 28:11
58:19 72:22
73:3 92:9

120:16,18
156:14

**site**
22:11 96:5,11
99:19

**sites**
96:6,9,18

**situation**
40:13 50:8
106:7,8
138:14 164:23

**six**
18:6 50:3
59:15 103:24
104:5,7,9
133:24
134:14,15
140:17,21

**size**
82:15 192:2,3

**slang**
178:25

**slow**
77:17

**small**
187:13

**smart**
126:3

**Social**
10:16 22:13,
21,23 23:12
24:18 25:3
63:24 67:9
70:16,20 76:4

**society**
41:11

**solely**
47:13

**Solomons**
152:14 155:5

**solution**
168:1,13

**Solutions**
198:24

**solves**
102:14

**somebody**
5:17 16:10
17:7 18:22
22:22 23:24
57:7

**somebody's**
64:18

**someone's**
31:21

**somewhere**
17:5 51:12,13

**Sonic**
186:14

**soon**
34:12 81:12

**sorry**
35:1 45:10
50:17 79:14
83:24 111:22
112:4 165:20

**sort**
77:25

**sorts**
139:9

**sounds**
34:14 86:22
186:19

**sparsely**
185:20,21
186:4

**speak**
44:25 58:11
64:15 73:25
80:19 84:25
91:14 106:10
111:7 123:23
131:20 159:4,
6 167:8

168:15 171:2
177:6,7
178:25

**SPEAKER**
2:1,15,16
3:1,3,6 4:15,
16 5:3 6:14,
18 7:6,7 8:4,
12,14 9:1,5,
6,9,14,16
10:24,25
11:2,5 12:20,
25 13:18
14:4,7 15:9,
11,19,20,22
18:8 24:2,5,9
25:12,23
26:1,16,17,
20 29:7,17,
18,22 34:22,
23,24 36:10,
17,20 38:2,6
42:24 43:1,3,
22 44:2,13,
15,24 45:11,
15 48:2,6,19
49:2 50:16,20
51:21,22,24
52:2 53:16,21
58:5,10,15,
18,20 60:22
61:1 62:5,7,
14,21 63:6,7,
12 64:14,22
65:1,9,13
68:11,14,16
69:10,24 70:2
71:1,5,9
72:19,21,23
73:21,24
74:15,19,21
78:12,21
79:22 80:3,5,
17,22,25
81:10 82:3,5

TX_00213075

USA_00017449

Case 2:13-cv-00193 Document 661-5 Filed on 11/11/14 in TXSD Page 112 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 281 of 285

House Floor Debate - Volume II                          March 23, 2011
                                                                   235

83:16,21
84:9,13,24
85:2,11,15
88:10,13
89:13,17
90:15 91:2,5,
13,16 92:4,8,
10 97:10,22,
25 98:12,15,
17 99:24
100:9,12
101:5,10,14
102:1,10,13,
21 103:3,7,9
104:13 105:6,
10,17,25
106:4,9,12,
17,21 107:8,
20 108:3,21,
24 109:1,23
110:6,8,17,
22,25 111:6,
8,14,17,19
116:25 117:9
118:3,6,8
120:5,6,10
122:12,19
123:11,20,23
124:2,3,6
131:25 132:16
133:6,9,19,
20 134:6,8
135:13,22
136:4,10,15,
20,23 137:1,
12 138:1,3,18
139:5,8
141:9,15,18,
20 148:12,25
149:24 151:23
152:9,11
153:22,23
154:2,17,18
158:25 159:6
160:1,4,10,
21,22,23

163:23 164:1
165:10,24
166:4,6
167:8,14,17,
20 168:15,18,
23 169:1,5,
16,19 171:2,
5,22,25
175:5,7
176:12
180:10,13,15
181:2,5
185:5,8,12
187:1,6,20,
23 189:20,23
192:18 193:3,
6,10 194:19
195:2,5,25
196:3,8
197:1,11,19

**speaking**
4:18 60:12

**specific**
30:13 54:1
72:2 109:16
124:18 172:8,
10

**specifically**
71:21 101:13,
18 117:19
121:2 127:23,
24 146:17
149:17 157:17

**specified**
133:12

**specify**
135:5

**spelled**
30:13

**spirit**
62:24

**spoke**
64:12 71:21

**spot**
166:16

**spread**
173:9

**Spring**
76:14

**Springs**
182:8,13
188:9

**square**
191:14,16,
17,18,20,23,
25 192:1

**staff**
49:10

**staffing**
158:3

**stand**
132:7

**standard**
74:6 94:25
146:18,20
147:8,11
150:20

**standardizat
ion**
65:24 66:22
67:13,22
76:18

**standardized**
30:18 67:25
82:10,13,14

**standards**
4:24 65:6
66:3 112:17,
21

**standing**
51:2

**standpoint**
138:7

**start**

71:25 108:20
130:4

**started**
14:7 190:1,5

**starting**
131:6

**state**
9:19 10:6,9
11:21 12:7
16:5,16 17:12
18:18 20:20
23:7 24:24
26:6,22 27:2,
9,14 28:1,18
29:1 30:25
31:13,23
32:14 34:20
39:2 45:10
50:10,12,23
51:7,9,19
52:4 53:3,12
61:2,10,11
62:9,11,12
64:19 66:21
68:21,22,23
69:5 70:16,20
73:1 74:12,25
76:5,7 81:20,
21,23 84:15,
17,19,20 85:8
86:9,16,17,
24 87:14,15,
21,24 88:15,
17,22,24 90:2
91:24 92:21
93:11 100:17,
21 109:14
112:14 113:14
114:13,19
115:6,8 116:3
117:13,25
118:13,14,25
119:11 122:6
123:19 126:16
130:8 131:19

141:4 153:11
155:25 160:14
161:12
162:22,25
163:2 171:17
175:14 178:1,
6,10 179:5,6
180:2,4,5,8
182:24 191:13
194:7 195:7,8
198:1,5,21

**stated**
33:25 53:5
65:15 95:2
108:4,12,14,
15 187:16
198:6

**statement**
76:2 77:19

**States**
7:17 22:2,3
68:22 71:24
100:20 111:1
130:6 131:21
170:13,17
172:15 173:4
175:18,19
177:18 178:1,
15,19,24
179:1,3,8,24

**State's**
160:12 164:2

**statewide**
100:18 101:19
191:6

**stating**
40:13 137:10

**station**
20:19 52:20

**statistic**
75:14

**statistics**
12:16 75:25