House Floor Debate - Volume II

March 23, 2011

236

100:12
**statute**
4:25 52:5
**stay**
177:10
**staying**
190:9
**steal**
23:20
**step**
77:16
**stereotypes**
180:1
**stick**
4:23 92:13
144:13
**Stockton**
182:9
**stolen**
60:10
**Stop**
18:8 77:17
130:17
**stopped**
38:9
**stopping**
165:3
**stops**
33:5
**storm**
7:20
**straightforw
ard**
168:13
**Strama**
2:8 138:23
141:15,16,21
142:16 143:2,
14,25 144:15
145:1,8,14,
17 146:1,9,14

147:10,19
148:10
149:21,24,25
150:5,8,12,
16 151:5
**street**
33:5,10 153:7
189:14
**strengthen**
142:14
**stretching**
32:1
**strictly**
27:20
**struck**
44:17
**student**
80:10 81:19,
25 82:1 83:3
**students**
81:7,18
83:17,18
**stuff**
4:9 129:13
169:4 176:4
**subdivision**
91:24
**subject**
109:13 144:16
**subjectivity**
4:21
**subjects**
149:7
**subscribed**
99:10 198:16
**Subsequently**
18:2
**substantiall
y**
137:8 140:14
151:18

**successful**
92:17
**sudden**
5:22
**sufficient**
23:10,13
70:24 143:1
**sufficiently**
147:24
**suggest**
88:17
**suggested**
177:10
**suggesting**
47:7
**support**
19:16 34:1
66:6 152:13
154:15 155:11
156:5,16
157:6 162:20,
21 165:3
176:11
**supporting**
9:25 10:14
**supports**
157:15
**supposed**
55:22 143:23
175:8
**supposition**
18:13
**suppression**
176:20
**Supreme**
111:11 124:21
129:23
**Sure**
12:3 15:16
16:2 17:5,18
19:14 20:10
21:5 23:7,18

27:1 33:11
37:22 41:13
74:11 82:22
92:24 95:8
101:12 118:19
124:15 128:20
162:2 177:11
179:2 195:22
196:18
**Surely**
128:16,20
**surprised**
73:13 96:23
178:16
**surprising**
119:19
**suspend**
135:23
**suspended**
31:22 35:14
36:3
**suspension**
38:11 39:21
**Sustained**
36:12 58:8
78:14 117:1
122:14 132:2
148:14 159:2
180:12 187:3
**SWORN**
198:16
**system**
18:13 41:9
159:23 195:20

─── **T** ───

**table**
2:4,5,7,11
5:2,8 6:15,
19,20,25
12:23 13:17,
19,20,25
15:18 24:23

25:6,10,13,
14,19 29:10,
16 32:25
34:21 36:15
44:1,3,4
48:3,20 60:19
69:9,11,12,
18 80:21 81:2
83:20,22,23
84:5 88:9
90:12,14,16,
17,22 92:3
97:11,12,18
106:3,16
107:7,9,10,
15 111:13
122:23,24
123:7 124:1
127:8 132:20,
21 133:2
134:5,10
135:12,14,
15,19 141:12,
14 142:22
151:22,24,25
152:5 160:3,
20 163:6,22
164:17,19
165:9,11,12,
18 167:11,13
168:22 169:6,
7,12 171:6,21
174:5 180:16,
17,23 187:18
189:17,18
192:14,19,
20,24 196:25
197:2,3,7
**tabled**
44:9 48:23
69:8
**tables**
64:5
**take**
3:12,19 5:21

TX_00213077

USA_00017451

Case 2:13-cv-09193 Document 661-6 Filed on 11/11/14 in TXSD Page 2 of 133
Case 1:12-cv-00128-RMC-DST-RLW Document 209 Filed 06/20/12 Page 283 of 285

House Floor Debate - Volume II                    March 23, 2011
                                                              237

8:23 18:1,17
20:23 21:1
30:9 37:17
40:14 41:25
45:17 49:23
63:25 101:15
158:1 169:3
187:7

**taken**
9:7 35:15
36:12 38:11
41:23 43:7,24
58:7 78:14
117:1 122:14
132:2 135:2
148:14 159:2
161:15 180:12
181:9 187:3
198:11

**takes**
10:19 11:14
39:18 53:11
60:16 66:5,23
103:22

**taking**
43:10 56:10
57:23 130:9
151:10 175:24
177:13 194:17

**talk**
22:5 41:24
47:22 67:18
68:8 76:19
78:3 120:23
145:22 169:21
181:7

**talked**
23:23 46:22
76:7 98:19
157:9 182:11
184:3,5

**talking**
17:23 28:10
30:4 32:15

40:6 53:4
54:14 63:20
67:16 78:2,6,
7 79:8,15,17
85:22 87:16,
17 89:11
91:17 93:1
94:13 95:7,8
96:2 98:1
101:13,18
131:10
143:12,13
155:4 162:18
167:11 185:1

**talks**
57:7 103:18
187:12

**Tarrant**
43:14

**tax**
13:16

**taxpayers**
156:25 157:3,
5

**Taylor**
15:10,11,23,
25 16:2,9,13,
21,24 17:2,4,
10,14,21
18:7,9 19:3,
5,8,13,20,25
20:3,10,17
21:3,9,12,24
22:16,25
23:5,16 24:15
25:10,13,16
62:25 63:1
64:12 132:14

**Taylor's**
67:17

**tell**
4:3 13:3,4
23:3 27:5,11
38:22 39:22

40:17 41:3
47:8 83:17
97:1 118:18
119:6 121:12
182:21 184:8
186:9 190:21
196:24

**telling**
59:25 112:24
186:7,20
195:13

**tells**
45:5

**temporarily**
9:9 79:23
167:16 193:7
197:13

**temporary**
10:4 26:2,5,
12 27:24
28:4,25
29:11,13,24
30:3,11,25
31:3,6,11,13
32:7,10,19,
20 33:3,13,18
34:2,10
36:23,25
37:1,8,12
38:13,18,24
40:2,12 41:4
43:11 138:9

**ten**
16:10,14,17,
18 17:8
18:23,24,25

**tend**
179:4

**term**
194:3

**termed**
46:3

**terms**

139:12 186:24
191:5

**terrific**
139:18

**test**
39:20

**testified**
29:15 155:25

**testimony**
60:8 74:2,13
163:1 164:2
187:11

**Texans**
35:13 115:14,
17,20,24
116:2,5,14,
21 119:3,23
120:17,20
121:14,24
138:7 141:5
162:20

**TEXAS**
1:9 6:16 7:24
9:18 10:1,21
12:6 13:3,15,
17 20:20
24:25 26:6,9
28:18 29:1
30:14,15,25
31:13 32:14
34:20 37:6
42:14,17,18,
19 43:10
46:19 50:12,
24 52:24
61:10 64:4
65:23 68:22
69:5 70:9,10
73:16 74:4,5,
13,25 75:24
76:14 77:5
86:17,24,25
87:17 88:25
89:3,4 100:15

111:11 112:13
113:14 114:9,
13,19 115:6
117:13 118:1
121:25 122:6
123:25
126:15,16
131:19
153:12,14,
15,16 170:6,9
175:14 180:2,
5,8 182:1,4
185:25 186:3
189:3,5
198:1,5,21

**Thank**
3:5 8:13 9:15
12:19 14:6
24:8 25:25
27:17 29:3,9
35:4 36:19,20
42:23 43:21
48:5 51:25
53:13 56:17
58:3,9 60:14,
21 61:13 65:8
72:15,17
73:21,22
74:22 77:2
82:6 83:12,14
84:12 85:1,16
88:12 91:4,15
97:9,24
100:11 101:22
102:12 103:8
104:12 106:11
109:22 110:24
120:3,4
123:22 133:8,
22 136:9,25
139:7 141:21
148:24 151:21
152:10 159:5
160:18 163:25
165:9 166:3,6

JA_002570

TX_00213078

USA_00017452

Case 2:13-cv-09193 Document 661-6 Filed on 11/11/14 in TXSD Page 3 of 133
Case 1:12-cv-00128-RMC-DST-RLW Document 209-1 Filed 06/20/12 Page 284 of 285

House Floor Debate - Volume II                          March 23, 2011
                                                                   238

167:21
168:17,25
169:18 171:4
175:4,6 181:4
185:11,12
187:22 189:25
192:9,15
193:5 194:17
195:4

**theme**
154:25

**themselves**
55:20 72:5
95:1

**theory**
35:24

**therefore**
10:20 63:4,22
108:17,20
135:3

**thing**
9:18 19:21
23:11 41:4
42:21 52:12
57:4 68:3
91:22 143:9
157:23 175:15
176:5

**things**
22:15 41:15
42:18,20
44:16 60:17
184:6

**think**
4:8 6:6,7,8
7:18 20:3
21:3,22 22:5
23:9,13 25:10
27:13 34:19
41:7 45:18
46:24 47:18,
24 50:19
52:15,16,25
53:2,3 54:4,

8,11 60:4,15
64:11 67:15,
16 69:7 71:8
72:10,14
73:19 75:4
77:7 78:8,9
80:15 81:7
86:2,3,24
87:19 88:13,
16 90:3 91:11
93:5 95:17,18
96:20,22,25
107:1 110:10
112:7,10,12
113:9 114:3,
22,25 118:10
119:7,8,11
121:17 124:24
126:9 132:11
137:8 139:16
141:6,23
142:13,24
143:9,19,21
145:8,19
146:21 148:4,
10,25 149:2
151:9 161:7
162:6,16,17
163:5 164:15,
25 165:1
168:12 175:15
176:8 177:8,
16 179:16
180:7 185:19
186:10 190:5,
7,10 191:3,8
192:5,10

**thinking**
57:24

**thought**
46:6 48:6
59:12 106:23
107:4 117:17

**thousand**
35:22 138:7

**thousands**
79:8

**three**
43:9,17 49:23
112:16

**throughout**
95:19 97:25
149:5

**throws**
66:3

**tie**
53:23

**time**
3:18 4:3 5:1
8:16,18,23
15:5,6,7
17:3,11
20:21,24 24:3
29:15 36:11
43:6,23 49:25
51:6,8,19
54:7,23 58:6
60:1 61:8
75:12 78:13,
19,22,23
81:16 90:3
95:25 96:25
98:9 112:12
114:16
116:23,25
122:13 125:11
132:1 143:1
148:11,13
152:21 154:2,
16 159:1,21
164:7 180:11
182:25 186:18
187:2 190:2

**times**
18:3 106:23

**titles**
10:14

**today**

22:5 52:9
83:17 129:10
135:25 136:3
149:15
169:21,25

**today's**
161:9

**together**
21:18 23:4
146:15

**told**
160:14 173:24
174:18

**tolerate**
150:21,23

**tonight**
120:1 136:12

**tools**
98:7 101:3

**total**
4:23

**touch**
166:15

**tough**
121:22

**toughest**
171:12

**towards**
92:16 100:22

**town**
161:9

**trained**
33:22

**training**
18:10 33:21
82:22 94:25
95:21,24 96:3
101:19

**TRANSCRIBED**
1:16

**transform**

125:12

**transitional**
138:14

**transparent**
196:24

**Transportati
on**
37:6 46:17,19
106:14
136:10,11
166:16

**travel**
57:19 75:21
77:9 183:7

**traveling**
99:6 143:9

**treat**
140:25 149:15
151:16

**treating**
141:13 151:13

**tremendously**
161:5

**tribal**
70:3,7,14,
19,24,25
71:19,25
72:7,8 73:10
74:10,24
76:3,10,12,
16,20 77:7
78:9

**tribe**
72:3

**tribes**
71:5 72:2,11
77:5

**tried**
12:7

**tries**
55:7

**trigger**

TX_00213079

USA_00017453

Case 2:13-cv-00193 Document 661-6 Filed on 11/11/14 in TXSD Page 4 of 133
Case 1:12-cv-00128-RMC-DST-RLW Document 209-1 Filed 06/20/12 Page 283 of 285

House Floor Debate - Volume II                    March 23, 2011
                                                           239

129:13

trip
182:5 183:5

troubling
117:10,13,14
119:5,20
125:3,6

truck
37:2,11

true
29:24 31:7
177:10 185:18
186:22,24
190:7 198:6

Truitt
89:13,15,21
90:8,10,12,
20 108:21,22
109:2,8,18
132:24 133:1
148:16 152:3
165:16
180:19,20

truly
10:21 11:22
40:25

trust
88:21 154:5,
7,8,9 163:6,
9,11 164:9
165:6 168:4,6

trusted
88:21

trusting
88:23

truth
183:25 186:24
191:10

try
11:17 12:11
42:1 140:17
146:15 177:16

trying
11:20 12:13,
17 16:23 19:6
31:19,23
41:13 56:20
82:23 85:9
86:9 88:14,16
90:7 95:10
98:22 127:3
129:11,12
130:17 166:4
172:11 173:5
174:23 176:19
179:24

TSA
86:12,13

Tuesday
134:22

tune
100:19

turn
173:17

turnaround
29:16

turned
54:5,6 120:1
162:5

turning
173:20

turnout
100:15
170:10,12,17
171:13,15,16
173:5 174:4
175:13,15,
17,20 176:21
177:9 191:8

twin
177:24

two
9:24,25 15:1
22:15,17
34:18 43:10

44:21 49:23
90:12 103:22
134:23 138:16
141:25 184:5

type
21:25 52:6
66:4 119:15
149:5

types
62:10 65:22

typically
5:23 67:8
194:5

_____
            U
_____

U.S
10:2,6,9
16:3,4 17:24
50:4,5 72:1
170:9

Uh-huh
54:21

ultimately
19:15 124:21

unacceptable
80:15

unclear
135:3

Under
3:16 8:15
14:12 15:6
22:1 23:10
30:6,9 31:1,
23 33:20
34:15 37:5
38:1 39:2
40:9 41:23
44:18 45:3
48:9 55:3,23
60:3,4 63:23
68:19 100:16
101:2 106:5
113:25
126:17,21

134:14 137:10
142:4 143:6
144:19 145:24
146:3 147:1,3
150:8 162:22
198:16

underlying
142:1

underscores
88:13

undersigned
198:4

understand
5:9 9:17
31:12 67:1,17
74:7 76:11
88:14 95:9
114:4 146:16
151:18 164:1,
22 183:6,13

understandin
g
27:13 93:8
110:15 119:12
143:15 163:3

unexpired
10:3

unforeseen
59:7 60:17

unfortunatel
y
183:18

unfunded
152:15,17
153:18 154:9,
13,24 155:13,
20 156:5,17,
18 157:4,9
158:18,21,23
159:7,8
161:6,7
162:11 163:4
165:3

uniform
65:25 86:18,
20 87:15,20,
23 88:19
94:1,9,10,11
159:14

uniformity
85:7,8,9
86:9,16 87:8
88:8 91:18
92:13 94:9,
19,21 168:18,
21

uniformly
86:21

unintended
175:11

unique
181:5

United
7:16 68:21
71:24 130:6
131:21

units
155:13

universe
188:14,15

university
83:2 170:8

unless
5:8

unlimited
143:7

unnecessary
45:9

unrepresente
d
100:14

unsatisfacto
ry
150:18

TX_00213080

USA_00017454

Case 2:13-cv-00193 Document 661-6 Filed on 11/11/14 in TXSD Page 5 of 133
Case 1:12-cv-00128-RMC-DST-RLW Document 205-1 Filed 06/20/12 Page 2 of 262

House Floor Debate - Volume II                    March 23, 2011
240

untrained
33:17
uphold
129:23
urban
153:2,13,15
164:5 165:1
190:4,12
191:5
urge
91:21
use
23:20 27:9
31:8 34:9
38:19 40:3
50:9 51:14,17
52:21 57:3,13
63:16 64:1
67:8,10 69:6
70:3 71:25
73:5 80:13
81:9,19,25
86:8,13 89:25
90:4 109:3,4,
7,9 110:13
195:8 196:6,
12
uses
131:18
usually
27:24 34:12
60:9
utilize
37:8

———— V ————

vacation
57:25
Valentine
189:3
valid
26:4 28:4
39:1 55:3

63:3,4,14,22
64:7,17,20
65:17 71:15
73:10 87:3
91:12 95:9
96:1 147:11
validate
148:1,3
validating
146:20 150:20
validity
95:1 143:16
144:1,2
146:19
Van
15:10,11,23,
25 16:2,9,13,
21,24 17:1,4,
10,14,21
18:7,9 19:3,
5,8,13,20,25
20:3,10,17
21:3,9,12,24
22:16,25
23:5,16 24:15
25:10,13,16
181:25
various
37:3 111:10
175:18
Veasey
2:1,3 62:19,
20,21,23
63:11,14,18
64:3 65:9,10,
14 66:7 67:2,
12,23 69:10,
15 78:17,18,
21,25 79:3,
14,20 118:3,
4,9 119:9,24
120:14 122:17
137:20 169:14
171:22,23

172:4,9,18,
20,25 173:3,
12,19 174:2,
6,11,14,16,
24 175:4,19
176:12,14,17
177:1,17,23
178:5,9,14,
18,23 179:3,
13,16 180:7
vehicle
10:14
vendor
59:22
venue
106:12
112:18,22
verification
83:6 87:13
144:4,17
162:3
verified
64:6
verify
9:20 65:18
77:9
verifying
146:19
versus
92:23 191:25
vertical
94:12
vetted
87:1
Vicki
90:10,12,14
Villarreal
26:16,17,21
27:1,6,12,17
104:22
violate
127:21

violet
121:20
virtue
5:13
visa
10:6 69:1
visit
43:11 190:25
193:7
visited
96:6 185:13,
14
visits
43:9 190:23,
24
vital
12:16
Volume
1:14
vote
2:5,6 3:19
5:13,19 6:15,
20,21 7:19
8:16 13:15,
17,20 14:13,
18 15:4,6
16:4 19:14,22
20:5,19,23
21:13 22:23,
24 23:8,18,25
24:1 25:5,9,
11,14 26:4,13
27:21,23
28:3,5,23
29:10 30:10,
11 31:22,25
32:13,17
33:2,16,17
34:3,6,19
35:20,23 36:5
37:13,18,25
40:8,15,20,
22,25 41:18

42:1,2,13
43:25 44:4,7
48:9,21 49:8,
9 50:11,14
55:3,7,12,
13,23 61:7,8,
9,13,16,17,
22,23 62:12
63:16 64:1,10
67:20 69:6,
13,17 70:25
76:14 77:15,
21 81:25
83:16,19,22
84:3,21 86:1,
6,14 90:10,
13,16,17,18,
21 91:12
97:11,12,17
98:6,9 102:17
103:19,23,25
104:20,25
107:7,10,14
110:13 115:3
118:2 121:7
122:24,25
123:6 132:21
134:9 135:11,
15 137:8,14
138:15,21
139:19,20
140:6 141:2
142:10 143:6,
7,19 144:3,5
145:5,9,12,
20,23 146:4
150:10,23
151:22,25
164:14,16,19
165:6,8,12
166:8,23
169:8 170:3
171:20 174:9
176:2,6,10
179:4 180:3,
17 183:20

TX_00213081

USA_00017455

Case 2:13-cv-00193 Document 661-6 Filed on 11/11/14 in TXSD Page 6 of 133
Case 1:12-cv-00128-RMC-DST-RLW Document 205-11 Filed 06/20/12 Page 5 of 262

House Floor Debate - Volume II                     March 23, 2011
                                                              241

| | | | | |
|---|---|---|---|---|
| 186:21 189:18 190:4,10 191:3 192:14, 20 195:17 196:6,25 197:3 | 139:19 141:1 143:13 147:12 148:1,3,7 149:4 150:20 164:21 167:24 168:7,8,11 169:2,22,23 | **voting** 2:8 5:10,25 6:22,23 13:22,23 19:7,10,18, 21,24 20:4,7, | 127:9,11 128:21 129:19,21 130:24 131:23 132:9,21,22, 23,24,25 133:1 135:15, | 25 12:19 167:19,20,21 168:24,25 169:5,9 **wallet** 6:1 |
| **voted** 2:9 6:24 13:24 24:25 25:18 44:7 48:22 61:23 69:17 84:3 90:21 97:17 98:2 104:23, 25 107:14 123:6 126:21 133:1 135:17, 18 137:20,21 138:25 152:2, 4 165:16,17 169:11,12 180:21 192:23 197:6 | 170:10,12, 17,21,22 171:7,10,12, 13,18,19 172:14,22,23 173:4,5,7, 10,14,17,22, 25 174:3,4, 19,22,24 175:1,3,7,9, 13,15,17,21 176:1,3,19, 20,21 177:9, 18 179:6,9, 21,22 181:7 185:2 191:8 195:12 | 9,14,15,22 21:1,20 25:4, 6,7,16,17 26:15,23 27:3,15 30:19 33:2 34:16,18 36:25 39:2 44:6,8 48:23 50:15,23,25 54:2,6,12 61:12,18,19, 20,24 69:15, 16,18 70:4 71:21 77:17 80:13 83:24, 25 84:1,2,4 85:20,24 90:17,18,19, | 16,17 137:17, 18,19,20 138:21,22, 23,24 140:10, 12 142:3,4,8, 9,12 143:12, 16 145:11 148:6,8 152:1,2,3 165:14,15, 17,18 169:9, 10 177:12,16 180:1,18,19, 20 188:15 192:21,22 193:17 194:8 195:9,14,21, | **Wal-Mart** 183:8 **want** 2:23 10:21 21:17 23:2,3 32:2,3,4 40:19,25 42:4 47:21 48:8 50:12,14 52:6 67:18 76:2 78:3 80:22 82:8 90:9,14 92:12 95:25 98:5 99:16 101:12,18 109:7 110:13 116:6,8 |
| **voter** 2:18 5:18 12:23 14:10, 17,23 16:25 18:16 19:16 20:18 21:14, 25 22:13,20, 22 23:6,12, 20,25 24:17 25:2,7,8 27:8 45:3,7,8,23 46:5,8,9,18 47:3,4,13 52:5 60:18 66:2 67:1 72:13,25 76:8 100:15,18,21 111:2 114:12, 19 116:3 117:19 121:7 128:2 129:18 130:21 131:18 | **voters** 10:22 16:17 22:1 36:24 37:11 48:22 74:9 115:2 117:12 168:10 170:3,18 171:16 173:18,21 191:6 **voter's** 14:21,23 15:2 44:21,22 45:2,4 48:12 74:5 **voters'** 137:5 **votes** 48:18 55:16 153:5 | 20,22 97:14, 15,16,18 104:21,22,24 105:1 106:16 107:12,13,15 108:7 109:3, 4,7,9,11,16 111:4,9,21, 24 112:3,6, 10,17,25 113:8,14,17, 23,25 114:4, 18 117:18,21 118:12,21 119:2,5,12, 21 122:25 123:1,2,3,4, 7,15,18 124:13,19 125:7,10,15 126:17,22 | 24 196:12,13, 22 197:4,5 **vulnerabilit y** 142:2 ————— **W** ————— **W** 118:20 **wait** 49:15 50:20 133:18 **waiting** 54:23 126:13 **walk** 23:24 31:9,10 50:14,25 **Walle** 10:24,25 11:6,10,16, | 118:16 124:11 127:20 128:12,20,21 129:2,3,4,5, 17,19,20 130:5,16,17 132:8,9 143:25 144:5, 6 150:5 152:15,17 159:7,8,12, 13,25 161:23 162:23,24 167:8 168:18 175:16 176:3, 5 177:2,3 183:18 **wanted** 22:5 76:17 98:18 **wanting** |

TX_00213082

USA_00017456

Case 2:13-cv-00193 Document 661-6 Filed on 11/11/14 in TXSD Page 7 of 133
Case 1:12-cv-00128-RMC-DST-RLW Document 209-1 Filed 06/20/12 Page 4 of 262

House Floor Debate - Volume II                    March 23, 2011
                                                            242

163:4

wants
186:9

war
91:11

wasn't
54:1 163:3

watched
23:24

water
91:25

way
5:11 34:19
64:8 81:25
98:22 116:16
118:23 141:1
142:10 143:4
145:5,18
146:2 169:21
182:8,9 190:8

ways
62:13 118:23
141:25

weaken
144:25 145:7
146:11

weakening
144:11

weakens
141:12 142:1
145:16 147:9
149:1

web
22:11

website
59:22

week
41:24 138:16
181:19,21,23
190:23

weekdays
153:10

weekend
162:13

weekends
153:9

weeks
49:23 138:16

weight
28:16 31:17

welcome
29:6 53:15

we'll
136:12,13

went
16:10 18:22
41:15 54:7,18
108:15
162:17,18

we're
11:20,24
12:17 13:3,11
17:23 19:6
20:18 40:13,
14 42:14,17,
18,19 53:4
54:14 58:22,
23 59:3 62:10
67:16 78:2
81:23 85:9,22
86:9,24 87:7,
15,17 88:3,7,
14 89:23
91:17 94:13
95:7,8,18
96:2 100:25
101:12,17
113:24 118:14
123:24 126:24
127:1,21
128:9 129:10,
11 130:4,9,
13,14,17
131:10 136:11
142:19

143:11,12
150:2 151:12
156:24 157:4,
24 158:14,15
162:18 163:16
164:25 166:22
179:24 182:24
185:1 189:15
196:11,14

weren't
109:3,4

West
7:24

we've
18:2 24:14
55:19 66:23
77:16 78:8
97:25 112:19,
20,21 118:22
129:1 150:21
158:2 161:24
172:2 184:3

whatever
39:23 42:4,5
52:6 55:8
175:8 193:23

whereas
151:15

whether
49:16 80:14
87:24 91:11
115:22 124:25
125:10 127:18
133:11 135:4
137:7 143:18
161:13
162:20,21
164:21 168:7
175:10 191:3

whole
3:14 23:11
34:3 41:5,14
42:18,20
67:16 127:1

129:12 131:21
173:6,7

wild
7:24

willing
117:11,15,24
118:25 119:21
122:9

wipe
140:24

Wisconsin
170:20 172:13
177:19,25

wish
2:2 59:5
64:21 81:1
195:17

withdraw
110:16

withdrawn
9:10 110:17
167:16 197:13

withdraws
79:22

within
27:21 34:13
59:15 60:11
104:7,9 134:2
148:8

witnessed
23:22

women
137:2

wonderful
109:21

wondering
35:18 160:25

Woolley
148:12

word
131:18

words
44:21 92:22
93:16 113:2,6
121:5 130:22
176:22

work
14:24 16:10,
24 18:23
53:10 57:23
64:18 65:16,
19 68:1 69:3
79:5,6 95:22
142:23

worked
17:7 52:14
53:3 66:15
92:16 127:19

worker
25:8 66:1,25
77:14,22

workers
18:10 33:21
74:7 75:8
76:16 91:18,
19 95:5,11
96:11,24

Workforce
22:12

working
15:2 33:17
69:1 95:23

works
25:4 89:10
141:5

world
24:16 56:24
57:7 149:14

worried
97:1 179:23

worry
140:21,22

worst

TX_00213083

USA_00017457

House Floor Debate - Volume II

March 23, 2011

243

| | | | | |
|---|---|---|---|---|
| 170:9 | 3:8 16:10,14, | 103:3 | **100000** | **1st** |
| **Worth** | 17,18 17:8 | **yields** | 35:13,19 37:6 | 7:12 60:1 |
| 49:20 66:8,13 | 18:6,23,24, | 26:20 29:22 | **101** | **2** |
| **wouldn't** | 25 35:13 | 34:25 38:6 | 25:18 69:17 | |
| 5:19 52:20 | 118:22 119:1 | 43:3 45:15 | **1044** | **2** |
| 83:9 85:5 | 121:1 126:22 | 52:2 53:21 | 70:9 75:7,14 | 1:14 44:8 |
| 95:5 121:16 | **yellow** | 58:20 63:12 | **107** | 48:22 61:24 |
| 175:23 | 38:12 39:21 | 65:1,13 68:16 | 104:25 | 69:18 84:4 |
| **Wow** | 40:2 | 71:9 72:23 | **11** | 90:22 97:18 |
| 43:19 | **yesterday** | 74:21 82:5 | 134:18 | 104:25 107:15 |
| **wreck** | 35:10 | 85:15 92:10 | **1105** | 117:20 119:4 |
| 51:15 | **yield** | 98:17 101:10 | 70:8 | 123:7,17 |
| **writing** | 11:1,2 15:21, | 103:7 109:1 | **12** | 135:1 183:10 |
| 24:6 117:5 | 22,23 26:18, | 111:19 118:8 | 170:12 175:18 | **2.4** |
| 122:17 | 19 28:8 29:20 | 120:10 124:6 | **120-mile** | 100:19 |
| 132:13,15 | 34:23 35:2 | 141:20 160:10 | 183:5 | **20** |
| **written** | 38:4,5 42:25 | 189:24 | **12-31-2013** | 46:16 55:12, |
| 55:11 93:5 | 43:1 45:13 | **young** | 198:23 | 15 60:11 |
| **wrong** | 51:23,24 | 37:10 49:10 | **14** | 166:10 186:2 |
| 85:18 132:10 | 53:18 58:17, | 187:24 | 1:11 6:5 | **200** |
| **Wyoming** | 18 63:10,11 | **Z** | 129:17 | 189:4 |
| 170:14 | 65:11 68:13, | | 191:16,19, | **2006** |
| 172:13,16 | 14 71:4,5 | **zone** | 20,25 | 118:19,20 |
| 177:20 | 72:20,21 | 96:13 | **14000** | **2008** |
| 178:11,19 | 74:18,19 79:1 | **1** | 59:23 191:17 | 171:13 |
| 179:7 | 81:11,16 82:3 | | **14F4** | **2010** |
| **Y** | 85:13 89:16, | **1** | 111:4 | 49:13 |
| | 17,18,20 | 41:23 135:1 | **15** | **2011** |
| **Yeah** | 92:7,8 98:14, | **1.7** | 29:16 34:13 | 1:11 49:24 |
| 17:6 40:5 | 15 101:8 | 43:15 | 60:11 106:6, | 119:18 132:6 |
| 43:21 56:16, | 103:10 | **1.8** | 25 107:5 | 136:18 |
| 18 57:10 | 108:23,24 | 43:16 | 185:25 191:13 | **2012** |
| 64:23 121:8 | 111:16,17 | **10** | **15.6** | 1:16 198:17 |
| 161:2 162:17 | 118:5,6 120:8 | 106:7,25 | 170:18 | **203** |
| 163:11 167:10 | 124:5 141:17, | 107:5 153:5 | **150** | 111:4 |
| 177:21 | 18 149:22,23 | 170:20 | 155:11 183:8 | **21** |
| **year** | 150:4 153:24 | **100** | **1687** | 36:1 |
| 2:20 35:12, | 154:1,16,20, | 6:25 13:24 | 70:8,9 74:23 | **22** |
| 13,19 36:2 | 22 161:1 | 74:23 133:2 | 75:3,15 | 11:19 12:14, |
| 37:7 59:19 | 171:24,25 | 138:25 192:23 | **1964** | 16 |
| 108:18 119:18 | 176:15 185:7, | 197:6 | 41:13 | **23** |
| 132:6 138:7 | 8 189:19,22, | **10000** | | 1:16 |
| **years** | 23 193:9,13 | 153:5 191:16, | | |
| | **yielded** | 22 | | |

TX_00213084

USA_00017458

House Floor Debate - Volume II                    March 23, 2011

| | | | |
|---|---|---|---|
| **23rd**<br>136:18 198:17 | 135:18 138:25<br>165:18 | **645**<br>135:25 136:3,<br>18 | **89**<br>61:24 |
| **25**<br>16:16 17:12<br>118:22 126:22 | **49**<br>13:24 44:8<br>48:22 84:4<br>97:17 133:2<br>137:21 192:24 | **65**<br>143:7 182:9 | ___9___ |
| **254**<br>94:13 | ___5___ | ___7___ | **90**<br>184:10 |
| **28841**<br>182:16 | **5**<br>112:14<br>118:13,14<br>123:16 | **7**<br>134:25 135:6 | **900**<br>136:14 |
| ___3___ | | **70**<br>2:20 51:13<br>151:13 | ___.___ |
| **3**<br>111:3 183:11<br>198:24 | **50**<br>3:8 90:22<br>94:13 180:22 | **7000**<br>182:18 | **'90s**<br>173:6 |
| **3/23/11**<br>1:13 | **500**<br>183:14 | **75**<br>121:1 | ___9___ |
| **3022**<br>198:23 | **50th**<br>170:9 | **75000**<br>36:2 | **94**<br>152:4 |
| **31.012**<br>111:2 | **5-10-2012**<br>198:22 | **75th**<br>27:7 | **95**<br>169:12 |
| **332491**<br>1:1 | **52**<br>169:12 | **76**<br>182:8 | **96**<br>48:22 180:22 |
| **38000**<br>191:25 | **521**<br>166:16 | **7th**<br>134:18 135:9 | **97**<br>90:21 |
| **3W.15**<br>136:18 | **524.011**<br>37:6 | ___8___ | **98**<br>165:18 |
| **3W15**<br>135:25 136:3 | **56**<br>61:24 155:5 | **8**<br>124:10 | **99**<br>2:10 44:7<br>84:3 97:17<br>107:14 123:6<br>135:18 137:21 |
| ___4___ | ___6___ | **80**<br>188:19 | |
| **40**<br>104:25 | **6**<br>2:17 134:25<br>135:1 149:13<br>158:16 161:12 | **81st**<br>90:3 | **9th**<br>49:24 134:19<br>135:9 |
| **424**<br>166:16 | **60**<br>49:8 51:13,18<br>59:4,5 106:5 | **82nd**<br>90:2 | |
| **45**<br>60:11 197:7 | **600**<br>5:23 | **82R**<br>1:11 | |
| **47**<br>69:17 107:15<br>152:4 | **61**<br>49:9 54:7,9 | **88**<br>152:13 154:14<br>155:10,11,16<br>156:13,15<br>158:22 165:8<br>182:7 | |
| **48**<br>2:10 6:25<br>25:18 123:7 | | | |

JA_002577

TX_00213085

USA_00017459

Case 2:13-cv-00193 Document 661-6 Filed on 11/11/14 in TXSD Page 10 of 133
Case 1:12-cv-00128-RMC-DST-RLW Document 209-1 Filed 06/20/12 Page 7 of 262

1

THE HOUSE COMMITTEE ON ELECTIONS.

MARCH 23, 2011

VOL. III

TX_00213086

USA_00017460

2

1              CHAIR:  Mr. Hochberg, for what purpose?

2              REPRESENTATIVE HOCHBERG:  Will the

3      gentleman yield?

4              THE CHAIR:  Will the gentleman yield?  He

5      did.  The gentleman yields.

6              REPRESENTATIVE HOCHBERG:  Thank you.

7              Mr. Gallego, in your opinion, this means

8      that folks your rural community are going to be less

9      likely to vote than folks in my urban community, and I

10     think you started to answer yes.

11             REPRESENTATIVE GALLEGO:  Absolutely, I

12     think that is true.  I think it is much more difficult

13     to get a Photo ID, the way that this bill is drafted.

14     And so what happens is people will end up staying home.

15             And I think a vote of someone who lives in

16     a rural area should be just as fundamental and just as

17     important as someone who lives in an urban area.

18             And so that's why I ask for some

19     consideration for these folks who elderly, just by the

20     demographics as the rural areas get older and there's

21     not that many of us who are rural left.

22             But we know that our population is getting

23     older and so this speaks to have some reasonable

24     accommodations for those rural areas.

25             And I see Mr. Chisum behind you, and Mr.

TX_00213087

USA_00017461

3

1    Chisum can tell you that he represents some communities,

2    too, that don't have driver's license offices, and the

3    person from DPS visits, maybe once a week.

4              And if they're sick, then nobody visits.

5    And so they'll go an entire month or sometimes without

6    having a visit from a driver's license place.

7              REPRESENTATIVE HOCHBERG:  And so I'm going

8    to have to think about whether or not to vote with you

9    on this one because I would certainly like to increase

10   any advantage that the urban areas have in terms of

11   producing voters for statewide elections.

12             So if you say your Amendment is necessary

13   to help maintain rural voter turn-out, I'd have to think

14   about your Amendment for awhile.

15             REPRESENTATIVE GALLEGO:  Well, the truth is

16   that there's not enough people left in the rural area to

17   offset, which is why, for example, I have to represent

18   15 percent of the state by land and you have to

19   represent how many square Miles of Houston?

20             REPRESENTATIVE HOCHBERG:  I have 14 square

21   Miles.  I have 10,000 people per square mile.

22             REPRESENTATIVE GALLEGO:  How many square

23   Miles again?

24             REPRESENTATIVE HOCHBERG:  14.

25             REPRESENTATIVE GALLEGOS:  And I represent

TX_00213088

USA_00017462

4

1   about 38,000 square miles.  14 square miles versus

2   38,000 square miles.  And that, to me, is the essence.

3   We've drafted a one size fit all approach, and one size

4   doesn't fit all.

5              And so that's the challenge, and that's a

6   reasonable, I think very reasonable accommodation that I

7   seek for those folks who live in rural areas that don't

8   have access to that driver's license office on a regular

9   basis.

10             REPRESENTATIVE HOCHBERG:  Thank you.  I do

11  think you have a very good Amendment.

12             REPRESENTATIVE GALLEGO:  I appreciate that.

13  Mr. Hawkford, and I would ask, Members, that you vote no

14  on the motion to table.

15             And I appreciate the opportunity,

16  Ms. Harless.  Thank you for the opportunity to have a

17  conversation about the Amendment.

18             THE CHAIR:  Representative Gallego sends up

19  an Amendment.  Representative Harless moves to table.

20             The vote is on the motion to table.  Vote

21  aye or vote no.

22             Show Mr. Gallego voting no.  Show

23  Representative Harless voting aye.

24             Have all voted?  Have all voted?

25             Being 100 ayes and 49 nays.

TX_00213089

USA_00017463

5

```
 1                 The motion to table prevails.
 2                 The following Amendment.
 3                 The clerk will read the Amendment.
 4                 THE CLERK:  Amendment by Anchia.
 5                 THE CHAIR:  The chair recognizes
 6    Representative Anchia.
 7                 REPRESENTATIVE ANCHIA:  Thank you,
 8    Mr.  Speaker and members.
 9                 Representative Harless and I had a chance
10    to visit when I temporarily pulled this down, and I
11    believe there's going to be some back mic questions so I
12    yield.
13                 THE CHAIR:  Representative Harless, for
14    what purpose?
15                 REPRESENTATIVE HARLESS:  Will the member
16    yield?
17                 THE CHAIR:  Will you yield?
18                 REPRESENTATIVE ANCHIA:  I do.
19                 REPRESENTATIVE HARLESS:  Representative
20    Anchia, we discussed that this Amendment is all for the
21    ID card for voting, correct?
22                 REPRESENTATIVE ANCHIA:  That is correct.
23                 REPRESENTATIVE HARLESS:  And that ID is
24    issued by the DPS free of charge?
25                 REPRESENTATIVE ANCHIA:  That is correct.
```

TX_00213090

USA_00017464

6

1              REPRESENTATIVE HARLESS:  And what your
2    Amendment does say is that if for whatever reason they
3    need to get a replacement or duplicate ID because they
4    moved and changed their address or they lost it, it
5    would continue to be free?
6              REPRESENTATIVE ANCHIA:  That is correct.
7    That is absolutely correct, and the term of art is a
8    duplicate ID, and that picks up people who, for example,
9    who move or who changed their name, typically because of
10   marriage or divorce.
11             That category of state ID for purposes of
12   voting is called a duplicate.  It's neither a new or
13   renewal.
14             REPRESENTATIVE HARLESS:  So we had a
15   conversation with DPS.
16             REPRESENTATIVE ANCHIA:  Yes.
17             REPRESENTATIVE HARLESS:  And they are going
18   to give us a formal ruling on this.
19             So I accept this Amendment, and if we need
20   to have more conversation about it, we can.
21             REPRESENTATIVE ANCHIA:  Thank you for
22   taking the Amendment.
23             THE CHAIR:  Mr. Anchia, sends up the
24   Amendment.  The Amendment is acceptable to the author.
25             Is there an objection?

TX_00213091

USA_00017465

| | |
|---|---|
| 1 | The Chair hears none. |
| 2 | The Amendment is adopted. |
| 3 | The following Amendment. |
| 4 | The clerk will read the Amendment. |
| 5 | THE CLERK:  Amendment Martinez. |
| 6 | THE CHAIR:  The chair recognizes |
| 7 | Representative Martinez. |
| 8 | REPRESENTATIVE MARTINEZ:  Thank you, |
| 9 | Mr. Speaker, members. |
| 10 | This Amendment requires that employees at |
| 11 | the Department of Public Safety inform anybody applying |
| 12 | for a state identification card or renewal, that they |
| 13 | state it is free of charge if they intend to use it for |
| 14 | voting purposes. |
| 15 | So pretty much, all you're going to be |
| 16 | doing is if an individual goes in and they're going to |
| 17 | apply for a Voter ID card or for an ID card or for a |
| 18 | driver's license, people at DPS will be telling them |
| 19 | that if it is used for voting purposes, there is no |
| 20 | charge for the ID and it is free of charge. |
| 21 | So DPS employees already ask applicants if |
| 22 | they wish to register to vote and a link is provided for |
| 23 | those who renew on-line. |
| 24 | So this Amendment would fit neatly into the |
| 25 | system already in place for educating citizens about |

TX_00213092

USA_00017466

8

1   voting.  And as the DPS employee is interacting with the

2   customer, they should make sure the person has the

3   opportunity to receive a free ID if they need it to

4   satisfy the requirements of a Photo ID Voting Law.

5              THE CHAIR:  The chair recognizes

6   Representative Harless in opposition.

7              REPRESENTATIVE HARLESS:  Members,

8   Mr. Speaker, this Amendment actually provides for free

9   ID cards for those who need it.  But this Amendment will

10  create an opportunity for people to get a free driver's

11  license if they say they're going to use it to vote and

12  I have to oppose the Amendment.

13             THE CHAIR:  The chair recognizes

14  Representative Martinez to close.

15             REPRESENTATIVE MARTINEZ:  Okay.  Members,

16  once again we're saying that a Photo ID is free if

17  you're going to use it for voting, but yet DPS can't

18  inform you that if you're using it for voting that it's

19  free.

20             So if we're not going to be honest with the

21  public and when they go into renew their driver's

22  license or get a Photo ID card, then what's the purpose

23  of even having this bill?

24             What we need to do is make sure that when

25  we educate the public so that when they do go into renew

TX_00213093

USA_00017467

9

1  their ID or they go into renew their driver's license,

2  that they can get an ID for free if it's being used for

3  voting purposes.

4           No reason to mislead the public.  We should

5  tell them.  We should be honest and transparent.  And I

6  ask you to vote no on the motion to table.

7           THE CHAIR:  Mr. Martinez sends up an

8  Amendment.  Representative Harless moves to table.  This

9  is on the motion to table.

10          Vote aye or vote nay.

11          Show Representative Harless voting aye.

12  Show Representative Martinez voting no.

13          Have all voted?  Have all voted?

14          Being 100 ayes, 45 nays.  The motion to

15  table prevails.

16          The following Amendment.

17          The clerk will read the Amendment.

18          THE CLERK:  Amendment by Alonzo.

19          THE CHAIR:  The clerk will read the

20  Amendment.

21          THE CLERK:  Amendment by Bohac.

22          THE CHAIR:  The clerk will read the

23  Amendment.

24          THE CLERK:  Amendment by Bonnen.

25          THE CHAIR:  The chair recognizes

TX_00213094

USA_00017468

House Floor Debate - Volume III                    March 23, 2011

10

1    Representative Bonnen.

2                REPRESENTATIVE BONNEN:  Mr. Speaker,

3    Members, we've had a lot of different Amendments, a lot

4    of different discussions today so it's very important

5    that this Amendment come onto the bill.  I know it's

6    acceptable to the author.

7                This is simply what's called a severability

8    clause.  Meaning, that if any section of this bill is

9    being challenged in the court, the rest of the bill

10   becomes an active part of law.  This is actually

11   standard in most major bills that we pass.

12               So I move passage.

13               THE CHAIR:  Representative Bonnen sends up

14   an Amendment.  The Amendment is acceptable to the

15   author.

16               Is there an objection?

17               The Chair hears none.

18               The Amendment is adopted.

19               The following Amendment.

20               The clerk will read the Amendment.

21               THE CLERK:  Amendment by Alonzo.

22               THE CHAIR:  The chair recognizes

23   Representative Alonzo.

24               REPRESENTATIVE ALONZO:  Thank you,

25   Mr. Speaker, Members.

TX_00213095

USA_00017469

11

1           What this Amendment does is similar to

2   Mr. Rodriguez.  It allows for same-day registration.

3   What we want to do or the intent allegedly, is to

4   encourage more participation.

5           And we heard that this type of legislation

6   has been approved, you know, by Indiana.  It went to the

7   Supreme Court.

8           But it was approved as long as it provided

9   for a limited burden on voters rights that justified the

10  states interest in election procedures in (inaudible).

11          Well, what we want to try to do with this

12  Amendment is improve the election process.  Improve

13  election participation.

14          And what I'm saying with this Amendment, as

15  we heard before, is there's other examples of where you

16  allow for same day voter registration.  I don't see a

17  reason why we should I wait 30 days.  We want people to

18  vote that are eligible to vote on the day they should

19  register and be allowed to vote.

20          So with that, Mr. Speaker and Members, I

21  ask that we approve this legislation.

22          THE CHAIR:  The chair recognizes

23  Representative Harless in opposition.

24          REPRESENTATIVE HARLESS:  Thank you,

25  Members.  We've had this discussion.  I'd ask you to

TX_00213096

USA_00017470

12

```
 1    move to table.
 2                 THE CHAIR:  The chair recognizes
 3    Representative Alonzo to close.
 4                 REPRESENTATIVE ALONZO:  Thank you,
 5    Mr. Speaker.  Members.
 6                 You know not only have we had this
 7    discussion now.  Today, we've had this discussion for
 8    some time.  And in the past, we rejected -- we have not
 9    passed this legislation.
10                 Well, although people have said this
11    legislation is going to pass, well, let's make it a
12    little bit better.
13                 How can we make it a little bit better?  By
14    allowing the process to get better.  How can the process
15    get better?  If we want people to vote as we say this
16    legislation is going to allow for more people to vote,
17    let them vote the day they get registered.
18                 Let them vote, I say, Members -- there you
19    go.  Let my people vote.  I say, let the people of Texas
20    -- let Texas vote.
21                 This is the slogan, Members.  You vote for
22    this Amendment, you're saying let Texas vote.  Let
23    Texans vote.  Remember, let's all do it together.  I'm
24    kidding.
25                 But vote no on the motion to table.
```

TX_00213097

USA_00017471

House Floor Debate - Volume III                March 23, 2011

13

1                THE CHAIR:  Mr. Alonzo sends up an

2     Amendment.  Representative Harless moves to table.  This

3     on the motion to table.

4                Vote aye or vote nay.

5                Show Ms. Harless voting aye.  Show

6     Mr. Alonzo voting nay.

7                Have all voted?  All voted?

8                Being 99 ayes and 48 nays, the motion to

9     table prevails.

10               THE CLERK:  Mr. Gutierrez on the floor of

11    the House.

12               THE CHAIR:  The following Amendment.

13               The clerk will read the Amendment.

14               THE CLERK:  Amendment by Raymond.

15               THE CHAIR:  The chair recognizes

16    Representative Raymond.

17               REPRESENTATIVE RAYMOND:  Thank you,

18    Mr. Speaker, members.

19               Members, this Amendment would simply have

20    DPS, Department of Public Safety, create a travel

21    reimbursement program for travel to and from DPS offices

22    for the purposes of obtaining Photo ID for voting

23    purposes.

24               And would only -- the only people who would

25    qualify would be those who -- an individual who earns

TX_00213098

USA_00017472

14

1    not more than 100 percent of the income standard

2    established by the applicable federal poverty guideline.

3    In other words, poor people.

4              If you, any of you, like I grew up,

5    26 miles from the DPS office, my grandparents, 33 miles

6    from the DPS office.  There are a lot of folks in this

7    State who fall into the poverty level.

8              As a matter of fact, as of last year, the

9    figures are around 4.26 million people in the State of

10   Texas that would fall at this level.

11             And so, Members, I don't know what your

12   personal experiences are, but you would recognize that

13   if somebody has to go any kind of distance at all to get

14   the required identification and they are poor, this is,

15   essentially, preventing them from being able to vote.

16             So I would move adoption.

17             THE CHAIR:  The chair recognizes

18   Representative Phillips in opposition.

19             REPRESENTATIVE PHILLIPS:  Thank you.  I

20   would respectfully move to table.  This bill is not

21   about reimbursing travel for Texans.  It's about Voter

22   ID.  Obviously there's no physical note and I would

23   respectfully move to table.

24             THE CHAIR:  Mr. Raymond, for what purpose?

25             REPRESENTATIVE RAYMOND:  Would the

TX_00213099

USA_00017473

House Floor Debate - Volume III                    March 23, 2011

                                                               15

1    gentleman yield for a couple of questions?

2                    THE CHAIR:  Will the gentleman yield?

3                    REPRESENTATIVE PHILLIPS:  For two

4    questions.

5                    THE CHAIR:  The gentleman yields.

6                    REPRESENTATIVE RAYMOND:  Well, I don't know

7    if you can answer them in two.

8                    Mr. Phillips, you know that the State of

9    Texas in the last year, last year it was reported that

10   we had an additional around half a million or about

11   428,000 more people fell into poverty in the State of

12   Texas.

13                   Are you aware of that?

14                   REPRESENTATIVE PHILLIPS:  We had a

15   population that has continued to grow.  We had --

16                   REPRESENTATIVE RAYMOND:  But that last year

17   it was reported, the official figures it was reported

18   that over 400,000 people in the State of Texas fell into

19   the poverty level.

20                   REPRESENTATIVE PHILLIPS:  We have a much

21   larger state and much, much more popular state.

22                   REPRESENTATIVE RAYMOND:  Right.  So we've

23   got over 4 million people that I would call poor.  This

24   would be someone who earned, if you're an individual,

25   someone who would earn 10,000, $800 a year.  If you were

JA_002592

USA_00017474

```
 1    a family of two, it would be $14,000 a year.
 2                 REPRESENTATIVE PHILLIPS:  Mr. Raymond,
 3    clearly in the bill, it affords those who can't afford a
 4    Voter ID card.  I think we're getting far afield from
 5    this legislation.
 6                 REPRESENTATIVE RAYMOND:  Well, here's what
 7    concerns me, Larry, and I hope it concerns you:
 8    Minorities in the State of Texas out number Anglos by 3
 9    to 1 in terms of those who fall into the poverty level.
10    All right?
11                 So what I am seeking to do here is to help
12    anyone who is poor who would have a hardship being able
13    to drive.
14                 As I said where I grew up in Benavides, the
15    closest DPS office and there are a lot of people in
16    Benavides where I grew up, who are poorer than poor,
17    there are a lot of people who are from San Yisidro,
18    where my grandparents were, 33 miles away from the
19    closest DPS office.
20                 There were a lot of people out there who
21    were poorer than poor, who were United States citizens,
22    who were qualified and registered voters, but with this
23    law, if were to pass, would have to go far away.
24                 Now, I know you're not poor, but surely you
25    recognize that that can be a hardship on people.  That,
```

TX_00213101

USA_00017475

17

1  you know, when you have the poll tax and you have a

2  dollar or $2 to be able to vote, people say, a dollar,

3  $2 to be able to vote, oh, that's not that much.

4          In this case, you're saying with your bill

5  that you're supporting here, that if it costs you 10 or

6  $15 or $20 to travel to go get what you need to get to

7  allow you to vote, well, then, suck it up, you're going

8  to have to do it if you want to vote.

9          REPRESENTATIVE PHILLIPS:  Mr. Raymond, for

10 a long time people make decisions.  They plan ahead, and

11 I don't think this --

12         REPRESENTATIVE RAYMOND:  They plan ahead?

13         REPRESENTATIVE PHILLIPS:  Yeah, they plan

14 ahead for when they need.

15         REPRESENTATIVE RAYMOND:  They plan ahead to

16 be poor?

17         REPRESENTATIVE PHILLIPS:  No.  When they

18 need to register to vote.  When they're going into town.

19         You're talking about traveling far.  When

20 they're going to get services.  So what you're doing --

21         REPRESENTATIVE RAYMOND:  But people are

22 registered to vote early.

23         REPRESENTATIVE PHILLIPS:  You're talking

24 about a certain class, and I'll respectfully disagree

25 that that's necessary here.

TX_00213102

USA_00017476

```
 1                    REPRESENTATIVE RAYMOND:  So really, you
 2     really believe --
 3                    REPRESENTATIVE PHILLIPS:  You're talking
 4     about traveling far and not having to be able to get
 5     there.
 6                    REPRESENTATIVE RAYMOND:  Let me just ask
 7     you:  You really believe that there will not be people
 8     in the State of Texas, because they are poor who'll not
 9     be able to afford to get what you're asking them to get
10     to be able to vote?  You really believe that?
11                    REPRESENTATIVE PHILLIPS:  And we've had
12     some people here, from our own body, I mean, body that
13     testify about how important it is for the security and
14     confidence in election.
15                    And they will go and they proudly will
16     obtain the right to vote.
17                    REPRESENTATIVE RAYMOND:  Would you just
18     answer the question honestly Larry?
19                    REPRESENTATIVE PHILLIPS:  I did.
20                    REPRESENTATIVE RAYMOND:  You really believe
21     of the 4 million people in the poor, 4 million people in
22     the State of Texas, nearly three fourths of which are
23     minority, this is why I believe this is aimed at
24     minorities, you believe that many of those people will
25     be able to -- --
```

TX_00213103

USA_00017477

House Floor Debate - Volume III                      March 23, 2011

                                                               19

1               REPRESENTATIVE PHILLIPS:  No.  I think --

2               REPRESENTATIVE RAYMOND:  You think they're

3     all going to be able to vote?

4               REPRESENTATIVE PHILLIPS:  No.  I think

5     you're just raising an issue, and I think it's a red

6     herring.  I think it's clear:  I think the polls in this

7     state show that minorities by a majority.

8               THE CHAIR:  The chair raises a point of

9     order.  The gentleman's time has expired.  The point of

10    order is well taken and sustained.

11              The chair recognizes Representative Raymond

12    to close.

13              REPRESENTATIVE RAYMOND:  Members, all this

14    Amendment does is try to make sure that people who are

15    poor, who cannot afford to get to where they need to get

16    to be able to get the idea that allows them to vote,

17    that they're able to go.  That's all that this is.

18              And, yes, a great majority of the poor

19    people in this state are minority.

20              And so I believe that this bill clearly is

21    aimed to try and disenfranchise minorities.  If you

22    accept this Amendment, it will be a step in the right

23    direction because you're willing to acknowledge that

24    many of the people in this state who would not be able

25    to vote because of the bill that you're trying to pass

TX_00213104

USA_00017478

20

```
 1    would have a better chance of being able to vote if they

 2    needed it.

 3              If they could, at least -- if they're

 4    qualified.  They'd have to be pretty poor by the way to

 5    qualify for mileage to be able to get to the DPS office.

 6              And any of you who grew up, by the way like

 7    I did grew up in a rural town, you know in the State of

 8    Texas, some of these offices are very far away from

 9    where you live.

10              And with gasoline costs these days, you

11    think that there aren't going to be people that aren't

12    going to be able to get the necessary documentation and

13    necessary ID to the vote?

14              This, to me, is just another example of you

15    vote this down member and what your intentions are, and

16    that is to prevent people from voting, taking the right

17    away from people who have the right to vote.  Taking it

18    away from as many as you can.

19              THE CHAIR:  Mr. Raymond sends up an

20    Amendment.  Mr. Raymond moves to place the remarks

21    between he and Representative Phillips in the journal.

22              Is there an objection?

23              The Chair hears none.

24              So ordered.

25              Mr. Raymond sends up an Amendment.
```

TX_00213105

USA_00017479

House Floor Debate - Volume III                March 23, 2011

21

```
 1   Mr. Phillips moves to table.  The question's on the
 2   motion to table.
 3                 Vote aye.  Vote nay.
 4                 Show Mr. Phillips voting aye.  Show
 5   Mr. Raymond voting no.  Show Mr. Pena voting aye.  Show
 6   Mr. Gutierrez voting no.
 7                 Have all voted?
 8                 Being 100 ayes.  46 nays.
 9                 The motion to table prevails.
10                 Representative Geren.  For what purpose?
11                 REPRESENTATIVE GEREN:  Mr. Speaker, would
12   you recognize me for a Motion to limit debate to the
13   number of Amendments that are currently filed and on
14   dias?
15                 THE CHAIR:  Members, you've heard the
16   motion.  Is there an objection?
17                 The Chair hears none.
18                 So ordered.
19                 The following Amendment.
20                 The clerk will read the Amendment.
21                 THE CLERK:  Amendment by Gutierrez.
22                 THE CHAIR:  The chair recognizes
23   Representative Gutierrez.
24                 REPRESENTATIVE GUTIERREZ:  Thank you,
25   Mr. Speaker, Members.
```

TX_00213106

USA_00017480

House Floor Debate - Volume III                    March 23, 2011

22

1            Members, what this Amendment seeks to do --
2    and by the way, just out of the interest of time, I've
3    cut out two Amendments so we can get along and get
4    moving tonight.
5            But what this Amendment seeks to do is it
6    seeks to reimburse each county for any costs incurred by
7    any county in implementing this Voter Identification
8    Bill.
9            At end of the day, Members, it's real
10   important to understand that this is an unfunded
11   mandate.  And we heard that mentioned earlier, but the
12   LBB has suggested that there is a cost to our counties
13   back home.
14           In Tarrant County, the cost of implementing
15   this particular legislation would cost about $8,000.  My
16   hometown in Bear County, we suggest is, LBB suggests
17   that that cost would be about $381,000.
18           I'll tell you what, I've got a Republican
19   commissioner back home who would rather have us focus on
20   the business of doing the business of Texas and not
21   Voter ID, where we're going to submit an unfunded
22   mandate to our community.
23           So what this bill seeks to do is it seeks
24   to have the Secretary of State reimburse the counties
25   for any change in ballots, change in voter

TX_00213107

USA_00017481

23

1   registrations, any costs that are produced as a change

2   of the law.

3            I think it's important to note that I sat

4   on this Voter ID Committee, and we had the State of

5   Georgia come in, we had the State of Indiana come in and

6   those folks told us that the real costs of this

7   legislation to them was over 8 and $10 million.

8            I think it's disingenuous for LBB to tell

9   us that this is going to costs $2 million.  So I think

10  it's real important that we look at this idea of an

11  unfunded mandate.  So I'd ask you to give this some

12  thought and support this Amendment.

13            THE CHAIR:  The chair recognizes

14  Representative Harless in opposition.

15            REPRESENTATIVE HARLESS:  Members, I would

16  move to table this Amendment.  This is an additional

17  cost to the State, to the fiscal note.

18            The county's already have appropriated

19  money from the Secretary of State to do these elections,

20  costs and training.  And it's something in their normal

21  scope of duty.  I move to table.

22            THE CHAIR:  The chair recognizes

23  Representative Gutierrez to close.

24            REPRESENTATIVE GUTIERREZ:  Members, this is

25  nothing more -- this piece of legislation is nothing

TX_00213108

USA_00017482

24

1   more than an unfunded mandate at a time when we're

2   $27 million in the hole.  We have better things to do in

3   this legislative body than to tax our counties more.

4              And at the very least, if we're going to do

5   this, we need to be genuine.  We need to know what the

6   real cost of this legislation is.

7              I respectfully submit to you that it's not

8   $2 million.  It's closer to 8 and $10 million as smaller

9   states have experienced.

10             Thank you very much.  I really appreciate

11  that you support my Amendment.

12             THE CHAIR:  Representative Gutierrez sends

13  up an Amendment.  Representative Harless moves to table.

14  This is on the motion to table.

15             Vote aye.  Vote nay.

16             Show Ms. Harless voting aye.  Show Mr. Cook

17  voting aye.  Show Mr. Smith voting aye.  Show Mr. Kefler

18  voting aye.

19             Have all voted?  Show Mr. Zedler voting

20  aye.

21             Okay.  99 ayes.  47 nays.  The motion to

22  table prevails.

23             The following Amendment.

24             The clerk will read the Amendment.

25             The chair recognizes Representative Kefler

TX_00213109

USA_00017483

25

1    for a motion.

2                    REPRESENTATIVE KEFFER:  Mr. Speaker, the

3    members of Committee on Energy Resources to meet while

4    the House is in session at 1:00 p.m. tomorrow,

5    March 24th, 2011, at E2036 to consider pending business.

6                    THE CHAIR:  Members, you've heard the

7    motion.

8                    Is there an objection?

9                    The Chair hears none.

10                   So ordered.

11                   The chair recognizes Representative Keffer.

12                   REPRESENTATIVE KEFFER:  Thank you,

13   Mr. Speaker.  I move to suspend the Five-Day Posting

14   Rule to allow the Committee on Energy Resources to

15   consider pending business at 1:00 p.m. tomorrow

16   March 24th, 2011, in E2036.

17                   THE CHAIR:  Members, you've heard the

18   motion.

19                   Is there an objection?

20                   The Chair hears none.

21                   So ordered.

22                   The Chair recognizes Representative Cook

23   for an announcement.

24                   REPRESENTATIVE COOK:  Thank you,

25   Mr. Speaker.  The Committee on State Affairs' meeting

TX_00213110

USA_00017484

26

```
 1    tonight is cancelled and it is already posted for a

 2    meeting tomorrow.

 3                    THE CHAIR:  The chair recognizes

 4    Representative Smith for an announcement.

 5                    REPRESENTATIVE SMITH:  The Committee on

 6    Environmental Regulations is cancelled for today.

 7                    THE CHAIR:  The following Amendment.

 8                    The clerk will read the Amendment.

 9                    THE CLERK:  Amendment by Castro.

10                    REPRESENTATIVE CASTRO:  Thank you,

11    Mr. Speaker, Members.

12                    This Amendment -- because in this bill we

13    are requiring folks to have their Photo ID in order to

14    vote, and the argument has been made by the author that

15    that's important for the integrity of the voting

16    process.

17                    What my Amendment says is that if somebody

18    who is not an election officer demands that a voter who

19    is approaching the voting booth at the polling site

20    demand that the voter show that ID to them and they're

21    not an election officer, that there is a penalty set up.

22                    In other words, you know, we have people

23    who are poll watchers, which is fine.  But we don't want

24    them to cross the line and start harassing people and

25    demanding that people show them their ID before that
```

TX_00213111

USA_00017485

27

1   person can go on and vote.

2               So that's what my Amendment will do.  It's

3   a way to make sure -- the Voter ID Bill -- it's a way to

4   make sure that people don't fraudulently vote.  This is

5   a way to make sure that votes are not stolen from folks

6   who are going to vote.

7               So I would ask your consideration and move

8   for adoption.

9               THE CHAIR:  Representative Harless to speak

10  against the Amendment.

11              REPRESENTATIVE HARLESS:  Members,

12  Mr. Speaker, I think the premise of this is probably a

13  very good one.  It was not vetted through the Committee.

14  And because of that, I think it's difficult to offer an

15  opinion to somebody that's working at the poll that --

16              REPRESENTATIVE CASTRO:  Mr. Speaker.

17              THE CHAIR:  Representative Castro, for what

18  purpose?

19              REPRESENTATIVE CASTRO:  Will the gentlelady

20  yield for a question?

21              THE CHAIR:  Do you yield?

22              REPRESENTATIVE HARLESS:  Can I finish just

23  one second?

24              REPRESENTATIVE CASTRO:  Well, I think you

25  should --

TX_00213112

USA_00017486

                                                                    28

```
 1                    THE CHAIR:  She chooses not to yield at
 2       this time.
 3                    REPRESENTATIVE HARLESS:  But it says in
 4       here that an offense under this section is a felony
 5       under the third degree unless the person is convicted of
 6       an intent.  And in that case, it's a Class A
 7       misdemeanor.
 8                    I think it's pretty egregious when we
 9       didn't have the opportunity to discuss this in
10       committee.  And I will yield.
11                    THE CHAIR:  She yields.
12                    REPRESENTATIVE CASTRO:  You think that's
13       that egregious penalty?  Is that what you said?
14                    REPRESENTATIVE HARLESS:  For someone that
15       is working at a poll that may be an official person
16       working.
17                    REPRESENTATIVE CASTRO:  No.  No.  No.  No.
18       No.  If you look at the language of the bill.
19                    REPRESENTATIVE HARLESS:  It says election
20       officer.
21                    REPRESENTATIVE CASTRO:  An election officer
22       is somebody who is --
23                    REPRESENTATIVE HARLESS:  It says election
24       judge or election clerk.
25                    REPRESENTATIVE CASTRO:  No.  I think you're
```

TX_00213113

USA_00017487

29

1    misreading the Amendment.  If it's somebody that is not

2    one of those people who demands that the voter show them

3    their ID.

4                    REPRESENTATIVE HARLESS:  I agree with that.

5                    REPRESENTATIVE CASTRO:  Well, then what do

6    you disagree with?

7                    REPRESENTATIVE HARLESS:  I disagree that

8    this wasn't vetted through the Committee.  We didn't

9    have an opportunity to discuss it, and you're saying

10   that a poll worker that asks a question.

11                   REPRESENTATIVE CASTRO:  Well,

12   Representative, if that's the standard that you're

13   adopting, then what's the purpose of filing any

14   Amendments here?  I mean, are we only supposed to do

15   work in the committee and that's it?

16                   REPRESENTATIVE HARLESS:  No.  I think we've

17   accepted a lot of the Amendments that added to the bill.

18   I think adding the felony offense is outside of the

19   scope of what this intent of this legislation is.

20                   REPRESENTATIVE CASTRO:  Okay.  It's outside

21   the scope of this legislation.

22                   Are you aware that I came up with that

23   penalty because that's the penalty that's in your bill

24   for people who fraudulently vote?

25                   REPRESENTATIVE HARLESS:  That's exactly

TX_00213114

USA_00017488

30

1    right.

2                    REPRESENTATIVE CASTRO:  It's exactly right.

3    Well, then, what's wrong with the penalty?

4                    REPRESENTATIVE HARLESS:  If you would like

5    to file this bill, we'll see if we can't get a hearing

6    and then debate it on the floor.  I think this is a good

7    bill to be debated but it wasn't debated in Committee,

8    and I move to table.

9                    REPRESENTATIVE CASTRO:  Representative, you

10   have to move off of your robotic responses.  Okay?

11                   You have conceded that the penalty is the

12   same as the penalty you've set for somebody that votes

13   illegally.

14                   Would you agree that just as it's bad for

15   somebody to cast an illegal vote, it's also bad for

16   somebody to block a legitimate voter from voting?  You

17   don't think that those two things are the same?

18                   REPRESENTATIVE HARLESS:  Mr. Castro --

19                   REPRESENTATIVE CASTRO:  Do you not think

20   that those two things are the same?

21                   REPRESENTATIVE HARLESS:  I think asking

22   somebody to see their driver's license and getting a

23   felony conviction for doing that and somebody

24   fraudulently casting a vote are two very different

25   things.  I respectfully move that we table this --

TX_00213115

USA_00017489

31

```
 1              REPRESENTATIVE CASTRO:  So you believe that
 2    somebody blocking a legitimate voter from casting a
 3    ballot, stealing their vote is different from somebody
 4    casting a legal vote?
 5              Is the gentlelady not going to answer
 6    anymore questions?
 7              THE CHAIR:  She yielded the floor.
 8              THE CHAIR:  Would you wish to close,
 9    Mr. Castro?  The chair recognizes Mr. Castro to close on
10    his Amendment.
11              REPRESENTATIVE CASTRO:  Members, if we're
12    going to have a system of voting that requires people to
13    show identification, then I would ask you to read this
14    Amendment that's on your screen and tell me how it's not
15    a fair Amendment.
16              All this Amendment does is it says that
17    somebody who is at a voting site, whether they're
18    Republican or Democrat or rich or poor or from North
19    Texas or South Texas, that they cannot demand of a voter
20    that that voter show them their ID.
21              In other words, we don't want strangers at
22    a voting poll trying to stop voters all over the state
23    from going and voting.
24              And if they do that, if somebody does that,
25    then this Amendment, and if this Amendment was adopted,
```

TX_00213116

USA_00017490

32

1   this law would acknowledge that blocking a vote,

2   stealing a vote by not allowing somebody to vote, by

3   making it harder for somebody to vote, is the same thing

4   as casting an illegal vote.

5              The author of the bill, as has been the

6   theme today, could not explain a basic part of this

7   bill, could not explain why the penalties that I put

8   into my provision was any different from the penalty

9   that's in her own bill.

10             Members, if this process is going to be one

11  of integrity, and this process is going to be a fair

12  one, then we have to make sure that it's fair, not only

13  when people come inside the voting booth, but also when

14  they approach the polling site.

15             We have no problem with poll watchers, but

16  we have problem with -- we have a problem with people

17  who intimidate and harass voters, and that's what this

18  Amendment is about.

19             I move adoption.

20             THE CHAIR:  Mr. Anchia, for what purpose?

21             REPRESENTATIVE ANCHIA:  Will the gentleman

22  yield?

23             THE CHAIR:  Will the gentleman yield?

24             REPRESENTATIVE CASTRO:  I will.

25             THE CHAIR:  He yields.

TX_00213117

USA_00017491

33

1             REPRESENTATIVE ANCHIA:  As a narrative from
2    the author and the others who have sought to defend this
3    bill been that if one valid vote is -- we have invalid
4    votes or illegal votes that, they disenfranchise that
5    person who wants to cast a valid vote?
6             REPRESENTATIVE CASTRO:  That's right.  I
7    believe VAN Taylor, Representative Taylor, when he was
8    questioning you, mentioned that he's been a vote, that
9    there was a vote a woman was not able to cast in your
10   district in 2004.
11             So if it is correct --
12             REPRESENTATIVE ANCHIA:  Let's say by
13   mail-in ballot, cancels a vote, a legitimate vote at the
14   polls, is it not also correct that a legitimate vote
15   that is prevented, that is prevented at the polls by
16   some suppression or intimidation is also an equal
17   travesty.
18             REPRESENTATIVE CASTRO:  Absolutely,
19   Representative Anchia.
20             I think there's two points here.  The first
21   is that now you have two portions of voting that are not
22   protected here.
23             First, there's nothing done in this bill
24   about mail-in ballots, even though 70 percent of the
25   cases that have been -- people that have been charged

TX_00213118

USA_00017492

34

1    have committed fraud on mail-in ballots.

2                And the second part is now we also don't

3    care about what you do when people are walking up to the

4    voting polls.

5                REPRESENTATIVE ANCHIA:  And again, your

6    Amendment does not discuss poll workers or election

7    judges or anybody.  These are third-party groups that

8    may be oh, outside the polling location that are telling

9    people, to.  No.  No.  The election is not today.  It's

10   tomorrow or are acting in an aggressive manner and are

11   intimidating voters so that they don't vote.

12               That's all you want to pick up in this

13   Amendment, isn't that right?

14               REPRESENTATIVE CASTRO:  That's right.  And

15   the author, by speaking against this Amendment, by

16   taking a position against this Amendment, is saying,

17   well, I don't really care, you know.  If you harass or

18   you intimidate people when they're coming to the polls,

19   I don't care.

20               REPRESENTATIVE ANCHIA:  Well, in fact, the

21   only way that she said she would consider this concept

22   is if it came through a committee that you're not even

23   on or had --

24               REPRESENTATIVE CASTRO:  That's right.

25   That's another part of the ridiculousness of this

TX_00213119

USA_00017493

35

1    debate.
2                    Can you imagine if -- I mean, we can't
3    present any Amendments here unless they've been vetted
4    by the Committee?
5                    On any bill?  Well, then why are we even
6    here?  I mean, once something comes out of committee,
7    there's no Calendar committee.  It just becomes law.
8                    REPRESENTATIVE ANCHIA:  And isn't it also
9    ironic that that same committee, that select committee,
10   only considered Photo ID bills, and none of the other
11   subject matter bills that were before it?
12                   REPRESENTATIVE CASTRO:  That's right.
13                   REPRESENTATIVE ANCHIA:  They just did Photo
14   ID.  So if you had a Voter Suppression Bill, it wouldn't
15   have even been referred to or considered.
16                   REPRESENTATIVE CASTRO:  That's right.  You
17   know, you hear one of the robotic responses you hear
18   again and again is, well, hey, it's a great bill.  I
19   support your concept.  Why don't you file a bill and
20   when it gets to the floor, I'll vote for it.
21                   Look, it's not going anywhere.  It's not
22   going to go to hearing.  It's not going to get a
23   committee vote.  It's not going to the Calendar.  It's
24   not coming up.  Period.  And that's what the Amendment
25   process is for.

TX_00213120

USA_00017494

House Floor Debate - Volume III                    March 23, 2011

36

1          REPRESENTATIVE ANCHIA:  I tell you what:
2     Maybe you share my sense of irony in realizing that the
3     Select Committee on Identification and Voter Fraud heard
4     no bills related to mail-in ballot votes.
5          REPRESENTATIVE CASTRO:  Absolutely.
6          REPRESENTATIVE CASTRO:  And you know,
7     Representative Anchia, I think this is why voters and
8     residents get cynical about the legislative process
9     because you offer reasonable compromises, right?  Okay,
10    hey, you want to do a Voter ID bill?  Well, receipts do
11    something about mail ballots.  Let's do something about
12    harassment.
13          No.  Forget it.  It makes people think,
14    well, then you really don't care.  All you want to do
15    with Voter ID is make sure you have more people voting
16    Republican, right?  You want to make sure that you can
17    shape your voting as best as possible to benefit the
18    majority party.
19          So if that's the intent, well, then concede
20    that that's the intent.
21          REPRESENTATIVE ANCHIA:  Yeah, but it's not
22    about the integrity of the election.
23          REPRESENTATIVE CASTRO:  Not at all.
24          REPRESENTATIVE ANCHIA:  Clearly not about
25    voter impersonation.  It's about less people voting

TX_00213121

USA_00017495

37

1   ultimately.

2                   REPRESENTATIVE CASTRO:  And, you know,

3   never mind the fact, which we went over earlier, that

4   there is no demonstrable evidence that voter

5   impersonation or even voter fraud has been a huge

6   problem in Texas.  So this whole thing is m a rabbit

7   run.

8                   REPRESENTATIVE ANCHIA:  Do you think folks

9   in your district have --

10                  THE CHAIR:  Representative, the point of

11  order, the time, has expired.  The point of order is

12  well taken.

13                  Mr. Castro offers an Amendment.  The

14  Amendment is opposed by Ms. Harless.  The vote is on the

15  table for motion.

16                  Members vote aye.  Members vote nay.  The

17  clerk will ring the bell.

18                  Show Representative Castro voting no.

19  Representative Harless voting aye.

20                  A Motion to table.  It's been a long day.

21  Have all members voted?

22                  99 ayes.  49 nays.  Two present motion.

23                  The motion to table prevails.

24                  The chair lays up the following Amendment.

25                  The clerk will read the Amendment.

TX_00213122

USA_00017496

                                                              38
1              THE CLERK:  Amendment by Lucio.

2              THE CHAIR:  The chair recognizes

3     Representative Lucio to explain his Amendment.

4              REPRESENTATIVE LUCIO:  Thank you,

5     Mr. Speaker.  Members.

6              What this Amendment does -- and I've worked

7     with several members to try to make sure that a narrow

8     the language -- what this Amendment does is allow DPS or

9     insures that DPS, when you cast your provisional vote,

10    you're going to go get the ID that you're supposed to

11    get.

12             You can come back within those six days,

13    that the DPS issues a temporary ID that complies with

14    this bill so that that temporary or provisional ballot

15    can become a permanent ballot vote.

16             What we don't want, what I don't want, and

17    what the intention of the author of this bill and this

18    bill is, is that when you go to DPS and you're 18 years

19    old, you don't have a driver's license because you've

20    been focusing on school and not wanting to drive.

21             And you go to DPS and you apply for that

22    temporary license so that you can go correct your vote

23    with the voting registrar or the elections clerk, that

24    they issue something and not say, oh, that's going to

25    take ten days.  Well, now you're past that six-day

TX_00213123

USA_00017497

House Floor Debate - Volume III                    March 23, 2011

39

1    window.
2              So what this does is it directs DPS to make
3    sure that they issue this temporary identification in
4    compliance with this bill and it's acceptable to the
5    author.
6              THE CHAIR:  Mr. Lucio sends up an Amendment
7    that is acceptable to the author.
8              Is there any objections?  The Amendment is
9    adopted.
10             Mr. Speaker, for what purpose?
11             REPRESENTATIVE RODRIGUEZ:  Parliamentary
12   Inquiry.
13             THE CHAIR:  State your inquiry.
14             REPRESENTATIVE RODRIGUEZ:  My understanding
15   that there was a prior Motion to limit the number of
16   Amendments made by Representative Geren a while back.
17             THE CHAIR:  Yes.
18             REPRESENTATIVE RODRIGUEZ:  And was that
19   motion made pursuant to Rule 11, Section 10?
20             THE CHAIR:  I believe it was.
21             REPRESENTATIVE RODRIGUEZ:  Will the chair
22   read the name of the 25 seconds of that motion.
23             THE CHAIR:  I believe it was.
24             REPRESENTATIVE RODRIGUEZ:  Okay.  And could
25   you tell me by voice who those 25 members were?

TX_00213124

USA_00017498

40

```
 1              THE CHAIR:  I can start counting now.
 2   Could you hold your hands up, please, if you were on
 3   that 25.  I count more than 25.
 4              REPRESENTATIVE RODRIGUEZ:  I imagine,
 5   Mr. Chairman, I imagine if you're operating under the
 6   proper rules of Parliamentary procedure, it would be --
 7              THE CHAIR:  You recognize that?  I can't
 8   answer any more questions.  I'm sorry.  Go ahead.  I'm
 9   sorry.
10              REPRESENTATIVE RODRIGUEZ:  So I just want
11   to be clear:  Suddenly it is a limit of debate.  There
12   is a requirement that there be 25 seconds.  And I know
13   that there was not any objection.  I wasn't on the
14   floor.
15              THE CHAIR:  I wasn't in the Chair at the
16   time so I didn't hear any objection either.
17              It was done by voice that the speaker asked
18   if there was an objection and he heard none and the
19   order was adopted.
20              REPRESENTATIVE RODRIGUEZ:  Okay.  Well, I
21   just want to make sure, Mr. Chairman that we're
22   operating under the same rules.
23              THE CHAIR:  Sure.
24              REPRESENTATIVE RODRIGUEZ:  And so it might
25   be just an exercise in doing it, but we should do it
```

TX_00213125

USA_00017499

41

 1   right.

 2              And so at this time, if Chairman Geren

 3   wants to make that motion again, if we had 25 seconds, I

 4   would appreciate that again.

 5              THE CHAIR:  The motion's already been

 6   adopted.

 7              The chair recognizes Representative

 8   Alvarado.

 9              The chair lays out the following Amendment.

10              The clerk will read the Amendment.

11              THE CLERK:  Amendment by Alvarado.

12              THE CHAIR:  The chair recognizes

13   Representative Alvarado to explain her Amendment.

14              REPRESENTATIVE ALVARADO:  Thank you,

15   Mr. Speaker and members.

16              This Amendment requires that the Secretary

17   of State to report the demographic and location

18   information about who is casting a provisional ballot or

19   who is being turned away because they do not have the

20   Photo ID required to establish their identity.

21              And this Amendment would help the state to

22   protect the rights of voters by better understanding who

23   the bill is effecting in terms of gender, age, racial or

24   ethnic background, as well as what neighborhoods or

25   precinct might be having their voting rights

TX_00213126

USA_00017500

42

 1   disenfranchised.
 2              If we understand how the bill is effecting
 3   certain groups of voters, we can be more responsible in
 4   educating voters in effected communities about what ID
 5   requirements this bill has put in place.
 6              Mr. Speaker, I move adoption.
 7              THE CHAIR:  The chair recognizes
 8   Representative Harless to speak against the Amendment.
 9              REPRESENTATIVE HARLESS:  Members, I move to
10   table.
11              THE CHAIR:  Representative Alvarado, would
12   you like close?
13              All right.  Members, Representative
14   Alvarado sends up an Amendment.  Representative Harless
15   moves to table.  The question is on the motion to table.
16              Those in favor vote aye.  Those opposed
17   vote nay.
18              The clerk will ring the bell.
19              Show Representative Harless voting aye.
20   Representative Alvarado voting no.  Show Representative
21   Eissler voting no.
22              Have all voted?
23              98 ayes, 48 nays.  Two present and not
24   voting.
25              The motion to table prevails.

TX_00213127

USA_00017501

1             Mr. Veasey?

2             The chair lays up the following Amendment.

3             The clerk will read the Amendment.

4             THE CLERK:  Amendment by Veasey.

5             THE CHAIR:  The chair recognizes

6    Representative Veasey to explain his Amendment.

7             REPRESENTATIVE VEASEY:  Members, this is a

8    very important Amendment, and I actually would like -- I

9    got the Amendment earlier from Van Taylor for

10   identification.  I actually got this bill from the

11   Republicans, also.

12            On the Republican talk radio circuit in the

13   area WDAP 820 is probably the Republican talk show

14   station that most Republicans in the Metroplex listen

15   to, and I'll listen to the show from time to time.

16            I'll listen to Mark Davis.  I'll listen to

17   Rush Limbaugh.  And one of the things that I hear over

18   and over again is, you know, what if somebody could

19   really prove that there was real discrimination, I would

20   stand with them.

21            If someone today was putting a dog on

22   someone when they were trying to vote or if the fire

23   station was spraying a hose on someone, I would stand

24   out there.  And you show me real discrimination and I

25   will stand out there with you.

TX_00213128

USA_00017502

Case 2:13-cv-00193 Document 661-6 Filed on 11/11/14 in TXSD Page 53 of 133
Case 1:12-cv-00128-RMC-DST-RLW Document 209-1 Filed 06/20/12 Page 50 of 262

44

1              But there is no real discrimination, all

2       these civil rights leaders, all they do is complain,

3       yada yada.  And something they say often on these talk

4       radio shows.

5              And so what this particular Amendment says

6       is that if the Secretary of State makes a determination

7       that the majority of voters who lack a Photo ID were

8       members of a racial or ethnic minority under the Voting

9       Right Act, then the law would cease to exist until we

10      could come back and fix it.  That's all it says.

11             So here's your chance to come stand with

12      me.  Here's your chance, if real discrimination takes

13      place because this law passes, here's your chance to

14      come and stand with me.

15             So I'm going to give everybody an

16      opportunity to do what the talk radio hosts say what

17      they would do and stand with me just in case --

18             THE CHAIR:  Mr. Lozano, for what purpose?

19             REPRESENTATIVE LOZANO:  Yes.  Will the

20      member yield for questions?

21             THE CHAIR:  Will you yield?

22             REPRESENTATIVE VEASEY:  Yes.

23             THE CHAIR:  He yields.

24             REPRESENTATIVE LOZANO:  Representative

25      Veasey, are you familiar with the Supreme Court decision

TX_00213129

USA_00017503

45

1    that upheld the Indiana Voter ID Law?

2              REPRESENTATIVE VEASEY:  I am familiar with

3    it, yes.

4              REPRESENTATIVE LOZANO:  And do you recall

5    that the Justices', the 6, 3, decision, the six in favor

6    upholding -- didn't they make statements to that effect

7    that if it was proven to disproportionately impact one

8    racial or ethnic group, that then this issue should be

9    revisited.

10             REPRESENTATIVE VEASEY:  Absolutely.  And

11   that is exactly what this Amendment says.

12             It says that if there's discrimination that

13   takes place and we know that it would be discrimination

14   if most of the people that were denied the vote were

15   black and Hispanic because Ms. Harless has said that

16   that is not going to happen, that in fact, people would

17   have confidence in what is taking place during the

18   election process and that confidence would actually

19   bolster voter turn-out.

20             So there is nothing to fear by this

21   Amendment.

22             REPRESENTATIVE LOZANO:  Yeah.  Thank you.

23             REPRESENTATIVE VEASEY:  Thank you very

24   much.

25             So, Members, I give you a chance to come

TX_00213130

USA_00017504

House Floor Debate - Volume III                    March 23, 2011

46

1    and stand with me just in case real discrimination takes

2    place, which I think probably will.  But here's your

3    chance to prove once and for all that you will come and

4    stand with me.

5                    I move passage.

6                    THE CHAIR:  The chair recognizes

7    Representative Harless to speak against the Amendment.

8                    REPRESENTATIVE HARLESS:  Members, I'm not a

9    big fan of talk radio.  I don't listen to it and I don't

10   believe everything they say but I move to table.

11                   THE CHAIR:  Mr. Lozano, for what purpose?

12                   REPRESENTATIVE LOZANO:  Will Representative

13   Harless yield for questions?

14                   THE CHAIR:  She yields.

15                   REPRESENTATIVE LOZANO:  Representative

16   Harless, are you familiar with the Supreme Court

17   decision in which the United States Supreme Court upheld

18   the Indiana Voter ID Law?

19                   REPRESENTATIVE HARLESS:  Yes.

20                   REPRESENTATIVE LOZANO:  And are you

21   familiar that that was a 6, 3 decision, 6 in favor of

22   upholding the law?

23                   REPRESENTATIVE HARLESS:  Yes.

24                   REPRESENTATIVE LOZANO:  Are you familiar

25   with the opinions issued?  The majority opinion?

TX_00213131

USA_00017505

47

1                    REPRESENTATIVE HARLESS:  The what?

2                    REPRESENTATIVE LOZANO:  Are you familiar

3     with the majority opinion that the justices issued and

4     in the U.S. Supreme Court decision?

5                    REPRESENTATIVE HARLESS:  Yes.

6                    REPRESENTATIVE LOZANO:  Do you recall

7     anywhere in there where the majority opinion said that

8     even though upholding the integrity of the ballot was

9     paramount, that if the law showed to be

10    disproportionately impacting a minority group, that then

11    the issue should be revisited?

12                   REPRESENTATIVE HARLESS:  Yes.

13                   REPRESENTATIVE LOZANO:  So what if this

14    Amendment actually would be an extension of what the

15    majority of that Supreme Court held in that ruling?

16                   REPRESENTATIVE HARLESS:  In the Marion --

17    the Crawford versus Marion County Election Board, the

18    court ruled the requirement to produce Photo ID.

19                   Photo ID imposes only a limited burden on

20    the owe (inaudible).  And justified that the states

21    interest restores confidence in elections, justified by

22    the states interest in restoring confidence in elections

23    and deterring fraud.

24                   Mr. Speaker, I yield the podium and move to

25    table.

TX_00213132

USA_00017506

House Floor Debate - Volume III                    March 23, 2011

48

1           THE CHAIR:  Mr. Veasey, you would like to

2    close?

3           The chair recognizes Mr. Veasey to close.

4           REPRESENTATIVE VEASEY:  Members, especially

5    my friends on the other side of the aisle that are

6    Republican, I ask you to please join me in defeating

7    Mrs. Harless' Motion to table and support this

8    Amendment.

9           This is a very easy Amendment.  All it says

10   is that if people have really been discriminated

11   against, that you will come and stand with me and that

12   you will come and join me.  That is the argument that is

13   made over and over and over on the Republican talk radio

14   shows, on WDAP.

15          That's what Republican friends say, is that

16   if you can prove real discrimination, I will come and

17   stand with you.

18          Now, this Amendment says that if the

19   Secretary of State determines that most of the people

20   with who are denied the right to vote are black and

21   Hispanic, that the law will no longer exist.

22          Ms. Harless has said over and over that

23   that will not happen.  That, in fact, more people will

24   go out to vote because they will have confidence in the

25   voting process.

TX_00213133

USA_00017507

49

1                So why not accept this Amendment so we can
2       move along and we can all feel good that we stood up
3       against discrimination?
4                        THE CHAIR:  Mr. Lozano.
5                        REPRESENTATIVE LOZANO:  Mr. Speaker, I
6       cannot hear anything from that --
7                        THE CHAIR:  Gentlemen, can we have order
8       between the microphones.
9                        Mr. Lozano.  For what purpose?
10                       REPRESENTATIVE LOZANO:  Will the gentleman
11      yield for questions?
12                       THE CHAIR:  Mr. Veasey?
13                       REPRESENTATIVE VEASEY:  I yield.
14                       REPRESENTATIVE LOZANO:  Great.  Okay.
15      Mr. Veasey, I understand the significance of this
16      Amendment, and I really hope everyone's listening
17      because this Amendment could potentially save this bill
18      from adverse actions by the United States Supreme Court.
19                       We should, and I think you would agree, be
20      sending out bills that are probably going to get over
21      turned by the United States Supreme Court.
22                       Based only their ruling, this below hoofs
23      us.  It would behoove us to support this Amendment.
24      Based on the six justices in favor of the Voter ID Law
25      in Indiana, same, exactly what your Amendment says.  I

TX_00213134

USA_00017508

50

 1    think it would be in our best interest in the House of

 2    Representatives to support this Amendment.

 3                I strongly urge everyone to vote against

 4    tabling this Amendment.

 5                REPRESENTATIVE VEASEY:  I think that this

 6    is an Amendment that definitely follows the Supreme

 7    Court decision, and I also believe that this is the

 8    Amendment that makes you feel good about be not

 9    committing discrimination against your neighbor.

10                Take an overseas mission or fellowshipping

11    with the church across town once a year is not the way

12    how to feel good.

13                The way how to feel good is to stand up for

14    civil rights when you have the opportunity to.

15                I move to defeat Mrs. Harless' Amendment.

16    Please vote no on the motion to table.

17                THE CHAIR:  Representative Veasey sends up

18    a motion.  Representative Harless moves to table.  The

19    question is on the motion to table.

20                Members vote aye.  Members vote nay.

21                The clerk will ring the bell.

22                Have all voted?

23                By a vote with 99 ayes, 48 nays, two

24    present not voting.

25                The motion to table prevails.

TX_00213135

USA_00017509

51

```
 1              The clerk will read the following
 2   Amendment.
 3              Mr. Lozano, for what purpose?
 4              REPRESENTATIVE LOZANO:  Yes, Mr. Speaker, I
 5   just ask that all the last comments on the last
 6   Amendment be reduced to writing and placed in the
 7   record.
 8              THE CHAIR:  Mr. Lozano moves that the
 9   conversations between he and whoever was up here,
10   Veasey, be reduced to writing and be placed in the
11   journal.
12              Is there an objection?
13              The Chair hears none.
14              So ordered.
15              REPRESENTATIVE LOZANO:  And Representative
16   Harless, as well.
17              THE CHAIR:  I'm sorry.  And Representative
18   Harless, as well.
19              REPRESENTATIVE LOZANO:  Thank you.  Thank
20   you, sir.
21              THE CHAIR:  Is there an objection?
22              The the Chair hears none.
23              So ordered.
24              The following Amendment.
25              The clerk will read the Amendment.
```

TX_00213136

USA_00017510

52

```
 1                THE CLERK:  Amendment by Anchia.
 2                THE CHAIR:  The chair recognizes
 3      Representative Anchia.
 4                REPRESENTATIVE ANCHIA:  Thank you,
 5      Mr. Speaker.  Members.
 6                This Amendment is going to require that the
 7      Comptroller certify that the changes made by this bill
 8      do not reduce revenue in the Texas Mobility Fund
 9      Representative Martinez-Fischer.
10                SB 14 provides free IDs to people who
11      register to vote or are registered to vote when they
12      apply for an ID, but it does not provide a mechanism to
13      pay for it.
14                The Mobility Fund, ladies and gentlemen of
15      the jury, is protected by the constitution of the great
16      State of Texas because it is used to pay for the debt
17      service for certain transportation bonds.
18                So Representative Mendendez, Anchia, if we
19      float bonds to pay for transportation projects, and we
20      are short in the Mobility Fund, we have violated the
21      Texas Constitution.  We have imperilled the states
22      credit rating for the Mobility Fund and we have
23      potentially engaged in a technical default of bond
24      covenance.
25                According to the statistics by the
```

TX_00213137

USA_00017511

Case 2:13-cv-00193 Document 661-6 Filed on 11/11/14 in TXSD Page 62 of 132
Case 1:12-cv-00128-RMC-DST-RLW Document 209-1 Filed 06/20/12 Page 59 of 262

53

1    Department of Public Safety, the Mobility Fund receives

2    about $9 million per year from state IDs alone.  Not

3    driver's licenses.  State IDs.

4              So if we're giving out free IDs to people

5    who say they're using it to register to vote, we will be

6    reducing the Mobility Fund.

7              And the language of Article III, Section 49

8    K, Subsection F of the constitution is clear:  While

9    money in the fund is pledged to the payment of any

10   outstanding obligations or related credit agreements,

11   the dedication of a specific source or portion of the

12   revenue, taxes or other money provided in this section

13   may not be and here are the magic words, judge Lewis,

14   may not be reduced, rescinded or repealed.  May not be

15   reduced.

16             So what is a reduction?  Is a reduction

17   $100,000?  Is it $100?  Is it $16?

18             So if one person goes and gets a free ID

19   under this bill, it will constitute a reduction of the

20   Texas Mobility Fund.  And I think imperils the

21   Constitutionality of this bill.

22             So I ask you for those of you who are

23   fiscally prudent, for those of you who are thoughtful

24   about what we're doing today:  I don't want the state of

25   text to imperil the Mobility Fund by what we're going to

TX_00213138

USA_00017512

54

1    be doing there:  So what we're going to be doing in this

2    Amendment is asking the Comptroller to certify that that

3    does not happen.  So ladies and gentlemen, I move --

4                  THE CHAIR:  Mr. Menendez, for what purpose?

5                  REPRESENTATIVE MENENDEZ:  Would the

6    gentleman yield for a question?

7                  THE CHAIR:  Do you yield?

8                  REPRESENTATIVE ANCHIA:  Yes.

9                  THE CHAIR:  The gentleman yields.

10                  REPRESENTATIVE MENENDEZ:  Representative

11   Anchia, would this be considered if this goes through

12   and the Comptroller, actually, there is the actual money

13   that comes out of the fund, would it be considered a

14   diversion.

15                  REPRESENTATIVE ANCHIA:  The exact language

16   of the constitution, really quickly, speaks to a

17   reduction.  A reduction.

18                  So if there's a reduction these moneys that

19   are mentioned to amortize the bonded indebtedness for

20   transportation projects, and there are pending

21   transportation bonds out there, then it is a voter

22   impersonation of the Texas Constitution.

23                  And before we go down that road, what I'd

24   like to see this legislation do is have the Comptroller

25   certify that the changes made in law by this bill will

TX_00213139

USA_00017513

55

1   not reduce revenue to the Texas Mobility Fund.

2              REPRESENTATIVE MENENDEZ:  So if

3   constituents in my district are concerned about the

4   reductions in our not applying these funds to road

5   constructions and road enhancements, constituents in

6   your district more concerned about improving the road

7   ways in Texas or about voter IDs?

8              REPRESENTATIVE ANCHIA:  We're virtually

9   broke in terms of building new capacity in our

10  transportation system.

11             If we engage in a technical default of our

12  bond covenance by rating the Texas Mobility Fund, it

13  will further imperil our ability to build roads in the

14  future because that technical default will reduce our

15  credit rating in the state, and that's something we

16  could not afford.

17             REPRESENTATIVE MENENDEZ:  So your Amendment

18  would help keep this bill within the constitution of the

19  state and, in essence, it would help maybe guarantee the

20  fact that there might not be any further reductions?

21             REPRESENTATIVE ANCHIA:  I just want the

22  Comptroller to certify that there won't be any

23  reductions in the Mobility Fund.

24             That's all I want to do through this

25  Amendment.

TX_00213140

USA_00017514

Case 2:13-cv-00193 Document 661-6 Filed on 11/11/14 in TXSD Page 65 of 133
Case 1:12-cv-00128-RMC-DST-RLW Document 209-1 Filed 06/20/12 Page 62 of 262

```
 1                    REPRESENTATIVE MENENDEZ:  It sounds like a
 2    good Amendment.
 3                    REPRESENTATIVE ANCHIA:  Thank you.
 4                    I move adoption.
 5                    THE CHAIR:  The chair recognizes
 6    Representative Harless against the Amendment.
 7                    REPRESENTATIVE HARLESS:  Mr. Speaker,
 8    Members, we have already discussed this today and had a
 9    point of order, actually ruled in our favor.
10                    I would ask that you table this Amendment.
11                    REPRESENTATIVE ANCHIA:  I'm curious
12    Members, that --
13                    THE CHAIR:  The chair recognizes
14    Representative Anchia to close.
15                    REPRESENTATIVE ANCHIA:  Thank you,
16    Mr. Speaker.
17                    The author would elude to the point of
18    order that was raised on this issue.
19    Mr. Martinez-Fischer would be happy to hear that because
20    specifically the chair's ruling was, we are not going to
21    pass on the Constitutionality in this House.  We're
22    going to vote on the bill and then we'll go from there.
23                    But this does not ask us to pass on the
24    Constitutionality of Article III, Section 49 K,
25    Subsection F of the Texas Constitution.  What it asks us
```

TX_00213141

USA_00017515

57

```
 1   to do is to go to the Comptroller so that the
 2   Comptroller may certify that this does not reduce in the
 3   Mobility Fund.  It's very different than the point of
 4   order are that was called earlier.
 5              So that's why, Members, I know you don't
 6   want to raid the Mobility Fund.  I know you don't want
 7   to bust the covenants of our credit agreements or other
 8   bond documents.  I know you don't want to do that.  I
 9   know you don't want to imperil the credit rating of the
10   Mobility Fund be and the state of Texas.
11              So please reject the motion to table and
12   adopt this Amendment.  Thank you.
13              THE CHAIR:  Representative Anchia sends is
14   up an Amendment.  Representative Harless moves to table.
15   The motion to table.
16              Vote aye.  Vote nay.
17              Show Representative Harless voting aye.
18   Show Representative Anchia voting no.
19              Show Representative Eissler voting aye.
20   Have all voted?  Have all voted?
21              Being 99 ayes and 48 nays, the motion to
22   table prevails.
23              The following Amendment.
24              The clerk will read the Amendment.
25              THE CLERK:  Amendment by Anchia.
```

JA_002634

TX_00213142

USA_00017516

58

```
 1              THE CHAIR:  The chair recognizes
 2   Representative Anchia.
 3              REPRESENTATIVE ANCHIA:  Thank you,
 4   Mr. Speaker and members.
 5              This Amendment puts language back in the
 6   bill which was added in the Senate.  It is known in the
 7   Senate, typically, as the Ogden Amendment, which says
 8   that the bill is only effective if the state pays for
 9   it.
10              And it reads as follows:  "This act does
11   not make an appropriation.  This act takes effect only
12   if a specific appropriation for the implementation of
13   this acts is provided in a general appropriations act of
14   the 82nd Legislature."
15              Now, ladies and gentlemen of the jury,
16   you've looked at the fiscal note and it's been discussed
17   today.  Ask and the bill has two plus million dollars in
18   the fiscal note, largely to pay for the voter education
19   outreach requirements.
20              The fiscal note makes no mention,
21   ironically of the possible costs related to the Texas
22   Mobility Fund.
23              The author says that the state can use HAVA
24   funds already granted to pay for the costs of this bill.
25   So this Amendment simply holds the author to her word.
```

TX_00213143

USA_00017517

                                                         59

 1    We don't want to enact a measure that isn't paid for and

 2    that's why we should adopt this language.

 3                 Keep in mind, Members, that the Senate

 4    Bill, as it came over, had the Ogden language in it

 5    saying that we're not going to write hot checks and

 6    we're not going to implement the bill that we can't pay

 7    for it.

 8                 It just simply says if we can't pay for it,

 9    we aren't doing it.

10                 And, Members, if the author is so confident

11    that the fiscal note is accurate and there's plenty of

12    money in the bill to pay for it, then this should be

13    acceptable to the author and I will take her at her

14    word.  If not, then something else is going on.

15                 Thank you, Members.  I move adoption.

16                 THE CHAIR:  The chair recognizes

17    Representative Harless in opposition.

18                 REPRESENTATIVE HARLESS:  Members, Mr.

19    Speaker, we have $43 million in our general budget that

20    Chairman Pitts laid out at the beginning of session.

21    That's HAVA money.

22                 In order to apply for that HAVA money we

23    have to pass this legislation.  We've gotten a letter

24    from them saying that if we meet the criteria, we can

25    use that.

TX_00213144

USA_00017518

60

```
 1              The $2 million in the fiscal note will be
 2     offset by HAVA money after we apply for it.  There is no
 3     reason to take a chance on damaging the bill when we
 4     know that we have funds set aside in our Appropriations.
 5              I also filed a contingency rider which the
 6     Appropriations here isn't listening, but he said it
 7     would go in the Appropriations Bill.
 8              So I move to table.
 9              THE CHAIR:  The chair recognizes
10     Representative Anchia to close.
11              REPRESENTATIVE ANCHIA:  Wow.  $43 million
12     available in Appropriations rider?  It seems like we
13     have all the money that we need to pay for this.
14              So why would we be scared?  Why would we be
15     scared of including language in here that says we gotta
16     pay for it?  It sounds like the author has taken care of
17     it.
18              It sounds like she's put money in the
19     Appropriations Bill.  That there's a supplemental
20     Appropriations Rider.  It sounds like we have all the
21     HAVA money available to do this deal.
22              So why would she be scared?  Why would she
23     be concerned?  Is she worried about the numbers?  Does
24     she think they're faulty?  I'm kind of surprised that
25     she won't take this Amendment if she feels so confident
```

TX_00213145

USA_00017519

House Floor Debate - Volume III                    March 23, 2011

 1    that the money's in the bill.

 2              So, Members, please let's not write hot

 3    checks that we can't pass in this body.  Let's make sure

 4    that we pay for what we're doing out of the House and

 5    paying for this bill.  And if not, we shouldn't be doing

 6    it.  And that's something you can go back home and be

 7    proud of.

 8              So, please, defeat the motion to table.

 9              THE CHAIR:  Representative Anchia sends up

10    an Amendment.  Representative Harless moves to table.

11    This is on the Motion to table.

12              Vote aye.  Vote no.

13              Show Representative Harless voting aye.

14    Show Representative Anchia voting no.  Show

15    Representative Truitt voting aye.  Show Representative

16    Creighton voting aye.

17              Have all voted?  Have all voted?

18              Being 99 ayes and 48 nays, the motion to

19    table prevails.

20              The following Amendment.

21              The clerk will read the Amendment.

22              THE CLERK:  Amendment by Anchia.

23              THE CHAIR:  The chair recognizes

24    Representative Anchia.

25              REPRESENTATIVE ANCHIA:  Thank you.  On ESPN

TX_00213146

USA_00017520

62

1    they call this back to back to back.

2                This Amendment prohibits the enactment of

3    Senate Bill 14 until the Secretary of State has

4    conducted a study that does the following:  Provides an

5    analysis of further identification access in Texas and

6    analyzes the potential variation in turn-out rates in

7    voter identification requirements in Senate Bill 14 are

8    implemented.

9                Ladies and gentlemen of the jury, frankly,

10   I think this kind of study should have been done before

11   a bill like this hit the are floor.  No analysis of the

12   impact of this bill has been presented.

13               In my dialogue with the author of this bill

14   she said that she knows of some studies but they sort of

15   all look the same to her.

16               So the national studies have not considered

17   the impact on Texas.  Studies like an academic paper

18   presented in 2007 by the American Political Science

19   Association Annual Conference called "Voter ID

20   Requirements in the Disenfranchisement of Latino, Black

21   and Asian Voters" by Baretto, Nunez and Sanchez.

22               And they found that naturalized citizens

23   and minority voters are less able to provide natural

24   forms of identification, such as a copy of their

25   original birth certificate or a recent bank statement.

TX_00213147

USA_00017521

63

1                   Voter Identification Laws could immediately

2     disenfranchise Latino and African American citizens.

3                   On paper, by records, university Professor

4     Virtualotti and Anderson called protecting the franchise

5     or restricting it, end quote, looked at effects of Voter

6     Identification requirements on turn-out, and they found

7     that Voter Identification requirements vary and have a

8     direct impact on voter turn-out and voters in Photo ID

9     states are less likely to vote than states that don't

10    have Photo ID requirements.

11                  A study of voters in Wisconsin entitled,

12    "The Driver's License Status of the Voting Age

13    Population in Wisconsin," by John Palasart, I believe,

14    is how you pronounce it, in June 2005, found that

15    minorities in poor populations are most likely to have

16    driver's license problems, less than half of 47 percent

17    of African American adults and 43 percent of Hispanic

18    adults have a valid driver's license compared to

19    85 percent of white adults.

20                  And as I alluded to on Monday, the Brennan

21    Center study, citizens without proof, a survey of

22    Americans possession of documentary proof and

23    citizenship identification by the Brennan Center of

24    Justice at NYU, found that as more as 11 percent of

25    United States citizens, 21 million individuals do not

TX_00213148

USA_00017522

64

1    have government issued photo identification.

2              Ten percent of citizens who do not have

3    Photo ID, do not have Photo ID with both their current

4    address and their current legal name and the rate is

5    higher among younger citizens.  As many as 18 percent of

6    citizens aged 18 to 4 do not have a Photo ID with

7    current address and name.

8              25 percent of African American voting age

9    citizens have no government issued Photo ID compared to

10   80 percent of white voting age citizens.

11             Ladies and gentlemen of the jury, I could

12   go on and on with the numbers.  Those kind of studies

13   have not been done in the State of Texas by any agency,

14   including the Chief Elections Officer of the Secretary

15   of State's office and certainly by no committee, on

16   either the House or the Senate side of the state.

17             And my Amendment simply says that until we

18   conduct such a study and it shows that there will not be

19   an adverse impact on minority voting, then we should not

20   implement this bill.

21             And with that, I move adoption.

22             THE CHAIR:  Ms. Davis, for what purpose?

23             REPRESENTATIVE YVONNE DAVIS:  Will the

24   gentleman yield?

25             THE CHAIR:  Mr. Anchia, do you yield?

TX_00213149

USA_00017523

65

```
 1                   REPRESENTATIVE ANCHIA:  Yes, ma'am.
 2                   THE CHAIR:  The gentleman yields.
 3                   REPRESENTATIVE YVONNE DAVIS:  Thank you.
 4       Representative Anchia.
 5                   I'm listening to you talking about a study
 6       or a need to do a study.  Do you know if there's any
 7       money for this study?
 8                   REPRESENTATIVE ANCHIA:  Well, HAVA money
 9       could be used for this study by way of example.  So, I
10       mean, the chairwoman, or excuse me, the author of the
11       bill said that there's plenty of HAVA money still
12       available.  And we probably should use that money in
13       order to study the adverse impact on Hispanics and
14       African Americans.
15                   REPRESENTATIVE YVONNE DAVIS:  Are you
16       worried that the we do not have HAVA money at this time?
17                   REPRESENTATIVE ANCHIA:  Pardon me?
18                   REPRESENTATIVE YVONNE DAVIS:  Are you
19       worried that the state of Texas has not been approved
20       for HAVA money at this time?
21                   REPRESENTATIVE ANCHIA:  Yeah, and I'm
22       worried that we won't be using it properly for a bill
23       like this.
24                   REPRESENTATIVE YVONNE DAVIS:  So if, in
25       fact, the application is not approved, there is no
```

TX_00213150

USA_00017524

66

 1    funding for this bill -- are you aware of that?
 2              REPRESENTATIVE ANCHIA:  Yes.  And my
 3    Amendment just before that, this says that if there's no
 4    money for it, it's not enacted but that was defeated by
 5    the majority here.
 6              REPRESENTATIVE YVONNE DAVIS:  So if we
 7    don't get HAVA funds, is it your understanding, would
 8    you think now we're really passing down an unfunded
 9    mandate to our counties to implement this program?
10              REPRESENTATIVE ANCHIA:  Precisely.
11              REPRESENTATIVE YVONNE DAVIS:  And we've
12    allocated about $2 million to do that.  So we know that
13    it's going to be, at least, $2 million that it's going
14    to cost the county?
15              REPRESENTATIVE ANCHIA:  It will be a number
16    far in excess of $2 million but I think that's all they
17    put in the bill.
18              REPRESENTATIVE YVONNE DAVIS:  And is this
19    the same chamber where many members said that they had
20    signed onto the bill for unfunded mandates?
21              REPRESENTATIVE ANCHIA:  Yes.  And it's
22    ironic.
23              REPRESENTATIVE YVONNE DAVIS:  And so your
24    Amendment now, we're talking about the need to educate
25    our voters.  We're talking about a $2 million costs with

TX_00213151

USA_00017525

67

```
 1    no funds available or allocated at this time?
 2                   REPRESENTATIVE ANCHIA:  You know, this
 3    Amendment says, simply, that there's been no study in
 4    the State of Texas that representatives like yourself
 5    and myself are very concerned about the impacts on your
 6    communities.
 7                   And before we do something that has not
 8    been studied in the state, we need to do it.  And if
 9    we're going to do it, we need to do it right.
10                   REPRESENTATIVE YVONNE DAVIS:  Thank you.
11                   REPRESENTATIVE ANCHIA:  Thank you.
12                   REPRESENTATIVE GUTIERREZ:  Mr. Speaker?
13                   THE CHAIR:  Representative Gutierrez, for
14    what purpose?
15                   REPRESENTATIVE GUTIERREZ:  Will the
16    gentleman yield for a few questions?
17                   THE CHAIR:  Will the gentleman yield?
18                   REPRESENTATIVE ANCHIA:  I yield.
19                   THE CHAIR:  The gentleman yields.
20                   REPRESENTATIVE GUTIERREZ:  Representative
21    Anchia, my concern is we talked about money and the
22    expense of this bill, but I don't think that we've had
23    an adequate and thoughtful discussion on the true amount
24    of money that's going to be spent with this legislation.
25                   You are very familiar with the bills of the
```

TX_00213152

USA_00017526

House Floor Debate - Volume III                    March 23, 2011

68

1    state of Georgia and the state of Indiana; is that
2    correct?
3                    REPRESENTATIVE ANCHIA:  The amounts that
4    were budgeted in Indiana and in Georgia and then in
5    Missouri where it was ultimately found unconstitutional
6    where multiples of the $2 million that we have in this
7    bill, even though ironically, those states are a
8    fraction of the state population of the State of Texas,
9    and don't have the same kind of Hispanic population and
10   limited Asian population that we have in had this state.
11                   REPRESENTATIVE GUTIERREZ:  To be clear:
12   The budget expense is about 8 to $10 million
13   respectfully; is that correct?
14                   REPRESENTATIVE ANCHIA:  That's correct.
15   Even though those states have significantly smaller
16   populations than we do.
17                   REPRESENTATIVE GUTIERREZ:  That's correct.
18   I think you have a good Amendment.  It's certainly
19   important at this time when we're in this deep budget
20   crisis that we understand the true nature of what we're
21   doing here today.  So thank you very much for your
22   Amendment.
23                   REPRESENTATIVE ANCHIA:  Thank you,
24   Representative Gutierrez.
25                   THE CHAIR:  The chair recognizes

TX_00213153

USA_00017527

House Floor Debate - Volume III                    March 23, 2011

 1    Representative Harless.

 2                    REPRESENTATIVE HARLESS:  I move to table.

 3                    THE CHAIR:  The chair recognizes

 4    Representative Anchia to close.

 5                    REPRESENTATIVE ANCHIA:  On the motion to

 6    table, an acknowledgement, I guess, that we haven't

 7    studied the issue.

 8                    I think before we jump into something like

 9    this, the Secretary of State should conduct a study.  No

10    study has been done.

11                    Every other study that's been done on this

12    issue has shown a very dramatic impact on African

13    Americans and Hispanics.  I'm worried about that.

14                    I know my fellow colleagues who have spoken

15    against this bill and tried to amend this bill are

16    worried about that.  These are not trivial concerns,

17    ladies and gentlemen.  They're documented by scholarly

18    studies.  This is not trivial.  We take it very

19    seriously, and I hope that this body takes it seriously

20    by studying the issue first.

21                    Thank you.

22                    THE CHAIR:  Ms. Davis for what purpose?

23                    REPRESENTATIVE YVONNE DAVIS:  Parliamentary

24    inquiry.

25                    THE CHAIR:  State your inquiry.

TX_00213154

USA_00017528

House Floor Debate - Volume III                    March 23, 2011

1           REPRESENTATIVE YVONNE DAVIS:  We were

2    discussing the costs being $2 million.  We're discussing

3    that the application that had been made to apply for

4    HAVA funds for the State of Texas.

5           Should that application not be approved, is

6    there another funding source that's been identified for

7    this program?

8           THE CHAIR:  Ms. Davis, the chair is not

9    advised.

10          REPRESENTATIVE YVONNE DAVIS:  Given that

11   we're about to -- Parliamentary inquiry.

12          With the budget deficit being what it is

13   and the challenges to completing or budget, are we aware

14   of any contingencies or any other funding source that

15   has been identified for this effort?

16          THE CHAIR:  Ms. Davis, you happen to have

17   the bill author here and Chairman of Appropriations.  I

18   would invite you to direct that question to them.

19          REPRESENTATIVE YVONNE DAVIS:  Mr. Speaker,

20   would the Chairman of Appropriations be able to answer

21   that question?

22          THE CHAIR:  Ms. Davis, if you'll wait until

23   we dispense with the motion to table, we'll get an

24   answer for you.

25          REPRESENTATIVE YVONNE DAVIS:  Thank you.

TX_00213155

USA_00017529

House Floor Debate - Volume III                    March 23, 2011

71

```
 1          THE CHAIR:  Representative Anchia sends up
 2   an Amendment.  Representative Harless moves to table.
 3   This is on the motion to table.
 4              Vote aye.  Vote nay.
 5              The clerk will ring the bell.
 6              Show Ms. Harless voting aye.  Show
 7   Representative Pitts voting aye.  Show Representative
 8   Truitt voting aye.  Have all voted?
 9              Being 101 ayes, 48 nays, the motion to
10   table prevails.
11              The following Amendment.
12              The clerk will read the Amendment.
13              THE CLERK:  Amendment by Dutton.
14              THE CHAIR:  The chair recognizes
15   Representative Dutton.
16              REPRESENTATIVE DUTTON:  Mr. Speaker and
17   Members, I think I found an Amendment that I can agree
18   on with the author.  The others, obviously I didn't
19   agree with on because that's why they voted against it.
20              But this one simply just says that the
21   early voting Ballot Board as preferenced referenced in
22   the bill as meaning the early voting and provision
23   Ballot Board.
24              And I believe it's acceptable to the
25   author.
```

TX_00213156

USA_00017530

House Floor Debate - Volume III                    March 23, 2011

 1                    THE CHAIR:  Ms. Harless for what purpose?
 2                    REPRESENTATIVE HARLESS:  May I ask a
 3    question of the member, please?
 4                    THE CHAIR:  Mr. Dutton do you yield?
 5                    REPRESENTATIVE DUTTON:  Yes.  I would love
 6    to yield.
 7                    REPRESENTATIVE HARLESS:  I've been looking
 8    for an Amendment I could take on all night long and we
 9    discussed about this that, in your mind, it's not a
10    substance change.
11                    REPRESENTATIVE DUTTON:  Yes.
12                    REPRESENTATIVE HARLESS:  And we are going
13    to have a conversation with the Secretary of State and
14    verify that.
15                    REPRESENTATIVE DUTTON:  And I would agree
16    to take that off if that is the case.
17                    REPRESENTATIVE HARLESS:  And I will accept
18    your Amendment.
19                    REPRESENTATIVE DUTTON:  In fact, for you,
20    would take it off gladly.
21                    THE CHAIR:  Representative Dutton sends up
22    an Amendment.  The Amendment is acceptable to the
23    author.
24                    Is there an objection?
25                    The Chair hears none.

TX_00213157

USA_00017531

73

```
 1                The Amendment is adopted.

 2                The following Amendment.

 3                The clerk will read the Amendment.

 4                THE CLERK:  Amendment by Reynolds.

 5                THE CHAIR:  The chair recognizes

 6   Representative Reynolds.

 7                REPRESENTATIVE REYNOLDS:  Thank you,

 8   Mr. Speaker.

 9                I'm offering this Amendment to insure that

10   we have strict penalties in place for anyone who seeks

11   to tamper with our elections by removing eligible voters

12   from the rolls.

13                This Amendment will create a state jail

14   felony offense for anyone who knowingly removes a valid

15   eligible voter from the rolls.

16                We all agree that safeguarding our

17   elections is at the cornerstone of our democracy.

18   Voting is a fundamental right.

19                A couple of years back in Harris County we

20   had a major problem with the Tax Assessor's Office

21   rejecting over 60,000 eligible voter applications

22   without giving these potential voters any sort of reason

23   as to why.

24                We need to assure that problems like these

25   do not consider anymore and that our elections are
```

TX_00213158

USA_00017532

74

1    safeguarded from political discrimination.  This
2    Amendment will create a strict penalty and insure that
3    it is clear that you cannot tamper with an election and
4    get away without jail time.
5                    REPRESENTATIVE MILES:  Mr. Speaker.
6                    THE CHAIR:  For what purpose?
7                    REPRESENTATIVE MILES:  For a question.
8                    THE CHAIR:  Do you yield?
9                    REPRESENTATIVE REYNOLDS:  I yield.
10                    REPRESENTATIVE MILES:  (Inaudible)you
11   mentioned in Fort Bend.  Can you expand on that for me.
12                    REPRESENTATIVE REYNOLDS:  Yes, sir.  In
13   2008 there were over 60,000 voter registration
14   applications that were rejected and were not given
15   timely notification of this rejection.
16                    The Texas Democratic party ended up filing
17   suit and it resulted in a settlement that, essentially,
18   assured it would take commonsense approaches to secure
19   our voter registration process from political
20   motivation.
21                    REPRESENTATIVE MILES:  Can you remove the
22   gentlemen from Fort Bend, please?  Mr. Speaker?
23   Mr. Speaker in can you remove the riff-raff from around
24   the podium, please?
25                    THE CHAIR:  Order, members.

TX_00213159

USA_00017533

75

```
 1                    REPRESENTATIVE MILES:  Those applications

 2     that you referred to -- were those normal applications?

 3                    REPRESENTATIVE DUTTON:  Yes, Reynolds.

 4     Yes.

 5                    REPRESENTATIVE REYNOLDS:  Yes, they were.

 6                    REPRESENTATIVE MILES:  And they were all

 7     rejected.

 8                    REPRESENTATIVE MILES:  Were there any

 9     findings in regard to the racial make-up of those that

10     were from the polls that you spoke of in Florida that

11     you spoke of?

12                    REPRESENTATIVE REYNOLDS:  Could you repeat

13     that.

14                    REPRESENTATIVE MILES:  About how much --

15     we'd like to know -- the gentlemen behind me would like

16     to know how much is the fine that you are proposing,

17     Mr. Reynolds?

18                    REPRESENTATIVE DUTTON:  You said what is

19     the fine?

20                    REPRESENTATIVE MILES:  How much is the fine

21     that you are proposing?  The riff-raff behind me would

22     like to know that.

23                    REPRESENTATIVE REYNOLDS:  It would create a

24     state jail felony.

25                    REPRESENTATIVE MILES:  Have you seen in
```

TX_00213160

USA_00017534

76

1  Florida, where African American voters and in they were

2  discouraged in the Florida election?  Were you aware of

3  that?

4              REPRESENTATIVE REYNOLDS:  I believe I heard

5  something about that, yes.

6              REPRESENTATIVE MILES:  I think this is a

7  good Amendment and it should be accepted by the author.

8  Good luck.

9              REPRESENTATIVE REYNOLDS:  Thank you.

10             THE CHAIR:  Representative Madden, for what

11  purpose?

12             REPRESENTATIVE MADDEN:  Would the gentleman

13  yield for a couple of questions?

14             THE CHAIR:  Will you yield?

15             REPRESENTATIVE REYNOLDS:  I will yield,

16  yes.

17             REPRESENTATIVE MADDEN:  I think a couple of

18  my Corrections Committee Members standing beside you.

19             I wanted to get an idea with your State

20  Jail felony that you're creating -- have you put any

21  Appropriations Acts enough money for us to build a

22  prisons to hold these people?

23             REPRESENTATIVE REYNOLDS:  Let me confer

24  with my Appropriations.  I know you all -- what's that?

25  We're going to use ten.  How about that?  We're fiscally

TX_00213161

USA_00017535

1   conservative.

2               REPRESENTATIVE MADDEN:  You realize that

3   each of these people will cost us at least $50 a day to

4   maintain them in the prison.

5               REPRESENTATIVE REYNOLDS:  Well, if you can

6   see from the great gentlemen and gentlemen lady behind

7   me, I think, that we have a bipartisan support for this

8   Amendment.

9               REPRESENTATIVE MADDEN:  You're going to

10  need all the help you can get on that.  You realize

11  that?

12              REPRESENTATIVE REYNOLDS:  Thank you.

13              THE CHAIR:  For what purpose?

14              REPRESENTATIVE HILDERBRAN:  Will the

15  gentleman yield?

16              REPRESENTATIVE REYNOLDS:  Yes.

17              Any time for a Texas Tech man.

18              REPRESENTATIVE HILDERBRAN:  Thank you very

19  much, Representative Reynolds.

20              I got two questions.  One is you mentioned,

21  was it -- how many -- is it per voter that is prevented

22  from voting that applies here?  In other words, you said

23  like 188 .

24              REPRESENTATIVE REYNOLDS:  In Harris County,

25  these were eligible voters that were purged from the

TX_00213162

USA_00017536

78

1   voter rolls.

2                    REPRESENTATIVE HILDERBRAN:  And who would

3   be person that didn't let, violator?  The person that

4   wouldn't let them vote?  Tell me who the person is.

5                    REPRESENTATIVE REYNOLDS:  This would be an

6   elected officer or it could be someone from the Tax

7   Assessor's Office, as well.

8                    REPRESENTATIVE HILDERBRAN:  Would you

9   consider changing any from a State Jail felony to a fine

10  and it would come from the State general revenue and we

11  might get some legs on this thing?

12                   REPRESENTATIVE REYNOLDS:  Well, if

13  disenfranchisement was not such a serious offense, I

14  might consider that in light of the fiscal need of the

15  state.

16                   However, I believe that we all agree that

17  if we disenfranchise one voter -- better yet, I think

18  Martin Lutheran King said it best, injustice any with

19  where is a threat to justice everywhere.

20                   We cannot disenfranchise one single voter.

21                   REPRESENTATIVE MILES:  Mr. Speaker, will

22  the gentleman yield?

23                   THE CHAIR:  Do you yield?

24                   REPRESENTATIVE REYNOLDS:  Yes.

25                   REPRESENTATIVE MILES:  Do you realize all

TX_00213163

USA_00017537

                                                              79

 1    those cats that just clapped for you -- do you realize

 2    they're going to vote against you your Amendment, right?

 3    I just want you to know that.  Make sure you get a "yes"

 4    vote from each one of those who just clapped and stand

 5    by you in support.

 6                    REPRESENTATIVE REYNOLDS:  Thank you.

 7                    REPRESENTATIVE MR. GEREN:  Mr. Speaker.

 8                    THE CHAIR:  Do you yield?

 9                    REPRESENTATIVE REYNOLDS:  I will yield,

10    yes.

11                    THE CHAIR:  Representative Sheffield raises

12    a point of order.  The time has expired.  The point is

13    well taken.

14                    REPRESENTATIVE WEBER:  I have a

15    Parliamentary inquiry.

16                    THE CHAIR:  State your inquiry.

17                    UNIDENTIFIED SPEAKER PHILLIPS:  When

18    Mr. Reynolds was up at front there and his entire class

19    wrapped around him -- did they become known as Reynolds

20    Wrap?

21                    THE CHAIR:  The chair recognizes

22    Representative Hancock in opposition.

23                    REPRESENTATIVE HANCOCK:  Yes.  Mr. Speaker,

24    I'd like to recognize Representative Reynolds for

25    working with us, working with the author on this bill.

TX_00213164

USA_00017538

1          Unfortunately, I'm going to have to table
2    this Amendment due to it would create issues on this
3    bill that we would not like to see at this time.
4          So I appreciate the joy in which he offered
5    it and the opportunity to work with him, but we are
6    going to have to table it at this time.
7          THE CHAIR:  The chair recognizes
8    Mr. Reynolds to close.
9          REPRESENTATIVE REYNOLDS:  Members, I
10   personally think that it would be hypocritical if we say
11   that yes, SB 14, we allow enhanced penalties for voter
12   impersonation.
13         Yet and still, we will not allow criminal
14   penalties for someone who disenfranchises a voter.
15         I say if it's good for the goose, then it's
16   good for the gander.
17         .  Members, I move you not to table this
18   Amendment.  Thank you.  I move adoption.
19         THE CHAIR:  Representative Reynolds sends
20   up the Amendment.  Representative Hancock moves to
21   table.  It's on the motion to table.  Vote aye.  Vote
22   nay.
23         Representative Harless voting aye.  Show
24   Representative Miles voting no.  Show Representative
25   Reynolds voting no.  Show Representative Hancock voting

TX_00213165

USA_00017539

                                                                    81

1    aye.  Show Representative Mendendez voting no.

2                    Have all voted?

3                    Being 99 ayes, 48 nays.

4                    The motion to table prevails.

5                    The following Amendment.

6                    The clerk will read the Amendment.

7                    THE CLERK:  Amendment by Martinez.

8                    THE CHAIR:  The chair recognizes

9    Representative Martinez.

10                   REPRESENTATIVE MARTINEZ:  Thank you,

11   Mr. Speaker, Members.  This Amendment is one that's

12   very, very personal.

13                   Years and years ago, back there was a lot

14   of discrimination, and discrimination against minorities

15   because of race, color.  And all this Amendment does, it

16   says that anybody within that lineal descendent of a

17   person that was not permitted to vote back during that

18   time, they will not be -- will fall within this

19   provision of a Voter ID.

20                   Mainly because of the personality of this

21   bill and we also have evidence that shows that clearly,

22   back when our governor of Texas was not allowing anybody

23   to vote if they were of color or of different race.

24

25                   THE CHAIR:  Ms. Dukes, for what purpose?

TX_00213166

USA_00017540

82

1                     REPRESENTATIVE DUKES:  Will the gentleman
2    yield?
3                     THE CHAIR:  Do you yield?
4                     REPRESENTATIVE MARTINEZ:  I do yield.
5                     REPRESENTATIVE DUKES:  The microphone was
6    not close to where I could really hear the explanation
7    of the Amendment.
8                     REPRESENTATIVE MARTINEZ:  Thank you.  Is
9    that better?
10                    REPRESENTATIVE DUKES:  Yes.  Yes.  Can you
11   once again explain the elements of the Amendment.
12                    REPRESENTATIVE MARTINEZ:  Absolutely,
13   Representative.
14                    This bill is very personal have it's
15   personal on minorities because of race and color.
16                    Years and years ago, people of our race, of
17   our color were not allowed to vote for various reasons.
18   And all this does, this Amendment says that anybody who
19   has ever gone through that, within that, who is a lineal
20   descendent of a person who is not permitted to vote
21   would be exempt from this bill.
22                    So it would allow us to be able to be
23   exempt from this type of legislation.
24                    REPRESENTATIVE DUKES:  So someone like my
25   grandmother or my grandfather, my parents, who during

TX_00213167

USA_00017541

83

 1   pre-civil rights did not have the luxury to go freely

 2   without intimidation, without the possibilities of a

 3   poll tax or some type of literacy test to vote freely in

 4   this country, although they were tax paying citizens --

 5   they and their descendents would be affected by this

 6   Amendment?

 7                REPRESENTATIVE MARTINEZ:  Oh, absolutely.

 8   Absolutely.  They would have to follow the Voter ID

 9   requirements of this Amendment because we've always been

10   treated differently.

11                A lot of people don't under how different

12   it has been.  A lot of people haven't been told that

13   they won't be served or that they cannot vote because of

14   the color of their skin or because of their race.

15                And all this Amendment does, it says that

16   if we have a lineal descendent of a person who is not

17   permitted to vote in that time, would he not fall within

18   this bill and we would be allowed to go without the

19   restrictions of Voter ID.

20                REPRESENTATIVE DUKES:  And the provisions

21   of an individual that would be effected by the portion

22   of the Amendment beginning 1832 -- can you explain that

23   provision.

24                REPRESENTATIVE MARTINEZ:  Sure.  Yes,

25   ma'am.

TX_00213168

USA_00017542

84

```
 1              Actually, back in January 1st of 1923, you
 2    had people of color and people of different race that
 3    weren't able to vote because of that very reason.
 4              The governor at that time had passed
 5    legislation that would not allow us to vote and
 6    restricted them from voting in any type of or
 7    participating in any type of forthcoming elections.
 8              REPRESENTATIVE DUKES:  Rather coincided
 9    with the Jim Crow period?
10              REPRESENTATIVE MARTINEZ:  Yes, ma'am.
11              REPRESENTATIVE DUKES:  And the period
12    starting in 1800?  1833?
13              REPRESENTATIVE MARTINEZ:  Yes, ma'am.  And
14    back in March 2nd of 1936, because of the presumption of
15    a person's race and participating in the Mexican
16    Revolution, they were also not allowed to vote because
17    of our race.
18              REPRESENTATIVE DUKES:  You know, I don't no
19    know if you are aware, but today when I was standing at
20    the front microphone and was talking about provisions
21    and Amendments to be placed on this bill to insure that
22    there will always be the free opportunity, unblocked by
23    some measure arbitrary to prevent individuals from
24    having the ability to vote, I thought about the stories
25    that my grandfather who is first cousins with Heiman
```

TX_00213169

USA_00017543

85

```
 1   Sweat who sued the University of Texas for the ability
 2   for African Americans and people of color to have an
 3   opportunity at higher education, what they had to go
 4   through.
 5              He always told the story about the
 6   discrimination that existed, and that they had to
 7   suffer.  Standing at that front microphone today, I felt
 8   some of that discomfort that my ancestors felt being
 9   looked in the face and told that they could not do
10   certain things, even though they were mentally
11   qualified.  They were -- they're equal human beings and
12   citizen.
13              I think you have a good Amendment to insure
14   that never, ever, again, that there are unintended
15   consequences placed in statute maybe by well intended
16   people maybe to disenfranchise people who have already
17   suffered at the hands of laws that were created to
18   prevent them from being able to elect the person of
19   their choice.
20              REPRESENTATIVE MARTINEZ:  Absolutely,
21   Representative, and you made a very, very good point
22   because many members in this chamber have never been
23   effected it by this.  Many members in this chamber have
24   never been treated in a certain way.  But to a lot of
25   us, we have.  And we've gone through it and we've lived
```

TX_00213170

USA_00017544

86

```
 1   through it.
 2               And not only us, but our family members and
 3   we are the decendents of those people that have been
 4   effected it by this.
 5               THE CHAIR:  Mr. Coleman, for what purpose?
 6               REPRESENTATIVE COLEMAN:  Yes.  Would the
 7   gentleman yield for a question?
 8               REPRESENTATIVE MARTINEZ:  Sure.
 9               THE CHAIR:  Does the gentleman yield?
10   Mr. Martinez, do you yield?
11               REPRESENTATIVE MARTINEZ:  Absolutely.
12               THE CHAIR:  The gentleman yields.
13               REPRESENTATIVE COLEMAN:  First of all, I
14   want to thank you for bringing this Amendment.
15               REPRESENTATIVE MARTINEZ:  Thank you.
16               REPRESENTATIVE COLEMAN:  Lately there's
17   been a lot of thought about whether or not we're moving
18   back to a time when persons weren't American citizens.
19   They were state citizens.
20               And the state of Texas or the state of
21   Alabama, Georgia, whomever else, New Mexico, Arizona,
22   could make the determination of whether that person had
23   an opportunity to participate in what we call our great
24   democracy.  Is that correct?
25               REPRESENTATIVE MARTINEZ:  That is correct.
```

TX_00213171

USA_00017545

House Floor Debate - Volume III                    March 23, 2011

87

```
 1                    REPRESENTATIVE COLEMAN:  And when we have a
 2     discussion about whether or not someone is worthy of
 3     voting, at that time, those things were put in statute
 4     in order to keep people from accessing that ballot box,
 5     correct?
 6                    REPRESENTATIVE MARTINEZ:  Absolutely.  That
 7     is correct.
 8                    REPRESENTATIVE COLEMAN:  In 1964, as
 9     Ms. Dukes has said people weren't just citizens of a
10     particular state.
11                    When the Voting Right Act passed, we became
12     citizens of the United States of America and our
13     citizenship of America trumps anything because our
14     constitution guarantees us all the rights that were
15     afforded, correct?
16                    REPRESENTATIVE MARTINEZ:  That is correct.
17                    REPRESENTATIVE COLEMAN:  Well, I appreciate
18     you bringing this because there is a lot of talk about
19     state sovereignty and state's rights.
20                    And the idea that this Legislature is going
21     to go back to a time when those words meant that the
22     literacy test, the bubbles and the soap, whatever your
23     stature, where you are in life was, was determined by
24     state sovereignty have thanks your Amendment.
25                    REPRESENTATIVE MARTINEZ:  Thank you.
```

TX_00213172

USA_00017546

House Floor Debate - Volume III                    March 23, 2011

                                                                 88

1              THE CHAIR:  Representative Sheffield raised

2      the point of order.  The gentleman's time has expired.

3      The point is well taken and sustained.

4                   Mr. Dutton, for what purpose?

5              REPRESENTATIVE DUTTON:  Well, I was going

6      to ask a question but his time has expired.

7                   THE CHAIR:  Thank you.

8              The chair recognizes Representative Harless

9      in opposition.

10             REPRESENTATIVE HARLESS:  Mr. Speaker,

11     Members, while we all regret certain conduct that

12     occurred many years ago, it's important that --

13             REPRESENTATIVE DUTTON:  Mr. Speaker?

14             THE CHAIR:  Mr. Dutton, for what purpose?

15             REPRESENTATIVE DUTTON:  Could we turn the

16     volume up so we can hear Ms. Harless.  I can't hear her.

17             REPRESENTATIVE HARLESS:  You can't hear

18     women's voices.

19             REPRESENTATIVE DUTTON:  I got it now.  I

20     got it now.  I'm sorry.  I couldn't hear you and it's an

21     echo back here.

22             REPRESENTATIVE HARLESS:  Okay.

23             REPRESENTATIVE DUTTON:  Maybe we can get

24     some acoustical engineer to figure out what's going on

25     back here.  It may be just me, go ahead.

TX_00213173

USA_00017547

89

1              REPRESENTATIVE HARLESS:  I think you and I

2     should be the new coffee and cream.

3              REPRESENTATIVE DUTTON:  I didn't hear that.

4     What did you say?  Say that again.  We did what?  I

5     think we ought to share coffee and cream?

6              REPRESENTATIVE HARLESS:  May I finish?

7              REPRESENTATIVE DUTTON:  Can't hear you.

8              REPRESENTATIVE HARLESS:  May I finish?

9              REPRESENTATIVE DUTTON:  Mr. Speaker, would

10    you ask my folks over here to be a little quieter so I

11    can hear Ms. Harless.  I didn't hear what she said.

12             REPRESENTATIVE HARLESS:  I said while we

13    all regret that certain conduct that occurred many years

14    ago, it's important that this bill apply to all current

15    Texans in a fair, rationale manner.

16             I don't believe it's appropriate to exempt

17    certain current Texans based on the wrongdoings of

18    Texans who lived decades if not centuries ago.

19             I make a Motion to table.

20             REPRESENTATIVE DUTTON:  I'll wait until

21    Mr. Martinez comes back.

22             THE CHAIR:  The chair recognizes

23    Representative Martinez to close.

24             REPRESENTATIVE MARTINEZ:  Thank you,

25    Mr. Speaker, Members.

TX_00213174

USA_00017548

90

1                    REPRESENTATIVE DUTTON:  Mr. Speaker.

2                    THE CHAIR:  Representative, for what

3     purpose?

4                    REPRESENTATIVE DUTTON:  Will the gentleman

5     yield?

6                    THE CHAIR:  Will you yield?

7                    REPRESENTATIVE MARTINEZ:  Absolutely.

8                    THE CHAIR:  The gentleman yields.

9                    REPRESENTATIVE DUTTON:  Tell me, again, the

10    purpose of your Amendment, Mr. Martinez.

11                   REPRESENTATIVE MARTINEZ:  Mr. Dutton, as

12    you well know that years and years ago, back in the

13    1800s, 1836, 1923, there was a lot of people that were

14    discriminated against who were not allowed to vote

15    because of their race and their color.

16                   And what we are saying is that anybody in

17    this state should have a right to vote and their vote

18    should not be suppressed.

19                   And if you are a lineal descendent of a

20    person who was not allowed to vote, this vote should not

21    be applied to you.

22                   REPRESENTATIVE DUTTON:  So do I have to

23    prove that?  Do I have to prove my lineal heritage?

24                   REPRESENTATIVE MARTINEZ:  Well, I believe

25    that --

TX_00213175

USA_00017549

Case 2:13-cv-00193 Document 661-6 Filed on 11/11/14 in TXSD Page 100 of 133
Case 1:12-cv-00128-RMC-DST-RLW Document 209-11 Filed 06/20/12 Page 9 of 262

1            REPRESENTATIVE DUTTON:  Well, in my case,
2    it's probably obvious.
3            REPRESENTATIVE MARTINEZ:  I think in both
4    our cases it's probably obvious, especially in some of
5    the legislation that was passed back by the Governor --
6            REPRESENTATIVE DUTTON:  And so you're
7    trying to exempt, at least, at this point, exempt those
8    people from whatever effects this bill has?
9            REPRESENTATIVE MARTINEZ:  Absolutely.
10            REPRESENTATIVE DUTTON:  And is it your
11    understanding that this bill, at least, has some costs
12    to the person who's attempting to vote?
13            REPRESENTATIVE MARTINEZ:  Oh, absolutely.
14    It is a direct attack on minorities.  I believe it is a
15    step back from where we have gotten from our civil
16    rights movement.  From all the hard work by our civil
17    rights leaders to get to where we are now.
18            And now to suppress any vote by any
19    minority is a step backwards and I'm against that.
20            REPRESENTATIVE DUTTON:  And at cost -- is
21    that cost for sort of similar to what we had in the
22    past, which we called the poll tax?  A p-o-l-l for some
23    members who might not know what that means?
24            REPRESENTATIVE MARTINEZ:  Absolutely,
25    Representative.  That's exactly what that means.

TX_00213176

USA_00017550

92

1         REPRESENTATIVE DUTTON:  And so your

2   Amendment is an attempt to, at least, go around that for

3   those people who you describe in the Amendment as having

4   had some past effect or past discrimination?

5         REPRESENTATIVE MARTINEZ:  Absolutely,

6   Representative.  Anybody who has ever had any type of

7   voter suppression or has not been able to vote and is a

8   part of that family would be exempt from this bill.

9         REPRESENTATIVE DUTTON:  And so your

10  Amendment is really one that says we're going to exempt,

11  based on the present facts of those people to some past

12  discrimination that existed during the time periods

13  which your Amendment talks about?

14        REPRESENTATIVE DUTTON:  Okay.  I think you

15  have a good Amendment.

16        REPRESENTATIVE MARTINEZ:  Thank you.

17        THE CHAIR:  Mr. Pena, for what purpose?

18        REPRESENTATIVE PENA:  For a question.

19        THE CHAIR:  Mr. Martinez, do you yield?

20        REPRESENTATIVE MARTINEZ:  Yes, I yield.

21        THE CHAIR:  The gentleman yields.

22        REPRESENTATIVE PENA:  Representative

23  Martinez, as I understand it, you want to set up one

24  system of protection for people who's family lineage

25  has had a history of discrimination; is that correct?

TX_00213177

USA_00017551

93

1              REPRESENTATIVE MARTINEZ:  What this
2    Amendment does is that anybody who's a lineal descendent
3    of a person who is not permitted to vote would be exempt
4    from this bill.
5              REPRESENTATIVE PENA:  Okay.  And what class
6    of people are you speaking about?
7              REPRESENTATIVE MARTINEZ:  Anybody who's a
8    descendent of somebody who's not permitted to vote.
9              REPRESENTATIVE PENA:  So if you're a person
10   who is a --
11             REPRESENTATIVE MARTINEZ:  So if you're a
12   person as a descendent who was not permitted to vote,
13   you fall within this Amendment --
14             REPRESENTATIVE PENA:  So that would be
15   African Americans?
16             REPRESENTATIVE MARTINEZ:  That would be
17   whoever falls within this lineal descendent of a person
18   who is not permitted to vote.
19             REPRESENTATIVE PENA:  That would be women,
20   I take it?
21             REPRESENTATIVE MARTINEZ:  Anyone who's a
22   lineal descendent of a person who's not permitted to
23   vote.
24             REPRESENTATIVE PENA:  That would be people
25   who didn't own -- in the early years, am I correct that

TX_00213178

USA_00017552

94

```
 1    only people who owned land could vote?
 2                REPRESENTATIVE MARTINEZ:  If they fell
 3    within that parameter, then you're correct.
 4                REPRESENTATIVE PENA:  Okay.  Do you have
 5    concern that your Amendment doesn't meet the equal
 6    protection argument of the United States Constitution?
 7                REPRESENTATIVE MARTINEZ:  Well, I don't
 8    think it doesn't have equal protection.  I think that it
 9    is talking about anybody who has ever been suppressed
10    from voting would fall into this Amendment.
11                REPRESENTATIVE PENA:  What you're basically
12    saying is that as I understand it, is that white people
13    wouldn't come under this protections; is that correct?
14                THE CHAIR:  Representative Sheffield raises
15    the point of order.  The gentleman's time has expired.
16    The point of order is well taken and sustained.
17                Representative Martinez sends up an
18    Amendment.  Representative Harless moves to table.
19                On the motion to table, vote aye or vote
20    nay.
21                The clerk will ring the bell.
22                Have all voted?  Have all voted?
23                Being 100 ayes, 44 nays, the motion to
24    table prevails.
25                Mr. Castro, for what purpose?
```

TX_00213179

USA_00017553

95

1          REPRESENTATIVE CASTRO:  For a Parliamentary
2     inquiry, Mr. Speaker.
3              THE CHAIR:  State your inquiry.
4          REPRESENTATIVE CASTRO:  Mr. Speaker, is it
5     the Chair's understanding that each Committee Report
6     according to Rule 4 Section III 2C, must include in
7     summary or section by section form a detailed analysis
8     of the subject matter of the bill or Resolution?
9              THE CHAIR:  That is part of the rule and
10    section that you cite, yes.
11         REPRESENTATIVE CASTRO:  Would the effective
12    date of the substantial provision of this bill -- would
13    that be included in that summary or detailed analysis?
14             THE CHAIR:  Mr. Castro, that would be a
15    hypothetical.  If you have a point of order, you can
16    bring it down front.
17         REPRESENTATIVE CASTRO:  Sure, I would like
18    to raise a point of order for further consideration of
19    the committee substitute to Senate Bill 14 under you
20    will Rule 4 Section III 2C of the rules of the House on
21    the grounds be that the bill in the office is
22    substantially and terribly misleading.
23             THE CHAIR:  Bring your point of order down
24    front.
25             (Point of Order)

TX_00213180

USA_00017554

96

1              THE CHAIR:  The Chair has removed the bill

2    and the Bill Analysis.  The bill find that the Bill

3    Analysis was not substantially or materially misleading

4    as relates to the bill.

5              The point of order is overruled.

6              The chair recognizes Representative Veasey

7    for a motion.

8              REPRESENTATIVE VEASEY:  Members, if I could

9    have your attention quickly.  On the motion -- this is a

10   Motion to reconsider the vote by which Amendment No. 48

11   was adopted.

12             And No. 48 was the Amendment -- Amendment 4

13   was the Amendment that Representative Bonnen had and

14   he's going to explain the Amendment again.

15             But I didn't want to do a Motion to

16   reconsider because it passed by unanimous cannot sent on

17   the original vote.  And I would actually like to be on

18   record as changing my vote.

19             THE CHAIR:  The Chair recognizes

20   Representative Bonnen.

21             REPRESENTATIVE BONNEN:  Thank you,

22   Mr. Speaker, Members.

23             The members was the severability clause.

24   And quite frankly, Members, in most bills would be

25   harmless and not terribly significant.  But with respect

TX_00213181

USA_00017555

97

```
 1    to Mr. Veasey, it insures that in one respect, the bill
 2    should be challenged or questioned, that the rest of the
 3    bill would become law.
 4              And in respect to Mr. Veasey and our other
 5    colleagues, they want to make sure they have the
 6    opportunity to vote against this Amendment to make it
 7    clear to their constituents they had an opportunity for
 8    this entire bill to be struck for a section, they stood
 9    up and said no with respect to this severability.
10              So with respect to Mr. Veasey and the rest
11    who want the opportunity to be on record with this, I am
12    with you in recalling the vote and would respectfully
13    ask that you vote for the Amendment and I think that
14    Mr. Veasey would ask you to vote against it.
15              REPRESENTATIVE VEASEY:  I want to thank the
16    gentleman from Angleton, and I don't think I could have
17    said it any better myself.
18              THE CHAIR:  Members, the motion is to
19    reconsider the vote by which Amendment 48 is passed.  Is
20    there any objection to the motion to reconsider?
21              The the Chair hears none.
22              So ordered.
23              The Chair lays out Amendment 48.
24              The clerk will read the Amendment.
25              THE CLERK:  Amendment by Bonnen.
```

TX_00213182

USA_00017556

House Floor Debate - Volume III                    March 23, 2011

                                                           98

 1              THE CHAIR:  The chair recognizes
 2    Representative Bonnen.
 3              REPRESENTATIVE BONNEN:  This is what I just
 4    explained.  It's the severability to insure that if a
 5    section of this bill for some reason is being challenged
 6    or questioned constitutionally, that the rest of the
 7    bill would live on and become law.
 8              So this is simply what it does.  I would
 9    ask you to vote for the Amendment.
10              THE CHAIR:  The Chair recognizes
11    Representative Veasey.
12              REPRESENTATIVE VEASEY:  Thank you.  I think
13    that the bill is so bad and so egregious and so violates
14    civil rights and the Voting Right Act that I don't want
15    any of it to become law.
16              So hopefully if it's struck down, we'll
17    move on and continue on with the great voting system
18    that we already have in place in our great state.
19              Thank you.
20              THE CHAIR:  Members, Mr. Bonnen sends up an
21    Amendment.  A record vote's been requested.  Vote aye or
22    vote no on the Amendment.
23              Show Mr. Bonnen voting aye.  So Mr. Veasey
24    voting no.
25              Have all voted?

TX_00213183

USA_00017557

99

1            Being 100 ayes and 49 noes, the Amendment
2    is adopted.
3            The Chair recognizes Representative Dutton
4    for an announcement.
5            REPRESENTATIVE DUTTON:  Mr. Speaker,
6    Members, I just wanted to alert the members of the House
7    Voting Affairs Committee, that this proceeding has gone
8    on too long and it has interfered with our meeting and
9    it has been cancelled.
10           THE CHAIR:  The following Amendment.
11           The clerk will read the Amendment.
12           THE CLERK:  Amendment by Strama.
13           THE CHAIR:  The Chair recognizes
14   Representative Strama.
15           REPRESENTATIVE STRAMA:  Thank you,
16   Mr. Speaker.
17           REPRESENTATIVE PHILLIPS:  Mr. Speaker.
18           THE CHAIR:  Yes.
19           REPRESENTATIVE PHILLIPS:  I'd like to call
20   a point of order on Rule 11 Section2, and Rule 11
21   Section III.
22           THE CHAIR:  Bring your point of order down
23   front.
24           (Point of Order)
25           THE CHAIR:  The point of order is

TX_00213184

USA_00017558

100

1    withdrawn.
2                    THE CHAIR:  The Chair recognizes
3    Representative Strama.
4                    REPRESENTATIVE STRAMA:  Thank you,
5    Mr. Speaker and members.
6                    Either you all aren't going to hear me lay
7    out this Amendment or you're going to have to listen
8    carefully because this is as loud as I'm capable of
9    talking right now.
10                   THE CHAIR:  Can we have order.  Mr. Strama
11   has lost his voice.
12                   Mr. Bonnen, for what purpose?
13                   REPRESENTATIVE BONNEN:  Mr. Speaker, would
14   it be appropriate to treat Mr. Strama's as a personal
15   privilege, to have everyone sit down, be quiet and just
16   listen.
17                   REPRESENTATIVE STRAMA:  Thanks,
18   Representative Bonnen.
19                   Let me lay out this Amendment quickly,
20   Members, and we can dispose of the...
21                   The purpose of this bill, as its author has
22   stated, is to try to bring integrity to our election
23   process.  That is the purpose of this Amendment, as
24   well, but I want to make it clear to you.  It goes about
25   doing so in a dramatically different way than the bill

TX_00213185

USA_00017559

1    does.

2               The bill requires a photo ID of everyone

3    who shows up in-person to vote, though it doesn't

4    require a Photo ID of those who vote by mail.

5               What this Amendment with would do instead

6    is get at the broader issue of electoral integrity by

7    requiring that the Secretary of State's office require

8    training to county election officials to require voter

9    fraud by requiring county election officials to conduct

10   a post election integrity audit after every election; to

11   report the results of that audit to their County

12   Commissioner's Court.

13              And if they've identified any evidence of

14   fraud, to report that evidence to a special distribution

15   that would be created within every prosecutors office in

16   the state with specialized training in detecting,

17   investigating and prosecuting voter fraud, including

18   voter impersonation.

19              It's against the legal -- our laws are

20   actually pretty strong against voter impersonation and

21   voter fraud.  We have to enforce those laws.  Everybody

22   on this floor.  Though we haven't agreed on much today,

23   we have to agree on preventing voter fraud.

24              Those of us who have voted against all the

25   efforts in this, by doing so sanctioning voter fraud, no

TX_00213186

USA_00017560

102

```
 1    more so than those who favor this bill intend in doing
 2    so to sanction the disenfranchisement of some voters.
 3              But we have to weigh those two values
 4    against each other.  Because while it may not be the
 5    purpose of this bill to disenfranchise some voters, it
 6    is, unfortunately, the inevitable consequence of it.
 7    And it is not the purpose of those of us who oppose this
 8    bill to sanction voter fraud.
 9              And that is why I bring in good spirit and
10    good faith an evident to address the fundamental
11    problem.  The problem of people who would break the law
12    to try to change the out comes of our election and to do
13    so in a prosecutorial way, rather than in a way that
14    might have the unintended consequence of
15    disenfranchising anyone.
16              Because just as Representative Harless, my
17    good friend said when she laid this bill out, that it
18    undermines the sacrosanct value of democracy when anyone
19    commits voter fraud.  It does the same when anyone who
20    is entitled to vote is denied their ability to vote.
21              This is an Amendment that gets at electoral
22    integrity without the unintentional disenfranchisement
23    of voters.  And it will work, I believe, more
24    effectively at insuring election integrity than the bill
25    does in its current form.
```

TX_00213187

USA_00017561

1      So that's why this Amendment strikes the

2  whole bill and replaces it with an enforcement and

3  prosecution strategy that will be a more effective

4  deterrent to voter fraud than what's in the current bill

5  without the collateral consequences that undermine the

6  integrity of democracy by disenfranchising certain

7  people.

8              And so I move adoption of the Amendment.

9              REPRESENTATIVE HAMILTON:  Mr. Speaker.

10             THE CHAIR:  Mr. Hamilton, for what purpose?

11             REPRESENTATIVE HAMILTON:  Can we get that

12  reduced into writing?  We didn't hear a single word he

13  said.

14             THE CHAIR:  The Chair recognizes

15  Representative Harless.

16             REPRESENTATIVE HARLESS:  Members, it's been

17  a long night.  This Amendment creates an unfunded

18  mandate on accounting, and it would be done better at

19  the Secretary of State's Annual Election Law Training

20  and I ask that you table the Amendment.

21             REPRESENTATIVE TURNER:  Mr. Speaker.

22             THE CHAIR:  Yes, sir.

23             REPRESENTATIVE TURNER:  I ask, will the

24  lady yield?

25             THE CHAIR:  Will you yield?

TX_00213188

USA_00017562

104

 1                    REPRESENTATIVE HARLESS:  I will.
 2                    REPRESENTATIVE TURNER:  Representative
 3      Harless, I was silent most of the day, but on this
 4      particular Amendment, are you asking us to table a vote
 5      against an Amendment that, basically, is asking us to
 6      maintain the integrity of the election process?
 7                    REPRESENTATIVE HARLESS:  That is not how I
 8      read it.  I read that it strikes the entire bill and
 9      creates an election integrity task force.
10                    REPRESENTATIVE TURNER:  Well, but it says
11      that if anyone is impersonating another voter, that
12      these audits will be conducted, and the intent is to get
13      at any voter fraud.
14                    Help me to understand:  If we vote against
15      this Amendment, we are voting against an Amendment that
16      speaks against voter fraud.  It's an Amendment that
17      speaks against the Secretary of State of the county
18      erring sitting up an integrity unit.
19                    It speaks against, the same thing like we
20      talked about back in Medicaid fraud, the same thing that
21      we talked about in Medicaid fraud, that all of us who
22      are against.  This speaks against voter fraud.
23                    So I just want to make sure that we are all
24      clear.  If we vote against or table this Amendment, then
25      we are, essentially, saying that we are for a system

TX_00213189

USA_00017563

105

1   that encourages voter fraud or people who are

2   impersonating other voters because that's what the

3   Amendment speaks against.

4            I just want to be clear as to what we're

5   voting against.

6            REPRESENTATIVE HARLESS:  I disagree that

7   that's what the Amendment says.  Our bill spells out

8   specifically what it takes to show up at a poll and vote

9   in-person, and that is to increase the integrity and

10  election process, build confidence with the public.

11           This bill completely takes our bill out.

12  Strikes it and en acts a new election integrity task

13  force.

14            And I move to table.

15           REPRESENTATIVE TURNER:  But the Amendment

16  also says that if, for example, there's anyone

17  impersonating a voter, illegally impersonating a voter,

18  that there are consequences and that the integrity task

19  force can prosecute any of those individuals.

20            So, I mean, if we vote to table or we vote

21  against the Amendment, I mean, we are voting against the

22  substance and the essence of the Amendment.

23           REPRESENTATIVE HARLESS:  I disagree.  The

24  bill that we have says that if you are impersonating a

25  voter, there is penalties for that.  Our bill does

TX_00213190

USA_00017564

106

 1    exactly what this did without the task force.

 2                  Thank you.  I move to table.

 3                  THE CHAIR:  The Chair recognizes

 4    Representative Strama to close.

 5                  REPRESENTATIVE STRAMA:  Thank you,

 6    Mr. Speaker, Members.  I know I sound the way the rest

 7    of you feel at this hour so I will just close by saying

 8    this:  There is a standard in current law that you can

 9    vote without a photo ID if you vote by mail.

10                  And there's a reason why this bill doesn't

11    address that vulnerability in the integrity of the

12    election system.  It is not because there isn't a

13    vulnerability in the voter by mail process.  It is

14    because the only way to address it would be to shut down

15    voting by mail.

16                  And you wouldn't do that well because that

17    would make our elections more secure.  It would make

18    them substantially less accessible.  And there is a

19    tradeoff between security and accessibility in

20    elections.

21                  And you all decided, Representative Harless

22    decided, in offering this legislation without

23    eliminating the vote by mail procedure, that sometimes

24    requiring a photo ID has too high a cost that the

25    security benefits you gain from the Photo ID and the

TX_00213191

USA_00017565

107

```
 1    vote-by-mail would be at too high a cost of

 2    accessibility.

 3              It would eliminate more voters than it

 4    would reduce voter fraud.  I feel the same is true of

 5    the bill itself.  There is no evidence of substantial

 6    voter fraud caused by substantial voter impersonation at

 7    the polls.

 8              And that the disenfranchisement, whether

 9    it's unintentional or not, and whether it's a small

10    number of people who may be disenfranchised by it or

11    not.  The reduction of accessibility is greater than the

12    reduction of fraud under this bill's approach.

13              But I share the bill's goal of insuring the

14    integrity of elections and that's why this Amendment is

15    a better way to get there.

16              I will close by reading to you all

17    something that I just think restates our common values

18    as a House of Representatives about democracy.  It's

19    something I read a long time ago from a book called "The

20    Making of the President, 1960."

21              It calls American elections, particularly

22    presidential elections, the most awesome transfer of

23    power in the world.

24              "The power to martial and mobilize.  The

25    power to send men to kill or be killed.  The power to
```

TX_00213192

USA_00017566

108

1    tax and destroy.  The power to create, and the

2    responsibility to do so all committed into the hands of

3    one person.

4              "Heros and philosophers, (inaudible) tried

5    to make this particular manner of transfer of power work

6    effectively.  No people have exceeded at it better or

7    over a longer period of time than Americans.

8              "Yet, as this transfer of power takes

9    place, there is nothing to be seen except an occasional

10   line outside of church or school or a file of people

11   fidgeting in the lane waiting to enter the booth.

12             "No bands playing on election day.  No

13   troops march.  No guns are ridded.  No conspirators

14   gathered in secret headquarters.

15             "The noise and the blare.  The bands and

16   the screaming.  Patriarchy and the oratory of the long

17   Fall campaign fade on election day."

18             We have a good thing in this country.

19   Nobody does it better than we do.  There is a lot of

20   hysteria about the integrity of you are election process

21   on the right.  It comes from this fear that there are a

22   bunch of illegal immigrants voting by impersonating

23   someone else.

24             On the left it comes from people who think

25   that electronic voting machines can't be trusted.  Both

TX_00213193

USA_00017567

1    sides are wrong.  We do it right in this country.  We

2    could do it better.  My Amendment does it better and I

3    want you to vote yes for the Amendment and no on the

4    motion to table.

5                    THE CHAIR:  Representative Strama sends up

6    an Amendment.  Representative Harless moves to table.

7    This is on the motion to table.  Vote aye.  Vote nay.

8                    Show Ms. Harless voting aye.  Show

9    Mr. Strama voting no.

10                   Have all voted?

11                   Being 100 ayes and 49 nays, the motion to

12   table prevails.

13                   Following Amendment.

14                   The clerk will read the Amendment.

15                   THE CLERK:  Amendment by Eiland.

16                   THE CHAIR:  The Chair recognizes

17   Representative Eiland.

18                   REPRESENTATIVE EILAND:  Mr. Speaker,

19   Members, this is the last Amendment.  We've been here

20   over 12 hours and I'm tired.  Are you tired?

21                   Let me tell you what.  I'm tired, though.

22   I'm tired of this card.  This voter registration card is

23   absolutely worth less after the package of this bill.

24                   And what my Amendment does is it would

25   phase out the use of these paper cards.  This is the

TX_00213194

USA_00017568

110

1    only government document that I know that as soon as you

2    get it, it is of no use because as soon as this bill

3    passes, you get this card, and you go what is it?  Voter

4    registration card.

5              What do I do with it?  You can vote with

6    it.  Okay.  And I take it down and go here's my voter

7    registration card.  I want to vote.  That's no good.

8    You have an ID.

9              So I have this and an ID?  Yes?

10             Well, if I just have my ID, can I vote?

11   Yes.

12             Well, why do I need this?

13             So what my Amendment does, it says that all

14   of the driver's license, which is what I use to vote,

15   would have your information on it and you use your

16   driver's license to vote or this Photo ID, would you use

17   it to vote.

18             And we would stop using this worthless

19   paper ballot at some point in the near future.  Because

20   after the package of this bill, this is worthless.

21             And so if my driver's license is good

22   enough to pull my ayes out when I'm dead, it ought to be

23   able to serve as my voter registration card and my

24   driver's license and my ID.  And the bill does other

25   things, such as same day registration because I'm tired

TX_00213195

USA_00017569

House Floor Debate - Volume III                    March 23, 2011

111

1    -- you have to register before the negative campaigns

2    even start.

3              Nobody pays attention till 30 days out and

4    if you start paying attention the 29th day out, it's too

5    late.  You don't get to participate.

6              So we need to modernize our system and

7    allow people to vote when the negative ads start and

8    people get interested, which is about 30 days out,

9    25 days out, 20 days out.

10             So, ladies, and gentlemen of the jury, vote

11   for my bill and let's get rid of these cards and let's

12   have same day registration.  Vote no on the motion to

13   table.

14             REPRESENTATIVE HARLESS:  I move to table.

15             THE CHAIR:  The Chair recognizes

16   Mr. Harless in opposition.

17             Mr. Burman, for what purpose?

18             REPRESENTATIVE BERMAN:  Will the lady yield

19   for just one moment?

20             THE CHAIR:  Ms. Harless, do you yield?

21             The lady yields.

22             REPRESENTATIVE BERMAN:  Patricia, wouldn't

23   this allow same-day voting?  You could bring a bus load

24   of people with a picture of yourself and you can go

25   right in and vote?  There's no registration?  Wouldn't

TX_00213196

USA_00017570

                                                                    112

 1 │ that do exactly what I just described?
 2 │          REPRESENTATIVE HARLESS:  We're moving to
 3 │ table the bill.
 4 │          REPRESENTATIVE BERMAN:  Thank you.
 5 │          THE CHAIR:  The Chair recognizes Mr. Eiland
 6 │ to close.
 7 │          REPRESENTATIVE EILAND:  I close.
 8 │          THE CHAIR:  Mr. Eiland sends up an
 9 │ Amendment.  Representative Harless moves to table on the
10 │ motion to table.
11 │          Vote aye.  Vote no.
12 │          Show Ms. Harless voting aye.  Show
13 │ Mr. Eiland voting no.
14 │          Have all voted?
15 │          Being 100 ayes and 49 nays, the motion to
16 │ table prevails.
17 │          Members, anyone wishing to speak for or
18 │ against the bill?
19 │          The Chair recognizes Representative Aliseda
20 │ to speak in favor of the bill.
21 │          REPRESENTATIVE ALISEDA:  Members,
22 │ Mr. Speaker, it is such an honor to be standing here
23 │ representing my district, and as a State Representative
24 │ in supporting Representative Harless and this Voter ID
25 │ Bill.

TX_00213197

USA_00017571

113

1              As I stated earlier today, I am a Mexican
2    immigrant.  I came to this country at the age of four
3    and became a United States citizen at the age of 17.
4              I want to show you what they use in Mexico
5    to vote.  This is a Mexican federally issued biometric.
6    It has on the front a picture, on the back, a magnetic
7    strip containing additional information, and a
8    fingerprint.
9              I'm a proud American now, and using an ID
10   to vote just makes commonsense, and we need it here and
11   we need it now.
12             You need an ID in this country to do
13   anything in today's society.  To cash a check.  To open
14   a bank account.  To do something as simple as rent a
15   movie.  Americans expect it.  Americans want it.  They
16   want it because they want to believe that they're voting
17   system is.  At least, as safe as renting a movie at
18   Blockbuster.
19             Do I believe that there are some Americans
20   who do not vote because they feel it is useless because
21   of fraud?  Yes.  How do I know that?  Because they have
22   told me so.
23             I've served this country for five years as
24   a United States Naval Officer for my country.  I did not
25   do that so that some dead person could vote or so that

TX_00213198

USA_00017572

114

1     Mickey Mouse registered by Acorn could vote.

2                    I served my home county, Bee County, as its

3     County Attorney for eight years.  In 1990 as a young

4     democrat County Attorney I had investigated and I

5     prosecuted voter fraud cases.  I actually got

6     convictions.

7                    I did not do that just to bring the

8     perpetrators to justice.  I did it primarily because my

9     citizens needed to believe that they had a clean and

10    fair election system, and that someone was fighting for

11    that.

12                   That is exactly why I strongly support this

13    bill.  My district is comprised of seven counties south

14    of San Antonio and west of Corpus Christi.  According to

15    2008 statistics you, one county in my district, Goliad

16    County, had more people registered to vote than persons

17    eligible to vote.

18                   Under current law, the opportunity for

19    fraud is there.

20                   In 2008, a high water mark for voter

21    registration, Texas had an overall registeration rate of

22    76 percent of eligible voters.  In McMullen County,

23    another one of my counties, in 2008 we had a voter

24    registration percentage of 97.9 percent.  21.4 percent

25    above the state average.  The opportunity for fraud was

TX_00213199

USA_00017573

House Floor Debate - Volume III                     March 23, 2011

115

1    probably there.

2              Jim Wells County -- some of you may have

3    heard of Jim Wells County, that's the home of the

4    infamous Box 13 -- in 2008 they had eligible voter

5    registration of 90.44 percent or 14 point above the

6    state average.  The opportunity for fraud was probably

7    there.

8              In 2004 in Bee County, we had a woman cast

9    a ballot as if she were her deceased mother.

10             In 2007 the Texas State Auditor's Office

11   found that Texas had 49,049 registered voters who may

12   have been ineligible to vote.  Of those, there were

13   23,500 voters on the role who were probably deceased.

14             Would voter ID possibly have stopped them

15   if they had tried to vote?  I think so.

16             There were also 230,059 voters identified

17   as having duplicate records.  I believe Voter ID would

18   have helped there, also.

19             In the Voter ID Committee I heard testimony

20   from election officials that in-person voter fraud had

21   actually occurred and that they had witnessed it.  They

22   testified that they had voters show up with multiple ID

23   cards.  Do I believe voter fraud has occurred?  Yes.

24             I believe that the majority of my

25   constituents in my district, Democrats, Independents and

TX_00213200

USA_00017574

116

1   Republicans, want this and I intend to vote for it, and

2   I ask that you do so, also.

3                   Thank you.

4                   THE CHAIR:  Mr. Pena, for what purpose?

5                   REPRESENTATIVE PENA:  I'd like to ask a

6   couple of questions, but before I do that, Mr. Speaker,

7   I'd like to have his comments reduced into writing and

8   placed into the record.

9                   THE CHAIR:  Members, you've heard the

10  motion.

11                  Is there an objection?

12                  The Chair hears none.

13                  So ordered.

14                  REPRESENTATIVE PENA:  Representative, I

15  would say that it's good to hear your story.  I'm always

16  impressed when I get to hear about your family coming

17  from Mexico, and you are from my home area, as well; is

18  that correct?

19                  REPRESENTATIVE ALISEDA:  I am a McCowen

20  High grad, yes that's correct.

21                  REPRESENTATIVE PENA:  Yes.  So you know

22  about the political environment in which I live, which

23  is quite similar to the one that you live in South

24  Texas.

25                  REPRESENTATIVE ALISEDA:  Yes.  I didn't

TX_00213201

USA_00017575

House Floor Debate - Volume III                    March 23, 2011

117

1   bother to look up the numbers in your county.  Just in
2   my district.
3                   REPRESENTATIVE PENA:  And you talked about
4   some of the voter fraud or corruption that you have
5   heard about or prosecuted in your area of South Texas.
6                   REPRESENTATIVE ALISEDA:  Yes.
7                   REPRESENTATIVE PENA:  Would you be
8   surprised to learn that one of my campaign workers's
9   father voted against me while he was deceased?
10                  REPRESENTATIVE ALISEDA:  That does not
11  surprise me, no.
12                  REPRESENTATIVE PENA:  I want you to give
13  the members here an idea of what the people are asking
14  for in South Texas, with regards to confidence in the
15  voting system.
16                  REPRESENTATIVE ALISEDA:  I had a Jim Wells
17  County, unfortunately, it was on a day that we took a
18  recess and I had the opportunity to sit with elected
19  officials from Jim Wells County, all Democrats and
20  citizens from that county.
21                  And I asked them about this Voter ID Bill.
22  And to a person, they said we need it have we need this
23  and we need other things.  You and I have some bills
24  that we filed for issues such as voter registration and
25  mail-in ballot fraud.  We need to do more.  This is just

TX_00213202

USA_00017576

House Floor Debate - Volume III                          March 23, 2011

118

1   the first step.

2              REPRESENTATIVE PENA:  You and I have filed

3   about 20 or 30 bills dealing with much of the other

4   voter fraud that have been discussed other than voter

5   impersonation; is that correct?

6              REPRESENTATIVE ALISEDA:  Yes.

7              REPRESENTATIVE PENA:  And did you file

8   yours because there is a demand for that coming from

9   your citizens?

10             REPRESENTATIVE ALISEDA:  Yes, and because I

11  think we need it.  That's what a Representative does.

12  It's a Republican.  We represent our desk.

13             REPRESENTATIVE PENA:  Now, you gave

14  reference to some of the colorful history in South

15  Texas.  We still have, in my opinion, remnants of the

16  boss system or patron system, as we call it.

17             Is that similar or is that the same in your

18  community?

19             REPRESENTATIVE ALISEDA:  Of course.

20             For example in Jim Wells County, as

21  recently as, I think, last year or the year before, we

22  had the Attorney General conduct the investigation

23  because of the politicos, doing what's called vote

24  harvesting in Jim Wells County.  That was occurring in

25  my county back in 1990.

JA_002695

TX_00213203

USA_00017577

119

1           REPRESENTATIVE PENA:  Tell us what vote
2   harvesting is.
3           REPRESENTATIVE ALISEDA:  Well, it's when
4   you hire individuals to effectively go to nursing homes
5   and the homes of the elderly, have them apply for a
6   ballot or perhaps you apply or that individual applies
7   for a ballot for them.
8           The ballot comes, and the ballot is somehow
9   voted, either because the politico or politico
10  identifies by word, sign or gesture to the voter after
11  they filed the mail truck out to the home, and said
12  here, you need to vote for this party or this person or
13  the ballot somehow gets magically voted and sent back.
14          Or if they vote the wrong way, the ballot
15  gets toss in the mail before its deposited in the
16  mailbox.
17          REPRESENTATIVE PENA:  And do you perceive
18  that amongst the people that you represent, that there's
19  a loss of confidence in the electoral system?
20          REPRESENTATIVE ALISEDA:  I've had many a
21  person's tell me that they don't believe that their vote
22  will count because of the fraud that exists in South
23  Texas.
24          REPRESENTATIVE PENA:  Do you believe that
25  it's important that as representatives of those people

TX_00213204

USA_00017578

120

1    that we come forward with solutions to try to bring back

2    a sense of confidence so people participate in the

3    system?

4              REPRESENTATIVE ALISEDA:  It just makes

5    sense, yes.

6              REPRESENTATIVE PENA:  In your area do you

7    have a system that I'd like to describe that's in my

8    area where people assist people to vote?

9              REPRESENTATIVE ALISEDA:  Yes.  Well, that's

10   actually in the Election Code.

11             REPRESENTATIVE PENA:  And do they assist

12   and tell them how to vote?  Is that a common practice?

13             REPRESENTATIVE ALISEDA:  That is something

14   that is illegal.  That's why it's illegal when you do it

15   in a mail-in ballot situation.  It's also illegal when

16   you do it at the polling place.

17             REPRESENTATIVE PENA:  And again, this

18   brings about a loss of confidence in the electoral

19   system?

20             REPRESENTATIVE ALISEDA:  Yes.  The other

21   problem we had in my county --

22             THE CHAIR:  Representative Sheffield raises

23   a point of order the gentleman's time has expired.  The

24   point of order is well taken.  The point of order is

25   sustained.

JA_002697

TX_00213205

USA_00017579

House Floor Debate - Volume III                    March 23, 2011

121

1              REPRESENTATIVE PENA:  Mr. Speaker?
2              THE CHAIR:  Mr. Pena, for what purpose?
3              REPRESENTATIVE PENA:  I'm sorry,
4     Mr. Speaker.  I was going to make a motion, but I'm not.
5              THE CHAIR:  Thank you.
6              The Chair recognizes Representative Veasey
7     to speak in opposition to the bill.
8              REPRESENTATIVE VEASEY:  Members,
9     Mr. Speaker, I'm not going to talk long.  We've had a
10    very, very long evening.  Of course you know I'm in
11    opposition of this bill.  I think that it discriminates.
12    I think it will disenfranchise.
13              And I was just kind of thinking about the
14    history of the Texas House of Representatives and what
15    has changed over the last hundred years or so.
16              Obviously the chamber has changed.  It
17    wasn't too long ago that there were no African Americans
18    and no Hispanics at all that served in this body and it
19    was large my because of the discrimination that took
20    place at the polling place.
21              And there was times where this body even
22    upheld certain segregation policies that dealt with
23    integrated schools and interracial marriage and other
24    things like that that obviously we would find despicable
25    today.

TX_00213206

USA_00017580

House Floor Debate - Volume III                    March 23, 2011

                                                          122

1                  But what hasn't changed, even though the

2      parties have changed, is that when it comes time to

3      doing the right thing on decisions that largely involve

4      race, that conservatives just cannot do the right thing.

5      It's too hard.  People didn't do the right thing in

6      regards to school desegregation.  People just stuck with

7      their communities.  People didn't want to go against.

8                  People thought that they weren't going to

9      be able to come back here when it dealt with

10     segregation.  When it dealt with whether our colleges

11     and universities weren't going to be integrated have

12     people couldn't do the right thing.

13                 People thought when it came time to take a

14     stance on slavery, people couldn't do the right thing.

15     But people -- but I guarantee you, the people that

16     served here in the 1950s and '60s, they'll look back and

17     say, you know what?  That was wrong.

18                 I should have -- when I was in the Texas

19     Legislature I should have done something.  I should have

20     stood up.  I thought school desegregation was right

21     then.  I thought that segregated water fountains was

22     right then.  I should have stood up and done the right

23     thing.

24                 And I can guarantee you that after this

25     bill passes and we see who is discriminated against, and

TX_00213207

USA_00017581

123

1    we see who suffers because of the strict requirements in

2    this bill, that just like the people that served here in

3    the 1950s, just like the people that served here in the

4    1930s, and the people that served here during

5    reconstruction and before, they had to look back in

6    shame.

7               They didn't have a good story to tell their

8    kids and their grandkids about how they dealt with the

9    issue of race.  We're making the same miss takes here

10   today.

11              REPRESENTATIVE BURNAM:  Mr. Speaker, would

12   the gentleman yield?

13              THE CHAIR:  Mr. Veasey do you yield?

14              REPRESENTATIVE VEASEY:  Yes.

15              THE CHAIR:  The gentleman yields.

16              REPRESENTATIVE BURNAM:  Representative, you

17   and I were raised in the same area of Fort Worth,

18   correct?

19              REPRESENTATIVE VEASEY:  Correct.

20              REPRESENTATIVE BURNAM:  And while you're

21   younger than I, we have very similar experiences in and

22   around the Lake Coumo community neighborhood and what

23   they endured over the years.

24              REPRESENTATIVE VEASEY:  Correct.

25              REPRESENTATIVE BURNAM:  A couple of weeks

TX_00213208

USA_00017582

124

1   ago when we had the Immigrant Rights Rally here, I was

2   in the crowd and I made mention of the fact of

3   legislators in the '50s and the '60s, and Jim Crow

4   times.

5              And I said that this session was shaping up

6   to be the most overtly racist session that I have

7   witnessed in 25 or 30 years.

8              Do you think what we have seen and heard

9   today bears up on my comments?

10             REPRESENTATIVE VEASEY:  I think that what

11  is being done here today is no different than the things

12  that were done here in the '50s.  No different than the

13  things that were done here previous to that.  The things

14  that were done here during reconstruction and before.

15             I think it's horrible.  I think it

16  discriminates against people.  I think that we'll look

17  back in shame.  And I think that we'll all look back and

18  say, you know, that's wrong.

19             People always do that.  There is not a

20  person here that will say what happened in the '60s, and

21  what happened in the '50s was the right thing.

22             Back then everybody thought it was the

23  right thing, but nobody would say it was the right thing

24  today.  But back then it was very socially acceptable.

25  It was the right thing to do.  As a matter of fact, if

TX_00213209

USA_00017583