Case 2:13-cv-00193   Document 661-15   Filed on 11/11/14 in TXSD   Page 1 of 110   PL047
Case 1:12-cv-00128-RMC-DST-RLW   Document 209-3   Filed 06/20/12   Page 113 of 208   9/2/2014
2:13-cv-00193

1

```
COMMITTEE ON ELECTIONS MEETING 6/14/10

SB 14 - VOTER ID NUMBER 1233.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 2 of 119
Case 2:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 114 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

2

 1                   CHAIRMAN:  Committee on Elections will

 2        now come to order.  Will the Clerk please call the

 3        role?

 4                   THE CLERK:  Smith.

 5                   REP. SMITH:  Here.

 6                   THE CLERK: Peña.  Allen.

 7                   REP. ALLEN:  Here.

 8                   THE CLERK: Anchia.

 9                   REP. ANCHIA:  Here.

10                   THE CLERK: Bohac.

11                   REP. BOHAC:  Here.

12                   THE CLERK: Bonnen.  Brown.  Harper-

13        Brown.

14                   REP. HARPER-BROWN:  Here.

15                   THE CLERK: Heflin.

16                   REP. HEFLIN:  Here.

17                   CHAIRMAN:  All right.  Good morning.

18        Fresh from the season of political party traditions,

19        where we are in the habit of saying really nice things

20        about each other, we've decided to have a hearing on

21        voter ID and give us the opportunity to continue that

22        trend.

23                   We have a charge this interim, which is

24        different in language but almost identical in substance

25        to the charge that was before this committee under its



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_003131

TX_00261118

USA_00018013

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 3 of 119
Case 2:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 115 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10 JUNE 14, 2010

3

1    prior chairman during the last interim, and I noted that

2    the three items that are -- that we are asked to look at

3    this time were all in the charge the last time this

4    committee met during the interim under the leadership of

5    Leo Berman, and those would be the prevalence of fraud,

6    studying new laws in other states regarding voter

7    identification and recommended statutory changes.

8              So I see this proceeding as primarily

9    being an opportunity on our part to find out what is new

10   in the world and add that to the work that has already

11   been done, and so along --

12             Anybody have any comments to make or

13   questions of any kind before we get started, members?

14   No, okay.

15             At this time, the Chair will call Jay

16   Dyer, with the Office of the Attorney General, to

17   testify.  Welcome.  Good morning.

18             MR. DYER:  Thank you, Mr. Chairman.  Good

19   morning.  My name is Jay Dyer, for the record, and I'm

20   here on behalf of the Office of the Attorney General,

21   and I'm here this morning briefly to give a quick recap

22   and a reminder of some background information on our

23   office's election code enforcement efforts and how we're

24   involved in that process and give you all an update as

25   to where things are now as to where things were 13, 14



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261119

USA_00018014

Case 2:13-cv-00193   Document 661-15   Filed on 11/11/14 in TXSD   Page 4 of 119
Case 2:12-cv-00128-RMC-DST-RLW   Document 209-3   Filed 06/20/12   Page 116 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                          JUNE 14, 2010

4

```
 1    months ago, the last time we appeared before this
 2    committee.
 3               As a quick housekeeping matter and just
 4    to let you all know, Eric Nichols, who many of you all
 5    have met and know and who was our Deputy Attorney
 6    General for Criminal Justice is sorry that he could not
 7    be here.  He is in West Texas.  He is in the middle of
 8    trial.  Obviously that's the kind of thing that's been
 9    set a long time in advance, so he is sorry that he could
10    not be here this morning.
11               As our office has testified to this
12    committee before, as well as others, our office has two
13    divisions within the Office of the Attorney General that
14    is primarily responsible for election code enforcement.
15               Number one is our Criminal Investigations
16    Division.  This is the division that handles and
17    investigates the referrals that come into our office.
18    The second is the Criminal Prosecutions Division.  This
19    is the division that, after an investigation is worked,
20    if the facts and law warrant presentation to the grand
21    jury, this is the division that will take it to a grand
22    jury, and if a grand jury decides to return an
23    indictment, this is the division that will prosecute it.
24               Now, as always, there are three important
25    things to keep in mind when discussing or considering
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_003133

TX_00261120

USA_00018015

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 5 of 119
Case 2:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 117 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

5

1    the Attorney General's Office role in election code

2    violations.  First, it is of paramount importance to

3    recognize and remember that our efforts are 100 percent

4    referral based, and the referrals come to our office

5    from three primary sources.

6              The first is the Secretary of State's

7    office.  The second is, under some circumstances, if

8    some provisions of the election code are complied with,

9    registered voters can submit complaints to our office.

10   And third and finally, local officials, local law

11   enforcement officials, local election officials, can

12   refer cases to our office as well.

13             It's important to note that we do not now

14   nor have we ever stationed police officers, peace

15   officers, investigators or prosecutors at polling

16   places, either during early voting or on election day.

17             Our efforts are entirely dependent upon

18   third parties to let us know what is going on in the

19   field as far as election code violations are concerned.

20             CHAIRMAN:  Can I interrupt you at this

21   point to make sure we're clear?

22             MR. DYER:  Yes, sir.

23             CHAIRMAN:  Before you continue.

24             MR. DYER:  Absolutely.

25             CHAIRMAN:  I don't want to do that any



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_003134

TX_00261121

USA_00018016

Case 2:13-cv-00193  Document 661-15  Filed on 11/11/14 in TXSD  Page 6 of 119
Case 2:12-cv-00128-RMC-DST-RLW  Document 209-3  Filed 06/20/12  Page 118 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

6

```
 1    more than I have to.  But when you say you can be
 2    referred information from local officials, does that
 3    mean that there could be a universe of prosecution out
 4    there that you are not prepared to talk about that is
 5    prosecuted locally that has not been referred to you?
 6              MR. DYER:  Absolutely.  And that's my
 7    second point.  Actually we have direct and original
 8    jurisdiction to prosecute election code violations but
 9    our jurisdiction is by no means exclusive, and what we
10    can testify to is our experience with the election code
11    enforcement process, but our experience is one piece of
12    a much larger puzzle, and in order to get a real handle
13    on whether it, to what extent there may be violations
14    that are occurring, you would have to do some sort of a,
15    have some sort of a dialogue with, for example, local
16    officials, local DA's, local county attorneys that have
17    criminal jurisdiction to prosecute cases.  These are
18    cases that can be prosecuted at the local level.
19              CHAIRMAN:  So the purpose is to examine
20    the prevalence of fraud, which I think is the extent of
21    fraud in Texas elections, you're not really in a
22    position to be able to allow us to get our hands fully
23    around that?
24              MR. DYER:  Our office can not do that,
25    no, sir.  We can only talk about the things that have
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_003135

TX_00261122

USA_00018017

Case 2:13-cv-00193   Document 661-15   Filed on 11/11/14 in TXSD   Page 7 of 119
Case 1:12-cv-00128-RMC-DST-RLW   Document 209-3   Filed 06/20/12   Page 119 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

7

1     been referred to our office from outside.

2                    CHAIRMAN:  Okay.  All right.  Thank you.

3                    MR. DYER:  Absolutely.  Third and

4     finally, we obviously have criminal investigations that

5     are pending and that are ongoing, and that, for the sake

6     of the integrity of those elections, as well as the

7     rights and the privacy interests of the accused, it's

8     important to recognize that we really can't discuss

9     ongoing investigations.  That's something that's always

10    important to keep in mind.

11                   Having said that, according to

12    information that has been compiled by our criminal

13    investigation and our criminal prosecution divisions, by

14    my count, we have received about 267 referrals since

15    August of 2002.  Not all of those referrals, because of

16    either the facts or the law or both, will warrant a full

17    fledged prosecution.  I'm here to tell you that over the

18    course of time, we have --

19                   CHAIRMAN:  What does a referral mean?

20    What does that mean, just someone is making a

21    complaint?

22                   MR. DYER:  It can mean any number of

23    things.  That's a good question.  For example, what can

24    happen is the Secretary of state, if an individual, and

25    they can talk about their process, I believe they're up



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_003136

TX_00261123

USA_00018018

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 8 of 119
Case 2:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 120 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                                    JUNE 14, 2010

8

```
 1      next, if some sort of an allegation of voter fraud or an

 2      election code violation comes into the Secretary of

 3      State's office from a voter, they will look at it and

 4      then make whatever determination they make as to whether

 5      it rises to the level of an election code violation, a

 6      criminal one at that.  If so, they will refer it to our

 7      office, and they can talk about their process, but once

 8      we get it --

 9                CHAIRMAN:  So there's been some level of

10      scrutiny employed to the complaint before it gets to

11      you?  If it's just a boldface sort of frivolous,

12      baseless, completely outside of any legitimate area

13      complaint, then it -- there is some kind of screening

14      process before it gets to you, so the fact that it is a

15      referral says something about it, in terms of the

16      potential legitimacy of the complaint, is that correct?

17                MR. DYER:  Potentially.  Let me be real

18      clear about that.  I guess what I'm talking about is

19      that's it that comes from the Secretary of State's

20      Office, and I think that there is some level of a review

21      that goes on at that office, which I'll let them talk

22      about.

23                CHAIRMAN:  Okay.

24                MR. DYER:  But, for example, if the DA in

25      some county, or a sheriff in some county or a Texas
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_003137

TX_00261124

USA_00018019

Case 2:13-cv-00193   Document 661-15   Filed on 11/11/14 in TXSD   Page 9 of 119
Case 1:12-cv-00128-RMC-DST-RLW   Document 209-3   Filed 06/20/12   Page 121 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

9

```
 1    Ranger or a law enforcement officer will refer it to us,

 2    I would imagine that the same level of analysis

 3    applies.  I even, these are professional law enforcement

 4    officers who are in the field, and I would imagine they

 5    would refer something to our office only if they felt

 6    that the facts or the law as they see them or understand

 7    them, we think that it can rise to that kind of a level.

 8                   CHAIRMAN:  Okay.

 9                   MR. DYER:  And so of the referrals that

10    we have received, 35 of them have been resolved.  They

11    have resulted in prosecutions that have been resolved.

12                   CHAIRMAN:  What does resolved mean?

13                   MR. DYER:  It can mean one of three

14    things.  Of the 35, my understanding is they've either

15    been pled out, they've led to jury trials, or they've

16    been dismissed.  I don't know, I don't think, although I

17    can run this down, that there's been an actual acquittal

18    after a jury trial, but I think --

19                   CHAIRMAN:  What is the equivalent of a

20    finding of no fraud?

21                   MR. DYER:  That would be a dismissal.  I

22    mean, there's been some instances, I think there's been

23    a handful of them have been dismissed after they've gone

24    through the indictment process, I believe that that's

25    right.  35 of the total number of prosecutions that have
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_003138

TX_00261125

USA_00018020

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 10 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 122 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

10

1    been resolved.  Maybe not I'm saying that right.

2               CHAIRMAN:  I'm confused.  When you say

3    resolved, I'm still not sure what you mean.  You mean

4    they have been found to have been guilty of some degree

5    of fraud?

6               MR. DYER:  Or the prosecution, after the

7    indictment phase, has been dismissed.  Either someone

8    has been found guilty or someone has pled to some sort

9    of violation.

10              CHAIRMAN:  Okay.

11              MR. DYER:  Or has been dismissed after

12   the indictment.

13              CHAIRMAN:  So in terms of the instances

14   of fraud, we're down to 35?

15              MR. DYER:  That have been successfully,

16   because it's not always successfully, so successfully

17   resolved is a little bit of a misnomer.  Taken to their

18   conclusion to the prosecutorial phase.

19              CHAIRMAN:  Are you saying that the

20   difference between 267 and 35 may also involve

21   additional instances of fraud?

22              MR. DYER:  Out of the 267 referrals, some

23   of them have resulted in prosecutions which are

24   currently pending.  Some of them, for whatever reason,

25   either the facts or the law, has indicated that this is



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_003139

TX_00261126

USA_00018021

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 11 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 123 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

11

 1    not worthy of an investigation, either because we can't

 2    substantiate the facts, even if we could substantiate

 3    the facts, we couldn't prove them beyond a reasonable

 4    doubt so we don't take them to grand jury, or upon

 5    further review, we just decided that based on our

 6    analysis, a crime hasn't been committed.

 7              CHAIRMAN:  So we got three different

 8    categories of that 267.  We got sort of an indication of

 9    fraud by either some sort of a deal or a conviction or

10    we have a segment of them that have been found not to

11    have any validity and then we've got some that are still

12    pending, is that sort of fair, in general, to say there

13    are three categories in which you could put the 267?

14              My question is apparently we've found

15    that 35 of them may have been fraud, is that correct?

16    And that there's others that are still pending?

17              MR. DYER:  Okay, let me set this

18    straight.  We've got 267 referrals.

19              CHAIRMAN:  Right.

20              MR. DYER:  Which I guess you could

21    describe allegations.

22              CHAIRMAN:  Right.

23              MR. DYER:  These allegations have been

24    investigated.

25              CHAIRMAN:  Right.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261127

USA_00018022

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 12 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 124 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

12

```
 1              MR. DYER:  Of those investigations, we
 2     have a handful that have resulted in prosecutions that
 3     are pending.  These are people who have been indicted,
 4     but we're not --
 5              CHAIRMAN:  So that 35 is pending?
 6              MR. DYER:  No, sir.
 7              CHAIRMAN:  Go ahead, I'm sorry.
 8              MR. DYER:  Two separate phases.
 9              CHAIRMAN:  Okay.
10              REP. HELFIN:  Mr. Chairman, can you
11     define what you mean by a handful?  What is a handful?
12              MR. DYER:  I think a handful, I'll call
13     it 9.
14              CHAIRMAN:  On a what?
15              MR. DYER:  12.  All of our prosecutions
16     that are pending, meaning that these are things that
17     have gone through at least the indictment phase.
18              CHAIRMAN:  Okay.  Is that in addition to
19     the 35?
20              MR. DYER:  That is in addition to the 35,
21     yes.  Those that have gone to indictment but they
22     haven't been resolved.
23              CHAIRMAN:  Okay.
24              MR. DYER:  Either with a finding of
25     guilt --
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261128

USA_00018023

1           CHAIRMAN:  So some are in the category

2    that are or may still be fraud, is it 35 and 12?  35 in

3    the original category and then 12 pending?

4           MR. DYER:  There are 12 that are

5    pending.

6           CHAIRMAN:  Okay.

7           MR. DYER:  By my count, there are 12 that

8    are pending, meaning that they've at least been indicted

9    but they're waiting some level of resolution.

10          CHAIRMAN:  So is that the universe of

11   these cases that are or may be fraud?

12          MR. DYER:  Subject to either a jury trial

13   or some level of agreement between the defendant and the

14   prosecutor.  There are 12 that have been indicted.

15   There's been enough evidence that a grand jury has

16   decided to return the indictment and that's where those

17   12 are sitting right now.  We are waiting some level of

18   resolution.  Apart from that, there are the 35 that have

19   been resolved, either through a plea agreement, a jury

20   trial or a dismissal.

21          CHAIRMAN:  Resolved, if it's a jury

22   trial, means they were found guilty?

23          MR. DYER:  Yes.

24          CHAIRMAN:  Okay.

25          UNIDENTIFIED FEMALE:  (Inaudible).



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00261129

USA_00018024

Case 2:13-cv-00193  Document 661-15  Filed on 11/11/14 in TXSD  Page 14 of 110
Case 1:12-cv-00128-RMC-DST-RLW  Document 209-3  Filed 06/20/12  Page 128 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

14

```
 1              MR. DYER:  I can get that answer for
 2     you.  I don't have an answer to that.
 3              CHAIRMAN:  And some of them were just
 4     settlements out of court?
 5              MR. DYER:  Some of them pled, yes, sir,
 6     or some sort of I agree to plead to this violation.
 7              CHAIRMAN:  Representative Anchia?
 8              REP. ANCHIA:  What time frame are we
 9     looking at, Jay?
10              MR. DYER:  We're looking at from August
11     2002 until now.
12              REP. ANCHIA:  Okay.  So almost eight
13     years?
14              MR. DYER:  Give or take, yes, sir.
15              REP. ANCHIA:  Almost eight years.  And
16     just to be clear, these are the ones that your office
17     has been dealing with?
18              MR. DYER:  Absolutely.
19              REP. ANCHIA:  This is potentially
20     exclusive of cases that other DA's, that local DAs, just
21     your office.
22              MR. DYER:  That's correct.  Yes, sir.
23              REP. ANCHIA:  Part of the initiatives
24     that the AG's office undertook to deal with voter fraud
25     in the state.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261130

USA_00018025

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 15 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 12 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

15

1          MR. DYER:  They are referrals that our

2     office received and that led to the efforts that we've

3     took on.

4          REP. ANCHIA:  You may not know this, you

5     may want to ask the Secretary of State's Office this,

6     but do you know how many votes have been cast in the

7     intervening eight years in the state of Texas?

8          MR. DYER:  I don't know.

9          REP. ANCHIA:  Sorry about that.  I'll ask

10    the Secretary of State's office.

11         CHAIRMAN:  So what I'm trying to do is

12    isolate from the 267 or eliminate from the 267 the ones

13    that that we have some finding that there is no fraud,

14    so in terms of the ones that are or may be fraud, we

15    have the 35 that you mentioned and the 12 that are

16    pending.  That's 47.  Is that of the 267?

17         MR. DYER:  Yes, those are the ones that

18    have been through at least some part of the formal

19    process.  We do have some investigations.  The reason I

20    guess I'm getting hung up on the "Are" or "May be" is

21    that we do have ongoing investigations into some of

22    these referrals.  Some of these referrals we've looked

23    at and we've decided, either for the facts or the law or

24    the passage of time, or what have you, these cases we're

25    not going to take to a grand jury.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261131

USA_00018026

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 16 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 128 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                              JUNE 14, 2010

16

1              There are currently investigations that

2     are pending and ongoing.  Those may result in findings

3     of fraud, and that's why I don't want to limit that to

4     47, because if we're investigating a case in U-name-it

5     county, will that result in evidence that can be

6     admitted at trial that will show that election code

7     violations happened?  Possibly.  So I guess that's why

8     I'm getting hung up on the "Are" or "May be."

9              CHAIRMAN:  Okay.

10             MR. DYER:  Because just to say there's 47

11    that are done --

12             CHAIRMAN:  So there's 47 plus.  Would you

13    characterize it as a few cases above and beyond that

14    that are still being investigated and may be referred to

15    a grand jury?

16             MR. DYER:  There are cases that are being

17    investigated and that may result in a presentation to a

18    grand jury, I think that's fair.

19             CHAIRMAN:  All right.

20             MR. DYER:  They may not but they

21    certainly may be, depending on what the evidence will

22    show.

23             CHAIRMAN:  Okay.

24             REP. HELFIN:  Mr. Chairman?

25             CHAIRMAN:  Yes.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261132

USA_00018027

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 17 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 129 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

17

1          REP. HELFIN:  Okay, now I'm confused.  So

2     you had 35 cases resolved in the prosecution process.

3          MR. DYER:  Yes, sir.

4          REP. HELFIN:  But you said there were

5     some of those that were dismissed for lack of evidence.

6     How many of the 35 were dismissed?

7          MR. DYER:  They were dismissed for any

8     number reasons.  I don't know

9          REP. HELFIN:  However many, for whatever

10     reasons.

11          MR. DYER:  I can get that.  I can get

12     that in terms of the dismissals.

13          REP. HELFIN:  Do you think it was like a

14     third of half of them?  Do you have any recall at all?

15          MR. DYER:  No, sir.  I think it was

16     probably -- I mean, I'm guessing, and I can confirm

17     this, I think of the 35, I recall 5.

18          REP. HELFIN:  Okay.  So instead of 47,

19     we're at 42.  12 in the indictment and then you had 35

20     of these, 30 that either pled or have gone to trial.

21     Would that be fair?

22          MR. DYER:  Yes, sir, and they could have

23     been dismissed for any number of reasons.

24          REP. HELFIN:  Okay.  Thank you.

25          MR. DYER:  Yes, sir.



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_003146

TX_00261133

USA_00018028

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 18 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 130 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                            JUNE 14, 2010

18

```
 1              CHAIRMAN:  Continue.

 2              MR. DYER:  As the snapshot, of the 35, 18

 3       have been, for the sake of completeness, 18 of them

 4       involved some level of allegation under 86006 of the

 5       election code, which deals with mail-in ballot,

 6       returning a mail-in ballot.

 7              Two involved 84.0041, which involves an

 8       application for a mail-in ballot.  So of those 35,

 9       there's been 9 of them involving illegal voting, which

10       is an offense that's delineated by 64.012 of the

11       election code, and the other 6 are what I will -- it's

12       any kind of a sampling of other offenses,

13       electioneering, releasing poll results before the poll

14       is closed, things of that nature.

15              CHAIRMAN:  Do you have the ability to

16       talk, to tell us how many are impersonation fraud?

17              MR. DYER:  That's a difficult question,

18       and just so we're clear, this is kind of one of the

19       things that we've been talking about, the concept of

20       voter impersonation, that is a sub-category of the

21       offense which is in 16012, which is illegal voting.

22              Voting impersonation has a stand-alone

23       offense.  It's really not something that exists under

24       the penal code.  The offense is called illegal voting,

25       which has, I think, four different sub-sections and it
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261134

USA_00018029

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 19 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 131 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

19

```
 1    can encapsulate several different kinds of what could be
 2    called fraud at a polling place on election day.
 3              CHAIRMAN:  Okay.  And there are nine of
 4    those.
 5              MR. DYER:  There are nine of those that
 6    have been resolved.
 7              CHAIRMAN:  So you can't tell us of the
 8    nine how many involved impersonation?  You said there's
 9    several sub-categories within illegal voting.
10              MR. DYER:  Right.
11              CHAIRMAN:  Do you have the ability to
12    tell us how many of the nine involved impersonation?
13              MR. DYER:  I have not had a chance to
14    review the facts of those nine cases.  What I can tell
15    you is that in at least one of those cases, and I think
16    this is out of Port Lavaca, and there was testimony
17    about this in front of this committee last April, and in
18    the Senate in March, there was an officer-holder that
19    was registering, I believe, resident aliens to vote, and
20    that those resident aliens subsequently voted.  I don't
21    know what kinds -- I don't know what happened in the
22    polling places but apparently these people did vote, and
23    that there was some testimony that was adduced at trial
24    that these votes may have had some sort of an effect on
25    the leaks.  There's one instance.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261135

USA_00018030

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 20 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 132 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

20

1                    CHAIRMAN:  Okay.

2                    REP. ANCHIA:  Mr. Chairman?

3                    CHAIRMAN:  Yes, Representative Anchia.

4                    REP. ANCHIA:  Thanks, Jay.  And I think

5        Mr. Nichols testified before this committee on those

6        cases.

7                    MR. DYER:  Yes, sir, I think so.

8                    REP ANCHIA:  And if I recall correctly,

9        there was a question as to mens rea with respect to the

10       actual voters.  The voters were told by -- these are

11       legal permanent residents.

12                   MR. DYER:  I think that's right.

13                   REP. ANCHIA:  Correct?

14                   MR. DYER:  I think that's right.

15                   REP. ANCHIA:  These were not undocumented

16       persons.  They were told by the candidate that they were

17       eligible as legal permanent residents to vote, is that

18       correct?

19                   MR. DYER:  That's my understanding.

20                   REP. ANCHIA:  I'm remembering probably

21       the same testimony from Mr. Nichols that you were, that

22       these legal permanent residents, in fact, had ID, they

23       had ID.  They had state driver's licenses or state ID's,

24       and that they, in fact, voted not being citizens but

25       under the mistaken belief, based on the information



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_003149

TX_00261136

USA_00018031

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 21 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 133 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

21

1   given to them by the candidate, that they were eligible

2   to vote as legal permanent residents.  Is that roughly

3   the facts?

4               MR. DYER:  That's roughly my

5   understanding of that case.

6               REP. ANCHIA:  We're talking about the

7   same one.

8               MR. DYER:  I think that you probably know

9   more about this than I do.  I don't think that those

10  voters were charged.

11              REP. ANCHIA:  That's right.  That's what

12  Mr. Nichols testified to the fact that they were not

13  charged.

14              MR. DYER:  If they have been, I do not

15  know about it.

16              REP. HARPER-BROWN:  Mr. Chairman.

17              CHAIRMAN:  Yes, Representative Harper-

18  Brown.

19              REP. HARPER-BROWN:  When we talk about

20  these cases, it's not just an individual that went in

21  and voted, they're not all necessarily just one

22  individual that went in and voted illegally, it could

23  involve hundreds or thousands of people that they took

24  in, or tens of people that they took in, or took their

25  ballots and fraudulently voted those ballots or had some



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00261137

USA_00018032

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 22 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 134 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                                    JUNE 14, 2010

22

1    irregularity with the voting process.  So it could be a

2    number.

3              In other words, I was going back to

4    Representative Anchia asked how many votes had been cast

5    over those years, as if, you know, to say well, there's

6    only 35 cases, that would be only 35 people that had

7    done something wrong, but there may have been 35 people

8    but it could have involved more votes than just one, is

9    that correct?

10             MR. DYER:  It could have involved more

11   votes than just one, yes, and kind of just to follow up

12   on that point, the 35 cases that have been resolved, and

13   again, just so that everyone is really clear, that's

14   just our office's experience on that, on that process,

15   and I think maybe to your point a little bit further, I

16   mean, I know for a fact that there were -- I say I know

17   for a fact, some of these cases, certainly on the mail-

18   in context, involved more than one ballot.

19             REP. HARPER-BROWN:  Right.

20             MR. DYER:  I mean, it's not necessarily

21   just 35 votes.  What exactly the universe of votes that

22   these 35 or the 12 or 267 involved is just not something

23   we can -- obviously we can't talk about local law

24   enforcement.

25             REP. HARPER-BROWN:  Right.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261138

USA_00018033

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 23 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 135 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                                    JUNE 14, 2010

23

```
 1                CHAIRMAN:  Can you tell us anything about
 2       the extent to which voter fraud tends to find its way to
 3       your office?  I mean, is there something about this
 4       particular crime that is more likely to find its way to
 5       your office than other sorts of crime?
 6                     I mean, do you have any sense of whether
 7       or not a preponderance of the evidence relating to
 8       fraud, voter fraud in our state, is going to be relating
 9       to matters before your agency or whether it is more
10       likely to be prosecuted locally?
11                     I mean, is your presumption based on your
12       knowledge of this field, that you are dealing with the,
13       you know, tiny part of the voter fraud and the bulk of
14       it is dealt with locally or the other way around?
15                CHAIRMAN:  MR. DYER:  I don't know that anyone in
16       our office would really have a good answer to that.  I
17       think to get a full picture of the landscape again of
18       voter fraud in the state, I think you would probably
19       have to have some conversations with several DA's and
20       local officials.  As to why complaints come to our
21       office, it may very well be because of the original
22       jurisdiction that our office does have.
23                     Our office does have original
24       jurisdiction to prosecute an election fraud case,
25       whereas something like a robbery or burglary requires a
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261139

USA_00018034

```
 1    little bit more interaction with the local DA, but if an
 2    election code violation comes to our office and we
 3    investigate it and we find that it warrants prosecution,
 4    our office can just handle it directly.  In terms of
 5    what the exact numbers are that never make it to our
 6    office because someone in Travis County refers it to the
 7    county DA, I don't know.
 8                   CHAIRMAN:  Just to make clear, if the
 9    purpose of this committee is to establish the extent of
10    voter fraud, what we know in terms of the evidence in
11    our state, you're going to be able to tell us what you
12    know in your agency but you don't have any idea whether
13    that is a tiny part of the whole or whether it is the
14    whole?
15                   MR. DYER:  That's correct.
16                   CHAIRMAN:  Okay, all right.
17    Representative Anchia?
18                   REP. ANCHIA:  Thank you, Mr. Chairman.
19    Jay, I appreciate your testimony today.
20                   MR. DYER:  Absolutely.
21                   REP. ANCHIA:  You've always been really
22    helpful to help contextualize some of the issues that
23    we're dealing with.  Write that down.  It's another
24    favorite word of mine.  Representative Bohac is writing
25    down my favorite words.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_003153

TX_00261140

USA_00018035

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 25 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 137 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                     JUNE 14, 2010

25

```
 1              Your office was nice enough to send us a
 2      list of the matters that you have investigated and/or
 3      prosecuted since 2002, and if you could just indulge me
 4      for a second with some questions here about those
 5      matters, and I don't think there's any disagreement with
 6      anybody on this committee that voter fraud exists in the
 7      state of Texas, and I'm sure you share that conclusion,
 8      correct?
 9              MR. DYER:  Our office has seen evidence
10      of voter fraud, yes, sir.
11              REP. ANCHIA:  And I would affirmatively
12      say that there is voter fraud in the state of Texas.
13      And one of the things that we're trying to get our hands
14      around, as Mr. Chairman discussed, was the extent of it,
15      and I think the charge also discusses a photo
16      identification.  We do have a voter ID standard in the
17      state of Texas currently and it discusses how a voter
18      photo identification standard might address some of the
19      fraud that we see in the state, and it's been my
20      contention over time that most of the fraud that we do
21      see in the state, and I think it's borne out by the
22      matters that you articulated for us, that you described
23      for us today, is in mail-in ballot fraud.  That is, a
24      bulk of what you see in the referrals and your
25      prosecution, successful prosecutions, correct?
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261141

USA_00018036

Case 2:13-cv-00193  Document 661-15  Filed on 11/11/14 in TXSD  Page 26 of 110
Case 1:12-cv-00128-RMC-DST-RLW  Document 209-3  Filed 06/20/12  Page 138 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

26

1          MR. DYER:  We do see a significant number

2     of mail-in allegations, yes, sir.

3          REP. ANCHIA:  And that's consistent with

4     what we see as well, and on the list that you gave me,

5     we saw, in terms of illegal voting -- Can you describe

6     --

7          We saw incidents of illegal voting.  Can

8     you describe some of the fact patterns that you see

9     under illegal voting based on the complaints and the

10    prosecutions?  Are there some typical fact patterns that

11    stand out?

12         MR. DYER:  To be honest with you, I'd

13    have to refer you to someone who just kind of handles

14    the prosecutions and the investigations more on a

15    day-to-day basis than I do, and we can certainly see if

16    we can set that kind of a discussion up.

17         I mean, 64012 talks about 3 or 4

18    different categories of illegal voting.  I do this from

19    memory.  One of them is voting in an election you're not

20    supposed to, or you're not registered in; voting in an

21    election you're not eligible to vote in; impersonating a

22    voter.  I think voting twice, and there's three or four

23    sub-sections, I think, under 64012.

24         REP. ANCHIA:  And in the list that you

25    all sent over, under the allegation of illegal voting,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261142

USA_00018037

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 27 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 139 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                          JUNE 14, 2010

27

1    there were also charges related to providing false

2    information on an application for an early ballot.

3              I'm just looking at the cases here.  It

4    says, "Allegation of illegal voting, forgery," and then

5    the charges that were brought were seven counts, for

6    example, of knowingly providing false information on an

7    application for early voting ballot.

8         Do you categorize that as a, as an illegal

9    voting offense or a mail-in ballot, or voter

10   registration fraud event?

11             MR. DYER:  It's hard to say.

12             REP. ANCHIA:  It may be both.

13             MR. DYER:  It certainly could be.  I

14   believe that's up to the prosecutor to decide what he or

15   she feels he could prove beyond a reasonable doubt.

16             REP. ANCHIA:  Okay.

17             MR. DYER:  When presenting that

18   information to a grand jury or to a jury.

19             REP. ANCHIA:  So on the list that you all

20   were nice enough to send over, we had allegations of

21   convicted felons registering and casting ballots.  We

22   had official oppression.

23             What does that mean, official

24   oppression?  Because under the charges, it says, "Two

25   counts of official oppression."



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1                    I'm not sure exactly what that is.

2                    MR. DYER:  I don't know that I'm real

3        versed enough to talk about that specific offense.

4                    REP. ANCHIA:  Okay.

5                    MR. DYER:  I can look it up and get back

6        to you.

7                    REP. ANCHIA:  No worries.  Forgery, we

8        had folks who made false reports to police, possessing a

9        ballot without the voter's consent, mail-in ballot

10       violations, we see that throughout.

11                   Anyway, so there are any number of

12       instances of illegal voting.  There was one case, and

13       you might want to talk about this, of voting, one kind

14       of illegal voting, voter impersonation at a polling

15       place that was in Harris County and it's the case of

16       Jack Carol Crowder, right?

17                   MR. DYER:  Yes.

18                   REP. ANCHIA:  I was interested to see

19       this, because up until this case, in looking through the

20       list that your office had provided, I hadn't really

21       found a case that would have been prevented if any of

22       the bills had passed related to photo identification

23       during the 2005, 2007 and 2009 sessions.  I was trying

24       to figure out which of these cases might have been

25       prevented by the passage of any of those pieces of



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193   Document 661-15   Filed on 11/11/14 in TXSD   Page 29 of 110
Case 1:12-cv-00128-RMC-DST-RLW   Document 209-3   Filed 06/20/12   Page 141 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

29

1    legislation.

2                All three of those pieces of legislation

3    are slightly different, but let's just --

4                MR. DYER:  Right.

5                REP. ANCHIA:  But let's just stipulate

6    that they are materially similar, if that's okay, to

7    where there would be a preference stated for a photo

8    identification standard.

9                So I look a look at this Harris County

10   case because I was very interested in it.  It occurred

11   in the Democratic primary, 2008 Democratic primary, and

12   correct me if I'm wrong, but the fact pattern was that

13   Jack Carol Crowder went to vote in a Democrat primary.

14   He, in fact, showed up, did not have his voter

15   registration certificate because he was not registered

16   to vote at that particular location.

17               His father, however, was, so that would be

18   Jack Carol Crowder, Jr.  -- was, in fact, registered to

19   vote but had deceased about a year earlier, deceased in

20   2007.

21               Jack Carol Crowder, III went ahead and

22   voted in that election, signed his name in the poll book

23   and apparently gave some form of ID.  It's unclear what

24   he provided, but in order to sign in the poll book, you

25   have to furnish some sort of ID.  And their names were



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_003158

TX_00261145

USA_00018040

Case 2:13-cv-00193   Document 661-15   Filed on 11/11/14 in TXSD   Page 30 of 110
Case 1:12-cv-00128-RMC-DST-RLW   Document 209-3   Filed 06/20/12   Page 142 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

30

1    the same.  Their addresses were the same, and the only

2    thing that was different was the date of birth.  That

3    was like the one piece of data in the poll book that

4    might have led the person to conclude that -- that Jack

5    Carol Crowder, III was not eligible to vote in that

6    election, but nonetheless, he voted.  He was charged

7    with a felony, as the record stated, and then I guess

8    pled down to a misdemeanor.  Are those facts generally

9    correct in your mind?

10            MR. DYER:  Generally speaking, yes.  I

11   mean, I don't know what kind of information he showed,

12   and, I mean, you may have referenced he showed some

13   level of a voter registration card, and I don't know

14   that.

15            REP. ANCHIA:  No, I said he did not show

16   a voter registration card, right.

17            MR. DYER:  From what I know from the

18   information I sent to your office, it looks like he was

19   not registered to vote and he voted, and so he was

20   charged under 64012, and from what I can tell, it looks

21   like he did plead it down to some sort of misdemeanor.

22            REP. ANCHIA:  Right.  And I did see in

23   the affidavit that was provided by the officer who

24   investigated the case that Jack Carol Crowder, III said

25   he wasn't sure if he was registered to vote, he thought



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_003159

TX_00261146

USA_00018041

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 31 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 148 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

31

```
 1    he might be.  It turns out he wasn't.  He had checked,
 2    when he got his driver's license, he had checked that he
 3    did not want to register to vote.  I guess was motivated
 4    to go in and vote, showed some form of voter ID, that's
 5    why they would have asked him to sign the poll book,
 6    right, which is what he did.  We're trying to figure out
 7    what that is, whether it was a state ID or a driver's
 8    license or some other form of ID.
 9                MR. DYER:  Right, and from my side, I
10    don't know that if that information is available.  If it
11    is, I can --
12                REP. ANCHIA:  We're looking for it too,
13    we're looking for it too, but that's the one case that
14    we've been able to see of voter impersonation, and if,
15    in fact, Jack Carol Crowder, III had furnished a state
16    ID or a driver's license, that fact pattern would have
17    been prevented by the photo ID bills that we've seen
18    introduced in the legislature.  Is that your
19    understanding based on, again, if we can stipulate that
20    the three bills were substantially similar.
21                MR. DYER:  Is my time up?
22                REP. ANCHIA:  That may be my time up.  I
23    felt a buzz in my seat.
24                MR. DYER:  I'm sorry, if you could ask
25    that again.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_003160

TX_00261147

USA_00018042

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 32 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 144 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                          JUNE 14, 2010

32

```
 1              REP. ANCHIA:  No, that's okay.  So based
 2     on your general understanding of the terms included in
 3     the statute, in the -- excuse me -- in the proposed
 4     bills during the 2005, 2007, 2009 sessions, if Jack
 5     Carol Crowder, III had, in fact, presented his state ID
 6     or his driver's license, would that type of voter
 7     impersonation fraud been prevented by any of the bills
 8     that were proposed?
 9              MR. DYER:  It's hard to say with any kind
10     of definitiveness.  I mean, I guess the question is if
11     the law requires him to show his driver's license.
12              REP. ANCHIA:  Uh-huh.
13              MR. DYER:  And he walks in with his
14     driver's license.
15              REP. ANCHIA:  Uh-huh.
16              MR. DYER:  Based on that fact alone, it
17     seems he may have complied with that provision of the
18     law.  With that being said --
19              REP. ANCHIA:  Clearly there was illegal
20     voting, right?
21              MR. DYER:  Clearly.
22              REP. ANCHIA:  You know, and I looked at
23     the mens rea, right, and he pled at the fact that he was
24     not eligible to vote and he voted, but I mean, it was
25     the same name, same address, same gender in the poll
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00261148

USA_00018043

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 33 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 145 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                      JUNE 14, 2010

33

```
 1    book.  The one thing that the poll workers did not catch

 2    in that situation was date of birth.

 3                MR. DYER:  Right.

 4                REP. ANCHIA:  You know, the father was

 5    significantly older than the son, and that might have,

 6    that might have stopped him from voting, but otherwise,

 7    he signed the poll book using his name.

 8                I just -- I'm always trying to figure out

 9    instances or fact patterns that would give rise or that

10    would support the need for photo ID in terms of the

11    voter fraud that we see here, so I was just really

12    curious about this case.  I mean, I said, "Okay, here's

13    a case of in-person voter impersonation, we're going to

14    really take a look at it."  And then when I looked at

15    it, I said, "This might not be the smoking gun that I

16    thought it might be."  This, in fact, might be someone

17    who presented a state ID or driver's license and signed

18    the poll book, and it was a poll worker.  Two things I

19    think happened here.  One, the deceased father was still

20    on the rolls.

21                MR. DYER:  Right.

22                REP. ANCHIA:  Well, yes, he was still on

23    the rolls.  I pulled the poll book.  And then, two, the

24    poll worker didn't notice that the date of birth was

25    materially, that this person could not have been, even
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261149

USA_00018044

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 34 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 146 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

34

```
 1    though they had the same name, same address, same

 2    gender, were not the exact same person.

 3             It's a clearly mistake that someone could

 4    make in haste or something like that, but not the

 5    situation that I thought would really be the smoking gun

 6    that we would be looking for, you know, to justify them,

 7    the photo identification.

 8             MR. DYER:  And whether it is or it is

 9    not, I'll obviously leave to others, but whether that

10    justifies any kind of given piece of legislation or not

11    is obviously --

12             REP. ANCHIA:  That's not your purview,

13    yes, right.

14             MR. DYER:  I think that a prosecutor

15    would tell you that any kind of a tool that might help

16    him to identify someone who is committing some sort of

17    an illegal act and it can, in turn, lead to admissible

18    evidence at a criminal trial is a tool that they could

19    use.  Always and in every instance, probably help in

20    some cases more than others, certainly possible.

21             REP. ANCHIA:  Okay.

22             CHAIRMAN:  I wasn't clear on this.  Is

23    the case that he's talking about one of the nine illegal

24    voting cases that you earlier referred to?

25             MR. DYER:  One of the nine that's been,
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_003163

TX_00261150

USA_00018045

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 35 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 147 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

35

```
1     I'll say resolved, taken to resolution, yes, sir, one of

2     the nine.

3               CHAIRMAN:  All right.  Representative

4     Harper-Brown.

5               REP. HARPER-BROWN:  Yes.  Thank you,

6     Mr. Chairman, but in that instance, if we had a system

7     that was similar to the system they have in Mexico,

8     where not only do they have a voter ID but they have the

9     photograph at the polling location of the person to

10    vote, then he probably wouldn't have been able to vote

11    if the worker could have pulled up his photo at the same

12    time he was verifying his registration, since he didn't

13    have his voter ID or his voter registration card.

14              MR. DYER:  If that's how they do it, that

15    certainly might make it easier, but I don't know how --

16    I'm not familiar with their system.  I'm just not

17    prepared to elaborate.

18              CHAIRMAN:  Continue.  Are you done?

19              MR. DYER:  No, sir, I'm just here

20    answering questions.

21              CHAIRMAN:  Okay.  All right.  Any other

22    questions, members, of this witness?

23              All right.  Thank you.

24              MR. DYER:  Thank you all.

25              CHAIRMAN:  At this time, the Chair calls
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261151

USA_00018046

Case 2:13-cv-00193   Document 661-15   Filed on 11/11/14 in TXSD   Page 36 of 110
Case 1:12-cv-00128-RMC-DST-RLW   Document 209-3   Filed 06/20/12   Page 148 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

36

1      Ann McGeehan with the Secretary of State's office.  Good

2      morning.

3                   MS. MCGEEHAN:  Good morning.  I'm Ann

4      McGeehan, with the Secretary of State's office.  I

5      thought that first I would address the part of the

6      charge that talks about the study of the new laws in

7      other states.

8                   Ken Beall, one of our staff attorneys,

9      has prepared a 50 state chart survey.  It's in your

10     packet, and so I won't go through that entire survey, of

11     course, but out of the 50 states, 27 states, including

12     Texas, require some form of identification in order to

13     vote.  Twenty-three states do not require a voter to

14     present ID before voting.

15                  Out of the 27 states that require some

16     form of identification, 11 states require photo ID, and

17     within those 11, some of those states will give an

18     option for a voter to sign an affidavit if they do not

19     have the photo ID present with them when they're

20     presenting themselves to vote.

21                  REP. ANCHIA:  Repeat that again, that

22     last figure.

23                  MS. MCGEEHAN:  The last figure is 11

24     states require photo ID.

25                  REP. ANCHIA:  And how many allow for the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_003165

TX_00261152

USA_00018047

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 37 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 149 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10 JUNE 14, 2010

37

1    affidavit as a form of ID?

2              MS. MCGEEHAN:  I did not count that up.

3    They're all a little bit different.  It's in the charts

4    though.  One of the columns in the charts talks about

5    affidavits.  I could go back --

6              Let me go back and get you the specifics

7    in that.

8              REP. ANCHIA:  If it's in the chart,

9    thanks.

10             CHAIRMAN:  And Ann, just to the clear,

11   the affidavits, how does that work?  Sign something that

12   says, "I don't have a photo ID but I am Todd Smith?"

13             MS. MCGEEHAN:  Right.  And they're all --

14   I mean, each state is a little bit different.  Some of

15   them you sign an affidavit, then you have to present

16   evidence within five days, you know, proof of

17   identification.  You go back to an election official

18   within five days.

19             CHAIRMAN:  So the general rule is you

20   have to show up with the photo ID within a certain

21   period of time; you still have to have a photo ID

22   after you sign the affidavit?

23             MS. MCGEEHAN:  Well, this is only within

24   those states that require photo ID.

25             CHAIRMAN:  Exactly, I understand.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261153

USA_00018048

Case 2:13-cv-00193  Document 661-15  Filed on 11/11/14 in TXSD  Page 38 of 110
Case 1:12-cv-00128-RMC-DST-RLW  Document 209-3  Filed 06/20/12  Page 150 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

38

```
 1                    MS. MCGEEHAN:  Okay.
 2                    CHAIRMAN:  Yes, I understand.  Of those
 3        11 states, there's a certain number that have an
 4        affidavit option.
 5                    MS. MCGEEHAN:  Right.
 6                    CHAIRMAN:  In those states that have that
 7        affidavit option, is it just --
 8                    What do you have to present within a cure
 9        period?
10                    MS. MCGEEHAN:  It's very different from
11        state to state.  New Mexico, I think it's very simple.
12        You just sign a statement stating your name, date of
13        birth and residence.  Florida --
14                    CHAIRMAN:  And then you don't have to
15        cure at all --
16                    MS. MCGEEHAN:  Right.
17                    CHAIRMAN:  In New Mexico?
18                    MS. MCGEEHAN:  And I think it's the same
19        in Michigan.  You know, they're very, very different.
20        You know, each state has kind of addressed this in a
21        very different way.
22                    CHAIRMAN:  Okay.
23                    MS. MCGEEHAN:  In some states, Georgia,
24        you have to have photo ID; Florida, you have to have the
25        photo ID.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00261154

USA_00018049

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 39 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 151 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                          JUNE 14, 2010

39

1          CHAIRMAN:  And they do have a cure

2     period, if you happen to show up without one.

3          MS. MCGEEHAN:  Right.

4          CHAIRMAN:  You have a certain number of

5     days to be able to come back with one.

6          MS. MCGEEHAN:  And then you have to show

7     that --

8          CHAIRMAN:  Photo ID.

9          MS. MCGEEHAN:  -- appropriate government

10    issued ID.

11         CHAIRMAN:  Okay.

12         MS. MCGEEHAN:  I know you're all very

13    familiar with the law in Texas.  Of course, we require

14    identification but it doesn't have to be photo ID.  The

15    law assumes that the voter is going to present their

16    voter registration certificate, but if they don't have

17    the certificate, then they can present one of about, oh,

18    let's see, seven or so items that are allowed for in

19    state law.  That includes driver's license, any form of

20    identification, including the person's photo, a birth

21    certificate, citizenship papers, passport, official mail

22    addressed to the person by a governmental entity, a copy

23    of a current utility bill, bank statement, government

24    check, pay check or other government document that shows

25    the name and address of the voter, and then the law also



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_003168

TX_00261155

USA_00018050

40

1     allows the Secretary of State to prescribe other

2     permissible forms of identification, but we have not at

3     this time.

4              Since the 81st legislative session, two

5     states have passed new laws which require ID for voting,

6     and again, it kind of reflects just the variety that's

7     out there.

8              Idaho, effective July 1st, will require

9     photo ID but they allow for same day registration at the

10    polls if the voter presents a valid photo ID and proof

11    of residence at the polls.

12             Utah passed a law that became effective

13    last May, which requires a photo ID or two other kinds

14    of ID, but Utah gives the voter a five day period to

15    present proof of ID to an election official if they

16    don't have it on election day.

17             On the litigation front --

18             CHAIRMAN:  So that would be one photo,

19    two non-photos, with a five day cure, where you can

20    present either the photo or the two non-photos?

21             MS. MCGEEHAN:  That's right.

22             CHAIRMAN:  Okay.

23             MS. MCGEEHAN:  On the litigation front,

24    of course, in April of 2008, before you last met in

25    regular session, the U.S. Supreme Court ruled, in the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_003169

TX_00261156

USA_00018051

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 41 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 153 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

41

1     Crawford vs. Marion County case, that the Indiana voter
2     ID law was constitutional and that the state's interest
3     were sufficiently weighty to justify any limitation
4     imposed on voters.
5              However, in 2009, there was a state court
6     challenge in Indiana on the same law, and an Indiana
7     court of appeals struck the law down on the grounds that
8     the ID law regulates voters in a manner that is not
9     uniform and impartial because voters that vote by mail
10    aren't require to present proof of identity but a voter
11    that votes in person must present proof of identity.
12    That case is on appeal and it's pending before the
13    Indiana Supreme Court, but it's our understanding that
14    the state is still enforcing and requires photo ID
15    before a voter is permitted to vote.
16             That's the overview on the, kind of the
17    big overview on the 50 states, and I would be happy to
18    give any more detail, or if you want specific copies of
19    the state law, I would be happy to get that for you.  Of
20    course --
21             Yes?
22             CHAIRMAN:  In terms of states that have
23    what we would characterize as hard photo ID's, in other
24    words, you have to present a photo ID, you may be able
25    to present it five days after the election if you don't



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00261157

USA_00018052

Case 2:13-cv-00193  Document 661-15  Filed on 11/11/14 in TXSD  Page 42 of 110
Case 1:12-cv-00128-RMC-DST-RLW  Document 209-3  Filed 06/20/12  Page 154 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

42

```
 1    have it on election day, but you have to present one.
 2                MS. MCGEEHAN:  Uh-huh.
 3                CHAIRMAN:  Do you know, off the top of
 4    your head, what states we're talking about -- Indiana,
 5    Georgia, Florida?
 6                MS. MCGEEHAN:  Yes.
 7                CHAIRMAN:  Anybody else that's joined
 8    that party?
 9                MS. MCGEEHAN:  Yes.  There are 11 states
10    now that are in that group.
11                CHAIRMAN:  Well, I don't consider a state
12    that says you just sign an affidavit that says I'm Todd
13    Smith and you don't have to do anything else.
14                MS. MCGEEHAN:  Okay.
15                CHAIRMAN:  If you don't have a photo ID,
16    to be a hard photo ID.  I'm talking about a state where
17    you have to present a photo ID in order for your vote to
18    count either at the polls or within a few days after the
19    polls.  Do you know?
20                MS. MCGEEHAN:  Well, I think even
21    Georgia, and they're, you know, pretty strict law, they
22    do allow the voter to come in up to two days after the
23    election and present ID.
24                CHAIRMAN:  A photo ID?
25                MS. MCGEEHAN:  Yes.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_003171

TX_00261158

USA_00018053

Case 2:13-cv-00193   Document 661-15   Filed on 11/11/14 in TXSD   Page 43 of 110
Case 1:12-cv-00128-RMC-DST-RLW   Document 209-3   Filed 06/20/12   Page 155 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

43

1          CHAIRMAN:  That's what I'm talking about.

2    I'm trying, if possible, to determine what the universe

3    of states where there is not any voter whose vote does

4    not count, whose vote counts unless they present a photo

5    ID.  In other words, you have to have one or your vote

6    does not count, and you can present it at the polls or

7    you can present it within five days if you forget it on

8    election day, but you have to have one or your vote

9    doesn't count.

10          MS. MCGEEHAN:  Yes, I think clearly

11   Florida, Georgia, Idaho now.

12          CHAIRMAN:  And I guess even that's not

13   even true really of Indiana, because they had exceptions

14   in Indiana, religious objectors.  I don't remember all

15   the exemptions, but that's correct, isn't it?  That

16   really even Indiana wouldn't fit into that category?

17          MS. MCGEEHAN:  Yes.  To be honest, I'm

18   not familiar with the exceptions in the Indiana law.

19          CHAIRMAN:  Okay.  Well, let's just -- I

20   know from past experience that Indiana and Georgia and

21   Florida are the states that sort of tend to come up.  We

22   will leave aside what's happened since then or which

23   other states may be similar to that now.

24          I mean, what I was trying to determine,

25   and I don't know if you're the one or maybe Jay is still



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_003172

TX_00261159

USA_00018054

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 44 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 156 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

44

```
1     here from the Attorney General.  Did he sneak out?

2                    MS. MCGEEHAN:  Yes.

3                    CHAIRMAN:  Okay.  Is whether there are

4     any states that have what would generally be

5     characterized as a hard photo ID that are voting rights

6     states that obtained approval of their hard photo ID

7     bill through either the Obama justice department or the

8     district court in Washington, D.C.

9                    In other words, if we passed a photo ID

10    bill in Texas this session, it has to go through one of

11    those two places.

12                   MS. MCGEEHAN:  Right.

13                   CHAIRMAN:  Indiana is not a voting rights

14    state, didn't have to have pre-clearance.  I believe,

15    and I'm still from the process of trying to get this

16    confirmation, Georgia and Florida are.

17                   MS. MCGEEHAN:  Yes.  Well, Georgia

18    definitely is.  Florida, I think, not the state isn't

19    but some of the jurisdictions are covered, but the state

20    as a whole is not covered.

21                   CHAIRMAN:  Georgia was pre-cleared

22    through the Bush justice administration, I know that,

23    and I'm not sure about Florida.  Do you know?

24                   MS. MCGEEHAN:  Well, Florida's law was in

25    place for the '09, for your session because you had the
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_003173

TX_00261160

USA_00018055

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 45 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 157 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

45

1   state election director come.  I don't know how old it

2   is though.  It may be the fourth, George Bush justice

3   department, may be earlier.

4               CHAIRMAN:  Well, the last information I

5   saw said that Florida -- I don't know if you know the

6   answer to this, Steven, but was a partial voting rights,

7   and I don't know what that means in term of how they got

8   or whether they had to get pre-cleared.

9               MS. MCGEEHAN:  It means their state laws

10  don't need to be pre-cleared, but if the jurisdiction

11  makes any change, like a county makes a change, certain

12  counties are covered.

13              CHAIRMAN:  So Florida is a partial voting

14  rights state and they passed a state voting act law,

15  then you -- they don't have to be pre-cleared at all.

16              MS. MCGEEHAN:  That's my understanding.

17              CHAIRMAN:  So the three that we typically

18  refer to, the only one who has had to be pre-cleared,

19  that was pre-cleared, went through the Bush justice

20  department, is that correct?

21              MS. MCGEEHAN:  In Georgia, yes.

22              CHAIRMAN:  Okay.  Thank you.

23              MS. MCGEEHAN:  All right.  Okay.  Okay,

24  the other part of the charge, of course, directs the

25  committee to examine prevalence of fraud in Texas.  And



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_003174

TX_00261161

USA_00018056

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 46 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 158 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                                    JUNE 14, 2010

46

1       I'll share the data that we have, but just as Jay Dyer

2       noted, I need to similarly note that it's not

3       necessarily indicative of the entire set of data on

4       election fraud.  We only get what's reported to our

5       office, and, of course, a lot is reported locally and

6       probably some of it goes unreported as well.

7               Citizens can either file a criminal

8       complaint with their local district attorneys to

9       registered voters, file a complaint, they have that

10      option under the election code, or they can file a

11      complaint with the Secretary of State's office.  We

12      review it and if, on its face, and it has to be in

13      writing, but if it represents facts which establish

14      criminal violations of the election code, then we will

15      make a referral to the Attorney General's Office.

16              Since the last legislative session, we

17      have made -- we made 14 referrals to the office of the

18      Attorney General in 2009 and 10 referrals so far in

19      2010.  And of the 24 referrals, two of them involve --

20      at least two of them involve allegations of voter

21      impersonation.

22              We also receive many complaints through

23      our toll free line, but not all of those --

24              We try to track all complaints and try to

25      make, have an effort in place to write down all



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_003175

TX_00261162

USA_00018057

```
 1    complaints, but sometimes some complaints may come

 2    through, and in these informal complaints that come

 3    through, we've had some potential voter impersonation

 4    complaints as well.

 5              Since the last session, I thought I'd

 6    highlight two changes that our office has made in the

 7    areas of trying to combat fraud.

 8              CHAIRMAN:  Before you move on real quick

 9    and do that --

10              MS. MCGEEHAN:  Sure.

11              CHAIRMAN:  I want to ask you just about

12    what you just said.  Of the two allegations that

13    involved voter impersonation, was there some level of

14    scrutiny that your office engaged in before you referred

15    them on?  And if so, to what extent?

16              MS. MCGEEHAN:  Well, we require that a --

17    In order to make a referral to the Attorney General, we

18    must receive a written complaint, it must be signed, and

19    they must present some factual evidence of a crime.

20    They can't just say, "We think the primary was wrong."

21    They need to have specific facts.

22              We encourage folks to send us as much

23    detail as possible, and I think the two instances that

24    involve voter impersonation, we had a fair amount of

25    accompanied material, you know, sign-in sheets, things
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_003176

TX_00261163

USA_00018058

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 48 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 160 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

48

```
 1    of that nature that was sent along with the complaint,

 2    forwarded to the AG's office.

 3              CHAIRMAN:  So if there's a poll worker

 4    that says I saw some guy walk in, you know, same guy,

 5    same clothes, same person on the same day, and they're

 6    just saying this and they're swearing to it, is that the

 7    kind of complaint you're talking about?  Is that

 8    typical?

 9              MS. MCGEEHAN:  Although typically they

10    probably don't come from the poll workers, typically

11    they probably come from, you know, maybe a --

12              REP ANCHIA:  Campaign?

13              MS. MCGEEHAN:  Campaign.  Or we've had a

14    couple recently from the press, where the press has been

15    doing some investigations.

16              REP ANCHIA:  Are they sworn complaints?

17              MS. MCGEEHAN:  No.  Some of them are but

18    we don't require that they be sworn.

19              REP. ANCHIA:  Do you know if either of

20    the impersonation cases you referred to were sworn?

21              MS. MCGEEHAN:  I don't know.

22              REP. ANCHIA:  And you referred both of

23    them?

24              MS. MCGEEHAN:  Yes.

25              REP. ANCHIA:  And what was the vintage of
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00261164

USA_00018059

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 49 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 161 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

49

1    those cases?

2                MS. MCGEEHAN:  Well, one of them was the

3    Harris County case that you and Jay Dyer just discussed,

4    and the other one involved the city of Progresso.

5                REP. ANCHIA:  The Progresso cases?

6                MS. MCGEEHAN:  Uh-huh.

7                REP. ANCHIA:  And it's my understanding

8    that those have been successfully prosecuted but not on

9    voter impersonation.  I wish we had Jay back here, but

10   they were illegal voting but -- I think they were

11   selling votings, is what I recall.

12               MS. MCGEEHAN:  Yes, once we made that

13   referral, we don't get any formal communication back, so

14   I don't know how those were resolved.

15               CHAIRMAN:  While I've got you, is it fair

16   to say most of the referrals you make involve absentee

17   ballots?

18               MS. MCGEEHAN:  I would say maybe about

19   half.  It's a fair number but it's not the only thing

20   that's referred.

21               CHAIRMAN:  And so obviously the other

22   half that's made up of impersonation fraud, what would

23   be the second largest category?

24               MS. MCGEEHAN:  It's really assorted.  I

25   mean, bribery of the voter, electioneering, voting more



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00261165

USA_00018060

1    than once.

2              REP. ANCHIA:  Can you rank those in terms

3    of incidences, mail-in ballot, fraud being obviously 50

4    percent?

5              MS. MCGEEHAN:  Yes; several of them, the

6    subject matter is just illegal voting, so there could be

7    a lot included in that.  Voter intimidation.  I have two

8    briberies.

9              CHAIRMAN:  Is there something about mail-

10   in ballot fraud that is easier to detect, more likely to

11   be caught, than impersonation fraud?

12             MS. MCGEEHAN:  That's a tough question, I

13   mean, because early voting by mail, you have less

14   safeguards because it's in the privacy of a voter's home

15   so you don't have election officials present.  There

16   have been recent changes to the law though which require

17   more documentation so that everybody that -- you know,

18   any person that helps the voter complete their

19   application for ballot by mail or helps them vote a

20   ballot has to, you know, document it, so that is

21   helping, I think, in prosecution in finding kind of that

22   chain of custody.

23             CHAIRMAN:  So sort of some information

24   that weighs both ways?  More documentation required, and

25   therefore, perhaps greater potential for some sort of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00261166

USA_00018061

Case 2:13-cv-00193  Document 661-15  Filed on 11/11/14 in TXSD  Page 51 of 110
Case 1:12-cv-00128-RMC-DST-RLW  Document 209-3  Filed 06/20/12  Page 163 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

51

1   discovery of fraud?  On the other hand, it occurs in the

2   privacy of your home rather than in the presence of

3   officials and so that might actually weigh the other

4   way?

5             MS. MCGEEHAN:  Right, but voter

6   impersonation, that would probably be something tough

7   for election officials to detect.

8             CHAIRMAN:  Yes, but in terms of

9   determining the relative toughness, the only have strong

10  feelings about whether you're more likely to get caught

11  if you attempt absentee ballot fraud versus

12  impersonation fraud.

13            MS. MCGEEHAN:  I'm not sure how to answer

14  that one right.

15            CHAIRMAN:  Clearly the preponderance of

16  the prosecution relates to absentee ballot as against

17  impersonation fraud.  I'm trying to determine what that

18  means.

19            Is that an indication of that the greater

20  preponderance of the actual fraud is absentee ballot

21  fraud or is there an indication of being some sort of

22  difference in the likelihood of being caught versus

23  engaging in one sort of fraud versus the other sort of

24  fraud.

25            MS. MCGEEHAN:  That's a hard one to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00261167

USA_00018062

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 52 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 164 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

52

```
 1    answer.  I would be calling for an opinion and I don't
 2    feel comfortable giving that.
 3                 CHAIRMAN:  Okay.
 4                 REP. HARPER-BROWN:  Mr. Chairman.
 5                 CHAIRMAN:  Rep. Harper-Brown.
 6                 REP. HARPER-BROWN:  Thank you,
 7    Mr. Chairman.  Could you define impersonation for me?
 8                 Does impersonation include someone voting
 9    that is not a voter or is it when they are using some
10    other person's ID to vote?
11                 MS. MCGEEHAN:  The way it's defined in
12    the election code is when a person is impersonating
13    another registered voter.  They themselves are not
14    registered but they are impersonating an eligible
15    registered voter.  That's under the offense of illegal
16    voting.
17                 REP. HARPER-BROWN:  And so when the rolls
18    are set, the election rolls, voting rolls, do you verify
19    that these people legally have the right to vote when a
20    person registers?
21                 MS. MCGEEHAN:  There are several
22    validations that are done when a person registered, but
23    they don't -- it does not determine all eligibility
24    requirements, so what happens is the county reviews the
25    application first, makes sure the resident is in the
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261168

USA_00018063

Case 2:13-cv-00193   Document 661-15   Filed on 11/11/14 in TXSD   Page 53 of 110
Case 1:12-cv-00128-RMC-DST-RLW   Document 209-3   Filed 06/20/12   Page 165 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                          JUNE 14, 2010

53

```
 1    county.  Then that is sent to the Secretary's of State's

 2    office.

 3                We validate whether that driver's license

 4    really is the driver's license of that person.  If the

 5    voter applicant hasn't submitted a driver's license but

 6    they've submitted a Social Security number instead, we

 7    validate that that's the right Social Security number

 8    for that voter.

 9                That's what we do up front to get, as far

10    as getting a person registered.  Now once a person is

11    registered in the data base, there are other things we

12    do periodically, so weekly we get information on finally

13    convicted felons from DPS.  We run that against a

14    statewide list.  We get information on deaths from the

15    Bureau of Vital Statistics.  We run that against the

16    data base.  We don't have any systematic way to verify

17    citizenship status, but the district clerks do on a

18    monthly basis provide lists to the voter registrars of

19    persons who were excused for jury service because they

20    weren't U.S. citizens.

21                REP. HARPER-BROWN:  But if they haven't

22    been excused, then we're not verifying -- there's really

23    not away to verify citizenship?

24                MS. MCGEEHAN:  No.

25                REP. HARPER-BROWN:  Okay.  So how would
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261169

USA_00018064

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 54 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 166 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                                    JUNE 14, 2010

54

```
 1     you know that someone was impersonating another voter?

 2     How easy would it be for that poll worker or for someone

 3     to know that they were impersonated?

 4                MS. MCGEEHAN:  I think it would be very

 5     hard unless the poll worker knew everybody in his

 6     precinct, some tiny community, but in most cases, it

 7     would be difficult.

 8                REP. HARPER-BROWN:  So then it would be

 9     difficult to quantify whether there is excessive voter

10     fraud or impersonation or whether there is minor.  I

11     mean, you really can't prove it either way because

12     there's not a way to know, unless like you said, they

13     know every person coming in.

14                MS. MCGEEHAN:  Right.  Right.

15                REP. HARPER-BROWN:  And then -- and you

16     only investigate on complaints?

17                MS. MCGEEHAN:  Correct.  And we don't

18     investigate, to make that clear.  We just sort of get

19     the facts and then refer it.

20                REP. HARPER-BROWN:  Now one of the other

21     questions, because one of the things that was mentioned

22     in some of the problems that's been happening in Dallas

23     County was about the mail-in ballot itself.

24                The mail-in ballot, does it contain all

25     the information for that election and for which election
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00261170

USA_00018065

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 55 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 167 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

```
 1    they're voting in?  Do you know that?

 2                MS. MCGEEHAN:  Yes, it's specific to the

 3    election.

 4                REP. HARPER-BROWN:  Okay, that's what I

 5    thought, but one of the complaint was that they could

 6    use think that there was any way that they could do

 7    that.

 8                MS. MCGEEHAN:  Well, there's one

 9    exception, and that's for the primary, so the complaints

10    were out of the primary, if the person requests the

11    ballot in the primary, they can also request to

12    automatically receive a ballot by mail for the run-off.

13    So that might by what was discussed.

14                REP. HARPER-BROWN:  Okay.

15                MS. MCGEEHAN:  One application was

16    requested for both elections.

17                REP. HARPER-BROWN:  Okay.

18                MS. MCGEEHAN:  But the ballot itself --

19                REP. HARPER-BROWN:  The ballot itself is

20    very specific to that election?

21                MS. MCGEEHAN:  Yes.

22                REP. HARPER-BROWN:  Okay, that's what I

23    thought.  All right.  Thank you.

24                CHAIRMAN:  So I want to just, to kind of

25    make sure I'm as far as we can get on this kind of
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_003184

TX_00261171

USA_00018066

56

```
1    question to the extent to which there is a difference,

2    if at all, between the likelihood of getting caught,

3    committing absentee ballot fraud versus impersonation

4    fraud, and what Representative Harper-Brown just

5    indicated was that basically somebody has to turn you in

6    if you walk up to the polls and say I am John when you

7    are really Ted, or you, John, you say you're John when

8    you're really Ted, and then after you vote, John shows

9    up, or before you have voted, John has already voted, I

10   guess those are two ways I can imagine off the top of my

11   head to be caught, and impersonation fraud is you have

12   somebody else know about it, turn you in, or the person

13   you're impersonating actually votes before or after you

14   do.

15            REP. ANCHIA:  Mr. Chairman, there's one

16   other thing, just to clarify that, in the case of Jack

17   Crowder, he voted for someone who was deceased at the

18   time, and when there was an audit of the rolls, they saw

19   hey, well, this person that voted is deceased, they did

20   a little more investigation and that's how they found

21   it.

22            CHAIRMAN:  Okay.  And that's what you

23   just referred to, where you compare the rolls

24   periodically to determine who was deceased?

25            MS. MCGEEHAN:  Right.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261172

USA_00018067

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 57 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 169 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

57

1          CHAIRMAN:  What would prompt -- I guess

2     in that case where he was deceased, what would prompt

3     somebody to question?

4          Would it be because you do this automatic

5     comparison of the rolls and somehow somebody noticed

6     that somebody had voted before the person was taken off

7     the rolls as being deceased but yet after the date which

8     they were deceased?

9          MS. MCGEEHAN:  Excuse me.  I mean, I

10    guess the public records would certainly allow somebody

11    to do that kind of investigation.  In that specific

12    case, the process that we received -- you know,

13    obviously the father's name stayed on the rolls past

14    time, you know, he died in '07 apparently and he's still

15    on the rolls in the spring of '08.  And so there are

16    some limitations on getting that information from the

17    Bureau of Vital Statistics.  It can be up to six months

18    old, for one thing, and we have to be matched based on

19    Social Security numbers, so unless we have a good match,

20    we are very hesitant to label someone has possibly

21    deceased.  You know, you don't want to cancel someone

22    who's very much alive and eligible to register to vote,

23    so unfortunately, the two data bases that the Bureau of

24    Vital Statistics database is not so easy to compare

25    against the statewide list of registered voters because



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_003186

TX_00261173

USA_00018068

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 58 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 170 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

58

```
 1    some of the matching criteria is not the same.  We don't

 2    have driver's license numbers in the Bureau of Vital

 3    Statistics data base.

 4               REP. ANCHIA:  And Mr. Chairman, I think

 5    that the audit didn't occur at the Secretary of State's

 6    level but at the local level.  I think the county did

 7    the match, if I'm not mistaken.

 8               MS. MCGEEHAN:  It could be.  The county

 9    can also receive information locally, which may be

10    quicker than getting it from Bureau of Vital Statistics.

11               REP. CHAIRMAN:  So if granddad dies, I

12    have his voter registration card.  I'm really, you know,

13    interested in election so I'd rather vote twice rather

14    than once.  The only way that's going to be caught, on

15    that issue anyway, is if there's some kind of

16    independent effort on the part of the local government

17    to do some sort of audit?

18               MS. MCGEEHAN:  That and the fact, I

19    guess, that they are public records, so generally what

20    happens, the campaign scrutinizes all the records after

21    a close election, but as far as a systematic audit, that

22    would be up to locals to initiate that.

23               REP. CHAIRMAN:  But even if I do vote for

24    grand-dad because he's dead and I've got his voter

25    registration card and there's some kind of subsequent
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_003187

TX_00261174

USA_00018069

59

```
1    audit that determines that someone voted with grandad's

2    voter registration card, how are they going to tie it to

3    me?

4              MS. MCGEEHAN:  It probably would be very

5    difficult to tie it to you.

6              CHAIRMAN:  Yes, they can't find me.

7              MS. MCGEEHAN:  Yes, you signed as him and

8    there would be no way to track it back to you.

9              CHAIRMAN:  So how do we catch people with

10   absentee ballot fraud?  Is it the same thing?  Do we

11   have person that turn them in that know about it?  Do

12   you have a sense on that?

13             MS. MCGEEHAN:  Sometimes folks are turned

14   in, sometimes voters themselves feel -- sometimes there

15   can be aggressive campaigns, come to a person's home,

16   and a lot of times the voters are elderly, they'll let

17   somebody in.  Sometimes they get pressured into voting a

18   certain way.  That campaign worker leaves and then the

19   voter thinks twice and like, "Well, I really didn't want

20   to vote for candidate X," and then they'll try to cancel

21   their ballot.  Or like your similar example, they'll

22   show up to vote on election day but the poll list is

23   marked having that that person voted earlier, and the

24   voter says, "But I didn't vote early," and that's an

25   indication that something is going on.
```



ESQUIRE

DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261175

USA_00018070

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 60 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 172 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

60

```
 1                CHAIRMAN:  Okay.  So a lot of times the
 2      voter themselves report absentee ballot fraud.
 3                MS. MCGEEHAN:  Yes.
 4                CHAIRMAN:  On them?
 5                MS. MCGEEHAN:  Yes, and in addition to
 6      campaigns.  Campaigns will also have obviously a vested
 7      interest in wanting to research that.
 8                CHAIRMAN:  Representative Anchia?
 9                REP. ANCHIA:  I'll defer.
10                CHAIRMAN:  Okay, Dr. Allen.
11                REP. ALLEN:  An incident of inside voter
12      fraud, what I consider inside the polling place, i.e.,
13      it's a slow day at the polling place so the precinct
14      judge takes the liberty to vote for a few of my
15      neighbors who did not show up at the polls, or I know
16      will not show up.  Have you ever had that kind of fraud
17      before?
18                MS. MCGEEHAN:  We have had that
19      allegation before.  I don't know that it was ever proved
20      out, but no, not too often, but I can remember that
21      allegation coming up in the past, at least several
22      times.
23                REP. ALLEN:  Several times.  Was it
24      Houston?
25                MS. MCGEEHAN:  I think it was Houston.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_003189

TX_00261176

USA_00018071

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 61 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 173 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

61

```
 1              CHAIRMAN:  Representative Anchia?

 2              REP. ANCHIA:  I wanted to follow up on

 3    the Chairman's sort of line of questioning about trying

 4    to get at the incidence of one type of fraud versus the

 5    other, mail-in versus in-person, the type of

 6    impersonation that the photo ID bills of the last three

 7    sessions have tried to drive at, because none of those

 8    three bills, to your knowledge, has included a photo ID

 9    requirement for mail-in ballots, correct?  2005, 2007?

10              MS. MCGEEHAN:  I don't recall that being

11    --

12              REP. ANCHIA:  As far as you can remember?

13              MS. MCGEEHAN:  Right.

14              REP. ANCHIA:  So we do have about 50

15    percent of your complaints have been mail-in ballot

16    fraud, correct, that you testified to that before?

17              MS. MCGEEHAN:  Right.

18              REP. ANCHIA:  Yet the photo

19    identification bills of the last three sessions did not

20    include any sort of photo identification for mail-in

21    ballots, correct?

22              MS. MCGEEHAN:  That's my memory.

23              REP. ANCHIA:  Okay.  That's my memory

24    too.

25              When we talk about the difference in
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261177

USA_00018072

Case 2:13-cv-00193   Document 661-15   Filed on 11/11/14 in TXSD   Page 62 of 110
Case 1:12-cv-00128-RMC-DST-RLW   Document 209-3   Filed 06/20/12   Page 174 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                JUNE 14, 2010

1  deterring, potential deterrents for fraud, what is the

2  penalty for a person showing up at the polls with

3  someone else's voter registration certificate and trying

4  to vote their ballot?  It's two to ten in jail and

5  $10,000 fine, is that right?

6          MS. MCGEEHAN:  I know it's a felony.  I

7  don't know specifically what the punishment is on that.

8  I could look it up.

9          REP. ANCHIA:  And the person would be

10  showing up in front of, in front of whom typically?

11          MS. MCGEEHAN:  In front of the poll

12  worker, the election judge or election clerk at the

13  polls.

14          REP. ANCHIA:  Potentially witnesses

15  there?

16          MS. MCGEEHAN:  Yes.

17          REP. ANCHIA:  Would those deterrents,

18  those witness be available in a mail-in ballot

19  scenario?-

20          Is there a judge that oversees mail-in

21  ballots; that is, goes to a person's home and witnesses

22  that, witnesses a person signing?

23          MS. MCGEEHAN:  No.  I mean, you know, the

24  early voting clerk, all that is either at the county or

25  the city, so once the ballot is mailed, the only folks



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261178

USA_00018073

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 63 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 173 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                                    JUNE 14, 2010

63

```
 1      that might be at the voter's home would be relatives or

 2      friends or something like that.

 3                      REP. ANCHIA:  Or nobody?

 4                      MS. MCGEEHAN:  Right.

 5                      REP. ANCHIA:  So it could be completely

 6      anonymous?

 7                      MS. MCGEEHAN:  Right.

 8                      REP. ANCHIA:  In terms of the

 9      scaleability of a type of fraud, which is something that

10      always interests me why anyone would subject themselves

11      to two to ten in jail and $10,000 fine to change one

12      vote, it is easier, you've probably gotten complaints

13      about mail-in ballot fraud being on a large scale,

14      correct, vis-a-vis voter impersonation?

15                      Let me back up.  I'll ask it in nuggets.

16                      MS. MCGEEHAN:  Okay.

17                      REP. ANCHIA:  Have you received

18      complaints about large scale mail-in ballot fraud?

19                      MS. MCGEEHAN:  Large scale meaning more

20      than just one or two?

21                      REP. ANCHIA:  More than five.

22                      MS. MCGEEHAN:  Yes.

23                      REP. ANCHIA:  Okay, have you received

24      complaints of large scale voter impersonation fraud, the

25      type of voter impersonation that would be remedied by
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261179

USA_00018074

Case 2:13-cv-00193  Document 661-15  Filed on 11/11/14 in TXSD  Page 64 of 110
Case 1:12-cv-00128-RMC-DST-RLW  Document 209-3  Filed 06/20/12  Page 176 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

64

```
 1    the photo ID bills that we've seen in the legislature,
 2    more than five?
 3              MS. MCGEEHAN:  Well, I mean, based on the
 4    referrals that were made to the Attorney General, which
 5    again, is not the full picture of everything going on in
 6    the state, you know.
 7              REP. ANCHIA:  On a per-instance basis.
 8              MS. MCGEEHAN:  Out of the I guess 24
 9    referrals that we've made in the last two years, two
10    clearly involved allegations of voter impersonation.
11              REP. ANCHIA:  And how many of those
12    involve more than -- again, I'm trying to get at the
13    scaleability.
14              MS. MCGEEHAN:  Right.  I think that one
15    of them did involve several voters.  It wasn't just a
16    single act.
17              REP. ANCHIA:  Was it more than five
18    voters?
19              MS. MCGEEHAN:  I don't remember.  We
20    would have to pull that case.  I'm pretty sure it was
21    the City of Progresso.
22              REP. ANCHIA:  Right, it was a Progresso
23    case, right?
24              MS. MCGEEHAN:  Yes.
25              REP. ANCHIA:  Okay.  So I mean, we're
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261180

USA_00018075

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 65 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 17 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                                 JUNE 14, 2010

65

1    trying to get at the incidence of a particular type of

2    voter fraud.  I mean, a corollary question is what is

3    the potential yield and what is the potential risk for a

4    campaign for an individual, right, so you --

5            Would you agree with me that the

6    potential yield versus risk, an anonymous process

7    potentially done alone in one's home versus someone,

8    versus an instance where you're showing up to change

9    potentially one vote in front of witnesses, do you see a

10   difference between the risk in yield in either of those

11   situations?  The question is, do you see a difference?

12           MS. MCGEEHAN:  Yes, there's differences

13   in risk but I hesitate to say that that somehow means

14   that there's more by mail fraud than voter impersonation

15   fraud, because we're dealing with limited data, so I

16   hate to make any kind of conclusion.

17           REP. ANCHIA:  Right, we're dealing with

18   limited data but that's the data, that's the only data

19   we have, right?  What else can we base our decisions off

20   of?  I mean, I could flip a coin.

21           MS. MCGEEHAN:  Yes.  I mean, I guess the

22   local prosecuting authorities might have data.  Election

23   contests filed in the state may have data on some of the

24   key issues as well.  There might be other sources.

25           REP. ANCHIA:  But there's probably no



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261181

USA_00018076

Case 2:13-cv-00193   Document 661-15   Filed on 11/11/14 in TXSD   Page 66 of 110
Case 1:12-cv-00128-RMC-DST-RLW   Document 209-3   Filed 06/20/12   Page 178 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

66

```
1    better data?  I mean, do you think?  Who would have more

2    data?

3                   MS. MCGEEHAN:  I think that's the

4    problem.  It's very decentralized.  To the extent that

5    we're the central authority for elections, we receive a

6    lot of it, but I hate to say that that represents the

7    universe.

8                   REP. ANCHIA:  How many votes have been

9    cast since 2002?

10                  MS. MCGEEHAN:  You gave me a heads-up on

11   that one.

12                  REP. ANCHIA:  Yes, I figured you texted

13   someone and got the answer.

14                  MS. MCGEEHAN:  Well, I didn't text, but

15   all I can tell you right now is over 20 million, and

16   it's probably higher than that, but just going back --

17                  REP. ANCHIA:  That's state and local or

18   just state?

19                  MS. MCGEEHAN:  That represents the

20   November general.

21                  REP. ANCHIA:  That's just for November

22   general.

23                  MS. MCGEEHAN:  November general.

24                  CHAIRMAN:  What was that, 20 million

25   what?
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261182

USA_00018077

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 67 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 179 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                                    JUNE 14, 2010

67

```
 1              MS. MCGEEHAN:  Over 20 million votes cast
 2    in the November general elections held in '08, '06, '04
 3    and '02, and I'm saying it's over 20 million.  We can
 4    get you the specifics.  It's all on our website.
 5              CHAIRMAN:  You're talking about the state
 6    of Texas?
 7              MS. MCGEEHAN:  Well, there were 8 million
 8    votes cast in 2008 for the presidential, and that was
 9    one of our high water years for turn-out.  There was
10    about 4 million, I think, in 2006.
11              CHAIRMAN:  I thought you just told me
12    there were 20 million votes cast.
13              MS. MCGEEHAN:  During those four general
14    elections, over 20 million votes cast.
15              CHAIRMAN:  Okay, got you.  Is that the
16    total over four years?
17              MS. MCGEEHAN:  Yes.
18              CHAIRMAN:  Okay.  How many registered
19    voters are we again?  Remind me.
20              MS. MCGEEHAN:  Right at 13 million.
21              CHAIRMAN:  13, okay.
22              REP. ANCHIA:  Just really quickly.  In
23    those 20 million, just again, we're going back to 2002,
24    at least 20 million, and that's not local elections.
25              MS. MCGEEHAN:  That's not local, that's
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261183

USA_00018078

Case 2:13-cv-00193   Document 661-15   Filed on 11/11/14 in TXSD   Page 68 of 110
Case 1:12-cv-00128-RMC-DST-RLW   Document 209-3   Filed 06/20/12   Page 180 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                     JUNE 14, 2010

68

```
1    not primary.

2              REP. ANCHIA:  It's just general, it's not

3    primary.  How many complaints total, just complaints,

4    unfounded, founded, referred, unreferred, how many

5    complaints since 2002?

6              MS. MCGEEHAN:  Including complaints that

7    we have received, you know, on the phone, I can't

8    remember.

9              REP. ANCHIA:  Look, you know, "My crazy

10   uncle, you know, doesn't have the mind to go vote and he

11   went to go vote."  I mean, just anything, everything.

12             MS. MCGEEHAN:  Well, I'm really

13   guesstimating here, but maybe between 500 to a thousand.

14             REP. ANCHIA:  Okay.  Lets take the big

15   number, a thousand.

16             MS. MCGEEHAN:  Okay.

17             REP. ANCHIA:  Could it be a bigger

18   number?  Could it be 2000?

19             MS. MCGEEHAN:  I don't think it would be

20   that big, at least as far as what we've tracked.

21             REP. ANCHIA:  And again, these are un --

22   you know, these are the ones that you may refer on, the

23   ones you may screen.

24             MS. MCGEEHAN:  Right.

25             REP. ANCHIA:  We don't have enough
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00261184

USA_00018079

Case 2:13-cv-00193  Document 661-15  Filed on 11/11/14 in TXSD  Page 69 of 110
Case 1:12-cv-00128-RMC-DST-RLW  Document 209-3  Filed 06/20/12  Page 181 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                          JUNE 14, 2010

69

```
 1    information in 2000.  Okay, let me ask you really

 2    quickly about the states that have different systems

 3    than Texas, because we have a voter ID standard

 4    currently, correct?

 5              MS. MCGEEHAN:  Right.

 6              REP. ANCHIA:  Okay.  And when you do not

 7    have -- let's talk about Texas first and I'll get to the

 8    other states.

 9              When you do not have your ID, your voter

10    ID, under the current standard, you can vote using an

11    affidavit, correct?  You sign a poll book that contains

12    an affidavit in it, correct?

13              MS. MCGEEHAN:  Right, a person can vote a

14    provisional ballot.  It is an affidavit.  We used to

15    call it the challenge affidavit, now it's called the

16    provisional ballot, but it is, in fact, an affidavit.

17              REP. ANCHIA:  I'm asking you about

18    something slightly different, right, and I never have my

19    voter registration certificate on me.

20              MS. MCGEEHAN:  Oh, I'm sorry, I know what

21    you're asking now.

22              REP. ANCHIA:  So I do not satisfy the

23    voter ID standard in the state of Texas when I go vote

24    because I do not have my voter registration

25    certificate.  And instead, I sign an affidavit, correct?
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_003198

TX_00261185

USA_00018080

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 70 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 182 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                                    JUNE 14, 2010

70

```
 1                    MS. MCGEEHAN:  Right.

 2                    REP. ANCHIA:  And I can present my state

 3        ID or my driver's license, correct?

 4                    MS. MCGEEHAN:  Right.

 5                    REP. ANCHIA:  Anything else?  Can I

 6        present anything else?

 7                    MS. MCGEEHAN:  Yes, there is a list of

 8        items that state law allows for, and it includes photo

 9        and non-photo ID, official mail, government mail.

10                    REP. ANCHIA:  What does the

11        affidavit say that I sign?

12                    MS. MCGEEHAN:  The affidavit.

13                    REP. ANCHIA:  Well, you don't have to

14        quote the language, but --

15                    MS. MCGEEHAN:  Yes, my general

16        understanding is the affidavit is an affidavit just

17        simply stating that the voter does not have their voter

18        registration certificate with them.

19                    REP. ANCHIA:  And that they're eligible

20        to vote in that election, correct?

21                    MS. MCGEEHAN:  Right.

22                    REP. ANCHIA:  And they hand over their

23        identification, whatever it may be, photo identification

24        from that long list.  I usually just use my driver's

25        license and I sign the affidavit.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261186

USA_00018081

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 71 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 183 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                JUNE 14, 2010

71

```
 1              What if I bust any of the provisions of
 2     the affidavit, what if they're not true, what happens?
 3     What's the penalty for that?
 4              MS. MCGEEHAN:  Well, it could be illegal
 5     voting.
 6              REP. ANCHIA:  It could be a felony,
 7     correct?
 8              MS. MCGEEHAN:  It could be a felony.
 9              REP. ANCHIA:  2 to 10, $10,000 fine,
10     right?
11              MS. MCGEEHAN:  Right.
12              REP. ANCHIA:  Okay.  So we have a penalty
13     in place and we have an affidavit system currently in
14     place, all right.
15              Do other states have a photo
16     identification standard that allows for an affidavit to
17     be signed if they they're unable to meet the photo
18     identification standard?  You sign the affidavit, again,
19     under significant penalties, correct?
20              MS. MCGEEHAN:  Right.
21              REP. ANCHIA:  Do other states have that?
22              MS. MCGEEHAN:  I believe so.
23              REP. ANCHIA:  Does Michigan have that?
24              MS. MCGEEHAN:  Yes, I know Michigan does
25     because I think they have a pretty strict requirement
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261187

USA_00018082

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 72 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 184 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                JUNE 14, 2010

72

```
 1      that it has to be driver's license or other government
 2      issued photo ID.
 3                   REP. ANCHIA:  Right.
 4                   MS. MCGEEHAN:  And so they have an
 5      affidavit to kind of fail over if the person doesn't
 6      have that photo ID.
 7                   REP. ANCHIA:  So in Michigan, you're a
 8      Korean war veteran, senior, don't drive any more, don't
 9      have any form of photo ID, you can say, you know, under
10      penalty of perjury, two to ten in jail, $10,000 fine, I
11      am who I say I am, all right, I am eligible to vote in
12      this election, and you sign something and you vote,
13      right?
14                   MS. MCGEEHAN:  That's my understanding.
15                   REP. ANCHIA:  Just kind of like in Texas
16      but without -- but substituting our voter registration
17      certificate ID standard for the photo ID standard they
18      have in Michigan, right?
19                   MS. MCGEEHAN:  Right.
20                   REP. ANCHIA:  And that person, and that
21      person, I guess, would be subject to prosecution.  They
22      have left a piece of paper behind that is auditable,
23      correct?  I mean, that --
24                   MS. MCGEEHAN:  Right.
25                   REP. ANCHIA:  And could a vote be
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_003201

TX_00261188

USA_00018083

```
 1    invalidating at some point?  Could a person be

 2    prosecuted based on that paper?  That's two questions.

 3              MS. MCGEEHAN:  Yes, I don't know the

 4    Michigan law but I'm sure if they falsely swore an

 5    affidavit, that's going to violate the state penal code.

 6              REP. ANCHIA:  What's always gotten me is

 7    that I'm more worried about people not being able to

 8    exercise the franchising in this state than what I think

 9    is, are very few cases of voter impersonation.  And I

10    think it would be a horrible injustice, by way of

11    example, if that senior was not allowed to vote just

12    because they didn't have the piece of paper.

13              In my view, having an affidavit bypass

14    standard would make a lot of sense if you were to adopt

15    a strict photo ID standard, so people don't fall through

16    the cracks, people who have fought for our country,

17    people who are disabled or people who just can't do it,

18    and we have had testimony.  That's why I asked that line

19    of questioning, because I'm very concerned about folks

20    not being able to vote when they're legally entitled to

21    do it, if we adopt a strict standard.

22              What does Idaho do?  I was curious to see

23    your write-up on Idaho.  I mean, I see that they've gone

24    -- what I didn't see in the write-up is any sort of

25    affidavit, right?
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261189

USA_00018084

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 74 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 136 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10
JUNE 14, 2010

74

```
 1                MS. MCGEEHAN:  Right.
 2                REP. ANCHIA:  I like the fact that you
 3      can -- you know, if ID becomes the new standard, you
 4      know, and it is ostensibly or theoretically designed to
 5      provide more security, then you can use it to vote same
 6      day.
 7                I think that's a very interesting
 8      feature, one that I've been a proponent for in the
 9      legislature.
10                What happens if you don't have it?  I
11      guess it's here at the bottom.  I'm sorry, I missed it.
12      Without the proper ID, have the option of signing an
13      affidavit with their name and address.  Do you know what
14      the affidavit says?
15                MS. MCGEEHAN:  I do not.  We could, you
16      know, we could definitely go back and do a little more
17      research on the states that have the affidavit option
18      and kind of spell that out, because they're each so
19      different.
20                REP. ANCHIA:  Okay.
21                MS. MCGEEHAN:  We could do that.  We
22      would be happy to do that.
23                REP. ANCHIA:  Some of these other states
24      allow cure periods, two days, five days.
25                MS. MCGEEHAN:  Right.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_003203

TX_00261190

USA_00018085

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 75 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 187 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                                  JUNE 14, 2010

75

```
 1                    REP. ANCHIA:  Do you have data on how

 2         many people come back to cure?  I'd be interested to

 3         know that.

 4                    MS. MCGEEHAN:  I don't know that

 5         question.

 6                    REP. ANCHIA:  Some of these states, I'm

 7         sure, probably keep logs of folks.

 8                    MS. MCGEEHAN:  Right.

 9                    REP. ANCHIA:  We turn them away and, you

10         know, we get a two percent cure rate or a 20 percent

11         cure rate.  I'd be interested to know those numbers.

12                    MS. MCGEEHAN:  Okay.

13                    REP. ANCHIA:  Let's see what other

14         questions I have here.

15                    A majority of states -- I should say 27

16         states, you used the 27 number earlier in your survey of

17         the states.  Is it 27 states that have some form of

18         voter identification standard?

19                    MS. MCGEEHAN:  Yes.

20                    REP. ANCHIA:  That includes Texas,

21         correct?

22                    MS. MCGEEHAN:  Right.

23                    REP. ANCHIA:  So 23 states have nothing?

24                    MS. MCGEEHAN:  I'm not sure if that's the

25         best way to say it.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261191

USA_00018086

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 76 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 188 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

76

1          REP. ANCHIA:  Okay.

2          MS. MCGEEHAN:  I think that they, kind of

3     like probably the way our law used to be, I think,

4     before 1997 in our state, it still required a voter

5     registration certificate, but if you didn't have it, you

6     could just simply sign the affidavit stating you didn't

7     have it.

8          I think we characterize those states as

9     not requiring ID because a person can vote without

10    requiring it but it's not to say that they never --

11         We can re-phrase that on the chart a

12    little better.

13         CHAIRMAN:  What that means is in those

14    states, you can vote without any documentation?

15         MS. MCGEEHAN:  Right.

16         CHAIRMAN:  Whereas in the others, you

17    have to have some form of documentation, right?

18         MS. MCGEEHAN:  Right.  I guess in these

19    states where no ID is required, they have exceptions for

20    folks that don't have ID.

21         REP. ANCHIA:  So of the 27 states that do

22    have a voter identification standard, a voter ID

23    standard like we do in here Texas, how many are photo

24    again, 11?

25         MS. MCGEEHAN:  11.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_003205

TX_00261192

USA_00018087

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 77 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 189 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

77

```
 1              REP. ANCHIA:  And then how many of those
 2    11 have an affidavit bypass?  I see Idaho has one.
 3              MS. MCGEEHAN:  Yes.  That I would need to
 4    count up.  I didn't look so I need to look through the
 5    chart and get you that number, so we'll get you that
 6    number too, out of the photo ID, how many allow an
 7    affidavit.
 8              REP. ANCHIA:  Uh-huh.  And of those 11,
 9    how many do registration, same day registration either
10    during early vote or on election day?  Is North Carolina
11    one of the 11?
12              MS. MCGEEHAN:  No, they don't require
13    photo ID.
14              REP. ANCHIA:  Got it.  Okay.  Thanks,
15    Ann.  I appreciate it.
16              MS. MCGEEHAN:  Okay.  You're welcome.
17              CHAIRMAN:  I'd like to know also, while
18    you're doing that, is, in other words, is it true that
19    even among the 27, you cannot vote without providing
20    some form of documentation?
21              In other words, if I understand the photo
22    ID, I assume in New Mexico, where you mentioned they
23    just signed an affidavit, I assume they have to present
24    some kind of non-photo before they sign the affidavit in
25    New Mexico, it's not just an affidavit, because if it's
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_003206

TX_00261193

USA_00018088

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 78 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 190 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

78

1    just an affidavit, then I put them in the 23 category

2    rather than 27, because you can vote without any

3    documentation whatsoever.  I don't care what they

4    technically require, if they allow you, if you don't

5    have it --

6              MS. MCGEEHAN:  Yes.

7              CHAIRMAN:  -- to just sign something and

8    go vote.

9              MS. MCGEEHAN:  We can do a little more

10   research.

11             Apparently it looks like they sort of

12   modified their existing photo ID law to kind of give

13   this out for the statement that that doesn't require any

14   ID, but we'll --

15             CHAIRMAN:  In my mind, if anybody can go

16   up and vote without documentation, you know, because

17   they say, "I don't have whatever ID you require," then

18   would that not, more than likely, more fairly be put in

19   the 23 category?

20             I'm interested in states where you cannot

21   vote without a piece of paper, and then somehow

22   distinguishing one state from the other in terms of what

23   piece of paper they require.  And I'd also, while you're

24   at it, I want to know if there's any voting rights

25   states that has had a voter ID bill approved through



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261194

USA_00018089

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 79 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 191 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

79

```
 1      either the Obama justice department or the D.C. district
 2      court, any.  And if so, kind of what that, what that
 3      legislation is.
 4                  MS. MCGEEHAN:  Okay.
 5                  REP. HARPER-BROWN:  Mr. Chair?
 6                  CHAIRMAN:  Yes, Representative Harper-
 7      Brown.
 8                  REP. HARPER-BROWN:  Thank you,
 9      Mr. Chairman.  A couple of things.  I agree with
10      Representative Anchia, we certainly don't want to make
11      it more difficult for people to vote, but do you
12      remember last year -- that's why I was so impressed when
13      the gentleman from Georgia came to speak to us, and I
14      think he testified to the fact that they had had 19
15      elections since they finally got their voter ID law in
16      place, and they hadn't had any complaints.  Do you
17      remember, isn't that what he testified to?
18                  MS. MCGEEHAN:  That sounds right.
19                  REP. HARPER-BROWN:  And I know that I
20      looked personally and saw where the voting numbers had
21      actually gone up, so it didn't seem to keep people from
22      going to the polls because the voters had increased.
23      And I believe that question, I asked him that question
24      too and he agreed that the numbers had gone up, so it
25      hadn't really hurt them.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

**ESQUIRE**
DEPOSITION SOLUTIONS

JA_003208

TX_00261195

USA_00018090

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 80 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 192 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                                    JUNE 14, 2010

80

```
 1                    The other thing is that I think there are

 2       a lot of things that we pass laws on down here that we

 3       don't have a hard, firm, fast number on.  Children,

 4       uninsured children I think is a very good example of

 5       that.

 6                    We have some data, we have some cases of

 7       children going in to hospitals without insurance but

 8       then we extrapolate a percentage of uninsured children

 9       compared to the number of children in the state based on

10       some facts that we use, but not do see say that because

11       five children went into the hospital without insurance,

12       we only have five children in the state that don't have

13       insurance.  That's probably the case too, isn't it?

14                    I mean, you at least said earlier it's

15       hard to quantify whether people are voting illegally or

16       not because somebody has to know that that person

17       walking in there is impersonating someone else or has

18       some really good fact behind it.  So I mean, we

19       extrapolate a lot of the numbers and pass a lot of laws

20       based on per formas or on estimates, not on the hard

21       facts.

22                    Getting back to the mail-in ballot,

23       because I think that's probably what they were talking

24       about when they said ballots, is it possible --

25                    Their claim is that it's possible for a
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261196

USA_00018091

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 81 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 193 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

81

1    vote harvester to take a mail-in ballot and have someone

2    sign four or five of these applications at a time and

3    then they mark which election it's for and mail it back

4    in.  Is that possible?  Because there's not a hard firm

5    data on a request for a ballot for each election.  You

6    could have someone in a nursing home sign one of these

7    four or five times and then just check and mail it in.

8    Is that possible?

9            MS. MCGEEHAN:  I mean, it's possible,

10   sure.  I mean, a campaign could do that and have a voter

11   sign and leave it blank, and then when it came time for

12   a election, submit that ADDM on behalf of that voter.

13           REP. HARPER-BROWN:  Okay, all right.

14   Thank you.

15           MS. MCGEEHAN:  Uh-huh.

16           CHAIRMAN:  Dr. Allen?

17           REP. ALLEN:  Yes, my question is on

18   provisional ballots.  What, if any, impact has

19   provisional ballots had on the election process?  How

20   are they counted, when are they counted, are they

21   counted?

22           MS. MCGEEHAN:  Let me see.  I did get

23   some data.  I figured that question might come up this

24   morning.  In the November, 2009 constitutional amendment

25   election, this is based on what counties have reported



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

**ESQUIRE**
DEPOSITION SOLUTIONS

TX_00261197

USA_00018092

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 82 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 194 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

82

1    to us.  There were 3903 provisionals cast, and out of

2    that, only 421 were counted.  And that's generally what

3    we see.  Most provisional ballots are not counted.

4              In the primaries, the March primaries,

5    there were, in both parties combined, there was 3110

6    provisional ballots cast and there were 1402 counted.

7              REP. ALLEN:  When they are counted, do

8    they have an impact on the election?

9              MS. MCGEEHAN:  They certainly can have an

10   impact.  You know, in a close election, the provisionals

11   ballots are required to be reviewed and processed and

12   counted within seven days of the election.

13             REP. ALLEN:  So if I have a contest that

14   I'm contesting, it may have an impact, but it's their

15   example, the election is today and the winner is

16   announced tonight at 7:00 or 8:00, provisional ballots

17   have no impact on the that election?

18             MS. MCGEEHAN:  Well, they have to be

19   counted.  I mean, I wanted to make sure, because a lot

20   of folks think that unless it's a close election, the

21   provisional ballots aren't qualified and counted, and

22   they have to be qualified and counted regardless of the,

23   you know, the margin of victory.

24             What's announced on election night is

25   unofficial election returns, so until the provisional



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00261198

USA_00018093

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 83 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 195 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                                    JUNE 14, 2010

```
1     ballots and qualified and counted and until the overseas

2     ballots have come in, because they can come in up to

3     five days after the election, it's not official until

4     the canvas, because the canvas occurs after those two

5     events, after the provisional ballots and overseas

6     ballots have come back in.

7               So yes, I mean, the press likes to

8     announce on election night.  It's a good indication but

9     it's not the official canvas totals until all the

10    ballots are qualified.

11              REP. ALLEN:  Okay.  When you say 3110

12    ballots were cast in the March election but only 1000

13    were counted, why might -- that's a large number of

14    people that say, "I want to vote.  I'm at my wrong

15    polling place, let me vote here."

16              MS. MCGEEHAN:  Yes.

17              REP. ALLEN:  And I vote provisionally,

18    what is kicking all of these out?

19              MS. MCGEEHAN:  Well, for the November

20    general election, we do collect the data from the

21    counties on the reason why a provisional ballots weren't

22    counted, and so what our data has shown from '06 and '08

23    is the usually the reason a provisional ballot is not

24    cast is that the person is casting a vote, they're a

25    registered voter but not in that precinct, so they're
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261199

USA_00018094

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 84 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 198 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

84

```
 1    showing either in a different county or a different
 2    precinct from where they're registered to vote so it's
 3    not counted.  It does serve, by voting provisionally,
 4    that serves to get them registered in that new precinct
 5    but their ballot is not counted.
 6              REP. ALLEN:  So it becomes a registration
 7    process too?
 8              MS. MCGEEHAN:  Yes.  The affidavit serves
 9    as basically a voter registration application.  So it
10    will serve to get them registered for future elections
11    but it does not cure it for that election.
12              REP. ALLEN:  Okay.
13              CHAIRMAN:  Just to be clear, that
14    situation, even if I vote for president, if I'm in the
15    wrong precinct, my vote for president doesn't count?
16              MS. MCGEEHAN:  That's correct, it does
17    not count.
18              CHAIRMAN:  Earlier, you said when you
19    registered to vote, you check to make sure that their
20    driver's license matches the person who's registering or
21    that their Social Security number matches the person who
22    registered.  If they don't have either of those things,
23    are they registered anyway?
24              MS. MCGEEHAN:  Yes.  But in that
25    situation, where they don't have either one of those
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_003213

TX_00261200

USA_00018095

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 85 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 197 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                                   JUNE 14, 2010

85

```
 1      identification numbers, they are registered but they are
 2      marked as ID required, which means that when that voter
 3      votes, they have to produce evidence of their identity.
 4      And it's the same list that's authorized in state law
 5      for a voter who doesn't have their voter registration
 6      certificate, so whether they vote by mail or in person,
 7      they have --
 8                  CHAIRMAN:  I'm trying to understand how
 9      that's different than just voting period.
10                  MS. MCGEEHAN:  Well, the difference is
11      they can't show their voter registration certificate.
12                  CHAIRMAN:  Okay.
13                  MS. MCGEEHAN:  So they can't come in with
14      that.  It has to be something other than their voter
15      registration.
16                  CHAIRMAN:  That's the only difference?
17                  MS. MCGEEHAN:  Yes.
18                  CHAIRMAN:  Okay.  Yes, Representative.
19                  REP. HEFLIN:  Real quickly, and I should
20      have asked this earlier.  You know, the attorney general
21      has jurisdiction of prosecuting these cases.  Has there
22      been any attempt to survey the 254 counties and all the
23      little cities as to actual allegations of fraud that did
24      not go to the Attorney General or that did not report to
25      the Secretary of State things that either they blew off
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261201

USA_00018096

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 86 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 198 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

86

1    or tried to prosecute locally, or anything like that,

2    has there been a survey done as to what's happening out

3    in the field?

4                MS. MCGEEHAN:  I'm not aware of any

5    survey like that.

6                REP. HEFLIN:  Would that be beneficial?

7    I mean, you know, if that's what we're looking at, maybe

8    we need to survey our prosecutors out there, see if it's

9    out there, why aren't they doing it.

10               MS. MCGEEHAN:  Uh-huh.  Okay, we can look

11   into that.

12               REP. HEFLIN:  Thank you.

13               MS. MCGEEHAN:  Uh-huh.  That's all I

14   have.

15               REP. BOHAC:  Members, are there any other

16   questions?  If not, Committee on Elections stands

17   adjourned.

18               (End of recording.)

19

20

21

22

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00261202

USA_00018097

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 87 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 199 of 208
FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

87

```
 1    IN THE COUNTY OF TRAVIS    )

 2    STATE OF TEXAS             )

 3        I, Lynne Rodriguez, Certified Shorthand Reporter in

 4    and for the State of Texas, hereby certify to the

 5    following:

 6            That the CD entitled, "Committee on Elections

 7    Meeting, 6/14/10" was transcribed at the request of Anne

 8    Wilson, 209 West 14th Street, Attorney General's Office,

 9    Austin, Texas 78701, and the amount due is

10    $_____.

11        That the aforementioned CD was transcribed

12    to the best of my ability to hear and understand the

13    CD;

14        That the transcript was submitted by

15    E-trans on May 10, 2012, to Anne Wilson, 209 West

16    14th Street, Attorney Generals' Office, Austin,

17    Texas  78701;

18        I further certify that I am neither

19    counsel for, related to, nor employed by any of the

20    parties or attorneys in the action in which this

21    proceeding was taken, and further that I am not

22    financially or otherwise interested in the outcome

23    of the action.

24        Certified to by me, this 9th day of

25    May, 2012.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261203

USA_00018098

88

1

2

3

4        *Lynne M. Rodriguez*

5        Lynne Rodriguez, Texas CSR No.
         Expiration Date 12/31/13
6        FIRM REGISTRATION NO: 283
         ESQUIRE DEPOSITION SERVICES
7        100congress, Suite 2000
         Austin, Texas  78701
8        (512) 328-5557

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25





Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_003217

TX_00261204

USA_00018099

FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

89

**A**

**ability**
18:15 19:11
87:12
**able**
6:22 24:11
31:14 35:10
39:5 41:24
73:7,20
**absentee**
49:16 51:11
51:16,20
56:3 59:10
60:2
**Absolutely**
5:24 6:6 7:3
14:18 24:20
**accompanied**
47:25
**accused**
7:7
**acquittal**
9:17
**act**
34:17 45:14
64:16
**action**
87:20,23
**actual**
9:17 20:10
51:20 85:23
**add**
3:10
**addition**
12:18,20
60:5
**additional**
10:21
**ADDM**
81:12
**address**
25:18 32:25
34:1 36:5
39:25 74:13
**addressed**
38:20 39:22
**addresses**

30:1
**adduced**
19:23
**adjourned**
86:17
**administr...**
44:22
**admissible**
34:17
**admitted**
16:6
**adopt**
73:14,21
**advance**
4:9
**affidavit**
30:23 36:18
37:1,15,22
38:4,7
42:12 69:11
69:12,14,15
69:16,25
70:11,12,16
70:16,25
71:2,13,16
71:18 72:5
73:5,13,25
74:13,14,17
76:6 77:2,7
77:23,24,25
78:1 84:8
**affidavits**
37:5,11
**affirmati...**
25:11
**aforement...**
87:11
**agency**
23:9 24:12
**aggressive**
59:15
**ago**
4:1
**agree**
14:6 65:5
79:9
**agreed**
79:24

**agreement**
13:13,19
**AG's**
14:24 48:2
**ahead**
12:7 29:21
**aliens**
19:19,20
**alive**
57:22
**allegation**
8:1 18:4
26:25 27:4
60:19,21
**allegations**
11:21,23
26:2 27:20
46:20 47:12
64:10 85:23
**Allen**
2:6,7 60:10
60:11,23
81:16,17
82:7,13
83:11,17
84:6,12
**allow**
6:22 36:25
40:9 42:22
57:10 74:24
77:6 78:4
**allowed**
39:18 73:11
**allows**
40:1 70:8
71:16
**amendment**
81:24
**amount**
47:24 87:9
**analysis**
9:2 11:6
**Anchia**
2:8,9 14:7,8
14:12,15,19
14:23 15:4
15:9 20:2,3
20:4,8,13

20:15,20
21:6,11
22:4 24:17
24:18,21
25:11 26:3
26:24 27:12
27:16,19
28:4,7,18
29:5 30:15
30:22 31:12
31:22 32:1
32:12,15,19
32:22 33:4
33:22 34:12
34:21 36:21
36:25 37:8
48:12,16,19
48:22,25
49:5,7 50:2
56:15 58:4
60:8,9 61:1
61:2,12,14
61:18,23
62:9,14,17
63:3,5,8,17
63:21,23
64:7,11,17
64:22,25
65:17,25
66:8,12,17
66:21 67:22
68:2,9,14
68:17,21,25
69:6,17,22
70:2,5,10
70:13,19,22
71:6,9,12
71:21,23
72:3,7,15
72:20,25
73:6 74:2
74:20,23
75:1,6,9,13
75:20,23
76:1,21
77:1,8,14
79:10
**and/or**
25:2

**Ann**
36:1,3 37:10
77:15
**Anne**
87:7,15
**announce**
83:8
**announced**
82:16,24
**anonymous**
63:6 65:6
**answer**
14:1,2 23:16
45:6 51:13
52:1 66:13
**answering**
35:20
**anybody**
3:12 25:6
42:17 78:15
**anyway**
28:11 58:15
84:23
**Apart**
13:18
**apparently**
11:14 19:22
29:23 57:14
78:11
**appeal**
41:12
**appeals**
41:7
**appeared**
4:1
**applicant**
53:5
**application**
18:8 27:2,7
50:19 52:25
55:15 84:9
**applications**
81:2
**applies**
9:3
**appreciate**
24:19 77:15
**appropriate**



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_003218

TX_00261205

USA_00018100

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 90 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 202 of 208

FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

90

39:9
approval
44:6
approved
78:25
April
19:17 40:24
area
8:12
areas
47:7
articulated
25:22
aside
43:22
asked
3:2 22:4
 31:5 73:18
 79:23 85:20
asking
69:17,21
assorted
49:24
assume
77:22,23
assumes
39:15
attempt
51:11 85:22
attorney
3:16,20 4:5
 4:13 5:1
 44:1 46:15
 46:18 47:17
 64:4 85:20
 85:24 87:8
 87:16
attorneys
6:16 36:8
 46:8 87:20
audit
56:18 58:5
 58:17,21
 59:1
auditable
72:22
August
7:15 14:10

Austin
87:9,16 88:7
authorities
65:22
authority
66:5
authorized
85:4
automatic
57:4
automatic...
55:12
available
31:10 62:18
aware
86:4

B
back
22:3 28:5
 37:5,6,17
 39:5 49:9
 49:13 59:8
 63:15 66:16
 67:23 74:16
 75:2 80:22
 81:3 83:6
background
3:22
ballot
18:5,6,8
 22:18 25:23
 27:2,7,9
 28:9,9 50:3
 50:10,19,20
 51:11,16,20
 54:23,24
 55:11,12,18
 55:19 56:3
 59:10,21
 60:2 61:15
 62:4,18,25
 63:13,18
 69:14,16
 80:22 81:1
 81:5 83:23
 84:5
ballots

21:25,25
 27:11 49:17
 61:9,21
 62:21 80:24
 81:18,19
 82:3,6,11
 82:16,21
 83:1,2,5,6
 83:10,12,21
bank
39:23
base
53:11,16
 58:3 65:19
based
5:4 11:5
 20:25 23:11
 26:9 31:19
 32:1,16
 57:18 64:3
 73:2 80:9
 80:20 81:25
baseless
8:12
bases
57:23
basically
56:5 84:9
basis
26:15 53:18
 64:7
Beall
36:8
behalf
3:20 81:12
belief
20:25
believe
7:25 9:24
 19:19 27:14
 44:14 71:22
 79:23
beneficial
86:6
Berman
3:5
best
75:25 87:12

better
66:1 76:12
beyond
11:3 16:13
 27:15
big
41:17 68:14
 68:20
bigger
68:17
bill
39:23 44:7
 44:10 78:25
bills
28:22 31:17
 31:20 32:4
 32:7 61:6,8
 61:19 64:1
birth
30:2 33:2,24
 38:13 39:20
bit
10:17 22:15
 24:1 37:3
 37:14
blank
81:11
blew
85:25
Bohac
2:10,11
 24:24 86:15
boldface
8:11
Bonnen
2:12
book
29:22,24
 30:3 31:5
 33:1,7,18
 33:23 69:11
borne
25:21
bottom
74:11
briberies
50:8
bribery

49:25
briefly
3:21
brought
27:5
Brown
2:12,13
 21:18 79:7
bulk
23:13 25:24
Bureau
53:15 57:17
 57:23 58:2
 58:10
burglary
23:25
Bush
44:22 45:2
 45:19
bust
71:1
buzz
31:23
bypass
73:13 77:2

C
call
2:2 3:15
 12:12 69:15
called
18:24 19:2
 69:15
calling
52:1
calls
35:25
campaign
48:12,13
 58:20 59:18
 65:4 81:10
campaigns
59:15 60:6,6
cancel
57:21 59:20
candidate
20:16 21:1
 59:20



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_003219

TX_00261206

USA_00018101

FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                JUNE 14, 2010

91

canvas
83:4,4,9
card
30:13,16
  35:13 58:12
  58:25 59:2
care
78:3
Carol
28:16 29:13
  29:18,21
  30:5,24
  31:15 32:5
Carolina
77:10
case
16:4 21:5
  23:24 28:12
  28:15,19,21
  29:10 30:24
  31:13 33:12
  33:13 34:23
  41:1,12
  49:3 56:16
  57:2,12
  64:20,23
  80:13
cases
5:12 6:17,18
  13:11 14:20
  15:24 16:13
  16:16 17:2
  19:14,15
  20:6 21:20
  22:6,12,17
  27:3 28:24
  34:20,24
  48:20 49:1
  49:5 54:6
  73:9 80:6
  85:21
cast
15:6 22:4
  66:9 67:1,8
  67:12,14
  82:1,6
  83:12,24
casting

catch
27:21 83:24
catch
33:1 59:9
categories
11:8,13
  26:18
categorize
27:8
category
13:1,3 43:16
  49:23 78:1
  78:19
caught
50:11 51:10
  51:22 56:2
  56:11 58:14
CD
87:6,11,13
central
66:5
certain
37:20 38:3
  39:4 45:11
  59:18
certainly
16:21 22:17
  26:15 27:13
  34:20 35:15
  57:10 79:10
  82:9
certificate
29:15 39:16
  39:17,21
  62:3 69:19
  69:25 70:18
  72:17 76:5
  85:6,11
Certified
87:3,24
certify
87:4,18
chain
50:22
Chair
3:15 35:25
  79:5
chairman
2:1,17 3:1

3:18 5:20
5:23,25
6:19 7:2,19
8:9,23 9:8
9:12,19
10:2,10,13
10:19 11:7
11:19,22,25
12:5,7,9,10
12:14,18,23
13:1,6,10
13:21,24
14:3,7
15:11 16:9
16:12,19,23
16:24,25
18:1,15
19:3,7,11
20:1,2,3
21:16,17
23:1 24:8
24:16,18
25:14 34:22
35:3,6,18
35:21,25
37:10,19,25
38:2,6,14
38:17,22
39:1,4,8,11
40:18,22
41:22 42:3
42:7,11,15
42:24 43:1
43:12,19
44:3,13,21
45:4,13,17
45:22 47:8
47:11 48:3
49:15,21
50:9,23
51:8,15
52:3,4,5,7
55:24 56:15
56:22 57:1
58:4,11,23
59:6,9 60:1
60:4,8,10
61:1 66:24
67:5,11,15

67:18,21
76:13,16
77:17 78:7
78:15 79:6
79:9 81:16
84:13,18
85:8,12,16
85:18
Chairman's
61:3
challenge
41:6 69:15
chance
19:13
change
45:11,11
  63:11 65:8
changes
3:7 47:6
  50:16
characterize
16:13 41:23
  76:8
character...
44:5
charge
2:23,25 3:3
  25:15 36:6
  45:24
charged
21:10,13
  30:6,20
charges
27:1,5,24
chart
36:9 37:8
  76:11 77:5
charts
37:3,4
check
39:24,24
  81:7 84:19
checked
31:1,2
children
80:3,4,7,8,9
  80:11,12
circumsta...

5:7
cities
85:23
citizens
20:24 46:7
  53:20
citizenship
39:21 53:17
  53:23
city
49:4 62:25
  64:21
claim
80:25
clarify
56:16
clear
5:21 8:18
  14:16 18:18
  22:13 24:8
  34:22 37:10
  54:18 84:13
clearly
32:19,21
  34:3 43:10
  51:15 64:10
clerk
2:2,4,6,8,10
  2:12,15
  62:12,24
clerks
53:17
close
58:21 82:10
  82:20
closed
18:14
clothes
48:5
code
3:23 4:14
  5:1,8,19
  6:8,10 8:2
  8:5 16:6
  18:5,11,24
  24:2 46:10
  46:14 52:12
  73:5



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_003220

TX_00261207

USA_00018102

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 92 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 209-3 Filed 06/20/12 Page 204 of 208

FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

92

coin
65:20
collect
83:20
columns
37:4
combat
47:7
combined
82:5
come
2:2 4:17 5:4
23:20 39:5
42:22 43:21
45:1 47:1,2
48:10,11
59:15 75:2
81:23 83:2
83:2,6
85:13
comes
8:2,19 24:2
comfortable
52:2
coming
54:13 60:21
comments
3:12
committed
11:6
committee
1:7 2:1,25
3:4 4:2,12
19:17 20:5
24:9 25:6
45:25 86:16
87:6
committing
34:16 56:3
communica...
49:13
community
54:6
compare
56:23 57:24
compared
80:9
comparison

57:5
compiled
7:12
complaint
7:21 8:10,13
8:16 46:8,9
46:11 47:18
48:1,7 55:15
complaints
5:9 23:20
26:9 46:22
46:24 47:1
47:1,2,4
48:16 54:16
55:9 61:15
63:12,18,24
68:3,3,5,6
79:16
complete
50:18
completely
8:12 63:5
completeness
18:3
complied
5:8 32:17
concept
18:19
concerned
5:19 73:19
conclude
30:4
conclusion
10:18 25:7
65:16
confirm
17:16
confirmation
44:16
confused
10:2 17:1
consent
28:9
consider
42:11 60:12
considering
4:25
consistent

26:3
constitut...
41:2 81:24
contain
54:24
contains
69:11
contention
25:20
contest
82:13
contesting
82:14
contests
65:23
context
22:18
contextua...
24:22
continue
2:21 5:23
18:1 35:18
conversat...
23:19
convicted
27:21 53:13
conviction
11:9
copies
41:18
copy
39:22
corollary
65:2
correct
8:16 11:15
14:22 20:13
20:18 22:9
24:15 25:8
25:25 29:12
30:9 43:15
45:20 54:17
61:9,16,21
63:14 69:4
69:11,12,25
70:3,20
71:7,19
72:23 75:21

84:16
correctly
20:8
counsel
87:19
count
7:14 13:7
37:2 42:18
43:4,6,9
77:4 84:15
84:17
counted
81:20,20,21
82:2,3,6,7
82:12,19,21
82:22 83:1
83:13,22
84:3,5
counties
45:12 81:25
83:21 85:22
country
73:16
counts
27:5,25 43:4
county
6:16 8:25,25
16:5 24:6,7
28:15 29:9
41:1 45:11
49:3 52:24
53:1 54:23
58:6,8
62:24 84:1
87:1
couple
48:14 79:9
course
7:18 36:11
39:13 40:24
41:20 45:24
46:5
court
14:4 40:25
41:5,7,13
44:8 79:2
covered
44:19,20

45:12
cracks
73:16
Crawford
41:1
crazy
68:9
crime
11:6 23:4,5
47:19
criminal
4:6,15,18
6:17 7:4,12
7:13 8:6
34:18 46:7
46:14
criteria
58:1
Crowder
28:16 29:13
29:18,21
30:5,24
31:15 32:5
56:17
CSR
88:4
cure
38:8,15 39:1
40:19 74:24
75:2,10,11
84:11
curious
33:12 73:22
current
39:23 69:10
currently
10:24 16:1
25:17 69:4
71:13
custody
50:22

_____
D

DA
8:24 24:1,7
Dallas
54:22
DAs



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261208

USA_00018103

FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

93

14:20
data
30:3 46:1,3
53:11,16
57:23 58:3
65:15,18,18
65:18,22,23
66:1,2 75:1
80:6 81:5
81:23 83:20
83:22
database
57:24
date
30:2 33:2,24
38:12 57:7
88:5
day
5:16 19:2
40:9,14,16
40:19 42:1
43:8 48:5
59:22 60:13
74:6 77:9
77:10 87:24
days
37:16,19
39:5 41:25
42:18,22
43:7 74:24
74:24 82:12
83:3
day-to-day
26:15
DA's
6:16 14:20
23:19
dead
58:24
deal
11:9 14:24
dealing
14:17 23:12
24:23 65:15
65:17
deals
18:5
dealt

23:14
deaths
53:14
deceased
29:19,19
33:19 56:17
56:19,24
57:2,7,8,21
decentral...
66:4
decide
27:14
decided
2:20 11:5
13:16 15:23
decides
4:22
decisions
65:19
defendant
13:13
defer
60:9
define
12:11 52:7
defined
52:11
definitely
44:18 74:16
definitiv...
32:10
degree
10:4
delineated
18:10
Democrat
29:13
Democratic
29:11,11
department
44:7 45:3,20
79:1
dependent
5:17
depending
16:21
DEPOSITION
88:6

Deputy
4:5
describe
11:21 26:5,8
described
25:22
designed
74:4
detail
41:18 47:23
detect
50:10 51:7
determina...
8:4
determine
43:2,24
51:17 52:23
56:24
determines
59:1
determining
51:9
deterrents
62:1,17
deterring
62:1
dialogue
6:15
died
57:14
dies
58:11
difference
10:20 51:22
56:1 61:25
65:10,11
85:10,16
differences
65:12
different
2:24 11:7
18:25 19:1
26:18 29:3
30:2 37:3
37:14 38:10
38:19,21
69:2,18
74:19 84:1

84:1 85:9
difficult
18:17 54:7,9
59:5 79:11
direct
6:7
directly
24:4
director
45:1
directs
45:24
disabled
73:17
disagreement
25:5
discovery
51:1
discuss
7:8
discussed
25:14 49:3
55:13
discusses
25:15,17
discussing
4:25
discussion
26:16
dismissal
9:21 13:20
dismissals
17:12
dismissed
9:16,23 10:7
10:11 17:5
17:6,7,23
distingui...
78:22
district
44:8 46:8
53:17 79:1
division
4:16,16,18
4:19,21,23
divisions
4:13 7:13
document

39:24 50:20
documenta...
50:17,24
76:14,17
77:20 78:3
78:16
doing
48:15 77:18
86:9
doubt
11:4 27:15
DPS
53:13
Dr
60:10 81:16
drive
61:7 72:8
driver's
20:23 31:2,7
31:16 32:6
32:11,14
33:17 39:19
53:3,4,5
58:2 70:3
70:24 72:1
84:20
due
87:9
Dyer
3:16,18,19
5:22,24 6:6
6:24 7:3,22
8:17,24 9:9
9:13,21
10:6,11,15
10:22 11:17
11:20,23
12:1,6,8,12
12:15,20,24
13:4,7,12
13:23 14:1
14:5,10,14
14:18,22
15:1,8,17
16:10,16,20
17:3,7,11
17:15,22,25
18:2,17



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261209

USA_00018104

FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                          JUNE 14, 2010

94

```
19:5,10,13          15:7              84:11            Eric              exercise
20:7,12,14          either           electione...      4:4               73:8
20:19 21:4          5:16 7:16        18:13 49:25       ESQUIRE           existing
21:8,14              9:14 10:7       elections         88:6              78:12
22:10,20            10:25 11:1       1:7 2:1 6:21      establish         exists
23:15 24:15         11:9 12:24        7:6 55:16        24:9 46:13        18:23 25:6
24:20 25:9          13:12,19         66:5 67:2         estimates         experience
26:1,12             15:23 17:20      67:14,24          80:20             6:10,11
27:11,13,17         40:20 42:18      79:15 84:10       event             22:14 43:20
28:2,5,17           44:7 46:7        86:16 87:6        27:10             Expiration
29:4 30:10          48:19 54:11      eligibility       events            88:5
30:17 31:9          62:24 65:10      52:23             83:5              extent
31:21,24            77:9 79:1        eligible          everybody         6:13,20 23:2
32:9,13,16          84:1,22,25       20:17 21:1        50:17 54:5        24:9 25:14
32:21 33:3          85:25            26:21 30:5        evidence          47:15 56:1
33:21 34:8          elaborate        32:24 52:14       13:15 16:5        66:4
34:14,25            35:17            57:22 70:19       16:21 17:5        extrapolate
35:14,19,24         elderly          72:11            23:7 24:10         80:8,19
46:1 49:3           59:16            eliminate         25:9 34:18        E-trans
D.C                 election         15:12             37:16 47:19       87:15
44:8 79:1           3:23 4:14        else's            85:3
                     5:1,8,11,16     62:3              exact                   F
        E            5:19 6:8,10     employed          24:5 34:2        face
earlier              8:2,5 16:6      8:10 87:19        exactly          46:12
29:19 34:24         18:5,11         encapsulate       22:21 28:1        fact
45:3 59:23          19:2 23:24       19:1              37:25            8:14 20:22
75:16 80:14         24:2 26:19      encourage         examine           20:24 21:12
84:18 85:20         26:21 29:22      47:22            6:19 45:25        22:16,17
early               30:6 37:17      enforcement       example           26:8,10
5:16 27:2,7         40:15,16        3:23 4:14         6:15 7:23         29:12,14,18
50:13 59:24         41:25 42:1       5:11 6:11        8:24 27:6         31:15,16
62:24 77:10         42:23 43:8       9:1,3 22:24      59:21 73:11       32:5,16,23
easier              45:1 46:4       enforcing         80:4 82:15        33:9,16
35:15 50:10         46:10,14        41:14             exception         58:18 69:16
63:12               50:15 51:7      engaged           55:9              74:2 79:14
easy                52:12,18        47:14             exceptions        80:18
54:2 57:24          54:25,25        engaging          43:13,18         facts
effect              55:3,20         51:23             76:19            4:20 7:16
19:24               58:13,21        entire            excessive         9:6 10:25
effective           59:22 62:12     36:10 46:3        54:9              11:2,3
40:8,12             62:12 65:22     entirely          exclusive         15:23 19:14
effort              70:20 72:12     5:17              6:9 14:20         21:3 30:8
46:25 58:16         77:10 81:3      entitled          excuse            46:13 47:21
efforts             81:5,12,19      73:20 87:6        32:3 57:9         54:19 80:10
3:23 5:3,17         81:25 82:8      entity            excused           80:21
15:2                82:10,12,15     39:22             53:19,22         factual
eight               82:17,20,24     equivalent        exemptions        47:19
14:12,15            82:25 83:3      9:19              43:15            fail
                    83:8,12,20
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_003223

TX_00261210

USA_00018105

```
    72:5              5:19 9:4         Florida         45:2             40:23 53:9
fair                 23:12 86:3       38:13,24        frame            62:10,10,11
   11:12 16:18    figure                42:5 43:11    14:8             65:9
   17:21 47:24       28:24 31:6         43:21 44:16   franchising   full
   49:15,19          33:8 36:22         44:18,23      73:8             7:16 23:17
fairly               36:23              45:5,13       fraud            64:5
   78:18          figured           Florida's           3:5 6:20,21   fully
fall                 66:12 81:23        44:24            8:1 9:20        6:22
   73:15          file              folks               10:5,14,21   furnish
false                46:7,9,10          28:8 47:22       11:9,15         29:25
   27:1,6 28:8    filed                 59:13 62:25      13:2,11      furnished
falsely              65:23              73:19 75:7       14:24 15:13     31:15
   73:4           finally               76:20 82:20      15:14 16:3   further
familiar             5:10 7:4       follow               18:16 19:2      11:5 22:15
   35:16 39:13       53:12 79:15       22:11 61:2        23:2,8,8,13     87:18,21
   43:18          financially       following            23:18,24     future
far                  87:22             87:5             24:10 25:6      84:10
   5:19 46:18     find              forgery             25:10,12,19
   53:9 55:25        3:9 23:2,4        27:4 28:7        25:20,23    ─────────────
   58:21 61:12       24:3 59:6      forget              27:10 32:7          G
   68:20          finding              43:7             33:11 45:25   gender
fast                 9:20 12:24     form               46:4 47:7       32:25 34:2
   80:3              15:13 50:21       29:23 31:4,8     49:22 50:3   general
father            findings             36:12,16        50:10,11        3:16,20 4:6
   29:17 33:4        16:2              37:1 39:19       51:1,11,12      4:13 11:12
   33:19          fine                 72:9 75:17       51:17,20,21     32:2 37:19
father's             62:5 63:11        76:17 77:20      51:23,24        44:1 46:18
   57:13             71:9 72:10     formal              54:10 56:3      47:17 64:4
favorite          firm                 15:18 49:13      56:4,11         66:20,22,23
   24:24,25          80:3 81:4      formas              59:10 60:2      67:2,13
feature              88:5              80:20            60:12,16        68:2 70:15
   74:8           first             forms              61:4,16         83:20 85:20
feel                 5:2,6 36:5        40:2             62:1 63:9       85:24
   52:2 59:14        52:25 69:7     forwarded           63:13,18,24  generally
feelings          fit                  48:2            65:2,14,15      30:8,10 44:4
   51:10             43:16          fought              85:23           58:19 82:2
feels             five                 73:16        fraudulently   Generals
   27:15             37:16,18       found               21:25           87:16
felons               40:14,19          10:4,8 11:10  free            General's
   27:21 53:13       41:25 43:7        11:14 13:22      46:23           5:1 46:15
felony               63:21 64:2        28:21 56:20   Fresh              87:8
   30:7 62:6         64:17 74:24    founded             2:18         gentleman
   71:6,8            80:11,12          68:4           friends           79:13
felt                 81:2,7 83:3    four                63:2         George
   9:5 31:23      fledged              18:25 26:22    frivolous          45:2
FEMALE               7:17              67:13,16         8:11         Georgia
   13:25          flip                 81:2,7        front             38:23 42:5
field                65:20          fourth             19:17 40:17      42:21 43:11
                                                                       43:20 44:16
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261211

USA_00018106

FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                 JUNE 14, 2010

44:17,21
45:21 79:13
**getting**
15:20 16:8
53:10 56:2
57:16 58:10
80:22
**give**
2:21 3:21,24
14:14 33:9
36:17 41:18
78:12
**given**
21:1 34:10
**gives**
40:14
**giving**
52:2
**go**
12:7 31:4
36:10 37:5
37:6,17
44:10 68:10
68:11 69:23
74:16 78:8
78:15 85:24
**goes**
8:21 46:6
62:21
**going**
5:18 15:25
22:3 23:8
24:11 33:13
39:15 58:14
59:2,25
64:5 66:16
67:23 73:5
79:22 80:7
**good**
2:17 3:17,18
7:23 23:16
36:1,3
57:19 80:4
80:18 83:8
**gotten**
63:12 73:6
**government**
39:9,23,24

58:16 70:9
72:1
**governmental**
39:22
**grand**
4:20,21,22
11:4 13:15
15:25 16:15
16:18 27:18
**grandad's**
59:1
**granddad**
58:11
**grand-dad**
58:24
**greater**
50:25 51:19
**grounds**
41:7
**group**
42:10
**guess**
8:18 11:20
15:20 16:7
30:7 31:3
32:10 43:12
56:10 57:1
57:10 58:19
64:8 65:21
72:21 74:11
76:18
**guessing**
17:16
**guesstima...**
68:13
**guilt**
12:25
**guilty**
10:4,8 13:22
**gun**
33:15 34:5
**guy**
48:4,4

---
**H**
---
**habit**
2:19
**half**

17:14 49:19
49:22
**hand**
51:1 70:22
**handful**
9:23 12:2,11
12:11,12
**handle**
6:12 24:4
**handles**
4:16 26:13
**hands**
6:22 25:13
**happen**
7:24 39:2
**happened**
16:7 19:21
33:19 43:22
**happening**
54:22 86:2
**happens**
52:24 58:20
71:2 74:10
**happy**
41:17,19
74:22
**hard**
27:11 32:9
41:23 42:16
44:5,6
51:25 54:5
80:3,15,20
81:4
**Harper**
2:12 21:17
79:6
**Harper-Brown**
2:14 21:16
21:19 22:19
22:25 35:4
35:5 52:4,5
52:6,17
53:21,25
54:8,15,20
55:4,14,17
55:19,22
56:4 79:5,8
79:19 81:13

**Harris**
28:15 29:9
49:3
**harvester**
81:1
**haste**
34:4
**hate**
65:16 66:6
**head**
42:4 56:11
**heads-up**
66:10
**hear**
87:12
**hearing**
2:20
**Heflin**
2:15,16
85:19 86:6
86:12
**held**
67:2
**HELFIN**
12:10 16:24
17:1,4,9,13
17:18,24
**help**
24:22 34:15
34:19
**helpful**
24:22
**helping**
50:21
**helps**
50:18,19
**hesitant**
57:20
**hesitate**
65:13
**hey**
56:19
**high**
67:9
**higher**
66:16
**highlight**
47:6

**home**
50:14 51:2
59:15 62:21
63:1 65:7
81:6
**honest**
26:12 43:17
**horrible**
73:10
**hospital**
80:11
**hospitals**
80:7
**housekeeping**
4:3
**Houston**
60:24,25
**hundreds**
21:23
**hung**
15:20 16:8
**hurt**
79:25

---
**I**
---
**ID**
1:8 2:21
20:22,23
25:16 29:23
29:25 31:4
31:7,8,16
31:17 32:5
33:10,17
35:8,13
36:14,16,19
36:24 37:1
37:12,20,21
37:24 38:24
38:25 39:8
39:10,14
40:5,9,10
40:13,14,15
41:2,8,14
41:24 42:15
42:16,17,23
42:24 43:5
44:5,6,9
52:10 61:6



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261212

USA_00018107

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 97 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 210 Filed 06/20/12 Page 2 of 53

FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

97

```
61:8 64:1           32:19 34:17       incidences        information       intimidation
69:3,9,10           34:23 49:10       50:3              3:22 6:2           50:7
69:23 70:3          50:6 52:15        incident           7:12 20:25       introduced
70:9 72:2,6         71:4              60:11              27:2,6,18         31:18
72:9,17,17        illegally          incidents          30:11,18         invalidating
73:15 74:3          21:22 80:15       26:7              31:10 45:4         73:1
74:12 76:9        imagine            include            50:23 53:12      investigate
76:19,20,22         9:2,4 56:10       52:8 61:20        53:14 54:25        24:3 54:16
77:6,13,22        impact             included           57:16 58:9         54:18
78:12,14,17         81:18 82:8        32:2 50:7         69:1             investigated
78:25 79:15         82:10,14,17       61:8              initiate           11:24 16:14
85:2              impartial          includes           58:22             16:17 25:2
Idaho               41:9              39:19 70:8        initiatives        30:24
40:8 43:11        impersonated        75:20             14:23            investigates
73:22,23            54:3             including          injustice          4:17
77:2              impersona...        36:11 39:20       73:10            investiga...
idea                26:21 52:12       68:6              inside             16:4
24:12               52:14 54:1       increased          60:11,12         investiga...
identical           56:13 80:17       79:22            instance           4:19 7:13
2:24              impersona...       independent         19:25 34:19       11:1 56:20
identific...        18:16,20,22       58:16             35:6 65:8         57:11
3:7 25:16,18        19:8,12          Indiana           instances        investiga...
28:22 29:8          28:14 31:14       41:1,6,6,13       9:22 10:13        4:15 7:4,9
34:7 36:12          32:7 33:13        42:4 43:13        10:21 28:12       12:1 15:19
36:16 37:17         46:21 47:3        43:14,16,18       33:9 47:23        15:21 16:1
39:14,20            47:13,24          43:20 44:13      insurance          26:14 48:15
40:2 61:19          48:20 49:9       indicated          80:7,11,13       investiga...
61:20 70:23         49:22 50:11       10:25 56:5       integrity          5:15
70:23 71:16         51:6,12,17       indication         7:6             involve
71:18 75:18         52:7,8           11:8 51:19        interaction        10:20 21:23
76:22 85:1          54:10 56:3        51:21 59:25       24:1              46:19,20
identify            56:11 61:6        83:8             interest           47:24 49:16
34:16               63:14,24,25      indicative         41:2 60:7         64:12,15
identity            64:10 65:14       46:3             interested        involved
41:10,11            73:9             indicted           28:18 29:10       3:24 18:4,7
85:3              importance         12:3 13:8,14       58:13 75:2        19:8,12
ID's                5:2             indictment         75:11 78:20        22:8,10,18
20:23 41:23       important          4:23 9:24         87:22             22:22 47:13
III                 4:24 5:13        10:7,12          interesting        49:4 64:10
29:21 30:5          7:8,10           12:17,21          74:7             involves
30:24 31:15       imposed            13:16 17:19      interests          18:7
32:5                41:4             individual         7:7 63:10        involving
illegal           impressed          7:24 21:20        interim            18:9
18:9,21,24          79:12            21:22 65:4         2:23 3:1,4       in-person
19:9 26:5,7       Inaudible          indulge           interrupt          33:13 61:5
26:9,18,25          13:25            25:3              5:20             irregularity
27:4,8            incidence          informal          intervening        22:1
28:12,14            61:4 65:1        47:2              15:7             isolate
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261213

USA_00018108

```
    15:12
issue
58:15
issued
39:10 72:2
issues
24:22 65:24
items
3:2 39:18
  70:8
i.e
60:12

_____ J _____
Jack
28:16 29:13
  29:18,21
  30:4,24
  31:15 32:4
  56:16
jail
62:4 63:11
  72:10
Jay
3:15,19 14:9
  20:4 24:19
  43:25 46:1
  49:3,9
John
56:6,7,7,8,9
joined
42:7
Jr
29:18
judge
60:14 62:12
  62:20
July
40:8
jurisdiction
6:8,9,17
  23:22,24
  45:10 85:21
jurisdict...
44:19
jury
4:21,22,22
  9:15,18
```

```
11:4 13:12
13:15,19,21
15:25 16:15
16:18 27:18
27:18 53:19
justice
4:6 44:7,22
  45:2,19
  79:1
justifies
34:10
justify
34:6 41:3

_____ K _____
keep
4:25 7:10
  75:7 79:21
Ken
36:8
key
65:24
kicking
83:18
kind
3:13 4:8
  8:13 9:7
  18:12,18
  22:11 26:13
  26:16 28:13
  30:11 32:9
  34:10,15
  38:20 40:6
  41:16 48:7
  50:21 55:24
  55:25 57:11
  58:15,25
  60:16 65:16
  72:5,15
  74:18 76:2
  77:24 78:12
  79:2
kinds
19:1,21
  40:13
knew
54:5
know
```

```
4:4,5 5:18
9:16 15:4,6
15:8 17:8
19:21,21
21:8,15
22:5,16,16
23:13,15
24:7,10,12
28:2 30:11
30:13,17
31:10 32:22
33:4 34:6
35:15 37:16
38:19,20
39:12 42:3
42:19,21
43:20,25
44:22,23
45:1,5,5,7
47:25 48:4
48:11,19,21
49:14 50:17
50:20 54:1
54:3,12,13
55:1 56:12
57:12,14,21
58:12 59:11
60:15,19
62:6,7,23
64:6 68:7,9
68:10,22
69:20 71:24
72:9 73:3
74:3,4,13
74:16 75:3
75:4,10,11
77:17 78:16
78:24 79:19
80:16 82:10
82:23 85:20
86:7
knowingly
27:6
knowledge
23:12 61:8
Korean
72:8

_____ L _____
```

```
label
57:20
lack
17:5
landscape
23:17
language
2:24 70:14
large
63:13,18,19
  63:24 83:13
larger
6:12
largest
49:23
Lavaca
19:16
law
4:20 5:10
  7:16 9:1,3
  9:6 10:25
  15:23 22:23
  32:11,18
  39:13,15,19
  39:25 40:12
  41:2,6,7,8
  41:19 42:21
  43:18 44:24
  45:14 50:16
  70:8 73:4
  76:3 78:12
  79:15 85:4
laws
3:6 36:6
  40:5 45:9
  80:2,19
lead
34:17
leadership
3:4
leaks
19:25
leave
34:9 43:22
  81:11
leaves
59:18
led
```

```
9:15 15:2
  30:4
left
72:22
legal
20:11,17,22
  21:2
legally
52:19 73:20
legislation
29:1,2 34:10
  79:3
legislative
40:4 46:16
legislature
31:18 64:1
  74:9
legitimacy
8:16
legitimate
8:12
Leo
3:5
let's
29:3,5 39:18
  43:19 69:7
  75:13
level
6:18 8:5,9
  8:20 9:2,7
  13:9,13,17
  18:4 30:13
  47:13 58:6
  58:6
liberty
60:14
license
31:2,8,16
  32:6,11,14
  33:17 39:19
  53:3,4,5
  58:2 70:3
  70:25 72:1
  84:20
licenses
20:23
likelihood
51:22 56:2
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261214

USA_00018109

| | | | | |
|---|---|---|---|---|
| likes | 75:7 | 80:22 81:1 | 47:10,16 | 83:16,19 |
| 83:7 | long | majority | 48:9,13,17 | 84:8,16,24 |
| limit | 4:9 70:24 | 75:15 | 48:21,24 | 85:10,13,17 |
| 16:3 | look | making | 49:18,24 | 86:4,10,13 |
| limitation | 3:2 8:3 28:5 | 7:20 | 49:2,6,12 | mean |
| 41:3 | 29:9,9 | manner | 50:5,12 | 6:3 7:19,20 |
| limitations | 33:14 62:8 | 41:8 | 51:5,13,25 | 7:22 9:12 |
| 57:16 | 68:9 77:4,4 | March | 52:11,21 | 9:13,22 |
| limited | 86:10 | 19:18 82:4 | 53:24 54:4 | 10:3,3 |
| 65:15,18 | looked | 83:12 | 54:14,17 | 12:11 17:16 |
| line | 15:22 32:22 | margin | 55:2,8,15 | 22:16,20 |
| 46:23 61:3 | 33:14 79:20 | 82:23 | 55:18,21 | 23:3,6,11 |
| 73:18 | looking | Marion | 56:25 57:9 | 26:17 27:23 |
| list | 14:9,10 27:3 | 41:1 | 58:8,18 | 30:11,12 |
| 25:2 26:4,24 | 28:19 31:12 | mark | 59:4,7,13 | 32:10,24 |
| 27:19 28:20 | 31:13 34:6 | 81:3 | 60:3,5,18 | 33:12 37:14 |
| 53:14 57:25 | 86:7 | marked | 60:25 61:10 | 43:24 49:25 |
| 59:22 70:7 | looks | 59:23 85:2 | 61:13,17,22 | 50:13 54:11 |
| 70:24 85:4 | 30:18,20 | match | 62:6,11,16 | 57:9 62:23 |
| lists | 78:11 | 57:19 58:7 | 62:23 63:4 | 64:3,25 |
| 53:18 | lot | matched | 63:7,16,19 | 65:2,20,21 |
| litigation | 46:5 50:7 | 57:18 | 63:22 64:3 | 66:1 68:11 |
| 40:17,23 | 59:16 60:1 | matches | 64:8,14,19 | 72:23 73:23 |
| little | 66:6 73:14 | 84:20,21 | 64:24 65:12 | 80:14,18 |
| 10:17 22:15 | 80:2,19,19 | matching | 65:21 66:3 | 81:9,10 |
| 24:1 37:3 | 82:19 | 58:1 | 66:10,14,19 | 82:19 83:7 |
| 37:14 56:20 | Lynne | material | 66:23 67:1 | 86:7 |
| 74:16 76:12 | 87:3 88:4 | 47:25 | 67:7,13,17 | meaning |
| 78:9 85:23 | | materially | 67:20,25 | 12:16 13:8 |
| local | **M** | 29:6 33:25 | 68:6,12,16 | 63:19 |
| 5:10,10,11 | mail | matter | 68:19,24 | means |
| 6:2,15,16 | 22:17 39:21 | 4:3 50:6 | 69:5,13,20 | 6:9 13:22 |
| 6:16,18 | 41:9 50:9 | matters | 70:1,4,7,12 | 45:7,9 |
| 14:20 22:23 | 50:13,19 | 23:9 25:2,5 | 70:15,21 | 51:18 65:13 |
| 23:20 24:1 | 55:12 65:14 | 25:22 | 71:4,8,11 | 76:13 85:2 |
| 46:8 58:6 | 70:9,9 81:3 | McGeehan | 71:20,22,24 | meet |
| 58:16 65:22 | 81:7 85:6 | 36:1,3,4,23 | 72:4,14,19 | 71:17 |
| 66:17 67:24 | mailed | 37:2,13,23 | 72:24 73:3 | Meeting |
| 67:25 | 62:25 | 38:1,5,10 | 74:1,15,21 | 1:7 87:7 |
| locally | mail-in | 38:16,18,23 | 74:25 75:4 | members |
| 6:5 23:10,14 | 18:5,6,8 | 39:3,6,9,12 | 75:8,12,19 | 3:13 35:22 |
| 46:5 58:9 | 25:23 26:2 | 40:21,23 | 75:22,24 | 86:15 |
| 86:1 | 27:9 28:9 | 42:2,6,9,14 | 76:2,15,18 | memory |
| locals | 50:3 54:23 | 42:20,25 | 76:25 77:3 | 26:19 61:22 |
| 58:22 | 54:24 61:5 | 43:10,17 | 77:12,16 | 61:23 |
| location | 61:9,15,20 | 44:2,12,17 | 78:6,9 79:4 | mens |
| 29:16 35:9 | 62:18,20 | 44:24 45:9 | 79:18 81:9 | 20:9 32:23 |
| logs | 63:13,18 | 45:16,21,23 | 81:15,22 | mentioned |
| | | | 82:9,18 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261215

USA_00018110

FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

100

```
    15:15  54:21      81:24              34:25  35:2      obviously         27:22,23,25
    77:22          motivated           non-photo         4:8  7:4          37:17  39:21
met                31:3                70:9  77:24        22:23  34:9       40:15  70:9
    3:4  4:5       move                non-photos        34:11  49:21      83:3,9
    40:24          47:8                40:19,20          50:3  57:13      officials
Mexico                                North              60:6             5:10,11,11
    35:7  38:11        _____ N _____   77:10            occur              6:2,16
    38:17  77:22   name                note             58:5              23:20  50:15
    77:25          3:19  29:22         5:13  46:2       occurred          51:3,7
Michigan              32:25  33:7      noted            29:10            oh
    38:19  71:23      34:1  38:12      3:1  46:2        occurring         39:17  69:20
    71:24  72:7       39:25  57:13     notice           6:14             okay
    72:18  73:4       74:13            33:24            occurs            3:14  7:2
middle             names               noticed          51:1  83:4        8:23  9:8
    4:7            29:25               57:5             offense           10:10  11:17
million            nature             November          18:10,21,23       12:9,18,23
    66:15,24       18:14  48:1         66:20,21,23       18:24  27:9       13:6,24
    67:1,3,7,10    necessarily         67:2  81:24       28:3  52:15       14:12  16:9
    67:12,14,20    21:21  22:20        83:19            offenses          16:23  17:1
    67:23,24       46:3               nuggets           18:12             17:18,24
mind               need                63:15            office            19:3  20:1
    4:25  7:10     33:10  45:10       number            3:16,20  4:11      24:16  27:16
    30:9  68:10    46:2  47:21         1:8  4:15         4:12,13,17        28:4  29:6
    78:15          77:3,4  86:8        7:22  9:25        5:1,4,7,9         32:1  33:12
mine               neighbors           17:8,23          5:12  6:24        34:21  35:21
    24:24          60:15               22:2  26:1        7:1  8:3,7        38:1,22
minor              neither             28:11  38:3       8:20,21  9:5      39:11  40:22
    54:10          87:18               39:4  49:19       14:16,21,24      42:14  43:19
misdemeanor        never               53:6,7           15:2,5,10         44:3  45:22
    30:8,21        24:5  69:18         68:15,18          23:3,5,16         45:23,23
misnomer           76:10               75:16  77:5       23:21,22,23      52:3  53:25
    10:17          new                 77:6  80:3,9      24:2,4,6         55:4,14,17
missed             3:6,9  36:6         83:13  84:21      25:1,9           55:22  56:22
    74:11          38:11,17           numbers           28:20  30:18      60:1,10
mistake            40:5  74:3          24:5  57:19       36:1,4  46:5      61:23  63:16
    34:3           77:22,25            58:2  75:11       46:11,15,17      63:23  64:25
mistaken           84:4                79:20,24          47:6,14          67:15,18,21
    20:25  58:7    nice                80:19  85:1       48:2  53:2        68:14,16
modified           2:19  25:1         nursing           87:8,16          69:1,6
    78:12          27:20               81:6            officer            71:12  74:20
monthly            Nichols                               9:1  30:23       75:12  76:1
    53:18          4:4  20:5,21        _____ O _____   officers           77:14,16
months             21:12              Obama             5:14,15  9:4      79:4  81:13
    4:1  57:17     night               44:7  79:1      officer-h...       83:11  84:12
morning            82:24  83:8        objectors         19:18             85:12,18
    2:17  3:17,19  nine                43:14           office's           86:10
    3:21  4:10     19:3,5,8,12        obtained          3:23  22:14      old
    36:2,3         19:14  34:23        44:6            official           45:1  57:18
                                                                         older
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261216

USA_00018111

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 101 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 6 of 53

FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

101

33:5
once
8:7 49:12
50:1 53:10
58:14 62:25
ones
14:16 15:12
15:14,17
68:22,23
one's
65:7
ongoing
7:5,9 15:21
16:2
opinion
52:1
opportunity
2:21 3:9
oppression
27:22,24,25
option
36:16 38:4,7
46:10 74:12
74:17
order
2:2 6:12
29:24 36:12
42:17 47:17
original
6:7 13:3
23:21,23
ostensibly
74:4
outcome
87:22
outside
7:1 8:12
overseas
83:1,5
oversees
62:20
overview
41:16,17

        P
packet
36:10
paper

72:22 73:2
73:12 78:21
78:23
papers
39:21
paramount
5:2
part
3:9 14:23
15:18 23:13
24:13 36:5
45:24 58:16
partial
45:6,13
particular
23:4 29:16
65:1
parties
5:18 82:5
87:20
party
2:18 42:8
pass
80:2,19
passage
15:24 28:25
passed
28:22 40:5
40:12 44:9
45:14
passport
39:21
pattern
29:12 31:16
patterns
26:8,10 33:9
pay
39:24
Peña
2:6
peace
5:14
penal
18:24 73:5
penalties
71:19
penalty
62:2 71:3,12

72:10
pending
7:5 10:24
11:12,16
12:3,5,16
13:3,5,8
15:16 16:2
41:12
people
12:3 19:22
21:23,24
22:6,7
52:19 59:9
73:7,15,16
73:17,17
75:2 79:11
79:21 80:15
83:14
percent
5:3 50:4
61:15 75:10
75:10
percentage
80:8
period
37:21 38:9
39:2 40:14
85:9
periodically
53:12 56:24
periods
74:24
perjury
72:10
permanent
20:11,17,22
21:2
permissible
40:2
permitted
41:15
person
30:4 33:25
34:2 35:9
39:22 41:11
48:5 50:18
52:12,20,22
53:4,10,10

54:13 55:10
56:12,19
57:6 59:11
59:23 62:2
62:9,22
69:13 72:5
72:20,21
73:1 76:9
80:16 83:24
84:20,21
85:6
personally
79:20
persons
20:16 53:19
person's
39:20 52:10
59:15 62:21
per-instance
64:7
phase
10:7,18
12:17
phases
12:8
phone
68:7
photo
25:15,18
28:22 29:7
31:17 33:10
34:7 35:11
36:16,19,24
37:12,20,21
37:24 38:24
38:25 39:8
39:14,20
40:9,10,13
40:18,20
41:14,23,24
42:15,16,17
42:24 43:4
44:5,6,9
61:6,8,18
61:20 64:1
70:8,23
71:15,17
72:2,6,9,17

73:15 76:23
77:6,13,21
78:12
photograph
35:9
picture
23:17 64:5
piece
6:11 30:3
34:10 72:22
73:12 78:21
78:23
pieces
28:25 29:2
place
19:2 28:15
44:25 46:25
60:12,13
71:13,14
79:16 83:15
places
5:16 19:22
44:11
plea
13:19
plead
14:6 30:21
please
2:2
pled
9:15 10:8
14:5 17:20
30:8 32:23
plus
16:12
point
5:21 6:7
22:12,15
73:1
police
5:14 28:8
political
2:18
poll
18:13,13
29:22,24
30:3 31:5
32:25 33:1



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261217

USA_00018112

FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                JUNE 14, 2010

102

| | | | | |
|---|---|---|---|---|
| 33:7,18,18 33:23,24 48:3,10 54:2,5 59:22 62:11 69:11 **polling** 5:15 19:2,22 28:14 35:9 60:12,13 83:15 **polls** 40:10,11 42:18,19 43:6 56:6 60:15 62:2 62:13 79:22 **Port** 19:16 **position** 6:22 **possessing** 28:8 **possible** 34:20 43:2 47:23 80:24 80:25 81:4 81:8,9 **possibly** 16:7 57:20 **potential** 8:16 47:3 50:25 62:1 65:3,3,6 **potentially** 8:17 14:19 62:14 65:7 65:9 **precinct** 54:6 60:13 83:25 84:2 84:4,15 **preference** 29:7 **prepared** 6:4 35:17 36:9 **preponder...** | 23:7 51:15 51:20 **prescribe** 40:1 **presence** 51:2 **present** 36:14,19 37:15 38:8 39:15,17 40:15,20 41:10,11,24 41:25 42:1 42:17,23 43:4,6,7 47:19 50:15 70:2,6 77:23 **presentation** 4:20 16:17 **presented** 32:5 33:17 **presenting** 27:17 36:20 **presents** 40:10 **president** 84:14,15 **presidential** 67:8 **press** 48:14,14 83:7 **pressured** 59:17 **presumption** 23:11 **pretty** 42:21 64:20 71:25 **prevalence** 3:5 6:20 45:25 **prevented** 28:21,25 31:17 32:7 **pre-clear...** 44:14 | **pre-cleared** 44:21 45:8 45:10,15,18 45:19 **primaries** 82:4,4 **primarily** 3:8 4:14 **primary** 5:5 29:11,11 29:13 47:20 55:9,10,11 68:1,3 **prior** 3:1 **privacy** 7:7 50:14 51:2 **probably** 17:16 20:20 21:8 23:18 34:19 35:10 46:6 48:10 48:11 51:6 59:4 63:12 65:25 66:16 75:7 76:3 80:13,23 **problem** 66:4 **problems** 54:22 **proceeding** 3:8 87:21 **process** 3:24 6:11 7:25 8:7,14 9:24 15:19 17:2 22:1 22:14 44:15 57:12 65:6 81:19 84:7 **processed** 82:11 **produce** 85:3 **professional** 9:3 | **Progresso** 49:4,5 64:21 64:22 **prompt** 57:1,2 **proof** 37:16 40:10 40:15 41:10 41:11 **proper** 74:12 **proponent** 74:8 **proposed** 32:3,8 **prosecute** 4:23 6:8,17 23:24 86:1 **prosecuted** 6:5,18 23:10 25:3 49:8 73:2 **prosecuting** 65:22 85:21 **prosecution** 6:3 7:13,17 10:6 17:2 24:3 25:25 50:21 51:16 72:21 **prosecutions** 4:18 9:11,25 10:23 12:2 12:15 25:25 26:10,14 **prosecutor** 13:14 27:14 34:14 **prosecuto...** 10:18 **prosecutors** 5:15 86:8 **prove** 11:3 27:15 54:11 **proved** 60:19 **provide** | 53:18 74:5 **provided** 28:20 29:24 30:23 **providing** 27:1,6 77:19 **provision** 32:17 **provisional** 69:14,16 81:18,19 82:3,6,16 82:21,25 83:5,21,23 **provision...** 83:17 84:3 **provisionals** 82:1,10 **provisions** 5:8 71:1 **public** 57:10 58:19 **pull** 64:20 **pulled** 33:23 35:11 **punishment** 62:7 **purpose** 6:19 24:9 **purview** 34:12 **put** 11:13 78:1 78:18 **puzzle** 6:12 _____ **Q** _____ **qualified** 82:21,22 83:1,10 **quantify** 54:9 80:15 **question** 7:23 11:14 18:17 20:9 32:10 50:12 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261218

USA_00018113

FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

103

```
56:1 57:3          68:12 69:1       7:14,15 9:9     59:2 62:3        20:2,4,8,13
65:2,11            79:25 80:18      10:22 11:18     69:19,24         20:15,20
75:5 79:23      reason             15:1,22,22      70:18 72:16      21:6,11,16
79:23 81:17        10:24 15:19      25:24 46:17     76:5 77:9,9      21:19 22:19
81:23              83:21,23         46:18,19        84:6,9 85:5      22:25 24:18
questioning     reasonable         49:16 64:4       85:11,15        24:21 25:11
61:3 73:19         11:3 27:15       64:9            88:5             26:3,24
questions       reasons          referred        regular           27:12,16,19
3:13 25:4          17:8,10,23       6:2,5 7:1       40:25            28:4,7,18
35:20,22        recall             16:14 34:24    regulates         29:5 30:15
54:21 73:2         17:14,17         47:14 48:20     41:8            30:22 31:12
75:14 86:16        20:8 49:11       48:22 49:20    related           31:22 32:1
quick              61:10            56:23 68:4      27:1 28:22      32:12,15,19
3:21 4:3        recap            refers             87:19           32:22 33:4
47:8               3:21             24:6           relates          33:22 34:12
quicker         receive          reflects          51:16           34:21 35:5
58:10              46:22 47:18      40:6           relating         36:21,25
quickly            55:12 58:9     regarding         23:7,8          37:8 48:12
67:22 69:2         66:5             3:6            relative         48:16,19,22
85:19           received         regardless        51:9            48:25 49:5
quote              7:14 9:10        82:22          relatives        49:7 50:2
70:14              15:2 57:12     register          63:1            52:4,5,6,17
                   63:17,23         31:3 57:22     releasing        53:21,25
    ___R___        68:7           registered        18:13          54:8,15,20
Ranger          recognize          5:9 26:20      religious        55:4,14,17
9:1                5:3 7:8          29:15,18        43:14          55:19,22
rank            recommended        30:19,25       remedied         56:15 58:4
50:2               3:7             46:9 52:13       63:25          58:11,23
rate            record             52:14,15,22    remember         60:9,11,23
75:10,11           3:19 30:7        53:10,11        5:3 43:14      61:2,12,14
rea             recording          57:25 67:18     60:20 61:12    61:18,23
20:9 32:23         86:18           83:25 84:2      64:19 68:8     62:9,14,17
real            records            84:4,10,19      79:12,17       63:3,5,8,17
6:12 8:17          57:10 58:19      84:22,23     remembering       63:21,23
28:2 47:8          58:20           85:1            20:20          64:7,11,17
85:19           refer           registering     Remind            64:22,25
really             5:12 8:6 9:1     19:19 27:21     67:19          65:17,25
2:19 6:21          9:5 26:13       84:20         reminder         66:8,12,17
7:8 18:23          45:18 54:19   registers         3:22           66:21 67:22
22:13 23:16        68:22           52:20         Rep              68:2,9,14
24:21 28:20     referenced       registrars       2:5,7,9,11      68:17,21,25
33:11,14           30:12           53:18           2:14,16        69:6,17,22
34:5 43:13      referral         registration      12:10 14:8     70:2,5,10
43:16 49:24        5:4 7:19        27:10 29:15     14:12,15,19    70:13,19,22
53:4,22            8:15 46:15      30:13,16        14:23 15:4     71:6,9,12
54:11 56:7         47:17 49:13     35:12,13        15:9 16:24     71:21,23
56:8 58:12      referrals          39:16 40:9      17:1,4,9,13    72:3,7,15
59:19 67:22        4:17 5:4        58:12,25        17:18,24       72:20,25
                                                                  73:6 74:2
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_003232

TX_00261219

USA_00018114

FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

104

| | | | | |
|---|---|---|---|---|
| 74:20,23 | 78:13,17,23 | 18:6 | 75:22 76:15 | 48:4 56:18 |
| 75:1,6,9,13 | **required** | **returns** | 76:17,18 | 79:20 |
| 75:20,23 | 50:24 76:4 | 82:25 | 79:18 81:13 | **saying** |
| 76:1,21 | 76:19 82:11 | **review** | **rights** | 2:19 10:1,19 |
| 77:1,8,14 | 85:2 | 8:20 11:5 | 7:7 44:5,13 | 48:6 67:3 |
| 79:5,8,19 | **requirement** | 19:14 46:12 | 45:6,14 | **says** |
| 81:13,17 | 61:9 71:25 | **reviewed** | 78:24 | 8:15 27:4,24 |
| 82:7,13 | **requirements** | 82:11 | **rise** | 37:12 42:12 |
| 83:11,17 | 52:24 | **reviews** | 9:7 33:9 | 42:12 48:4 |
| 84:6,12 | **requires** | 52:24 | **rises** | 59:24 74:14 |
| 85:19 86:6 | 23:25 32:11 | **re-phrase** | 8:5 | **SB** |
| 86:12,15 | 40:13 41:14 | 76:11 | **risk** | 1:8 |
| **Repeat** | **requiring** | **right** | 65:3,6,10,13 | **scale** |
| 36:21 | 76:9,10 | 2:17 7:2 | **robbery** | 63:13,18,19 |
| **report** | **research** | 9:25 10:1 | 23:25 | 63:24 |
| 60:2 85:24 | 60:7 74:17 | 11:19,22,25 | **Rodriguez** | **scaleability** |
| **reported** | 78:10 | 13:17 16:19 | 87:3 88:4 | 63:9 64:13 |
| 46:4,5 81:25 | **residence** | 19:10 20:12 | **role** | **scenario** |
| **Reporter** | 38:13 40:11 | 20:14 21:11 | 2:3 5:1 | 62:19 |
| 87:3 | **resident** | 22:19,25 | **rolls** | **screen** |
| **reports** | 19:19,20 | 24:16 28:16 | 33:20,23 | 68:23 |
| 28:8 | 52:25 | 29:4 30:16 | 52:17,18,18 | **screening** |
| **Represent...** | **residents** | 30:22 31:6 | 56:18,23 | 8:13 |
| 14:7 20:3 | 20:11,17,22 | 31:9 32:20 | 57:5,7,13 | **scrutinizes** |
| 21:17 22:4 | 21:2 | 32:23 33:3 | 57:15 | 58:20 |
| 24:17,24 | **resolution** | 33:21 34:13 | **roughly** | **scrutiny** |
| 35:3 56:4 | 13:9,18 35:1 | 35:3,21,23 | 21:2,4 | 8:10 47:14 |
| 60:8 61:1 | **resolved** | 37:13 38:5 | **rule** | **season** |
| 79:6,10 | 9:10,11,12 | 38:16 39:3 | 37:19 | 2:18 |
| 85:18 | 10:1,3,17 | 40:21 44:12 | **ruled** | **seat** |
| **represents** | 12:22 13:19 | 45:23 51:5 | 40:25 | 31:23 |
| 46:13 66:6 | 13:21 17:2 | 51:14 52:19 | **run** | **second** |
| 66:19 | 19:6 22:12 | 53:7 54:14 | 9:17 53:13 | 4:18 5:7 6:7 |
| **request** | 35:1 49:14 | 54:14 55:23 | 53:15 | 25:4 49:23 |
| 55:11 81:5 | **respect** | 56:25 61:13 | **run-off** | **Secretary** |
| 87:7 | 20:9 | 61:17 62:5 | 55:12 | 5:6 7:24 8:2 |
| **requested** | **responsible** | 63:4,7 | | 8:19 15:5 |
| 55:16 | 4:14 | 64:14,22,23 | **S** | 15:10 36:1 |
| **requests** | **result** | 65:4,17,19 | **safeguards** | 36:4 40:1 |
| 55:10 | 16:2,5,17 | 66:15 67:20 | 50:14 | 46:11 58:5 |
| **require** | **resulted** | 68:24 69:5 | **sake** | 85:25 |
| 36:12,13,15 | 9:11 10:23 | 69:13,18 | 7:5 18:3 | **Secretary's** |
| 36:16,24 | 12:2 | 70:1,4,21 | **sampling** | 53:1 |
| 37:24 39:13 | **results** | 71:10,11,14 | 18:12 | **security** |
| 40:5,8 | 18:13 | 71:20 72:3 | **satisfy** | 53:6,7 57:19 |
| 41:10 47:16 | **return** | 72:11,13,18 | 69:22 | 74:5 84:21 |
| 48:18 50:16 | 4:22 13:16 | 72:19,24 | **saw** | **see** |
| 77:12 78:4 | **returning** | 73:25 74:1 | 26:5,7 45:5 | 3:8 9:6 |
| | | 74:25 75:8 | | |



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_003233

TX_00261220

USA_00018115

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 105 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 210 Filed 06/20/12 Page 10 of 53

FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10          JUNE 14, 2010

105

25:19,21,24
26:1,4,8,15
28:10,18
30:22 31:14
33:11 39:18
65:9,11
73:22,23,24
75:13 77:2
80:10 81:22
82:3 86:8
**seen**
25:9 31:17
64:1
**segment**
11:10
**selling**
49:11
**Senate**
19:18
**send**
25:1 27:20
47:22
**senior**
72:8 73:11
**sense**
23:6 59:12
73:14
**sent**
26:25 30:18
48:1 53:1
**separate**
12:8
**serve**
84:3,10
**serves**
84:4,8
**service**
53:19
**SERVICES**
88:6
**session**
40:4,25
44:10,25
46:16 47:5
**sessions**
28:23 32:4
61:7,19
**set**

4:9 11:17
26:16 46:3
52:18
**settlements**
14:4
**seven**
27:5 39:18
82:12
**share**
25:7 46:1
**sheets**
47:25
**sheriff**
8:25
**Shorthand**
87:3
**show**
16:6,22
30:15 32:11
37:20 39:2
39:6 59:22
60:15,16
85:11
**showed**
29:14 30:11
30:12 31:4
**showing**
62:2,10 65:8
84:1
**shown**
83:22
**shows**
39:24 56:8
**side**
31:9
**sign**
29:24 31:5
36:18 37:11
37:15,22
38:12 42:12
69:11,25
70:11,25
71:18 72:12
76:6 77:24
78:7 81:2,6
81:11
**signed**
29:22 33:7

33:17 47:18
59:7 71:17
77:23
**significant**
26:1 71:19
**significa...**
33:5
**signing**
62:22 74:12
**sign-in**
47:25
**similar**
29:6 31:20
35:7 43:23
59:21
**similarly**
46:2
**simple**
38:11
**simply**
70:17 76:6
**single**
64:16
**sir**
5:22 6:25
12:6 14:5
14:14,22
17:3,15,22
17:25 20:7
25:10 26:2
35:1,19
**sitting**
13:17
**situation**
33:2 34:5
84:14,25
**situations**
65:11
**six**
57:17
**slightly**
29:3 69:18
**slow**
60:13
**Smith**
2:4,5 37:12
42:13
**smoking**

33:15 34:5
**snapshot**
18:2
**sneak**
44:1
**Social**
53:6,7 57:19
84:21
**somebody**
56:5,12 57:3
57:5,6,10
59:17 80:16
**son**
33:5
**sorry**
4:6,9 12:7
15:9 31:24
69:20 74:11
**sort**
6:14,15 8:1
8:11 10:8
11:8,9,12
14:6 19:24
29:25 30:21
34:16 43:21
50:23,25
51:21,23,23
54:18 58:17
61:3,20
73:24 78:11
**sorts**
23:5
**sounds**
79:18
**sources**
5:5 65:24
**speak**
79:13
**speaking**
30:10
**specific**
28:3 41:18
47:21 55:2
55:20 57:11
**specifically**
62:7
**specifics**
37:6 67:4

**spell**
74:18
**spring**
57:15
**staff**
36:8
**stand**
26:11
**standard**
25:16,18
29:8 69:3
69:10,23
71:16,18
72:17,17
73:14,15,21
74:3 75:18
76:22,23
**stands**
86:16
**stand-alone**
18:22
**started**
3:13
**state**
7:24 14:25
15:7 20:23
20:23 23:8
23:18 24:11
25:7,12,17
25:19,21
31:7,15
32:5 33:17
36:9 37:14
38:11,11,20
39:19 40:1
41:5,14,19
42:11,16
44:14,18,19
45:1,9,14
45:14 64:6
65:23 66:17
66:18 67:5
69:23 70:2
70:8 73:5,8
76:4 78:22
80:9,12
85:4,25
87:2,4



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261221

USA_00018116

FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

106

| | | | | |
|---|---|---|---|---|
| stated | 57:13 | successful | 81:1 | 33:10 41:22 |
| 29:7 30:7 | Steven | 25:25 | taken | 50:2 51:8 |
| statement | 45:6 | successfully | 10:17 35:1 | 63:8 78:22 |
| 38:12 39:23 | stipulate | 10:15,16,16 | 57:6 87:21 | testified |
| 78:13 | 29:5 31:19 | 49:8 | takes | 4:11 20:5 |
| states | stopped | sufficiently | 60:14 | 21:12 61:16 |
| 3:6 36:7,11 | 33:6 | 41:3 | talk | 79:14,17 |
| 36:11,13,15 | straight | Suite | 6:4,25 7:25 | testify |
| 36:16,17,24 | 11:18 | 88:6 | 8:7,21 | 3:17 6:10 |
| 37:24 38:3 | Street | support | 18:16 21:19 | testimony |
| 38:6,23 | 87:8,16 | 33:10 | 22:23 28:3 | 19:16,23 |
| 40:5 41:17 | strict | supposed | 28:13 61:25 | 20:21 24:19 |
| 41:22 42:4 | 42:21 71:25 | 26:20 | 69:7 | 73:18 |
| 42:9 43:3 | 73:15,21 | Supreme | talking | Texas |
| 43:21,23 | strong | 40:25 41:13 | 8:18 18:19 | 4:7 6:21 |
| 44:4,6 69:2 | 51:9 | sure | 21:6 34:23 | 8:25 15:7 |
| 69:8 71:15 | struck | 5:21 10:3 | 42:4,16 | 25:7,12,17 |
| 71:21 74:17 | 41:7 | 25:7 28:1 | 43:1 48:7 | 36:12 39:13 |
| 74:23 75:6 | study | 30:25 44:23 | 67:5 80:23 | 44:10 45:25 |
| 75:15,16,17 | 36:6 | 47:10 51:13 | talks | 67:6 69:3,7 |
| 75:17,23 | studying | 52:25 55:25 | 26:17 36:6 | 69:23 72:15 |
| 76:8,14,19 | 3:6 | 64:20 73:4 | 37:4 | 75:20 76:23 |
| 76:21 78:20 | subject | 75:7,24 | technically | 87:2,4,9,17 |
| 78:25 | 13:12 50:6 | 81:10 82:19 | 78:4 | 88:4,7 |
| statewide | 63:10 72:21 | 84:19 | Ted | text |
| 53:14 57:25 | submit | survey | 56:7,8 | 66:14 |
| state's | 5:9 81:12 | 36:9,10 | tell | texted |
| 5:6 8:3,19 | submitted | 75:16 85:22 | 7:17 18:16 | 66:12 |
| 15:5,10 | 53:5,6 87:14 | 86:2,5,8 | 19:7,12,14 | Thank |
| 36:1,4 41:2 | subsequent | swearing | 23:1 24:11 | 3:18 7:2 |
| 46:11 53:1 | 58:25 | 48:6 | 30:20 34:15 | 17:24 24:18 |
| 58:5 | subsequently | swore | 66:15 | 35:5,23,24 |
| stating | 19:20 | 73:4 | ten | 45:22 52:6 |
| 38:12 70:17 | substance | sworn | 62:4 63:11 | 55:23 79:8 |
| 76:6 | 2:24 | 48:16,18,20 | 72:10 | 81:14 86:12 |
| stationed | substanti... | system | tend | thanks |
| 5:14 | 31:20 | 35:6,7,16 | 43:21 | 20:4 37:9 |
| Statistics | substantiate | 71:13 | tends | 77:14 |
| 53:15 57:17 | 11:2,2 | systematic | 23:2 | theoretic... |
| 57:24 58:3 | substituting | 53:16 58:21 | tens | 74:4 |
| 58:10 | 72:16 | systems | 21:24 | thing |
| status | sub-categ... | 69:2 | term | 4:8 30:2 |
| 53:17 | 19:9 | | 45:7 | 33:1 49:19 |
| statute | sub-category | **T** | terms | 56:16 57:18 |
| 32:3 | 18:20 | take | 8:15 10:13 | 59:10 80:1 |
| statutory | sub-sections | 4:21 11:4 | 15:14 17:12 | things |
| 3:7 | 18:25 26:23 | 14:14 15:25 | 24:4,10 | 2:19 3:25,25 |
| stayed | | 33:14 68:14 | 26:5 32:2 | 4:25 6:25 |



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_003235

TX_00261222

USA_00018117

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 107 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 210 Filed 06/20/12 Page 12 of 53

FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

107

```
7:23  9:14              21:23              tough              turns              29:23
12:16  18:14           three              50:12  51:6        31:1              understand
18:19  25:13           3:2  4:24  5:5      toughness          turn-out           9:6  37:25
33:18  47:25           9:13  11:7          51:9               67:9                38:2  77:21
53:11  54:21           11:13  26:22        track              Twenty-three        85:8  87:12
79:9  80:2             29:2  31:20         46:24  59:8        36:13              understan...
84:22  85:25           45:17  61:6         tracked            twice              9:14  20:19
think                  61:8,19            68:20              26:22  58:13        21:5  31:19
6:20  8:20             tie                 traditions         59:19              32:2  41:13
9:7,16,18             59:2,5             2:18               two                45:16  49:7
9:22  12:12            time               transcribed        4:12  12:8          70:16  72:14
16:18  17:13          3:3,3,15  4:1      87:7,11            18:7  27:24        undertook
17:15,17             4:9  7:18           transcript          33:18,23          14:24
18:25  19:15          14:8  15:24         87:14             40:4,13,19        undocumented
20:4,7,12            25:20  31:21        Travis             40:20  42:22        20:15
20:14  21:8           31:22  35:12        24:6  87:1         44:11  46:19       unfortuna...
21:9  22:15           35:25  37:21        trend              46:20  47:6        57:23
23:17,18             40:3  56:18         2:22               47:12,23          unfounded
25:5,15,21           57:14  81:2         trial              50:7  56:10        68:4
26:22,23             81:11              4:8  9:18           57:23  62:4        UNIDENTIFIED
33:19  34:14          times              13:12,20,22       63:11,20          13:25
38:11,18             59:16  60:1         16:6  17:20        64:9,9            uniform
42:20  43:10          60:22,23           19:23  34:18       72:10  73:2        41:9
44:18  47:20          81:7               trials             74:24  75:10       uninsured
47:23  49:10          tiny               9:15               83:4              80:4,8
50:21  54:4           23:13  24:13        tried              type               universe
55:6  58:4,6         54:6               61:7  86:1         32:6  61:4,5       6:3  13:10
60:25  64:14          today              true               63:9,25           22:21  43:2
66:1,3               24:19  25:23        43:13  71:2        65:1              66:7
67:10  68:19          82:15             77:18             typical            unofficial
71:25  73:8           Todd               try                26:10  48:8        82:25
73:10  74:7           37:12  42:12        46:24,24         typically          unreferred
76:2,3,8             told               59:20             45:17  48:9        68:4
79:14  80:1           20:10,16           trying             48:10  62:10      unreported
80:4,23              67:11              15:11  25:13                         46:6
82:20                toll               28:23  31:6   ─────────U─────────    update
thinks                46:23              33:8  43:2                          3:24
59:19                tonight            43:24  44:15       Uh-huh             use
third                82:16              47:7  51:17        32:12,15          34:19  55:6
5:10,18  7:3         tool               61:3  62:3         42:2  49:6        70:24  74:5
17:14                34:15,18           64:12  65:1        77:8  81:15       80:10
thought               top                85:8              86:10,13         usually
30:25  33:16          42:3  56:10        turn               un                 70:24  83:23
34:5  36:5           total              34:17  56:5        68:21            Utah
47:5  55:5           9:25  67:16         56:12  59:11      unable             40:12,14
55:23  67:11          68:3               75:9              71:17            utility
thousand              totals             turned             uncle              39:23
68:13,15             83:9               59:13             68:10            U-name-it
thousands                                                  unclear
                                                           59:13
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261223

USA_00018118

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 108 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 210 Filed 06/20/12 Page 13 of 53

FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

108

```
   16:4               53:15 57:17        24:10 25:6         63:1               31:3 41:18
U.S                   57:24 58:2         25:10,12,16        votes              47:11 55:24
40:25 53:20           58:10              25:17 26:22        15:6 19:24         57:21 59:19
                      vote               27:9 28:14         22:4,8,11          78:24 79:10
        V             19:19,22           29:14 30:13        22:21,21           83:14
valid                 20:17 21:2         30:16 31:4         41:11 56:13        wanted
40:10                 26:21 29:13        31:14 32:6         66:8 67:1,8        61:2 82:19
validate              29:16,19           33:11,13           67:12,14          wanting
53:3,7                30:5,19,25         35:8,13,13         85:3               60:7
validations           31:3,4             36:13,18           voting            war
52:22                 32:24 35:10        39:15,16,25        5:16 18:9,21       72:8
validity              35:10 36:13        40:10,14           18:22,24          warrant
11:11                 36:20 41:9         41:1,10,15         19:9 22:1          4:20 7:16
variety               41:15 42:17        42:22 43:3         26:5,7,9,18       warrants
40:6                  43:3,4,5,8         46:20 47:3         26:19,20,22        24:3
verify                50:19 52:10        47:13,24           26:25 27:4         Washington
52:18 53:16           52:19 56:8         49:9,25            27:7,9             44:8
 53:23                57:22 58:13        50:7,18            28:12,13,14        wasn't
verifying             58:23 59:20        51:5 52:9          32:20 33:6         30:25 31:1
35:12 53:22           59:22,24           52:13,15           34:24 36:14        34:22 64:15
versed                60:14 62:4         53:5,8,18          40:5 44:5         water
28:3                  63:12 65:9         54:1,9             44:13 45:6         67:9
versus                68:10,11           58:12,24           45:13,14          way
51:11,22,23           69:10,13,23        59:2,19,24         49:10,25           23:2,4,14
 56:3 61:4,5          70:20 72:11        60:2,11            50:6,13            38:21 51:4
 65:6,7,8             72:12,25           62:3 63:14         52:8,16,18         52:11 53:16
vested                73:11,20           63:24,25           55:1 59:17         54:11,12
60:6                  74:5 76:9          64:10 65:2         62:24 71:5         55:6 58:14
veteran               76:14 77:10        65:14 69:3         78:24 79:20        59:8,18
72:8                  77:19 78:2         69:9,19,23         80:15 84:3         73:10 75:25
victory               78:8,16,21         69:24 70:17        85:9               76:3
82:23                 79:11 81:1         70:17 72:16        votings            ways
view                  83:14,15,17        73:9 75:18         49:11              50:24 56:10
73:13                 83:24 84:2         76:4,22,22         vs                 website
vintage               84:14,15,19        78:25 79:15        41:1               67:4
48:25                 85:6               81:10,12                              weekly
violate               voted              83:25 84:9               W            53:12
73:5                  19:20 20:24        85:2,5,5,11       waiting             weigh
violation             21:21,22,25        85:14             13:9,17            51:3
8:2,5 10:9            29:22 30:6         voters             walk               weighs
 14:6 24:2            30:19 32:24        5:9 20:10,10       48:4 56:6          50:24
violations            56:9,9,17          21:10 41:4         walking           weighty
5:2,19 6:8            56:19 57:6         41:8,9 46:9        80:17              41:3
 6:13 16:7            59:1,23            57:25 59:14        walks              welcome
 28:10 46:14         voter               59:16 64:15       32:13              3:17 77:16
vis-a-vis             1:8 2:21 3:6       64:18 67:19        want               went
63:14                 8:1,3 14:24        79:22             5:25 15:5          21:20,22
Vital                 18:20 23:2         voter's            16:3 28:13         29:13,21
                      23:8,13,18         28:9 50:14
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261224

USA_00018119

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 109 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 210 Filed 06/20/12 Page 14 of 53

FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10          JUNE 14, 2010

109

```
    45:19 68:11        77:21              65:3,6,10        13                 81:24
    80:11          work                                   3:25 67:20        2010
weren't            3:10 37:11            _____$_____       67:21             46:19
53:20 83:21        worked               $10,000          14                 2012
West               4:19                 62:5 63:11        1:8 3:25          87:15,25
4:7 87:8,15        worker                71:9 72:10        46:17            209
we'll              33:18,24                              14th               87:8,15
77:5 78:14          35:11 48:3          _____0_____       87:8,16          23
we're               54:2,5             02                1402               75:23 78:1
3:23 5:21           59:18 62:12         67:3             82:6                78:19
    10:14 12:4     workers              04               16012             24
    14:10 15:24    33:1 48:10           67:2             18:21              46:19 64:8
    16:4 17:19     world                06               18                254
    18:18 21:6     3:10                 67:2 83:22        18:2,3            85:22
    24:23 25:13    worried              07               19                267
    31:6,12,13     73:7                 57:14             79:14              7:14 10:20
    33:13 42:4     worries              08               1997               10:22 11:8
    53:22 64:25    28:7                 57:15 67:2        76:4               11:13,18
    65:15,17       worthy                83:22                               15:12,12,16
    66:5 67:23     11:1                 09               _____2_____         22:22
    86:7           wouldn't             44:25            2                 27
we've              35:10 43:16                           71:9               36:11,15
2:20 11:11         write                _____1_____     20                  75:15,16,17
    11:14,18       24:23 46:25          1st              66:15,24           76:21 77:19
    15:2,22,23     write-up             40:8              67:1,3,12         78:2
    18:19 31:14    73:23,24             10                67:14,23,24      283
    31:17 47:3     writing              46:18 71:9        75:10             88:5
    48:13 64:1     24:24 46:13           87:15           2000
    64:9 68:20     written              100               68:18 69:1       _____3_____
whatsoever         47:18                5:3               88:6             3
78:3               wrong                100congress      2002               26:17
Wilson             22:7 29:12           88:6              7:15 14:11       30
87:8,15             47:20 83:14         1000              25:3 66:9         17:20
winner              84:15               83:12             67:23 68:5       3110
82:15                                   11               2005               82:5 83:11
wish               _____X_____          36:16,17,23       28:23 32:4       328-5557
49:9               X                     38:3 42:9        61:9              88:7
witness            59:20                 76:24,25        2006              35
35:22 62:18                              77:2,8,11        67:10             9:10,14,25
witnesses          _____Y_____          12               2007               10:14,20
62:14,21,22        year                 12:15 13:2,3     28:23 29:20        11:15 12:5
65:9               29:19 79:12           13:4,7,14       32:4 61:9          12:19,20
word               years                 13:17 15:15     2008               13:2,2,18
24:24              14:13,15              17:19 22:22      29:11 40:24        15:15 17:2
words               15:7 22:5           12/31/13          67:8              17:6,17,19
22:3 24:25          64:9 67:9           88:5             2009               18:2,8 22:6
    41:24 43:5      67:16               1233              28:23 32:4        22:6,7,12
    44:9 77:18     yield                1:8               41:5 46:18        22:21,22
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00261225

USA_00018120

Case 2:13-cv-00193 Document 661-15 Filed on 11/11/14 in TXSD Page 110 of 110
Case 1:12-cv-00128-RMC-DST-RLW Document 210 Filed 06/20/12 Page 15 of 55

FINAL - COMMITTEE ON ELECTIONS MEETING 6/14/10                    JUNE 14, 2010

110

| | | | | | |
|---|---|---|---|---|---|
| 3903<br>82:1<br><br>**4**<br>**4**<br>26:17 67:10<br>**42**<br>17:19<br>**421**<br>82:2<br>**47**<br>15:16 16:4<br> 16:10,12<br> 17:18<br><br>**5**<br>**5**<br>17:17<br>**50**<br>36:9,11<br> 41:17 50:3<br> 61:14<br>**500**<br>68:13<br>**512**<br>88:7<br><br>**6**<br>**6**<br>18:11<br>**6/14/10**<br>1:7 87:7<br>**64.012**<br>18:10<br>**64012**<br>26:17,23<br> 30:20<br><br>**7**<br>**7:00**<br>82:16<br>**78701**<br>87:9,17 88:7<br><br>**8**<br>**8**<br>67:7<br>**8:00** | 82:16<br>**81st**<br>40:4<br>**8140**<br>88:4<br>**84.0041**<br>18:7<br>**86006**<br>18:4<br><br>**9**<br>**9**<br>12:13 18:9<br>**9th**<br>87:24 | | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_003239

TX_00261226

USA_00018121