PL048
9/2/2014
2:13-cv-00193

By: Fraser, Estes                                    S.B. No. 362

A BILL TO BE ENTITLED

1                                AN ACT
2    relating to requiring a voter to present proof of identification.
3        BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:
4        SECTION 1.  Subchapter A, Chapter 15, Election Code, is
5    amended by adding Section 15.005 to read as follows:
6        Sec. 15.005.  NOTICE OF IDENTIFICATION REQUIREMENTS.  (a)
7    The voter registrar of each county shall provide notice of the
8    identification requirements for voting prescribed by Chapter 63 and
9    a detailed description of those requirements with each voter
10   registration certificate issued under Section 13.142 or renewal
11   registration certificate issued under Section 14.001.
12       (b)  The secretary of state shall prescribe the wording of
13   the notice to be included on the certificate under this section.
14       SECTION 2.  Subchapter A, Chapter 31, Election Code, is
15   amended by adding Section 31.012 to read as follows:
16       Sec. 31.012.  VOTER IDENTIFICATION EDUCATION. The secretary
17   of state and the voter registrar of each county that maintains a
18   website shall provide notice of the identification requirements for
19   voting prescribed by Chapter 63 on each entity's respective
20   website.  The secretary of state shall prescribe the wording of the
21   notice to be included on the websites.
22       SECTION 3.  Section 32.111, Election Code, is amended by
23   adding Subsection (c) to read as follows:
24       (c)  The training standards adopted under Subsection (a)

81R3524 JRJ-D                        1

USA_00018122

S.B. No. 362

1    must include provisions on the acceptance and handling of the
2    identification presented by a voter to an election officer under
3    Section 63.001.

4        SECTION 4.  Section 32.114(a), Election Code, is amended to
5    read as follows:

6        (a)  The county clerk shall provide one or more sessions of
7    training using the standardized training program and materials
8    developed and provided by the secretary of state under Section
9    32.111 for the election judges and clerks appointed to serve in
10   elections ordered by the governor or a county authority.  Each
11   election judge shall complete the training program.  Each election
12   clerk shall complete the part of the training program relating to
13   the acceptance and handling of the identification presented by a
14   voter to an election officer under Section 63.001.

15        SECTION 5.  Chapter 62, Election Code, is amended by adding
16   Section 62.016 to read as follows:

17       Sec. 62.016.  NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE
18   POLLING PLACES.  The presiding judge shall post in a prominent place
19   on the outside of each polling location a list of the acceptable
20   forms of photographic and nonphotographic identification.  The
21   notice and list must be printed using a font that is at least
22   24-point.

23        SECTION 6.  Section 63.001, Election Code, is amended by
24   amending Subsections (b), (c), (d), and (f) and adding Subsection
25   (g) to read as follows:

26        (b)  On offering to vote, a voter must present to an election
27   officer at the polling place the voter's voter registration

2

JA_003241

USA_00018123

S.B. No. 362

1 certificate and either:

2      (1)  one  form  of  identification  listed  in  Section

3 63.0101(a); or

4      (2)  two  different  forms  of  identification  listed  in

5 Section 63.0101(b) [to an election officer at the polling place].

6      (c)  On  presentation  of  the  documentation  required  by

7 Subsection (b) [a registration certificate], an election officer

8 shall  determine  whether  the  voter's  name  on  the  registration

9 certificate is on the list of registered voters for the precinct.

10      (d)  If  the  voter's  name  is  on  the  precinct  list  of

11 registered voters and the voter's identity can be verified from the

12 documentation presented under Subsection (b), the voter shall be

13 accepted for voting.

14      (f)  After determining whether to accept a voter, an election

15 officer  shall  return  the  voter's  documentation  [registration

16 certificate] to the voter.

17      (g)  If  the  requirements  for  identification  prescribed  by

18 Subsection  (b)  are  not  met,  the  voter  may  be  accepted  for

19 provisional voting only under Section 63.011. An election officer

20 shall  inform  a  voter  who  is  not  accepted  for  voting  under  this

21 section  of  the  voter's  right  to  cast  a  provisional  ballot  under

22 Section 63.011.

23      SECTION 7.  Section 63.006(a), Election Code, is amended to

24 read as follows:

25      (a)  A voter who, when offering to vote, presents a voter

26 registration certificate  indicating  that  the  voter  is  currently

27 registered in the precinct in which the voter is offering to vote,

USA_00018124

S.B. No. 362

1   but whose name is not on the precinct list of registered voters,

2   shall be accepted for voting <u>if the voter's identity can be verified</u>

3   <u>from the documentation presented under Section 63.001(b)</u>.

4       SECTION 8.  Section 63.007(a), Election Code, is amended to

5   read as follows:

6       (a)  A voter who, when offering to vote, presents a voter

7   registration certificate indicating that the voter is currently

8   registered in a different precinct from the one in which the voter

9   is offering to vote, and whose name is not on the precinct list of

10   registered voters, shall be accepted for voting if <u>the voter's</u>

11   <u>identity can be verified from the documentation presented under</u>

12   <u>Section 63.001(b) and</u> the voter executes an affidavit stating that

13   the voter:

14         (1)  is a resident of the precinct in which the voter is

15   offering to vote or is otherwise entitled by law to vote in that

16   precinct;

17         (2)  was a resident of the precinct in which the voter

18   is offering to vote at the time that information on the voter's

19   residence address was last provided to the voter registrar;

20         (3)  did not deliberately provide false information to

21   secure registration in a precinct in which the voter does not

22   reside; and

23         (4)  is voting only once in the election.

24       SECTION 9.  Section 63.008(a), Election Code, is amended to

25   read as follows:

26       (a)  A voter who does not present a voter registration

27   certificate when offering to vote, but whose name is on the list of

USA_00018125

S.B. No. 362

1    registered voters for the precinct in which the voter is offering to

2    vote, shall be accepted for voting if the voter executes an

3    affidavit stating that the voter does not have the voter's voter

4    registration certificate in the voter's possession at the polling

5    place at the time of offering to vote and the voter's identity can

6    be verified from the identification presented under Section

7    63.001(b) [voter presents proof of identification in a form

8    described by Section 63.0101].

9         SECTION 10.  Section 63.0101, Election Code, is amended to

10   read as follows:

11        Sec. 63.0101.  DOCUMENTATION OF PROOF OF IDENTIFICATION.

12  (a)   The following documentation is an acceptable form [as proof]

13  of photo identification under this chapter:

14         (1)  a driver's license or personal identification card

15  issued to the person by the Department of Public Safety that has not

16  expired or that expired no earlier than two years before the date of

17  presentation [or a similar document issued to the person by an

18  agency of another state, regardless of whether the license or card

19  has expired];

20         (2)  a United States military identification card that

21  contains the person's photograph [form of identification

22  containing the person's photograph that establishes the person's

23  identity];

24         (3)  a [birth certificate or other document confirming

25  birth that is admissible in a court of law and establishes the

26  person's identity;

27        [(4)]  United States citizenship certificate [papers]

USA_00018126

S.B. No. 362

1  issued to the person that contains the person's photograph;

2          (4) [(5)] a United States passport issued to the

3  person;

4          (5) a license to carry a concealed handgun issued to

5  the person by the Department of Public Safety

6          [(6) official mail addressed to the person by name

7  from a governmental entity]; or

8          (6) [(7)] a valid identification card that contains

9  the person's photograph and is issued by:

10              (A) an agency or institution of the federal

11  government; or

12              (B) an agency, institution, or political

13  subdivision of this state.

14      (b) The following documentation is acceptable as proof of

15  identification under this chapter:

16          (1) a copy of a current utility bill, bank statement,

17  government check, paycheck, or other government document that shows

18  the name and address of the voter;

19          (2) official mail addressed to the person by name from

20  a governmental entity;

21          (3) a certified copy of a birth certificate or other

22  document confirming birth that is admissible in a court of law and

23  establishes the person's identity;

24          (4) United States citizenship papers issued to the

25  person;

26          (5) an original or certified copy of the person's

27  marriage license or divorce decree;

6

USA_00018127

S.B. No. 362

1          (6)  court  records  of  the  person's  adoption,  name

2  change, or sex change;

3          (7)  an identification card issued to the person by a

4  governmental entity of this state or the United States for the

5  purpose  of  obtaining  public  benefits,  including  veteran's

6  benefits, Medicaid, or Medicare;

7          (8)  a temporary driving permit issued to the person by

8  the Department of Public Safety;

9          (9)  a  pilot's  license  issued  to  the  person  by  the

10  Federal Aviation Administration or another authorized agency of the

11  United States;

12         (10)  a library card that contains the person's name

13  issued to the person by a public library located in this state; or

14         (11)  a hunting or fishing license issued to a person by

15  the Parks and Wildlife Department [or

16        [(8)  any other form of identification prescribed by

17  the secretary of state].

18     SECTION 11.  Section 63.011(a), Election Code, is amended to

19  read as follows:

20     (a)  A person to whom Section 63.001(g), 63.008(b), or

21  63.009(a) applies may cast a provisional ballot if the person

22  executes an affidavit stating that the person:

23         (1)  is a registered voter in the precinct in which the

24  person seeks to vote; and

25         (2)  is eligible to vote in the election.

26     SECTION 12.  Section  521.422,  Transportation  Code,  is

27  amended by amending Subsection (a) and adding Subsection (d) to

JA_003246

USA_00018128

S.B. No. 362

1    read as follows:

2         (a)   Except as provided by Subsection (d), the [The] fee for

3    a personal identification certificate is:

4              (1)   $15 for a person under 60 years of age;

5              (2)   $5 for a person 60 years of age or older; and

6              (3)   $20 for a person subject to the registration

7    requirements under Chapter 62, Code of Criminal Procedure.

8         (d)   The department may not collect a fee for a personal

9    identification certificate issued to a person who states that the

10   person is obtaining the personal identification certificate for the

11   sole purpose of satisfying Section 63.001(b)(1), Election Code,

12   and:

13             (1)   who is a registered voter in this state and

14   presents a valid voter registration certificate; or

15             (2)   who is eligible for registration under Section

16   13.001, Election Code, and submits a registration application to

17   the department.

18        SECTION 13.   As soon as practicable after the effective date

19   of this Act:

20             (1)   the secretary of state shall adopt the training

21   standards and develop the training materials required to implement

22   the change in law made by this Act to Section 32.111, Election Code;

23   and

24             (2)   the county clerk of each county shall provide a

25   session of training under Section 32.114, Election Code, using the

26   standards adopted and materials developed to implement the change

27   in law made by this Act to Section 32.111, Election Code.

USA_00018129

S.B. No. 362

1      SECTION 14.  (a) Except as provided by Subsection (b), this

2  Act takes effect January 1, 2010.

3      (b)  The changes in law made by Sections 1, 2, 3, 4, and 13

4  take effect September 1, 2009.

USA_00018130

**BILL ANALYSIS**

Senate Research Center                                                                   S.B. 362
81R3524 JRJ-D                                                                        By: Fraser, et al.
                                                                          Senate Committee of the Whole
                                                                                          3/3/2009
                                                                                          As Filed

**AUTHOR'S / SPONSOR'S STATEMENT OF INTENT**

Under current law, to vote a regular ballot, voters are only required to present a voter registration certificate to a poll worker. While this practice attempts to ensure that only registered voters receive a regular ballot on Election Day, it leaves a potential loophole for fraud. Individuals are not required to show identification to register to vote. Because of this, it is possible for an unscrupulous individual to submit several falsified voter registration applications and to receive the voter registration certificates for the "fake" individuals. With the current process, no statutory standards exist to verify the identity of individuals at the polling place when they present a voter registration certificate.

As proposed, S.B. 362 modifies provisions requiring a voter to present proof of identification when offering to vote.

**RULEMAKING AUTHORITY**

This bill does not expressly grant any additional rulemaking authority to a state officer, institution, or agency.

**SECTION BY SECTION ANALYSIS**

SECTION 1. Amends Subchapter A, Chapter 15, Election Code, by adding Section 15.005, as follows:

> Sec. 15.005. NOTICE OF IDENTIFICATION REQUIREMENTS. (a) Requires the voter registrar of each county to provide notice of the identification requirements for voting prescribed by Chapter 63 (Accepting Voter) and a detailed description of those requirements with each voter registration certificate issued under Section 13.142 (Initial Registration Certificate) or renewal registration certificate issued under Section 14.001 (Renewal Registration Certificate).

> (b) Requires the secretary of state to prescribe the wording of the notice to be included on the certificate under this section.

SECTION 2. Amends Subchapter A, Chapter 31, Election Code, by adding Section 31.012, as follows:

> Sec. 31.012. VOTER IDENTIFICATION EDUCATION. Requires the secretary of state and the voter registrar of each county that maintains a website to provide notice of the identification requirements for voting prescribed by Chapter 63 on each entity's respective website. Requires the secretary of state to prescribe the wording of the notice to be included on the websites.

SECTION 3. Amends Section 32.111, Election Code, by adding Subsection (c), to require that the training standards adopted under Subsection (a) (relating to certain actions required by the secretary of state regarding training standards and materials for election judges) include provisions on the acceptance and handling of the identification presented by a voter to an election officer under Section 63.001 (Regular Procedure for Accepting Voter).

SECTION 4. Amends Section 32.114(a), Election Code, to require each election clerk to complete the part of the training program relating to the acceptance and handling of the identification presented by a voter to an election officer under Section 63.001.

SECTION 5. Amends Chapter 62, Election Code, by adding Section 62.016, as follows:

Sec. 62.016. NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE POLLING PLACES. Requires the presiding judge to post in a prominent place on the outside of each polling location a list of the acceptable forms of photographic and nonphotographic identification. Requires that the notice and list be printed using a font that is at least 24-point.

SECTION 6. Amends Section 63.001, Election Code, by amending Subsections (b), (c), (d), and (f) and adding Subsection (g), as follows:

(b) Requires a voter, on offering to vote, to present to an election officer at the polling place, the voter's voter registration certificate and either one form of identification listed in Section 63.0101(a), or two different forms of identification listed in Section 63.0101(b). Makes a nonsubstantive change.

(c) Requires an election officer, on presentation of the documentation required by Subsection (b), rather than a registration certificate, to determine whether the voter's name on the registration certificate is on the list of registered voters for the precinct.

(d) Requires that the voter be accepted for voting if the voter's name is on the precinct list of registered voters and the voter's identity can be verified from the documentation presented under Subsection (b).

(f) Requires the election officer, after determining whether to accept the voter, to return the voter's documentation, rather than registration certificate, to the voter.

(g) Authorizes the voter, if the requirements for identification prescribed by Subsection (b) are not met, to be accepted for provisional voting only under Section 63.011 (Provisional Voting). Requires an election officer to inform a voter who is not accepted for voting under this section of the voter's right to cast a provisional ballot under Section 63.011.

SECTION 7. Amends Section 63.006(a), Election Code, to require that a voter who, when offering to vote, presents a voter registration certificate indicating that the voter is currently registered in the precinct in which the voter is offering to vote, but whose name is not on the precinct list of registered voters, be accepted for voting if the voter's identity can be verified from the documentation presented under Section 63.001(b).

SECTION 8. Amends Section 63.007(a), Election Code, to require that a voter who, when offering to vote, presents a voter registration certificate indicating that the voter is currently registered in a different precinct from the one in which the voter is offering to vote, and whose name is not on the precinct list of registered voters, be accepted for voting if the voter's identity can be verified from the documentation presented under Section 63.001(b) and the voter executes an affidavit stating certain information.

SECTION 9. Amends Section 63.008(a), Election Code, to require that a voter who does not present a voter registration certificate when offering to vote, but whose name is on the list of registered voters for the precinct in which the voter is offering to vote, be accepted for voting if the voter executes an affidavit stating that the voter does not have the voter's voter registration certificate in the voter's possession at the polling place at the time of offering to vote and the voter's identity can be verified from the identification presented under Section 63.001(b). Deletes existing text requiring the voter to present proof of identification in a form described by Section 63.0101.

SECTION 10. Amends Section 63.0101, Election Code, as follows:

USA_00018132

Sec. 63.0101. DOCUMENTATION OF PROOF OF IDENTIFICATION. (a) Creates Subsection (a) from existing text. Provides that the following documentation is an acceptable form of photo identification, rather than is acceptable as proof of identification, under this chapter:

(1) a driver's license or personal identification card issued to the person by the Department of Public Safety that has not expired or that expired no earlier than two years before the date of presentation. Deletes existing text relating to a similar document issued to the person by an agency of another state, regardless of whether the license or card has expired;

(2) a United States military identification card that contains the person's photograph, rather than a form of identification containing the person's photograph that establishes the person's identity;

(3) a United States citizenship certificate, rather than citizenship papers, issued to the person that contains the person's photograph. Deletes existing text relating to a birth certificate or other document confirming birth that is admissible in a court of law and establishes the person's identity;

(4) a United States passport issued to the person;

(5) a license to carry a concealed handgun issued to the person by the Department of Public Safety. Deletes existing text relating to official mail addressed to the person by name from a governmental entity; or

(6) a valid identification card that contains the person's photograph and is issued by an agency or institution of the federal government; or an agency, institution, or political subdivision of this state.

Makes nonsubstantive changes.

(b) Provides that the following documentation is acceptable as proof of identification under this chapter:

(1) a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter;

(2) official mail addressed to the person by name from a governmental entity;

(3) a certified copy of a birth certificate or other document confirming birth that is admissible in a court of law and establishes the person's identity;

(4) United States citizenship papers issued to the person;

(5) an original or certified copy of the person's marriage license or divorce decree;

(6) court records of the person's adoption, name change, or sex change;

(7) an identification card issued to the person by a governmental entity of this state or the United States for the purpose of obtaining public benefits, including veteran's benefits, Medicaid, or Medicare;

(8) a temporary driving permit issued to the person by the Department of Public Safety;

(9) a pilot's license issued to the person by the Federal Aviation Administration or another authorized agency of the United States;

JA_003251

USA_00018133

(10) a library card that contains the person's name issued to the person by a public library located on this state; or

(11) a hunting or fishing license issued to a person by the Parks and Wildlife Department. Deletes existing text relating to any other form of identification prescribed by the secretary of state.

SECTION 11. Amends Section 63.011(a), Election Code, to authorize a person to whom Section 63.001(g), 63.008(b) (relating to authorizing a voter to be accepted for provisional voting), or 63.009(a) (relating to a voter who does not present a voter registration certificate) applies, to cast a provisional ballot if the person executes an affidavit stating certain information.

SECTION 12. Amends Section 521.422, Transportation Code, by amending Subsection (a) and adding Subsection (d), as follows:

(a) Provides that, except as provided by Subsection (d), the fee for a personal identification certificate is $15 for a person under 60 years of age; $5 for a person 60 years of age or older; and $20 for a person subject to the registration requirements under Chapter 62 (Sex Offender Registration Program), Code of Criminal Procedure.

(d) Prohibits the Texas Department of Public Safety (DPS) from collecting a fee for a personal identification certificate issued to a person who states that the person is obtaining the personal identification certificate for the sole purpose of satisfying Section 63.001(b)(1), Election Code, and who is a registered voter in this state and presents a valid voter registration certificate; or who is eligible for registration under Section 13.001 (Eligibility for Registration), Election Code, and submits a registration application to DPS.

SECTION 13. Provides that, as soon as practicable after the effective date of this Act:

(1) the secretary of state is required to adopt the training standards and develop the training materials required to implement the change in law made by this Act to Section 32.111, Election Code; and

(2) the count clerk of each county is required to provide a session of training under Section 32.114, Election Code, using the standards adopted and materials developed to implement the change in law made by this Act to Section 32.111, Election Code.

SECTION 14. (a) Effective date, except as provided by Subsection (b): January 1, 2010.

(b) Effective date, Sections 1, 2, 3, 4, and 13: September 1, 2009.

USA_00018134

## LEGISLATIVE BUDGET BOARD
### Austin, Texas

### FISCAL NOTE, 81ST LEGISLATIVE REGULAR SESSION

#### March 5, 2009

**TO:** Honorable Robert Duncan, Chair, Senate Committee of the Whole Senate

**FROM:** John S. O'Brien, Director, Legislative Budget Board

**IN RE: SB362** by Fraser (Relating to requiring a voter to present proof of identification.), **As Introduced**

> **No significant fiscal implication to the State is anticipated.**

The bill would make various changes to the Elections Code regarding voter identification. Among the changes would be a requirement that the voter registrar of each county provide with each initial voter registration certificate or renewal registration certificate issued, notice of identification requirements for voting. The Secretary of State (SOS) would be required to prescribe the wording of the notice. Another new requirement would be that the SOS and the voter registrar of each county that maintains a website to post on the website notice of the identification requirements. The SOS would prescribe the wording of the notice to be sent with the registration certificates for of the website notice.

Provisions of the bill would require training standards to include instructions on the acceptance and handling of the identification presented by a voter to an election officer. Each election clerk would be required to complete the part of training that covers identification. The SOS would be required to adopt the training standards and develop training materials as soon as practicable after September 1, 2009. Each county clerk would be required to provide a session of training using the standards adopted by and the materials developed by the SOS as soon as practicable as well.

The bill would require the presiding judge at each polling place to post in a prominent location outside of the location a list of the acceptable forms of photographic and nonphotographic identification. The bill would add to the list of acceptable forms of identification. If identification requirements are not met by a voter, an election officer would be required to inform the voter that they may cast a provisional ballot.

The Department of Public Safety would be prohibited from collecting a fee for a personal identification certificate issued to a person who states that they are obtaining the personal identification certificate for the sole purpose of meeting identification requirements for voting if the person meets certain criteria.

Although there could be a revenue loss from the prohibition to collect a fee for a personal identification certificate issued to a person seeking the certificate for the sole purpose of voting, it is unknown how many people would make the request, and therefore unknown the amount of revenue loss that could occur. Otherwise, based on analysis provided by the Secretary of State and the Department of Public Safety, it is assumed costs associated with implementation could be absorbed within existing resources.

Other than stipulations related to providing and posting notice of identification requirements for voting and stipulations related to training, the bill would take effect January 1, 2010.

**Local Government Impact**

Based on responses from a sampling of election authorities and county clerks, fiscal impact from implementing provisions of the bill would vary by county. Costs would include at a minimum those

USA_00018135

for printing signs to post at each polling place, which would not be significant. Other potential costs would be associated with additional training and posting information to the county website. Again, those costs are not expected to be significant. One smaller county response anticipates that the new provisions regarding casting a provisional ballot would require hiring additional staff, resulting in a moderate to significant cost.

**Source Agencies:** 307 Secretary of State, 405 Department of Public Safety
**LBB Staff:** JOB, SD, DB, LG

USA_00018136

PL051
9/2/2014
2:13-cv-00193

# MINUTES

## COMMITTEE OF THE WHOLE SENATE
Tuesday, March 10, 2009
10:00 a.m.
Senate Chamber

\*\*\*\*\*

Pursuant to Article XIII, Senate Rule 13.01, the Senate resolved into Committee of the Whole at 12:20 p.m., Tuesday, March 10, 2009, in the Senate Chamber for a public hearing on S.B. 362.

Pursuant to Senate Rule 13.02, Senator Robert Duncan was named Chair of the Committee of the Whole Senate.

\*\*\*\*\*

| MEMBERS PRESENT: | MEMBERS ABSENT: |
|---|---|
| Lt. Governor David Dewhurst | |
| Senator Kip Averitt | None |
| Senator John Carona | |
| Senator Wendy Davis | |
| Senator Bob Deuell | |
| Senator Robert Duncan | |
| Senator Rodney Ellis | |
| Senator Kevin Eltife | |
| Senator Craig Estes | |
| Senator Troy Fraser | |
| Senator Mario Gallegos, Jr. | |
| Senator Chris Harris | |
| Senator Glenn Hegar | |
| Senator Juan Hinojosa | |
| Senator Joan Huffman | |
| Senator Mike Jackson | |
| Senator Eddie Lucio, Jr. | |
| Senator Jane Nelson | |
| Senator Robert Nichols | |
| Senator Steve Ogden | |
| Senator Dan Patrick | |
| Senator Kel Seliger | |
| Senator Florence Shapiro | |
| Senator Eliot Shapleigh | |
| Senator Carlos Uresti | |
| Senator Leticia Van de | |

TX_00002772

USA_00018137

Putte
Senator Kirk Watson
Senator Jeff Wentworth
Senator Royce West
Senator John Whitmire
Senator Tommy Williams
Senator Judith Zaffirini

*****

Pursuant to the passage of Senate Resolution 408, Senator Robert Duncan called the Committee of the Whole Senate to order at 12:38 p.m. There being a quorum present, the following business was transacted:

Senator Duncan outlined the procedures for the Committee of the Whole Senate.

Senator West raised a point of order that Senate Rules 11.10, 11.18, and 13.04 apply to the Committee of the Whole Senate.

Senator Duncan overruled the point of order by Senator West, stating that Senate Rule 13.01 allows the Committee of the Whole Senate to resolve at any time after bills and resolutions have been called and that the passage of Senate Resolution 408 authorizes resolution into the Committee of the Whole Senate.

Senator Shapleigh requested permission to allow the introduction of documents into the record throughout the meeting. Senator Duncan ruled that documents and other related exhibits could be entered into the record.

Senator Gallegos moved to appeal the ruling of the Chair on Senator West's point of order. Senator Williams moved to table Senator Gallegos' motion. Senator Williams withdrew his motion.

At 1:25 p.m., Senator Wentworth assumed presiding duties.

The ruling of the Chair was sustained by a record vote of 19 ayes, 12 nays, 0 absent, and 1 present not voting.

At 1:47 p.m., Senator Duncan resumed presiding duties.

Senator Gallegos raised a point of order citing Senate Rule 11.19 and requested 48 hours notice to all members of the Texas Senate.

Senator Duncan overruled Sen. Gallegos' point of order.

Senator Duncan laid out SB 362 by Senator Troy Fraser and recognized the author to explain the bill.

At 2:38 p.m., Senator Duncan announced the Committee of the Whole Senate would stand at ease.

At 2:54 p.m., the Committee of the Whole Senate resumed discussion on SB 362.

At 4:34 p.m., Senator Duncan announced the Committee of the Whole Senate would stand at ease.

At 4:47 p.m., the Committee of the Whole Senate resumed discussion on SB 362.

Senator Duncan called the following persons to provide invited testimony on SB 362 by Fraser (see attached list).

At 6:43 p.m., Senator Duncan announced the Committee of the Whole Senate would stand at ease.

At 7:03 p.m., invited testimony resumed. Persons providing invited testimony are shown on the attached list.

At 9:13 p.m., Senator Duncan announced the Committee of the Whole Senate would stand at ease.

At 9:26 p.m., invited testimony resumed. Persons providing invited testimony are shown on the attached list.

At 10:34 p.m., Senator Averitt assumed the Chair.

At 10:54 p.m., Senator Duncan resumed the Chair.

At 11:58 p.m., Senator Duncan announced the Committee of the Whole Senate would stand at ease.

At 12:17 a.m. (March 11, 2009), invited testimony resumed. Persons providing invited testimony are shown on the attached list.

At 12:44 a.m., Senator Wentworth assumed the Chair.

At 12:55 a.m., Senator Duncan resumed the Chair.

At 2:25 a.m., Senator Duncan announced the Committee of the Whole Senate would stand at ease.

At 2:38 a.m., invited testimony resumed. Persons providing invited testimony are shown on the attached list.

At 4:08 a.m., Senator Carona assumed presiding duties.

At 4:13 a.m., Senator Duncan resumed presiding duties.

At 4:41 a.m., Senator Duncan announced that the Committee of the Whole Senate would stand at ease.

At 4:53 a.m., invited testimony resumed. Persons providing invited testimony are shown on the attached list.

At 4:58 a.m., Senator Wentworth assumed presiding duties.

At 5:03 a.m., Senator Duncan resumed presiding duties.

At 5:53 a.m., Senator Hegar assumed presiding duties.

At 6:04 a.m., Senator Duncan resumed presiding duties.

At 6:36 a.m., Senator Van de Putte assumed presiding duties.

At 6:39 a.m., Senator Duncan resumed presiding duties.

At 6:50 a.m., Senator Duncan announced that the Committee of the Whole Senate would stand at ease.

At 7:03 a.m., the Committee of the Whole Senate resumed and took public testimony.

Witnesses providing public testimony and registering on SB 362 by Senator Fraser are shown on the attached list.
At 9:00 a.m., the chair moved that the public testimony be closed; without objection, it was so ordered. Senator Duncan announced that the Committee of the Whole Senate would stand at ease.

At 9:12 a.m., the Committee of the Whole Senate resumed.

Senator Duncan recognized Senator Fraser for a motion.

Senator Fraser moved that SB 362 be reported favorably to the Senate with the recommendation that it do pass and be printed. The motion carried with a record vote of 20 ayes, 12 nays, 0 present not voting, and 0 absent.

TX_00002775

USA_00018140

Senator Duncan recognized Senator Wentworth at 9:18 a.m., who moved that the Committee of the Whole Senate rise and report progress. Without objection, it was so ordered.

_____
Senator Robert Duncan, Chair

_____
Patsy Spaw, Clerk

USA_00018141

PL052
9/2/2014
2:13-cv-00193

** REVISION **

**SENATE**

**NOTICE OF PUBLIC HEARING**


COMMITTEE:    Committee of the Whole Senate

TIME & DATE:  10:00 AM **
              Tuesday, March 10, 2009
PLACE:        Senate Chamber


** PLEASE NOTE THAT THE SENATE WILL CONVENE AT 10:00 AM

---

Upon adoption of the appropriate motion, the Senate will resolve into the
Committee of the Whole Senate to consider the following:


SB 362    Fraser | et al.
Relating to requiring a voter to present proof of identification.

The Committee will hear invited and public testimony on SB 362.
**The Committee will begin with invited testimony.  It is anticipated that
public testimony will not begin until 1:00 p.m.**


Interested parties may appear and provide written or oral testimony by
submitting a witness affirmation card. Persons wishing to submit written
testimony must provide 40 copies with their witness affirmation card.


Witness affirmation cards will be available at 8:00 a.m. on the day of the
hearing at the Witness Registration Desk located in front of the Senate
Chamber on the 2nd Floor of the Capitol.


Witnesses and the public are invited to observe the proceedings of the

Committee from the Senate Gallery on the 3rd
Floor.  Witnesses who have
registered to testify will have their names called by the
Chair at least 5
minutes before they are scheduled to appear.  As names are
called,
witnesses should check in at the Witness Registration Desk
for admission
into the Senate Chamber for their testimony.

For any questions regarding the hearing, please contact Patsy
Spaw (512)
463-0100.

_____

     ** See Committee Coordinator for previous versions of the
schedule **

WITNESS LIST

Committee of the Whole Senate
March 10, 2009 - 10:00 AM **

SB 362

FOR:

Benkiser, Tina  (Self; Rep. Party of Texas),  Houston, TX

Carter, James E.  (Republican Party of Bell County and PCT 209),  Harker Heights, TX

Collins, Mary Ann  (Self),  Dallas, TX

Cotton, Hazel  (also providing written testimony) (Self),  Texarkana, TX

Hicks, Kathy  (also providing written testimony) (Bowie County),  Texarkana, TX

Hicks, Rusty  (Bowie Co. Republican Party),  Texarkana, TX

Holloway, Judy  (Self),  Lakeway, TX

Mendoza, Sylvia A.  (Self),  Austin, TX

Rawson, Duane H.  (Self),  Goldthwaite, TX

Wallace, B.R. (Skipper)  (also providing written testimony) (TRCCA),  Lampasas, TX

Watkins, John E.  (Self),  Wills Point, TX

Williams, Edward B.  (Self),  Kilgore, TX

Williamson, Mark  (Federal Intercessors (Ministry)),  Katy, TX

AGAINST:

Ashbrook, Joni  (Self),  Bastrop, TX

Bledsoe, Gary L.  (also providing written testimony) (Texas NAACP),  Austin, TX

Borel, Dennis  (Coalition of Texans with Disabilities),  Austin, TX

Camarillo, Lydia  (also providing written testimony) (SUREP),  San Antonio, TX

Correira, Marsha  (Self),  Elgin, TX

Davidson, Chandler  (also providing written testimony) (Self),  Houston, TX

de los Santos, Renato  (Self; LULAC, District III),  Dallas, TX

Dewar, Madeleine  (Self),  San Antonio, TX

Edelman, Patti  (Self),  Austin, TX

Figueroa, Luis  (Mexican American Legal Defense & Educational Fund (MALDEF)),  San Antonio, TX

Flippin, Kenneth  (Self),  Austin, TX

Fluker, Dr. Rod (Texas Association of Black Personnel in Higher Education), Austin, TX

Foster, Vanessa Edwards (Texas Gender Advocacy & Info. Network (TGAIN)), Houston, TX

Gluck, Claire Oxley (also providing written testimony) (Self), Boerne, TX

Hebert, J. Gerald (also providing written testimony) (Self), Alexandria, VA

Hernandez, Rachel A. (Laborers Local 1095 - Granada Homes), San Antonio, TX

Kohrman, Daniel B. (also providing written testimony) (AARP & AARP-Texas), Washington, DC

Koym, Kenneth (Citizen of Texas, LULAC Council), Austin, TX

Koym, Kenneth (Self; LULAC), Austin, TX

Lara, Rene (Texas AFL-CIO/United Labor Legislative Committee), Austin, TX

Medley, Lee (United Steel Workers District Council), Santa Fe, TX

Privett, Anita (also providing written testimony) (League of Women Voters of Texas), Austin, TX

Renick, Karen (Voterescue), Austin, TX

Rosales, Rosa (also providing written testimony) (League of United Latin American Citizens), Washington, DC

Rynders, Dustin (also providing written testimony) (Advocacy, Inc.), Austin, TX

Skaggs, Adam (also providing written testimony) (Brennan Center for Justice), New York, NY

Villarreal, Helen E. (Self), San Antonio, TX

Young, Derek (Self), Austin, TX

ON:

Johnson, Ed (also providing written testimony) (Harris County Voter Registrar), Houston, TX

Moore, Toby (also providing written testimony) (Self), Alexandria, VA

Nichols, Eric (Office of Attorney General), Austin, TX

Quinn, Cameron P. (also providing written testimony) (The Carter-Baker Commission on Federal Election Reform), Washington, DC

Shorter, III, Coby (Secretary of State), Austin, TX

Strickland, Frank B. (also providing written testimony) (Self), Atlanta, GA

Tailor, Wesley B. (also providing written testimony) (Georgia Secretary of State), Atlanta, GA

von Spakovsky, Hans A. (also providing written testimony) (Self), Washington, DC

Wang, Tova (also providing written testimony) (Common Cause), Washington, DC

Wheeler, Tom (also providing written testimony) (Self), Zionsville, IN

Registering, but not testifying:

For:

Abendschein, Gerry (Self), China Spring, TX

Abendschein, Tony (Doc Anderson - Waco), China Spring, TX

Adams, Cathie (Texas Eagle Forum), Dallas, TX

Addeo, John (Self), Wimberley, TX

Addeo, Linda (Self), Wimberley, TX

Alexander, Carole (Self), League City, TX

Alexander, James (Self), Spring, TX

Allbritton, Edwin A. (Self), Boerne, TX

Allbritton, Laura (Self), Fair Oaks Ranch, TX

Alonzo, Arnulfo (Voter), Lockhart, TX

Anderson, W. (Self), Austin, TX

Asmussen, Cynthia (Concerned Women of America), Austin, TX

Bagley, Bob (Texas Paralyzed Vets), Grangerland, TX

Bailey, Austen (Self), Austin, TX

Baker, Alyssa Joy (Travis County), Austin, TX

Baker, Theresa I. (Medina County), Devine, TX

Baker, Walter (Medina CO.), Devine, TX

Barnes, Elizabeth (Self), Brownsville, TX

Barnes, Jim (Self), Brownsville, TX

Bartlett, Laurie (Citizen), Austin, TX

Beaver, Mary (Self), Austin, TX

Betz, Julie "B" (My Family & Texas Voters), Garden Ridge, TX

Boren, Mary Ellen (Self), Clifton, TX

Bower, Peggy (Self; My family), Austin, TX

Bradberry, Timothy E. (Central Texas Republican Assembly), Pflugerville, TX
Bradberry, Timothy E. (Self; Fellow law abiding and legitimate
voters), Pflugerville, TX

Bratcher, Tom L. (Self), Meridian, TX

Brown, David (Self; Haskell Co.), Haskell, TX

Brown, Jimmy G. (Matagorda County Republican Party), Bay City, TX

Bullock, J. Brent (Self), Hutto, TX

Burbridge, G.O. (Self), Austin, TX

Burbridge, Maria (Self), Austin, TX

TX_00002781

USA_00018146

Busche, Jennifer R.   (Self),  Smithville, TX
Canady, Sara   (Self),  Floresville, TX
Cantey, Wesley   (Self),  Clifton, TX

Carter, Joan   (Self),  Plano, TX
Casey, Stephen   (Self),  Austin, TX
Cash, Brenda   (Yoakum Republican Women),  Shiner, TX
Chairez-Hernandez, John   (Americans for Zero Immigration),  Houston, TX
Clover, Sonya   (Self),  Montgomery, TX
Cluck, Margaret Ballenger   (Self),  San Antonio, TX
Coleman, Q.   (Self),  Plano, TX
Conley, Barbara   (Self),  Austin, TX
Cooper, Robbie   (Self),  Austin, TX
Cravens, Peggy Y.   (Self),  Austin, TX
Crider, Bruce M.   (I.R.C.O.T.),  Hitchcock, TX
Crider, Mary H.   (Self),  Hitchcock, TX
Curnock, Karen   (Self),  Waco, TX
Dees, Claire   (Self),  Del Valle, TX
Denman, Carlene   (Self),  Austin, TX
Derryberry, Mattie B.   (Self),  Meridian, TX
DeVillez, Sue   (Self),  Georgetown, TX
Dozier, Helen   (Self),  Walnut Springs, TX
Dupry, Frederic   (Self),  Austin, TX
Edwards, Rosemary   (Self),  Austin, TX
Findley, Austin   (Self),  Marshall, TX
Findley, Stephan D.   (SREC, SD 1),  Marshall, TX
Fink, Jr., Charles E.   (All Texans),  Allen, TX
Forest, Rebecca   (Immigration Reform Coalition of TX),  Austin, TX
Foster, Lisa   (Travis Republican Women),  Cedar Park, TX
Fredricks, Melinda S.   (Self),  Conroe, TX
Fulton, Diane   (Self),  Austin, TX
Gallegos, Richard H.   (Self),  San Antonio, TX
Gallegos, Rosalinda   (Self),  San Antonio, TX
Gallien, Gail   (Self),  Spring, TX
Garcia, Robby L.   (Self),  Austin, TX

Gebolys, Diana L. (Pct. 4, Montgomery County), The Woodlands, TX
Gelencser, Paul (Self; Voters/myself), Austin, TX
Giardini, Ann (Self), Axtell, TX
Goins, Elizabeth Marie (Denton County Republican Party), Flower Mound, TX
Goins, Jacquelyn Stella (Denton County Republican Party), Flower Mound, TX
Goins, Joyce (Denton County Rep. Party), Flower Mound, TX
Gomez, Rebekah D. (College Republicans), Georgetown, TX
Goodman, Emily (College Republicans), Fort Worth, TX
Graves, MS (Self), Ft. Worth, TX
Haigler, Kathy L. (Self), Deer Park, TX
Hall, Helen S. (Self; Voter ID), Pflugerville, TX
Hanle, Carol (Self), Austin, TX
Hawkins, Jolene (Self), Kingsland, TX
Hettinger, Ann (Concerned Women of America), Rockwall, TX

Hettinger, Hays (Self), Rockwall, TX
Hibbs, Brittany (Self), Austin, TX
Hogan, Ryan (Self), Katy, TX
Hopper, Debbie (Self), Moulton, TX
Howard, Marie (Self), Keller, TX
Huffman, Maria de Los Angeles (Self), Austin, TX
Ingalls, Josiah James (Self), Austin, TX
Irvin, Mike (Self), Clifton, TX
Irvin, Sara (Self), Clifton, TX
Jackson, Alma (Self), San Antonio, TX
Jackson, Janet H. (Bosque County Republican Club), Clifton, TX
Jackson, Jeffrey (Young Republicans of Austin), Austin, TX
Jackson, Jonathan (Self), Austin, TX
Jewett, John (Self), Cedar Park, TX
Jewett, Linda (Self), Cedar Park, TX
Johnson, Patti (Voters of Texas), Canyon Lake, TX
Johnson, Phillip (Self; Family), Pinehurst, TX
Kennedy, Lauren (Self), Austin, TX
Knight, Stacy M. (Self), Montgomery, TX

TX_00002783
USA_00018148

Koenig, Carol L. (Former Election Judge), New Ulm, TX
Koenig, HW Buddy (Austin County Republican Party), New Ulm, TX
Larson, Barbara (Self), Boerne, TX
Lewis, Roxann (Galveston County), League City, TX
Lindsey, Shirley (Self), League City, TX
Lockhoof, Michelle (Self), Austin, TX
LoveJoy, II, Dr. Johnny E. (For Voter ID), San Antonio, TX
Luster, Joyce (Self), Farmers Branch, TX
MacEwan, David L. (Williamson County Republican Assembly), Austin, TX
Mallick, Peggy (Self), Waco, TX
Manor, Mandy (Self), Austin, TX
Markley, Craig (Precinct 316), Bee Cave, TX
Markley, Shirley (Precinct 316), Bee Cave, TX
Martin, John (Self), Spring, TX
Martin, John (I.R.C.O.T.), Spring, TX
Mathis, Jamie Margaret (Self), SA, TX
May, Justin Garrett (Self), Austin, TX
McCracken, JoAnn (Self), Houston, TX
McDonald, Audrey M. (Self), Georgetown, TX
McDowell, Linda (Self), Clifton, TX
McDowell, Neal D. (Self), Clifton, TX
McMillan, Jana (Republican Women Brazos Valley), College Station, TX
Mechler, Tom (Self), Amarillo, TX
Meeks, Barbara (Galveston County), League City, TX
Megarity, David C. (Bosque County Republican Club), Clifton, TX
Megarity, Sue (Bosque Co. Republican Club), Clifton, TX

Mendoza, Jamie (Self; Myself as a taxpayer and minority), Laredo, TX
Mendoza, Javier (Self), Laredo, TX
Miller, Evelyn (Self; BRW), Alvin, TX
Morgan, Sally (Self), Buchanan Dam, TX
Morovich, George L. (Self), La Grange, TX
Munhofen, Brent (IRCOT - Immigration Reform Coalition of TX), Austin, TX
Neal, Tammy Renee (Self), Spring, TX

TX_00002784

USA_00018149

Nelson, Nancy  (Bayou Republican Women),  Alvin, TX

Noble, William  (Self),  Austin, TX

Nolasco, Valerie  (ARCIH),  Austin, TX

Nugent, Kim  (Self),  DeKalb, TX

O'Leary, Wanda  (Hill Country Republican Women),  Austin, TX

Oney, Betty  (Self),  Austin, TX

Padilla, Arianna  (Self),  Spring, TX

Parada, Judith A.  (Self),  Montgomery, TX

Pehl, Daniel  (Gillespie County Rep. Party),  FBG, TX

Pehl, Lucy J.  (Gillespie County Republican Party),  Fredericksburg, TX

Peloquin, Susan  (Self),  Austin, TX

Powell, Nancy  (Self),  Austin, TX

Powell, Valerie  (Self),  Austin, TX

Quiram, Helen  (Self),  Waco, TX

Ray, Ann Christine Smith  (Legitimate Voters in Texas),  Austin, TX

Raynaud, Walter  (Self),  Clifton, TX

Rocha, Christina  (Self),  Austin, TX

Rogers, Linda  (Burnet County/TRCCA),  Briggs, TX

Saenz, Jonathan  (Free Market Foundation),  Austin, TX

Salmans, Bill  (Self, Bosque Rep. Club),  Meridian, TX

Salmans, Kathryn  (Bosque Co. Rep. Club),  Meridian, TX

Smith, James L.  (Self),  Cibolo, TX

Spindle, Forrest  (TIFR),  Sugarland, TX

Sullivan, Mari  (Self, Myself and my family),  Dallas, TX

Suttle, Gail  (Self),  Austin, TX

Swanson, Jennifer  (Self),  Spring, TX

Swanson, Valoree  (Self),  Spring, TX

Sykes, Jennifer  (Self),  Austin, TX

Terry, Addison  (Self),  Washington, TX

Theiss, Elizabeth  (TFIR),  Houston, TX

Thinits, Bert  (Self),  Clifton, TX

Thomas, Linda  (Self),  Clifton, TX

Thompson, Eddie G.  (Self),  Copperas Cove, TX

Thompson, Peggy  (Self),  Copperas Cove, TX

Timmer, Nancy L.  (Gillespie County Republican Party),  Fredericksburg, TX

Ulrich, John  (Self, North Shore Republicans),  Lago Vista, TX

Urick, Nelva  (Bayou Rep Women),  Alvin, TX

Venable, Peggy  (Americans for Prosperity),  Austin, TX

Vickery, Jr., P. H.  (Family, Self, Friends, Law and Order),  Porter, TX

Waggoner, Pamela  (Self, ARW),  Austin, TX

Ward, Brad  (IRCOT),  Austin, TX

Webster, Dale  (Self),  Austin, TX

Webster, Kathleen  (Self),  Austin, TX

Wyatt, Dori  (Self),  Yoakum, TX

Zimmerman, Don  (Self),  Austin, TX

Zimmerman, Dorothy  (Self),  Garland, TX

Against:

Abraha, Robiel  (Self, Robiel Abraha),  Houston, TX

Acevedo, Fidel  (Mexican American Democrats of Texas),  Austin, TX

Achilles, Jenny  (Self),  Austin, TX

Adkison, Elaine  (East Texas Democrats),  Nacogdoches, TX

Agbottah, Deborah  (My family),  Austin, TX

Agers Blye, Larry  (Larry A. Blye (TX SILC)),  Lubbock, TX

Allen, Eddie  (Self),  Austin, TX

Andre, Barbara  (Self),  Austin, TX

Andy, Diann  (Self),  San Antonio, TX

Annis, Keith  (Self),  Fort Worth, TX

Arabie, Joe R.  (Texas AFL-CIO),  Austin, TX

Arellano, Nohemi  (Self, Austin),  Austin, TX

Arevalo, Edward R.  (Self),  Austin, TX

Ashbrook, Joan  (Self),  Bastrop, TX

Ayuso, Rafael  (AARP Texas),  Austin, TX

Bacon, Timothy  (Self),  Houston, TX

Banks, Yannis  (Texas NAACP),  Austin, TX

Barrow, Chamane  (Self),  Angleton, TX

Barrow, Mary  (United Methodist Women),  Bellville, TX

Baugh, Alexander T.  (Self),  Austin, TX

Bautista, Paula  (LULAC),  Pflugerville, TX

Bautista, Reuben  (LULAC),  Pflugerville, TX

Beaird, Paula F. (Self), Austin, TX

Bearden, Chase (Coalition of Texans with Disabilities), Austin, TX

Beh, Eugenia (Self), Austin, TX

Bellon, Patrick (Self), Austin, TX

Bennett, Donna (Self), Austin, TX

Bessent, Nancy Echols (Self), Austin, TX

Bier, Marti (Self), Austin, TX

Bilardi, Christopher J. (Self), Arlington, TX

Bilardi, Rachel (Self), Austin, TX

Blackburn, Jr., Audley (Self), Austin, TX

Blodgett, Elaine (Self), McDade, TX

Blumberg, Mary (Self; Senator Watson), Austin, TX

Blye, Regina (Self), Austin, TX

Boardman, April (Self), Austin, TX

Boardman, Jr., Ernest G. (Self), Austin, TX

Boldin, Rosalie M. (Self), Austin, TX

Boone, Daniel (Self), Canyon Lake Ranch, TX

Boyte, Melanie (ADAPT of Texas), Hutto, TX

Branford, Mary (ACORN), Houston, TX

Bridgforth, Sharon (Self), Austin, TX

Broers, Lalainia (Self; Austin), Austin, TX

Brooks, Jessica R. (Huston - Tillotson University), Austin, TX

Brown, Andy (Self), Austin, TX

Brown, Paul (Texas AFL-CIO), Pflugerville, TX

Burge, Jason (Alamobama), San Antonio, TX

Burrell, Martin (PCT 3103), Dallas, TX

Burton, John (Self), Austin, TX

Byndon, Marlene (Asst. County Chair, Collin County), Prosper, TX

Cannon, Joe (Self), Dallas, TX

Cannon, Winifred (Self), Dallas, TX

Carvell, Helen C. (Self; Self and women for good government), Austin, TX

Casso, Amy (La Fe PREC)

Castrejana, Jacob (ACORN), San Antonio, TX

Cavazos, Perla (Self), Austin, TX

Charleton, Margaret T. (Self), College Station, TX

Chew, Luis Enrique (Self, Individual), El Paso, TX

Chew, Martha (Self, Individual), El Paso, TX

Cho, Vincent (Self), Austin, TX

Choate, Dawn (Self), Austin, TX

Christianson, Thomas N. (Self), Austin, TX

Christlieb, Kay (Self), Arlington, TX

Clark, Kimberly (Self, Kimberly Clark), Ft. Worth, TX

Clark, Nancy Handshaw (Self), Bryan, TX

Cleveland, Donald (Bell County Get Out The Vote), Killeen, TX

Cofer, Rick (Self), Austin, TX

Cohunga, Alfredo Esparza (LULAC), San Antonio, TX

Conti, JoAnn (ACORN), San Antonio, TX

Cooper, Howard L. (Self, Citizen), Austin, TX

Courage, John K. (Common Cause of Texas, TCAN, NEBCD), San Antonio, TX

Cowles, Katelina Hernandez (Self), Austin, TX

Cranston, Catherine (Personal Attendant Coalition of TX), Austin, TX

Cranston, Ron (Institute for Disability Access), Austin, TX

Crump, Lynnaia (Self, Lynnaia Crump), Fort Worth

Dana, Sherry (Wilco Family Justice Alliance), Georgetown, TX

Darnell, Derek (Private Citizen), Houston, TX

Davidson, Sarah C. (Self), Austin, TX

Davis, Ian (Self), Austin, TX

Davis, Sue (People with Disabilities), Garland, TX

Davis Jr., John (Self), Austin, TX

Deavel, D.T. (Self), Austin, TX

---

Del Bosque, Regina Nichole (Self), McAllen, TX

DeLuna, Jr., Tanis (Self), Austin, TX

Deshotel, W. Joe (Self), Beaumont, TX

Dilworth, Wolf (Self), AUS, TX

Doezena, Tad (Visually Impaired), Austin, TX

Dorin, Victoria (Blind Community), Cleveland, TX

Dorsey, Lilly (LULAC), San Antonio, TX

Ellison, Jacqueline (ACORN), Houston, TX

TX_00002788

USA_00018153

Ertel, Stephanie  (Self),  Kerrville, TX

Escamilla, David  (Self),  Austin, TX

Esparza, Rachel R.  (Self),  San Antonio, TX

Everhart, Amy  (Self),  Austin, TX

Fernandez, Gavino  (El Concilio),  Austin, TX

Flint, Cynthia H.  (Self),  Austin, TX

Florence, Rodney  (Self),  Austin, TX

Flores, Juan H.  (La Fe Policy Research and Education Center),  San
Antonio, TX

Flores, Noelia P.  (La Fe Research and Education Center),  San Antonio, TX

Flores, Richie  (Visually Impaired),  Austin, TX

Flores, Roberto J.  (Stonewall Democrats of San Antonio),  San Antonio, TX

Flores, Jr., Enrique  (UAW),  Arlington, TX

Forbes, Patricia E.  (Self),  Austin, TX

Foster, Alison C. Worth  (Self),  Austin, TX

Frame, Braden T.  (Self),  Leander, TX

Garcia, Angela  (LULAC),  San Antonio, TX

Gere, Wesley  (Self),  Austin, TX

Gilles, Janet  (Texas Realty),  Austin, TX

Gins, Jonathan D.  (The Voters of Texas),  Austin, TX

Gleckler, Milly A.  (Self),  Austin, TX

Gonzales, Melissa C.  (Self),  Austin, TX

Gonzales-Garza, Rita D.  (LULAC District VII),  Round Rock, TX

Goslant, Kaili  (ARC of Texas),  Austin, TX

Graney, Daniel C.  (Texas Stonewall Democratic Caucus),  San Antonio, TX

Grant, J.L.  (ACORN),  San Antonio, TX

Greeder, Gloria  (Self),  El Paso, TX

Greeder, Shane  (State Independent Living Council),  El Paso, TX

Greene, Jimmy  (UAW),  Mesquite, TX

Hall, Ricky  (Self, Texas SILC),  Lubbock, TX

Haller, Zachary  (Huston Tillotson University),  Austin, TX

Haque, Madiha  (Self),  Austin, TX

Haque, Meena  (Self, Self/Justice!),  Sugarland, TX

Harris, Elizabeth  (Self),  Austin, TX

Hartman, Merlyn B.  (Self),  Victoria, TX

Headrick, Carol  (Self),  Austin, TX

TX_00002789

USA_00018154

Henderson, David M. (Self; Retired), Lago Vista, TX

Hernandez, Elizabeth (Self), Austin, TX

Herrera, Tom G. (Travis County Demo Party - TSEV), Austin, TX

Hill, Jenelle (Self), Austin, TX

Hoerig, Alfred O. (Self), Elgin, TX

Hogan, Kristen (Self), Austin, TX

Hokanson, Kim (Self), Austin, TX

Holiday, Alma (Individual Citizen of United States), Taylor, TX

Hsia, Winnie S. (Self), Austin, TX

Huereca, Anthony (Self), Austin, TX

Hughes, Sofija (ADAPT), Hutto, TX

Hull, Dorothy (Volunteer, The ARC of Texas), Austin, TX

Hull, Kathy (The ARC of Texas), Austin, TX

Hull, Steve (Volunteer, The ARC of Texas), Henderson, TX

Hyatt, Deborah (Collin CO. Democratic Party), Richardson, TX

Jackson, Kyra (Huston-Tillotson University), Austin, TX

Jackson, Wednesday E. (Dallas County Young Democrats), Dallas, TX

James, William (Self), Austin, TX

Jimenez, Gerard (Down Syndrome Association of Central Texas), Austin, TX

Johnson, Brenda (Alamobama), San Antonio, TX

Johnson, Deborah (Self), Austin, TX

Johnson, Jeanne H. (SILC), Austin, TX

Johnson, Jimmie E. (SILC), Austin, TX

Jones, Lee (Visually Impaired), Clifton, TX

Kafka, Bob (ADAPT of Texas), Austin, TX

Kappel, Katy (TX Silver Haired Legislature), Austin, TX

Keohane, Amber (Self), Angleton, TX

Klugman, Nathaniel (Self), Austin, TX

Kobierowski, David (Self), Austin, TX

Kommineni, Bharati (Self), Austin, TX

Kyles, Brittany (HT), Austin, TX

Labuda, Paul (Self), Austin, TX

Le, Nhu (Self), Austin, TX

Leach, Bruce (Self), Austin, TX

Leifeste, Jane  (ARCIL - Austin Resource Center for Independent Living),  Austin, TX

Lemunyon, Karen  (Self),  Austin, TX

Lewis, Gregory D.  (Lubbock County Republican Party),  Lubbock, TX

Long, Derek  (Self),  Austin, TX

Lopez, Christopher  (Self),  San Antonio, TX

Lowrey, Victorian S.  (Collin County Democrat),  Richardson, TX

Madeley, Suzann  (Self),  Austin, TX

Mandez, Linda "Lee"  (ACORN and Cover Texas NOW),  Dallas, TX

Mapondela, Emmy  (ACORN),  Dallas, TX

Marcus, Linda S.  (Self; TWDCC/DPCC),  Plano, TX

Margeson, Paula  (Disabled constituents),  Plano, TX

Martin, Rosalee  (Huston-Tillotson University),  Austin, TX

Martin, III, Joseph G.  (Democratic Party of Collin County),  McKinney, TX

---

Martinez, Jamie P.  (League of United Latin American Citizens and Labor Council for Latin American Advancement),  San Antonio, TX

Maxwell, Steve  (Tarrant County Democratic Party),  Fort Worth, TX

Mayeaux, Ginger  (Self),  Austin, TX

McAfee, Anne  (League of Women Voters),  Austin, TX

McCall, Janele  (Self),  Round Rock, TX

McClelen, Michelle  (Texas ACORN),  San Antonio, TX

McCormick, Donna Beth  (Texas Democratic Women),  Austin, TX

McDonald, Craig  (Texans for Public Justice),  Austin, TX

McDonald, Dora  (Self),  Austin, TX

McDonald, Kelly  (Waco TX SD 22),  Waco, TX

McDonald, Kelly  (Waco SD 22),  Lorena, TX

McDonald, Sarah  (Self),  Austin, TX

McElroy, Toni  (ACORN),  Houston, TX

McKinney, Danica  (Huston-Tillotson University),  Austin, TX

McNair, Dawn  (ARC of Texas),  Austin, TX

McPhail, Jennifer  (ADAPT of Texas),  Austin, TX

McPike, Richard  (Self),  Austin, TX

Meade, Erica  (Self),  Austin, TX

Medrano, Margarita  (Self),  Austin, TX

Meinkowsky, John  (Self),  Austin, TX

TX_00002791

USA_00018156

Melnick, Helaine  (Self),  Austin, TX

Michol, Tracey  (SILC),  Fort Worth, TX

Mills, Karla  (ACORN),  Hou, TX

Miragliotta, Sharlene  (Self),  Frisco, TX

Mohlman, Dean  (Self),  Austin, TX

Money, Joseph  (Senate District 22),  Waco, TX

Mora, Sergio  (Self),  Laredo, TX

Morris-Parker, J. Laverne  (Self),  Austin, TX

Morrow, Christine C.  (ARCIL),  Austin, TX

Murph, Leonard C.  (Self),  N. Richland Hills, TX

Murphy, Theresa  (Self),  Smithville, TX

Nathan, Catherine S.  (Self),  Spring Branch, TX

Nathan, Richard D.  (Self),  Spring Branch, TX

Norton, LMSW, John,  (Self),  Austin, TX

Overstreet, Morris L.  (Self),  Prairie View, TX

Padma-Munyon, Leashya  (Self),  Austin, TX

Page, Dan  (Self),  Austin, TX

Painchaud, Kathy  (UMW),  Bellville, TX

Paul, Gilbert  (Self),  West Columbia, TX

Pena, Roman  (LULAC),  SA, TX

Perez, Mirella  (The ARC of Texas),  Austin, TX

Pina, Johanna  (The ARC of Texas),  Austin, TX

Poplawsky, Amanda  (La Fe Policy Research and Education Center),  Boerne, TX

Powell, Milton E.  (Killeen GOTV),  Killeen, TX

Ray, Ryan  (Tarrant County Democratic Party),  Fort Worth, TX

Rendon, Manuel  (LULAC),  Austin, TX

Renick, Karen  (Vote Rescue),  Austin, TX

Revely, Porshe  (Huston Tilliston University),  Austin, TX

Rhea, Paul  (Self),  Austin, TX

Richie, Boyd  (Texas Democratic Party),  Austin, TX

Riegel, Daniel  (Self),  Austin, TX

Riker, Jennifer  (Self),  Austin, TX

Rizzo, Melissa  (ARC of TX),  Georgetown, TX

Roberts, Patricia  (Bell County Democratic Women),  Harker Heights, TX

Roberts, Susan K.  (Self, Women for Good Government),  Austin, TX

Rochester, Liz  (Self),  Dallas, TX

Rodriguez, Chris  (Self),  Austin, TX

Rovezzi, Cynthia M.  (People with Disabilities),  Plano, TX

Rovezzi, Kristen  (Disabled constituents),  Plano, TX

Rowland, Brian  (Texas NAACP),  Prairie View, TX

Ruiz, Lilia  (Camino Real Mexican American Democrats El Paso),  El Paso, TX

Ruiz, Philip A.  (Texas Democratic County Chairs Assn. (TDCCA)),  Lockhart, TX

Saenz, Danny  (Self),  Austin, TX

Salvatore, Robert  (S.A. Building Trades Cafb-CIO),  San Antonio, TX

Sanchez, Claudia  (LULAC),  San Antonio, TX

Scott, Roseanne  (Self),  Austin, TX

Sells, Greg  (Self),  Austin, TX

Shelton, Susan  (Self),  Austin, TX

Sibbet, Byron  (Self),  North Richland Hills, TX

Sikes, Vanessa M.  (Self),  Austin, TX

Silva, Omar  (Self),  San Antonio, TX

Silver, Paul  (Common Cause of TX),  Austin, TX

Simpson, Dee  (AFSCME, AFL-CIO),  Austin, TX

Sirianni, Susi  (Self),  Austin, TX

Smith, Briana  (Blind),  New Caney, TX

Smith, Russell N.  (TX Freedom),  Austin, TX

Smith, Wanda  (Parent),  Austin, TX

Sneed, L. Randy  (ARCIL, Inc.),  Pflugerville, TX

Snider, Stewart  (Self),  Austin, TX

Speight, Dennis  (Self),  Austin, TX

Stafford, Mildred  (ACORN),  Houston, TX

Statman, Rona  (Self),  Austin, TX

Steele, Borrell  (ADAPT),  Austin, TX

Steele, Mary  (ADAPT),  Austin, TX

Stephenson, R. Robert  (Self),  Austin, TX

Stevens, D. Shawn  (Self),  Dallas, TX

Stine, Daniel  (Self),  Austin, TX

Tafoye, Marcelo  (LULAC, District 12),  Austin, TX

TX_00002793

USA_00018158

Tapia, Michael  (Self),  San Antonio, TX
Telge, Judy  (Self, C.B.D. Ctr. for Independent Living),  Corpus Christi, TX

Terrazas, Erica  (Self),  Austin, TX
Terrell, Randall  (Equality Texas),  Austin, TX
Thelen, Michael  (Self),  McQueeney, TX
Thomas, David R.  (Self),  Austin, TX
Thomas, Delisha  (Self),  Austin, TX
Thomas, Stephanie  (National ADAPT),  Austin, TX
Thompson, Mary E.  (Self),  Austin, TX
Tilley, Tracy  (TX SILC),  Belton, TX
Torres, Margaret  (ACORN),  Houston, TX
Torres, Richard  (Self),  Round Rock, TX
Toussaint, Aerin-Renee  (Self),  Austin, TX
Traynham, Warner  (Self),  SA, TX
True-Courage, Zada  (Self),  San Antonio, TX
Tucker, M.D., Byron  (Self),  San Antonio, TX
Urby, M.D., Rodolfo M.  (La Fe Policy and Education Research Center),  San Antonio, TX
Vackimes, Alexandra  (Self),  Manor, TX
Van Praag, Jane Leatherman  (Self),  Bartlett, TX
Varela, Ralph  (Self),  Austin, TX
Vasquez, Peggy  (LULAC),  Austin, TX
Vaughn, Mercedes  (Self),  Austin, TX
Viagran, Crystal  (Travis County PCT 426),  Austin, TX
Villarreal, Jesse  (Self, Senate District 22),  Waco, TX
Vo, Ramey  (Self),  Austin, TX
Vodnick, Lynn  (Self),  Austin, TX
Vogel, Vickie  (SD 18),  La Grange, TX
Wagoner, Jordan  (Self),  Austin, TX
Walters, Barbara Boyden  (TX Democratic Women of Collin County),  Plano, TX
Whalen, Suzanne  (Self),  Dallas, TX
Wheeler, Dianne H.  (TX Freedom Network),  Austin, TX
Williams, B.J.  (NAACP Garland Branch),  Garland, TX
Williams, Doris  (Self),  Austin, TX

Williams, Janice  (Self),  Austin, TX

Williams, Robert Wayne  (Self),  Austin, TX

Wilson, Andy  (Public Citizen, Common Cause),  Austin, TX

Windberg, Thomas J.  (Self),  Spicewood, TX

Wisdom, Barbara R.  (Self),  Austin, TX

Wittie, David  (ADAPT of Texas),  Austin, TX

Woods, Traci  (Tarrant County Democratic Party),  Fort Worth, TX

Wygal, Shondra E.  (Texas Young Democrats),  Houston, TX

Yarber, John  (Self),  Austin, TX

Yarbrough, Christianna  (South Denton County Democrats and TX Precinct
307
),  Flower Mound, TX

Yeaman, John F.  (Self),  Austin, TX

Young, Deana  (Private Citizen),  Houston, TX

On:

Banks, Annie M.  (Texas Alliance for Retired Americans),  Houston

Curry, Susan  (Self),  Alpine, TX

---

Harris, R.D.  (Cover Texas NOW/Dallas ACORN),  Dallas, TX

Higgins, Carlos  (Texas Silver-Haired Legislature),  Austin, TX

Mays Sr., Kenneth W.  (Self),  Dallas, TX

Sepehri, John  (Secretary of State),  Austin, TX

Providing written testimony:

For:

Alvarez, Rosario  (Granada Homes, Laborer, LU1095),  San Antonio, TX

Gebolys, Paul J.  (PCT 4, Montgomery County),  The Woodlands, TX

Harding, James C.  Presiding Judge  (Harris County - Rep.),  Kingwood, TX

Lannon, Robert "Grant"  (Texas Borders Volunteers),  Austin, TX

Lindsey, Shirley  (Self),  League City, TX

McDonald, Tony  (Young Conservatives of Texas),  Austin, TX

Mikus, Jr., Jerry J.  (Self),  Pflugerville, TX

Opiela, Eric  (Republican Party of Texas),  Austin, TX

Wallace, Skipper  (Texas Republican County Chairs Association),  Lampasas, TX

Against:

Bell, Doug  (Travis County Democrats),  Austin, TX

Burke, Terri  (ACLU of Texas),  Austin, TX

Dickinson, Glenda (Self), Sealy, TX

Dodd, Daniel (Democratic Party of Collin County), McKinney, TX

Flores, Jr., Enrique (UAW and Labor Council for Latin American Advancement), Arlington, TX

Ford, Rachel Baker (Self), Garland, TX

Gauthier, Lloyd (Self), Houston, TX

Glasscock, Nancy (Self), Temple, TX

Henderson, Elaine (Self), Lago Vista, TX

Hinojosa, Gilberto (Cameron County Democratic Party - Committee Member, Democratic National Committee), Brownsville, TX

Korbel, George (Self, LULAC), San Antonio, TX

Leeder, Jennie Lou (Llano County), Llano, TX

Mainard, Marcia (TDW), Greenville, TX

Resa, Arthur (Bell County Democratic Party), Belton, TX

Sanders-Castro, Judith (LULAC and Rosa Rosales, Nat'l Pres.), San Antonio, TX

Spoon, Harley (Self), Austin, TX

Vera, Jr., Luis (League of United Latin American Citizens), Washington, DC

Whichard, Steve (Self), Austin, TX

On:

Dean, Sheila (Self), Austin, TX