PL054
Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 1 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 4 of 248 9/2/2014
2:13-cv-00193

TRANSCRIPT OF PROCEEDINGS BEFORE

THE SENATE OF THE STATE OF TEXAS

EIGHTY-FIRST LEGISLATURE

(COMMITTEE OF THE WHOLE SENATE)

AUSTIN, TEXAS

IN RE:                          §
                                §
CONSIDERATION OF                §
SENATE BILL 362                 §

### COMMITTEE OF THE WHOLE SENATE

### TUESDAY, MARCH 10, 2009

BE IT REMEMBERED THAT AT 12:38 p..m., on Tuesday, the 10th day of March 2009, the above-entitled matter was heard at the Texas State Capitol Senate Chamber, Austin, Texas, before the Committee of the Whole Senate; and the following proceedings were reported by Aloma J. Kennedy, a Certified Shorthand Reporter of:

VOLUME 1A                                    PAGES 1 - 208



KENNEDY

REPORTING

SERVICE

*a record of excellence*

1801 Lavaca • Suite 115 • Austin, Texas 78701 • 512-474-2233

ORIGINAL

i

```
 1                    TABLE OF CONTENTS

 2                                                    PAGE
```

**VOLUME 1A**

PROCEEDINGS, TUESDAY, MARCH 10, 2009                  2

ROLL CALL NO. 1                                       2

OPENING INSTRUCTIONS BY SEN. DUNCAN                   5

OBJECTION TO FURTHER CONSIDERATION OF SB 362
(SEN. WEST)                                          12

ROLL CALL NO. 2                                       38

LAYING OUT OF SENATE BILL 362
(SEN FRASER)                                         44

QUESTIONS FROM SENATE FLOOR                          53

**VOLUME 1B**

INVITED TESTIMONY                                   210

      TESTIMONY BY HANS VON SPAKOVSKY               210
      QUESTIONS FROM SENATE FLOOR                   218

      TESTIMONY BY TOVA ANDREA WANG                 277
      QUESTIONS FROM SENATE FLOOR                   287

      TESTIMONY BY CAMERON QUINN                    300
      QUESTIONS FROM SENATE FLOOR                   306

      TESTIMONY BY TOBY MOORE                       336
      QUESTIONS FROM SENATE FLOOR                   344

      TESTIMONY BY FRANK B. STRICKLAND              373
      QUESTIONS FROM SENATE FLOOR                   417

      TESTIMONY BY ADAM SKAGGS                      408
      QUESTIONS FROM SENATE FLOOR                   417

      TESTIMONY OF ROBERT A. SIMMS
      SUBMITTED BY WES TAILOR                       435

      TESTIMONY BY J. GERALD HEBERT                 442
      QUESTIONS FROM SENATE FLOOR                   450

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 3 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 6 of 248

ii

1                    TABLE OF CONTENTS

2                                                      PAGE

3                         **VOLUME 2**

4    PROCEEDINGS, WEDNESDAY, MARCH 11, 2009            482

5
          QUESTIONS FROM SENATE FLOOR (CONTINUED)     482
6

7         TESTIMONY BY THOMAS WHEELER                  502
          QUESTIONS FROM SENATE FLOOR                 510
8
          TESTIMONY BY CHANDLER DAVIDSON               521
9         QUESTIONS FROM SENATE FLOOR                  527

10        TESTIMONY BY ED JOHNSON                      559
          QUESTIONS FROM SENATE FLOOR                  566
11
          TESTIMONY BY DANIEL B. KOHRMAN               621
12        QUESTIONS FROM SENATE FLOOR                  628

13        TESTIMONY BY COBY SHORTER                    653
          QUESTIONS FROM SENATE FLOOR                  655
14
          TESTIMONY BY DENNIS BOREL                    706
15        QUESTIONS FROM SENATE FLOOR                  713

16        TESTIMONY BY GARY GLEDSOE                     724
          QUESTIONS FROM SENATE FLOOR                  731
17
          TESTIMONY BY ERIC NICHOLS                    742
18        QUESTIONS FROM SENATE FLOOR                  750

19

20   PUBLIC TESTIMONY                                 771

21      CLAIRE OXLEY GLUCK                             771

22      HAZEL COTTON                                   773
        QUESTIONS FROM SENATE FLOOR                    775
23
        KATHY HICKS                                    776
24      JAMES E. CARTER                                779
        RUSTY HICKS                                    781
25

TX_00003859
JA_003282

TX_00003859

USA_00018164

iii

```
 1                    TABLE OF CONTENTS

 2                                                    PAGE
      PUBLIC TESTIMONY (CONTINUED)
 3
```

|  |  |
|---|---|
| TINA BENKISER | 784 |
| B.R. SKIPPER WALLACE | 787 |
| ANITA PRIVETT | 789 |
| MARY ANN COLLINS | 792 |
| ROSA ROSALES | 794 |
| QUESTIONS FROM SENATE FLOOR | 797 |
| DUSTIN RYNDERS | 800 |
| MARSHA CORREIRA | 803 |
| QUESTIONS FROM SENATE FLOOR | 806 |
| RENE LARA | 807 |
| LEE MEDLEY | 810 |
| JOHN WATKINS | 811 |
| KENNETH FLIPPEN | 813 |
| ANNIE BANKS | 816 |
| RACHEL HERNANDEZ | 817 |
| RENATO DE LOS SANTOS | 819 |
| JUDY HOLLOWAY | 823 |
| LYDIA CAMARILLO | 825 |
| EDWARD B. WILLIAMS | 828 |
| MADELEINE DEWAR | 830 |
| HELEN VILLARREAL | 833 |
| MARK WILLIAMSON | 835 |
| VANESSA FOSTER | 838 |
| LUIS FIGUERO | 840 |
| QUESTIONS FROM SENATE FLOOR | 844 |
| PATTI EDELMAN | 844 |
| SYLVIA MENDOZA | 846 |
| KENNETH KOYM | 848 |
| KAREN RENICK | 850 |
| JONI ASHBROOK | 853 |
| DUANE RAWSON | 856 |
| ROD FLUKER | 858 |
| ROLL CALL NO. 3 | 864 |
| PROCEEDINGS CONCLUDED | 869 |

TX_00003860
JA_003283

TX_00003860

USA_00018165

iv

```
 1                      EXHIBIT INDEX

 2                                        MARKED   ADMITTED

 3      1A    Sen. Van de Putte 3/3/09 Memo
              to Sen. Duncan re ground rules
 4            for Committee of the Whole
              Pubic hearing                  21        21
 5
        1B    Sen. Duncan 3/5/09 Memo to Sen.
 6            Van de Putte re response to
              concerns about ground rules
 7            for the Committee of the Whole
              Senate                         21        21
 8
        2.    Letter to Texas Attorney General
 9            Greg Abbott re:  Hearing on SB
              362, signed by 11 Senators     21        21
10
        3.    Senate Notice of Public
11            Hearing on SB 362 for 3/10/09  21        21

12      4.    Texas Senate Agenda, 3/10/09   21        21

13      5A    3/10/09 Tag Form signed by
              Sen. Royce West, et al         21        21
14
        5B    3/10/09 Tag Form signed by
15            Sen. Mario Gallegos            21        21

16      6.    Roll Call No. 2 - Sen.
              Gallegos' Appeal of Ruling
17            of Chair on Sen. West's
              Point of Order                120       120
18
        7.    Institute of Public Policy
19            Publication entitled "The
              Effects of Photographic
20            Identification on Voter
              Turnout in Indiana:    A
21            County-Level Analysis"
              by Jeffrey Milyo, Report
22            10-2007, Revised December
              2007                          120       120
23

24

25
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00003861
JA_003284

TX_00003861

USA_00018166

v

|  | | MARKED | ADMITTED |
|---|---|---|---|

EXHIBIT INDEX (continued)

| 8. | AU News publication entitled "Much-hyped Turnout Record Fails to Materialize – Convenience Voting Fails to Boost Balloting" | 120 | 120 |
| 9. | Symposium paper entitled "The Empirical Effects of Voter-ID Laws: Present or Absent?" by Jason D. Mycoff, Michael W. Wagner and David C. Wilson | 120 | 120 |
| 10. | 9/10/07 Report of the Heritage Center for Data Analysis entitled "New Analysis Shows Voter Identification Laws Do Not Reduce Turnout" by David B. Muhlhausen and Keri Weber Sikich | 120 | 120 |
| 11. | *New York Times* article – September 23, 2005 – entitled "Voting Reform is in the Card's," by Jimmy Carter and James A. Baker III | 160 | 160 |
| 12. | Harvey Kronberg's Quorum Report April 23, 2007, entitled "Royal Masset: The Voter ID Bill Will Kill My Mother's Right to Vote" | 160 | 160 |
| 13. | 2/3/08 article entitled "A Clearer Picture on Voter ID" by Jimmy Carter and James A. Baker III | 160 | 160 |
| 14. | Testimony of Hans A. von Spakovsky, March 10, 2009, re SB 362 | 217 | 217 |

KENNEDY REPORTING SERVICE, INC.
512.474.2233

vi

EXHIBIT INDEX (continued)

|  |  | MARKED | ADMITTED |
|---|---|---|---|
| 15A | 6/11/07 Letter to Senate Committee on Rules and Administration re Hans A. von Spakovsky nomination | 254 | 254 |
| 15B | 6/12/07 Article entitled "Obama Raises Concerns Over FEC Nominee's Record of Partisanship" | 254 | 254 |
| 15C | 10/3/07 Letter to the U.S. Senate from Public Citizen | 254 | 254 |
| 16. | Institute of Public Policy Publication entitled, "The Effects of Photographic Identification on Voter Turnout in Indiana: A County-Level Analysis" by Jeffrey Milyo, Report 10-2007, Revised December 2007 **(SAME AS EXHIBIT 7)** | 265 | 265 |
| 17. | Testimony of Tova Andrea Wang, Vice President, Research Common Cause, March 10, 2009, re SB 362 | 300 | 300 |
| 18. | Report of the Commission on Federal Election Reform entitled, "Building Confidence in U.S. Elections," September 2005 | 313 | 313 |

TX_00003863
JA_003286

TX_00003863

USA_00018168

Case 2:13-cv-09193  Document 661-17  Filed on 11/11/14 in TXSD  Page 8 of 113
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-1  Filed 06/20/12  Page 11 of 248

vii

```
 1                      EXHIBIT INDEX (continued)

 2                                              MARKED   ADMITTED

 3      19.   Fifteen letters to the Hon.
              Dianne Feinstein, Chair, and the
 4            Hon. Robert F. Bennett, ranking
              minority member, U.S. Senate
 5            Committee on Rules and
              Administration:
 6
              1.   6/29/07 letter from Hans
 7                 A. von Spakovsky
              2.   3/22/07 letter from various
 8                 members of Congress
              3.   3/13/07 letter from William
 9                 H. Jordan
              4.   2/08/07 letter from Gary J.
10                 Smith
              5.   2/26/07 letter from P. K.
11                 Brunelli
              6.   3/01/07 letter from J. A.
12                 Borras
              7.   2/21/07 letter from Trey
13                 Grayson
              8.   2/20/07 letter from Beverly
14                 B. Kaufman
              9.   2/19/07 letter from Todd
15                 Rokita
              10. 2/16/07 letter from Frank
16                 B. Strickland
              11. 2/14/07 letter from Tom Lowe
17            12. 2/13/07 letter from
                   T. Rogers Wade
18            13. 2/14/06 letter from Johnny
                   Isakson
19            14. 2/09/07 letter from Wesley
                   R. Kliner, Jr.
20            15. 3/13/07 letter from Ray
                   Martinez III              333      333
21
        20.   Brennan Center For Justice letter
22            dated October 3, 2007, by
              Executive Director Michael
23            Waldman, with attachments      335      335

24

25
```

TX_00003864
JA_003287

TX_00003864

USA_00018169

viii

| | | MARKED | ADMITTED |
|---|---|---|---|

EXHIBIT INDEX (continued)

21.   Prepared Remarks of Dr. Toby
      Moore, Research Triangle,
      regarding "Evidence of the
      impact of voter ID requirements
      and the prospects of US DOJ
      preclearance," March 10, 2009        358        358

22.   Harris County Map submitted
      by Sen. Gallegos                     366        366

23.   Testimony of Frank B.
      Strickland re SB 362
      March 10, 2009                       373        373

24.   Testimony of Adam Skaggs,
      Counsel, Democracy Program,
      Brennan Center for Justice at
      NYU School of Law, regarding
      *The Myth of Voter Impersonation
      Fraud at the Polls*
      March 10, 2009                       408        408

25.   Written Testimony of Robert A.
      Simms, Georgia Deputy Secretary
      of State, presented to the
      United States Senate Committee
      on Rules and Administration,
      submitted by Wes Tailor              435        435

26.   Testimony of J. Gerald Hebert
      re SB 362, March 10, 2009            442        442

27.   Letter from Rene Guerra (March 6,
      2009) Criminal District Attorney
      of Hidalgo County,
      Submitted by Sen. Lucio              479        479

28.   3/4/09 Letter from Todd
      Rokita, Indiana Secretary
      of State, to Sen. Fraser
      re SB 362                            502        502

TX_00003865
JA_003288

TX_00003865

USA_00018170

ix

|  | EXHIBIT INDEX (continued) | MARKED | ADMITTED |
|---|---|---|---|
| 29. | Testimony of Chandler Davidson, Tsanoff Professor of Public Affairs Emeritus, Rice University, regarding "The Historical Context of Senate Bill 362," March 10, 2009 | 521 | 521 |
| 30. | 3/06 Printout from Texas AG Website entitled "Helping Stamp Out Voter Fraud in Texas," by Greg Abbott, Attorney General of Texas, submitted by Sen. Shapleigh | 550 | 550 |
| 31. | Dashwood case documents submitted by Ed Johnson, Harris County Tax Assessor-Collector and Voter Registrar's Office | 559 | 559 |
| 32. | Records from specific Harris County voting documents, submitted by Ed Johnson | 559 | 559 |
| 33. | Harris County Deceased Voting History, miscellaneous registration applications, submitted by Ed Johnson | 559 | 559 |
| 34. | Texas Voter Registration Application form submitted by Sen. Huffman | 570 | 570 |
| 35. | Testimony of Daniel B. Kohrman, Senior Attorney, AARP Foundation, re SB 362 March 10, 2009 | 621 | 621 |
| 36. | Photographs of Voter Education, Anderson County Workshop, 2008 | 724 | 724 |
| 37. | Testimony of Gary L. Bledsoe, President, Texas NAACP, re SB 362, March 10, 2009 | 724 | 724 |

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00003866
JA_003289

TX_00003866

USA_00018171

×

| | EXHIBIT INDEX (continued) | | |
|---|---|---|---|
| | | MARKED | ADMITTED |
| 38. | Number of voters who have registered since 2006 without a driver's license number, submitted by Sen. Watson | 767 | 767 |
| 39. | The Special Investigations Unit Role and Investigative Efforts and Funding, submitted by Sen. Huffman | 767 | 767 |
| 40. | Slip Opinion, U.S. Supreme Court, <u>Crawford vs. Marion County Election Board</u>, October Term, 2007 | 768 | 768 |
| 41. | U.S. Supreme Court, <u>Crawford vs. Marion County Election Board</u>, on Writ of Certiorari to U.S. Court of Appeals for the Seventh Circuit, Brief of Texas, Alabama, Colorado, Florida, Hawaii, Michigan, Nebraska, Puerto Rico and South Dakota, as *Amici Curiae* Supporting Respondents | 768 | 768 |
| 42. | Written Testimony of Claire Oxley Gluck from Boerne, in Kendall County, re SB 362 | 773 | 773 |
| 43. | Written Testimony of Hazel Cotton of Texarkana, Texas re SB 362 | 775 | 775 |
| 44. | Written Testimony of Kathy Hicks of Texarkana, Texas re SB 362 | 779 | 779 |
| 45. | Written Testimony of Donald Giles of Texarkana, Texas re SB 362 | 783 | 783 |
| 46. | Written Testimony of Anita Privett, League of Women Voters of Texas, re SB 362 | 789 | 789 |

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00003867
JA_003290

TX_00003867

USA_00018172

EXHIBIT INDEX (continued)

|  |  | MARKED | ADMITTED |
|---|---|---|---|
| 47. | Written Testimony of Rosa Rosales, League of United Latin American Citizens, National President re SB 362 | 794 | 794 |
| 48. | Written Testimony of Dustin Rynders, Advocacy, Inc., re SB 362 | 800 | 800 |
| 49. | Written Testimony of Marsha Correira re SB 362 | 804 | 804 |
| 50. | Written Testimony of Rachel A. Hernandez re SB 362 | 817 | 817 |
| 51. | 10/17/08 Article by Nelda Wells Spears, Voter Registrar, Travis County, entitled "40,000 Voter Registration Applications Processed in Time For Early Voting" | 825 | 825 |
| 52. | Written Testimony of Lydia Camarillo, SVREP Vice President, re SB 362 | 826 | 826 |
| 53. | Written Testimony of Luis Figueroa, Mexican American Legal Defense and Education Fund (MALDEF), re SB 362 | 841 | 841 |
| 54. | Written Testimony of Sylvia Mendoza re SB 362 | 848 | 848 |
| 55. | Written Testimony of Dr. Rod Fluker, Sr., Executive Director for Texas Association of Black Personnel in Higher Education, re SB 362 | 861 | 861 |

TX_00003868
JA_003291

TX_00003868

USA_00018173

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 13 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 10 of 248

2

**P R O C E E D I N G S**

**TUESDAY, MARCH 10, 2009**

1

2

3          (12:38 p.m.)

4          PRESIDENT DEWHURST:  Members, the Senate

5    will come to order.  Pursuant to a resolution

6    previously adopted, the Senate resolves itself into

7    the Committee of the Whole for the consideration of

8    Senate Bill 362.  The senator from Lubbock,

9    Sen. Duncan, will please take the chair for the

10    duration of the proceedings in the Committee of the

11    Whole.

12          (Off the record:  12:38 p.m. to

13    12:42 p.m.)

14          SEN. DUNCAN:  The Committee of the Whole

15    Senate will come to order.  The secretary will call

16    the roll.

**ROLL CALL NO. 1**

18          SECRETARY SPAW:  Averitt?

19          SEN. AVERITT:  (Indicated presence)

20          SECRETARY SPAW:  Carona?

21          SEN. CARONA:  (Indicated presence)

22          SECRETARY SPAW:  Davis?

23          SEN. DAVIS:  (Indicated presence)

24          SECRETARY SPAW:  Deuell?

25          SEN. DEUELL:  (Indicated presence)

TX_00003869
JA_003292

TX_00003869

USA_00018174

1          SECRETARY SPAW:  Duncan?

2          SEN. DUNCAN:  (Indicated presence)

3          SECRETARY SPAW:  Ellis?

4          SEN. ELLIS:  (Indicated presence)

5          SECRETARY SPAW:  Eltife?

6          SEN. ELTIFE:  (Indicated presence)

7          SECRETARY SPAW:  Estes?

8          SEN. ESTES:  (Indicated presence)

9          SECRETARY SPAW:  Fraser?

10         SEN. FRASER:  Here.

11         SECRETARY SPAW:  Gallegos?

12         SEN. GALLEGOS:  (Indicated presence)

13         SECRETARY SPAW:  Harris?

14         SEN. HARRIS:  (Indicated presence)

15         SECRETARY SPAW:  Hegar?

16         SEN. HEGAR:  (Indicated presence)

17         SECRETARY SPAW:  Hinojosa?

18         SEN. HINOJOSA:  (Indicated presence)

19         SECRETARY SPAW:  Huffman?

20         SEN. HUFFMAN:  (Indicated presence)

21         SECRETARY SPAW:  Jackson?

22         SEN. JACKSON:  (Indicated presence)

23         SECRETARY SPAW:  Lucio?

24         SEN. LUCIO:  (Indicated presence)

25         SECRETARY SPAW:  Nelson?

TX_00003870
JA_003293

TX_00003870

USA_00018175

4

```
 1          SEN. NELSON:  (Indicated presence)
 2          SECRETARY SPAW:  Nichols?
 3          SEN. NICHOLS:  (Indicated presence)
 4          SECRETARY SPAW:  Ogden?
 5          SEN. OGDEN:  (Indicated presence)
 6          SECRETARY SPAW:  Patrick?
 7          SEN. PATRICK:  (Indicated presence)
 8          SECRETARY SPAW:  Seliger?
 9          SEN. SELIGER:  Here.
10          SECRETARY SPAW:  Shapiro?
11          SEN. SHAPIRO:  (Indicated presence)
12          SECRETARY SPAW:  Shapleigh?
13          SEN. SHAPLEIGH:  (Indicated presence)
14          SECRETARY SPAW:  Uresti?
15          SEN. URESTI:  (Indicated presence)
16          SECRETARY SPAW:  Van de Putte?
17          SEN. VAN de PUTTE:  (Indicated presence)
18          SECRETARY SPAW:  Watson?
19          SEN. WATSON:  (Indicated presence)
20          SECRETARY SPAW:  Wentworth?
21          SEN. WENTWORTH:  Here.
22          SECRETARY SPAW:  West?
23          SEN. WEST:  (Indicated presence)
24          SECRETARY SPAW:  Whitmire?
25          SEN. WHITMIRE:  (Indicated presence)
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00003871
JA_003294

TX_00003871

USA_00018176

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 16 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 19 of 248

5

 1                    SECRETARY SPAW:  Williams?

 2                    SEN. WILLIAMS:  (Indicated presence)

 3                    SECRETARY SPAW:  Zaffirini?

 4                    SEN. ZAFFIRINI:  (Indicated presence)

 5               SEN. DUNCAN:  The Chair present.

 6               SECRETARY SPAW:  Mr. President?

 7                    PRESIDENT DEWHURST:  (Indicated

 8       presence)

 9                    SEN. DUNCAN:  A quorum is present.

10            **OPENING INSTRUCTIONS BY SEN. DUNCAN**

11               SEN. DUNCAN:  Members, before we get

12       started, I wanted to kind of briefly discuss how we

13       will proceed here.  And I think you all know the

14       resolution gives the Chair the power to allow time

15       limits.  Many of you have wanted to bring and begin

16       with invited testimony, and those would be persons

17       with expertise that can help the body understand the

18       issues involved in the legislation that we are about

19       to consider, and that will be honored.  Each side has

20       submitted a list of witnesses, and I assume the order

21       of those witnesses is available to us at this time.

22                    After the author of the bill is

23       recognized to lay out the bill, then I will recognize

24       the proponents' first witness, their expert in support

25       of their bill.  And then after that, we will go in

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00003872
JA_003295

TX_00003872

USA_00018177

6

1    alternating order so that then those who are in
2    opposition to the bill, if they want to bring witness
3    expert or invited witness in, then we would go in that
4    order.
5           So, in other words, we'll have one for
6    and one against, one for and one against as we go
7    through.  There are several of those witnesses.  I
8    believe there are eight witnesses that have been
9    identified by those in opposition to the bill, and
10   there are about seven that have been identified for
11   those in favor of the bill.  So we will move that on.
12          The Chair will impose on each one of
13   those witnesses a 10-minute time limit.  However, Sen.
14   Van de Putte indicates that they have one witness that
15   may take longer than that.  And if you'll approach the
16   bench before, or the dais before that person comes on,
17   Sen. Van de Putte, we will adjust that time limit to
18   accommodate the concerns that you raised.
19          Members, I'm going to refrain from
20   recognizing any member to interrupt a witness during
21   their initial time limit.  In other words, we will
22   allow the witnesses to complete their testimony, and
23   then you can ask questions after that.  You will be
24   recognized in order of your pressing your call button
25   on your desk.

TX_00003873

USA_00018178

```
1            And I will remind each and every one of
2    you, we have a number of guests who are here today, or
3    members of the public who wish to testify as well, and
4    they have been here since about 8 o'clock in the
5    morning and they would like to testify on this bill.
6    And so what we are trying to do is accommodate their
7    interest as well.
8            I know that you all have important
9    questions to ask of the invited witnesses, but I would
10   ask you to keep in mind that we have members of the
11   public who have also traveled here from other cities
12   and other areas of the state that would like to have
13   their voices heard today as well.  So if we could
14   respect that as well.
15           Once we conclude with the invited
16   testimony, then we will start the process for public
17   testimony.  The Chair intends to impose a three-
18   minute time limit on public testimony.  As with
19   invited witnesses, the Chair will not entertain any
20   questions of the witness until they have completed
21   their three-minute testimony or concluded prior to the
22   three minutes.
23           As the persons have enrolled to testify,
24   the resolution requires -- and I think our rules have
25   always required -- that before a witness can testify,
```

TX_00003874

USA_00018179

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 19 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 22 of 248

8

```
 1    they sign an affirmation that is more or less an oath,

 2    or is an oath before they testify.  Persons who have

 3    been filling out their cards have been doing that all

 4    day long, and we have a procedure in there for them to

 5    sign up to testify.

 6              It's my understanding that the Secretary

 7    of the Senate has done a nice job of preparing

 8    instructions for them on how the process will work.

 9    And they have been given written instructions on how

10    they will be called.  It is the Chair's intention to

11    call the witnesses in the order in which they arrived

12    and registered to be witnesses today.  Each one of

13    those cards was given a number, and those witnesses

14    will be called in order.

15              And there is always a problem with

16    witnesses who are not available at the time they're

17    called.  We will have witnesses hopefully in the

18    gallery.  The gallery is not full.  So if you know

19    you're going to testify and your number is fairly

20    close, you should be in the gallery.  We also have an

21    overflow room in the auditorium.  Everybody has been

22    instructed as to that.  It's the Chair's intention to

23    call witnesses in advance of their being on the floor,

24    and they are to report in the back hallway.  And then

25    there is a process for security and a process for
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00003875
JA_003298

TX_00003875

USA_00018180

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 20 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 23 of 248

9

1    admitting them to the floor.

2              We will have them come through here and

3    give us testimony in an orderly fashion.  And if

4    someone does not arrive at the time their name is

5    called or within 30 minutes of their name -- let me

6    repeat that and be clear.  If a witness does not

7    arrive within 30 minutes of the time their name will

8    be called, then they will lose their opportunity to

9    testify.  So we're going to try to be very flexible in

10   trying to allow people time to get here.  But we need

11   to be able to stay on schedule and move -- and respect

12   every other witness' right to be heard.

13             Time limits are -- I think all of our

14   committees observe time limits.  At least the ones

15   that I serve on do.  And time limits are not designed

16   to limit the testimony that witnesses have to say;

17   it's designed to allow everyone who has presented to

18   testify, if possible.  And so what I'm concerned

19   about, in putting a time limit in, is that people

20   understand that your time limit is based on the fact

21   that there are many people that want to testify, and

22   so we need to allow them to have their opportunity as

23   well.

24             Finally, we had a little discussion

25   about this in the discussion on the resolution when we

TX_00003876

USA_00018181

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 21 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 24 of 248

10

 1    were in session.  The rules of decorum of the Senate

 2    will be enforced.  And that means for those in the

 3    gallery, that we -- the rules of the Texas Senate do

 4    not permit clapping or applause, when we're in a

 5    deliberative session like this, do not permit

 6    clapping, applause or demonstrations.  There may be

 7    times when you wish to be excited about something you

 8    agree with or disagree with, but it is inappropriate

 9    in the Senate chamber to express that.  There will be

10    no placards or billboards or things dropped over the

11    rail.  Any of that will subject the person doing it to

12    being expelled from the Senate gallery.

13              And I'm sure it won't come do this, but

14    if it comes to this, it comes to a point in time to

15    where, after warning, the gallery generally is not

16    observing the rules of the Senate with regard to

17    decorum, well, then, the Chair would entertain a

18    motion at that time or may, on sua sponte, request

19    that the gallery be cleared.  The only reason I say

20    that is, is that the decorum and the ability to hear

21    witnesses and to deliberate in a professional way on

22    this is very important.  And those rules were designed

23    to allow us to do that, and they will be enforced.

24              So those in the gallery and those

25    watching on TV, please understand that.  I would hate

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_0003877
JA_003300

TX_00003877

USA_00018182

11

1   to have to make a ruling or to have anyone removed

2   from the gallery, but we will need to do that if it

3   gets out of hand.

4          I need to clarify that the witnesses

5   should report to the front of the chambers.  And I

6   always am confused about east, west, south, north or

7   front or back.  But the front of the Senate chambers,

8   that would be the west doors next to the witness

9   registration desk, and that would be the door that's

10  closest to the rotunda in our Texas Senate.

11         Members, I want to introduce to you

12  today our court reporter, Aloma J. Kennedy of Kennedy

13  Reporting Service.  She is an independent certified

14  shorthand court reporter, and she will be taking down

15  the testimony today.  So it will be necessary for

16  either me or you to identify yourself in the record

17  whenever you speak or rise to testify or rise to ask a

18  question.

19         I'll probably just recognize you by

20  name, and the court reporter will get that.  Because

21  the court reporter is a human being, we will need to

22  take a rest every now and then for her to rest her

23  fingers and arms, because she has a hard job.

24  Normally with a court reporter, every hour and a half

25  to two hours, and I'll let her kind of give me a

TX_00003878

USA_00018183

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 23 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 26 of 248

12

 1    signal whenever she is ready to take a five-minute

 2    break.

 3              Members, that's more or less the --

 4    those are the issues and those are kind of the way

 5    we're going to run things.  So having explained that,

 6    the Chair lays out Senate Bill 362 and recognizes

 7    Sen. Fraser to explain the bill.

 8        **OBJECTION TO FURTHER CONSIDERATION OF SB 362**

 9              SEN. WEST:  Mr. Chairman?

10              SEN. DUNCAN:  Sen. West, for what

11    purpose?

12              SEN. WEST:  Objection on further

13    consideration -- any consideration of Senate Bill 362

14    in that it violates Rule 11.18 and also would raise

15    Rule 11.10.  Rule 11.18 is, "No bill may be reported

16    to the Senate before it has been the subject of an

17    open public hearing before a committee or

18    subcommittee."

19              My specific objection deals with the

20    notice.  "Notice of the hearing on the bill must be

21    posted in a public place at lease 24 hours before the

22    hearing is to begin."  The posting of notice on this

23    particular bill was at 6:22 p.m. on March the 9th;

24    therefore, any consideration before that would be in

25    violation of that rule.

TX_00003879

USA_00018184

Case 2:13-cv-00193  Document 661-17  Filed on 11/11/14 in TXSD  Page 24 of 113
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-1  Filed 06/20/12  Page 27 of 248

13

1            SEN. DUNCAN:  Sen. West, bring your
2    point of order forward.
3            (Off the record:  12:55 p.m. to
4    12:58 p.m.)
5            SEN. WEST:  Mr. Chairman?
6            SEN. DUNCAN:  Sen. West, for what
7    purpose?
8            SEN. WEST:  Mr. Chairman, for further
9    clarification on my point of order for further
10   consideration of this bill at this time, I would raise
11   Rule 13.04.  13.04 governs the procedure in a
12   committee of the whole:  "The rules of the Senate, as
13   far as applicable, shall be observed in Committee of
14   the Whole Senate."
15           And then I would raise our Rule No.
16   11.18 as relates to the posting of the bill being at
17   least 24 hours before the hearing is to begin.  And
18   specifically the notice of the hearing must be posted
19   in a public place.
20           And then also I would raise Rule 11.10
21   in terms of the, "No committee or subcommittee, except
22   a conference committee, shall meet at least without 24
23   hours public notice."
24           (Off the record:  12:58 p.m. to
25   1:14 p.m.)

TX_00003880
JA_003303

TX_00003880

USA_00018185

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 25 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 29 of 248

14

```
 1              SEN. DUNCAN:  Members, a point of order
 2     has been raised.  Rules 11.10 and 11.18 do not control
 3     meetings of the Committee of the Whole and are
 4     inapplicable.  13.01 reflects the Senate's manifest
 5     right to resolve itself into committee of the whole at
 6     any time after the morning call.  The Senate has
 7     resolved into the Committee of the Whole by Senate
 8     resolution.  The Chair may neither call a meeting of
 9     the Committee of the Whole or schedule a bill for
10     hearing.
11              Article XI, standing and special
12     committees operate without direct day-to-day
13     supervision of the Senate.  Standing and special
14     committees have the ability to meet, subject to the
15     call of the chair so long as the Senate is not
16     meeting.
17              Committee of the Whole presents the
18     obverse situation to standing and special committees.
19     The tag rule is intended to give each member 48-hour
20     written notice of the time and place of a public
21     hearing of standing and special committees.  The rules
22     directly conflict with Rule 13.01 and the Senate's
23     right to resolve into the committee of the Whole at a
24     moment's notice if the Senate so desires.  Every
25     member of the Senate is a member of the Committee of
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00003881
JA_003304

TX_00003881

USA_00018186

1  the Whole, having equal rights of notice and

2  participation.

3             Your point of order is respectfully

4  overruled.

5             SEN. WEST:  Mr. Chairman?

6             SEN. DUNCAN:  Sen. West, for what --

7             SEN. WEST:  Parliamentary inquiry.  So

8  that I can understand this, under Rule 13.04, it says

9  that, "The rules of the Senate, as far as applicable,

10 shall be observed in the Committee of the Whole . . ."

11 So by your very ruling, you're saying that the posting

12 notice to the public is a rule that the Committee of

13 the Whole does not have to abide by?

14            SEN. DUNCAN:  Senator, that would

15 conflict with the ability in the rules of the Senate

16 to resolve into a committee of the whole at any time

17 it desires.  So in its conflict, it would be

18 inapplicable.

19            SEN. WEST:  So public notice does not

20 apply to the Committee of the Whole, even though we

21 are taking substantive testimony on this issue?

22            SEN. DUNCAN:  Public notice laid out by

23 the rules that you have cited does not.

24            SEN. WEST:  Okay.  So for future

25 generations of legislators, specifically the Senate,

```
 1   posting notice does not apply to the Committee of the

 2   Whole?  That's essentially the ruling?  Let me ask

 3   this question:  Once . . .

 4             SEN. DUNCAN:  Go ahead, Senator.

 5             SEN. WEST:  You have cited Rule 13.01

 6   that talks about resolving.  Is resolving synonymous

 7   with hearing a bill?

 8             SEN. DUNCAN:  Senator, the Senate can

 9   resolve for whatever purpose it desires.

10             SEN. WEST:  Right.  And the question is,

11   you cited in your ruling that 13.01 provides the basis

12   for your ruling.  And as I understand it, resolving is

13   coming into the Committee of the Whole, hearing a bill

14   that's separate from resolving.  It's a separate act

15   than just resolving.

16             SEN. DUNCAN:  Well, Senator, we can

17   resolve for any purpose, and the purpose was to hear

18   the bill.  Moreover -- and I will remind you that a

19   courtesy posting on the date, time and location of the

20   hearing was performed over a week ago, which is well

21   in advance of any public notice that would be required

22   of a standing committee.  And so the only change that

23   you have referred to was a courtesy posting that was

24   done yesterday with regard to the change of time that

25   occurred whenever there was a motion to adjourn until
```

TX_00003883

USA_00018188

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 28 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 31 of 248

17

1    10:00 instead of 9:00, and so we're talking about an

2    hour's difference here.  So, again, I think that we

3    have resolved by resolution of the Senate to deal with

4    this.  The Senate certainly was in session pursuant to

5    the constitution and the rules of the Senate.

6              SEN. WEST:  Yes, sir, Mr. Chairman.  But

7    the broader question, though, is one of resolving and

8    hearing the bills and whether or not public notice of

9    bills that are to be considered by the Committee of

10   the Whole are required by the Senate rules.

11             I mean, essentially you're saying that

12   the Committee of the Whole, by your ruling, that we

13   don't have to provide the public notice, there is

14   no -- we don't have to deal with transparency as

15   relates to considering bills in this committee, we can

16   just do it at our own whim, and that's inconsistent

17   with everything we've been doing in this body in terms

18   of transparency.  If I'm wrong about it -- I just want

19   to make sure the record is clear.

20             And historically, Mr. Chairman, when we

21   have had bills in the Committee of the Whole, we have

22   provided notice to the public so that the public could

23   be here like they are now.  And what I'm hearing today

24   is, is that that notice provision is not applicable

25   anymore as a result of the ruling of the Chair.  I

TX_00003884
JA_003307

TX_00003884

USA_00018189

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 29 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 32 of 248

18

1    mean, correct me if I'm wrong.

2              SEN. DUNCAN:  Senator, we are resolved

3    into a Committee of the Whole by the resolution we

4    adopted which laid out the bill that was to be

5    considered.  As a result, we thought we were following

6    the rules by resolving into a Committee of the Whole

7    which would apply at any time we so desire; therefore,

8    the rules that you're citing to would conflict with

9    the ability of the Senate to freely resolve into a

10   Committee of the Whole to more informally discuss and

11   debate witnesses -- or the issues, including the

12   invitation of witnesses to come in and testify, as we

13   have done here.

14             SEN. WEST:  Does it also conflict with

15   Rule 13.04?

16             SEN. DUNCAN:  Senator, 13.04 provides

17   the -- it provides for the conflicts that may occur

18   with the concept of committee of the whole and other

19   rules, by saying that the rules of the Senate apply,

20   if applicable.  And if they conflict -- where they

21   conflict, those rules wouldn't apply.

22             SEN. WEST:  And this is my last

23   question.  So you're saying that the notice provision,

24   the notice to the public concerning legislation at the

25   Committee of the Whole will take up conflicts, with

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00003885
JA_003308

TX_00003885

USA_00018190

1    the Committee of the Whole's right to resolve?

2              SEN. DUNCAN:  Senator, the way the

3    Committee of the Whole operates and the design of that

4    from time immemorial would -- giving the Senate the

5    ability to resolve into itself as a Committee of the

6    Whole to informally debate an issue at any time it

7    desires would conflict with those posting rules.

8              SEN. WEST:  Thank you, Mr. Chairman.

9              SEN. SHAPLEIGH:  Mr. Chairman?

10             SEN. DUNCAN:  Sen. Shapleigh, for what

11   purpose?

12             SEN. SHAPLEIGH:  During the Senate

13   portion of this, before we got into committee, we had

14   a discussion there about some housekeeping matters

15   that I think we need to make very clear for this

16   record.  This portion is being kept for the official

17   record by a stenographer hired by the Senate.  Is that

18   correct?

19             SEN. DUNCAN:  That's correct.

20             SEN. SHAPLEIGH:  And for the purposes of

21   the official record, should it be transmitted to any

22   third party, we have agreed that the stenographer's

23   record may be utilized?

24             SEN. DUNCAN:  I'm not sure I understand

25   your question.  Would you repeat it?

TX_00003886

USA_00018191

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 31 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 34 of 248

20

```
 1            SEN. SHAPLEIGH:  If we have to establish
 2   the official proceedings of what's happened here today
 3   for, for example, the Department of Justice in
 4   Washington, D.C., the record that is being made by the
 5   stenographer whose equipment is there and who sits in
 6   Patsy Spaw's office can be used to establish that
 7   record?
 8            SEN. DUNCAN:  Senator, it's my
 9   understanding that this will be a record that can be
10   used to establish the record of the testimony that is
11   given to the Senate, and the debate.
12            SEN. SHAPLEIGH:  Now, for the purposes
13   of making sure that we have the record to send, I
14   would like to talk a little bit about the procedure
15   for the Secretary of the Senate to take documents and
16   keep them to append to the record.  We've had
17   discussions already about several documents, the
18   letters to and from Sen. Van de Putte and yourself,
19   the letter to AG Abbott, the notice of the posting
20   that Sen. West was talking about, and this green Texas
21   Senate agenda.  Am I to understand that if we want
22   these made a part of the record, we can deposit them
23   with the Secretary of the Senate?
24            SEN. DUNCAN:  I would suggest that you
25   do that, but I would also suggest that you identify
```

TX_00003887

USA_00018192

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 32 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 35 of 248

21

1   and just move to put them into the record so that you

2   have a clear marker of where they are and at what time

3   they came in so that whoever is reading the record

4   will have an opportunity to relate the documents to

5   the testimony.

6               SEN. SHAPLEIGH:  Well, at this time I

7   would like to, with your permission, mark and deliver

8   to her Exhibits 1A and B, Sen. Van de Putte's letter

9   to you and your response to her; as Exhibit 2, her

10  letter to AG Abbott; as Exhibit 3, the notice of the

11  posting time that Sen. West has talked about; as

12  Exhibit 4, the Senate agenda that was distributed

13  today; and Exhibit 5, the signed tag that brought this

14  point of order to the Chair.

15              SEN. DUNCAN:  Your evidence is received.

16              (Exhibit Nos. 1 through 5 marked and

17  admitted)

18              SEN. DUNCAN:  And it may be that what we

19  would do is just keep a numerical order of those

20  exhibits when they come in.  But I put the challenge

21  on you to make sure that you get them marked and

22  submitted to the Secretary so they get into the record

23  appropriately.

24              SEN. SHAPLEIGH:  Thank you.

25              SEN. DUNCAN:  Sen. Gallegos, for what

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00003888
JA_003311

TX_00003888

USA_00018193

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 33 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 36 of 248

22

```
 1    purpose?
 2                    SEN. GALLEGOS:  Parliamentary inquiry.
 3    Mr. Chairman, in lieu -- on the ruling on
 4    Sen. West's -- what he asked for, I want to appeal the
 5    ruling of the Chair on this issue.
 6                    SEN. WILLIAMS:  Mr. President?
 7                    SEN. DUNCAN:  Sen. Williams of Harris --
 8    or Montgomery, rather.
 9                    SEN. WILLIAMS:  I would move to table
10    the motion that Sen. Gallegos just made.
11                    SEN. DUNCAN:  Sen. Williams,
12    Sen. Gallegos.
13                    (Off-the-record discussion at the bench)
14                    SEN. WILLIAMS:  Mr. Chairman -- or
15    Mr. President -- or Mr. Chairman, I guess I should
16    say.
17                    SEN. DUNCAN:  Sen. Williams.
18                    SEN. WILLIAMS:  Mr. Chairman, I
19    respectfully will withdraw my motion to table.  As I
20    understand, it's not appropriate to have a motion to
21    table an appeal to the ruling of the chair in
22    committee.  However, I also believe that the rules
23    provide that that motion would be in order were we on
24    the floor.  So it's my mistake.  I withdraw my motion.
25                    SEN. DUNCAN:  Sen. Williams withdraws
```

TX_00003889
JA_003312

TX_00003889

USA_00018194

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 34 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 37 of 248

23

1    his motion to table.  Sen. Gallegos sends up an appeal

2    to the ruling of the Chair.

3              Sen. West, for what purpose?

4              SEN. WEST:  Out of all due respect,

5    Mr. Chairman, I'm trying to figure out what rules

6    apply and what rules don't.  And if we could just get

7    some idea of what Senate rules are going to apply and

8    then, you know, all of us will know exactly what the

9    rules are.

10             So I just need to know what rules apply.

11   I thought the Senate rules applied.  But again,

12   there's some wiggle room in there, and I just want to

13   know how to proceed.  As an example, the Attorney

14   General -- well, I'll come back to that.  But again, I

15   just need to know what rules apply as it relates to --

16   you know, we can do anything we want to do, we can

17   resolve and pretty much do what we want to do.  I'm

18   trying to figure out why his motion wouldn't be

19   honored.

20             SEN. DUNCAN:  Senator, currently we are

21   in the motion of -- Sen. Gallegos has a motion to

22   appeal before the body.  You have a parliamentary

23   inquiry.  Why don't we handle that as those issues

24   come up.  Let's go ahead and deal with the appeal of

25   the ruling of the Chair that has been raised by

TX_00003890

USA_00018195

24

```
 1    Sen. Gallegos.

 2              Sen. Gallegos, you're recognized to

 3    speak on that.

 4              (Brief pause)

 5              SEN. WENTWORTH:  Sen. Gallegos, you're

 6    recognized to argue in favor of your motion.

 7              SEN. GALLEGOS:  Mr. Chairman, the reason

 8    for my appeal is that evidently the rules are unclear

 9    on what rules that we're going by on major

10    legislation, I think and I believe that the Senate

11    rule should be applicable to major legislation, such

12    as the bill that is trying to be laid out before us,

13    that any major piece of legislation under the Senate

14    rules, the ones that Sen. Royce West said.  And I've

15    got another tag on similar rules, that I believe that

16    the Senate rules are applicable to major legislation

17    that's heard on this floor, whether it be Committee of

18    the Whole or regular Senate committee hearings.

19              And that is why, you know, until we find

20    out what rules that we're working on, I believe that

21    the rules of the Senate should be applicable to this

22    bill here, and that's why I'm appealing the ruling of

23    the Chair.

24              SEN. WENTWORTH:  Okay.  Members, a

25    motion -- I'm sorry.  The Chair recognizes Sen.
```

TX_00003891

USA_00018196

25

```
1   Williams.
2               SEN. WILLIAMS:  Mr. Chairman, I would
3   like to speak on Sen. Gallegos' motion that's before
4   us.
5               SEN. WENTWORTH:  You're recognized.
6               SEN. WILLIAMS:  Thank you.
7               Respectfully, Sen. Gallegos, I would
8   encourage you to read the rules that we have on the
9   Committee of the Whole.  And before I made this rule
10  change at the beginning of the session, I very
11  carefully looked at the rules of the Committee of the
12  Whole.  And we also considered how that has worked,
13  because I wasn't familiar with it, quite frankly.
14              And it's clear to me, after reading this
15  and other documents that relate to parliamentary law,
16  that a ruling other than what the Chair has made would
17  put the body in conflict with itself.  The purpose of
18  the Committee of the Whole is to allow the body to
19  dissolve into that committee and consider important
20  matters before the entire body.
21              And to require that the posting rule
22  apply before we could do that would be to restrict the
23  body's inherent ability to dissolve into the Committee
24  of the Whole.  And so the standing committee rules, as
25  I understand it, don't apply universally to this
```

TX_00003892

USA_00018197

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 37 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 40 of 248

26

1    proceeding that we're in.

2                    And I think it would be a grave mistake

3    for this body to try to impose upon ourselves a

4    posting rule so that if there's some important matter

5    that we need to consider in an informal basis like a

6    committee hearing, is not as we hear it on the floor,

7    it would unnecessarily restrict our ability to do so.

8                    And there are many examples in our

9    history as a Senate where we have resolved into the

10   body of the whole and considered bills and legislation

11   without posting those things.  So respectfully I just

12   wanted to point that out to the body, Mr. Chairman.

13                   SEN. WEST:  Will Sen. Williams yield?

14                   SEN. WILLIAMS:  I yield.

15                   SEN. WENTWORTH:  Sen. West, for what

16   purpose?

17                   SEN. WEST:  Question of Sen. Williams.

18                   SEN. WENTWORTH:  Do you yield to Sen.

19   West?

20                   SEN. WILLIAMS:  I yield.

21                   SEN. WENTWORTH:  He yields.

22                   SEN. WEST:  Sen. Williams, I recognize

23   that oftentimes we resolve and we don't post to take

24   up -- we resolve into the Committee of the Whole to

25   take up issues.  But in this instance, we decided to

TX_00003893

USA_00018198

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 38 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 41 of 248

27

1   post, follow the Senate rules and post. And then we

2   decided to repost. And now we're hearing that posting

3   is not applicable to the Committee of the Whole. And

4   that's why I'm taking so much time on this, given the

5   issues of transparency that the public demands and I

6   know that you support.

7           The issue in my mind is, is that once we

8   set up and make this ruling, we're now telling the

9   public, we're now telling the State of Texas that this

10  committee can take up legislation without giving the

11  public notice. That's what we're saying.

12          SEN. WILLIAMS: Well, Sen. West,

13  respectfully, I think you turn the intent of the

14  posting rule on its head with your logic. And if the

15  purpose of the posting rule is so that the public can

16  have adequate notice, there is no argument that can be

17  made. This has been widely disseminated over the

18  Internet, in the popular media.

19          And, in fact, the posting here was

20  merely a courtesy. The purpose of the posting rule is

21  not primarily to notify the public. The primary

22  purpose of the posting rule is to make sure that the

23  other members of the body know what's going on when

24  you have a standing committee that comes together and

25  it's subject to the call of the chair.

TX_00003894

USA_00018199

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 39 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 42 of 248

28

1          It is an important secondary thing that

2     we also give notice to the public.  But I don't think

3     you can reasonably argue that the public wasn't aware

4     of what proceedings were going to be taking place.  We

5     have over 100 witnesses that have testified.  And

6     surely you don't think, because it wasn't posted in

7     the back hall, that somebody didn't show up for this

8     meeting.

9          SEN. WEST:  Sen. Williams, I understand

10    your logic.  And, frankly, I'm kind of baffled by it.

11    The reality is, is that the decision that y'all are

12    going to make today is that the posting notice does

13    not apply to the Committee of the Whole.  That's this

14    argument.  And the reality is, is that when you decide

15    to post, there is a certain amount of things that we

16    have to do according to our rules.  There are certain

17    rights and privileges and all of that that are tied to

18    that posting.  When you repost, it resets the clock;

19    it resets the clock.

20          Here is the way I look at it:  The

21    reality is this -- and you and I had this debate, you

22    and I had this debate when we were going through the

23    rules change -- you guys -- the majority of the body

24    decided to change the rules.  Okay.  And you have the

25    votes, you have the gavel, you change the rules.  And

TX_00003895

USA_00018200

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 40 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 43 of 248

29

```
 1    that's fine.  I can deal with that.  But those are the
 2    rules.
 3              I'm just saying, let's make certain
 4    that, given the rules that we now have, that all of us
 5    can apply those rules to this situation.  And when we
 6    sit up and say that the Senate of the whole -- the
 7    Senate can resolve itself into the whole committee and
 8    these rules, posting is not applicable, I think we
 9    need to think about it.
10              I understand that we're dealing with
11    issues, you know, voting issues that was always
12    something that was very divisive in this body.  But
13    what I'm saying to you, as my desk mate and as a
14    colleague, we're got to really think about the
15    decision that we're making today saying that when we
16    take up these types of issues, that posting should not
17    be applicable.
18              SEN. WILLIAMS:  Sen. West, I appreciate
19    the courtesy that you've shown me in explaining your
20    side of this.  And what I would politely try to point
21    out to you is that I don't believe that we are today
22    deciding that the posting rule doesn't apply to the
23    Committee of the Whole.  That has been decided a long
24    time ago.
25              SEN. WEST:  When was it decided?
```

TX_00003896

USA_00018201

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 41 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 44 of 248

30

```
 1                    SEN. WILLIAMS:  That is a part of the
 2      body of parliamentary law that exists already.  And it
 3      is in the spirit of what's in the rules that relate to
 4      the Committee of the Whole and the purpose.  So, yes,
 5      we're reaffirming that that doesn't apply today.  And
 6      the mere act of giving public notice does not then
 7      subject you to a rule that didn't apply before.  And I
 8      think that's the ruling that the Chair has made, and I
 9      think correctly so.
10                    Thank you, Sen. West.
11                    SEN. WEST:  Look forward to the vote.
12                    SEN. WENTWORTH:  The Chair recognizes
13      Sen. Lucio of Cameron County.
14                    SEN. LUCIO:  Will Sen. Williams please
15      yield for a question?
16                    SEN. WENTWORTH:  Sen. Williams, you
17      yield?
18                    SEN. WILLIAMS:  I yield.
19                    SEN. WENTWORTH:  Sen. Williams yields.
20                    SEN. LUCIO:  Thank you, Sen. Williams.
21                    I think all of us will agree that rules
22      are important to this process and if we're not to
23      follow them, then as a point of clarification, maybe
24      you could tell me what other rules do not apply to
25      this extraordinary piece of legislation?
```

TX_00003897

USA_00018202

37

```
1              SEN. WILLIAMS:  Well, Sen. Lucio, it
2    wouldn't be appropriate for me -- I'm not presiding
3    over this -- it wouldn't be appropriate for me to
4    presume the role of the chair of this Committee of the
5    Whole.  I think it's up to his discretion on that.
6    And I think that my -- I'll leave it to -- rather than
7    say "to his discretion," I think I'll leave that to
8    the Chair to make those rulings as the issues come
9    forward.
10             My response was really centered at --
11   since the issues that Sen. Gallegos raised when he
12   explained his appeal to the ruling of the Chair.  And
13   I would reiterate again that it's not my belief that
14   all of the standing committee rules apply to the
15   Committee of the Whole, that we should not restrict
16   ourselves on the ability to resolve into the body of
17   the whole.  It is designed for the Senate to be able
18   to rapidly take up an issue with everyone involved.
19   It is a unique situation, much different than a
20   standing committee is.
21             And so there is a long history, as I
22   said, of this body resolving into the Committee of the
23   Whole to consider matters, resolutions and legislation
24   where no posting was done whatsoever.  And to say that
25   the mere act of giving public notice then subjects you
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00003898
JA_003321

TX_00003898

USA_00018203

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 43 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 46 of 248

32

1    to that rule is to turn the Senate rules on their

2    head, in my opinion.

3              SEN. LUCIO:  Well, but, you know, they

4    shouldn't have been posted, then if that would have

5    been the case, in my opinion, as well.  You're a very

6    good student of the rules, and that's why I asked this

7    question.  I think we need to revisit the rules, and

8    we need to rewrite the rules so it can be very clear

9    and not have to waste the public's time next time we

10   have a proceeding as such.

11             SEN. WILLIAMS:  Thank you, Sen. Lucio.

12             SEN. WENTWORTH:  Sen. Van de Putte.

13             SEN. VAN de PUTTE:  Thank you,

14   Mr. President.  I would like to speak -- appeal -- and

15   not maybe particularly at Sen. Williams, but he brings

16   up some very interesting comments.  According to our

17   Senate rules on 13.04, "The rules of the Senate, as

18   far as applicable, shall be observed in the Committee

19   of the Whole Senate."

20             So as far as applicable.  And although

21   this question on this appeal is about posting, we

22   don't post when we go into Committee of the Whole.

23   And probably, as Sen. Williams has said, because we

24   don't know when we're going into the Committee of the

25   Whole.  We don't know when we're going to go back into

TX_00003899

USA_00018204

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 44 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 47 of 248

33

1    the Committee of the Whole and resolve to talk about

2    the Easter vacation schedule and whether we should be

3    off on Holy Thursday and Good Friday.  And although

4    that is important, it is about the logistics and the

5    work schedule.

6                  This is very different.  When the rules

7    of the Senate were changed on the first week of the

8    session, it was done so to circumvent our normal

9    two-thirds rule on one particular issue, voter ID.

10   And because there is a bill -- this is a legislative

11   bill -- it is not the Senate resolving to talk about a

12   holiday schedule; it is not the Senate that is

13   resolving to talk about should we go and attend

14   someone on the Senate, their parent's funeral and the

15   logistics for that; it is not the Senate resolving to

16   plan the retirement party for our former secretary of

17   the Senate, Betty King.

18                 Those are the things that we do because

19   it is the business of the Senate.  This is the

20   business of the people.  And we are going to add

21   another barrier to the basic right to vote; and, yet,

22   by the ruling, we are going to say the people have no

23   business knowing that we're going to take up a

24   legislative bill.

25                 And so maybe for the purposes of this

TX_00003900

USA_00018205

34

1    appeal -- this is special.  You made it special.  You

2    said this was more important than anything else.  And

3    so we are taking up -- and maybe the posting is not --

4    Sen. Williams, I vehemently disagree with you.  The

5    posting is not for our convenience.  We're here; we

6    have staff.  We know when we're going to meet.  It is

7    for the public.  It is because we are going to add

8    barriers to their basic right to vote, but they ought

9    to have the posting if the Senate is going resolve

10   into the Committee of the Whole to change the way and

11   the possess that they vote.  It is their business.

12             And so this is very different from the

13   Committee of the Whole resolving to discuss a work

14   schedule or to plan a party or to make funeral

15   arrangements.  This is the people's business.  And I

16   would ask you to think on this appeal.  What we are

17   saying is that when there is legislation before the

18   Committee of the Whole, that we don't have to give

19   notice.

20             Although notice was given -- and it is

21   very much appreciative -- to have this ruling set in

22   our Senate rules for the senators that may not even be

23   born yet, is a terrible precedent.  It shuts the

24   public out.  So because of the special order and

25   because we're meeting in the Committee of the Whole

TX_00003901

USA_00018206

```
 1    for one bill that was deemed so important that it
 2    couldn't go by regular Senate rules, didn't go to the
 3    Committee of Jurisdiction, we changed that.
 4              But we ought to at least afford the
 5    public the opportunity to know, in future generations
 6    when they're about to be asked, to change how they
 7    vote and what processes are used.  And so when I ask
 8    you to think about the appeal, don't think about us,
 9    think about all the wonderful Texans here who always
10    exercise their right to vote.
11              SEN. WENTWORTH:  The Chair recognizes
12    Sen. Williams.
13              SEN. WILLIAMS:  Thank you.
14              Well, Sen. Van de Putte, respectfully, I
15    would say they're here.  People from both sides of the
16    issue are here.  And I think the effect of Sen.
17    Gallegos's appeal would be to send them home so that
18    they couldn't participate in this process today.
19              SEN. WENTWORTH:  Members, Sen. Gallegos
20    has appealed the ruling of the Chair.  The Secretary
21    will call the roll.  A vote of "Aye" --
22              SEN. GALLEGOS:  Mr. Chairman?
23              SEN. WENTWORTH:  Sen. Gallegos.
24              SEN. GALLEGOS:  May I -- I want to reply
25    to Sen. Williams, if I may.
```

1              SEN. WENTWORTH:  The Chair recognizes

2    Sen. Gallegos.

3              SEN. GALLEGOS:  Sen. Williams, you know,

4    I respect your remarks.  And let me just say what my

5    colleagues have already told you in their remarks.

6    You said it's a unique situation.  It is.  And you

7    said that there was Internet postings, the media that

8    has posted so, you know, everybody is supposed to

9    know.

10             Well, I beg to differ with you.  This is

11   an issue that is unique because you made it unique

12   when we passed that resolution that completely did

13   away with the two-thirds rule.  So when you said it's

14   a unique situation, it is, because only -- and only on

15   this issue do we do away with the two-thirds rule that

16   has always been a tradition of the Texas Senate.

17             And let me remind you, Senator, that we

18   got elected here, everybody on this floor, to notify

19   and at least let our constituents know what's going on

20   here.  And I will be the last one to say to them that

21   I'm going to depend on Internet postings and the media

22   to post, you know, this unique bill that you have made

23   unique by the resolutions that we passed earlier this

24   session and doing away with the two-thirds rule on

25   this issue.

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 48 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 81 of 248

37

1              So I would really tell you,

2    Sen. Williams, that the only really way to tell the

3    people that elected you and me about this unique

4    situation that we have on this floor today is by

5    public posting, something that we were elected to do,

6    to tell them -- not the Internet, not the media or

7    anybody else, or the grapevine or whatever else you

8    want to call it.

9              It's a public posting; that's what it

10   is.  And I will refer in my appeal to the rules that

11   Sen. Van de Putte did, 13.04.  And it says, "The rules

12   of the Senate, as far as applicable, shall be observed

13   in Committee of the Whole Senate."  And also on Rule

14   20.02, it says, "The President's ruling is subject to

15   appeal to the entire Senate."

16             And that's what I'm doing right now,

17   Mr. Chairman and Sen. Williams.  With all due respect,

18   I do appeal the ruling of the Chair.

19             SEN. WENTWORTH:  All right.  Members,

20   Sen. Gallegos has appealed the ruling of the Chair.  A

21   vote of "aye" will sustain the Chair; a vote of "nay"

22   will overturn the Chair.

23             The Secretary will call the roll.

24

25

TX_00003904

USA_00018209

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 49 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 52 of 248

38

```
 1              ROLL CALL NO. 2

 2          SECRETARY SPAW:  Averitt?

 3          SEN. AVERITT:  I confirm.

 4          SECRETARY SPAW:  Carona?

 5          SEN. CARONA:  (Indicated "aye" vote)

 6          SECRETARY SPAW:  Davis?

 7          SEN. DAVIS:  Nay.

 8          SECRETARY SPAW:  Deuell?

 9          SEN. DEUELL:  (Indicated "aye" vote)

10          SECRETARY SPAW:  Duncan?

11          SEN. DUNCAN:  (Present, not voting)

12          SECRETARY SPAW:  Ellis?

13          SEN. ELLIS:  (Indicated "nay" vote)

14          SECRETARY SPAW:  Eltife?

15          SEN. ELTIFE:  (Indicated "aye" vote)

16          SECRETARY SPAW:  Estes?

17          SEN. ESTES:  (Indicated "aye" vote)

18          SECRETARY SPAW:  Fraser?

19          SEN. FRASER:  Aye.

20          SECRETARY SPAW:  Gallegos?

21          SEN. GALLEGOS:  (Indicated "nay" vote)

22          SECRETARY SPAW:  Harris?

23          SEN. HARRIS:  (Indicated "aye" vote)

24          SECRETARY SPAW:  Hegar?

25          SEN. HEGAR:  (Indicated "aye" vote)
```

TX_00003905

USA_00018210

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 50 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 53 of 248

39

```
1          SECRETARY SPAW:  Hinojosa?

2          SEN. HINOJOSA:  (Indicated "nay vote)

3          SECRETARY SPAW:  Huffman?

4          SEN. HUFFMAN:  (Indicated "aye" vote)

5          SECRETARY SPAW:  Jackson?

6          SEN. JACKSON:  (Indicated "aye" vote)

7          SECRETARY SPAW:  Lucio?

8          SEN. LUCIO:  (Indicated "nay" vote)

9          SECRETARY SPAW:  Nelson?

10         SEN. NELSON:  (Indicated "aye" vote)

11         SECRETARY SPAW:  Nichols?

12         SEN. NICHOLS:  (Indicated "aye" vote)

13         SECRETARY SPAW:  Ogden?

14         SEN. OGDEN:  (Indicated "aye" vote)

15         SECRETARY SPAW:  Patrick?

16         SEN. PATRICK:  (Indicated "aye" vote)

17         SECRETARY SPAW:  Seliger?

18         SEN. SELIGER:  (Indicated "aye" vote)

19         SECRETARY SPAW:  Shapiro?

20         SEN. SHAPIRO:  (Indicated "aye" vote}

21         SECRETARY SPAW:  Shapleigh?

22         SEN. SHAPLEIGH:  (Indicated "nay" vote)

23         SECRETARY SPAW:  Uresti?

24         SEN. URESTI:  (Indicated "nay" vote)

25         SECRETARY SPAW:  Van de Putte?
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00003906
JA_003329

TX_00003906

USA_00018211

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 51 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 54 of 248

40

```
 1                    SEN. VAN de PUTTE:  (Indicated "nay"

 2    vote)

 3                    SECRETARY SPAW:  Watson?

 4                    SEN. WATSON:  (Indicated "nay" vote)

 5                    SECRETARY SPAW:  Wentworth?

 6                    SEN. WENTWORTH:  (Indicated "aye" vote)

 7                    SECRETARY SPAW:  West?

 8                    SEN. WEST:  (Indicated "nay" vote)

 9                    SECRETARY SPAW:  Whitmire?

10                    SEN. WHITMIRE:  No.

11                    SECRETARY SPAW:  Williams?

12                    SEN. WILLIAMS:  (Indicated "aye" vote)

13                    SECRETARY SPAW:  Zaffirini?

14                    SEN. ZAFFIRINI:  (Indicated "nay" vote)

15                    SECRETARY SPAW:  Mr. President?

16                    PRESIDENT DEWHURST:  (Indicated "aye"

17    vote)

18                    SEN. WENTWORTH:  There being 19 ayes, 12

19    nays and one present, not voting, the ruling of the

20    Chair is sustained.

21                    SEN. SHAPLEIGH:  Mr. Chair?

22                    SEN. DUNCAN:  Sen. Shapleigh?

23                    SEN. SHAPLEIGH:  Welcome back.

24                    SEN. DUNCAN:  Thank you.

25                    SEN. SHAPLEIGH:  Can we make that vote,
```

TX_00003907

USA_00018212

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 52 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 55 of 248

41

```
 1    since we don't have electronically recorded votes, an

 2    Exhibit 6?

 3                    SEN. DUNCAN:  Yes, Senator.  I think all

 4    votes should be made part of the record, and they are

 5    part of the record.

 6                    Sen. Fraser.  The Chair recognizes

 7    Sen. Fraser to lay out Senate Bill 362.

 8                    SEN. GALLEGOS:  Mr. President?

 9                    SEN. DUNCAN:  Sen. Gallegos, for what

10    purpose?

11                    SEN. GALLEGOS:  Mr. Chairman, I want to

12    tag this Senate Bill on Ruling 11.19 on 48-hour notice

13    to all Senate members, and I believe that's 11.19.

14                    SEN. DUNCAN:  Senator, bring your point

15    of order forward.

16                    SEN. GALLEGOS:  My tag is already up

17    there.

18                    (Brief pause)

19                    SEN. GALLEGOS:  Mr. President, I would

20    move to tag the bill and request a 48-hour notice to

21    all Senate members pursuant to Rule 11.19.

22                    SEN. DUNCAN:  Senator, are you rising on

23    a point of order?

24                    SEN. GALLEGOS:  I'm tagging the bill.

25                    SEN. DUNCAN:  Let me rephrase the
```

TX_00003908

USA_00018213

```
 1    question.  I think you would have to raise a point of
 2    order on further consideration of the bill, based on
 3    the tag.
 4              SEN. GALLEGOS:  Well, I raise the point
 5    of order to disallow any further consideration of
 6    Senate Bill 362.
 7              SEN. DUNCAN:  Okay.
 8              SEN. GALLEGOS:  And I have done that in
 9    reference by submitting a tag to the Secretary of the
10    Senate.
11              SEN. DUNCAN:  Thank you, Sen. Gallegos.
12              For the reasons previously stated in the
13    prior point of order raised by Sen. West, your point
14    of order is respectfully overruled.
15              SEN. GALLEGOS:  Thank you,
16    Mr. President.
17              SEN. DUNCAN:  Thank you, Senator.
18              SEN. WEST:  To make sure the record is
19    clear --
20              SEN. DUNCAN:  Sen. West.
21              SEN. WEST:  Parliamentary inquiry.
22    Sen. Gallegos, as well as some other members of the
23    Senate, filed a motion to tag for further
24    consideration of Senate Bill 362.  Your ruling would
25    be the same as it relates to that motion, to tag also?
```

Case 2:13-cv-00193  Document 661-17  Filed on 11/11/14 in TXSD  Page 54 of 113
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-1  Filed 06/20/12  Page 5 of 248

43

```
 1    There were two motions to tag filed.

 2                 SEN. DUNCAN:  Senator, the

 3    interpretation and the basis for the overruling of

 4    Sen. Gallegos' motion and your motion and a motion

 5    with regard to the tag rule would be that the rules do

 6    not apply -- are not applicable, and I've made that

 7    ruling.  And that would be -- the ruling would be

 8    consistent with the earlier ruling I made on your

 9    motion.

10                 SEN. WEST:  Okay.  And I just wanted to

11    make certain that we're basically dealing with all the

12    tagged motions that were up there.  So tagged rules

13    don't apply to a committee whole either when we're

14    taking up substantive legislation?  And that's, in

15    essence, the ruling?

16                 SEN. DUNCAN:  Senator, for the reasons

17    that we explained earlier and I think for the reasons

18    that were abated by the Senate and prevailed in the

19    appeal, that the tag would not apply, the tag rule

20    would not apply to the Committee of the Whole.

21                 SEN. WEST:  Thank you.

22                 SEN. DUNCAN:  Sen. Fraser, you are once

23    again recognized.  You have the floor with regard to

24    laying out Senate Bill 362.

25
```

TX_00003910

USA_00018215

### LAYING OUT OF SENATE BILL 362

1

2          SEN. FRASER:  Thank you, members.  The

3    three-minute rule is in effect.

4          I've been sitting here for four hours

5    waiting to lay this out.  And, actually, we have a lot

6    of discussion about how I should lay this out,

7    discussion on it.  And I think the bill speaks for

8    itself.  And I am going to be very brief, probably

9    three or four minutes, and allow the witnesses to move

10   forward, because I think we've wasted enough of the

11   public's time and that we should move forward with

12   hearing from the witnesses.

13          Members, this bill, I think probably

14   most of you are going to be very familiar with it.

15   It's something we've talked about a lot.  Someone back

16   a while ago when we were having lunch asked me the

17   question, said, "How did the talk about this bill get

18   started"?

19          And I actually came back and sat down,

20   and I've got probably, interestingly, more research

21   and more reading and debate on this bill maybe than

22   one I've ever done, because I'm very interested in the

23   concept.  But I think probably if you track it back in

24   our nation's history, is that we look at the ongoing

25   threat of voter fraud that this country has addressed

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 56 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 59 of 248

45

1    really since the start, it goes all the way back.

2              And we've got many places where we look.

3    One of them would be Tammany Hall, possibly the Kansas

4    City Pendergast machine.  Here in Texas, we probably

5    should look no further to the 1948 Senate race when

6    the Duke of Duval delivered 201 of the 203 registered

7    voters in Box 13 in Jim Wells County in the race

8    between LBJ and Coke Stevenson.  Maybe we refer back

9    to Mayor Richard Daley's Chicago machine in the 1960

10   presidential election where it was alleged that at

11   least one in every 10 votes potentially was a

12   fraudulent or illegal vote, and including multiple

13   votes by the dead that continues throughout our Texas

14   history, even looking at the activity over the

15   indictments and the convictions over the last several

16   years, clarifying that voter fraud not only is alive

17   and well in the United States, it's very alive and

18   well in Texas.

19             And I think that brings us forward to

20   why we're here today.  I believe the danger of the

21   voter fraud has threatened the integrity of the entire

22   electoral process for the entire history of the United

23   States.

24             In 2005, I think a lot of you are

25   familiar with the fact that the Federal Election

TX_00003912

USA_00018217

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 57 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 60 of 248

46

```
 1    Commission asked a bipartisan commission, and they

 2    went out and they tried to get someone to head that up

 3    from what I'll call the left, the former President of

 4    the United States, Jimmy Carter, a Democrat president

 5    that had been the governor of a state, Georgia, that

 6    was a Section 5 Voter Rights Act state.  They asked

 7    him to be one of the co-chairs of a bipartisan

 8    commission.  Secretary of State James Baker was the

 9    other side.  That Commission was put in place to look

10    at voter fraud in the United States and come back with

11    a recommendation of how we address that.

12             That commission in, you know, their

13    reaffirming the danger said, "The elections are at the

14    heart of democracy.  Americans are losing confidence

15    in the fairness of elections.  And while we do not

16    have a crisis today, we need to address the problems

17    of our electoral system."

18             During that same time, the Supreme Court

19    made a ruling in Purcell and Gonzalez stating the

20    "Confidence in the integrity of our electoral

21    processes is essential to the functioning of our

22    participatory democracy.  Voter fraud drives honest

23    citizens out of the democratic process and breeds

24    distrust of our government.  Voters who fear" -- and I

25    emphasize the word "fear" -- "Voters who fear their
```

TX_00003913

USA_00018218

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 58 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 61 of 248

47

```
 1    legitimate votes will be outweighed by fraudulent ones
 2    will feel disenfranchised.  '[T]he right of suffrage
 3    can be denied by a debasement or dilution of the
 4    weight of a citizen's vote just as effectively as by
 5    wholly prohibiting the free exercise of the
 6    franchise.'"
 7              It hit very close to home in 2003 when
 8    we had a member of our body that I served with.  My
 9    chairman when I was in the House of Representatives,
10    Steve Wolens, a Democratic House of Representative
11    member and a chairman from the Dallas area, in 2003,
12    he laid out a bill and made a passionate plea to the
13    Legislature because he believed that through voter
14    fraud, that there had been an effort not only for him
15    but also his wife that was the mayor of Dallas.
16              And he says in the bill that he laid out
17    in his appeal, "Rigged elections in Dallas with people
18    harvesting votes have destroyed our" -- he said, "The
19    ability to cast a vote and have our vote counted is
20    the bedrock of our democracy.  We must do everything
21    possible to ensure the sanctity of the vote in our
22    state.  And as a society, we must not tolerate the
23    disenfranchisement of our citizens any longer in
24    accusing a group in a Democratic primary of rigging
25    the election and harvesting votes."
```

TX_00003914

USA_00018219

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 59 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 82 of 248

48

```
 1              That same Baker Commission, the Carter-
 2    Baker Commission, in an editorial that President
 3    Carter and Baker co-wrote, said, "At the end of the
 4    day, there is considerable national evidence of
 5    in-person voter fraud.  And regardless of whether one
 6    believed that voter impersonation is widespread or
 7    relatively rare, there can be no serious dispute that
 8    it is a real effect that can be substantial, because
 9    in a close election, even a small amount of fraud
10    could make the margin of difference."
11              In 2005 that bipartisan commission that
12    was created by the election reform, recommended that a
13    fair, a free and fair election requires both ballot
14    security and access to voting.  "We as a commission
15    have offered to bridge" or "a proposal to bridge the
16    partisan divide by suggesting a uniform voter ID."
17              That recommendation came from a former
18    President of the United States, had been put on a
19    commission by the Federal Election Commission.  The
20    recommendation came because of a concern about voter
21    fraud.  And he recommended in 2005 that we develop a
22    program for a uniform voter photo ID.  The bill that I
23    lay out today is in response to that.
24              Senate Bill 362 is really pretty
25    straightforward.  It's nothing more than when I walk
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00003915
JA_003338

TX_00003915

USA_00018220

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 60 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 63 of 248

49

1    in to vote and I lay out my voter registration, that

2    that person across from me can recognize that I am who

3    I represent to be, that I am that person on the roll.

4    And I feel I have an obligation to represent that I am

5    a legal living person that has the right to vote and I

6    am that person on that roll.

7            Under Texas law today, we do not have

8    that ability.  We're going to have witnesses come

9    forward today, and they're going to tell you about

10   cases.  I have questions that I'm going to ask, and

11   one of the ones is going to be to the Secretary of

12   State.  We're going to ask about if, when we go into a

13   voting booth, if someone could impersonate me and

14   steal my vote and what they could do about it.

15           And I think a lot of you are going to be

16   shocked at what our current law in Texas is today.

17   Without a doubt, there is the ability in Texas from a

18   lot of different directions or a different way for

19   someone to steal your identity, your right by your

20   voter registration and can vote, identify themselves

21   as you.

22           The Baker Commission -- and I'm sorry.

23   Let me back up a second and say one of the other

24   things that you're going to hear today is that we have

25   representatives from Indiana and Georgia.  After the

TX_00003916

USA_00018221

1     Baker Commission recommended that the photo ID be

2     implemented, one of the first states to do a strict

3     photo ID was the State of Indiana. Theirs is very

4     straightforward. It says that the citizens, when they

5     vote, will show a photo ID. If someone doesn't have a

6     photo ID, the state will pay for it.

7          That law that was put in place actually

8     was in place during the 2006 election, and then again

9     in the 2008 election. It has withstood the challenges

10    through the court system. And this last year, the

11    U.S. Supreme Court confirmed a decision on the Indiana

12    bill in a majority opinion that was giver by John Paul

13    Stevens, which is generally considered a moderate to

14    left-leaning justice. He issued the majority opinion,

15    and the opinion was six to three confirming the voter

16    ID bill for Indiana.

17          Since then, there have been two election

18    cycles. I'm not going to go into the results of that,

19    because we have someone from Indiana that is going to

20    testify to that. But I think it's going to clearly

21    show that instead of somehow discouraging someone to

22    vote, it did just the opposite, that the vote total --

23    in fact, I'm going to go ahead you give you those,

24    because I think they're very important.

25          In Indiana over the last two election

TX_00003917

USA_00018222

57

```
 1    cycles, Indiana had the fifth largest increase of
 2    voter increase in the United States in the 2008
 3    election.  In the Democratic votes that were cast,
 4    they were No. 1 in the nation.  They were the largest
 5    increase of Democrat votes in the nation, even though
 6    next door in Illinois, where the presidential
 7    candidate was from, had no photo ID registration.
 8    Indiana had a strict photo ID registration.  Indiana
 9    doubled the increase of Illinois.  It clearly showed
10    that there was not a suppression there.
11              Georgia, a Section 5 voter rights state,
12    they also implemented a strict voter photo ID bill.
13    This last election cycle, Georgia was the largest
14    increase in vote totals in the nation.  Of all the
15    states, of the other states that did not have it,
16    Georgia, after they implemented their photo ID
17    legislation, had the largest increase in vote totals
18    in the nation.  And we have people from Georgia here.
19              I think probably a brief description of
20    my bill, and we'll get into that.  And if someone has
21    questions about 362 and what my bill does, but it's
22    really pretty straightforward.  It just says that when
23    someone goes in to vote, they have not only the choice
24    of showing their photo ID, driver's license, but we're
25    also giving them secondary choices, and those
```

TX_00003918

USA_00018223

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 63 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 66 of 248

52

```
1    secondary choices are a lot of secondary choices.
2              They could show their library card.
3    They could show any government piece of mail that was
4    mailed to them.  Basically anything that would show
5    their identification as a secondary source of
6    identification is going to be allowed under my bill.
7    And when we start discussing that, I'll be glad to go
8    over the list that is listed of things.  But in Texas,
9    the bill that we are laying out actually has a
10   secondary choice.  Then if someone doesn't have a
11   photo ID, there is a secondary choice to identify
12   themselves.
13             I should also clarify that we are only
14   addressing the in-person voting; we are not addressing
15   mail-in ballots, early voting, any of the other things
16   in the election cycle.
17             I think I'm going to go ahead and close
18   so we can start either the questions and/or bring in
19   the witnesses.  But I think it's important to note
20   that in upholding Indiana's photo ID law, in the
21   decision that was given by John Paul Stevens in his
22   majority opinion, he stated, "Confidence in the
23   integrity of our election process is essential to the
24   functioning of our participatory democracy.  Voter
25   fraud drives honest citizens out of the democratic
```

TX_00003919

USA_00018224

53

1    process and breeds distrust of our government.  Voters

2    who fear their legitimate votes will be outweighed by

3    fraudulent ones will feel disenfranchised."

4            We believe Senate Bill 362 goes a long

5    ways for correcting that concern.

6                    **QUESTIONS FROM SENATE FLOOR**

7            SEN. DUNCAN:  Thank you.

8            Sen. Lucio of Cameron.

9            SEN. LUCIO:  Thank you, Mr. President.

10           For a question.

11           SEN. DUNCAN:  Sen. Lucio.

12           SEN. LUCIO:  The request was made

13   earlier today to see if we could have the Attorney

14   General here to answer any legal questions we might

15   have on this legislation.  As I look around the

16   chamber, I don't see the Secretary of State, my good

17   friend Hope Andrade who I can -- well, who is the

18   Chief Elections Officer of the state, as you well

19   know.  And I'm wondering if she will be present maybe

20   to respond to any questions that the members might

21   have, or the Department of Public Safety or any other

22   agency that might come into play with this piece of

23   legislation.  Will that be the case?

24           SEN. FRASER:  I'll address the first

25   question first.  The Secretary of State, I share your

TX_00003920

USA_00018225

54

```
 1   interest in that.  And, actually, when that person
 2   comes up, I have a lot of questions that I would like
 3   to ask also.  Unfortunately, the Secretary of State,
 4   Hope Andrade, is on an airplane as we speak, out of
 5   the country.  But the No. 2, the Assistant Secretary
 6   is here.  Coby Shorter is over on the side right now
 7   and will be available for any questions that would
 8   come up.
 9              Actually, that is one of my invited
10   persons for questions.  I have him scheduled in the
11   mix.  But I think any member that has a question of
12   the Secretary of State's office would be free at any
13   time for a resource.
14              The DPS, I have not personally asked
15   them to be here to testify, but I believe probably
16   they're monitoring this as we speak.  And I would
17   suspect if we wanted somebody from the DPS to answer
18   questions about motor voter or any of those issue, I
19   feel sure that we could get them over.  I have not
20   invited them.
21              SEN. LUCIO:  Thank you.
22              Mr. Chairman, you also mentioned that
23   voter ID proposal for bipartisan and serve the public
24   interest by protecting the integrity of the ballot,
25   and you also mentioned the Commission on Federal
```

TX_00003921

USA_00018226

```
 1    Election reform that was co-chaired by former
 2    President Jimmy Carter and former Secretary of State
 3    Jim Baker supported laws that required voters to show
 4    a voter ID before voting.
 5              I just want to ask you that, that in the
 6    days after the release of the commission's report, I'm
 7    informed that President Carter and former Secretary
 8    Baker stated in an op ed in the New York times that
 9    their intent had been misconstrued and clarified that
10    until we have universal registration, we cannot make
11    having such an ID be a condition of voting.  Are you
12    aware of that op ed?
13              SEN. FRASER:  Tell me, where was that?
14              SEN. LUCIO:  That op ed?
15              SEN. FRASER:  What was the date on that?
16    Tell me the date on that, please.
17              SEN. LUCIO:  The source is Jimmy Carter
18    and James Baker III, "Voting Reform Is in the Cards,"
19    The New York Times, September 23rd -- September 23,
20    2005.
21              SEN. FRASER:  And I guess I would
22    defer -- I obviously can't get in the minds -- and, by
23    the way, we do have someone from that commission here
24    that we can question, will be the second person that I
25    will call up.  And so you'll have the right to ask
```

TX_00003922

USA_00018227

56

1    them, because they're from that commission.

2                 All I can go by is a newer -- you know,

3    everyone has a right to, you know, their developing

4    thoughts.  But the newest thing I have on record was

5    February 3, 2008.  It was an op ed contribution, "A

6    Clearer Picture on Voter ID" by Jimmy Carter and James

7    A. Baker III, which I'm assuming -- February 3, 2008

8    is after September 23, 2005.  So this would be their

9    more current thoughts.

10                And in that current editorial that I

11   have here in my hand, it said, "In 2005, we led a

12   bipartisan Commission . . ."  And I'm not going to

13   read the whole thing, but it says:  "We bridged a

14   partisan divide by suggesting a uniform voter photo

15   ID."  And this is February 8 (sic), 2008.

16                SEN. LUCIO:  2008?

17                SEN. FRASER:  2008.  Yours is 2005.  So

18   I don't know what to say, other than my story is three

19   years newer than yours.

20                SEN. LUCIO:  Well, I guess they changed

21   their minds after two thousand --

22                SEN. FRASER:  Everybody gets to change

23   their mind.  All I know is that this is the most

24   current thing that I have on file.  But that was a op

25   ed contribution to the New York Times February 3,

TX_00003923

USA_00018228

57

```
1    2008, you know.  I'm --
2                  SEN. LUCIO:  Thank you very much,
3    Senator.
4                  SEN. FRASER:  Thank you.
5                  SEN. WATSON:  Mr. President?
6                  SEN. DUNCAN:  Sen. Watson of Travis.
7                  SEN. WATSON:  Thank you, Mr. Chairman.
8    I just want to ask a couple of question.
9                  And first, let me say that I think you
10   and I probably agree that there is not a senator in
11   this room that doesn't want to protect the sanctity of
12   the ballot box, regardless of how they might feel
13   about 362.
14                 SEN. FRASER:  I would share we, without
15   a doubt -- we've had this conversation -- is that I
16   think we both have the same intent, is that neither
17   one of us want voter fraud and we would do anything we
18   could to stop voter fraud in Texas.  And I think
19   that's --
20                 SEN. WATSON:  Nobody wants --
21                 SEN. FRASER:  I think we agree with
22   that.
23                 SEN. WATSON:  Nobody wants voter fraud.
24   And there may be some disagreements about how we go
25   about that.  Let me ask a couple of questions about
```

TX_00003924

USA_00018229

```
 1      the bill.  And first let me mention something about
 2      the Carter-Baker Commission.  I'm not sure there was a
 3      change in opinion.  But what they said in that
 4      February 2008 is, they were looking for a universal
 5      voter identification.  Is that correct?
 6                    SEN. FRASER:  I believe the term was
 7      "uniform" --
 8                    SEN. WATSON:  Uniform.
 9                    SEN. FRASER:  -- "voter ID."  And,
10      actually, what they suggested --
11                    SEN. WATSON:  Was REAL ID.
12                    SEN. FRASER:  -- is that the federal
13      government would issue a photo ID to every person in
14      the United States.
15                    SEN. WATSON:  And what they've actually
16      indicated is that in order to be in favor of a uniform
17      voter ID, they believe that what needs to happen is,
18      the government would be in a position to give everyone
19      an identification so that you wouldn't run into
20      situations where there might be discrimination.  Is
21      that correct?
22                    Well, for example, they're affirmatively
23      said --
24                    SEN. FRASER:  They have affirmatively
25      said that somebody should pay for it, the federal
```

TX_00003925

USA_00018230

59

```
 1    government or the states, but they would issue a photo
 2    ID.
 3                 SEN. WATSON:  So that everybody would
 4    have a uniform identification?
 5                 SEN. FRASER:  Exactly what I'm laying
 6    out in this bill.
 7                 SEN. WATSON:  And I don't disagree.
 8                 SEN. FRASER:  I --
 9                 SEN. DUNCAN:  Senators, senators --
10                 SEN. FRASER:  I can answer you.  Just a
11    second.
12                 SEN. DUNCAN:  May I interrupt?
13                 SEN. FRASER:  Sure.
14                 SEN. DUNCAN:  You've got a court --
15                 SEN. WATSON:  Well, we're both
16    interrupting.  Why don't you?
17                 SEN. DUNCAN:  Well, no.  I'm just trying
18    to help you out.  The court reporter can only type
19    down one person talking at a time, and so you have a
20    tendency --
21                 SEN. WATSON:  Fair enough.
22                 SEN. DUNCAN:  -- to talk over each
23    other.  So if you could observe that rule, it will
24    help the record.
25                 SEN. WATSON:  And we do that even in
```

TX_00003926

USA_00018231

60

```
 1      private conversations, I might add.

 2                  SEN. FRASER:  Unfortunately, we are on

 3      the committee together, and this is a common

 4      occurrence, so we will have to try to control

 5      ourselves.

 6                  SEN. WATSON:  I think you were the last

 7      one talking.

 8                  SEN. FRASER:  The final statement, I

 9      think they say -- let me read this.  Actually, it's

10      interesting that the last -- this was in -- they were

11      writing this in response, urging the Supreme Court to

12      validate the Indiana law.  And it says that -- they

13      are suggesting that states should move to implement

14      photo IDs gradually, that a free ID should be

15      available.  But they're also saying that the Supreme

16      Court can lead the way on the voter ID issue by

17      validating the Indiana ruling, which is the photo ID.

18                  And, again, it's the thing I just read.

19      It will move ". . . our national leaders and the

20      entire country to bridge the partisan divide on a

21      matter that is important to our democracy."  The

22      Supreme Court should ". . . support voter ID laws that

23      make it easy to vote but tough to cheat," from their

24      editorial.

25                  SEN. WATSON:  And they had indicated --
```

TX_00003927

USA_00018232

1    I'm sure we'll hear some other testimony about this.

2    But the Carter-Baker Commission had indicated that

3    they believed the way Georgia had set theirs up was

4    discriminatory in part because the government wasn't,

5    as you just indicated, making it easy for people to

6    be -- all people to be able to get a uniform

7    identification.

8            SEN. FRASER:  They want it to be easy

9    to -- their suggestion was have a photo ID, have

10    someone pay for it, make it easy for them to get it.

11    But they say, "Here is what we want to do.  We want a

12    voter ID law that makes it easy to vote but tough to

13    cheat."

14            SEN. WATSON:  Well, let's talk about

15    what the current situation is so that we can be clear

16    on what it is that we would be doing if Senate Bill

17    362 were to pass.  Currently we have a form of voter

18    identification in Texas.  And what it is, is we have

19    an identifying document that we call a voter

20    registration certificate.  Isn't that right?  The

21    state provides a voter registration certificate to

22    those who register to vote?

23            SEN. FRASER:  The answer to that

24    probably is "Yes" and "No," is that the way we

25    currently identify ourself when we go in is a voter

TX_00003928

USA_00018233

```
 1    registration certificate.  The problem with current
 2    law is, there is no way that that person that is
 3    behind the voting booth knows, "Are you really that
 4    person?" because -- hold on a second -- you know,
 5    there is nothing to say that I couldn't pick up my
 6    brother Steve's voter ID and walk in and lay it on the
 7    table and the -- we're going to ask the Secretary of
 8    State this -- but I think the procedure in law says
 9    identify:
10                  Are you on the list?  Yes.
11                  Is this your correct address?  Yes.
12                  Are you in this precinct?  Yes.
13                  Here is your ballot -- even though I'm
14    voting with my brother's card.
15                  SEN. WATSON:  I ought to give you a flag
16    so I know when you're done.  But, Senator, the point
17    is, I want to try to set what the benchmark is for
18    what is required now when someone goes in to vote.
19    And when someone goes in to vote right now, as you
20    just indicated, all they have to do is show that
21    certificate.  The election officer sees their name and
22    sees that their name is on a list of registered
23    voters, and then they're able to vote.  Is that
24    correct?
25                  SEN. FRASER:  Well, let me ask you --
```

TX_00003929

USA_00018234

63

```
 1    the Secretary of State will clarify this.  But if

 2    you're look in Section -- is 63.001?

 3                    SEN. WATSON:  It is.

 4                    SEN. FRASER:  -- of the election -- and

 5    if you've got it in front of you, you can read along.

 6    It says bring your card, registration card, hand it to

 7    them.  They verify:  Is the name on the card on the

 8    list?  Is Kirk Watson on the card?  Are they also

 9    listed as registered?  Yes, it is.  They say,

10                    "Is this your current address?"

11                    "Yes, it is."

12                    "This is the proper precinct you're

13    going to be voting in?"

14                    "Yes, it is."

15                    "Here is your ID (sic)."

16                    SEN. WATSON:  And then you get to vote.

17                    SEN. FRASER:  I mean, "Here is your" --

18    can I keep going, though?  The interesting thing on

19    this, though, is, Senator, that -- let me give you a

20    hypothetical -- and we'll ask the Secretary of State

21    to verify this -- is that let's assume that they

22    mailed you your voter registration to your mailbox,

23    but your next door neighbor saw them dropping it off

24    and he walked over and picked it up out of box.  And

25    he beat you to the polling place.  And he walked in
```

TX_00003930

USA_00018235

64

1  where someone didn't know who Kirk Watson was and he
2  laid it on the table, and he said, "I'm Kirk Watson,"
3  and they went through all those scenarios, that person
4  would be given a ballot and would vote for you, that
5  put it in the pile.  And they would walk out the door,
6  and that vote would count in the selection.  Now,
7  we'll verify with the Secretary of State that that's
8  correct, but I believe that's the way it happens right
9  now.
10         SEN. WATSON:  And that really wasn't my
11 questions.  So let me ask my --
12         SEN. FRASER:  I'm practiced with a
13 lawyer where you don't answer the question that was
14 asked.
15         SEN. WATSON:  I notice you've been
16 trying to do that.  Let's just walk through what the
17 process is and the change in the law.  Currently all
18 that is required is to show the certificate, walk
19 through the way you just did, and then you can vote.
20 Senate Bill 362 changes that.
21         And it says that while you would still
22 submit the voter registration certificate and that
23 part is the same, it then adds the requirement that in
24 addition to the current standard practice or procedure
25 of presenting that voter registration certificate, you

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00003931
JA_003354

TX_00003931

USA_00018236

65

1    must also submit either a picture identification or

2    two types of other identification that's listed in

3    Senate Bill 362.

4                SEN. FRASER:  Senator, I guess I would

5    ask you -- I'm assuming -- you travel a lot.  You've

6    flown since 911?

7                SEN. WATSON:  I'm not sure how that is

8    answering my question.  Is that what your bill does or

9    doesn't do?

10               SEN. FRASER:  I'm saying that this is

11   going to be a whole lot like -- even if you were

12   getting a library card, they're going to say, "We need

13   a form of photo identification, and they're going to

14   do -- like they do at the airport, they're going to

15   look at the card, they're going to look at you,

16   they're going to look back at the card and say, "Yes,

17   you are the person that you are pretending," or "you

18   say you are.  You" -- Kirk Watson is the person on the

19   photo; kirk Watson is the person on the registration

20   files.  And the answer is yes, that would be the way

21   this would work.

22               SEN. WATSON:  So the answer is yes, that

23   there is an additional requirement so that people who

24   could vote under the current voting standard practice

25   and procedure will be precluded from voting if they

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00003932
JA_003355

TX_00003932

USA_00018237

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 77 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 80 of 248

66

```
 1    don't meet these new requirements.  Is that correct?
 2              SEN. FRASER:  I'm sorry.  I was talking
 3    to staff.  Ask that again, please.
 4              SEN. WATSON:  People who could vote
 5    under the current voting standard practice and
 6    procedure will be precluded from voting, if Senate
 7    Bill 362 passes, if they don't meet those new
 8    requirements?
 9              SEN. FRASER:  No one is going to be
10    precluded from voting.  Everyone that walks in --
11    under 362, every person that walks in to vote will be
12    allowed to vote.
13              SEN. WATSON:  If they meet the new
14    requirements?
15              SEN. FRASER:  Every person that --
16              SEN. WATSON:  That's provisional
17    balloting.
18              SEN. FRASER:  -- walks in --
19              SEN. WATSON:  Is that what you're
20    talking about?
21              SEN. FRASER:  Every person that walks
22    into the registration to vote can vote.  No one will
23    leave the voting place without being able to vote.
24              SEN. WATSON:  Let me ask my question
25    differently.  If they don't -- if someone walks in
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00003933
JA_003356

TX_00003933

USA_00018238

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 78 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 81 of 248

67

1    today, under 362 -- let's say 362 passes -- and they

2    don't have the new requirements that are set forth in

3    362, they will not be able to vote a regular ballot

4    the same way people today, with just a voter

5    registration certificate, are allowed to vote a

6    regular ballot?

7         SEN. FRASER:  Okay.  If someone walks in

8    and -- I think right now the data is showing the last

9    year of the people that signed up, 98.5 percent of the

10   people that registered to vote had a driver's license

11   and they registered that way.  So if they didn't have

12   that, if they're one of that one or two percent that

13   did not have a driver's license, they have a long

14   laundry list of things that they could use to identify

15   themselves to show that they are, in fact, who they

16   say they are.  If for some reason they didn't have any

17   of that, they will be given a ballot.  The ballot will

18   be marked a provisional ballot, and then we will have

19   the ability then to identify:  Are they who they say

20   they are?  So the answer is no, they're not going to

21   leave without being able to vote.

22        SEN. WATSON:  And maybe I didn't ask my

23   question well and so you didn't understand it.  My

24   question is, under 362, if they don't meet the new

25   requirements, there will be people that otherwise

TX_00003934

USA_00018239

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 79 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 82 of 248

68

1   today would be able to vote by just showing a voter

2   registration certificate that will not be able to vote

3   a regular ballot.  Is that correct?

4               SEN. FRASER:  Everyone leaving the

5   polling place will be able to vote.

6               SEN. WATSON:  But it may be a

7   provisional ballot.  Is that right?

8               SEN. FRASER:  Provisional ballot,

9   though, once they verify their identification and they

10  show that they are who they say they are, the vote

11  counts.  So the answer is, everyone that leaves will

12  be able to vote.

13              SEN. WATSON:  Let me ask you a question

14  about the statistics you just mentioned.  Do you have

15  any data regarding the racial composition of those

16  people who are currently in Texas that are without a

17  driver's license or other photo ID?

18              SEN. FRASER:  Unfortunately, no, that

19  data is not, I don't think, readily available.  If it

20  is, no one has given it to me.  All I can go by is the

21  number -- they gave me the raw numbers of who had a

22  photo ID that was registered in, you know, the last

23  year.  2006 is the latest number.  And of those, you

24  know, you had 1.5 percent of the population that

25  registered to vote that it appeared didn't have or

TX_00003935

USA_00018240

69

1    didn't offer their driver's license up as a deal.  So

2    it's a very small segment, and I don't believe they

3    broke down the racial composition of that.

4             SEN. WATSON:  Where did that data come

5    from?

6             SEN. FRASER:  DPS, motor voter.

7             SEN. WATSON:  DPS.  And how many people

8    would that be?

9             SEN. FRASER:  I may need to correct

10    that.  I stand corrected.  That came from the

11    Secretary of State's office.  It was the total number

12    of people registered with a Texas driver's license.

13    I'm sorry.  I stand corrected.

14             SEN. WATSON:  Let me make sure I

15    understand the number that you're indicating.  What

16    you're indicating is that of the total population

17    that's registered to vote, the Secretary of State's

18    office is providing data that says 98.5 percent of

19    those have a driver's license?

20             SEN. FRASER:  I don't think I said that.

21             SEN. WATSON:  Okay.  Well, that's what

22    I'm trying to find out.  I want to be clear what you

23    said.

24             SEN. FRASER:  Okay.  Well, let's do it

25    again.  Last year, in 2006, the number of people that

KENNEDY REPORTING SERVICE, INC.
512.474.2233

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 81 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 84 of 248

70

```
 1   registered to vote in 2006, that registered to vote

 2   that year, of those totals, there were 2,419,188 that

 3   registered with a driver's license.  There were 37,490

 4   that didn't use their driver's license to register.

 5                 SEN. WATSON:  So that would not --

 6                 SEN. FRASER:  So that --

 7                 SEN. WATSON:  That wouldn't be taking

 8   into account any long-time voters who might no longer

 9   have driver's licenses or have allowed their driver's

10   license to be expired for more than two years or that

11   nature.  Is that correct?

12                 SEN. FRASER:  I actually have that data,

13   too.

14                 SEN. WATSON:  Good.  Why don't you give

15   that to me.

16                 SEN. FRASER:  Total number of people on

17   their staff -- now, have to keep in mind that some of

18   these people that have been on the rolls for 30, 40,

19   50, 60 years, some of this has changed.  And so some

20   of them that signed up, once they were okayed and

21   identified, they stayed on the roll and they didn't

22   have to add it.

23                 My mother would be a good example, but

24   she didn't get her driver's license until well into

25   her married life.  On her registration form, she is
```

TX_00003937

USA_00018242

1    not registered as showing to have a photo ID; but, in

2    fact, I do know that she has one.  The ones in the

3    records that show that, they show that there were

4    5,601,000 that have a license.  The ones that neither

5    numbers show up, either social security number or

6    voter ID, 809,000.  So in their records, it's about

7    88 percent of the people, in their records, give the

8    driver's license as their identification source.

9    There's 12 percent they don't know about.  But in

10    that, the assumption is, a great many of those now

11    have a photo ID, people like my mother.

12            SEN. WATSON:  But we don't know what

13    that number is?

14            SEN. FRASER:  We don't know for sure.

15            SEN. WATSON:  And how many people are we

16    talking about when we talk about 12 percent?

17            SEN. FRASER:  Well, in the records, they

18    have 809,041 that they don't have in their records a

19    number registered, but they also readily will admit

20    that those records are very outdated because what

21    happens when someone is registered, as soon as they're

22    approved as a registered voter, they don't ever have

23    do go through this again.  So --

24            SEN. WATSON:  Right.

25            SEN. FRASER:  You can't automatically

TX_00003938

USA_00018243

72

1    make the assumption that there's 809,000 people that

2    don't have it.  I think the belief -- probably one of

3    the things that we may be having a lot of these

4    questions you're asking that could be answered by

5    other states.  Georgia has a very close makeup of the

6    way our population is made up.  Indiana is a little

7    different.  But in those cases -- I think the

8    registrar of both of those states are going to be

9    here, and they're going to tell you they went through

10   the cycle and identified the ones that didn't have it.

11   And I believe they're going to tell you they were

12   shocked at how few people didn't have a photo ID.

13            SEN. WATSON:  Well, one of the things

14   that I think we need to be concerned about before we

15   vote on this floor is whether or not, when the changes

16   that you propose get made, whether or not that's going

17   to have a negative impact on certain populations.  And

18   the 12 percent that you're talking about there, the

19   800,000 to a --

20            SEN. FRASER:  The unknown category.

21            SEN. WATSON:  The 800,000 to a million

22   people, do we know what the racial breakdown is of

23   that?  Do you know how many African-Americans, how

24   many Hispanics, those that speak only Spanish?

25            SEN. FRASER:  I'm not advised, because I

TX_00003939

USA_00018244

```
 1    don't -- at least I don't remember on the -- I can't
 2    remember on either the driver's license and/or the
 3    voter that it had a place in there to click, you know,
 4    Anglos.
 5                 SEN. WATSON:   Are you familiar,
 6    Senator, with any statistical analysis that's been
 7    done regarding the potential effect of Senate Bill
 8    362's new requirements on African-Americans?
 9                 SEN. FRASER:   A lot of what I'm at least
10    observing, you will hear today from Indiana and
11    Georgia, two states that implemented it.  And they're
12    going to talk about the people that voted in the
13    racial breakdown before they implemented it and after
14    they implemented it and what happened in --
15                 SEN. WATSON:   Again, I would --
16                 SEN. FRASER:   So I think -- what I'm
17    hoping to do is have facts speak for themselves.
18                 SEN. WATSON:   Well, and I'm looking
19    forward to that.  I'm saying you, though, with regard
20    to your bill, Senate Bill 362, are you familiar with
21    any data or study that's been done with regard to some
22    sort of statistical analysis concerning the effect of
23    the new requirements of Senate Bill 362 on -- and I'll
24    just mention a couple of populations -- African-
25    American population, Hispanic, people making less than
```

TX_00003940

USA_00018245

74

1    $35,000 a year, people who speak only Spanish, any

2    statistical analysis of the effect of these new

3    requirements on those people?

4            SEN. FRASER:  Well, I guess the

5    assumption would be, the people in Texas, even though

6    we're independent, we're also a whole lot like the

7    people in the rest the nation.  Those statistics are

8    available nationwide, because we already have this

9    being implemented other places.  We're going to have

10   witnesses that are going to testify to that.  And I

11   think you're asking a subjective question that we have

12   objective data that is available that the witnesses

13   are going to lay out.  You're asking have I done that?

14   The answer is no, but I am pulling data from the

15   academics that have done that and have delivered back.

16           SEN. WATSON:  As it applies to Texas?

17           SEN. FRASER:  Well, you assume it would

18   apply to Texas, if they're citizens of the United

19   States.  And, you know, I don't know why it wouldn't

20   apply.

21           SEN. WATSON:  Well, so that I'm clear,

22   what we can expect to hear is data related to states

23   other than Texas.  But you're not familiar with any

24   statistical analysis that's been done regarding the

25   impacts or effects of the new requirements of Senate

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 86 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 89 of 248

75

```
1    Bill 362 on minority populations in the State of
2    Texas?
3              SEN. FRASER:  Actually, Senator, you're
4    going to hear some testimony from some people from the
5    major cities in Texas and things that have happened
6    and what, you know, possibly they believe.  But I
7    don't know that I can answer your question.
8              SEN. WATSON:  All right.  Fair enough.
9    Let me ask a quick question about funding under this.
10   Can you point me in this bill, Senate Bill 362, where
11   there is any provision to educate voters about this
12   change requirement for more identification?
13             SEN. FRASER:  Do you see the section
14   that says "Education" --
15             SEN. WATSON:  Yes, I do.
16             SEN. FRASER:  -- "Voted Education"?
17             SEN. WATSON:  And tell me -- what that
18   says is that the Secretary of State and voter
19   registrars are going to put it on their website.  Is
20   that correct?
21             SEN. FRASER:  Yes.
22             SEN. WATSON:  Is that the only education
23   that's identified in this bill?
24             SEN. FRASER:  We are anticipating a --
25   you know, we're going to have to educate not only the
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00003942
JA_003365

TX_00003942

USA_00018247

Case 2:13-cv-00193  Document 661-17  Filed on 11/11/14 in TXSD  Page 87 of 113
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-1  Filed 06/20/12  Page 90 of 248

76

```
 1    registrars, the poll workers, we're going to have

 2    posting outside of the voting place of the

 3    requirements of this.  I would assume one of the

 4    things that you're going to ask is, in Ohio and

 5    Georgia, both that they had mailers to the voters

 6    talking about these changes.  Obviously, the specifics

 7    of that are not included in this bill.  But as a

 8    member of the Senate and assuming this bill passes,

 9    that I think I am assuming everyone in this body would

10    be sympathetic, that we should include some funding to

11    make sure that voters are educated.

12                 SEN. WATSON:  So you anticipate that

13    there would be some fiscal note to this bill?

14                 SEN. FRASER:  Well, no.  This bill only

15    has -- it has no fiscal implications.

16                 SEN. WATSON:  And that's because there's

17    no money put into it for any of the things you just

18    talked about in terms of educating voters?

19                 SEN. FRASER:  And again, if there was

20    education, obviously, the education, depending on how

21    much education it was, there could either be no fiscal

22    impact or it could be some.  Again, you're being

23    subjective.

24                 SEN. WATSON:  All right.  I'm not sure

25    that's the case, but let me make sure I'm clear.
```

TX_00003943

USA_00018248

77

```
 1   Under the current bill, there's not any ability to
 2   educate the voters about these new requirements, other
 3   than that it would be posted on the Secretary of
 4   State's or a county voter registrar's website?
 5               SEN. FRASER:  We would -- actually --
 6   let me ask a question of staff.
 7               (Brief pause)
 8               I think the question you're asking is
 9   that every time a registration card is sent out, there
10   will be an explanation with that registration card,
11   which I'm assuming you're calling the education part
12   of that.  So the answer is yes, there will be an
13   education go out when the registration cards are- sent
14   out.  So a person's --
15               SEN. WATSON:  So if somebody registers
16   newly, they'll get that information?
17               SEN. FRASER:  I get a registration card
18   every two years.
19               SEN. WATSON:  So every time that -- what
20   you're suggesting is, that's going to be -- the
21   substance and sum of the education will be on new
22   registration cards?
23               SEN. FRASER:  And, quite frankly, you're
24   getting into an area of the technical part of the way
25   this would be administered by the election division.
```

TX_00003944

USA_00018249

1    In the bill we do specify that when a registration

2    card is sent out.  All I know is, I get one every two

3    years, I get a new registration card.  It couldn't be

4    real difficult in that to include an explanation of

5    this bill, what will be included, and make sure that

6    they understand that whenever they show up at the

7    polls, you need to do this.

8            So the answer of -- the language of the

9    bill says that is anticipated.  Now, the actual agency

10   itself that administers, the Secretary of State's

11   office, I think probably would be the one to answer

12   that question.

13           SEN. WATSON:  And we don't know -- you

14   don't know, as we stand here today, how much that

15   costs?

16           SEN. FRASER:  What it will cost?  Well,

17   right now we have given them funds to send out that

18   registration card.  And if all they're doing is

19   putting another piece of paper in that registration

20   card, I just can't imagine that they can't take care

21   of it out of their regular budget.

22           So I think where you're trying to go --

23   will there be an appropriation for that? -- I don't

24   anticipate that that's necessary.  But you're a member

25   of this body.  And if you want to recommend that,

TX_00003945

USA_00018250

```
 1   after this bill passes, that if you want to offer up
 2   to the Appropriation Committee and talk to Chairman
 3   Ogden, I think you have every right to do that.  I
 4   can't speak for the Secretary of State the way this
 5   will be administered.
 6               SEN. WATSON:  Well, I'm just accustomed
 7   to when bills come into committee, we tend to know or
 8   are supposed to know what the fiscal note is at that
 9   time so that we don't vote on something, only to later
10   have a new fiscal note come in.
11               SEN. FRASER:  Did you get a copy of the
12   fiscal note?
13               SEN. WATSON:  Yes, and it said zero.
14               SEN. FRASER:  There is your answer.
15               SEN. WATSON:  Well, and what that means
16   is, there's going to be little education, and we'll
17   talk about -- Chairman Duncan has made a good point,
18   that the court reporter has now been going -- and
19   while you and I may be enjoying our repartee, she
20   probably needs a break.
21               So with the Chair's permission and with
22   Sen. Fraser's permission, I'll be more than happy to
23   yield the floor for the time being so that we can take
24   a break for the court reporter.
25               SEN. DUNCAN:  Thank you, Sen. Watson.
```

TX_00003946

USA_00018251

Case 2:13-cv-00193  Document 661-17  Filed on 11/11/14 in TXSD  Page 91 of 113
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-1  Filed 06/20/12  Page 94 of 248

80

```
 1    And, members, we'll stand at ease for 10 minutes.
 2    We'll go back in at exactly 2:50.
 3                    (Recess:  2:42 p.m. to 2:56 p.m.)
 4                    SEN. DUNCAN:  The Committee of the Whole
 5    will come back to order.
 6                    Sen. Watson.
 7                    SEN. WATSON:  Mr. Chairman, I'll yield
 8    for other staff's questions, so we can move forward.
 9                    SEN. DUNCAN:  All right.
10                    Sen. Shapleigh.
11                    SEN. SHAPLEIGH:  Thank you, Mr. Chair.
12                    If I may, some questions of the author.
13                    SEN. FRASER:  I would love to answer
14    questions.
15                    SEN. SHAPLEIGH:  Senator, you, in laying
16    out your basis for filing this bill, talked
17    extensively about the Carter and Baker Commission.  Do
18    you remember the year that commission -- when they
19    issued their report?
20                    SEN. FRASER:  Senator, there is a
21    reference in the forward to the report that I believe
22    says 2005.  And I'm assuming the Commission was formed
23    that year, and I'm assuming they also issued the
24    report.  But I'm also going to punt on that one,
25    because we have someone from the Carter-Baker
```

81

1    Commission that is here, that if we can get past these

2    questions and get to our witnesses, I've got people

3    that can answer that question a lot better.

4              SEN. SHAPLEIGH:  Okay.  You quoted from

5    their words in an op ed article.  And what I would

6    like to do is give you a copy of an op ed article that

7    they put in The New York Times one week after issuing

8    the report, so that we can talk about what their

9    intent or what they thought about this report.  You

10   have their -- what we just pulled off what Sen. McCain

11   would call the Google, an editorial from Jimmy Carter

12   and James Baker themselves dated September 23, 2005,

13   which was the week after they produced this report.

14   And I would like you to, if you would, see if I'm

15   reading this correctly.

16             "This week, we issued a report that

17   bridges the gap between the two parties' perspectives

18   and offers a comprehensive approach that can help end

19   the sterile debate between ballot access ballot

20   integrity.  Unfortunately, some have misrepresented

21   one of our 87 recommendations.  As a result, they have

22   deflected attention from the need for comprehensive

23   reform."

24             "Since we presented our work to the

25   president and Congress, some have overlooked almost

TX_00003948

USA_00018253

```
 1    all of the report to focus on a single proposal - a
 2    requirement that voters have driver's licenses or
 3    government-issued photo IDs.  Worse, they have
 4    unfairly described our recommendation.
 5              "Here's the problem we were addressing:
 6    24 states already require that voters prove their
 7    identity at the poll - some states request driver's
 8    licenses, others accept utility bills, affidavits or
 9    other documents - and 12 others are considering it.
10    This includes Georgia, which just started demanding
11    that voters have a state-issued photo ID, even though
12    obtaining one can be too costly or difficult for poor
13    Georgians.  We consider Georgia's law discriminatory."
14              Are these the same guys that issued the
15    report that you're relying on?
16              SEN. FRASER:  And I guess I would remind
17    you that the Georgia law, they're a Section 5 voter
18    rights state, and they were approved.  As of
19    February 8, 2008 of this year, I believe they were --
20    that final appeal was -- you know, they ruled with
21    Georgia.  And Georgia's act -- both was approved
22    through DOJ, approved through Section 5 and was
23    approved through the courts.
24              Again, I don't -- all the things that
25    you're asking, you address several different issues
```

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 94 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 97 of 248

83

```
 1    that we have witnesses here that actually know the
 2    details of this.  You're asking me, from 2005, to get
 3    in either President Carter or James Baker or staff or
 4    the other 21 members on the commission, what was in
 5    their head then and what was in their head in 2008
 6    when they released the article to The New York Times,
 7    the guest editorial.  I think those would be better
 8    answered by our witness that is here that is sitting
 9    in the back waiting to testify.  We also have Indiana,
10    and we've got those Georgia people.  There's two from
11    Georgia that will tell you how this impacted their
12    voters, including minorities.
13              SEN. SHAPLEIGH:  Let's go if we can --
14    do you have the fiscal note on this bill, the one that
15    came with our packet?  I'm looking at the last
16    paragraph that describes the costs in this bill and
17    what the anticipated fiscal note might be.
18              SEN. FRASER:  I've got it.  What are you
19    referring to?
20              SEN. SHAPLEIGH:  Well, when you look at
21    the top, it says "No fiscal impact implication to the
22    state is anticipated."  Is that correct?
23              SEN. FRASER:  That is correct.
24              SEN. SHAPLEIGH:  And when we look at the
25    bottom, after it describes putting up a website which
```

TX_00003950

USA_00018255

84

1 would be part of the state's obligation, then at the

2 bottom it says, "Based on responses from a sampling of

3 election authorities and county clerks, fiscal impact

4 from implementing provisions of the bill would vary by

5 county. Costs would include at a minimum those for

6 printing signs to post at each polling place, which

7 would not be significant. Other potential costs would

8 be associated with additional training and posting

9 information to the county website. Again, those costs

10 are not expected to be significant. One smaller

11 county response anticipates that the new provisions

12 regarding casting a provisional ballot would require

13 hiring additional staff, resulting in a moderate to

14 significant cost."

15 Now, my question is, where is the

16 training going to be done? Who will do the training

17 with respect to those that will administer and enforce

18 the rules that you propose to pass today?

19 SEN. FRASER: And I will tell you again

20 that we have an expert resource witness that can

21 answer that question, that if we can get on with the

22 testimony, that the persons we have here I think are

23 prepared to answer that question.

24 SEN. SHAPLEIGH: But as the author of

25 the bill -- and your intent is important in

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00003951
JA_003374

TX_00003951

USA_00018256

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 96 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 99 of 248

85

```
 1   establishing this -- in this fiscal note, there is no
 2   money for training at the state level, that in this
 3   fiscal note it's contemplated that locals in a broad
 4   verify of the polling places around the state would be
 5   responsible for the training under this bill.  Is that
 6   correct?
 7              SEN. FRASER:  My intent of this bill is
 8   to establish a system of voter identification to try
 9   to eliminate fraudulent voting and would be
10   implemented by the Secretary of State.  The fiscal
11   note to the bill is like we always do on every piece
12   of legislation.  It is sent back in.  And the fiscal
13   note, as delivered back to the members of the
14   Legislature, it says there is -- no significant fiscal
15   implication to the state is anticipated.
16              SEN. SHAPLEIGH:  Okay.  Well, let's get
17   down, if we may, to a "Yes" or "No" answer.  The
18   fiscal note on your bill says, "Each county clerk
19   would be required to provide a session of training
20   using the standards adopted by and the materials
21   developed by the Secretary of State as soon as
22   practicable as well."  Is that your intent under the
23   bill that you drafted?
24              SEN. FRASER:  I guess I would refer you
25   back to the bill itself.  We've got the training
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00003952
JA_003375

TX_00003952

USA_00018257

86

```
 1   section, the wording of the bill.  If you would

 2   like -- I'll read it to you if you would like for me

 3   to.  But the wording of the bill is the instruction to

 4   the Secretary of the State and the counties.  And then

 5   the Secretary of State would be -- I think it's their

 6   job to implement.  But, again, the expert witness can

 7   answer that.

 8              SEN. SHAPLEIGH:  In your opening, in

 9   talking about the need for this bill, you referred to

10   Cooke County, you referred to LBJ and Duval County.

11   Are you aware of and do you personally know Royal

12   Masset?

13              SEN. FRASER:  And I guess I would ask

14   what Royal Masset has to do with Cooke County?

15              SEN. SHAPLEIGH:  Well, nothing.  But

16   your examples came from other places to lay the basis

17   for the need for this bill.  And my question is, do

18   you know, were you aware that Royal Masset was the

19   political director of the Republican Party for 15

20   years?

21              SEN. FRASER:  Well, I guess the fact

22   that I recognize that his name is Royal "Ma-say"

23   rather than Royal "Mas-et" would give some indication

24   that I know Royal "Ma-say."

25              SEN. SHAPLEIGH:  So if Royal "Mas-et" in
```

TX_00003953

USA_00018258

87

```
 1    something that was posted on line last time this bill
 2    came up, who was the political director of the
 3    Republican Party, if he were to say, "Anyone who says
 4    all legal voters under this bill can vote," doesn't
 5    know what he was talking about and, "Anyone who says
 6    that a lack of IDs won't discriminate against
 7    otherwise legal minority votes" is lying, do you have
 8    any way -- do you have any way of determining why he
 9    would say that?
10              SEN. FRASER:  I have no input.
11              SEN. SHAPLEIGH:  If Royal Masset were
12    quoted in this account as saying, "In my involvement
13    with over 5,000 Republican candidates, I have never
14    seen one case of Republicans committing voter fraud,"
15    do you have any idea why he would say that?
16              SEN. FRASER:  I am not advised.
17              SEN. SHAPLEIGH:  If Royal Masset said in
18    his quote, "When voting in America is only allowed to
19    healthy and wealthy people than (sic) the America I
20    know is far sicker than my mother.  House Bill 218" --
21    which is the bill that came up last session, identical
22    I believe to the bill that you're carrying -- "is a
23    direct descendent of poll taxes, and of allowing only
24    white male property owners to vote.  In its effect it
25    is racist, barbaric, antidemocratic and contrary to
```

TX_00003954

USA_00018259

```
1    everything that made America great."
2              Do you have any idea why a former
3    political director of the Republican Party would make
4    that statement?
5              SEN. FRASER:  No other advice other than
6    to say that the three sources that I quoted in my
7    opening remarks, two were Democrats and one was a
8    left-leaning Supreme Court Justice that all make, you
9    know, comments the other direction.  And, actually,
10   Rep. Steve Wolens commented about the fraud and the
11   voter harvesting that happened in a Democratic
12   primary.  So I'm assuming people on both sides of this
13   issue have opinions.
14             SEN. SHAPLEIGH:  Now, I think -- I
15   thought I heard you mention the name Karl Rove as
16   one --
17             SEN. FRASER:  I don't think I mentioned
18   Karl Rove.
19             SEN. SHAPLEIGH:  Okay.  Let me ask, are
20   you personally, other than the hearsay statements from
21   Steve Wolens and others, are you personally
22   acquainted, do you know of any voter fraud, you
23   yourself?
24             SEN. FRASER:  Well, the hearsay
25   statements, those were actually statements by Steve
```

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 100 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 103 of 248

89

```
1   Wolens he made -- I think he made those on the House
2   Floor in laying out his bill, so I don't think those
3   are hearsay.  He represented them as facts.
4              SEN. SHAPLEIGH:  In connection with your
5   investigation and your desire to pass this bill, did
6   you talk to the Attorney General of the State of
7   Texas?
8              SEN. FRASER:  Ask that question again.
9              SEN. SHAPLEIGH:  In your investigation
10  of this bill as you worked it up, did you consult with
11  the Attorney General of the State of Texas?
12             SEN. FRASER:  I guess I need a clear
13  question.  You know, what -- "consult" is a very broad
14  lawyer term.
15             SEN. SHAPLEIGH:  Did you talk to him?
16  Did you ask him about voter fraud?
17             SEN. FRASER:  I talk to the Attorney
18  General quite often on a full range of issues.
19             SEN. SHAPLEIGH:  Did you talk to him
20  about this issue?
21             SEN. FRASER:  I have talked to the
22  Attorney General about a wide range of issues.
23             SEN. SHAPLEIGH:  Did you talk to him
24  about voter fraud and the nature, scope and extent of
25  it here in Texas?
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00003956
JA_003379

TX_00003956

USA_00018261

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 101 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 104 of 248

90

```
 1                    SEN. FRASER:  No.

 2                    SEN. SHAPLEIGH:  Okay.  Were you aware

 3       that he did a rather extensive investigation searching

 4       for voter fraud in Texas and spent approximately

 5       $1.4 million on that investigation?

 6                    SEN. FRASER:  I guess I would dispute

 7       the statement that you just made, is that the

 8       Secretary of State was giving an appropriation of

 9       $1.4 million that they used in the special

10       investigation, unit investigation.  Within the

11       $1.4 million, it came from federal funds that were

12       spent on election fraud.  The issues they used that on

13       was the Eldorado YZF Ranch case, the Texas Youth

14       Commission, the hurricane-related rapid response

15       efforts, the market manipulation and penny stock fraud

16       case, the ERCOT case, the cyber case, (inaudible)

17       unit, identity theft, public corruption, money

18       laundering and election fraud.

19                    SEN. SHAPLEIGH:  Okay.  So I'm looking

20       at Attorney General Greg Abbott's press release from

21       March of 2006 where he announces, "In Texas, an

22       epidemic of voter fraud is harming the electoral

23       process and it's time we rooted it out."  Do you

24       recall when he launched that investigation?

25                    SEN. FRASER:  I do.
```

TX_00003957

USA_00018262

91

```
 1                    SEN. SHAPLEIGH:  And reading further in

 2       his press release, "At first glance, these might seem

 3       to be like isolated events in far-flung towns.  Step

 4       back and the picture looks just as sinister as it did

 5       60 years ago.  For example, Texas has long been a

 6       haven for paid political operatives who target seniors

 7       and the disabled to handle their mail-in ballots for

 8       them.  Many of the cases referred to my office by the

 9       Secretary of State fall into this category."

10                    Do you remember that press release?

11                    SEN. FRASER:  And I think you're going

12       back and addressing the case of the Steve Wolens' bill

13       that he filed on the mail-in ballots, and I don't

14       think that particular issue has anything to do with

15       Senate Bill 362.  My bill relates to the voter

16       identification issue when we're investigating --

17                    SEN. SHAPLEIGH:  Well, I --

18                    SEN. FRASER:  I make reference to the

19       Wolens bill because it is part of the fraud history

20       and voter fraud.  But the investigation you're talking

21       about has nothing to do with the bill we're laying out

22       right now.

23                    SEN. SHAPLEIGH:  Well, here is his press

24       release.  Here is the title of it:  "Helping Stamp Out

25       Voter Fraud in Texas."  That's exactly what you're
```

TX_00003958

USA_00018263

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 103 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 106 of 248

92

```
 1    bringing forward today.  Right?  Is that what you're
 2    trying to address in your bill?
 3               SEN. FRASER:  Could we get a copy of
 4    that?  You're referencing something.  We're looking
 5    through.  And for some reason -- is all the
 6    information we have.  For some reason I can't find
 7    that one.  We thought we had them all.  But I'm sorry.
 8    I don't have that one.
 9               SEN. SHAPLEIGH:  Okay.  This is his
10    press release off of the website when he launched his
11    investigation in March of 2006.
12               SEN. FRASER:  And, Senator, out of
13    fairness, I don't regularly go to the Attorney
14    General's website to read every press release that
15    comes out.  So I'm sorry, I don't --
16               SEN. SHAPLEIGH:  I understand.  But
17    you're bringing a bill and you led this Senate to
18    believe and you're laying out the case for widespread
19    voter fraud in the State of Texas.  And we've had, to
20    my knowledge in the last two years, one major
21    investigation by the Attorney General of the State of
22    Texas.  And I want to get into exactly what that
23    widespread voter fraud looks like after that
24    investigation.  That's where I'm going.  That's what I
25    want to find out.
```

TX_00003959

USA_00018264

```
 1            So in this press release, he's laying
 2    out the basis for widespread voter fraud, and he
 3    launched -- his investigation spans, as you say, among
 4    other things -- investigating other issues,
 5    $1.4 million.  And by my account here, that
 6    investigation produced exactly 13 indictments.  Twelve
 7    of the 13 were minorities; nine, Hispanics; three,
 8    African-Americans.  Thirteen of 13 of the indictments
 9    were Democrats.  Now, do you have any reason to
10    dispute those numbers with us here today?
11            SEN. FRASER:  Yes, I do.  The exact
12    numbers are 30 suspects, 22 that have already been
13    prosecuted.
14            SEN. SHAPLEIGH:  In terms of the
15    indictments, when he brought the indictments --
16            SEN. FRASER:  Indictments on 30
17    suspects.
18            SEN. SHAPLEIGH:  How many of those were
19    minority?
20            SEN. FRASER:  I'm not advised.
21            SEN. SHAPLEIGH:  How many of those were
22    Democrats?
23            SEN. FRASER:  I'm not advised.  I don't
24    know that they asked him what their --
25            SEN. SHAPLEIGH:  Well, do you have any
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00003960
JA_003383

TX_00003960

USA_00018265

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 105 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 108 of 248

94

1    witness here today who can confirm how many of those

2    were minorities and how many were Democrats?

3                SEN. FRASER:  I have not called a

4    witness, you know, for that.  It's possible that -- we

5    have two people from the registrar's office in

6    Houston, and I know Houston was one of the places that

7    had a problem.  And I would suggest that you ask the

8    expert witness from the Houston registrar's office.  I

9    suspect they probably would have some information.

10               SEN. SHAPLEIGH:  Well, I think this

11   issue of that investigation is the proof that we have

12   of how widespread fraud is in the State of Texas.  I

13   think we have a perfect right to ask those questions.

14   And I want to know if you as a chairman will

15   participate with us in getting a live witness that we

16   can ask about those cases on this floor?

17               SEN. FRASER:  And I'm being advised --

18   let me just confirm.

19               (Brief pause)

20               I'm being advised that the Attorney

21   General's office is willing to answer your question,

22   to clarify the questions you have.

23               SEN. SHAPLEIGH:  And will that Attorney

24   General bring us, with time to review the file on each

25   of these 13 indictments so that we can determine for

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00003961
JA_003384

TX_00003961

USA_00018266

1   ourselves and can effectively cross-examine him or her

2   on the real nature of these cases?  Will we have that

3   file in time to really do the job we need to do to get

4   at the heart of this massive voter fraud that we have

5   in the State of Texas?

6            SEN. FRASER:  You know, I don't think

7   that the indictments on those -- we're in a case that

8   the ability to game the system by representing

9   yourself as someone else.  I've got one area of the

10  voter fraud in this that we're addressing, and it is

11  voter ID, identifying that when you walk in for

12  in-person voting, you are who you say you are.

13           SEN. SHAPLEIGH:  In connection with the

14  indictments brought, even your number, which differs

15  from my number, did a single one, would a single

16  indictment have been resolved by this photo ID or were

17  they all mail-in ballots or other issues?

18           SEN. FRASER:  I am not advised.  My goal

19  on this is to look at the law itself, of implementing,

20  people identifying themselves for the ability to vote.

21  We were looking at the Indiana law that is a strict

22  photo ID, the Georgia law that is a strict photo ID

23  that have been in place, Indiana for two election

24  cycles, Georgia for the last.  And we're going to hear

25  from expert witnesses of how that not only didn't

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 107 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 110 of 248

96

1    suppress voting, it actually increased voting because

2    it increased voter confidence.

3                    SEN. SHAPLEIGH:  So are you aware of any

4    other investigations, other than what Attorney General

5    Abbott has done here in Texas, with respect to voter

6    fraud?

7                    SEN. FRASER:  I'm not advised.

8                    SEN. SHAPLEIGH:  So if we hear from this

9    witness that's going to come here and share with us

10   the nature and extent of voter fraud in the State of

11   Texas, and not a single one relates to photo ID, will

12   that make a difference in the way you prosecute this

13   bill?

14                   SEN. FRASER:  Again, we're going to have

15   the expert witnesses come forward.  But I think what

16   you're going to hear is the case -- or the example

17   that I used with Sen. Watson of someone stealing his

18   identification, going and voting and, you know,

19   representing themself as Kirk Watson and being able to

20   vote.

21                   I think what you're going to hear -- and

22   I don't want to put words in the mouth of the

23   Secretary of State or the other witnesses -- but I

24   think you're going to find that it is extremely hard

25   to identify and even harder to prosecute those cases,

TX_00003963

USA_00018268

Case 2:13-cv-00193  Document 661-17  Filed on 11/11/14 in TXSD  Page 108 of 113
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-1  Filed 06/20/12  Page 111 of 248

97

1    because we have a huge flaw in Texas law.  We have not

2    given them the ability to even identify that someone

3    is breaking the law.  And if you can't identify

4    they're breaking the law, then prosecuting that person

5    becomes even harder.  So I think the point that's

6    going to be made through the testimony on this is that

7    we have a huge deficiency in current law in

8    identifying voters when they come for in-person

9    voting.

10                   SEN. SHAPLEIGH:  You had mentioned and

11   laid out some statistics on those that have photo IDs

12   in the State of Texas and said that your information

13   came from the DPS.  Is that correct?

14                   SEN. FRASER:  I don't think I

15   represented anything came from DPS.  I think the data

16   we had I represented came from the Secretary of State.

17                   SEN. SHAPLEIGH:  Okay.  Are you aware of

18   any other data from Texas with respect to those that

19   hold photo IDs that are of voting age?

20                   SEN. FRASER:  Help me with that.  I --

21                   SEN. SHAPLEIGH:  Well, for example, are

22   you aware of, say, the Texas Conservative Research

23   Institute's finding -- the Texas Conservative

24   Coalition Research Institute finding that 37 percent

25   of Texas residents over the age of 80 do not have a

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00003964
JA_003387

TX_00003964

USA_00018269

98

```
 1    driver's license?
 2                    (Brief pause)
 3                    SEN. FRASER:  I'm not advised.  And I
 4    don't think, unless they called every one of those
 5    people, they could verify that.  My mother is over 80
 6    and she still has a driver's license, I believe, but
 7    she votes by mail.
 8                    SEN. SHAPLEIGH:  So which is the number,
 9    the number that the Texas Conservative Coalition
10    Research Institute has for us, 37 percent don't have a
11    driver's license, or the number that you're bringing
12    to us?
13                    SEN. FRASER:  I don't think I brought
14    anything forward.
15                    SEN. SHAPLEIGH:  Okay.  Thank you,
16    Senator.  I look forward to another --
17                    SEN. FRASER:  You're cutting me short.
18    You told me that I would be here till midnight on your
19    questionings.
20                    SEN. SHAPLEIGH:  We've still got eight
21    hours.
22                    SEN. FRASER:  That's enough time.
23                    SEN. SHAPLEIGH:  We're ready.
24                    SEN. FRASER:  Thank you.
25                    SEN. SHAPLEIGH:  Thank you.
```

TX_00003965

USA_00018270

```
 1                 SEN. DUNCAN:  Sen. Zaffirini.
 2                 SEN. ZAFFIRINI:  Thank you,
 3    Mr. President.
 4                 SEN. FRASER:  Is this a test to see if I
 5    really have this information in the books?
 6                 SEN. ZAFFIRINI:  Yes, it is.  I'm going
 7    to ask you questions about Page 218, Line 4, and what
 8    it's on.
 9                 SEN. FRASER:  The book that I shared
10    with you --
11                 SEN. ZAFFIRINI:  Yes.
12                 SEN. FRASER:  -- and showed you all my
13    data.
14                 SEN. ZAFFIRINI:  It's a wonderful book,
15    and I congratulate you and your staff for developing
16    such thorough information, very impressive.  My staff
17    is not happy to know about it, however.
18                 Sen. Fraser, you were the Senate sponsor
19    of House Bill 218 that never made it to the Senate
20    floor in 2007.  Correct?
21                 SEN. FRASER:  That is correct.  I was
22    the sponsor of the --
23                 SEN. ZAFFIRINI:  Do you know the main
24    differences, if any, between the bill that you
25    sponsored in 2007 and the bill that we are considering
```

```
 1   today regarding voter ID?

 2             SEN. FRASER:  I'm going to clarify with

 3   staff.  I think I know the answer, but . . .

 4             (Brief pause)

 5             I'm being advised that the bill that

 6   we're filing is very, very close.  There are very,

 7   very small changes in the bill.

 8             SEN. ZAFFIRINI:  Well, that's what I

 9   thought.  I looked at the two bills and I looked at

10   the two bill analyses and I looked at the two fiscal

11   notes.  But what surprised me more than anything is

12   that the bill that we considered in 2007 had a fiscal

13   note of $671,000 in each year over a five-year period,

14   but the fiscal note for the bill that we are

15   considering today says "No Fiscal Implications."

16   Could you explain the difference in the fiscal note?

17             SEN. FRASER:  Good research.  And it's

18   exactly the same thing that I -- I looked at the two.

19   I asked the same question.  We called about the fiscal

20   note.  Evidently in the research of this -- and again,

21   we've got an expert witness that is sitting -- or they

22   were sitting right over here, the Secretary of State.

23   I think they will answer that.  And I think the answer

24   is, again, I don't want to put words in their mouth,

25   but I think in doing more research, they found out
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00003967
JA_003390

TX_00003967

USA_00018272

```
1    that a lot of these things are available for them to
2    do within their current budget, and it does not create
3    additional expense.
4              SEN. ZAFFIRINI:  Well, I certainly do
5    want to follow up with the LBB to ask them
6    specifically, since they write the fiscal notes, why
7    such an enormous difference.  It's just amazing.  I
8    would like the name of the person who developed the
9    new fiscal note.  I might want to work with that
10   person for my bills.
11             SEN. FRASER:  Well, as thorough as you
12   are on finance, because I've sat there and watched
13   you, and you do a wonderful job in looking at these.
14   And I know exactly the questions you'll be asking in
15   Finance, and I would encourage you to do that.  But I
16   also, being a former member of Finance, did the same
17   thing, asked the questions.  And my response back was,
18   is that after further examination, they realized that
19   this had no fiscal impact.
20             SEN. ZAFFIRINI:  I'll be asking them to
21   look at some of mine further and see what they can
22   come up with.
23             SEN. FRASER:  Thank you, Senator.
24             SEN. ZAFFIRINI:  Thank you, Senator, for
25   that particular answer.  But looking at the bill --
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00003968
JA_003391

TX_00003968

USA_00018273

Case 2:13-cv-00193 Document 661-17 Filed on 11/11/14 in TXSD Page 113 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 116 of 248

102

1    and Senators Watson and Shapleigh touched upon these

2    issues -- there will be some costs to the local

3    officials, will there not -- the posting of signs, the

4    training will be provided by the state, but the local

5    officials will have to engage in a lot of

6    verification, participate in that training, the

7    posting of signs and development of material, or will

8    the state cover that expense?

9              SEN. FRASER:  I expect that is; correct,

10   is that, you know.  But that also is not unusual in

11   that the local elected officials, any time there is

12   something for notification, they do that.  And so it's

13   not -- I'm being told not unusual, wouldn't be

14   expected.

15             SEN. ZAFFIRINI:  There was much

16   discussion yesterday and today and even before that,

17   including by Sen. Duncan and Sen. Van de Putte,

18   Sen. West and others regarding the need for each side

19   to make a record, and then each side, those who

20   support this legislation and those who oppose it are

21   making a record for two purposes:  No. 1, because a

22   lawsuit is expected; No. 2, because we will be dealing

23   with challenges before the Department of Justice.

24   Would you agree with that?

25             SEN. FRASER:  You know, again, you're

TX_00003969

USA_00018274