Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 1 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 117 of 248

103

```
 1    projecting some what-ifs.
 2                    SEN. ZAFFIRINI:  I thought it --
 3                    SEN. FRASER:  I would suggest that my
 4    intention today is not to make a record.  I'm not in
 5    any way trying to develop any kind of record, other
 6    than trying to inform my fellow other 30 senators that
 7    the bill that I'm laying out will increase voter
 8    participation rather than the people that believe that
 9    their vote is not going to count.
10                    And so the expert witnesses that I have
11    brought today are the Secretary of State to talk about
12    the fact that we've got a problem, the Houston
13    registrar that says that they've had a problem there
14    in voter fraud.  We've got people from Indiana to talk
15    about the fact that after we implemented this law,
16    they had the largest increase in Democratic votes in
17    the nation.  We've got two people from Georgia that
18    are going to say that they had a huge increase in
19    voter participation, and they're going to talk about
20    the minority increases, because, evidently, Georgia
21    had a huge increase because the Hispanic and the
22    African-American voters were encouraged that their
23    vote was, in fact, going to count.
24                    SEN. ZAFFIRINI:  But what years are you
25    comparing, a huge increase from what year to what
```

TX_00003970

USA_00018275

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 2 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 118 of 248

104

1    year?

2              SEN. FRASER:  You and I have been in

3    politics a long time, and we know that presidential

4    year elections are the comparison.  So if you're

5    comparing 2008, you would look at 2004.  If you look

6    at 2006, you would look at 2002.  In Indiana after the

7    bill was implemented, if you compare 2002 to 2006,

8    after it went into place, there was a two percent

9    increase in the voter participation.  All of it came

10   in democratic voters.  There were three new

11   congressional people elected in Indiana in 2006.

12             In 2008, during that same election

13   cycle, the vote total in Indiana was over double the

14   increase of next door Illinois.  They had a 6.7

15   percent increase in all voting.  It all came in the

16   Democrat election.  They had 6.9 percent in Indiana

17   increase, even though Republican voting actually

18   stayed stable or went down a little bit.

19             SEN. ZAFFIRINI:  Well, we looked at the

20   data, but we would disagree on the interpretation of

21   the data because we, the Democrats, believe that that

22   was the impact of President Obama, and that it was

23   President Obama who brought out the African-Americans

24   and the Hispanics and the minorities and that he was

25   the motivation and the reason that there was such an

TX_00003971

USA_00018276

1    increase in turnout.

2              SEN. FRASER:  I'm glad you brought that

3    up, because the good thing is, we got Indiana here to

4    verify that.  But I think they're going to tell you

5    that Obama was from Illinois.  He was a senator from

6    his home state next door where we had this

7    repressive -- or the alleged oppressive voter ID bill

8    that was put in place.  The increase in Indiana was

9    more than double the increase in Illinois, which was

10   the president-elect's home state that he was serving

11   in.

12              I believe the facts are going to show

13   just the obvious.  Not only did they not depress

14   voting, those voters were encouraged that their votes

15   were going to count, and it doubled in Indiana over

16   what it was in Illinois.  So I would love for you to

17   make that case, because I think it's going to show

18   that just the opposite happened.  I think they were

19   encouraged to vote and they voted in great numbers.

20              SEN. ZAFFIRINI:  And perhaps if the

21   voter ID hadn't been in place, the turnout would have

22   tripled or quadrupled.  So we don't know that, but we

23   will look into it and pursue those issues with the

24   expert voters.  Thank you, Senator.

25              SEN. FRASER:  All right.

TX_00003972

USA_00018277

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 4 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 120 of 248

106

```
 1              SEN. ZAFFIRINI:  Now, going back to the
 2   cost of this particular legislation, have you
 3   considered at all the cost to the State of Texas to
 4   participate in a lawsuit, to defend a lawsuit related
 5   to this particular bill if it passes?
 6              SEN. FRASER:  No.  And I have -- the
 7   answer is no.  As you know, it's part of the
 8   legislative process.
 9              SEN. ZAFFIRINI:  Yes.
10              SEN. FRASER:  Any time the State of
11   Texas is litigated against, we have an obligation to
12   defend ourselves.  And, as you know, since you've been
13   in the Legislature -- you have been here a long time
14   and you've seen it multiple times -- and if the
15   lawsuit is filed, then the state has to defend itself.
16              SEN. ZAFFIRINI:  Have you considered at
17   all the cost to the State of Texas to dealing with the
18   challenge that would be issued with the Department of
19   Justice regarding this particular legislation if it
20   passes?
21              SEN. FRASER:  I guess the question I
22   would ask you, if you're asking me if I've looked at
23   the cost, I would ask you the question, have you
24   looked at if someone lost an election because someone
25   cheated, because they misrepresented themself and they
```

TX_00003973

USA_00018278

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 5 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 121 of 248

107

1    weren't allowed to serve -- and one of the things

2    we're going to be talking about is, there is somebody

3    in this room today that won a very narrow election and

4    would not be here today if someone had cheated on a

5    very few votes.

6              So I guess the question I'll ask you,

7    what is the cost of the State of Texas if someone is

8    allowed to cheat, that would change history, someone

9    else to represent them, there is a huge cost to the

10   state in the fact that you change history by rigging

11   an election.

12             SEN. ZAFFIRINI:  But basically what

13   we're focusing on at this point in the debate is the

14   cost related to this particular bill, not to history

15   and not to the future but the costs associated with

16   this particular bill.  On a related note, were any of

17   your expert witnesses brought in at any expense to the

18   State of Texas or the Senate in particular?

19             SEN. FRASER:  I'm sorry.  I've got two

20   people asking questions.  Please ask it again.

21             SEN. ZAFFIRINI:  Were any of your expert

22   witnesses for today brought in at the expense of the

23   State of Texas or the Senate in particular?

24             SEN. FRASER:  No.

25             SEN. ZAFFIRINI:  No?

TX_00003974

USA_00018279

```
 1              SEN. FRASER:  Were any of your expert
 2    witnesses brought in at the expense of the state or
 3    the expense of the Senate?
 4              SEN. ZAFFIRINI:  That is my question.
 5              SEN. FRASER:  No.  I was asking you
 6    that.
 7              SEN. ZAFFIRINI:  Oh, I didn't bring in
 8    any expert witnesses except one from Austin, who I
 9    am --
10              SEN. FRASER:  None of my expert
11    witnesses were at the expense of the state.
12              SEN. ZAFFIRINI:  Good.
13              SEN. FRASER:  Let me clarify that.  Not
14    unless Coby Shorter is on expense report for driving
15    his car in to the Capitol this morning.  I don't think
16    so.
17              SEN. ZAFFIRINI:  All right.  Senator,
18    you talked about vote fraud and you referenced the
19    Duke of Duval and something that happened in 1948.
20    That's a long time ago.  You and I discussed other
21    allegations of fraud, including one election in which
22    someone apparently bubbled in.  The bubbles were
23    erased on ballots that the respective voters had not
24    bubbled in.
25              In other words, there were many ballots
```

TX_00003975

USA_00018280

109

```
1    that indicated that a voter had not voted in a
2    particular race, and apparently someone else went in
3    and bubbled in and, in effect, impacted the results of
4    the race.  In that particular race, there were
5    allegations that there were more votes than ballots
6    counted in a recount.  But your bill would not have
7    anything to do with correcting that kind of voter
8    fraud that was alleged at that point, would it?
9             SEN. FRASER:  If you go back and examine
10   my opening comments, I said how did I move toward even
11   starting thinking about this?  And I reflected that in
12   the history of the United States, there's been a lot
13   of cases where there was either voter fraud, voter
14   manipulation, stolen election, voter harvesting, that
15   there is a history out there of people attempting to
16   steal elections.
17             I also made the observation that that
18   has moved people toward losing faith in the system.
19   And if they lose faith in the system and they think
20   their vote is not going to count, they don't go vote.
21   That might have something to do with the fact that we
22   have some elections that there's only eight percent of
23   the people that vote because they have no faith that
24   their vote is going to count.
25             I'm addressing one small area of the
```

TX_00003976

USA_00018281

110

```
 1    law, and that is something that I think I can impact;

 2    and that is, when Judy Zaffirini walks into your

 3    polling place at home and you put your voter

 4    registration down there, I want them to know without a

 5    doubt that that is Judith Zaffirini that is voting and

 6    not Tom Smith that is borrowing her -- or Thomasina

 7    Smith borrowing -- it would probably be -- it would be

 8    better if it was a woman, I guess, in the example.

 9              SEN. ZAFFIRINI:  That's all right.  I

10    understand, Senator.  Don't worry about it.

11              SEN. FRASER:  If someone else is using

12    your card to vote, then I think you need that

13    assurance that you've got to make sure that when you

14    go to vote, that somebody has not been there, you

15    know, impersonating you, stealing your ability to

16    vote.

17              SEN. ZAFFIRINI:  Quite frankly, Senator,

18    that never ever crossed my mind, except in relation to

19    the point that you're making.  But never ever did I

20    feel threated in any way.

21              My other question for you is, do you

22    have any examples at all of any Texas election in

23    which the outcome was impacted by voter impersonation?

24              SEN. FRASER:  I'm going to wait until we

25    have all of our expert witnesses.  They're going to
```

TX_00003977

USA_00018282

Case 2:13-cv-00193  Document 661-18  Filed on 11/11/14 in TXSD  Page 9 of 115
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-1  Filed 06/20/12  Page 125 of 248

111

1  answer questions, and we're going to talk about the

2  election system in Texas and the ability not only to

3  impact elections but also the extreme difficulty in

4  identifying that someone cheated, and prosecuting

5  them.

6            (Brief pause)

7            SEN. ZAFFIRINI:  You ready?

8            SEN. FRASER:  Yes.

9            SEN. ZAFFIRINI:  Senator, have you

10  considered at all the questions that many of us have

11  raised -- we who are Democrats, we who are

12  minorities -- regarding the impact, the negative

13  impact of this legislation on the turnout of

14  minorities, specifically African-Americans and

15  Mexican-Americans, and specifically in South Texas?

16  Have you considered those concerns that we have

17  raised?

18            SEN. FRASER:  Senator, actually I

19  considered a lot.  And I think -- you know, first of

20  all, I'm going to make a blanket statement:  I want a

21  large turnout of all Texans, and I want a large

22  turnout of minorities, making sure that they are

23  encouraged to vote.

24            And again, I would encourage you to

25  listen to the testimony of Indiana and Georgia of what

TX_00003978

USA_00018283

112

1    happened when they implemented a fair system where

2    people were comfortable that their vote was going to

3    count and what happened to the minority turnout.  And

4    so the answer to your question is, absolutely.  I want

5    to make sure that -- I want everyone in Texas to vote

6    in large numbers, and I want the minorities, the

7    African-Americans and the Hispanics, to increase their

8    numbers.

9          And I really believe in my heart that

10   the bill that I am laying out today will do that,

11   because I think they are frustrated that their vote is

12   not counting, that there are people cheating in the

13   elections and have been cheating for a long time.  And

14   if they know that their vote is going to count, I

15   think they'll be encouraged, and I think more will

16   turn out.  So the answer to your question is --

17          SEN. ZAFFIRINI:  I certainly have not

18   seen evidence of that cheating that you're referring

19   to, not in terms of voter impersonation.  But I

20   certainly will be interested in hearing if there is

21   any.  On the other hand, if our experts prove to you

22   that your bill will have a negative impact on Mexican-

23   Americans, on African-Americans, will you consider

24   amendments to alleviate our concerns?

25          SEN. FRASER:  Well, first of all, in

TX_00003979

USA_00018284

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 11 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 127 of 248

113

1    response to it, I have four different papers from
2    academics around the country that address the issue
3    that you're talking about of the fact that actually
4    the minority -- impact is that minorities will turn
5    out more, and it's from actual data of what's happened
6    since these laws have been input.
7              Mr. Chairman, could I possibly move that
8    these be added or entered into the record?
9              SEN. DUNCAN:  You can do that at this
10   time.  I think we'll have -- those will be Exhibits --
11   what numbers?  We'll bring them down to the front and
12   mark them.
13             SEN. ZAFFIRINI:  Thank you, Senator.
14   I've asked you about the negative impact on Mexican-
15   Americans, on Hispanics in general, on African-
16   Americans.  Have you considered the negative impact on
17   the elderly, specifically persons over the age of 65,
18   and how they will be able to prove their
19   identification?  What about --
20             SEN. FRASER:  Senator, I don't know
21   about you, but I'm getting close to that range.  And,
22   obviously, I am concerned about people in that range.
23   I'm concerned about my mother that is in a retirement
24   center and are there, and I spend a lot of hours at
25   the retirement center talking to those people,

TX_00003980

USA_00018285

```
 1    asking -- I've asked them -- you can't imagine the
 2    number of questions I've asked about the way they
 3    vote, what they're following -- you know, what the
 4    habits are.
 5              And I think the assurance I can give to
 6    you is that, first of all, the bulk of the people that
 7    are over 65 -- some that have stopped driving -- the
 8    bulk of those and probably a high, high percentage
 9    vote by mail.  I am not impacting that in this
10    legislation.  So everything they have done in the past
11    in the ability to vote to mail stays exactly the same.
12              SEN. ZAFFIRINI:  Have you considered a
13    possible negative impact on persons with disabilities,
14    including those who live in institutions such as
15    nursing homes?
16              SEN. FRASER:  And again, I guess I would
17    throw my mother in that category.  My mother is
18    wheelchair-bound.  I know that just even me trying to
19    get her into my car to take to the doctor is a huge
20    problem.  She, you know, like most of her friends,
21    votes by mail, and so she is in that category of the
22    disabled.  And her voting rights will continue, as
23    will all of her friends in the retirement center.
24              SEN. ZAFFIRINI:  Senator, going back to
25    your bill, on Page 6, Line 14 of your bill, you
```

TX_00003981

USA_00018286

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 13 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 129 of 248

115

```
 1    itemize --

 2                    SEN. FRASER:  I'm getting heckled over

 3    here.  People from the other side are moving over

 4    to -- he's trying to implement the egg-timer rule of

 5    three minutes.

 6                    SEN. ZAFFIRINI:  I see.

 7                    SEN. FRASER:  I'm for that.

 8                    SEN. ZAFFIRINI:  Well, on Page 6, Line

 9    14 of your bill, you list types of documentation that

10    you acceptable as proof of identification under this

11    chapter.  In 2007, in House Bill 218 which you

12    sponsored in the Senate, you included a student

13    identification card as proof of identification, as

14    acceptable documentation, but a student ID card is not

15    included in your 2009 bill.  Could you explain why?

16                    SEN. FRASER:  Senator, could I refer you

17    to Section 6.

18                    SEN. ZAFFIRINI:  What line, what page,

19    Senator?

20                    SEN. FRASER:  It is -- just a second.

21    The reference you're making is the public institutions

22    of higher learning, the student ID card is still

23    included.  The wording changed, but it's covered by

24    No. (6)(A).

25                    SEN. ZAFFIRINI:  So you're saying that
```

TX_00003982
JA_003405

TX_00003982

USA_00018287

116

1    on Page 6, beginning at Line 8 where it reads, "a

2    valid identification card that contains the person's

3    photograph and is issued by:

4                        (A)  An agency or institution of

5    the federal government; or

6                        (B)  An agency, institution, or

7    political subdivision of this state," you're saying

8    that that would include institutions of higher

9    education and that, therefore, student identification

10   cards would be acceptable proof of identification?

11              SEN. FRASER:  Yes.

12              SEN. ZAFFIRINI:  Good.

13              SEN. FRASER:  Isn't that what that says?

14   It says "an agency, institution or political

15   subdivision of this state."  The University of Texas

16   is considered a subdivision of the state.  It says

17   that an identification card that contains a person's

18   photograph that is issued by.  I think the answer to

19   your question is "Yes."

20              SEN. ZAFFIRINI:  All right.  In your old

21   bill -- I'm looking at it now -- you have this

22   language -- and in addition to that, you specified the

23   student identification card.  But so long as you

24   clarify your legislative intent, that's acceptable to

25   me.

TX_00003983

USA_00018288

Case 2:13-cv-00193   Document 661-18   Filed on 11/11/14 in TXSD   Page 15 of 115
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-1   Filed 06/20/12   Page 131 of 248

117

```
 1              But a related question, Senator:  In
 2    that section, you list many, many types of acceptable
 3    proof of identification, including a certified copy of
 4    a birth certificate, United States citizenship papers,
 5    an original or certified copy of the person's marriage
 6    license or divorce decree.  And finally on Page 7,
 7    Lines 1 and 2, you include court records of the
 8    person's adoption, name change or sex change.  Could
 9    you explain why you included sex change as an
10    acceptable documentation and proof of identification?
11              SEN. FRASER:  I believe we're going to
12    punt to the House sponsor.  This was the language that
13    was passed out of the Texas House last year.  We
14    picked up the bill from an amendment that was added in
15    the House.  And as our starting point, the legislation
16    that we never voted on last year that we brought over
17    from the House, that language is in there.  So I guess
18    I would say I'm not advised.
19              SEN. ZAFFIRINI:  All right.  And I'm
20    sure that you can find out why, perhaps, and answer me
21    on the floor --
22              SEN. FRASER:  Some of it was being
23    inclusive.
24              SEN. ZAFFIRINI:  -- through the Senate
25    debate.
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00003984
JA_003407

TX_00003984

USA_00018289

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 16 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 132 of 248

118

```
 1               I do have a related question.  Going

 2    back to our student identification card, that

 3    references public universities.  But what about

 4    students in private institutions.

 5               SEN. FRASER:  Not included.

 6               SEN. ZAFFIRINI:  They're not included.

 7    Was that an oversight?  Do you intend to include them

 8    at a later date?

 9               SEN. FRASER:  The answer to that is that

10    it's not an intentional exclusion.  The concern on it

11    is us not knowing every private institution in the

12    state and the way their IDs are administered.  A state

13    institution, we have some input and control.  And I

14    guess the answer to that is, if you have a mechanism

15    for that, I'm willing to listen.  It is not -- the

16    answer is not that we're -- we're not trying to

17    prohibit.  It's just that those particular groups, we

18    don't have the ability to at least observe or regulate

19    the IDs they're putting out.

20               SEN. ZAFFIRINI:  But to summarize, then,

21    and to make sure that I understands, a student

22    identification card issued by a public institution

23    would be considered proof of identification that is

24    acceptable under your bill.  But a student

25    identification card issued by a private institution of
```

TX_00003985

USA_00018290

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 17 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 133 of 248

119

1    higher education would not be?

2              SEN. FRASER:  As the bill is currently

3    written.

4              SEN. ZAFFIRINI:  Thank you very much,

5    Senator.  I appreciate your courtesy.

6              SEN. FRASER:  Yes.

7              SEN. DUNCAN:  Before we go to the next

8    questioner, let me just kind of clarify the record.  I

9    have some -- Sen. Shapleigh -- and I think if you're

10    going to put something in the record, you need to

11    identify it.  Sen. Shapleigh had submitted Exhibit 6,

12    which is the vote tally on the Gallegos motion to

13    appeal the ruling of the Chair.  Exhibit 7 is a

14    document, "The Effects of Photographic Identification

15    on Voter Turnout in Indiana," submitted by

16    Sen. Fraser.  Exhibit 8 is an article or a document

17    entitled "Much-hyped [up] Turnout Record Fails to

18    Materialize, Convenience Voting Fails to Boost

19    Balloting."  Exhibit 8.  And then Exhibit 9 submitted

20    by Sen. Fraser is "The Empirical Effects of Voter-ID

21    Laws:  Present or Absent?"

22              I think Exhibit No. -- yes, No. --

23    that's all there are.  So those will be in the record.

24              Exhibit 10 is "A Report of the Heritage

25    Center for Data Analysis" submitted by Sen. Fraser.

TX_00003986

USA_00018291

Case 2:13-cv-00193   Document 661-18   Filed on 11/11/14 in TXSD   Page 18 of 115
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-1   Filed 06/20/12   Page 134 of 248

120

```
 1                    (Exhibit Nos. 6 through 10 marked and
 2      admitted)
 3                    SEN. DUNCAN:  Sen. Ellis.  Or I'm sorry.
 4      Sen. Whitmire.
 5                    SEN. WHITMIRE:  Thank you,
 6      Mr. President.
 7                    Sen. Fraser, to clarify a few things
 8      that you mentioned earlier, you mentioned that Indiana
 9      and Georgia voting occurrence.  What year was that?
10                    SEN. FRASER:  The Indiana voting, the
11      first one was in 2006.  The second was in 2008.
12                    SEN. WHITMIRE:  I think I --
13                    SEN. FRASER:  Excuse me a second.  And
14      Georgia was in 2008.
15                    SEN. WHITMIRE:  Well, don't you agree
16      that everywhere in the country, every state had a
17      greater participation this year, primarily because of
18      the popularity of our presidential candidates and also
19      the severe economic conditions?  Particularly I would
20      focus on Indiana.  Why would you use the Indiana
21      increase in voting as an indication of anything, other
22      than they were very energized about the selection of
23      candidates and because of their unemployment rate and
24      their severe economic downturn?  Wouldn't that --
25                    SEN. FRASER:  Senator, you're making
```

TX_00003987

USA_00018292

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 19 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 135 of 248

121

1    wonderful subjective argument.  We have an objective

2    person that is about to testify before us that will

3    give you very clear answers that the Indiana guy

4    knows --

5                    SEN. WHITMIRE:  Sure.

6                    SEN. FRASER:  -- what their results were

7    and he knows what the surrounding states were.

8                    SEN. WHITMIRE:  Well, I haven't heard

9    from him.  I can only go by your trying to compare

10   Indiana to Illinois, and that you said Indiana had

11   such an increase over Illinois.  And I think empirical

12   data, would you not agree, would show that Indiana or

13   Illinois always has high voter participation?

14                   What also I would like to ask you, would

15   you not agree that Georgia, it has been well recorded

16   that the African-American vote this year, because of

17   President Obama, was a significant increase in

18   turnout?  So I just really don't know if that's an

19   indication that your new mechanism works so well in

20   those two states.

21                   And, in fact, I would ask you:  Do you

22   think it's even a reasonable comparison -- Georgia and

23   Indiana with Texas -- when you look at our size, our

24   diversity, our language issues?  Why would you use

25   those two to indicate what Texas is going to follow?

TX_00003988

USA_00018293

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 20 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 136 of 248

122

```
 1              SEN. FRASER:  You know, the great thing
 2     about this, Dean, is that we're allowed to bring in
 3     experts from those states.
 4              SEN. WHITMIRE:  We're going to listen to
 5     them?
 6              SEN. FRASER:  We have the person that
 7     runs the elections in those states that can answer
 8     your question.  And I -- you know, I think it's great
 9     that they're here today.
10              SEN. WHITMIRE:  Well, I assume they're
11     partisan officials as well.  How about elected
12     officials?  Did I not read your county clerk said in
13     her long tenure as your county clerk had never seen
14     anyone impersonating a voter in your own district?
15     Did I not read that correctly?
16              SEN. FRASER:  You know, someone reported
17     to me that she had said that she had not identified
18     it.  But she also said she was supporting the bill --
19              SEN. WHITMIRE:  She supports the bill.
20              SEN. FRASER:  Just a second.  You asked
21     me the question; I get to answer it.  She said that
22     she supports the concept --
23              SEN. WHITMIRE:  Sure.
24              SEN. FRASER:  -- of voter
25     identification.  The question was asked by the
```

TX_00003989

USA_00018294

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 21 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 137 of 248

123

1    reporter, "Have you caught someone impersonating

2    someone?"  The thing that she didn't add to that, that

3    if the reporter would have asked that, "Does the state

4    and your office have the mechanism to identify if

5    someone is voting illegally?" and here would be the

6    example that I would use, is that if Tom Smith came in

7    with Bill White's identification card and Bill White

8    is on the registration roll --

9                    SEN. WHITMIRE:  I've heard it.  You said

10   it --

11                   SEN. FRASER:  But just a second.

12                   SEN. WHITMIRE:  You've done that two or

13   three times.  I'm familiar with that.  You used it

14   earlier.

15                   SEN. FRASER:  Okay.

16                   SEN. WHITMIRE:  And that leads me to my

17   question.

18                   SEN. FRASER:  You wanted an answer to

19   the question.

20                   SEN. WHITMIRE:  No.  I understand.

21   You've used about three examples of where someone runs

22   to the mailbox and gets someone else's certificate and

23   then runs and votes.  It's the same identical example

24   you're using right now, which leads me to a very

25   specific question:

TX_00003990

USA_00018295

124

1          Do you not know that that is against the

2     law and it's a third degree felony?

3               SEN. FRASER:  Okay.  And I would ask

4     you --

5               SEN. WHITMIRE:  What you're trying to

6     address is against the law.  And would it make a

7     difference to you and would you still be in favor of

8     your bill if I told you we can enhance that penalty?

9               SEN. FRASER:  Dean, I think if we can

10    get past this portion of this, that y'all are asking

11    me questions that could be asked of an expert witness.

12    We have somebody from the Secretary of State's office

13    that is going to clarify:  Is that possible and is it

14    possible to catch them and is it possible to

15    prosecute?  And I think you're going to be surprised

16    at the answer.

17              SEN. WHITMIRE:  No, I'm not going to be

18    surprised at the answer, because I've been running for

19    office 36 years.  It's not only -- Troy, would you not

20    agree, my duty and your duty as public officials is to

21    prevent fraud, but we have a very special reason --

22    because on the ballot.  I have been in barnburners.  I

23    have been in close elections.  I have tried to

24    identify voter fraud.  And that leads me -- and it's

25    never existed in the tough races that I've been in.

TX_00003991

USA_00018296

Case 2:13-cv-00193  Document 661-18  Filed on 11/11/14 in TXSD  Page 23 of 115
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-1  Filed 06/20/12  Page 139 of 248

125

1         And I would suggest, can any one of the

2    31 senators document and demonstrate where voter fraud

3    has been an issue in their election?  I would suggest

4    to you early on, perhaps in mail-in ballots, we were

5    concerned.  But on Election Day, there is safeguard

6    after safeguard.

7         But I do agree with you -- and each and

8    every one of us I think would agree -- if we could

9    identify fraud, we would want to prosecute.  But the

10   interesting thing is, I'm going to ask you before I

11   sit down, give me a recent occurrence of voter fraud.

12        SEN. FRASER:  Johnny --

13        SEN. WHITMIRE:  The cite in Duval

14   County, that was the year I was born.  Then you cited

15   dead people voting.  Would a voter ID have helped

16   those people, prevented them from voting?  Give me an

17   example.

18        SEN. FRASER:  I hate to keep giving you

19   the answer, but you're about to have the registrar

20   from Houston that's about to come up here and testify,

21   and they're going to talk about the dead people that

22   voted.  And I'm going to show you --

23        SEN. WHITMIRE:  That --

24        SEN. FRASER:  Just a second.  You asked

25   a question.  Right here in my records, I've got it

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 24 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 140 of 248

126

1    here, but I had rather wait on the expert witness, but

2    this is a dead person that voted in person.

3                SEN. WHITMIRE:  Were they prosecuted?

4    The person that voted them fraudulently, was that

5    person prosecuted?  And if she shows up and she didn't

6    file charges against them, we ought to all be

7    outraged.  I'm just curious.  What are you trying

8    to --

9                SEN. FRASER:  Ask that question.

10                SEN. WHITMIRE:  What are you trying

11   to --

12                SEN. FRASER:  Ask that question of the

13   witness.

14                SEN. WHITMIRE:  I look forward to it.

15   This is my concern:  What are you trying to fix?  Can

16   you point to a recent fraudulent act that would

17   justify us changing the Senate rules, having a special

18   order, not addressing property tax increases, highway

19   funding?  What are you trying to address that is such

20   a high priority?

21                SEN. FRASER:  John, this, you know --

22                SEN. WHITMIRE:  No.  I'm really serious.

23                SEN. FRASER:  I know.  But --

24                SEN. WHITMIRE:  We just went through a

25   historical election --

TX_00003993

USA_00018298

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 25 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 141 of 248

127

```
 1              SEN. FRASER:  Do you want me to answer?
 2    Would you like for me to answer or do you want to
 3    interrupt me?
 4              SEN. WHITMIRE:  Yes, yes.  What are you
 5    fixing that would shove everything else aside and take
 6    this up today?
 7              SEN. FRASER:  This is not rocket
 8    science.  What I am fixing is the very real:  Is there
 9    a possibility -- of which we're going to show that it
10    is -- that someone could steal your registration card
11    and they could go and vote, representing to be you,
12    and that there is no way to identify when it's
13    happening.  And once it happens, it's almost
14    impossible then to prosecute after the fact.
15              SEN. WHITMIRE:  Okay.  Let me ask you
16    this -- and I look forward to hearing our witness.
17    Let me ask you this:  When you compare Indiana and
18    Georgia, are you familiar at all with how they conduct
19    their elections in terms of their poll workers, their
20    training, their compensation, any qualifications to
21    hold an election?  What are the requirements in
22    Georgia, Indiana, relative to our qualifications?
23              SEN. FRASER:  Dean, one of the great
24    things -- the answer I just gave Sen. Zaffirini -- the
25    great thing about this process, we bring in expert
```

TX_00003994

USA_00018299

```
 1    witnesses from those states.
 2              SEN. WHITMIRE:  Yes.
 3              SEN. FRASER:  They know the answers to
 4    those questions.  My expert witness is about --
 5    they'll answer that exact question that you have.
 6              SEN. WHITMIRE:  Because I think what
 7    you're going to find is, in these other states, they
 8    compensate them in a greater detail, they have
 9    training for them.  And we depend on volunteers, often
10    our senior citizens.  And often we have precincts in
11    Harris County that we literally cannot find people to
12    serve, and we actually merge and combine precincts
13    because of the lack of individuals available to run
14    these elections.  And then you're proposing an
15    elaborate documentation.
16              SEN. FRASER:  Dean, you're my friend.  I
17    respect your right to ask this.  But the last three
18    persons have all asked the same questions.  And my
19    responses have been the same:  We have expert
20    witnesses that are about to show up that can answer
21    your questions.  And I guess I tell you no matter how
22    many ways you ask it, my response is going to be the
23    same.  I think we need to cut this off and start the
24    witnessing.
25              SEN. WHITMIRE:  Well, I look forward to
```

TX_00003995

USA_00018300

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 27 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 143 of 248

129

1    talking to the person from Harris County.  And if

2    someone fraudulently voted for someone who is

3    deceased, I would hope we find out why they weren't

4    prosecuted.  And I would also -- as we continue, I

5    wish you would ask your witnesses for the most recent

6    incidence of voter fraud that they're familiar with

7    and the outcome in terms of prosecution.

8              We've had a senator -- Sen. Williams was

9    rightfully concerned about some allegations he had

10   heard.  The same question was to him at that moment a

11   couple of months ago:  Were the people prosecuted?  I

12   think we've got the toughest Penal Code in the United

13   States, 10 to 20 for fraudulently voting for someone.

14   And I think we ought to actively prosecute them,

15   because none of us want to participate in a campaign

16   or serve in a body that is governed or controlled or

17   influenced by voter fraud.

18              I don't think it exists.  And I think

19   the harm is being done because we're not in Finance

20   this afternoon, we're not dealing with Texas Youth

21   Commissions this afternoon, we're dealing in fighting

22   something that does not exist.  And as it is going to

23   be documented by our witnesses, going to create a

24   hardship for thousands of Texans.

25              SEN. DUNCAN:  Sen. Ellis?

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00003996
JA_003419

TX_00003996

USA_00018301

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 28 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 144 of 248

130

1          SEN. ELLIS:  Thank you, Mr. President.

2          Senator, I know you're tired.  I'll try

3    not to take too long.  One question I want to ask you

4    is about the provisional ballot.  You said when you

5    first began answering questions from Sen. Watson, that

6    everyone would be able to vote, no one would be turned

7    away.  Now, how would that process work if someone

8    doesn't have the forms of identification that are laid

9    out in your bill.

10         SEN. FRASER:  I believe Coby Shorter is

11   right over here.  He's going to be coming up to visit

12   with you in just a second.  He will give you all that

13   data.  And I believe our expert witnesses -- and I

14   think I told Sen. Watson that.

15         SEN. ELLIS:  Well, now, here is what I'm

16   getting at:  I know you're tired, Senator.

17         SEN. FRASER:  No.  I'm doing good.

18         SEN. ELLIS:  The only reason I'm asking

19   you this is because you're carrying the bill, not your

20   resource witnesses, so it's not personal.  Here is

21   what I'm getting at:  I'm assuming, the way I read

22   your bill, if somebody does not have the forms of ID

23   you lay out, they will be told, "You can cast a

24   provisional ballot."  So here is my question:  When

25   does that ballot get counted?  What does it take for

TX_00003997

USA_00018302

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 29 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 145 of 248

131

```
 1    that provisional ballot to be counted?

 2               SEN. FRASER:  And when my witness comes

 3    up -- that is the Assistant Secretary of State -- they

 4    will tell you the procedure that is used for that.

 5               SEN. ELLIS:  Okay.  I'm guessing, but I

 6    assume that if somebody does that have that ID and

 7    they cast a provisional ballot, the burden is on them.

 8    The bill doesn't lay it out, but I assume the burden

 9    is on them to then go home or go somewhere and prove

10    who they are or that ballot will not be counted.  And

11    that's what my question was.

12               SEN. FRASER:  Let me ask you, if you

13    were getting on an airplane and you didn't take your

14    ID, is the burden on the airport to run to your house

15    to get your ID for you?

16               SEN. ELLIS:  Well, here is a minor

17    distinction.  I don't have a constitutional right to

18    get on an airplane.  That's a big difference.  Let me

19    give you, if I might, a few other points, Senator.

20    You used Georgia a number of times as, I guess, a

21    building block for this legislation.  Is that a fair

22    assessment?  You were saying that they do this in

23    Georgia, Georgia is comparable to Texas?

24               SEN. FRASER:  I don't know that we use

25    it as a building block.  I said that they have passed
```

TX_00003998

USA_00018303

```
 1    a near identical bill.  It has passed DOJ.  It has

 2    passed the court system and been put into law.  And

 3    they've had an election cycle.  And we have the

 4    voting -- the people that ran the election in Georgia,

 5    here.  And I guess I would lay it out that I think the

 6    facts will speak for themselves.  I don't think I'm

 7    laying out Georgia as an example; I think Georgia is

 8    their own example.

 9              SEN. ELLIS:  Well, I want to make sure

10    that you and other members do understand a basic

11    distinction between Georgia and Texas.  The State of

12    Texas is the third minority -- majority minority state

13    in the country -- new Mexico, California and then

14    Texas.  Georgia's population at best, Hispanic

15    population, may be 7, may be 9 percent.  There is a

16    big distinction between Georgia and Texas.

17              When you came up, Senator, you made

18    reference to -- I guess giving us a history lesson

19    about voter fraud issues, and you mentioned Duval

20    County in particular.  And being a proud graduate of

21    the LBJ School and a beneficiary of the great

22    legislation that President Johnson signed into law

23    after an historic march that went on this past weekend

24    across the Edmund Pettis Bridge, I want to give you a

25    little bit of a history lesson.
```

TX_00003999

USA_00018304

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 31 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 147 of 248

133

1          Do you have any idea in what year the

2    State of Texas enacted the poll tax?

3               SEN. FRASER:  I'm sorry.  I'm not

4    advised.  I don't have that number.

5               SEN. ELLIS:  The State of Texas enacted

6    the poll tax in 1901.  Do you have any idea when the

7    Democratic Party, not just in Texas but in a number of

8    states, enacted the while-only primary system where

9    you have to be white in order to vote in a primary?

10              SEN. FRASER:  Still I'm sorry.  I don't

11   have that number.

12              SEN. ELLIS:  1923.  It was not abolished

13   until 1944.  The poll tax, of course, was not

14   abolished until 1966.  I want to say that to you,

15   Senator, because when this bill didn't open up, 1885

16   or whenever it opened up, there were people who sat in

17   desks, these desks, in chairs not quite as comfortable

18   as the ones that you and I are sitting in today, or

19   standing on this floor, didn't have this nice carpet,

20   something, didn't have the padding under it.  But

21   decisions were made over the history of this state

22   which is why we have to be pre-cleared before making

23   this change or any other one.

24              Now, Georgia is similar to Texas in one

25   way.  It, alone with a number of other southern

TX_00004000

USA_00018305

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 32 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 148 of 248

134

1    states, do have to be pre-cleared because of their

2    legacy of putting hurdles in the path of people to be

3    able to vote.

4            SEN. FRASER:  We recognize they are a

5    Section 5 voting rights state, that the two states

6    are, you know, alike in that way.

7            SEN. ELLIS:  Are you aware -- you

8    mentioned that the Department of Justice pre-cleared

9    Georgia's voter ID plan.  You do know Georgia had not

10   one but two voter identification bills.  You are aware

11   of that, I assume.  The first bill that Georgia had

12   was pre-cleared by the Justice Department by someone

13   who is one of your witnesses today, by the way, a

14   political appointee at the Justice Department.  And

15   then the state and federal courts struck it down, and

16   then Georgia went back and redid their voter

17   identification law.  Are you aware of how much they

18   spent on informing voters how to comply with their

19   voter identification law in Texas?

20           SEN. FRASER:  And again, same answer

21   I've given the last three, now you're fourth, is that

22   my witness from Georgia is very prepared to go over

23   the details of that rather than you asking me, because

24   I can't be an expert on the Georgia law.

25           SEN. ELLIS:  And only -- as painful as

TX_00004001

USA_00018306

1    it is to do it, particularly with you being my desk

2    mate -- it is your bill -- Georgia spends $500,000.

3    Now, I'm only making that point because you put

4    Georgia on our mind, not me.  Georgia is probably --

5              SEN. FRASER:  I --

6              SEN. ELLIS:  -- a great state, might be

7    one-fifth, one-sixth the size of Texas.  They spent a

8    half a million dollars a year to make sure people know

9    the provisions under that law.  Senator, you made

10   reference to the Carter-Baker Commission when you

11   initially started.  Do you know the genesis of that

12   commission?  Do you know --

13             SEN. FRASER:  We're about to have a lady

14   come up here in just a minute that is from that

15   commission that I bet will give us the entire genesis.

16             SEN. ELLIS:  I'm going to ask her a lot

17   of questions.  The only reason I raise it to you is,

18   sometimes -- not all the time, but sometimes these

19   senators tend to listen to other senators,

20   particularly the person who is carrying the bill, as

21   opposed to somebody who has testified for it.

22             That bill was created, that commission

23   was created in part to try and restore confidence in

24   the American electoral system, not just in our eyes

25   but in the eyes of people all around the world,

TX_00004002

USA_00018307

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 34 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 150 of 248

136

1    Senator, because of the election of 2000 in which a
2    lot of people think there were serious problems in
3    that election of 2000, and that's why this Commission
4    was established, a very bipartisan commission.
5            Even if President Jimmy Carter and
6    Secretary Baker were on different sides in their 2000
7    race, they realized, when developing nations were
8    saying, "Y'all need to have President Carter send a
9    group down here to monitor elections in America,"
10   instead of going to developing countries.  Do you have
11   any idea who some of the other people were Senator, on
12   the Carter-Baker Commission?
13           SEN. FRASER:  I bet we're going to hear
14   that from my expert witness.
15           SEN. ELLIS:  Raul Yzaguirre.  I mention
16   that because he's one of the most noted Hispanic civil
17   rights leaders in the country.  I don't mention that
18   to help your side to this argument.  Also former
19   Congressman Bob Michel, a very distinguished group of
20   American citizens from both sides of the aisle.  Do
21   you have any idea, Senator, how many pages were in the
22   Carter-Baker Commission Report?
23           SEN. FRASER:  I didn't get that quite.
24   How many what?
25           SEN. ELLIS:  130.  I only read -- 113.  I

TX_00004003

USA_00018308

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 35 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 151 of 248

137

1   was going to say, I thought it was 115.  If you count

2   the nice pictures in the back --

3             SEN. FRASER:  Are you --

4             SEN. ELLIS:  115 pages.  Senator, do you

5   have any idea how many recommendations there were in

6   the Carter-Baker Commission Report?

7             SEN. FRASER:  I would suspect that the

8   lady coming up from the Carter-Baker Commission could

9   possibly have that information if you asked her.

10            SEN. ELLIS:  Do you have any idea what

11  the real name of that Commission was?

12            SEN. FRASER:  I'm not advised.

13            SEN. ELLIS:  It was the Help America

14  Vote Act and the Voting Rights Act.  That's what the

15  Commission was created for.  Senator --

16            SEN. FRASER:  And I would suspect that

17  the recommendations was made for vote identification

18  that increased the voter turnout in Indiana and in

19  Georgia for record turnout, they were successful that

20  they encouraged -- "We're going to help people vote,"

21  and they encouraged people to feel more comfortable

22  about their voting rights.

23            SEN. ELLIS:  But --

24            SEN. FRASER:  And I suspect my witnesses

25  that you're going to hear are going to tell you that.

TX_00004004

USA_00018309

Case 2:13-cv-00193   Document 661-18   Filed on 11/11/14 in TXSD   Page 36 of 115
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-1   Filed 06/20/12   Page 152 of 248

138

1              SEN. ELLIS:  Good try but not quite.

2      You referenced a New York Times editorial a little

3      earlier.  I'm going to try to be a little more

4      balanced than you were, my desk mate, in reading your

5      provision from that editorial, that op ed by President

6      Carter and Secretary Baker.  It was titled, "A Clearer

7      Picture on Voter ID," February 3, 2008.  Here is just

8      a snippet that I think gives a pretty good --

9              SEN. FRASER:  Is that about a snippet?

10             SEN. ELLIS:  -- of both sides of the

11     issue.  It says in the fourth paragraph, "No state has

12     yet accepted our proposal.  What's more, when it comes

13     to ID laws, confusion reigns.  The laws on the books,

14     mainly backed by Republicans, have not made" -- I

15     don't want to lick my finger here and try to turn this

16     page, so don't give me a hard time -- "have not made

17     it easy for voters to acquire an ID.  At the same

18     time, Democrats have tended to try to block voter ID

19     legislation outright -- instead of seeking to revise

20     that legislation to promote accessibility."

21             Here is the point that they were trying

22     to make, Senator.  Out of those 113, or 115 pages if

23     you count the pictures, they had a series of things to

24     help Americans have more confidence in their voting

25     system and also to encourage more people to vote,

TX_00004005

USA_00018310

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 37 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 153 of 248

139

```
 1    things like say their registration, restoration of
 2    ex-offenders' right to vote, states spending
 3    significant amounts of money in educating people on
 4    how to vote.  And, Senator, the most important part
 5    was having a uniform, universal form of
 6    identification, HAVA, as we have referred to it a
 7    number of times.
 8              Sen. Estes, my other desk mate here, may
 9    have forgotten this.  But last session you were quoted
10    in the paper as saying, "It will cost too much money
11    for the State of Texas to comply with the HAVA
12    legislation."
13              What I'm saying to you, Senator, is I
14    don't think it's appropriate to pick and choose which
15    parts of the Carter-Baker recommendation, their
16    report, you want to implement, because when you do,
17    you don't do justice to it.  Senator, you made
18    reference to not using this legislation to impact
19    mail-in ballots.  Why?
20              SEN. FRASER:  Is this a question or were
21    you --
22              SEN. ELLIS:  Why is it that your bill
23    does not touch mail-in ballots?
24              SEN. FRASER:  Why?
25              SEN. ELLIS:  Yes.
```

TX_00004006

USA_00018311

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 38 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 154 of 248

140

1          SEN. FRASER:  Well, it's like a lot of

2    legislation we pass.  We fix a piece of the puzzle at

3    a time.  The mail-in ballot is a huge problem.  It is

4    something absolutely that at some point we're going to

5    have to address.

6          SEN. ELLIS:  Senator --

7          SEN. FRASER:  But today I'm addressing

8    the recommendation of -- the Carter-Baker Commission

9    recommended that we put in voter photo ID legislation.

10   And I'm moving toward what other states have done,

11   which is Indiana and Georgia, that I'm taking a baby

12   step today toward that.  But I think what I'm doing

13   will encourage all turnout, but more especially

14   minority turnout in Texas.

15          SEN. ELLIS:  You made reference to Steve

16   Wolens' comment earlier.  Are you aware that the

17   reference, the comment that you are taking was

18   referring to mail-in ballots?

19          SEN. FRASER:  Absolutely.  And I would

20   also remind you, you voted for that bill --

21          SEN. ELLIS:  Oh, I did.

22          SEN. FRASER:  -- because he had been

23   fraud -- his exact statement was, is "They are

24   harvesting" --

25          SEN. ELLIS:  Yes.

TX_00004007

USA_00018312

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 39 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 155 of 248

141

```
 1                    SEN. FRASER:  -- "votes to steal the
 2      election in a democratic primary in Dallas, Texas,"
 3      and he brought that forward.  And you're one of the
 4      persons that voted for that --
 5                    SEN. ELLIS:  That's correct.
 6                    SEN. FRASER:  -- bill, as I did --
 7                    SEN. ELLIS:  Senator, you --
 8                    SEN. FRASER:  -- to address voter fraud.
 9                    SEN. ELLIS:  Are you aware of how a
10      puzzle works?
11                    SEN. FRASER:  I'm sorry?
12                    SEN. ELLIS:  Are you aware of how a
13      puzzle works, a puzzle, p-u-z-z-l-e, puzzle?
14                    SEN. FRASER:  Puzzle?
15                    SEN. ELLIS:  Yes.
16                    SEN. FRASER:  Well, if you're asking,
17      maybe I don't.
18                    SEN. ELLIS:  If you take a certain piece
19      of what someone has said out of context, Senator, what
20      you're doing is distorting what they intended to say.
21      So here is my point:  Your bill does not touch mail-in
22      ballots.  You used a quote by Steve Wolens to try and
23      augment your position.  Your bill does not touch
24      mail-in ballots.  Most of the cases of fraud that your
25      witnesses are going to talk about are going to involve
```

TX_00004008

USA_00018313

1    mail-in ballots, but this bill does not do anything to

2    touch that.

3                    SEN. FRASER:  Again, you're being

4    subjective.  Let's wait for the objective testimony of

5    the witnesses.  You're being a good lawyer and

6    projecting what the witnesses might say.  And I would

7    suggest probably the thing we should do is listen to

8    the testimony that's given, and you will have the

9    right to question them.  But I think the witnesses are

10   going to make a very clear case that we've got a huge

11   problem in Texas.  There's a huge gap in Texas law.

12   There's every possibility for someone to walk in and

13   vote -- Craig Estes could take your voter ID and

14   register himself in Houston in a ballot box that they

15   don't, you know, know him.  And he could register as

16   Rodney Ellis and he could vote for Rodney Ellis.  That

17   could happen if, you know --

18                   SEN. ELLIS:  Senator, in your mind, just

19   based on your best guess, do you think that this bill

20   would have a more positive impact on one party or the

21   other in terms of Democrats or Republicans?

22                   SEN. FRASER:  I'm not going to project

23   about who might benefit from the passage of this.  But

24   I wish you would listen to the results in Georgia and

25   Indiana.  And I don't want to put words in their

TX_00004009

USA_00018314

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 41 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 157 of 248

143

```
 1    mouth, but I've seen the numbers.  The ones in Georgia
 2    and the ones in Indiana, the increase, the greatest
 3    increase came in Democratic votes, it came in
 4    minorities.  And I hope -- in Texas my hope would be,
 5    I want African-American votes to increase in Texas.
 6    That's my goal.  And if I can create something for
 7    your voters --
 8              SEN. ELLIS:  This bill is going to
 9    increase the number of African-Americans and Hispanics
10    that vote in Texas?
11              SEN. FRASER:  Absolutely.
12              SEN. ELLIS:  That's what you believe?
13              SEN. FRASER:  I do believe that; yes, I
14    do.
15              SEN. ELLIS:  You made reference to the
16    last election in terms of the turnout increasing.  Do
17    you think that that record increase had anything to do
18    with Barack Obama being the Democratic nominee and
19    Sen. McCain, John McCain being the Republican nominee?
20              SEN. FRASER:  Let me ask you this a
21    different way.  Did Barack Obama run in Illinois and
22    Indiana both?  Did he run in both states?
23              SEN. ELLIS:  Senator --
24              SEN. FRASER:  Was he from -- since you
25    asked me the question, I get to answer.
```

TX_00004010

USA_00018315

144

```
1                    SEN. ELLIS:  I can --
2                    SEN. FRASER:  You said was the --
3                    SEN. ELLIS:  I can assure you the people
4       in Illinois knew Barack Obama was going to win the
5       State of Illinois.  I can assure you that.
6                    SEN. FRASER:  You're saying they didn't
7       feel comfortable voting for him because they knew him?
8                    SEN. ELLIS:  No, I'm not saying that at
9       all.  Let you ask you this:  Do you know what the
10      increase in vote was in Texas?
11                   SEN. FRASER:  All the questions you're
12      covering is the same thing that was asked about the
13      last four -- you're the fifth person.
14                   SEN. ELLIS:  600,000 additional votes.
15                   SEN. FRASER:  We're going to have
16      witnesses from Indiana and Georgia --
17                   SEN. DUNCAN:  Senators, you're taking
18      over each other and the court reporter only has two
19      hands.
20                   SEN. ELLIS:  Okay.  You all right?
21                   SEN. FRASER:  I'm going to vacate the
22      premise so you can talk.
23                   SEN. ELLIS:  I think I've completed my
24      questions.  I think I've made the point.  I would like
25      to ask the author of the bill about a historic bill
```

TX_00004011

USA_00018316

Case 2:13-cv-00193  Document 661-18  Filed on 11/11/14 in TXSD  Page 43 of 115
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-1  Filed 06/20/12  Page 159 of 248

145

1    that he's carrying that in my judgment would

2    negatively impact minority voters in Texas.

3              SEN. FRASER:  As you know, the way this

4    system works, we have witnesses come in, they tell

5    their story, you get to ask them questions.  When

6    that's over, I'll close, we'll have a vote.  It will

7    come to the floor.  If I'm successful, once we get on

8    the floor and I lay it out, we get to do this again.

9    And I would suspect at some point you and I will have

10   a discussion.  But I would like for you to ask the

11   questions of the expert witnesses, because I think

12   you're going to be shocked at what they say about what

13   the impact would be on minority voting in both those

14   states, what happened and how it would be increased.

15             SEN. ELLIS:  All right.  Thank you.

16             SEN. DUNCAN:  Sen. Davis?

17             SEN. DAVIS:  Sen. Fraser --

18             SEN. FRASER:  You didn't get the rule

19   about freshmen?

20             SEN. DAVIS:  No.  I'm sorry.  I didn't

21   get that rule.

22             (Laughter)

23             SEN. FRASER:  I'll be glad to accept

24   your questions.

25             SEN. DAVIS:  Thank you.

TX_00004012

USA_00018317

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 44 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 160 of 248

146

```
 1              Would you agree that the provisions of

 2    the Carter-Baker comprehensive proposal are proposals

 3    that you are using in support for the legislation that

 4    you have introduced on this issue?

 5              SEN. FRASER:  Senator, I took the

 6    information that I read -- I read the report; I read

 7    what they included in print; I read their press

 8    release -- I took my highlighter and highlighted

 9    things that came from either what they had written

10    down and they put their name on, and I repeated and

11    read.  I didn't project what I thought Jimmy Carter

12    was thinking or what Jim Baker was thinking.  I read

13    what they put in print in that, and that's what I did

14    today.  There is going to be someone here hopefully,

15    if we ever get to that point, from that Commission

16    that you can ask that exact question.

17              SEN. DAVIS:  You made a statement a

18    moment ago that in this legislation that you have

19    proposed, you are addressing the recommendations of

20    the Carter-Baker Report for voter ID, did you not?

21              SEN. FRASER:  Say that again.

22              SEN. DAVIS:  You made a statement

23    previously, when you were speaking with Sen. Ellis,

24    that you are addressing the recommendations of the

25    carter-Baker Report for purposes of proposing your
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004013
JA_003436

TX_00004013

USA_00018318

Case 2:13-cv-00193  Document 661-18  Filed on 11/11/14 in TXSD  Page 45 of 115
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-1  Filed 06/20/12  Page 161 of 248

147

1    voter ID bill?

2              SEN. FRASER:  I am proposing a voter ID

3    law and laying it out.  I used as a reference a

4    document that is in the public spectrum, something

5    that I've pulled off -- I think off the Internet, of

6    that report.  I highlighted a statement that was made,

7    and I read that statement.

8              SEN. DAVIS:  And you mentioned that you

9    highlighted not only that report but you also

10   highlighted the editorial of February 3, 2008, titled

11   "A Clearer Picture on Voter ID."  Correct?

12             SEN. FRASER:  What was the last part of

13   that?  But what?

14             SEN. DAVIS:  You mentioned a moment ago,

15   when you had your highlighter out, you went through

16   the report, the Baker-Carter Report.  You also went

17   through an editorial that was written by both of them

18   in February of 2008, and you also made highlights to

19   that editorial?

20             SEN. FRASER:  I highlighted a lot.

21             SEN. DAVIS:  But you highlighted those?

22             SEN. FRASER:  Well, I can get my book

23   out and I can show you what I highlighted, yes.

24             SEN. DAVIS:  I'm curious as to whether,

25   when you had your highlighter out, you highlighted

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004014
JA_003437

TX_00004014

USA_00018319

1    this particular statement that was made in their

2    editorial, that the groups least likely to have valid

3    photo IDs are women, African-Americans and Democrats.

4    Did you highlight that statement?

5              SEN. FRASER:  I am not advised.  I'm

6    sorry.  I don't have that.  I did not say that.  Did

7    you hear me say that?

8              SEN. DAVIS:  No.  I'm asking you whether

9    you highlighted that.

10             SEN. FRASER:  I'm not --

11             SEN. DAVIS:  Do you remember reading

12   that?

13             SEN. FRASER:  I'm sorry?

14             SEN. DAVIS:  Do you recall reading that

15   from their editorial, that the groups least likely to

16   have valid photo IDs are women, African-Americans and

17   Democrats?

18             SEN. FRASER:  The answer is yes.  And

19   again, it's the question that Sen. Ellis just asked,

20   is that it was included in the paragraph above and

21   below.  But I think I do remember seeing that in that

22   editorial.

23             SEN. DAVIS:  Do you recall also seeing

24   their statement that the current crop of laws,

25   including those that we've been discussing today --

TX_00004015

USA_00018320

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 47 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 163 of 248

149

```
1                    SEN. FRASER:  Senator, I'm sorry.  You
2       know I have a hearing problem, and I'm only getting
3       about half of what you're saying.  So if you can --
4                    SEN. DAVIS:  I'm sorry.  I will speak
5       up.
6                    SEN. FRASER:  I have trouble -- I'm
7       sorry -- sometimes with women's voices, and I'm just
8       not getting it.
9                    SEN. DAVIS:  I will speak up.
10                   Do you call reading in that editorial
11      that they also stated that the current crop of laws
12      are not being phased in gradually and in a fair manner
13      that would increase rather than decrease voter
14      participation?
15                   SEN. FRASER:  I'm not getting it.  I'm
16      sorry.
17                   SEN. ELLIS:  I thought I heard my wife's
18      voice.  Was she calling me?
19                   SEN. FRASER:  My wife says this is a
20      trained response.
21                   SEN. DAVIS:  Would you like me to repeat
22      my last question?
23                   SEN. FRASER:  Please.
24                   SEN. DAVIS:  Do you recall reading in
25      the editorial a statement made by Secretary Baker and
```

TX_00004016

USA_00018321

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 48 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 164 of 248

150

1    former President Carter that the current crop of laws

2    that are being put in place by states are not being

3    phased in gradually and in a fair manner that would

4    increase not reduce voter participation?

5            SEN. FRASER:  No, I do not remember

6    seeing that.

7            SEN. DAVIS:  You also stated that you

8    read the report and that you highlighted particular

9    provisions of that report in formulating your bill

10   that you have proposed today and your reasons for

11   supporting that bill.

12           SEN. FRASER:  I don't think I said that

13   at all.  I didn't read that report in formulating my

14   bill.  The bill that I laid out is very, very

15   straightforward.  All it says is that when Wendy Davis

16   goes to vote, they want to know -- they want to see

17   your picture ID or other forms of identification to

18   verify that you are who you say you are and that --

19   it's not rocket science.

20           SEN. DAVIS:  When you began your

21   comments on the floor today in laying out your bill,

22   you quoted from the Carter-Baker Report as well as

23   from the editorial that I read from a moment ago.  In

24   answering Sen. Ellis' questions, you said you were

25   addressing the recommendations of the Carter-Baker

TX_00004017
JA_003440

TX_00004017

USA_00018322

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 49 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 165 of 248

151

```
 1    Report in implementing your proposal for voter ID.
 2                    SEN. FRASER:  I don't think I said that.
 3    I said -- I think I referenced things that were said
 4    in that report.  I referenced the Supreme Court
 5    Justice, John Paul Stevens, again a left-leaning
 6    Supreme Court Justice that wrote the majority report
 7    that validated the Virginia -- or the Indiana law that
 8    put in place a strict photo ID.  I referenced that
 9    that had been done, their comments.  I referenced the
10    Commission, things that they had said.  I referenced
11    the bill that was proposed by Rep. Steve Wolens, a
12    Democrat in Dallas near your area that was -- or may
13    be in your district, where he suggested that with vote
14    harvesting and voter fraud, those are all stories that
15    were -- that I had data on.
16                    SEN. DAVIS:  In referencing the
17    Carter-Baker Report, I wonder if you came across this
18    statement by them:  "To prevent the ID from being a
19    barrier to voting, we recommend that states use the
20    registration and ID process to enfranchise more voters
21    than ever."  Do you recall that?
22                    SEN. FRASER:  Why don't you ask that
23    question of the expert witness that I have informed
24    the last five Senators that are coming up, that I
25    don't have any idea what she is going to say.  She is
```

TX_00004018

USA_00018323

152

```
1    going to be under oath, and she would love to answer

2    your questions that you're asking, and I think that is

3    where we should go from here.

4              SEN. DAVIS:  Well, for purposes of

5    discussion or furthering our discussion and my

6    questions for you, let me read some of the

7    recommendations that Carter-Baker report made.

8              SEN. FRASER:  Are you going to ask me

9    questions --

10             SEN. DAVIS:  I'm going to ask you

11   questions.

12             SEN. FRASER:  -- or are you going to --

13   you have the right at any time to put stuff on the

14   record.  But you --

15             SEN. DAVIS:  I'm going to ask you

16   questions.

17             SEN. FRASER:  -- had asked the Chairman

18   if you could ask me questions.

19             SEN. DAVIS:  I'm going to ask you

20   questions.

21             SEN. FRASER:  Thank you.

22             SEN. DAVIS:  "States should play an

23   affirmative role in reaching out to non-drivers by

24   providing more offices . . ."  That's one of the

25   recommendations in this report.  Does the bill that
```

TX_00004019

USA_00018324

153

1   you have placed in front of us today on voter ID have

2   an affirmative role for states in recommending that

3   they reach out to non-drivers by providing more

4   offices?

5           SEN. FRASER:  I'm sorry.  I'm not even

6   getting close to following the question you're asking.

7   The bill that I'm laying out today says that when

8   Wendy Davis walks into the voting booth, you've got to

9   prove that you're really Wendy Davis.  It's that

10  simple.

11          SEN. DAVIS:  And the bill does not

12  include a request of the state that it open more

13  offices for the purposes of obtaining a photo ID for

14  non-drivers, it does not include that proposal.

15  Correct?

16          SEN. FRASER:  They can use non-photos.

17  I mean, there is no provision right now, there is

18  nothing in the bill that every person in the state

19  could not comply with, because you can use a piece of

20  mail that had been mailed to you, your library card.

21  There's a long, long list of things that you could

22  use.  You could even use as your piece of

23  identification the mail that the registrar sent to you

24  for your voter registration.  That's a form of

25  identification.

TX_00004020

USA_00018325

154

1    SEN. DAVIS:  And I'm going to ask you

2    about that list in a moment.  Let me ask you another

3    question about what your bill includes.  Does your

4    bill include a proposal that the state should create

5    mobile offices for the purpose of reaching out to

6    persons without photo ID, to create those photo IDs?

7    SEN. FRASER:  Would you ask that

8    question again, please?

9    SEN. DAVIS:  Yes.  Does the bill that

10   you're proposing include a request of the state that

11   they create mobile offices that would go out into the

12   communities for purposes of helping voters obtain

13   photo IDs?

14   SEN. FRASER:  Were you here earlier when

15   that question was asked by another senator?

16   SEN. DAVIS:  I do not recall that

17   question being asked.  I would appreciate it if you

18   would answer it.

19   SEN. FRASER:  The Secretary of State has

20   been asked to come here.  The Secretary of State will

21   implement this transaction.  The wording of the bill

22   that is in the bill is very clear of what we would ask

23   them to do.  The implementation of that would be, you

24   can ask the Secretary of State, please.

25   SEN. DAVIS:  Okay.  But I'm asking you

TX_00004021

USA_00018326

1     if your bill includes that proposal?

2              SEN. FRASER:  My bill has language that

3     clarifies that there will be an education program of

4     the people to implement this bill.  It lays out the

5     instructions on that, but it will leave it to the

6     Secretary of State to implement.

7              SEN. DAVIS:  Does your bill contain a

8     proposal that would provide the ability for voters to

9     register and to provide photo IDs to those voters free

10    of charge?

11             SEN. FRASER:  Try it again.  I didn't

12    get it.

13             SEN. DAVIS:  Does your bill include a

14    proposal that would allow voters to register and be

15    provided photo IDs free of charge?

16             SEN. FRASER:  The photo ID is free of

17    charge.

18             SEN. DAVIS:  It is free of charge?

19             SEN. FRASER:  Yes.

20             SEN. DAVIS:  Who is going to pay for

21    that?

22             SEN. FRASER:  We are advised that --

23    first of all, that there are very few people that

24    would need that, is that the bulk of the population of

25    Texas already has a driver's license or a photo ID.

TX_00004022

USA_00018327

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 54 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 170 of 248

156

1   And we're advised that, you know, the cost of that

2   would be implemented through -- I guess it's DPS.  So

3   it is built into the budget.

4           You know, I know you're new to the

5   Legislature.  But the fiscal impact on the bill, that

6   is determined if there is a cost to the state.  And

7   they said there is no impact, because it could be

8   absorbed in current budget.

9           SEN. DAVIS:  Believe it or not, I

10  understand that fiscal impact is based on whether

11  there is a cost to the state.  What I'm asking you is

12  if your bill proposes free voter ID cards that could

13  be made to anyone who requests them and whether there

14  has been a cost put to that proposal?

15          SEN. FRASER:  I'm sorry.  I'm getting

16  members, people talking to me.  Try it again, please.

17  I can't hear you.

18          SEN. DAVIS:  I'm asking you, in your

19  bill, the bill that you've authored, the bill that

20  you've laid out, the bill that you are standing in

21  front of us defending today, is there a proposal in

22  your bill that anyone who wishes to register to vote

23  would be provided a voter ID card free of charge?

24          SEN. FRASER:  The answer is yes, that

25  anyone that is a registered voter will be given a

TX_00004023

USA_00018328

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 55 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 171 of 248

157

1    photo ID free of charge.  So I think the answer to

2    your question is yes.

3                    SEN. DAVIS:  And yet, do you have any

4    idea how many people might come forward and request a

5    free voter ID?

6                    SEN. FRASER:  I would suggest you ask

7    the Secretary of State that.

8                    SEN. DAVIS:  I will.  But I'm asking

9    you, because it's your bill.  I'm asking you.  Do you

10   have any idea?

11                   SEN. FRASER:  And I'm responding to you

12   that I'm going to punt to the Secretary of State

13   because they're the ones that keep that data.

14                   SEN. DAVIS:  Was that question asked of

15   you by the LBB when they were preparing the fiscal

16   note for your bill?

17                   SEN. FRASER:  We didn't talk to LBB.

18   That's not the process.

19                   SEN. DAVIS:  Okay.  Turning to Section

20   63.0101, Sections (a) and Sections (b) of your bill,

21   would you agree that this list of proof of

22   identification that can be provided to a poll worker

23   includes a multiple of standards that those poll

24   workers could apply?

25                   SEN. FRASER:  Do I agree that there's a

TX_00004024

USA_00018329

1    lot of choices?

2              SEN. DAVIS:  Yes, a multiplicity of

3    standards --

4              SEN. FRASER:  A multitude of choices.

5    That I think is one of the beauties of the bill, is

6    that there's a lot of ways that people could identify

7    themselves.

8              SEN. DAVIS:  Okay.  In reading the

9    Carter-Baker proposal, was it your understanding that

10   the proposal they advanced was the creation of a

11   universal voter ID that would, No. 1, provide more

12   offices for people to receive those IDs, including

13   mobile ones; No. 2, that would allow the registration

14   and free federal ID for anyone wishing to seek one;

15   and that there would be much less discrimination

16   against minorities if there were a single uniform ID

17   rather than poll workers applying multiple standards?

18             SEN. FRASER:  I'm not advised.  I can't

19   speak for the commission.  We have an expert witness

20   who will be here in a minute, and I will be glad for

21   you to ask her.

22             SEN. DAVIS:  Would you agree that if

23   those proposals were put in place, that it would

24   create costs in implementing such a system?

25             SEN. FRASER:  Again, Senator, we have a

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 57 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 173 of 248

159

1    system here where they look at the bill, any potential

2    cost to the state.  They come back with the fiscal

3    impact on that.  And the statement we received back

4    from, you know, on the fiscal impact was no impact.

5             SEN. DAVIS:  Thank you.  I'm going to

6    complete my questions for now in order to give the

7    court reporter a break.  Thank you, Sen. Fraser.

8             SEN. FRASER:  Thank you.

9             SEN. SHAPLEIGH:  I've got three

10   exhibits.

11            SEN. DUNCAN:  Members, we have several

12   folks who want to talk.  And we've been going now for

13   about an hour and 45 minutes, and I want to try to

14   pace the court reporter.  Before we go to a short

15   break, though, Sen. Shapleigh had some exhibits he

16   wanted to introduce.  So we'll do that and then take

17   a -- we'll be at ease for a few minutes.

18            Sen. Shapleigh.

19            SEN. SHAPLEIGH:  Thank you, Mr. Chair.

20            If I could, as Exhibits 11, 12 and 13,

21   respectively, the copy of The New York Times op ed by

22   Baker and Carter, '05; copy of Royal Masset's quote;

23   and editorial from the quorum report and The New York

24   Times' editorial of '08, all discussed on the floor.

25            SEN. DUNCAN:  Okay.  They will be placed

TX_00004026

USA_00018331

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 58 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 174 of 248

160

```
 1    in the record.

 2                 Members, have those copies been provided

 3    to the Secretary?

 4                 They're on their way?  Okay.  Thank you.

 5                 Members, we will take a -- we'll stand

 6    at ease for approximately 10 minutes.  We'll reconvene

 7    at 4:45.

 8                 (Exhibit Nos. 11, 12 and 13 marked and

 9    admitted)

10                 (Recess:  4:36 p.m. to 4:51 p.m.)

11                 SEN. DUNCAN:  The Senate Committee of

12    the Whole will come to order.

13                 If those in the gallery could be seated

14    and we could have order in the chamber.

15                 Sen. West.

16                 SEN. WEST:  Thank you very much,

17    Mr. Chairman.

18                 Sen. Fraser, I'm going to try not to be

19    repetitious.  Can you hear me now?

20                 SEN. FRASER:  If you use the Barry White

21    voice, I think we're okay.

22                 SEN. WEST:  The Barry White voice.

23                 SEN. FRASER:  You know, I've told you

24    that before --

25                 SEN. WEST:  All right.
```

TX_00004027

USA_00018332

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 59 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 173 of 248

161

```
 1                  SEN. FRASER:  -- that that's your best

 2      Barry White voice.

 3                  SEN. WEST:  Well, I --

 4                  SEN. FRASER:  I've got your vote.  I can

 5      hear you well.

 6                  SEN. WEST:  Barry was able to -- has

 7      been very convincing at times.  Can I convince you to

 8      pull this bill down?

 9                  SEN. FRASER:  Now yet.

10                  SEN. WEST:  Oh, okay.  All right.  I

11      want to go through the bill with you.  On Page 3 of

12      the bill, Line 1 --

13                  SEN. FRASER:  If you would hold one

14      second so I can get a copy of it.

15                  SEN. WEST:  Sure.

16                  SEN. FRASER:  You're reading from what?

17                  SEN. WEST:  Page 3, Lines 1 through 4.

18                  SEN. FRASER:  I'm not sure ours is going

19      to match up, but we'll try.  Page 3 -- where are you

20      referencing?  Okay.  There we go.  Okay.  That's what

21      I needed.  This is what we're used to.

22                  SEN. WEST:  Okay.  We talked about the

23      use of identification.

24                  SEN. FRASER:  Yes, sir.

25                  SEN. WEST:  If you're going under
```

TX_00004028

USA_00018333

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 60 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 176 of 248

162

1    Subdivision (1), you say, "one form of identification

2    listed in 63.0101(a)," and if you're going to go under

3    No. (2), you say two forms of identification under

4    63.0101(b). And I'm trying to -- why the difference

5    between the two types of identification in terms of

6    the number that you have to use for purposes of

7    identification?

8              SEN. FRASER: Well, I think the easy

9    explanation is that I think you know, under the

10   Indiana and the Georgia laws, they have a strict photo

11   ID. Obviously, my preference on this would be a

12   strict photo ID.

13             In the language that came from the bill

14   that came over from the House, they offered an

15   exception with two other forms of ID. But since

16   they're not a photo, where you could identify someone,

17   I can't speak for the House, but I'm assuming that

18   option was given so you would have two different ways

19   to identify someone to verify for sure that that's who

20   they were.

21             SEN. WEST: So the only reason the

22   requirement for two different forms is in this bill is

23   because that's the way it came over from the House?

24             SEN. FRASER: The bill was passed in the

25   House in this form and came over. And because it had

TX_00004029

USA_00018334

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 61 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 177 of 248

163

1    already passed one body in that form, and we had not

2    voted on it, we made the decision to pick up the bill

3    that came over last year from the House.

4              SEN. WEST:  And that's the sole reason.

5    Is that correct?

6              SEN. FRASER:  No.

7              SEN. WEST:  What was the other reason?

8              SEN. FRASER:  The other reason is, is we

9    think this is a very fair -- you know, it's a very

10   fair way, is that -- you know, I would love to see a

11   strict photo ID bill like Indiana and Georgia.  But

12   the bill that we're laying out gives a second

13   opportunity for someone to identify themselves, which

14   would be a secondary form of identification.

15             SEN. WEST:  Okay.  But again, the reason

16   that it's in there is because it came over from the

17   House that way and some other reasons.  And I'm trying

18   to figure out what are all the reasons that you put

19   the requirement for two forms in there, other than it

20   came over from the House that way?

21             SEN. FRASER:  Again, the goal of my bill

22   is that I don't want somebody to go into the polling

23   place saying they're Royce West and use your voter ID.

24   I think if you had a photo ID -- both of us are big

25   people -- and if we came in, it would be easy for

TX_00004030

USA_00018335

164

1     someone to identify our features, that we are who we

2     say we are.

3                    SEN. WEST:  Yes.

4                    SEN. FRASER:  But if you don't have some

5     form of identification, then there is every ability

6     for someone to steal your voter registration --

7                    SEN. WEST:  Okay.

8                    SEN. FRASER:  -- and go and vote in

9     person, representing themself to be Royce West.

10                   SEN. WEST:  Okay.  Let's look at this

11    right here.  So your Section (a) specifically deals

12    with, under that -- I'm sorry.

13                   SEN. FRASER:  (a)?

14                   SEN. WEST:  Section (a) under 63.0101 --

15                   SEN. FRASER:  Where are you?  What page?

16                   SEN. WEST:  I'm actually on Page 5 now.

17                   SEN. FRASER:  Okay.  Page 5.  Which

18    line?

19                   SEN. WEST:  Well, this whole section,

20    starting from I guess 9 -- and Section 10 of the bill.

21                   SEN. FRASER:  Got it.

22                   SEN. WEST:  Everything in there deals

23    with some sort of photo identification.  Right?

24                   SEN. FRASER:  Yes, that's correct.

25                   SEN. WEST:  And everything in Section

TX_00004031

USA_00018336

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 63 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 179 of 248

165

```
 1    (b) deals with some documentary identification?

 2              SEN. FRASER:  I do believe you're --

 3              SEN. WEST:  Section (b) is on .

 4              SEN. FRASER:  All of (a) is photo and

 5    everything else is an alternate form of

 6    identification.

 7              SEN. WEST:  Okay.  Now, as it relates to

 8    section; I'm still on Page 5 and 6.  As it relates to

 9    the forms of identification that you have amended into

10    the bill, did you make any --

11              SEN. FRASER:  Well, I haven't amended

12    anything into the bill.

13              SEN. WEST:  Well, I'm sorry.  Drafted.

14    Drafted.

15              SEN. FRASER:  The bill was filed.

16              SEN. WEST:  Okay.  As filed in this

17    bill.  Did you make any determination as to how it

18    would impact ethnic minorities in the State of Texas?

19    And, if so, what did you do to make a determination as

20    to the impact?

21              SEN. FRASER:  The answer I'm going to

22    give you is the same answer I've given now to the last

23    six witnesses, is that the way we help determine that

24    was what happened in Indiana and what happened in

25    Georgia.  I have invited one person from Indiana and
```

TX_00004032

USA_00018337

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 64 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 180 of 248

166

1    two persons from Georgia.  The persons from Georgia

2    are a Section 5 voter rights state.

3              And I think those would be very good

4    questions to ask them, that if we implement a voter

5    identification bill, how did it impact their voters?

6    And I think they're going to tell you that their voter

7    response went up because those people felt very, very

8    good -- just a second.  You're about to interrupt me.

9    They felt very good that -- they felt before --

10   weren't comfortable because they were afraid their

11   vote was going to be stolen.  But after we implement

12   the voter identification, they felt good about it.

13   And voter results for all classes, but more especially

14   for African-Americans and Hispanics, increased.  And I

15   believe that's what they're going to tell you.  I

16   don't want to speak for them.

17             SEN. WEST:  Okay.  And so then we should

18   extrapolate from their testimony that the experiences

19   in a Section 5 state -- Georgia -- and a non-Section 5

20   state would be applicable to the State of Texas?

21             SEN. FRASER:  Senator, my wishes on this

22   and my goal, if I could project the absolute best

23   thing that could happen, is that the people of Oak

24   Cliff that are in your area representing --

25             SEN. WEST:  By the way, have you talked

TX_00004033
JA_003456

TX_00004033

USA_00018338

167

1    with any people in Oak Cliff about this bill?

2              SEN. FRASER:  That we would have record

3    turnout by the people in Oak Cliff --

4              SEN. WEST:  Have you talked to any of

5    the minorities -- I'm sorry.

6              SEN. FRASER:  Have I talked to any?

7              SEN. WEST:  Have you talked to any

8    ethnic minorities about this particular bill?  Have

9    they had input into this bill at all?

10             SEN. FRASER:  And I don't want to get

11   cute with you, but you are an ethnic minority, and you

12   and I have had a conversation about it.

13             SEN. WEST:  Oh, no.  I'm talking

14   about --

15             SEN. FRASER:  So the answer to that

16   would have to be yes.

17             SEN. WEST:  Okay.  Well, let me be more

18   specific then.  Have you talked to any ethnic

19   minorities that support your bill?

20             SEN. FRASER:  The answer is yes.

21             SEN. WEST:  All right.  Are they

22   Hispanics and African-Americans?

23             SEN. FRASER:  Yes.

24             SEN. WEST:  Was it an African-American

25   that supports your bill?

TX_00004034

USA_00018339

168

```
 1                 SEN. FRASER:  What did you say?

 2                 SEN. WEST:  All right.  I'm going to be

 3      more specific now.  Have you talked to an African-

 4      American, African-Americans that support your bill?

 5                 SEN. FRASER:  Yes.

 6                 SEN. WEST:  Okay.  Have you talked to

 7      Hispanics that support your bill?

 8                 SEN. FRASER:  Yes.

 9                 SEN. WEST:  Are they here to testify in

10      support of your bill?

11                 SEN. FRASER:  Let me think about -- the

12      invited testimony --

13                 SEN. WEST:  Yes.

14                 SEN. FRASER:  -- of the invited

15      testimony, we have an African-American, I think, that

16      is going to testify on this bill.

17                 SEN. WEST:  Is that African-American

18      with the Secretary of State's office?

19                 SEN. FRASER:  Yes, he is.

20                 SEN. WEST:  He is a resource, isn't he?

21      He's not coming to testify --

22                 SEN. FRASER:  Did I say that -- I didn't

23      say he was going to testify.  I said he was going to

24      testify on the bill.

25                 SEN. WEST:  All right.  Now, let me go
```

TX_00004035

USA_00018340

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 67 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 183 of 248

169

1    back to my question.  Maybe it wasn't specific enough.

2    Have you talked to any African-Americans or Hispanics

3    that are in support of your bill --

4                    SEN. FRASER:  Yes.

5                    SEN. WEST:  -- support?  And will they

6    be here to testify?

7                    SEN. FRASER:  I'm not advised.  I --

8                    SEN. WEST:  Okay.  Have you talked to

9    any African- --

10                   SEN. FRASER:  I haven't looked at the

11   list of who is going to testify.

12                   SEN. WEST:  Have you talked to any

13   African-Americans or Hispanics about the impact that

14   your bill will have on their right to vote?

15                   Let me tell you what I'm getting to.

16   Have you talked to any African-Americans?  Have you

17   done an assessment in terms of whether or not this

18   particular bill and the methods that you are employing

19   will be retrogressive as it relates to the minority

20   voters of the State of Texas?

21                   SEN. FRASER:  I think the answer is the

22   same answer I gave you about four questions ago, is

23   that I looked at -- and I've spent a lot of time

24   examining the data of actual voter turnout that

25   happened after the implementation of a photo ID bill

TX_00004036

USA_00018341

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 68 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 184 of 248

170

```
 1    in Indiana and in Georgia.  And I have invited the
 2    election judges from both states to come and share
 3    that with you today, and I feel sure that they will be
 4    glad to answer your questions.
 5               SEN. WEST:  And based on your
 6    observation of what occurred in those particular
 7    states, you believe that your bill, if enacted in law,
 8    will not have any retrogressive impact on the minority
 9    voters of the State of Texas?
10               SEN. FRASER:  I think my bill is going
11    to increase African-American and Hispanic turnout in
12    Texas.  I think those people today feel
13    disenfranchised because they feel like there is fraud
14    going on in votes today --
15               SEN. WEST:  Well, have you talked to
16    any --
17               SEN. FRASER:  Are you interrupting me?
18               SEN. WEST:  Yes.  I --
19               SEN. FRASER:  Just a second.  I get to
20    finish.
21               SEN. WEST:  But you say you feel like
22    those people.  My question is, who have you spoken to,
23    to come to that assertion that those people feel as
24    though that there's fraud and all that stuff?  What
25    African-Americans and Hispanics -- have you spoken to
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004037
JA_003460

TX_00004037

USA_00018342

```
 1    some to make that assertion, in the State of Texas?
 2                    And I'll listen to you now.  I'll listen
 3    to you now respond to my question.
 4                    SEN. FRASER:  I have laid out a bill and
 5    researched, asked questions about the way people vote.
 6    I believe I have a bill that will encourage people
 7    that their vote will count and their vote is not going
 8    to be diluted by those that cheat.  I think that will
 9    encourage voters, as it did in Indiana and in Georgia.
10                    And I believe that this bill is not only
11    good for the people of the State of Texas, but I'm
12    pretty familiar with the ethnic makeup of the people
13    you represent.  And I think this bill will be
14    extremely good for Royce West's senatorial district.
15                    SEN. WEST:  Well, and I appreciate your
16    thoughts.  But let me ask you again, you made some
17    assertions that you believe that it's going to be good
18    for every one of Royce West's district and ethnic
19    minorities in the State of Texas.  You made assertions
20    that this will prevent people from cheating and all
21    that other stuff.  And I'm asking you, as relates to
22    voter impersonation, have you talked to any African-
23    Americans or Hispanics that said there was a problem
24    in the state, that this is a problem in the state?
25    Have you talked to any African-Americans in the state?
```

TX_00004038

USA_00018343

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 70 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 186 of 248

172

```
 1                   SEN. FRASER:  Without a doubt, the

 2      way -- and I think after we hear the testimony of the

 3      witnesses here, and the Secretary of State, it's going

 4      to be hard for you to disagree that there is not a

 5      problem and the people you represent are not being not

 6      served correctly by the current law of Texas.  And as

 7      a reasonable person -- which I know you are.  I know

 8      you -- you know, you and I have served together for

 9      the last 12 years --

10                   SEN. WEST:  Oh, yes.

11                   SEN. FRASER:  -- and I respect you a

12      lot, you know.  And I think once you listen to the

13      testimony, you're going to have trouble not agreeing

14      that the people you represent will be well-served by

15      this bill, and I believe that.

16                   SEN. WEST:  Okay.  And, you know, that's

17      fine.  But the answer to my question is, have you

18      spoken to anyone?

19                   SEN. FRASER:  Yes, I have.

20                   SEN. WEST:  African-Americans and

21      Hispanics --

22                   SEN. FRASER:  Yes.

23                   SEN. WEST:  -- that say that cheating is

24      a problem in the State of Texas, that voter

25      impersonation is a problem in the State of Texas, have
```

TX_00004039

USA_00018344

173

```
 1    you've spoken with anyone?
 2                    SEN. FRASER:  I have spoken to --
 3                    SEN. WEST:  African-Americans and
 4    Hispanics?
 5                    SEN. FRASER:  -- African-Americans and
 6    Hispanics --
 7                    SEN. WEST:  In the State of Texas?
 8                    SEN. FRASER:  -- in the State of Texas.
 9    And, you know, I have spoken to a lot of people in
10    different classes.  And the people of this state
11    believe that -- 88 percent of the people polled
12    believe that a photo or a voter ID in Texas should be
13    something we should implement.
14                    SEN. WEST:  Sir, but --
15                    SEN. FRASER:  And of those -- just a
16    second.  Of those -- and the number I saw -- and I
17    believe it was 74 person of the people surveyed were
18    African-American that said they believe that we should
19    implement a voter ID in Texas because they are
20    concerned about the --
21                    SEN. WEST:  Do you have a copy of that
22    study?
23                    SEN. FRASER:  Yes.  I do have -- we have
24    a Rasmussen study, and then there is a secondary study
25    and we will get that -- I will get that for you, yes.
```

TX_00004040
JA_003463

TX_00004040

USA_00018345

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 72 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 188 of 248

174

1              SEN. WEST:  Mr. Chairman, I would like

2       to see that.

3              SEN. FRASER:  I will be glad to show it

4       to you.

5              SEN. WEST:  So you've depending upon a

6       survey that was done?  You're depending upon a survey

7       that was done in order to make the statement that

8       you're making in terms of talking to African-Americans

9       and Hispanics?

10             SEN. FRASER:  No.  I'm relying on actual

11      data of people that voted this election cycle that

12      didn't vote in the election cycles before, because

13      they were encouraged that their vote was going to

14      count.

15             SEN. WEST:  Okay.  And going back to --

16      and let me make sure I understand your response to

17      this question.  You've said that in order to get an

18      answer as relates to whether or not any less

19      regressive means were considered by you as the author

20      of this bill would have to talk to the Secretary of

21      State?

22             SEN. FRASER:  I don't think I said that

23      at all.  I don't think --

24             SEN. WEST:  Well, and you --

25             SEN. FRASER:  We even talked about less

TX_00004041

USA_00018346

```
 1    regressive means.  I said the Secretary of State is
 2    going to tell you the current state of the law in
 3    Texas and tell you we've got a big problem --
 4              SEN. WEST:  As it relates to regressive
 5    means and an aggressive -- a regressive analysis in
 6    terms of the impact that it has on minority voters.
 7    Who on your panel would be able to answer that
 8    question?  What experts would be able to answer that
 9    question?
10              SEN. FRASER:  I suspect probably every
11    witness that is --
12              SEN. WEST:  Every witness?
13              SEN. FRASER:  I think so.
14              SEN. WEST:  Okay.
15              SEN. FRASER:  I think so.  I suspect
16    that -- we've got two personal -- or three personal
17    examples, because we've got Indiana and Georgia.
18    We've got the registrar from Houston that, you know,
19    you can ask those questions.  We've got the Secretary
20    of State's office, and then we've got the Carter-
21    Baker administration -- or the --
22              SEN. WEST:  Does your bill do anything
23    about fraud as it relates to denying people the right
24    to vote?
25              SEN. FRASER:  Say it again.
```

TX_00004042

USA_00018347

1          SEN. WEST:  Does your bill do anything

2     about fraud as relates to denying people the right to

3     vote?  You know, there may very well be individuals

4     that come into precincts and -- you know, back in

5     Dallas -- because you've talked about it a couple of

6     times.  I think it was in 1984, we had a bunch of

7     judges come down to African-American precincts and put

8     up signs basically saying, "You can go to jail."  Were

9     you aware of that?

10          SEN. FRASER:  No, I'm not.

11          SEN. WEST:  Okay.  This bill does

12     nothing about that type of behavior, though.  Right?

13          SEN. FRASER:  This bill --

14          SEN. WEST:  Okay.

15          SEN. FRASER:  -- is really straight-

16     forward, Senator.  This only addresses one narrow part

17     of the election code, and that is the fact that when

18     you walk into that voting place, you're going to

19     identify that when you vote as Royce West, they are

20     verify you are who you say you are.

21          SEN. WEST:  Those poll workers, how much

22     do we pay poll workers, Senator?

23          SEN. FRASER:  I'm not advised, but I bet

24     the Secretary of State knows.

25          SEN. WEST:  Okay.  And so those poll

TX_00004043

USA_00018348

177

1    workers will make that determination -- right? -- as

2    to whether or not a person has the proper

3    identification?  Let me ask you this:  Let's say that

4    Troy Fraser's name was misspelled on the voter

5    registration list, and you came in with your driver's

6    license and it's correctly spelled.  What would happen

7    in that circumstance?

8            SEN. FRASER:  And again, I'm going to

9    punt to the Secretary of State, that they would make

10    the determination.  But I think likely the easy answer

11    is, is that there is a system today under current law

12    for a determination of that, that -- and I'll give you

13    this example.  I'm not real good about taking my voter

14    registration card.  I usually take my driver's license

15    in.  And if they had me on the rolls as F-r-a-z-e-r

16    and my driver's license says F-r-a-s-e-r, there is a

17    provision today under current law to manage that.  I

18    bet you that the --

19            SEN. WEST:  I do the same thing.  I

20    normally just take my driver's license in.

21            SEN. FRASER:  Well, but there's --

22            SEN. WEST:  And some people just take a

23    utility bill in.

24            SEN. FRASER:  And the answer to your

25    question is, I'm not addressing that.  That is --

TX_00004044

USA_00018349

178

```
 1    under current law, the Secretary of State has the

 2    ability to address that.  And I think the answer is

 3    that if they can't determine your exact -- you know,

 4    who you are, they could provide a provisional ballot,

 5    do their research, find out you are okay and then let

 6    you vote.

 7                SEN. WEST:  And I think that's exactly

 8    the way that it plays out.  But as it relates to

 9    provisional ballots -- and I think Sen. Ellis raised

10    this question a few moments ago.  What happens in that

11    circumstances?  You have a poll worker make a

12    determination that Fraser is spelled wrong, you do the

13    affidavit, you do a provisional ballot.  When is that

14    ballot counted under your bill?

15                SEN. FRASER:  The Secretary of State --

16    I mean --

17                SEN. WEST:  The Secretary of State's

18    office?

19                SEN. FRASER:  -- will be glad to answer

20    that for you.

21                SEN. WEST:  Okay.  That's fair.  Okay.

22                Thank you very much, Sen. Fraser.

23                SEN. FRASER:  Thank you.

24                SEN. DUNCAN:  I will remind the members

25    that we still have invited testimony, numerous
```

TX_00004045

USA_00018350

```
 1    witnesses, and then also public testimony, who have

 2    been waiting here today to testify.

 3                    So we'll move now -- Sen. Hinojosa,

 4    you're recognized.

 5                    SEN. HINOJOSA:  Thank you,

 6    Mr. President.

 7                    Sen. Fraser?

 8                    SEN. FRASER:  I'm sorry, Senator, I

 9    didn't hear him introduce you.  I'll be glad to answer

10    your questions.

11                    SEN. HINOJOSA:  I only have a few

12    questions for you.

13                    SEN. FRASER:  And, Senator, I'm sorry.

14    Let me get my head piece.  I can already anticipate

15    I'm going to have trouble hearing you.  Just a second.

16                    (Brief pause)

17                    Are you there?

18                    SEN. HINOJOSA:  Yes, sir.

19                    SEN. FRASER:  Do a little mike test.  It

20    still is not working.

21                    Can you give me a mike test?  One, two,

22    three, four, five.

23                    SEN. HINOJOSA:  Is it working now?  Can

24    you hear me?

25                    SEN. FRASER:  No, it's not working.
```

TX_00004046

USA_00018351

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 78 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 194 of 248

180

```
 1                    (Brief pause)

 2                    Senator, let's try that one.

 3                    SEN. HINOJOSA:  Okay.  Can you hear me

 4       now?

 5                    SEN. FRASER:  I've got you now.  Thanks.

 6                    SEN. HINOJOSA:  Okay.  Thank you,

 7       Senator.

 8                    SEN. FRASER:  I'm --

 9                    SEN. HINOJOSA:  I just have a few

10       questions, and they deal more with the process and

11       trying to identify people who come to vote, with a

12       photo ID identification.  What type of training will

13       poll watchers have in order to determine whether or

14       not a photo ID is valid or a fraud?

15                    SEN. FRASER:  Senator, I don't want to

16       be cute or cut you off, but that's the same question

17       the last seven people have asked.  And the Secretary

18       of State has been invited here to answer that

19       question, and they can answer it a lot better than I

20       can.

21                    SEN. HINOJOSA:  Well, but in your

22       legislation, do you have provisions to provide some

23       type of detection equipment to be able to tell whether

24       or not a photo ID is fake?

25                    SEN. FRASER:  My bill is very straight-
```

TX_00004047

USA_00018352

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 79 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 195 of 248

181

1    forward in what will be required to identify.  But the

2    implementation of that and the training of the people

3    will be left up to the Secretary of State.  And I

4    would bet you the Secretary of State would love to

5    answer your question on that.

6                SEN. HINOJOSA:  Well, let me follow up

7    again.  You know, it's very easy to get a fake ID at

8    the flea markets and pay 20 bucks for them.  And my

9    question is, if you don't provide any legislation for

10   any type of equipment to be able to detect whether or

11   not that is a fake ID, then it defeats the whole

12   purpose of your legislation.

13               SEN. FRASER:  And, Senator, I think you

14   have just made my case for me.  That's the exact

15   reason that we're doing this bill, is that there are

16   people out there, unscrupulous people doing exactly

17   what you just said, that they are taking

18   identification of the people you represent and they

19   are going and fraudulently voting and that we don't

20   have the ability to either recognize that they have

21   done that or to prosecute them after they have.  Thank

22   you for bringing that up.

23               SEN. HINOJOSA:  Senator, that's not the

24   question that I asked.  That's not what I asked.  I

25   said do you have provisions in your legislation to

TX_00004048

USA_00018353

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 80 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 196 of 248

182

```
 1    provide the funding for the local precincts to

 2    purchase equipment to be able to detect whether or not

 3    a photo ID is a fake?

 4              SEN. FRASER:  Senator, I'm sorry.

 5              Did you get another head thing?

 6              Senator, let's try it one more time.

 7    Would you ask that question again, please.

 8              SEN. HINOJOSA:  Can you hear me?

 9              SEN. FRASER:  This receiver is a bad

10    receiver.  I'm getting nothing but interference.

11              Can somebody get one of these that

12    works?

13              Let me try without it.

14              SEN. HINOJOSA:  Okay.

15              SEN. FRASER:  Where is Lucio's?

16              Go ahead.

17              SEN. HINOJOSA:  I will repeat my

18    question, Sen. Fraser.  And what I'm asking is whether

19    or not in your legislation you have provisions to fund

20    the detection equipment that will be able to tell

21    whether or not an ID is a fake one?

22              SEN. FRASER:  Senator, again, I think

23    that would be a question of the Secretary of State, is

24    that -- I think you could ask him how they're going to

25    do it.  But we -- as you know, the way this works --
```

TX_00004049

USA_00018354

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 81 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 197 of 248

183

1    you have been here like I have, a long time -- we lay

2    this legislation out.  They come back with a fiscal

3    note of the impact to the state.  They said there is

4    no impact to the state, that they have sufficient

5    money within their budget to handle it.  And I would

6    suggest you ask that question of the Secretary of

7    State.

8                SEN. HINOJOSA:  Well, I think that it's

9    very important that you have provisions in your

10   legislation to deal with this issue.  When you travel

11   by airplane, by air, as you well know, they scan your

12   driver's license and they can tell whether or not it's

13   a fake driver's license.  And what I'm asking of you

14   is whether or not you have provisions in your

15   legislation to deal with fake IDs from the flea

16   market, for example?  I guess not.

17               SEN. FRASER:  I don't want to dodge your

18   question.

19               SEN. HINOJOSA:  But you are.

20               SEN. FRASER:  But you're asking a

21   question that is a technical question of the agency.

22   And again, I don't want to speak for my witnesses.

23   But the guy that's going to speak from Houston,

24   Houston is, in fact, using that exact same thing right

25   now.  So in some areas, it's already in place.

TX_00004050

USA_00018355

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 82 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 198 of 248

184

1    SEN. HINOJOSA:  Well, think about this:

2    How many precincts do we have here in the State of

3    Texas?  And if we are going to check on IDs and

4    whether or not they're fake, you need to have the

5    proper equipment in place.  How much are they going to

6    cost and who is going to pay for it?

7    SEN. FRASER:  Senator, you need to ask

8    the Secretary of State.  And, you know, that is a

9    technical question that the agency is going to have to

10   answer.

11   SEN. HINOJOSA:  Well, I guess the real

12   answer, it may be an unfunded mandate on the counties.

13   SEN. FRASER:  Well, I don't think

14   there's something in the bill that places a mandate on

15   them to buy equipment for that.  You know, I would

16   suspect that there is a system within the DPS to help

17   identify that.  And I think -- I don't want to over-

18   project, but I suspect that between the Secretary of

19   State's office and in the counties, that there is a

20   system that if you input a number, that they can tell

21   whether they're a real number or not.  And I'm sorry.

22   You're getting into an area that I don't have

23   expertise in.

24   SEN. HINOJOSA:  Well, I think it's very

25   important to have some provisions in your legislation

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004051
JA_003474

TX_00004051

USA_00018356

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 83 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 199 of 248

185

1    dealing with this issue because, otherwise, there is

2    no way that you can have a poll worker know whether or

3    not a photo ID is a fake one or not.

4              Let me also ask another question.  Have

5    you considered how much longer it would take for

6    voters to vote, where the lines would be longer and it

7    would discourage people to vote?

8              SEN. FRASER:  Why don't you ask that of

9    the Indiana and the Georgia people.  They just went

10   through two election cycles in Indiana, one in

11   Georgia.  They have already done this.  That would be

12   an excellent question for them.

13             SEN. HINOJOSA:  But, Sen Fraser, you are

14   the one carrying the legislation, not them.

15             SEN. FRASER:  And that's the reason I

16   invited expert witnesses in, of people that have

17   already put this in place.  The advantage we've got is

18   that we're not reinventing the wheel on that.  We can

19   find out their information of what happened.

20             SEN. HINOJOSA:  Well, I think your bill

21   really needs a lot of work.  It has a lot of

22   shortcomings with it in the way it's going to be

23   implemented.

24             And thank you for answering my

25   questions.

TX_00004052

USA_00018357

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 84 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 200 of 248

186

1    SEN. FRASER:  Thank you.

2    SEN. DUNCAN:  Sen. Uresti.

3    SEN. URESTI:  Thank you, Mr. President.

4    Sen. Fraser, I just have a few

5 questions.  I know it's been a long day, but I would

6 like to ask a few questions more specific to my

7 district.

8    But as a backdrop to my questions, not

9 only to you but to the witnesses that you've been

10 referencing all day, you have probably heard me speak

11 to this session, my senatorial district is the largest

12 geographical district in Texas.

13    SEN. FRASER:  I know your district well.

14 There's a lot of it that I used to represent, so I'm

15 very familiar with it.

16    SEN. URESTI:  And it's actually larger

17 than about 24 states in the country.

18    SEN. FRASER:  It's a great district,

19 good people.

20    SEN. URESTI:  It is a beautiful

21 district.  And one of the reasons I stand today to ask

22 you these questions is, I represent the constituents

23 of my district.  In addition to being the largest

24 district in Texas, it's also the second poorest

25 district in Texas.  The per capita income, the average

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004053
JA_003476

TX_00004053

USA_00018358

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 85 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 201 of 248

187

1    per capita for my constituents is $12,484 per year.

2            SEN. FRASER:  Are you aware of the fact

3    that just right below, right above that is the

4    district that I represent?  And so we have a lot in

5    common in the people that I represent and the people

6    you represent, because our districts touch.  And a lot

7    of the people that you represent now are people that I

8    used to.  So we have a very like district.

9            SEN. URESTI:  And even more reason why I

10    think you will appreciate the questions that I have of

11    you, Sen. Fraser.  In my district, the poverty rate is

12    approximately 24 percent.  So when you couple the

13    poverty rate with the vast area of my district, you

14    see the challenges that my constituents face.

15            And I tell you that because when we talk

16    about photo ID and the necessity to obtain an ID,

17    whether it be a driver's license or whether it be an

18    actual Texas photo ID, knowing the area as well as you

19    do, when you look at some of the counties in my

20    district, I think you probably, better than most,

21    fully appreciate the distances that one has to travel

22    in order to get an ID.  And I'll just give you a few

23    examples.  In addition to that, though, the fact that

24    many of these DPS offices are only open on very

25    sporadic days and times.

TX_00004054

USA_00018359

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 86 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 202 of 248

188

1          For example, in Bandera County, it's
2     open -- the DPS office is only open on Wednesdays from
3     9:00 to 4:00.  In Culberson County, it's only open --
4     the DPS office is only open on Thursdays from 9:00 to
5     5:00.
6          In Kinney County, which is where
7     Brackettville is located, the DPS office is only open
8     the first and third Tuesday of each month from 9:00 to
9     4 o'clock.  And then one other example of many,
10    Terrell County, which is down where Sanderson is
11    located, the DPS office is only open one Monday a
12    month from 9:30 to 3:30.
13          So having said that, my concern is the
14    fact that if an individual needs to obtain a photo ID
15    or a Texas driver's license, the challenges that they
16    will face in, one, having to go to those offices; two,
17    the distances that they'll have to travel; and then
18    three, if they're not familiar with the dates or the
19    times that they are open, the fact that they may have
20    to go back.
21          And if they're not registered or they do
22    not obtain that in a timely manner, which I understand
23    it could take up to 60 days or so to receive your
24    photo ID, there is a very good chance that they will
25    not be able to have that ID when they do go to vote.

TX_00004055

USA_00018360

Case 2:13-cv-00193   Document 661-18   Filed on 11/11/14 in TXSD   Page 87 of 115
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-1   Filed 06/20/12   Page 203 of 248

189

1    Would you agree with me on that, Sen. Fraser?

2              SEN. FRASER:  Well, that was a

3    consideration in looking at the parameters, is that

4    the good news for you is, we still have all the same

5    parameters for mail-in ballots.  We haven't changed

6    that.  And all these other forms, there is just a

7    multitude of things they can use for a secondary form

8    of identification.  So if for some reason they

9    couldn't get to that -- and I would -- you know, you

10   and I know that most of those people out there drive

11   and they do have cars, the bulk of them do, and they

12   would be -- they would really like to go and get that

13   driver's license.  But if they couldn't and they were

14   going to vote, there is a multitude of things they can

15   use for identification to make it really, really easy,

16   or they could do a mail-in ballot.  We've made it easy

17   for them.

18             SEN. URESTI:  And I appreciate you

19   bringing that up, because that's a good segue into my

20   next question.  But again, going back to the poverty

21   rate, I would respectfully disagree with you,

22   Sen. Fraser, that they all have cars, because most of

23   them can't afford cars, at least in my district.

24             On Page 5 of your bill, Senator, you

25   reference -- Page 5, Line 20, under "Documentation of

TX_00004056

USA_00018361

1    Proof of Identification," you reference "a United

2    States military identification card that contains the

3    person's photograph."  And I just want to make sure

4    that I clearly understand what you have in your bill,

5    and that for those military individuals, whether they

6    be active duty, reservists, retired, et cetera, if

7    there is no photograph on their military ID, then they

8    would not be able to use that ID under your bill.  Is

9    that correct?

10          SEN. FRASER:  I'm sorry, Senator.  I

11    think you probably have misread this.  You're under

12    the section that lays out the acceptable form of photo

13    ID.  But if it doesn't have a photo on it, it could be

14    used as one of the non-photo IDs, plus one other form

15    of identification.  So the answer to your question is,

16    yes, they could use it.

17          SEN. URESTI:  Okay.  So a military ID

18    that does not have a photo could be used?

19          SEN. FRASER:  Yes.  It's a form of

20    government identification.

21          SEN. URESTI:  Okay.  That's not the way

22    I read it, but I'm glad you cleared that up for me.

23          SEN. FRASER:  Under the (2), it would be

24    one of their forms of identification.  It is a

25    government-issued form of identification.  And under

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 89 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 205 of 248

191

1    the non-photo area, it would be used.

2            SEN. URESTI:  And just so I'm clear, it

3    reads "a United States military identification card

4    that contains the person's photograph."  What my

5    question is, if there is a military ID card that does

6    not have a photograph, then you're saying that those

7    military individuals, whether they be active duty,

8    whether they be reservists, whether they be retired,

9    would not be able to vote with that form of ID.  Is

10   that correct?

11           SEN. FRASER:  That is not correct.  That

12   would be one of their forms of ID.  And if they had

13   one other piece of identification, their utility bill,

14   with that military ID, they're fine.

15           SEN. URESTI:  Whether it has a

16   photograph or no?

17           SEN. FRASER:  Yes.

18           SEN. URESTI:  Okay.  Very good.  That's

19   good to know.

20           Going into the alternative forms of

21   documentation, specifically on Page 6, what I'm trying

22   to reconcile and what is confusing to me, and I

23   believe would be very confusing to the voters of

24   Texas, and complicated, on Page 6, Line 14, you list

25   the following documents -- I beg your pardon -- "The

TX_00004058

USA_00018363

1    following documentation is acceptable as proof of

2    identification under this chapter."

3              Then it goes on to read, Subparagraph

4    (1), a copy of a current utility bill; Paragraph (2),

5    official mail; Paragraph (3), a certified copy;

6    Paragraph (4), United States citizenship papers;

7    Paragraph (5), an original or certified copy; and then

8    No. (6,) court records.

9              And so I'm trying to reconcile those

10   different terms in that you have a copy, you have

11   official document, you are certified document, you

12   have papers, you have original or certified copy, and

13   then you have court records.

14             And to me, that's confusing as an

15   attorney, much less I think to my constituents.  And

16   so specifically -- this is my question, Sen. Fraser --

17   on No. (16) (sic) under the Paragraph (b) where it

18   reads, "a copy of a current utility bill, bank

19   statement, government check, paycheck, or other

20   government document," that leads me to believe that if

21   they brought the original document, they would not be

22   able to use the original document, it would have to be

23   a copy of that document.  Is that correct?

24             SEN. FRASER:  I think you're over-

25   reading the issue, because this is current law.  This

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 91 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 207 of 248

193

1    is current law that we're operating.  If you voted in

2    this last election, you voted under this.  If you will

3    look at that -- and I believe -- is that not taken

4    from current law?  So if you're confused about it

5    today, you were confused about it yesterday, because

6    it was -- that's current law.

7            SEN. URESTI:  Well, let me tell you why

8    I'm confused, Sen. Fraser, because if you go on into

9    Paragraph (2) that's not current law, and Paragraph

10   (3) that's not current law, for specifically Paragraph

11   (3,) you insert "a certified copy."  Paragraph (5),

12   you put "an original or certified copy."  So that's

13   why it's confusing, Sen. Fraser, and that's why I'm

14   trying to clarify it, because you use a copy in one

15   instance, then you use a certified copy in another

16   instance.  But here is my question.  I want to go back

17   to my question.

18           SEN. FRASER:  Wait, wait, wait.  Hold on

19   a second.  You've got to answer the one that you just

20   asked.  One of the great things about these

21   hearings -- and it's the same answer I gave now to the

22   last eight people I've talked to -- I'm about to have

23   the Secretary of State come up here.  The Secretary of

24   State's job is to issue the clarification of adopting

25   rules to clarify the implementation of the law we

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004060
JA_003483

TX_00004060

USA_00018365

194

```
1   passed.  And I would -- I don't want to put words in
2   their mouth, but I would assume they're going to say,
3   "We can handle that."
4               SEN. URESTI:  Okay.  And I appreciate
5   that.  And because you can't speak for the Secretary
6   of State and because you are the author of this bill,
7   I just wanted to ask you, so I could clarify and so I
8   can explain it to the voters of Texas and to my
9   constituents, then -- and I think you understand now
10  what I'm trying to reconcile in that you asked for
11  different documentation.  And, one, it can be a copy
12  or it can be the official mail, et cetera.  And I will
13  ask the specific questions of the Secretary of State.
14              SEN. FRASER:  I think it would be a good
15  idea to do that.
16              SEN. URESTI:  But because you are the
17  author, I wanted to ask you specifically.  And then I
18  think my last question, Sen. Fraser, if you bear with
19  me one second.  I beg your pardon.
20              On Page 4 under Section 8, on Line 20
21  where it reads "did not deliberately provide false
22  information to secure registration in a precinct in
23  which the voter does not reside," I'm trying to
24  understand what you mean when you put "deliberately
25  provide false information."
```

TX_00004061

USA_00018366

1          SEN. FRASER:  Senator, again --

2          SEN. URESTI:  And (2) --

3          SEN. FRASER:  -- I don't want to

4    interrupt you here, but you're quoting current law.

5    That's law right now that we have been living under

6    for some period of time.  And if you've got a question

7    about the interpretation of the Secretary of State's

8    rule on that, I bet they would answer it.

9          SEN. URESTI:  And I hope they can.  But,

10   Senator, this is part of your bill, though.  (1) --

11         SEN. FRASER:  Now, just a second.  You

12   know the way this works in legislation is that if it's

13   current law, you reprint current law.  And if you're

14   going to make a change, you insert it and underline.

15   And all we're doing there -- we could have left all

16   that out and make you work and go see how it fits

17   together.  But, you know, you have been here a long

18   time, and you know that's the way it works is, we go

19   ahead and tell you what current law is so it reads

20   correctly.  I didn't make that law up.  It's just a

21   law that is there.  And I think you could ask the

22   Secretary of State the way it's interpreted.

23         SEN. URESTI:  And I appreciate that.

24   But did you not strike certain language from current

25   law in this bill, Sen. Fraser?

196

```
 1                    SEN. FRASER:  If it was struck -- did we

 2       strike -- just a second.

 3                         (Brief pause)

 4                    I'm not advised as to whether we struck

 5       something.  I believe the language that you're

 6       referring to on Line 20 is current law and above and

 7       below it is current law.  And I, to my knowledge --

 8       but again, I think you should ask the Secretary of

 9       State that.

10                    SEN. URESTI:  And I'll do that.  Thank

11       you, Sen. Fraser.

12                    SEN. FRASER:  You bet.  Thank you.

13                    SEN. DUNCAN:  Sen. Van de Putte.

14                    SEN. VAN de PUTTE:  Thank you,

15       Mr. President.

16                    And, Sen. Fraser, I'm . . .

17                    SEN. FRASER:  It was wishful thinking.

18                    SEN. VAN de PUTTE:  And I would have

19       hoped that this question would have been asked before,

20       and I've listened and it's not, and I know that we

21       would love to --

22                    SEN. FRASER:  I would love to have a new

23       question.

24                    SEN. VAN de PUTTE:  Well, thank you.

25       I'm going to be very, very quick.  I am looking at
```

TX_00004063

USA_00018368

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 95 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 211 of 248

197

```
 1    Page 5, Line 27.

 2                   SEN. FRASER:  Just a second.  Let me get

 3    my glasses, Senator.  Hold on.  I'm deaf and blind.

 4                   SEN. VAN de PUTTE:  Section 10 of the

 5    bill.

 6                   SEN. FRASER:  Section 10.  What page?

 7                   SEN. VAN de PUTTE:  Page 5, Line 27.

 8                   SEN. FRASER:  Got it.

 9                   SEN. VAN de PUTTE:  In that section,

10    there is a change from the United States citizenship

11    papers -- and you strike that -- to certificate.  Tell

12    me, what is the difference between a certificate and

13    the papers?

14                   SEN. FRASER:  Senator, again, you and I

15    have served together a long time.  And you know when

16    these bills come from Leg. Council, that if there is

17    clean-up legislation, they need to clarify something

18    that is either case law.  The answer is, I don't know

19    why they struck that.

20                   SEN. VAN de PUTTE:  Well, it --

21                   SEN. FRASER:  It was not our

22    recommendation.  This came from Leg. Council this way.

23    I can find out the answer to that --

24                   SEN. VAN de PUTTE:  Okay.

25                   SEN. FRASER:  -- but I can honestly say
```

TX_00004064

USA_00018369

Case 2:13-cv-00193   Document 661-18   Filed on 11/11/14 in TXSD   Page 96 of 115
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-1   Filed 06/20/12   Page 212 of 248

198

1    I don't know.

2            SEN. VAN de PUTTE:  Okay.  Well, I think

3    there is different terminology.  It is my

4    understanding, since I represent a Hispanic

5    district -- and many of the senators here have a

6    number of Hispanics -- this is especially important

7    for naturalized citizen.  It is my understanding that

8    the certificate means the 8-by-11 certificate with a

9    photo that is given at the time of naturalization.  So

10   it does have a photo, and it's under your section that

11   it would be okay for a photo.  My question is that the

12   government also issues a wallet-sized card that is

13   listed as a paper.  That could be part of the paper,

14   but it has no ID.

15           On the section of the bill that you talk

16   about non-photo, which would be Page 6, Line 24, it

17   says "United States citizenship papers."  Papers I

18   think are the card.  But the papers, are they the

19   certificate?  And the reason I ask is, because at the

20   time of naturalization -- and many of us have

21   Hispanics in our district that as young children were

22   naturalized.  That picture is of a child and doesn't

23   match up.  So how --

24           SEN. FRASER:  Senator -- and again, I

25   don't want to dodge your question.  I think probably

TX_00004065

USA_00018370

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 97 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 213 of 248

199

```
1    this is a legitimate question to ask the Secretary of

2    State.

3                   SEN. VAN de PUTTE:  Okay.

4                   SEN. FRASER:  I'm not sure they can

5    answer that one.  But I will tell you my intent on

6    this is not to deny any legal voter that should have

7    the right to vote, and that if someone is using this

8    as a source of documentation and it is a legal

9    documentation that proved they are who they say they

10   are, I want them to be able to use it.  I want all

11   Hispanics that you represent --

12                   SEN. VAN de PUTTE:  Yes.

13                   SEN. FRASER:  -- to have the ability to

14   vote under this bill, and my intent is to increase

15   their right to do that.  So if there is a tweak needed

16   there, I can tell you I'm open to it.  I don't know

17   the answer to the question you're asking.

18                   SEN. VAN de PUTTE:  Well, thank you.  In

19   researching that, there is a difference between

20   "certificate" and "paper."  On one, the certificate

21   does have a photo ID; the paper does not.  And I think

22   that's probably why Leg. Council did that.

23                   SEN. FRASER:  You and I could probably

24   sit down with a Leg. Council lawyer, ask them what

25   happened, the meaning of that.  And it is certainly
```

TX_00004066

USA_00018371

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 98 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 214 of 248

200

```
 1    not my intent in any way to deny someone the right to

 2    vote.  My intentions are exactly the opposite.  I want

 3    them to be able to identify themself and vote.

 4              SEN. VAN de PUTTE:  Well, thank you,

 5    Senator, because the picture photo for many of my

 6    constituents who have been naturalized and are now

 7    adults or maybe even elderly does not match up,

 8    because that was taken at the time of naturalization.

 9              And my fear was that an election clerk,

10    having to know the difference between certificates and

11    paper and then maybe the name not matching up,

12    particularly for women who then would be -- the

13    naturalization paper certificate would never match up

14    with your married name if you were naturalized as a

15    child, and that would be extremely discriminatory

16    toward Hispanic citizens and particularly to this

17    state, which may not have been a problem in Georgia or

18    Indiana but is definitely a problem here, and I

19    appreciate that.

20              SEN. FRASER:  Not a -- absolutely, we

21    want -- if someone is a legal citizen and has

22    identification and they're registered to vote, then I

23    want them to have the ability to do that.

24              One of the questions you just asked

25    about the picture not matching up, I would also advise
```

TX_00004067

USA_00018372

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 99 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 215 of 248

201

1    you to ask the Secretary of State that, is that I

2    think there's methodology, that it's even addressed --

3    it was anticipated -- in some of the things I read,

4    that if I grew a beard and I don't look like I used

5    to, a methodology to make sure that we could verify

6    who you say you are.

7           SEN. VAN de PUTTE:  Thank you, Senator.

8    And I have one follow-up question.  You and I have the

9    luxury and the blessing of representing many now Texas

10    residents who are voting in the state who happen to be

11    military families and military members.  And I know

12    you are well aware of Fort Hood and Sen. Shapleigh at

13    Fort Bliss.  My question is a follow-up to Sen.

14    Uresti's questions on military ID.

15           Many times the identification of record

16    doesn't have the address of the voting.  So if they

17    were voting here but their address of record is at --

18    how would, under your bill, a clerk treat that

19    inconsistency of a nonmatch-up for our military

20    members?

21           SEN. FRASER:  Again, Senator -- and I

22    thank you for acknowledging my district being

23    impacted.  I believe that I have the largest number of

24    ex-military in the state living in my senate district,

25    you know, former military.  I want to make sure that

TX_00004068

USA_00018373

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 100 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 216 of 248

202

```
 1    they have the right to vote.

 2              Yes, they do change addresses, but this

 3    is something that we have been coping with for years,

 4    even under our current system.  Again, I think the

 5    Secretary of State is capable of not only answering

 6    that question but also making sure we have a seamless

 7    transition to this, because it's extremely important

 8    to me, and I know it is to you, is that I want to make

 9    sure that our brave men and women that have served

10    this country preserve that very basic right in making

11    sure they get to vote in elections.

12              SEN. VAN de PUTTE:  Thank you, Senator.

13    I appreciate that.  And I want to clarify, just for

14    the last time, so that I understand.  With the changes

15    that you are proposing, every Texan who wishes to cast

16    a ballot would have to bring both their certificate,

17    voter certificate that's issued by the jurisdiction

18    that they've registered in, and some sort of photo

19    identification.  Is that correct?

20              SEN. FRASER:  Well, that's not exactly,

21    the way you phrased that.  Actually, for someone to

22    vote, all they've got to do is show up.  So that

23    the -- I need to ask a question.  I just thought of

24    something.

25              (Brief pause)
```

TX_00004069

USA_00018374

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 101 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 217 of 248

203

```
 1                    Okay.  I'm sitting here having a
 2      discussion with my staff, clarifying that that is the
 3      case.  And I can tell you, my intent on this would be
 4      that it's -- here would be the example I would give
 5      you.  I go to Marble Falls or Horseshoe Bay to vote.
 6      I never have my voter ID.  I always just pull out my
 7      driver's license.  Let's just say for some reason I
 8      forgot my driver's license.  My intent would be, if I
 9      have two other pieces of identification listed here
10      and they match up with the voter roll and it says,
11      "Troy Fraser, 103 Lighthouse," a particular precinct,
12      it would be my intention you should vote.
13                    SEN. VAN de PUTTE:  Well, that's --
14                    SEN. FRASER:  I'm not clear -- I want to
15      make sure, as you do -- and I think what you're
16      raising is making sure that the bill absolutely says
17      that, and that is the intent.
18                    SEN. VAN de PUTTE:  Well, thank you,
19      Sen. Fraser, because the way I looked at this, I
20      thought that every Texan who wants to cast a ballot
21      now will have to present with both the voter
22      certificate and a photo ID or the certificate and two
23      alternate forms.  So you either have a two-fer or a
24      three-fer.  And I'm just wondering if that's correct
25      or if someone shows up and they do not have their
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004070
JA_003493

TX_00004070

USA_00018375

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 102 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 218 of 248

204

1    certificate, do they just need a photo ID?  And if

2    they show up and they don't have their certificate or

3    a photo, what other two --

4                    SEN. FRASER:  I don't have the answer

5    for you today.  I'll be honest with you, that I've got

6    to look at that.  I wish I could give you an answer on

7    that, but I don't have an answer right now.  And I've

8    got to look at the bill, talk to the Secretary of

9    State's office, see how that flows together, look at

10   the election official and determine how we blend that

11   together.

12                   My intention is that I want everyone to

13   vote.  I'll give you that as a blanket answer.  My

14   intention is that if someone can prove who they say

15   they are, I want them to vote.

16                   SEN. VAN de PUTTE:  Thank you,

17   Sen. Fraser.

18                   SEN. FRASER:  Thank you.

19                   SEN. DUNCAN:  Nobody else?

20                   All right, members.  Sen. Gallegos -- I

21   thought I had lost count.

22                   SEN. GALLEGOS:  A question of the

23   author.

24                   SEN. FRASER:  This is the three-minute

25   rule.  Are we using the egg timer rule?

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004071
JA_003494

TX_00004071

USA_00018376

1          SEN. GALLEGOS:  Well, you already

2     surpassed that, so I thought I would --

3          SEN. FRASER:  No.  I'm still just

4     answering your questions.

5          SEN. GALLEGOS:  Well, Senator, let me

6     ask you, have you thought about the state of our

7     economy and the steadily rising number of foreclosures

8     taking place?  And I'm talking about this bill.  Just

9     last week, the Dallas Morning News reported that the

10    Carrollton-Farmers Branch School District has seen

11    185 percent increase in the 2008-2009 school year of

12    homeless students.

13         SEN. FRASER:  Senator, can you help me

14    here?  I'm having trouble.  I'm looking at the bill,

15    and I'm having trouble finding the place that has to

16    do with foreclosures.

17         SEN. GALLEGOS:  Well, no, no, no.  I'm

18    getting to my question, if you allow me.

19         SEN. FRASER:  I will.

20         SEN. GALLEGOS:  These are people in the

21    State of Texas whose entire families are affected.

22    And the homeless, as you know, well know, they move

23    around a lot.  They're U.S. citizens, and they move

24    around a lot and stay in cars, in shelters and

25    sometimes relatives' houses.  But the important thing

TX_00004072

USA_00018377

Case 2:13-cv-00193   Document 661-18   Filed on 11/11/14 in TXSD   Page 104 of 115
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-1   Filed 06/20/12   Page 220 of 248

206

```
 1    is that they do not have a permanent residence, even

 2    though they're U.S. citizens.

 3              And I guess -- and they don't have

 4    utility bills, they aren't on a current regular

 5    schedule.  And to show, if that is asked for when they

 6    go to a precinct to vote, I guess my question is,

 7    under your bill, under this scenario, is there a limit

 8    on how many times they can get an official DPS ID to

 9    vote every couple of weeks?

10              SEN. FRASER:  Well, first of all, I'm

11    confused in your description of this, because for

12    someone to register to vote and be legal to vote, they

13    have to specify the precinct that they're in.  And

14    that's one -- I think one of the requirements that the

15    Secretary of State looked for, is that you have to be

16    a resident voting in a specific precinct, and they had

17    to mail that to somewhere.  But the answer to your

18    question that you were getting to is, is there a limit

19    on the number of IDs they can get?  And, no, there is

20    no limit.

21              SEN. GALLEGOS:  There is no limit under

22    your bill?

23              SEN. FRASER:  No limit.

24              SEN. GALLEGOS:  Okay.  All right.  Thank

25    you.
```

TX_00004073

USA_00018378

```
 1                    SEN. FRASER:  Unlimited IDs.
 2                    SEN. GALLEGOS:  There's unlimited ID.
 3       Okay.  All right.  Thank you.
 4                    SEN. FRASER:  Thank you.
 5                    SEN. DUNCAN:  Okay, members.  If there
 6       are no other questions, we are now ready to move into
 7       the invited testimony phase of the hearing.  So at
 8       this point in time, I think I have been submitted --
 9       actually, we had the Secretary of State collect the
10       list from the author and those who might be opposed to
11       the bill.
12                    And, as stated earlier, I will first
13       invite -- we'll have Hans von Spakovsky to testify
14       first.  He is proposed by Sen. Fraser.  And then
15       followed by that, we'll have Tova Andrea Wang, who is
16       proposed by Sen. Van de Putte.  If we could bring them
17       into the chamber.  And we will have a timer that will
18       be 10 minutes.
19                    Sen. Van de Putte, I believe you had a
20       witness that you needed a little bit longer time.  Is
21       this the witness?
22                    Okay.  And, members, again I'll state
23       again, we will not recognize anybody for a question
24       during the 10-minute period of time for layout.
25       Thereafter, we will allow questions.  I'll remind you
```

TX_00004074

USA_00018379

```
1    that we have the public testimony that will follow

2    after the invited testimony, so be efficient.  But,

3    you know, you're entitled to ask your questions.

4               So is Mr. von Spakovsky in the chamber?

5               And for the sake of time, if we could go

6    ahead and bring Tova Andrea Wang into the chamber.

7               Is this -- who is this?

8               (Off-the-record discussion)

9               SEN. DUNCAN:  Mr. von Spakovsky.

10              Okay.  She will go second.

11              Okay, Mr. von Spakovsky, you're

12   recognized.  You need to state your name and who you

13   represent.  I believe you have turned in a witness

14   affirmation card.  You have 10 minutes.  That will be

15   strictly enforced.  And you have a timer there in

16   front of you.  You can begin.

17              (Proceedings continued in Volume 1B)

18

19

20

21

22

23

24

25
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004075
JA_003498

TX_00004075

USA_00018380

TRANSCRIPT OF PROCEEDINGS BEFORE

THE SENATE OF THE STATE OF TEXAS

EIGHTY-FIRST LEGISLATURE

(COMMITTEE OF THE WHOLE SENATE)

AUSTIN, TEXAS

IN RE: §
§
CONSIDERATION OF §
SENATE BILL 362 §

## COMMITTEE OF THE WHOLE SENATE

## TUESDAY, MARCH 10, 2009

BE IT REMEMBERED THAT AT 5:50 p..m., on Tuesday, the 10th day of March 2009, the above-entitled matter continued at the Texas State Capitol Senate Chamber, Austin, Texas, before the Committee of the Whole Senate; and the following proceedings were reported by Aloma J. Kennedy, a Certified Shorthand Reporter of:

VOLUME 1B                           PAGES 209 - 480

## KENNEDY

## REPORTING

## SERVICE

### *a record of excellence*

**1801 Lavaca • Suite 115 • Austin, Texas 78701 • 512-474-2233**

ORIGINAL

TX_0000407
JA_003499

TX_00004076

USA_00018381

i

```
1                      TABLE OF CONTENTS

2                                                             PAGE

3                        VOLUME 1A

4    PROCEEDINGS, TUESDAY, MARCH 10, 2009                       2

5    ROLL CALL NO. 1                                            2

6    OPENING INSTRUCTIONS BY SEN. DUNCAN                        5

7    OBJECTION TO FURTHER CONSIDERATION OF SB 362
     (SEN. WEST)                                               12
8
     ROLL CALL NO. 2                                           38
9
     LAYING OUT OF SENATE BILL 362
10   (SEN FRASER)                                              44

11   QUESTIONS FROM SENATE FLOOR                               53

12                       VOLUME 1B

13   INVITED TESTIMONY                                        210

14        TESTIMONY BY HANS VON SPAKOVSKY                     210
          QUESTIONS FROM SENATE FLOOR                         218
15
          TESTIMONY BY TOVA ANDREA WANG                       277
16        QUESTIONS FROM SENATE FLOOR                         287

17        TESTIMONY BY CAMERON QUINN                          300
          QUESTIONS FROM SENATE FLOOR                         306
18
          TESTIMONY BY TOBY MOORE                             336
19        QUESTIONS FROM SENATE FLOOR                         344

20        TESTIMONY BY FRANK B. STRICKLAND                    373
          QUESTIONS FROM SENATE FLOOR                         417
21
          TESTIMONY BY ADAM SKAGGS                            408
22        QUESTIONS FROM SENATE FLOOR                         417

23        TESTIMONY OF ROBERT A. SIMMS
          SUBMITTED BY WES TAILOR                             435
24
          TESTIMONY BY J. GERALD HEBERT                       442
25        QUESTIONS FROM SENATE FLOOR                         450
```

TX_00004077

USA_00018382

ii

```
1                       TABLE OF CONTENTS

2                                                       PAGE

3                          VOLUME 2

4    PROCEEDINGS, WEDNESDAY, MARCH 11, 2009           482

5
         QUESTIONS FROM SENATE FLOOR (CONTINUED)      482
6
```

| | PAGE |
|---|---|
| TESTIMONY BY THOMAS WHEELER | 502 |
| QUESTIONS FROM SENATE FLOOR | 510 |
| TESTIMONY BY CHANDLER DAVIDSON | 521 |
| QUESTIONS FROM SENATE FLOOR | 527 |
| TESTIMONY BY ED JOHNSON | 559 |
| QUESTIONS FROM SENATE FLOOR | 566 |
| TESTIMONY BY DANIEL B. KOHRMAN | 621 |
| QUESTIONS FROM SENATE FLOOR | 628 |
| TESTIMONY BY COBY SHORTER | 653 |
| QUESTIONS FROM SENATE FLOOR | 655 |
| TESTIMONY BY DENNIS BOREL | 706 |
| QUESTIONS FROM SENATE FLOOR | 713 |
| TESTIMONY BY GARY GLEDSOE | 724 |
| QUESTIONS FROM SENATE FLOOR | 731 |
| TESTIMONY BY ERIC NICHOLS | 742 |
| QUESTIONS FROM SENATE FLOOR | 750 |
| | |
| PUBLIC TESTIMONY | 771 |
| CLAIRE OXLEY GLUCK | 771 |
| HAZEL COTTON | 773 |
| QUESTIONS FROM SENATE FLOOR | 775 |
| KATHY HICKS | 776 |
| JAMES E. CARTER | 779 |
| RUSTY HICKS | 781 |

TX_00004078
JA_003501

TX_00004078

USA_00018383

TABLE OF CONTENTS

                                                    PAGE
PUBLIC TESTIMONY (CONTINUED)

    TINA BENKISER                               784
    B.R. SKIPPER WALLACE                        787
    ANITA PRIVETT                               789
    MARY ANN COLLINS                            792

    ROSA ROSALES                                794
    QUESTIONS FROM SENATE FLOOR                 797

    DUSTIN RYNDERS                              800

    MARSHA CORREIRA                             803
    QUESTIONS FROM SENATE FLOOR                 806

    RENE LARA                                   807
    LEE MEDLEY                                  810
    JOHN WATKINS                                811
    KENNETH FLIPPEN                             813
    ANNIE BANKS                                 816
    RACHEL HERNANDEZ                            817
    RENATO DE LOS SANTOS                        819
    JUDY HOLLOWAY                               823
    LYDIA CAMARILLO                             825
    EDWARD B. WILLIAMS                          828
    MADELEINE DEWAR                             830
    HELEN VILLARREAL                            833
    MARK WILLIAMSON                             835
    VANESSA FOSTER                              838

    LUIS FIGUERO                                840
    QUESTIONS FROM SENATE FLOOR                 844

    PATTI EDELMAN                               844
    SYLVIA MENDOZA                              846
    KENNETH KOYM                                848
    KAREN RENICK                                850
    JONI ASHBROOK                               853
    DUANE RAWSON                                856
    ROD FLUKER                                  858

ROLL CALL NO. 3                                 864


PROCEEDINGS CONCLUDED                           869

TX_00004079

USA_00018384

|  |  | | MARKED | ADMITTED |
|---|---|---|---|---|

EXHIBIT INDEX

| | | | MARKED | ADMITTED |
|---|---|---|---|---|
| 1A | Sen. Van de Putte 3/3/09 Memo to Sen. Duncan re ground rules for Committee of the Whole Pubic hearing | | 21 | 21 |
| 1B | Sen. Duncan 3/5/09 Memo to Sen. Van de Putte re response to concerns about ground rules for the Committee of the Whole Senate | | 21 | 21 |
| 2. | Letter to Texas Attorney General Greg Abbott re: Hearing on SB 362, signed by 11 Senators | | 21 | 21 |
| 3. | Senate Notice of Public Hearing on SB 362 for 3/10/09 | | 21 | 21 |
| 4. | Texas Senate Agenda, 3/10/09 | | 21 | 21 |
| 5A | 3/10/09 Tag Form signed by Sen. Royce West, et al | | 21 | 21 |
| 5B | 3/10/09 Tag Form signed by Sen. Mario Gallegos | | 21 | 21 |
| 6. | Roll Call No. 2 - Sen. Gallegos' Appeal of Ruling of Chair on Sen. West's Point of Order | | 120 | 120 |
| 7. | Institute of Public Policy Publication entitled "The Effects of Photographic Identification on Voter Turnout in Indiana: A County-Level Analysis" by Jeffrey Milyo, Report 10-2007, Revised December 2007 | | 120 | 120 |

TX_00004080
JA_003503

TX_00004080

USA_00018385

v

| | | MARKED | ADMITTED |
|---|---|---|---|

EXHIBIT INDEX (continued)

1

2                                         MARKED   ADMITTED

3    8.   AU News publication entitled
          "Much-hyped Turnout Record
4         Fails to Materialize -
          Convenience Voting Fails to
5         Boost Balloting"                   120        120

6    9.   Symposium paper entitled
          "The Empirical Effects of
7         Voter-ID Laws:  Present or
          Absent?" by Jason D. Mycoff,
8         Michael W. Wagner and
          David C. Wilson                    120        120
9
10   10.  9/10/07 Report of the
          Heritage Center for Data
11        Analysis entitled "New
          Analysis Shows Voter
12        Identification Laws Do Not
          Reduce Turnout" by David B.
13        Muhlhausen and Keri  Weber
          Sikich                             120        120

14   11.  *New York Times* article -
          September 23, 2005 - entitled
15        "Voting Reform is in the
          Card's," by Jimmy Carter
16        and James A. Baker III             160        160

17   12.  Harvey Kronberg's Quorum Report
          April 23, 2007, entitled "Royal
18        Masset:  The Voter ID Bill Will
          Kill My Mother's Right to Vote"    160        160
19
20   13.  2/3/08 article entitled "A
          Clearer Picture on Voter ID"
          by Jimmy Carter and James A.
21        Baker III                          160        160

22   14.  Testimony of Hans A. von
          Spakovsky, March 10, 2009,
23        re SB 362                          217        217

24

25

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00004081
JA_003504

TX_00004081

USA_00018386

vi

EXHIBIT INDEX (continued)

|  |  |  | MARKED | ADMITTED |
|---|---|---|---|---|
| 15A | 6/11/07 Letter to Senate Committee on Rules and Administration re Hans A. von Spakovsky nomination |  | 254 | 254 |
| 15B | 6/12/07 Article entitled "Obama Raises Concerns Over FEC Nominee's Record of Partisanship" |  | 254 | 254 |
| 15C | 10/3/07 Letter to the U.S. Senate from Public Citizen |  | 254 | 254 |
| 16. | Institute of Public Policy Publication entitled, "The Effects of Photographic Identification on Voter Turnout in Indiana: A County-Level Analysis" by Jeffrey Milyo, Report 10-2007, Revised December 2007 **(SAME AS EXHIBIT 7)** |  | 265 | 265 |
| 17. | Testimony of Tova Andrea Wang, Vice President, Research Common Cause, March 10, 2009, re SB 362 |  | 300 | 300 |
| 18. | Report of the Commission on Federal Election Reform entitled, "Building Confidence in U.S. Elections," September 2005 |  | 313 | 313 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

TX_00004082
JA_003505

TX_00004082

USA_00018387

Case 2:13-cv-00193 Document 661-18 Filed on 11/11/14 in TXSD Page 114 of 115
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 230 of 248

vii

```
1                    EXHIBIT INDEX (continued)

2                                      MARKED   ADMITTED

3   19.  Fifteen letters to the Hon.
         Dianne Feinstein, Chair, and the
4        Hon. Robert F. Bennett, ranking
         minority member, U.S. Senate
5        Committee on Rules and
         Administration:
6
         1.   6/29/07 letter from Hans
7             A. von Spakovsky
         2.   3/22/07 letter from various
8             members of Congress
         3.   3/13/07 letter from William
9             H. Jordan
         4.   2/08/07 letter from Gary J.
10            Smith
         5.   2/26/07 letter from P. K.
11            Brunelli
         6.   3/01/07 letter from J. A.
12            Borras
         7.   2/21/07 letter from Trey
13            Grayson
         8.   2/20/07 letter from Beverly
14            B. Kaufman
         9.   2/19/07 letter from Todd
15            Rokita
         10.  2/16/07 letter from Frank
16            B. Strickland
         11.  2/14/07 letter from Tom Lowe
17       12.  2/13/07 letter from
              T. Rogers Wade
18       13.  2/14/06 letter from Johnny
              Isakson
19       14.  2/09/07 letter from Wesley
              R. Kliner, Jr.
20       15.  3/13/07 letter from Ray
              Martinez III                  333       333
21
    20.  Brennan Center For Justice letter
22       dated October 3, 2007, by
         Executive Director Michael
23       Waldman, with attachments         335       335

24

25
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004083
JA_003506

TX_00004083

USA_00018388

```
 1              EXHIBIT INDEX (continued)

 2                                          MARKED   ADMITTED

 3     21.  Prepared Remarks of Dr. Toby
            Moore, Research Triangle,
 4          regarding "Evidence of the
            impact of voter ID requirements
 5          and the prospects of US DOJ
            preclearance," March 10, 2009      358       358
 6
       22.  Harris County Map submitted
 7          by Sen. Gallegos                   366       366

 8     23.  Testimony of Frank B.
            Strickland re SB 362
 9          March 10, 2009                     373       373

10     24.  Testimony of Adam Skaggs,
            Counsel, Democracy Program,
11          Brennan Center for Justice at
            NYU School of Law, regarding
12          The Myth of Voter Impersonation
            Fraud at the Polls
13          March 10, 2009                     408       408

14     25.  Written Testimony of Robert A.
            Simms, Georgia Deputy Secretary
15          of State, presented to the
            United States Senate Committee
16          on Rules and Administration,
            submitted by Wes Tailor            435       435
17
       26.  Testimony of J. Gerald Hebert
18          re SB 362, March 10, 2009          442       442

19     27.  Letter from Rene Guerra (March 6,
            2009) Criminal District Attorney
20          of Hidalgo County,
            Submitted by Sen. Lucio            479       479
21
       28.  3/4/09 Letter from Todd
22          Rokita, Indiana Secretary
            of State, to Sen. Fraser
23          re SB 362                          502       502

24

25
```

TX_00004084

USA_00018389