ix

```
 1                    EXHIBIT INDEX (continued)

 2                                          MARKED   ADMITTED

 3    29.  Testimony of Chandler Davidson,
           Tsanoff Professor of Public
 4         Affairs Emeritus, Rice University,
           regarding "The Historical Context
 5         of Senate Bill 362," March 10,
           2009                                521       521
 6
      30.  3/06 Printout from Texas AG
 7         Website entitled "Helping Stamp
           Out Voter Fraud in Texas," by
 8         Greg Abbott, Attorney General
           of Texas, submitted by
 9         Sen. Shapleigh                      550       550

10    31.  Dashwood case documents
           submitted by Ed Johnson, Harris
11         County Tax Assessor-Collector
           and Voter Registrar's Office        559       559
12
      32.  Records from specific Harris
13         County voting documents,
           submitted by Ed Johnson            559       559
14
      33.  Harris County Deceased
15         Voting History, miscellaneous
           registration applications,
16         submitted by Ed Johnson            559       559

17    34.  Texas Voter Registration
           Application form submitted
18         by Sen. Huffman                    570       570

19    35.  Testimony of Daniel B.
           Kohrman, Senior Attorney,
20         AARP Foundation, re SB 362
           March 10, 2009                     621       621
21
      36.  Photographs of Voter Education,
22         Anderson County Workshop, 2008     724       724

23    37.  Testimony of Gary L. Bledsoe,
           President, Texas NAACP,
24         re SB 362, March 10, 2009          724       724

25
```

TX_00004085

USA_00018390

x

```
 1              EXHIBIT INDEX (continued)

 2                                    MARKED   ADMITTED
        38.  Number of voters who have
 3           registered since 2006 without
             a driver's license number,
 4           submitted by Sen. Watson         767      767

 5      39.  The Special Investigations
             Unit Role and Investigative
 6           Efforts and Funding,
             submitted by Sen. Huffman        767      767
 7
        40.  Slip Opinion, U.S. Supreme
 8           Court, Crawford vs. Marion
             County Election Board,
 9           October Term, 2007               768      768

10      41.  U.S. Supreme Court, Crawford
             vs. Marion County Election
11           Board, on Writ of Certiorari
             to U.S. Court of Appeals for
12           the Seventh Circuit, Brief of
             Texas, Alabama, Colorado,
13           Florida, Hawaii, Michigan,
             Nebraska, Puerto Rico and
14           South Dakota, as Amici Curiae
             Supporting Respondents          768      768
15
        42.  Written Testimony of Claire
16           Oxley Gluck from Boerne, in
             Kendall County, re SB 362        773      773
17
        43.  Written Testimony of Hazel
18           Cotton of Texarkana, Texas
             re SB 362                        775      775
19
        44.  Written Testimony of Kathy
20           Hicks of Texarkana, Texas
             re SB 362                        779      779
21
        45.  Written Testimony of Donald
22           Giles of Texarkana, Texas
             re SB 362                        783      783
23
        46.  Written Testimony of Anita
24           Privett, League of Women
             Voters of Texas, re SB 362       789      789
25
```

TX_00004086

USA_00018391

x

```
 1                    EXHIBIT INDEX (continued)

 2                                          MARKED   ADMITTED

 3     47.  Written Testimony of Rosa
            Rosales, League of United
 4          Latin American Citizens,
            National President
 5          re SB 362                         794        794

 6     48.  Written Testimony of Dustin
            Rynders, Advocacy, Inc.,
 7          re SB 362                         800        800

 8     49.  Written Testimony of Marsha
            Correira re SB 362                804        804
 9

10     50.  Written Testimony of Rachel
            A. Hernandez re SB 362            817        817
11
       51.  10/17/08 Article by Nelda
12          Wells Spears, Voter Registrar,
            Travis County, entitled "40,000
13          Voter Registration Applications
            Processed in Time For Early
14          Voting"                           825        825

15     52.  Written Testimony of Lydia
            Camarillo, SVREP Vice
16          President, re SB 362              826        826

17     53.  Written Testimony of Luis
            Figueroa, Mexican American
18          Legal Defense and Education
            Fund (MALDEF), re SB 362          841        841
19
       54.  Written Testimony of Sylvia
20          Mendoza re SB 362                 848        848

21     55.  Written Testimony of Dr. Rod
            Fluker, Sr., Executive Director
22          for Texas Association of Black
            Personnel in Higher Education,
23          re SB 362                         861        861

24

25
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00004087
JA_003510

TX_00004087

USA_00018392

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 4 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 235 of 248

210

```
 1              P R O C E E D I N G S
 2             TUESDAY, MAY 10, 2009
 3                 (5:50 p.m.)
 4              INVITED TESTIMONY
 5       TESTIMONY BY HANS VON SPAKOVSKY
 6             MR. von SPAKOVSKY:  Thank you,
 7   Mr. Chairman, senators.  I appreciate the invitation
 8   to testify here today.  My name is Hans von Spakovsky.
 9   I'm a legal scholar at the Heritage Foundation,
10   although the opinions here today are my own.
11             Just by background, I've got extensive
12   experience in voting and election issues.  I spent
13   four years at the Department of Justice as a voting
14   counsel.  I spent two years on the Federal Election
15   Commission.  I also spent five years as a member of a
16   county election board in Atlanta, Georgia, in Fulton
17   County, which is the largest county in the state, and
18   it's a county that's about half African-American.
19             Guaranteeing the integrity of elections
20   requires having security throughout the entire
21   election process, from the voter registration to
22   voting in the polls on Election Day to counting the
23   ballots.  I doubt any of you here would think it would
24   be a good idea to give worldwide Internet access to
25   the computers that are in a county election department
```

TX_00004088
JA_003511

TX_00004088

USA_00018393

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 5 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 236 of 248

211

1    that tabulate the vote.

2              Requiring someone to authenticate their

3    identity in the polling place is part and parcel of

4    the same kind of security.  Every illegal vote steals

5    a vote from a legitimate voter.  And voter ID doesn't

6    just prevent impersonation fraud at the polls, it also

7    can prevent people from voting under fictitious voter

8    registrations and also double voting by individuals

9    who are registered in more than one state.

10             Voter fraud does exist, and criminal

11   penalties imposed after the fact are not sufficient to

12   protect against it.  That claim was, in fact, raised

13   in the Indiana case, and the Supreme Court said that

14   despite such criminal penalties, there are flagrant

15   examples of such fraud that have been documented

16   throughout this nation's history by respected

17   historians and journalists.  They not only demonstrate

18   the risk of voter fraud is real, but it could affect

19   the outcome of a close election.

20             You've had some questions about why have

21   there not been more prosecutions of voter

22   impersonation.  Well, as the Seventh circuit said in

23   the Indiana case, it's hard to prosecute something

24   when you don't have the tool to detect it, voter ID.

25             However, if you want a good example of

TX_00004089

USA_00018394

Case 2:13-cv-00193  Document 661-19  Filed on 11/11/14 in TXSD  Page 6 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-1  Filed 06/20/12  Page 237 of 248

212

1    this, I wrote a paper last year for the Heritage

2    Foundation that detailed a publicly released state

3    grand jury report in New York City, 1984, which

4    detailed a successful and undetected 14-year

5    conspiracy in which impersonation fraud was carried on

6    at the poll and thousands of fraudulent ballots were

7    cast in not just state legislative primary elections

8    but also in congressional elections.

9            Crews of from five to eight people were

10   recruited and sent from polling place to polling place

11   where they voted in the names of legitimate voters,

12   people who were dead but still on the registration

13   lists, individuals who had moved and also under the

14   names of fictitious voter registration names that had

15   been successfully registered.

16           According to the grand jury, the advent

17   of mail-in registration was a key factor in this

18   fraud.  It could have been easily stopped if New York

19   had had voter ID.  In recent elections, as you know,

20   thousands of fraudulent voter registration forms were

21   detected by election officials.  But given the minimal

22   screening efforts in many election jurisdictions,

23   there is no way to know how many others slipped

24   through.  In states with ID, election officials --

25   without ID, election officials have no way to prevent

TX_00004090
JA_003513

TX_00004090

USA_00018395

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 7 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 238 of 248

213

1   bogus votes from being cast.

2           The problem of double voting -- well,

3   I'll give you an example of that.  In the Indiana

4   Supreme Court case, the League of Women Voters filed

5   an amicus brief against the law.  And in it they

6   illustrated an Indiana voter, an elderly woman who

7   they said had had problems voting.  The local paper

8   went and interviewed here.

9           The reason she had had problems voting,

10  she tried to use a Florida driver's license when she

11  went to her polling place in Indiana.  Not only did

12  she have a Florida driver's license, she was

13  registered to vote in Florida.  In fact, she owned a

14  home in Florida and had claimed a homestead exemption

15  which, as you know, you can only do if you are a

16  resident of the state.  So the law actually worked to

17  prevent someone who could have voted twice without

18  detection.

19          I don't mean to single out Texas.  But

20  just like Indiana, New York and Illinois, Texas has a

21  long and unfortunate history of voter fraud.  In the

22  late 1800's, for example, Harrison County was so

23  infamous that the phrase "Harrison County methods"

24  became synonymous with election fraud.  Box 13 has

25  already been mentioned.  The point is that there are

TX_00004091

USA_00018396

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 8 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 239 of 248

214

1    individuals who are willing to break the law to try to

2    steal an election.

3              I don't claim that there is massive

4    voter fraud in Texas or elsewhere.  In fact, I'm a

5    former election official, and I think most of our

6    elections are run pretty well.  But the potential for

7    abuse exists, and there are many close elections that

8    could turn on just a handful of votes.  And there are

9    enough incidents of voter fraud to make it very clear

10   we should take steps to stop that.

11             Now, the biggest thing I've heard today

12   is that voter ID will suppress the votes of voters,

13   particularly the poor or the elderly.  That is untrue.

14   Social science research shows that that's not the

15   case.  And the actual election results in the two

16   states with the strictest voter ID in the country show

17   that is not true.

18             The Heritage Foundation released a study

19   in September 2007 that looked at voter turnout in

20   every state in the country in the 2004 election,

21   comparing those states who had voter ID to those

22   states who do not.  They found that voter ID laws do

23   not reduce the turnout of voters, including African-

24   Americans and Hispanics, that those voters were just

25   as likely to vote in states with ID as in states where

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004092
JA_003515

TX_00004092

USA_00018397

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 9 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 240 of 248

215

1 just their name was asked.

2    A study by professors at the University

3 of Delaware and Nebraska-Lincoln examined data from

4 the 2000, 2002, 2004 and 2006 elections. The study

5 found that voter ID laws do not affect turnout,

6 including across racial lines, ethnic lines and

7 socioeconomic lines. The study concluded -- and I'll

8 give you their quote -- the "concerns about voter ID

9 laws affecting turnout are much ado about nothing."

10    A professor at MIT, as part of the

11 CalTech Voting Project, did a survey of 36,000

12 individuals to see what their Election Day experience

13 was like. Overwhelming support for voter ID. Only 23

14 individuals who had a problem voting because of voter

15 ID. And there was no indication in the survey if they

16 were actually eligible voters.

17    A lot of talk has been here about

18 election results in Georgia and Indiana. In Georgia,

19 there was record turnout in the 2008 presidential

20 primary after the voter ID law went into effect, a

21 million more voters than in 2004, when there was no

22 voter ID law in effect.

23    The number of African-Americans voting

24 in the 2008 presidential primary doubled from 2004

25 when there was no voter ID law in effect. In fact,

TX_00004093

USA_00018398

```
 1    there were 100,000 more votes in the Democratic
 2    Primary in Georgia than in the Republican Primary.
 3    The general election in Georgia, one of the strictest
 4    voter ID laws in the country, largest turnout in its
 5    history.  Democratic turnout was up 6.1 percentage
 6    points from the 2004 election when there was no voter
 7    ID.  Overall turnout in Georgia was 6.7 percentage
 8    points higher than in 2004, the second highest
 9    increase of any state in the country.
10             The Georgia law has been upheld in every
11    federal and state court.  And, in fact, the Georgia
12    judge, who is a former Democratic legislator appointed
13    by Jimmy Carter, pointed out that in two years of
14    litigation, none of the organizations who sued,
15    including the NAACP, could come up with a single
16    witness, a single individual who could not vote
17    because of the voter ID requirement.
18             In Indiana, Democratic presidential
19    preference primary last year, Democratic turnout
20    quadrupled from the 2004 election.  In fact, it was up
21    8.32 percentage points from 2004, the largest increase
22    in Democratic turnout of any state in the country.
23    And the Supreme Court said, "Indiana has the strictest
24    voter ID law in the country."
25             We are only one of about 100 democracies
```

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 11 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 242 of 248

217

1    that do not require photo ID.  Our southern neighbor,

2    Mexico, which has a much larger population in poverty,

3    requires both a photo ID and a thumb print when people

4    go to vote.  Since they put that provision in, in the

5    mid-1990s, turnout has increased in their elections.

6              Requiring voters to authenticate their

7    identity is a perfectly reasonable and easily met

8    requirement.  It's supported by the vast majority of

9    voters.  All the polling data shows that.  And it

10   protects the integrity and reliability of the

11   electoral process, as the Supreme Court said, and it

12   also maintains the confidence of individuals in the

13   security of their elections.

14              And I'm done, Mr. Chairman.

15              SEN. DUNCAN:  Thank you, Mr. von

16   Spakovsky.  Before I entertain any questions, you have

17   written testimony.  Do you wish to submit that into

18   the record?

19              MR. von SPAKOVSKY:  I would like to

20   submit it.  I believe I gave it to the Clerk, Mr.

21   Chairman.

22              (Exhibit No. 14 marked and admitted)

23              SEN. DUNCAN:  Okay.  We have it marked

24   as Exhibit 14.

25              Members, are there any questions for

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 12 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 243 of 248

218

1    Mr. Von Spakovsky?

2        Sen West.

3        SEN. WEST:  Will we be asking questions

4    from the chair or standing up?

5        SEN. DUNCAN:  Standing up.

6        **QUESTIONS FROM SENATE FLOOR**

7        SEN. WEST:  Okay.  Sir, let's talk about

8    your background.  We've met before, back in 2003 I

9    think it was.  As it relates -- are you coming as a

10    neutral and detached witness or have some sort of bias

11    one way or the other for this particular issue?

12        MR. von SPAKOVSKY:  I'm not quite sure

13    how to answer that question.

14        SEN. WEST:  Well, let me ask the

15    question this way:  You are a former Republican chair,

16    are you not?

17        MR. von SPAKOVSKY:  I was a county party

18    Republican chair over 10 years ago.

19        SEN. WEST:  Okay.  Have you authored

20    studies or position papers on requiring voter IDs at

21    polling locations?

22        MR. von SPAKOVSKY:  I have.  In fact, I

23    wrote an article for a Texas Law Review on it.

24        SEN. WEST:  Have you authored articles

25    on requiring the verification of social security

TX_00004096

USA_00018401

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 13 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 244 of 248

219

1    numbers of voters?

2                MR. von SPAKOVSKY:  I have.  And, in

3    fact, that's now a federal requirement under the Help

4    America Vote Act.

5                SEN. WEST:  Have you authored articles

6    on eliminating no-fault absentee voting?

7                MR. von SPAKOVSKY:  I believe I have,

8    yes.

9                SEN. WEST:  And what's the rationale --

10   what is your rationale for no-fault absentee voting?

11   And let's define it first of all.  As I understand

12   no-fault absentee voting, that basically means that a

13   person should not be able to give any reason not to --

14   any reason in order to cast an absentee ballot.  So a

15   person who may very well have business outside of the

16   county on Election Day, if you had your way, they

17   would not be able to vote.  Correct?

18               MR. von SPAKOVSKY:  That's incorrect,

19   Senator.

20               SEN. WEST:  Okay.  Then what is the

21   elimination of no-fault absentee voting?

22               MR. von SPAKOVSKY:  There are some

23   states -- in most states, you have to have a reason to

24   vote absentee:  You're disabled, you're elderly,

25   you're going to be out of town on business.  I

TX_00004097

USA_00018402

1    completely agree with those, plus the fact if you're a

2    military voter. There are some states where you don't

3    have to have any reason to vote absentee.

4             SEN. WEST: Is Texas one of those

5    states?

6             MR. von SPAKOVSKY: I'm not sure what

7    the rule is in Texas.

8             SEN. WEST: If we were, then you would

9    want to eliminate that. Right?

10           MR. von SPAKOVSKY: Well, there are two

11    things there, Senator. The first is that absentee

12    ballot fraud is one of the biggest sources of voter

13    fraud. In fact, I've written a paper about that.

14    And, second, there's more than one study -- in fact,

15    one by the Center For the Study of the American

16    Electorate which indicates that states that have put

17    in no-fault absentee balloting, in fact, it has

18    possibly hurt the turnout of their voters.

19           SEN. WEST: In terms of other articles

20    that you have worked on, the white papers that you

21    have written eliminating motor voter registration --

22           MR. von SPAKOVSKY: That's incorrect.

23           SEN. WEST: Okay. You're not for

24    eliminating motor voter registration?

25           MR. von SPAKOVSKY: I think there are

TX_00004098

USA_00018403

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 15 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 246 of 248

221

1    problems with mail-in voter registration, but I also

2    think that the provisions of motor voter which require

3    you to be able to get registered to vote when you go

4    get your driver's license or when you go to a public

5    assistance office, I think those are very good

6    provisions.

7                SEN. WEST:  What about the requirement

8    of two witnesses on a notary to sign an absentee

9    ballot, are you for?  Have you advocated that or what?

10               MR. von SPAKOVSKY:  I believe that

11   because of the problems with absentee ballots and

12   voter fraud, that having either a witness or a notary

13   for an absentee ballot is a good idea.

14               SEN. WEST:  You have indicated that

15   there's numerous studies that show that there has been

16   no impact, negative impact on the minority vote in

17   several states, and you've alluded to some 2008

18   elections.  Let me put a pin in that for a second.

19   Have you been the author of any of the studies that

20   you have mentioned as relates to voter suppression?

21               MR. von SPAKOVSKY:  To voter

22   suppression?

23               SEN. WEST:  Right -- oh, I'm sorry.  I

24   should not have said that.

25               MR. von SPAKOVSKY:  I --

TX_00004099

USA_00018404

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 16 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 247 of 248

222

```
1                 SEN. WEST:  I should not have said voter
2   suppression.  I apologize.  Have you been the author
3   of any studies that deal with the impact of voter ID
4   on minority votes?
5                 MR. von SPAKOVSKY:  Yes.
6                 SEN. WEST:  And which studies have those
7   been?
8                 MR. von SPAKOVSKY:  I wrote a paper that
9   looked at the State of Georgia and some other states
10  that had voter ID laws.  And I looked at turnout of
11  African-American voters, both before the law went into
12  effect and after the law went into effect.
13                SEN. WEST:  In the State of Georgia?
14                MR. von SPAKOVSKY:  And, yes, I looked
15  at the State of Georgia.
16                SEN. WEST:  For what year -- years?
17                MR. von SPAKOVSKY:  I started with the
18  first voter ID law that went into effect in Georgia in
19  1999, which was then amended later on, and I looked at
20  the effects of all of those laws.
21                SEN. WEST:  Okay.  Did you also look at
22  2008?
23                MR. von SPAKOVSKY:  The paper was
24  written before the 2008 election.
25                SEN. WEST:  Have you looked at any --
```

TX_00004100

USA_00018405

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 17 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-1 Filed 06/20/12 Page 248 of 248

223

1    have you been the author of any studies that looked at

2    the 2008 election?

3                MR. von SPAKOVSKY:  I've written several

4    articles about that, yes, sir.

5                SEN. WEST:  As relates to those

6    articles, did you conclude that -- was that in the

7    State of Indiana or Georgia or what?

8                MR. von SPAKOVSKY:  In some of the

9    articles I've written, I've mentioned election results

10   in both Indiana and in Georgia.

11               SEN. WEST:  And so it's your testimony

12   that voter ID had no negative impact on the minority

13   vote in either one of those states in 2008?

14               MR. von SPAKOVSKY:  That's what the

15   facts and figures from the election show.

16               SEN. WEST:  Did you take into

17   consideration who the candidates were at that time in

18   Indiana and Georgia.  And --

19               MR. von SPAKOVSKY:  Yes, Senator.

20               SEN. WEST:  -- did that have an impact?

21   Were you able to check out the influence of President

22   Barack Obama being on the ballot?

23               MR. von SPAKOVSKY:  Senator, turnout was

24   up all over the country, particularly in the minority

25   community, because of Sen. Barack Obama.  The point,

TX_00004101

USA_00018406

1    however, is that the two states with the strictest

2    voter ID laws in the country had turnout that was

3    records and ahead of other states where turnout was

4    also up, because of Barack Obama being on the ballot;

5    and, yet, those states don't have voter ID.  If the

6    claim, which I know you believe is true, that voter

7    ID --

8                 SEN. WEST:  You don't know what I

9    believe, first of all.

10                MR. von SPAKOVSKY:  If people are going

11   to claim that voter ID suppresses the vote of minority

12   voters, then why would, in Georgia, they have a record

13   turnout, for example, in the Democratic turnout where,

14   you know, 95 percent of African-Americans there vote,

15   in a state where the African-American population is

16   about 26-27 percent; and, yet, they have record

17   turnout.  If, in fact, voter ID --

18                SEN. WEST:  Let me ask you -- let me

19   finish --

20                MR. von SPAKOVSKY:  May I answer the

21   question?

22                SEN. WEST:  Well, hold on.  Let me --

23   answer my question.  I would appreciate it.  All

24   right.  The question is real simple.  Did you consider

25   the influence -- in coming to the conclusion that you

TX_00004102

USA_00018407

1    did on the studies, did you consider the influence

2    that President Barack Obama had on energizing the

3    Democratic base in both of those states?

4                    MR. von SPAKOVSKY:  Yes, sir, I did.

5                    SEN. WEST:  And were you able to factor

6    that out before you came up with your conclusions, by

7    using a valid statistical model?  And, if so, what was

8    that statistical model?

9                    MR. von SPAKOVSKY:  I did not do a

10   statistical analysis.  I used figures put out by

11   Curtis Gans at American University who has election

12   return figure from every state in the country.

13                   SEN. WEST:  So your study -- and I have

14   not read your study.  So your study was a compilation

15   of election results?  You --

16                   MR. von SPAKOVSKY:  I wrote an article

17   in which I looked at the election results all around

18   the country.  And those election results, as reported

19   by American University, indicated that Indiana, for

20   example, had the largest increase in Democratic

21   turnout of any state in the country from the --

22                   SEN. WEST:  I understand that; I

23   understand exactly what you're saying.  But I'm just

24   trying to make certain I understand the study.  You

25   took the results of the elections and then used that

TX_00004103

USA_00018408

226

1    in order to craft, analyze it and then craft a

2    conclusion based on those election results.  Is that

3    what you're telling me?

4              MR. von SPAKOVSKY:  Yes, sir.

5              SEN. WEST:  Okay.  So how did you factor

6    in the influence that then Sen. Barack Obama had on

7    energizing the election base?

8              MR. von SPAKOVSKY:  The point, Senator,

9    is that the State of Indiana has the strictest photo

10   ID law in the country; and, yet, they had the largest

11   increase in turnout in the Democratic primary of any

12   state in the country.  So if, in fact, that photo ID

13   laws was going to suppress the vote of minority

14   voters, they would not have had such a huge increase

15   in that state.

16             SEN. WEST:  So you have not had an

17   opportunity to look at it in an election where the

18   Democratic base isn't as energized as it was with

19   Barack Obama to determine whether or not it has any

20   impact?

21             MR. von SPAKOVSKY:  Senator, I think, in

22   fact, one of the studies that I mentioned, which there

23   was a study that was done in Missouri looking at the

24   2006 election which, as you know, was an off-year

25   election.  Barack Obama was not on the ballot.  And,

TX_00004104

USA_00018409

227

1    in fact, in 2006, when the photo ID law in Indiana was

2    in -- was finally in effect, not only did turnout go

3    up two percent, but the only statistically

4    significant -- let me find this.  Here we go.

5              In fact, this is a quote from the study.

6    "There is no evidence that counties with higher

7    percentages of minority, poor, elderly or less

8    educated populations suffered any reduction in voter

9    turnout."  This was in 2006.  In fact, quote, "The

10   only consistent and statistically significant impact

11   of photo ID in Indiana is to increase voter turnout in

12   counties with a greater percentage of Democrats

13   relative to other counties."

14             SEN. WEST:  Now, let me ask you this:

15   Isn't it a fair statement that there are those in

16   academia that disagree with your conclusions?

17             MR. von SPAKOVSKY:  There may be, yes.

18             SEN. WEST:  You don't know of any?

19             MR. von SPAKOVSKY:  There may be some

20   studies that do.  Most of the studies say that it

21   doesn't --

22             SEN. WEST:  So there are those that

23   disagrees with your conclusions.  Is that correct?

24             MR. von SPAKOVSKY:  I'm sure there's

25   always people that --

TX_00004105

USA_00018410

```
 1              SEN. WEST:  Are there some social
 2    scientists that disagree with your conclusions, sir?
 3              MR. von SPAKOVSKY:  You'll have to look
 4    that up, Senator.
 5              SEN. WEST:  Okay.
 6              SEN. DUNCAN:  Senator, y'all are talking
 7    over each other a little bit.  So if you could allow
 8    the witness --
 9              SEN. WEST:  And I apologize.
10              SEN. DUNCAN:  -- room before you --
11              SEN. WEST:  We've got two lawyers up
12    here.  Yes, sir.
13              All right.  So there are individuals of
14    noted reputations in academia that disagree with your
15    conclusions?
16              MR. von SPAKOVSKY:  Senator, I have
17    spoken about and testified about the various studies
18    that I have seen, which I think are valid studies
19    which show that there is no effect.
20              SEN. WEST:  Sir, that was not the
21    question.  The question was, is do you know of persons
22    in academia that disagree with your conclusions?
23              MR. von SPAKOVSKY:  There may be, yes.
24              SEN. WEST:  So the answer to the
25    question is yes, there are persons that disagrees with
```

TX_00004106

USA_00018411

229

```
 1    your conclusions?
 2              MR. von SPAKOVSKY:  I'm sure there are.
 3              SEN. WEST:  Okay.  Very good.  Now, as
 4    it relates to the issue of retrogression, help me walk
 5    through this.  Which should we be considering in terms
 6    of whether or not this particular piece of legislation
 7    is, in fact -- you have been at the Department of
 8    Justice.  Correct?
 9              MR. von SPAKOVSKY:  Yes, sir.  I worked
10    there for four years as a career lawyer.
11              SEN. WEST:  Okay.  You have had to
12    overrule some of the professional staff sometimes when
13    they come to their different conclusions than you
14    otherwise came to.  Is that correct?
15              MR. von SPAKOVSKY:  I did not overrule
16    anyone.  I made recommendations to the Assistant
17    Attorney General on matters.
18              SEN. WEST:  You've had to make
19    recommendations counter to recommendations made by
20    you -- made to you by staff that was reporting to you,
21    though.  Isn't that correct?
22              MR. von SPAKOVSKY:  Yes.
23              SEN. WEST:  Okay.  And some of it has
24    been in the area of voters' right -- most -- oh, all
25    of it has been in the area of votes' rights.  Is that
```

TX_00004107

USA_00018412

1    correct -- specifically Section V?

2                MR. von SPAKOVSKY:  Sir, that is

3    incorrect.  I was the voting counsel.  All I worked on

4    were voting issues.

5                SEN. WEST:  That's exactly right.  Okay.

6    Now, in that capacity, what would you advise us -- I'm

7    going to say take your hat off as a Republican, take

8    your hat off as any affiliation law.  What specific

9    advice would you give this body as it relates to

10   analyzing the legislation before us?

11               MR. von SPAKOVSKY:  Well, under

12   Section 5, you use the retrogression standard, which

13   means that you can't do something that's going to have

14   a disparate impact on minority voters.  And, you know,

15   everything I've seen, certainly based on the Georgia

16   legislation, which is stricter than this, there is no

17   disparate impact.

18               SEN. WEST:  And so there is no disparate

19   impact.  Is that what you're saying --

20               MR. von SPAKOVSKY:  Correct.

21               SEN. WEST:  -- based on the legislation?

22   Okay.  Now, let me ask you this:  What have you seen

23   that leads you to that conclusion?

24               MR. von SPAKOVSKY:  The Georgia bill --

25   the Georgia legislation, in fact, is stricter

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004108
JA_003531

TX_00004108

USA_00018413

231

1    legislation.  It has fewer IDs that meet the
2    requirements of the law.  That law did not have a
3    retrogressive impact.  In fact, the election results
4    show that clearly.  Arizona is another state that put
5    in a voter ID law.  It also was pre-cleared by the
6    Justice Department.  And it also was recently upheld
7    by a federal district court who said that it did not
8    violate any voting right statutes and was perfectly
9    constitutional.
10            SEN. WEST:  So then your comment about
11   what we're doing here is not going to be retrogressive
12   is based on the Georgia statute.  Is that what you're
13   saying?
14            MR. von SPAKOVSKY:  It's based on my
15   experience in this area, all the studies I've seen,
16   the results of elections, that this statute is not
17   going to be shown to be retrogressive.
18            SEN. WEST:  Let me ask you this:  Some
19   of the career -- help us understand the Justice
20   Department, specifically the voting rights section.
21   You have career employees there.  Right?
22            MR. von SPAKOVSKY:  Yes.  I was a career
23   employee there.
24            SEN. WEST:  Okay.  And are some of those
25   employees still there that were with you at the time

TX_00004109

USA_00018414

232

```
 1    that you were there?
 2                   MR. von SPAKOVSKY:  I'm sure there are,
 3    yes.
 4                   SEN. WEST:  Okay.  Some of those
 5    employees that you've had to overrule their analysis,
 6    are they still there?
 7                   MR. von SPAKOVSKY:  I don't know.  I
 8    haven't worked there since 2005, so I really don't
 9    know who is still there.
10                   SEN. WEST:  Okay.  All right.  But it's
11    a different Justice Department -- right? -- Department
12    of Justice.  Right?
13                   MR. von SPAKOVSKY:  The career staff at
14    the Justice Department -- the Justice Department is
15    made up of around 99 percent career staff.  Political
16    appointees are a very small percentage.  So from year-
17    to-year, administration-to-administration, the career
18    staff, with some turnover, pretty much stays the same.
19                   SEN. WEST:  How long were you in the
20    Department of Justice?
21                   MR. von SPAKOVSKY:  Four years.
22                   SEN. WEST:  Four years.  When did you go
23    into the Department of Justice?
24                   MR. von SPAKOVSKY:  2001.
25                   SEN. WEST:  And what position was that?
```

TX_00004110

USA_00018415

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 27 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 11 of 262

233

1          MR. von SPAKOVSKY:  I was a trial
2    attorney in the Civil Rights Division.
3          SEN. WEST:  In the Civil Rights
4    Division.  Okay.  Thank you very much, sir.
5          SEN. DUNCAN:  Sen. Shapleigh.
6          SEN. SHAPLEIGH:  Thank you, Mr. Chair.
7          Mr. Spakovsky, I would like to go over
8    some testimony that you just laid out with your
9    handout here that we have.  I'm looking at Page 3
10   specifically.  And when you're talking about Texas, as
11   far as I can tell, in connection with the problem of
12   voter fraud here, you're saying in the late 1800's,
13   Harris County was infamous for massive election fraud
14   such that "Harrison County Methods" became synonymous
15   with election fraud, and then Ballot Box 13 in Lyndon
16   Johnson's 1948 race, to reports of illegal aliens in
17   Bexar County.  What reports are you referring to on
18   illegal aliens in Bexar County?
19         MR. von SPAKOVSKY:  There were newspaper
20   reports indicating that -- I believe the clerk there
21   had found individuals who were not U.S. citizens who
22   had both registered and voted in elections there.
23         SEN. SHAPLEIGH:  And were any cases
24   brought in connection with those newspaper reports, to
25   your knowledge?

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004111
JA_003534

TX_00004111

USA_00018416

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 28 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 12 of 262

234

1           MR. von SPAKOVSKY:  I don't know,

2    Senator.

3           SEN. SHAPLEIGH:  So what you represent

4    here as illegal aliens voting and risking criminal

5    prosecution, you're telling us now you don't know

6    whether anything came of that at all?

7           MR. von SPAKOVSKY:  I don't know what

8    the end results were of the investigations there.

9           SEN. SHAPLEIGH:  Do you know anything

10   else about Texas voter fraud allegations, other than

11   what you've laid out in your report --

12          MR. von SPAKOVSKY:  I believe one of

13   your -- I've read testimony by a Mr. Bettencourt who I

14   believe was in -- may have been in Harris County who

15   testified at a House committee meeting hearing in

16   Washington about finding individuals who were not U.S.

17   citizens who had registered and voted in elections in

18   his county.

19          SEN. SHAPLEIGH:  Are you aware of the

20   investigation done here by the Attorney General of the

21   State of Texas in 2006?

22          MR. von SPAKOVSKY:  No, sir, I have not

23   done a detailed study of that.

24          SEN. SHAPLEIGH:  Would it surprise you,

25   with what you're saying in this report, that not a

TX_00004112

USA_00018417

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 29 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 13 of 262

235

```
 1    single prosecution brought in this state would have

 2    been solved by this voter ID; that is, mail-in ballots

 3    and other issues were the issues at the root of these

 4    indictments and not a single case has been brought in

 5    the State of Texas on vote fraud that photo ID would

 6    solve?  Would that surprise you?

 7              MR. von SPAKOVSKY:  No.  As I said,

 8    Senator -- and I refer you again to the Supreme Court

 9    case -- as they pointed out, it's very hard to detect

10    a problem like that if you don't have the tool

11    necessary to detect it, which is photo ID.

12              SEN. SHAPLEIGH:  Let me go to your

13    career.  You come here from The Heritage Foundation.

14    Is that correct?

15              MR. von SPAKOVSKY:  That's correct, sir.

16              SEN. SHAPLEIGH:  And would you say

17    you're here as a fair and balanced witness whose

18    testimony is designed to move us to a non-partisan

19    correct decision that would serve the State of Texas

20    in this matter?

21              MR. von SPAKOVSKY:  As I said before,

22    I'm here testifying on my own behalf, not on behalf of

23    The Heritage Foundation.  And I think all of the

24    evidence on photo ID indicates that it should be a

25    bipartisan solution, because not only can it prevent
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004113
JA_003536

TX_00004113

USA_00018418

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 30 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 14 of 262

236

```
 1    voter fraud but it does not hurt turnout.

 2                 And, in fact, I believe in Indiana, for

 3    example -- again, the state with the strictest photo

 4    ID law in the country -- they for the first time in I

 5    don't know how many decades actually voted for a

 6    Democratic presidential candidate.  So it clearly had

 7    no effect and it may have helped the Democratic Party

 8    in that state.

 9                 SEN. SHAPLEIGH:  So in connection with

10    your reputation as you come here, you're coming, in

11    your words, as a fair and balanced witness?

12                 MR. von SPAKOVSKY:  I believe so,

13    Senator, yes.

14                 SEN. SHAPLEIGH:  Who is Joseph Rich?

15                 MR. von SPAKOVSKY:  He was former Chief

16    of the Voting Section who now works for the Lawyers'

17    Committee for Civil Rights, which is a liberal

18    advocacy organization.

19                 SEN. SHAPLEIGH:  So he was the Chief of

20    the Voting section.  He was a career, as you describe

21    it, attorney in the Justice Department and Chief of

22    the Voting Section from 1999 to 2005.  Is that

23    correct?

24                 MR. von SPAKOVSKY:  He was a career

25    lawyer, as I was a career lawyer at the section.
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004114
JA_003537

TX_00004114

USA_00018419

237

```
 1              SEN. SHAPLEIGH:  Who is Robert Kengle?
 2              MR. von SPAKOVSKY:  He is also a former
 3    career lawyer.
 4              SEN. SHAPLEIGH:  And he was Deputy Chief
 5    of the Voting Section, 1999 to 2005.  Correct?
 6              MR. von SPAKOVSKY:  I don't remember the
 7    exact years.  I know he was a career lawyer there.
 8              SEN. SHAPLEIGH:  And Jon Greenbaum,
 9    Senior Trial Attorney, Voting Section, 1997 to 2003,
10    your colleague when you were at the Department of
11    Justice.  Correct?
12              MR. von SPAKOVSKY:  Mr. Greenbaum was a
13    lawyer for the Lawyers' Committee for Civil Rights and
14    was the lawyer who brought the lawsuit in Georgia
15    against the photo ID law which was eventually
16    completely dismissed by the federal court there.
17              SEN. SHAPLEIGH:  But he was your
18    colleague in the Department of Justice.  "Yes" or
19    "No"?
20              MR. von SPAKOVSKY:  He was a trial
21    lawyer there.
22              SEN. SHAPLEIGH:  When you were there?
23              MR. von SPAKOVSKY:  At some point, yes.
24              SEN. SHAPLEIGH:  And David J. Becker,
25    Senior Trial Attorney, Voting Section, 1998 to 2005,
```

TX_00004115

USA_00018420

238

```
 1    your colleague at the Department of Justice.  "Yes" or
 2    "No"?
 3                 MR. von SPAKOVSKY:  He was a trial
 4    attorney there, too.
 5                 SEN. SHAPLEIGH:  Bruce Adelson, Senior
 6    Trial Attorney, Voting Section, 2000 to 2005, your
 7    colleague at the Department of Justice?
 8                 MR. von SPAKOVSKY:  He was a trial
 9    attorney there, yes.
10                 SEN. SHAPLEIGH:  Toby Moore, Voting
11    Section, 2000 to 2006, Political Geographer,
12    Department of Justice?
13                 MR. von SPAKOVSKY:  Yes.
14                 SEN. SHAPLEIGH:  Now, you were nominated
15    to serve, I believe, for the Federal Election
16    Commission, were you not?
17                 MR. von SPAKOVSKY:  I was.
18                 SEN. SHAPLEIGH:  Did these attorneys
19    deliver a letter to the Chairman of that committee,
20    Dianne Feinstein, in connection with your nomination?
21                 MR. von SPAKOVSKY:  They did, Senator.
22    And I wrote a response to that letter which is on file
23    at the committee, as is their letter, because, frankly
24    their letter was filled with misrepresentations, and
25    it had a lot of things in it that were not true and
```

TX_00004116

USA_00018421

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 33 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 17 of 262

239

```
 1    which were proveably not true about the administration

 2    of the Civil Rights Division.

 3              SEN. SHAPLEIGH:  Well, if you have that

 4    letter, we would I think at this point like to see it,

 5    because I'm about to go through their letter where

 6    one, two, three, four, five, six of your colleagues

 7    signed a letter -- I think this is an unprecedented

 8    act in the Department of Justice to sign a letter on a

 9    nomination of a colleague that works with them in the

10    Voting Section of the Department of Justice.  And I

11    want to quote from this.

12              "We are deeply disturbed that the

13    tradition of fair and vigorous enforcement of this

14    nation's civil rights laws and the reputation for

15    expertise and professionalism of the Division and the

16    Department has been tarnished by partisanship.  Over

17    the past five years, the priorities of the Voting

18    Section have shifted from its historic mission to

19    enforce the nation's civil rights laws without regard

20    to politics, to pursuing an agenda which placed the

21    highest priority on the partisan political goals of

22    the political appointees who supervised the Section.

23    We write to urge you not to reward one of the

24    architects of that unprecedented and destructive

25    change with another critical position enforcing our
```

TX_00004117

USA_00018422

240

1    country's election laws."

2                  Were they talking about you in this

3    letter?

4                  MR. von SPAKOVSKY:  Senator, that letter

5    was full of misrepresentations and, frankly, outright

6    lies.

7                  (Simultaneous discussion)

8                  MR. von SPAKOVSKY:  Senator, I'll be

9    glad to talk to you about voter ID.  But, you know,

10   I'm a lawyer.  And one thing I have found in the

11   courtroom is that, quite frankly, when the lawyer on

12   the other side has neither the facts nor the law on

13   their side, that's when they usually resort to

14   personal attacks.

15                  (Applause)

16                  SEN. DUNCAN:  (Raps gavel)

17                  SEN. SHAPLEIGH:  Mr. von Spakovsky --

18   and, Mr. Chair, I would ask if we could have a

19   direction to the witness to answer the questions

20   presented.  The simple question was, "Is the person

21   they're referring to in this letter you?"

22                  MR. von SPAKOVSKY:  And as I told you,

23   Senator, I wrote a full response to that letter

24   pointing out all of the inaccuracies and

25   misrepresentations in that letter.

TX_00004118

USA_00018423

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 35 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 19 of 262

241

```
 1              SEN. SHAPLEIGH:  So this is about you,
 2    this is directed at your behavior in that Department
 3    of Justice?  Does it say that?
 4              MR. von SPAKOVSKY:  It is a letter about
 5    a fictional person that they say is me but is not.
 6              SEN. SHAPLEIGH:  It is a fictional
 7    person that they worked with for four years, but it's
 8    not you.  Is that what you're saying?
 9              MR. von SPAKOVSKY:  I'm saying, Senator,
10    that that letter was written by individuals who now
11    work for very liberal advocacy groups, one of them,
12    for example, working for a group that lost in Federal
13    Court in Georgia when it sued over voter ID law that
14    they didn't like.  And, you know, if that's a
15    reflection of his legal judgment on matters like that,
16    I think that says a lot about the inaccuracies in that
17    letter.
18              SEN. SHAPLEIGH:  Well, I'm just going to
19    take it that they're talking about you.  "After
20    careful review" -- I'm now on Page 3 -- "of the
21    Georgia voter ID law, career staff responsible for the
22    review came to a near unanimous decision, consistent
23    with the precedent established by the Department in
24    previous reviews; that the Georgia provision would
25    negatively affect minority voting strength.  Four of
```

TX_00004119

USA_00018424

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 36 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 20 of 262

242

```
1    the five career professionals on the review team
2    agreed.  The one who did not had [almost] no
3    experience in enforcing §5 and had been hired only
4    weeks before the review began through the political
5    hiring process described" in this letter.  "The
6    recommendation to object to the law, detailed in a
7    memo exceeding 50 pages was submitted on August 25,
8    2005.  The next day, Georgia submitted corrected data
9    on the number of individuals who had state-issued
10   photo identification.  The career review team was
11   prevented by Mr. von Spakovsky from analyzing this
12   data and incorporating the corrected data into their
13   analysis.  Instead, there was an unnecessary rush to
14   judgment and the law was summarily precleared on
15   August" the 25th, the day after their monologue was
16   delivered to you.  The law was pre-cleared by you the
17   same day the corrected data had been submitted.
18   "Subsequent analysis of this data by a Georgia
19   political scientist revealed that hundreds of
20   thousands of voters did not have the required voter
21   ID, a disproportion number of whom were poor, elderly
22   and, most importantly for the Voting Rights Act
23   review, minorities.  In short, this data provided
24   further evidentiary support for the objection
25   recommended by the professional staff.  Subsequently,
```

TX_00004120

USA_00018425

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 37 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 21 of 262

243

1    a federal court in Georgia found that this law

2    violated the poll tax provision of the Constitution."

3            Are they referring to actions taken by

4    you on August the 25th and 26th of 2005?

5            MR. von SPAKOVSKY:  Senator, there are

6    so many facts wrong and so many misrepresentations in

7    that letter, and you've also gotten a lot of other

8    facts incorrect, that it would take me at least

9    probably half an hour to answer everything you've got

10    wrong in that case, the more important of which is

11    that the career Chief of the Voting Section who was a

12    30-year veteran of the Department of Justice, someone

13    who had been enforcing the Voting Rights Act and

14    filing suits in southern states like Mississippi and

15    Alabama for 30 years, sent a recommendation that said

16    that the law should be approved, that there was no

17    evidence of retrogression.

18            And I would be happy to give you some of

19    the data, Senator.  For example, the Department of

20    Driver Services, which is I believe the same as the

21    department here that gives your driver's license, has

22    showed that there were 6.5 -- 6.4 million individuals

23    in Georgia who had driver's licenses and photo IDs.

24    There were only 4.5 million registered voters.

25            That department had racial data.  For

TX_00004121

USA_00018426

244

1    60 percent of the cardholders, they found that

2    28 percent of the individuals who held driver's

3    licenses were African-American, which was higher than

4    the black percentage of the voting age population in

5    Georgia, indicating that African-Americans in Georgia

6    held driver's licenses at a slightly rate than white

7    Georgians.

8              They also submitted student photo ID

9    information.  The student photo ID issued by a state

10   university is an accepted ID under the law.  The

11   information from the state colleges showed that black

12   students represented 26.8 percent of public college

13   students in the state, which was slightly more than

14   their share of the voting age population.

15             Finally, the census data that was

16   submitted showed that 19.4 percent of African-

17   Americans in Georgia worked for the government, either

18   at a local, state or federal level, while only 14

19   percent of whites did.  Government-issued employee IDs

20   were also acceptable.  So all of the information

21   submitted indicated that African-Americans in the

22   State of Georgia had voter ID at the same rates or, in

23   fact, slightly higher than white Georgians.

24             The election results in the state since

25   then showed that that was, in fact, true.  There was a

TX_00004122

USA_00018427

245

```
1    preliminary injunction issued in the federal lawsuit
2    that was filed.  If you read that case carefully, you
3    will find that the Judge said that he made no finding
4    and was not basing his preliminary injunction on the
5    Voting Rights Act because there was no racial
6    discrimination proven in the case.
7              He did find a constitutional violation.
8    But the Supreme Court said in a case called Reno vs.
9    Bossier Parish some years ago that when the Justice
10   Department is reviewing a Section 5 submission, they
11   can only use the voting rights retrogression standard.
12   They cannot refuse to pre-clear a law because of a
13   constitutional violation.  And as for any
14   constitutional violation, as you know, the Supreme
15   Court took care of that recently in the Indiana case
16   when it said there is no constitutional violation by a
17   photo ID law.
18             And I would mention that in the final
19   decision by the federal judge, not a preliminary
20   injunction, but the final decision, the Judge found
21   there was no violation of the Voting Rights Act, there
22   was no constitutional violation.
23             And on the issue of a poll tax, I would
24   be happy to read to you what the Court said about
25   that.  He said -- because the plaintiffs were trying
```

TX_00004123

USA_00018428

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 40 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 24 of 262

246

1    to argue that because of incidental costs, like having

2    to travel to an office to get an ID or obtaining a

3    birth certificate, that that was a poll tax.

4              The federal courts dismissed the claim,

5    saying, "That argument represents a dramatic

6    overstatement of what fairly constitutes a poll tax;

7    thus, the imposition of tangential cost does not

8    transform a regulation into a poll tax.  Moreover, the

9    cost of time and transportation cannot possibly

10   qualify as a prohibited poll tax because those same

11   costs also result from voter registration and

12   in-person voting requirements which one would not

13   reasonably construe as poll tax."

14             SEN. SHAPLEIGH:  Let me ask you this:

15   Were you in Florida in 2000?

16             MR. von SPAKOVSKY:  I went down briefly

17   as an observer, as did a lot of people, to watch the

18   counting of the vote.

19             SEN. SHAPLEIGH:  This was before you got

20   into the Voting Rights Section of the Justice

21   Department?

22             MR. von SPAKOVSKY:  I did lawyering in

23   Atlanta at the time when that occurred.

24             SEN. SHAPLEIGH:  Now, let me continue

25   with this letter from your colleagues.

TX_00004124

USA_00018429

Case 2:13-cv-00193  Document 661-19  Filed on 11/11/14 in TXSD  Page 41 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-2  Filed 06/20/12  Page 25 of 262

247

1           "Mr. von Spakovsky drafted legal briefs

2      in lawsuits between the Republican and Democratic

3      parties in three battleground states" -- this is

4      during the 2004 election cycle -- "Ohio, Michigan and

5      Florida, just before the election, all in favor of the

6      Republican party's position and included a position

7      that the Civil Rights Division had never taken

8      [before] with regards to the statutes it enforcers,

9      i.e. that there was no private right of action to

10     enforce HAVA.  These briefs ran counter to the well-

11     established practice of the Civil Rights Division not

12     to inject itself into litigation or election

13     monitoring on the eve of an election where it could be

14     viewed as expressing a political preference or could

15     have an impact on a political dispute."

16           Did you participate in the drafting of

17     these briefs?

18           MR. von SPAKOVSKY:  Well, I'm very glad

19     you brought that up, Senator.  The briefs that were

20     filed in that case, the Justice Department made the

21     argument that there was no private right of action

22     under the Help America Vote Act, which was a federal

23     law passed in 2002.

24           It just so happens that a week before

25     this past November election, the Democratic Secretary

TX_00004125

USA_00018430

1    of State of the State of Ohio filed the exact same

2    type of lawsuit, also claiming that there was no

3    private right of action under the Help America Vote

4    Act, after she was sued by local party officials in

5    Ohio.

6              And the Supreme Court, in fact, issued a

7    decision saying, "There is no private right of action

8    under the Help America Vote Act. So, you see, if the

9    career lawyers whose letter you are discussing, at the

10   time they wrote their letter, they said it was their

11   legal opinion that that position was wrong. Well, it

12   turns out they were wrong. In fact, the Supreme Court

13   has said the position that the Justice Department took

14   in that brief, all three briefs, were the correct

15   position.

16             SEN. SHAPLEIGH: Was there any career

17   DOJ lawyer who signed your letter, your response to

18   Dianne Feinstein in connection with your nomination at

19   the FEC?

20             MR. von SPAKOVSKY: I had letters of

21   recommendation --

22             SEN. SHAPLEIGH: Did anyone --

23             MR. von SPAKOVSKY: -- from many

24   different officials, and I was the one that was asked

25   to respond to that letter.

TX_00004126

USA_00018431

Case 2:13-cv-00193  Document 661-19  Filed on 11/11/14 in TXSD  Page 43 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-2  Filed 06/20/12  Page 2 of 262

249

1            SEN. SHAPLEIGH:  Let me see if I can't

2      get you to answer the questions I'm asking.  Did

3      anyone sign your letter in response to these six

4      career officials at DOJ to say what they're saying is

5      not true?

6            MR. von SPAKOVSKY:  Senator, I sent a

7      letter to the committee.

8            SEN. SHAPLEIGH:  So no one signed your

9      letter, just you?

10            MR. von SPAKOVSKY:  I was the one asked

11      to respond to the committee, Senator.

12            SEN. SHAPLEIGH:  Let me ask you about

13      your participation in the 2003 Texas case, the

14      redistricting case.  There was a consensus of opinion

15      by the career DOJ officials in that case, was there

16      not?

17            What I am looking at here is DOJ career

18      lawyers submitting a unanimous recommendation to

19      object to an unprecedented mid-decade redistricting

20      plan that Texas submitted in 2003, submitted by the

21      career staff, a unanimous recommendation.  That was

22      rejected by political appointees, including yourself.

23      Is that true or not true?

24            MR. von SPAKOVSKY:  Senator, I was not a

25      political appointee at the department.  I have said

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004127
JA_003550

TX_00004127

USA_00018432

250

```
 1    that several times.  And if you want to talk about the
 2    Texas redistricting case, I would point out --
 3                    SEN. SHAPLEIGH:  I just need to
 4    understand this --
 5                    MR. von SPAKOVSKY:  No.  I --
 6                    SEN. SHAPLEIGH:  -- was there a
 7    unanimous recommendation --
 8                    MR. von SPAKOVSKY:  That unanimous --
 9                    SEN. SHAPLEIGH:  -- by --
10                    MR. von SPAKOVSKY:  That recommendation
11    was incorrect, Senator.
12                    SEN. DUNCAN:  Hang on a minute.  We're
13    talking over each other.  One at a time.
14                    Senator, you've got a question on the
15    floor.
16                    MR. von SPAKOVSKY:  May I answer?
17                    SEN. DUNCAN:  The witness can answer.
18                    SEN. SHAPLEIGH:  Let me ask, if I may,
19    Mr. Chairman.
20                    SEN. DUNCAN:  All right.
21                    SEN. SHAPLEIGH:  This letter from six
22    DOJ career lawyers says that a unanimous
23    recommendation to object to the mid-decade
24    re-redistricting plan in Texas was submitted and later
25    rejected by political appointees.  True or not true?
```

TX_00004128

USA_00018433

251

1              MR. von SPAKOVSKY:  Mr. Chairman, I

2       can't answer that question "Yes" or "No."  The only

3       way to answer it properly and to get all the facts out

4       is to give a detailed explanation of the legal review

5       and the court case decisions in the Texas

6       congressional redistricting plan.  I would be happy to

7       do that if you would like me to do so.

8              SEN. SHAPLEIGH:  Well, let me just get

9       one question answered.  Did the career team -- not the

10      political appointees -- have a unanimous position that

11      the re-redistricting plan of 2003 did not comply with

12      the Voting Rights Act and unanimously said, "We ought

13      to reject it," and take that position?  "Yes" or "No"?

14             MR. von SPAKOVSKY:  Senator, the

15      recommendation that they made was that there were 11

16      majority/minority districts in Texas that needed to be

17      protected under Section 5 of the Voting Rights Act.

18      As you probably well know, a federal court in 2001

19      found that there were not 11 districts that needed to

20      be protected in this state.  A three-judge panel said

21      there were eight districts in this state that needed

22      to be protected.

23             And when the Supreme Court issued its

24      final decision in the LULAC v. Perry case, the Supreme

25      Court said, "No, there are only eight protected

1    districts."  So if you want to be able to show that

2    the legal opinions of those career lawyers were not

3    only wrong but, in fact, you know, the Supreme Court

4    and other judges have said that they were legally

5    incorrect, I would be happy to agree with you.

6             SEN. SHAPLEIGH:  When you were nominated

7    to the FEC, a United States senator from Illinois

8    submitted a letter to the committee, and I would like

9    to read from that.

10            "Mr. von Spakovsky's role in supporting

11   the Department of Justice's quixotic efforts to attack

12   voter fraud raises significant questions about his

13   ability to interpret and apply the law in a fair

14   manner, as does his decision to ignore the

15   recommendations of long-serving career attorneys on

16   several occasions.  Moreover, his role in the creation

17   of the Georgia voter ID law should have led to his

18   recusal from the Department of Justice's evaluation of

19   the law.  His failure to recuse himself from that case

20   further demonstrates a lack of judgment that is not

21   befitting an FEC Commissioner."

22            Do you recall getting this letter?

23            MR. von SPAKOVSKY:  I don't recall the

24   letter.  But I would say, Senator, that the claim that

25   I was involved in creating the Georgia voter ID law is

TX_00004130

USA_00018435

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 47 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 31 of 262

253

1    factually completely incorrect.  At the time the

2    Georgia voter ID law was being pushed through the

3    Legislature in 2005 in Georgia, I had been in

4    Washington working for the Department of Justice since

5    2001.  So the letter is based, frankly, on a

6    complete -- frankly, a lie, saying that I had any

7    involvement, and that is completely untrue.

8             SEN. DUNCAN:  Senator, before you -- and

9    you can keep going.  But I just wanted to give you a

10   little bit of a notice, at 6:45 I think it will be two

11   hours since we've had a break for the court reporter.

12   So I just wanted to give you, if you wanted to -- you

13   can resume or whatever, but I wanted to give you a

14   little bit of notice of that.

15            SEN. SHAPLEIGH:  I think I'm done.  If I

16   could mark these as the next exhibit -- I think it's

17   Exhibit 15 -- the letters to the committee with

18   respect to the nomination at the federal level.

19            SEN. WEST:  Mr. President --

20   Mr. Chairman, would the Senator yield?

21            SEN. SHAPLEIGH:  Yes.

22            SEN. WEST:  Who was the senator who

23   authored that letter?

24            SEN. SHAPLEIGH:  The senator was Barack

25   Obama.

TX_00004131

USA_00018436

254

```
 1                    SEN. WEST:  Oh, okay.  Thank you.

 2                    So he was a liar.  Okay.

 3                    SEN. DUNCAN:  Being as we're not subject

 4       to the hearsay rule, I'll go ahead and admit this

 5       evidence.

 6                    Are you bringing them down?

 7                    (Exhibits handed to Secretary Spaw)

 8                    SEN. DUNCAN:  Senator, I have here

 9       Exhibit 15, which is a letter dated June 11, 2007, to

10       Diane (sic) Feinstein.  And then there is another

11       letter in there.

12                    SEN. WILLIAMS:  Mr. Chairman?

13                    SEN. DUNCAN:  We'll have Exhibit 15A, B

14       and C.  Exhibit A is the June 11, 2007 letter.

15       Exhibit B is the -- is this a blog or -- this is

16       signed by him?  Okay.  Or it's an e-mail from --

17       okay -- from Barack Obama, June 12, 2007, and then

18       also a letter from Public Citizen dated October 3,

19       2007, which will be Exhibit 15C.

20                    (Exhibits Nos. 15A, 15B and 15C marked

21       and admitted)

22                    SEN. DUNCAN:  Members, we've been going

23       for about two hours.  It's my plan to try to give the

24       court reporter a break every hour and 45 minutes to

25       two hours, as necessary.  It will be a 10-minute
```

TX_00004132

USA_00018437

255

```
 1    break --
 2                    SEN. WENTWORTH:  Mr. President, could I
 3    ask one before we break?
 4                    SEN. DUNCAN:  Sen. Wentworth.
 5                    SEN. WENTWORTH:  I don't believe our
 6    witness came prepared to defend himself from attacks
 7    like this, and I would like to give him the
 8    opportunity to file, as part of the record, his
 9    response to the letters that have just been filed as
10    exhibits.
11                    SEN. WEST:  Mr. President?
12                    SEN. DUNCAN:  Is there any objection?
13                    SEN. WEST:  There is objection.
14                    SEN. DUNCAN:  Why is there objection?
15                    SEN. WEST:  Well, first of all, the
16    characterization that he has been attacked, I object
17    to that.
18                    SEN. DUNCAN:  Well, we'll --
19                    SEN. WEST:  Like any other witness, we
20    should be able to cross-examine him like we cross-
21    examined other witnesses.  I resent the
22    characterization of him being attacked.
23                    SEN. WENTWORTH:  Well, you can resent it
24    all you want.
25                    SEN. WEST:  Well, you can say it all you
```

TX_00004133

USA_00018438

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 50 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 34 of 262

256

1  want to also.  He wasn't attacked, fellow.

2            SEN. DUNCAN:  Let's take one thing at a

3  time.  Is there any objection to the witness being

4  able to submit testimony to the committee --

5            SEN. WEST:  There is objection.

6            SEN. DUNCAN:  -- to be received in the

7  record post- --

8            SEN. WEST:  There is objection, yes.

9            SEN. WENTWORTH:  Mr. Chairman, I move

10  that the witness be permitted to respond in writing to

11  the letters that have been obviously not to his

12  advantage.

13            SEN. WEST:  This man has characterized

14  the President of the United States as a liar.

15            SEN. DUNCAN:  All right.  We're going to

16  take a break and we will be back in session at

17  seven -- rather, 6:50 -- 6:55.  I'm sorry.

18            (Recess:  6:46 p.m. to 7:06 p.m.)

19            SEN. DUNCAN:  The Senate Committee of

20  the Whole will come to order.  If we could get our

21  witness back up here.  I think Sen. Shapleigh rested.

22  And we will call Sen. Williams.

23            SEN. WILLIAMS:  Thank you, Mr. Chairman.

24  When the witness returns, I have some questions for

25  him.

TX_00004134

USA_00018439

257

```
 1                    (Brief pause)
 2                SEN. DUNCAN:  The witness is present.
 3     You can ask your questions.
 4                SEN. WILLIAMS:  Thank you, Mr. Chairman.
 5                Mr. Spakovsky, I don't want to butcher
 6     your name.  Would you pronounce it for me once.  I
 7     know I'm doing --
 8                MR. von SPAKOVSKY:  You did a great job.
 9     "Spa-kos-ski."
10                SEN. WILLIAMS:  Say it again.
11                MR. von SPAKOVSKY:  "Spa-kos-ski."
12                SEN. WILLIAMS:  "Spa-kos-ski."  Okay.
13     von "Spa-kos-ski."  Okay.
14                I had some questions for you about a
15     report that I think you referred to earlier in your
16     testimony.  Are you familiar with the report by
17     Jeffrey Milyo of the effects -- it's titled "The
18     Effects of Photographic Identification on Voter
19     Turnout in Indiana:  A County-Level Analysis."  Are
20     you familiar with that report?
21                MR. von SPAKOVSKY:  Yes, Senator.  In
22     fact, that's the report I was referring to that took a
23     look at what happened in Missouri in I believe 2006
24     when the photo ID law went into effect for the first
25     time.
```

TX_00004135

USA_00018440

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 53 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 36 of 262

258

1        SEN. WILLIAMS:  Now, just for the

2   record -- and I'm going to submit this report into the

3   record in a moment.  And I think there are plenty of

4   copies floating around here.  I think everybody has

5   got one.

6            Mr. Milyo is a professor in the Truman

7   School of Public Affairs and the Department of

8   Economics at the University of Missouri.  And he's a

9   Hanna Family Scholar in the Center for Applied

10  Economics at the University of Kansas School of

11  Business.  And he's a Senior Fellow at the Cato

12  Institute in Washington, D.C.

13           Would it be your opinion that Mr. Milyo

14  has written an academic study, that this would qualify

15  as what one might commonly refer to as an academic

16  study of the effects of photo ID in Indiana?

17           MR. von SPAKOVSKY:  Yes, sir, he is a

18  very good researcher.

19           SEN. WILLIAMS:  Okay.  Now, before we

20  get into the report, in one of the press releases that

21  I've seen about this report, he asserts that,

22  "Previous studies have examined the effects of voter

23  ID laws more generally but none of these separately

24  analyzes the effects of so-called 'mandatory photo ID'

25  on turnout in Indiana."

TX_00004136

USA_00018441

Case 2:13-cv-00192 Document 661-19 Filed on 11/11/14 in TXSD Page 53 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 3 of 262

259

 1              He goes on to say that, "I examine a
 2     variety of models of voter turnout," and after
 3     controlling for several factors that influence
 4     countywide turnout, there is no consistent or
 5     statistically significant evidence that photo ID law
 6     depressed turnout in counties with greater percentages
 7     of minority, poor or elderly voters.  Contrary to
 8     conventional wisdom, turnout in Democratic-leaning
 9     counties actually increased in the wake of the new
10     photo ID requirements, all else constant.
11              Now, what's interesting about this
12     report to me as I reviewed it is, there's been a lot
13     that's been said on this floor about the effect of
14     President Obama's election on the turnout,
15     particularly in Georgia, because there is a large
16     African-American population there.  And, of course,
17     people turned out in record numbers.  But this report
18     is actually -- the time period, as I understand it,
19     includes two election cycles.  In neither one of
20     those, Mr. Obama wasn't running for president during
21     either one of those election cycles, so this report
22     wouldn't be influenced by that.  Would that be your
23     understanding?
24              MR. von SPAKOVSKY:  That is my
25     understanding, Senator.

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004137
JA_003560

TX_00004137

USA_00018442

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 54 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 38 of 262

260

1          SEN. WILLIAMS:  Okay.  And in the

2    report -- and I just want to get this into the record

3    here, and I would like for you to comment on this if

4    you would, please.  "In order to measure" -- he says

5    in his report, "In order to measure the overall effect

6    of photo ID on voter turnout across the 92 Indiana

7    counties, I estimate an ordinary least squares

8    regression controlling for county-fixed effects and

9    year effects.  The county-fixed effects account for

10   factors such as demographic differences across

11   counties, while the year effects account for the

12   different composition of state races in each election

13   year.  However, there has only been one general

14   election in Indiana post-photo ID, so it is not

15   possible to separately identify the overall effects of

16   photo ID on voter turnout absent additional

17   assumptions.  For this reason, the present analysis

18   focuses on the effects of photo ID on different groups

19   of eligible voters.

20          "I evaluate claims about the relative

21   effects of voter ID on racial and ethnic minorities,

22   the poor, the elderly, persons without a high school

23   diploma and Democrats by estimating the effects of

24   photo ID on turnout in counties with greater

25   percentages of those groups as a percent of county

TX_00004138

USA_00018443

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 55 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 39 of 262

261

1    population.  However, these demographic variables do
2    not vary over time, since they are taken from the 2000
3    U.S. Census.  This means that it is not possible to
4    control for county-fixed effects when estimating the
5    effects of photo ID on these particular demographic
6    groups.  For this reason, I account for differences in
7    the demographic composition of counties by including
8    control variables for per capita income and the
9    percent of county population by several categories,
10   including:  Age, education, ethnicity, female labor
11   force participation, military status, non-citizens,
12   party, poverty, race, and rural status."
13           All of that is included in the appendix
14   to this report.  And he also goes on to say, "I also
15   check the sensitivity of results when this list of
16   control variables is pared down to just age,
17   education, ethnicity, income, and race."
18           I don't know if you have a copy, but I
19   believe that's on Page 4 and 5 of the report.  Do you
20   have a copy of it up there?
21           MR. von SPAKOVSKY:  I don't have a copy
22   of the report.
23           SEN. WILLIAMS:  Would you like it?
24           MR. von SPAKOVSKY:  But I've read it.
25           SEN. WILLIAMS:  Okay.  Now, what I would

TX_00004139

USA_00018444

Case 2:13-cv-00193  Document 661-19  Filed on 11/11/14 in TXSD  Page 56 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-2  Filed 06/20/12  Page 40 of 262

262

1    like for you to comment on -- and that's a mouthful

2    that I just read -- but what I would like for you to

3    comment on is, how does the statistical analysis that

4    this academic has performed, would this be something

5    that would be comparable to the regression analysis

6    that we've heard talked about?  Are we looking at the

7    same kinds of things here, how this would influence

8    minority turnout?  Can you comment on that for me?

9            MR. von SPAKOVSKY:  Well, I'm not an

10   expert on statistical analysis.  But my understanding,

11   from reading that and many other reports is that, yes,

12   that's the kind of analysis he was doing to try to see

13   if the photo ID law of Indiana would have any effect,

14   particularly on different groups, because he was

15   looking, as you read it, different groups:  The poor,

16   elderly, different minority groups.  And he found that

17   it did not have any effect on depressing their

18   turnout.

19           SEN. WILLIAMS:  So it would be a

20   reasonable conclusion for somebody to draw, after

21   reading this report, that the effect of the Indiana

22   voter ID law, it had really no effect on the turnout

23   among any of the groups that the DOJ Civil Rights

24   Department would be concerned about when they're doing

25   an analysis?

TX_00004140

USA_00018445

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 57 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 41 of 262

263

1          MR. von SPAKOVSKY:  Under Section 5,

2     that's correct.

3          SEN. WILLIAMS:  Under Section 5.  That

4     would be your conclusion?

5          MR. von SPAKOVSKY:  That is correct.

6          SEN. WILLIAMS:  Okay.  And so he goes

7     on -- if I would -- if you could just bear with me a

8     few minutes.  There's a couple of other points that I

9     want to make sure that you have an opportunity to

10    comment on.  He says in his conclusion, the

11    discussion, that "Given the context of the existing

12    research on voter turnout, my findings for Indiana are

13    completely unsurprising.  Despite the attention-

14    grabbing and often strident claims that voter

15    identification is the modern version of the poll tax

16    and the like, nothing could be further from the truth.

17    Existing theory and evidence from decades of social

18    science research do not support the contention that

19    photo ID requirements are likely to have a large and

20    detrimental impact on turnout; nor does the previous

21    empirical evidence find any significant impact of

22    photo identification on racial or ethnic minorities.

23    Further, the best previous evidence to date also finds

24    no significant impact of photo ID on the poor or the

25    elderly."

TX_00004141

USA_00018446

1            He goes on to say that the findings that

2    emerge are, I believe, four-fold:  One, that an

3    overall county-level turnout -- he did a county-level

4    analysis.  Now, I think that's important when he's

5    looking at it for all 92 counties.  Do you know if

6    that would be more or less detailed than they would do

7    at the Department of Justice?  Would they do a

8    statewide analysis or would they do it on a county-by-

9    county analysis?  Do you know?

10            MR. von SPAKOVSKY:  I guess it would

11    just depend on the particular case.

12            SEN. WILLIAMS:  Okay.  And then an

13    insignificant increase in the relative turnout for

14    counties with a greater percentage of minority and

15    poor populations; three, no consistent or significant

16    impact on the relative turnout in counties with a

17    greater percentage of less educated and elderly

18    voters; and finally, No. 4, no significant -- excuse

19    me -- a significant relative increase in turnout for

20    counties with a higher percentage of Democratic

21    voters.  His final conclusion is that you actually had

22    more turnout in Democratic precincts on a county level

23    after this law was enacted than you did before.  Does

24    that surprise you?

25            MR. von SPAKOVSKY:  It does not surprise

TX_00004142

USA_00018447

1    me, because my experience in the election area,

2    frankly, is that when people have confidence that

3    their vote is going to count, they go to the polls.

4              SEN. WILLIAMS:  Thank you very much.

5              Mr. Chairman, I would like to submit

6    this report with whatever our next exhibit number is.

7              SEN. DUNCAN:  Senator, that would be 16.

8    And will you state the title of the report and the

9    date.

10             SEN. WILLIAMS:  The report is "The

11   Effects of Photographic Identification on Voter

12   Turnout in Indiana:  A county-level Analysis," by

13   Jeffrey Milyo.

14             SEN. DUNCAN:  Okay.  What's the date of

15   the article?

16             SEN. WILLIAMS:  The report is dated --

17   it was revised December of 2007.

18             SEN. DUNCAN:  Okay.  It will be received

19   into the record.

20             (Exhibit No. 16 marked and admitted)

21             SEN. DUNCAN:  Are you completed with

22   your -- Senator Watson.

23             SEN. WATSON:  Thank you, Mr. Chairman.

24             I just have a couple of questions.

25   First of all, who funded the Milyo study that we just

266

1      talked about?  Do you know?

2                     MR. von SPAKOVSKY:  I don't know.

3                     SEN. WATSON:  Do you know whether it was

4      ever peer-reviewed?

5                     MR. von SPAKOVSKY:  I don't know the

6      answer to that.

7                     SEN. WATSON:  Okay.  Just so that I'm

8      clear on why you're here today, first of all, you've

9      not done any sort of statistical analysis of the

10     effect that the new requirements of proposed Senate

11     Bill 362 would have on African-Americans in Texas?

12                    MR. von SPAKOVSKY:  I have not done a

13     study.

14                    SEN. WATSON:  And you haven't done that

15     with regard to Hispanics?

16                    MR. von SPAKOVSKY:  No.

17                    SEN. WATSON:  Or people making less than

18     $35,000 in the State of Texas?

19                    MR. von SPAKOVSKY:  No.

20                    SEN. WATSON:  You've not done any

21     statistical analysis, nor been asked to, about the

22     effect of the new requirements of the proposed Senate

23     Bill 362 on people who speak only Spanish or

24     Vietnamese in the State of Texas?

25                    MR. von SPAKOVSKY:  I have not.

TX_00004144

USA_00018449

1          SEN. WATSON:  Have you done any sort of

2    statistical analysis with regard to the potential

3    impact of the new requirements of proposed Senate Bill

4    362 on seniors or students or people with disabilities

5    in the State of Texas?

6          MR. von SPAKOVSKY:  I have not, Senator.

7          SEN. WATSON:  Do you have any knowledge

8    that you can share with us regarding the impact that

9    this proposed legislation would have on people who

10   live along the border of Texas?

11         MR. von SPAKOVSKY:  Is that somehow

12   different than --

13         SEN. WATSON:  Well, you may have just

14   answered my question.

15         MR. von SPAKOVSKY:  Well, you know, I

16   have not done a study of Texas.

17         SEN. WATSON:  Okay.

18         MR. von SPAKOVSKY:  But there have been

19   plenty of other studies done, all of which have been

20   mentioned, that have looked at these issues.

21         SEN. WATSON:  Fair enough.  And that's

22   part of what I want to make sure is that we're clear,

23   because since we are in Texas and we're talking about

24   the impact on Texans -- for example, do you have any

25   data with you today on whether or not African-

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 62 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 40 of 262

268

```
 1    Americans of Texas are more or less likely to have

 2    driver's licenses than whites?

 3              MR. von SPAKOVSKY:  I haven't seen that

 4    data.  I did take a look, Senator, before I came down,

 5    at some data that is available from the United States

 6    Government.  And the U.S. Department of

 7    Transportation, the Federal Highway Administration

 8    highway statistics for 2006 showed that the total

 9    number of licensed drivers in Texas, age 18 and over,

10    is 14.6 million.

11              The Census Bureau, current population

12    survey, also for 2006, shows that the number of

13    citizen voting age population is 14 million four.  So

14    there are actually more driver's licenses issued in

15    the State of Texas than there are individuals eligible

16    to vote in the State of Texas.

17              SEN. WATSON:  And, of course, 16-year-

18    olds are available to get licenses in Texas, even

19    though they're not eligible to vote.  How many --

20              MR. von SPAKOVSKY:  The numbers --

21              SEN. WATSON:  -- licenses were lost in

22    the State of Texas last year?

23              MR. von SPAKOVSKY:  I don't know,

24    Senator, but the numbers I gave for the total licensed

25    drivers were licensed drivers age 18 and up.
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00004146
JA_003569

TX_00004146

USA_00018451

269

```
 1                SEN. WATSON:  All right.

 2                MR. von SPAKOVSKY:  I took out the

 3      numbers for individuals who were below the age of 18.

 4                SEN. WATSON:  How many of those licenses

 5      were lost last year?

 6                MR. von SPAKOVSKY:  I have no idea.

 7                SEN. WATSON:  How many of them were

 8      duplicate licenses?

 9                MR. von SPAKOVSKY:  I don't know.

10                SEN. WATSON:  Thank you, Mr. Chairman.

11                SEN. DUNCAN:  Senator Ellis.

12                SEN. ELLIS:  Thank you, Mr. President.

13                Mr. von "Kosky" -- did I get that right?

14                MR. von SPAKOVSKY:  "Spa-kos-ski."

15                SEN. ELLIS:  "Spa-kos-ski."  I'm sorry.

16      Is this your first time in Texas?

17                MR. von SPAKOVSKY:  No, sir.

18                SEN. ELLIS:  Have you been a frequent

19      visitor to the Lone Star state?

20                MR. von SPAKOVSKY:  I've been down here

21      before on business.

22                SEN. ELLIS:  Well, welcome back.  I know

23      you are familiar with the Carter-Baker Commission

24      Report.  And I'm wondering, of the 87 recommendations

25      in that report, other than the one relating to voter
```

TX_00004147

USA_00018452

270

```
 1    identification, are you in favor of the other 86 in

 2    that report?

 3              MR. von SPAKOVSKY:  Well, Senator, if

 4    you want to ask me about each one, one at a time --

 5              SEN. ELLIS:  Okay.

 6              MR. von SPAKOVSKY:  -- I would be happy

 7    to tell you, but I --

 8              SEN. ELLIS:  Any there any of them that

 9    you are against?

10              MR. von SPAKOVSKY:  Senator, I read the

11    report quite some time ago.  In fact, if you look at

12    the end of the report, you'll see me listed as one of

13    the advisers to the Commission.  I think there were

14    lots of reports -- lots of recommendations in there I

15    agreed with.  I don't recall what all the different

16    recommendations were.  I think in many ways, you know,

17    it was a pretty good report.

18              SEN. ELLIS:  I assume you've gone around

19    the country testifying on this subject --

20              MR. von SPAKOVSKY:  I --

21              SEN. ELLIS:  -- not the first time at

22    this rodeo?

23              MR. von SPAKOVSKY:  This is the first

24    time I've really testified in a State Legislature

25    about this issue.
```

TX_00004148

USA_00018453

271

1          SEN. ELLIS:  You heard some of the

2    discussion earlier where we were reading excerpts from

3    editorials by President Carter and Secretary Baker.

4    Is it a fair characterization that they were

5    recommending voter ID as part of a package, and part

6    of the package would be for states to comply with the

7    REAL ID Act?  Is that a fair is assessment?

8          MR. von SPAKOVSKY:  I believe there

9    was -- if I recall, I think there was a recommendation

10   in there about that REAL ID Act.  I don't remember the

11   detail.

12          SEN. ELLIS:  I know.  But I'm saying, do

13   you think it is a fair representation of the position

14   of the two principals from the Carter-Baker

15   Commission, that they were saying voter ID was part of

16   a package and that states should adopt the REAL ID

17   provisions, not have these different standards all

18   around the country?  Their purpose was so that more

19   people would be able to vote, or a concentrated effort

20   to make sure that people were aware of the new

21   requirements.  Is that a fair assessment or not?

22          MR. von SPAKOVSKY:  Senator, as I told

23   you, it's been a while since I read the report.  I,

24   frankly, don't remember.  You know, there is another

25   witness here who I think is going to testify about it

TX_00004149
JA_003572

TX_00004149

USA_00018454

272

1    that could probably answer that question.

2            SEN. ELLIS:  But you are for the voter

3    ID part, you read that part basically.  You know

4    you're for that part, though.  Right?

5            MR. von SPAKOVSKY:  I recall that part,

6    because I was asked about it.

7            SEN. ELLIS:  Okay.  I have read that you

8    were involved in an effort or have done some writing

9    for the Georgia Public Policy Foundation to encourage

10   an aggressive campaign to purge the election rolls of

11   felons.  Is that correct?

12           MR. von SPAKOVSKY:  I wrote a paper

13   about 12 years ago, Senator.  And one of the

14   recommendations I made in the paper was that the

15   state's voter registration list should be compared on

16   a regular basis with the computer records of the

17   Department of Corrections so that any individuals who

18   had become felons and were, therefore, not entitled to

19   vote under Georgia law, that that kind of data

20   matching should be done.  You may know that's a

21   recommendation that Congress implemented into federal

22   law in 2002 in the Help America Vote Act.

23           SEN. ELLIS:  Are you aware that as a

24   result of your article, you were given credit for a

25   very aggressive effort to remove felons off the roll

TX_00004150

USA_00018455

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 67 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 51 of 262

273

1    in Florida, and it also led to a major voter

2    disenfranchisement where they made mistakes and they

3    took Ron Ellis off the rolls, even if that was not the

4    person that committed a felony? And there were a

5    number of people who were denied the right to vote in

6    the 2000 election. Are you aware of that?

7              MR. von SPAKOVSKY: Senator, there was a

8    newspaper article written some time ago claiming that

9    I was somehow involved with that effort in Florida.

10   That is completely untrue. I was not an election

11   official in Florida. I had no involvement with that.

12   I simply wrote a paper in Georgia recommending that

13   the Georgia Legislature and Secretary of State

14   consider running monthly computer comparisons between

15   the state voter registration list and state

16   corrections records which now, you know, all states

17   are supposed to be doing that by federal law.

18             SEN. ELLIS: Maybe your reputation as a

19   guru on these subjects -- this subject -- has preceded

20   you around the country. You made a reference to the

21   Lawyers' Committee on Civil Rights earlier at the

22   beginning of your testimony. Do you remember that

23   characterization?

24             MR. von SPAKOVSKY: I do.

25             SEN. ELLIS: What was that, if you would

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004151
JA_003574

TX_00004151

USA_00018456

274

```
 1    just repeat that for my colleagues again.
 2              MR. von SPAKOVSKY:  It's an advocacy
 3    group based in Washington.
 4              SEN. ELLIS:  I think you described that
 5    as a liberal advocacy organization.
 6              MR. von SPAKOVSKY:  Well, I would tend
 7    to think they probably are liberal.
 8              SEN. ELLIS:  All right.  How would you
 9    describe the advocacy organization that you work for?
10              MR. von SPAKOVSKY:  It's a conservative
11    foundation.  It's the largest -- has the largest
12    support of any foundation in the country.  It has
13    400,000 contributors, two-thirds of whom are
14    individuals.
15              SEN. ELLIS:  Okay.  So the lawyers you
16    meet on civil rights you characterize as a liberal
17    advocacy organization and the Heritage Foundation you
18    would describe as the best funded and extremely
19    conservative public policy out there?
20              MR. von SPAKOVSKY:  I did not say
21    extremely conservative.  I think they're a --
22              SEN. ELLIS:  But conservative?
23              MR. von SPAKOVSKY:  I think they're a
24    rule of law organization who believes in the
25    constitution and the principles this country was
```

TX_00004152

USA_00018457

275

```
 1   founded on.
 2              SEN. ELLIS:  Are you familiar with the
 3   history of the Lawyers' Committee on Civil Rights?
 4              MR. von SPAKOVSKY:  I know some of it,
 5   yes.
 6              SEN. ELLIS:  But what do you know about
 7   their history?
 8              MR. von SPAKOVSKY:  It's an organization
 9   born, I think, during the civil rights movement to
10   help individuals who were having their voting rights
11   denied.
12              SEN. ELLIS:  Yes.  Just for your
13   edification and the members of this body, it was
14   founded in 1963 as a result of a meeting that
15   President Kennedy and Attorney General Kennedy and
16   Vice President Lyndon Johnson, had at the White House,
17   in which they summoned all of the major law firms in
18   America to get involved and use their legal skills as
19   a way of ending some of the demonstrations on the
20   streets, to remove people who were pushing
21   discriminatory practices all around the country, in
22   Alabama in particular.
23              And only because you described them as a
24   liberal organization, as though for some reason they
25   ought to be dismissed, I just wanted to point out that
```

TX_00004153

USA_00018458

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 70 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 54 of 262

276

```
 1    the who-is-who silk stocking law firms in America were

 2    in that room.  Most of the bar associations around the

 3    country were involved, the ABA, and it is quite a

 4    distinguished history.  And I just wanted to make sure

 5    that I added that to the record.  Maybe you should do

 6    a little research on the --

 7              MR. von SPAKOVSKY:  Senator, I certainly

 8    don't disagree with you.  But if you're recall, what I

 9    said about the Lawyers' Committee For Civil Rights was

10    in the context of explaining that two of the lawyers

11    who had complained about me, in fact, worked for the

12    Lawyers' Committee For Civil Rights and, in fact, were

13    lawyers who were the litigators in the federal lawsuit

14    in Georgia against the Georgia voter ID law.  And, in

15    fact, they lost that suit.  And, in fact, the legal

16    claims that they made were dismissed by the judge

17    there.

18              SEN. ELLIS:  Are you familiar with The

19    Federalist Society?

20              MR. von SPAKOVSKY:  I am a member of The

21    Federalist Society.

22              SEN. ELLIS:  And how would you

23    characterize that organization?

24              MR. von SPAKOVSKY:  It's a group of

25    lawyers who get together and discuss many different
```

TX_00004154

USA_00018459

```
 1    issues.  And one of the good things about the
 2    Federalist Society, if you ever come to one of its
 3    panel discussions is, and like a lot of organizations,
 4    The Federalist Society tries to get people on both
 5    sides of an issue so that you can have a good
 6    discussion and get different points of view.
 7                SEN. ELLIS:  Thank you.
 8                SEN. DUNCAN:  Members, there's no other
 9    persons registered, so the witness will be excused.
10                MR. von SPAKOVSKY:  Thank you,
11    Mr. Chairman.
12                SEN. DUNCAN:  Thank you, sir.
13                The Chair calls Tova Andrea Wang.
14    Ms. Wang, you have 10 minutes.  And you can begin.
15    And state your name and who you represent.
16            **TESTIMONY BY TOVA ANDREA WANG**
17                MS. WANG:  Sure.  Thank you.  My name is
18    Tova Andrea Wang.  Thanks very much for allowing me to
19    come testify today.  I'm Vice President for Research
20    at Common Cause, a non-partisan national organization
21    with 36 state chapters, including one right here in
22    Texas.  And I have spent the last several years doing
23    research and writing and speaking on elections issues
24    and voting rights issues.
25                I want to start out talking about the
```

TX_00004155

USA_00018460

278

1　disenfranchising impacts of voter ID such as this.　I

2　know that for probably all of you in the room -- and I

3　would include myself -- it seems so easy.　You have an

4　ID in your pocket right now, probably several.　But I

5　have to really emphasize to you all that it's not the

6　case for everybody.　For some people they don't have

7　their ID, and it would be a real hardship for them to

8　get that ID, and we need to understand this group in

9　our society.　In fact, about 10 percent of the

10　American people don't have government-issued photo ID.

11　And as has been pointed out repeatedly today, this is

12　disproportionally the case with African- Americans,

13　immigrants, the poor, people with disabilities, senior

14　citizens and students.

15　　　　　　　There have been numerous studies to this

16　effect.　I want to point out one in particular,

17　Brennan Center survey talking just about income.

18　People with incomes lower than $35,000 a year are

19　twice as likely not to have the kind of ID we're

20　talking about.　38 percent of Texans have incomes that

21　are less than $35,000 a year.　African-Americans are

22　three times less likely to have ID than whites.　And,

23　in fact, one-fourth of African-Americans don't have

24　government-issued photo ID.

25　　　　　　　So this is what I'm talking about when

TX_00004156

USA_00018461

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 73 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 37 of 262

279

1    I'm talking about thinking about a group in our

2    society that maybe some of us don't have every day

3    interaction with.  People always talk about how

4    everyone has ID, you need it to fly and rent a DVD and

5    all of these kinds of things.

6              Now, I know Hurricane Katrina is

7    starting to seem like a long time ago now, but I want

8    us to think back for a second about all those people

9    in the Astrodome.  They were there because they

10   couldn't get out, because they don't have driver's

11   licenses, they don't have cars, they're not going out

12   and renting DVDs on the weekends and flying on

13   vacations.  So this whole notion that everyone has ID

14   is just untrue.  Many poor people don't.

15             We talked a lot about fraud today, too.

16   There is also a lot of mythology around that.  I want

17   to point out to you that the U.S. Department of

18   Justice has never brought a case in the last several

19   years of the type that would be addressed by a voter

20   ID law such as this.

21             Now, we know this was in an environment

22   in the last several years in which U.S. attorneys were

23   under tremendous pressure to bring cases of voter

24   fraud against people, and people were -- allegedly at

25   least -- fired for not doing so; and, yet, not one

TX_00004157

USA_00018462

1   case.

2               It is also especially telling that in

3   all of the litigation, federal litigation over voter

4   ID that's taken place, not one of the states defending

5   these laws has come up with a single case of fraud

6   that would have been addressed by a voter ID law.  In

7   fact, in Crawford versus Marion County, the Indiana

8   case that we've heard a lot about today, Justice

9   Stevens himself, in writing the opinion essentially

10  admitted this, because the only incident of fraud that

11  he really -- were impacted that I noticed -- we've

12  reached back into the past for examples a lot today --

13  was Boss Tweed in the 19th Century and one possible

14  case that has gone unproven in Washington State in

15  2004.

16              There is another thing I want to

17  underscore about the fraud thing.  Problems with -- or

18  even fraud in the voter registration process is a

19  fully unrelated, although very worrisome problem in

20  itself.  There is no available evidence that faulty or

21  even false registration forms lead to fraudulent

22  voting.

23              Even advocates from across the spectrum,

24  academics and, more importantly, elections officials

25  and registrars, as I have done in the course of my

TX_00004158

USA_00018463

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 75 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 59 of 262

281

1    work, and they will tell you that they have not seen a

2    case of voter registration fraud that led to a false

3    vote.

4              I just want to talk to you even about --

5    the most extreme discussion about voter registration

6    just this last year around the organization ACORN;

7    and, yet, I have not heard of one case of someone who

8    was accused of having registered falsely through

9    ACORN, actually showing up at the polls to vote.

10             Now, voter registration fraud is a

11   problem.  It should be taken seriously and it should

12   be prosecuted, but voter identification will do

13   nothing about voter registration fraud.

14             Now, it seems to me that because

15   proponents of ID have not been able to demonstrate

16   that fraud is actually a problem, they're claiming

17   that we need to have voter ID laws because the

18   American people believe it's a problem.  And if they

19   believe it's a problem, they won't have confidence in

20   the system and they won't turn out to vote.

21             Well, we now have actual studies done

22   that show that belief in the existence of fraud has

23   zero impact on voting behavior.  And, in fact,

24   professors at MIT and Columbia conducted a survey

25   published recently in the Harvard Law Review that

TX_00004159

USA_00018464

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 76 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 80 of 262

282

1    found that perceptions of fraud have no relationship

2    at all to someone's likelihood of voting.

3                    And it's very convenient that the people

4    that are making this perception that all about -- this

5    is all about instilling confidence -- are the people

6    who made people believe in the first place falsely

7    that there was this fraud problem.  So it's

8    questionable what this is all really about.

9                    I also want to point out to you that

10   many states do not have a photo identification

11   requirement and so -- in fact, most states don't have

12   a photo identification requirement, and they don't

13   have any problem with polling place fraud, as Texas

14   does not have such a problem.  And they are a diverse

15   set of states, many with immigrant populations and

16   they have no great problem with voter fraud.

17                    And I believe that those states care

18   just as much as the State of Texas about the integrity

19   of their elections, and they don't feel that a voter

20   ID requirement such as this is necessary, and they're

21   right.  And even in those states that do require a

22   photo ID, they still allow someone to fill out an

23   affidavit if they don't have the ID.  And they are

24   allowed to cast a regular -- not a provisional -- but

25   a regular ballot.

TX_00004160

USA_00018465

283

1           I also want to talk about this idea,

2    giving people free IDs is somehow the solution.  The

3    truth is, ID is never free.  It's not free for the

4    voter and it's not free for the state either.  I'm

5    going to use Indiana as an example, to show why voter

6    ID is never really free for the voter, as Texas is

7    likely to have a similar program.

8           In order to get the so-called free ID,

9    you have to do to DMV during working hours and present

10   the primary document, a secondary document and a proof

11   of residency or two primary documents and one proof of

12   residency document.  The only documents basically that

13   count are passports and birth certificates.

14          Most people -- and I include myself in

15   this -- don't have their birth certificate handy at

16   home, so they have to go out and buy it.  Well, in

17   Texas it costs $22 to get a birth certificate, and in

18   many places it's much more than that and also can be

19   very time-consuming, so that someone who needs to

20   register and vote is going to have to do this well in

21   advance.

22          And there are additional difficulties if

23   your name has changed at all since you got your birth

24   certificate, which means that particularly women who

25   have married and have changed their name will

TX_00004161

USA_00018466

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 78 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 82 of 262

284

1   encounter further difficulties.

2              I also heard you talking earlier today

3   about the cost.  For constitutional reasons, as was

4   demonstrated by the Georgia litigation over this

5   issue, you will need to ensure that every eligible

6   voter in Texas can easily obtain a free photo

7   identification card and to do that right and to do it

8   within the mandates of the Voting Rights Act against

9   poll taxes is going to require enormous resources.

10             In 2005, Georgia found this out the hard

11  way.  And I would refer you to my written testimony.

12  I have in there in the end notes all the various steps

13  that Georgia had to take in order to comply with the

14  constitution, to educate people on it.  It goes far

15  beyond anything I think you discussed today does.

16             Now, we don't know exactly how much in

17  dollars this is going to cost you.  As we've talked

18  about today, there has not been a financial impact

19  analysis.  But I will say that this is a recurring

20  cost; this isn't going to be $600,000 or whatever was

21  discussed just this year.  It's going to be $600,000

22  this year or a million dollars this year and a million

23  dollars next year.

24             So there's going to have to be this

25  ongoing campaign in order to comply with the

TX_00004162

USA_00018467

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 79 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 83 of 262

285

```
 1    constitution.  And so I think that this will end up
 2    costing millions of dollars over the course of the
 3    next few years.  And I say this as an outsider and
 4    perhaps, as such, it's not my place.  But I do have to
 5    wonder how Texans will feel about millions of dollars
 6    being spent on a phantom problem when people are
 7    losing their jobs.  And as you probably know, Texas
 8    actually is No. 1 in the number of people who don't
 9    have health insurance.
10             I want to make one other point about
11    voter ID, that I don't think Texas might really want
12    to get involved with right now.  Studies of real
13    elections show that whether it's purposeful or not --
14    and I know I'm going to go overtime, so tell me if --
15    I only have a little bit more.
16             Studies of elections show that whether
17    it's purposeful or not, poll workers demand photo
18    identification much more often from African-Americans
19    and Latinos than white voters.  Now we're talking
20    about implementation on the ground at the polling
21    place.
22             In a study conducted by a Harvard
23    professor of tens of thousands of voters in the 2006
24    general election, 47 percent of whites were asked for
25    photo identification whether it was required or not,
```

TX_00004163

USA_00018468

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 80 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 84 of 262

286

1     compared to 54 percent of Hispanics and 55 percent of

2     African-Americans.

3            Harvard did a survey of thousands of

4     voters in the 2008 Super Tuesday primary -- and I am

5     wrapping up. 53 percent of whites were asked for

6     photo ID, compared with 58 percent of Hispanics and a

7     staggering 73 percent of African-Americans. And this

8     was true even after controlling for factors such as

9     income, education, age and region.

10           Again, another study in New Mexico in

11    2006 again found Latinos were disproportionally asked

12    for ID when they weren't supposed to be, and this is

13    true in the Super Tuesday and 2007 gubernatorial

14    elections as well.

15          Now, the point is that most states run

16    their elections without the kind of laws that you're

17    talking about here in Texas, and they do just fine.

18    They have very honest elections, and I believe Texas

19    can do just as well.

20          Texas has a very low turnout, voter

21    turnout rate; in fact, one of the lowest in the

22    country. Even in the historic election of 2008 when

23    voters came out in unprecedented numbers, less than

24    55 percent of Texans voted, earning it the dubious

25    distinction of ranking 48th in turnout nationally.

TX_00004164

USA_00018469

287

1              It's my opinion that if the Texas State

2      Legislature is concerned about the fairness of its

3      elections, it would be better off using all of its

4      energies and resources to do something about that

5      problem rather than a problem it does not have.

6              Thank you very much.

7              SEN. CARONA:  Ms. Wang, we thank you for

8      your testimony.

9              The Chair at this time calls upon

10     Sen. Gallegos.  Senator, for what purpose?

11             SEN. GALLEGOS:  To ask the witness some

12     questions, Mr. Chairman.

13             SEN. CARONA:  Please proceed.

14             SEN. GALLEGOS:  Thank you.

15             **QUESTIONS FROM SENATE FLOOR**

16             SEN. GALLEGOS:  Ms. Wang, thank you for

17     being here.  I've got several questions that I would

18     like to ask you.  The first one is, doesn't it solve

19     the problem for those lacking a photo ID, that under

20     this legislation as presented before us today, that

21     you can produce two other forms of ID?

22             MS. WANG:  You know, certain groups

23     don't possess government-issued photo IDs.  They're

24     also much less likely to have two forms of

25     identification that are on the list of other possible

TX_00004165

USA_00018470

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 82 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 66 of 262

288

1    ID forms.  And basically what you're asking people to

2    do is, is sort of bring a file folder full of

3    identification documents and engage in a huge campaign

4    to make sure people know what they are.

5            And there is no affidavit option like

6    there is in other places, if you cast a provisional

7    ballot if you don't have ID.  As I understand Texas

8    law, they automatically won't get counted.  If you

9    cast a provisional ballot because you didn't have the

10   requisite ID, the ballot will not count.

11           Now, I can go through the list of the

12   various types of ID that a person can use if they have

13   two forms of it and talk about why each one of them

14   might be difficult.  For example, one of them is, you

15   know, using a copy of a current utility bill or a bank

16   statement, et cetera.  Well, not everyone has such

17   documents in their name.  For example, married women

18   whose bills come in their husband's names or poor

19   people who quite often live in multi-family homes.

20           I can go through the list and talk about

21   why poor people or different groups of people won't

22   have any one given form.  And to ask them for two plus

23   their voter registration certificate, as I understand

24   it, is really asking people to just sort of dump

25   everything they have in a folder -- and they may not

TX_00004166

USA_00018471

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 83 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 6 of 262

289

```
 1    have them at all -- and hope that they get past the

 2    poll worker with them.

 3              And, as I say, there will be many groups

 4    that don't have them.  I've talked about the birth

 5    certificate and the fact that you had to pay $22 to

 6    get it.  A divorce decree and a marriage license, a

 7    copy of a marriage license costs $20 in Texas.  A copy

 8    of a divorce decree costs $20 in Texas, as I

 9    understand it at least.  And so, you know, there are

10    difficulties in obtaining all of these types of IDs,

11    so it really doesn't solve the problem at all.

12              SEN. GALLEGOS:  Thank you.  Let me ask

13    you this:  There has been a lot of debate today on

14    voter fraud -- and, you know, there is a lot of it; in

15    some cases, there is none of it.  Let me ask you, is

16    there a great deal of voter fraud in the United States

17    that justifies a voter ID?

18              MS. WANG:  I won't come out here and

19    tell you that there's not voter fraud.  I will come

20    here and tell you that there is not the type of voter

21    fraud that a voter identification requirement such as

22    that proposed in this legislation would do anything

23    about.

24              And we are talking about an environment

25    in the last several years in which you've never seen
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004167
JA_003590

TX_00004167

USA_00018472

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 84 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 68 of 262

290

1    such an aggressive operation by law enforcement to

2    ferret out instances just like what we're talking

3    about here today, and they didn't come up with

4    anything.

5              I'm hearing examples today.  I think

6    Mr. von Spakovsky even couldn't come up with anything

7    in Texas since the 1800s and a ballot box stuffing

8    case from 60 years ago.  And there's just no evidence

9    of it.  There is simply no evidence of polling place

10   fraud.  Now, there are a lot of other problems in the

11   voting system that can alter the outcome of an

12   election.  And I think it would be great if the

13   Legislature was discussing those issues here today,

14   but that's not what we're discussing.  We're

15   discussing something that isn't a problem.

16             SEN. GALLEGOS:  Let me ask you, another

17   issue that's being debated on the floor is financial

18   cost.  And I guess if you can explain to us, or just

19   let us know that if there -- what financial cost is

20   there to the state if it enacts -- let's say we enact

21   this bill today, I would like to know what financial

22   cost is on the voter ID and if there is any -- is this

23   a one-time cost or have you seen in other states that

24   the costs continue to rise or any -- not direct by the

25   bill being passed but any indirect costs?

TX_00004168

USA_00018473

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 85 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 89 of 262

291

1           MS. WANG:  Yes.  I mean, as I said, this

2     will be a recurring cost to the state.  I can only

3     tell you what Georgia has had to go through in order

4     to make sure that the voters are educated and the poll

5     workers trained.

6           Before the election, the Secretary of

7     State sends a reminder letter to over 80,000 active

8     and inactive registered voters across the state who

9     might not have ID.  They received informational

10    brochures and postcards leading up to the election.

11    They contacted hundreds of thousands of voters,

12    reminding them to bring the ID with them.  They

13    advertised extensively on radio and on cable

14    television.  They distributed information all over the

15    state and public facilities.

16          And, of course, they had to go through a

17    whole new separate type of training for elections

18    officials and poll workers who -- you know, frankly,

19    you're asking to be quasi-law enforcement authorities

20    in determining the validity of a government-issued

21    identification card.  And all of that will have to be

22    done every single year, and that doesn't take into

23    account the cost of providing the so-called free ID.

24          SEN. GALLEGOS:  So you're saying extra

25    costs?

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004169
JA_003592

TX_00004169

USA_00018474

Case 2:13-cv-00193   Document 661-19   Filed on 11/11/14 in TXSD   Page 86 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-2   Filed 06/20/12   Page 70 of 262

292

1    MS. WANG:  It's going to cost quite a
2    lot, and it's going to cost every year.
3    SEN. GALLEGOS:  You couldn't give us a
4    figure, could you?
5    MS. WANG:  It's several hundred thousand
6    dollars a year in Georgia, which it has been pointed
7    out is quite a smaller state than Texas is, so I would
8    have to guess -- and I would be totally guessing --
9    but at least a million dollars.
10   SEN. GALLEGOS:  All right.  Let me ask
11   you, Ms. Wang, how many cases of election fraud
12   brought by the United States Department of Justice
13   over the last let's say several years were of the type
14   that would have been addressed by voter ID?
15   MS. WANG:  None.
16   SEN. GALLEGOS:  None?
17   MS. WANG:  None.
18   SEN. GALLEGOS:  All right.  Let me ask
19   you, are there laws on the books right now that allow
20   for prosecution of people who commit voter fraud, and
21   is there any proof of these laws that are not working?
22   MS. WANG:  Well, you know, that's one of
23   the kind of astonishing things to me about all of
24   this.  You know, you're asking us, or people who are
25   advocating for the ID are trying to persuade us that

TX_00004170

USA_00018475

293

1    someone would go into a polling place to affect one
2    vote, change one vote.
3            And basically if they're caught, which
4    given the enormous efforts that have gone on in this
5    state to catch people doing this, they may be -- risk
6    going to jail for up to ten years and a minimum of two
7    and a fine of $10,000.  I don't know what kind of
8    lunacy that would be, to risk spending ten years in
9    jail to change one vote at the polling place.  So I
10   think that's quite an effective deterrent, and I think
11   it has been.
12           SEN. GALLEGOS:  Okay.  Ms. Wang, let me
13   ask you, do most states have a photo ID requirement?
14   And do the states that don't impose photo ID
15   requirements have huge fraud problems?
16           MS. WANG:  Well, as I said, about half
17   the states have basically next to no identification
18   requirement, and that includes states like California,
19   and North Carolina.  And, actually, while I have North
20   Carolina on my mind, just in sort of response to
21   things that have been said earlier, you know, the
22   state that had the highest increase, greatest increase
23   in turnout in the last election in 2008 was North
24   Carolina.  And not only did they not impose a voter ID
25   requirement such as what you're discussing here today,

TX_00004171

USA_00018476

294

1     but they did initiate same-day registration, which is

2     a much more fruitful thing for you to be perhaps

3     discussing.

4                But, as I say, about half the states

5     don't have strict voter ID requirements.  There are

6     seven states that require a photo ID.  And in four of

7     those states, they allow a person to simply fill out

8     an affidavit if they don't have the ID, and they are

9     able to cast a regular ballot.  And so we are talking

10    about a very small universe of states that feel it

11    necessary to put people through these hoops and

12    hurdles in order to exercise their right to vote.

13                SEN. GALLEGOS:  Ms. Wang, let me ask

14    you, you heard the author of the bill say that we

15    could probably give free IDs when needed.  If a

16    state -- let me ask:  If a state provides a free ID to

17    everyone, would it really be free?  And with a

18    follow-up, wasn't Indiana's ID free?  And how did the

19    free ID work in that state?

20                MS. WANG:  Well, it depends on what

21    you're going to ask people to do in order to get the

22    free ID.  I take it that there are not plans to go

23    door-to-door to every household in the State of Texas

24    distributing identification cards to anyone who needs

25    one.

TX_00004172

USA_00018477

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 89 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 73 of 262

295

1          And so I imagine that people will have

2     to go to DMV during working hours.  If they work on an

3     hourly wage job, that's probably difficult.  If they

4     have small children, that's probably difficult.  If

5     they have a job that relies on tips, that's probably

6     difficult.

7          And then they will have to present all

8     sorts of identification in order to get the

9     identification.  I imagine, if this works anywhere

10    close to the program in Indiana, they will probably

11    have to present their birth certificate.  And getting

12    a certified copy of your birth certificate costs $22.

13    How that is not a cost, how that is not ultimately a

14    poll tax is really beyond me.

15          SEN. GALLEGOS:  Well, I mean, I just

16    want to tell you that a lot of the process in this

17    giving a free voter ID, I mean, that was just told to

18    us.  We really don't know how the process is going to

19    work on anybody asking you for a free photo ID.

20    That's not explained in the bill.

21          MS. WANG:  I would actually make one

22    follow-up point to that, which is that even in the

23    Indiana law, someone who comes to the polls without ID

24    is allowed to cast a provisional ballot and return

25    within 10 days, either to present identification or

TX_00004173

USA_00018478

Case 2:13-cv-00193  Document 661-19  Filed on 11/11/14 in TXSD  Page 90 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-2  Filed 06/20/12  Page 74 of 262

296

1    fill out an affidavit attesting to their indigency,

2    that they are too poor to have ID.  There isn't even

3    that in this current bill, to allow for the

4    possibility that there are poor people in our

5    community who might not have the identification.

6              SEN. GALLEGOS:  Let me ask you this:

7    Let's say I'm given a free ID and I go to the polls,

8    but I only speak Spanish, only, and the precinct

9    worker cannot speak Spanish.  Even though I have been

10   given a free ID from the state, can that precinct --

11   under this bill, can that precinct judge, worker, deny

12   me the right and say, "I can't -- I don't understand

13   you.  You're going to have to give me other forms of

14   ID"?

15             MS. WANG:  Well, whether the law allows

16   it or not, as I've indicated, that's what, practically

17   speaking, happens all the time.  What you find is, is

18   that blacks and Latinos are far more likely to be

19   asked by poll workers for identification, whether it

20   is required of them or not.  That's just a reality,

21   and it's just a road that seems so unnecessary to go

22   down.

23             SEN. GALLEGOS:  But as open-ended as

24   this bill is, that happens to me, in the example I

25   just gave you, and the ID was given to me by the

TX_00004174

USA_00018479

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 91 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 75 of 262

297

1    state.  And they, you know, obviously took all the

2    data that they needed and knew I was a U.S. citizen

3    and everything.  If I speak Spanish only and I'm

4    rejected at the polls, I'm rejected at the polls

5    because the poll worker does not speak Spanish, is

6    that a denial of my voting rights?

7              MS. WANG:  Yes, of course.

8              SEN. GALLEGOS:  Okay.  Let me ask you

9    this:  In states that have voter ID requirements, are

10   there any studies that have been done which show that

11   the ID requirements in those states have not been

12   applied even-handedly?

13             MS. WANG:  Yes.  As I said, there now

14   have been several studies done that look at thousands

15   and thousands of voters that show pretty dramatic

16   disparities between African-American voters and Latino

17   voters and white voters.

18             SEN. GALLEGOS:  Let me ask this, if you

19   can explain to me and discuss the problems with

20   vesting thousands of election judges with the

21   authority to verify additional requirements?

22             MS. WANG:  Yes.  I mean, that is a huge

23   problem.  You're leaving a lot of decisionmaking

24   authority with poll workers who are often,

25   unfortunately, not very well-trained to begin with or

TX_00004175

USA_00018480

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 92 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 76 of 262

298

 1    often not terribly on the younger side, who will have

 2    to be given tremendous training in order to even hope

 3    that this will be applied in a consistent manner.

 4                 And, as I said, you're basically asking

 5    them -- I mean, another scenario I envision is,

 6    someone comes in with their government-issued photo ID

 7    that was taken 10 years ago and maybe they've gotten a

 8    little grayer or added a few pounds and don't look

 9    exactly the same as they used to.  And the poll worker

10    will say, "This isn't you."  I don't know what happens

11    in that situation.

12                 SEN. GALLEGOS:  One last question,

13    Ms. Wang.  Let me ask you, it's kind of like sort of

14    the question that you already answered, only can you

15    comment on the likelihood of election judges dealing

16    with African-Americans, Hispanic and aged Americans,

17    that they will ask for proof of their ID at a higher

18    rate than others?

19                 MS. WANG:  Yes.  I mean, that's clearly

20    borne out by the surveys that have been done to date.

21    We've known this anecdotally for years.  And I don't

22    want to presume any particular motivation or reason

23    for this.  All I know is that as a practical matter,

24    that's what you see.

25                 SEN. GALLEGOS:  Ms. Wang, thank you very

TX_00004176

USA_00018481

299

```
 1    much.
 2                 MS. WANG:  Thank you.
 3                 SEN. DUNCAN:  Sen. Lucio.
 4                 SEN. LUCIO:  Thank you, Mr. President.
 5    And I'll be brief.
 6                 I understand you spent several years
 7    doing research and writing on election reform and the
 8    voting rights issue.  And you're a member of -- excuse
 9    me.  Your organization has got a membership in 36
10    state chapters.  How extensive have your studies been
11    in Texas on voter ID?  And, actually, what I really
12    want to know is, along the border of Texas, do you
13    have any information that would allow me to better
14    understand how this issue pertains to minorities or
15    Hispanics along the Texas-Mexico board and to that of
16    other states such as Indiana, Georgia, given the
17    cultural value as a way of life, et cetera, taking
18    into consideration how this would impact those that I
19    represent compared to an Hispanic, let's say, in
20    Indiana or Georgia?
21                 MS. WANG:  I have not looked at that,
22    and I think that that would be something that would be
23    very important for someone to analyze before passing
24    such a law and submitting it for pre-clearance.
25                 SEN. LUCIO:  I guess I can download a
```

TX_00004177

USA_00018482

300

```
1     lot of information on your website in terms --
2                  MS. WANG:  Sure.
3                  SEN. LUCIO:  -- of what you discuss here
4     this evening?
5                  MS. WANG:  Sure.
6                  SEN. LUCIO:  Thank you very much.
7                  SEN. DUNCAN:  Ms. Wang, we have a copy
8     of your written testimony exhibit which will be
9     submitted in the record as Exhibit 17, dated March 10,
10    2009.
11                 (Exhibit No. 17 marked and admitted)
12                 MS. WANG:  Thank you very much.
13                 SEN. DUNCAN:  Thank you.  You're
14    excused.
15                 The next witness will be Cameron Quinn.
16                 Sen. Fraser.
17                 Ms. Quinn, you have 10 minutes.
18                 **TESTIMONY BY CAMERON QUINN**
19                 MS. QUINN:  Thank you very much,
20    Senator.  It's a pleasure to be here on behalf of the
21    Carter-Baker Commission on Federal Election Reform,
22    which was formed and issued a report in 2005.  My name
23    is Cameron Quinn.  I am, among other things, a former
24    chief state election official for the Commonwealth of
25    Virginia.  In Virginia, that's the Secretary of the
```

TX_00004178

USA_00018483

301

```
 1   State Board of Elections as opposed to the Secretary
 2   of State.
 3              I'm also a former Department of Justice
 4   voting election official and spent three years as the
 5   U.S. elections advisor for IFES, which is formally
 6   known as the International Foundation For Election
 7   Systems.
 8              I'm here today on behalf of the
 9   Commission, however, and I want to make sure that you
10   know a little bit about the Commission that issued the
11   study.  In addition to President Carter and Secretary
12   Baker, there were two former Secretaries of State -- a
13   Republican and a Democrat -- a journalist, four former
14   members of Congress -- including two Democrats and two
15   Republicans:  Reps. Molinari, Michel, Hamilton and
16   Sen. Daschle -- six academics, including the President
17   of Rice University, and five other people who were
18   either appointed or elected in the political process,
19   including your former Supreme Court Chief Justice, Tom
20   Phillips.  In fact, Texas was very well represented.
21   There were four of the 21 members of the commission
22   who, in fact, were Texans.
23              The commission was formed, organized by
24   the American University Center for Democracy and
25   Election Management, and it was in association with
```

TX_00004179

USA_00018484

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 96 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 80 of 262

302

```
 1    Rice University's Baker Institute for Public Policy
 2    and the Carter Center.  And the activities of the
 3    Commission were supported by funding a research by the
 4    Carnegie Corporation of New York, the Ford Foundation,
 5    the Knight Foundation, the Omidyar Network and The Pew
 6    Charitable Trusts.
 7                There's been a lot of reference to the
 8    report.  I understand everyone is receiving a copy if
 9    they didn't already have it.  In the interest of time,
10    I'm not going to go through a lot of the details in
11    the report but will focus on the particular issue at
12    hand.
13                When the report was issued, there was a
14    letter at the front of it signed by President Carter
15    and Secretary Baker.  It starts out, "Elections are
16    the heart of democracy."
17                "If elections are defective, the entire
18    democratic system is at risk.
19                "Americans are losing confidence in the
20    fairness of elections, and while we do not face a
21    crisis today, we need to address the problems of our
22    electoral system."
23                It goes on to say, "Benefitting from
24    Commission members with diverse perspectives, we have
25    proposed, for example, a formula for transcending the
```

TX_00004180

USA_00018485

1    sterile debate between integrity and access."

2            "We are recommending a photo ID system

3    for voters designed to increase registration with a

4    more affirmative and aggressive role for states in

5    finding new voters and providing free IDs for those

6    without driver's licenses.  The formula we recommend

7    will result in both more integrity and more access."

8            "We present this report because we

9    believe the time for acting to improve our election

10   system is now."

11           I also want to read from one other

12   portion of the report that I think is really

13   fundamentally at stake here, and that is that the

14   commission, under its provisions related to voter

15   identification says, "While the Commission is divided

16   on the magnitude of voter fraud -- with some believing

17   the problem is widespread and others believing that it

18   is minor -- there is no doubt that it occurs.  The

19   problem, however, is not the magnitude of the fraud.

20   In close or disputed elections, and there are many, a

21   small amount of fraud could make the margin of

22   difference.  And second, the perception of possible

23   fraud contributes to low confidence in the system.  A

24   good ID system could deter, detect, or eliminate

25   several potential avenues of fraud -- such as multiple

TX_00004181

USA_00018486

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 98 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 82 of 262

304

1   voting or voting by individuals using the identities

2   of others or those who are deceased -- and thus it can

3   enhance confidence.  We view the other concerns about

4   IDs -- that they could disenfranchise eligible voters,

5   have an adverse effect on minorities, or be used to

6   monitor behavior -- as serious and legitimate, and our

7   proposal below aims to address each concern."

8          There has already been reference to the

9   reliance on REAL ID.  This was a portion of the report

10  recommendation.  But it goes on to say, "Reliance on

11  REAL ID, however, is not enough."

12         "Where they will need identification for

13  voting, IDs should be easily available and issued free

14  of charge."

15         I can go into any number of things

16  related to the report.  I know that there has been

17  reference to some of the other provisions.  But

18  recognizing that time is short, I want to also

19  reference a letter to the editor that was written by

20  Andrew Young, the former Mayor of Atlanta, who had

21  spoken to the commission, actually not at a public

22  hearing but at a private dinner they had ahead of

23  time.  And he wrote this in September of 2005.

24         "Why did I give conditional support to

25  the Commission on Federal Election Reform for its

TX_00004182

USA_00018487

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 99 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 83 of 262

305

1    recommendation of the required federal ID when I met

2    with members last month? First, because there is

3    already a photo ID requirement in federal law, the new

4    REAL ID requirement. Why not use it to improve the

5    voter registration and election administration?

6           "Second, any required photo ID must be

7    made widely available, easily accessible and free of

8    cost. A photo ID is a weapon against the bondages of

9    poverty. Low income neighborhoods have ubiquitous

10   predatory check-cashing centers which thrive because

11   other establishments won't cash checks without a

12   standard photo ID."

13          And finally, the Commission was rather

14   pleased at the time the Supreme Court issued the

15   Crawford vs. Marion County case, that, in fact, the

16   commission's work was recognized -- in fact, in a

17   dissent written by Justice Breyer, who writes toward

18   the end of his dissent, "Of course, the Carter-Baker

19   Report is not the Constitution of the United States.

20   But its findings are highly relevant to both

21   legislative and judicial determinations of the

22   reasonableness of a photo ID."

23          While Justice Breyer did not support the

24   Indiana voter ID law, he does seem to suggest that

25   trying to conform it with Carter-Baker's

TX_00004183

USA_00018488

306

```
 1    recommendations would have been, in his opinion,

 2    appropriate.

 3                 Mr. Chairman, I am delighted to answer

 4    questions.  But I think in the interest of time, I'll

 5    stop there.

 6                 SEN. DUNCAN:  Thank you, Ms. Quinn.

 7                 Sen. Ellis?

 8                 SEN. ELLIS:  Thank you, Mr. President.

 9                 QUESTIONS FROM SENATE FLOOR

10                 SEN. ELLIS:  Thank you, Ms. Quinn, for

11    coming.

12                 What position did you play with the

13    Baker-Carter Commission, or Carter-Baker Commission?

14    What was your role?

15                 MS. QUINN:  My title was an Academic

16    Advisor.  I was not on the commission, but I was one

17    of a host of people, including some of the people here

18    today, who helped advise the commission.

19                 SEN. ELLIS:  Do you have any idea how

20    many academic advisors they had?

21                 MS. QUINN:  It was somewhere in the

22    range of a couple of dozen.  There is a list at the

23    end of the report.  And I can't say that I've

24    memorized the list or counted them today.

25                 SEN. ELLIS:  I was told maybe somewhat
```

TX_00004184

USA_00018489

1    in the neighborhood of 100.  Do you know?

2              MS. QUINN:  If there were, I never saw a

3    list that was that long, but that doesn't mean that's

4    not the case.

5              SEN. ELLIS:  Okay.  And what is your

6    position now?  What do you do now?

7              MS. QUINN:  Currently, sir, I'm an

8    independent consultant.

9              SEN. ELLIS:  You are a consultant?

10             MS. QUINN:  Yes. sir.

11             SEN. ELLIS:  And who are some of your

12   clients?

13             MS. QUINN:  Well, at the moment I am

14   working with the Republican Lawyers.

15             SEN. ELLIS:  I couldn't hear you.

16             MS. QUINN:  The Republican lawyers.

17             SEN. ELLIS:  Republican lawyers.

18             MS. QUINN:  The Republican National

19   Lawyers Association.

20             SEN. ELLIS:  That's a good group.

21             MS. QUINN:  It is a good group.  They

22   fight very hard --

23             SEN. ELLIS:  They didn't give me an

24   interview when I got out of law school.

25             MS. QUINN:  Did they?

TX_00004185

USA_00018490

308

```
 1                    SEN. ELLIS:  But it's a good group.

 2                    And in your capacity here today --

 3                    MS. QUINN:  Yes, sir.

 4                    SEN. ELLIS:  -- are you representing the

 5     Carter-Baker Commission or are you just testifying

 6     from the vantage point of someone?

 7                    MS. QUINN:  No, sir.  I am here and was

 8     requested by Secretary Baker's staff to be here on

 9     behalf of the Carter-Baker Commission.

10                    SEN. ELLIS:  Okay.  You heard my

11     discussion earlier, and you made reference to the

12     totality of the recommendations in the report --

13                    MS. QUINN:  Yes.

14                    SEN. ELLIS:  -- 86 or 87, somewhere in

15     that neighborhood.

16                    MS. QUINN:  I believe it was 87.  I will

17     say that I did not go back to double check today.

18                    SEN. ELLIS:  That's okay.  What would

19     you characterize as the major recommendations in the

20     report?  Obviously, voter ID has gotten the attention

21     of a number of states for some reason.

22                    MS. QUINN:  Well, let me say that the

23     Executive Summary nicely summarizes them.  And they

24     propose a voter registration system in which the

25     states, not the localities, are responsible for the
```

TX_00004186

USA_00018491

1    accuracy and quality of the voter lists, and other

2    ways to improve voter registration.  They propose the

3    voter ID requirements.

4            SEN. ELLIS:  The REAL ID Act?

5            MS. QUINN:  The REAL ID Act.

6            SEN. ELLIS:  You heard the discussion,

7    maybe heard the discussion between Sen. Fraser and me

8    a bit earlier in which he quoted an opinion editorial

9    and I quoted one.  Now, I tried, to the best of my

10    ability, to be balanced, because I made reference to

11    the section in which they said both Republicans and

12    Democrats were at fault or something to the effect, if

13    I can paraphrase it, that Republicans were pulling out

14    the ID provision.  Based on the comment, I took it to

15    mean because they felt it would give them an electoral

16    advantage.  And it said Democrats were criticizing the

17    voter ID provision and not making the case to go and

18    do all of the other things, I assume making reference

19    to the REAL ID provision.  Was that a fair

20    characterization of what they were saying in that

21    opinion editorial?

22            MS. QUINN:  I think it is fair to say

23    that for some reason, election reform tends to divide

24    Republicans and Democrats, probably because they

25    recognize it may have an effect on their elections,

1  and that generally speaking, Democrats seem to be more

2  concerned about access and Republicans more concerned

3  about integrity.  But I would say to you that it's my

4  impression, from talking to many Democrats and

5  Republicans, both elected and election officials, that

6  they all agree that both are important.

7  　　　　　SEN. ELLIS:  Well, from your vantage

8  point as an advisor, or one of the academic advisors

9  to the commission, would it be fair to say that you --

10  not the commission -- you would have some concerns

11  about whether or not there would be a disproportionate

12  impact on certain groups if you don't adopt more than

13  the voter identification provision?  REAL ID provision

14  in the major one that both President Carter and

15  Secretary Baker made reference to in that editorial.

16  Do you have any concerns about a state just adopting

17  the voter ID provision and that concern being whether

18  or not it would have a disproportionate impact on

19  certain groups, whatever they are, people who have --

20  students from abroad, any concerns on your part about

21  a disproportionate impact on certain groups?

22  　　　　　MS. QUINN:  Senator, I would say that I

23  always, when I was an election official, was concerned

24  about trying to make sure that we enfranchised as many

25  voters as possible.  And I understand that you're

311

1     asking me about this particular bill, but I think it

2     needs to be looked at in totality of other Texas

3     election law and procedure.  And I do believe that

4     Texas has a number of other -- of these provisions.  I

5     know, for example, that under the Help America Vote

6     Act, they already have adopted a statewide system.

7     Now, I can't recall the details of their statewide

8     system, and there may be some issues with it, but I

9     know that they've already adopted provisional

10    balloting.  That's also required by the Help America

11    Vote Act.

12              SEN. ELLIS:  Well, the reason I'm asking

13    you the question that I asked is because you are here,

14    and it says Academic Advisor, Carter-Baker Commission.

15              MS. QUINN:  Yes, sir.

16              SEN. WHITMIRE:  So I'm assuming that

17    Secretary Baker didn't ask you to just come here for

18    the weather in Texas.

19              MS. QUINN:  No, sir!

20              SEN. ELLIS:  So it would give the

21    impression somehow that you are endorsing or you are

22    for just having Texas adopt the Voter ID Act.  I mean,

23    that would be the impression that a reasonable member

24    of this body would get.

25              So I'm asking you, since you say

TX_00004189
JA_003612

TX_00004189

USA_00018494

312

1    Secretary Baker asked you to come, to comment on the

2    opinion editorial that I could give you again to look

3    at in which he and President Carter said they were

4    concerned that a voter ID bill by itself would have a

5    disproportionate impact on certain groups and that

6    states ought to adopt the REAL ID Act, and there are

7    other recommendations.  They were concerned, based on

8    that opinion editorial -- I think you heard me read it

9    earlier -- about just picking out one piece.

10          MS. QUINN:  I agree that that's the

11   case.  They are concerned that people focus on only

12   one or two of the requirements.

13          SEN. ELLIS:  Any guess why people maybe

14   in the Lone Star State -- I know maybe you don't come

15   here that often -- would just pick this part, the

16   voter ID part?

17          MS. QUINN:  Sir, it is my understanding

18   that this state has not only picked that, that there

19   are other provisions from the Carter-Baker Report That

20   have been addressed by the state.  I don't know most

21   of them, because I'm not someone who is frequently in

22   Texas.  The longest time I spent in Texas was five

23   weeks once when I was summer-clerking.  So I can't say

24   that I know Texas law or Texas procedure, but I do

25   know certain things that they have adopted that are

TX_00004190

USA_00018495

313

```
 1    part of the report.
 2              SEN. ELLIS:  And what are those?
 3              MS. QUINN:  Well, as I said, I know that
 4    you-all have some form of provisional balloting.  I
 5    know that you-all have some kind of statewide voter
 6    registration database.  I don't know the particulars,
 7    but I do know that those are in effect.
 8              SEN. ELLIS:  Enjoy your stay in Texas.
 9    Thank you very much.
10              MS. QUINN:  Thank you, sir.
11              SEN. DUNCAN:  We have from Ms. Quinn an
12    exhibit that I think is entitled "Building Confidence
13    in U.S. Elections," and I believe it is the Carter-
14    Baker Commission Report.  Is that correct?
15              You need to say that into the --
16              MS. QUINN:  Yes, sir.
17              SEN. DUNCAN:  All right.  We will submit
18    that in the record as Exhibit 18.
19              (Exhibit No. 18 marked and admitted)
20              SEN. DUNCAN:  Sen. Fraser.
21              SEN. FRASER:  Cameron, thank you for
22    being here today.  We're honored to have you with us.
23    I was actually sitting, listening to your conversation
24    with Sen. Ellis.  And you said one thing that I want
25    to make sure that we give, you know, an "attaboy" to,
```

TX_00004191

USA_00018496

1   because it's something that -- the message that I

2   continue trying to project is the fact that your goal

3   at the Commission was to enfranchise as many voters as

4   possible.  And I think that is my goal by the

5   legislation I'm laying out, that I'm hoping by the

6   bill that I am laying out that we will encourage

7   people that have been discouraged in the past and give

8   them a reason to go back and vote.

9               MS. QUINN:  Yes, sir.

10              SEN. FRASER:  I really just have a

11  couple of questions I wanted to clarify.  I'm looking

12  at the data that came back -- obviously, we had the

13  discussion about the editorials, and then I had the

14  Executive Summary of the report.  But on the letters

15  from the co-chair that is signed by both President

16  Jimmy Carter and Secretary of State James Baker, right

17  in the middle of the letter the statement, "We are

18  recommending a photo ID system for voters designed to

19  increase registration with a more affirmative and

20  aggressive role for states in finding new voters and

21  providing free IDs for those without driver's

22  licenses."

23              I believe I heard you say, and it

24  appears that has been somewhat of a theme, is that,

25  obviously, the totality of the entire report,

TX_00004192

USA_00018497

Case 2:13-cv-00193   Document 661-19   Filed on 11/11/14 in TXSD   Page 109 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-2   Filed 06/20/12   Page 93 of 262

315

1    everybody would like to get all of that put together.

2    But as we do in legislation, we don't get everything

3    we want.  We take what we can get, put the small

4    pieces together, put some of the bricks in place and

5    hope we keep stacking them up.  I'm assuming that was

6    what you're saying, based on the fact that we're only

7    addressing a photo ID bill today, that it was the goal

8    of the commission?

9              MS. QUINN:  Yes, sir.  My understanding

10   is that, as I've said, Texas has certain pieces of

11   this already in place.  This is another piece of it

12   that Texas is trying to put in place.

13             SEN. FRASER:  And I would add to that,

14   in the Executive Summary, you know, they had multiple

15   things, then a first, second and third.  The second

16   thing that is listed in the Executive Summary is to

17   make sure that a person arriving at the polling site

18   is the same one who is named on the list.  And of the

19   common things or the things that I continues to try to

20   emphasize today, that's what this bill is all about.

21             My goal is that when someone walks in

22   and represents them to be, you know, Tom Jones, I want

23   them to make sure that is really Tom Jones and they

24   have some way of verifying it.  I believe, by reading

25   what you're saying, that was the intent of the REAL ID

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004193
JA_003616

TX_00004193

USA_00018498

Case 2:13-cv-00193 Document 661-19 Filed on 11/11/14 in TXSD Page 110 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 94 of 262

316

 1    and the fact that y'all are trying to -- based on what

 2    you say, you want to make sure that the person

 3    arriving at the polling site is the same one who is

 4    named on the list.  Is that --

 5              MS. QUINN:  That's certainly one of

 6    those points.  I think the other important point is

 7    that the perception that such kinds of things cannot

 8    occur is also important.  And I have read before the

 9    quote from Page 18 of the report:  "While the

10    Commission is divided on the magnitude of other

11    fraud . . . there is no doubt that it occurs.  The

12    problem, however, is not the magnitude of the fraud.

13    In close or disputed elections, and there are many, a

14    small amount of fraud could make the margin of

15    difference.  And . . . the perception of possible

16    fraud contributes to low confidence in the system."

17              SEN. FRASER:  In the research that the

18    commission did during the time the commission was in

19    place, did y'all get into the area of trying to look

20    at and identify that there was in-person voter fraud

21    either suspected or going on in the United States?

22              MS. QUINN:  The report actually talks in

23    an earlier provision on Page 4 about some of the fraud

24    that they had found and talked about the Washington

25    State and Wisconsin elections in 2004.  And

TX_00004194

USA_00018499

```
 1    specifically says, "In Milwaukee, Wisconsin . . . more

 2    than 100 people who voted twice" -- excuse me.  I'm

 3    taking this out of context.

 4              In Milwaukee, Wisconsin, investigators

 5    said they found clear evidence of fraud, including

 6    more than . . . 100 people who voted twice, used fake

 7    names or false addresses, or voted in the name of a

 8    dead person."

 9              SEN. FRASER:  Now, these were in-person

10    votes?

11              MS. QUINN:  Well, as far as I can tell,

12    that's the case.  You know, this has been a few years,

13    and I don't recall all the details behind the report

14    they cited, and I had not brought that with me to

15    check today.  I would be more than happy to check it

16    and get back to you.

17              SEN. FRASER:  Thank you very much.

18    Thank you for being here today.

19              MS. QUINN:  It's my pleasure.

20              SEN. DUNCAN:  Sen. Van de Putte.

21              SEN. VAN de PUTTE:  Thank you,

22    Mr. President.

23              Thank you very much for coming to appear

24    today.  And if you saw me going like this

25    (indicating), it's because you have a really nice soft
```

TX_00004195

USA_00018500