Case 2:13-cv-00193   Document 661-20   Filed on 11/11/14 in TXSD   Page 1 of 109
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-2   Filed 06/20/12   Page 98 of 262

318

1    voice, but I was straining on this side.  So I wanted

2    to ask for some clarification.

3                    I really had heard about the

4    commission's work and the validity of the report, and

5    they made several recommendations.  First of all, I

6    think the recommendation concluded that we needed to

7    have a REAL ID to possibly use for voting purposes.

8    Is that not correct?

9                    MS. QUINN:  They recommended that that

10   was a very good choice to use, yes.

11                   SEN. VAN de PUTTE:  And I'm looking at

12   the report here on Page 19 that said, "For the next

13   two federal elections, until January 1, 2010, in

14   states that require voters to present ID at the polls,

15   voters who fail to do so should nonetheless be allowed

16   to cast a provisional ballot, and their ballot would

17   count if their signature is verified.  After the REAL

18   ID is phased in," and they think it's -- according to

19   this report, it was supposed to have been phased in in

20   January of 2010 -- that "voters without a valid photo

21   ID, meaning a REAL ID or an EAC-template ID, could

22   cast a provisional ballot, but they would have to

23   return" in 48 hours to present something.  Was that

24   the recommendation?

25                   MS. QUINN:  That's certainly covered on

TX_00004196
JA_003619

TX_00004196

USA_00018501

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 2 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 97 of 262

319

 1      Page 19 of the report, yes, ma'am.

 2              SEN. VAN de PUTTE:  My question is, in

 3      all of this, was there ever any work done to account

 4      for the number of naturalized citizens that would be

 5      participating that would not have the type of

 6      documentation that would be required?

 7              MS. QUINN:  I'm not aware of such

 8      information.  That doesn't mean it's not here.  And

 9      again, I would be happy to look into that and get back

10      to you.

11              SEN. VAN de PUTTE:  Was there ever any

12      work done before the commission recommendations

13      about -- because it talked about in particular

14      African- American voters -- but the access to get an

15      ID for Hispanic voters?

16              MS. QUINN:  Again, ma'am, I do not

17      recall any such thing, but I would be happy to check

18      into it and get back to you.

19              SEN. VAN de PUTTE:  However, the report

20      did note that the priority population gender-wise who

21      did not have photo ID was women.  Is that not correct,

22      as affirmed in the report?

23              MS. QUINN:  They were concerned about

24      any population that would have trouble getting voter

25      identification, and that's why they suggested that it

TX_00004197

USA_00018502

320

1    should be free and that states should affirmatively

2    try to make sure they're reaching out to populations

3    that would be less likely to have identification.

4              SEN. VAN de PUTTE:  And identifies in

5    the commission report the No. 1 population that lacks

6    a photo ID as women?

7              MS. QUINN:  Correct.

8              SEN. VAN de PUTTE:  Yes.

9              MS. QUINN:  I'm relying on the fact that

10   you think there is a place in here where it says that.

11   I do not specifically recall it.  But I'm happy to

12   agree with you, that they were concerned about all

13   populations.

14             SEN. VAN de PUTTE:  I wanted to ask you,

15   the commission's report also asked that states use a

16   unique identifier.  Can you quantify for us, with

17   regard to photo IDs, what is a unique identifier?

18             MS. QUINN:  I think the reference to

19   unique identifiers was talking about a number, a

20   unique number identifier.  I will say, however, that

21   photographs are, in their own way, a unique

22   identifier.

23             SEN. VAN de PUTTE:  Well, I think,

24   according to the commission, the unique identifier has

25   to be a number.  In the case of the REAL ID, that

TX_00004198

USA_00018503

321

```
 1    number is dictated to be your social security number.
 2              MS. QUINN:  Yes.
 3              SEN. VAN de PUTTE:  Other states have
 4    chosen the route of privacy and not having identify
 5    some sort of numbering system that they have.  But, of
 6    course, as we know with the rulemaking currently
 7    having gone forward on REAL ID, that is a social
 8    security.  My question is, on the unique identifier
 9    that's a social security number and with the photo ID,
10    was there ever any work done when naturalized
11    citizens' names do not correspond to the identifier?
12              MS. QUINN:  Not that I'm aware of, but
13    I'm happy to check into that and get back to you.
14              SEN. VAN de PUTTE:  And the reason I ask
15    you is, for naturalized citizens, particularly those
16    coming from Spanish speaking counties, the mother's
17    maiden name is the last name.
18              MS. QUINN:  Yes, I know.
19              SEN. VAN de PUTTE:  So the father's name
20    is actually in the middle name.  So when you're a
21    naturalized citizen, your papers or your identifier, I
22    would have been listed as Leticia San Miguel Aguilar,
23    even though Aguilar, my mother's maiden name, not part
24    of any identification or any papers that I would have
25    here; and, yet, the unique identifier would be a
```

TX_00004199

USA_00018504

322

1   social security.

2          For our naturalized citizens, which last

3   year were 53,000 in this state -- the biggest increase

4   that we've ever had -- the identifier would not match

5   up with the name, because in Spanish surnamed

6   individuals, the mother's maiden name goes last.

7          Was there any work done, to your

8   knowledge, at the commission or any work that you know

9   of to note that this would be a very different type of

10  discrimination to be able to prove up simply because

11  the cultural norm is one which the mother's maiden

12  name is last?

13          MS. QUINN:  Again, Senator, not that I'm

14  aware of, but I would be happy to check into it.

15          SEN. VAN de PUTTE:  Thank you.  The last

16  question that I have is, since in Texas -- you do know

17  our demographics?

18          MS. QUINN:  Not particularly well,

19  ma'am.  I would be happy, if you want to refresh my

20  recollection.

21          SEN. VAN de PUTTE:  Well, my work is

22  that I understand that in the commission there was a

23  former Atlanta mayor, Andrew Young on the commission.

24  Is that correct?

25          MS. QUINN:  No, ma'am.  He actually --

TX_00004200

USA_00018505

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 6 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 101 of 262

323

```
1              SEN. VAN de PUTTE:  Was he an advisor?

2              MS. QUINN:  No, ma'am.  He appeared

3     before the commission at a private dinner and spoke

4     with them.

5              SEN. VAN de PUTTE:  So the document that

6     you have on the commission and the recommendations on

7     the voter integrity, which commissioners were that,

8     that were Hispanic?

9              MS. QUINN:  Hold on just one second, and

10    I will tell you those who seemed to have an Hispanic

11    surname.  I cannot tell you necessarily that they are

12    the only commission members who are Hispanic.

13              What did I do with that?  Here we go.

14              The only one who has an Hispanic

15    surname, and he was President of the National Council

16    of La Raza, is Raul -- Yzaguirre?

17              SEN. VAN de PUTTE:  That's correct.

18    Thank you.  I wanted to make sure that the

19    recommendations fit, because there's very little in

20    the commission.  And part of our job here is to make

21    sure that whatever we enact doesn't unduly burden.

22    And most of the work cited has been done using

23    African-American and not Hispanic populations, given

24    that the states that have enacted these types of laws

25    have not had a significant amount of Hispanics.  So I
```

TX_00004201

USA_00018506

324

```
 1    appreciate that and hope that your visit here
 2    continues to be fun for you.
 3                    MS. QUINN:  Thank you very much.
 4                    SEN. VAN de PUTTE:  Thanks.
 5                    SEN. DUNCAN:  Sen. Williams.
 6                    SEN. WILLIAMS:  Thank you, Mr. Chairman.
 7                    And, Ms. Quinn, thank you for joining us
 8    today.  I'm sorry for the late hour.  I would like to
 9    direct the committee's attention to the report.
10    You've made several references to different portions
11    of it.  But on Page 69 of the report where the
12    conclusions are drawn, if you would join me there.
13                    And I would ask the committee to direct
14    their attention to Page 69.  And they refer to here --
15    really, we've heard about 87 recommendations in all
16    this.  There's really five pillars, as they refer to
17    them here, five main themes that run throughout this
18    entire report about the recommendation, and I would
19    like to visit with you about those a little bit.
20                    They say in the first one, ". . . we
21    propose a universal, state-based, top-down,
22    interactive, and interoperable registration list that
23    [will], if implemented successfully, [will] eliminate
24    the vast majority of complaints currently leveled
25    against the election system."
```

TX_00004202

USA_00018507

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 8 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 103 of 262

325

1                   Now, that is very lofty language and
2       lofty goals that we have here.  But I believe -- my
3       recollection -- I've served on the State Affairs
4       Committee here which considers election-related
5       legislation.  And my recollection is that the HAVA
6       legislation that we considered there, the Help America
7       Vote Act, which we were required to implement and
8       phase in over a couple of election cycles, is what
9       addressed this concern.
10                  We refer to it in Texas as the TEAM
11      project over at the Secretary of State's office.  So
12      is that what you were making reference to?  You were
13      making a more broad reference.  I'm trying to get a
14      little more specific here.
15                  MS. QUINN:  Yes, Senator.  When you
16      mentioned TEAM, I remembered that Ann McGeehan, when
17      she would come to the elections meetings would talk
18      about TEAM.
19                  SEN. WILLIAMS:  Okay.  And then secondly
20      is the issue about photo ID.  And, of course, that's
21      what we're debating here with 362.  And, of course,
22      we're still struggling with the implementation of the
23      REAL ID Act, as many states are, but we're making
24      progress toward that.
25                  And then third and finally -- or not

TX_00004203

USA_00018508

326

 1    third and finally -- but thirdly, they say they would

 2    propose measures that would increase voting

 3    participation by connecting registration and the ID

 4    process.  Now, I don't know that we've implemented

 5    anything new since the Carter-Baker Report came out.

 6    But would this include -- you know, we have here in

 7    Texas a couple of weeks of early voting where you can

 8    go and -- convenience voting it's often referred to.

 9           So the election really doesn't happen on

10    one day; it happens over a couple of weeks.  And

11    typically, what happens, it will start on a Monday, it

12    will include a weekend voting time.  And then

13    convenience voting will often conclude on the Friday

14    before the election following on Tuesday.  Would that

15    be the sort of thing that they're referring to here,

16    to make it more convenient for people to vote?  I

17    mean, that's not something new that we've done, but

18    we've had that here for a long time.

19           MS. QUINN:  Well, I believe that would

20    be one of the kinds of things they were referring to.

21    There's a fairly significant number of them.

22           I think also you-all have a witness

23    coming from Houston who will be talking about the

24    electronic votes that I think they are experimenting

25    with.  That certainly is the same kind of thing --

TX_00004204

USA_00018509

Case 2:13-cv-00193   Document 661-20   Filed on 11/11/14 in TXSD   Page 10 of 109
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-2   Filed 06/20/12   Page 105 of 262

327

```
 1                    SEN. WILLIAMS:  Right.

 2                    MS. QUINN:  -- that ties voter

 3      registration and identification and is intended to

 4      make things easier.

 5                    SEN. WILLIAMS:  Right.  What I was going

 6      to say here, we have so many people now in our state

 7      registered to vote when they get their driver's -- if

 8      they have a change of address, and that's something

 9      that we actually implemented when the motor voter laws

10      came into effect back in the mid-nineties sometime.

11                    MS. QUINN:  Yes.

12                    SEN. WILLIAMS:  So those are the kinds

13      of things that we're referring to here, I think.  And

14      I just want to make sure that -- and then the fourth

15      thing is this component -- I would refer to it as an

16      educational component, and that is to help voters

17      become more aware of voting and what they need to do

18      and what's involved in all that.

19                    And so we have -- the Secretary of

20      State's office -- and I don't pretend that I would be

21      an expert on it -- but our Vote Texas Project that

22      worked through the Secretary of State's office was a

23      HAVA-compliant voter education project.  Was that

24      commonly done when HAVA was enacted, to try to move

25      these things forward?
```

TX_00004205

USA_00018510

1          MS. QUINN:  A lot of states, after the

2     passage of HAVA, used some of their HAVA funds to, in

3     fact, increase voter communications and voter

4     education, because in many cases -- and I know it's

5     certainly true in Virginia -- at the state level, I

6     have not only zero budget for voter education, but it

7     was not considered to be part of my mandate as a state

8     official prior to HAVA.

9          SEN. WILLIAMS:  Right.  And then their

10    final recommendation was the restructuring of the

11    system by which elections have been administered in

12    our country.  They propose the Election Assistance

13    Commission and so forth.  I'm not sure what all this

14    means.  I would have to dig into the report.  It

15    sounds pretty dramatic.  But would this include things

16    like electronic voting or is that really more in the

17    stuff -- I know we have a lot of educational

18    components in my area related to electronic voting.

19    They make sure -- you know, they put these electronic

20    voting machines in supermarkets and libraries and

21    things like that, where people can try them out before

22    election day gets here.  Is this referring to that or

23    is it a more sweeping change?

24         MS. QUINN:  Well, what they had in mind

25    was the concern that was expressed in 2000 with

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 12 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 107 of 262

329

1    Catherine Harris and at other times with other

2    election officials who often are, or have been in the

3    past, sharers of a candidate's committee that was

4    running on the ballot.

5              SEN. WILLIAMS:  Yes.

6              MS. QUINN:  That varies across the

7    states.  In Virginia, for example, while I was not

8    legally mandated not to, it was understood and it was

9    tradition and it was always done in Virginia, that no

10   election official at the State Board of Elections

11   would be involved in any ballot on the ticket, from

12   president down do the lowest ballot on -- or the

13   lowest item on any ballot in the state.

14             SEN. WILLIAMS:  Right.

15             MS. QUINN:  So I would not, for example,

16   ever contribute money to any race that was in the

17   state.  I would not be involved as a volunteer.  I

18   would not be involved certainly in any official

19   capacity.  And I think that's the kinds of things that

20   they were getting at, was that election officials,

21   while operating as election officials, should stay out

22   of the partisan political fray, to the extent that

23   they were not themselves on a ticket.  Can I --

24             SEN. WILLIAMS:  So, for instance, in a

25   county like where in live, in Montgomery County, we

TX_00004207

USA_00018512

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 13 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 108 of 262

330

```
1    have an election administrator who doesn't run for
2    office, and it's a non-partisan position.  She's hired
3    by the Commissioners Court or what other places will
4    call the Board of Supervisors that administers the
5    elections in our county.  So that's the sort of thing
6    that you're talking about?
7              MS. QUINN:  Yes, sir.  I love to tell
8    this.  I had a deputy when I was at the state board
9    who had a phrase I loved.  She says, "When I get here
10   in the morning, I park my donkeys at the door."
11             SEN. WILLIAMS:  There you go.  So I
12   guess then in summary, as I look over this -- because
13   it had been asserted by Sen. Ellis earlier that really
14   we were kind of just picking this one requirement out
15   of the report.  It would seam to me that out of the
16   five areas that they have, Texas has actually recently
17   made very substantial progress on at least four of
18   those things and maybe some progress on that fifth.
19   I'm not really sure what that fifth one means.  It
20   seems like it's pretty -- you could pretty broadly
21   define and put a lot of things in that category.
22             So thank you again so much.  Would you
23   agree with my conclusion there, that it's not really
24   fair to say that there's only one thing that we're
25   doing out of this, we've actually made substantial
```

TX_00004208

USA_00018513

Case 2:13-cv-00193  Document 661-20  Filed on 11/11/14 in TXSD  Page 14 of 109
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-2  Filed 06/20/12  Page 109 of 262

331

1    progress?  And I'm sure that that will help jog --

2    since Sen. Ellis and I served on that State Affairs

3    Committee together, I'm sure that will help jog his

4    memory about some of the good work we've done together

5    there.  As I recall, all of these measures passed out

6    of the committee without any opposition and passed --

7    my recollection is that they passed this body with a

8    31 to nothing vote.  So thank you very much.

9                    MS. QUINN:  Thank you, Senator.

10                   SEN. DUNCAN:  Thank you, Sen. Williams.

11                   Ms. Quinn, there are no other senators

12   queued up, so you are excused.  Thank you for your

13   testimony.

14                   MS. QUINN:  Thank you, sir.

15                   SEN. DUNCAN:  Sen. Wentworth.

16                   SEN. WENTWORTH:  Mr. President, I offer

17   as exhibit -- and the appropriate number, I think 18

18   or 19 -- letters --

19                   SEN. DUNCAN:  Hold on a minute.  Let's

20   get the correct number so that it will be identified

21   in the record.

22                   The next number is 19, so what you're

23   discussing will be Exhibit 19.

24                   SEN. WENTWORTH:  Yes, sir, letters

25   involving the Federal Election Commission that was

TX_00004209

USA_00018514

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 15 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 110 of 262

332

```
 1    discussed by a previous witness.

 2              SEN. DUNCAN:  Well, okay.  Bring it

 3    forward.

 4              Okay.  Exhibit 19 is a letter from the

 5    letterhead, dated June 29, 2007, to the Honorable

 6    Dianne Feinstein and the Honorable Robert Bennett.

 7    And it is -- I think the letter is signed by --

 8              SEN. WEST:  Mr. President --

 9              SEN. WENTWORTH:  Signature is shown on

10    Page 18, Hans A. von Spakovsky.

11              SEN. DUNCAN:  Hans von Spakovsky.

12              SEN. WENTWORTH:  And in addition,

13    Mr. President, there were letters also recommending

14    his appointment to the Federal Election Commission.

15              SEN. DUNCAN:  All right.  There are

16    several letters that are, I think, attached as

17    exhibits to the letter dated --

18              SEN. WENTWORTH:  Yes, sir.

19              SEN. DUNCAN:  -- June 29, 2007.

20              SEN. WENTWORTH:  Actually, there are a

21    couple of attachments to that, and then there are

22    other separate letters of recommendation to the

23    Federal Election Commission.

24              SEN. DUNCAN:  Okay.  So those would be

25    separate letters, not attached to 19?
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004210
JA_003633

TX_00004210

USA_00018515

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 16 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 111 of 262

333

```
 1                 SEN. WENTWORTH:  Yes, sir.  There are 14

 2      such separate letters.

 3                 SEN. DUNCAN:  So you're going to present

 4      all of those letters as one exhibit, Exhibit 19?

 5                 SEN. WENTWORTH:  Yes, sir; yes, sir.

 6                 SEN. DUNCAN:  All right.  It will be

 7      received.

 8                 (Exhibit No. 19 marked and admitted)

 9                 SEN. DUNCAN:  Sen. Gallegos.

10                 SEN. GALLEGOS:  Mr. Chairman, whatever

11      was just introduced by Sen. Wentworth, I would like to

12      see a copy of whatever was introduced.

13                 SEN. WENTWORTH:  Well, Mr. President, I

14      would like to see a copy of the other 18 exhibits that

15      have been submitted to the Secretary, without any of

16      us seeing any copies of them.

17                 SEN. LUCIO:  I would like.

18                 SEN. GALLEGOS:  I mean, you know, I just

19      don't know what was -- but if it's entered into the

20      record, I would like to see a copy of it.

21                 SEN. WENTWORTH:  I'll be glad to make a

22      copy for him, Mr. President.

23                 SEN. DUNCAN:  We'll make a copy for you,

24      Senator.  We'll make copies for whomever wants one.

25      Of if everybody wants one, that will be fine.
```

TX_00004211

USA_00018516

1          SEN. WENTWORTH:  That's fine with me.

2          SEN. DUNCAN:  Sen. Shapleigh?

3          SEN. SHAPLEIGH:  Mr. Chair,

4  Sen. Wentworth's offer of that letter has jogged my

5  memory.  Here are letters from the Brennan Center

6  against Mr. Spakovsky, members, signed by one, two,

7  three, four, five, six, seven, eight, nine, ten,

8  eleven, twelve, thirteen, fourteen, fifteen --

9  seventeen members of Congress against his nomination,

10  letters from Common Cause against his nomination,

11  letters from the Civil Rights Committee -- Lawyers

12  Civil Rights Committee against his nomination --

13  letters by the Campaign for Legal Center and Common

14  Cause against his nomination and letters from the

15  members of the United States -- I'm sorry -- from the

16  Campaign Legal Center that I would like to include in

17  the record, to make it more complete, as Exhibit 19.

18          SEN. DUNCAN:  Well, I think yours would

19  be a separate exhibit.  Sen. Wentworth has offered up

20  an Exhibit 19, which would be admitted into the

21  record.  And you are offering Exhibit No. 20, which

22  contain the letters that you have just described to

23  the body.  Is that correct?

24          You'll need to say that on a mike,

25  please.

TX_00004212

USA_00018517

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 18 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 113 of 262

335

1            SEN. SHAPLEIGH:  I would offer these

2  letters to make them a part of the record.

3            SEN. DUNCAN:  All right.  Thank you very

4  much.  Bring them forward and well put them in the

5  record.

6            (Exhibit No. 20 marked and admitted)

7            SEN. WENTWORTH:  Mr. Chairman?

8            SEN. DUNCAN:  Sen. Wentworth.

9            SEN. WENTWORTH:  Could I, since

10  Sen. Shapleigh has been more precise about the

11  letters, may I do the same for Exhibit 19?

12            SEN. DUNCAN:  You have the floor.

13            SEN. WENTWORTH:  One letter is co-signed

14  by six members of Congress, recommending his

15  nomination to the Federal Election Commission.  We

16  have letters from the Secretary of State of Kentucky;

17  Secretary of State of Indiana; the County Clerk of

18  Harris County, Texas; the Chairman of the Forsyth

19  County Board of Elections in Georgia; Mr. P. K.

20  Brunelli with the Federal Voting Assistance Program of

21  the Department of Defense at the Pentagon; from

22  Mr. Wendron Close from the United Kingdom; from Tom

23  Lowe, Fulton County Commissioner in Georgia; Mr. Frank

24  Strickland, who is Chairman of the Board of Directors

25  of the Legal Services Corporation; United States

TX_00004213

USA_00018518

1    Senator Johnny Isakson; T. Rogers Wade, President of

2    the Georgia Public Policy Foundation; Wesley Kliner,

3    Vice Chairman of the United States Election Assistance

4    Commission Board of Advisors; and, finally, Ray

5    Martinez III, former Commissioner of the United States

6    Election Assistance Commission.

7              Thank you, Mr. Chairman.

8              SEN. DUNCAN:  It will be submitted.

9    Record noted.

10              Members, our next witness is Dr. Toby

11   Moore.  Will Mr. Moore step up.

12              And you have 10 minutes, Mr. Moore.

13   Thank you.

14              DR. MOORE:  Thank you.  And thank you to

15   the senators for the opportunity to speak to you

16   today.

17              SEN. DUNCAN:  You need to state your

18   name, too, and who you are representing.

19              **TESTIMONY BY TOBY MOORE**

20              DR. MOORE:  My name is Toby Moore, and

21   I'm a Project Director in Elections Research for the

22   Research Triangle Institute, a non-profit,

23   non-partisan research institute.  I'm speaking on my

24   own behalf today.

25              Before joining RTI in 2007, I was a

TX_00004214

USA_00018519

1    project manager for the Carter-Baker Commission on

2    election reform at American University.   From 2000 to

3    2006, I was the geographer of the voting section of

4    the Civil Rights Division of the U.S. Department of

5    Justice.   My Ph.D. is from the University of Iowa in

6    geography, which makes me the first non-attorney

7    witness you've had.   When we get to the questions, I

8    guess we'll find out if that's a help or a hindrance.

9                My experience is in election data.   I'm

10   currently conducting the U.S. Election Assistance

11   Commission's 2008 Election Day Survey.   In that

12   capacity, I've had the pleasure of working with Ann

13   McGeehan, Kim Thole and the very fine staff in the

14   Elections Division.   I became involved in voter ID

15   research for the first time in 2005, as part of the

16   team that conducted the review of the 2005 Georgia ID

17   law for the Department of Justice.

18                Voter ID has obviously become a very

19   partisan issue and an emotional one for many people.

20   I think that my testimony today, I'll concentrate on

21   really two things that I think will be the most use

22   for the Senate.   First, I wanted to provide as

23   objective a survey of the current research in the

24   field as I can.   And second, based on my experience

25   working on Section 5 pre-clearance cases at the

TX_00004215

USA_00018520

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 21 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 116 of 262

338

1    Department of Justice, I discuss the substantial

2    challenges the state faces in trying to meet its

3    burden under the Voting Rights Act. I also would be

4    welcome to talk with you about the Carter-Baker

5    Commission and its recommendation, although in the

6    interest of time, I may leave that for the questions.

7           We should know more about the effects of

8    voter ID than we do. In many ways the research

9    community has failed policymakers by not producing

10   better findings. However, some recent studies have

11   come up that I think are finally providing us with an

12   initial picture of the group of people who don't have

13   voter ID and the demographics of that group. To begin

14   with, I think it is clear from public opinion surveys

15   that most Americans support requiring a photo ID in

16   order to vote.

17          There have been kind of three approaches

18   to trying to identify those without IDs and to

19   determine their demographics. The first approach has

20   been to try to match between data bases, between voter

21   registration databases and Department of Motor Vehicle

22   databases, for example. That has generally not proven

23   to be successful. Those databases are very difficult

24   to match between. There is some interesting

25   information to come out of those attempts. But in

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004216
JA_003639

TX_00004216

USA_00018521

1    general, I would encourage you to avoid any kind of

2    database matching to arrive at your information.

3            The second approach -- and we've heard

4    much about this today -- has been to look at the

5    impact on turnout.  There are two ways to do that.

6    The first is to use very sophisticated statistical

7    modeling techniques to try to determine before and

8    after ID laws where there is a drop-off in voting.

9    The results have been across the board.  Some studies

10   have found increases, some have found no change, and

11   some studies have found decreases, especially among

12   minority voters.

13           There is a forthcoming paper from

14   Lorraine Minnite and Robert Erickson that assesses

15   these attempts at modeling turnout changes.  They

16   conclude that our tools and data are inadequate for

17   detecting any impact.  I would encourage you to look

18   at that paper.  We simply don't have good enough data

19   or statistical tools that would allow us to detect the

20   changes in turnout that could be traced to voter ID

21   laws.  Even worse, though, are these blunt attempts to

22   use aggregate turnout to try to detect changes in

23   turnout that can be attributed to voter ID?

24           I think it's important to remember that

25   voter ID laws, whether you're in favor or opposed to

TX_00004217

USA_00018522

Case 2:13-cv-00193   Document 661-20   Filed on 11/11/14 in TXSD   Page 23 of 109
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-2   Filed 06/20/12   Page 118 of 262

340

1    them, are designed to do one thing, and that's to

2    reduce voter turnout, if only among fraudulent voters.

3    That makes it impossible, to my mind, to be able to

4    interpret the results of these findings.

5              If turnout goes up after a voter ID law,

6    then why have you not been able to stop the fraudulent

7    votes and have that appear in the turnout?  Basically

8    what happens, I think, is that voter turnout -- the

9    impact of voter ID is small enough that it's swamped

10   by other factors such as Obama running, such as

11   Georgia and Indiana being seen at battleground states

12   and presidential candidates putting resources in and

13   voters coming out.  I mean, comparing Georgia and

14   Indiana, which we're seeing as competitive states to

15   Mississippi and Illinois, is the sort of facile

16   analysis that I just don't think holds up very well.

17   It's certainly not social science, and I don't think

18   it's even very good rhetoric.

19             On the issue of whether voter ID causes

20   turnout to increase by boosting confidence, I would

21   point you to a recent paper by Ansolabehere and

22   Persily who surveyed voters and found that perceptions

23   of voter fraud had no impact on turnout.  It's an

24   interesting idea, but I know of no reliable

25   information that traces increased willingness to

TX_00004218

USA_00018523

341

1    participate to a belief in integrity in elections.

2            Finally, I think that the survey, the

3    research that's most useful is the survey research

4    that's come out, including one done by the Carter-

5    Baker Commission that I initiated in 2006.  They found

6    that 1.2 percent of registered votes in three states

7    lacked IDs.  This may seem like a small number.  But

8    when applied to Texas in 2008, it would have meant

9    that approximately 162,901 registered voters would

10   have lacked a government-issued photo ID.

11           Because of the way the study was

12   designed, that is probably a floor, and there is

13   reason to think that the number could be substantially

14   higher in Texas.  But I would think that the 162,000

15   number is a very defensible floor for the population

16   we're talking about.

17           More importantly, the Carter-Baker

18   sponsored study found that African-Americans were more

19   than four times more likely than whites to lack photo

20   ID.  Women made up nearly all of those who did not

21   have photo ID.  Nearly all of those who lacked ID were

22   Democrats.  And 88 percent of those without photo ID

23   had a household income below $25,000 a year.

24           Now, this was a survey of registered

25   voters.  When your law goes before the Department of

TX_00004219

USA_00018524

1    Justice, they're also going to be considering its

2    impact on voters who are not registered but who are

3    eligible to vote.  And there is reason to think that

4    that pool of voters is even more disproportionally

5    minority and maybe larger in proportion to their size

6    of people who lack ID.

7              Now, finally, as we all know, this is a

8    law that will have to go before the Voting Rights

9    Section, Civil Rights Division of the Department of

10   Justice to be cleared under the Voting Rights Act.

11   The state should not take comfort in the Supreme

12   Court's upholding of the Indiana voter ID law.  As the

13   Bush Administration argued when federal courts blocked

14   the 2005 Georgia ID law that had been precleared, the

15   Section 5 analysis is distinct from the constitutional

16   analysis.  The Section 5 review will be a comparison

17   of the current Texas law to the proposed law.  The

18   state will be required to prove that its proposed law

19   does not deny or abridge the right to vote on account

20   of race, color or membership in a language minority

21   group.  I expect that the Obama Justice Department

22   will put the burden on Texas to prove its case, unlike

23   the Bush Administration's handling of the 2005 Georgia

24   law.

25              Not knowing the effect of the law on

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 26 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 121 of 262

343

1    protected groups -- African-Americans, Hispanics,

2    language minority groups and others -- will be an

3    invitation to the Department of Justice to object on

4    the basis of the state having not met its statutory

5    burden.

6              Specifically, based on my experience in

7    the Georgia case and other Section 5 cases, I expect

8    DOJ at a minimum will look for:

9              First, evidence that Texas knows the

10   number and demographic make-up of eligible voters and

11   registered voters who lack the required ID;

12             Second, well-developed and well-funded

13   public education programs to make voters aware of the

14   new requirements, initiated well before the

15   implementation of the new law.  Again, this is what

16   Georgia and Indiana did;

17             Revamped poll worker training to

18   emphasize the correct enforcement of the new, more

19   complicated ID requirements;

20             Well-developed and well-funded programs

21   to distribute the required IDs.  I don't think, from

22   my reading of the current bill, that the provision for

23   free ID will be adequate;

24             Substantial evidence of the voter

25   impersonation problem that the law addresses;

TX_00004221

USA_00018526

344

1          And finally, a detailed discussion of

2     why less retrogressive alternatives, including use of

3     an affidavit fail-safe, were not adopted.

4          Texas faces a substantial cost on two

5     fronts:  First, to develop and fund the necessary

6     supporting programs to fairly implement any law; and

7     second, to develop a convincing submission to what I

8     would expect to be a skeptical Civil Rights Division.

9          In the questions period, I would be glad

10    to talk about some of the information that I have on

11    the cost of these programs, on the specific

12    recommendation of the Carter-Baker Commission and on

13    some of the less retrogressive alternatives that Texas

14    might want to consider.

15          Thank you.

16          SEN. WENTWORTH:  The Chair recognizes

17    Sen. Van de Putte.

18          SEN. VAN de PUTTE:  Thank you,

19    Mr. Chairman.

20          **QUESTIONS FROM SENATE FLOOR**

21          SEN. VAN de PUTTE:  Dr. Moore, thank you

22    for being here today.  And there are a few things that

23    I would like to ask to make sure that I understand the

24    impact of your testimony.

25          I know that we've said that President

TX_00004222

USA_00018527

345

1    Jimmy Carter advocated for a photo ID as part of the
2    Carter-Baker Commission.  Can you expand a little bit
3    on that?  I know that part of your testimony just
4    touched on it.  But what particular point are you
5    concerned about with regard to the recommendations in
6    the commission that have been part of the record that
7    we are going to put into the Committee of the Whole
8    and your observations as to the implications of such?
9         DR. MOORE:  Thank you.  Again, I was
10   Program Manager at American University and worked on
11   the follow-up work to trying to get the commission's
12   87 recommendations implemented.  And to me, the ID
13   law -- and in our discussions, we worked with Congress
14   in 2006 during the debate on ID laws there and working
15   with members to understand what the Commission was
16   really trying to do.
17        And the commission really had a
18   two-pronged approach.  The first was yes on voter ID,
19   but the second was to use the voter ID as a way of
20   expanding participation and expanding enfranchisement.
21   And it called for a very aggressive role on the part
22   of the states to take the lead in getting people
23   registered and in getting people the voter ID that
24   they would need under the new law.
25        And I think it's telling that the

TX_00004223

USA_00018528

346

1     Georgia law of 2005, which I think is very close to

2     the present state of the Texas legislation, triggered

3     the opposition from Secretary Baker and President

4     Carter, because it failed in these important facets.

5                Also, as you talked about earlier, the

6     phased-in implementation to allow voters to cast

7     provisional ballots before they lost their vote.  And

8     the commission was very interested in replacing the

9     patchwork national quilt of ID laws with a national

10    standard.  What the commission was very interested in

11    was one national standard.

12               And so what you have now is I think in

13    some ways exactly what the commission feared, which

14    was a piecemeal approach toward implementing ID laws

15    and which will have very dramatic differences between

16    states such as Georgia and Indiana and other states.

17               SEN. VAN de PUTTE:  Thank you.

18               Dr. Moore, I know that the commission

19    made these recommendations.  But given your work, what

20    evidence is there that those who lack photo ID are

21    more likely to be women?

22               DR. MOORE:  Well, I think some of the

23    best evidence is the survey that the commission

24    sponsored in 2007 which found that nearly all the

25    people who responded to their survey -- and they

TX_00004224

USA_00018529

347

1    surveyed 2,000 registered voters in three states --
2    almost all of their respondents who did not have ID
3    were, in fact, women.
4              This is doubly troubling when you're
5    talking about ID, because women run into name
6    problems.  Women's names change.  They marry; they
7    divorce.  And if your ID doesn't match the name on
8    your registration, then you run into more confusion
9    from that, so that's another reason to take that
10   problem even more seriously.
11             SEN. VAN de PUTTE:  And, Dr. Moore, I
12   know that we probably don't have the data in Texas,
13   but if you were to use that American University survey
14   approach that you described and apply it to Texas, do
15   you have some sort of idea, given that that is a good
16   survey instrument, how many voters in Texas would
17   totally lack a photo ID?
18             DR. MOORE:  AS a minimum, I think
19   somewhere around 162,900, which is applying that same
20   ratio.  That ratio is probably low for Texas, because
21   that survey was based in states like Indiana which had
22   a very high ID ownership as a result, in part, because
23   of the voter ID law.  So I would expect that Texas'
24   actual number would be somewhat higher than that.
25             SEN. VAN de PUTTE:  Well, if it was even

TX_00004225

USA_00018530

1    8 percent and we have about 13.7, 13.6 million voters,

2    if it was even a more conservative estimate that only

3    8 percent, would that be a substantial number that

4    would have difficulty in meeting any pre-clearance

5    from the Department of Justice?

6              DR. MOORE:  Yes.  I think that's

7    actually a higher estimate, the 8 percent.  I think

8    that if you -- if Texas were to investigate this and

9    come up with that figure and the demographics of the

10   group without ID, you would have a very, very

11   difficult time getting it through pre-clearance or

12   through federal courts if nearly one in 10 voters

13   lacked ID.

14             SEN. VAN de PUTTE:  And as we know that

15   this is a foregone conclusion, at least here in the

16   Texas Senate, in the event that our state would seek

17   approval from the Department of Justice, who bears the

18   burden of proving up the effects of the photo

19   identification?

20             DR. MOORE:  Well, unlike in the federal

21   court cases under Section 5 pre-clearance review, the

22   State of Texas would have that burden.

23             SEN. VAN de PUTTE:  So those of us or

24   those groups who would claim that it would be

25   discriminatory do not bear the burden, it's the state

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 32 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 127 of 262

349

1    that would have to prove that the voter ID requirement

2    does not have a discriminatory impact.  Is that

3    correct?

4           DR. MOORE:  That's correct.

5           SEN. VAN de PUTTE:  So the Department of

6    Justice -- help me understand -- the Department of

7    Justice doesn't have to produce affirmative evidence

8    of how the ID laws will discriminate against minority

9    voters to deny pre-clearance, does it?

10           DR. MOORE:  No.

11           SEN. VAN de PUTTE:  So the Department of

12    Justice can block a photo ID bill from taking effect

13    if they find that the state has failed to show that

14    the law is free of a discriminatory purpose or effect.

15    Correct?

16           DR. MOORE:  That's correct.

17           SEN. VAN de PUTTE:  So what kind of data

18    would the state need to prove it up?

19           DR. MOORE:  Well, I don't think that the

20    threshold will be a definitive answer.  I mean, I

21    don't think there is a definitive answer.  Even if you

22    funded a well-funded survey, you would still have

23    error rates around your survey responses and so on.

24           But I think what the Department of

25    Justice will look for, which is what we looked for

TX_00004227

USA_00018532

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 33 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 128 of 262

350

```
 1    when I was there, would be a good-faith effort to
 2    identify that population and then have built the
 3    legislation to address any problems you found with it.
 4    But I think the first step is to try to identify that
 5    pool of people who don't have ID and find out what is
 6    their makeup in regards to the protected groups under
 7    Section 5.
 8              SEN. VAN de PUTTE:  So if the data is
 9    not known by the state or cannot be proved or produced
10    by the state, they cannot show that the voter ID bill
11    meets the requirements of the Voting Rights Act
12    requirement?
13              DR. MOORE:  That's right.
14              SEN. VAN de PUTTE:  And so should we be
15    concerned, as a state, about eligible but
16    non-registered voters in this?
17              DR. MOORE:  Eligible but non-registered
18    voters would be protected by this Section 5 of the
19    Voting Rights Act.
20              SEN. VAN de PUTTE:  So, in other words,
21    this would be folks that would be eligible, but for
22    our efforts would really not end up being able to cast
23    a ballot.  Is that correct?
24              DR. MOORE:  That's right.  They will
25    enter into the analysis.
```

TX_00004228

USA_00018533

Case 2:13-cv-00193  Document 661-20  Filed on 11/11/14 in TXSD  Page 34 of 109
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-2  Filed 06/20/12  Page 129 of 262

351

1             SEN. VAN de PUTTE:  You mentioned just

2 briefly at the end that other states that have

3 implemented this, Indiana, of course, didn't have to

4 go through the process that we do.  But, you know,

5 Georgia had somewhat.  I don't know if they have the

6 language diversity that we have, in particular these

7 language-based groups.

8             But because we have that in our state

9 and we are -- the new data shows that over half of our

10 first graders are actually Hispanic, and because of

11 our high number of naturalized citizens that are in

12 Texas, what would it cost a state like Texas, given

13 what's occurred in other states, to develop and

14 implement the public education component that again

15 the Department of Justice would say would prove up the

16 state's ability to ensure that there wouldn't be

17 discrimination?  I mean, what kind of costs are we

18 talking about?

19             DR. MOORE:  Well, if you look at

20 Georgia's example -- and again, Georgia is a Section 5

21 state -- and remember that the 2005 law that Georgia

22 passed, which is similar I think in many ways to this

23 law and that was pre-cleared by the Justice

24 Department, was blocked by federal and state courts

25 and abandoned by Georgia itself.

TX_00004229

USA_00018534

```
 1              In fact, the Bush Administration is
 2     pretty much the only people left to defend the 2005
 3     Georgia law.  They went back to the courts with a
 4     revamped 2006 law.  This law had provision for free
 5     ID.  This law opened offices across the state in every
 6     county.  And this law included a public education
 7     campaign of half a million dollars a year targeted
 8     just to informing voters of the effects of voter
 9     education.
10              Now, as you said, Texas being a much
11     larger state and with the language diversity that you
12     have, with the multiple media markets you have, you're
13     talking about some multiplier of that half million, I
14     think, if you're going to make an effective effort to
15     inform people of the new voter ID requirements.
16              SEN. VAN de PUTTE:  And let me clarify
17     this, because what you're telling us is that the
18     Department of Justice said that Georgia had to go back
19     and revamp because they didn't have these efforts.
20     And, Dr. Moore, I don't know if you've seen, but our
21     fiscal note, which is the estimate of our Legislative
22     Budget Board, to implement the provisions of this bill
23     is zero -- zero, nada, nothing, zilch, nada.
24              And so if a state like Georgia, which is
25     much smaller, was required, because of pre-clearance
```

TX_00004230

USA_00018535

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 36 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 131 of 262

353

1    and Voting Rights Act, to put an effort, you would

2    assume that it would take Texas a little bit more than

3    zero dollars to do the outreach, to inform the voters,

4    to do the training of our thousands and thousands of

5    election judges at the polling precincts.  Is that

6    correct?

7              DR. MOORE:  Yes.  I think that unless

8    that is part of the legislation and that funding is

9    provided for before it goes to pre-clearance, the

10   Justice Department will be very skeptical that that

11   would ever be really implemented effectively.

12             SEN. VAN de PUTTE:  So it's not just the

13   costs that would be incurred in the change in the

14   laws, the training, the outreach, but -- for example,

15   in the State of Texas, in our major metropolitan

16   areas, the locations at where citizens can go get a

17   driver's license are all outside the loops.  In Bexar

18   County, there is one inside Loop 410.  I think in

19   Houston, there may be -- I don't know if there are

20   any -- but these are where the majority of African-

21   Americans, Hispanics live; yet, there is no office to

22   go get the driver's license or the voter ID.  Would

23   this be a significant problem in the viewpoint of the

24   Department of Justice?

25             DR. MOORE:  I think if the minority

TX_00004231

USA_00018536

354

1    populations were, you know, very well integrated and

2    there was no correlation between the absence of an

3    office in minority communities, then, no, that would

4    not be a problem.  But if Texas has a situation in

5    which you have large minority communities that don't

6    have equal access to DPS offices where they can go and

7    get the ID, then, yes, I would think that is really

8    going to be a red flag for the Department of Justice.

9                 SEN. VAN de PUTTE:  Now, our bill, with

10   the military, the institutional type IDs, the

11   certificates versus papers of naturalized citizens,

12   it's a little more complex than what we've seen in

13   other states.  Is that correct?

14                 DR. MOORE:  Yes, I think that's true.

15                 SEN. VAN de PUTTE:  And so since it's

16   more complex, would you think that that would probably

17   require a little bit more training of those election

18   judges in the polling precincts?

19                 DR. MOORE:  I certainly would think so.

20   I mean, I was in Indiana in 2006, in Indianapolis, and

21   observed the election after their ID law.  And even in

22   Indiana where they did a pretty good job of

23   instructing poll workers, there was still ample

24   confusion.  And what happens is, the first high

25   turnout you'll have, you'll have much longer lines and

TX_00004232

USA_00018537

355

```
 1    room for conflict if care is not taken to train poll
 2    workers to be able to fairly implement this new law.
 3               SEN. VAN de PUTTE:  And my other
 4    question is, again from the other surveys, if
 5    8 percent of the folks lack a photo identification --
 6    and we have about 13 -- what? -- million plus voters,
 7    and not the conservative estimate, that would be a
 8    million Texans who are currently registered to vote
 9    who don't have a photo ID.
10               DR. MOORE:  Yes.  And I think what I
11    would say is that the important thing is not for me to
12    have an answer on the estimates of people who don't
13    have an ID but for Texas to have a good estimate.
14    That's what the Department of Justice is going to be
15    looking for.  And that's going to be, you know, a
16    significant piece of evidence when this comes to
17    pre-clearance.
18               SEN. VAN de PUTTE:  Well, what this
19    fiscal note tells me is that my state is unwilling to
20    put one penny into any efforts to train, to do
21    information, to do education.  And certainly if we're
22    providing maybe the one million who don't have them
23    now, with free IDs, what kind of costs -- I mean,
24    given the costs that were in Georgia for this or in
25    other states, what sort of costs are we looking at?
```

TX_00004233
JA_003656

TX_00004233

USA_00018538

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 39 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 134 of 262

356

1    Yet, I guess we're coming up with imaginary numbers

2    here.  Who is absorbing this cost?  How much do you

3    think it would cost in Texas?

4              DR. MOORE:  Well, it depends on how you

5    provide the free IDs.  The legislation, as I read it

6    now, does not actually provide free IDs.  It provides

7    only free IDs to those who will only use the ID in

8    order to vote, which is very different from Indiana

9    and the 2006 Georgia law.

10             Indiana, when it provided free ID cards

11   when it was considering its legislation, it estimated

12   that the state would lose more than $700,000 annually

13   in lost revenue and additional expenses from providing

14   free ID.  Again, you can do the math in Texas, and I

15   expect it would be considerably higher.  But I would

16   expect that, you know, free ID -- if the Texas

17   legislation, as passed and sent to the Department of

18   Justice, does not have a strong free ID provision,

19   then it would be markedly different from even the

20   Georgia and Indiana laws.

21             SEN. VAN de PUTTE:  And in your

22   estimate, Dr. Moore, when you've looked at the

23   research and the statistics, a lot of our statistics,

24   we had a lot of new voters in this last election year.

25   But that doesn't account for the citizens of the third

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004234
JA_003657

TX_00004234

USA_00018539

```
 1    age, our senior citizens that are already registered

 2    but don't have the type of identification required in

 3    this bill.  Is that correct?

 4               DR. MOORE:  I think there is a general

 5    agreement that elderly people are more susceptible to

 6    not having proof of ID and proof of citizenship.  But,

 7    you know, I think the numbers again are difficult to

 8    come by good, solid information on that.  But yes.

 9               SEN. VAN de PUTTE:  Thank you,

10    Dr. Moore.  I appreciate your answers.

11               SEN. DUNCAN:  Okay.  Members, I see a

12    lot of lights still on this witness.  We've been going

13    now for two hours and 15 minutes.  We need to take a

14    short break for our court reporter.

15               I'll remind you that we have witnesses

16    in the gallery that are continuing to -- that will be

17    public testimony -- that are continuing to wait to be

18    heard.

19               The Senate Committee of the Whole will

20    stand at ease until 9:25.

21               (Recess:  9:16 p.m. to 9:29 p.m.)

22               SEN. DUNCAN:  The Senate Committee of

23    the Whole will come back to order.

24               Senator Williams, you have the floor.

25               Oh, before you do that, before I forget
```

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 41 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 136 of 262

358

```
 1        to do this, if you wouldn't mind, let me retract that.
 2                    SEN. WILLIAMS:  Sure.
 3                    SEN. DUNCAN:  Dr. Moore has submitted
 4        his written testimony for the record as Exhibit 21,
 5        and that will be received in the record.
 6                    (Exhibit No. 21 marked and admitted)
 7                    SEN. DUNCAN:  Sen. Williams.
 8                    SEN. WILLIAMS:  Thank you.
 9                    Dr. Moore, I would like to direct your
10        attention and the committee's attention to Page 6 of
11        your testimony where you draw your conclusions.  And
12        there's a couple of things I wanted to explore with
13        you there.  Where you say, "In fact, there are many
14        ways to reasonably ensure the identity of voters
15        without disenfranchising those without ID an or
16        placing unnecessary barriers to the voting booth.  The
17        use of affidavits, in particular, creates a paper
18        trail that allows for the enforcement and analysis.  A
19        state could run its elections under this sort of law
20        for an election or two, and then survey those voters
21        who vote via the affidavit.  This is the pool of
22        voters who would be affected by an absolute photo ID
23        requirement.  If the survey finds evidence of fraud,
24        if the affidavit voters were not citizens or voted on
25        bad voter registrations, the law can be tightened."
```

TX_00004236

USA_00018541

359

1          So I'm trying to understand what you're

2   suggesting there.  Are you suggesting that if we

3   suspect that there is some voter fraud going on, that

4   it's okay to have a little bit of it, until we

5   determine whether it's really there or not?

6          DR. MOORE:  Yes, in a way.  I mean, I

7   think what I'm saying is that, given the little that

8   we know about voter fraud, voter impersonation fraud,

9   and the risk of substantial disenfranchisement, that

10  it's worth continuing what has been I think a fairly

11  successful system of elections, in order to get us the

12  data that would allow us to make better public policy

13  choices.

14          SEN. WILLIAMS:  Okay.  Well, I think

15  that's -- you know, it's striking to me, in light of

16  some of the conclusions.  I mean, the letter from the

17  co-chairs of the Baker-Carter Commission said that,

18  "Elections are the heart of democracy.  They are the

19  instrument for the people to choose leaders and hold

20  them accountable.  At the same time, elections are a

21  core public function upon which all other government

22  responsibilities depend.  If elections are defective,

23  the entire democratic system is at risk."

24          And then in the U.S. Supreme Court

25  decision on the Indiana case, in the majority opinion,

TX_00004237

USA_00018542

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 43 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 138 of 262

360

1    they specifically talk about voter fraud.  And they go

2    on to say that, "It remains true [however] that

3    flagrant examples Of such fraud in [other] parts of

4    the country have been documented throughout the

5    Nation's history by respected historians and

6    journalists, that occasional examples have surfaced in

7    recent years, and that Indiana's own experience with

8    fraudulent voting in the 2003 Democratic primary . . .

9    demonstrate that not only [is] the risk of voter fraud

10   [is] real but that it could affect the outcome of a

11   close election.

12              "There is no question about the

13   legitimacy or importance Of the state's interest in

14   counting only the votes of eligible Voters.  Moreover,

15   the interest in orderly administration and accurate

16   recordkeeping [is] a sufficient justification for

17   carefully identifying all voters participating in the

18   election process.  While the most effective method of

19   preventing election fraud may well be debatable, the

20   propriety of doing so is perfectly clear."

21              And it just seems incredible to me that

22   you would propose that we allow a little bit of fraud

23   until we figure out another way.  It just seems very

24   inconsistent with both the Baker-Carter Commission and

25   the Supreme Court decision.

TX_00004238

USA_00018543

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 44 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 139 of 262

361

```
 1                    DR. MOORE:  I'm sorry.  Was there a --
 2                    SEN. WILLIAMS:  I mean, do you care to
 3        comment on that?
 4                    DR. MOORE:  I don't think we know enough
 5        about voter impersonation fraud, notwithstanding the
 6        Supreme Court's decision or Carter-Baker, to
 7        enforce -- to effectively draw up a good voter ID
 8        regime.  There is more than one way to make a bad
 9        election system.  One bad election system is one
10        riddled with fraud.  Another bad election system is
11        one we've had in the United States for many decades
12        prior to the 1960s, which was one that was riddled
13        with disenfranchisement.
14                    So I think it's a balancing act.  And I
15        think as policymakers, you would be justified in
16        instituting a law that would allow you to gather
17        better data.  For instance, the Carter-Baker
18        Commission themselves wanted to phase in their voter
19        ID requirement and allow people to vote provisionally
20        and have that ballot counted.  So I think the
21        Carter-Baker Commission is doing the same thing you're
22        shocked that I would do, but you seem to like their
23        recommendation.  They would seem to be willing to
24        tolerate that same risk for a couple of elections in
25        order to move you toward both a fair and safe election
```

TX_00004239

USA_00018544

362

1    system.

2              SEN. WILLIAMS:  You know, I think it is

3    a balancing act.  And although there is a lot you've

4    said tonight that I don't agree with, I do agree with

5    that one point.  And, you know, they go on to say in

6    this same Supreme Court opinion that I quoted from

7    earlier that the severity of the burden, of course, is

8    mitigated by the fact that if eligible voters without

9    photo identification may cast provisional ballots that

10   will be ultimately counted, it's unlikely that such a

11   requirement would pose a constitutional problem unless

12   it's wholly unjustifiable.  And even assuming that the

13   burden may not be justified as to a few voters, the

14   conclusion is by no means sufficient to establish the

15   Petitioner's right to relief they seek in this

16   litigation.

17             And so it seems to me that the Court

18   directly addressed that balancing act that you're

19   talking about between the risk of disenfranchising

20   people, which none of us want to do on this floor, and

21   the risk of having an election stolen by false voting,

22   voter impersonation or other things that may go on.

23             And I don't know.  Maybe you don't

24   realize that this bill that we're considering

25   contains -- you know, we already have in state law

TX_00004240

USA_00018545

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 46 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 141 of 262

363

1    provisional voting requirements that are consistent

2    with the HAVA requirements.  So there is no instance

3    where someone would not be able to go in and cast a

4    ballot under this bill.  Are you aware of that?

5            DR. MOORE:  But if the person didn't

6    have ID, what would happen to their provisional ballot

7    after they cast it?

8            SEN. WILLIAMS:  Well, and I think we'll

9    have the Secretary of State testify about that.  It's

10   a process where there is a determination made by the

11   election judge whether that person was who they said

12   they were or not.  And there is actually a process

13   that all of us voted for.  All 31 of us voted for our

14   provisional voting process that we have here in Texas,

15   and it's been cleared through the Department of

16   Justice.  So that provisional voting that we have in

17   Texas is cleared by DOJ.  It meets the Section 5

18   requirements, and everybody in this chamber voted for

19   it.

20           DR. MOORE:  Well, I mean, but that's

21   under a different ID regime.  Is that right?  I mean,

22   what was pre-cleared was --

23           SEN. WILLIAMS:  Under our current ID

24   regime.  But the provisional voting -- the law on

25   provisional voting doesn't change under this bill.  So

TX_00004241

USA_00018546

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 47 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 142 of 262

364

1    whoever goes to vote will still be able to cast a

2    provisional ballot and then an election judge, the

3    appropriate official -- I need to let the Secretary of

4    State speak to it, because I don't want to -- I might

5    not have the specific terms correct.  But there is a

6    process that has been cleared that we use to determine

7    whether that's an eligible vote.  That's under current

8    law.  That process isn't touched top or bottom by

9    this.  At worst, at the worst, you might have a few

10   more provisional ballots.

11           DR. MOORE:  I'm not understanding how

12   you change the IDs that are required without changing

13   the provisional ballot system.

14           SEN. WILLIAMS:  Well, I would suggest

15   you read our bill and then you would understand it.

16           DR. MOORE:  Well, I did read the bill.

17   Maybe I need to talk to the Secretary of State's

18   office to get a better understanding of that.

19           SEN. WILLIAMS:  Right.  Okay.  And then

20   finally, a couple of other things that I wanted to

21   just point out.  You commented with Sen. Van de Putte

22   extensively about voter education and how important

23   that was.  And, you know, the way this fiscal note

24   process works here in our state, there is a careful

25   look at an independent non- -- independent

TX_00004242

USA_00018547

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 48 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 143 of 262

365

1    non-partisan group, the Legislative Budget Board, they

2    work for every one of us here, and they make a

3    determination.

4           And when I went back and looked at this

5    bill, you know, the reason there's no cost here is,

6    this bill doesn't address voter education, and so

7    there would be no additional expense.  However, what

8    you may not know is that the Secretary of State

9    already has a line item in their budget for voter

10    education.  I'm working to get that number for us now.

11    We don't know -- I can't tell you off the top of my

12    head what it is.  But it's not as if the state is not

13    already spending money on voter education.  Were you

14    aware of that?

15           DR. MOORE:  I would have assumed that

16    you were already spending money on voter education.

17           SEN. WILLIAMS:  Okay.  And so what I

18    think we're going to hear in testimony from the

19    Secretary of State is that they can absorb the cost of

20    this in their existing budget.

21           Thank you.

22           SEN. DUNCAN:  The Chair recognizes

23    Sen. Gallegos.

24           SEN. GALLEGOS:  Thank you, Mr. Chairman.

25           Dr. Moore, I have a couple of questions,

TX_00004243

USA_00018548

366

```
 1    kind of like in the line of questions that Sen. Van de
 2    Putte gave you.  I do want to, at the proper time,
 3    Mr. Chairman, submit the map I'm fixing to talk about
 4    as an example.  And I've got a copy for all the
 5    members.
 6              SEN. DUNCAN:  Why don't you go ahead and
 7    send it up now and let's mark it so we'll have a
 8    proper reference in the record.
 9              SEN. GALLEGOS:  Give one to Dr. Moore.
10              SEN. DUNCAN:  Exhibit 22 is a map
11    submitted by Sen. Gallegos.  It will be submitted into
12    the record.
13              (Exhibit No. 22 marked and admitted)
14              SEN. DUNCAN:  Senator, you can ask your
15    questions.
16              SEN. GALLEGOS:  Okay.  Thank you,
17    Mr. Chairman.
18              Dr. Moore, the data that I'm passing
19    out -- and I will relate to two other maps, because
20    the one from Houston will suffice.  That's my
21    hometown.  And the data is from the Texas Department
22    of Public Safety, shows that in my home city of
23    Houston, it is very -- under this bill, Dr. Moore,
24    that if you look -- members, if you look at the map,
25    there is no DPS center inside the 610 loop, and the
```

TX_00004244

USA_00018549

1    same is for Fort Worth.

2              Sen. Davis, there is none inside the 610

3    loop in Fort Worth.

4              And, Sen. West, there's only one in the

5    City of Dallas, a DPS center.

6              What my question is to you, Dr. Moore,

7    if we pass this legislation that mandates that every

8    Texan that wants to vote get a photo ID, that if you

9    look at the map, especially the City of Houston -- or

10   the Houston map -- that most of these folks that

11   probably are going to have to have voter ID are

12   minorities, live inside the 610 loop, socioeconomic

13   welfare is low.  They'll probably have no methods of

14   transportation and depend on public transportation to

15   move around.

16             If we pass the bill, as what you see on

17   that map that I just gave you, Dr. Moore, and the

18   other cities that I described, which inside those 610

19   loops, the majority of the population is minority in

20   those cities.  In looking at preliminary numbers that

21   I've already gotten on total population, in the last

22   10 years, in Houston, Texas, from 2000 to upcoming

23   2010 when the census is taken, just in Houston alone

24   the preliminary numbers are 1.1 million in the last 10

25   years, the majority of those Latino, in Houston -- in

TX_00004245

USA_00018550

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 51 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 146 of 262

368

1    Houston.

2              So with that in mind, Dr. Moore, what I

3    would like to ask you is, do you believe that if

4    there's no DPS centers, were this bill by Sen. Fraser,

5    if there's no DPS centers in that 610 loop, that that

6    will become a hardship -- if the state mandates for a

7    photo ID and I, living inside the loop, without a car,

8    public transportation only, it's going to create a

9    hardship for me to get to that DPS center, especially

10   if there's none inside the 610 loop in Houston, in

11   Fort Worth, only one in Dallas, Texas.  And that's

12   going to create a hardship for me as living inside the

13   city, low income, try to catch public transportation

14   and at least try to get to one of these that are

15   outside the loop.  Let me ask you, in your

16   professional opinion, Dr. Moore, do you consider that

17   a hardship for those people living in there if we pass

18   this piece of legislation, that creates a hardship on

19   these people?

20             DR. MOORE:  I'll answer in this way:

21   The Justice Department has a very sophisticated

22   geographic information system with all the census data

23   loaded into it, because of the redistricting work.

24   And it's a very simple matter to sit down and, within

25   15 minutes, create buffers around each of these points

TX_00004246

USA_00018551

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 52 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 147 of 262

369

1    and calculate the minority population and how much of

2    the minority population lives within one mile or

3    10 miles or whatever.

4              Those numbers were a serious detriment

5    to Georgia in 2005, where Georgia didn't have

6    Department of Motor Vehicle offices in many counties

7    or in the City of Atlanta.  It was a problem for the

8    federal judge who struck down Georgia's law, and I

9    think it's something that's going to take close

10   analysis to determine the differential impact that is

11   certainly going to be a red flag and something the

12   Department of Justice is going to look at very

13   closely.

14             SEN. GALLEGOS:  Okay.  So the answer is

15   yes on -- let's say a potential hardship for those

16   folks in there if we mandate every Texan to get a

17   photo ID that wants to vote?

18             DR. MOORE:  Lack of access to the places

19   to go to get that ID will be seen as a hardship on

20   minority voters, who tend to be poor, tend to have

21   less access to transportation.

22             SEN. GALLEGOS:  Thank you, Dr. Moore.

23             SEN. DUNCAN:  Sen. Shapleigh.

24             SEN. SHAPLEIGH:  Thank you, Mr. Chair.

25             Toby, in your testimony I think you're

TX_00004247

USA_00018552

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 53 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 148 of 262

370

1    the only witness who to date has come forward to give

2    us a number.  And what you're saying is that

3    approximately 162,901 registered voters in the 2008

4    election in Texas would have lacked a

5    government-issued photo.  And I think your testimony

6    is, this is the minimum number and almost surely

7    under-estimates that population.  Give us the range.

8    What would be the outside number?

9              DR. MOORE:  Well, the Carter-Baker study

10   survey looked at Indiana, Mississippi and Maryland and

11   found that the number of people without ID varied from

12   I think 0.2 percent, or very little in Indiana, up to

13   close to 4 percent, I believe, in Maryland.  I will

14   have to go back and look.  So there was a range there

15   of states.  The average of all the people they

16   surveyed, all 2,000 voters, was 1.2 percent, and

17   that's percentage I apply.

18              However, because that number includes

19   Indiana, which has a very high rate of ID ownership,

20   there is reason to believe that the number would be

21   higher than the 1.2 percent in Texas.  But I would

22   only have confidence in saying that as a minimum, that

23   162,901, based on the AU survey.

24              SEN. SHAPLEIGH:  But you can't offer an

25   opinion as to a number?  When you look at the

TX_00004248
JA_003671

TX_00004248

USA_00018553

1    demographic breakdown of Texas -- and here you're

2    saying African-Americans are four times more likely

3    than whites to lack a photo ID -- 88 percent of those

4    without a photo ID had household incomes below $25,000

5    a year.  In my own community, I think something like

6    73 percent of the population makes less than $35,000 a

7    year by household.

8          So is there a formula, is there a way

9    that you can look at the demographics of the 2003

10    census, extrapolate the 2008 and say this is your high

11    number with respect to the number of folks that are

12    going to lack a photo ID in Texas?

13          DR. MOORE:  Well, it always scares me a

14    little bit when I hear people use the word

15    "extrapolate."  I think I'll stick with my

16    conservative low threshold, knowing that it's probably

17    higher, could be considerably higher.  But until

18    somebody does the analysis, does the survey work,

19    there is no way to know.

20          SEN. SHAPLEIGH:  Okay.  Now, you are the

21    only witness that was part of the Carter-Baker

22    Commission.  From your testimony, I think you were the

23    Project Director.  Is that correct?

24          DR. MOORE:  I was Project Manager after

25    the release of the study.  So I managed the follow-up

TX_00004249

USA_00018554

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 55 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 150 of 262

372

1    work.

2              SEN. SHAPLEIGH:  And you've also served

3    for six years as the geographer of the Voting Section

4    of the Civil Rights Division?  In connection with that

5    service, in connection with your professional

6    expertise, do you have a number with respect to

7    Hispanics?  I notice that you've opined here as to

8    African-Americans, how many lack a photo ID.  We've

9    talked about women; we've talked about folks making

10   less than $25,000 a year.  What is that number for

11   Hispanics?

12             DR. MOORE:  Hispanics are a very

13   difficult group to survey, especially impoverished

14   Hispanics who may not have landlines.  They're hard to

15   reach.  There are language difficulties.  I don't know

16   of any kind of full-fledged scientifically credible

17   survey that would allow you to get at that number,

18   because from what we know of ID ownership and how it

19   correlates with low incomes, we would expect that

20   number to be considerably higher for Hispanics than

21   for other groups.

22             On the other hand, Hispanic citizens may

23   have higher levels of documentation, because they need

24   to prove their citizenship where they have gone

25   through the naturalization.  There are a lot of

TX_00004250

USA_00018555

```
 1    variables in that.  But we just don't know for
 2    Hispanics how many people don't have an ID.
 3                   SEN. SHAPLEIGH:  Are you familiar with
 4    the Texas colonias?
 5                   DR. MOORE:  Very little.
 6                   SEN. GALLEGOS:  Thank you.
 7                   SEN. DUNCAN:  Thank you, Dr. Moore.
 8                   There are no other witnesses or members
 9    queued up, so you are excused.
10                   The next witness is Dr. Frank
11    Strickland.
12                   Dr. Strickland, you will approach, state
13    your name and who you represent.  Turn your testimony
14    over to the -- written testimony, if any.
15                   Do we have that?
16                   I'll go ahead and introduce that as
17    Exhibit 23, would be the testimony of Frank B.
18    Strickland.
19                   (Exhibit No. 23 marked and admitted)
20                   SEN. DUNCAN:  State your name, please,
21    and who you represent.  You have 10 minutes.
22    **TESTIMONY BY FRANK B. STRICKLAND**
23                   MR. STRICKLAND:  Thank you,
24    Mr. Chairman.  And, by the way, it's not
25    Dr. Strickland.
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004251
JA_003674

TX_00004251

USA_00018556

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 57 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 152 of 262

374

```
 1              Sen. Duncan and members of the Senate,
 2    my name is Frank Strickland.  I'm a partner in the law
 3    firm of Strickland Brockington Lewis in Atlanta,
 4    Georgia, a firm which, together with its predecessors,
 5    dates back to 1971.  My experience with elections
 6    comes primarily from two sources:  Serving as a member
 7    of the election board for the largest county in
 8    Georgia and litigating various election and other
 9    political cases over a period of many years.
10              Although I am not here in an official
11    capacity, I'm one of five members of the Fulton County
12    Board of Registration and Elections which is a
13    bipartisan board appointed by the Board of
14    Commissioners of Fulton County, which has general
15    supervision over all voter registration and election
16    processes in Georgia's largest county.  I previously
17    served on the Election Board from 1971 to 1977.
18    Substantially all of the City of Atlanta is located in
19    Fulton County.
20              The Election Board is independent in
21    that it does not report to the Board of Commissioners,
22    and its decisions on registration and election matters
23    in Fulton County, including the appointment of the
24    department director, are final.  Fulton County is
25    Georgia's largest county, with a population of
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004252
JA_003675

TX_00004252

USA_00018557

1    approximately 850,000.  And there are approximately
2    552,000 registered voters in the county.
3              In 2005 Georgia first adopted a law
4    requiring a form of photo identification when voting.
5    A substantial number of persons over age 18 already
6    had a Georgia driver's license, which is one of the
7    acceptable forms of identification.  The 2005 statute
8    provided for issuance of a state voter ID for a
9    nominal fee to persons who did not have a driver's
10   license or other acceptable form of photo ID, such as
11   a government employment ID card, voter ID card, United
12   States military ID card, tribal ID card or a United
13   States passport.
14             As a result of federal court litigation
15   before United States District Judge Harold Murphy in
16   Rome, Georgia, the law was changed in 2006 to provide
17   for the issuance of a free photo ID card at any
18   registrar's office in one of Georgia's 159 counties.
19             Notwithstanding the availability of a
20   free photo ID to anyone who did not have another
21   acceptable form of identification, the 2006 statute
22   was also litigated before Judge Murphy in a case
23   entitled Common Cause vs. Billups which is found at
24   504 F.Supp. 1333.  Judge Murphy was a Carter appointee
25   to the federal bench, and he recognized the state's

TX_00004253

USA_00018558

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 59 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 154 of 262

376

1    interest in passing a photo identification law to
2    prevent fraud when he said -- and I quote --
3    "Additionally, Plaintiffs have failed to demonstrate
4    that the Photo ID requirement is not reasonably
5    related to the state's interest in preventing fraud in
6    voting."
7              Other plaintiffs filed suit in state
8    courts to challenge the photo ID statute under state
9    law.  These efforts were also unsuccessful after
10   appeal to the Supreme Court of Georgia.
11             In addition to arguing that in-person
12   voter fraud does not occur and remedies like voter
13   identification laws are unnecessary, opponents of
14   photo identification requirements have long argued --
15   quite vocally and emphatically -- that these laws
16   would lead to disenfranchisement of, in Georgia's
17   case, hundreds of thousands of voters.  But when the
18   State of Georgia finally had its day in court, it
19   became clear that emotional and hyperbolic arguments
20   used to argue against the state's photo identification
21   law were simply empty rhetoric.
22             Judge Murphy also addressed this
23   argument in his decision for the state -- and I
24   quote -- "As the Rekita court noted, voters who lack
25   Photo ID undoubtedly exist somewhere, but the fact

TX_00004254

USA_00018559

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 60 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 155 of 262

377

1    that Plaintiffs, in spite of their efforts, have

2    failed to uncover anyone 'who can attest to the fact

3    that he/she will be prevented from voting' provides

4    significant support for a conclusion that the Photo ID

5    requirement does not unduly burden the right to vote."

6              Judge Murphy further stated, quote,

7    "Plaintiffs have failed to produce any evidence of any

8    individual ... who would undergo any appreciable

9    hardship to obtain photo identification in order to be

10   qualified to vote."

11             The plaintiffs' inability to produce a

12   single voter who would be adversely impacted by the

13   law was important to Judge Murphy's determination that

14   there was no significant burden posed by the photo ID

15   law and should also be a very important consideration

16   for the Texas Senate.

17             Of the two individual plaintiffs named

18   in the Common Cause case, one individual testified

19   that she didn't mind getting a photo identification

20   and she didn't think it would be hard to get one.  The

21   other Plaintiff said that he thought he could get a

22   photo ID and it would probably help him a lot.

23   Interestingly, the same lawyers who argued that

24   Plaintiff simply could not find a way to travel seven

25   miles to his registrar's office to get a photo ID also

TX_00004255

USA_00018560

1   drove that Plaintiff nearly 200 miles to testify at

2   trial, traveling past many locations where he could

3   have obtained a free photo ID on the way to the trial.

4            Likewise, the other witnesses relied

5   upon by the lawyers for the Plaintiff to establish

6   that obtaining a photo ID was too burdensome

7   ultimately agreed that, in fact, they were perfectly

8   capable of obtaining the ID.  One woman who signed an

9   affidavit prepared by the Plaintiff's counsel

10  asserting that it was too far to go to the county

11  courthouse to get a photo ID from the registrar,

12  freely admitted on her deposition that she regularly

13  traveled to the courthouse and could pick up an ID the

14  next time she was there.

15           Another witness who also gave an

16  affidavit that he would have a hard time obtaining a

17  photo ID testified differently on deposition.  When

18  asked if he thought he could get a ride to the

19  registrar's office to get a photo ID, he replied that

20  he didn't need a ride and he could get one any time,

21  because the registrar's office was within walking

22  distance of his home.

23           Judge Murphy's decision in the Common

24  Cause case, which is found at 554 F.3d 1340 -- I beg

25  your pardon.  This is the Court of Appeals decision --

TX_00004256

USA_00018561

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 62 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 157 of 262

379

1    it was upheld on January 14, 2009, in a unanimous
2    opinion of a three-judge panel of the United States
3    Court of Appeals for the 11th circuit.  The Court
4    stated -- and I quote -- "We conclude, based on the
5    [evidence] in Crawford v. Marion County Election
6    Board . . . which upheld a similar law in Indiana,
7    that the burden imposed by the requirement of photo
8    identification is outweighed by the interest of
9    Georgia in safeguarding their right to vote."
10          The Plaintiffs have filed a petition for
11   certiorari.  But because the Crawford case is really
12   on all fours with Georgia's case -- except Georgia's
13   law was deemed less strict by Justice Kennedy -- a
14   grant of that petition application for cert is
15   unlikely.
16          After Judge Murphy's September 2007
17   decision upholding the photo ID law, Georgia held
18   numerous elections during 2007 and 2008.  In
19   November 2007, more than 100 Georgia counties and
20   municipalities held elections with the photo
21   identification law in place.  Every one of these
22   elections occurred without incident or legal challenge
23   related to the photo ID requirement.  In July 2008,
24   partisan primaries were held with a large turnout; and
25   again, no problems related to photo ID.

TX_00004257
JA_003680

TX_00004257

USA_00018562

1          Most importantly, in the 2008 General

2   Election, with the highest turnout ever seen in

3   Georgia -- more than 3.9 million voters -- the photo

4   ID law posed no problem.  That fact is particularly

5   important because of the 3.9 million votes cast, 92

6   percent were cast in person, meaning that the voter

7   had to show a proper form of photo ID.  Again, no

8   problems.  Although the turnout was much lighter for

9   the December 2nd runoff, the fact remained constant

10  that the photo ID requirement did not result in any

11  disenfranchisement statewide.

12          From the perspective of an elections

13  administration official in Fulton County, I can also

14  say without hesitation that countywide, the photo ID

15  requirement did not result in the mass

16  disenfranchisement its opponent predicted.  The

17  requirement did not result in any disenfranchisement

18  at all.

19          Focusing on the general election in

20  November 2008, the voter turnout war 405,000 out of

21  552,000 registered voters, which is a turnout of

22  approximately 73 percent, a record for Fulton County,

23  both in terms of the number of registered voters and

24  voter turnout.  Only 93 voters did not have an

25  acceptable form of photo ID.  Each voter was given a

TX_00004258

USA_00018563

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 64 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 159 of 262

381

1   provisional ballot and, in accordance with the

2   statute, was instructed to present a valid photo ID

3   within 48 hours.  While only one did so, there is no

4   way to know why the others did not.

5          SEN. DUNCAN:  Mr. Strickland, your time

6   has expired.

7          MR. STRICKLAND:  All right, sir.

8          SEN. DUNCAN:  We have Sen. Watson.

9          **QUESTION FROM SENATE FLOOR**

10         SEN. WATSON:  Welcome to Texas.

11         MR. STRICKLAND:  Thank you, sir.

12         SEN. WATSON:  I appreciate your being

13  here.  I just have one thing I want to ask you about.

14  You didn't bring any information or statistics or

15  anything at all related to Texas and the impact that

16  this proposed bill would have on African-Americans or

17  Hispanics or people that don't speak English, anything

18  like that, did you?

19         MR. STRICKLAND:  Nothing having to do

20  with Texas, no, sir.

21         SEN. WATSON:  Thank you very much for

22  being here.

23         SEN. DUNCAN:  Sen. Williams.

24         SEN. WILLIAMS:  Thank you.

25  Mr. Chairman.

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004259
JA_003682

TX_00004259

USA_00018564

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 65 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 160 of 262

382

1          Mr. Strickland, you have -- I don't know

2    if you got to it in your remarks, because the time

3    expired, but I did read your written testimony.  And

4    you make three points at the end of your report, and

5    one is that you talk about how important an

6    educational program is when any photo ID law is put

7    into place.

8          And I just wanted to share with you some

9    of the things that we're doing in Texas through the

10   Secretary of State's office that have to do with voter

11   education and the kinds of things that we could easily

12   incorporate any change in the election law into these

13   sorts of things and see if this was the soar of thing

14   you were referring to.

15          In television and radio ads, we have

16   three different 60-second spots in English.  "High

17   Tech", "Special Needs" and "New Voter" are the titles

18   of those.  I'm not going to play them for the

19   committee, but they're available on the Secretary of

20   State's website in Spanish.  We also have three

21   60-second radio spots:  A father-daughter, a special

22   needs voting radio spot and a man on the street.

23          In addition, we have one, two, three,

24   four, five -- six English version television spots and

25   four Spanish version 15-second spots:  "Learn How to

TX_00004260

USA_00018565

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 66 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 161 of 262

383

1    Vote," "Special Needs Voters," "Voting Machines,"

2    "Register By," the Secretary of State saying, "You can

3    vote," "Learn How to Vote," "Vote in Spanish" and

4    "Register By" and then the "You Can Vote," also those

5    last four in Spanish so that we have the same ad

6    sometimes in English and Spanish.

7              And then we also have on that same

8    website, you know, a number of links -- Voter Facts.

9    Where Do I Vote?  What's my District?  How Do I Vote

10   Early? -- that sort of thing that is on the Secretary

11   of State's website.  Are those just generally --

12   without getting too specific, because our states are

13   different -- generally speaking, are those the kinds

14   of voter education projects that you ran in your

15   state?

16             MR. STRICKLAND:  Yes.  And I would say

17   that the program you just outlined goes considerably

18   beyond what was done in Georgia.

19             SEN. WILLIAMS:  Is that right?  Now, one

20   other thing that you mentioned in your remarks that I

21   wanted to follow up on -- give me just a second.  It's

22   also near the end of your remarks.

23             And beginning on Page 6, at the very

24   last line, you say, "While critics of the photo ID law

25   contend that it will be administered in a racially

TX_00004261

USA_00018566

384

1    discriminatory fashion, there is absolutely no support

2    for that allegation, just as there is no support for

3    the notion that requiring a photo ID is

4    unconstitutionally burdensome."

5            Are you familiar with the Crawford vs

6    Marion County Supreme Court case?

7            MR. STRICKLAND: Yes, generally

8    speaking.

9            SEN. WILLIAMS: Okay. And I believe --

10    well, I know. I've got a copy of the case here. And

11    then the Supreme Court said about this very issue, "A

12    photo identification requirement imposes some burdens

13    on voters that other methods of identification do not

14    share. For example, a voter may lose his photo

15    identification, may have his wallet stolen on the way

16    to the polls, or may not resemble the photo in the

17    identification because he [has] recently [grown] a

18    beard," all things that we've heard these sorts of

19    problems on the floor today.

20            But the Supreme Court concluded, as you

21    did in your remarks, that "Burdens of that sort

22    arising from life's vagaries, however, are neither so

23    serious nor so frequent as to raise any question about

24    the constitutionality . . .; the availability of the

25    right to cast a provisional ballot provides an

TX_00004262

USA_00018567

1    adequate remedy for problems of that character."

2              And I believe you say in your remarks

3    that you have that same kind of provisional voting in

4    the Georgia law.  Would you describe for the committee

5    briefly what that entails.

6              MR. STRICKLAND:  Yes, sir.  It's a

7    48-hour requirement.  In other words, if the voter,

8    using one of the hypotheticals that you presented, has

9    a difficulty that you outlined, then that person is

10   instructed by the poll worker to return to a

11   registrar's office within 48 hours to validate his or

12   her identification.

13             SEN. WILLIAMS:  And Fulton County is the

14   most populous county in the State of Georgia.  And how

15   many people have you had come back to -- that have

16   been challenged -- first of all, how many people have

17   been challenged on that?  And then I'm curious how

18   many have actually come back.

19             MR. STRICKLAND:  Out of the statistics I

20   presented a moment ago, with well over 400,000 voters,

21   there were 93 people who did not have a photo ID.

22   Each was instructed to present a photo ID within 48

23   hours.  Only one did.

24             SEN. WILLIAMS:  Okay.

25             MR. STRICKLAND:  As a follow-up to that,

TX_00004263

USA_00018568

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 69 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 164 of 262

386

1   each person who did not appear was sent a letter

2   reminding that voter of the process and of the photo

3   ID requirement.

4          SEN. WILLIAMS:  Now, our provisional

5   voting that we have here in Texas does not require the

6   voter to come back so that their vote may be counted.

7   Wouldn't you think that would be even less burdensome

8   than what you have in Georgia?

9          MR. STRICKLAND:  No question.

10         SEN. WILLIAMS:  And then we also, under

11  the provisions of this bill, allow alternative forms

12  of identification that would include government

13  documents and official papers -- I don't want to go

14  through the whole list, because it's so late -- but

15  one photo ID or two of any of the following, a laundry

16  list, do you think that also would relieve the burden

17  from some of those folks that might not have a photo

18  ID?  Would it make it less burdensome?

19         MR. STRICKLAND:  Less burdensome.  It is

20  less stringent than the Georgia law or the Indiana

21  law.

22         SEN. WILLIAMS:  Okay.  Thank you so

23  much.  I appreciate you being here with us tonight.

24         MR. STRICKLAND:  Thank you, sir.  By the

25  way, the president pro tem of the Georgia Senate is

TX_00004264

USA_00018569

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 70 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 165 of 262

387

1    Tommy Williams.

2            SEN. WILLIAMS:  Yes.  I run in to him

3    all the time at conferences and see his name on the

4    Internet.  We spell our first name differently,

5    though.

6            MR. STRICKLAND:  I noticed that.

7            SEN. WILLIAMS:  He's an "ie," and I'm a

8    "y."

9            SEN. WHITMIRE:  Mr. President, Chairman?

10            SEN. DUNCAN:  Sen. Whitmire.  State your

11    purpose.

12            SEN. WHITMIRE:  Mr. Strickland, on Page

13    6 --

14            SEN. DUNCAN:  Well, hold a minute.  I

15    think you're out of order.  I'm sorry, Senator.

16    You're not -- I thought you had an inquiry.

17            SEN. WHITMIRE:  Oh, no.  I'm sorry.

18            SEN. DUNCAN:  Sen. Ogden is next in

19    line.  I'm sorry.

20            SEN. OGDEN:  I yield to Sen. Whitmire.

21            SEN. DUNCAN:  Senator Whitmire.

22            SEN. WHITMIRE:  The education component

23    you emphasize is so important, and on Page 6 you give

24    great credit to the Georgia Secretary of State, her

25    staff and the members of the State Election Board.

TX_00004265

USA_00018570

```
 1    Could you tell us what the entity, the State Election
 2    Board, consists of, how they're chosen and what are
 3    their responsibilities?
 4             MR. STRICKLAND:  The State Election
 5    Board is appointed by the Governor, and the Secretary
 6    of State is the Chairman of that board.  And in
 7    general, they do not run the elections as such.
 8    They're more of a review body for problems in
 9    connection with the election.
10             The elections are run, as I'm sure is
11    the case in -- as far as I know is the case in Texas,
12    by the county election boards --
13             SEN. WHITMIRE:  You also mentioned your
14    county election officials.  Would it impact your
15    judgment, what you're here speaking and recommending
16    for Texas, to know that we do not have such an entity,
17    we do not have a state election board, which you said
18    played a vital role in the education of your voters?
19             MR. STRICKLAND:  I think the role of the
20    Secretary of State was considerably more important
21    than the State Election Board.  I just included them
22    in the list of persons who were involved.  But our
23    Secretary of State, Karen Handel, really stepped out
24    and took a leadership role.  And I would say the State
25    Election Board --
```

TX_00004266

USA_00018571

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 72 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 167 of 262

389

```
 1                SEN. WHITMIRE:  Do you have an
 2      approximate --
 3                MR. STRICKLAND:  -- incidental.
 4                SEN. WHITMIRE:  Do you have an
 5      approximate what your budget was to carry out this
 6      educational process that you speak of?
 7                MR. STRICKLAND:  The number that I
 8      recall -- and I was not directly involved in that --
 9      is around $600,000.  Now, the director of our
10      Elections Division is a witness that will testify
11      later here and give you the number.
12                SEN. WHITMIRE:  Of course, you obviously
13      realize Texas would be much larger and it would be
14      logical to assume it would be probably several times
15      that cost?
16                MR. STRICKLAND:  I would assume that to
17      be the case.
18                SEN. WHITMIRE:  And my colleague was
19      referencing that we have spots prepared.  I was
20      anxious to ask him -- you know, it's great that we
21      have the spots.  But, obviously, we have to have the
22      budget and the implementation to make that redundant
23      enough.  Like any other campaign, the voters are going
24      to have to hear that numerous times.  I do not
25      believe, looking at our Secretary of State's budget,
```

TX_00004267

USA_00018572

390

```
 1   that that is accounted for.
 2                SEN. WILLIAMS:  I'll put it in.
 3                SEN. WHITMIRE:  Beg your pardon?
 4                SEN. WILLIAMS:  I'll put it in.
 5                SEN. WHITMIRE:  You will put it in the
 6   budget?  Well, I'm sure we will have a chance to
 7   discuss that.  In fact, I'm going to yield to our
 8   Chairman of Finance.
 9                I appreciate you being here and I know
10   you mean well.  I just pause because I think Georgia
11   is a fine state.  And we're just so much more diverse,
12   larger and in some instances maybe more complicated
13   than you.  So I look forward to my colleagues telling
14   me what we're going to do with all of those spots.  If
15   they remain in the can and do not have the proper
16   budget, I don't think they will ever be nearly as
17   successful as you speak of in Georgia.
18                SEN. DUNCAN:  Sen. Ogden.
19                SEN. OGDEN:  Mr. Strickland, thank you.
20                Sen. Williams alluded to this, and I
21   want to go back to a question that Sen. Watson asked a
22   minute ago.  And I may ask -- if I get the question
23   incorrect, I would ask Sen. Watson to correct me.  But
24   I think he asked if, in your testimony, you said
25   anything about the potential for ethnic discrimination
```

TX_00004268

USA_00018573

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 74 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 169 of 262

391

```
 1    in Texas, I think was his question.

 2                    Is that right?

 3                    MR. STRICKLAND:  That's pretty close.

 4                    SEN. OGDEN:  And your answer was "No"?

 5                    MR. STRICKLAND:  Correct.

 6                    SEN. OGDEN:  But I would at least like

 7    to say -- and I would like you to comment on this --

 8    is that in your written testimony you basically

 9    address that issue from a Georgia perspective.  And on

10    Page 6, you say that, "From time to time, the argument

11    has been made that no matter how much election

12    officials and poll workers are educated on the topic,

13    the requirement will be administered in a racially

14    discriminatory fashion.  That argument is a red

15    herring," and I would like you to amplify that,

16    please.

17                    MR. STRICKLAND:  Well, the example I

18    gave in my testimony -- and I may have run out of time

19    before I got to it -- was the election Board with

20    which I'm involved in Fulton County, which is a

21    racially diverse county.  And, as I said, we have a

22    bipartisan board and our board appoints the director

23    of the department.

24                    And for a number of years, that person

25    has been an African-American woman, and that's the
```

TX_00004269

USA_00018574

392

1    case today.  And what I said was that approximately

2    95 percent of the full-time Election Department staff

3    is African-American.  And also that during our primary

4    general elections, the demographics of the poll

5    workers is in excess of 50 percent African-American.

6    So I took the position that it simply does not make

7    sense that that group of people is going to

8    discriminate against minority voters.

9               SEN. OGDEN:  Okay.  Thank you.

10              SEN. DUNCAN:  Sen. Ellis.

11              SEN. ELLIS:  Thank you, Mr. Strickland;

12    thank you for being here.

13             Briefly, you mentioned some 89 or 75

14    provisional ballots, I think.  I can't remember the

15    number.

16              MR. STRICKLAND:  93.

17              SEN. ELLIS:  93 that were --

18              MR. STRICKLAND:  What I said was, there

19    were 93 persons out of over 400,000 in Fulton County

20    that did not have an acceptable form of photo ID.

21              SEN. ELLIS:  And you said under your

22    statute in Georgia, they have 48 hours --

23              MR. STRICKLAND:  Correct.

24              SEN. ELLIS:  -- to bring something to

25    prove they are that person, only one person came in?

TX_00004270

USA_00018575

Case 2:13-cv-00193  Document 661-20  Filed on 11/11/14 in TXSD  Page 76 of 109
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-2  Filed 06/20/12  Page 171 of 262

393

1          MR. STRICKLAND:  Right.

2          SEN. ELLIS:  Okay.  Now, in your statute

3    it lays out the process, unlike -- although I know you

4    have not read it -- the Texas statute is quiet on

5    that, the bill that he has here.  Now, out of the ones

6    that didn't come in, does anyone go do an analysis if

7    part of the rational behind the statute in Georgia is

8    to deal with the issue of voter fraud, did anybody go

9    and check, someone go and check and see what was up

10   with the ones who did not come back and prove they

11   were who they said they were when they voted?

12         MR. STRICKLAND:  Not to my knowledge.

13   As I mentioned a moment ago, a follow-up letter was

14   sent to the people; that is, the 92 that did not

15   return.

16         SEN. ELLIS:  Yes.  And only 92 out of

17   400,000 in Fulton County voting may not seem like a

18   lot, but -- my mother-in-law lives in Atlanta -- if

19   there is a close legislative race or Senate race or

20   city council race, as we had here.  We had one

21   election for a House seat -- they have been enlarging

22   House seats in Georgia, about 150,000 people per House

23   seat -- it could determine whether or not someone won.

24   Does anybody do an analysis to see the ethnic or

25   racial makeup of those folks who did the provisional

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004271
JA_003694

TX_00004271

USA_00018576

394

1    ballot but didn't show up to prove they were who they

2    said they were?

3                    MR. STRICKLAND:  I don't know the answer

4    to that, Senator.  I'm sorry.

5                    SEN. OGDEN:  Okay.  Thank you for

6    coming.

7                    MR. STRICKLAND:  Thank you, sir.

8                    SEN. DUNCAN:  Sen. Hinojosa.

9                    SEN. HINOJOSA:  Thank you, Mr. Chairman.

10                   Mr. Strickland, I think Sen. Williams

11   was asking you a question concerning the educational

12   programs by your Secretary of State, and you mentioned

13   that they were using websites.  And you said you

14   really didn't know the cost of a training program, so

15   educational programs.  Do you know they provided

16   computers for people who could not afford computers?

17                   MR. STRICKLAND:  I don't.

18                   SEN. HINOJOSA:  Also I guess in the

19   State of Georgia, do you have poll watchers?

20                   MR. STRICKLAND:  Poll watchers?

21                   SEN. HINOJOSA:  Yes, who they show the

22   voter ID to?

23                   MR. STRICKLAND:  Oh, they show that

24   to -- when you walk in the polling place, you sign a

25   voter certificate, indicating your name, your address,

TX_00004272

USA_00018577

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 78 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 173 of 262

395

 1    and you say you're eligible to vote in that election.

 2    That begins the voting process.

 3              And in my own polling place, at that

 4    particular step I'm asked to produce a photo ID.  And

 5    that really carries over to the -- we have a device

 6    called an express poll.  It's a little touch screen

 7    device that verifies that -- in other words, if I

 8    present my voter certificate with my name on it, then

 9    the poll worker who has seen my photo ID then punches

10    my name or the first two or three letters of my name

11    into the express poll machine, which is really the

12    database of registered voters, and confirms the fact

13    that I am a properly qualified voter to vote at that

14    precinct.  So I'm showing the identification to the

15    poll worker, as distinguished from a poll watcher who

16    in Georgia would be a volunteer for each political

17    party who is observing the election but is not, in

18    fact, a poll official.

19              SEN. HINOJOSA:  So I guess, are you

20    using a driver's license or some type of photo ID --

21              MR. STRICKLAND:  Yes.

22              SEN. HINOJOSA:  -- that has some type of

23    information on the back that can be scanned?

24              MR. STRICKLAND:  Unfortunately, we do

25    not have the ability to scan.  That would considerably

TX_00004273

USA_00018578

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 79 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 174 of 262

396

1    increase the speed of processing.  In other words,

2    we're using this thing that I describe as an express

3    poll.  If we had the bar code on the back, it would be

4    a matter of zipping it through that device and

5    verifying it that way.  It would be much faster than

6    the manual punching.

7              SEN. HINOJOSA:  And do you know what the

8    cost would be of that express poll that you're using

9    in Georgia?

10             MR. STRICKLAND:  The express poll

11   device?  I don't know.  We spent a lot of money to go

12   to the touch screen voting, and the express poll

13   machines were acquired at about the same time, at

14   considerable cost.  And I do not recall the cost.

15             SEN. HINOJOSA:  And do you have those

16   express polls in each precinct?

17             MR. STRICKLAND:  Yes, several of them,

18   depending on the number of registered voters at that

19   precinct.

20             SEN. HINOJOSA:  And you said the cost

21   was considerable.  Do you know how much, a ballpark

22   figure?

23             MR. STRICKLAND:  I cannot give you a

24   ballpark.  I'm sorry.

25             SEN. HINOJOSA:  So for us who want to do

TX_00004274

USA_00018579

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 80 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 175 of 262

397

1    the same thing, even though it slows down the process,

2    would have to invest quite a bit of money in providing

3    the funds to the precincts in our state?

4            MR. STRICKLAND:  Well, I think in every

5    polling place, there has to be some verification of

6    the voter being on the registered voters list for that

7    particular precinct.  So this is a form of

8    verification.  It happens to be computer-driven.  But

9    as far as I know, in every polling place in every

10    state, there has to be verification that the voter is,

11    in fact, on the registered voters list.

12            SEN. HINOJOSA:  Yes.  And one of the

13    questions that I asked the author of this legislation

14    here is that we don't have a way to verify whether or

15    not the photo ID is fake or a bad one, because here in

16    Texas, you can go buy a fake photo ID at a flea

17    market.

18            MR. STRICKLAND:  I'm not a computer

19    expert, but I would think the problem with a fake

20    photo ID would be the bar code.

21            SEN. HINOJOSA:  And you're right, you're

22    exactly right, the bar code.  But the problem is that

23    we're not using the type of equipment that you're

24    using in Georgia to verify whether or not that's a

25    valid ID.  So that's a problem that we have in the

TX_00004275

USA_00018580

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 81 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 176 of 262

398

```
 1    present legislation, the way it's drafted.
 2                   MR. STRICKLAND:  Yes.  I think
 3    verification is an important part of the process.  And
 4    I will take your word for it on how it's done in
 5    Texas.
 6                   SEN. HINOJOSA:  Thank you.
 7                   SEN. DUNCAN:  Sen. Watson.
 8                   SEN. WATSON:  Yes.  Thank you,
 9    Mr. Chairman.
10                   I'm sorry.  I thought I was done.  But
11    since Chairman Ogden asked a question and called out
12    something related to what I had asked you, I thought I
13    need to follow up.
14                   He pointed to a part of your testimony
15    on Page 6 where he specifically quoted language
16    regarding where you said that the requirement will be
17    administered in a -- it talks about the requirement
18    being administered in a racially discriminatory
19    fashion.  And, of course, you go on to say that that
20    is a red herring and, frankly, nonsense, to use your
21    words.
22                   So in that area, in answer to Chairman
23    Ogden's questions, you were talking about the
24    administration of it being done in a racially
25    discriminatory fashion.  Is that correct?
```

TX_00004276

USA_00018581

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 82 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 177 of 262

399

1              MR. STRICKLAND:  What I meant to say,

2      the way the sentence is constructed, it really means

3      in a non-discriminatory fashion.

4              SEN. WATSON:  Gottcha!  But in any

5      event, it's talking about how it's administered.

6      Right?

7              MR. STRICKLAND:  Yes.

8              SEN. WATSON:  And, of course, you -- and

9      maybe you don't know.  But are you aware that under

10     Section 5 of the federal Voting Rights Act, it isn't

11     just about whether it's administered in a

12     discriminatory fashion, it's whether or not it has the

13     purpose or effect.  Are you familiar with that?

14             MR. STRICKLAND:  I am familiar with

15     that.

16             SEN. WATSON:  And when I ask you about

17     Texas and your familiarity with Texas, you wouldn't

18     know, for example, whether in Texas, in other things,

19     other issues related to voting, you wouldn't know

20     whether Texas has some history of folks removing the

21     names of eligible voters from the list of registered

22     voters where the poll list of precincts, in a way

23     where they would then not be allowed to vote, do you?

24             MR. STRICKLAND:  I have no knowledge of

25     that.

TX_00004277

USA_00018582

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 83 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 178 of 262

400

```
 1              SEN. WATSON:  You don't have any

 2    knowledge about poll workers refusing to accept people

 3    for voting, even though their acceptance might be

 4    required?

 5              MR. STRICKLAND:  No knowledge of that.

 6              SEN. WATSON:  About whether people have

 7    provided false information to voters about voting

 8    procedures resulting in people failing to then go

 9    ahead and vote?

10              MR. STRICKLAND:  I'm not familiar with

11    that.

12              SEN. WATSON:  Or anything like providing

13    false information about where a voting place is or

14    what day people might vote?

15              MR. STRICKLAND:  I have not made a study

16    of Texas voting procedures.

17              SEN. WATSON:  Okay.  Now, although you

18    indicate that you don't believe that in Georgia the

19    requirement has been administered in a racially

20    discriminatory fashion, at least in your area of

21    Georgia, you are familiar with studies such as that

22    put out by the Brennan Center where it indicated that

23    in Georgia in 2007, in some local elections, some

24    limited turnout elections, there were voters' ballots

25    rejected because of the voter ID law, weren't you?
```

TX_00004278

USA_00018583

1            MR. STRICKLAND:  I'm not familiar with

2    the Brennan Center study, though.

3            SEN. WATSON:  Okay.  So you wouldn't

4    know whether, in that Brennan Center study, it also

5    pointed out in the 2008 presidential primary that

6    number of people that were -- ballots that were

7    rejected because of Georgia's voter ID law grew into

8    the hundreds, and you just wouldn't have any way of

9    knowing anything about that?

10            MR. STRICKLAND:  As I said a moment ago,

11    I'm not familiar with the Brennan Center study.

12            SEN. WATSON:  Okay.  Fair enough.  Since

13    we were talking about Texas a minute ago -- and I want

14    to be clear on what it was that I was asking questions

15    about that Sen. Ogden decided that he needed to ask

16    about, too.  Let me ask this more specifically.

17            You're not here tonight able to provide

18    the folks that are going to vote on whether to

19    implement SB 362, which would put new requirements on

20    people in Texas trying to vote, you're not here

21    providing us with any sort of statistical analysis of

22    the effect -- administration or not, but of the effect

23    of that new requirement on African-Americans,

24    Hispanics, people making less than $35,000 a year,

25    people who speak only Spanish or Vietnamese or senior

TX_00004279

USA_00018584

citizens, anybody like that, are you?

MR. STRICKLAND: I can't comment on how things would work in Texas. What I did try to say in my testimony and otherwise is that a number of similar arguments were made in Georgia, and we just simply have not had that experience.

SEN. WATSON: And one of the differences, of course, in Georgia versus Texas is, Georgia's Hispanic population is what, about 7 percent?

MR. STRICKLAND: That sounds about right.

SEN. WATSON: Do you know anything about colonias in Texas?

MR. STRICKLAND: I do not.

SEN. WATSON: How many media markets are there in Georgia?

MR. STRICKLAND: Well, there's one gigantic market in the Atlanta area, and the others I would consider submarkets. Perhaps a half dozen.

SEN. WATSON: All right. Do you know whether that's different than in Texas?

MR. STRICKLAND: Well, I know Texas has some much larger cities than our other cities in Georgia besides Atlanta. I don't know the exact

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 86 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 181 of 262

403

```
 1    number of media markets, though.
 2               SEN. WATSON:  Well, I'll let you know
 3    that it's quite a bit more media markets, and so it
 4    might also make a big difference with regard to that
 5    education requirement you talked about.
 6               Appreciate your being here tonight.
 7    Thank you very much.
 8               MR. STRICKLAND:  Thanks so much.
 9               SEN. DUNCAN:  The Chair recognizes
10    Sen. Uresti.
11               SEN. URESTI:  Mr. Strickland, good
12    evening and welcome to Texas.
13               MR. STRICKLAND:  Thank you, sir.
14               SEN. URESTI:  Thank you for being here.
15    I know you've come a long way, and we do appreciate
16    your testimony.
17               Mr. Strickland, I just have a few
18    questions for you with regard to some of the comments
19    you mentioned earlier that I read in your written
20    testimony, specifically with regard to a couple of, I
21    believe, plaintiffs that you referenced.  There were
22    two in particular that I think you indicated could
23    have obtained their photo ID.  One was within seven
24    miles and I think was one within walking distance.  Is
25    that correct, Mr. Strickland?
```

TX_00004281

USA_00018586

404

```
 1              MR. STRICKLAND:  That's correct.
 2              SEN. URESTI:  And what I'm trying to do
 3    is draw the distinction and to kind of follow on what
 4    Dean Whitmire mentioned earlier, draw a distinction
 5    between the different -- State of Georgia, which I
 6    know is a beautiful state, and Texas, specifically
 7    with regard to the geographical area that is included
 8    in both the states.
 9              Would you agree with me that distance
10    could become a barrier with regard to obtaining an
11    individual's photo ID?
12              MR. STRICKLAND:  I suppose it's
13    possible.  As I pointed out in my testimony, we don't
14    have as many counties as you do, but we are the second
15    largest in number of counties, with 159.  So we have
16    159 locations where a free photo ID can be obtained if
17    people don't already have some form of photo ID.
18              SEN. URESTI:  Well, and I think the
19    biggest distinction would be, though, even though you
20    have 159 counties and we have 254 counties, is the
21    fact that Georgia, although I believe is a large
22    state, compared to Texas is a much smaller state, I
23    looked up Fulton County, which I understand is
24    Georgia's largest county, and the square mileage for
25    Georgia (sic) County is 520 miles.  Is that correct?
```

TX_00004282

USA_00018587

```
 1              MR. STRICKLAND:  I'm sorry.  I didn't
 2    understand that question.
 3              SEN. URESTI:  The size of Georgia -- I
 4    beg your pardon -- of Fulton County is 529 square
 5    miles.  Is that true?
 6              MR. STRICKLAND:  Yes, I believe that's
 7    correct.
 8              SEN. URESTI:  And, in fact, the size of
 9    Georgia, the State of Georgia, is 59,424 square miles.
10    Is that correct?
11              MR. STRICKLAND:  Yes.  It's the largest
12    state east of the Mississippi River.
13              SEN. URESTI:  And the reason I point
14    that out -- and I don't know if you heard my testimony
15    earlier when I was talking to Sen. Fraser.  And, in
16    fact, as a backdrop to my questions was the size of my
17    senatorial district, which is almost the size of the
18    State of Georgia.  The size of my senatorial district
19    graphically is 55,000 square miles, and the size of
20    the State of Georgia is 59,424 miles.  So you can
21    almost fit the State of Georgia into my senatorial
22    district.
23              And so I throw that out to again ask the
24    question:  Do you believe, now knowing the size of
25    just my district and, of course, the size of Texas,
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004283
JA_003706

TX_00004283

USA_00018588

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 89 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 184 of 262

406

1   would that be a challenge and, therefore, a barrier to

2   somebody obtaining a photo ID?

3           MR. STRICKLAND:  I suppose it could be.

4   But it seems to me that most people at sometime or

5   other go to the population center where, at least in

6   Georgia, a free photo ID could be issued.

7           And as I think another witness

8   testified, in Georgia, the statistics were that there

9   were six and a half million driver's licenses in place

10  versus about 4,500,000 registered voters.  So I think

11  that demonstrates that a substantial majority of

12  registered voters already had a form of photo ID; in

13  other words, this was not a new requirement, that

14  every voter in Georgia go out and obtain an entirely

15  different kind of photo ID.  It didn't demonstrate

16  that 100 percent of registered voters had a photo ID,

17  just that in my view a substantial majority already

18  did.

19          SEN. URESTI:  And I understand that,

20  Mr. Strickland, though your DPS offices, I assume, are

21  open Monday through Friday, 8:00 to 5:00?

22          MR. STRICKLAND:  Well, we're not using

23  DPS offices; we're using the county voter registrar,

24  which keep normal business hours.

25          SEN. URESTI:  Okay.

TX_00004284

USA_00018589

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 90 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 185 of 262

407

1         MR. STRICKLAND:  And most likely they're

2    in the county courthouse of the county.

3         SEN. URESTI:  Would it concern you,

4    though, if, in my district at least, some of the

5    counties, they have their DPS offices only open one

6    day a month?  Do you think that would be a barrier for

7    somebody obviously trying to obtain their photo ID?

8         MR. STRICKLAND:  Well, it certainly

9    could be.

10         SEN. URESTI:  Mr. Strickland, I

11    appreciate it, and thank you very much.  And welcome

12    to Texas.

13         MR. STRICKLAND:  Thank you, Senator.

14         SEN. DUNCAN:  Thank you, Mr. Strickland.

15    There are no other members queued up to speak, so you

16    will be excused.  Appreciate your testimony.

17         MR. STRICKLAND:  Thank you, sir.

18         SEN. DUNCAN:  The Chair calls Mr. Adam

19    Skaggs.

20         MR. SKAGGS:  Thank you, Mr. Chairman.

21    Thank you, Senators, for giving me the opportunity to

22    speak with you today.

23         SEN. DUNCAN:  Mr. Skaggs, if you would,

24    let me do a little housekeeping.  I think we have

25    Exhibit 24, which is your written testimony.  Is that

TX_00004285

USA_00018590

Case 2:13-cv-00193  Document 661-20  Filed on 11/11/14 in TXSD  Page 91 of 109
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-2  Filed 06/20/12  Page 166 of 262

408

1    correct?

2              MR. SKAGGS:  Yes, sir.

3              SEN. DUNCAN:  Okay.  We'll go ahead and

4    put that in the record.

5              (Exhibit No. 24 marked and admitted)

6              SEN. DUNCAN:  And then if you will state

7    your name and who you represent.  You have 10 minutes.

8                **TESTIMONY BY ADAM SKAGGS**

9              MR. SKAGGS:  Certainly.  Thank you,

10   Mr. Chairman.

11             My name is Adam Skaggs.  I am counsel at

12   the Brennan Center for Justice at NYU School of Law in

13   New York City.  Brennan Center is a non-profit,

14   non-partisan public policy and legal advocacy

15   organization, and we focus on fundamental issues of

16   justice and democracy.  Among other things, we promote

17   policies that ensure fair and accurate elections and

18   that maximize citizen participation in the electoral

19   process.  Our work toward these goals has included

20   extensive research and the publication of studies and

21   reports, assistance to state and federal policymakers

22   and advice on electoral legislation and, when it's

23   become necessary, participation in litigation to

24   protect the fundamental right to vote.

25             As part of this work, we have paid

TX_00004286

USA_00018591

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 92 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 187 of 262

409

1   particular attention to the debate over strict voter

2   identification policies.  We've commissioned research

3   on the number of citizens who lack documentary proof

4   of identity, and we have participated as an amicus in

5   litigation over strict voter ID policies in Indiana,

6   Georgia, Arizona and Albuquerque, New Mexico.

7               A central part of these efforts has been

8   our research on allegations of voter fraud.  We've

9   analyzed claims of rampant voter fraud in order to

10  distinguish unfounded and exaggerated tales of fraud

11  from reliable, verified claims of election misconduct.

12              We published the results of this

13  analysis in a monograph entitled "The Truth About

14  Voter Fraud," which compiles methodological flaws that

15  have led to allegations of voter fraud and debunks

16  baseless -- though often repeated -- reports of voter

17  fraud.  In my testimony today, I want to share some of

18  our findings.

19              Our findings illustrate the SB 362 makes

20  little sense as a matter of policy, for three reasons.

21  First, SB 362 does not fix any notable problem that

22  Texans have experienced.  Second, to bolster their

23  case, supporters of SB 362 cite a number of problems

24  that the bill would not correct and would not address,

25  and that misleads the public into thinking that the

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004287
JA_003710

TX_00004287

USA_00018592

Case 2:13-cv-00193  Document 661-20  Filed on 11/11/14 in TXSD  Page 93 of 109
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-2  Filed 06/20/12  Page 188 of 262

410

1    proposal would accomplish more than it ever possibly

2    could.

3         The last and perhaps the most important

4    reason that SB 362 is likely to create problems, the

5    problems it creates are going to be far worse than the

6    single problem that it even has the potential to cure.

7    Some of my colleagues have already discussed that

8    third issue.  I'll focus my testimony on the first

9    two.

10        Because we have found virtually no fraud

11   of the type that a voter identification requirement

12   could fix, the Brennan Center is frequently charged

13   with denying the existence of voter fraud.  This is

14   inaccurate, and I want to state that this evening with

15   absolute clarity.  Unfortunately, some forms of

16   election fraud and misconduct do occur with some

17   frequency.  Last year, for example, as in the past,

18   there were repeated instances of voter misinformation

19   and intimidation, such as when voters were told

20   erroneously that they would be arrested if they tried

21   to vote and had any unpaid parking tickets, or when

22   voters were given misinformation about where they

23   could vote, where their precincts were, the hours they

24   were open.

25        We've seen repeated instances in which

TX_00004288

USA_00018593

411

```
1    election officials, without justification, have denied

2    registration to individuals who are eligible to

3    register and vote.  In the last year, for instance, we

4    saw this problem with college students in a number of

5    different communities.  Occasionally we've seen

6    individuals offer to sell their votes, and we've seen

7    individuals vote in jurisdictions in which they do not

8    reside.

9              And there have also been confirmed

10   examples of fraud and misconduct involving absentee

11   ballots.  Some of this fraud has involved coercion or

12   bribing of absentee voters.  Some of these instances

13   have involved schemes to submit multiple fraudulent

14   absentee ballots.  All these acts should be and must

15   be condemned.  When it exists, election fraud and any

16   kind of electoral misconduct should be investigated

17   and it should be published, and it often is.

18             Finally, I want to just observe that

19   there are some examples of mistakes made by

20   individuals who register to vote when they're not

21   eligible but without realizing that they're

22   ineligible.  We saw examples in Arizona, for example,

23   where individuals who were applying to become citizens

24   and who had received letters from the immigration

25   authorities congratulating them and telling them that
```

TX_00004289

USA_00018594

412

1    their application for citizenship had been approved,

2    registered to vote but before they had actually

3    formally taken the oath of citizenship.

4              And we saw an example in Wisconsin where

5    somebody showed up to vote, presented his prisoner

6    identification card that had the word "OFFENDER"

7    stamped in bold face across the face of it, and that

8    individual was actually allowed to vote.

9              Now, that's unfortunate.  Obviously,

10   that individual shouldn't have been able to vote, and

11   those folks who hadn't completed the application for

12   citizenship should not have been registered.  But

13   these are examples of error; they're not examples of

14   anyone trying to misrepresent their status or trying

15   to intentionally commit fraud.  These folks shouldn't

16   be allowed to register to vote.  But publicizing the

17   eligibility requirements and training poll workers is

18   a far more effective answer to those issues, those

19   human errors, than it is to require every single

20   eligible citizen in the state to present documentary

21   proof of identification of the sort that's proposed

22   here.

23              As to allegations of other types of

24   voter fraud, including many of the ones we've heard

25   discussion about today, our research has indicated

TX_00004290

USA_00018595

1    that these claims proved baseless in all but the most

2    limited exceptions.  Except in the rarest of cases,

3    these involve crying wolf.  This is true of the most

4    frequently reported forms of punitive voter fraud --

5    double voting, voting in the names of dead people and,

6    most importantly, for the purposes of this hearing,

7    impersonation of registered voters at the polls.

8            Our exhaustive research reveals that

9    there is little to no credible evidence of

10   impersonation fraud in Texas or anywhere else in the

11   country, and that's the only form of misconduct that

12   this proposal would address.  This is worth repeating:

13   The only problem that a voter ID requirement like SB

14   362 could possibly fix doesn't exist.  Texans are

15   struck and killed by lightning more often than

16   impersonation fraud occurs, and there are far, far

17   more reports of UFOs every year than there are

18   instances of impersonation at the polls.

19           There are a number of reasons why

20   reports of fraud, impersonation fraud at the polling

21   place occur, but that they crumble when they're

22   subjected to scrutiny.  First, a number of these

23   claims are based on attempts at data matching.  We've

24   heard a bit about this today.  This is when you

25   attempt to use computerized matching of data from the

TX_00004291

USA_00018596

Case 2:13-cv-00193 Document 661-20 Filed on 11/11/14 in TXSD Page 97 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 192 of 262

414

1    voter rolls against some other source of data; for

2    example, death records.  And because of problems with

3    this data matching, the protocols that are used, it

4    often results in false positives, false indications of

5    somebody on the vote rolls who is also on one of these

6    lists.

7             For example, if matching is conducted

8    without controlling for a suffix like "Jr.," then John

9    Smith, Jr., may be thought to be the same person as

10   John Smith, Sr., who has died, and that will result in

11   a false report of somebody casting a vote in the name

12   of someone who is ineligible.

13            In Florida in 2000, we saw a matching

14   protocol used that only required a match of 80 percent

15   of the letters in the last name.  So, for example,

16   someone with the last name of Ellis would be matched

17   with someone with the last name of Ellison.  20,000

18   voters, more than 20,000 voters were purged from the

19   rolls in that instance, and many of them were

20   frequently revealed to be inaccurate.

21            There are also a number of erroneous

22   reports of impersonation fraud that result from

23   clerical errors either on the part of poll workers or

24   on the part of the voter, such that when somebody

25   signs their name on the wrong line next to a voter

TX_00004292

USA_00018597

415

1    with a very similar name or when a poll worker at the

2    end of the day scans the wrong bar code for a voter

3    and ends up recording erroneously that somebody voted

4    when they didn't.

5                Both of these sorts of problems turned

6    up in the claims of impersonation fraud that were

7    lobbed about before the 2008 election by the Texas

8    Watchdog website.  They had a big story with a

9    dramatic headline -- "Dead Voters Cast Ballots in

10   Dallas County" -- and they provided 48 specific votes

11   that were questioned.  Poll books and signature

12   rosters were available for 47 of these.  And after a

13   very careful review, the Dallas Morning News concluded

14   that none involved a fraudulently cast vote.

15               So there are numerous since-debunked

16   reports of voter fraud, and these reveal that there

17   are very few, little to no examples of any confirmed

18   impersonation fraud.  That's not for lack of trying.

19   You've heard about the five-year investigation by the

20   Department of Justice which failed to charge any

21   individual with impersonation fraud.

22               Here in Texas, Attorney General Abbott

23   spent two years and $1.4 million fighting voter fraud,

24   didn't indict a single person for impersonation fraud.

25   There are obvious reasons -- I just want to mention

TX_00004293

USA_00018598

Case 2:13-cv-00193   Document 661-20   Filed on 11/11/14 in TXSD   Page 99 of 109
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-2   Filed 06/20/12   Page 194 of 262

416

1    the obvious reasons why impersonation fraud occurs so

2    rarely, if ever.  The risk of getting caught for

3    attempting this crime is particularly high.  The

4    penalties are very strict.  And there's hardly any

5    payout.  Under federal law, anybody that attempts this

6    is subject to imprisonment for five years, fine of

7    $10,000.  Under Texas law, that's 10 years in prison.

8    And if you're not an American citizen, you'll be

9    deported if you try and get away for this.

10           And bear in mind, the payoff for this is

11   extremely limited -- one single vote.  If you were

12   really intent on defrauding the electoral system,

13   would you not choose a crime that gave you more bang

14   for the buck?  Or would you risk 10 years in jail and

15   a $10,000 fine to, as we heard earlier today, go over

16   to your neighbor's house, steal their voter

17   certification out of their mailbox and then attempt to

18   cast a ballot in that person's name?

19           I think the answer to that is obvious,

20   and I think that goes a long way in explaining why

21   impersonation fraud rarely, if ever, occurs in spite

22   of all the heated and ultimately misguided rhetoric

23   that we hear on this issue.

24           I see that my time is up, so I will end

25   there and would welcome any questions.  Thank you.

TX_00004294

USA_00018599

Case 2:13-cv-00193 Document 661-30 Filed on 11/11/14 in TXSD Page 100 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 195 of 282

417

```
 1              SEN. AVERITT:  Sen. Davis, for what
 2    purpose?
 3              SEN. DAVIS:  May I please ask questions
 4    of this witness?  Thank you, Mr. President.
 5              QUESTIONS FROM SENATE FLOOR
 6              SEN. DAVIS:  Mr. Skaggs, I have a few
 7    follow-up questions for you.  And thank you for being
 8    here and for your testimony before this body today.
 9              What did the Brennan Center's 2006
10    national survey show about the percentage of people
11    who cannot prove citizenship or who lack government-
12    issued photo ID?
13              MR. SKAGGS:  Well, it concluded a number
14    of things.  First of all, the basic conclusion was as
15    many as 11 percent of U.S. citizens.  And according to
16    census data at that times, that's more than 20 million
17    individuals didn't possess government-issued photo
18    identification.  So that's the baseline, and that's
19    consistent with research that a number of other
20    studies have concluded.
21              But I think as much as that is an
22    alarming figure and as much as a 10 or 11 percent
23    figure would suggest, an unacceptably high number of
24    Texans who lack the kind of government-issued
25    documentary identification that will be required under
```

TX_00004295

USA_00018600

418

1  SB 362, as much as the gross figures are cause for

2  alarm, the distinctions within that data are equally

3  alarming.

4          For example, elderly citizens are much

5  more likely to lack the kind of government-issued

6  identification that would be required under this bill.

7  18 percent, our survey found, of American citizens

8  above the age of 65 did not have government-issued

9  photo ID.  That's true of photo ID.

10         And we've also heard anecdotally this

11 afternoon, or this evening, that many senior citizens

12 living, for example, at assisted living facilities

13 also lack a number of the non-photo forms of

14 identification that this bill could contemplate.  They

15 may not have utility bills in their name.  They may no

16 longer have bank statements.  Certainly pay stubs

17 often they wouldn't have.  So that's a concern for

18 seniors.

19         Minority citizens, citizens of color are

20 also disproportionately likely to lack these sorts of

21 government-issued identification documents.  Our

22 survey found that 25 percent of African-American

23 citizens lacked the sort of ID that we're talking

24 about here.

25         And finally, the other issue of concern

TX_00004296

USA_00018601

Case 2:13-cv-00193 Document 661-30 Filed on 11/11/14 in TXSD Page 102 of 108
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 137 of 282

419

```
 1    which we've heard about today is that citizens with

 2    low incomes are much, much more likely to lack the

 3    sorts of ID that we're talking about.  Our survey

 4    found that citizens making less than $35,000 per year

 5    are more than twice as likely to lack

 6    government-issued identification as citizens making

 7    more than that.  And we've heard already today in

 8    testimony from some of my colleagues about the huge

 9    number of Texans who fall beneath that income level.

10              SEN. DAVIS:  With that being said, how

11    is it that voter fraud is not a problem, if both the

12    U. S. Department of Justice and the Texas Attorney

13    General have launched widespread investigations and

14    prosecutions of voter fraud?

15              MR. SKAGGS:  Well, I think it's

16    important to be careful about the term we use here.

17    And I think it goes a bit far to say that voter fraud

18    isn't a problem.  I think -- certainly I've tried to

19    make clear in my testimony that there are numerous

20    types of fraud that are problematic, that do cause

21    real threats to the integrity of our electoral system.

22    And I would encourage this body to take up some

23    policies that might address those sorts of things:

24    Voter intimidation, misinformation, denial of the

25    right to register to citizens based on illegal
```

TX_00004297

USA_00018602

Case 2:13-cv-00193 Document 661-30 Filed on 11/11/14 in TXSD Page 103 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 198 of 202

420

1    reasons.

2              I think the point I'm trying to make is

3    that the form of fraud, the only form of fraud that's

4    at issue here with a big little SB 362, the

5    impersonation of a registered voter at the polls is

6    not a problem.  It simply doesn't occur with any

7    frequency that would be sufficient to justify a bill

8    like this that has the potential to disenfranchise

9    many thousands of Texans.

10             So it's not fair really to say that

11   voter fraud isn't a concern.  It's simply important, I

12   think, to speak in specific terms without generalizing

13   and muddying the waters, because when you're talking

14   about a bill like this that has the real potential to

15   disenfranchise many, many eligible Texas citizens,

16   it's got to be justified by something important.  It's

17   got to be justified by a real problem, and that just

18   isn't the case here.

19             SEN. DAVIS:  And in the State of Texas,

20   with the Attorney General investigations, can you

21   point to, given the result of those investigations,

22   the failure to demonstrate a problem with voter

23   impersonation?

24             MR. SKAGGS:  Well, I think the results

25   of that investigation that I referred to by Attorney

TX_00004298

USA_00018603

Case 2:13-cv-00193 Document 661-30 Filed on 11/11/14 in TXSD Page 104 of 198
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 199 of 282

421

1    General Abbott, as well as the national investigations

2    that the Department of Justice has sort of inspired

3    and that U.S. attorneys across the country have

4    focused their efforts on, I think the results of those

5    speak for themselves.

6          They have in the end uncovered

7    wrongdoing and misconduct surrounding elections.  They

8    have indicted folks for such things as vote-buying

9    schemes, campaign finance irregularities, a number of

10   different sorts of crimes of the sort that just aren't

11   addressed by a voter identification law of the sort

12   that we're talking about tonight.

13         So the fact that these huge substantial

14   resources were put into these efforts, the amount of

15   publicly, the amount of effort, and though they came

16   up with certain problems that aren't at issue tonight,

17   they couldn't come up with a single indictment for

18   anybody who was actually guilty of impersonation fraud

19   I think speaks for itself.

20         SEN. DAVIS:  And in your opinion, does

21   the Senate Bill 362 that's before us today address any

22   of the issues of fraud that were uncovered by the

23   Texas Attorney General in that lengthy investigation?

24         MR. SKAGGS:  No.

25         SEN. DAVIS:  Now, regarding the Indiana

TX_00004299

USA_00018604

1    case and the Supreme Court case, no party or amicus

2    cited even one case of impersonation at the polls in

3    Indiana, to the Supreme Court. Would it surprise you,

4    Mr. Skaggs, to learn that more Indiana voters have

5    been disenfranchised by the law in the last two years

6    than the number of reported cases of impersonation at

7    the polls cited to the Supreme Court or from anywhere

8    in the country in the last two decade?

9              MR. SKAGGS: No, I don't think that's

10   surprising. I think it's entirely consistent with the

11   point I was making earlier, that for all the rhetoric,

12   there's just not -- there's not any record of any

13   impersonation fraud. You're absolute right. During

14   the briefing presented to the Supreme Court -- and

15   there were briefs presented not only by the parties

16   but by dozens and dozens of groups on both sides of

17   the issue from all over the country, the Brennan

18   Center being one of those -- not a single one of the

19   briefs that were submitted had any confirmed evidence

20   of impersonation fraud.

21             But one of the groups in Indiana, the

22   Marion County Election Board, which was actually one

23   of the parties to the case, presented a brief in which

24   they represented to the Supreme Court that during the

25   2000 election, during some local elections in 2000, in

Case 2:13-cv-00193 Document 661-30 Filed on 11/11/14 in TXSD Page 196 of 198
Case 1:12-cv-00128-RMC-DST-RLW Document 210-2 Filed 06/20/12 Page 201 of 202

423

1    that one single county, in Indiana, Marion County,

2    32 voters cast ballots that were rejected, ballots

3    that didn't get counted because the voters had failed

4    to comply with the voter ID requirements.

5              And that's not unique to Indiana.  If I

6    could expand on that, we heard a moment ago about some

7    of the numbers out of Georgia, the 33 voters that had

8    their votes thrown out because they lacked ID in 2007.

9    And we heard that that, in the 2008 primary, was up to

10   254, 254 Georgians who, because they lacked a

11   government-issued ID of the sort that was required,

12   had their votes thrown out.

13             The gentleman who testified before me

14   said he was unfamiliar with those figures which were

15   published, among other places, in a Brennan Center

16   report.  He may be more familiar -- if he's not

17   familiar with Brennan Center's report, he might be

18   more familiar with the Houston Chronicle which just

19   this morning undated those figures with figures from

20   the 2008 General Election.  So we saw in the primary

21   last year 254.  During the general election, that

22   number rose up to 700 Georgia voters, more than 700,

23   who had their votes go uncounted because they were

24   unable to comply with these ID requirements.

25             Now, we also heard that out of I believe

TX_00004301

USA_00018606

424

```
1    it was 93 voters who showed up at the polls did their
2    honest best to try and cast a ballot, were forced to
3    vote a provisional ballot and that only one of those
4    individuals came back after the fact to actually
5    present the identification that was required.  So
6    that's 92 out of 93 that had their votes cast away.  I
7    don't think that's good math, that that many -- I
8    don't know what that is -- 98 percent, 97 percent.  I
9    don't know what 92 out of 93 is -- but that that many
10   voters who cast their provisional ballot would have
11   their votes cast out I think should not be cause for
12   comfort, it should be cause for alarm.
13             MR. DAVIS:  I think you're probably very
14   well aware of the fact that those of us on this Senate
15   floor who are concerned about the impact of adopting a
16   bill like Senate Bill 362 is the risk of
17   disenfranchising honest citizens in the State of Texas
18   and taking away from them the very precious right to
19   vote.
20             Given the numbers that you provided a
21   moment ago in terms of those who have been turned away
22   who were legally able to vote and, yet, under the new
23   photo ID requirements were not allowed to vote, how do
24   those numbers compare, those disenfranchised numbers
25   compare to real-world evidence in those particular
```

TX_00004302

USA_00018607

425

1    states of voter impersonation that was documented to

2    be happening at their polls?

3            MR. SKAGGS:  Well, one side of the

4    ledger, we've got -- in one case 33 in Fulton County,

5    92 in the State of Georgia last year -- over 700.

6    That's on one side of the ledger.  Those are just

7    votes that were tossed out because of this

8    requirement.  On the other side we have zero.  So the

9    balancing act is pretty clear if you ask me.

10           Now, it may be true that 92 or 93 votes

11    out of 400,000 is a pretty small percentage.  I don't

12    think any of us would argue that.  I would argue that

13    92 people having their votes thrown out because they

14    lacked some sort of government identification is

15    completely unacceptable.  But that said, it is true

16    that in Georgia they did have an opportunity, even

17    though none of them took advantage of it, to show up

18    within a couple of days afterward and present some

19    sort of identification.  Maybe they didn't show up to

20    do that because they weren't told clearly that they

21    had to do it.  Maybe they didn't do that because they

22    didn't have the time or they didn't have the ability

23    to get off work to make many extra trip.  And maybe

24    they just didn't have the documentary proof, so maybe

25    that's the reason.  We don't know.  As we heard, there

TX_00004303

USA_00018608

426

1      was no investigation done as to why those 92 people

2      were disenfranchised.  We don't know.  But at least in

3      Georgia, they had the opportunity to present that

4      identification and have their vote count, even if only

5      one of them did it.

6                 It's interesting to me to hear just a

7      few minutes ago that Texas' provision for provisional

8      balloting is somehow less burdensome than what is the

9      policy in Georgia, because in Georgia at least these

10     voters are given the chance to make their vote count,

11     by coming in.  Now again, it's difficult apparently

12     for them to do it.  Most of them don't.  At least they

13     have the opportunity.

14                This bill that is under consideration

15     tonight has no such provision.  So a voter who doesn't

16     have the identification at the poll and is forced to

17     vote a provisional ballot under SB 362 has no

18     opportunity to show up and provide evidence to get

19     that vote counted.  So it's hard for me, I guess, to

20     conceptualize how something would be less burdensome

21     that categorically gives you no chance of having that

22     provisional ballot get counted.  To me that's not a

23     provisional ballot; that's a placebo ballot.

24                SEN. DAVIS:  Very good point.

25                Also, Mr. Skaggs, voter ID advocates

TX_00004304

USA_00018609