Case 2:13-cv-00193   Document 661-23   Filed on 11/11/14 in TXSD   Page 1 of 109
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 168 of 265

640

```
 1    of the AARP who you stand up here purporting to

 2    represent?  What is their opinion on the photo ID

 3    bill?  How do you know and how do you get -- how does

 4    your organization determine that you have the right to

 5    stand up and speak for them, some of whom are on this

 6    floor right now and I think have absolutely no idea

 7    that the AARP has the position that you've espoused?

 8              MR. KOHRMAN:  Well, you know, Senator,

 9    we have an even more quick turnaround accountability

10    system than even elected representatives who stand for

11    election every two or four or six years, which is that

12    our members can fire us at any time, and so --

13              SEN. OGDEN:  Okay.  So would it be

14    correct to say that there is nothing specific in your

15    organization rules that sets out a specific case that

16    this is the position of the AARP, and it's based on a

17    survey where the majority of the members or it's based

18    on the majority of members expressing their opinion to

19    you and you're just relaying what the majority told

20    you?

21              MR. KOHRMAN:  We have a several hundred

22    page policy book.

23              SEN. OGDEN:  Okay.

24              MR. KOHRMAN:  And I quoted to you the

25    two fundamental propositions in that book about
```

TX_00004529

USA_00018834

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 2 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 169 of 265

641

```
 1   election restrictions, and they are that voting should

 2   be fair, easy and accessible.  And that in regard to

 3   the -- I'm sorry.  The second one is in regard to

 4   issues of fraud that it's an important priority, but

 5   never should be stressed to the exclusion of the

 6   principle of expanding access to the ballot.

 7            SEN. OGDEN:  Okay.  I understand that

 8   general statement, but I'm going to say that the many

 9   thousand people in my district who are members of the

10   AARP, I believe that they do not support this

11   position, and I believe that you do not have any

12   evidence to counter my statement.

13            MR. KOHRMAN:  Well, we also have a

14   process that is a grassroots process.

15            SEN. OGDEN:  Okay.

16            MR. KOHRMAN:  Every year we go state by

17   state, we go policy by policy and we go soup to nuts

18   ground up, and all of our policies are subject to

19   review, analysis by all of our members.

20            SEN. OGDEN:  All right.

21            MR. KOHRMAN:  And, Senator, I have had

22   to answer innumerable criticisms, complaints and

23   questions from individual members over the seven years

24   I've been with the organization about sentences,

25   words, paragraphs in that policy book.
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004530
JA_003953

TX_00004530

USA_00018835

642

```
 1                    SEN. OGDEN:  Okay.  Mr. Kohrman, I
 2      understand and think I made my point, and I hope I've
 3      given you a fair opportunity to respond.
 4                    MR. KOHRMAN:  No, no, I --
 5                    SEN. OGDEN:  Let me ask, how do you know
 6      who your members are?
 7                    MR. KOHRMAN:  Well, I'm not quite sure.
 8      I see someone holding up a card up in the gallery, so
 9      I guess that's one way.
10                    SEN. OGDEN:  How do you --
11                    MR. KOHRMAN:  I'm not sure I get your
12      drift.  I'm not trying to be evasive.
13                    SEN. OGDEN:  How do you sign up for the
14      AARP?  How do you even know who is eligible to be in
15      the AARP?
16                    MR. KOHRMAN:  Well, you know, that's an
17      interesting mystery that the membership people handle,
18      and I'm not trying to be cute.  I don't know.  I
19      assume we gather all kinds of information about
20      individuals through various mailing lists and send out
21      lots and lots of direct mail.  But we know who our
22      members are because we spend a lot of effort keeping
23      track of them, and we know where they live and what
24      their interests are.
25                    SEN. OGDEN:  Is it possible that -- is
```

TX_00004531

USA_00018836

643

```
 1    it possible that you use forms of identification to
 2    identify your members, and is it possible that you
 3    send out membership cards that identify your members?
 4               MR. KOHRMAN:  Sure, sure.
 5               SEN. OGDEN:  And do you have a
 6    reasonable level of confidence that these people are
 7    who they say they are?
 8               MR. KOHRMAN:  Sure.
 9               SEN. OGDEN:  Okay.  So --
10               MR. KOHRMAN:  Can I just add there,
11    Senator?  We have no reason to believe that people
12    would impersonate someone else in taking an AARP
13    membership, and I think that principle is the same one
14    applicable here.
15               SEN. OGDEN:  I understand that, but what
16    I'm saying is you know who your members are because
17    you require some form of identification in order to
18    sign them up.
19               MR. KOHRMAN:  No, we don't.
20               SEN. OGDEN:  That identification is
21    either through some sort of list that you've obtained
22    identifying people who are over a certain age; that
23    identification is associated with a form they fill out
24    to sign; that identification is associated with a
25    membership card; that identification is associated
```

TX_00004532

USA_00018837

644

```
1    with maybe some commercial transaction; I mean,
2    identification is involved throughout this process.
3    So my question is, can you think of a single member in
4    the AARP that could not meet the requirements in this
5    bill, a single one?  And tell me who that is.
6                MR. KOHRMAN:  Well, I would point --
7                SEN. OGDEN:  Give us one person who
8    could not -- could not meet the requirements of this
9    bill if they are members of the AARP and have an
10   identification card that says "I'm a card-carrying
11   member of the AARP."  Give me one person who couldn't
12   meet the requirements in this bill.
13               MR. KOHRMAN:  Well, I tell you that I
14   think that's a good question, and I regret not
15   checking all the people mentioned in my testimony so
16   that I could answer that question.
17               SEN. OGDEN:  Well, I'm going to suggest
18   to you that there's not a single member in the AARP
19   who could not meet the requirements in this bill.
20               MR. KOHRMAN:  Well, Senator, that may be
21   right, but I doubt it, and I think you have no basis
22   for that statement.
23               SEN. OGDEN:  Yes, I do.
24               MR. KOHRMAN:  And if there is a basis
25   for that statement, it's that frankly our members are
```

TX_00004533

USA_00018838

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 6 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 173 of 265

645

1    among the most energetic, active seniors there are in

2    the country.  They are also more on average well off

3    than your typical senior.  They're probably more

4    healthy than your typical senior, and they don't have

5    a lot of the challenges.

6              One of the things that AARP has done in

7    the last two years is to put on our priority list in

8    the AARP Foundation where all the legal advocates are

9    like me, a new focus on low-income seniors, and the

10   focus is on people who we're not likely to get as

11   members because for them maybe even $12 a year is more

12   than they want to contribute.

13             SEN. OGDEN:  Well, okay, and I

14   understand that we're talking about all the voters,

15   but as a representative of the AARP, I assume you're

16   speaking on behalf of your membership using a very

17   vague standard of what it is that they support and not

18   support, and that there is no evidence in your

19   testimony or in my questions to suggest that there's a

20   single member in the AARP who couldn't meet the

21   requirements of this bill.  And so I don't have

22   anything else to add.

23             MR. KOHRMAN:  Well, I'm not sure what

24   the point is, Senator.  It seems to me --

25             SEN. OGDEN:  The point is that this

TX_00004534

USA_00018839

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 7 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 174 of 265

646

```
 1    testimony is -- well, I don't have any more to add.
 2              MR. KOHRMAN:  Well, let me just respond.
 3    It seems to me when you come to fundamental rights,
 4    the burden is on the proponents of this bill to
 5    justify it.  If we were talking about regulating
 6    advertising or some other interest that is not
 7    fundamental to what it is to be an American, I would
 8    take on the burden and acknowledge that it's, you
 9    know, my burden to perhaps justify in excruciating
10    detail the names and addresses of people who couldn't
11    be covered by your bill.  But it seems to me the shoe
12    is on the other foot when it comes to voting.
13              And to say that when there is no
14    evidence of harm, but it is speculative harm that
15    frankly -- another thing that concerns us, Senator, is
16    that proponents of these bills are creating their own
17    problem to be solved by complaining and suggesting to
18    our members and other seniors and voters all over the
19    country that there is a fraud problem that cannot be
20    demonstrated, that then needs to be solved by forcing
21    voters to jump through additional hoops.  That seems
22    to us is an unnecessary --
23              SEN. OGDEN:  Okay.
24              MR. KOHRMAN:   -- an unnecessary and
25    unfortunate misallocation of time.
```

TX_00004535

USA_00018840

Case 2:13-cv-00193   Document 661-23   Filed on 11/11/14 in TXSD   Page 8 of 109
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 175 of 265

647

```
 1              SEN. OGDEN:  All right.  Mr. Kohrman,
 2    and I would suggest to you that the hoops that you've
 3    got to jump through to become a member of the AARP are
 4    more onerous than the hoops you've got to jump through
 5    in order to vote under this bill.  And I would also
 6    suggest to you that you're perfectly within your
 7    rights to testify as an individual, but I think your
 8    testimony representing the AARP lacks merit and
 9    substance.
10              MR. KOHRMAN:  Well, we're very
11    comfortable with our position on this bill, and we
12    feel very confident that our members believe in an
13    expansion of political participation rather than
14    measures likely to discourage it and reduce it.
15              SEN. DUNCAN:  Thank you, Sen. Ogden.
16              Senator Patrick?
17              SEN. PATRICK:  Thank you, Mr. Chairman.
18    I've heard a number of witnesses continue to say
19    something that I believe our last witness shows it is
20    not correct.  You said there's no evidence of
21    fraudulent voting, and our last witness from Harris
22    County clearly showed there was fraudulent voting
23    there.  So would you like to correct that statement?
24              MR. KOHRMAN:  On the contrary, he showed
25    no evidence whatsoever of fraudulent voting.  What he
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004536
JA_003959

TX_00004536

USA_00018841

Case 2:13-cv-00193   Document 661-23   Filed on 11/11/14 in TXSD   Page 9 of 109
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 176 of 265

648

1    showed was evidence of fraudulent registrations, and

2    those are two very different things.

3              Moreover, what's so stunning about this

4    whole debate is that there are innumerable forms of

5    electoral malfeasants, but this kind of law gets at

6    none of those.  The only thing it does, as Ms. Wang

7    said at the very beginning of this long debate, the

8    only thing that this bill can prevent is in-person

9    impersonation, and the notion that people --

10              SEN. PATRICK:  Let me -- excuse me.  I

11    didn't ask that question.  The question was our last

12    witness clearly indicated, proved that people voted on

13    behalf of dead people.  So don't sit there and say

14    there's been no evidence.

15              Secondly, in terms of AARP, did I

16    clearly hear you say to Sen. Ogden that AARP members

17    are more affluent, more well informed, very active,

18    and basically what I heard you say was AARP members

19    wouldn't be impacted by this bill.  Is that correct?

20              MR. KOHRMAN:  Well, let me answer --

21              SEN. PATRICK:  That's a yes or no.  Is

22    that correct?

23              MR. KOHRMAN:  Well, you asked me two

24    questions.

25              SEN. PATRICK:  I'm asking you one

TX_00004537

USA_00018842

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 10 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 177 of 265

649

```
1    question now.  Based on your testimony previously --
2             MR. KOHRMAN:  Uh-huh.
3             SEN. PATRICK:  -- you said that your
4    concern was for those members that may not -- or those
5    people who may not be -- can't afford $12 a month to
6    be in AARP, that AARP members wouldn't be impacted.
7    So is your testimony that AARP members won't be
8    impacted?  That's what you said a moment ago.
9             MR. KOHRMAN:  They will be impacted
10   in -- to a lesser degree on average than seniors
11   generally and certainly --
12            SEN. PATRICK:  How much is lesser,
13   5 percent?
14            MR. KOHRMAN:  -- low-income seniors.
15            SEN. PATRICK:  5 percent?  What's
16   lesser, 99, 1 percent?
17            MR. KOHRMAN:  There's no disputing that
18   this is a small percentage of the overall electorate,
19   and the question is whether the proponents of this
20   bill care about the absolute number of people.
21            SEN. PATRICK:  And do you have any proof
22   of even a lesser percent?  Can you present any
23   evidence, solid evidence, that any member of AARP will
24   be impacted by this bill?  Do you have any evidence?
25            MR. KOHRMAN:  Our surveys shows that
```

TX_00004538

USA_00018843

```
 1    small percentages consistent with all the surveys --

 2              SEN. PATRICK:  Is there a name?

 3              MR. KOHRMAN:  -- have concerns that they

 4    would not be able to provide --

 5              SEN. PATRICK:  Is there a name?

 6              MR. KOHRMAN:  -- the kind of ID that is

 7    required in these laws.

 8              SEN. PATRICK:  So you don't have any

 9    names.  You just have this kind of general small

10    percentage.

11              So let me ask you this question:  Have

12    you done a survey of Senate District 7 in Harris

13    County?

14              MR. KOHRMAN:  Can I answer?  Because my

15    answer was just given to me when it was not the answer

16    I would have given.

17              SEN. PATRICK:  Let me -- let me ask

18    another question.  Did you survey any one in Senate

19    District 7 in Harris County who is a member of AARP?

20              MR. KOHRMAN:  Not as far as I know.

21              SEN. PATRICK:  Okay.  Would it shock you

22    if I told you that the majority of seniors in Senate

23    District 7 support voter ID?

24              MR. KOHRMAN:  I would challenge you to

25    demonstrate that you've surveyed them and know who
```

TX_00004539

USA_00018844

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 12 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 179 of 265

651

1    those members are.

2              SEN. PATRICK:  Oh, I can -- oh, I can

3    assure you I meet with hundreds, thousands, I talk

4    with them, I know my district, I'm very well connected

5    to the people in my district.  And the seniors of my

6    district, many who are members of AARP, support this

7    bill.  Thank you.

8              MR. KOHRMAN:  Okay.  All I can --

9              SEN. PATRICK:  I have no further

10   questions.  Thank you.

11             SEN. DUNCAN:  Sen. Williams, you're

12   recognized.

13             SEN. WILLIAMS:  Thank you, Mr. Chairman.

14   You know, I've just -- during this discussion I've

15   just been on your Website here, and I've gone to the

16   policy and research, and I went to election issues and

17   scanned every article that you have on your Website

18   here under that category, and there is not a single

19   article in here about photo ID voting.  And so I put

20   that under the search, policy and research, and I came

21   up with one article that says "the Supreme Court

22   upholds the voter -- voting ID laws.  The U.S. Supreme

23   Court upheld an Indiana law despite acknowledging it

24   burdens poor people."  I mean, you've got one article

25   on here that you have to really go to a lot of

TX_00004540

USA_00018845

Case 2:13-cv-00193   Document 661-23   Filed on 11/11/14 in TXSD   Page 13 of 109
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 180 of 265

652

1    trouble.

2              I think it's so disingenuous for you to

3    come here and say that you represent all the members

4    of AARP when I have done surveys in my district -- you

5    know, I've got 750,000 constituents just like every

6    other member of the Senate does here -- and I find

7    consistently across all age brackets and across all

8    ethnic lines, they all support this measure.  I

9    just -- I don't see how you can sit here and assert

10   this and offer no statistical proof or anything in

11   writing that you've ever surveyed any of our

12   districts.  This is ridiculous.  You are a political

13   hack coming in here and asserting this stuff that you

14   don't have any basis for whatsoever.

15             MR. KOHRMAN:  Senator, I'd be happy to

16   help you with your Internet search skills any time and

17   provide you with a lengthy list of the Web links to

18   the various articles on the various cases, but --

19             SEN. WILLIAMS:  You know, I've just

20   searched your Website.

21             MR. KOHRMAN:  I understand, Senator, and

22   obviously you have some limitations in your search

23   skills because we have -- I've told you the number of

24   cases on this issue that we have, and you haven't

25   found them.

TX_00004541

USA_00018846

Case 2:13-cv-00193   Document 661-23   Filed on 11/11/14 in TXSD   Page 14 of 109
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 181 of 265

653

```
 1                SEN. DUNCAN:  Sir, I'm sorry, I think
 2   the question --
 3                MR. KOHRMAN:  Okay.
 4                SEN. DUNCAN:  -- there is no other
 5   members queued up, so you are excused.  Thank you for
 6   your testimony.
 7                MR. KOHRMAN:  Thank you.
 8                **TESTIMONY BY COBY SHORTER**
 9                SEN. DUNCAN:  The Chair calls Coby
10   Shorter.  Mr. Shorter, I think, has been listed as a
11   resource witness.
12                MR. KOHRMAN:  Actually, Mr. Chairman --
13   Mr. Chairman?
14                SEN. DUNCAN:  Sir, you're not recognized
15   at this point, at this time.
16                MR. KOHRMAN:  I've been -- I've been
17   criticized without a chance to respond by three
18   Senators.
19                SEN. DUNCAN:  You're out of order;
20   you're out of order.  You'll have to leave.
21                MR. KOHRMAN:  Okay.
22                SEN. DUNCAN:  Thank you.
23                MR. KOHRMAN:  I was just going to
24   request a chance to respond in writing.
25                SEN. DUNCAN:  Mr. Shorter, you'll need
```

TX_00004542

USA_00018847

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 15 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 182 of 265

654

```
 1    to state your name and the office that you're with,

 2    and you'll have ten minutes as the other witnesses,

 3    and then you'll be subject to questions at that time.

 4    Go ahead.  Do you have any written materials?

 5              MR. SHORTER:  No, sir.

 6              SEN. DUNCAN:  Okay.

 7              MR. SHORTER:  Thank you, Mr. Chairman

 8    and Senators.  I am Coby Shorter, the Deputy Secretary

 9    of State for the State of Texas, and it's a pleasure

10    to be here with you this morning.

11              First of all, I just want to say on

12    behalf of Secretary Andrade, she sends her regrets for

13    not being here, and I have been invited here to be a

14    resource to you on some of the issues that you are

15    debating, and hopefully the information that I am able

16    to provide through answering your questions will help

17    you in your deliberations.

18              I only say this:  It is our goal as the

19    Secretary of State's Office, the chief elections

20    office, to make sure that every election in Texas is

21    fair, every election in Texas is credible and

22    accessible to all the Texas voters.  And our office

23    recognizes the importance of protecting the integrity

24    of elections and ensuring that all eligible Texans

25    have the opportunity to participate in the Democratic
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004543
JA_003966

TX_00004543

USA_00018848

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 16 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 183 of 265

655

1    process.
2              So with that said, please know that
3    whatever deliberations and whatever bills you pass
4    related to elections, we look forward to working with
5    you and helping you to -- helping you in terms of
6    implementing the bills that you pass.
7              With that, I would ask that since I am a
8    resource, that I'm here to answer questions.  We also
9    have, Mr. Chairman, our General Counsel John Sepehri
10   here to answer questions as well, but we are open now
11   to any questions we may -- you may have for us today,
12   this morning.
13             **QUESTIONS FROM SENATE FLOOR**
14             SEN. DUNCAN:  The Chair recognizes
15   Sen. Fraser.
16             SEN. FRASER:  Deputy Secretary Shorter,
17   thank you for being here.  We -- it doesn't escape us
18   that you've been sitting over here since ten o'clock
19   this morning being available to this body.  And as
20   someone that serves the state, we appreciate you being
21   here.
22             The questions that I have today for you
23   are -- I think I want some clarification, making sure
24   that the bill that I'm laying out that I am
25   understanding correctly the interpretation of someone

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004544
JA_003967

TX_00004544

USA_00018849

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 17 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 184 of 265

656

```
 1    that fills out an application, sends it in, receives a
 2    registration card and then takes that registration
 3    card and attempts to vote with that.
 4              MR. SHORTER:  Yes, sir.
 5              SEN. FRASER:  And I guess the first
 6    question I would have is the election code is under
 7    Chapter 63 and, in fact, the start of that is
 8    Section 63.001, the Regular Procedure for Accepting a
 9    Voter.  Do you happen to have that --
10              MR. SHORTER:  Yes, sir, I do.
11              SEN. FRASER:  -- that law in front of
12    you?  And I would ask you -- if possible I'd like to
13    walk through and make sure I understand the Texas law
14    and what provides for the ability for someone to vote.
15              Here in my hand I have the voter
16    registration card that I believe that is issued.  Is
17    that correct?  It is issued to a voter.  It looks like
18    it is mailed out, and this would be the card that I
19    would use when I would walk into the --
20              MR. SHORTER:  Senator, that does appear
21    to be our voter registration card.
22              SEN. FRASER:  And it looks like -- it
23    says "Except as otherwise provided, acceptance of
24    voters shall be conducted as provided" under this
25    section.  "(b) On offering to vote, a voter must
```

TX_00004545

USA_00018850

Case 2:13-cv-00193   Document 661-23   Filed on 11/11/14 in TXSD   Page 18 of 109
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 185 of 265

657

```
1   present the voter's voter registration certificate to
2   an election officer at the polling place."  So it
3   appears to me that if I walk in a polling place and I
4   take this voting card and I show it to the person at
5   the polling place, the first thing they're going to do
6   is accept this card that I'm offering.
7             MR. SHORTER:  That is correct, sir.
8             SEN. FRASER:  Okay.  "(c) On
9   presentation of a registration certificate, an
10  election officer shall determine whether the voter's
11  name is on the registration certificate is on the list
12  of registered voters for the precinct."  So I'm
13  assuming that after I hand him the card, if I remember
14  correctly, they've got a list in front them, they look
15  and find my name on the list, they look at my address
16  and they determine am I voting in the right precinct.
17  I think -- is that what they're looking for?
18            MR. SHORTER:  Yes, sir.
19            SEN. FRASER:  Okay.  "(d) If the voter's
20  name on the precinct list of registered voters, the
21  voter shall be accepted for voting."
22            MR. SHORTER:  That is correct.
23            SEN. FRASER:  Now, is that what happens?
24            MR. SHORTER:  Yes, sir, that is the --
25  what it's going to say on that.
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004546
JA_003969

TX_00004546

USA_00018851

```
1              SEN. FRASER:  Okay.  I want to clarify.
2    On this card, there's several other things on the
3    card.  One of them is, it has date of birth.  Now, is
4    the person that I'm giving this to looking at that
5    date of birth, and has it been reflected in state law
6    that that's something they check?
7              MR. SHORTER:  According to state law
8    right now, as it is written now, date of birth is not
9    something that is checked.
10             SEN. FRASER:  On this card, it has an
11   area for my sex.  We've had a lot of fun today with
12   the sex change argument, but on the card it says that
13   there is a registration for someone's sex.  My card
14   says "male," and I put it there.  Is that something
15   when I hand this card to the registration person that
16   they would be verifying on the card?
17             MR. SHORTER:  They would not be
18   verifying it under current law.
19             SEN. FRASER:  Okay.  So let me -- let me
20   make sure I understand the way this works.  I have a
21   card in my possession.  I walk in and I give this to
22   the person.  They look at the list, they determine I'm
23   in the right precinct.  If I'm on the list and I'm in
24   the right precinct, they hand me my card back, and
25   they hand me a ballot, and I go over and vote.  Is
```

TX_00004547
USA_00018852

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 20 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 187 of 265

659

```
 1    that correct?
 2              MR. SHORTER:  Yes, sir.
 3              SEN. FRASER:  Okay.  Well, I'm a little
 4    confused about how -- what could happen because let me
 5    continue this questioning here.  I live in Horseshoe
 6    Bay, Texas.  It is a small community, a retirement
 7    community, which by the way, most of them are AARP
 8    members.  And the retirement people there that still
 9    are going to vote, when they walk in, the people in
10    the polling place, they know me as their Senator.  And
11    if I walked in and I brought my voting card and I put
12    it in, they'd say "Senator, it's good to have you
13    today," and I would register and I would vote and then
14    I would walk back out to my car.
15              But what would happen after I voted
16    that -- in my car I had my brother Steve's voter
17    registration card, and I walked back into that polling
18    place that I just left and I laid Steve Fraser's
19    voting card down and said "I'm here to vote."  Now,
20    the registrar probably would say "Well, Senator, you
21    were just here, and you just voted."  And I said "No,
22    I'm Steve Fraser.  I'm his twin brother.  I'd like to
23    vote."  What authorization under state law does that
24    polling place person have to tell me that I am not
25    authorized to vote?
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004548
JA_003971

TX_00004548

USA_00018853

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 21 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 188 of 265

660

1   MR. SHORTER:  Under current state law,

2   there is no authorization to prevent that polling

3   person from --

4   SEN. FRASER:  So if I present my

5   brother's card and even though they know or they

6   suspect -- greatly suspect that I am not Steve Fraser,

7   do they have the authorization under state law to stop

8   me from voting?

9   MR. SHORTER:  I don't think -- based on

10  my understanding of state law and based on my

11  consultation with our staff, they don't have the

12  authorization to stop you.

13  SEN. FRASER:  Okay.  Let me -- let me

14  carry it a step further.  Let's say that I'm not in

15  Horseshoe Bay.  I'm in Houston, Texas.  And in

16  Houston, Texas if I was voting, probably they wouldn't

17  have any idea who I was.  And I walked in the voting

18  booth and I didn't have my card or my brother's card,

19  I had my wife Linda's card, and I went in to vote.

20  And my name -- Linda Fraser's name was on the list in

21  the precinct.  They would check and see if her name

22  was there, and they would check the address, and I'm

23  in the right place, would they hand me a ballot and

24  allow me to vote?  Is there anything under state law

25  that they would check the person verifying the -- you

TX_00004549

USA_00018854

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 22 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 189 of 265

661

1    know, that I'm not Linda Fraser in that?  Is there

2    anything under state law that would cause them or

3    allow them not to allow me to vote?

4              MR. SHORTER:  Senator, under these

5    provisions of the law as they are, there are no

6    provisions that would prevent that.

7              SEN. FRASER:  Okay.  Let's carry it a

8    step further.  There was a case that was represented

9    to me this week -- there have been a lot of these now

10   that we've been working on this -- this happened in

11   Plano.  A poll worker in Plano had a lady came in,

12   bright red hair, big blue hat, feathers on the hat,

13   one of those people you would remember when they came

14   in.  She voted.  An hour later she came back in with

15   somebody else's registration card, went down to the

16   next poll person and was registering to vote.

17              The person she just voted with went to

18   the election judge and said "This person was just

19   here.  They just voted.  She's trying to vote again,"

20   and the election judge told them "I'm sorry.  We have

21   nothing under state law to stop them.  You have to

22   allow them to vote."  Now, is that -- under current

23   law could that have happened?

24              MR. SHORTER:  Under current law as it is

25   written, that could have happened, yes, sir.

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004550
JA_003973

TX_00004550

USA_00018855

662

```
 1              SEN. FRASER:  Okay.  Let's carry it a
 2   step further.  Let's assume there's an unscrupulous
 3   person that has the address of someone that they know
 4   was a registered voter and that person has passed
 5   away.  Let me back up and ask the question.
 6              My understanding is that when someone
 7   dies that your office requests death records, and that
 8   you now have the ability to try to take people off the
 9   roll.  Is that correct?
10              MR. SHORTER:  Well, Senator, what
11   happens on a weekly basis, the Bureau of Vital
12   Statistics submits to our office their records on
13   deceased individuals, and we forward that information
14   to the counties for that person to be taken off the
15   roll.
16              SEN. FRASER:  How long does it take for
17   that data to -- to have the person deceased till you
18   get it and you get them taken off, what is the time
19   lag?
20              MR. SHORTER:  Senator, I don't know the
21   exact timeline that it takes, but the challenge that
22   we sometimes have is that the information that is
23   forwarded to our office from vital statistics, there's
24   a lag between the time that we get it and the time the
25   individual sometimes actually has expired.
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004551
JA_003974

TX_00004551

USA_00018856

Case 2:13-cv-00193   Document 661-23   Filed on 11/11/14 in TXSD   Page 24 of 109
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 191 of 265

663

```
1              SEN. FRASER:  I've been told it's six
2    months.  Is that the average time that it takes to
3    remove them off the roll?
4              MR. SHORTER:  We do have instances of
5    knowing it has taken six months.
6              SEN. FRASER:  Okay.  If it took six
7    months and if someone died and if someone sent in a
8    letter of a change of address and said that person
9    just died, asked for a new registration card to be
10   sent to X address and they did that with every one
11   that died during that period, and there were as many
12   as 30 or 40 or 50 of these people and the same
13   address -- request change that went to the same
14   address, do you have the ability or does the County
15   Clerk have the ability to catch that under our current
16   system?
17             MR. SHORTER:  If they all went to the
18   same address?
19             SEN. FRASER:  If someone sent in a
20   change of address --
21             MR. SHORTER:  Yes, sir.
22             SEN. FRASER:  -- of a valid voter and
23   said "Send me their registration card and send it to
24   this address" --
25             MR. SHORTER:  Yes, sir.
```

TX_00004552

USA_00018857

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 25 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 192 of 265

664

```
1              SEN. FRASER:  -- and whether it was one
2    or two or ten or thirty or fifty, that they change
3    that address, if someone sends you in a change of
4    address, would you likely send it to that address?
5              MR. SHORTER:  Yes, sir, we would.
6              SEN. FRASER:  So it's possible that
7    someone could collect, could harvest multiple cards at
8    this address.  Hypothetically is it possible they
9    could hand them out to random people that didn't
10   belong to the card, and that person -- the random
11   person could walk in with the fake card and give it to
12   the person at the polling place and vote that card?
13             MR. SHORTER:  Hypothetically, yes,
14   Senator.
15             SEN. FRASER:  Well, hypothetically if it
16   could happen and someone could do it, we have to
17   assume that somebody has thought about that, and that
18   some of these people that we've heard on these stories
19   of people that were dead that voted multiple times
20   possibly that could have been what happened.  Is that
21   correct?
22             MR. SHORTER:  Yes, sir.
23             SEN. FRASER:  Okay.  If Senate Bill 362
24   was in place and that person that stole that
25   identification or stole the card or the Troy Fraser
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004553
JA_003976

TX_00004553

USA_00018858

```
 1    that was voting Steve Fraser's card, if they had to
 2    come in and show either a photo ID proving who they
 3    were or they had other means of identification that
 4    they would have to show, would that not give us a lot
 5    better chance of identifying that that person is
 6    fraudulently voting?
 7              MR. SHORTER:  Yes, sir, if you could
 8    verify that.
 9              SEN. FRASER:  Okay.  Well, let's change
10    this for a second.  I have the -- your voter
11    registration card here in front of me.  I know it
12    looks like it's got a lot of spaces for things to fill
13    out, but down at the bottom it's got a place to fill
14    in your driver's license number, and there's another
15    place that says your social security card number.
16              MR. SHORTER:  Yes, sir.
17              SEN. FRASER:  The data that I received
18    from you it looked like that because of motor voter
19    we're receiving about -- I think the number is
20    somewhere in the high 80s.  You know, 75 to 80 percent
21    of people right now are using their driver's license
22    number.  There is a smaller number, you know, 10,
23    15 percent uses a social security number, but there
24    were a number of people -- I think there were 3,700
25    people in Texas last year -- 37,000 people in Texas
```

TX_00004554

USA_00018859

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 27 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 194 of 265

666

1   last year that used neither.  They said "I don't have

2   a driver's license.  I don't have a social security

3   card," and they turned this in.

4               Now, if they turn this in to the

5   Secretary of State or to the registrar in Houston, the

6   guy that was just up, once they do that, would this be

7   processed, and will they be issued -- even though they

8   have no forms of identification, they don't give you a

9   driver's license number or a social security card, all

10  they gave you was just a blank card, will they be

11  issued a voter registration card?

12              MR. SHORTER:  Senator, they will be

13  issued a voter registration card if they sign the

14  affirmation statement at the bottom.

15              SEN. FRASER:  If they sign the bottom

16  saying "I'm who I say I am" on the bottom, they send

17  this in, they're going to get a registration card?

18              MR. SHORTER:  That is correct.

19              SEN. FRASER:  Okay.  But I also

20  understand that when they go to vote there's going to

21  be a flag on that, and when they come in they've got

22  to show something to prove that they are who just

23  signed up.  Is that correct?

24              MR. SHORTER:  Yes, sir, they will have

25  to --

TX_00004555

USA_00018860

Case 2:13-cv-00193  Document 661-23  Filed on 11/11/14 in TXSD  Page 28 of 109
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-3  Filed 06/20/12  Page 199 of 265

667

```
 1              SEN. FRASER:  Okay.  But you also -- if
 2   I understood the person from Houston, is that when
 3   they fill this out, they mail them a notice that
 4   they're going to have to provide some kind of
 5   identification.  And if they took that letter that
 6   they just mailed them in and said "Here is my proof of
 7   identification.  They just mailed this to me,"
 8   basically they could game the system by showing no
 9   identification, mail it to the address, take that as
10   their form of identification, and they could use --
11   and let me give you kind of a ridiculous case.  But if
12   I filled this out as Mickey Mouse and it was 103
13   Lighthouse Drive and I sent it in, would you send me a
14   card for Mickey Mouse?
15              MR. SHORTER:  You would get a card,
16   Senator, if you have a -- have signed the affirmation.
17              SEN. FRASER:  If I sign the bottom of
18   it, you're going to send me a card for Mickey Mouse.
19   Okay.  Now I've got a registration card that says
20   Mickey Mouse.  I'm going to walk in to my precinct
21   with that card, and you've also sent me a notice
22   saying I've got to show other identification.  I take
23   the letter you just mailed me, walk in to my polling
24   place, I lay down my Mickey Mouse card, I also lay
25   down the letter you just mailed me, if I give them
```

TX_00004556

USA_00018861

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 29 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 196 of 265

668

```
1    that, are they going to allow me to vote?
2                 MR. SHORTER:  If you're using that
3    letter -- if we're talking about the letter from the
4    government agency, it will be counted as a form of
5    identification.
6                 SEN. FRASER:  Okay.  So if someone is
7    unscrupulous and they know how to do this, let's say
8    some random group like ACORN that decided they wanted
9    to try to use something to register people to try to
10   get a card and to game the system and then to go in
11   and vote and falsify that vote by not giving the
12   proper identification, the scenario that I just laid
13   out, is that possible under current law?
14                MR. SHORTER:  It is possible, Senator.
15                SEN. FRASER:  Okay.  In the this last
16   election cycle -- and I'm sorry.  I'm not going to ask
17   you that question there.  We should have asked the
18   registrar because of the people that voted late in
19   this last election cycle I have been told that they
20   suspected thousands and thousands of that scenario
21   that I just suggested.
22                But if I took that Mickey Mouse voter ID
23   and I laid it in front of the person, would the person
24   say "Thank you, Mr. Mouse.  Here is your card," and
25   they would allow me to vote?  Is that not correct?
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004557
JA_003980

TX_00004557

USA_00018862

```
 1            MR. SHORTER:  Theoretically, Senator,
 2   that -- that could happen.
 3            SEN. FRASER:  Okay.  So I guess what I'm
 4   trying to establish with you is that it sounds like
 5   today if I want to game the system and I want to
 6   cheat, it's very difficult for either the Secretary of
 7   the State or that election clerk or that election
 8   judge to identify that I'm cheating and know for sure.
 9   Is that correct?  Especially if I'm voting in Houston
10   or Dallas or someplace where they have no reason to
11   know who I am, is it difficult -- would you say that
12   it is difficult for them to identify, to determine for
13   sure, that that person representing themself as Mickey
14   Mouse really is Mickey Mouse?
15            MR. SHORTER:  Senator, I would say that
16   there may be -- they may have an opportunity to
17   identify it.  However, to do something about it based
18   on what is currently in statute would be difficult.
19            SEN. FRASER:  Okay.  Well, actually that
20   was the next question.  It's difficult to identify,
21   but it sounds like it's even more difficult to proceed
22   to prosecute because if you can't identify it, you
23   don't have the authority to ask them questions to
24   prove who they are.  And even if you think you know
25   that it's the wrong person, if you accuse them of
```

TX_00004558

USA_00018863

Case 2:13-cv-00193   Document 661-23   Filed on 11/11/14 in TXSD   Page 31 of 109
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 198 of 265

670

1    doing that, there's really nothing under current law

2    to allow you to do that, is there?

3                    MR. SHORTER:  Well, they're a registrar

4    who has some concerns, has reasonable concerns, does

5    have the capacity to challenge, but there's not

6    provisions for once those challenges are made for you

7    to do much with it.

8                    SEN. FRASER:  Okay.  Under current law,

9    as we say here, even if there's a challenge -- and

10    let's say that -- let's go back to the Horseshoe

11    Bay -- let's go to the Horseshoe Bay example.

12                    MR. SHORTER:  Yes, sir.

13                    SEN. FRASER:  If I voted twice there,

14    they'd know it was me and probably they would say it's

15    a challenge, and they probably could call the D.A. and

16    say "The Senator just voted twice.  We need to check

17    into it."  But the question is, I just voted twice, I

18    just placed two ballots, what would happen to those

19    ballots?  Would they be put in the pile to be counted?

20                    MR. SHORTER:  Yes.

21                    SEN. FRASER:  Okay.  So I just voted

22    illegally.  You knew I voted illegally.  You're going

23    to report me to the D.A., but I just voted.  And if

24    that is a close election, that County Commissioner

25    that I voted for, and they're going to be within one

TX_00004559

USA_00018864

Case 2:13-cv-00193  Document 661-23  Filed on 11/11/14 in TXSD  Page 32 of 109
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-3  Filed 06/20/12  Page 199 of 265

671

1    or two votes, I just impacted an election by voting

2    illegally.

3              MR. SHORTER:  Would you allow me to

4    defer to my general counsel on whether or not that

5    actual vote would count twice?

6              SEN. FRASER:  I'm sorry.  I didn't say

7    it was going to count twice.  I voted twice.  I'm

8    saying I voted as Troy Fraser and I voted as Steve

9    Fraser, and both of those votes I voted under current

10   law.  The vote, my understanding is, and I've asked

11   the registrar of these counties what they would do, if

12   someone comes and votes and they place a vote, they

13   have to put it in the pile to count.  But even if

14   there's appeal, they could pursue it and possibly get

15   an indictment.  But I think what you're saying is if

16   it's hard to catch them, it's even much harder to

17   prosecute.

18             MR. SHORTER:  And, Senator, on that --

19   on that particular question, I think my best response

20   to you is for you to allow me the opportunity to

21   research that one and get back with you as soon as

22   possible --

23             SEN. FRASER:  Okay.  Okay.  That's good.

24             MR. SHORTER:  -- because I'm really not

25   clear on that one.

TX_00004560

USA_00018865

```
1          SEN. FRASER:  The other question I would
2   ask you and that I want to clarify, if someone
3   suspects the scenario that we just talked about where
4   they suspect somebody has voted illegally, it got put
5   in the pile to count and they think that they voted
6   twice like the lady with the big hat, if that is
7   referred to someone to check it out, if it happens in
8   Dallas, probably that's going to go to the District
9   Attorney, or they could send it to -- directly to the
10  Attorney General, or it's possible it could be sent to
11  you, but if they send it to you, aren't you going to
12  refer it to the District Attorney and the AG?  Is that
13  correct?
14          MR. SHORTER:  If a complaint is sent to
15  the Secretary of State's Office, our office looks at
16  the complaint, and there's a general assumption among
17  the staff and the Secretary of State's Office and that
18  assumption is if the information that is being
19  presented on that -- on that complaint is actually
20  considered true, and if it's true we -- of course
21  understand, Senator, our office does not do the
22  investigation.  But if the allegations as presented
23  would present a crime under the elections code, our
24  office would refer it to the Attorney General's
25  Office.
```

TX_00004561

USA_00018866

Case 2:13-cv-00193   Document 661-23   Filed on 11/11/14 in TXSD   Page 34 of 109
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 201 of 265

673

1       SEN. FRASER:  Okay.  And I guess the

2   follow-up question to that is if it's hard to identify

3   and it's hard to prosecute and there's two other

4   sources, the assumption is that the number of these

5   going to your office probably -- is it great?  If

6   they're having trouble identifying it and they're

7   having trouble prosecuting it, do you --

8       MR. SHORTER:  Correct.  Senator, the

9   number -- in terms of -- I can give you some

10   statistics.  In terms of the Secretary of State's

11   Office since September 1, 2007, there were 50 written

12   complaints sent to our office, and those -- those

13   were -- our office looked through those.  We looked at

14   them to see if there was merit.  Actually related

15   to -- complaints related to voter impersonation, we

16   found about seven of those complaints.  Two of them

17   were actually referred, one was not referred, and one

18   is pending.  One is pending with our office now to be

19   actually referred to the AG's Office.

20       SEN. FRASER:  Thank you, Mr. Shorter.  I

21   do appreciate the information.

22       SEN. DUNCAN:  Sen. Van de Putte or --

23   Sen. Van de Putte?  And the court reporter has been

24   going for about almost two hours.  If we could -- you

25   take as long as you need, but I would propose that we

TX_00004562

USA_00018867

Case 2:13-cv-00193  Document 661-23  Filed on 11/11/14 in TXSD  Page 35 of 109
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-3  Filed 06/20/12  Page 202 of 265

674

```
 1      let her take a break in about ten minutes, if we
 2      could.
 3                   SEN. VAN de PUTTE:   Thank you,
 4      Mr. Chairman, and thank you very much for being here
 5      particularly in the late -- excuse me -- the early
 6      hour that we're in now in the next day.
 7                   I wanted to ask a few of the questions
 8      earlier yesterday.  In speaking to Sen. Fraser when he
 9      laid out the bill, I asked several questions at that
10      time.  He said that the Secretary of State's Office
11      would be the most appropriate.  So the questions that
12      I'm asking you are actually the ones that Sen. Fraser
13      had asked me to ask.
14                   You.  And please give our regards to my
15      dear friend and fellow San Antonian Hope Andrade.
16                   I wanted to ask you if you would just
17      take a look at the bill, and hopefully you have a copy
18      of that or your general counsel has that for you.  On
19      the first page in Section 15.005 --
20                   MR. SHORTER:   Uh-huh.
21                   SEN. VAN de PUTTE:   -- there's a
22      timeline between the requirements when each voter
23      registration certificate issued under Section 13.142
24      or renewal registration certificate issued under
25      Section 14.001.  In the Senate Bill that is proposed,
```

TX_00004563

USA_00018868

Case 2:13-cv-00193  Document 661-23  Filed on 11/11/14 in TXSD  Page 36 of 109
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-3  Filed 06/20/12  Page 203 of 265

675

1    we have to do a lot of changes to educate our election

2    judges and our clerks.  What happens in the timeframe

3    between the people with current registrations that are

4    caught between the renewal for purposes of education?

5                    MR. SHORTER:  For purposes of

6    education of --

7                    SEN. VAN de PUTTE:  Yeah.

8                    MR. SHORTER:  -- of the new bill?

9                    SEN. VAN de PUTTE:  Yeah.

10                   MR. SHORTER:  Well, Senator, what we

11   would do -- what our office is planning on doing for

12   all elections-related bills, we're in the process

13   right now of doing the long-term planning for voter

14   education for our office.  And voter education in our

15   office deals with some specific things.  Voter

16   education in our office deals with we want -- we want

17   to talk about where to vote, how to vote, what do you

18   need to vote, what are the items that you need to

19   vote, all the resources.  So we're planning that now.

20                   If this bill were passed or any other

21   bill that you would pass related to changes in a

22   requirement for voting, as we continue to develop our

23   module for voter education, we would be able to put

24   the requirements that this bill or any other bill has

25   into our planning module for voter education that

TX_00004564

USA_00018869

1    we're currently developing.

2              SEN. VAN de PUTTE:  Since the proposed

3    regulations and rules would be greatly changed from

4    the process that Texas voters have used in the past

5    several years with the requirements of the voter

6    certificate and a photo identification, how would the

7    Secretary of State's Office propose to inform voters

8    of these changes?

9              MR. SHORTER:  Senator, we would inform

10   through the existing process that we have, which is a

11   pretty extensive process.  For instance, during the

12   last year on voter education, it was a $3 million

13   process that we undertook to inform voters of what's

14   going to be going on in the election cycle that ended

15   in November of 2008.  We're doing that now.

16              It would mean that our office would have

17   to make sure that all of the changes are implemented,

18   and implementation would mean all notifications that

19   would need to be made, we would have to get that done.

20   All training for county Election Officials through our

21   current -- through our current system of educating

22   county workers, election workers, which we hold

23   periodically through the year, we would implement or

24   make sure that this new information is a part of that

25   process.  Poll worker training, which we're looking at

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 38 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 205 of 265

677

```
 1   right now, we would also make sure that those things
 2   within the bill that actively affect poll workers,
 3   those changes will be put into what we're doing now or
 4   what we're planning to do.
 5              Generally after -- during a session when
 6   a session is over, there are a lot of election bills
 7   that are passed, and our pattern of preparing for
 8   coming out of session, going into a season of getting
 9   ready for elections, we start looking at what bills
10   have been passed.  We're putting together the
11   structure now on what we're doing on voter education
12   and then fit those into the model.  Sometimes when
13   there are major changes like this, it does require
14   more work on our -- a heavier workload on our staff,
15   but the staff at the agency has proven time after time
16   that they're capable of doing it.
17              SEN. VAN de PUTTE:  Well, I believe that
18   the Secretary of State's Office and particularly this
19   Secretary of State, is more than willing and it's been
20   shown.  My concern is that -- have you seen the fiscal
21   note that is attached to the implementation of this
22   bill?
23              MR. SHORTER:  Yes, ma'am, I have.
24              SEN. VAN de PUTTE:  According to the
25   fiscal note, your -- the Office of the Secretary of
```

TX_00004566

USA_00018871

Case 2:13-cv-00193   Document 661-23   Filed on 11/11/14 in TXSD   Page 39 of 109
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 206 of 265

678

1    State.

2                MR. SHORTER:  Uh-huh.

3                SEN. VAN de PUTTE:  -- is to absorb the

4    cost.  Given that, how do you plan to notify each of

5    the voters, given that in Indiana and Georgia

6    individual mailings were made to each registered voter

7    informing them of the change in voter ID?  And since

8    we have no legal, I guess, basis, at least in our

9    fiscal note, for the Secretary of State to implement

10   that, how would the Secretary of State's Office plan

11   to inform each voter, which were the requirements that

12   they felt under -- to get pre-clearance under the

13   Voting Rights Act, how would you-all achieve that with

14   zero money?

15               MR. SHORTER:  Senator, we would -- we

16   would achieve that by using the funds that we've been

17   using to do it in the past.  We would use the HAVA

18   Funds that have been set aside for voter education.  I

19   remember your asking this question earlier about the

20   zero fiscal note that our office put on it.  We put it

21   on there, and when this bill -- when a similar bill

22   was filed like this in the previous session, staff

23   shared with me that there was a zero fiscal note on it

24   as well, and it was because HAVA dollars were able to

25   be used.

TX_00004567

USA_00018872

1          SEN. VAN de PUTTE:  I believe the fiscal

2    note for the voter ID bill in the 80th Legislative

3    Session that was passed by the House was at $600,000,

4    and so we --

5          MR. SHORTER:  Yes, ma'am.

6          SEN. VAN de PUTTE:  So that's what I

7    wanted to ask is that -- I know that Hope is very good

8    at squeezing dollars, but how do you -- how does the

9    Secretary of State's Office plan to inform -- and it's

10   not just the training.  From what we understand of all

11   voter ID laws that have been passed, each of those

12   Secretaries of State have done an individual mailing,

13   not just posting on the Web, not that.  Do you plan to

14   send an individual mailing to each voter with or

15   without the passage of this bill?

16          MR. SHORTER:  That -- first of all, that

17   would be, of course, Secretary Andrade's decision.

18          As for that $600,000 fiscal note in the

19   previous bill, that was not a fiscal note that was

20   put on by the Secretary of State's Office.  My

21   understanding is that was a fiscal note that was put

22   on by DPS.  Even though that fiscal note was $600,000

23   put on by DPS, our fiscal note on that previous bill,

24   if I'm understanding correctly, is that it was still

25   zero because we were not looking at those funds to --

```
 1                SEN. VAN de PUTTE:  Okay.

 2                MR. SHORTER:  -- and we do still now.

 3    For instance, right now in voter education, in HAVA

 4    dollars, we still have $2 million left.  Our staff, in

 5    anticipation of bills coming out of the session, we've

 6    been working with the EAC already to see -- make sure

 7    that bills that are passing through the House and

 8    through the Senate or through the Legislature of Texas

 9    would be able to -- we would be able to use HAVA

10    dollars for that.  We feel comfortable that we can,

11    but we don't want to get towards the end of the

12    session and find out that we were incorrect.

13                SEN. VAN de PUTTE:  Thank you.  I would

14    also ask the questions that I asked Sen. Fraser that

15    they said that the Secretary's Office would be more

16    appropriate.  With regard to naturalized citizens,

17    what is the difference between a certificate -- a

18    citizenship certificate, which is in the first section

19    of the bill that's allowable with the photo ID, and

20    citizenship papers, which is allowed under the second

21    part of the bill?

22                MR. SHORTER:  Senator, I remember your

23    asking that question earlier today, and I asked our

24    staff today to help me and answer that question.  They

25    have not gotten back to me, of course, at four o'clock
```

TX_00004569

USA_00018874

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 42 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 209 of 265

681

```
 1    this morning.  But if you would allow me to get you

 2    the answer to that in a few hours, I will provide that

 3    for you.

 4                    SEN. VAN de PUTTE:  Thank you.  That

 5    would be helpful to us since we have 56,000

 6    naturalized citizens.  And I believe the certificate

 7    is the eight by eleven certificate that is issued at

 8    the time of naturalization, which has a photo, but in

 9    the case of many of our constituents who have been

10    naturalized it is a photo of them when they were a

11    young child or a young adult, and the citizenship

12    papers may be the little wallet size card.  So it

13    doesn't have a photo.

14                    MR. SHORTER:  Yes, ma'am.

15                    SEN. VAN de PUTTE:  But I think because

16    of the language and since it's each of those

17    documents, it would be very helpful to us.

18                    And I know that there are probably some

19    more questions from other members, but I know that our

20    Stenographer has been there, but when you come back, I

21    know that some of the questions, if I have the chance

22    to ask, or maybe one of the other members, is the

23    statistical and demographic data of our current Texas

24    voters and who are registered.

25                    MR. SHORTER:  Yes, ma'am.
```

TX_00004570

USA_00018875

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 43 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 210 of 265

682

```
 1                SEN. VAN de PUTTE:  So I will stop at
 2     this point the questions so that we can take a break,
 3     but just to let you know that's probably coming up.
 4                MR. SHORTER:  Thank you.
 5                SEN. VAN de PUTTE:  Thank you,
 6     Mr. Chairman.  I'll proceed after.
 7                SEN. DUNCAN:  Do you want to maintain
 8     the floor when you come back?
 9                SEN. VAN de PUTTE:  I would love to
10     maintain the floor after just to continue, but I don't
11     want to go beyond the 4:40 a.m.
12                SEN. DUNCAN:  Okay.  We will then --
13     Members, with that we will stand at ease for ten
14     minutes and be back at 4:50.
15                (Recess:  4:41 a.m. to 4:53 a.m.)
16                SEN. DUNCAN:  Okay.  Members, we'll come
17     back to order.  Sen. Van de Putte has the floor.
18                Before she begins again, we'll have -- I
19     need to make this announcement to the folks who are in
20     the gallery or who are waiting to be in public
21     testimony.  The Chair would request that anyone
22     wishing to testify return to the registration desk and
23     check in with the clerk.  This will allow the clerk to
24     pull the relevant witness cards, and we can proceed
25     through public testimony more efficiently.  All
```

TX_00004571

USA_00018876

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 44 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 211 of 265

683

1   witness information will be entered into the record

2   and witnesses present and testifying will be noted as

3   such.  Those who do not testify will be entered into

4   the record as nontestifying but registering their

5   position for or against the Senate Bill 362.  We think

6   this will be a way to help facilitate those and also

7   give us a little better idea of how to manage yours

8   and our time.

9                    Sen. Van de Putte, you're recognized.

10                   SEN. VAN de PUTTE:  Thank you,

11  Mr. Chairman.

12                   Thank you.  It's good to be back with

13  you again.  Before I ask some of the demographic data,

14  there was one part that I forgot to ask that I had

15  asked Sen. Fraser and wanted to reiterate.  Under the

16  proposed bill, we have two different types of military

17  ID as well:  Those military IDs that have a photograph

18  and the military IDs that do not have a photograph,

19  and they are listed, I think, in two different

20  sections of the bill.

21                   My question is having to deal with the

22  inconsistencies of addresses with our military

23  members, not veterans.  Once they're veterans, they're

24  living in Texas and not here because of the duty

25  station.  Under the provisions of this bill or maybe

TX_00004572

USA_00018877

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 45 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 212 of 265

684

1   even currently, but currently our military members do

2   not have to show a photo identification.  Under this

3   bill they would.  How would a clerk or election judge

4   treat the inconsistencies in nonalignment of address

5   on the photo ID with the -- with the certificate?

6              MR. SHORTER:  Senator, I don't have that

7   answer, but I will get it for you, and that would

8   involve -- and I'll tell you what I will go through:

9   Asking my staff and also visiting with the clerks to

10  see have they seen this, is this something that has

11  happened already, or based on this particular

12  bill would it happen.

13             SEN. VAN de PUTTE:  Well, I don't think

14  we know because they don't have to show a photo ID.

15             MR. SHORTER:  Correct; you're right;

16  you're right; absolutely.

17             SEN. VAN de PUTTE:  And because many of

18  those members that are here still have their own

19  state's driver's license because -- or they're issued

20  the DOD license on some installations, it doesn't

21  reconcile with the voter certificate.

22             MR. SHORTER:  Right.

23             SEN. VAN de PUTTE:  And particularly for

24  those career military who then become civilian, they

25  keep their -- that because they may be going to

TX_00004573

USA_00018878

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 46 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 213 of 265

685

1    retire, and it's particular.  So if you would do that?

2              MR. SHORTER:  Yes, ma'am.

3              SEN. VAN de PUTTE:  And in that also how

4    would, under the proposed bill, we treat the

5    inconsistencies in addresses in college students who

6    may still keep their primary place of residence, which

7    is their home and the home of their parents, for

8    purposes of their driver's license because that's

9    their permanent address and they are only temporary,

10   yet choose to register in the town that they are now

11   going to college.  So the photo identification or

12   driver's license does not match up with the

13   certificate.  So those are two instances where how

14   would that -- those be treated.

15             MR. SHORTER:  Yes, ma'am.

16             SEN. VAN de PUTTE:  My other question

17   is -- we know from some of the data that the affected

18   groups and what we -- what is the state's burden to

19   prove at the Department of Justice is the availability

20   for African-Americans, Hispanics, language groups to

21   be afforded the same ability, in other words, no

22   discrimination?  Can you tell us of the 13 million

23   plus voters, do we know how many voters are

24   African-American in the State of Texas?

25             MR. SHORTER:  Senator, we don't know

TX_00004574

USA_00018879

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 47 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 214 of 265

686

```
 1    because that data is not tracked on race and ethnicity
 2    right now.  The only thing that is tracked is we
 3    can -- based on our new TEAM system, we can
 4    cross-reference Hispanic surnames, but that's
 5    inconclusive, so --
 6                  SEN. VAN de PUTTE:  Van de Putte.
 7                  MR. SHORTER:  Exactly.  So the answer is
 8    right now there's not a mechanism to track race or
 9    ethnicity.
10                  SEN. VAN de PUTTE:  So how would we be
11    able -- if we don't know -- if we're not capturing the
12    data, the data is not available as a base point of how
13    many registered voters we have who are
14    African-American or Latino or Spanish speaking, how
15    can we benchmark and prove up to the Justice
16    Department and support litigation that there will not
17    be a negative effect since we have no data?
18                  MR. SHORTER:  I would assume that our
19    staff has been using some other means to do that.  I
20    don't know what that is, but I will find out for you.
21                  SEN. VAN de PUTTE:  Okay.  So what I
22    have so far is that you will get back to us on
23    certificate versus papers --
24                  MR. SHORTER:  Yes, ma'am.
25                  SEN. VAN de PUTTE:  -- for naturalized
```

TX_00004575

USA_00018880

687

```
 1   citizens --
 2              MR. SHORTER:  Yes, ma'am.
 3              SEN. VAN de PUTTE:  -- since the other
 4   states that have passed this so far do not have nearly
 5   the degree of those naturalized citizens as we do; and
 6   that you will also check on the incongruencies of
 7   address for both our military members and college
 8   students.
 9              MR. SHORTER:  Yes, ma'am.
10              SEN. VAN de PUTTE:  And you will also
11   get back with us the data, if it exists, of how many
12   voters we have that are indeed African-American and
13   Hispanic so that we can have a benchmark.  We need
14   that data to be able to prove that.  So those are the
15   things that you are going to be helping us with.
16              MR. SHORTER:  Yes, ma'am, I will; we
17   will.  John and I will be notifying staff so they can
18   get on it and hopefully give you an answer before the
19   end of the day.
20              SEN. VAN de PUTTE:  Well, thank you, but
21   I know you haven't gone to sleep yet, so I appreciate
22   the hard work of your staff.  And again, my regards to
23   my dear friend, our Secretary of State.
24              MR. SHORTER:  Thank you.
25              SEN. VAN de PUTTE:  Thank you.
```

TX_00004576

USA_00018881

Case 2:13-cv-00193   Document 661-23   Filed on 11/11/14 in TXSD   Page 49 of 109
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 218 of 265

688

```
1              SEN. WENTWORTH:  The Chair recognizes
2    Sent. Whitmire.  Sen. Whitmire?  John?  The Chair
3    recognizes Sen. Whitmire.
4              SEN. WHITMIRE:  No, I'll pass
5    (inaudible) I've got a quick question, quick, quick,
6    quick.  You were responding to Sen. Fraser's
7    hypotheticals, and he was talking about if he ran in
8    and voted and then he went back out and got his
9    brother's card and voted again that nothing could be
10   done.  Is it not true, sir, that the election officer
11   is in total control of his precinct?  I've seen folks
12   be arrested for handing out cards too close, poll
13   watchers for harassing voters.  Isn't it true that if
14   you try to go in and vote twice in the same timeframe
15   that you could be arrested for voter fraud at that
16   moment and maybe even have a mental warrant served on
17   you if you tried to do it like he described it?  So
18   aren't we -- aren't we really being a little
19   ridiculous at five in the morning with some of our
20   hypotheticals?
21             MR. SHORTER:  Sir, I'm not --
22             SEN. WHITMIRE:  You were being awful
23   nice.  I realize you're in a difficult position, but I
24   don't -- is it realistic that someone, the same person
25   could vote twice within a 30-minute timeframe?
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004577
JA_004000

TX_00004577

USA_00018882

Case 2:13-cv-00193  Document 661-23  Filed on 11/11/14 in TXSD  Page 50 of 109
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-3  Filed 06/20/12  Page 217 of 265

689

1          MR. SHORTER:  It's possible, sir.
2    Whether --
3          SEN. WHITMIRE:  It's possible to get
4    arrested for doing it, too, is it not?
5          MR. SHORTER:  That is correct.
6          SEN. WHITMIRE:  Okay.  That's all I
7    wanted to clear up because -- and I could go through
8    his other hypotheticals.
9          What really concerns us and I guess it's
10   been somewhat addressed is the cost and the commitment
11   to educate the public.
12         MR. SHORTER:  Yes, sir.
13         SEN. WHITMIRE:  Have you been in any
14   planning sessions where you're going to have the
15   resources and you have the spots, as Sen. Williams
16   pointed out?  I mean, are we really serious and ready
17   to go with that, or is that a hypothetical, too?
18         MR. SHORTER:  No, sir.  Our office is
19   actively planning our voter education program for the
20   next cycle now.
21         SEN. WHITMIRE:  Well, that's great, but
22   what's the provisions for doing a voter ID plan?
23         MR. SHORTER:  What we're doing now is
24   looking at -- because this is one of our new bills
25   that we're working on and that has been brought to us

TX_00004578

USA_00018883

1    for us to look at, we're looking at what costs would

2    be associated with doing those things within the bill

3    and fitting those into the funds that we have

4    available. Based on the fact that it is not a

5    Presidential Election year, we feel that the funds

6    that we have available now we could -- we could

7    theoretically -- we could undertake this.

8              There are -- in terms of training for --

9    training for elections and new initiatives, that's

10   already -- we're already directed to do that. So our

11   agency as a whole is -- there's some things you

12   anticipate and you know and you plan for, and we're

13   already there, sir. Because what we will have to do

14   is we'll have to prioritize in terms of maybe some new

15   initiatives versus -- that are not legislatively

16   mandated versus those that you-all mandate to us.

17             SEN. WHITMIRE: Okay. I yield at this

18   time.

19             SEN. DUNCAN: Sen. Watson, you're

20   recognized.

21             SEN. WATSON: Thank you, Mr. Chair, and

22   thank you for being here. I know it's been very long.

23             And, Members, one bit of information.

24   Yesterday, not today, but yesterday, although it feels

25   like one day, was his ten-year old son's birthday, and

TX_00004579

USA_00018884

691

1    he stayed with us all during that period of time,

2    snuck away I think briefly to wish him a happy

3    birthday, but we really appreciate your being with

4    us --

5              MR. SHORTER:  Thank you.

6              SEN. WATSON:  -- and hope you will tell

7    him we said happy birthday.

8              Just a couple of quick questions.  One

9    is you shared with me some numbers on a piece of

10   paper, and I don't know what the paper was created

11   for, but it has at the top of the page the number 5,

12   and then it says "Number of voters who have registered

13   since 2006 without a driver's license number."  What

14   was this document created for?

15             MR. SHORTER:  Sir, this document was

16   created -- Senator, this document was created in a

17   response to questions that were asked of our staff

18   last week by House Elections.

19             SEN. WATSON:  Okay.  And in that, what

20   you did is you created two sets of numbers:  One was a

21   set of numbers of voters who registered since

22   January 1, 2006.  And explain for me again why that's

23   an important number date.

24             MR. SHORTER:  When the Help America Vote

25   Act was passed in 2002, there was a requirement put in

TX_00004580

USA_00018885

Case 2:13-cv-00193   Document 661-23   Filed on 11/11/14 in TXSD   Page 53 of 109
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 220 of 265

692

1  the provisions of the Help America Vote Act for

2  uniformity standard purposes for the driver's license

3  to be a required form of ID in terms of registration.

4  Prior to January 1, 2006, it was optional as to

5  whether or not you included your driver's license on

6  your voter registration application.

7          The voter registration application

8  now -- the first thing it asks for in Section 8 is

9  either your driver's license and your Texas -- or your

10  Texas ID, and that's a requirement if you have one.

11  Prior to January 1, 2006 it was optional.

12          SEN. WATSON:  Okay.  So the numbers you

13  came up with you demonstrated -- and I think we had

14  had some conversation -- Sen. Fraser and I had had

15  some conversation earlier in the day.  And when you

16  look at those who have registered since January 1,

17  2006, the key date that you mentioned, and you look at

18  those numbers, about 91.9 percent have registered

19  using a driver's license.  Is that correct?

20          MR. SHORTER:  Using a driver's license

21  or social security number.

22          SEN. WATSON:  Well, here is the way --

23  let's make sure we're clear on this.  The first

24  category of numbers who registered with a driver's

25  license, and I guess that's with a driver's license

TX_00004581

USA_00018886

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 54 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 221 of 265

693

```
 1    exclusively.  Is that correct?
 2                 MR. SHORTER:  That is correct, sir.
 3                 SEN. WATSON:  And then the second
 4    category is those who registered with a social
 5    security number, and that would be exclusively with a
 6    social security number?
 7                 MR. SHORTER:  That is correct.
 8                 SEN. WATSON:  And then the third
 9    category would be those who did something you don't
10    really have to do, but they did it, and they filled in
11    both driver's license and social security?
12                 MR. SHORTER:  That is correct.
13                 SEN. WATSON:  So if I wanted to identify
14    the number of people who registered with a Texas
15    driver's license and get a total number, I would add
16    Category 1 and Category 3?
17                 MR. SHORTER:  That is correct, Senator.
18                 SEN. WATSON:  Now, something else you
19    did in response to the question from House Elections
20    was you said "In addition agency staff queried the
21    entire statewide file which reflects the following
22    breakdowns concerning identification numbers for all
23    voters."  So that would be folks with voter
24    registration certificates, voter registration
25    certificates including those from before January 1,
```

TX_00004582

USA_00018887

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 55 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 222 of 265

694

1     2007?

2            MR. SHORTER:  That is correct.  That's

3     everyone in our vote registration system.

4            SEN. WATSON:  And those folks weren't

5     required, as you've said, to utilize a driver's

6     license or social security number?

7            MR. SHORTER:  Yes, sir.

8            SEN. WATSON:  And that -- when we look

9     at those numbers, and you have the same categories,

10    you have number of voters with a driver's license,

11    again exclusively, number of voters with a social

12    security number exclusively, number of voters with

13    both and the number of voters with neither.  When we

14    put those numbers together, we know that about

15    25 percent of the population that have voter

16    registration certificates don't indicate that they

17    have -- that they didn't use a Texas driver's license

18    to get that.  Is that right?

19           MR. SHORTER:  Yes, sir.

20           SEN. WATSON:  Now, you also would have

21    no way of knowing in either of those that have been

22    registered since January 1, 2006 or those that have

23    been registered since well before that time who might

24    have lost their driver's license during that period of

25    time?

TX_00004583

USA_00018888

Case 2:13-cv-00193  Document 661-23  Filed on 11/11/14 in TXSD  Page 56 of 109
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-3  Filed 06/20/12  Page 223 of 265

695

1           MR. SHORTER:  No, sir.

2           SEN. WATSON:  And the Secretary of

3    State's Office wouldn't have any way of knowing whose

4    driver's license might have been expired for over two

5    years now?

6           MR. SHORTER:  If they already have their

7    voter registration card.

8           SEN. WATSON:  Right.  So, for example,

9    if I registered to vote, let's say ten years ago, just

10   to use a round number, I wouldn't have been required

11   to use a driver's license to register.  Is that

12   correct?

13          MR. SHORTER:  Correct.

14          SEN. WATSON:  And if I continue to vote

15   on a regular basis, as I understand it, I am

16   re-registered each time I register to vote or I go

17   vote.  Right?

18          MR. SHORTER:  Yes, sir.

19          SEN. WATSON:  So if I lost my driver's

20   license nine years ago but I continue to register, I

21   might be a registered voter in the State of Texas

22   maybe even use my driver's license when I registered,

23   but I no longer would have a driver's license?

24          MR. SHORTER:  That's a possibility, sir.

25          SEN. WATSON:  No one has asked the

TX_00004584

USA_00018889

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 57 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 224 of 265

696

```
1    Secretary of State's Office to do any sort of studies
2    or provide any information demonstrating whether there
3    are certain populations or demographic groups in Texas
4    that are less likely to have a driver's license and
5    use their driver's license when they apply for a voter
6    registration certificate, have they?
7                MR. SHORTER:  To my knowledge, no, sir.
8                SEN. WATSON:  And the truth is you
9    wouldn't have any way of putting that data together,
10   would you?
11               MR. SHORTER:  Not as an agency alone.
12               SEN. WATSON:  Well, if I told you that
13   the Texas Department -- you'd have to go to DPS?
14               MR. SHORTER:  Probably.  That's one of
15   the agencies that pops into my head.
16               SEN. WATSON:  And I think we talked a
17   little bit earlier today -- I think I showed you an
18   answer that DPS has given.  You wouldn't be surprised
19   to know that DPS is not aware of any studies regarding
20   a way to demonstrate whether certain populations or
21   demographic groups are less likely to secure a
22   driver's license than others, you weren't surprised
23   when I shared that with you earlier today, were you?
24               MR. SHORTER:  No, sir.  I recall.
25               SEN. WATSON:  Yeah.  Thank you very
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004585
JA_004008

TX_00004585

USA_00018890

Case 2:13-cv-00193   Document 661-23   Filed on 11/11/14 in TXSD   Page 58 of 109
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 225 of 265

697

1     much, and I really do appreciate it along with

2     everybody that you've given us so much time.

3                    SEN. DUNCAN:  Thank you, Sen. Watson.

4     The Chair recognizes Sen. Patrick.

5                    SEN. PATRICK:  Thank you, Mr. Chairman.

6     Just a quick question.  There was an earlier comment

7     made that it was very unlikely that someone would vote

8     twice in 30 minutes.  But the truth is if someone did

9     fraudulently get, let's just say ten voter

10    registrations, and they didn't send in a name like

11    Mickey Mouse but sent in a very normal name that

12    wouldn't catch anyone's attention.  And if I had ten

13    cards or that person had ten cards, they could go to

14    one precinct and vote, and they could go down the

15    street to another precinct and vote --

16                   MR. SHORTER:  (Nodded)

17                   SEN. PATRICK:  -- and another precinct

18    and vote because they'd go in over a different

19    registration card each time.

20                   MR. SHORTER:  Okay.

21                   SEN. PATRICK:  So a person could, if

22    they wanted to, or they could register in the same

23    precinct and go back three days later if they started

24    during early voting.  Right?

25                   MR. SHORTER:  Repeat your -- repeat the

TX_00004586

USA_00018891

Case 2:13-cv-00193  Document 661-23  Filed on 11/11/14 in TXSD  Page 59 of 109
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-3  Filed 06/20/12  Page 226 of 265

698

```
 1    last part of your question.
 2              SEN. PATRICK:  The last part of the
 3    question, if you had registrations in the same
 4    precinct, you could go back over a period of multiple
 5    days if you were willing to take that risk and vote.
 6    So a person could vote more than once.  I mean, it's
 7    not an extreme thought that someone could register
 8    under several different names.
 9              MR. SHORTER:  It's a hype -- it is one
10    of those hypotheticals that could happen.
11              SEN. PATRICK:  All right.  Thank you.
12              SEN. DUNCAN:  Thank you, Sen. Patrick.
13    The Chair recognizes Senator -- do you want to go
14    ahead, Sen. Watson, and enter -- you've got a document
15    you want to enter?
16              SEN. WATSON:  Yeah, let me just ask a
17    quick question.  I should have done that.  Do you have
18    a clean copy of the sheet that has Question No. 5, the
19    answer from the House Elections Committee that we
20    could make an exhibit for our record?
21              MR. SHORTER:  Yes, sir.
22              SEN. WATSON:  Okay.  We'll wait until
23    you're done, but if you'll just remind me of that,
24    we'll attach that after your testimony.
25              MR. SHORTER:  Yes, sir.
```

TX_00004587

USA_00018892

Case 2:13-cv-00193   Document 661-23   Filed on 11/11/14 in TXSD   Page 60 of 109
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 227 of 265

699

```
 1                    SEN. WATSON:  Thank you very much.
 2     Thank you, Mr. Chair, for letting me do that out of
 3     order.
 4                    SEN. DUNCAN:  The Chair recognizes
 5     Sen. Davis.
 6                    SEN. DAVIS:  Good morning.
 7                    MR. SHORTER:  Good morning.
 8                    SEN. DAVIS:  I join my colleagues in
 9     saying thank you to you for staying so long with us.
10     And I have a very quick question for you.  I apologize
11     if you've already asked -- been asked this question
12     and answered it, but what is the amount of money that
13     the Secretary of State has set aside in anticipation
14     of the possibility of having to educate our voter
15     community about the requirements -- the new
16     requirements that would be placed upon them under the
17     Senate Bill that we're looking at today?
18                    MR. SHORTER:  We haven't determined the
19     actual amount, Senator.  We are looking at all of our
20     opportunities and looking at the available resources
21     we already existed -- already have.  We know right
22     now -- if there were no other funding, we know that we
23     have access to $2 million through our current HAVA
24     Funds for voter education.
25                    What we need to do now is -- and we feel
```

TX_00004588

USA_00018893

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 61 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 228 of 265

700

1    comfortable based on the projections -- being that it

2    is not a Presidential Election year, we feel

3    comfortable that we can do what needs to be done

4    within that window.  There are also some opportunities

5    potentially for us to maybe draw down some additional

6    HAVA Funds.  We're not -- we're investigating that as

7    well.

8            So what we're looking at is if this bill

9    is passed as it is, staff is looking at, based on

10   access to HAVA dollars, what would it cost to do this,

11   to implement this, to do the training, to do the voter

12   education statewide.  We don't have those figures yet.

13   However, based on past precedent within the agency and

14   with the access to those federal funds, we feel like

15   we can do it with those funds and be consistent with

16   how we've done it every year.

17           SEN. DAVIS:  Let's say we weren't

18   examining the issue that's before us right now and we

19   weren't going to create any kind of new voter ID

20   requirement in the State of Texas.  What would the

21   Secretary of State's Office have used that $2 million

22   amount for?  What kind of educational programs do you

23   typically engage in?

24           MR. SHORTER:  Well, we don't -- we don't

25   anticipate this particular bill consuming all of

TX_00004589

USA_00018894

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 62 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 229 of 265

701

```
 1    that -- those funds.  For instance, our entire effort
 2    last year would focused on some key things.  And if
 3    you don't mind, I'd like to kind of just --
 4                 SEN. DAVIS:  I'd appreciate that.
 5                 MR. SHORTER:  -- share with you some of
 6    the ideas from talking with our staff on voter
 7    education.  In 2008 we have what's called a Vote Texas
 8    Program.  That's our voter education program.  That
 9    focuses on newspaper, radio, TV, PSAs, interactive
10    Web.  It allows us an opportunity to be creative to
11    reach the people where they are, and we do several
12    things:  We focus on the basics of education.  Number
13    one, how to vote, what needs to happen to vote, where
14    to vote, where are you going to vote, what do you
15    bring -- what do you need to bring with you to vote.
16    If this were -- if this bill were to pass, what would
17    you need to bring to vote would be the -- it would
18    change.
19                 We're at a point in our development
20    where we can now make those changes.  Theoretically
21    what happens in the Secretary of State's Office is we
22    get through with the session, we look at all of the
23    changes and we use the summer months -- we use the
24    spring to answer all your questions and start
25    planning.  We have certainty after the session as to
```

TX_00004590

USA_00018895

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 63 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 230 of 265

702

```
 1   what you as a legislative body have given us, the
 2   mandates and directions you have given us.  We use
 3   that time then to start implementing, plugging in.
 4            One of the other things we do is what is
 5   the process and -- what is the actual process and then
 6   what are the rights of the voters.  So based on that,
 7   it seems very plausible that we would be able to take
 8   the directives of this bill or any bill that you as a
 9   legislature provide and fit it into that formula and
10   meet HAVA requirements for what we are mandated to do
11   in terms of educating our voters.
12            SEN. DAVIS:  And in the past when you've
13   implemented a program like that, and I gather from
14   what you're saying you've engaged in exactly this kind
15   of --
16            MR. SHORTER:  Yes, ma'am.
17            SEN. DAVIS:  -- education effort before,
18   what would the cost be in a typical election cycle for
19   you to administer that program?
20            MR. SHORTER:  Last year we -- last
21   year -- the last election cycle was $3 million.
22            SEN. DAVIS:  It was $3 million.  And
23   that's $3 million educating a voter group that has for
24   many years been operating under the same rules
25   repeatedly.  Correct?
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004591
JA_004014

TX_00004591

USA_00018896

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 64 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 231 of 265

703

1    MR. SHORTER: Yes, if there were -- I

2    came to the agency during the middle of that process.

3    If there were legislative changes during the last

4    legislative cycle, those changes were intertwined into

5    the voter education process. I'm not -- I'll have to

6    go back and ask what changes were made during the last

7    legislative session that would have affected how we

8    rolled out this particular -- last year's initiative.

9    For instance, within all of that,

10   there's also the Project Vote where we start -- the

11   education process of educating voters starts also at

12   the age of educating our school-aged kids.

13   1.1 million people -- 1.1 million students in over 300

14   school districts last year participated in Project

15   Vote. So those were some extra things that we've

16   always done even with legislation like this we will

17   still be able to do because we have it down to a

18   science now on how to do it, and we've been able to

19   bring those costs down.

20   SEN. DAVIS: And now that you have it

21   down to a science and in the last election cycle given

22   that you have it down to a science, you've spent, you

23   said, about $3 million on the program. Could you

24   anticipate a scenario where with a new voter ID

25   requirement, one that is, well, quite lengthy in terms

TX_00004592

USA_00018897

Case 2:13-cv-00193  Document 661-23  Filed on 11/11/14 in TXSD  Page 65 of 109
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-3  Filed 06/20/12  Page 232 of 265

704

```
 1   of the amount of paper that it this takes up on the

 2   bill that's been proposed, could you anticipate given

 3   the need to educate on so many new features of a voter

 4   program that it might cost you more than $3 million to

 5   educate Texans on that program?

 6            MR. SHORTER:  Senator, based on past

 7   precedent, I think it will be highly unlikely that the

 8   expenses would increase that much because many of the

 9   things that this bill is requiring us to do we're

10   already doing it on legislation that has existed for a

11   long time.

12            When we have a poll -- when we have the

13   poll worker training or the training for Election

14   Officials, it's very detailed information, and there

15   are little tweaks that the legislature makes, and

16   these are not 30-minute trainings.  These are

17   generally two- to three-day trainings.  So it's not

18   like if we -- if this bill were implemented the

19   training needs would be -- or the training modules

20   that will be developed would be any different than the

21   modules that we are already developing because the

22   ones we're developing now are pretty extensive.

23            SEN. DAVIS:  And did the $3 million

24   figure that you -- that you cited a moment ago on your

25   voter outreach program in the last election cycle, did
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004593
JA_004016

TX_00004593

USA_00018898

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 66 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 233 of 265

705

```
1    that include the costs of training poll workers on
2    whatever tweaks came in the last legislative session?
3              MR. SHORTER:  It is my understanding
4    that it did, but, Senator, I don't mind verifying that
5    for you to make sure that it's all-inclusive.
6              SEN. DAVIS:  I would appreciate that.
7    And if you could provide us with information in terms
8    of exactly what that poll training looked like, the
9    poll worker training looked like, I would appreciate
10   that.
11             MR. SHORTER:  Senator, we're very
12   excited about our poll worker training because we have
13   two aspects:  It can be done in person, but we also
14   have poll worker training now that can be done on
15   line.  And one of the things we're really trying to
16   do -- and with the hope of encouraging more people to
17   volunteer or sign up to be poll workers.
18             SEN. DAVIS:  Would you anticipate that a
19   bill suggesting the changes of this magnitude might be
20   a more complex training program -- that might require
21   a more complex training program than you've had to
22   engage in in the past where the legislature may have
23   tweaked, to use your word, the voter requirements?
24             MR. SHORTER:  And maybe, Senator, using
25   the word "tweaked" was not probably the appropriate
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004594
JA_004017

TX_00004594

USA_00018899

706

```
 1   word to use.  I don't see anything at this point that
 2   would cause me as the operations person within the
 3   agency to be alarmed.
 4            SEN. DAVIS:  Okay.  Thank you.  I
 5   appreciate it.
 6            SEN. DUNCAN:  All right.  Thank you,
 7   Sen. Davis.  There are no other members in the queue
 8   to ask questions.  So, Mr. Shorter, you are excused.
 9   Thank you for your testimony.
10            MR. SHORTER:  Thank you, Mr. Chairman.
11            **TESTIMONY BY DENNIS BOREL**
12            SEN. DUNCAN:  The Chair calls Dennis
13   Borel.  Mr. Borel, do you have written testimony?
14            MR. BOREL:  (Inaudible)
15            SEN. DUNCAN:  Do you have pictures for
16   us?  All right.  We'll need to get those marked at the
17   right time.
18            MR. BOREL:  Good morning.  My name is
19   Dennis Borel with the Coalition of Texans with
20   Disabilities.  Yes, I am from the Texas --
21            SEN. DUNCAN:  Hang on just a minute.
22            MR. BOREL:  Sure.
23            SEN. DUNCAN:  We need to get your timer
24   started.
25            MR. BOREL:  Okay.
```

TX_00004595

USA_00018900

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 68 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 235 of 265

707

```
 1              SEN. DUNCAN:  All right.  You're off.
 2              MR. BOREL:  Dennis Borel with the
 3      Coalition of Texans with Disabilities, a cross
 4      disabilities statewide organization, and I think
 5      listening to this day has been tremendously
 6      interesting.  I haven't heard a lot of talk about
 7      people with disabilities.  We've talked about a lot of
 8      different demographic groups.  So I will use my time
 9      to talk about people with disabilities and my
10      experiences with them and how I think this bill may
11      impact them.
12              It's been -- one of the most fun things
13      I've done for the last about four or five years is
14      work with the Secretaries of State, starting with
15      Mr. Conner, then Roger Williams and Phil Wilson.  I
16      met Secretary Andrade recently and look forward to
17      working with her, but working on HAVA stuff and most
18      specifically the opportunities to go around the state
19      and do training sessions on accessible voting and
20      accessible voting technology to disability groups
21      around the state.  I've been from El Paso to Beaumont
22      to Laredo to Odessa and Dallas, points in between.
23      It's been a pretty interesting experience, and I've
24      met some incredible people doing that, and it's been
25      inspiring.
```

TX_00004596

USA_00018901

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 69 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 236 of 265

708

```
 1              In a few of the -- a few of the most
 2    inspiring ones, I've worked with a lady that was
 3    totally without sight, and she was able to use the new
 4    voting technology to cast a private ballot for the
 5    first time.  I met another guy with very significant
 6    cerebral palsy.  He didn't even have enough control to
 7    speak, and he had -- he wore a cap with a stick that
 8    came perpendicular out of his forehead, and he would
 9    use a speak synthesizer, but his brain was clear and
10    fine.  And using that stick out of his cap he was able
11    to work a voting machine on his own.
12              But to me the best was a gentleman I met
13    who was a member of the paralyzed -- Texas Paralyzed
14    Veterans.  He had broken his neck very high up, and he
15    has no movement below the shoulders.  He operates his
16    power wheelchair with a sip and puff device.  And
17    incredibly he told me this story about going to his
18    polling place and hooking up his sip and puff device
19    to his machine, and for the first time since he broke
20    his neck was able to cast a secret ballot.  And, yes,
21    there were tears in his eyes when he told me this
22    story.  These are the kinds of things that I have
23    really loved doing for several years now.
24              To me perhaps the most amazing one was
25    out in Palestine.  I was invited to come out there and
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004597
JA_004020

TX_00004597

USA_00018902

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 70 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 237 of 265

709

```
1    do a training.  I went out there and I -- there's some
2    photographs you're looking at.  I didn't give you
3    written stuff.  By this time of night, it's better to
4    look at photographs anyway.  But I went out to
5    Palestine and I got there and they said "Okay.  Now
6    we're going to take off and take you where you're
7    going to go for your training, and we went to a
8    sheltered workshop, which, you know, is not something
9    I particularly like.  It's a place where people with
10   disabilities, cognitive disabilities spend the day.
11   They were assembling nuts and bolts all day, and they
12   get some piece -- piece of work payment out of it.
13            But going in there I was kind of
14   wondering "Well, how am I going to -- how am I going
15   to do this training?"  I had the local County Clerk
16   with me and an accessible machine, and we set it up.
17   And I quickly found out that even though I work with
18   people with disabilities all the time I'm capable of
19   making misassumptions.  Even though these were folks
20   with cognitive disabilities, they knew who McCain was,
21   they knew who Obama was, they knew a Presidential
22   Election was coming up.  A handful of them were
23   already registered.  The others got registered there
24   by the County Clerk, and they were tremendously
25   enthusiastic.  In fact they were the most enthusiastic
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004598
JA_004021

TX_00004598

USA_00018903

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 71 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 238 of 265

710

1    group I trained in the four years I've been doing
2    this.  They loved working the machine.  They were
3    excited about it.  It told me a lot.
4            You know, this group, I'm quite sure
5    that not a single one of them had a driver's license.
6    I'm quite sure that none of them had a passport.  I
7    doubt that any had utility bills in their name.  I
8    don't think any of them were licensed hunters,
9    fishers, carry a concealed weapon.  Some may have
10   Medicaid cards.
11           But the thing I was left with at the end
12   of that day as I was left with at every single one of
13   these trainings is all of us see the right to vote as
14   something precious.  I think for our citizens with
15   disabilities it's at an even higher level.  It's even
16   more precious to them, how much they value it and to
17   be able to do it on their own.
18           You know, I mentioned that they don't
19   often have photo IDs, in fact they rarely do.  And I
20   tried to find some statistics on this and, you know,
21   I've heard a few people talk about that some things
22   are not tracked.  Well, one thing I found out that we
23   don't track is whether a driver has a disability or
24   not.  We track if they need corrective lenses of other
25   things like that, but not disabilities.  So I have to

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004599
JA_004022

TX_00004599

USA_00018904

711

```
1   rely on only my observations and spending the last
2   nine years going around Texas and working with groups
3   of people with disabilities and my own anecdotal ideas
4   about it.  And I'd have to say that there's no doubt
5   that people with disabilities just don't have a
6   driver's license like the rest of the population.
7   They simply maybe cannot operate a vehicle, maybe they
8   don't see well enough, maybe they don't have enough
9   manual dexterity, but their incidents of driver's
10  license is certainly far below that of the general
11  population.
12            As far as things like passports, people
13  with disabilities are three times as likely to be
14  living in poverty as a general population.  They're
15  not doing a whole lot of international travel.  That's
16  not to say that there aren't people with disabilities
17  doing that, not to say that people with even very
18  significant disabilities have driver's licenses, even
19  quadraplegics, but as a general -- a generalization
20  they're less likely to have those kinds of photo IDs.
21            You know, I was thinking about this, and
22  I think that there's probably only one other
23  demographic group that has maybe a lesser
24  participation in driving and passports, and I think
25  that would be the very elderly.  You know, I think
```

TX_00004600

USA_00018905

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 73 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 240 of 265

712

1   those two groups are kind of off by themselves of

2   having a little bit less access to that.

3              Now, I do think that there are some of

4   those alternative credentials that could work, but I

5   think in almost every single case the likelihood of a

6   person with a disability having one of those

7   alternative credentials is far less than in the

8   general population with the sole exception of the

9   Medicaid card.

10             And the other thing is in our state,

11  Texas is better than some other states.  Some other

12  states do not allow people with cognitive disabilities

13  to vote.  We do in Texas; we do.  But, you know,

14  people with cognitive disabilities are recently

15  returned veterans with traumatic brain injuries.

16  Sometimes their ability to gather all the documents

17  they need to go somewhere is not so good.  Sometimes

18  they're not so good at doing that.  Sometimes they

19  might end up at the polling place and maybe they

20  forgot one of the things they need.  Or if they had

21  that traumatic brain injury and they have a short-term

22  memory condition, they just simply forgot to bring

23  them, forgot their ID.

24             You know, to me it comes down -- the one

25  question I keep coming down to is in any piece of

TX_00004601

USA_00018906

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 74 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 241 of 265

713

1    legislation, would this affect people with

2    disabilities more than other groups?  And I think this

3    one does, and I think it does that.  There would be a

4    level of effort required of them to line up everything

5    they need more so than other segments of our

6    population.

7              With that, I'll take any questions if

8    you have them.

9                   **QUESTIONS FROM SENATE FLOOR**

10             SEN. DUNCAN:  Thank you, sir.

11   Sen. Zaffirini, you're recognized.

12             SEN. ZAFFIRINI:  Thank you,

13   Mr. Chairman.

14             Mr. Borel, thank you for your very

15   compelling testimony.  I hope that everyone listened

16   to you and listened to you carefully.  Are persons

17   with disabilities less likely to have photo IDs?

18             MR. BOREL:  Yeah, absolutely, certainly

19   in the case of the driver's licenses.  Obviously one

20   of my member organizations is the American Council for

21   the Blind of Texas.  I mean, 100 percent of them don't

22   have driver's licenses.  Other people with cerebral

23   palsy, quadraplegic spinal cord injuries, amputations,

24   cognitive disabilities, traumatic brain injury, all

25   have far less likelihood of driver's licenses and

TX_00004602

USA_00018907

714

1    passports.  It's more a function of the fact that --

2    generally considered to be the lowest income

3    demographic group in our society and, therefore, less

4    likely to travel.

5                    SEN. ZAFFIRINI:  Have you read Senate

6    Bill 362?

7                    MR. BOREL:  I have; I have, yes.

8                    SEN. ZAFFIRINI:  So you're familiar with

9    the other forms of documentation that can be used to

10   prove one's identity?

11                   MR. BOREL:  Pretty much.  I don't know

12   if I can recall every single one of them off the top

13   of my head.

14                   SEN. ZAFFIRINI:  Are persons with

15   disabilities less likely to have that kind of

16   documentation available to prove their identity?

17                   MR. BOREL:  Yeah, absolutely.  You know,

18   very few would have a permit to carry a concealed

19   handgun.  There are people, even people visually

20   impaired, even people totally blind, even people with

21   quadraplegics, that do have hunting licenses.  But

22   I'll tell you as a rule, they're far less likely to

23   have hunting licenses.  They're also far less likely

24   to have utility bills in their name.

25                   SEN. ZAFFIRINI:  What additional

TX_00004603

USA_00018908

Case 2:13-cv-00193  Document 661-23  Filed on 11/11/14 in TXSD  Page 76 of 109
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-3  Filed 06/20/12  Page 243 of 265

715

1    barriers do persons with disabilities have in

2    obtaining the kinds of identification required in this

3    bill?

4              MR. BOREL:  Uh-huh.  Well, there is the

5    monetary thing as an extremely low-income group, and

6    then just getting around and gathering that

7    information, you know, being reliant on public

8    transportation or transportation provided by other

9    people or having to have the caregiver with you, or

10   perhaps a person is living in an institution like a

11   nursing facility or intermediate care facility for the

12   mentally retarded or even in an assisted living

13   center.  These are all folks that just are not as

14   mobile as the rest of us, and they're not getting

15   around as well as the rest of us.

16             SEN. ZAFFIRINI:  Thank you.  Is the

17   notice provided for in Senate Bill 362 sufficient to

18   ensure access to accurate information about this new

19   ID requirement for the full range of persons with

20   disabilities with whom you work?

21             MR. JOHNSON:  No, not in my mind.  I

22   think we have a pretty aggressive campaign, the HAVA

23   campaign.  And like the gentleman in front of me,

24   Coby, was talking about the Vote Texas, those things.

25   The first Vote Texas effort was a $5 million effort.

TX_00004604

USA_00018909

Case 2:13-cv-00193  Document 661-23  Filed on 11/11/14 in TXSD  Page 77 of 109
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-3  Filed 06/20/12  Page 244 of 265

716

```
 1   The second was a $3 million effort, and that was about
 2   accessible voting for the most port.  But that
 3   actually took stuff around, put stuff on PSAs, on TV.
 4   It did radio ads.  It funded people like me to go out
 5   and do hands-on types of training.  All those kinds of
 6   things, all those variety of things are needed.  I
 7   think the written notice is just inadequate frankly.
 8            SEN. ZAFFIRINI:  What else would be
 9   needed if this bill were passed to ensure persons with
10   disabilities really understood this law?
11            MR. BOREL:  Well, I would -- well, I
12   believe the Vote Texas campaign was successful, but
13   you know, even though we're, I believe, five years in
14   to Vote Texas I still think there's an additional need
15   just for the accessibility components of HAVA.  So I
16   think it's not a short-term deal.  I think this would
17   need to be planned over perhaps several biennium.  I
18   really believe in the traveling road show, the
19   hands-on deal where you go out to disability groups
20   and out to their communities and find out where they
21   are and do it face to face.  That would be my
22   recommendation.
23            SEN. ZAFFIRINI:  What effect do you
24   believe that this bill, if it becomes law, would have
25   on the turnout of persons with disabilities on
```

TX_00004605

USA_00018910

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 78 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 245 of 265

717

1   election day or early voting?

2           MR. BOREL: Yeah, that's -- I've thought

3   about this a lot, Senator. I would say at the -- at

4   the beginning of HAVA, I would have said that there

5   were two groups of voters with disabilities. The

6   first group had gone to vote and voted, but had a hard

7   time doing it and was less likely to go back, and the

8   second group never went because they heard their

9   friends talk about how they couldn't get in the

10  polling place or couldn't get a private ballot. So

11  there was kind of like this word of mouth negativity.

12          I think in the last few years as

13  successful voting technology has come into play,

14  polling places have become more accessible, I'm seeing

15  a third category of voters with disabilities, ones

16  that are telling their friends that "I did have a

17  successful experience."

18          And I think if we set up experiences

19  where voters with disabilities go to the poll and they

20  don't have the right ID, and they will be less likely

21  to have this ID and they haven't learned about it and

22  they do a provisional ballot or they just simply

23  leave, then those kinds of word of mouth stories will

24  spread, and I think that will have an affect on some,

25  a negative side frankly.

TX_00004606

USA_00018911

718

```
1           SEN. ZAFFIRINI:  Thank you.  Thinking
2    specifically of Advocacy, Incorporated, do you believe
3    that persons with disabilities who work with Advocacy,
4    Incorporated would be able to meet the identification
5    standards of this bill?
6           MR. BOREL:  You know, the ones who work
7    with Advocacy, Incorporated, I bet they would because
8    in many ways activists people with disabilities are
9    going to -- have figured out some way to get a photo
10   ID, whether it's like the DPS, the state
11   identification.  I'd be more concerned about the
12   people who aren't necessarily activists who are more
13   maybe staying in their communities and their home most
14   of the time, maybe in an institution, maybe in an
15   assisted living center.
16          SEN. ZAFFIRINI:  What effect do you
17   believe the bill would have on the number of
18   provisional ballots cast by voters with disabilities?
19          MR. BOREL:  Well, I think it would
20   clearly increase them because they would be casting
21   them instead of just a regular ballot.  I'm a little
22   unclear about whether they would have to then go back
23   again and show correct ID -- is that correct -- or is
24   it -- would it be counted just as the initial
25   provisional ballot?  That I'm a little unclear about.
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004607
JA_004030

TX_00004607

USA_00018912

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 80 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 247 of 265

719

```
1          But if they would have to go back, you
2   know, return back and show correct ID, now that's
3   another trip.  And for people that aren't all that
4   mobile who have to rely on others, who don't see well,
5   who use wheelchairs, who use walkers, who are 85, 90
6   years old, any time you're making a second trip to go
7   do something, you're less likely to do it.
8          SEN. ZAFFIRINI:  What are the most
9   pressing issues reported by voters with disabilities
10  in using the Advocacy, Incorporated hotline?
11         MR. BOREL:  I think they need to know
12  more about it, but I tell you the one I hear more
13  about is poll workers, you know, that -- the poll
14  workers are -- haven't perhaps set up the site as well
15  to make it as accessible as possible, don't understand
16  the accessibility features of the voting machines,
17  haven't had enough training on how to effectively
18  interact with a voter with a disability and how to
19  deal with someone who perhaps has a speech impediment,
20  who doesn't hear, who has very limited use of their
21  arms and hands.  The poll worker issue and poll worker
22  training is, in my opinion, the top issue for voters
23  with disabilities.
24         SEN. ZAFFIRINI:  And, of course, the
25  bill doesn't address any of those issues?
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004608
JA_004031

TX_00004608

USA_00018913

Case 2:13-cv-00193  Document 661-23  Filed on 11/11/14 in TXSD  Page 81 of 109
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-3  Filed 06/20/12  Page 248 of 265

720

1              MR. BOREL:  Not that I'm aware of, no.

2              SEN. ZAFFIRINI:  Not that I'm aware of

3    either.

4              MR. BOREL:  Yeah.

5              SEN. ZAFFIRINI:  You looked at the bill

6    and you looked at the fiscal note, and I know that you

7    heard our discussion regarding the cost of

8    implementing Senate Bill 362.  I am one of many

9    persons I know who do not believe the fiscal note that

10   indicates that there would be no fiscal impact to the

11   state.  How would you better use that money, the money

12   that would be used to implement Senate Bill 326, in

13   terms of working with persons with disabilities and

14   ensuring their access to vote?

15             MR. BOREL:  Good question.  I'm really

16   glad that I followed Coby here because he was talking

17   about how they had a budget for this kind of stuff,

18   the HAVA money.  And it's still my opinion that the

19   accessibility, the polling place features, the

20   accessible technology, voting technology features that

21   are part of HAVA, we're not done with that project.

22   There's a lot more out there.  Whenever I go out,

23   there's just, you know -- I mean, we could be doing

24   this several more years at the same level, I think.

25             You know, I want to encourage people to

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004609
JA_004032

TX_00004609

USA_00018914

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 82 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 249 of 265

721

```
1    vote.  I want to encourage people with disabilities to
2    go out and vote.  And to me the Vote Texas projects
3    have done that.  That's what I'd like to see happen.
4              SEN. ZAFFIRINI:  Thank you very much for
5    your testimony and for answering my questions.  You
6    certainly are an inspiration.
7              MR. BOREL:  So are you, Senator.
8              SEN. DUNCAN:  Senator Ogden?
9              SEN. OGDEN:  Mr. Borel, thank you for
10   your testimony.  And, Sen. Zaffirini, thank you for
11   your good and detailed questions.  I mean, you raise
12   some very important issues, but I'd like to clarify
13   that the type of documentation that can be used in
14   lieu of a photo ID is very similar to the type of
15   documentation that somebody -- or is the same as the
16   type of documentation of an individual who has some
17   sort of cognitive disability or other kind of
18   disability that they must produce in order to
19   receive state services or in order to receive
20   healthcare, whether you're talking about a Medicaid
21   card or Medicare card, correspondence from the
22   State Department of Health and Human Services,
23   correspondence from the Social Security
24   Administration, a social security card.
25              So I would think that it -- and I would
```

TX_00004610

USA_00018915

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 83 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 250 of 265

722

1  ask you this:  It would be very, very rare based on

2  the way I read this bill to find an individual who

3  wouldn't have several of the types of identification

4  that are acceptable, even if they don't have a

5  driver's license.  Wouldn't you agree?

6            MR. BOREL:  Well, what I would say,

7  Senator, is if you took a population -- a group of

8  people from the general population and a group of

9  Texans with disabilities and lined them up on every

10  one of those types of credentials with the exception

11  of the Medicaid card, I think the general population

12  would be more likely to have them.

13            SEN. OGDEN:  Well, but you can't make

14  that exception because the Medicaid card is just as

15  valid as any other.

16            MR. BOREL:  It is.

17            SEN. OGDEN:  If fact if you have a

18  Medicaid card, you will get monthly correspondence

19  from the state notifying you that you're still

20  eligible for Medicaid, and that's your two

21  requirements, you're done.

22            MR. BOREL:  Well, that's true, sir.  But

23  again, if you look at the full list of alternative

24  credentials, that's perhaps two of the alternative

25  credentials where the person with the disability might

TX_00004611

USA_00018916

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 84 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 251 of 265

723

```
 1    have the access edge whereas the others, they do not.

 2                SEN. OGDEN:  Might have the what?

 3                MR. BOREL:  An edge in having access to

 4    those things like a Medicaid card.

 5                SEN. OGDEN:  Well --

 6                MR. BOREL:  I mean, they'd be less

 7    likely to have it.

 8                SEN. OGDEN:  You know, maybe, maybe.  I

 9    mean, the people of which you speak are going to have

10    more access to some of those cards than somebody like

11    me, for example.  I know I've got a driver's license,

12    so it's not a problem, but --

13                MR. BOREL:  I was referring to the whole

14    list.

15                SEN. OGDEN:  I guess the point is while

16    we're going through the discussion here is that it

17    seems to me like almost every -- if not every single,

18    almost every single individual which you described who

19    is receiving some sort of state assistance or needs

20    medical assistance almost certainly has to have the

21    type of documentation needed to receive those

22    circumstances -- that assistance, which will also be

23    more than adequate to vote, in my opinion.

24                MR. BOREL:  Well, Senator, I know you're

25    aware that to be Medicaid eligible in this state you
```

TX_00004612

USA_00018917

724

1    really are the very poorest of the poor.  And if

2    you're just plain poor and not the very poorest of the

3    poor, you don't have a Medicaid card.  Thank you.

4              SEN. DUNCAN:  There are no other members

5    in the queue.  You can be excused.  Before you do

6    that, though, we will introduce Exhibit 36, which is

7    the photograph that you provided, and that will be in

8    the record.

9              (Exhibit No. 36 marked and admitted)

10             **TESTIMONY BY GARY BLEDSOE**

11             SEN. DUNCAN:  The Chair calls Gary

12   Bledsoe.  Mr. Bledsoe, before you begin, let's -- you

13   have written testimony as well.

14             MR. BLEDSOE:  I do.

15             SEN. DUNCAN:  And we will submit that in

16   the record as Exhibit 37.

17             (Exhibit No. 37 marked and admitted)

18             MR. BLEDSOE:  Thank you.

19             SEN. DUNCAN:  Yes, sir.  If you'll state

20   your name and who you represent, and you'll have ten

21   minutes.

22             MR. BLEDSOE:  Okay.  Thank you,

23   Mr. Chairman.  My name is Gary Bledsoe.  I'm President

24   of the NAACP here in Texas.  I want to thank all of

25   you for staying here so long.  Obviously this is a

TX_00004613

USA_00018918

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 86 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 253 of 265

725

```
 1     very important matter.  I probably can't be held to be

 2     responsible for what I say at this time, but I will

 3     try to be as clear as possible.

 4                  The NAACP is a 100-year old

 5     organization.  We have always been a multiracial

 6     organization, and indeed we've been present here in

 7     Texas since 1915 and have a long history with voting

 8     rights within this state.  And indeed we try to

 9     identify issues that are problematic without regard to

10     any partisan issues, and I'm hoping that the

11     information that I provide here can provide a good

12     discourse and understanding of how we see the

13     legislation that is at issue here.

14                  I know some years back when the Wolens

15     bill was up for consideration, we thought that would

16     be problematic.  His party didn't make a difference,

17     and we were there to oppose that legislation, and we

18     feel the same way about the bill here, SB 362.

19                  And I took a little bit of a different

20     tact in how I prepared the written testimony, but

21     based on a number of things that I've been hearing

22     today and maybe some of the questions that some of you

23     have had, I thought maybe what I would do here is

24     somewhat try to focus on a couple of those issues

25     because I think they are important.
```

TX_00004614

USA_00018919

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 87 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 254 of 265

726

1    You know, to begin with, I think that we

2 have to look at this matter in terms of what the

3 constitutional requirements might be and secondarily

4 what the requirements of the Voting Rights Act might

5 be.  And in that regard, if we can say that there is

6 an impact, a noticeable impact on African-Americans or

7 Latinos, that we have to look at the question of

8 whether or not there might be retrogression or whether

9 or not there might have been a way of narrowly -- more

10 narrowly tailoring the actual statute that we're

11 talking about.

12    Now, I think that for a number of just

13 very clear reasons to me we would have a negative

14 impact on people of color.  I think -- number one, I

15 think you've heard many people say today that indeed

16 that there's a lower percentage of individuals who

17 have driver's licenses or photo identification cards

18 and I think that's a fact.

19    I think we've also done -- when we did

20 one of our racial profiling studies with the

21 Department of Public Safety or data, one of the things

22 we were able to determine is that the actual car

23 ownership data indicated that minorities had less

24 access to automobiles and owned fewer automobiles and

25 more were without automobiles at all in their home,

TX_00004615

USA_00018920

727

```
 1    and so this creates more of a burden in terms of the
 2    ability to travel.
 3                 I think also one of the other things
 4    that I see in the bill is the -- is the affidavit.  So
 5    if you look at the affidavit and the affidavit that
 6    you have to sign when you don't have the proof
 7    according to the bill, that affidavit makes you make a
 8    representation that you are -- that you are eligible
 9    to vote right then and there.  And I know the problems
10    I've had getting people to register to vote who might
11    have had felony histories or what have you, there's a
12    little intimidation.  And with the nature of the
13    wording, I think it's very intimidating and
14    threatening and will make individuals feel challenged
15    to sign that particular affidavit.
16                 I think also there's the issue with
17    communicating the new requirements of the law so
18    people can be prepared when they go to the polling
19    place in order to vote, in order to be able to vote
20    effectively.  And because I think of the nature of how
21    it's been done with the likelihood of not being able
22    to reach all voters the way they need to be reached, I
23    think that when the voters turn out and the ones who
24    will be rejected on election day I think will show --
25    it will show clearly there will be a disparate impact
```

TX_00004616

USA_00018921

728

1    on racial and ethnic minorities.

2              And one of the things that I can say

3    that also I feel will be a major problem is that --

4    and I went down to Venezuela to be an official

5    election observer down there, and I saw people in

6    lines for eight hours, you know. And they have all

7    these incredible requirements there where you've got

8    to give your thumb print. You have untrained people

9    trying to determine if your thumb print is the same

10   one that's in the computer, you have to show different

11   forms of identification, and it takes a long time to

12   get through those lines. And so you have people in

13   those lines -- they start lining up like 3 or 4 a.m.

14   in the morning.

15             And I think -- not that this would be

16   that burdensome, but I think that we already see in

17   too many minority areas where there's not enough

18   ballots, there are not enough voting machines at the

19   specific locations, the lines are already too long,

20   it's already a major problem. And I think when you

21   add this kind of requirement there, it's going to make

22   it a lot longer and make it more difficult for folks

23   to desire to stay and to be part of the process. So I

24   think indeed that -- for many reasons even beyond

25   that, I think we would have a clear discouraging or

TX_00004617

USA_00018922

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 90 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 257 of 265

729

```
 1    discouragement of African-American voters.
 2                Now, there are a couple of things I
 3    wanted to mention here.  I think that when you look at
 4    the law -- when I looked at the bill analysis, the
 5    bill analysis talked about problems with registration.
 6    It said that because no identification is required
 7    during registration, it makes it possible or likely
 8    that you will have people who can get -- who can get
 9    voter registration cards who may not actually be the
10    person.
11                And so the first thing that grabbed out
12    of me was well, if there is a problem -- but I don't
13    think it's really been shown -- but if there is a
14    problem, why isn't it addressed at the point where
15    there is a problem?  And if the point of the problem
16    is at registration, instead of something that will be
17    discouraging to people who are registering to vote,
18    then that is where the focus would be, in my mind.
19                The affidavit again is intimidating.  I
20    think I mentioned the long lines.
21                Another thing is when we looked at the
22    categories of information for the nonphoto ID items
23    that are provided for in the bill, there are a couple
24    of things that leap out at me:  The general provision
25    that would allow a catch-all because when you're
```

TX_00004618

USA_00018923

Case 2:13-cv-00193  Document 661-23  Filed on 11/11/14 in TXSD  Page 91 of 109
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-3  Filed 06/20/12  Page 258 of 265

730

1   writing a bill, it's kind of hard to envision and know

2   all the different circumstances where indeed a

3   situation where a person might present something that

4   should be considered proper proof.  And I think the

5   fact that there was kind of a laundry list provision

6   that's deleted and not allowed to be used, I think

7   that is problematic.

8           Secondarily, the list of items that are

9   actually there are not really properly comprehensive,

10  in my mind, and they really would discriminate against

11  a number of individuals because of the types of items

12  that are there.  And some of the things that are there

13  are kind of private, some things that people may not

14  want to produce or show someone at a polling place.

15  And so I think that by the nature of the documents

16  that are listed there, that they're not reasonable in

17  terms of how they're fashioned.

18          And the bill doesn't state exactly how

19  it will be executed.  It leaves a lot of things up to

20  be determined later by the Secretary of State.  So

21  exactly how the law will be applied, how it will be

22  interpreted will be a big problem.

23          One of the things that we've seen around

24  the state is -- and we've done -- we've had about five

25  different hearings around the state relating to

TX_00004619

USA_00018924

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 92 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 259 of 265

731

```
 1   election irregularities, and we've found just
 2   incredible things all around our state to indicate
 3   there's still a real problem with folks understanding
 4   and appreciating minorities being able to vote.
 5              In this last election cycle, we saw a
 6   particular problem with Election Officials.  Because
 7   of the different ways Election Officials are selected,
 8   we had a number of people that were rejected and had
 9   real conflicts with individuals who were Election
10   Officials.
11              And I might say it was really
12   broad-based kinds of things that we've seen over the
13   last few years.  We've seen hate crimes where white
14   supporters of a black candidate had their home burned.
15   We've seen situations where people were purged from
16   voting lists when they should not have been.  We've
17   seen the improper use of off-duty police officers, the
18   use of mailboxes to put intimidating communications.
19   We've seen a lot.
20                    QUESTIONS FROM SENATE FLOOR
21              SEN. WENTWORTH:  Thank you.  The Chair
22   recognizes Sen. Ellis of Harris.
23              SEN. ELLIS:  Thank you, Mr. President,
24   and thank you President Bledsoe for being so patient.
25   I know you were here earlier today.  And you were
```

TX_00004620

USA_00018925

Case 2:13-cv-00193  Document 661-23  Filed on 11/11/14 in TXSD  Page 93 of 109
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-3  Filed 06/20/12  Page 260 of 265

732

1   wrapping up your testimony, you can submit it, of

2   course.  I have some questions I want to ask, but if

3   you just have some summation that you want to add in

4   addition to your testimony, I'd like to hear that.

5           MR. BLEDSOE:  Sure.  Thank you, Senator.

6   What I was trying to complete was the types of things

7   that we have found around the state in our inquiries

8   in terms of both our -- every election we have a group

9   of lawyers that volunteer and run an 800 line, and we

10  take calls from around the state.  And we also have

11  had those five hearings, a couple in Houston, Dallas,

12  Fort Worth, Texarkana out in East Texas, and we found

13  that people were not allowed to tender -- challenge

14  ballots according to law.  We've seen individuals that

15  were soldiers in Fort Hood who had their voter

16  registrations who were wrongfully purged from the

17  voting rolls.  We've seen just a number of problems

18  that have disenfranchised African-American voters, and

19  it still is a major, major problem throughout the --

20  throughout the state but particularly in the urban

21  areas and East Texas.

22          SEN. ELLIS:  Thank you.  Mr. Bledsoe,

23  some people would say that the Voting Rights Act is no

24  longer needed, that it's a thing of the past

25  particularly as it relates to Texas.  Can you cite

TX_00004621

USA_00018926

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 94 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 261 of 265

733

1    some examples or give reasons that would show why we

2    still need the Voting Rights Act protection in Texas?

3              MR. BLEDSOE:  Well, you know, we have

4    had a number of -- you know, I'll thank Attorney

5    General Abbott.  You know, he assisted the folks in

6    Prairie View when a situation arose where you had a

7    number of people who were wrongfully purged from the

8    rolls who could not vote in the city election, and you

9    also had I think about a thousand ballots -- I mean

10   voter registration applications that were just sat on,

11   that no one -- just sat on, so the folks were not able

12   to vote in a particular election, but they were found

13   there in a county office, and they were -- and the

14   Attorney General had them file them.  But, you know,

15   that was a clear violation of the Voting Rights Act.

16             And we have the situation I mentioned

17   earlier in Wharton County where an African-American

18   candidate for Sheriff had a white couple that were

19   working on the campaign, one was a County

20   Commissioner, and they received a number of hate crime

21   calls, and their home burned down as a result of that.

22             You know, we've had problems in Fort

23   Bend County with there being changes in polling places

24   much too late and not properly publicized in the

25   newspaper.  We've had problems there in terms of

TX_00004622

USA_00018927

```
1    individuals who wanted to file -- challenge ballots,
2    and they were not allowed to.  We've had problems
3    there where people were sent to the wrong polling
4    places and they ultimately could not vote.
5              We've had all the problems in Dallas
6    County where indeed there are too few ballots that
7    have shown up a number of occasions in Dallas County,
8    and so the lines get long, people get frustrated,
9    people leave.
10             We've had people hire off-duty police
11   officers, and that's in conjunction with making
12   contact with an African-American newspaper, having
13   articles in the newspaper talking about if you have an
14   outstanding warrant, you're going to be arrested.  And
15   so you go and hire all the off-duty police officers
16   and stand them outside the polling places to
17   intimidate individuals from voting.
18             So I mean it's just -- there's just a
19   huge number of things that have occurred and have
20   occurred in most places around the state.
21             SEN. ELLIS:  Mr. Bledsoe, is there a
22   well-documented history of voter suppression that is
23   specifically related to race and ethnicity in Texas?
24   And how would this voter ID law fit into that history?
25             MR. BLEDSOE:  Well, there is a long
```

TX_00004623

USA_00018928

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 96 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 263 of 265

735

```
 1    history, and our state still hasn't come to where our
 2    state needs to be.  You know, that's one of the issues
 3    before the United States Supreme Court in a case that
 4    the NAACP is involved in, and it's going to be argued
 5    in April of this year relating to the need for the
 6    continued existence of the Voting Rights Act.
 7              I think when we look at the history and
 8    the continued problems that we've had in a number of
 9    areas and fronts and we see the problems with language
10    voters, we see the problem with racial minority
11    voters, those things, the problems are never -- never
12    alleviated because we've continued to have voter
13    intimidation.
14              And when you have voter intimidation --
15    and the record is really replete.  I mean, I don't
16    think there's any question that when we look at what's
17    occurred and -- let's take a look at Harris County.
18    This is kind of an unpopular thing to say, but I know
19    there's a coalition that's running a group countywide,
20    and the only ones to lose are really minority
21    candidates that makes you think -- and I talked to
22    Dr. Davidson about that.  That cries out to me is
23    there something wrong with that particular election
24    there when you've got a coalition of people running.
25    And people like Goodwill Pierre or people like the
```

TX_00004624

USA_00018929

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 97 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 264 of 265

736

1   District Attorney actually lose, they happen to be

2   people of color, and so that makes you want to look

3   further at those issues.

4          But we do have the problem all around

5   the state.  It continues to be a problem.  We've made

6   gains.  It's not the same state it was in 1960, but

7   it's not nearly where it needs to be.

8          SEN. ELLIS:  That's an interesting

9   comment, and I might add a bipartisan comment because

10  in Harris County where there was a Democratic sweep,

11  for some strange reason the candidates that didn't win

12  in that sweep were the candidates of color primarily.

13         MR. BLEDSOE:  And there were also

14  problems when there were -- when there was a

15  Republican sweep with the Republican blacks not

16  winning as well.  So that's been a problem both ways

17  in Harris County.

18         SEN. ELLIS:  How would this voter ID

19  law, this specific law -- I know you've looked at the

20  statute -- discriminate against people of color?

21         MR. BLEDSOE:  Well, what this specific

22  law will do is it will clearly reduce the minority

23  vote, both because of the pressure that will be put on

24  the polling place that will cause the longer lines,

25  that will give more discretion to -- it will give a

TX_00004625

USA_00018930

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 98 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 265 of 265

737

1    lot more discretion to Election Officials that are

2    already having problematic relationships with people

3    of color, and it will -- it has intimidating

4    provisions that will make individuals take a look at

5    the law and say "Well, I'm not sure I want to sign

6    that document."  And it will prevent people who were

7    there in good faith from being able to come up with

8    the right information to be able to vote because of

9    the great burdens it will place on them.

10             I know that I got -- I visited with a

11   former official in the Department of Justice Civil

12   Rights Division.  They indicated like how in Presidio

13   County it's 3800 square miles in the county and the

14   high number of language minorities in the county and

15   the real difficulty in that county in making it to a

16   location to get a driver's license.  So -- or to get a

17   photo identification.  So there will be a real problem

18   that way.  So I think it clearly will cause

19   retrogression.

20             But secondly, the other point that I

21   wanted to make was that not just the Voting Rights Act

22   and the retrogression, it clearly will show a drop in

23   the vote -- in the African-American vote, but I think

24   that it could have been a lot more narrowly tailored.

25   It could have been focused specifically on the problem

TX_00004626

USA_00018931

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 99 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 2 of 200

738

1   that's at hand, that's at issue, and it's not focused

2   on the problem at hand in the kind of narrow way that

3   I think that it should.  So it unnecessarily tramples

4   upon rights of minorities that it doesn't need to.

5            SEN. ELLIS:  I think I saw you in the

6   room when the testimony was given from the person from

7   AARP.  And despite some of the questions that were

8   asked from present counsel, I assume that there will

9   be an attempt to maybe exempt the elderly out of this

10  bill in this great deliberative body.  After being

11  here 24 hours, there might be an attempt to do that.

12           My question is if the legislature does

13  decide to exempt certain classes of voters, like maybe

14  seniors or some others from this in bill, would that

15  direct -- in your judgment, would that direct an even

16  greater amount of its potential to disenfranchise

17  voters of African-American and Hispanic ancestry?

18           MR. BLEDSOE:  Well, I will say that -- I

19  don't know if I'll say it will be greater, but it

20  won't dilute it because the impact that would be

21  illegal or unconstitutional will be just the same

22  because the -- you'll be taking out one group, but

23  when you look at those who are younger than -- younger

24  than 65, you have an enormous problem with racial and

25  ethnic minorities.

TX_00004627

USA_00018932

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 100 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 3 of 200

739

```
 1              I think in one sense it makes it worse

 2     in that the other group that might be -- one of the

 3     other groups that might be unnecessarily adversely

 4     impacted will no longer be adversely impacted.  So it

 5     will be primarily blacks and browns that will be

 6     negatively impacted by the bill.  So I don't think

 7     that that would go far enough.  There would still be a

 8     deleterious impact on the African-American community.

 9              SEN. ELLIS:  Did you see the press

10     accounts from '05 and '06 of the Attorney General's

11     highly publicized campaign against voter fraud?

12              MR. BLEDSOE:  I haven't actually seen

13     them.  I've discussed some parts of them with

14     different individuals.

15              SEN. ELLIS:  If you can, I just want to

16     get a sense of based on what you know about that

17     anti-voter fraud campaign, that the Attorney General

18     used materials that included images of sickle cell

19     stamps based on press accounts and photos of

20     African-Americans to illustrate signs of voter fraud.

21     And my question is, what does that tell you about the

22     state's attitude and enforcement of voter fraud?  And

23     did the conduct and targets of those prosecutions fit

24     into a pattern of voter suppression in Texas?

25              MR. BLEDSOE:  Well, I think it's very
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004628
JA_004051

TX_00004628

USA_00018933

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 101 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 4 of 200

740

1    disappointing that that would be used because

2    obviously that makes a suggestion.  Whether it was

3    intentional or not, one cannot know, but it's clear

4    that you send a certain signal when you use things

5    like that.  And something so innocent as a sickle cell

6    stamp to be used there would be completely

7    inappropriate, and I don't understand how that could

8    be there.  So obviously that would be offensive and

9    problematic.

10           And I do know that -- I think the data I

11   looked at in terms of the prosecutions were 18 out

12   of 19 or something along those lines were racial and

13   ethnic minorities, and that is one of the reasons why

14   we opposed the bill.  When Representative Wolens had

15   put the bill together, you know, we were one of the

16   groups that vehemently opposed it because what we

17   feared at that time when he put that bill forth was

18   that it was going to be disparately used against

19   racial and ethnic minorities, and indeed I think that

20   was probably the case.

21           SEN. ELLIS:  One last question.  You may

22   have heard some of the testimony from Indiana and

23   Georgia from the experts of representatives that were

24   here.  So what I want to ask you is you suggest the

25   photo ID law would suppress the African-American

TX_00004629

USA_00018934

Case 2:13-cv-00193  Document 661-23  Filed on 11/11/14 in TXSD  Page 102 of 109
Case 1:12-cv-00128-RMC-DST-RLW  Document 211  Filed 06/20/12  Page 3 of 200

741

1    turnout, but some voter ID advocates claim that a

2    voter ID law does not suppress turnout and even claim

3    that turnout increased in Indiana and Georgia in '08

4    and that it was caused by voter ID laws compared to

5    the 2004 turnout when there was no voter ID law in

6    place in those states.

7                Obviously turnout can vary a lot between

8    the election cycles based on a lot of factors like

9    who is in the race, but my question is, did

10   African-American turnout in Texas increase in '08

11   without a voter ID law?  And do you think the reason

12   might be the same as the real reason for reports of

13   higher turnout in Indiana and Georgia?

14                MR. BLEDSOE:  Well, the African-American

15   turnout did increase greatly this past election in the

16   State of Texas, and obviously it wasn't due to a voter

17   ID law, and I think it increased greatly nationally,

18   including many states that did not have voter ID laws.

19   So I think it really would be completely inaccurate to

20   say that the voter ID laws had anything to do with an

21   increase.

22                I do know that they did cause folks to

23   be turned away from the polls in Georgia from my

24   communications with the Georgia State Conference.  The

25   reason why you had the increased turnout was the Obama

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004630
JA_004053

TX_00004630

USA_00018935

Case 2:13-cv-00193 Document 661-23 Filed on 11/11/14 in TXSD Page 103 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 6 of 200

742

```
1   candidacy joined with an effective Obama campaign that
2   in many ways would be very hard to duplicate because
3   it wasn't just the Obama candidacy, but you had a
4   great deal of finances assisting the folks in getting
5   out votes in different communities.
6              So there was a real green element to
7   that turnout as well.  So that went well beyond any
8   voter ID law.  And I think that when the proof is in
9   ultimately there will be absolutely no question that
10  the voter ID law will have a negative impact on the
11  African-American vote in Georgia and I would presume
12  Indiana as well.
13             SEN. ELLIS:  Mr. Bledsoe, thank you for
14  being so patient and being here.
15             To all Members present, thank you.  And
16  with that, good morning.  I'm signing off and good
17  night.
18             MR. BLEDSOE:  Thank you, Senator.
19             SEN. DUNCAN:  Thank you, Mr. Bledsoe.
20  The queue is clear.  You're excused.
21             MR. BLEDSOE:  Okay.
22             SEN. DUNCAN:  We appreciate your
23  presence today.
24             **TESTIMONY BY ERIC NICHOLS**
25             SEN. DUNCAN:  The next witness will be
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004631
JA_004054

TX_00004631

USA_00018936

743

```
 1    Eric Nichols with the Attorney General's Office.
 2    Mr. Nichols, if you'll approach?  Mr. Nichols is being
 3    presented as a resource witness.  If you'll state your
 4    name and the office that you are with, please?
 5              MR. NICHOLS:  Thank you, Mr. Chairman.
 6    Eric Nichols, Deputy Attorney General for Criminal
 7    Justice with the Office of Attorney General.
 8              SEN. DUNCAN:  Mr. Nichols, you have ten
 9    minutes, and then we'll open it up for questions.
10              MR. NICHOLS:  Thank you, sir.
11    Regardless of the hour, I'm pleased to appear before
12    the Committee of the Whole, and I've had the
13    opportunity to speak with many of you individually as
14    well as Senate and House Committees on the topic that
15    I've been asked to be a resource on tonight, which is
16    the election code enforcement activity that has
17    occurred at the Office of the Attorney General.
18              By way of background, I've spent a good
19    deal of my legal career working in the legal justice
20    system, previously on the federal side as an Assistant
21    United States Attorney and now on behalf of the State
22    of Texas.
23              As part of my duties at the AG's office,
24    I oversee the agency's Criminal Justice Divisions,
25    including the two divisions of that office that are
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004632
JA_004055

TX_00004632

USA_00018937

```
 1    principally responsible for matters arising under the
 2    Texas Election Code that come to our attention.  Our
 3    Criminal Investigations Division investigates election
 4    code cases that are referred to our office.  The
 5    Criminal Prosecutions Division brings criminal
 6    prosecutions and election code cases on behalf of the
 7    state when an investigation reveals facts that warrant
 8    prosecution.
 9              Again, I understand from discussion
10    among the committee members earlier here today that
11    I'm here to be a resource on the issue of the election
12    code enforcement that's occurred through our agency,
13    and so I'm prepared to give you some historical data.
14    But before I do that, I want to provide three caveats
15    that I've provided to many of you before, and I
16    apologize to those of you who have heard these
17    caveats, but I think they are important to put the
18    data in context.
19              First, it's important for anyone looking
20    at data that comes out of our office to keep in mind
21    that our agency's election code enforcement efforts
22    are entirely referral driven.  What does that mean?
23    We do not currently have nor have we ever had any
24    officers, investigators, prosecutors or any kind of
25    officers, agents or employees watch, supervise or
```

745

```
 1    otherwise monitor a polling place, voting station or
 2    voter roster during any election in this state.
 3              We, therefore, depend on third parties
 4    to make us aware of alleged election code violations.
 5    Accordingly, if a third party does not for whatever
 6    reason detect a potential violation of the election
 7    code or if they do detect a potential violation of the
 8    election code but choose not to file a complaint or
 9    make a referral to our office, then our office is
10    obviously unaware and unable to investigate what would
11    have been the underlying subject matter.
12              Referrals to our office on potential
13    election code cases come from three primary sources.
14    As you've heard, the Secretary of State is the state's
15    chief elections officer.  Under the election code, the
16    Secretary of State takes questions and referrals from
17    a variety of sources, including members of the public.
18    The Secretary of State's Office reviews those matters,
19    and under the statute when they determine that there
20    is "reasonable cause to suspect that the alleged
21    criminal conduct occurred," the SOS then refers the
22    matter to our office for further investigation.
23              There are also provisions in the
24    election code that allow concerned local registered
25    voters to file complaints about alleged wrongdoing
```

TX_00004634

USA_00018939

746

```
 1    directly with our office by filing sworn affidavits.
 2    And then finally the third, another primary referral
 3    source for election code cases, are local elections
 4    officials and local law enforcement.
 5              Given our office's role in coordinating
 6    on law enforcement generally with local law
 7    enforcement agencies and officials, including local,
 8    District and County Attorneys, Sheriffs and Police
 9    Departments, we receive direct referrals from these
10    local officials.
11              The second point for context is this:
12    The legislature -- this legislature has given the
13    Attorney General's Office direct authority and
14    jurisdiction to prosecute election code cases, but our
15    authority and jurisdiction in this area is not
16    exclusive.  Local prosecutors at the county level also
17    have jurisdiction to prosecute election code cases,
18    and they do, in fact, as you've heard in testimony
19    today, exercise that jurisdiction.
20              We do, in fact, coordinate with local
21    prosecutors.  And as in the case of that Dallas County
22    case you heard about earlier, we do not generally move
23    forward on a case if a local prosecutor decides -- or
24    declines to prosecute.
25              A quick review of available new stories
```

TX_00004635

USA_00018940

747

1    in addition to what you've heard today shows that from

2    Hidalgo County to Harris County there is local

3    election code enforcement going on by local

4    prosecutors.  With all this in mind, to get a complete

5    picture of all of the prosecutions in Texas under the

6    election code would require you to collect data from

7    all 254 counties.  So I can only give you a piece of

8    the statewide picture here tonight.

9              The last context point that I always

10    give, and I apologize again for those of you who have

11    heard it, is that for obvious reasons of law

12    enforcement and respecting the rights of those who may

13    be under active investigation or prosecution, I can

14    talk publicly in terms of numbers and largely general

15    fact scenarios rather than talk in a public hearing

16    about specific investigations or cases.

17              So with all that being said, I'd like to

18    provide you-all with historical data that dates from

19    August 2002 to present.  In that time period, the

20    Office of Attorney General has received 192 referrals

21    of potential election code violations from the three

22    sources I mentioned previously.  There have been some

23    statements made before the committee about the Office

24    of the Attorney General engaging in a lengthy

25    statewide investigation.  Those comments are not quite

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004636
JA_004059

TX_00004636

USA_00018941

748

```
 1    accurate in terms of what our office does in terms of

 2    reacting to referrals.  We only act upon referrals

 3    that we receive, and as you would expect having given

 4    the office the authority and jurisdiction to

 5    investigate these matters, our charge is to thoroughly

 6    investigate the matters that come to our attention.

 7              Those 192 referrals break down as

 8    follows by source:  82 came from the Secretary of

 9    State, 44 came from voters in the method I described

10    earlier, and 66 came from local officials and law

11    enforcement.

12              Furthermore, those 192 referrals break

13    down by the type of election as follows:  82 involved

14    Party Primary Elections, 33 involved General

15    Elections, and 77 involved other Local or Special

16    Elections.  And so only about 15 percent of the

17    referrals to our office deal with issues arising in

18    General Elections, and 85 percent arise in either

19    Party Primary or Local Special Elections.

20              Now, of course, once these

21    investigations are conducted by our office, a

22    significant number of these cases are going to be

23    determined to not rise to the level of an election

24    code violation either based on the facts or law.

25    However, these 192 referrals have to date resulted in
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00004637
JA_004060

TX_00004637

USA_00018942