Case 2:13-cv-00193 Document 661-34 Filed on 11/11/14 in TXSD Page 1 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 13 of 200

749

```
 1    30 prosecutions of offenses under the election code by

 2    prosecutors from the Office of Attorney General,

 3    again, often working in conjunction with local

 4    prosecuting attorneys in Texas counties.  And in terms

 5    of the cases that have been prosecuted, three of those

 6    cases involved General Elections, the other 27 involve

 7    Party Primary or Special or Local Elections.

 8              The 30 cases involved in general, fact

 9    scenarios such as these, unlawful abuse of the mail-in

10    ballot process, campaign finance violations, unlawful

11    conduct at the polling place and other obstruction of

12    the elections process.

13              Finally to give you a general idea of

14    the kinds of cases that go behind these numbers, I

15    just want to briefly lay out a couple of fact patterns

16    for you.  The first fact pattern that I've talked

17    about in the House Elections Committee before resulted

18    in a five-year sentence by a jury for a defendant who

19    was involved in a scheme that resulted in two resident

20    aliens voting improperly in a Local Party Primary

21    Election.  This case arose out of Calhoun County.  It

22    was tried in Jackson County.

23              The second fact pattern concerns persons

24    who fill out voter registration applications using

25    names and/or addresses of nonexistent persons.  We've
```

TX_00004638

USA_00018943

1   had several cases that have involved that fact

2   scenario.

3              The third fact pattern involves

4   situations in which a person attempts to impersonate

5   or does impersonate others in casting a ballot.

6   There's one case that's been prosecuted that I think

7   you-all have heard about involving an attempt to vote

8   a mail-in ballot of a deceased mother.

9              SEN. DUNCAN:  I'm sorry.  Your time has

10  expired.

11             Senator Huffman, you're recognized.

12             **QUESTIONS FROM SENATE FLOOR**

13             SEN. HUFFMAN:  Thank you, Mr. Chair.

14             Mr. Nichols, did you want to just finish

15  quickly?

16             MR. NICHOLS:  Just real quick.

17             SEN. HUFFMAN:  Okay.

18             MR. NICHOLS:  I just wanted to finish

19  that.  On the fact pattern is also evident in cases

20  that are under investigation by our office where there

21  are allegations that votes were cast at the polling

22  place by persons other than the registered voter.

23             And with that, there were some

24  additional items that I want to speak about, but I'll

25  be happy to answer questions.

TX_00004639

USA_00018944

Case 2:13-cv-00193  Document 661-34  Filed on 11/11/14 in TXSD  Page 3 of 112
Case 1:12-cv-00128-RMC-DST-RLW  Document 211  Filed 06/20/12  Page 15 of 200

751

1      SEN. HUFFMAN:  All right.  Basically I

2  just want to summarize that it is -- the way that the

3  Attorney General starts investigating the case is

4  always through a referral from the local officials.

5  Is that correct?

6      MR. NICHOLS:  Yes, Senator.  It can come

7  from the Secretary of State, from voters through the

8  election code or from local Election Officials or

9  other local law enforcement.

10      SEN. HUFFMAN:  Has the AG taken on the

11  responsibility of going out into the communities and

12  sitting up at polling places or going to the

13  registrar's office in any way, shape or form?

14      MR. NICHOLS:  No, Senator.  That's not

15  our charge.

16      SEN. HUFFMAN:  All right.  In looking at

17  the numbers that you've given us and that you've

18  summarized, it's clear that, in fact, there are a lot

19  of difficulties in prosecuting these cases.  Is that

20  correct?

21      MR. NICHOLS:  It is.  It depends on the

22  kind of violation involved, but all cases of this type

23  are difficult to both investigate and prosecute.

24      SEN. HUFFMAN:  And is that just the

25  nature of the cases and the fact that, of course, they

TX_00004640

USA_00018945

Case 2:13-cv-00193  Document 661-34  Filed on 11/11/14 in TXSD  Page 4 of 112
Case 1:12-cv-00128-RMC-DST-RLW  Document 211  Filed 08/20/12  Page 16 of 200

752

1   have to be proved like any other criminal case, and

2   that is, you have to -- the level of proof is proof

3   beyond a reasonable doubt.  Is that correct?

4                MR. NICHOLS:  Absolutely.  As you know,

5   there are certain screenings that go on through the

6   investigation of a case, both internally and of the

7   law enforcement agency.  All the cases that we

8   prosecute are eventually -- if there is a decision

9   made to proceed to a grand jury, to present it to a

10  grand jury which makes the decision as to whether

11  charges will issue.  And then, of course, you've got

12  ultimately a jury trial where those allegations don't

13  mean anything unless a jury of that person's peers

14  enters a conviction.

15               SEN. HUFFMAN:  Would the bill that's

16  being proposed that would establish or attempt to

17  establish voter identity assist in the prosecution of

18  at least some of these cases to help to establish the

19  identity element that is often missing or just

20  impossible to prove under current law?

21               MR. NICHOLS:  Well, Senator, I don't

22  understand that I'm here to testify about the bill one

23  way or the other.

24               What I would say just generally speaking

25  any effort that would assist in detecting persons who

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004641
JA_004064

TX_00004641

USA_00018946

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 5 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 08/20/12 Page 17 of 200

753

1  attempt to vote illegally could conceivably give rise

2  to evidence that would be useful in a criminal case.

3  　　　　　SEN. HUFFMAN:  All right.  I want to ask

4  you about a document that we have and ask you if it is

5  a work product of the AG's Office that we can enter

6  into the record.

7  　　　　　Mr. Chair, may I have permission to

8  approach the witness?  Mr. Chair, may I approach the

9  witness briefly to show him --

10 　　　　　SEN. WHITMIRE:  Sen. Duncan, she wants

11 to approach the witness.

12 　　　　　SEN. HUFFMAN:  I can?  Okay.  May I

13 approach the witness briefly to show him a document?

14 　　　　　SEN. DUNCAN:  Yes.

15 　　　　　SEN. HUFFMAN:  Thank you, sir.

16 　　　　　(Discussion off the record)

17 　　　　　SEN. HUFFMAN:  All right.  If I may

18 proceed?  What I'd like you to clarify, there's been a

19 lot of testimony, I guess, in the last 20 hours or so

20 about money that was spent by the AG's Office in

21 investigation of voter fraud cases.  I want to make

22 sure that the record is clear what the actual facts

23 are.  So if we could go through those, or if you have

24 a summary of that and you want to give that to me for

25 the record, we could do that and go through that

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004642
JA_004065

TX_00004642

USA_00018947

Case 2:13-cv-00193  Document 661-34  Filed on 11/11/14 in TXSD  Page 6 of 112
Case 1:12-cv-00128-RMC-DST-RLW  Document 211  Filed 06/20/12  Page 18 of 200

754

1    quickly.

2              MR. NICHOLS:  I can.

3              SEN. HUFFMAN:  Please do that.

4              MR. NICHOLS:  It has -- it has been

5    reported initially in the media and has been repeated

6    by certain folks that the AG's Office spent

7    1.4 million on cases that the AG's Office has

8    prosecuted under the election code.  This information

9    that apparently has been provided to members of this

10   body is inaccurate.  The confusion stems, I think,

11   from the fact that there were references to the grant

12   funding when the Special Investigations Unit of the

13   Criminal Investigations Division was created.  And

14   people reached the conclusion that because it was

15   funded through grant funding that all that money was

16   used to prosecute and investigate election code cases,

17   which is inaccurate.

18              As a matter of fact, if you go to the

19   grant package that sought that funding, the grant

20   package made it clear that that funding would be used

21   to prosecute not just election code cases, but cases

22   of public corruption, fugitive apprehension, child

23   protection such as on-line solicitation and child

24   pornography cases, as well as a host of other matters.

25              And so, in fact, if you crunch the

TX_00004643

USA_00018948

Case 2:13-cv-00193 Document 661-34 Filed on 11/11/14 in TXSD Page 7 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 08/20/12 Page 19 of 200

755

1    numbers and trace those grant funds, you'll find at

2    the end of the day that with respect to the OAG's

3    election code prosecutions, $93,579 of that grant

4    funding can be traced to those prosecutions. And so

5    it's just an example, in my mind, of how everyone,

6    including members of this body through no fault of

7    their own, need to be careful about information that's

8    being provided to them about the OAG's enforcement

9    efforts because sometimes that information can be less

10   than accurate.

11        SEN. HUFFMAN: All right. Thank you,

12   sir. One last question. There's also been some

13   testimony about a depiction of a sickle cell anemia

14   stamp that was shown I believe on a PowerPoint

15   presentation that was presented perhaps from someone

16   from the AG's Office at some point somewhere. Are you

17   familiar with why a sickle cell anemia stamp was used

18   in a presentation from the AG's Office? And explain

19   that, please.

20        MR. NICHOLS: Yes, I am. That slide

21   actually took evidence from an actual case. It was

22   the Willie Ray case that you-all heard a little bit

23   about today. And that stamp that was actual evidence

24   from a criminal case was included on a slide that had

25   as one of the bullet points the words "unique stamp."

TX_00004644

USA_00018949

```
 1              The point of that PowerPoint that was
 2     produced was to try to educate law enforcement
 3     officers about ways they could investigate potential
 4     cases of election code violations.  The point of
 5     including that evidence was to show that in a
 6     particular case, in the Willie Ray case, a key facet
 7     of that case was the use of the unique stamp.  It
 8     didn't matter if it was a sickle cell stamp, a Lou
 9     Gehrig stamp, an Abraham Lincoln stamp, it wouldn't
10     matter.
11              The point is that the fact that that
12     stamp was used on a number of mail-in ballots allowed
13     the investigators to go trace those ballots back to a
14     single source, which of course is the charge that
15     Willie Ray was ultimately charged with.
16              So first of all, I wasn't at the office
17     at the time.  In hindsight I can see how somebody
18     would look at a PowerPoint like that, and frankly
19     given the sensitivities involved, somebody might be
20     offended by that, but it is important to understand
21     exactly why that PowerPoint was put together.
22              SEN. HUFFMAN:  All right.  Thank you.
23     Thank you very much, Mr. Nichols.
24              SEN. DUNCAN:  Thank you, Senator.
25              Sen. Hegar?
```

TX_00004645

USA_00018950

Case 2:13-cv-00193 Document 661-34 Filed on 11/11/14 in TXSD Page 9 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 08/20/12 Page 21 of 200

757

| 1 | SEN. HEGAR: Thank you, Mr. Chairman. |
|---|---|
| 2 | Mr. Nichols, I was curious, you were |

1         SEN. HEGAR: Thank you, Mr. Chairman.

2         Mr. Nichols, I was curious, you were

3 talking about Port Lavaca -- the Port Lavaca case, and

4 that's in Senate District 18, which I represent, and

5 you were finishing your comments on that or part way

6 through, and I just wanted to make sure that you were

7 able to finish your comments on that particular case.

8 And I was also curious when you were finishing those

9 comments, because that was a really unique set of

10 circumstances in a three-way race, if I remember, did

11 the voter fraud change the outcome of that election?

12 If you could finish that up for me, please?

13         MR. NICHOLS: Yes, sir. Just very

14 briefly that case involved a situation where the

15 defendant in the case presented voter registration

16 applications to seven persons who were not qualified

17 to vote because they were noncitizens. The facts of

18 the case as presented at trial showed that the

19 defendant filled out the application on behalf of

20 these persons who were resident aliens, but were not

21 qualified to vote or eligible. The defendant

22 basically misrepresented facts to these resident

23 aliens and took those completed applications to the

24 local elections office to be processed.

25         And the evidence further revealed that

TX_00004646

USA_00018951

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 10 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 22 of 200

758

1   of the folks that were registered, two of the

2   noncitizens, in fact, voted early in person at a Party

3   Primary Election. And because the defendant had

4   misrepresented things to these resident aliens, it was

5   a situation where not only the election system was put

6   in jeopardy, but these victims -- we considered the

7   resident aliens to be victims because, in fact, she

8   had subjected them to a situation where, if they were

9   prosecuted, there could be ramifications for them as

10  well.

11          In terms of the outcome of the election

12  which you asked about, the testimony at trial showed

13  that the noncitizen votes did affect the outcome of

14  the election. In that case, it was a three-way race.

15  The defendant received 229 votes. Her runners up

16  received 211 and 210 respectively. And after the

17  count was had, the two lower tallied candidates had to

18  do a coin flip in order to determine who was going to

19  be in the runoff. And then as the D.A -- local D.A.

20  who helped prosecute the case said the defendant's

21  conduct "would have swayed the entire election."

22          SEN. HEGAR:  Thank you.  I really

23  appreciate that.  And one thing that you said I wanted

24  to make sure I heard that correctly, did you say that

25  your office prosecuted the case or it was the locals,

TX_00004647

USA_00018952

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 11 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 23 of 200

759

1    or did you say that was joint?  I was just curious on

2    that.

3              MR. NICHOLS:  We did it together as we

4    often do.  In many of these cases, we prosecute in

5    conjunction with -- actually in that case it was two

6    local D.A.s.

7              SEN. HEGAR:  Okay.

8              MR. NICHOLS:  The case originated in

9    Calhoun County.  That was where the city councilwoman

10   was from where the election was had.  The case was

11   moved under change of venue to Jackson County, and so

12   we actually had two local elected D.A.s that were

13   involved in that case.

14             SEN. HEGAR:  Okay.  Great.  Thank you

15   very much for your testimony.  I appreciate it.  Thank

16   you.

17             SEN. DUNCAN:  Sen. Davis?

18             SEN. DAVIS:  Hello, Mr. Nichols.  Thank

19   you for waiting so long to come before us today and

20   present your testimony.  I just have a couple of

21   questions for you.  A moment ago -- I want to make

22   sure I heard you correctly.  You said that from August

23   of 2002 to the present 192 referrals of voter fraud --

24   alleged voter fraud had been made to the Office of the

25   Attorney General?

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004648
JA_004071

TX_00004648

USA_00018953

```
 1              MR. NICHOLS:  That's correct, alleged
 2    election code violations.
 3              SEN. DAVIS:  Okay.  And that you act
 4    only on referrals because you don't have the manpower
 5    and the ability to go out policing polling places
 6    through the Attorney General's Office?
 7              MR. NICHOLS:  And, Senator, it's not
 8    really just a manpower issue, but it's just a mandate
 9    issue.  We're not intended to be the -- a front-line
10    monitor of the elections.
11              SEN. DAVIS:  Understood.  Of those 192
12    referrals, you broke them down in terms of where the
13    referrals came from.  You also broke them down with
14    regard to the type of elections in which those
15    referrals occurred.  Can you tell me -- and I'm sure
16    you said this a moment ago, but I didn't catch it --
17    how many prosecutions resulted from those 192
18    referrals?
19              MR. NICHOLS:  It was 30.
20              SEN. DAVIS:  Thirty, okay.  And I think
21    you did this a moment ago, too, but I didn't catch all
22    of it.  Can you break down of the 30 prosecutions the
23    categories in which each of those were prosecuted?
24              MR. NICHOLS:  Categories as with respect
25    to the type of election or --
```

TX_00004649

USA_00018954

```
 1              SEN. DAVIS:  Exactly -- no, not the type
 2    of election, but the type of fraud that occurred that
 3    you were prosecuting.
 4              MR. NICHOLS:  I don't have those figures
 5    for you.  I can tell you generally that some involved
 6    the abuse of the mail-in ballot process, some involved
 7    campaign finance violations, unlawful conduct of
 8    polling places and other obstruction, but I could
 9    break those down for you further if you want me to get
10    you that information.
11              SEN. DAVIS:  Okay.  I would appreciate
12    it if you would do that breakdown for us and supply it
13    to the Members.
14              You did say I think a moment ago that
15    one of those cases involved a voter impersonation, and
16    that was the situation where a woman sent in a mail-in
17    ballot of her deceased mother.  Correct?
18              MR. NICHOLS:  That's one of the cases,
19    yes.
20              SEN. DAVIS:  Okay.  I am reading a
21    communication from our Attorney General Greg Abbott.
22    It was an Internet communication titled Let's Stamp
23    Out Voter Fraud in Texas.  And in that communication
24    the Attorney General states that "Voter fraud is
25    occurring on a large scale when viewed statewide, and
```

762

```
 1   consequently our state elections are significantly

 2   impacted.  We must redouble our efforts to stem this

 3   epidemic."  And again, that's dated March 1, 2006.

 4   But I want to make sure I understood you a moment ago.

 5   This epidemic involved 192 referrals made from your --

 6   made to your office from August 2002 to the present?

 7             MR. NICHOLS:  If your question is did we

 8   receive -- did our office receive 192 referrals during

 9   that period you mentioned, that's correct.

10             SEN. DAVIS:  Okay.  And then further in

11   that communication -- and this goes to support the

12   answers that you gave to Senator Huffman a moment ago.

13   Attorney General Abbott talks about the $1.5 million

14   grant and the way in which he's going to use that

15   grant through the powers of his office.  And he states

16   that "Officers from the Special Investigation Unit

17   have been visiting key counties across the state to

18   conduct voter fraud training for law enforcement.

19   Included among these counties are the 14 where my

20   office has previously investigated or prosecuted

21   alleged election code violations.  In addition to the

22   ones mentioned above, the list includes comal, Floyd,

23   Harris, Hidalgo, Jim Wells, Parker, Robertson, Tarrant

24   and Waller Counties.  Criminal investigators from SIU

25   are also visiting 30 other Texas counties with
```

TX_00004651

USA_00018956

763

1 populations of at least 100,000. Together these 44

2 counties contain more than three quarters of eligible

3 registered voters in the state. As of mid February, a

4 total of 519 officers had attended 76 sessions

5 offered." And again, this was a communication on

6 March 1, 2006.

7 With the expenditure of that

8 $1.5 million grant which went to aggressively train

9 law enforcement throughout our state and which, of

10 course, was used in part, I think you said, for

11 purposes of rooting out and prosecuting voter fraud to

12 quote the statement by the Attorney General in this

13 communication, with all of that money and all of that

14 training and all of this focus on what is an effort

15 "to stem an epidemic," from August 2002 to the

16 present, there were only 192 referrals made and

17 investigations pursued by the Attorney General's

18 Office of election fraud allegations in the State of

19 Texas?

20 MR. NICHOLS: Senator, it was a lot in

21 that question, but I think I tried to clarify in

22 response to an earlier question about the 1.5. So to

23 the extent that anyone is operating under a

24 misapprehension that that 1.5 million was spent on

25 election code cases alone, that's what I was trying to

TX_00004652

USA_00018957

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 16 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 28 of 200

764

```
 1   clear up for the record.

 2             But again, if your question to me is not

 3   taking into account local prosecutors, what referrals

 4   our agency has seen to the three sources I talked

 5   about, you're correct, it's 192 over the time period

 6   August 2002 to the present.

 7             SEN. DAVIS:  Thank you very much,

 8   Mr. Nichols.  I don't have any further questions.

 9             SEN. DUNCAN:  The Chair recognizes

10   Sen. Wentworth.

11             SEN. WENTWORTH:  Mr. Nichols, it's

12   pretty late, and I didn't hear everything that was

13   said, but I want to make sure I did understand because

14   I had heard it repeated several times that your office

15   hadn't spent $1.4 million on this.  I think in

16   response to Senator Huffman you reported that, in

17   fact, it's not $1.4 million.  It's not even $100,000.

18   It's less than $100,000.  So $1,300,000 plus went to

19   other things from that grant rather than election

20   fraud cases.  Did I -- did I hear that correctly?

21             MR. NICHOLS:  Yes, sir.  And in fact --

22             SEN. WENTWORTH:  What was -- what was

23   the exact figure?

24             MR. NICHOLS:  Yes, sir.  There were two

25   figures.  The initial grant was funded at 1.4.  It was
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004653
JA_004076

TX_00004653

USA_00018958

765

1    renewed for another year through the Governor's Office

2    for 1.9.  So actually ultimately there was a total of

3    3.3 in grant funding for the Special Investigations

4    Unit, which $3.1 million was ultimately spent by the

5    SIU.  And of that $3.1 million, $93,579 was spent on

6    election code cases.  Now, of course, we've spent more

7    money than that on election code cases and

8    prosecutions, but the suggestion that $1.4 million in

9    grant funding was spent to prosecute 30 cases is -- is

10   completely inaccurate.

11              SEN. WENTWORTH:  Thank you, sir.

12              SEN. DUNCAN:  The Chair recognizes

13   Sen. Shapleigh.

14              SEN. SHAPLEIGH:  Thank you, Mr. Chair.

15              Mr. Nichols, I believe Sen. Huffman is

16   going to offer this exhibit.  You and I looked at it.

17   This was prepared by you and your office.  I think

18   it's going to be hopefully Exhibit No. 38.  I'm

19   looking here at SIU funding.  Here is what this says.

20   "The initial $1.9 million DOJ grant was renewed for

21   approximately $2.0 million.  To date the OAG has

22   resolved 22 election fraud prosecutions at a cost of

23   $600,000.  Of those 22, eight election fraud

24   indictments are now pending."

25              So can you tell us of the 22 election

TX_00004654

USA_00018959

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 18 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 30 of 200

766

```
 1    fraud prosecutions, which are the sum of the activity

 2    from the 192 referrals, how many involved minorities?

 3                    MR. NICHOLS:  How many involved what,

 4    sir?

 5                    SEN. SHAPLEIGH:  Minorities.

 6                    MR. NICHOLS:  I can't tell you.  I don't

 7    track cases by that.  I would never do that.

 8                    SEN. SHAPLEIGH:  Okay.  Thank you.

 9                    SEN. DUNCAN:  There are no other members

10    in queue for this witness.  You are excused,

11    Mr. Nichols.

12                    MR. NICHOLS:  Thank you.

13                    SEN. DUNCAN:  Thank you for your

14    testimony.

15                    The Chair recognizes Sen. Watson to

16    introduce an exhibit.

17                    SEN. WATSON:  Thank you, Mr. Chairman.

18    When the Deputy Secretary of State was here, I

19    identified with him an exhibit that was a page from

20    the House, a report that they had made from the

21    Secretary of State's Office to the House Elections

22    Committee that had two categories.  It was voter --

23    registered voters since January 1, 2006 was in the

24    upper category, and then there was a breakdown, and

25    then all statewide voters.  That has been marked as
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004655
JA_004078

TX_00004655

USA_00018960

```
 1    Exhibit No. 38, and I would offer that as part of the
 2    record.
 3                    SEN. DUNCAN:  All right.  Senator, it
 4    will be made a part of the record, Exhibit 38.
 5                    (Exhibit No. 38 marked and admitted)
 6                    SEN. DUNCAN:  Sen. Huffman, for what
 7    purpose?
 8                    SEN. HUFFMAN:  Yes, Mr. -- I just need
 9    to offer the exhibit that Mr. Nichols testified from.
10    It will be Exhibit No. 39 for the record.
11                    SEN. DUNCAN:  Would you describe it?
12                    SEN. HUFFMAN:  It is the facts of the
13    Special Investigations Unit that gave the numbers of
14    the amounts spent on the prosecutions that Mr. Nichols
15    testified to, and he was questioned by Sen. Davis and
16    Sen. Shapleigh.
17                    SEN. DUNCAN:  That will be Exhibit 39.
18    Correct?
19                    SEN. HUFFMAN:  Yes, yes.
20                    SEN. DUNCAN:  All right.  It will be
21    placed into the record.
22                    (Exhibit No. 39 marked and admitted)
23                    SEN. HUFFMAN:  Thank you, sir.
24                    SEN. DUNCAN:  Sen. Williams, for what
25    purpose?
```

TX_00004656

USA_00018961

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 20 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 32 of 200

768

```
 1              SEN. WILLIAMS:  Mr. Chairman, I have two

 2    documents that I'd like to enter into the record.  One

 3    is the Supreme Court Case William Crawford vs. Marion

 4    County Election Board, and the other document is the

 5    amicus brief that the State of Texas filed with the

 6    Supreme Court of the United States in the same case.

 7              SEN. DUNCAN:  Okay.  I believe the case

 8    would be Exhibit No. 40, and the amicus brief that you

 9    referred to would be Exhibit 41.

10              SEN. WILLIAMS:  Thank you, Mr. Chairman.

11              SEN. DUNCAN:  And they will be admitted

12    in the record.

13              (Exhibit Nos. 40 and 41 marked and

14    admitted)

15              SEN. DUNCAN:  All right.  Members, that

16    concludes the invited testimony.  I will now at this

17    point in time -- here is the intent of the Chair, is

18    to move into our public testimony.  We have been going

19    about two hours, so it's time for our court reporter

20    to take a break.

21              But before we do that, I'm going to read

22    the names of those ten witnesses that we will ask for

23    you to come to the registration desk, and you'll be

24    admitted and made ready to enter the chamber and give

25    your testimony.  And then as that process goes on,
```

TX_00004657

USA_00018962

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 21 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 33 of 200

769

```
 1    we'll sooner -- we will call at some time later ten
 2    more witnesses and ask you to report.
 3                Again, at this point in time, we will
 4    invoke the 30-minute rule again.
 5                (Inaudible)
 6                SEN. DUNCAN:  No, the 30-minute rule
 7    will mean that if you -- if your name is called and
 8    you haven't arrived in 30 minutes, then you would lose
 9    your opportunity to testify.  So please -- please try
10    to adhere to that.  Each witness will have three
11    minutes, and that limit will be strictly enforced.
12                The first witness I'll call is Claire
13    Oxley Gluck; the second witness, Hazel Cotton; the
14    third witness, Cathy Hicks; the next witness
15    James E. Carter; the next is Rusty Hicks; the next
16    is Tina Benkiser; the next is B.R. Skipper Wallace;
17    the next witness is Anita Pruett -- or Privett, I'm
18    sorry, P-R-I-V-E-T-T, 1212 Guadalupe, No. 107, Austin,
19    Texas, League of Women Voters; Mary Ann Collins of
20    Dumas Texas; Rosa Rosales, and those will be the
21    first -- that will be the first panel of witnesses to
22    bring into the chamber one at a time.
23                SEN. FRASER:  Mr. Chairman?
24                SEN. DUNCAN:  Who is this,
25    Sen. Williams?  Sen. Fraser?
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004658
JA_004081

TX_00004658

USA_00018963

770

```
 1                   SEN. FRASER:  A question of the Chair,
 2      please.
 3                   SEN. DUNCAN:  State your question.
 4                   SEN. FRASER:  Could we get a
 5      clarification on the intent of the Chair, is that
 6      obviously these people that have been here all night
 7      and have registered, obviously we want to hear from
 8      all of them, but the question would be that the people
 9      that have registered, are those the people that will
10      be testifying on the bill?  And the question would be
11      if someone came in two hours from now and attempted to
12      register, are we -- the testimony that we're hearing,
13      is it going to be for the people that have registered
14      for the bill right now?
15                   SEN. DUNCAN:  It is for people that have
16      registered for the bill.
17                   SEN. FRASER:  If someone attempted to
18      register an hour from now --
19                   SEN. DUNCAN:  Senator, we're still open
20      for public testimony.
21                   SEN. FRASER:  Thank you.
22                   SEN. DUNCAN:  The committee will stand
23      at ease until 7 a.m.
24                   (Recess:  6:50 a.m. to 7:03 a.m.)
25
```

TX_00004659

USA_00018964

771

1          **PUBLIC TESTIMONY**

2          SEN. DUNCAN:  Okay.  Members, we are now

3    ready to begin our public testimony.  I'll give you

4    just a second to take your seats.

5          (Brief pause)

6          All right.  The Chair will call the

7    first public witness, Claire Oxley Gluck.  Ms. Gluck,

8    please approach, state your name, who you represent.

9    You have three minutes.

10         **TESTIMONY BY CLAIRE OXLEY GLUCK**

11         MS. GLUCK:  Mr. President, Distinguished

12   Senators, I'm Claire Oxley Gluck from Boerne in

13   Kendall County, Sen. Wentworth's district.  Thank

14   you -- I'm representing myself.  Thank you for this

15   opportunity to testify on an issue of fundamental

16   importance to our democracy, the right to vote.

17         My husband, who is Jewish, has often

18   quoted a poem from Martin Niemoller which I would like

19   to paraphrase to illustrate what is at stake.  "In

20   Texas they first disenfranchised the homeless, and I

21   did not speak up because I was not homeless.  Then

22   they disenfranchised the poor and elderly, and I

23   didn't speak up because I wasn't poor or elderly.

24   Then they disenfranchised the students, and I didn't

25   speak up because I wasn't a student.  And then they

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004660
JA_004083

TX_00004660

USA_00018965

772

```
 1    disenfranchised me, and there was no one left who
 2    would speak up."  So I must now speak up clearly.
 3              We in this chamber are, for the most
 4    part, people of privilege.  We are educated and so we
 5    know how to fight for our rights.  We have homes and
 6    so we have addresses.  We have cars so we have
 7    driver's licenses.  We would not be affected
 8    personally by Senate Bill 362, but we have a duty to
 9    ensure that no Texan is prevented from voting for lack
10    of a government-issued photo ID.
11              It's important to reiterate that we all
12    want fair elections.  They are the cornerstone of our
13    democracy.  One element of fairness is the prevention
14    of fraud.  An equally important element is universal
15    suffrage.  The problem with Senate Bill 362 is that it
16    would reduce fairness rather than promote it.  This
17    bill would hinder universal suffrage without
18    addressing the main sources of voter fraud.
19              According to the witnesses we've heard
20    over the last 24 hours and academic studies,
21    nonpartisan studies, voter fraud is most likely to
22    occur in absentee ballots, which this bill would not
23    affect.  Those studies also indicate that it is
24    extremely rare for a person to go to a polling place
25    and vote using someone else's voter registration card.
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004661
JA_004084

TX_00004661

USA_00018966

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 25 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 37 of 200

773

```
 1              I urge you not to pass Senate Bill 362.

 2    It poses a sure threat of disenfranchising legitimate

 3    voters in order to prevent a hypothetical risk of

 4    fraud that has not been shown to occur.  Thank you

 5    very much.

 6              SEN. DUNCAN:  Thank you, Ms. Gluck.  Any

 7    questions, Members?

 8              (No response)

 9              SEN. DUNCAN:  The Chair the hears none.

10    I appreciate your testimony today.

11              The next witness is -- I think she has a

12    handout, and that will be exhibit -- Ms. Oxley's

13    handout is Exhibit No. 42, and it will be admitted

14    into the record.

15              (Exhibit No. 42 marked and admitted)

16              TESTIMONY BY HAZEL COTTON

17              SEN. DUNCAN:  The Chair calls Hazel

18    Cotton.  Ms. Cotton, you have three minutes.  State

19    your name and who you represent.

20              MS. COTTON:  I'm Hazel Cotton.  I'm from

21    Texarkana, Texas.  I am an election judge now.  I have

22    worked elections since the year 2000 in every capacity

23    imaginable, clerk, poll worker, alternate judge,

24    presiding judge.  I have been presiding judge over

25    eight elections starting in May 2006, which was a
```

TX_00004662

USA_00018967

1   local election.

2           Sen. Fraser talked about a lady in a

3   funny hat that came to the poll twice with two

4   different voter registration cards and attempted to

5   vote both.  I have a similar situation that happened

6   to me in the 2000 General Election.  It was my first,

7   and the day was barely two hours old when a man came

8   in in an unusual western shirt.  He presented me with

9   his voter card.  I looked him up on the roll, found

10  him and he voted.

11          You can imagine my surprise when an hour

12  later he came in again and got in the other line as we

13  were working two lines at the same time.  He was going

14  to vote.  I saw him, and the election judge also saw

15  him.  She stared him down, and he left in a hurry.  He

16  was going to vote twice if he had not had on that

17  unusual shirt.  This could have been prevented had we

18  had a decent voter ID law in place.

19          A lot of issues have been raised in the

20  past 24 hours regarding ID cards.  This is the 21st

21  century.  In theory everyone should have a picture ID.

22  We use them for everything, as we mentioned earlier,

23  from cashing a check to going through an airport.

24  There are people who don't drive or can't drive.  They

25  can go to the Department of Public Safety and get an

TX_00004663

USA_00018968

```
 1    ID card at a reasonable cost.

 2              There is a blind woman who votes at my

 3    poll nearly every election.  She uses such an ID card.

 4    I also am legally blind, and I have an ID, a picture

 5    ID that I wouldn't leave home without.  I do use it,

 6    and I would encourage you-all to -- for the reasons I

 7    have stated to pass the voter ID bill.  Thank you very

 8    much.

 9              SEN. DUNCAN:  Thank you, Ms. Cotton.

10    Ms. Cotton has written testimony.  It's marked as

11    Exhibit No. 43.  It will be admitted into the record.

12              (Exhibit No. 43 marked and admitted)

13              SEN. DUNCAN:  Are there any questions of

14    the witness?  The Chair hears none.

15              SEN. SHAPLEIGH:  Mr. Chair?  Mr. Chair,

16    may I ask one question?

17          **QUESTIONS FROM SENATE FLOOR**

18              SEN. DUNCAN:  Sen. Shapleigh, you're

19    recognized.

20              Ms. Cotton, your -- we have a question.

21              SEN. SHAPLEIGH:  I'm sorry.  I just need

22    to know the final end of the story here.

23              MS. COTTON:  Oh.

24              SEN. SHAPLEIGH:  Did you let him vote

25    the second one -- the second time?
```

TX_00004664

USA_00018969

776

1          MS. COTTON:  Okay.  The second time the

2     presiding judge saw the man, and they got into a

3     staring contest at which time he left the poll.

4          SEN. SHAPLEIGH:  So he did not vote the

5     second time?

6          MS. COTTON:  He did not vote.  He

7     actually left in a hurry.  He left in a dead trot.

8          SEN. SHAPLEIGH:  Thank you.

9          MS. COTTON:  Uh-huh.

10         SEN. DUNCAN:  Thank you, Ms. Cotton.

11         MS. COTTON:  Anything else?

12         SEN. DUNCAN:  Members, any other

13    questions?

14         (No response)

15         SEN. DUNCAN:  All right.  The Chair

16    hears none.

17         The next witness is Kathy Hicks.

18         **TESTIMONY BY KATHY HICKS**

19         MS. HICKS:  I would like to thank

20    everyone.

21         SEN. DUNCAN:  Ms. Hicks, state your name

22    and who you represent.  You have three minutes.

23         MS. HICKS:  My name is Kathy Hicks.  I'm

24    from Bowie County.  I would like to thank all the

25    Texas Senators here for the opportunity to speak in

TX_00004665

USA_00018970

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 29 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211-1 Filed 06/20/12 Page 41 of 200

777

1    front of you.

2              I have been studying election

3    irregularities since 1992 and a poll watcher since

4    1996.  I have a sworn affidavit from a Mr. Ira Stewart

5    of Bowie County that was made available to me through

6    American International Investigators out of De Leon,

7    Texas.

8              On Mr. Ira Stewart's absentee by mail

9    application that he did not request nor did he sign,

10   the name "Ora Stewart" is filled in and the signature

11   is signed.  There was no registration number or

12   application on the application by mail nor one filled

13   in when stamped by the clerk.

14             I would like to read you his statement.

15   "My name is Ira Stewart.  I'm above the age of 18

16   years and am of sound mind.  I have a personal

17   knowledge of the facts stated herein under oath as

18   follows:  I live at 104 Brown in Texarkana, Bowie

19   County, Texas.  I received an absentee ballot in the

20   mail.  I don't remember how a ballot was mailed to me

21   or why.  Willie Ray came by my house and asked me to

22   sign the blank ballot.  I did not fill it in.  The

23   ballot -- I did not fill the ballot in.  The ballot --

24   but I did sign it.  Ms. Ray then took my ballot and

25   told me that she would take care of it.  Mr. Don

TX_00004666

USA_00018971

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 30 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 42 of 200

778

```
 1    Praiznor wrote this statement for me at my request.
 2    This completes my statement."
 3                    As you-all will see, I made 40 copies.
 4    Everybody has one.  He cannot barely even sign his
 5    name.  On his applications, they are signed as it was
 6    on his voter registration card back in 1988.
 7                    Back in 1996 we had a County Clerk named
 8    Marylene Megason.  She was indicted.  She was removed.
 9    I don't have a fact -- you will see as his voter
10    registration card will show, there is an "i" inside of
11    that "o."  We believe that the County Clerk was in on
12    helping change his application.
13                    I also have here a Ms. Doris Harene
14    Miles where she states she did not request or fill out
15    an application for ballot by mail, and she doesn't
16    know why she received an absentee ballot by mail.  She
17    stated that Willie Ray got her to fill out the
18    absentee ballot, and Ms. Ray put the postage stamp on
19    it, a sickle cell postage stamp, and took it.  She
20    later on went to the polls, and they said "oh, no, you
21    have voted."  So she did not get to vote, but actually
22    she did vote, but she was confused because she didn't
23    request the ballot, but the ballot came to her.
24                    Also here I have a statement -- I'm
25    going to leave it with you because I didn't make 40
```

TX_00004667

USA_00018972

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 31 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 45 of 200

779

```
 1    copies -- which shows that Willie Ray came by another

 2    lady's house by the name of the Jolene -- did the same

 3    set up, she came by, she got the application, she came

 4    back when the ballot got there, but she told her how

 5    to vote because Murphy could care less how she voted.

 6    I'd like to leave this with you.

 7              SEN. DUNCAN:  All right.  Thank you for

 8    your testimony.  Ms. Hicks has presented written

 9    testimony, which will be Exhibit No. 44.  It will be

10    admitted into the record.

11              (Exhibit No. 44 marked and admitted)

12              SEN. DUNCAN:  Are there any questions of

13    Ms. Hicks?

14              (No response)

15              SEN. DUNCAN:  Thank you, Ms. Hicks, for

16    your testimony in the Texas Senate.

17              TESTIMONY BY JAMES E. CARTER

18              SEN. DUNCAN:  The next witness is

19    James E. Carter.  Mr. Carter, would you please

20    approach, state your name, who you represent?  And you

21    have three minutes.

22              MR. CARTER:  James Carter.  I'm going to

23    be speaking to you from two positions.  One I have --

24    I am serving as the training officer for the Bell

25    County Republican Executive Committee under the
```

TX_00004668

USA_00018973

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 32 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 44 of 200

780

1    provisions of 32.113 of the election code, which

2    mandates that training be provided; secondly as an

3    election judge, and I have been an election clerk and

4    judge since about 1990 on my own in the precinct.

5           The training that I mentioned is given

6    to the election judges and clerks.  It is based on

7    material provided by the Secretary of State and a

8    handbook that's called the -- Training for the Judges

9    and Clerks put out every two years.  The current

10   version is 2008-2009.  A copy of that is provided to

11   each election worker.  It is of such a nature that it

12   can be taken to the polls for reference purposes.

13          However, here is the key thing:  The

14   majority of these election workers may have worked

15   only one, two, possibly three elections in a two-year

16   period.  Some are working for the first time, and yet

17   they are expected to perform and serve anywhere from

18   30 to 50 percent of their precinct's eligible voters

19   on election day.  That is a tremendous amount of

20   people to process in a short period of time, and yet

21   they're expected to do it perfectly.

22          They take an oath to protect the

23   integrity and purity of the election before the polls

24   open.  They take that oath very seriously and become

25   very concerned when they lack a key tool to prove that

TX_00004669

USA_00018974

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 33 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 45 of 200

781

1    the individual appearing before them is who they

2    represent themselves to be.  That is a photo ID that

3    verifies that person is exactly whom they represent.

4           After the polls have closed a couple

5    weeks later, we have become aware that judges and

6    clerks come in and say "I saw a person vote twice."

7    In the Primary, we're told that one person voted in

8    the Republican Primary.  Subsequently later that

9    person was seen to exit the Democrat side on the other

10   side.

11          We need to pass this bill to prevent

12   consternation and protect the integrity of our

13   election process.  Thank you.

14          SEN. DUNCAN:  Thank you, Mr. Carter.

15   Members, are there any questions of Mr. Carter?

16          (No response)

17          SEN. DUNCAN:  All right.  The Chair

18   hears none.  Thank you for your testimony.

19          **TESTIMONY BY RUSTY HICKS**

20          SEN. DUNCAN:  Rusty Hicks?  Mr. Hicks,

21   you have three minutes.  Please state your name and

22   who you represent.

23          MR. HICKS:  My name is Rusty Hicks.  I'm

24   a resident of Texarkana, Texas, in Bowie County.  I've

25   been active and concerned about the integrity of the

TX_00004670

USA_00018975

```
 1    election process for many years.  Over this time, I

 2    have discovered many irregularities in the voting

 3    process of Bowie County and the City of Texarkana,

 4    Texas.  After inspecting the sign-in sheets of early

 5    voting in person, including the '08 Primary, it was

 6    discovered that three voters voted early in person

 7    claiming residency at an address no one seems to live.

 8              After further inquiry into this matter,

 9    it was determined that this location was vacant and

10    currently vacant to this day.  This location is 1617

11    Gatling Street in Texarkana, Texas, which is owned by

12    a standing city council member, Willie Ray, who voted

13    using this address.  It has been discovered that

14    Ms. Ray actually resides at 574 County Road 1224

15    outside of Texarkana, Texas, outside the city limits

16    since the year 2000.

17              If a proper and accurate and current

18    photo ID was given at the polling place, the election

19    judge would have discovered that these voters were

20    ineligible to vote from this location.  It is also a

21    major concern that Ms. Ray is not eligible to obtain

22    the city's council status.  What is most alarming

23    about this matter is that Ms. Ray had a lawsuit, state

24    versus -- Ray vs. the State of Texas and claims

25    residency owned -- under oath at 1617 Gatling Street
```

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 35 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 47 of 200

783

```
 1    in this federal lawsuit.
 2                  I appreciate the opportunity to testify
 3    in front of the Texas Senate.  As you hear testimony
 4    for and against this voter ID bill, it is my
 5    experience that voter identification can only improve
 6    the integrity of the election process.  My
 7    recommendation would be to vote yes for SB 362.  And I
 8    do have an exhibit -- two exhibits of current next
 9    door neighbors to this Ms. Ray.  They are sworn and
10    notarized testimony that they have been living next to
11    her for nine years.
12                  SEN. DUNCAN:  All right.  Thank you,
13    Mr. Hicks.  That will be Exhibit 45, and it will be
14    admitted into the record.
15                  (Exhibit No. 45 marked and admitted)
16                  SEN. DUNCAN:  Do you have anything --
17    anything further?
18                  MR. HICKS:  No, sir.
19                  SEN. DUNCAN:  Okay.  Members, are there
20    any questions for Mr. Hicks?
21                  (No response)
22                  SEN. DUNCAN:  All right.  The Chair
23    hears none.  Thank you for your testimony.
24                  Members and also guests, we have -- I'll
25    read the next ten witnesses.  And if you'll report to
```

TX_00004672

USA_00018977

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 36 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 48 of 200

784

1    the registration desk in the front, then you'll be

2    admitted to the chamber:  Dustin Rynders; Marcia

3    Correira of Elgin, Texas; Rene Lara of Austin, Texas;

4    Lee Medley of Santa Fe, Texas; John Watkins of Wells

5    Point; Kenneth Flippin of Austin; Annie M. Banks of

6    Houston; Rachel Hernandez, San Antonio; Renato de los

7    Santos from Dallas; and Judy Holloway of Lakeway.

8    Please report to the registration desk and you'll be

9    admitted.

10                  **TESTIMONY BY TINA BENKISER**

11                  SEN. DUNCAN:  The next witness is

12   Tina Benkiser.  Ms. Benkiser, please state your name,

13   who you represent, and you have three minutes.

14                  MS. BENKISER:  Thank you, Mr. Chairman,

15   Senators.  My name is Tina Benkiser, and I'm Chairman

16   of the Republican Party of Texas.  I'm here to talk

17   about election integrity, specifically safeguarding

18   one of our most precious rights, the right to govern

19   ourselves.

20                  In choosing leaders, nothing is more

21   important than voter confidence that our elections are

22   fair and just.  Vote fraud erodes that confidence, and

23   in close races can result in unjust results.

24   Moreover, every single fraudulent vote cancels out a

25   valid vote by a hard-working Texan and undermines the

TX_00004673

USA_00018978

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 37 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 49 of 200

785

1  election process.  Requiring a photo ID is a simple

2  common-sense tool to help ensure fair elections and

3  just outcomes.

4        The majority of votes in an election are

5  still cast on election day or at the polling place,

6  and the process is vulnerable to fraud.  In person,

7  voter fraud is nearly impossible to detect at the time

8  if no photo ID is required, and it's rarely detected

9  afterwards unless an election contest occurs, and

10  those are rare, they are time consuming, and they are

11  expensive.  And only in such cases can the immediate

12  effects of the fraud be reversed.

13        Requiring photo ID simply helps election

14  workers make sure that the person casting the vote at

15  the ballot box is the same qualified registered voter

16  that's listed in the poll book.  In this age with more

17  than 40 million Americans moving every year and about

18  13 million voters in Texas, election judges just

19  cannot know everyone that comes to the polls,

20  especially in urban areas.  So it's just common sense

21  that presenting a photo ID that matches the poll book

22  will better protect voters' rights.

23        Where photo ID has been instituted,

24  the process has been fairly easy.  Contrary to

25  critic-style warnings, experience has shown no real

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004674
JA_004097

TX_00004674

USA_00018979

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 38 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 50 of 200

786

1    problems in requiring photo ID to vote.  In Indiana

2    and Michigan, it went into effect, 99 percent of the

3    voting age population already had the required ID.

4    Those who didn't voted a provisional ballot, and if

5    they were eligible, the vote counted.

6              In looking at the impact of photo ID on

7    voting behavior, one scholar has noted that critics'

8    claims of coming to disenfranchisement are nothing

9    more than irresponsible and ignorant exaggeration.

10   You've heard testimony today that voter turnout

11   increases, and the effect of photo ID was positive for

12   counties with greater percentage of minorities and

13   families in poverty.

14             In last year's election, states with the

15   most stringent requirements had significantly higher

16   turnout than did neighboring states with similar

17   demographics that did not require the same.  The real

18   problem is that identity theft and voter impersonation

19   are still alive and well.  We've seen that in New

20   York, we've seen huge scandals in Washington,

21   Michigan, Missouri, Wisconsin and even next door in

22   Louisiana.

23             The widespread popularity of voter ID

24   suggests the general public is concerned about voter

25   dilution for ineligible voters.  Photo ID is common

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004675
JA_004098

TX_00004675

USA_00018980

1   sense.  To ensure public confidence, I ask that you

2   support Senate Bill 362.  Thank you.

3               SEN. DUNCAN:  Thank you, Ms. Benkiser.

4               Are there any questions of the witness?

5               (No response)

6               SEN. DUNCAN:  All right.  The Chair

7   hears none.  Thank you for your testimony.

8          **TESTIMONY BY B.R. SKIPPER WALLACE**

9               SEN. DUNCAN:  The Chair calls B.R.

10  Skipper Wallace of Lampasas.  Mr. Wallace, state your

11  name and who you represent, and you have three

12  minutes.

13          MR. WALLACE:  My name is Skipper

14  Wallace.  I represent the Texas Republican County

15  Chairmen's Association.  I've been a county chairman

16  for 17 years.

17               Since the days of LBJ in Duval County in

18  1948, we've known we've had a problem with voter

19  identification at the polls.  We've had a recent

20  Rasmussen Poll on January 22, 2008 that showed

21  67 percent overall favored voter ID, 75 percent

22  Republicans, 63 percent Democrats and Independents,

23  and they all support voter ID.

24               Indiana -- we have an Indiana Supreme

25  Court decision that says it's not a substantial burden

TX_00004676

USA_00018981

1    to have to get a voter ID.  We have 12.7 million

2    registered voters at the last Primary.  We have

3    14 million DPS driver's licenses that are issued.  We

4    have 4 million Texas ID cards that have been issued,

5    and we have another 5.3 million governmental IDs

6    issued.  The voting age population is 17.7 million.

7    You guys can the do the math.  I don't have to add it

8    up for you.

9            I have a brother Sam.  He has cerebral

10   palsy.  I've heard lots of testimony about the

11   handicap and elderly.  I have a mother that's 87 years

12   old.  Both of them have photo IDs.  I asked them how

13   much trouble it was to get them.  They said "Well, all

14   you had to do was go down to the DPS office.  That was

15   the biggest problem."  I asked my brother -- the only

16   thing he can do for himself is breathe and work the TV

17   controller.  And he said it was some trouble getting

18   down to the -- to the DPS office.  However, he said

19   his right to vote and maintaining that right to vote

20   was much more important than any inconvenience that he

21   would have to go through to get his photo ID.

22           I've been an Election Official for 17

23   years.  It is a simple fact that unless you know the

24   person coming in to the polling place personally that

25   you cannot refute who they are.  It's impossible to

TX_00004677

USA_00018982

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 41 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 53 of 200

789

1    prove voter impersonation at the polls unless you

2    personally know the person or the ID card.  It just --

3    and that's the reason we don't have any cases.

4            I have confidence in the voting system.

5    I think we need to take an ounce of prevention instead

6    of a pound of cure and pass this Senate Bill 362.

7    Thank you.

8            SEN. DUNCAN:  Thank you, Mr. Wallace.

9    Members, are there any questions of Mr. Wallace?

10            (No response)

11            SEN. DUNCAN:  The Chair hears none.

12    Thank you for your appearance at the Texas Senate.

13            MR. WALLACE:  Thank you.

14            **TESTIMONY BY ANITA PRIVETT**

15            SEN. DUNCAN:  The Chair calls Anita

16    Privett.  Ms. Privett, please state your name and who

17    you present.  Before you begin, we have your written

18    testimony as Exhibit 46.  It will be admitted into the

19    record.

20            (Exhibit No. 46 marked and admitted)

21            SEN. DUNCAN:  Thank you.  You have three

22    minutes.

23            MS. PRIVETT:  I'm Anita Privett.  I

24    represent the League of Women Voters of Texas.  The

25    League of Women Voters of Texas supports full voter

TX_00004678

USA_00018983

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 42 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 54 of 200

790

1  participation and opposes efforts that may create

2  barriers blocking this participation.

3           We have real concerns that Senate

4  Bill 362 creates needless barriers to citizen voter

5  participation and does not address the issue of

6  election fraud.  It's been suggested that with the

7  requirement of a photo ID at the polling place

8  election fraud will be eliminated.

9           However, researchers have not found

10  widespread fraud that would be caught by photo --

11  photo ID.  If we are to rely on a driver's license for

12  a photo ID, we find that those who do not have a

13  driver's license are more likely to be elderly,

14  disabled, poor, a member of a minority community or

15  have an illness that makes it unsafe to drive.

16           Also there are many Texas woman who have

17  both a valid voter registration card and a Texas

18  driver's license, but the names do not match because

19  of a recent divorce or marriage.  These woman will be

20  inconvenienced when they attempt to vote, and it is

21  entirely possible that it could keep some of them away

22  from the polls.

23           Currently the Texas on-line poll workers

24  training can be completed in 60 minutes or less.

25  Section 3E of this training, qualified voters,

TX_00004679

USA_00018984

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 43 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 55 of 200

791

1    indicates that there are ten possibilities with

2    instructions on how to handle each one.  What would it

3    take to get this training expanded to include the many

4    possibilities to look for while determining whether

5    the photo and accompanying documents meets the photo

6    ID requirements?  The goal must be to provide training

7    so that reasonable people will come to the same

8    conclusion when qualifying voters.

9            Obviously there are costs to Texas in

10   this bill that are not addressed.  Some costs include

11   issuing photo IDs for those who don't have them,

12   writing and providing training and making sure that

13   each citizen knows about these changes.  Only

14   one-third of the counties in Texas have Websites that

15   can get information to their citizens in this

16   country -- in their county.  I'm sorry.

17           Voting is the most fundamental

18   expression of citizenship.  Breaking down barriers to

19   citizen voter participation, from literacy tests to

20   poll taxes, has been a constant battle for those of

21   who believe that all citizens should be able to

22   exercise their right to vote.  We support full voter

23   participation by all eligible Americans, not

24   restrictions.  Thank you for this opportunity to share

25   our views.

TX_00004680

USA_00018985

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 44 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 56 of 200

792

```
1              SEN. DUNCAN:  Thank you, Ms. Privett.
2    We appreciate your appearance today.  Are there any
3    questions for Ms. Privett?
4              (No response)
5              SEN. DUNCAN:  All right.  The Chair
6    hears none.
7         TESTIMONY BY MARY ANN COLLINS
8              SEN. DUNCAN:  The Chair calls Mary Ann
9    Collins.  Ms. Collins, you have three minutes.  State
10   your name and who you represent.
11             MS. COLLINS:  I'm Mary Ann Collins.  I
12   represent myself.  I have been an election judge for
13   27 years and a poll watcher at early voting and the
14   ballot board off and on for years.
15             In '06 I was a poll watcher at a
16   location in Dallas and just standing there watching,
17   and all of a sudden here comes this lady with purple
18   hair.  Needless to say that got my attention, just
19   went on.  That afternoon I look around and here comes
20   the purple hair again.  I thought "No, that can't be
21   because she's already been through the qualifying
22   table," and that's what I naively thought.  It dawned
23   on me later she was voting on somebody else's
24   certificate.
25             So several days after the whole election
```

TX_00004681

USA_00018986

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 45 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 57 of 200

793

1   was over, a clerk at that polling place who was there

2   the day that I was called me about a completely

3   unrelated matter, and I said to her "I think there was

4   a lady there who voted twice." She said, "Oh, yes, I

5   know exactly who you mean. I asked her if she hadn't

6   been here before, and she said no."

7           Now, I will say that after -- I figured

8   out what happened on the day I saw all this. I did

9   call the District Attorney's Office. Of course, it's

10  what we've already said today, it's very hard to

11  prosecute these things because I had no information.

12  I didn't know the lady's name. It didn't dawn on me

13  until too late about what happened.

14          But my point about all of this is

15  anybody that has got more than one voter registration

16  card, no matter where they got it, could make the

17  rounds of at least six early voting locations in one

18  day in Dallas. So that is where we have a huge

19  problem.

20          Just one other little sideline that I

21  would like to mention is that I was a poll watcher for

22  the ballot board in Dallas County. This ballot board

23  is chaired by a Democrat. And in order to be a poll

24  watcher on that board, I had to submit a voter

25  registration card and a picture ID. Thank you.

TX_00004682

USA_00018987

794

```
 1              SEN. DUNCAN:  Thank you, Ms. Collins.
 2      Are there any questions of the witness?
 3                   (No response)
 4              SEN. DUNCAN:  All right.  The Chair
 5      hears none.  We appreciate your testimony today.
 6                 TESTIMONY BY ROSA ROSALES
 7              SEN. DUNCAN:  The Chair calls Rosa
 8      Rosales of Washington, D.C., the League of United
 9      Latin American Citizens.  Would you please -- before
10      you begin, you have written testimony.  That will be
11      admitted as Exhibit 47.
12                   (Exhibit No. 47 marked and admitted)
13              MS. ROSALES:  Thank you.
14              SEN. DUNCAN:  Hold on just a second.
15              MS. ROSALES:  And I'm from San Antonio,
16      Texas.  The main office is in Washington, D.C.
17              SEN. DUNCAN:  And if you could just for
18      the record, state your name and --
19              MS. ROSALES:  My name is Rosa Rosales.
20      I'm the National President of the League of United
21      Latin American Citizens.  On behalf of the League of
22      United Latin American Citizens, I thank the Texas
23      State Committee of the Whole for providing me this
24      opportunity to discuss our concerns in opposition to
25      the Texas Senate Bill 362.
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004683
JA_004106

TX_00004683

USA_00018988

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 47 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 59 of 200

795

```
 1              We firmly believe that this legislation
 2    will disenfranchise thousands of Texas voters, many of
 3    them minority and elderly, disabled and women.  We
 4    also believe that this legislation will have little
 5    impact in reducing the alleged in-person voting fraud
 6    which the bill is supposed to be designed to prevent.
 7    As made clear by your two-year one point million
 8    investigation by the Attorney General Greg Abbott,
 9    in-person voting fraud is virtually nonexistent in
10    Texas under existing voter regulation.
11              My organization advances the economic
12    condition, educational attainment, political
13    influence, health and civil rights of Hispanic
14    Americans to community-based programs operating in
15    more than 700 LULAC councils nationwide, including
16    over 200 here in Texas.  Among many other activities,
17    LULAC has sought to help Latinos become citizens and
18    registered to vote.  Since our founding in 1929 -- we
19    are 80 years old this year we celebrate -- we have
20    also had to bring the State of Texas to court
21    repeatedly for violating voting rights of Latino
22    citizens within the state.  In the vast majority of
23    the states, these cases we have prevailed, costing the
24    state millions of dollars in legal fees that could
25    have been spent on education and other beneficial
```

TX_00004684

USA_00018989

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 48 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 60 of 200

796

1    programs.

2                  Let me state for the record that if the

3    Texas Legislature passes and the Governor signs

4    legislation that is similar in nature to how -- Senate

5    Bill 362, LULAC will take the State of Texas to court

6    yet again.  We will prevail, and it will cost the

7    state several million more dollars in legal fees at a

8    time when Texas taxpayers can least afford it.

9                  The Texas Election Code already requires

10   the voters -- well, if my time is up, let me just say

11   that we really feel that this Senate Bill 362 does

12   discriminate against minorities, particularly Latinos

13   and blacks and women, disabled, and we strongly urge

14   to reconsider.

15                 One of the things -- and they said it

16   before and I'll say it again -- we've come a long ways

17   from the times they used to say that --

18                 SEN. DUNCAN:  Ms. Rosales --

19                 MS. ROSALES:  -- no dogs, no Mexicans

20   and no blacks allowed in restaurants, drinking

21   fountains and swimming pools.  And we just feel this

22   is another barrier that we do not need.  Thank you so

23   much.

24                 SEN. DUNCAN:  Members, are there any

25   questions of the witness?

TX_00004685

USA_00018990

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 49 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211-11 Filed 06/20/12 Page 61 of 200

797

```
 1                    (No response)
 2                    SEN. DUNCAN:  Okay.  The Chair hears
 3       none.
 4                    SEN. URESTI:  Mr. Chairman?
 5               QUESTIONS FROM SENATE FLOOR
 6                    SEN. DUNCAN:  Oh, I'm sorry.  We do --
 7       Ms. Rosales, we do have a question.
 8                    Senator Uresti, you're recognized.
 9                    SEN. URESTI:  Thank you, Mr. Chairman.
10                    Thank you, Ms. Rosales.  I want to thank
11       you for spending the evening with us, and I also want
12       to thank all of the guests that are here that are
13       either for or against this bill for staying with us
14       and watching the process.  And I say that because all
15       of us appreciate this process.  And so again, for
16       those that spent the evening with us and that are in
17       the gallery, thank you very much.
18                    Ms. Rosales, I know time is short.  I
19       just want to ask a few questions, if I may, to follow
20       up on some of the comments you made earlier.  In
21       particular on Page 3 of your brilliant testimony, you
22       mention that as many as 11 percent of the United
23       States citizens, more than 30 million individuals do
24       not have a government-issued photo identification.
25       And you also mention that 18 percent of seniors,
```

TX_00004686

USA_00018991

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 59 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 62 of 200

798

```
 1    25 percent of African-Americans and 16 percent of
 2    Latinos lack a current government-issued photo ID.  If
 3    you could, could you just expand on that a little bit
 4    and why LULAC is taking the position that they are
 5    with regard to opposing this bill?
 6                MS. ROSALES:  One of the reasons that
 7    LULAC is opposing this bill is the fact that we want
 8    everyone to have that opportunity to vote.  And
 9    studies have shown, that our attorneys have looked
10    over, where those figures -- those statistics that you
11    just mentioned aren't true.  And if you don't have any
12    kind of an ID, whether it's a driver's license or
13    other identification, you will have problems.
14                As it is right now, when a lot of
15    Latinos go to vote and even if they have the voter
16    registration, sometimes there's problems with that,
17    and they've been asked "Do you have still live at this
18    address?"  The question -- there is some kind of
19    intimidation there, but we strongly feel that it is
20    important that every voter votes, and it's important
21    not to have barriers, you know.  We feel that this is
22    just another barrier.  Somebody has said it before,
23    it's like bringing back the poll tax.  You know, a lot
24    of our elderly don't have that money to go get and pay
25    for that ID.
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004687
JA_004110

TX_00004687

USA_00018992

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 51 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 65 of 200

799

```
 1              And also, you know, we talk about this
 2     epidemic of voter fraud, and that's one of the reasons
 3     for this bill when I've been hearing testimony that it
 4     was 192 cases that they found some kind of fraud, and
 5     out of the 192 cases only 30 cases were convicted or
 6     something like that.  To me when millions of Texans
 7     have voted, that is not an epidemic.
 8              SEN. URESTI:  Very well.  Thank you,
 9     Ms. Rosales.
10              SEN. DUNCAN:  Members, before we go to
11     the next witness, let me call out another round of
12     cards.  And if you'll report to the registration
13     desk then you'll be admitted to the chamber:
14     Lydia Camarillo; Edward B. Williams, Kilgore;
15     Madeline Dewar of San Antonio; Helen Villarreal
16     of San Antonio; Roxann Lewis, Galveston County;
17     Mark Williamson of Katy; Vanessa Edwards Foster of
18     Houston; Luis Figuero of San Antonio; Patti Edelman
19     of Austin; Kenneth Koym of Austin; and Joni Ashbrook
20     of Bastrop; and finally Karen Renick of Austin.  Will
21     you please report to the registration desk?
22              Again, I'm going to make one last call
23     for any persons who would wish to testify.  If you're
24     here and you want to testify, please report to the
25     registration desk.
```

TX_00004688

USA_00018993

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 52 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 64 of 200

800

| | |
|---|---|
| 1 | **TESTIMONY BY DUSTIN RYNDERS** |
| 2 | SEN. DUNCAN:  The next -- okay.  The |
| 3 | next witness is Dustin Rynders of Austin.  Please |
| 4 | state your name, who you represent.  Before you begin, |
| 5 | Mr. Rynders has an exhibit, which is his testimony. |
| 6 | It will be admitted as Exhibit 48. |
| 7 | (Exhibit No. 48 marked and admitted) |
| 8 | SEN. DUNCAN:  You have three minutes. |
| 9 | State your name and who you represent. |
| 10 | MR. RYNDERS:  Yes, my name is |
| 11 | Dustin Rynders, and I'm an attorney with Advocacy, |
| 12 | Incorporated, which is the protection and advocacy |
| 13 | system for the State of Texas.  We protect the legal |
| 14 | rights of people within disabilities within the state |
| 15 | I'm here today testifying not only on behalf of |
| 16 | Advocacy, Incorporated, but also on behalf of the |
| 17 | Disability Policy Consortium, which is a consortium of |
| 18 | over 24 disability rights organizations in the State |
| 19 | of Texas. |
| 20 | AI is charged with ensuring individuals |
| 21 | with disabilities full participation in the electoral |
| 22 | process as a part of the Help America Vote Act.  Both |
| 23 | AI and the Disability Policy Consortium oppose Senate |
| 24 | Bill 362 which burdens Texas voters in our sense |
| 25 | because of unnecessary and erroneous voter ID |

TX_00004689

USA_00018994

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 53 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211-1 Filed 06/20/12 Page 65 of 200

801

1     restrictions and requirements, risks disenfranchising

2     hundreds of thousands of voters with disabilities and

3     waste resources that could be redirected at other

4     problems facing the state.

5              We've heard a lot today about differing

6     opinions on what the evidence is of fraud, and my

7     guess is that most of you have made your

8     determinations of what you think that evidence is.  I

9     will tell you that in running a voter hotline across

10    the State of Texas, the majority of calls and

11    complaints we receive and the complaints that we've

12    reviewed from the Secretary of State's Office showed

13    that the real problems in elections in Texas still

14    involve poor handling of voter registration, lack of

15    access to absentee ballot applications, voter

16    intimidations, inaccessible polling places, poorly

17    trained poll workers and violations of the right to

18    assistance for people with disabilities.

19             Texas should address these problems

20    instead of looking at adding barriers to the ballot

21    box, in our view.  Texas already has strong criminal

22    laws to deal with any fraud that does occur, and at

23    least 8 percent or 1,270,000 voting age Texans do not

24    have the most common two forms of a photo

25    identification.

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004690
JA_004113

TX_00004690

USA_00018995

802

1          Texans with disabilities are among the

2     least likely to have a form of state-issued photo ID

3     because many do not drive.  We need photo ID for

4     banking or other activities, which others often assist

5     them with.  While Senate Bill 362 allows those with

6     photo -- without photo identification to present two

7     current nonpreferred forms of ID, such as a utility

8     bill or other piece of government mail, this provision

9     does little to expand access in practical terms.

10    After all, many people with disabilities are less

11    likely to have the numerous forms of nonpreferred

12    identification.

13          For example, many people with

14    disabilities live with relatives in group homes and

15    nursing homes, don't have utility bills.  Even for

16    those who do have two of these documents, many have

17    voted for many years without knowledge of these

18    changing laws.  We've heard a lot today about what has

19    been done and what hasn't been done in this bill as

20    far as voter education.

21          In our experience, training voters with

22    disabilities across the state, written notice is not

23    going to be sufficient.  You're going to need the kind

24    of in-person training that Dennis Borel spoke about

25    earlier, and I would trust that you would consider

TX_00004691
JA_004114

TX_00004691

USA_00018996

803

```
 1    that.
 2                    Also consider the expense.  HAVA Funds
 3    were used to train voters with disabilities in this
 4    state at a cost of $3.5 to $3.6 million each year,
 5    more than the Secretary of State has said they
 6    currently have left in HAVA Funds.
 7                    SEN. DUNCAN:  Thank you, Mr. Rynders.
 8    We appreciate your testimony.  Is there anyone in
 9    the -- any member that would like to ask a question?
10                    (No response)
11                    SEN. DUNCAN:  The Chair hears none.
12    Thank you for your testimony today.
13                    One of the cards that I think got stuck
14    to another card awhile ago, and this is when we were
15    calling persons down to the front registration desk, I
16    would like to add to the names that we previously
17    called, Sylvia A. Mendoza.  Ms. Mendoza, please arrive
18    at the Senate -- at the Senate chamber and the front
19    registration desk, and you'll be admitted to the
20    chamber.
21            TESTIMONY BY MARSHA CORREIRA
22                    SEN. DUNCAN:  The next witness is
23    Marsha Correira.  And please forgive me for my tongue
24    not working right then.  Please state your name and
25    who you represent.  Before you begin, though, let me
```

TX_00004692

USA_00018997

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 56 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 68 of 200

804

1    introduce your written testimony.  Ms. Correira has

2    written testimony, which will be Exhibit 49.  It will

3    be in the record.

4              (Exhibit No. 49 marked and admitted)

5              SEN. DUNCAN:  Okay.  Go ahead.  You can

6    begin.

7              MS. CORREIRA:  My name is Marsha

8    Correira.  I'm from Bastrop County.  Greetings to

9    Senator Hegar.

10             I want to tell you about Mrs. Amanda

11   Jones.  Mrs. Amanda Jones of Bastrop County never

12   drove a car, never had a driver's license nor a

13   passport.  Mrs. Jones was one of the fortunate ones.

14   She had a large loving family network who took care of

15   her -- who took her to DPS and got her photo

16   identification card.  If Mrs. Jones had been without

17   family to help her out and this bill had been in

18   effect last year, she couldn't have cast her last

19   ballot.  It was cast by mail, and she died at

20   (crying).  I'm sorry.

21             There are senior citizens all over Texas

22   just like her, and I'm going to be one if I'm not one

23   already.  I'm sorry.  It's been a long day and a long

24   night.

25             First of all, I want to say if there's a

TX_00004693

USA_00018998

1    criminal out there that's smart enough to get their

2    hands on my voter ID, don't you think -- my voter

3    ID -- my voter certificate, don't you think they'd be

4    clever enough to take my bank statement out of my

5    mailbox or maybe my utility bill?  If it's not photo

6    ID, it's not photo ID.

7            And the purchase of a State of Texas

8    provided ID card and the purchase of the supporting

9    documents to obtain that ID amounts to a fee to vote,

10   a poll tax.  The 24th amendment to the U.S.

11   Constitution in 1964 overturned the poll tax.  The

12   burden and expense of acquiring these documents would

13   be onerous for some voters, especially for the poor,

14   minority, the very young and senior citizens.

15           The poll tax was prohibited, but some

16   states continued to assess it.  And there was a court

17   case before the Supreme Court, and they said that once

18   the franchise is granted to the electorate, lines

19   which determine who may vote may not be drawn so as to

20   cause invidious discrimination.  This would be

21   invidious discrimination.

22           The interest of the state, the Court

23   said, when it comes to voting registrations is limited

24   to the fixing of standards related to the applicant's

25   qualifications as a voter.  In an earlier case, they

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004694
JA_004117

TX_00004694

USA_00018999

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 58 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 70 of 200

806

1    said undoubtedly the right of suffrage is a

2    fundamental matter in a free and Democratic society,

3    especially since the right to exercise the franchise

4    in a free and unimpaired manner --

5              SEN. DUNCAN:  Ms. Correira, your time

6    limit is up.  I think you have written testimony for

7    us, and I know you didn't get through it, but you need

8    to go this way.

9              **QUESTIONS FROM SENATE FLOOR**

10             SEN. SHAPLEIGH:  Chair, I'd like to ask

11   her a question.

12             SEN. DUNCAN:  Sen. Shapleigh?

13             SEN. SHAPLEIGH:  She's been here all

14   night.

15             MS. CORREIRA:  Thank you --

16             SEN. DUNCAN:  Sure.

17             SEN. SHAPLEIGH:  -- and you had to take

18   a little time.  Could we finish her statement?

19             SEN. DUNCAN:  Sure.  Sen. Shapleigh is

20   recognized to request an extension of the time for the

21   witness.

22             MS. CORREIRA:  Thank you.  They said

23   undoubtedly the right of suffrage is a fundamental

24   matter in a free and Democratic society, especially

25   since the right to exercise the franchise (crying) I'm

TX_00004695

USA_00019000

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 59 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 71 of 200

807

```
 1    sorry; I'm sorry -- especially since the right to

 2    exercise the franchise in a free and unimpaired manner

 3    is preservative of our basic civil and political

 4    rights.  Any alleged infringement of the right of

 5    citizens to vote must be carefully and meticulously

 6    scrutinized.  The Court said, to repeat, "Wealth or

 7    fee paying has, in our view, no relation to voting

 8    qualifications.  The right to vote is too fundamental

 9    to be so burdened or so conditioned."

10            It is obvious that SB 362 is an illegal

11    attempt at voter suppression and infringement of the

12    right to vote, and it's unconstitutional.  Please vote

13    against this unconstitutional bill.  And I'm really

14    sorry.  I've been here since yesterday at 8:30, and

15    I'm just exhausted.

16            SEN. DUNCAN:  Thank you for your

17    testimony in front of the Texas Senate.  We appreciate

18    your waiting with us.  If we could get her some

19    assistance, please?

20            **TESTIMONY BY RENE LARA**

21            SEN. DUNCAN:  The Chair calls Rene Lara.

22    Please state your name and who you represent.  I

23    believe you have written testimony.

24            MR. LARA:  (Inaudible)

25            SEN. DUNCAN:  Okay.  That will be fine.
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004696
JA_004119

TX_00004696

USA_00019001

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 60 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 72 of 200

808

1    Thank you.  You have three minutes.  Thank you.

2                MR. LARA:  Mr. President, Members, this

3    has been a long 24 hours since we registered to

4    testify.  It's been a long hearing, and it's been

5    emotional.  My name is Rene Lara.  I'm with the Texas

6    AFL/CIO here representing over 200,000 members in our

7    state, including refinery workers, teachers, plumbers,

8    nurses, theatrical workers, correctional officers,

9    firefighters, as a way to describe my purpose here

10   today, not to certainly think that this is, you know,

11   testimony that is more valuable than some of the very

12   emotional testimony we've heard already.

13               Our organization, through the United

14   Labor Legislative Committee, has taken a position

15   opposing Senate Bill 362 for some of the same reasons

16   that you heard yesterday and today, and I'm not going

17   into -- into those issues.  In short, for many people

18   we think that this bill makes it more difficult, not

19   easier to vote, and that's the wrong direction to take

20   our democracy, we believe.

21               There is another issue that we'd like to

22   bring up and concern about the bill.  It does require

23   an official ID in order for a person to vote, and

24   among the various forms of identification authorized

25   for voting, the most commonly used and recognized

TX_00004697

USA_00019002

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 61 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 73 of 200

809

 1    would be the driver's license or personal ID card

 2    issued by the Department of Public Safety.  This

 3    legislation strongly encourages those without an ID to

 4    eventually obtain a state ID if they want to vote, and

 5    that, Members of the Legislature, we think would -- in

 6    doing so would be taking a big step towards

 7    establishing a state ID, and a state ID system is one

 8    computer connection away from a national ID system.

 9              Members, the National AFL/CIO and the

10    Republican Party of Texas have a policy/position in

11    common.  They both oppose a national ID program and

12    the REAL ID Act.  And as you may know, the federal

13    government expects Texas to comply about the REAL ID

14    Act, which envisions that all states be linked through

15    a national database by requiring an official state ID

16    as the most commonly recognized document for voting.

17    We are, in effect, we believe, moving one big step

18    closer towards that national ID system, and that

19    greatly concerns us.

20              That is my testimony, and I am open to

21    any friendly questions.

22              SEN. DUNCAN:  Thank you, Mr. Lara.  Are

23    there any questions of the witness?

24              (No response)

25              SEN. DUNCAN:  All right.  The Chair

TX_00004698

USA_00019003

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 62 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 74 of 200

810

```
 1   hears none.  Thank you for your appearance today.

 2                TESTIMONY BY LEE MEDLEY

 3              SEN. DUNCAN:  The Chair calls Lee

 4   Medley.  Mr. Medley, please state who you represent --

 5   your name, who you represent, and you have a

 6   three-minute limit.

 7              MR. MEDLEY:  My name is Lee Medley.  I'm

 8   with the United Steelworkers.  I represent the

 9   Steelworkers District Council.  I'm a good tax-paying

10   Texan of which I just paid some taxes.  Nobody asked

11   me for two forms of identification, and of course they

12   didn't ask me for two forms when I paid my tags or my

13   hunting license or anything like that.

14              That's not why I'm here, though, this

15   morning.  Now, I work in a plant.  I work on the

16   Houston Ship Channel, and I'll be back in that plant

17   probably this weekend.  And when the guys and the

18   women I work with ask me "Well, what are they doing in

19   Austin?"  I'm going to say "Well, they're working on

20   some mythical twin brother voting conspiracy while our

21   brothers and sisters in Lone Star, Texas are getting

22   laid off; while Rockdale, Texas, the Alcoa plant is

23   being shut down; while Dow Chemical is laying people

24   off left and right in Freeport," and the best thing we

25   can figure out to work on is some mythical voter fraud
```

TX_00004699

USA_00019004

811

```
 1    that still -- I mean, I think I've heard 23 people at
 2    the most.
 3              750 people got laid off in Lone Star,
 4    Texas two weeks ago.  Those are tax-paying citizens.
 5    Those are good benefit-bearing jobs.  They don't --
 6    excuse me -- they don't care about this.  What they're
 7    concerned about is putting food on the table for their
 8    families.  That's what you-all are elected to do, is
 9    represent those people, not political parties, not
10    playing these games, it's to represent working
11    families in the State of Texas.  That's why you're
12    here.  That's what I want to go back and tell my
13    brothers and sisters at my plant, that they're working
14    hard for you and your family, but right now I don't
15    think I could say that.
16              And that's my testimony.  I will tell
17    you right now Rome burns, the Senate is fiddling.
18    Thank you.
19              SEN. DUNCAN:  Thank you, Mr. Medley, for
20    your testimony.  Are there any questions?
21              (No response)
22              SEN. DUNCAN:  All right.  The Chair
23    hears none.
24         **TESTIMONY BY JOHN WATKINS**
25              SEN. DUNCAN:  The Chair calls John
```

TX_00004700

USA_00019005

812

```
 1    Watkins.  Mr. Watkins?
 2              MR. WATKINS:  Hello.  My name is
 3    John Watkins.  I'm from Wells Point, Texas.  I
 4    appreciate the opportunity, Mr. President and
 5    Senators, to speak before you.
 6              On this bill that's before us, the
 7    Senate 362, I have worked -- my background is I have
 8    worked as an alternate judge, as a clerk and a Spanish
 9    language translator.  I see very little difference
10    between present practice and what we're doing and what
11    is offered in this bill as far as a photo ID.  This
12    bill does not require a photo ID.  It makes it a first
13    choice.
14              The big difference I see in this bill
15    and present practice is in the certificate.  When
16    someone comes to us presently using no certificate, we
17    look them up on the rolls.  We check a block on the
18    sheet stating that they did not have or did not
19    present a certificate so that they'll get mailed a new
20    one presumably.  And then after verifying with some ID
21    that was approved already by the state, and there's
22    various ones, then we verify them, and we get them to
23    vote.
24              And this bill, by requiring -- from the
25    way I read the bill, it requires them to have in their
```

TX_00004701

USA_00019006

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 65 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 77 of 200

813

1   hand that certificate.  And I believe Ms. Huffman --

2   or no -- well, it was Sen. Fraser and another Senator

3   from this side, which I couldn't see from where I was

4   at in the balcony, and they had an exchange about a

5   2fer or a 3fer, and that is pertinent because that's

6   the key issue here.

7            Probably 30 percent of the people that I

8   meet when I'm working in the poll do not have their

9   certificates with them, and it's not just minorities,

10  it's everybody.  So that's one reason that I'm --

11  unfortunately I'd like to say yes, vote for this bill,

12  but personally I cannot do that because of that

13  particular issue.  And hopefully those two Senators

14  will work that out because we do need some sort of

15  control in the polls to avoid it, to avoid fraud.

16  Thank you.

17            SEN. DUNCAN:  Thank you, Mr. Watkins.

18  Are there any questions of the witness?

19            (No response)

20            SEN. DUNCAN:  The Chair hears none.

21  Thank you for your appearance today in the Texas

22  Senate.

23       **TESTIMONY BY KENNETH FLIPPIN**

24            SEN. DUNCAN:  The Chair calls Kenneth

25  Flippin.  Mr. Flippin, state your name and who you

TX_00004702

USA_00019007

1    represent, and you have three minutes, please.

2             MR. FLIPPIN:  Thank you.  My name is

3    Ken Flippin.  I represent myself.  I'm from all over

4    Texas.  I'm a native Texan, but I've lived in at least

5    seven of your districts throughout my life.  I'm a

6    community organizer, and I've worked in politics since

7    I was about 16 years old.  So I know you-all have been

8    hearing a lot of different arguments over the last

9    day.

10            And so I guess I'm going to make more of

11   a political appeal and say, you know, as we think

12   about the campaign process, the political process,

13   this process, it's all really the same, it's a

14   Democratic process.  It's our effort to make our union

15   a little bit more perfect.  And I believe that

16   Senators on both sides really do want to make our

17   union more perfect.

18            And the question really isn't whether or

19   not we're trying to find just the right balance.  The

20   question is is this something that's going to make our

21   union more perfect, or is it going to be something

22   that's going to disenfranchise more voters than we end

23   up getting out of the system that shouldn't be there?

24            I think that most of us that have worked

25   in campaigns know that it takes a lot of work to get

TX_00004703

USA_00019008

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 67 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 79 of 200

815

1    people that are eligible citizens to get registered,

2    to get involved, to get educated, to get to the polls,

3    and it's even more effort to get somebody obviously

4    who is not a citizen or somebody that wants to vote to

5    get them to vote twice.  In fact it's a ludicrous

6    thing that a campaign would try to do, and I'm sure

7    none of you have tried to do that.  And why would you?

8    And that's why it's so rare because it's not the

9    objective of a campaign.  The objective is to get

10   people out to vote because you're the best person for

11   the job.

12          And I dare say that as good a campaign

13   manager I might be or as great a politician that some

14   of you may be that have run and will run again, the

15   fact is no matter how great you are, you're probably

16   not going to persuade too many people to break the law

17   and vote for you twice or to vote for you when it's

18   not legal.

19          And the reality is we can as a state

20   vote to maintain the integrity of the ballot by doing

21   other things that can solve the problems that you're

22   concerned about, but more importantly we can keep from

23   disenfranchising voters.

24          I think what you're fearing by proposing

25   this bill is really a problem that barely exists, if

TX_00004704

USA_00019009

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 68 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 80 of 200

816

```
 1    at all, but the problem that you're going to create is
 2    bigger than the problem you see existing.  One thing I
 3    know is that if you want to get people organized and
 4    excited, disenfranchise them.  Whether it's the
 5    private school kids that their IDs don't count or it's
 6    that elderly lady that maybe she does have the
 7    documents at home, but she forgets them and when she
 8    gets to the poll there's not enough time for her son
 9    who brought her to get her back.  Those are the folks
10    you'll get organized.
11            SEN. DUNCAN:  Thank you, Mr. Flippin.
12    Are there any questions for Mr. Flippin?
13            (No response)
14            SEN. DUNCAN:  We appreciate your
15    testimony today.
16         TESTIMONY BY ANNIE BANKS
17            SEN. DUNCAN:  The Chair calls Annie
18    Banks.  Ms. Banks, you have three minutes, please.
19    And would you please state your name and who you
20    represent?
21            MS. BANKS:  My name is Annie Banks, and
22    I represent the Texas Alliance for Retired Americas.
23    I am the President of the Texas Alliance for Retired
24    Americas, and I'm here to say that we are voting
25    against this.  We have 86,000 members thus far.  We do
```

TX_00004705

USA_00019010

```
 1    educate our members.  Every Friday they have a Friday
 2    alert, and we do send out by snail mail any
 3    information that they want to know about.
 4              And our seniors are really having a hard
 5    time.  Their hurdles are many, and their hurdles
 6    entail their healthcare, their prescription drugs and
 7    all of these things, and you've just give us another
 8    piece of paper or something else to deal with.  But
 9    when you get over 65, you'll understand a whole lot of
10    things by then, but I just want to say thank you for
11    allowing me to say that we are here.  And if we can
12    help, let us know.  Thank you.
13              SEN. DUNCAN:  Thank you, Ms. Banks.  Are
14    there any questions for Ms. Banks?
15              (No response)
16              SEN. DUNCAN:  The Chair hears none, and
17    we appreciate your appearance today.
18              **TESTIMONY BY RACHEL HERNANDEZ**
19              SEN. DUNCAN:  The Chair calls Rachel
20    Hernandez.  Ms. Hernandez, state your name, please,
21    and who you represent.  Before you do that, though,
22    you have an exhibit.  You have your written testimony,
23    which will be admitted into the record as Exhibit 50.
24    Okay.  You can begin.
25              (Exhibit No. 50 marked and admitted)
```

TX_00004706

USA_00019011

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 70 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 82 of 200

818

1          MS. HERNANDEZ:  Thank you.  Thank you
2    very much for allowing me to speak today.  My name is
3    Rachel Hernandez, and I'm a service coordinator with
4    Granada Homes in San Antonio, Texas.  Granada Homes is
5    an apartment complex for senior citizens ages 62 and
6    older.  It's an independent living facility.  We don't
7    have any nursing facilities at our location.  We're
8    located in downtown San Antonio, and because of the
9    parking situation, 99 percent of our residents have no
10   vehicles or use public transportation to get around or
11   their families.
12          My job as a service coordinator is to
13   help our residents and any issues that would normally
14   be taken care of by their children or by another loved
15   one, and that would be anything from reading their
16   mail to checking their bank statements to making sure
17   that their needs are met, whether by a provider or
18   other services.
19          One of the things that I've experienced
20   as a service coordinator with senior citizens is that
21   obtaining documents that are necessary for what we
22   would consider daily needs become much more difficult.
23   They have more difficulty getting to their locations
24   or taking the bus, and something like this bill would
25   not be a positive direction on their behalf.  They're

TX_00004707

USA_00019012

1    very proud people.  They vote.  In fact we make sure

2    that we take them to vote, and it's something they

3    look forward to.  Adding another obstacle to getting

4    them in a vehicle to getting them to a polling place

5    and then requiring something additional that they may

6    have forgotten only gives them a deterrent to wanting

7    to do it again.  Whether they present identification

8    or not, this Bill S-362 would have an adverse impact

9    on the senior community.

10            And in closing, I believe that no

11   legislation should be allowed or supported if the end

12   result is a stifling of the voice of any American and

13   their constitutional right to vote.  Thank you.

14            SEN. DUNCAN:  Members, are there any

15   questions of Ms. Hernandez?

16            (No response)

17            SEN. DUNCAN:  The Chair hears none.

18   Thank you for your appearance today.

19            **TESTIMONY BY RENATO DE LOS SANTOS**

20            SEN. DUNCAN:  The Chair calls Renato de

21   los Santos.

22            MR. DE LOS SANTOS:  Good morning,

23   Mr. President and Honorable Members of the Senate.  I

24   live in the 23rd Senatorial District and have the

25   privilege of serving as the Director of the LULAC

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004708
JA_004131

TX_00004708

USA_00019013

1    National Education Service Center, an educational

2    nonprofit agency based in the Oak Cliff section of

3    Dallas.

4                As director of the LULAC, I have the

5    privilege of working on a daily basis with some of the

6    neediest families in the D/FW Metroplex, families who

7    are daily forced to make choices between buying food

8    for their families or gas for their vehicles or

9    perhaps paying for a traffic fine or replacing a lost

10   or stolen ID or driver's license.

11               Given the new regulations that are being

12   enforced in Dallas and I believe the rest of the state

13   that deny a renewal of an ID or a driver's license for

14   those who have outstanding traffic fines or tickets, I

15   believe that we are setting a dangerous precedent by

16   potentially disenfranchising people many times who are

17   very fragile voters who need a small incentive like

18   this or a disincentive to discourage them from voting.

19               However, this morning I am here not to

20   talk about these people, but because of my own family

21   and the tragedy that happened a few years ago.  My

22   mother died in 1992 in Corpus Christi after a year and

23   a half of a battle with bone cancer.  As part of that,

24   she found herself in M.D. Anderson Hospital in

25   Houston, Texas.  Shortly before -- immediately before

TX_00004709

USA_00019014

821

```
 1     the elections in 1992 she returned to Corpus Christi
 2     for Hospice care, and she died December 1st of that
 3     year.
 4               One of the biggest privileges and one of
 5     the few joys that she had was she had lasted until
 6     that time to vote in that election.  It was a major
 7     point.  I talked to my sister this morning -- or last
 8     night rather, and she was telling me she remembered
 9     clearly having taken my mother to vote.
10               And what really made it special was
11     that -- unfortunately when we returned from M.D.
12     Anderson, my mother's house had been burglarized.
13     Things had been taken we couldn't believe that they
14     would want, but amongst the things were all of her
15     IDs, the birth certificates, records.  We don't have
16     anything left of what my mother -- the legacy of my
17     mom there, but because she was known to the voter --
18     to the precinct people there, she was allowed to vote,
19     but only because she was known to them personally
20     because she didn't have any ID that could have proven
21     who she was.  And if this law had been in place then,
22     she would have been disenfranchised, and it would have
23     taken a last bit of joy that we celebrated as a family
24     that she got to vote in that election.
25               Please do not disenfranchise people.
```

TX_00004710

USA_00019015

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 74 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 86 of 200

822

```
 1    Please do not vote for -- for this bill.
 2                 SEN. DUNCAN:  Thank you for your
 3    testimony.  Is there anyone who would wish to question
 4    Mr. de los Santos?
 5                 (No response)
 6                 SEN. DUNCAN:  Thank you, Mr. de los
 7    Santos.  We appreciate your appearance here today.
 8                 Before we call the next witness, I want
 9    to go ahead and make one last call, and we normally
10    say this in all of our committee meetings.  Are
11    there -- is there anyone else who would wish to
12    testify for, against or on Senate Bill 362?  And the
13    reason I'm making that call right now is we have about
14    13 or 14 more witnesses left, and it will take about
15    30 minutes, and we've given the witnesses 30 minutes
16    to report to the desk.  So if you will -- this is the
17    last call for any additional witnesses to appear
18    before the committee.
19                 The next witness -- and this was made at
20    8:10.  So that will be -- 8:40 would be the cutoff
21    deadline for those in the front.
22                 The next witness is Judy Holloway.
23    Ms. Holloway, please state your name, who you
24    represent.
25
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004711
JA_004134

TX_00004711

USA_00019016

823

**TESTIMONY BY JUDY HOLLOWAY**

1
2          MS. HOLLOWAY:  My name is Judy Holloway.

3   I live in Lake Travis -- around Lake Travis, and I

4   represent myself.  I was a poll watcher during the

5   last Presidential Election.  On October 13th past the

6   deadline for voter registration, I had an occasion to

7   visit the Travis County Voter Registration Department.

8   As it happened, a reporter was there interviewing a

9   spokeswoman -- I'll settle down in a second -- for the

10  department regarding the number of registered voters

11  in Travis County.  She told the reporter the total

12  number of voters was 531,000.  She also said that

13  there were -- that there were an additional 800

14  applications received in the mail that would not be

15  counted because they were postmarked after the

16  deadline.  They could not be counted because the

17  deadline had passed.

18          On November 4th, I logged on to the

19  Travis County Website and discovered a letter from

20  Nelda Wells Spears that said Travis County had a total

21  of 611,024 registered voters, a record, "It was a

22  record breaking number."  Based on the official number

23  used for the voting age population, the 2000 census

24  data, the registration rate was 98 percent.  I had to

25  pick my mouth -- I had to pick my mouth up off the

TX_00004712

USA_00019017

824

```
 1   floor -- kind of like now.  That number, 611,024, was
 2   80,000 votes -- voters more than what was supposed to
 3   be the final count.
 4            I also had the opportunity to talk with
 5   several employees at the registration offices.  They
 6   told me that 95 percent of the employees during the
 7   Presidential Election who were processing the
 8   applications were temporary workers.  When asked if
 9   all the information on the voters' applications had
10   been verified, the answer was no.  I was told that
11   every applicant signs an affidavit, and that was proof
12   enough to obtain a voter registration card.  How does
13   that prove anything?
14            Just this past week I talked with
15   someone else who was a supervisor with Travis
16   County -- Travis County voter registration.  I asked
17   her if all applications were verified.  She said no.
18   Who were these additional people who voted last fall?
19   I don't know.  Do you?  The truth is we don't know,
20   but what we do know is that we can't have dead people
21   voting in our elections, we can't have noncitizens
22   voting in our elections, we can't have felons voting
23   in our elections.
24            The only way we're going to know who is
25   voting in our elections is to be able to verify that
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004713
JA_004136

TX_00004713

USA_00019018

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 77 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 89 of 200

825

1  the person who is voting is who they say they are.

2  And the best way to do that is to require photo

3  identification.  Please help us to ensure the

4  integrity of our voting process.  This isn't about

5  suppression.  This is about protection.

6          SEN. DUNCAN:  Thank you, Ms. Holloway.

7  We appreciate your testimony.  Are there any questions

8  for Ms. Holloway?

9          (No response)

10          SEN. DUNCAN:  The Chair hears none.  We

11  appreciate you being here in the Texas Senate.

12          **TESTIMONY BY LYDIA CAMARILLO**

13          SEN. DUNCAN:  The Chair calls Lydia

14  Camarillo.  Ms. Camarillo, please state your name and

15  who you represent, and we have a three-minute limit.

16          MS. CAMARILLO:  Thank you, Mr. Chairman.

17          SEN. DUNCAN:  Just a minute.  I'm sorry

18  to interrupt you.  We have an exhibit for

19  Ms. Holloway, and we need to get that in the record.

20  So Ms. Holloway's exhibit is a Travis County Voter

21  Registrar document, Exhibit 51.

22          (Exhibit No. 51 marked and admitted)

23          SEN. DUNCAN:  Then Ms. Camarillo has a

24  witness -- or has an exhibit as well, and it will be

25  entered into the record as Exhibit No. 52.

TX_00004714

USA_00019019

```
1              (Exhibit No. 52 marked and admitted)
2              SEN. DUNCAN:  All right.  Finally here
3    we go.  You can begin, Ms. Camarillo.
4              MS. CAMARILLO:  Thank you, Mr. Chairman.
5    Buenos dias, Senators.  I am Lydia Camarillo,
6    Vice-President of Southwest Voter Registration
7    Education Project, the largest and oldest nonpartisan,
8    nonprofit organization of its kind with a simple
9    mission, to increase the number of Latino and other
10   ethnic communities who are registered to vote and
11   participate in America's democracy as full and equal
12   partners.
13             Founded in San Antonio Texas by the late
14   William C. Velasquez, Southwest Voter has registered
15   over 2.3 million Latino voters throughout Texas, the
16   Southwest and since 2000 the Southeast including
17   Florida.  Southwest Voter has won over 80 voting
18   rights lawsuits and has prepared over 100,000 leaders
19   to organize their communities.
20             In Gonzalez vs. Arizona, MALDEF
21   challenges in federal court the voter registration and
22   identification provisions of Arizona Proposition 200.
23   Southwest Voter is a plaintiff for that case as in the
24   case for the Florida case against a similar issue on
25   the voter ID.
```

827

```
 1          I am here to advise you of Southwest

 2     Voters' strong opposition to SB 362.  Southwest Voter

 3     opposes this bill because it would have a negative

 4     impact on the Latino voter registration and

 5     potentially violate election laws, including the

 6     Voting Rights Act, the National Voting Right

 7     Registration Act and the Help America Vote Act that

 8     everybody has talked about this last 24 hours, HAVA.

 9     This bill will only serve to depress voter

10     registration of Latinos, other ethnic communities and

11     the poor.  For these reasons, Southwest Voter opposes

12     SB 362 and urges your opposition.

13          Texas Legislators must take affirmative

14     steps to promote the participation of American

15     citizens voting and participating in America's

16     democracy and should, in its wisdom, oppose the

17     legislation that only serves to confuse citizens,

18     contradict federal law, create undue financial burden

19     to the poor, Latinos, African-American citizens who

20     want to register and to vote.

21          And finally, it will create a financial

22     burden to Texas counties and taxpayers.  SB 326 is a

23     bill that creates redundancy and multiple

24     identification requirements for voters.  Southwest

25     Voter believes that Texas law provides for proof of
```

TX_00004716

USA_00019021

828

1    identification, and this bill will only create

2    confusion.  It will create more burdensome voting

3    experiences for both the voter and the polling worker.

4            Texas law requires that voter

5    registration applicants must affirmatively mark their

6    U.S. citizenship under penalty of perjury and submit

7    their affidavit application, either in person or by

8    the post card, according to the election code,

9    Section 13.121.

10           In our experience of 35 years, we find

11   that people do not carry their passports or any

12   identification in many cases, or they have lost them,

13   and this may cause disenfranchisement.

14           SEN. DUNCAN:  Thank you, Ms. Camarillo.

15   Your time has expired.  Let me ask if there are any

16   questions of the witness.

17           (No response)

18           SEN. DUNCAN:  All right.  The Chair

19   hears none.  We do have your -- I think your written

20   testimony in the record.  We appreciate your

21   appearance here today.

22           MS. CAMARILLO:  Thank you.

23           **TESTIMONY BY EDWARD B. WILLIAMS**

24           SEN. DUNCAN:  All right.  The Chair

25   recognizes Edward B. Williams.  Mr. Williams, please

TX_00004717

USA_00019022

```
 1    state your name and who you represent.  You have a
 2    three-minute time limit.
 3              MR. WILLIAMS:  Thank you, Mr. Chairman.
 4    My name is Edward Williams.  I'm from Kilgore, Texas,
 5    and I represent the interest of Edward Smith deceased.
 6              To begin with, I would like to thank
 7    those of you Senators who are troopers and stayed with
 8    us, and I appreciate the time that you've put forth
 9    and the respect that you're showing by being here on
10    the Senate floor today.
11              I also want to make a comment to the Tax
12    Assessor's Office in Harris County.  If more tax
13    assessors and voter registrar's took their jobs as
14    seriously as they do in Harris County, we would not
15    have the voter fraud problems throughout the state
16    that we do.
17              I'd like to take you back about 14 hours
18    to our first witness.  And I'm from Harrison County,
19    which is -- Marshall is the county seat.  He referred
20    to Harrison County or the Harrison County method as
21    being a notorious term to represent voter fraud that
22    occurs within the State of Texas.
23              My grandfather, Edward Smith, died
24    in 1935.  My mother was just a child, two or three
25    years old.  In 1989 he received a jury summons.  My
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004718
JA_004141

TX_00004718

USA_00019023

830

1　grandmother was a little bit bewildered that he had

2　received his jury summons, and we called the District

3　Clerk's Office to notify him that he had passed away

4　in 1935.  They informed us that he had been voting

5　regularly in person in the last -- in all of the

6　elections since 1935.  It was not until 1994 that he

7　stopped voting.  And in 1995 we removed the house from

8　the property that he was registered to vote at.  My

9　grandfather died in '35.  He voted for 59 years after

10　his death in person, either on election day or during

11　early voting.

12　　　　　　　I hope that each of you will consider

13　this, the testimony that's come before in regards to

14　identity theft or the use of voter registration cards

15　by the deceased, and I hope that you will vote in

16　support of Senate Bill 362.  Thank you.

17　　　　　　　SEN. DUNCAN:  Members, are there any

18　questions of the witness?

19　　　　　　　(No response)

20　　　　　　　SEN. DUNCAN:  Thank you, Mr. Williams.

21　It's good to see you.

22　　　　　　　**TESTIMONY BY MADELEINE DEWAR**

23　　　　　　　SEN. DUNCAN:  The Chair recognizes

24　Madeleine Dewar.  Ms. Dewar, you have three minutes.

25　Please state your name and who you represent.

TX_00004719

USA_00019024

1           MS. DEWAR:  My name is Madeline Dewar,

2     and I represent myself.  I'm also a member of Bexar

3     County Democratic Women and San Antonio Area

4     Progressive Action Coalition.

5                I live in a working class barrio in San

6     Antonio.  Many of my neighbors work two and sometimes

7     three jobs.  Others are elderly on a very limited

8     income.  Even if the photo ID were available for free,

9     the documents required to obtain those IDs are not.

10    If you have to choose between food for your children

11    or medicines for yourself, obtaining birth

12    certificates or other documents would not be a

13    priority.  Taking time off from work from a minimum

14    wage hourly worker's job is often not feasible.

15               Some of you may consider obtaining a

16    driver's license or Texas ID a simple matter.  For the

17    poor and many elderly, it can be a complex, time

18    consuming and relatively costly process.

19               By the way, for a number of reasons, my

20    own 38-year old Caucasian son does not have a driver's

21    license, nor does he have access to any of the

22    alternatives mentioned today except for his birth

23    certificate and his voter registration card.  He would

24    no longer be able to vote.

25               If we had evidence of tens or thousands

TX_00004720

USA_00019025

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 84 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 96 of 200

832

1    or even hundreds of fraudulent voters that would be

2    resolved by this bill, I would be standing here

3    working very hard to answer -- for an answer to ensure

4    ballot integrity, but it has been clearly shown that

5    there is no voter fraud in Texas that would be

6    eliminated by SB 362 despite the inappropriate use of

7    a portion of taxpayer dollars designated for major

8    crimes that was diverted to investigate and search out

9    alleged voter fraud.

10            This bill clearly is not intended to

11    reduce nonexistent voter fraud.  Sen. Fraser

12    repeatedly referred to an increase in Democratic votes

13    in Indiana and Georgia, but failed to mention that

14    those increases were present across the country and

15    inarguably attributed to Barack Obama and the overall

16    2008 political environment.

17            This bill is a blatant partisan effort

18    to disenfranchise minorities, the elderly and the poor

19    of Texas with a backdoor poll tax.  This bill's

20    political direction -- this bill is -- real intent is

21    to suppress the Democratic votes in order to stem the

22    political direction of the great State of Texas.  I'm

23    here to ask every single Senator present this morning

24    look in your hearts and do the right thing for the

25    many voters of Texas who are less fortunate than

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004721
JA_004144

TX_00004721

USA_00019026

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 85 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 97 of 200

833

1   themselves. Thank you.

2           SEN. DUNCAN: Thank you, Ms. Dewar. Are

3   there any questions for Ms. Dewar?

4           (No response)

5           SEN. DUNCAN: The Chair sees or hears

6   none. Thank you for your appearance today.

7           **TESTIMONY BY HELEN VILLARREAL**

8           SEN. DUNCAN: The Chair calls Helen

9   Villareal. Ms. Villarreal, would you state your name

10   and who you represent, and please observe the

11   three-minute time limit?

12           MS. VILLARREAL: Good morning, Members

13   of the Senate, Citizens of Texas. My name is Helen

14   Villarreal, and I am here to represent myself. I'm

15   going to talk quickly about three items.

16           Number one, my mother. My mother is 85

17   years old. She's lucky she's healthy. She's got her

18   voter ID. She's got her voter certification, but not

19   all senior citizens in Texas are as lucky as she is,

20   and that's the ones I'm worried about. Some of them

21   don't have sons or daughters that live in the same

22   city or near their parents. Some live in other

23   states, maybe in other countries. Some of these

24   elderly citizens live at home alone, and getting extra

25   documents or certification is hard for them

TX_00004722

USA_00019027

```
 1    financially and also physically.  Say they have to get
 2    the bus an hour and a half to go one way and an hour
 3    and a half to come back.  If you've ever been in San
 4    Antonio via bus, you'll know.  And it's dangerous.
 5    It's plain dangerous for some of them to go somewhere
 6    alone to get this document.
 7              Also, now I want to talk -- and my
 8    mother is not irresponsible.  She's been responsible
 9    all of her life.
10              My husband recently -- about a year ago
11    I went and got his birth certificate because we might
12    travel someday.  There were three errors on it, his
13    last name -- our last name has two "r's."  Sometimes
14    Villarreal is spelled with one "r," and ours is
15    spelled two "r's," and it only had one "r" on the
16    birth certificate.  They messed up his mother's maiden
17    name, and there was one other error.
18              My husband did not vote in the -- the
19    last time he voted was in the 2000 election, and he
20    will not vote gain because he thinks the system is all
21    messed up.  If I should tell him "Well, you know, go
22    vote," and they say "Well, you've only got one 'r'
23    there, oh, it will be counted provisionally," that's
24    going to turn him off.
25              Thirdly, this SB 362 might cause lines.
```

1    There's important elections, and they're just having

2    to check one document. Can you imagine if they're

3    checking two? The line is going to back up. Anyway,

4    that might discourage people, and they might just get

5    out of line and turn away.

6           So that is why I am against Senate

7    Bill 362. Thank you.

8           SEN. DUNCAN: Thank you, Ms. Villarreal.

9    Are there any questions for the witness?

10           (No response)

11           SEN. DUNCAN: Okay. The Chair hears

12    none. Thank you for your appearance today.

13           Members, for the record, we -- in

14    response to a call, we have the card for Duane Rawson,

15    and he, I think, is in the back -- in the back haul --

16    or the front haul rather.

17          **TESTIMONY BY MARK WILLIAMSON**

18           SEN. DUNCAN: The next witness is

19    Helen -- or I'm sorry -- Mark Williamson.

20    Mr. Williamson, please state your name and who you

21    represent, and please observe the three-minute time

22    limit.

23           MR. WILLIAMSON: I'm Mark Williamson,

24    the founder of Federal Intercessors. I'm honored to

25    be here and to testify on behalf of the voter ID bill.

USA_00019029

1            I'm a minister and approach this perhaps

2    differently than most.  I feel it is imperative to

3    pass this legislation as weak as it is and as limited

4    as it is.  It is time to secure the vote.

5            The Biblical command to do everything

6    decently and in order is not just a rule for churches,

7    it is a life principle, and it is particularly

8    applicable to civil government and its processes.

9    Roman's 13 says that "Civil rulers" -- and that

10   includes you senators -- "are the ministers of God to

11   reward good and punish evil."  You are stewards before

12   God with the great weight of responsibility that you

13   will answer for.  Do not take it lightly.  Do not

14   reduce it to cheap political advantage.  God is a God

15   of standards and boundaries from Mt. Sinai to the

16   borders of nations and the boundaries of one man/one

17   woman marriage and even salvation.

18           One standard universally applied, is a

19   photo ID really such an unbearable burden when one

20   can't effectively function in our modern society

21   without it?  This is not even a serious question.

22           The Bible also states that "Whoever

23   resists the ordinance of God will bring judgment on

24   themselves," and that's whether you're a citizen or a

25   ruler.  God hates unjust weights and measures.  That

TX_00004725

USA_00019030

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 89 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 101 of 200

837

1    is the lack of integrity.  That means he is for a

2    single universally applied standard equal for and

3    protective of everyone, not just your constituents.

4    I say again, secure the vote.

5                   Mexico is in danger of imploding.  Our

6    borders are porous, and ACORN is increasingly seeking

7    to do their mischief in Texas.  They would see the

8    failure of this bill as a green light, and we all know

9    it.

10                  The last line of defense is to secure

11   the vote.  If we can send men and woman to fight and

12   die in Iraq to secure their vote, I don't think a

13   photo ID is too much to ask to secure ours.

14                  If I for whatever reason were unable to

15   produce my driver's license at the polling booth, I

16   would gladly sacrifice my vote to be confident that

17   the electoral process was sound and secure, no matter

18   the outcome.  One vote per one legal citizen.

19                  I say again, secure the vote, for my

20   right to vote means not much if there's no integrity

21   in the system.  Thank you very much.  God bless you

22   all, and God bless Texas.

23                  SEN. DUNCAN:  Thank you, Mr. Williamson.

24   Are there any questions for Mr. Williamson?  You need

25   to go to the right.

TX_00004726

USA_00019031

Case 2:13-cv-00193 Document 661-34 Filed on 11/11/14 in TXSD Page 90 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 102 of 200

838

```
 1              (No response)
 2              SEN. DUNCAN:  The Chair hears no
 3    questions of -- thank you for your appearance today.
 4              TESTIMONY BY VANESSA FOSTER
 5              SEN. DUNCAN:  The next witness is
 6    Vanessa Edwards Foster.  Ms. Foster, please approach
 7    and state your name and who you represent, and please
 8    observe the three-minute time limit.
 9              MS. FOSTER:  Thank you, Mr. President.
10    My name is Vanessa Edwards Foster, and I am
11    representing the Texas Gender Advocacy and Information
12    Network.  And typically I don't do this, but I am a
13    transsexual.  I understand a couple of you have
14    mentioned the sex change issue and had a little bit of
15    fun with it a couple of times.
16              I want to tell you about my personal
17    story with regards to this.  In 1996 I found out
18    exactly what it's like not to be able to vote.  I went
19    to vote for the Presidential Election, and at that
20    point in time, I did not have my name and gender
21    change to my current presentation.  I had my male
22    voter certificate and my male driver's license.  I
23    went in and I presented my certificate.  The lady took
24    one look at that, took a look at the name, took a look
25    at me and said "Do you have some identification or
```

Case 2:13-cv-00193 Document 661-34 Filed on 11/11/14 in TXSD Page 91 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 103 of 200

839

1 something?"

2    I showed her my identity, and I

3 explained to her exactly what the situation was.  And

4 she took a look at that and took a look at me and said

5 "No, this does not look like you."  This is my

6 identity, and yet even though I'm presenting my legal

7 identity, I did not have the right to vote.

8    Now, I was a little bit timid at that

9 time, and I went ahead and walked away.  There were

10 people in back of me, so I didn't want to draw a

11 scene.  I'm not so timid any more.

12    And one of the things that I do know is

13 that we've been trying here in the State of Texas to

14 get uniformity and some kind of clarity with regards

15 to name and gender changes the way they have in other

16 states where you basically present a letter to the DPS

17 and you get the name and gender change on your ID.

18 We've been trying for this well over a decade.  As

19 Sen. Shapiro mentioned, identity matters.  And, yes,

20 it does matter, it's mattered to us for quite a number

21 of years.  In fact, she said "We're just trying to

22 make sure that everyone's ID matches who they are."

23    Well, that's exactly what we wanted, and

24 we have been trying for that for over a decade and

25 have not an been able to achieve that yet, and we

TX_00004728

USA_00019033

Case 2:13-cv-00193 Document 661-34 Filed on 11/11/14 in TXSD Page 92 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 164 of 200

840

```
 1    still have that bill pending right now as we speak.
 2    I don't know that it will pass, and I certainly don't
 3    know that it will pass before this passes.  But the
 4    one thing that I can guarantee you, I've got two
 5    friends of mine in Houston right now, they have
 6    transitioned, they are living as female, but their
 7    presentation does not match their ID per court decree.
 8    Both of them right now are going through divorces, and
 9    per their Judge's decree, they must remain in their
10    current gender and their current name until their
11    divorce is final.
12             Now, if this means that they have no
13    opportunity to vote, I have let them know that they
14    are being disenfranchised and prepare to file a
15    federal lawsuit.  And indeed, Senator Fraser, you will
16    be popular.
17             SEN. DUNCAN:  Thank you, Ms. Foster.
18    Members -- you need to go to the right.
19             Are there any questions for the witness?
20             (No response)
21             SEN. DUNCAN:  The Chair hears none.
22    Thank you for your appearance.
23             TESTIMONY BY LUIS FIGUERO
24             SEN. DUNCAN:  The Chair calls Luis
25    Figuero.  Mr. Figuero has written testimony that he
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004729
JA_004152

TX_00004729

USA_00019034

841

1    would like to enter into the record as Exhibit 53.

2                    (Exhibit No. 53 marked and admitted)

3                    SEN. DUNCAN:  Mr. Figuero, go ahead and

4    state your name, who you represent, and please observe

5    the three-minute time limit.

6                    MR. FIGUERO:  Thank you, Chairman

7    Duncan, Members of the Senate.  I am Luis Figuero, a

8    Legislative Staff Attorney for the Mexican-American

9    Legal Defense and Educational Defense Fund, a

10   nonpartisan legal voting rights -- legal organization

11   founded in Texas in 1968 to protect and defend Latino

12   civil rights, including voting rights.

13                   We recognize the Senate today as trying

14   to find that balance between security and access.  It

15   is extremely important in the issue of voting rights.

16   We believe that Senate Bill 362 swings the pendulum

17   too far and risk potential disenfranchisement by

18   creating more harms than benefits that will be

19   achieved.

20                   The best information we have about the

21   impact of voter identification laws comes from

22   litigation which MALDEF represents eligible voters who

23   are turned away from the polls as well as voter

24   organizations.  These cases include Gonzalez vs.

25   Arizona in which MALDEF attorneys served as lead

TX_00004730

USA_00019035

```
 1    counsel for the plaintiffs.

 2               Importantly, at the trial of this case,

 3    Arizona could not produce any example of impersonation

 4    of voter fraud to justify its voter ID law.  The lack

 5    of evidence or even a single incident of impersonation

 6    voter fraud is consistent with the U.S. Supreme

 7    Court's observation in the Indiana voter ID case, that

 8    the record contains no evidence of any such fraud

 9    actually occurring in Indiana at any time in history.

10    And that is actually in the opinion in Crawford vs.

11    Marion County Elections Board.

12               In Arizona across three federal

13    elections, 4,194 voters cast conditional provisional

14    ballots that were never counted because the voter

15    could not provide the required ID.  In Texas 42,000

16    provisional ballots were cast in the 2008 General

17    Election, but only 9,444 were counted.  We can only

18    imagine that the numbers would rise by increasing the

19    ID requirements.

20               The examples of disenfranchisement in

21    Arizona include Karen Lewsader, a police officer and

22    registered Republican, who was forced to cast a

23    conditional provisional ballot because her driver's

24    license listed a different address than the voter

25    rolls.  Ms. Lewsader, while she was at the poll, went
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004731
JA_004154

TX_00004731

USA_00019036

1  back to her car to try to find another form of

2  identification with the correct name and address so

3  she could cast a regular ballot, but the vehicle

4  registration information she found was under her

5  husband's name.  When the demands of her job prevented

6  her from returning to the county to show additional

7  ID, her vote was not counted.

8            Georgia Morrison-Flores was a newlywed

9  when she registered to vote, and she registered under

10  a married name.  However, when she went to vote, her

11  maiden name on her driver's license did not match her

12  married name in which she was registered.  Because the

13  names did not match, even though her valid ID showed

14  her birth, photo and first name, she was turned away

15  by an election poll worker who had been her childhood

16  neighbor, and she was unable to cast a ballot of any

17  kind despite her status as a qualified voter.

18            So for these reasons, we find it

19  disheartening and such a restrictive government

20  response to an unproven problem of potential voter

21  fraud, and we ask and we urge this committee to

22  reject the voter identification provisions of Senate

23  Bill 362.  And we're open for any questions or

24  concerns that may be from the Senate regarding this

25  legislature or our litigation in Arizona or in Texas.

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004732
JA_004155

TX_00004732

USA_00019037

Case 2:13-cv-00193   Document 661-34   Filed on 11/11/14 in TXSD   Page 96 of 112
Case 1:12-cv-00128-RMC-DST-RLW   Document 211   Filed 06/20/12   Page 108 of 200

844

```
 1    Thank you very much.

 2              SEN. DUNCAN:  Members, you've heard the

 3    testimony.  Do you have any questions of the witness?

 4              (No response)

 5              SEN. DUNCAN:  Thank you for your

 6    appearance today.

 7              SEN. SHAPLEIGH:  Mr. Chair?

 8              QUESTIONS FROM SENATE FLOOR

 9              SEN. DUNCAN:  Oh, I'm sorry.  Excuse me.

10    Sen. Shapleigh?

11              SEN. SHAPLEIGH:  Can we just mark this

12    as an exhibit and make it part of the record?  Is it

13    already admitted?

14              SEN. DUNCAN:  I think -- have we not

15    done that?  We've already admitted that, Senator.

16              SEN. SHAPLEIGH:  Thank you.

17              SEN. DUNCAN:  Yes, sir.  Thank you.

18              TESTIMONY BY PATTI EDELMAN

19              SEN. DUNCAN:  Patti Edelman?

20    Ms. Edelman --

21              MS. EDELMAN:  Thank you.

22              SEN. DUNCAN:  -- name and address -- or

23    name and who you represent, and please observe the

24    time limit.

25              MS. EDELMAN:  My name is Patti Edelman,
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004733
JA_004156

TX_00004733

USA_00019038

Case 2:13-cv-00193 Document 661-34 Filed on 11/11/14 in TXSD Page 97 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 109 of 200

845

```
1    and I'm a resident of Austin, Texas.  I'm here
2    representing myself.  Mr. President and Senators,
3    thank you for the opportunity to speak today.  It
4    looks like we've been here so long that I'm about
5    ready to join AARP.
6              I have an elderly mother that lives in
7    East Texas, and as a lot of people have stated, it
8    would be a hardship for her to have to produce a
9    driver's license or some other form of picture ID.  At
10   her age, she doesn't get out much, and she certainly
11   hasn't driven in years, and I know the drivers in her
12   community are thankful for that.
13             Having been an Election Official and a
14   poll worker here in Travis County, I can assure you
15   that no dead people have come to vote at the precincts
16   where I have worked.  Nothing is more sacred to
17   Americans than the right to vote, and I believe it is
18   the responsibility of all citizens to vote.
19             This bill does not address voters who
20   use mail ballots to vote in Texas, but are not -- not
21   residents of Texas and, in fact, have voted in more
22   than one state, such as a number of Republicans in
23   Polk County who are members of a group called The
24   Escapees.
25             Lastly, I ask that -- oh, I want to
```

TX_00004734

USA_00019039

Case 2:13-cv-00193 Document 661-34 Filed on 11/11/14 in TXSD Page 98 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 110 of 200

846

```
 1    state that anyone who has run a campaign, especially
 2    like you, Lieutenant Governor Dewhurst, that's run a
 3    statewide campaign, knows the expense of putting out
 4    information to voters in multiple media markets in a
 5    state the size of ours.  And the cost that will be
 6    borne by the citizens of the State of Texas in order
 7    to educate the voters of this state to the changes and
 8    the requirements in order for them to do what they've
 9    been able to do very easily and freely for a long
10    time, it's a shame that we would be spending our
11    hard-earned tax dollars on such -- I won't call it
12    frivolous, but I think quite unnecessary expenditure
13    at this point in time.
14              We have lots of other budget -- budget
15    problems, many constraints, a lot of people hurting,
16    and to use our tax dollars in this manner I find is
17    unconscionable.  Thank you.
18              SEN. DUNCAN:  Thank you for your
19    testimony.  Hold on.  Are there any questions of the
20    witness?
21              (No response)
22              SEN. DUNCAN:  The Chair hears none.
23    Thank you for your appearance today.
24              **TESTIMONY BY SYLVIA MENDOZA**
25              SEN. DUNCAN:  The Chair calls Sylvia
```

TX_00004735

USA_00019040

1    Mendoza.  Ms. Mendoza, please state your name and who

2    you represent, and please observe the three-minute

3    time limit.

4              MS. MENDOZA:  My name is Sylvia Mendoza,

5    and I represent myself.  Do you know what the

6    definition of "illegal" is?  It is "banned, forbidden,

7    prohibited, unlawful, not legal, wrong, unjust and

8    unconstitutional."  Even though it is

9    unconstitutional, voter fraud has been committed.  One

10   reason there may not be too many documented cases of

11   voter fraud is because exactly that, it was fraud,

12   some got away with it.

13             I'm a 54-year-old third generation

14   American.  I've had a social security card since about

15   the age of 14, but you see, one of these is a fake,

16   yet they all look the same.  It was easy to acquire

17   and it is accepted as valid.  That means there could

18   be a traitor somewhere.

19             Right now it is almost as easy to

20   sometimes get by without having the legal right to

21   vote.  A lot of people voted this Presidential

22   Election, people who had never voted before.  Yes, I

23   know a lot of people voted for the reason of who we

24   would be voting for.  Some of those people did not

25   honor and respect the right to vote before.  They

TX_00004736

USA_00019041

848

```
 1    didn't love America until now.  What a shame.
 2              I feel now is the time for voter ID to
 3    prepare for the future.  If you do it now -- if you
 4    don't do it now, you will be voting for it later.
 5    You-all have a duty to us citizens as lawmakers, so do
 6    your job and make this a deterrent to prepare and to
 7    make it nearly impossible for voter fraud.  Anyone who
 8    votes against it is not doing everything within their
 9    power for this great state within this great country.
10    Vote for voter ID, SB 362.
11              On the national level, the government
12    says the system is broken on certain aspects of it.
13    Do not make the same mistake.  Pass Senate Bill 362.
14    Thank you.
15              SEN. DUNCAN:  Thank you.  Members, are
16    there any questions of Ms. Mendoza?
17              (No response)
18              SEN. DUNCAN:  The Chair hears none.
19    Thank you for your appearance today.  You had an
20    exhibit.  She does have an exhibit, or she has -- she
21    wants to put her testimony in.  We'll mark that as
22    Exhibit 54, Ms. Mendoza's statement or testimony.
23              (Exhibit No. 54 marked and admitted)
24         **TESTIMONY BY KENNETH KOYM**
25              SEN. DUNCAN:  The Chair calls Kenneth
```

TX_00004737

USA_00019042

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 101 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 113 of 200

849

```
 1    Koym.  Mr. Koym, state your name, who you represent,
 2    and please observe the three-minute time limit.
 3                 MR. KOYM:  Creating barriers and hate
 4    crime is not the part of a Texas Legislature.  It
 5    should not be done.  Passing SB 362 is a hate crime,
 6    and I urge that you get honest, very honest with
 7    yourselves.
 8                 My name is Kenneth Koym.  I'm a
 9    psychotherapist, and I am licensed by this state.  I'm
10    licensed by other countries.  It is irrational to do
11    what this Senate is talking about doing.  I do not
12    accept it.  It is unbecoming, Tommy, for you to call
13    somebody a political --
14                 SEN. DUNCAN:  I'm sorry, sir, you
15    addressed a Senator by his formal name.  And also if
16    you could -- I understand your passion for the issue,
17    but please observe the decorum of the Senate.  You can
18    have an extension of about -- well, you're running
19    okay.  We'll give you a little bit more over your time
20    limit.
21                 MR. KOYM:  I have served the United
22    States professionally.  I'm a military research
23    scientist retired.  I'm a marriage and family
24    therapist.  I feel that it is time that every law
25    comes under the task of the Hate Crimes Act of the
```

TX_00004738

USA_00019043

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 102 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 114 of 200

850

1   United States.  It is a federal law, and I urge that

2   this bill be reviewed in that term.  It is absolutely

3   the requirement of this nation to stop all this hate.

4            I saw it here.  I had my white cap on to

5   keep me warm through the night.  I froze, and I feel

6   cold despair.  I feel the despair, though, that the

7   U.S. citizens are feeling with regard to more and more

8   hate crimes.  And this -- this Senate should not pass

9   this bill and pass -- and commit a hate crime.  It is

10  dishonorable, it is un-American, and I urge that it

11  not happen.  Please vote against this bill.

12           SEN. DUNCAN:  Thank you, Mr. Koym.  Are

13  there any questions of the witness?

14           (No response)

15           SEN. DUNCAN:  The Chair hears none.

16  Thank you for your appearance here today.

17           MR. KOYM:  I will (inaudible) by mail.

18           SEN. DUNCAN:  You can send it to the

19  Secretary of the Senate.  It will not be in the

20  record.

21           MR. KOYM:  Fine.

22           **TESTIMONY BY KAREN RENICK**

23           SEN. DUNCAN:  All right.  Ms. Karen

24  Renick?  Ms. Renick, please state your name and who

25  you represent, and please observe the three-minute

TX_00004739

USA_00019044

Case 2:13-cv-00193   Document 661-24   Filed on 11/11/14 in TXSD   Page 103 of 112
Case 1:12-cv-00128-RMC-DST-RLW   Document 211   Filed 06/20/12   Page 115 of 200

851

```
 1    time limit.

 2              MS. RENICK:  My name is Karen Renick.  I

 3    am the founder and current Director of Vote Rescue, a

 4    nonpartisan citizens' group based here in Austin.  We

 5    are concerned with election integrity and

 6    transparency.

 7              Since early 2005 we've been alerting the

 8    public and our government officials about the serious

 9    assault on our voting rights by the total absence of

10    both integrity and transparency in the voting process

11    used throughout Texas today.

12              Before I continue with my contents --

13    comments specific to SB 362, I feel compelled to first

14    set the record straight about the infamous misdeeds in

15    a certain Senate Primary Election here in Texas 61

16    years ago in 1948.  I feel compelled because these

17    misdeeds have been incorrectly used as an example of

18    voter fraud when, in fact, it was clearly election

19    fraud committed by Election Officials, not voters.

20              The Senate Primary race was between

21    Lyndon Johnson and Coke Stevenson, who was a popular

22    conservative governor.  I'd like to read now from the

23    book called Steal This Vote, Dirty Elections and the

24    Rotten History of Democracy in American, written by

25    the well-known journalist Andrew Gumbel.
```

TX_00004740

USA_00019045

852

```
 1              "On election night, Stevenson was ahead
 2    by 854.  The following night Johnson made up almost
 3    all the difference thanks to late-breaking returns
 4    from Houston and one precinct in Duval County.  Four
 5    days after the election, though, Stevenson was up
 6    again by a seemingly insurmountable 362.  After six
 7    days with nothing obvious left to count, Stevenson was
 8    still leading by 113.  Johnson needed a miracle and
 9    got one courtesy of an election enforcer by the name
10    of Luis Salas in Jim Wells County, one county over
11    from Duval."
12              "At the 13th precinct in Alice, the Jim
13    Wells County Seat, Salas artfully had a seven in one
14    of the vote totals changed into a nine by the addition
15    of a simple loop giving Johnson an extra 200 votes and
16    with them the election.  Stevenson traveled down to
17    Alice, examined the electoral register and noticed
18    that at least -- or that the last 200 names appeared
19    in strict alphabetical order and were written in a
20    different color ink from the rest."
21              "Legal challenges continued for a while,
22    but increasingly frustrated Stevenson then sued to
23    have the ballot boxes opened and the votes examined
24    and recounted, but in the absence of concrete proof of
25    fraud, he could not make up the case -- make the case.
```

TX_00004741

USA_00019046

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 105 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 117 of 200

853

```
 1    When even the Supreme Court refused to hear him, he
 2    gave up for good, and the rest is history."
 3              SEN. DUNCAN:  Thank you, Ms. Renick.
 4    Members, are there any questions for Ms. Renick?
 5              (No response)
 6              SEN. DUNCAN:  The Chair hears none.  We
 7    appreciate your appearance here today.
 8              Members, just out of an abundance of
 9    caution, I'm going to make one last call for a Roxann
10    Lewis.  I think we called her earlier, but if she is
11    in the building, she needs to report immediately.  And
12    if she does not report before we close or hear the
13    last witness, then she'll miss her opportunity to
14    testify live, and we'll just put her card in.
15              The next witness -- Members, we have
16    three more, I think, that would love to -- that are
17    here to testify before us.
18              TESTIMONY BY JONI ASHBROOK
19              SEN. DUNCAN:  Joni Ashbrook?
20    Ms. Ashbrook, would you please state your name and who
21    you represent?  And please observe the three-minute
22    time limit.
23              MS. ASHBROOK:  Yes, sir.  My name is
24    Joni Ashbrook.  I represent myself.  I'm a precinct
25    chair, and I have been an election judge in Bastrop
```

TX_00004742

USA_00019047

Case 2:13-cv-00193  Document 661-24  Filed on 11/11/14 in TXSD  Page 106 of 112
Case 1:12-cv-00128-RMC-DST-RLW  Document 211  Filed 06/20/12  Page 118 of 200

854

1    County.

2               I appreciate Sen. Fraser's comments that

3    the intent of this bill is to help people vote.

4    However, I'm having an incredibly hard time

5    understanding how this bill will actually do that.

6               I often walk.  I don't understand how it

7    will help the very poor, elderly and disabled people

8    in my precinct that I often walk and see.  I see how

9    incredibly difficult their circumstances are.  And

10   when they're trying to just keep a crumbling roof over

11   their heads, how is keeping -- or how is asking them

12   or requiring them to have more paperwork and possibly

13   more cost help them with their sacred right to vote?

14               Sen. Fraser also said that voter fraud,

15   no matter how small, should be addressed.  I totally

16   agree, but since there's no real threat -- or excuse

17   me -- no real evidence of voter fraud in Texas that

18   this bill would address, why isn't this body looking

19   for the real threats to the integrity of our

20   elections?

21               The first and foremost threat to the --

22   to our elections is the use of electronic voting

23   machines that count our votes in secret and run

24   software that we, the people, are not allowed to see.

25   There have been studies done by the GAO, the Brennan

TX_00004743

USA_00019048

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 107 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 119 of 200

855

```
 1   Center for Justice, Princeton, Carter-Baker
 2   Commission, just to name a few that have concluded
 3   that these machines are not secure and can be
 4   manipulated.
 5            This is not a trumped-up charge about
 6   one person risking deportation or prosecution to cast
 7   a single vote.  This is the ability for one person to
 8   manipulate millions of votes in secret.  When Senator
 9   Fraser spoke of loss of voter confidence in our
10   electoral system, this is enemy number one.
11            There's another real problem that I
12   would like to see this body address, and that -- and
13   the Secretary of State even admits can cause multiple
14   votes.  It happened -- an incident happened in my
15   precinct in 2008, the General Election.  My polling
16   place had two computers.  That was the database where
17   people would come to check in.  A man came through
18   early in the morning, he voted.  He came back through,
19   he happened to be a friend of the election judge, the
20   Republican.  And he said "I want to test the system."
21   So he went through again at the same computer that he
22   went to.  He was not allowed to vote.  He went to the
23   next computer.  He was allowed to vote.  We stopped it
24   when it came to the ticket that was coming out, the
25   sticker, but he was allowed -- he would have been
```

TX_00004744

USA_00019049

Case 2:13-cv-00193  Document 661-24  Filed on 11/11/14 in TXSD  Page 108 of 112
Case 1:12-cv-00128-RMC-DST-RLW  Document 211  Filed 06/20/12  Page 120 of 200

856

```
 1    allowed to vote.

 2                 I called the Secretary of State's

 3    Office.  They agreed with me that this is possible.

 4    The machines do not talk to one another.  So I think

 5    that's probably what those other two people were

 6    talking about.  Is that my time?

 7                 SEN. DUNCAN:  Ms. Ashbrook, I'm sorry,

 8    your time is up.  Let me ask if there are any members

 9    who would like to ask a question.

10                 (No response)

11                 SEN. DUNCAN:  The Chair hears none.  We

12    appreciate your appearance in the Texas Senate today.

13                 MS. ASHBROOK:  Thank you.

14                 TESTIMONY BY DUANE RAWSON

15                 SEN. DUNCAN:  The Chair calls Duane

16    Ronson -- Rawson.  Mr. Rawson, please state your name

17    and who you represent, and please observe the

18    three-minute time limit.

19                 MR. RAWSON:  My name is Duane Rawson

20    from Goldthwaite, Texas, Mills County, and I'm Mills

21    County Republican Chairman there, and I've been here

22    since yesterday.  Oh, I'm sorry.  I've been here since

23    yesterday about between 9:30 and ten o'clock.  I have

24    sat -- I've listened to all reasoning why this should

25    be approved, why it shouldn't be approved.
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004745
JA_004168

TX_00004745

USA_00019050

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 109 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 121 of 200

857

```
 1              But the main thing that they were saying
 2    as far as for voter fraud, you have people that say it
 3    doesn't exist, but yet we've had the Secretary of
 4    State that showed examples why it did -- why we did
 5    need something like this.
 6              The voters registration is -- it's an
 7    easy thing to copy.  Voters ID there's -- it's a law,
 8    first of all, that you're supposed to have some type
 9    of ID with you when the authorities pull you over.
10    And if you don't, by rights they have to take you to
11    jail because you don't have the proper means of ID,
12    which causes the state money having to do that.
13              If you look at it, if you have -- if the
14    people -- as people are saying, $35,000 or less can't
15    afford this, which I don't see what there is to afford
16    because it's free.  If they have the opportunity to
17    have the proper ID, it may help them to want to keep
18    their ID card with them and help taxpayers as far as
19    not having to pay the law enforcement, the extra money
20    of having to arrest that individual, taking them to
21    jail, booking them, returning them after the court
22    trial.
23              There's a lot of reasons why I feel that
24    we do need it.  I am a disabled vet.  I've been in the
25    military for 16-1/2 years.  I continue to support my
```

TX_00004746

USA_00019051

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 119 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 122 of 200

858

```
 1    country.  And if this is what I need to do to be able

 2    to have my constitutional right to vote, by God I'll

 3    be -- I'll do it with pride.  I keep two forms of ID

 4    with me anyway.  So having to carry ID with me to vote

 5    it's not -- it shouldn't be a problem.

 6                  We can always find a reason to fight

 7    against something.  What about trying to find a reason

 8    to work together to try to make something work that's

 9    going to better us?

10                  I spoke to veterans and law enforcement

11    from my county, Mills County, and they state the same

12    thing.  They feel that this bill should be approved.

13    That's all I have.

14                  SEN. DUNCAN:  Thank you, Mr. Rawson.

15    Members, do you have any questions for Mr. Rawson?

16                  (No response)

17                  SEN. DUNCAN:  The Chair hears none.

18    Thank you for your appearance today, and I think you

19    go out to the -- to the right.

20                  TESTIMONY BY ROD FLUKER

21                  SEN. DUNCAN:  The Chair recognizes

22    Dr. Rod Fluker.  Mr. Fluker, state your name, who you

23    represent, and please observe the three-minute time

24    limit.

25                  MR. FLUKER:  To the distinguished and
```

TX_00004747

USA_00019052

Case 2:13-cv-00193 Document 661-24 Filed on 11/11/14 in TXSD Page 111 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 123 of 200

859

```
 1    shall I say sleep-deprived Members of the Texas
 2    Senate, my name is Dr. Rod Fluker, and I am a Past
 3    President of the organization and now Executive
 4    Director of the Texas Association of Black Personnel
 5    in Higher Education.
 6              Today I bring you greetings from our
 7    State Board of Directors and from Dr. Felicia Scott,
 8    our State President.  The Texas Association of Black
 9    Personnel in Higher Education, or TABPHE as we call
10    it, is an educational organization of faculty, staff
11    and administrators that numbers hundreds statewide.
12    TABPHE was founded 36 years ago to address pertinent
13    issues that impact African-Americans in particular and
14    people of color in general.
15              Senate Bill 362 or the voter ID bill
16    causes our members and many others grave concerns
17    about the negative impact of passing such useless and
18    harmless legislation will have on the voting rights of
19    millions of already disenfranchised Texans.
20              We believe that laws should be created
21    to promote civil living and/or right a wrong.  The
22    voter ID bill does neither.  Promoting civil living
23    would mean to make it easier for Texans to vote, not
24    make it more difficulty.  Adding new barriers such as
25    additional ID requirements is likened to the Negro
```

TX_00004748

USA_00019053

860

```
 1    poll taxes and voting competency tests used during the
 2    days of the Jim Crow Laws and as recently as the
 3    1960s.  So this legislation works against promoting
 4    civil living.
 5              This useless and harmless legislation
 6    also fails to right any wrong.  The fact is that there
 7    is no evidence of significant voter fraud, period.  Of
 8    millions of votes cast in Texas during the last six
 9    years, voter impersonation is practically nonexistent,
10    both in Texas and across our nation.
11              Therefore, the Texas Association of
12    Black Personnel in Higher Education ask that all state
13    Senators, both Republican and Democrat, as good
14    ambassadors of the people of Texas to vote against
15    Senate Bill 362.  Thank you.
16              SEN. DUNCAN:  Thank you, Dr. Fluker.
17    Are there any questions for Dr. Fluker?
18              (No response)
19              SEN. DUNCAN:  All right.  The Chair
20    hears none.  Thank you for your appearance today in
21    the Texas Senate.
22              Members, we had a number of people
23    testify or signed up to testify -- oh, excuse me.
24    Dr. Fluker wants to submit Exhibit 64 as his
25    testimony.  Thank you, Dr. Fluker.  Exhibit 54,
```

TX_00004749

USA_00019054