Case 2:13-cv-00193 Document 661-25 Filed on 11/11/14 in TXSD Page 1 of 10
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 125 of 200

861

```
 1   5-4 (sic).  Okay.
 2              (Exhibit No. 55 marked and admitted)
 3              SEN. DUNCAN:  Members, there were a
 4   number of people that signed up to testify but who did
 5   not come when called to do so, either because they
 6   left or couldn't be here.  We will enter their names
 7   in the record and record the position as indicated on
 8   their card.
 9              We also have a number of cards that --
10   quite a number of cards of people who have registered
11   a position on the bill but do not wish to testify, and
12   those will be made a part of the record as well.
13              Members, I think one thing I want to
14   maybe -- it might be a good idea for us to set aside
15   the decorum rule a little bit and clap for those
16   witnesses who stayed here and listened to our
17   testimony.  I think that was --
18              (Applause)
19              SEN. DUNCAN:  Members, the Chair will --
20   there being no other witnesses to come before the
21   Committee, the Chair will close public testimony.
22              Members, we'll stand at ease for a few
23   minutes.  The court reporter has been going for a
24   couple of hours, and I would -- we'll be back in --
25   we'll go back in session at 9:15 -- or I'm sorry.
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004750
JA_004173

TX_00004750

USA_00019055

Case 2:13-cv-00193 Document 661-25 Filed on 11/11/14 in TXSD Page 2 of 10
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 126 of 200

862

```
 1   Excuse me.  It's been a long day.  The Senate will
 2   stand at ease until 9:15.
 3                Sen. Deuell, for what purpose?
 4                SEN. DEUELL:  Mr. President, before we
 5   come back and we address the vote, I just wanted to
 6   say how proud I am of the Members of the Texas Senate.
 7   We have debated a very, very sensitive issue that has
 8   votes strong sides -- strong feelings on both sides,
 9   and I just wanted to express my appreciation to the
10   Members and to the public that was here.  I think that
11   this was an example of how democracy in this country
12   is supposed to work.
13                SEN. DUNCAN:  Thank you, Senator.  I
14   agree.
15                Members, we'll stand at ease.  Let's
16   make it -- let's make it -- hang on a minute.  I'm
17   sorry.
18                Sen. Zaffirini?
19                SEN. ZAFFIRINI:  I'm glad that
20   Sen. Deuell is happy because today is his birthday.
21   We should all join in wishing him a very happy
22   birthday.
23                (Applause)
24                SEN. DUNCAN:  Members, we've been taking
25   a ten-minute break.  Instead of 15, let's just go and
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004751
JA_004174

TX_00004751
USA_00019056

Case 2:13-cv-00193   Document 661-25   Filed on 11/11/14 in TXSD   Page 3 of 10
Case 1:12-cv-00128-RMC-DST-RLW   Document 211   Filed 06/20/12   Page 127 of 200

863

```
 1   stand at ease until 9:10.
 2              SEN. PATRICK:  Mr. Chairman?
 3   Mr. Chairman?
 4              SEN. DUNCAN:  Sen. Patrick?
 5              SEN. PATRICK:  I just wanted to thank
 6   the staff from our Sergeant-at-Arms to our messenger.
 7   I know -- I think Courtney just left.  She was here
 8   from six o'clock last night as our messenger until
 9   seven this morning, and all the staff members.  I know
10   we're still continuing, but I want to thank everyone
11   who stayed here throughout the night.
12              SEN. DUNCAN:  Thank you.  Stand at ease
13   until 9:10 a.m.
14              (Recess:  9:00 a.m. to 9:12 a.m.)
15              SEN. DUNCAN:  The Committee of the Whole
16   will come back to order.  Members, if you could take
17   your seats?
18              Sen. Fraser, you're recognized for a
19   motion.  He isn't here.  Sen. Fraser, you're
20   recognized for a motion.
21              SEN. FRASER:  And if you don't mind, I'm
22   waiting for all the Senators that came in, that stayed
23   here all night.
24              Members, I -- it was a pretty amazing
25   night, and it makes me remember why I'm so proud to be
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004752
JA_004175

TX_00004752

USA_00019057

Case 2:13-cv-00193 Document 661-25 Filed on 11/11/14 in TXSD Page 4 of 10
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 128 of 200

864

```
 1  a member of this body.  I appreciate so much the -- I
 2  appreciate so much everyone, the way they conducted
 3  themselves.  Thank you.  Thank you to the staff.
 4  Thank you for the witnesses.  We appreciate it.
 5                  I would now move to report Senate
 6  Bill 362 to the full Senate with the recommendation
 7  that it do pass and be printed.
 8                  SEN. DUNCAN:  Sen. Fraser moves that
 9  Senate Bill 362 be reported to the full Senate with
10  the recommendation that it do pass and be printed.
11  The clerk -- the secretary will call the roll.
12                      ROLL CALL NO. 3
13                  SECRETARY SPAW:  Averitt?
14                  SEN. AVERITT:  (Indicated "aye" vote)
15                  SECRETARY SPAW:  Carona?
16                  SEN. CARONA:  (Indicated "aye" vote)
17                  SECRETARY SPAW:  Davis?
18                  SEN. DAVIS:  (Indicated "nay" vote)
19                  SECRETARY SPAW:  Deuell?
20                  SEN. DEUELL:  (Indicated "aye" vote)
21                  SECRETARY SPAW:  Duncan?
22                  SEN. DUNCAN:  (Indicated "aye" vote)
23                  SECRETARY SPAW:  Ellis?
24                  SEN. ELLIS:  (Indicated "nay" vote)
25                  SECRETARY SPAW:  Eltife?
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004753
JA_004176

TX_00004753

USA_00019058

Case 2:13-cv-00193 Document 661-25 Filed on 11/11/14 in TXSD Page 5 of 10
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 129 of 200

865

| | |
|---|---|
| 1 | SEN. ELTIFE: (Indicated "aye" vote) |
| 2 | SECRETARY SPAW: Estes? |
| 3 | SEN. ESTES: (Indicated "aye" vote) |
| 4 | SECRETARY SPAW: Fraser? |
| 5 | SEN. FRASER: (Indicated "aye" vote) |
| 6 | SECRETARY SPAW: Gallegos? |
| 7 | SEN. GALLEGOS: (Indicated "nay" vote) |
| 8 | SECRETARY SPAW: Harris? |
| 9 | SEN. HARRIS: (Indicated "aye" vote) |
| 10 | SECRETARY SPAW: Hegar? |
| 11 | SEN. HEGAR: (Indicated "aye" vote) |
| 12 | SECRETARY SPAW: Hinojosa? |
| 13 | SEN. HINOJOSA: (Indicated "nay" vote) |
| 14 | SECRETARY SPAW: Huffman? |
| 15 | SEN. HUFFMAN: (Indicated "aye" vote) |
| 16 | SECRETARY SPAW: Jackson? |
| 17 | SEN. JACKSON: (Indicated "aye" vote) |
| 18 | SECRETARY SPAW: Lucio? |
| 19 | SEN. LUCIO: (Indicated "nay" vote) |
| 20 | SECRETARY SPAW: Nelson? |
| 21 | SEN. NELSON: (Indicated "aye" vote) |
| 22 | SECRETARY SPAW: Nichols? |
| 23 | SEN. NICHOLS: (Indicated "aye" vote) |
| 24 | SECRETARY SPAW: Ogden? |
| 25 | SEN. OGDEN: (Indicated "aye" vote) |

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00004754
JA_004177

TX_00004754
USA_00019059

Case 2:13-cv-00193 Document 661-25 Filed on 11/11/14 in TXSD Page 6 of 10
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 130 of 200

866

```
 1             SECRETARY SPAW:  Patrick?
 2             SEN. PATRICK:  (Indicated "aye" vote)
 3             SECRETARY SPAW:  Seliger?
 4             SEN. SELIGER:  (Indicated "aye" vote)
 5             SECRETARY SPAW:  Shapiro?
 6             SEN. SHAPIRO:  (Indicated "aye" vote)
 7             SECRETARY SPAW:  Shapleigh?
 8             SEN. SHAPLEIGH:  (Indicated "nay" vote)
 9             SECRETARY SPAW:  Uresti?
10             SEN. URESTI:  (Indicated "nay" vote)
11             SECRETARY SPAW:  Van de Putte?
12             SEN. VAN de PUTTE:  (Indicated "nay"
13  vote)
14             SECRETARY SPAW:  Watson?
15             SEN. WATSON:  (Indicated "nay" vote)
16             SECRETARY SPAW:  Wentworth?
17             SEN. WENTWORTH:  (Indicated "aye" vote)
18             SECRETARY SPAW:  West?
19             SEN. WEST:  (Indicated "nay" vote)
20             SECRETARY SPAW:  Whitmire?
21             SEN. WHITMIRE:  No.
22             SECRETARY SPAW:  Williams?
23             SEN. WILLIAMS:  (Indicated "aye" vote)
24             SECRETARY SPAW:  Zaffirini?
25             SEN. ZAFFIRINI:  (Indicated "nay" vote)
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00004755
JA_004178

TX_00004755

USA_00019060

Case 2:13-cv-00193   Document 661-25   Filed on 11/11/14 in TXSD   Page 7 of 10
Case 1:12-cv-00128-RMC-DST-RLW   Document 211   Filed 06/20/12   Page 131 of 200

867

```
 1                SECRETARY SPAW:  Mr. President?
 2                SEN. DUNCAN:  (Indicated "aye" vote)
 3                SECRETARY SPAW:  That was the vote, 20
 4    to 12; 20 "ayes" and 12 "nays".
 5                SEN. DUNCAN:  There being 20 "ayes" and
 6    12 "nos", Senate Bill 362 will be reported to the full
 7    Senate with the recommendation it do pass and be
 8    printed.
 9                Sen. Whitmire, for what purpose?
10                SEN. WHITMIRE:  I was going to recognize
11    this body for it's outstanding work.  I've been here
12    36 years, 26 in the Senate.  I've seen filibusters go
13    all night long and Members just kind of scatter and
14    are on call, but I have never -- and would be
15    surprised if anyone, Patsy, can recall the body
16    starting one day, going all night, all Members
17    present, conducting themselves like ladies and
18    gentlemen.  So I'm just real proud, Troy and
19    Lieutenant Governor, each and every one of you.  Our
20    two freshmen made outstanding contributions.
21                And I just really stood up -- really
22    stood up to recognize Sen. Duncan, a very tough job,
23    it was very fair, and we're really proud of you as a
24    Member of the Senate.
25                (Applause)
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00004756
JA_004179

TX_00004756

USA_00019061

Case 2:13-cv-00193 Document 661-25 Filed on 11/11/14 in TXSD Page 8 of 10
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 132 of 200

868

```
 1                SEN. DUNCAN:  Thank you.
 2                SEN. DEUELL:  Mr. President?
 3                SEN. DUNCAN:  Sen. Deuell?
 4                SEN. DEUELL:  A parliamentary inquiry.
 5   The vote was 20 to 12.  I understand that the
 6   Lieutenant Governor takes your seat.  Does that
 7   exclude you from voting?  Have we acted properly in
 8   that regard?
 9                SEN. DUNCAN:  Yes, Senator.
10                SEN. DEUELL:  I understand there's 31
11   with that vote, but --
12                SEN. DUNCAN:  The Chair and the
13   President are entitled to vote --
14                SEN. DEUELL:  Okay.
15                SEN. DUNCAN:  -- in the Committee of the
16   Whole.
17                SEN. DEUELL:  I just wanted to clarify
18   that.
19                SEN. DUNCAN:  Yes, sir.  Thank you.
20                All right, Members, the Chair happily
21   recognizes Sen. Wentworth for a motion.
22                SEN. WHITMIRE:  Mr. President, I move
23   the Committee of the Whole Senate rise and report.
24                SEN. DUNCAN:  Members, you've heard the
25   motion.  Is there any objection?
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00004757
JA_004180

TX_00004757
USA_00019062

Case 2:13-cv-00193 Document 661-25 Filed on 11/11/14 in TXSD Page 9 of 10
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 133 of 200

869

```
 1                    (No response)
 2               SEN. DUNCAN:  There is no objection.
 3     The Senate will rise and report.
 4                    (Proceedings concluded for purposes of
 5     this record at 9:18 a.m.)
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233

TX_00004758
JA_004181

TX_00004758
USA_00019063

Case 2:13-cv-00193 Document 661-25 Filed on 11/11/14 in TXSD Page 10 of 10
Case 1:12-cv-00128-RMC-DST-RLW Document 211 Filed 06/20/12 Page 154 of 200

870

```
 1                    C E R T I F I C A T E
 2

 3    STATE OF TEXAS      )

 4    COUNTY OF TRAVIS    )

 5

 6           I, KIM PENCE, a Certified Shorthand

 7    Reporter in and for the State of Texas, do hereby

 8    certify that the above-mentioned matter occurred as

 9    hereinbefore set out.

10           I FURTHER CERTIFY THAT the proceedings

11    of such were reported by me or under my supervision,

12    later reduced to typewritten form under my supervision

13    and control and that the foregoing pages are a full,

14    true and correct transcription of the original notes.

15           IN WITNESS WHEREOF, I have hereunto set

16    my hand and seal this 25th day of March 2009.

17

18                    [signature: Kim Pence]
                      _____
19                    KIM PENCE
                      Certified Shorthand Reporter
20                    CSR No. 4595-Expires 12/31/09

21                    Firm Certification No. 276
                      Kennedy Reporting Service, Inc.
22                    Cambridge Tower
                      1801 Lavaca Street, Suite 115
23                    Austin, Texas 78701
                      512.474.2233
24

25
```

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00004759
JA_004182

TX_00004759

USA_00019064