PL056
9/2/2014
2:13-cv-00193

**TESTIMONY FOR LULAC AND THE NATIONAL PRESIDENT
BY JUDITH SANDERS-CASTRO
ON ~~HB 101, HB 218, and HB 625~~ *SB 362***

### Before the Senate Committee of the Whole
### Tuesday, March 10, 2009

My name is Judith Sanders-Castro. I am an attorney who has practiced in the area of Voting Rights litigation for almost three decades. I have served as the State Legal Counsel for LULAC in the past, represented LULAC in Voting Rights litigation and testified before this legislature on behalf of LULAC concerning changes in election practices and procedures. I am here at the request of the National President, Rosa Rosales.

My comments are presented on behalf of the League of United Latin American Citizens (LULAC) and the national president, Rosa Rosales. President Rosales and LULAC have been at the forefront of challenging discriminatory election practices and systems for the past three decades in Texas. At all levels, LULAC has advocated for increased access for minority populations to the voting and electoral processes and engaged in legal challenges to discriminatory laws, practices and procedures in Austin and throughout the *SB 362* state. The bills before this committee today, ~~HB 101, HB 218 and HB 625~~ present some *SB 362* of the most onerous restrictions for minority voters in Texas seen in half a century.

The State of Texas has a bleak history of burdening the rights of people of color to vote. In 1966, the U.S. Supreme Court declared that a poll tax to vote violated the Equal Protection Clause of the 14th Amendment in *Harper v. Virginia Board of Elections.* Subsequently, Texas had the questionable distinction of being among the last four states to maintain a poll tax for voting. Even after the poll tax had been declared an unconstitutional burden on the right to vote by the Supreme Court, Texas only changed the requirement after being ordered to do so by a federal court in a later action declaring the poll tax unconstitutional.

Today, the legislature proposes again severely burdening the rights of people in Texas to register to vote and participate in the voting process. The bills before this committee, ~~HB~~ *SB 362* ~~101, HB 218 and HB 625~~, create a process of registration that retrogresses from the postcard registration available for residents of Texas for decades. Calling for presentation of photo identification and other governmental documents information in order to register to vote completely eviscerates the current open and liberalized system of voter registration in Texas. The identification requirements for voting place unnecessary obstacles to the most fundamental of rights, the right to vote.

Essentially, these bills will require a re-registration of voters in Texas and make initial registration for new or first time voters a logistical nightmare. The state will reduce the location for voter registration to a few locations throughout the state, the Department of Public Safety offices for driver's license applications. Deputy registrars will not be able to conduct field registration; voter registration drives like those conducted by Southwest

TX_00003309

USA_00019095

Voter Registration Project that has worked for decades to increase the Hispanic voter registration in our state, will not be possible because the new law requires on-site registration at limited locations.

Access to the registration sites, without significant expansion of locations with accompanying personnel, will pose the greatest burdens on poor and minority populations. None of the major cities in the state have a viable public transportation system, and those that exist provide limited service making use of the systems costly, time consuming and extraordinarily inefficient. In Texas, being poor equates with being people of color, Hispanics and African Americans. People of color are less likely to have personal transportation and much more likely to use public transportation than the Anglo population. Access to the voter registration sites alone will significantly discourage voter registration for these populations.

As several speakers have noted, there are many groups who will have difficulty with the changed requirements, producing the kind of government-issued identification required by these bills in order to register to vote or to vote. Of all the groups identified, for the reasons set forth in these comments, i.e. lower socio-economic status of minority populations, people of color will be the most heavily impacted group, reducing registration rates and voter participation rates of Hispanics and African Americans more than any other identified group.

It is not accidental that these changes have been proposed as the decennial census approaches and statistics show that the minority populations, particularly the Hispanic population, have been the growth in Texas over the past decade. It is not accidental as, on the tail of the 2008 elections, the magnificent increase of the number of elected Hispanic and African American officials have swept through the metropolitan areas of Texas is followed by state efforts to suppress minority participation in the electoral process.

The effect of these bills and the burdensome changes in voter registration and electoral participation is entirely foreseeable. These changes are undeniably aimed at the swelling increase of minority participation in the political processes in Texas over the past few decades. The changes are retrogressive and intended to discriminate against minority populations. As such, these changes will violate constitutional protections for minority voters and those afforded under the federal Voting Rights Act.

2

TX_00003310

USA_00019096

# Some Thoughts On

# The Proposed Texas

# Photo-ID Bill.

TX_00003311

USA_00019097

Case 1:12-cv-00128-RMC-DST-RLW   Document 211   Filed 06/20/12   Page 168 of 200

1. The first Consideration should be whether there is a problem with persons who vote multiple times– or of non-citizens voting for that matter.  Everyone agrees that there are no documented cases where either of these has been done on any large scale in recent years.  Many people refer to the Box 13 in Duval County during the Coke Stevenson vs Lyndon Johnson election in 1948.  That was 59 years ago.

2. It is a serious violation of law to vote multiple times.  While there have been a limited number of charges of multiple voting, nothing on any large scale.  The limited interest by District Attorneys indicates that there is no ground swell of support from the law enforcement community.

On these two grounds alone, the Photo ID bill ought to be rejected.

TX_0003312
JA_004216

USA_00019098

TX_0003312

3. Nor would one expect that would be a large problem here. Multiple voting is not a very efficient way to commit fraud in an election. For example if you had 50 people who were willing to vote multiple times and they were able to get to 5 different voting precincts in one election day, you would have 250 votes.

4. Only very small city and school board elections would be affected by this level of fraud. Obviously in a small city or school district everyone knows everyone and this would be impossible.

Besides any criminal attorney will tell you that a conspiracy– which is what this would be-- works only if there a limited number of conspirators. 50 is not a limited number.

TX_0003313
JA_004217

USA_00019099

TX_0003313

## The Next Question is Who is Burdened by a Photo ID requirement– Who is Likely Not to Have a Driver's License?

5.  Everyone agrees that the elderly would be burdened and that those who do not have cars.  This means the elderly poor and the poor in general.

6.  the poverty and lower income rate is significantly higher among Hispanics and African American, they are less likely to have a vehicle and a Driver's License.  And therefore more likely to obtain an Identity card.

7.  Studies indicate a strong correlation between

    ✓  Race/ethnicity and car ownership

    ✓  Income and car ownership

    ✓  Education and Car Ownership

TX_0003314
JA_004218

USA_00019100

TX_0003314

Case 1:12-cv-00128-RMC-DST-RLW   Document 211   Filed 06/20/12   Page 170 of 200

## For Example:

"For all whites in our sample, 76 percent own cars, compared with 47 percent of blacks, and 52 percent of Latinos. Moreover, within educational attainment categories whites have higher (and statistically distinguishable) car ownership rates than do blacks and Latinos. For example, 51 percent of whites with less than 12 years of education own cars, compared with 28 percent of blacks and 44 percent of Latinos with comparable educations. Similarly, among individuals with 16 plus years of schooling, 87 percent of whites, 71 percent of blacks, and 64 percent of Latinos own cars."

Can Boosting Minority Car-Ownership Rates Narrow Inter-Racial Employment Gaps? Steven Raphael Goldman School of Public Policy University of California, Berkeley raphael@socrates.berkeley.edu Michael Stoll School of Public Policy and Social Research University of California, Los Angeles mstoll@ucla.edu June 2000 at 12

TX_0003315
JA_004219

USA_00019101

TX_0003315

# Consider These Studies Correlating Income, Education and Race/Ethnicity in the Context of the 2000 Census

TX_00003316
JA_004220

TX_00003316
USA_00019102



**The Hispanic Functional Illiteracy Rate Is Just Under Ten Times That Of The Anglo Population**

TX_00003317
JA_004221

TX_00003317

USA_00019103



TX_00003318

USA_00019104



**More That Half of Hispanics Have Not Graduated From High School**

State of Texas
Percent of Persons 25+ Who Are Not High School Graduates

50.7%

24.2%

12.8%

Hispanic          Af.Am.          Anglo

TX_00003319
JA_004223

TX_00003319

USA_00019105



8.     This racial/ethnic differential in income increases with age.  For example Hispanics and African Americans tend to rely almost entirely on Social Security for retirement income.

Case 1:12-cv-00128-RMC-DST-RLW   Document 211   Filed 06/20/12   Page 177 of 200

TX_00003321
JA_004225

USA_00019107

TX_00003321

9.  Next consider these facts on poverty and income in the context of how does one obtain a Photo ID of one does not drive.

10. The location of places where the identification card is available has been mapped out for 4 counties.  The number of locations is limited and in most cases not within the traditional minority area.  Given the differential in income identified in the charts, the burden of travel would fall most heavily on the minority persons.

11. In urban areas it is not unusual to take more than an hour of waiting to get a license or renewal.  One of my friends recounts that recently he went with his daughter to pick up her first driver's license.  He timed it and it took just over 45 minutes.  He drove to the DPS registration office and that took 26 minutes.

12. But he is an attorney and has a car.  I am familiar with the urban bus systems in Texas.  Had he taken the bus with waiting and transfer times, the travel time would likely have been more in the neighborhood of an hour each way.

TX_0000332Z
JA_004226

USA_00019108

TX_00003322

13. He told me that persons in line ahead of he and his daughter were turned away because they did not have all of the documents required. One of the biggest problems seemed to be in producing a Social Security card.  I received my paper Social Security card many years ago.  It has long since disintegrated.  I know the number but it is never necessary to have the actual card.  In fact I recall that on my card it specifically said not for identification.

TX_0003323
JA_004227

USA_00019109

TX_00003323

Case 1:12-cv-00128-RMC-DST-RLW   Document 211   Filed 06/20/12   Page 180 of 200

14. I would not carry a social security card with me specifically to guard against identity theft. Besides, it is difficult to imagine why a Social Security number would be necessary to issue and identification card or a driver's license.

- These are the sort of thing that would seriously discourage getting an identity card.

- Then there is the problem with how difficult will it be to obtain an identity card. The Locations of where to get this card follow.

- Note how inconvenient these offices are to the minority population of our largest cities. Again consider the burden of transportation.

- Obtaining an identity card would be a full day process.

- Recall that the poll tax was Unconstitutional *not* because of the cost— although that was certainly a problem. It was because the poll tax discouraged minority registration and hence voting.

TX_0000324
JA_004228

USA_00019110

TX_0000324

Case 1:12-cv-00128-RMC-DST-RLW   Document 211   Filed 06/20/12   Page 181 of 200



According to the DPS Website, there are no places to obtain a Identity Card within Loop 610 in Harris County.  This is probably the greatest minority concentration in the state.

TX_0003325
JA_004229

USA_00019111

TX_0003325



According to the DPS Website, there are no places to obtain a Identity Card within IH 820 in Tarrant County

TX_00003326
JA_004230

USA_00019112

TX_00003326



According to the DPS Website, there is only one place in inner-city Dallas to obtain a Identity Card.  This is clearly the second largest concentration of minority population in the state.

TX_00003327
JA_004231

USA_00019113

TX_00003327

This is an example of a fairly large rural area in Frio County where the second largest town in the county is about 15 miles from the Pearsal Driver License Office.

14. Obviously, the locations make it more difficult for minority Texans to participate in the political process.

15. Lets think again about the social security number.

16. Recall that in one of the first Voting Rights Section 5 Objections, Texas was specifically restrained from requiring a social security number connected with voter registration.

17. In order to obtain a Texas Identification card, the applicant must fill out a form.  Some years ago Texas passed a statute that required that persons re-register on forms that would be sent to them.   Because of the differential in literacy and education, the Department of Justice was concerned and issued another Section 5 Objection.  The earlier charts show that this level of differential in literacy and education still exists.

TX_0003329
JA_004233

USA_00019115

TX_0003329

18. There are some documents that can be used in lieu of presenting a photo id.  These include a letter or a bill in the voter's name and addressed to him/her from a Federal or a state agency. These sorts of notices have been substantially reduced with the advent of direct deposit.  Many times several families or parts of families will live in the same house or in smaller houses on the same lot.  The bills would likely be addressed to only one of the persons living there

TX_0003330
JA_004234

USA_00019116

TX_00003330

19. One of the arguments that has been advanced is that the Department of Justice will certainly approve (preclear) this photo id bill because the Courts have approved such a bill in a few other states and there was no Section 5 Voting Rights Objection to a similar law recently passed in Georgia.

20. To begin with, Texas had a poll tax which was invalidated by the Courts. The state then passed an annual registration bill that was stricken as unconstitutional with the observation by the Court that it was more restrictive than the poll tax. The legislature then passed a biannual registration bill that was also stricken by the Federal Courts as too restrictive. Texas then passed a permanent voter registration bill. However a few years later the state passed a purge and re-registration requirement that was invalidated by a Voting Rights Objection.

21. Another differential with Georgia is the sheer size of Texas. The minority population of just Harris County is as large as the minority population of Georgia. And most of that population is crowded into the area within Loop 610 where there is not a single place to obtain a Texas Identification card.

22. I suspect that if there were no convenient places for the minority population in Georgia to get the identification cards, there would have been no preclearance.

TX_0003331
JA_004235

USA_00019117

TX_0003331

Case 1:12-cv-00128-RMC-DST-RLW   Document 211   Filed 06/20/12   Page 187 of 200

## Compare Minority Population of Harris County With That of the 50 States

| State | Total | Af-American | Hispanic | Minority |
|---|---|---|---|---|
| California | 33,871,648 | 2,263,882 | 10,966,556 | 13,220,638 |
| New York | 18,976,457 | 3,014,385 | 2,867,583 | 5,881,968 |
| Florida | 15,982,378 | 2,335,505 | 2,682,715 | 5,018,220 |
| Illinois | 12,419,293 | 1,876,875 | 1,530,262 | 3,407,137 |
| Georgia | | | | |
| Harris County | 3,674,566 | 648,583 | 1,439,965 | 2,353,995 |
| New Jersey | 8,414,350 | 1,141,821 | 1,117,191 | 2,259,012 |
| North Carolina | 8,049,313 | 1,737,545 | 378,963 | 2,114,508 |
| Maryland | 5,296,486 | 1,477,411 | 277,916 | 1,755,327 |
| Michigan | 9,938,444 | 1,412,742 | 323,877 | 1,736,619 |
| Pennsylvania | 12,281,054 | 1,224,612 | 394,088 | 1,618,700 |
| Ohio | 11,353,140 | 1,301,307 | 217,123 | 1,518,430 |
| Dallas County | 2,292,573 | 460,309 | 834,463 | 1,418,967 |
| South Carolina | | | | |
| Mississippi | | | | |
| Alabama | | | | |
| Tennessee | 5,689,283 | 932,809 | 123,838 | 1,056,647 |
| Colorado | 4,301,261 | 165,063 | 786,601 | 960,664 |
| New Mexico | 1,819,046 | 34,343 | 765,386 | 799,729 |
| Massachusetts | 6,349,097 | 343,454 | 428,729 | 772,183 |
| Missouri | 5,595,211 | 629,391 | 118,592 | 747,983 |
| Indiana | 6,080,485 | 510,034 | 214,536 | 724,570 |
| Washington | 5,894,121 | 190,267 | 441,509 | 631,776 |
| Connecticut | 3,405,565 | 309,843 | 320,323 | 630,166 |
| Nevada | 1,998,257 | 135,477 | 393,970 | 529,447 |
| Arkansas | 2,673,400 | 418,950 | 86,866 | 505,816 |
| Wisconsin | 5,363,675 | 304,460 | 192,921 | 497,381 |
| Oklahoma | 3,450,654 | 260,968 | 179,304 | 440,272 |
| Kentucky | 4,041,769 | 295,994 | 59,939 | 355,933 |
| Kansas | 2,688,418 | 154,198 | 188,252 | 342,450 |
| Oregon | 3,421,399 | 55,662 | 275,314 | 330,976 |
| Minnesota | 4,919,479 | 171,731 | 143,382 | 315,113 |
| Utah | 2,233,169 | 17,657 | 201,559 | 219,216 |
| Delaware | 783,600 | 150,666 | 37,277 | 187,943 |
| Nebraska | 1,711,263 | 68,541 | 94,425 | 162,966 |
| Iowa | 2,926,324 | 61,853 | 82,473 | 144,326 |
| Rhode Island | 1,048,319 | 46,908 | 90,820 | 137,728 |
| Hawaii | 1,211,537 | 22,003 | 87,699 | 109,702 |
| Idaho | 1,293,953 | 5,456 | 101,690 | 107,146 |
| West Virginia | 1,808,344 | 57,232 | 12,279 | 69,511 |
| Alaska | | | | |
| Wyoming | 493,782 | 3,722 | 31,669 | 35,391 |
| New Hampshire | 1,235,786 | 9,035 | 20,489 | 29,524 |
| Montana | 902,195 | 2,692 | 18,081 | 20,773 |
| Maine | 1,274,923 | 6,760 | 9,360 | 16,120 |
| South Dakota | 754,844 | 4,685 | 10,903 | 15,588 |
| North Dakota | 642,200 | 3,916 | 7,786 | 11,702 |
| Vermont | 608,827 | 3,063 | 5,504 | 8,567 |

**Harris County has virtually the same Minority Population as the Entire State of Georgia**

**Dallas County has a Larger Minority Population than South Carolina, Alabama, Mississippi and Alaska**

States entirely subject to Section 5

Compare 2005 Harris County Population with 2000 Census for States

TX_00003332
JA_004236

USA_00019118

TX_00003332

Case 1:12-cv-00128-RMC-DST-RLW   Document 211   Filed 06/20/12   Page 189 of 200

23. Other states where Courts have approved Voter ID statutes do not have a history of discrimination in registration.  Nor the literally hundreds of findings of election discrimination on the basis of 42 U.S.C. Sec. 1983 and Section 2 of the Voting Rights Act.

24. The process involved in the Georgia preclearance of a similar bill is also troubling.  There has been documentation of the fact that the professional staff recommended a Voting Rights Section 5 Objection to the Georgia Photo ID statute.  This recommendation was simply ignored by the Attorney General.

25. Recall that there was also a recommendation by the professional staff that there be a Section 5 objection to the 2003 Texas Congressional redistricting (the DeLaymander) that was overridden by the political wing of the Justice Department.  As you know the Federal Supreme Court invalidated the DeLaymander just last year under Section 2 of the Voting Rights Act.

TX_0000333
JA_004237

USA_00019119

TX_0000333

26. Next consider the differential in support when the issue was before us in 2007.   All of the minority elected officials in the Texas House with the exception of one voted against the Photo ID bill.  And the only exception was a first term Republican member of the House who was elected from a non-minority district.  He was thereafter defeated by an Anglo Republican.

27. And we all recall the saga of Senator Gallegos returning on a gurney from his hospitalization related to his transplant.   All of the minority  members of the Texas Senate voted in concert to keep the bill passed by the House off the Senate floor and effectively killed it.  This year the Texas Senate voted to exclude the Photo ID bills and those relating to redistricting from the redistricting.  Recall what happened when the Senate tried the same trick in the 2003 Congressional redistricting.

TX_0003334
JA_004238

USA_00019120

TX_0003334

# Photo ID Bill on Final House Passage

## Yes on Final Passage

| | |
|---|---|
| 56 | Anderson, Charles |
| 54 | Aycock, Jimmie Don |
| 6 | Berman, Leo |
| 138 | Bohac, Dwayne |
| 25 | Bonnen, Dennis |
| 4 | Brown, Betty |
| 14 | Brown, Fred |
| 132 | Callegari, William |
| 68 | Chisum, Warren |
| 9 | Christian, Wayne |
| 8 | Cook, Byron |
| 122 | Corte Jr. Frank |
| 17 | Crabb, Joe |
| 64 | Creighton, Myra |
| 72 | Darby, Drew |
| 126 | Davis, John E. |
| 44 | Delisi, Dianne White |
| 26 | O'Day, Mike |
| 133 | Driver, Joe |
| 14 | Eissler, Rob |
| 135 | Elkins, Gary |
| 106 | England, Kirk |
| 2 | Flynn, Dan |
| 20 | Gattis, Dan |
| 99 | Geren, Charlie |
| 102 | Goolsby, Tony |
| 78 | Hamilton, Pat |
| 19 | Hamilton Mike "Tuffy" |
| 91 | Hancock, Kelly |
| 58 | Hardcastle, Rick |
| 127 | Harless, Patricia |
| 105 | Harper-Brown, Linda |
| 114 | Hartnett, Will |
| 53 | Hildebran, Harvey |
| 112 | Hill, Fred |
| 48 | Howard, Donna |
| 5 | Hughes, Bryan |
| 84 | Isett, Carl H. |
| 115 | Jackson, Jim |
| 52 | Kuempel, Mike |

| | |
|---|---|
| 101 | Latham, Thomas |
| 89 | Laubenberg, Jodie |
| 67 | Madden, Jerry |
| 66 | McCall, Brian |
| 59 | Miller, Sid |
| 30 | Morrison, Geanie |
| 97 | Mowery, Anna |
| 133 | Murphy, Jim |
| 58 | Orr, Rob |
| 18 | Otto, John |
| 63 | Parker, Tan |
| 94 | Patrick, Diane |
| 70 | Paxton, Ken |
| 62 | Phillips, Larry |
| 10 | Pitts, Jim |
| 150 | Riddle, Debbie |
| 92 | Smith, Todd |
| 128 | Smith, Wayne |
| 86 | Smithee, John T. |
| 65 | Solomons, Burt R. |
| 121 | Straus, Joe |
| 87 | Swinford, David |
| 144 | Talton, Robert |
| 24 | Taylor, Larry |
| 98 | Truitt, Vicki |
| 150 | Van Arsdale, Corbin |
| 81 | West, G. E. "Buddy" |
| 136 | Woolley, Beverly |
| 96 | Zedler, Bill |
| 60 | Zerwas, John |
| 61 | Keffer, Jim |
| 61 | King, Phil |
| 71 | King, Susan |
| 15 | Kolkhorst, Lois W. |
| 73 | Macias, Nathan |

## No on Final Passage

| | |
|---|---|
| 146 | Bailey, Kevin |
| 47 | Bolton, Valinda |
| 90 | Burnam, Lon |
| 134 | Cohen, Ellen |
| 1 | Cook, Robert |
| 57 | Dunnam, Jim |
| 23 | Eiland, Craig |
| 69 | Farabee, David |
| 1 | Frost, Stephen |
| 85 | Harbin, Joe |
| 137 | Hochberg, Scott |
| 3 | Homer, Mark |
| 11 | Hopson, Chuck |
| 26 | Howard, Charlie P. |
| 83 | Jones, Delwin |
| 82 | Kent, Tracy O. |
| 117 | Laubenberg, David N. |
| 12 | McReynolds, Jim |
| | Merritt, Tommy |
| 49 | Naishtat, Elliott |
| 70 | Parker, Joe |
| 93 | Pierson, Paula |
| | Ritter, Allan |
| 45 | Rose, Patrick M. |
| 50 | Strama, Mark |
| 107 | Vaught, Allen |

| | |
|---|---|
| 104 | Alonzo, Roberto |
| 104 | Alonzo, Roberto |
| 101 | Anchia, Rafael |
| 125 | Castro, Joaquin |
| 76 | Chavez, Norma |
| 41 | Escobar, Juan M. |
| 118 | Farias, Joe |
| 140 | Flores, Jessica |
| 74 | Gallegos, Pete |
| 32 | Garcia, Juan M. |
| 41 | Gonzales, Veronica |
| 35 | Guillen, Tomallis V. |
| 31 | Guillen, Ryan |
| 140 | Hernandez, Ana H. |
| 34 | Herrero, Abel |
| 38 | Leach, Eddie III |
| 116 | Martinez Fischer, Trey |
| 39 | Martinez, Armando |
| 124 | Menendez, Jose |
| 145 | Noriega, Rick |
| 37 | Oliveira, Rene O. |
| 27 | Olivo, Dora |
| 33 | Ortiz, Solomon Jr. |
| 40 | Pena, Aaron |
| 119 | Puente, Robert |
| 75 | Quintanilla, Chente |
| 42 | Raymond, Richard |
| 51 | Rodriguez, Eddie |
| 125 | Villarreal, Mike |
| 140 | Vo, Hubert |

| | |
|---|---|
| | Hispanic |
| | Af American |
| | White Anglo |
| | Other |

| | |
|---|---|
| A | Absent |
| AE | Absent Excused |
| PNV | Present Not Voting |

| | | |
|---|---|---|
| 83 | Craddick, Tom | PNV |
| 34 | Flores, Ismael "Kino" | PNV |
| 16 | Creighton, Brandon | A |
| 104 | Branch, Dan | AE |
| 77 | Merritt, Fred | AE |

Only one minority house member– who is not elected from a minority dominated district- voted in favor of final passage

TX_0003335   JA_004239

USA_00019121

TX_0003335

Case 1:12-cv-00128-RMC-DST-RLW   Document 211   Filed 06/20/12   Page 192 of 200

28. But there are also serious practical problems with the procedure of presenting additional documentation to vote while voting is going on.

29. For example, one of the biggest complaints in voting on election day is waiting in line to vote.  Adding additional time to check photo id, alternative documents or allow someone to provisionally vote takes time.

30. Picture IDs are sometimes not a good likeliness.  The alternative documents might also be problematic.  Is the Joe Garza on the utility statement the same as the Jose Luis Garza on the voter registration.  Or is the Henry Gonzalez the same person as Enrique Gonzales.

TX_0003336
JA_004240

USA_00019122

TX_0003336

31. Time is the biggest discouragement.  Think about the hourly worker who works an entire day– frequently 7:00 to 5:00 in Houston or Dallas.  He or she would then have to drive home this is another hour or more.  Polls close at 7:00. Any sort of a line would discourage staying and voting. This is particularly true where there are active poll watchers who raise questions requiring the election judges the make additional decisions.

32. Recall the problems that can result from our unreliable electronic voting.

33. The alternative documents could also be problematic.  For example, if a mother and father have moved in with one of their children or visa versa. There would be no utility statements et.c available.  Since the advent of direct deposit, there are fewer letters sent to pensioners.

34. Anyone who has ever dealt with the elderly knows how difficult it is for them to find bills, envelopes, statements and the like.

35. Another thing that the Department of Justice looks at in considering a Section 5 objection is what the minority community thinks about the bill.  What prominent Hispanic or African American leader is pushing this Photo ID Bill?

TX_0003337
JA_004241

USA_0019123

TX_0003337

Some have referred to the Photo ID bill as "a solution looking for a problem." Others have said the prime rule of the Texas Legislature has always been "if it ain't broke don't fix it."

With all of the potential downsides and no documented instances of coordinated multiple voting since 1948 voting such a radical change is difficult to justify.  In fact, if the 1948 Lyndon Johnson and Coke Stevenson election happened today, any such fraud would be smoked out in an election contest with little difficulty.

Further restrictions on voting should be made of sterner stuff.

I urge that the Committee not vote the bill out.

TX_0003338
JA_004242

USA_00019124

TX_0003338

# This Growth in the Minority Population is also clear from the 1990 and 2000 Census

## During That Period The Anglo Population Grew by Just Over 600,00 While the Minority Population Increased by Almost 3,000,000

# Draft

# State of Texas
## Population Growth 1990-2000

2,774,750

444,958
Black

2,329,792
Hispanic

Minority

624,982

Anglo

TX_00003339
JA_004243

TX_00003339

USA_00019125

Case 1:12-cv-00128-RMC-DST-RLW   Document 211   Filed 06/20/12   Page 196 of 200

TX_00003340
JA_004244

USA_00019126

TX_00003340

# State of Texas
## Projected Population Growth 2000-2010

356,875 A...
463,644
Asian/Other

**Draft**

3,158,077
Hispanic

## During the Decade 2000-2010
## Over 90% of the Texas
## Growth Will be Minority

**The Minority Population of Texas is
Projected to Grow by Almost 4,000,000
While the Anglo Population is Expected to
increase by Less Than 300,000**



295,230 Anglo

Case 1:12-cv-00128-RMC-DST-RLW   Document 211   Filed 06/20/12   Page 197 of 200

TX_00003341
JA_004245

USA_00019127

TX_00003341

# Dallas County

### Population Growth 2000-2010

## During the Decade 2000-2010 All of the Dallas County Growth Comes from Minority Groups

The Minority Population of Dallas County is Projected to Grow by Almost 400,000 (85% Hispanic) While the Anglo Population is Expected to **Decline** by Almost 250,000



**361,359 Hispanic**



**Minus 247,763 Anglo**

TX_0003342
JA_004246

USA_00019128

TX_0003342

# Harris County

## Population Growth 2000-2010

### During the Decade 2000-2010 All of the Harris County Growth Comes from Minority Groups

The Minority Population of Harris County is Projected to Grow by More Almost 850,000 (80% of Which are Hispanic) While the Anglo Population is Expected to **Decline** by Almost 250,000

**Draft**

**703,399 Hispanic**



**Minus 244,693** Anglo

244,693  -40.4%    29,683   4.9%    703,399  117.1%   111,117  18.5%

Case 1:12-cv-00128-RMC-DST-RLW   Document 211   Filed 06/20/12   Page 199 of 200

TX_0003343
JA_004247

USA_0019129

TX_0003343

# Dallas Metroplex

## Population Growth 2000-2010

### During the Decade 2000-2010 80% of the Growth in the Dallas Metroplex Will Come from Minority Groups

The Minority Population of Dallas Metroplex Will Grow by More that 1,100,000 (88% of Which are Hispanic) While the Anglo Population is Expected to increase by 269,213

130,579 AfAm

168,100
Asian/Other

**Draf**

**841,135
Hispanic**



**269,213 Anglo**

Case 1:12-cv-00128-RMC-DST-RLW   Document 211   Filed 06/20/12   Page 200 of 200

# Houston Metropolitan Area
## Population Growth 2000-2010

**During the Decade 2000-2010
All of the Houston Metro
Growth Will Come from
Minority Groups**

The Minority Population of Houston Metropolitan
Area Will Grow by More that 1,100,000 (almost
90% of Which will Hispanic) While the Anglo
Population is Expected to **Decline** by 45,814





**Minus 45,815 Anglo**

TX_0000334
JA_004248

USA_00019130

TX_0000334

# State of Texas
## Projected Population Growth 2000-2010



3,158,077
Hispanic



295,230 Anglo

### During the Decade 2000-2010 Over 90% of the Texas Growth Will be Minority

The Minority Population of Texas is Projected to Grow by Almost 4,000,000 While the Anglo Population is Expected to increase by Less Than 300,000

TX_00003345
JA_004249

TX_00003345

USA_00019131

Case 1:12-cv-00128-RMC-DST-RLW   Document 211-1   Filed 06/20/12   Page 3 of 243

We anticipate that Texas will have grown by somewhere between 4,000,000 and 5,000,000 persons when the 2010 Census is taken.  The estimates and projections in this study are based on a growth of approximately 4,000,000 persons.

**Draft**

The Texas Constitution specifies that there be 31 Senate and 150 House Districts.

Congressional Districts increase as the population of Texas grows faster than the United States population.  In 2000 Texas picked up an additional 2 seats and it is anticipated that in 2010 Texas will gain 3 or 4 seats.

TX_00003346
JA_004250

USA_00019132

TX_00003346

Case 1:12-cv-00128-RMC-DST-RLW   Document 211-1   Filed 06/20/12   Page 4 of 243

|                   | Under 2000 Census | Under 2010 Census |
|-------------------|-------------------|-------------------|
| House District:   |                   |                   |
| (150)             | 139,012           | 167,371           |
| Senate District:  |                   |                   |
| (31)              | 672,639           | 809,860           |

**Draft**

| Cong. Dist. |         |         |
|-------------|---------|---------|
| (32)        | 651,619 |         |
|             | (34)    | 738,401 |
|             | (35)    | 717,304 |
|             | (36)    | 697,379 |

TX_00003347
JA_004251

USA_00019133

TX_00003347

# Some Thoughts On

# The Proposed Texas

# Photo-ID Bill.

George Korbel
220 Gardenview
San Antonio, Texas
78213
(210) 216-3333

1. The first Consideration should be measure the magnitude of the problem. Do we have a rash of persons who vote multiple times– or of non-citizens voting for that matter. Everyone agrees that there are no documented cases where either of these has been done on any large scale in recent years. Many people refer to the Box 13 in Duval County during the Coke Stevenson vs Lyndon Johnson election in 1948. That was 61 years ago.

2. It is a serious violation of law to vote multiple times. While there have been a limited number of charges of multiple voting, nothing on any large scale. The limited interest by District Attorneys indicates that there is no ground swell of support from the law enforcement community. Indeed, a recent investigation by the Bexar County DA.

On these two grounds alone, the Photo ID bill ought to be rejected.

1

TX_00003348

USA_00019134

3. Nor would one expect that would be a large problem here. Multiple voting is not a very efficient way to commit fraud in an election. For example if you had 50 people who were willing to vote multiple times and they were able to get to 5 different voting precincts in one election day, you would have 250 votes. On last election day, I actually tried to see how many polling places I could get to and vote at. I would put the max in the range of 10.

4. Only very small city and school board elections would be affected by this level of fraud. Obviously in a small city or school district everyone knows everyone and this would be impossible. I grew up in one of those sorts of jurisdictions.

Besides any criminal attorney will tell you that a conspiracy–which is what this would be-- works only if there a limited number of conspirators. 50 is not a limited number.

---

The Next Question is Who is Burdened by a Photo ID requirement–Who is Likely Not to Have a Driver's License?

5. Everyone agrees that the elderly who have stopped driving as well as the poor who do not have a vehicle. The elderly poor would be most hit.

6. Poverty and lower income rate is significantly higher among Hispanics and African American and they are less likely to have a vehicle and a Driver's License. Studies indicate a strong correlation between

    ✓ Race/ethnicity and car ownership

    ✓ Income and car ownership

    ✓ Education and Car Ownership

TX_00003349
JA_004253

TX_00003349

USA_00019135

For Example:

"For all whites in our sample, 76 percent own cars, compared with 47 percent of blacks, and 52 percent of Latinos. Moreover, within educational attainment categories whites have higher (and statistically distinguishable) car ownership rates than do blacks and Latinos. For example, 51 percent of whites with less than 12 years of education own cars, compared with 28 percent of blacks and 44 percent of Latinos with comparable educations. Similarly, among individuals with 16 plus years of schooling, 87 percent of whites, 71 percent of blacks, and 64 percent of Latinos own cars."

Can Boosting Minority Car-Ownership Rates Narrow Inter-Racial Employment Gaps? Steven Raphael Goldman School of Public Policy University of California, Berkeley raphael@socrates.berkeley.edu Michael Stoll School of Public Policy and Social Research University of California, Los Angeles mstoll@ucla.edu June 2000 at 12

# Consider These Studies Correlating Income, Education and Race/Ethnicity in the Context of the 2000 Census

3

TX_00003350

USA_00019136





TX_00003351

USA_00019137





TX_00003352
JA_004256

TX_00003352

USA_00019138

8.    This racial/ethnic differential in income increases with age. For example Hispanics and African Americans tend to rely almost entirely on Social Security for retirement income.

9.  Next consider these facts on poverty and income in the context of how does one obtain a Photo ID of one does not drive.

10. The location of places where the identification card is available has been mapped out for 4 counties. The number of locations is limited and in most cases not within the traditional minority area. Given the differential in income identified in the charts, the burden of travel would fall most heavily on the minority persons.

11. In urban areas it is not unusual to take more than an hour of waiting to get a license or renewal.

12. I am familiar with the urban bus systems in Texas. If you add travel and transfer time, I feel confident that obtaining a photo ID would take the better part of an entire day.

TX_00003353
JA_004257

TX_00003353

USA_00019139



According to the DPS Website, there are no places to obtain a Identity Card within Loop 610 in Harris County. This is probably the greatest minority concentration in the state.



According to the DPS Website, there are no places to obtain a Identity Card within IH 820 in Tarrant County

TX_00003354

USA_00019140