## ID Voter

**ID Voter**

Paige Schweizer [mpgs@nctv.com]

**Sent:** Saturday, March 07, 2009 08:25 PM
**To:** Josh Perry

---

I am in favor of identification for all purposes, i.e., credit card usage, airline travel, and especially for voting purposes.

Voting is a privilege that is earned through good citizenship.

Paige Schweizer

P.O. Box 4145

Horseshoe Bay, TX 78657

USA_00019234

## Support SB 362

Charlene White [chrwht@gmail.com]

**Sent:** Saturday, March 07, 2009 10:04 PM
**To:** Josh Perry

---

Please support the bill in SB 362!

Charlene White

USA_00019235

Case 2:13-cv-00193 Document 662-4 Filed on 11/11/14 in TXSD Page 3 of 71
Voter ID Card
Case 1:12-cv-00128-RMC-DST-RLW Document 211-1 Filed 06/20/12 Page 10 of 261

# Voter ID Card

**Bill Awbrey [wawbrey@satx.rr.com]**

**Sent:** Monday, March 09, 2009 08:35 AM

**To:** Josh Perry

---

Attention: Eric Opiela
A voter ID card is a reasonable and necessary mandate for any citizen wishing to vote. Voting is a privilege, and individuals should be responsible enough to acquire a picture ID in order to prove identity. I have to question the credibility of anyone who would denigrate the validity of asking for ID. How does requesting an ID intimidate voters who are legitimate voters? Why does requesting an ID suppress voter turnout UNLESS the voter is illegitimate? What is the motive behind the idea of quashing voter ID and allowing questionable individuals to vote? Surely we all want an honest and credible election. Vote for the voter ID requirement. This is a common sense mandate. Thank you. ( Karen Awbrey/San Antonio, Texas)

USA_00019236

## Support for SB 362

Don Van Meter [kraxa@swbell.net]

**Sent:** Thursday, March 05, 2009 03:46 PM

**To:** Josh Perry

---

Gentlemen: Please accept my written testimony in favor of the passage of SB 362 to require voters at the time of voting to present photographic ID along with their voter registration.

The franchise is the most important right we as citizens have and protection of that right is and should be your primary concern. All of the democratic nations of the world see an invasion of migrants that seeks citizenship status without acceding to or complying with the laws of the nation. Dilution of the franchise takes from us our heritage and freedoms. Please support this legislation.


Donald E. Van Meter
Attorney at Law
4408 Ridgemont Drive
Wichita Falls TX 76309

# Voter Id

**Winky Grundy [wyntug3@hotmail.com]**

**Sent:** Thursday, March 05, 2009 04:26 PM

**To:** Josh Perry

I am strongly in favor of having voter identification shown every time a person votes. There are too many people, as we found out in our November 2008 election, who vote more than one time, who care nothing about election laws and come from other states to vote in our elections. This must be stopped.

We show out identification to rent movies, to cash checks, to prove our age so we can buy cigarettes or liquor; we give it the information to banks, grocery stores, and many other places. But we should show our identification when we vote? This is an absurdity; but it is desired so we do not have honest elections.

Please make our elections honest and lawful.

Wynnadell Grundy
Hewitt, TX 76643

USA_00019238

## Voter IF Capitol Rally

Sj34ok@aol.com [Sj34ok@aol.com]

**Sent:** Thursday, March 05, 2009 03:46 PM

**To:** Josh Perry

**I will be out of the state on March 10, or I would be in Austin. This is my testimony for the hearings. You have my permission to reword this if you think it would be more effective.**

**I have been working elections, general, primary, local, and early voting, for about 20 years. In that time, I would say the majority of people who vote offer their Drivers License along with their Voter Registration cards. The people feel that identification is necessary. After all, if you vote with a utility bill or a check or a birth certificate, who is to know if you really are the person you are saying you are. If we have to give picture ID to cash a check at a bank where we are known to the tellers or at Wal-Mart where we shop regularly, why would anyone object to showing a picture ID to vote. The notion that people will vote more readily if they don't have to show some form of picture ID is ludicrous. Any one old enough to vote is used to showing picture ID at school, work, check cashing or admittance to certain venues. Please vote for picture ID. Then no one can say they are you when they are not and actually vote against you.**

**Sandra Julien
1123 Statler Drive
Duncanville, TX 75116
Precinct 4210**

---

A Good Credit Score is 700 or Above. See yours in just 2 easy steps!

# voter id

**Harvey L. Skinner [Harvey_Skinner@att.net]**

**Sent:** Thursday, March 05, 2009 04:29 PM

**To:** Josh Perry

When i enter another country, i must shoe a picture id same is true when i cash a check ,board a plane etc. When one casts a vote it can and will determine how $$ are spent ,who governs and any other issue on a ballott.I believe voter fraud has taken place no replace with , I know voter fraud has taken place in Washington Co. Most instanses were thru igornance a few are suspect as to intent. Why anyone would object to a voter showing a picture id is a mystery unless fraud is intended.Harvey Skinner Chairman Republican Party Washington County

JA_004368
USA_00019240

## SB 362

Jerry [lago4400@yahoo.com]

**Sent:** Thursday, March 05, 2009 04:30 PM

**To:** Josh Perry

---

We desire to issue our support for SB362, we support this legislation as just, fair and the honest path to conduct elections.
I am unable to physically be at the Capital on Mar. 10th but I want my Texas Senator **Kirk Watson** to support this bill.
We don't need the problems encountered in Illinois and Florida!  Do the right thing!!

Respectfully,

Mr & Mrs G.W. liebsch
4400 Silverhill Dr.
Lago Vista, TX 78645

TX_00003455

USA_00019241

# Voter ID

**BILL GRUBBS** [bill.grubbs@verizon.net]

**Sent:** Thursday, March 05, 2009 04:35 PM

**To:**  Josh Perry

As the grandson of immigrants I am sympathetic with the desire for people to immigrate to our country legally. I am concerned that without voter ID we will have persons elected to our governments and state and  local issues decided by those who have no legal right to vote. I must show ID when cashing a check, sometimes using a credit card, to buy a license plate, etc. What is the problem with showing a valid ID for voting.

Please put this measure in place to restore and maintain my respect for the outcomes of elections.


Bill --... ...-- -.- ..... .. .--

## SB 362

mlriley616@aim.com [mlriley616@aim.com]

**Sent:** Thursday, March 05, 2009 04:35 PM

**To:**    Josh Perry

Please register our support for this bill to require Identification as a Texas resident, US citizen.  No one should be allowed to vote who is not a citizens of our state and nation.

Robert W. and Mary Lou Riley
Shallowater, Texas

---

A Good Credit Score is 700 or Above. See yours in just 2 easy steps!

USA_00019243

# voter id

## LAWRENCE WHITE [lcwhites@verizon.net]

**Sent:** Thursday, March 05, 2009 04:43 PM

**To:** Josh Perry

---

To the legislators in Austin,

I could not be in Austin to register my outrage, but I want you to know that our family stands behind the voter id act. It is mind boggling that anyone would be against identifying voter fraud. The only explanation I can think of is that they want people to vote who have no right. You have to have identification to do almost anything in our country today--voting should be the top item on the list. Please pass this bill.

Thank you,

Lawrence White, PE
972 446-2032
email: lcwhites@verizon,.net

TX_00003458

USA_00019244

## ATTN: Eric Opiela Testimony in favor of SB 362

Jim [jim@lievre.com]

**Sent:** Thursday, March 05, 2009 04:48 PM

**To:** Josh Perry

---

Honorable members of the legislature;

I am 64 years old. I have voted in every national election since I was 21
years old. In every case I was asked to provide an ID. This means a valid
driver's license and a voter registration card. In every case I complied
without question, because I know there is an absolute need to verify that
the person who wants to vote for people or propositions need to be legally
doing so. To allow otherwise, without question, will bring about the down
fall of this great country
Since an ID is required ( not optional) for everything from cashing a check
to flying on an airplane, and we do this daily,   how can any sensible person
even question that one should be able to do the most scared act , that we as
citizens do, which is to vote, without this extremely simple and minimal
requirement.
 The only reason anyone would question this requirement is because they want
to vote illegally. There is NO other reason. There are lots of excuses, but
after you dig down through the excuses it comes down that they want to vote
illegally for one of many reasons, none of which should ever be allowed.
 Please support the passage of SB 362.


James B. Lievre
4101 Granada Dr
Georgetown, Texas   78628


--
I am using the free version of SPAMfighter.
We are a community of 6 million users fighting spam.
SPAMfighter has removed 7958 of my spam emails to date.
Get the free SPAMfighter here: http://www.spamfighter.com/len

The Professional version does not have this message

USA_00019245

**Voter ID**

David Hooper [davidh@ssecho.com]

**Sent:** Thursday, March 05, 2009 04:57 PM

**To:**  Josh Perry

Really very simple. Why not have Voter ID. Without it there is a real possibility of voter fraud. With it, there is very little chance of voter fraud. Anyone that is against it is, very simply, for voter fraud. And, any mention of disenfranchisement of the voter is a bunch of Pelosi. End of story.

Thank you for your consideration.

David Hooper
393 Cypress Creek Dr.
Mt. Vernon, Texas 75457
903-860-7473

USA_00019246

# Voter ID

Ellen Miller [epmillervhm@earthlink.net]

**Sent:** Thursday, March 05, 2009 05:45 PM
**To:** Josh Perry

Dear Members of the Texas Legislator,

I would like to go on record as supporting the passage of the Voter ID bill. Voter identification is important for securing our voting process against fraud and for the security of the state in general.

The standard old argument against such legislation, ie: "disenfranchisement of voters" is simply irrelevant in this day and age. The argument that the elderly, the poor , and otherwise immobile citizens will be disenfranchised because they can't get out to get a photo ID just doesn't hold up. Just as many agencies and volunteers mobilize every election cycle to get those very people to the polls, they can mobilize to get to the nursing homes, and poorer neighborhoods to take a picture and give out a card with that picture and an address. Perhaps including a roadmap of what the logistics of this process might look like would be worth including as part of the bill. The current lack of a logistical system to enable elderly and immobile people to attain appropriate ID is certainly not any reason to let this opportunity to pass reasonable legislation, that is an important step in improving our state's security, slip away.

Thank you,

Ellen Miller
Horseshoe Bay, Texas 78657
epmillervhm@earthlink.net

## Voter ID - Capitol Rally

Greg Tomaszewski [gtomas@verizon.net]

**Sent:** Sunday, March 08, 2009 02:10 PM

**To:** Josh Perry

Dear Mr. Opiela,

Please consider my written testimony below, in favor of Voter ID;

- Voting is an earned right, not an assumed right for anyone in this country
- We ask for Id from everything like cashing a check, using a credit card, to entering a club. We need to have Ids checked for everyone who is planning to vote
- Other countries have these practices as standard procedures, why in the United States do people feel like we are infringing on them to provide something simple as showing an Id?
- It is in fairness to all political parties that the voters who are casting ballots prove that they are in fact citizens, and eligible to vote.

Thank you.

Sincerely,

Greg Tomaszewski

gtomas@verizon.net

USA_00019248

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 16 of 71
For SB 362:
Case 2:12-cv-00128-RMC-DST-RLW Document 211-1 Filed 06/20/12 Page 16 of 43

**For SB 362.**

Chris Eaton [chris.eaton1@yahoo.com]

**Sent:** Monday, March 09, 2009 12:33 AM
**To:** Josh Perry

---

I'm writing in support of SB 362. Please pass my comments on to my state representatives. In light of the gaping loopholes for abuse at the state and national level relative to identity and citizenship I can find that anyone not supporting SB 362 is pro illegal and anti-Constitution relative to our assurance from invasion. Frankly, without easily deviating, Texas and U.S. sovereignty and state and national identity is quickly eroding as we take a light hand with the very serious issue of illegals and identity which costs legal residents billions of dollars. I'm working, funding my own demise, so couldn't make it to Austin for testimony. However, please consider this e-mail a resounding cry of "yes" on SB 362 and I'm sure every one legal that I know would feel the same.

Respectfully submitted,

Chris Eaton

8716 Aviary Dr.
McKinney, TX 75070

972-984-0159

USA_00019249

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 17 of 71
Case 2:12-cv-00128-RMC-DST-RLW Document 211-1 Filed 06/20/12 Page 1 of 1
I am in favor of SB 362

# I am in favor of SB 362

Wanda O'Leary [woleary@austin.rr.com]

**Sent:** Saturday, March 07, 2009 07:48 PM

**To:** Josh Perry

---

To Eric Opiela
I will be at the Capitol on Tuesday to support SB 362
Wanda O'Leary

USA_00019250

I am a third generation Texan of Mexican and Spanish descent on my mother's side and Mexican descent on my father's. Both Democrat.

As a young man, my father worked on farms along the Rio Grande during the depression up until the 40s. After the attack at Pearl Harbor, upset that his Texan friends were heading to war, my father wanted to serve with them. However, they would not accept him because he was a Mexican citizen. My father refused to give up hope. After receiving his Certificate of Naturalization and under President Roosevelt's Nationality Act of 1940, which allowed Mexican-born residents to be drafted or volunteer, my father enlisted in the U.S. Army where he was able to serve *his* country. My father worked throughout his life to leave his family a heritage of honor. As a result, four of his five sons followed his example and became military service members serving honorably in Vietnam and Dessert Storm. One was rejected due to childhood-acquired polio but not from lack of trying. My father always said, "Toma solo lo que as ganado, y lo demas, trabaja para ganar." (Take only what you have earned and work at earning the rest). He was referring not only to financial gain but also to the rights and privileges allotted American citizens. My father was a simple man with common sense virtues. Having been a person who spent most of his young life having to show ID in order to work, my father came to respect proof of ID. Proof of ID helped Texas Jefes (bosses) filter workers during the hiring process. It was not fool proof, but it worked. It certainly made my father and other workers with honest ID feel safer. Although my father is no longer with us, knowing his virtues, I can honestly say that the voter ID debate would absolutely boggle his mind.

Those who argue that voter ID and proof of citizenship laws are part of some partisan effort to disenfranchise a 'select group' are wrong about the motive behind voter ID. If someone is determined to vote, they will get proper ID. If they move, they will update their records. If they get married, they will update their records. Even the elderly update their records, as government programs require them. The argument that certain 'select people' will be disenfranchised, is ludicrous. Once voter ID becomes law, individuals aspiring to cast a vote will make the effort to get a valid ID. That is what *responsible* citizens do.

In this current day and age access to the political process is made easier than ever through technology and particularly through powerful and well funded community organizations which are more than ready, energized and willing to make certain these particular 'select groups' are not left out of the process.

With Voter ID as law, the problem is not that people might be left out of the political process, quite the contrary. In this last presidential election, we learned that because of the overzealousness of well-funded community organizations, these so called 'select people' *were* indeed registered. In many cases more than once. With Voter ID the question isn't whether someone might be left out of the political process but how often that someone will register and vote within an election.

TX_00003465

USA_00019251

Whether voting is a privilege or a right in the constitution does not negate the fact that voting still comes with responsibility. The most important being that one must meet the qualifications set forth by their state, in this case the state of Texas.

Unfortunately, there are individuals and officials who are actively trying to defeat voter ID so that people who they think will vote with their party will vote, and in Texas that nearly always means the Hispanic who historically votes Democrat.

Both my Democrat parents are now deceased. My father who came to respect proof of ID in a country he came to love, honor and serve would be aghast at voter ID even being debated questioning when playing politics *trounced* common sense.

Olga Rivera Lasher

TX_00003466
JA_004370

TX_00003466

USA_00019252

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 20 of 71
Case 2:12-cv-00128-RMC-DST-RLW Document 211-1 Filed 06/20/12 Page 21 of 43
Family of 10 for voter Id requirement

## Family of 10 for voter Id requirement

Diana Wingfield [wargift2000@yahoo.com]

**Sent:** Monday, March 09, 2009 01:16 PM
**To:** Josh Perry

My family and I, all U.S. Citizens and registered to vote **ARE in favor** of the SB 362 Voter ID.

No one wants to deny a person the right to vote, we just want them to be identified as US citizens eligible to vote.
No one is going to be denied the right to vote," Fraser said. "All we're asking is that people verify that they are eligible, living, legal citizens and have the right to vote."
Texans already must show either a voter registration card or some other form of identification.
Republicans want to add the requirement of a photo ID or alternative forms of identification. Six states --- Florida, Georgia, Hawaii, Indiana, Louisiana and Michigan -- currently require a photo ID at election time, according to the National Conference of State Legislatures.

You are required to have ID , picture and or  Social Security Card to get medical attention, Food stamps, unemployment, to get a checking account, fly in an airplane, cross the border, cash a check, obtaining a credit card, purchasing a home, doing your taxes for Uncle Sam.if filing for a "Fast Refund" with a bank involved.   You must have ID to get into school

Everyone has RIGHTS.  What about my right to have only United States Citizens vote?  **If I must bow a knee, I want to be assured the people are citizens of the United States.** .

The minorities Democrats are trying to help get away with not having an ID are usually the ones getting all the government assistance. That by the way, do have identification issues.


 John R. Wingfield
 Diana Wingfield
 Robin Moore
 Clinton Stevens
 Audrey Stevens
 Cheryl Kauffman
 Kenney Kauffman


        *If God brings you to it, he will take you through it.*

        *Diana Wingfield*

        *PO Box 2196 Terrell. TX 75160*

Case 2:13-cv-00193-RMC-DST-RLW Document 211-1 Filed 06/20/12 Page 21 of 71
Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 21 of 24
Untitled Message

Sandra Propst [sandra_propst@yahoo.com]

**Sent:** Friday, March 06, 2009 04:58 PM
**To:** Josh Perry

We, in the state of Texas, have a prime opportunity to be a leader in taking positive steps toward changing our fraudulent voting system in Texas and in the United States by passing legislation for voters to show proper ID in order to vote. If we can be asked to show proper ID in a variety of scenarios, it should be even more important to show proper ID in order to vote.

Those Senators or Representatives that do not back this legislation are saying, in reality, that they do not care to clean up our voting system. They don't care to ensure that our voting system in America is above reproach. They would rather allow someone that is not legally eligible to vote in the U.S. vote illegally. In other words, they are for voter fraud. They are for using illegal voters to build their own political party and insure their own political power. Shame!

Those that say voters might be intimidated is silly. The bank asks for proper ID. No one is intimidated there. Federal govt. agencies ask for proper ID. No one is intimidated by that. Why, in the name of all that is good sense, would anyone be intimidated by having to show proper ID,... unless they are, in fact, ineligible to vote... unless they are illegal. I teach adult ESL and those students don't understand why a voter should not be asked to show an ID. It's only the Democratic politicians that don't want to require a proper ID to vote. Why might that be?

My husband and I have, in past years, been in groups finding voter fraud here in the Rio Grande Valley. Hidalgo County is rampant with voters who have no valid address. We have found dead people that are still voting. We have visited empty lots where a voter is supposed to live! Sending these reports to Austin yields nothing.

It's time to clean up our voting system that is replete with voter fraud! I challenge our leaders both in Texas and in the United States to stand up for doing what is right and doing things ABOVE REPROACH.

**Sandy Propst**
Blog:http://sandysstellarsuggestions.blogspot.com/
Cell: 956/212-1999
Home: 956/383-5050 (Please note: 687-8822 is no longer a working number.)
Fax: 866/607-8824

Monday, March 9, 2009 1:07 PM

**Subject: SB 362**
**Date:** Monday, March 9, 2009 11:55 AM
**From:** Bob <bob@bbcentral.us>
**To:** <Jane.Nelson@senate.state.tx.us>
**Cc:** Eric Opiela <eopiela@texasgop.org>
**Priority:** Highest

## Senator (Jane)-

Please support SB 362, the Voter ID bill. I can't make it to Austin on Tuesday, but want to let you know that the fresh produce industry needs this bill as much as anyone. Once we have Voter ID, then we can look at sensible guest worker legislation to allow for seasonal harvest labor. Also, we worked a poll in south Denton on Election Day, and saw several instances that could have been fraudulent voting, but with the flimsy ID requirements, what can you do?

## Thanks for your support!


Bob Swartwout
bob@bbcentral.us
freshcut1@yahoo.com
PO Box 50854
Denton, TX 76206-0854
214.269.6540 Bob


"Beware the greedy hand of government, thrusting itself into every corner and crevice of industry." --**Thomas Paine**

---

I am using the Free version of SPAMfighter <http://www.spamfighter.com/len> .
We are a community of 6 million users fighting spam.
SPAMfighter has removed 1473 of my spam emails to date.
The Professional version does not have this message.

**Page 1 of 1**

**Monday, March 9, 2009 12:34 PM**

**Subject: SB362**
**Date:** Wednesday, March 4, 2009 9:59 PM
**From:** Mary Darby <marydarby@tx.rr.com>
**To:** Eric Opiela <eopiela@texasgop.org>

I am a Precinct Chair and an Election Judge in Dallas County, Precinct 2146, and I support SB362.

Thanks
Mary Darby
972.203.9229

**Page 1 of 1**

**From:** Dot Adler [mailto:dadler@tx.rr.com]
**Subject:** Voter Photo ID SB 362

FYI, I strongly support SB 362, the Voter Photo ID bill. I phoned Sen. John Carona, SD 16, my state senator, and urged his support.

This bill should help prevent election fraud. I frequently work as an election clerk. At least as many voters present their drivers licenses as identification at the polling place as present voter registration certificates. Either is acceptable, if a voter is listed on the poll book.

I live in a seniors apartment complex where residents must be age 55+. Many residents age 65+ tell me they vote by mail. Thus, they don't have to go to a polling place for early voting or on election day and stand in line to vote. The law does not require presenting a photo ID for voting by mail.

I question that having to present a photo ID prevents any responsible person from voting. You have to show a photo ID to board an airplane or cash a check. A photo ID usually is required when presenting a credit card for payment.

Sorry i can't be at the Capitol for the March 10 hearing on SB 362. I am president of the Dallas Downtown Republican Women's Club, which meets that day at Dallas County Republican Headquarters..

Best regards,

Dot Adler

535 Buckingham Rd., #1202

Richardson, TX 75081-5177

972-235-5703

dadler@tx.rr.com

TX_00003471

USA_00019257

**From:** Louella Roush [mailto:louroush@sbcglobal.net]
**Sent:** Saturday, March 07, 2009 9:31 AM
**Subject:** Voter ID

I think it is as important to have photo voter ID as it is to have photo drivers' license. We have enough problems with unlicensed drivers. We need to be able to identify lawful voters. Who is driving our elections? People who are entitled to vote and want to vote will understand and comply with photo voter ID as being a reasonable protection to prevent people from voting who are not lawful citizens.

Last November I served as an election official for the first time during a presidential election. There were no problems asking for photo identification. Most people used drivers' licenses. The main problems were with identifying residency to vote in that precinct. Some we referred to the correct precinct. The election judge was our back up regarding a question about a voter's eligibility to vote there. And then there is the option of a provisional vote so a person can vote and be verified for eligibility later if the vote count is close.

## Jamie Mathis

**From:** Jessica Edwards [jessica@scotjfrost.com]
**Sent:** Monday, March 09, 2009 11:00 PM
**To:** tad@tdtexas.com
**Subject:** Senate Bill 362

I am a 74 year old female who disputes the idea that it creates a problem by requiring to show picture ID for voting unless I was illegal. I have to show my drivers license for conducting daily business such as grocery shopping and paying by check or credit card. I have to show my picture ID regarding any financial transaction or when I go to a new doctor. When I signed up for social security I had to show my birth certificate, marriage license and photo ID. So who is kidding who by saying that it would stop people from voting if they have to show ID. If they are even living a simple life style they will have to show an ID routinely. Lets be honest about what this issue really is involving. Thank you for your time.
Geneva Billey

3/10/2009

TX_00003473

USA_00019259

**From:** C Cates [mailto:carolcates@sbcglobal.net]
**Sent:** Saturday, March 07, 2009 11:15 AM
**To:** Toni Anne Dashiell
**Cc:** 'Diane Fulton'
**Subject:** Written testimony


Toni,


Pls share as testimony, I am unable to attend, but will email my reps and senators.


Dear Senators and Representatives, please be sure to support Senate Bill 362, the Voter ID bill. It is a known fact that the people who are against it are corrupting the system and this keep bill keeps them from stealing votes.


I am an American citizen, work hard, and pay my taxes, and my vote should count, not someone who wants to cheat the system.


Thank you,


Carol Cates, ARW Chapter

11706 Running Fox Trail

Austin, TX 78759

TX_00003474

USA_00019260

**From:** BDewberry@aol.com [mailto:BDewberry@aol.com]
**Sent:** Saturday, March 07, 2009 1:00 PM
**To:** Toni Anne Dashiell
**Subject:** Support Voter ID

It's self-evident that our precious freedom is at stake. If anyone can vote without documentation and without penalty if caught, responsible citizens will be out-voted every time. This is a landmark time for our country. Please see that voters are who they say they are and only get ONE VOTE!

Thank you for your efforts on behalf of our representative government,

Bob Dewberry

7532 Glen Albens

Dallas, TV 75225

(214) 521-1963

TX_00003475

USA_00019261

Gentlement,

We strongly urge each of you to actively support Senate Bill 362 so that we Texas citizens can
see positive results in our efforts to significantly improve the voting integrity of the State of Texas
primaries and general elections. Thank you for your positive consideration to this request.

Resptecfully submitted,

Brenda B. & James C. Woodall
9000 Bell Mountain Dr.
Austin, TX 78730
Ph: (512) 502-0111

TX_00003476

USA_00019262

March 06 2009.

I will like to share with you part of the process for eliminating voter fraud in Mexico. Mexico has just one day for the citizens to vote. There is no early voting in Mexico.

Mexico has a voter photo identification card with systems and codes that make it very difficult falsify.

 On the day of the election, the voter leaves his ID card with the polling attendant and after the person has voted, the card is not returned until the voter's thumb is painted with a permanent ink. This ink can not be washed off and remains on the persons thumb for about one week, thus demonstrating that the person has voted once and can not vote again in a different polling place.

This system has virtually eliminated voter fraud in Mexico.

Thank you for the opportunity to present this information to you.


Best Regards,

Elvira Brandon

TX_00003477
JA_004381

TX_00003477

USA_00019263

**From:** Lidia Trujillo [mailto:lidiasart@yahoo.com]
**Sent:** Saturday, March 07, 2009 9:31 PM
**To:** Toni Anne Dashiell
**Subject:** Voter Photo ID

I am in support of the Voter Photo ID to help achieve safe elections in Texas.

Thank you for listening.

**Lidia de la Cruz-Trujillo**

**214-284-4644**

TX_00003478
JA_004382

TX_00003478

USA_00019264

**From:** DeAnna Dixon [mailto:beecharmer64@yahoo.com]
**Sent:** Saturday, March 07, 2009 8:30 PM
**To:** Toni Anne Dashiell
**Subject:** Voter Photo ID

We support this because in America there is a saying "One vote one Citizen". Why destroy our constitution and stomp on our forefathers. What is wrong with people, do they not care about fraud, is it only the Conservatives that care about people being elected by breaking our laws. Follow the Constitution of the United States and stand up for one vote for one person. You don't run red lights, rob banks, or break other laws without paying a debt to society, ie. jail, fines,etc. Why should you get to break our voting laws without consequences? Say yes to Voter ID!

DeAnna Roberts

My name is Christina Gunter, I have been working with the Election Dept.

for the County, School, and City Elections during the Early Voting and

the Election Day as a Clerk for 10 years and as an Election Judge for

the past 10 years and have seen a lot of changes during all these years.

I believe the greatest fraud is with the "Politiqueras" that bring in

the elderly to vote and coach them to request their help and they in

turn tell them how  and for whom to vote.  I wish those elderly that do

not need their assistance would request our help, the Election

Officials, we take an oath and would honor their request.  Also, if they

were to bring a photo Voters ID it would eliminate people from bringing

somebody else's voters certificate .  This is my greatest concern.

## CHRISTINE GUNTER

**321 HAWK**
**PHARR, TX    78516**

**956-787-1338**

TX_00003480

USA_00019266

**SENATORS:**

**IT HAS BEEN MY GREAT PLEASURE TO BE A PRESIDING JUDGE AT EARLY VOTING AND GENERAL ELECTIONS FOR THE HIDALGO COUNTY. I HAVE WORKED FOR NEARLY 10 YEARS. IN THAT TIME I FOUND THAT MANY QUESTIONS COULD NOT BE PROVEN WHEN VOTERS BRING IN THEIR VOTING CARDS OR OTHER FORMS OF IDENTIFATION, THAT THEY WERE INDEED THE PERSON ON THE CARD OR UTILITY BILL. WHEN THE ROLES OF THE COUNTIES VOTERS WHO HAVE DIED ARE NOT REMOVED IMMEDIATELY, VOTER CARDS ARE SENT TO THE FAMILIES AND SOMETIMES END UP IN THE HANDS OF PEOPLE WHO TRY TO PASS OFF THIS PERSON.**

**ALSO MANY PEOPLE ARE TAKEN TO THE POLES BY POLITICAREAS AND THEY ARE TAKEN ADVANTAGE OF. THEY ARE INSTRUCTED TO VOTE ONLY ONE PERSON OR ONE PARTY. EVEN IF THE PERSON IS NOT HADICAPED, THEY ARE TOLD TO TELL THE WORKERS THAT THEY ARE.**

**VOTER PICTURE ID'S WOULD BE THE BEST WAY OF CONDUCTING ELECTIONS FAIRLY AND HONEST. I ALSO HOPE THAT THIS OR A DRIVER LICENSE WOULD BE THE ONLY FORM OF IDENTIFICATION AND NOT THE OTHER ID THAT ARE NOW ALLOWED.**

**I RESPECTFULLY SUBMIT THIS TO YOU FOR YOUR CONSIDERATION.**

**I REMAIN,**

**CAROL CROSBY**

**HIDALGO COUNTY**

**645 THE GROVE #7**

**SAN JUAN, TX 78589**

**956-787-1361**

**From:** jdtmegger@aol.com [mailto:jdtmegger@aol.com]
**Sent:** Sunday, March 08, 2009 5:16 PM
**To:** Toni Anne Dashiell
**Subject:** Photo ID


**Toni Ann, here is mine.  Still waiting on some others.  Dotti**

Dear Senators.  I moved to Hidalgo County in 1996 and
immediately was asked to work the elections as a
judge. I have done so ever since, for Primary,
County, State and National.  I have found several
people who have voted who were not even citizens, all
they had to do was show a driver's license and they
could vote.  In some cases they were not even in the
books, but we were told to let them vote anyway. My
husband died three years ago and  I still find his
name on the books even though I have call and sent
notes to the effect that his died in 2005; and he
would be old enough to vote by mail.  The PHOTO ID is
a major way to STOP the fraud and make our elections
honest. PLEASE VOTE YES FOR PHOTO ID.  THANK YOU.

TX_00003482
JA_004386

TX_00003482

USA_00019268

**From:** Charles Incerta [mailto:cincerta4938@att.net]
**Sent:** Sunday, March 08, 2009 6:30 PM
**To:** Toni Anne Dashiell
**Subject:** Bill 362

Please vote for Bill 362. We are required to have a photo ID on all forms of ID such as Texas drivers license, company ID, etc. The most important card we as citizens should have is a picture ID voter's card. Please protect our voting system by requiring a picture ID.

Thank you!!

**From:** virginia ellsworth [mailto:vellsworthdvm@yahoo.com]
**Sent:** Friday, March 06, 2009 1:16 PM
**To:** Toni Anne Dashiell
**Subject:** Senate Bill 362 testimony

Senate Bill 362

We are required by law to display valid identification for mundane, everyday items such
as purchasing over the counter decongestants, check cashing/credit card use, driving a
vehicle, pawn shop loans, medical care, air travel, and obtaining automobile insurance.
It only makes sense to show valid identification for the most important task we
can perform as citizens of this country.

The excuse that the poor may be unable to have identification does not work, because you
would then have to argue that they also need decongestants, access to credit,
transportation choices, and pawn shop loans.

The citizens of our country are blessed with the ability to choose our leaders. When we
have the obvious voter fraud that continually happens election after election, something
must be done. More voters should not be able to vote than there are registered voters as
was the case in the Minnesota election between Coleman and Franken. Registered voters
should only be registered in one location at a time and vote once, unlike the ACORN
fiasco in numerous cities across our nation.

How can we expect less developed countries to hold valid democratic elections, when we
barely can do it due to our lackadaisical view of proving your identity and citizenship at
the time of voting? We must protect our very precious right to vote and be the stellar
example for budding democracies. Please vote in favor of the Voter ID Bill.

Thank you,

Virginia Ellsworth D.V.M.

The Democrats are saying that Voter ID would be difficult for seniors and minorities. Well, if my 87 year old mother needs to show **TWO PHOTO ID's** in order to get money back or to cash a check at the supermarket where she's known and has shopped for years, she and others can certainly provide a **single** Photo ID when she votes. Texas needs to show the nation that we are not afraid to step out there and lead in this endeavor. Mexico, I understand, has a photo ID incorporated with the Voter Registration Card and this must be used when one votes. I personally can't see how Mexico can be so much more advanced that the U.S. in this regard.

E.A. (Liz) Ellis

6985 CR 413

Llano, TX 78643

TX_00003485

USA_00019271

**From:** GARY GAUT [mailto:garygaut@sbcglobal.net]
**Sent:** Friday, March 06, 2009 10:16 AM
**To:** Toni Anne Dashiell
**Subject:** Voter Photo ID

We strongly support requiring a photo ID in order to vote. We think that one who is participating in the important election process by voting, should definitely be required to prove, with a dependable and valid photo ID, that he/she is the person he/she is representing himself/herself to be. What better or more simple control can be used to ensure that a potential voter is who he or she represents himself or herself to be. The arguments AGAINST A CONTROL to ensure voter validity are very, very weak. A photo ID control is most definitely needed. One is required in other states in which we've lived and voted.


Thanks.


Mr. and Mrs.Gary E. Gaut and son, Gary E. Gaut, JR.

TX_00003486

USA_00019272

March 9, 2009

Dear Senators,

      I am writing in favor of SB 362, voter to present proof of identification. Having a photo ID to accompany a voter registration or in lieu of one, is imperative in preserving the sanctity of the ballot box. I have been actively involved with the election process for the past thirty five years and have been well aware of voters having registration cards that do not belong to them. When voters with multiple surnames are registered at a single dwelling, it's obvious that "voter harvesting" has occurred.

      In large metropolitan areas the homeless are easy prey to voter fraud. They are the many disenfranchised victims of the election process.

      A legally registered voter would have no problem presenting proper identification to insure the purity of the ballot. In the era of identity theft a request for a photo ID is a common occurrence, and voting should not be an exception. Please support Senate Bill 362.

Thank you.

June Rentmeester
Private Citizen
!806 Marquette Dr.
Richardson, Texas 75081

| | |
|---|---|
| Dallas County Signature Verification Chairman | 1988 |
| Dallas County Ballot Board Judge | 1989 – 2007 |
| Early Voting Judge | 2007 – 2008 |
| Precinct Chairman | 1978 - |

TX_00003487

USA_00019273

**Jamie Mathis**

| | |
|---|---|
| **From:** | Jessica Edwards [jessica@scotjfrost.com] |
| **Sent:** | Monday, March 09, 2009 10:46 PM |
| **To:** | tad@tdtexas.com |
| **Subject:** | Senate Bill 362 |

My name is Jessica Edwards. I have been honored to have the ability to vote in elections for over 20 years. When I go to catch a plane I do not plan on being given access without proof of who I am – drivers license or ID. When I went for an annual physical last month, I was required to show my photo ID to accompany my insurance card as proof of who I am. HIPAA laws require that I show my drivers license as proof of who I am if I ask to obtain my own medical records. I can think of so many examples of where I am required to show my photo ID to accomplish things. I have to show it to use my credit card and write checks. Why would I find it offensive to have to show ID to have the ability to vote for something as important as the leaders of our country??!! Writing a check when I can't find my driver's license is a problem and I am sure that if I wanted to vote illegally it would be equally as problematic if I had to show ID. In January my Mother was mugged and 2 young black males were able to cash an elderly white woman's personal checks. I question the person who cashed the checks without questioning and I equally question the person who thinks it is wrong to ask for someone to prove they are who they say they are before they vote. I do it each election without hesitation! What are their motives??

Thank you for your consideration of my comments. I do hope that the validity of my comments will be considered. Kindest regards,

Jessica L. Edwards

*Jessica L. Edwards*
Practice Manager
**Scot J. Frost, M.D., P.A.**
Diplomate of the American Board of Orthopaedic Surgery
18220 Tomball Pkwy, #330
Houston TX 77070
Phone – (281) 955-0055
Fax – (281) 955-7146
May the blessing that you receive today,
be the blessing you need the most......

TX_00003488
JA_004392

TX_00003488

USA_00019274

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Ballot Board Decision Incorrect | BB Rejected - Should have Accepted | 58369190 | Olaleye | Oladado | O |
| Ballot Board Decision Incorrect | BB Rejected - Should have Accepted | 35445451 | Prokop | Andrew | Thomas |
| Ballot Board Decision Incorrect | BB Rejected - Should have Accepted | 58377573 | Samuels | Yolanda | Yvette |
| Ballot Board Decision Incorrect | BB Rejected - Should have Accepted | 56411911 | Stehr | Patricia | West |
| Ballot Board Decision Incorrect | BB Rejected - Should have Accepted | 3583861 | Stewart | Naomi | Helander |
| Ballot Board Decision Incorrect | BB Rejected - Should have Accepted | 58381815 | Tran | Nancy | Dung |

TX_00003489
JA_004393

USA_00019275

TX_00003489

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Ballot Board Decision Incorrect | BB Accepted – Should have Rejected | 56529530 | Cooper | James | Anthony |
| Ballot Board Decision Incorrect | BB Accepted – Should have Rejected | 58186354 | Mata | Adela | Sadaya |
| Ballot Board Decision Incorrect | BB Rejected – Should have Accepted | 58387135 | Brown | Porshia | Lenease |
| Ballot Board Decision Incorrect | BB Rejected – Should have Accepted | 29684834 | Franklin | Della | Pierce |
| Ballot Board Decision Incorrect | BB Rejected – Should have Accepted | 57590002 | Johnson | Monique | Rochlle |
| Ballot Board Decision Incorrect | BB Rejected – Should have Accepted | 58385410 | Ligon | Ernest | Tyronee |
| Ballot Board Decision Incorrect | BB Rejected – Should have Accepted | 58381880 | Minder | Paul | Versey |
| Ballot Board Decision Incorrect | BB Rejected – Should have Accepted | 58379934 | Nguyen | Michael | |

TX_00003490
JA_004394

USA_00019276

TX_00003490

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58383217 | Bennett | Mark | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58382490 | Berkman | Jeremy | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58383860 | Douglas | Garry | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 38059416 | Fellat | Sarah | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58384090 | Grimble | Willie | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 37669082 | Hernandez | Hilda | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58383365 | Hernandez | Maria | |

TX_00003491
JA_004395

USA_00019277

TX_00003491

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58380866 | Hinojosa | Roell | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 56809973 | Jackson | Thomas | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58381542 | John | Oommen | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58378902 | Keves | Thomas | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58382797 | Malloy | Larry | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58339912 | Mccloud | Darlene | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58370891 | Nghe | Lan | |

TX_00003492
JA_004396

USA_0001927B

TX_00003492

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 50915578 | Perez | Evelyn | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58384074 | Rogers | Tuleshia | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58384314 | Smith | Robin | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58381096 | Taharah | Berthilde | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58380981 | Taharah | Tariq | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58369125 | Tarafder | Debjani | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58381286 | Thompson | Kurston | |

TX_00003493
JA_004397

USA_00019279

TX_00003493

TX_00003494
JA_004398

USA_00019280

TX_00003494

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58380817 | Walwyn | Ellone | |
| No Retrieval Code | BB Rejected Correctly - Voted incorrectly as a Regular Voter - but Vote was automatically counted and cannot be retrieved | 58381146 | Williams | Ronnette | |
| No Retrieval Code | BB Rejected Incorrectly - Voted Correctly as a Provisional - retrieval ticket lost and vote was unable to be included. | 58378837 | Arnold | Canbyce | |
| No Retrieval Code | BB Rejected Incorrectly - Voted Correctly as a Provisional - retrieval ticket lost and vote was unable to be included. | 58382920 | Brantford | Yolanda | |
| No Retrieval Code | BB Rejected Incorrectly - Voted Correctly as a Provisional - retrieval ticket lost and vote was unable to be included. | 58323243 | Diaz | Rosa | |
| No Retrieval Code | BB Rejected Incorrectly - Voted Correctly as a Provisional - retrieval ticket lost and vote was unable to be included. | 58383951 | Gamez | Michelle | |
| Not a U.S. Citizen | | 52819786 | Eilert-Olsen | Henning | |

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Not Registered to Vote on Election Day | | 58367608 | Adkisson | Colin | Andrew |
| Not Registered to Vote on Election Day | | 57844870 | Ayoob | Farah | Zeb Maqsood |
| Not Registered to Vote on Election Day | | 57955452 | Blythe | Judith | Ann |
| Not Registered to Vote on Election Day | | 22038061 | Brown | Kelvin | Jerome |
| Not Registered to Vote on Election Day | | 56635683 | Bui | Kim-Phuong | Vu |
| Not Registered to Vote on Election Day | | 57961732 | Byas-Calvert | Destiny | Nicole |
| Not Registered to Vote on Election Day | | 58383787 | Chapman | Ashley | Kress |
| Not Registered to Vote on Election Day | | 58279332 | Cook | Carolyn | Markey |
| Not Registered to Vote on Election Day | | 58383902 | Crews | Wade | Barnell |

TX_00003495
JA_004399

USA_00019281

TX_00003495

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Not Registered to Vote on Election Day | | 58383951 | Gamez | Michelle | Larie |
| Not Registered to Vote on Election Day | | 37345436 | Guillermo | Monroy | |
| Not Registered to Vote on Election Day | | 51454834 | Hintolay | Ahmed | |
| Not Registered to Vote on Election Day | | 58382805 | Islam | Shafi | M |
| Not Registered to Vote on Election Day | | 58378027 | Jack | Schelly | Lewis |
| Not Registered to Vote on Election Day | | 58383605 | Johnson | Elery | Jean |
| Not Registered to Vote on Election Day | | 57854770 | Leach | Michael | Travis |
| Not Registered to Vote on Election Day | | 58381161 | Lipsey | Ricky | Terrell |
| Not Registered to Vote on Election Day | | 58001827 | Odika | McPeter | Nnamdi |

TX_00003496
JA_004400

USA_00019282

TX_00003496

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Not Registered to Vote on Election Day | | 58085325 | Paulus | Diana | Teresa |
| Not Registered to Vote on Election Day | | 57945479 | Perich | Masako | |
| Not Registered to Vote on Election Day | | 58267022 | Portillo | Jaime | |
| Not Registered to Vote on Election Day | | | Pugh | Michael | |
| Not Registered to Vote on Election Day | | 58384348 | Sanchez | Amanda | Melissa |
| Not Registered to Vote on Election Day | | 56598725 | Schlorholtz | Michael | W. |
| Not Registered to Vote on Election Day | | 38403838 | Shafik | Ezzet | Lewis |
| Not Registered to Vote on Election Day | | 55313217 | Siddiqi | Fatimah | |
| Not Registered to Vote on Election Day | | 58378944 | Williams | Dave | Charles |
| Not Registered to Vote on Election Day | | 58384405 | Woodlock | Clair | |
| Not signed by voter | | 40273047 | Alvarez | Jose | Aurelio |

TX_00003497
JA_004401

USA_0001 9283

TX_00003497

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Not signed by voter | | 51937803 | Augustine | Ellen | Hu |
| Not signed by voter | | 57432502 | Guillory | Monica | Leight |
| Not signed by voter | | 35290568 | Ibe | Leticia | |
| Not signed by voter | | 56441025 | Ivanhoe | Sagastume | |
| Not signed by voter | | 56813900 | Malani | Pankaj | K |
| Not signed by voter | | 57350860 | Nichols | Susan | Marita |
| Not signed by voter | | 56226913 | Oha, Jr. | Anthony | U |
| Not signed by voter | | 50400779 | Pierce | Ramona | Summerlin |
| Registered in HD149. Moved outside of Harris County | | 40431488 | (Woods) HUBBARD | PAULA | KAYE |
| Registered in HD149. Moved outside of Harris County | | 32069726 | AKUCHIE | HENRY | ANAYO |
| Registered in HD149. Moved outside of Harris County | | 39567185 | ALDACO | CONSUELO | |
| Registered in HD149. Moved outside of Harris County | | 38551347 | ALI | AKBAR | Q |
| Registered in HD149. Moved outside of Harris County | | 40224370 | AMOKOMOWO | MOJISOLA | OLORUNLAYO |
| Registered in HD149. Moved outside of Harris County | | 30693972 | ANDERSON | CLAUDINA | T |

TX_00003498
JA_004402

USA_00019284

TX_00003498

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|----------|--------------|--------|-----------|------------|-------------|
| Registered in HD149. Moved outside of Harris County | | 35482629 | ANDERSON | SCOTT | ERVIN |
| Registered in HD149. Moved outside of Harris County | | 37310067 | ARGUETA | RAUL | ANTONIO |
| Registered in HD149. Moved outside of Harris County | | 38609004 | ATCHISON | MICHAEL | B |
| Registered in HD149. Moved outside of Harris County | | 50285519 | AUSTIN | ANNIETESS | V |
| Registered in HD149. Moved outside of Harris County | | 51361392 | AUSTIN | NEIL | GABRIEL |
| Registered in HD149. Moved outside of Harris County | | 32190563 | BAILEY | ALPHEUS | FITZGERALD |
| Registered in HD149. Moved outside of Harris County | | 52221967 | BALBA | BERT | MENDOZA |
| Registered in HD149. Moved outside of Harris County | | 18599571 | BALBALOZA | MARIA | CARLOTA |
| Registered in HD149. Moved outside of Harris County | | 52283603 | BARRON | ADA | C |
| Registered in HD149. Moved outside of Harris County | | 42053504 | BENOIT | DAVID | R |

Case 1:12-cv-00128-RMC-DST-RLW   Document 211-1   Filed 06/20/12   Page 156 of 243

TX_00003499
JA_004403

USA_0001 9285

TX_00003499

Case 1:12-cv-00128-RMC-DST-RLW   Document 211-1   Filed 06/20/12   Page 157 of 243

TX_00003500
JA_004404

USA_00019286

TX_00003500

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Registered in HD149. Moved outside of Harris County | | 40959926 | BROWN | DARCEY | N |
| Registered in HD149. Moved outside of Harris County | | | BURCH | RALPH | BARRY |
| Registered in HD149. Moved outside of Harris County | | | BUTT | JAMSMINE | ANNETTE |
| Registered in HD149. Moved outside of Harris County | | | BUTT | KEVIN | L |
| Registered in HD149. Moved outside of Harris County | | 18202580 | CARVAJAL | NUBIA | ANDREA |
| Registered in HD149. Moved outside of Harris County | | 57889941 | CHANEY | DEMETRIUS | A |
| Registered in HD149. Moved outside of Harris County | | 50332998 | CHANEY | THERESA | ANN |
| Registered in HD149. Moved outside of Harris County | | | CHOU | DORIS | CHENG-SHU |
| Registered in HD149. Moved outside of Harris County | | | CHRISTMAN | KYLE | ARTHUR |
| Registered in HD149. Moved outside of Harris County | | 37047008 | CLARK | TIFFANY | LYNN |

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Registered in HD149. Moved outside of Harris County | | 28031938 | COLEMAN | DEBRA | HAMILTON |
| Registered in HD149. Moved outside of Harris County | | 40687014 | CONNOR | JAMES | THEODORE |
| Registered in HD149. Moved outside of Harris County | | | CORTS | FRANK | EDWARD |
| Registered in HD149. Moved outside of Harris County | | 40828378 | CUBILLAS | PACIENTE | M |
| Registered in HD149. Moved outside of Harris County | | 38087110 | DANG | KEVIN | H |
| Registered in HD149. Moved outside of Harris County | | 35288042 | DAVIS | DEONA | MONIQUE |
| Registered in HD149. Moved outside of Harris County | | 41608928 | DAY | COLLIN | GLENN |
| Registered in HD149. Moved outside of Harris County | | 39953484 | DENNIS | TIFFANY | JACKSON |
| Registered in HD149. Moved outside of Harris County | | 33035270 | DUNN | THOMAS | REUBEN |
| Registered in HD149. Moved outside of Harris County | | 33978693 | EAGLETON | MYIA | CHRISTINE |

TX_0003501
JA_004405

USA_00019287

TX_0003501

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Registered in HD149. Moved outside of Harris County | | 23976655 | ELDER | CHARITA | LASHUN |
| Registered in HD149. Moved outside of Harris County | | 52899952 | ELIAS | NAGISAT | OLAMIDE |
| Registered in HD149. Moved outside of Harris County | | 35667716 | ELIAS | RASHEED | |
| Registered in HD149. Moved outside of Harris County | | 38776696 | FARIAS | STACY | ANN |
| Registered in HD149. Moved outside of Harris County | | 50621226 | FAROOQ | ANEELA | N |
| Registered in HD149. Moved outside of Harris County | | 30217814 | FERGUSON | ALTON | |
| Registered in HD149. Moved outside of Harris County | | 36245850 | FERGUSON | SHENICE | ANNE |
| Registered in HD149. Moved outside of Harris County | | 30089783 | FERNANDEZ | ALAIN | |
| Registered in HD149. Moved outside of Harris County | | 52391133 | FISHER | JACKSON | MARK |
| Registered in HD149. Moved outside of Harris County | | 42138149 | FISHER | PATRICIA | RAMAR |
| Registered in HD149. Moved outside of Harris County | | 30432116 | FONTENOT | GREGORY | BERNARD |

TX_00003502
JA_004406

USA_0001928

TX_00003502

Case 1:12-cv-00128-RMC-DST-RLW   Document 211-1   Filed 06/20/12   Page 159 of 243

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Registered in HD149. Moved outside of Harris County | | 19727692 | FONTENOT | ROCHQUEL | C |
| Registered in HD149. Moved outside of Harris County | | 35971498 | GALINDO | MARTHA | L |
| Registered in HD149. Moved outside of Harris County | | 56791338 | GARCIA | RUBIDIA | BLANCA |
| Registered in HD149. Moved outside of Harris County | | 51175560 | GASPER-BOWLES | LESHEQUA | |
| Registered in HD149. Moved outside of Harris County | | 50266170 | GOMEZ | JAVIER | A |
| Registered in HD149. Moved outside of Harris County | | 42057893 | GONZALES | NATHAN | GARZA |
| Registered in HD149. Moved outside of Harris County | | 31966013 | GONZALEZ | PATRICK | MICHAEL |
| Registered in HD149. Moved outside of Harris County | | 40388480 | HANDY | JAMES | ARTHUR |
| Registered in HD149. Moved outside of Harris County | | 28476836 | HARRISON | SHANNON | DENISE |
| Registered in HD149. Moved outside of Harris County | | 57357543 | HERMAN | AUDRA | CAROLINA |

TX_00003503
JA_004407

USA_0001929

TX_00003503

Case 1:12-cv-00128-RMC-DST-RLW   Document 211-1   Filed 06/20/12   Page 160 of 243

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Registered in HD149. Moved outside of Harris County | | 41593815 | Herrera | Harold | |
| Registered in HD149. Moved outside of Harris County | | 40042087 | HOANG | QUYNH | DUNG |
| Registered in HD149. Moved outside of Harris County | | | HUSER | SHEA | BESS |
| Registered in HD149. Moved outside of Harris County | | 52317740 | JACKSON | ROBERT | J |
| Registered in HD149. Moved outside of Harris County | | 36298669 | JONES | RHIANNON | RENEE |
| Registered in HD149. Moved outside of Harris County | | 33200049 | JORDAN | YOLANDA | DAWN |
| Registered in HD149. Moved outside of Harris County | | 37312584 | KAMPF | MATTHEW | FRANKLIN |
| Registered in HD149. Moved outside of Harris County | | 52371531 | KASSA | GENNET | B |
| Registered in HD149. Moved outside of Harris County | | 31605876 | KELLEY | RAY | BERNARD |

TX_0003504
JA_004408

USA_00019290

TX_0003504

Case 1:12-cv-00128-RMC-DST-RLW   Document 211-1   Filed 06/20/12   Page 162 of 243

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Registered in HD149. Moved outside of Harris County | | 27943588 | KIRSHY | JOHN | W |
| Registered in HD149. Moved outside of Harris County | | 32562001 | KNOX | JEFFREY | |
| Registered in HD149. Moved outside of Harris County | | 41747155 | KNOX | PATTI | D. |
| Registered in HD149. Moved outside of Harris County | | 58382813 | Le | Ariel | |
| Registered in HD149. Moved outside of Harris County | | 50188127 | LEAL | ANGEL | M |
| Registered in HD149. Moved outside of Harris County | | 50654797 | LEASSEAR | DEBRA | DENISE |
| Registered in HD149. Moved outside of Harris County | | 52674223 | LOBRE | WENDY | DEES |
| Registered in HD149. Moved outside of Harris County | | 50196765 | LONG | MICHAEL | KAILER |
| Registered in HD149. Moved outside of Harris County | | 50577212 | LOVINGS | LAKEISHA | MARIE |
| Registered in HD149. Moved outside of Harris County | | 31476450 | LUCILLE | FREDDIE | |
| Registered in HD149. Moved outside of Harris County | | 50419076 | MARQUEZ | CANDICE | LEE |

TX_00003505
JA_004409

USA_00019291

TX_00003505

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Registered in HD149. Moved outside of Harris County | | 55631683 | MAURICE | CEDRIC | KARL |
| Registered in HD149. Moved outside of Harris County | | 16236861 | MCGARVEY | JOHN | HOMER |
| Registered in HD149. Moved outside of Harris County | | 52947900 | MCKENZIE | CRAIG | NEAL |
| Registered in HD149. Moved outside of Harris County | | 41687278 | MCLEAN | JENNY | KAREN |
| Registered in HD149. Moved outside of Harris County | | 37716511 | MCLEMORE | LADON | CURTIS |
| Registered in HD149. Moved outside of Harris County | | 41653619 | MURPHY | NICTIA | LYNN |
| Registered in HD149. Moved outside of Harris County | | 32436198 | NGUYEN | KIMLAN | |
| Registered in HD149. Moved outside of Harris County | | 28607232 | ORANGE-LUCILLE | ROSALYN | L |
| Registered in HD149. Moved outside of Harris County | | 38253233 | ORCUTT | BRANDAN | DAVID |
| Registered in HD149. Moved outside of Harris County | | 41160557 | ORCUTT (Olsovsky) | LARISSA | ANNE |
| Registered in HD149. Moved outside of Harris County | | 36315604 | ORTIZ | JESUS | |

TX_00003506
JA_004410

USA_00019292

TX_00003506

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Registered in HD149. Moved outside of Harris County | | 35000132 | OUTLAND | RICHARD | BERNARD |
| Registered in HD149. Moved outside of Harris County | | 27615459 | PABIJAN | DAVID | JOHN |
| Registered in HD149. Moved outside of Harris County | | 39779889 | PARVEEN | ARSHAD | |
| Registered in HD149. Moved outside of Harris County | | | PATILLO | WILLIAM | OTIS |
| Registered in HD149. Moved outside of Harris County | | 39195797 | PATRICK-ALLISON | DWANA | LYNN |
| Registered in HD149. Moved outside of Harris County | | 40733578 | PAYNE | LAMONT | |
| Registered in HD149. Moved outside of Harris County | | 37562972 | PEARSE | CLARA | O |
| Registered in HD149. Moved outside of Harris County | | 39978044 | PHAN | DENISE | THI |
| Registered in HD149. Moved outside of Harris County | | 52655412 | PHILLIPS | REUBEN | J |
| Registered in HD149. Moved outside of Harris County | | | POST | DANIEL | PATRICK |

TX_00003507
JA_004411

USA_0019293

TX_00003507

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|----------|--------------|--------|-----------|------------|-------------|
| Registered in HD149. Moved outside of Harris County | | 41260787 | PRIOR | MELISSA | RODKEY |
| Registered in HD149. Moved outside of Harris County | | 29747615 | PUCCIARELLO | TONI | RENEE |
| Registered in HD149. Moved outside of Harris County | | 35217207 | PUCIO | ROBERT | BUENAVENTE |
| Registered in HD149. Moved outside of Harris County | | 50715515 | PUGH | ALLEGRA | P |
| Registered in HD149. Moved outside of Harris County | | 19815315 | PUIG | ALICE | MARIE |
| Registered in HD149. Moved outside of Harris County | | 56120629 | RAMIREZ | FRANGELICA | NMI |
| Registered in HD149. Moved outside of Harris County | | 51043172 | RAMIREZ | JOHNNY | EUGENE |
| Registered in HD149. Moved outside of Harris County | | 35813104 | REID | ELETHISA | PRATT |
| Registered in HD149. Moved outside of Harris County | | 34200691 | ROBINSON | CHARNETT | |
| Registered in HD149. Moved outside of Harris County | | 55820971 | ROBINSON | KENNETH | PAUL |

TX_00003508
JA_004412

USA_00019294

TX_00003508

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Registered in HD149. Moved outside of Harris County | | 15017650 | RUSSELL | WENDY | RENEE |
| Registered in HD149. Moved outside of Harris County | | 34123091 | SAMUELS | NIKKI | ALAINA |
| Registered in HD149. Moved outside of Harris County | | 50087733 | SCOTT | BRIAN | KEITH |
| Registered in HD149. Moved outside of Harris County | | 41665613 | SEALES-HAWTHORNE | VANESSA | ELENA |
| Registered in HD149. Moved outside of Harris County | | 50421809 | SEPULBEDA (Gomez) | ELIANA | |
| Registered in HD149. Moved outside of Harris County | | 36227932 | SHARP | CYNTHIA | RENTERIA |
| Registered in HD149. Moved outside of Harris County | | 37769973 | SHARP | SHAWN | DARRON |
| Registered in HD149. Moved outside of Harris County | | 31123821 | SOKOYA | BABATUNDE | O |
| Registered in HD149. Moved outside of Harris County | | 35649474 | SOOMRO | HUSSAIN | H |
| Registered in HD149. Moved outside of Harris County | | 23314099 | STAATS | ALEDIGNA | M |

TX_00003509
JA_004413

USA_00019295

TX_00003509

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|----------|--------------|--------|-----------|------------|-------------|
| Registered in HD149. Moved outside of Harris County | | 31738727 | STAATS | MICHAEL | RODNEY |
| Registered in HD149. Moved outside of Harris County | | 52928140 | STEWART | JENNIFER | JANE |
| Registered in HD149. Moved outside of Harris County | | 34110965 | STOKES | JEANETTE | A (ANDERSO|
| Registered in HD149. Moved outside of Harris County | | 36628964 | TAYLOR-BOOKER | CAROLYN | DENISE |
| Registered in HD149. Moved outside of Harris County | | 52731346 | TERRY | SHERRY | LYNN |
| Registered in HD149. Moved outside of Harris County | | 26696955 | THOMAS | KENNETH | O |
| Registered in HD149. Moved outside of Harris County | | 28777746 | THOMPSON | KENNETH | MICHAEL |
| Registered in HD149. Moved outside of Harris County | | 40048159 | TU | JENNIE | YEN |
| Registered in HD149. Moved outside of Harris County | | 41755166 | URELL | JACQUELINE | MARIE |
| Registered in HD149. Moved outside of Harris County | | 35993641 | URZUA | NANCY | GARZA |
| Registered in HD149. Moved outside of Harris County | | 55716856 | VIGELIS | PHAIK | LEO |

TX_00003510
JA_004414

USA_00019296

TX_00003510

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Registered in HD149. Moved outside of Harris County | | 34039586 | VORRICE | BRIDGET | PRUSHETTE |
| Registered in HD149. Moved outside of Harris County | | 41069691 | WALLACE | KRISTIN | NICOLE |
| Registered in HD149. Moved outside of Harris County | | 33152539 | WAPPLER | BEVERLY | FRIEND |
| Registered in HD149. Moved outside of Harris County | | 56259245 | WARNER | NITOSHA | RAYNETTE |
| Registered in HD149. Moved outside of Harris County | | 40507477 | WILLIAMS, Jr. | LACY | KIRT |
| Registered in HD149. Moved outside of Harris County | | 35925262 | WILLIS | JOSEPH | MICHAEL |
| Registered in HD149. Moved outside of Harris County | | 51752376 | WOKA | EMEKA | T |
| Registered in HD149. Moved outside of Harris County | | 35863935 | WOLF | DIGNA | DELAROSA |
| Registered in HD149. Moved outside of Harris County | | 32076390 | WU | MARIA | CHIU |
| Registered in HD149. Moved outside of Harris County | | 40220410 | WYATT | KAPREA | L. |

TX_00003511
JA_004415

USA_00019297

TX_00003511

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Registered in HD149. Moved outside of Harris County | | 50579549 | YANCY | MYRTLE | ANN |
| Registered in HD149. Moved outside of Harris County | | 36115251 | YASSINE | ALI | |
| Registered in HD149. Moved outside of Harris County | | 39558432 | YATES | JIMMIE | HARRISON |
| Registered in HD149. Moved outside of Harris County | | 41603259 | YUSUFF | FOLASHADE | A. |
| Registered in HD149. Moved outside of Harris County | | 50568492 | ZULUAGA | ALBA | CECILIA |
| Registered inside HD149. Voted in wrong precinct. Did not move. | | 57608127 | Holder | Tedia | Tilda |
| Registered inside HD149. Voted in wrong precinct. Did not move. | | 55453260 | Salazar | Roxana | Margarita |
| Registered outside HD149. Moved into HD149. | | 57812950 | Cohens | Mingon | Suezzette |
| Registered outside HD149. Moved into HD149. | | 32494668 | Ewing | James | Michael |
| Registered outside HD149. Moved into HD149. | | 27313402 | Ezemba | Victor | Chima |

TX_00003512
JA_004416

USA_00019298

TX_00003512

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Registered outside HD149. Moved into HD149. | | 29123015 | Fisher | Charles | Lee |
| Registered outside HD149. Moved into HD149. | | 39625728 | Hunter | Natisha | Michelle |
| Registered outside HD149. Moved into HD149. | | 51471969 | Jenkins | David | Hollis |
| Registered outside HD149. Moved into HD149. | | 39699624 | Okeze | Helen | Chinyere |
| Registered outside HD149. Moved into HD149. | | 39849351 | Okeze | Ignatius | Onuoha |

Case 1:12-cv-00128-RMC-DST-RLW   Document 211-1   Filed 06/20/12   Page 170 of 243

TX_00003513
JA_004417

USA_00019299

TX_00003513

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|----------|--------------|--------|-----------|------------|-------------|
| Registered outside HD149. Moved into HD149. | | 41929829 | Oriahi | Emmanuel | Nkonye |
| Registered outside HD149. Moved into HD149. | | 58384280 | Rachal | Karen | |
| Registered outside HD149. Moved into HD149. | | 37646510 | Swayzer | Sharone | Evett |
| Registered outside HD149. Moved into HD149. | | 29414547 | Zaheer | Isra | Shamsi |
| Registered outside HD149. Voted inside HD149.  Did not move. | | 58385824 | Gray | Robert | Harold |
| Registered outside HD149. Voted inside HD149.  Did not move. | | 51349496 | Ihekweazu | Ikenna | Kelechi |

TX_00003514
JA_004418

USA_00019300

TX_00003514

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Registered outside HD149. Voted inside HD149.  Did not move. | | 39776679 | Nwanko | Christiana | O. |
| Registered outside HD149. Voted inside HD149.  Did not move. | | | Okongwu | Nonyem | |
| Registered outside HD149. Voted inside HD149.  Did not move. | | 34878348 | Okoro | Patrick | I |
| Registered outside HD149. Voted inside HD149.  Did not move. | | 55945174 | Outlaw | L.C. | |
| Registered outside HD149. Voted inside HD149.  Did not move. | | 26726091 | Parffrey | Bryon | Arthur |
| Voted Twice | Voted Twice by Mail | 12080057 & 40437964 | Aguirre | Maria | Peralta & Teresa |
| Voted Twice | Voted Twice by Mail | 11425006 | Odom | Bobbe / Bobb | Stierwalt / Joe |
| Voted Twice | Voted Twice by Mail | 34967984 & 26638593 | Vu | Loan | H & Thi |
| Voted Twice | Voted Twice on Election Day | 35114933 | Haverkamp | David | Scott |
| Voted Twice | Voted Twice on Election Day | 37654332 | Hoang | Augustine | |
| Voted Twice | Voted Twice on Election Day | 19566132 | Jolly | Thomas | Glen |
| Voted Twice | Voted Twice on Election Day | 55786438 | Look | Karla | Maria |

TX_00003515
JA_004419

USA_00019301

TX_00003515

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|----------|--------------|--------|-----------|------------|-------------|
| Voted Twice | Voted Twice on Election Day | 40927923 & 57171977 | Medina/Medrano | Betty/Karen | Casiano/Vanessa |
| Voted Twice | Voted Twice on Election Day | 39309513 | Sanghani | Suhas | K |
| Voted Twice | Voted Twice on Election Day | 37572591 & 16011934 | Smith (Sr) | Sylvester | |
| Voted Twice | Voted Twice: by Mail and on Election Day | 32934549 | McDade | Zona | Self |
| Voted Twice | Voted Twice: Early-In-Person and Election Day | 52947470 | Chung | Chen-Hua | |
| Voted Twice | Voted Twice: Early-In-Person and Election Day | 37513074 | Dorn | Adrian | Demetrius |
| Voted Twice | Voted Twice: Early-In-Person and Election Day | 20853909 | Gonzalez | Jorge | Luis |
| Voted Twice | Voted Twice: Early-In-Person and Election Day | 17297219 | Mercado | Efren | Cruz |
| Voted Twice | Voted Twice: Early-In-Person and Election Day | 41314444 & 41368531 | Nguyen | Tan & Tien | Thanh |
| Voted Twice | Voted Twice: Early-In-Person and Election Day | 41778812 | Rothwell | William | Paul |

TX_00003516
JA_004420

USA_00019302

TX_00003516

| Category | Sub-Category | Cert # | Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| Voted Twice | Voted Twice: Early-In-Person and Election Day | 50343359 | Runnels | Harold | James |
| Voter History File Issue | Invalid Voter is ON Voter History File | 40944688 | Adodo | George | Aisedon |
| Voter History File Issue | Invalid Voter is ON Voter History File | 19325893 | Galilee | Veronica | Gail |
| Voter History File Issue | Invalid Voter is ON Voter History File | 52019741 | Garcia | Daniel | |
| Voter History File Issue | Invalid Voter is ON Voter History File | 40216897 | Graham | Katherine | Haule |
| Voter History File Issue | Valid Voter not on Voter History File | 57947467 | Hubbard | Dominique | Shadel |
| Voter History File Issue | Valid Voter not on Voter History File | 58347907 | Washington | Brandon | Kerwin |
| + 68 Cert #'s (Exhibit 4) work incomplete | | | | | |

TX_00003517
JA_004421

USA_00019303

TX_00003517

TX_00003518

USA_00019304

Case 1:12-cv-00128-RMC-DST-RLW   Document 211-1   Filed 06/20/12   Page 175 of 243

TX_00003518
JA_004422

**Written Testimony of Robert G ("Grant") Lannon**

I am a Vietnam combat veteran.  I was a Forward Air Controller in 1967-68 flying light airplanes at low altitudes above the battlefield to direct fighter bombers to their targets below.  One of the reasons I went to Vietnam was to protect the principles of this representative republic which depends on the right of every citizen to vote.  Was it more "inconvenient" to go to Vietnam that it is for someone to verify registration information when it is time to vote? My Texas comrades-in-arms are stationed around the world, risking their lives to protect us from current enemies who would destroy this country.  However, they are being demeaned even now when their ballot is canceled out by someone who should not be voting because they are not who they say they are. SB 362 <u>ATTEMPTS</u> to ensure that the right to vote is reserved only for those who are eligible to vote.  There are many problems with this bill but I feel it is better than nothing.  Please respect me and others who are proud to be "inconvenienced" as defenders of freedom.  Pass SB 362 and require voters to verify information they provide on their voter registration by presenting some kind of acceptable identification.