## Texas Voter Registration Application

www.sos.state.tx.us

Prescribed by the Office of the Secretary of State    17.04 BPM1.1-04

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

For Official Use Only

6162 4706

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.



237961755

- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☐ New   ☐ Change   ☐ Replacement

Are you a United States Citizen?   ☑ Yes  ☐ No

Will you be 18 years of age on or before election day?   ☑ Yes  ☐ No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office?   ☑ Yes  ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Peters | Stanley | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)

5519 Dashwood Dr. Apt. 38, Houston, TX 77004

Mailing Address: Address, City, State and ZIP: If mail cannot be delivered to your residence address.

SAME

| Date of Birth: month, day, year | Gender (Optional) ☑ Male  ☐ Female |
|---|---|

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

Telephone Number, Include Area Code (Optional)

City and County of Former Residence In Texas

X Stanley Peters                    6-24-07
Date

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002116
JA_004875

TX_00002116

USA_00019757

right from your home or office at usps.com/pickup

usps.com/postageonline

RMLY



PLEASE PRESS FIRMLY

# Flat Rate
# Mailing Envelope
**For Domestic and International Use**

Visit us at usps.com



**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE

JUL 05 2007 PM 02 11

www.usps.com

From *Sadore Gravel Johnson*
*5519 Dashwood Dr. Apt. 24*
*Houston, TX. 77024*

**TO** *Elections*
*Registrar of Voters*
*County Court House*
*Houston, TEXAS*
*77024*

Label 228, February 2006

## Texas Voter Registration Application

**www.sos.state.tx.us**

Prescribed by the Office of the Secretary of State 17.04 BPM1.1-04

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

**For Official Use Only**

6162 4847

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.



237961657

- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

you a United States Citizen? ☑ Yes ☐ No

you 18 years of age on or re election day? ☑ Yes ☐ No

o checked 'no' in response to either of these quess, do not complete this form.

Have you ever voted in this county for a federal office? ☑ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Peters | Terri | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
5519 Dashwood Dr. Apt. 20, Houston, TX

Mailing Address: Address, City, State and ZIP: If mail cannot be delivered to your residence address.
SAME 77024

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☑ Female | I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. |
|---|---|---|

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

06/24/07

Telephone Number, Include Area Code (Optional)

City and County of Former Residence In Texas

X Terri Peters Date

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

right from your home or office at usps.com/pickup

o usps.com/postageonline



PLEASE PRESS FIRMLY

RMLY

# Flat Rate
# Mailing Envelope

**For Domestic and International Use**

*Visit us at usps.com*



JUL 05 2007 PMO



**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE®

www.usps.com

From  Sadore Gravel Johnson
5519 Dashwood Dr. Apt. 24
Houston, TX. 77024

**TO** Elections
Registrar of Voters
County Court House
Houston, TEXAS
77024

Label 228, February 2006



Cradle to Cradle Certification is awarded to products that pursue
an innovative vision of ecologically-intelligent design that eliminates
the concept of waste. This USPS® packaging has been certified
for its material content, recyclability, and manufacturing characteristics.



## Texas Voter Registration Application

www.sos.state.tx.us

Prescribed by the Office of the Secretary of State    17.04 BPM.1.1-04

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

**For Official Use Only**

6162 4474

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.



237961791

- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or before election day? ☑ Yes ☐ No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☑ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

• Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Peters | Tony | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
5519 Dashwood Dr. Apt. 2B, Houston, TX

Mailing Address: Address, City, State and ZIP: If mail cannot be delivered to your residence address. 77024
SAME

Date of Birth: month, day, year

Gender (Optional) ☑ Male ☐ Female

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

Telephone Number, Include Area Code (Optional)

City and County of Former Residence In Texas

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X Tony Peters    2/24/07
Date

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002120
JA_004879

TX_00002120

USA_00019761



ght from your home or office at usps.com/pickup

usps.com/postageonline

MLY

PLEASE PRESS FIRMLY/USPS

## Flat Rate
## Mailing Envelope

*For Domestic and International Use*

*Visit us at usps.com*



JUL 05 2007 PM 02:11



From 5519 Dashwood Dr. Apt. 24
Houston, TX. 77024

**TO** Elections
Registrar of Voters
County Court House
Houston, TEXAS
77024

Label 228, February 2006



TX_00002121
JA_004880

TX_00002121

USA_00019762

## Texas Voter Registration Application

www.sos.state.tx.us

Prescribed by the Office of the Secretary of State          17.04 BPM1.1-04

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

**For Official Use Only**

23049455

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications



- You must register to vote in the county in which you reside.

237961737

- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☑ No

Will you be 18 years of age on or before election day? ☑ Yes ☐ No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☑ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

---

**Last Name** PETERS

**First Name** Valery

**Middle Name (if any)** VENITTA

**Former Name**

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.) 5519 Dashwood Dr. Apt. 21 Houston, TX;

**Mailing Address:** Address, City, State and ZIP. If mail cannot be delivered to your residence address. 77024

SAME

**Date of Birth:** month, day, year 8-25-1959

**Gender** (Optional) ☐ Male ☑ Female

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence In Texas** Orleans (LA)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law. 07.01.07

X Valery Venitta Peters              **Date**

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002122
JA_004881

TX_00002122

USA_00019763



ight from your home or office at usps.com/pickup

usps.com/postageonline

RMLY

PLEASE PRESS FIRMLY

# Flat Rate
# Mailing Envelope
### For Domestic and International Use

*Visit us at usps.com*





JUL 05 2007 PM 02:11

**From** 5519 Dashwood Dr. Apt. 24
Houston, TX. 77024

**TO** Elections
Registrar of Voters
County Court House
Houston, TEXAS
77024

Label 228, February 2006



TX_00002123
JA_004882

TX_00002123

USA_00019764

## Texas Voter Registration Application

www.sos.state.tx.us

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

Prescribed by the Office of the Secretary of State   17.04 BPM1.1-04

**For Official Use Only**

6162 4755

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.



237961782

- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or before election day? ☑ Yes ☐ No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☑ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Peters | Walter | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)

5519 Dashwood Dr. Apt. 29 Houston TX. 77024

**Mailing Address:** Address, City, State and ZIP. If mail cannot be delivered to your residence address.

SAME

| Date of Birth: month, day, year | Gender (Optional) ☑ Male ☐ Female |
|---|---|

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence In Texas**

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

06 24 01   Date

X Walter Peters

**Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.**

TX_00002124
JA_004883

TX_00002124

USA_00019765



ght from your home or office at usps.com/pickup

usps.com/postageonline

MLY

PLEASE PRESS FIRMLY



# Flat Rate
# Mailing Envelope
**For Domestic and International Use**

*Visit us at usps.com*

JUL 05 2007 PM 02:11



**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE®

www.usps.com

From Isidore Chavel Sampson
5519 Dashwood Dr. Apt. 24
Houston, TX. 77024



**TO** Elections
Registrar of Voters
County Court House
Houston, Texas
77024

Label 228, February 2008

TX_00002125

USA_00019766

## Texas Voter Registration Application

www.sos.state.tx.us

Prescribed by the Office of the Secretary of State    17.04 BPM1.1-04

**For Official Use Only**

6162 4508

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.



237961577

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or before election day? ☑ Yes ☐ No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☐ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Peters-Brown | Wanda | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.) 5519 Dashwood Dr. Apt 13 Houston, TX. 77024

**Mailing Address:** Address, City, State and ZIP. If mail cannot be delivered to your residence address. SAME

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☑ Female | I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. |
|---|---|---|

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

Telephone Number, Include Area Code (Optional)

City and County of Former Residence In Texas

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

01/01/07   Date

X  Wanda Peters-Brown

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002126
JA_004885

TX_00002126

USA_00019767




ght from your home or office at usps.com/pickup

usps.com/postageonline

PLEASE PRESS FIRMLY

# Flat Rate
# Mailing Envelope
**For Domestic and International Use**

Visit us at usps.com



**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE®

JUL 05 2007 PM 02:

www.usps.com

**From**
~~Isadore Gravel Johnson~~
5519 Dashwood Dr. Apc. 24
Houston, TX. 77024

**TO** Elections
Registrar of Voters
County Court House
Houston, Texas
77024

Label 228, February 2006



Cradle to Cradle Certification is awarded to products that pursue
an innovative vision of ecologically-intelligent design that eliminates
the concept of waste. This USPS® packaging has been certified
for its material content, recyclability, and manufacturing characteristics.



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail®.

EP14F

## Texas Voter Registration Application

www.sos.state.tx.us

Prescribed by the Office of the Secretary of State    17.04 BPM1.1-04

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

**For Official Use Only**

6162 4508

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.



237961675

- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☒ New ☐ Change ☐ Replacement

Are you a United States Citizen?   ☒ Yes ☐ No

Will you be 18 years of age on or before election day?   ☐ Yes ☐ No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office?   ☒ Yes ☐ No

If you answered 'no' to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Peters | Wanda | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
5519 Dashwood Dr. Apt. 20, Houston, TX. 77004

Mailing Address: If Address, City, State and ZIP: If mail cannot be delivered to your residence address.
Same

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☒ Female | I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. |
|---|---|---|

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☒ Check if you do not have a social security, driver's license, or personal identification number

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.   6-24-07

Telephone Number, Include Area Code (Optional)

City and County of Former Residence In Texas

X Wanda Peters    Date

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002128
JA_004887

TX_00002128

USA_00019769



· right from your home or office at usps.com/pickup

to usps.com/postageonline

RMLY

*PLEASE PRESS FIRMLY*

# Flat Rate
# Mailing Envelope

**For Domestic and International Use**

Visit us at usps.com



JUL 05 2007 PM 02:10



**From** ~~Sadore Glabel Johnson~~
5519 Dashwood Dr. Apt. 24
Houston, TX. 77024

**TO** Elections
Registrar of Voters
County Court House
Houston, TEXAS
77024

Label 228, February 2006


cradle to cradle

Cradle to Cradle Certification is awarded to products that pursue
an innovative vision of ecologically-intelligent design that eliminates
the concept of waste. This USPS® packaging has been certified
for its material content, recyclability, and manufacturing characteristics.



TX_00002129
JA_004888

TX_00002129

USA_00019770

## Texas Voter Registration Application

www.sos.state.tx.us

Prescribed by the Office of the Secretary of State   17.04 BPM 1.1-04

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

**For Official Use Only**

6162458I

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.

237961648

- ...felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or before election day? ☑ Yes ☐ No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☑ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Peters-Brown | CALVIN | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
5519 Dashwood Dr. Apt. 21 Houston, TX 77024

**Mailing Address:** Address, City, State and ZIP. If mail cannot be delivered to your residence address.
SAME

| Date of Birth: month, day, year | Gender (Optional) ☑ Male ☐ Female | I understand that giving false information to procure voter registration is perjury, and a crime under state/federal law. |
|---|---|---|

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by judgment of a court of law.

**Telephone Number, Include Area Code**
(Optional)

X Calvin Peters-Brown                    07.01
                                          Date
Signature of Applicant or Agent and Relationship to Applicant
or Printed Name of Applicant if Signed by Witness and I

**City and County of Former Residence In Texas**

it from your home or office at usps.com/pickup

ps.com/postageonline

LY

PLEASE PRESS FIRMLY





## Flat Rate
## Mailing Envelope
**For Domestic and International Use**

Visit us at usps.com



**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE®

From

Galore Gravel Johnson
5519 Dashwood Dr. Apt. 24
Houston, TX. 77024

www.usps.com

JUL 05 2007 PM 02



**TO** Elections
Registrar of Voters
County Court House
Houston, TEXAS
77024

Label 228, February 2006

TX_00002131
JA_004890

TX_00002131

USA_00019772

## Texas Voter Registration Application

www.sos.state.tx.us

Prescribed by the Office of the Secretary of State    17.04 BPM1.1-04

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

**For Official Use Only**

61624565

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.


237961639

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or before election day? ☑ Yes ☐ No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☐ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Peters- Brown | James | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
5519 Dashwood Dr. Apt. 21 Houston TX

**Mailing Address:** Address, City, State and ZIP. If mail cannot be delivered to your residence address. 77024
SAME

| Date of Birth: month, day, year | Gender (Optional) ☑ Male ☐ Female | I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. |
|---|---|---|

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including a term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence In Texas**

X  *James Peters- Brown*

07,01
Date

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date

TX_00002132

USA_00019773



right from your home or office at usps.com/pickup

to usps.com/postageonline

**RMLY**

PLEASE PRESS FIRM IN USPS



## Flat Rate
## Mailing Envelope
**For Domestic and International Use**

*Visit us at usps.com*

JUL 05 2007 PM 02:



**From** 5519 Dashwood Dr. Apt. 24
Houston, TX. 77024

**TO** Elections
Registrar of Voters
County Court House
Houston, TEXAS
77024

Label 228, February 2008





TX_00002133
JA_004892

TX_00002133

USA_00019774

## Texas Voter Registration Application

www.sos.state.tx.us

Prescribed by the Office of the Secretary of State    17.04 BPM.1.1-04

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

**For Official Use Only**

61624524

Este formulario para inscribirse para votar tambi está disponible en Español. Para conseguir la ve sion en Español favor de llamar sin cargo 1-80 252-8683 a la oficina del Secretario de Estado.

### Qualifications

• You must register to vote in the county in which you reside.

~~City, United States~~

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
237961586

• ~~You must not be a~~ felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☒New ☐ Change ☐ Replacement

Are you a United States Citizen? ☒Yes ☐No

Will you be 18 years of age on or before election day? ☒Yes ☐No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☐Yes ☐No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

• Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| *Peters-Brawn* | *Pamela* | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. or Rural Rt.)
*5519 Dashwood Dr. Apt. 21, Houston,*

Mailing Address: Address, City, State and ZIP: If mail cannot be delivered to your residence address.
*77024*
*SAME*

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☒Female |
|---|---|

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☒ Check if you do not have a social security, driver's license, or personal identification number

Telephone Number, Include Area Code (Optional)

City and County of Former Residence In Texas

I understand that giving false information to procur voter registration is perjury, and a crime under state federal law.

I affirm that I
• am a resident of this county;
• have not been finally convicted of a felony or if a I have completed all of my punishment including term of incarceration, parole, supervision, period probation, or I have been pardoned; and
• have not been declared mentally incompetent by judgment of a court of law.

X *Pamela Peters - Brai* 6 3(

Signature of Applicant or Agent and Relationship to App or Printed Name of Applicant if Signed by Witness and

TX_00002134

USA_00019775









## Texas Voter Registration Application

www.sos.state.tx.us

Prescribed by the Office of the Secretary of State          17.04·BPM1.1-04

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

**For Official Use Only**

6162 4607

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States



237961611

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen?        ☑ Yes ☐ No

Will you be 18 years of age on or before election day?        ☑ Yes ☐ No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office?        ☑ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Peters-Brown | Richard | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
5519 Dashwood Dr. Apt. 21 Houston, TX 77024

**Mailing Address:** Address, City, State and ZIP. If mail cannot be delivered to your residence address.
SAME

**Date of Birth:** month, day, year

**Gender** (Optional)   ☑ Male  ☐ Female

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code**
(Optional)

**City and County of Former Residence In Texas**

I understand that giving false information to procure voter registration is perjury, and a crime under state federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a I have completed all of my punishment including term of incarceration, parole, supervision, period probation, or I have been pardoned; and
- have not been declared mentally incompetent by judgment of a court of law.        07/01

X  Richard Peters Bro        Date

Signature of Applicant or Agent and Relationship to App or Printed Name of Applicant if Signed by Witness and



right from your home or office at usps.com/pickup

to usps.com/postageonline

IRMLY

PLEASE PRESS FIRMLY

# Flat Rate
# Mailing Envelope
## For Domestic and International Use

Visit us at usps.com



**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE

JUL 05 2007 PM 02:12

www.usps.com



From 5519 Dashwood Dr. Apt. 24
Houston, TX. 77024



**TO** Elections
Registrar of Voters
County Court House
Houston, TEXAS
77024

Label 228, Feb____ 2006

## Texas Voter Registration Application

www.sos.state.tx.us

Prescribed by the Office of the Secretary of State          17.04  BPM1.1-04

**For Official Use Only**

6162 4532

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

Este formulario para inscribirse para votar tambié está disponible en Español. Para conseguir la ve sion en Español favor de llamar sin cargo a 1-80 252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.

||||||| (barcode)

237961602

...
completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen?  ☑ Yes ☐ No

Will you be 18 years of age on or before election day?  ☑ Yes ☐ No

...you checked 'no' in response to either of these ques ...ns, do not complete this form.

...ave you ever voted in this county for a federal office?  ☑ Yes ☐ No

If you answered "no" to this question, be sure to see specia instructions regarding identification requirements on the re verse side of the application.

- **Continue below to complete application.**

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Peters-Brown | Terri | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. or Rural Rt.)
5319 Dashwood Dr. Apt. 21, Houston, 77024

Mailing Address: Address, City, State and ZIP: If mail cannot be delivered to your residence address.
SAME

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☑ Female |
|---|---|

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

Telephone Number, Include Area Code (Optional)

City and County of Former Residence In Texas

I understand that giving false information to procur voter registration is perjury, and a crime under stat federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a I have completed all of my punishment includin; term of incarceration, parole, supervision, perio probation, or I have been pardoned; and
- have not been declared mentally incompetent b judgment of a court of law.

X Terri Peters-Brow          6.13

Signature of Applicant or Agent and Relationship to Ap; or Printed Name of Applicant if Signed by Witness and

TX_00002138
JA_004897

TX_00002138

USA_00019779

ght from your home or office at usps.com/pickup

usps.com/postageonline

ILY

PLEASE PRESS FIRMLY




# Flat Rate
# Mailing Envelope
## For Domestic and International Use

Visit us at usps.com



**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE®

JUL 05 2007 PM 02:1

www.usps.com/



**From** *Sadore Chavez Johnson*
5519 Dashwood Dr. Apt. 24
Houston, TX. 77024

**TO** Elections
Registrar of Voters
County Court House
Houston, Texas
77024

Label 228, February 2006


Cradle to Cradle Certification is awarded to products that pursue
an innovative vision of ecologically-intelligent design that eliminates



TX_00002139
JA_004898

TX_00002139

USA_00019780

## Texas Voter Registration Application

www.sos.state.tx.us

Prescribed by the Office of the Secretary of State          17.04 BPM1.1-04

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

For Official Use Only

6162 4540

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications
- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.



237961620

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☑New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑Yes ☐No

Will you be 18 years of age on or before election day? ☑Yes ☐No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☑Yes ☐No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Peters-Brown | Tony | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
5519 Dashwood Dr. Apt. 21 Houston, TX

Mailing Address: Address, City, State and ZIP. If mail cannot be delivered to your residence address. 77081
SAME

Date of Birth: month, day, year

Gender (optional) ☑Male ☐Female

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I:
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑Check if you do not have a social security, driver's license, or personal identification number

Telephone Number, Include Area Code (Optional)

City and County of Former Residence In Texas

X Tony Peters-Brown          Date 07.01.07

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

right from your home or office at usps.com/pickup

to usps.com/postageonline

FIRMLY

PLEASE PRESS FIRMLY



# Flat Rate
# Mailing Envelope
**For Domestic and International Use**

*Visit us at usps.com*



JUL 05 2007 PM 02:11



**From** Eudoke Cravel Johnson
5519 Dashwood Dr. Apt. 24
Houston, TX. 77024

**TO** Elections
Registrar of Voters
County Court House
Houston, TEXAS
77024

Label 228, February 2008



TX_00002141
JA_004900

TX_00002141

USA_00019782

## Texas Voter Registration Application

www.sos.state.tx.us

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

Prescribed by the Office of the Secretary of State    4.2.01  BPM1.1-04

**For Official Use Only**

6 1 6 3 5 2 5 6

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.



237934919

- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen?  ☑ Yes ☐ No

Will you be 18 years of age on or before election day?  ☑ Yes ☐ No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office?  ☑ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

---

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Christian | Micheal | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
5519 Dashwood DR. Apt 24, Houston, TX

**Mailing Address:** Address, City, State and ZIP. If mail cannot be delivered to your residence address.
Same    77024

| Date of Birth: month, day, year | Gender (Optional) ☑ Male ☐ Female | I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. |
|---|---|---|

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

☑ Check if you do not have a social security, driver's license, or, personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence In Texas**

2/10/07

X Christian Micheal Williams

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

For Assistance Call
Office of the Secretary of State
Toll Free:
*Si necesita asistencia
llame gratis al:*
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

11 JUL 2007 PM 2 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)

Houston , TX 7~~7253~~ (77253)

*Fold on dotted line and seal before mailing.*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

TX_00002143
JA_004902

TX_00002143

USA_00019784

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

**www.sos.state.tx.us**

Prescribed by the Office of the Secretary of State    42.04 BPM1.1-04

For Official Use Only

6 1 6 3 5 1 7 3

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.



237934116

or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or before election day? ☑ Yes ☐ No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☑ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Cyril | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
5519 Dashwood Dr. Apt. 24, Houston, TX. 77024

**Mailing Address:** Address, City, State and ZIP. If mail cannot be delivered to your residence address.
SAME

| Date of Birth: month, day, year | Gender (Optional) ☑ Male ☐ Female | I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. |
|---|---|---|

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence In Texas**

X _Cyril Williams_    Date 8/10/07

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.



For Assistance Call
Office of the Secretary of State
Toll Free:
*Si necesita asistencia
llame gratis al:*
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

11 JUL 2007  PM 2

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                                    (ZIP CODE)

*Houston* , TX 77~~253~~

(77253)

*Fold on dotted line and seal before mailing.*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

**Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.**

TX_00002145
JA_004904

TX_00002145

USA_00019786

## Texas Voter Registration Application

**www.sos.state.tx.us**

Prescribed by the Office of the Secretary of State     42.04 BPM1.1-04

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

**For Official Use Only**

6163 5348

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States



237934107

or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or before election day? ☑ Yes ☐ No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☑ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Damien | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)

5519 Dashwood Dr. Apt. 24  Houston, 77024

**Mailing Address:** Address, City, State and ZIP. If mail cannot be delivered to your residence address ☒

SAME

| Date of Birth: month, day, year | Gender (Optional) ☑ Male ☐ Female | I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. |
|---|---|---|

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence In Texas**

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _Damien Williams_    Date 07/10/07

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002146

USA_00019787

For Assistance Call
Office of the Secretary of State
Toll Free:
*Si necesita asistencia
llame gratis al:*
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 79

11 JUL 2007 PM 2

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                                    (ZIP CODE)
*Houston* ,TX 7___

(772-53)

*Fold on dotted line and seal before mailing.*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

Prescribed by the Office of the Secretary of State      42.04 BPM 1.1-04

**For Official Use Only**

6 1 6 3 5 2 1 5

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.

237934857

- or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or before election day? ☑ Yes ☐ No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☑ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Darwin | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
5519 Dashwood Dr. Apt. 24. Houston, TX

**Mailing Address:** Address, City, State and ZIP. If mail cannot be delivered to your residence address.
Same    Houston, TX 77036

| Date of Birth: month, day, year | Gender (Optional) ☑ Male ☐ Female |
|---|---|

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence In Texas**

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _Darwin Williams_    07/12/07
Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.    Date

TX_00002148
JA_004907

TX_00002148

USA_00019789

Office of the Secretary of State    EL PASO TX 79█

Toll Free:
Si necesita asistencia
llame gratis al:        11 JUL 2007 PM 2
1-800-252-VOTE(8683)
www.sos.state.tx.us

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                          (ZIP CODE)

*Houston* ,TX *77█*

*77253*

Fold on dotted line and seal before mailing.

## General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registra- tion purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

## Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other govern- ment document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

**Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.**

## Texas Voter Registration Application

www.sos.state.tx.us

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

Prescribed by the Office of the Secretary of State    42.04 BPM1.1-04

**For Official Use Only**

6163 5272

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.

### Complete These Questions Before Proceeding

Check one  ☑ New  ☐ Change  ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or before election day? ☑ Yes ☐ No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☑ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.



237934090

...or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Robert | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
5519 Dashwood Dr. Apt. 24 Houston, TX 77034

**Mailing Address:** Address, City, State and ZIP: If mail cannot be delivered to your residence address.
SAME

| Date of Birth: month, day, year | Gender (Optional) |
|---|---|
| | ☑ Male  ☐ Female |

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence In Texas**

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X  Robert Williams    07/10/11
Date

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date

TX_00002150
JA_004909

TX_00002150

USA_00019791

For Assistance Call
Office of the Secretary of State
Toll Free:
Si necesita asistencia
llame gratis al:
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

11 JUL 2007 PM 2 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                              (ZIP CODE)

*Houston TX 77024*

*77253*

Fold on dotted line and seal before mailing.

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

**Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.**

TX_00002151
JA_004910

TX_00002151

USA_00019792



# ELECTIONS ADMINISTRATION

500 E. SAN ANTONIO #402
EL PASO, TEXAS 79901
(915)546-2154
FAX NO. (915)546-2220

HELEN JAMISON
ADMINISTRATOR

JAVIER CHACON
ASSISTANT ADMINISTRATOR



## COVER SHEET

_____7_____ sheets including this sheet

DATE:     7/9/2007

TO:       CHRIS GERMAN voter reg. roll manager

FAX:      (713) 368-2309

FROM:     HELEN JAMISON

COMMENTS: _____

_____

_____

_____

TX_00002152
JA_004911

TX_00002152

USA_00019793

VOTER REGISTRATION APPLICATION    NEW 7736031   EDR
(SOLICITUD DE INSCRIPCION DE VOTANTE)

| | First Name (Su nombre de pila) | Middle Name (if any) (Segundo Nombre (si tiene)) | Former Name (Nombre anterior) |
|---|---|---|---|
| LEBTIN | GWENDOLYN | H | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)

78 VISCOUNT APT 2074,EL PASO,TX 799280000,EL PASO

| Mailing Address and Apartment Number, City, State and ZIP: If mail cannot be delivered to your residence | Gender (Optional) (Sexo) (Opcional) |
|---|---|
| BOX 2368,EL PASO,TX 799620000 | ☐ Male (Hombre) ☑ Female (Mujer) |

| Birth: month, day, year (Nacimiento) (mes, día, año) -21-1969 | City, County, and State of Former Residence EL PASO | Telephone Number (Optional) |
| | | TX Driver's License No. or Personal I.D. No. |

I AM A UNITED STATES CITIZEN   ☑ Yes (Si)   ☐ No (No)

MAY 17 2006

Check one: ☐ New (Nuevo) ☑ Change (Cambiar) ☐ Replacement (Reemplazo)

06 18 2006

X

---

Election Administrator     *Gwendoly Hall-Celestn*    77363

PLEASE PRINT        IA 20332812

Name   CELESTIN, GWENDOLYN HALL    MAY 22 2006
     Last Name      First Name

Address   P. O. Box 2365   El Paso, Texas   79952-23
     Street      City      Zip Code

Date of Birth   01 / 21 / 1959   ☒ Are you a United States Citizen or Naturalized?
     Day    Month    Year

*Gwendoly Hall-Celestn*    5-19-2006
   Signature      Date

Last four digits of S.S.N: 6-7-6-4 or TX. driver's license or ID.

## as Voter Registration Application

e complete sections by printing legibly. If you
any questions about how to fill out this applica-
please call the Secretary of State's Office toll
at 1-800-252-VOTE(8683), TDD 1-800-735-
, www.sos.state.tx.us.

### lifications

ou must register to vote in the county in
hich you reside.

ou must be a citizen of the United States.

ou must be at least 17 years and 10
onths old to register, and you must be 18
ears of age by election day.

ou must not be finally convicted of a
elony, or if you are a felon, you must have
ompleted all of your punishment, including
ny term of incarceration, parole, supervi-
ion, period of probation, or you must have
eceived a pardon.

If you are already registered to vote, you do not need to complete
this form. Please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State          7.04 BFM1.1-04

**For Official Use Only**

Este formulario para inscribirse para votar tambien
está disponible en Español. Para conseguir la ver-
sion en Español favor de llamar sin cargo 1-800-
252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☒ Replacement

Are you a United States Citizen? ☒ Yes ☐ No

Will you be 18 years of age on or
before election day? ☒ Yes ☐ No

If you checked 'no' in response to either of these ques-
tions, do not complete this form.

Have you ever voted in this county
for a federal office? ☐ Yes ☒ No

If you answered "no" to this question, be sure to see special
instructions regarding identification requirements on the re-
verse side of the application.

● Continue below to complete application.

Name: Ohnson
First Name: Jadore E
Middle Name (or maiden Name): ChaNEL
76 2784
HALL

dence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box
l Rt.)

ling Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence

P O, Box 2365, EL Paso, Texas 79952-2365

of Birth: month, day, year
- 22-69

Gender (Optional)
☐ Male ☒ Female

Driver's License No. or Personal I.D. No.
d by the Department of Public Safety. If none, give last 4
ts of your Social Security Number

Check if you do not have a social security, driver's
license, or personal identification number ☐

phone Number, Include Area Code
(915) 256-9232

and County of Former Residence in Texas

I understand that giving false information to procure a
voter registration is perjury, and is a crime under state and
federal law.

I affirm that I                                SEP 20 2005
● am a resident of this county;
● have not been finally convicted of a felony or if a felon
  I have completed all of my punishment including any
  term of incarceration, parole, supervision, period of
  probation, or I have been pardoned; and
● have not been declared mentally incompetent by final
  judgment of a court of law.                    09-23-05

X _Jadore Chanel Hall-Johnson_
Date

Signature of Applicant or Agent and Relationship to Applicant
or Printed Name of Applicant if Signed by Witness and Date.

TX_00002156
JA_004915

TX_00002156

USA_00019797

09-29-05

L Paso County Elections Dept.
500 E. SAN Antonio Ave.
#402
EL Paso, Tx. 79901

Helen Jamison:

I 've not moved unto an apar
ment yet, I'm having problem with someon
aking my maih Since, I've been here In
L Paso. When, I move, I'LL let you know

Thanks,
Ja'bbee Chaneh Johnson
P. O. Box 2365
EL Paso, Texas 79952-2
Ph; (915) 256-9232

TX_00002157
JA_004916

TX_00002157

USA_00019798

**PLEASE PRINT**

TA 17921788

762384

Name   JOHNSON          JA´DORE  CHÁNEL
       Last Name          First Name

Address  9325 Viscount Blvd El Paso  TX. 79925
         Apt#510
         Street                City        Zip Code

Date of Birth   07  /  22  /  1969   X Are you a (United States Citizen) or Naturalized?
                Day    Month    Year

Ja´dore Chánel Johnson   10-4-05
       Signature              Date

OCT 12 2005

Case 2:13-cv-00193 Document 662-16 Filed on 11/11/14 in TXSD Page 44 of 64
Case 1:12-cv-00128-RMC-DST-RLW Document 212-3 Filed 06/20/12 Page 82 of 156
07/09/2007

# T.E.A.M. INFORMATION



TX_00002159

USA_00019800

07/09/2007

# T.E.A.M. INFORMATION



USA_00019801

7/13/2007

# DPS INFORMATION



TX_00002161

USA_00019802

**PAUL BETTENCOURT**
*HARRIS COUNTY TAX ASSESSOR-COLLECTOR*
*AND VOTER REGISTRAR*

# Memo

**To:** Chuck Lowery, Investigator

**From:** George Hammerlein

**CC:** Paul Bettencourt, Linda Harvey, Ed Johnson, and Chris German

**Date:** July 13, 2007

**Re:** Additional 7 - Voter Registration Applications for 2519 Dashwood #24, Houston, TX

---

We have received 7 additional Voter Registration Applications (for a total of 92), which contain the residence address of 2519 Dashwood #25, Houston TX 77024. These 7 also bear the following similarities:

> Applications are in the same handwriting

> No date of birth

> No identification information

> All 7 came to us from the Secretary of State / None have an El Paso, TX postmark

> None have the alternate mailing address of: PO Box 2365, Houston, TX 77023

These applications have been mailed a rejected notice.

We have attached two spreadsheets containing the names of the individuals who have submitted applications:

1. Contains the seven (7) additional names of individuals who have submitted an application along with a copy of the application received, and
2. A spreadsheet containing all 92 names of individuals who have submitted an application (the additional 7 are identified by an * in the far right column).

If you have any questions please contact George Hammerlein, Director of Voter Registration, at (713) 368-2513.

1

6/10/2007
5:23 PM

Applicants requesting registration at same address
2519 Dashwood Dr #24
Houston, TX 77027
7 Additional Applications

| | SUBMITTED | NAME | DOB | VRC # | ADDRESS | C,S,Z | NOTICE MAILED | ALTERNATE MAILING | DOCUMENT TRACKING NUMBER | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SOS 06/06/2007 | Williams, Alan | None | 61542098 | 2519 Dashwood #24 | Houston, TX 77024 | YES | NONE | 237672194 | * |
| 2 | SOS 06/06/2007 | Williams, Alice | None | 61425096 | 2519 Dashwood #24 | Houston, TX 77024 | YES | NONE | 237672238 | * |
| 3 | SOS 06/06/2007 | Williams, Aliceia | None | 61542114 | 2519 Dashwood #24 | Houston, TX 77024 | YES | NONE | 237672185 | * |
| 4 | SOS 06/06/2007 | Williams, Lenny | None | 61542155 | 2519 Dashwood #24 | Houston, TX 77024 | YES | NONE | 237672247 | * |
| 5 | SOS 06/06/2007 | Williams, Mary | None | 61425336 | 2519 Dashwood #24 | Houston, TX 77024 | YES | NONE | 237672229 | * |
| 6 | SOS 06/06/2007 | Williams, Pamela | None | 61542122 | 2519 Dashwood #24 | Houston, TX 77024 | YES | NONE | 237672201 | * |
| 7 | SOS 06/06/2007 | Williams, Regina | None | 61542148 | 2519 Dashwood #24 | Houston, TX 77024 | YES | NONE | 237672210 | * |

TX_00002163
USA_00019804

TX_00002163
JA_004922

d Type: VOTER    Record ID: 61842098    Imaging Dept. ID: 237672194

## Texas Voter Registration Application

www.sos.state.tx.us

Presented by the Office of the Secretary of State          17 04 BP341.1 04

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

**For Official Use Only**

Horis 12

Este formulario para inscribirse para votar tambien esta disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.

237672194

- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☑New ☐Change ☐Replacement

Are you a United States Citizen? ☑Yes ☐No

Will you be 18 years of age on or before election day? ☑Yes ☐No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☑Yes ☐No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | ALAN | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.) 2579 Dashwood Dr Apt 24 Houston TX,

Mailing Address: Address, City, State and ZIP. If mail cannot be delivered to your residence address.    SAMe    77024

| Date of Birth: month, day, year | Gender (Optional) ☑Male ☐Female | I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. |
|---|---|---|

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

Telephone Number, Include Area Code (Optional)

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.    08/26/07    Date

City and County of Former Residence In Texas    HARRIS ~ Houston

X  Alan Williams

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002164

USA_00019805

rd Type: VOTER    Record ID: 61542114    Imaging Dept. ID: 237672185

## Texas Voter Registration Application

www.sos.state.tx.us

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

Prescribed by the Office of the Secretary of Same    17.04 BPM1 1-04

**For Official Use Only**

Hous 17

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.

237672185

- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☑New ☐Change ☐Replacement

Are you a United States Citizen? ☑Yes ☐No

Will you be 18 years of age on or before election day? ☐Yes ☐No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☑Yes ☐No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Alicia | | |

Residence Address: Street Address and Apartment Number, City, State and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)

2519 Dashwood Dr. Apt. 24   Houston TX

Mailing Address: Address, City, State and ZIP. If mail cannot be delivered to your residence address.

SAME                                          77024

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☑ Female | I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. |
|---|---|---|

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☐ Check if you do not have a social security, driver's license, or personal identification number

Telephone Number, Include Area Code (Optional)

City and County of Former Residence In Texas

HARRIS — Houston

I affirm that I:
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _Alicia Williams_    04-26-07

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002165

USA_00019806

I Type: VOTER   Record ID: 61532122   Imaging Dept. ID: 237672201

## Texas Voter Registration Application

www.sos.state.tx.us

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

Prescribed by the Office of the Secretary of State   17.04 BFM1.1-04

**For Official Use Only**

Harris 17

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.

237672201

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen?   ☑ Yes ☐ No

Will you be 18 years of age on or before election day?   ☑ Yes ☐ No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office?   ☑ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Pamela | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include a P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt 24 Houston TX.

**Mailing Address:** Address, City, State and ZIP. If mail cannot be delivered to your residence address.
Same   77024

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☑ Female |
|---|---|

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence In Texas**
HARRIS-Houston

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X Pamela Williams   04/24/

**Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date**

TX_00002166

ord Type: VOTER    Record ID: 61542148    Imaging Dept. ID: 237672210

## Texas Voter Registration Application

www.sos.state.tx.us

Prescribed by the Office of the Secretary of State          17.04 BPM4.1-04

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

For Official Use Only

*Harris D*

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.

|||||||||||| ||||||| |||| ||||||| ||||| |||| |||
237672210

felony; or a you ~~~~~~~~
completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☐ Yes ☑ No

Will you be 18 years of age on or before election day? ☑ Yes ☐ No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☐ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

☞ Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Regina | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood DR, Apt. 24 Houston TX. 77084

Mailing Address: Address, City, State and ZIP. If mail cannot be delivered to your residence address.
SAME

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☑ Female | I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. |
|---|---|---|

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☐ Check if you do not have a social security, driver's license, or personal identification number

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

Telephone Number, Include Area Code (Optional)

X *Regina Williams*          10-26-07
                                        Date

City and County of Former Residence in Texas
HARRIS - Houston

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002167

USA_00019808

d Type: VOTER    Record ID: 61425336    Imaging Dept. ID: 237672229

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications

- You must register to vote in the county in which you reside.

237672229

- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Presented by the Office of the Secretary of State    VR.17.04 E.p45

**For Official Use Only**

Hom.5  17

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☑New ☐Change ☐Replacement

Are you a United States Citizen? ☑Yes ☐No

Will you be 18 years of age on or before election day? ☑Yes ☐No

Are you interested in serving as an election worker? ☐Yes ☐No

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Mary | | |

**Residence Address:** Street Address and Apartment Number, City, State and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)  2519 Dashwood Dr. Apt 24 Houston

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence address.  Same    TX. 77024

**Date of Birth:** month, day, year

**Gender** (Optional) ☐Male ☑Female

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety)

☑ **Check if you do not have a TX Driver's License, or Personal Identification Number**

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☑ **Check if you do not have a Social Security Number**

**Telephone Number, Include Area Code** (Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X Mary Williams    04/12/07
Date

**Signature of Applicant or Agent and Relationship to Applicant** or Printed Name of Applicant If Signed by Witness and Date.

TX_00002168

USA_00019809

d Type: VOTER    Record ID: 61425096    Imaging Dept. ID: 237672238

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications

- You must register to vote in the county in which you reside.



237672238

- You must not be finally convicted felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State    VR17.06E.p45

**For Official Use Only**

Harris/70

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☐ Replacement

Are you a United States Citizen?    ☒ Yes ☐ No

Will you be 18 years of age on or before election day?    ☐ Yes ☐ No

Are you interested in serving as an election worker?    ☐ Yes ☒ No

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Alice | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt 24  Houston

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence address.
Same    TX. 77034

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☐ Female |
|---|---|

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety)

☐ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

☐ Check if you do not have a Social Security Number

Telephone Number, Include Area Code
(Optional)

X *Alice Williams*    4/17/07

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

USA_00019810

d Type: VOTER    Record ID: 61542155    Imaging Dept. ID: 237672247

## Texas Voter Registration Application

www.sos.state.tx.us

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

Prescribed by the Office of the Secretary of State    17-04 BPM1.1-04

For Official Use Only

*Harris*    28  0

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.

237672247

- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen?  ☑ Yes ☐ No

Will you be 18 years of age on or before election day?  ☐ Yes ☑ No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office?  ☐ Yes ☐ No

If you answered 'no' to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| WILLIAMS | LENNY | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.) 
2319 Dashwood Dr. Apt 24 Houston, TX 77024

Mailing Address: Address, City, State and ZIP. If mail cannot be delivered to your residence address:
(SAME)

Date of Birth: month, day, year

Gender (Optional)  ☑ Male ☐ Female

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☐ Check if you do not have a social security, driver's license, or personal identification number

Telephone Number, Include Area Code (Optional)

City and County of Former Residence In Texas
HARRIS - Houston

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I:
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X *Lenny Williams*    Date: 04 26 08

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002170

USA_00019811

6/10/2007
5:28 PM

Applicants requesting registration at same address
2519 Dashwood Dr #24
Houston, TX 77027
MASTER
(* Additional 7 Applications)

| | SUBMITTED | NAME | DOB | VRC # | ADDRESS | C,S,Z | NOTICE MAILED | ALTERNATE MAILING | DOCUMENT TRACKING NUMBER | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | EL PASO POSTMARK | Hall, Ciara | none | 61309969 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236310559 | |
| 2 | EL PASO POSTMARK | Hall, Garrad | none | 61314449 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308615 | |
| 3 | EL PASO POSTMARK | Hall, Garrett | none | 61314415 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308090 | |
| 4 | EL PASO POSTMARK 02/28/2007 | Hall, Garvin | none | 61474714 | 2519 Dashwood Dr #24 | Houston, TX 77024 | | | 236308483 | |
| 5 | EL PASO POSTMARK 02/28/2007 | Hall, Garvin | none | 61474714 | 2519 Dashwood Dr | Houston, TX 77024 | | 2519 Dashwood Dr, Houston, TX 77024 | 236308919 | |
| 6 | EL PASO POSTMARK | Hall, Jamelina | none | 61322996 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/22/07 | | 236297805 | |
| 7 | EL PASO POSTMARK | Hall, Mayela | none | 61314480 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 + STX 3/15/07 | | 236308599 | |
| 8 | EL PASO POSTMARK | Hall, Melina | 4/15/1976 | 61393864 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/12/2007 | | 236580339 | |
| 9 | EL PASO POSTMARK | Hall, Melina | none | 61315388 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308633 | |
| 10 | EL PASO POSTMARK | Hall, Mirena | 4/15/1976 | 61315370 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 + STX 4/06/07 | | 236308642 | |
| 11 | EL PASO POSTMARK | Hall, Raven | none | 61322939 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/22/07 | | 236297574 | |
| 12 | EL PASO POSTMARK | Johnson, Jevon Mark | 09/__/19 | 61314498 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 + STX 03/15/07 | | 236308508 | |
| 13 | EL PASO POSTMARK | Johnson, Machelle | none | 61322913 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/22/07 | | 236297342 | |
| 14 | SOS 04/02/2007 | Wiliams, Chaka | none | 61376190 | 2519 Dashwood Dr #24 | Houston, TX 77024 | (rej stx 04/12/2007 + 04/06/2007 | PO BOX 2365, HOUSTON, TX 77023 | 236588420 | |
| 15 | SOS 06/06/2007 | Williams, Alan | None | 61542098 | 2519 Dashwood #24 | Houston, TX 77024 | YES | NONE | 237672194 | * |
| 16 | SOS | Williams, Alice | none | 61425096 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686038 | |
| 17 | SOS 06/06/2007 | Williams, Alice | None | 61425096 | 2519 Dashwood #24 | Houston, TX 77024 | YES | NONE | 237672238 | * |

TX_00002171
USA_00019812
TX_00002171
UA_004930

6/10/2007
5:28 PM

Applicants requesting registration at same address
2519 Dashwood Dr #24
Houston, TX 77027
MASTER
(* Additional 7 Applications)

TX_00002172

USA_00019813

TX_00002172

JA_004931

| | SUBMITTED | NAME | DOB | VRC # | ADDRESS | C,S,Z | NOTICE MAILED | ALTERNATE MAILING | DOCUMENT TRACKING NUMBER | |
|---|---|---|---|---|---|---|---|---|---|---|
| | SOS 06/06/2007 | Williams, Aliceia | None | 61542114 | 2519 Dashwood #24 | Houston, TX 77024 | YES | NONE | 237672185 | * |
| 19 | EL PASO POSTMARK | Williams, Alicia | none | 61439709 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX | | 236774399 | |
| 22 | SOS | Williams, Angela | none | 61425419 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686118 | |
| 23 | SOS | Williams, Anthony | none | 61433041 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 04/19/07 | | 236611966 | |
| 22 | SOS | Williams, Arthur | 7/14/1980 | 61425153 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686001 | |
| 26 | 04/02/07 El Paso Postmark | Williams, Ashley | 7/12/1979 | 61405460 | 2519 Dashwood Dr #24 | Houston, TX 77024 | TSTR 4/11/07 | | 236692842 | |
| 23 | SOS | Williams, Bernard | 7/14/1980 | 61425161 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686010 | |
| 25 | SOS | Williams, Calvert | 4/15/1985 | 61434098 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686029 | |
| 26 | 04/02/07 El Paso Postmark | Williams, Calvin | 4/15/2007 | 61405486 | 2519 Dashwood Dr #24 | Houston, TX 77024 | TSTR 4/11/07 | | 236692904 | |
| 27 | 3/28/2007 FROM SOS | Williams, Carmelia | 7/12/1979 | 61375424 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | | 236524971 | |
| 28 | EL PASO POSTMARK | Williams, Carmelia | none | 61323044 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/22/07 | | 236297618 | |
| 29 | 03/28/2007 FROM SOS | Williams, Chaka | 3/3/1982 | 61376190 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | | 236524999 | |
| 30 | 03/28/2007 FROM SOS | Williams, Chrishawn | 4/15/1985 | 61375333 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | | 236525195 | |
| 31 | SOS | Williams, Chrishawn | none | 61425294 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686065 | |
| 32 | SOS | Williams, Cindy | none | 61440137 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX | | 236958146 | |
| 33 | 03/28/2007 FROM SOS | Williams, Cynthia | none | 61375119 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | | 236525159 | |
| 34 | SOS 04/02/2007 | Williams, Cynthia | none | 61375119 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/06/2007 + 04/19/2007 | PO BOX 2365, HOUSTON, TX 77023 | 236588411 | |
| 35 | EL PASO POSTMARK | Williams, Darlene | none | 61315404 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308526 | |

TX_00002173

USA_00019814

6/10/2007
5:28 PM

Applicants requesting registration at same address
2519 Dashwood Dr #24
Houston, TX 77027
MASTER
(* Additional 7 Applications)

| | SUBMITTED | NAME | DOB | VRC # | ADDRESS | C,S,Z | NOTICE MAILED | ALTERNATE MAILING | DOCUMENT TRACKING NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 36 | EL PASO POSTMARK | Williams, Darryl | none | 61309738 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236310540 |
| 37 | EL PASO POSTMARK | Williams, David | none | 61314431 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308580 |
| 38 | EL PASO POSTMARK | Williams, Dawn | none | 61314472 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 + STX 3/15/07 | | 236308535 |
| 39 | EL PASO POSTMARK | Williams, Donald | none | 61314381 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308492 |
| 40 | 03/28/2007 FROM SOS | Williams, Donna | 4/15/1986 | 61375390 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | | 236525202 |
| 41 | EL PASO POSTMARK | Williams, Donna | none | 61315438 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308517 |
| 42 | EL PASO POSTMARK 04/07/2007 | Williams, Dwight | none | 61421426 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/26/2007 | | 236586510 |
| 43 | SOS | Williams, Edward | none | 61422200 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/02/07 | | 236760386 |
| 44 | EL PASO POSTMARK | Williams, Eric | none | 61314134 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308937 |
| 45 | EL PASO POSTMARK | Williams, Erica | none | 61322137 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/22/07 | | 236298010 |
| 46 | EL PASO POSTMARK | Williams, Erin | none | 61314399 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308465 |
| 47 | | Williams, Gerald | none | 61422226 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/07/07 | | 236760894 |
| 48 | SOS | Williams, James | 3/10/1983 | 61425112 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236685985 |
| 49 | SOS | Williams, Juanita | none | 61425310 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686074 |
| 50 | SOS | Williams, Judy | none | 61425385 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686109 |
| 51 | EL PASO POSTMARK | Williams, Kenneth | none | 61309704 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236310522 |
| 52 | EL PASO POSTMARK | Williams, Kevin | none | 61314365 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308544 |
| 53 | SOS | Williams, Larry | none | 61440111 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX | | 236958137 |
| 54 | 03/28/2007 FROM SOS | Williams, Laverne | 7/12/1979 | 61376240 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | | 236524748 |

Case 2:12-cv-00128  Document 212-12  Filed 06/20/12  Page 96 of 136

TX_00002173

JA_004932

TX_00002174

USA_00019815

6/10/2007
5:28 PM

Applicants requesting registration failed
2519 Dashwood Dr #24
Houston, TX 77027
MASTER
(* Additional 7 Applications)

| SUBMITTED | NAME | DOB | VRC # | ADDRESS | C,S,Z | NOTICE MAILED | ALTERNATE MAILING | DOCUMENT TRACKING NUMBER | |
|---|---|---|---|---|---|---|---|---|---|
| EL PASO POSTMARK | Williams, Laverne | none | 61322962 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/22/07 | | 236297583 | * |
| SOS 06/06/2007 | Williams, Lenny | None | 61542155 | 2519 Dashwood #24 | Houston, TX 77024 | YES | NONE | 237672247 | * |
| SOS | Williams, Linda | none | 61425393 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236761697 | |
| EL PASO POSTMARK | Williams, Lisa | none | 61315420 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308571 | |
| SOS | Williams, Mary | none | 61425336 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686083 | |
| SOS 06/06/2007 | Williams, Mary | None | 61425336 | 2519 Dashwood #24 | Houston, TX 77024 | YES | NONE | 237672229 | * |
| 04/02/2007 | Williams, Michael | none | 61376232 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/12/2007 | PO BOX 2365, HOUSTON, TX 77023 | 236588457 | |
| 03/28/2007 FROM SOS | Williams, Micheal | 11/10/1976 | 61376232 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | | 236524980 | |
| SOS 06/06/2007 | Williams, Pamela | None | 61542122 | 2519 Dashwood #24 | Houston, TX 77024 | YES | NONE | 237672201 | * |
| EL PASO POSTMARK | Williams, Paul | none | 61337887 | 2519 Dashwood Dr #24 | Houston, TX 77024 | TSTR 03/22/07 | | 236498429 | |
| SOS | Williams, Peter | none | 61433058 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 04/19/07 | | 236611733 | |
| EL PASO POSTMARK | Williams, Phyllis | none | 61309688 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236692931 + 236306083 | |
| SOS 06/06/2007 | Williams, Regina | None | 61542148 | 2519 Dashwood #24 | Houston, TX 77024 | YES | NONE | 237672210 | * |
| SOS | Williams, Ronald | 3/10/1983 | 61425146 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236685994 | |
| EL PASO POSTMARK 04/02/2007 | Williams, Samuel | none | 61421780 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/26/2007 | | 236586351 | |
| SOS | Williams, Shaka | none | 61425369 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686092 | |
| 03/28/2007 FROM SOS | Williams, Shaniece | 3/3/1982 | 61375200 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | | 236525131 | |

TX_00002175

USA_00019816

TX_00002175

JA_004934

6/10/2007
5:28 PM

Applicants requesting registration at same address
2519 Dashwood Dr #24
Houston, TX 77027
MASTER
(* Additional 7 Applications)

| SUBMITTED | NAME | DOB | VRC # | ADDRESS | C,S,Z | NOTICE MAILED | ALTERNATE MAILING | DOCUMENT TRACKING NUMBER |
|---|---|---|---|---|---|---|---|---|
| EL PASO POSTMARK | Williams, Sheila | none | 61315412 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308553 |
| SOS | Williams, Shelia Denise | none | 61425260 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686047 |
| EL PASO POSTMARK | Williams, Shelita | 4/15/1985 | 61385563 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/12/07 | | 236528290 |
| 03/28/2007 FROM SOS | Williams, Shelita | 4/15/1986 | 61375325 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | | 236525186 |
| EL PASO POSTMARK | Williams, Shelita | none | 61315396 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 308624 |
| 03/28/2007 FROM SOS | Williams, Shirley | 7/12/1979 | 61375085 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | | 236525140 |
| MAIL | Williams, Shirley | none | 61323234 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/22/07 | | 236297397 |
| EL PASO POSTMARK | Williams, Tamara | none | 61323226 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/22/07 | | 236297681 |
| SOS 04/02/2007 | Williams, Terri | # 8 only | 61474722 | 2519 Dashwood Dr #24 | Houston, TX 77024 | | PO BOX 2365, HOUSTON, TX 77023 | 236588448 |
| 03/28/2007 FROM SOS | Williams, Terry | none | 61389557 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/12/07 | PO BOX 2365, HOUSTON, TX 77023 | 236588439 |
| MAIL | Williams, Toni | none | 61322889 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 | | 236297413 |
| EL PASO POSTMARK 04/07/2007 | Williams, Tony | none | 61421467 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/26/2007 | | 236586459 |
| SOS | Williams, Troy | none | 61433033 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 04/19/07 | | 236611957 |
| SOS 05/08/2007 | Williams, Troy | none | 61433033 | 2519 Dashwood Dr #24 | Houston, TX 77024 | | | 237178308 |
| EL PASO POSTMARK | Williams, Tyrone | none | 61314175 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308697 |
| 03/28/2007 FROM SOS | Williams, Valery | 03/__/198_ | 61389078 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/12/07 | PO BOX 2365, HOUSTON, TX 77023 | 236598650 |
| 03/28/2007 FROM SOS | Williams, Vesta | 4/15/1985 | 61376224 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | | 236524739 |
| SOS | Williams, Wanda | none | 61425278 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686056 |
| EL PASO POSTMARK | Williams, Wayne | none | 61314159 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308928 |

TX_00002176

USA_00019817

6/10/2007
5:28 PM

Applicants requesting registration at same address
2519 Dashwood Dr #24
Houston, TX 77027
MASTER
(* Additional 7 Applications)

| SUBMITTED | NAME | DOB | VRC # | ADDRESS | C,S,Z | NOTICE MAILED | ALTERNATE MAILING | DOCUMENT TRACKING NUMBER |
|---|---|---|---|---|---|---|---|---|
| EL PASO POSTMARK | Williams, Wesley | none | 61314456 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308795 |
| SOS | Williams, Willie | none | 61440095 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX | | 236772006 |

TX_00002176
JA_004935

**PAUL BETTENCOURT**
*HARRIS COUNTY TAX ASSESSOR-COLLECTOR*
*AND VOTER REGISTRAR*

# Memo

**To:** Chuck Lowery, Investigator

**From:** George Hammerlein

**CC:** Paul Bettencourt, Linda Harvey, Ed Johnson, and Chris German

**Date:** May 9, 2007

**Re:** Additional 10 - Voter Registration Applications for 2519 Dashwood #24, Houston, TX

---

We have identified 10 additional Voter Registration Applications, which contain the residence address of 2519 Dashwood #25, Houston, TX 77024. These 9 also bear the following similarities:

> ➢ Applications are in the same handwriting

> ➢ Signature is by someone other than the applicant or no signature at all

> ➢ Most have no date of birth

> ➢ No identification information

> ➢ Most of them have an El Paso, TX postmark

> ➢ Four (4) applications have an alternate mailing address of: PO Box 2365, Houston, TX 77023

These applications have been rejected notices were mailed, and were returned as undeliverable by the United States Postal Service.

A spreadsheet containing the 9 additional names of the individuals along with a copy of the applications are attached for your review.

If you have any questions please contact George Hammerlein, Director of Voter Registration, at (713) 368-2513.

1

Applicants awaiting action
2519 Dashwood Dr #24
Houston, TX 77027
10 Additional Applications

| | SUBMITTED | NAME | DOB | VRC # | ADDRESS | C,S,Z | NOTICE MAILED | ALTERNATE MAILING | DOCUMENT TRACKING NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 1 | EL PASO POSTMARK 02/28/2007 | Hall, Garvin | none | 61474714 | 2519 Dashwood Dr #24 | Houston, TX 77024 | | | 236308483 |
| 2 | EL PASO POSTMARK 02/28/2007 | Hall, Garvin | none | 61474714 | 2519 Dashwood Dr | Houston, TX 77024 | | 2519 Dashwood Dr, Houston, TX 77024 | 236308919 |
| 3 | SOS 04/02/2007 | Williams, Chaka | none | 61376190 | 2519 Dashwood Dr #24 | Houston, TX 77024 | rej stx 04/12/2007 + 04/06/2007 | PO BOX 2365, HOUSTON, TX 77023 | 236588420 |
| 4 | SOS 04/02/2007 | Williams, Cynthia | none | 61375119 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/06/2007 + 04/19/2007 | PO BOX 2365, HOUSTON, TX 77023 | 236588411 |
| 5 | EL PASO POSTMARK 04/07/2007 | Williams, Dwight | none | 61421426 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/26/2007 | | 236586510 |
| 6 | SOS 04/02/2007 | Williams, Michael | none | 61376232 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/12/2007 | PO BOX 2365, HOUSTON, TX 77023 | 236588457 |
| 7 | EL PASO POSTMARK 04/02/2007 | Williams, Samuel | none | 61421780 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/26/2007 | | 236586351 |
| 8 | SOS 04/02/2007 | Williams, Terri | # 8 only | 61474722 | 2519 Dashwood Dr #24 | Houston, TX 77024 | | PO BOX 2365, HOUSTON, TX 77023 | 236588448 |
| 9 | EL PASO POSTMARK 04/07/2007 | Williams, Tony | none | 61421467 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/26/2007 | | 236586459 |
| 10 | SOS 05/08/2007 | Williams, Troy | none | 61433033 | 2519 Dashwood Dr #24 | Houston, TX 77024 | | | 237178308 |
| | | | | | | | | | |
| | | | | | | | | | |

JA_004937

TX_00002178

USA_0001819

TX_00002178

2519 Dashwood Dr #24
Houston, TX 77027
* Additional 10 Applications

| | SUBMITTED | NAME | DOB | VRC # | ADDRESS | C,S,Z | NOTICE MAILED | ALTERNATE MAILING | DOCUMENT TRACKING NUMBER | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | EL PASO POSTMARK | Hall, Ciara | none | 61309969 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236310559 | |
| 2 | EL PASO POSTMARK | Hall, Garrad | none | 61314449 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308615 | |
| 3 | EL PASO POSTMARK | Hall, Garrett | none | 61314415 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308090 | |
| 4 | EL PASO POSTMARK 02/28/2007 | Hall, Garvin | none | 61474714 | 2519 Dashwood Dr #24 | Houston, TX 77024 | | | 236308483 | * |
| 5 | EL PASO POSTMARK 02/28/2007 | Hall, Garvin | none | 61474714 | 2519 Dashwood Dr | Houston, TX 77024 | | 2519 Dashwood Dr, Houston, TX 77024 | 236308919 | * |
| 6 | EL PASO POSTMARK | Hall, Jamelina | none | 61322996 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/22/07 | | 236297805 | |
| 7 | EL PASO POSTMARK | Hall, Mayela | none | 61314480 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 + STX 3/15/07 | | 236308599 | |
| 8 | EL PASO POSTMARK | Hall, Melina | none | 61315388 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308633 | |
| 9 | EL PASO POSTMARK | Hall, Melina | 4/15/1976 | 61393864 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/12/2007 | | 236580339 | |
| 10 | EL PASO POSTMARK | Hall, Mirena | 4/15/1976 | 61315370 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 + STX 4/06/07 | | 236308642 | |
| 11 | EL PASO POSTMARK | Hall, Raven | none | 61322939 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/22/07 | | 236297574 | |
| 12 | EL PASO POSTMARK | Johnson, Jevon Mark | 09/ /19 | 61314498 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 + STX 03/15/07 | | 236308508 | |
| 13 | EL PASO POSTMARK | Johnson, Machelle | none | 61322913 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/22/07 | | 236297342 | |
| 14 | SOS 04/02/2007 | Wiliams, Chaka | none | 61376190 | 2519 Dashwood Dr #24 | Houston, TX 77024 | rej stx 04/12/2007 + 04/06/2007 | PO BOX 2365, HOUSTON, TX 77023 | 236588420 | * |
| 15 | SOS | Williams, Alice | none | 61425096 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686038 | |
| 16 | EL PASO POSTMARK | Williams, Alicia | none | 61439709 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX | | 236774399 | |
| 17 | SOS | Williams, Angela | none | 61425419 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686118 | |
| 18 | SOS | Williams, Anthony | none | 61433041 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 04/19/07 | | 236611966 | |

USA_00019820

TX_00002179