5/9/2007
4:31 PM

Case 2:13-cv-00193   Document 662   Filed on 11/11/14 in TXSD   Page 1 of 60

2519 Dashwood Dr #24
Houston, TX 77027
* Additional 10 Applications

| | SUBMITTED | NAME | DOB | VRC # | ADDRESS | C,S,Z | NOTICE MAILED | ALTERNATE MAILING | DOCUMENT TRACKING NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| | SOS | Williams, Arthur | 7/14/1980 | 61425153 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686001 |
| | 04/02/07 El Paso Postmark | Williams, Ashley | 7/12/1979 | 61405460 | 2519 Dashwood Dr #24 | Houston, TX 77024 | TSTR 4/11/07 | | 236692842 |
| | SOS | Williams, Bernard | 7/14/1980 | 61425161 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686010 |
| | SOS | Williams, Calvert | 4/15/1985 | 61434098 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686029 |
| | 04/02/07 El Paso Postmark | Williams, Calvin | 4/15/2007 | 61405486 | 2519 Dashwood Dr #24 | Houston, TX 77024 | TSTR 4/11/07 | | 236692904 |
| 24 | EL PASO POSTMARK | Williams, Carmelia | none | 61323044 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/22/07 | | 236297618 |
| 25 | 03/28/2007 FROM SOS | Williams, Carmelia | 7/12/1979 | 61375424 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | | 236524971 |
| 26 | 03/28/2007 FROM SOS | Williams, Chaka | 3/3/1982 | 61376190 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | | 236524999 |
| 27 | 03/28/2007 FROM SOS | Williams, Chrishawn | 4/15/1985 | 61375333 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | | 236525195 |
| 28 | SOS | Williams, Chrishawn | none | 61425294 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686065 |
| 29 | SOS | Williams, Cindy | none | 61440137 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX | | 236958146 |
| 30 | 03/28/2007 FROM SOS | Williams, Cynthia | none | 61375119 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | | 236525159 |
| 31 | SOS 04/02/2007 | Williams, Cynthia | none | 61375119 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/06/2007 + 04/19/2007 | PO BOX 2365, HOUSTON, TX 77023 | 236588411 |
| 32 | EL PASO POSTMARK | Williams, Darlene | none | 61315404 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308526 |
| 33 | EL PASO POSTMARK | Williams, Darryl | none | 61309738 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236310540 |
| 34 | EL PASO POSTMARK | Williams, David | none | 61314431 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308580 |
| 35 | EL PASO POSTMARK | Williams, Dawn | none | 61314472 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 + STX 3/15/07 | | 236308535 |
| 36 | EL PASO POSTMARK | Williams, Donald | none | 61314381 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308492 |
| 37 | EL PASO POSTMARK | Williams, Donna | none | 61315438 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308517 |

USA_00019821
TX_00002180

Applicants requesting registration
2519 Dashwood Dr #24
Houston, TX 77027
* Additional 10 Applications

| | SUBMITTED | NAME | DOB | VRC # | ADDRESS | C,S,Z | NOTICE MAILED | ALTERNATE MAILING | DOCUMENT TRACKING NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 03/28/2007 FROM SOS | Williams, Donna | 4/15/1986 | 61375390 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | | 236525202 |
| 3 | EL PASO POSTMARK 04/07/2007 | Williams, Dwight | none | 61421426 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/26/2007 | | 236586510 |
| ) | SOS | Williams, Edward | none | 61422200 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/02/07 | | 236760386 |
| 1 | EL PASO POSTMARK | Williams, Eric | none | 61314134 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308937 |
| 2 | EL PASO POSTMARK | Williams, Erica | none | 61322137 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/22/07 | | 236298010 |
| 3 | EL PASO POSTMARK | Williams, Erin | none | 61314399 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308465 |
| 4 | | Williams, Gerald | none | 61422226 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/07/07 | | 236760894 |
| 15 | SOS | Williams, James | 3/10/1983 | 61425112 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236685985 |
| 16 | SOS | Williams, Juanita | none | 61425310 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686074 |
| 17 | SOS | Williams, Judy | none | 61425385 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686109 |
| 18 | EL PASO POSTMARK | Williams, Kenneth | none | 61309704 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236310522 |
| 49 | EL PASO POSTMARK | Williams, Kevin | none | 61314365 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308544 |
| 50 | SOS | Williams, Larry | none | 61440111 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX | | 236958137 |
| 51 | EL PASO POSTMARK | Williams, Laverne | none | 61322962 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/22/07 | | 236297583 |
| 52 | 03/28/2007 FROM SOS | Williams, Laverne | 7/12/1979 | 61376240 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | | 236524748 |
| 53 | SOS | Williams, Linda | none | 61425393 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236761697 |
| 54 | EL PASO POSTMARK | Williams, Lisa | none | 61315420 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308571 |
| 55 | SOS | Williams, Mary | none | 61425336 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686083 |
| 56 | SOS 04/02/2007 | Williams, Michael | none | 61376232 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/12/2007 | PO BOX 2365, HOUSTON, TX 77023 | 236588457 |

USA_0001982Z

TX_0000218I

TX_00002182

USA_00019823

Applicants requesting truancy any
2519 Dashwood Dr #24
Houston, TX 77027
* Additional 10 Applications

USA_00019824

TX_0002183

| | SUBMITTED | NAME | DOB | VRC # | ADDRESS | C,S,Z | NOTICE MAILED | ALTERNATE MAILING | DOCUMENT TRACKING NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 7 | 03/28/2007 FROM SOS | Williams, Micheal | 11/10/1976 | 61376232 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | | 236524980 |
| 8 | EL PASO POSTMARK | Williams, Paul | none | 61337887 | 2519 Dashwood Dr #24 | Houston, TX 77024 | TSTR 03/22/07 | | 236498429 |
| 9 | SOS | Williams, Peter | none | 61433058 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 04/19/07 | | 236611733 |
| 0 | EL PASO POSTMARK | Williams, Phyllis | none | 61309688 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236692931 + 236306083 |
| 1 | SOS | Williams, Ronald | 3/10/1983 | 61425146 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236685994 |
| 2 | EL PASO POSTMARK 04/02/2007 | Williams, Samuel | none | 61421780 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/26/2007 | | 236586351 |
| 3 | SOS | Williams, Shaka | none | 61425369 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686092 |
| 4 | 03/28/2007 FROM SOS | Williams, Shaniece | 3/3/1982 | 61375200 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | | 236525131 |
| 5 | EL PASO POSTMARK | Williams, Shella | none | 61315412 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308553 |
| 6 | SOS | Williams, Shelia Denise | none | 61425260 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686047 |
| 67 | EL PASO POSTMARK | Williams, Shelita | none | 61315396 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 308624 |
| 68 | 03/28/2007 FROM SOS | Williams, Shelita | 4/15/1986 | 61375325 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | | 236525186 |
| 69 | EL PASO POSTMARK | Williams, Shelita | 4/15/1985 | 61385563 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/12/07 | | 236528290 |
| 70 | MAIL | Williams, Shirley | none | 61323234 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/22/07 | | 236297397 |
| 71 | 03/28/2007 FROM SOS | Williams, Shirley | 7/12/1979 | 61375085 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | | 236525140 |
| 72 | EL PASO POSTMARK | Williams, Tamara | none | 61323226 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/22/07 | | 236297681 |
| 73 | SOS 04/02/2007 | Williams, Terri | # 8 only | 61474722 | 2519 Dashwood Dr #24 | Houston, TX 77024 | | PO BOX 2365, HOUSTON, TX 77023 | 236588448 |
| 74 | 03/28/2007 FROM SOS | Williams, Terry | none | 61389557 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/12/07 | PO BOX 2365, HOUSTON, TX 77023 | 236588439 |
| 75 | MAIL | Williams, Toni | none | 61322889 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 | | 236297413 |

Houston, TX 77027
* Additional 10 Applications

| SUBMITTED | NAME | DOB | VRC # | ADDRESS | C,S,Z | NOTICE MAILED | ALTERNATE MAILING | DOCUMENT TRACKING NUMBER |
|---|---|---|---|---|---|---|---|---|
| 8 EL PASO POSTMARK 04/07/2007 | Williams, Tony | none | 61421467 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/26/2007 | | 236586459 |
| 7 SOS | Williams, Troy | none | 61433033 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 04/19/07 | | 236611957 |
| 8 SOS 05/08/2007 | Williams, Troy | none | 61433033 | 2519 Dashwood Dr #24 | Houston, TX 77024 | | | 237178308 |
| 9 EL PASO POSTMARK | Williams, Tyrone | none | 61314175 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308697 |
| 0 03/28/2007 FROM SOS | Williams, Valery | 03/__/198 | 61389078 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/12/07 | PO BOX 2365, HOUSTON, TX 77023 | 236598650 |
| 1 03/28/2007 FROM SOS | Williams, Vesta | 4/15/1985 | 61376224 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | | 236524739 |
| 2 SOS | Williams, Wanda | none | 61425278 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | | 236686056 |
| 3 EL PASO POSTMARK | Williams, Wayne | none | 61314159 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308928 |
| 4 EL PASO POSTMARK | Williams, Wesley | none | 61314456 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | | 236308795 |
| 5 SOS | Williams, Willie | none | 61440095 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX | | 236772006 |

USA_0001982S

TX_00002184

Case 2:13-cv-00193 Document 663-17 Filed on 11/11/14 in TXSD Page 6 of 60
Case 1:12-cv-00128-RMC-DST-RLW Document 212-2 Filed 06/20/12 Page 108 of 156
d Type: VOTER    Record ID: 61376190    Imaging Dept. ID: 236588420

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State                VR 17.06E.p65

**For Official Use Only**

17   Harris

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.
- You must be at least 17 years and 10 months old to register, and you must be 18 years of age by election day.

### Complete These Questions Before Proceeding

Check one ☐New  ☐Change  ☐Replacement

Are you a United States Citizen?  ☐Yes ☐No

Will you be 18 years of age on or before election day?  ☐Yes ☐No

Are you interested in serving as an election worker?  ☐Yes ☐No

● Continue below to complete application.

236588420

received a pardon.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Chaka | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)

2579 Dashwood Dr. Apt 24 Houston, TX 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence address.

P. O. Box 2365, Houston, TX. 77023

**Date of Birth:** month, day, year

**Gender** (Optional)  ☐ Male  ☐ Female

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety)

☑ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☑ Check if you do not have a Social Security Number

**Telephone Number, Include Area Code** (Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I –
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X Chaka Williams    032107

**Date**

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002185

USA_00019826

I Type: VOTER    Record ID: 61376232    Imaging Dept. ID: 236588457

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.
- You must be at least 17 years and 10 months old to register, and you must be 18 years of

236588457

sion, period of probation, or you must have received a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State    VR17.06E.p45

For Official Use Only

17 Harris

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☑New ☐ Change ☐ Replacement

Are you a United States Citizen?    ☐Yes ☑No

Will you be 18 years of age on or before election day?    ☑ Yes ☐No

Are you interested in serving as an election worker?    ☑Yes ☐No

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Micheah | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt 24 Houston, TX 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code: If mail cannot be delivered to your residence address.
P O Box 2365, Houston, TX 77023

**Date of Birth:** month, day, year

**Gender** (Optional)    ☑Male ☐Female

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety)

☑ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☑ Check if you do not have a Social Security Number

**Telephone Number, Include Area Code** (Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _Micheal. Williams_    3-21-07 /Date

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

APR 02 2007 AM 10:27

TX_00002187

USA_00019828

**Type: VOTER Record ID: 61375119 Imaging Dept. ID: 236588411**

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.
- You must be at least 17 years and 10 months old to register, and you must be 18 years of



236588411

sion, period of probation, or you must have received a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State     V8 17.06E.p65

For Official Use Only

17 Harris

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen?  ☑ Yes ☐ No

Will you be 18 years of age on or before election day?  ☑ Yes ☐ No

Are you interested in serving as an election worker?  ☑ Yes ☐ No

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Cynthia | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2579 Dashwood Dr. Apt 24, Houston, TX. 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code: If mail cannot be delivered to your residence address.
P.O. Box 236, Houston TX, 77023

**Date of Birth:** month, day, year

**Gender** (Optional)  ☐ Male ☐ Female

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety)

☑ **Check if you do not have a TX Driver's License, or Personal Identification Number**

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☑ **Check if you do not have a Social Security Number**

**Telephone Number, Include Area Code** (Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _Cynthia Williams_     3/21/07

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002188
JA_004947

TX_00002188

USA_00019829

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications
- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.
- You must be at least 17 years and 10 months old to register, and you must be 18 years of age by election day.



236588448

... person or procedure, or if you must have received a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State    VR17.062.p65

For Official Use Only

17   H-15

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement
Are you a United States Citizen? ☑ Yes ☐ No
Will you be 18 years of age on or before election day? ☑ Yes ☐ No

Are you interested in serving as an election worker? ☑ Yes ☐ No

• Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Terri | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
8519 Dashwood Dr. Apt. 24 Houston, TX. 77024

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code: If mail cannot be delivered to your residence address.
P.O. Box 2365 Houston, TX. 77023

Date of Birth: month, day, year       8
Gender (Optional)  ☐ Male ☑ Female

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety)

☑ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☐ Check if you do not have a Social Security Number

Telephone Number, Include Area Code
(Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
• am a resident of this county;
• have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
• have not been declared mentally incompetent by final judgment of a court of law.

X  Terri Williams                    3-2-07
Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002189

USA_00019830

Case 2:13-cv-00193 Document 662-17 Filed on 11/11/14 in TXSD Page 11 of 60
Case 2:12-cv-00128-RMC-DST-RLW Document 252-2 Filed 06/20/12 Page 113 of 156
ord Type-CaseTrans Acevedo

## Texas Voter Registration Application

www.sos.state.tx.us

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989

Presented by the Office of the Secretary of State

For Official Use Only

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.

236308483

- or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☐ Replacement

- you a United States Citizen? ☐ Yes ☐ No

- l you be 18 years of age on or ore election day? ☐ Yes ☐ No

ou checked "no" in response to either of these ques-
s, do not complete this form.

- ave you ever voted in this county for a federal office? ☐ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| HALL | GARVIN | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr, Houston, Texas 77024

**Mailing Address:** Address, City, State, and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr, Houston, Texas 77024

| Date of Birth: month, day, year | Gender (Optional) ☑ Male ☐ Female |
|---|---|

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence In Texas**
EL PASO

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

02.28.07
Date

X

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date

JA_004949

TX_00002190

USA_00019831

type: VOTE

For Assistance Call
Office of the Secretary of State
Toll Free:
Si necesita asistencia
llame gratis al:
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

28 FEB 2007 PM

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)

Houston , TX 770

*Fold on dotted line and seal before mailing.*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una versión en Español.

JA_004950

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Presented to the office of the Secretary of State _____

For Official Use Only

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.

236586351

felony, or if you are a ~~felon~~ you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or before election day? ☐ Yes ☑ No

Are you interested in serving as an election worker? ☐ Yes ☑ No

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Samuel | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt. 24 Houst

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code: If mail cannot be delivered to your residence address.
77054 TX

Date of Birth: month, day, year

Gender (Optional) ☑ Male ☐ Female

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety)

☐ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☐ Check if you do not have a Social Security Number

Telephone Number, Include Area Code
(Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X Samuel Williams     Date 3.30.07

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

JA_004951

TX_00002192

USA_00019833

Type: VOTER



For Assistance
Call your local Voter Registrar or
Office of the Secretary of State
Toll Free: Si necesita asistencia
llame gratis al:
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

02 APR 2007 PM 1 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                                    (ZIP CODE)
*Houston* , TX   77

7725   77253

*Fold on line and seal before mailing*

**General Information**

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your Texas driver's license or personal identification number. If you do not have a driver's license or personal identification number, then give the last four digits of your social security number or if you do not have any of these identification numbers, then you must

indicate by checking the appropriate box on the application side.

**Identification Requirement**

If you do not have a Texas driver's license or a social security number, you will be required to present identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. Instead, you may enclose a copy of one of the following with this voter registration application. Identification includes: a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

TX_00002193

USA_00019834

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.
- You must be at least 17 years and 10 months old to register, and you must be 18 years of age by election day.

236586459

sion, period of probation, or you must have received a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State          VR 17 06E p43

For Official Use Only

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one □ New □ Change □ Replacement
Are you a United States Citizen?          ☒ Yes □ No
Will you be 18 years of age on or before election day?          ☒ Yes □ No

re you interested in serving as n election worker?          ☒ Yes □ No

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Tony | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2319 Dashwood Dr, Apt 24 Houston, TX

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code; if mail cannot be delivered to your residence address.
Same

**Date of Birth:** month, day, year

**Gender** (Optional)
☒ Male   □ Female

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety)

☒ Check if you do not have a TX Driver's License, or Personal Identification Number
If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☒ Check if you do not have a Social Security Number

**Telephone Number, Include Area Code**
(Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

4/16/07   Date

X Tony Williams
Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

JA_004953

TX_00002194

USA_00019835

For Assistance
Call your local Voter Registrar or
Office of the Secretary of State
Toll Free: Si necesita asistencia
llame gratis al.
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 79~

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                              (ZIP CODE)

*Houston*, TX 77253

*Fold on line and seal before mailing*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your Texas driver's license or personal identification number. If you do not have a driver's license or personal identification number, then give the last four digits of your social security number or if you do not have any of these identification numbers, then you must

indicate by checking the appropriate box on the application side.

### Identification Requirement

If you do not have a Texas driver's license or a social security number, you will be required to present identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. Instead, you may enclose a copy of one of the following with this voter registration application. Identification includes: a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address.

**Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.**

TX_00002195

USA_00019836

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State          5VR 13 066, pt 3
For Official Use Only

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States
- You must be at least 17 years and 10 months old to register, and you must be 18 years of

### Complete These Questions Before Proceeding

Check one: ☐ New  ☐ Change  ☐ Replacement

Are you a United States Citizen?  ☑ Yes  ☐ No

Will you be 18 years of age on or before election day?  ☑ Yes  ☐ No

Are you interested in serving as an election worker?  ☑ Yes  ☐ No

||||||||||| 236586510 |||||||||||

sion, period of probation, or you must have received a pardon.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Dwight | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP Code. (If none, describe where you live. (Do not include P.O. Box or Rural Rt.)  2519 Dashwood Dr. Apt. 24 Houston, TX

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code: If mail cannot be delivered to your residence address.  Same

| Date of Birth: month, day, year | Gender (Optional) ☑ Male  ☐ Female |
|---|---|

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety)

☑ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☐ Check if you do not have a Social Security Number

**Telephone Number, Include Area Code** (Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _Dwight Williams_          Date 04 06 07

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date

TX_00002196

USA_00019837

For Assistance
Call your local Voter Registrar or
Office of the Secretary of State
Toll Free: Si necesita asistencia
llame gratis al:
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

07 APR 2007 PM 2 3

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
### FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                                    (ZIP CODE)

*Houston* , TX ~~77252~~

77253

*Fold on line and seal before mailing*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your Texas driver's license or personal identification number. If you do not have a driver's license or personal identification number, then give the last four digits of your social security number or if you do not have any of these identification numbers, then you must

indicate by checking the appropriate box on the application side.

### Identification Requirement

If you do not have a Texas driver's license or a social security number, you will be required to present identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. Instead, you may enclose a copy of one of the following with this voter registration application. Identification includes: a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para consez.:. ersion c .

Record Type: VOTER    Record ID: 61433033    Imaging Dept. ID: 237178308

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State    VR 17.068.g65

For Official Use Only

*Hon r 17*

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

You must register to vote in the county in which you reside.

You must be a citizen of the United States.

You must be at least 17 years and 10 months old to register, and you must be 18 years of age by election day.

### Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or before election day? ☑ Yes ☐ No

Are you interested in serving as an election worker? ☑ Yes ☐ No

● Continue below to complete application.

237178308

...sion, period of procedure, or you received a pardon.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Troy | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)

*2519 Dashwood Dr. Apt 24 Houston, TX*

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence address.

*Same    77024*

| Date of Birth: month, day, year | Gender (Optional) |
|---|---|
| | ☐ Male ☑ Female |

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety)

☑ Check if you do not have a TX Driver's License, or Personal Identification Number.

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☑ Check if you do not have a Social Security Number

Telephone Number, Include Area Code    (Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X *Troy Williams*    *04.18.07*
Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002198

USA_00019839

**Paul Bettencourt**
**Tax Assessor-Collector**

# Memo

**To:** Chuck Lowery, Investigator

**From:** George Hammerlein

**CC:**

**Date:** May 4, 2007

**Re:** Possible fraudulent Voter Registration Applications fro 2519 Dashwood #24, Houston, TX

---

Acknowledgement of receipt of the 75 Possible fraudulent Voter Registration Applications for 2519 Dashwood #24, Houston, TX spreadsheet and copies of applications.

Received By _Sandra Nevic_ -5th floor
1201 Franklin

Date _5/4/07_

TX_00002199

USA_00019840



**PAUL BETTENCOURT**
*HARRIS COUNTY TAX ASSESSOR-COLLECTOR*
*AND VOTER REGISTRAR*

# Memo

| | |
|---|---|
| **To:** | Chuck Lowery, Investigator |
| **From:** | George Hammerlein |
| **CC:** | Paul Bettencourt, Linda Harvey, Ed Johnson, and Chris German |
| **Date:** | May 4, 2007 |
| **Re:** | Possible fraudulent Voter Registration Applications for 2519 Dashwood #24, Houston, TX |

---

We are in receipt of 75 Voter Registration Applications, which appear to be fraudulently submitted, and are forwarding them to your office for review. These applications all contain the residence address of 2519 Dashwood #25, Houston, TX 77024, which is a non-existent address. In addition to the address, these applications also have the following similarities:

> ➢ Applications are in the same handwriting

> ➢ Signature is by someone other than the applicant or no signature at all

> ➢ Most have no date of birth

> ➢ No identification information

> ➢ Most of them have an El Paso, TX postmark

> ➢ Two applications have an alternate mailing address of: PO Box 2365, Houston, TX 77023

These applications have been rejected, notices were mailed, and were returned as undeliverable by the United States Postal Service.

A spreadsheet containing the names of the individuals along with a copy of the applications are attached for your review.

If you have any questions please contact George Hammerlein, Director of Voter Registration, at (713) 368-2513.

1

TX_00002200
JA_004959

TX_00002200

USA_00019841

5/4/2007
10:09 AM

Applicants requesting registration at same address
2519 Dashwood Dr #24
Houston, TX 77027

| | SUBMITTED | NAME | DOB | VRC # | ADDRESS | C,S,Z | NOTICE MAILED | ALTERNATE MAILING |
|---|---|---|---|---|---|---|---|---|
| 1 | EL PASO POSTMARK | Hall, Ciara | none | 61309969 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 2 | EL PASO POSTMARK | Hall, Garrad | none | 61314449 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 3 | EL PASO POSTMARK | Hall, Garrett | none | 61314415 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 4 | EL PASO POSTMARK | Hall, Jamelina | none | 61322996 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/22/07 | |
| 5 | EL PASO POSTMARK | Hall, Mayela | none | 61314480 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 + STX 3/15/07 | |
| 6 | EL PASO POSTMARK | Hall, Melina | 4/15/1976 | 61393864 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/12/2007 | |
| 7 | EL PASO POSTMARK | Hall, Melina | none | 61315388 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 8 | EL PASO POSTMARK | Hall, Mirena | 4/15/1976 | 61315370 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 + STX 4/06/07 | |
| 9 | EL PASO POSTMARK | Hall, Raven | none | 61322939 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/22/07 | |
| 10 | EL PASO POSTMARK | Johnson, Jevon Mark | 09/___/1976 | 61314498 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 + STX 03/15/07 | |
| 11 | EL PASO POSTMARK | Johnson, Machelle | none | 61322913 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/22/07 | |
| 12 | SOS | Williams, Alice | none | 61425096 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | |
| 13 | EL PASO POSTMARK | Williams, Alicia | none | 61439709 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX | |
| 14 | SOS | Williams, Angela | none | 61425419 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | |
| 15 | SOS | Williams, Anthony | none | 61433041 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 04/19/07 | |
| 16 | SOS | Williams, Arthur | 7/14/1980 | 61425153 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | |
| 17 | 04/02/07 El Paso Postmark | Williams, Ashley | 7/12/1979 | 61405460 | 2519 Dashwood Dr #24 | Houston, TX 77024 | TSTR 4/11/07 | |
| 18 | SOS | Williams, Bernard | 7/14/1980 | 61425161 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | |
| 19 | SOS | Williams, Calvert | 4/15/1985 | 61434098 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | |

TX_00002201

USA_00019842

Case 1:12-cv-00128-RMC-DST-RLW Document 212-2 Filed 06/20/12 Page 124 of 156

TX_00002201
JA_004960

5/4/2007
10:09 AM

Applicants requesting registration at same address
2519 Dashwood Dr #24
Houston, TX 77027

| | SUBMITTED | NAME | DOB | VRC # | ADDRESS | C,S,Z | NOTICE MAILED | ALTERNATE MAILING |
|---|---|---|---|---|---|---|---|---|
| 20 | 04/02/07 El Paso Postmark | Williams, Calvin | 4/15/2007 | 61405486 | 2519 Dashwood Dr #24 | Houston, TX 77024 | TSTR 4/11/07 | |
| 21 | 03/28/2007 FROM SOS | Williams, Carmelia | 7/12/1979 | 61375424 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | |
| 22 | EL PASO POSTMARK | Williams, Carmelia | none | 61323044 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/22/07 | |
| 23 | 03/28/2007 FROM SOS | Williams, Chaka | 3/3/1982 | 61376190 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | |
| 24 | 03/28/2007 FROM SOS | Williams, Chrishawn | 4/15/1985 | 61375333 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | |
| 25 | SOS | Williams, Chrishawn | none | 61425294 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | |
| 26 | SOS | Williams, Cindy | none | 61440137 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX | |
| 27 | 03/28/2007 FROM SOS | Williams, Cynthia | none | 61375119 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | |
| 28 | EL PASO POSTMARK | Williams, Darlene | none | 61315404 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 29 | EL PASO POSTMARK | Williams, Darryl | none | 61309738 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 30 | EL PASO POSTMARK | Williams, David | none | 61314431 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 31 | EL PASO POSTMARK | Williams, Dawn | none | 61314472 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 + STX 3/15/07 | |
| 32 | EL PASO POSTMARK | Williams, Donald | none | 61314381 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 33 | 03/28/2007 FROM SOS | Williams, Donna | 4/15/1986 | 61375390 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | |
| 34 | EL PASO POSTMARK | Williams, Donna | none | 61315438 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 35 | SOS | Williams, Edward | none | 61422200 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/02/07 | |
| 36 | EL PASO POSTMARK | Williams, Eric | none | 61314134 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 37 | EL PASO POSTMARK | Williams, Erica | none | 61322137 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/22/07 | |
| 38 | EL PASO POSTMARK | Williams, Erin | none | 61314399 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |

TX_00002202

USA_00019843

TX_00002202
JA_004961

Case 1:12-cv-00128-RMC-DST-RLW Document 212-2 Filed 06/20/12 Page 125 of 156

TX_00002203
USA_00019844

5/4/2007
10:09 AM

Applicants requesting registration at same address
2519 Dashwood Dr #24
Houston, TX 77027

| | SUBMITTED | NAME | DOB | VRC # | ADDRESS | C,S,Z | NOTICE MAILED | ALTERNATE MAILING |
|---|---|---|---|---|---|---|---|---|
| 39 | | Williams, Gerald | none | 61422226 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/07/07 | |
| 40 | SOS | Williams, James | 3/10/1983 | 61425112 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | |
| 41 | SOS | Williams, Juanita | none | 61425310 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | |
| 42 | SOS | Williams, Judy | none | 61425385 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | |
| 43 | EL PASO POSTMARK | Williams, Kenneth | none | 61309704 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 44 | EL PASO POSTMARK | Williams, Kevin | none | 61314365 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 45 | SOS | Williams, Larry | none | 61440111 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX | |
| 46 | 03/28/2007 FROM SOS | Williams, Laverne | 7/12/1979 | 61376240 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | |
| 47 | EL PASO POSTMARK | Williams, Laverne | none | 61322962 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/22/07 | |
| 48 | SOS | Williams, Linda | none | 61425393 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | |
| 49 | EL PASO POSTMARK | Williams, Lisa | none | 61315420 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 50 | SOS | Williams, Mary | none | 61425336 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | |
| 51 | 03/28/2007 FROM SOS | Williams, Micheal | 11/10/1976 | 61376232 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | |
| 52 | EL PASO POSTMARK | Williams, Paul | none | 61337887 | 2519 Dashwood Dr #24 | Houston, TX 77024 | TSTR 03/22/07 | |
| 53 | SOS | Williams, Peter | none | 61433058 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 04/19/07 | |
| 54 | EL PASO POSTMARK | Williams, Phyllis | none | 61309688 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 55 | SOS | Williams, Ronald | 3/10/1983 | 61425146 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | |
| 56 | SOS | Williams, Shaka | none | 61425369 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | |
| 57 | 03/28/2007 FROM SOS | Williams, Shaniece | 3/3/1982 | 61375200 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | |

TX_00002203
JA_004962

Applicants requesting registration at same address
2519 Dashwood Dr #24
Houston, TX 77027

TX_00002204

USA_00019845

TX_00002204

JA_004963

5/4/2007
10:09 AM

| | SUBMITTED | NAME | DOB | VRC # | ADDRESS | C,S,Z | NOTICE MAILED | ALTERNATE MAILING |
|---|---|---|---|---|---|---|---|---|
| 58 | EL PASO POSTMARK | Williams, Sheila | none | 61315412 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 59 | SOS | Williams, Shelia Denise | none | 61425260 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | |
| 60 | EL PASO POSTMARK | Williams, Shelita | 4/15/1985 | 61385563 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/12/07 | |
| 61 | 03/28/2007 FROM SOS | Williams, Shelita | 4/15/1986 | 61375325 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | |
| 62 | EL PASO POSTMARK | Williams, Shelita | none | 61315396 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 63 | 03/28/2007 FROM SOS | Williams, Shirley | 7/12/1979 | 61375085 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | |
| 64 | MAIL | Williams, Shirley | none | 61323234 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/22/07 | |
| 65 | EL PASO POSTMARK | Williams, Tamara | none | 61323226 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 + ADRU 3/22/07 | |
| 66 | 03/28/2007 FROM SOS | Williams, Terry | none | 61389557 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/12/07 | PO BOX 2365, HOUSTON, TX 77023 |
| 67 | MAIL | Williams, Torli | none | 61322889 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 03/15/07 | |
| 68 | SOS | Williams, Troy | none | 61433033 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ TSTR 04/19/07 | |
| 69 | EL PASO POSTMARK | Williams, Tyrone | none | 61314175 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 70 | 03/28/2007 FROM SOS | Williams, Valery | 03/  /1983 | 61389078 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/12/07 | PO BOX 2365, HOUSTON, TX 77023 |
| 71 | 03/28/2007 FROM SOS | Williams, Vesta | 4/15/1985 | 61376224 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 4/6/07 + 4/12/07 | |
| 72 | SOS | Williams, Wanda | none | 61425278 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX 04/17/07 | |
| 73 | EL PASO POSTMARK | Williams, Wayne | none | 61314159 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 74 | EL PASO POSTMARK | Williams, Wesley | none | 61314456 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ ADRU 03/15/07 | |
| 75 | SOS | Williams, Willie | none | 61440095 | 2519 Dashwood Dr #24 | Houston, TX 77024 | REJ STX | |

Case 1:12-cv-00128-RMC-DST-RLW   Document 212-2   Filed 06/20/12   Page 127 of 156

Case 2:13-cv-00193   Document 662-17   Filed on 11/11/14 in TXSD   Page 26 of 60
Type: \ Case 1:12-cv-00128-RMC- Document 212-2   Filed 06/20/12   Page 128 of 156
Imaging Dept. No. 105.8V

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out the application, please call the Secretary of State's Office toll free at 1-800-252-VOTE (8683), TDD 1-800-735-2989, www.sos.state.tx.us

### Qualifications

- You must register to vote in the county in which you reside
- You must be a citizen of the United States

**236310559**

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon

If you are unable to...
this form. Please pass it on to someone who could use it.

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☐ Yes ☐ No

Will you be 18 years of age on or before election day? ☐ Yes ☐ No

If you checked "no" in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☐ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| HALL | CIARA | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Houston, TX, 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr, Houston, TX. 77024

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☑ Female |
|---|---|

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license or personal identification number

| Telephone Number, Include Area Code (Optional) |
|---|

City and County of Former Residence in Texas
EL Paso

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _Ciara Chanel Johnson_     02.28.07
Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

or Assistance Call
Office of the Secretary of State
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

**BUSINESS REPLY MAIL**
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)
_Houston_____. TX _77024_    (ZIP CODE)

*Fold on line and seal before mailing*

## General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

## Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español

TX_00002204

USA_00019847

## Texas Voter Registration Application

www.sos.state.tx.us

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683) TDD 1-800-735-2989.

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside
- You must be a citizen of the United States

236308615

or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☑ Replacement

Are you a United States Citizen? ☐ Yes ☐ No

Will you be 18 years of age on or before election day? ☐ Yes ☐ No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☐ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| HALL | GARRAD | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include PO Box or Rural Rt.)
2519 Dashwood Dr, Houston, Texas 77024

**Mailing Address:** Address, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr, Houston, Texas 77024

**Date of Birth:** month, day, year

**Gender** (Optional) ☑ Male ☐ Female

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number.

☑ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence In Texas**
EL PASO

02 28 07
Date

X

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002207

USA_00019848



For Assistance Call
Office of the Secretary of State
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

26 FEB 2007 PM 1 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                          (ZIP CODE)

*Houston* , TX 77

Fold on dotted line and seal before mailing

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

**Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.**

JA_004967

TX_00002208

USA_00019849

d Type: VOTER    Record ID: 01314413    Imaging Dept. ID: 236308090

## Texas Voter Registration Application

www.sos.state.tx.us

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States

236308090

pleted all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☐ Yes ☐ No

ill you be 18 years of age on or fore election day? ☐ Yes ☐ No

you checked 'no' in response to either of these questions, do not complete this form.

ave you ever voted in this county or a federal office? ☐ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

---

**Last Name** HALL    **First Name** GARRETT    **Middle Name** (if any)    **Former Name**

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.): 2519 Dashwood DR, Houston, Texas 77024

**Mailing Address:** Address, City, State and ZIP: If mail cannot be delivered to your residence address: 2519 Dashwood Dr, Houston, Texas 77024

**Date of Birth:** month, day, year    **Gender** (Optional) ☐ Male ☐ Female

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☐ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence In Texas** EL Paso

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I

- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.    02-28-07    Date

X

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002209

USA_00019850



For Assistance Call
Office of the Secretary of State
Toll Free:
Si necesita asistencia
llame gratis al:
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 79?

26 FEB 2007  PM 1

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)
_Houston_ ,TX  770

Fold on dotted line and seal before mailing

**General Information**

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

**Identification Requirement**

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

JA_004969

TX_00002210

USA_00019851

d Type: VOTER   Record ID: 6f522996   Imaging Dept. ID: 236297805

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

Este formulario para inscribirse para votar tambien esta disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Qualifications

- You must register to vote in the county in which you reside.
- You must be ...

236297805

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

## Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☐ Replacement

Are you a United States Citizen?   ☐ Yes ☐ No

If you are 18 years of age on or are election day?   ☐ Yes ☐ No

you checked "no" in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office?   ☐ Yes ☐ No

If you answered "no" to the question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| HALL | Jamel/INA | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.#)
2519 Dashwood Dr. Apt 24, Houston, TX 77024

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr. Apt 24, Houston, TX. 77024

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☑ Female |
|---|---|

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

Telephone Number, Include Area Code (Optional)

City and County of Former Residence In Texas
El Paso

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X Jamelina Hall   03/01/07
Date
Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

JA_004970

TX_00002211

USA_00019852



For Assistance call
Office of the Secretary of State
Toll Free.
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX ...

02 MAR 2007 PM 2 ?

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)    (ZIP CODE)
*Houston*   TX

Fold in line and seal before mailing

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

TX_00002212

USA_00019853

Case 2:13-cv-00193 Document 662-17 Filed on 11/11/14 in TXSD Page 34 of 60
d Type: VOTER Record ID: 61314480 Imaging Dept. ID: 236308599
Case 2:12-cv-00128-RMC-DST-RLW Document 212-2 Filed 06/20/12 Page 136 of 156

# Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo a 1-800-252-8683 a la oficina del Secretario de Estado.

## Qualifications

- You must register to vote in the county in w...
- ...
- ...
- ...
- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

236308599

## Complete These Questions Before Proceeding

ck one ☐ New ☐ Change ☐ Replacement

for a United States Citizen? ☐ Yes ☐ No

I you be 18 years of age on or ... election day? ☐ Yes ☐ No

you checked 'no' in response to other of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☐ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| HALL | Mayela | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Houston, Texas 77024

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State, and ZIP. If mail cannot be delivered to your residence address:
2519 Dashwood Dr. Houston, Texas 77024

Date of Birth: month, day, year

Gender (Optional) ☐ Male ☑ Female

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

Telephone Number, Include Area Code (Optional)

City and County of Former Residence In Texas
El Paso

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X Jadore Chanel Johnson    Date 2-2807

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date

TX_00002213

USA_00019854



Office of the Secretary of State
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 79

26 FEB 200   PM

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)
_Houston_____ TX 770__

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not ha...
  identificati...
  ...checking ...

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

**Este formulario está disponible en Español.** Favor de llamar sin cargo a la oficina del ...ado al 1-800-252-8683 para

TX_00002214

USA_00019855

Case 2:13-cv-00193 Document 662-17 Filed on 11/11/14 in TXSD Page 36 of 60
Case 2:12-cv-00128-RMC-DST-RLW Document 212-2 Filed 06/20/12 Page 138 of 156
d Type: VOTER Record ID: 61393864 Imaging Dept. ID: 236580339

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications

- You must register to vote in the county in which you reside
- You must be a citizen of the United States

236580339

[barcode]

- If you have been convicted of a felony, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

[For Official Use Only]

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or before election day? ☑ Yes ☐ No

If you checked "no" in response to either of the above do not complete this form.

Are you interested in serving as an election worker? ☐ Yes ☑ No

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Hall | Melina | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt. 24, Houston, TX. 77024

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence address:
2519 Dashwood Dr. Apt. 24, Houston, TX. 77024

Date of Birth: month, day, year
04 -- 15 -- 76

Gender (Optional)
☐ Male ☑ Female

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety)

☑ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☑ Check if you do not have a Social Security Number

Telephone Number, Include Area Code
(Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X Melina Hall          03.31.07
Date

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002215

USA_00019856



For Assistance
Call your local Voter Registrar or
Office of the Secretary of State
Toll Free: Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799
31 MAR 2007 PM 1 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                          (ZIP CODE)
Houston , TX 77024

*Fold on line and seal before mailing*

### General Informa**

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your Texas driver's license or personal identification number. If you do not have a driver's license or personal identification number, then give the last four digits of your social security number or if you do not have any of these identification numbers, then you must

### Identification Requirement

If you do not have a Texas driver's license or a social security number, you will be required to present identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. Instead, you may enclose a copy of one of the following with this voter registration application. Identification includes: a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

TX_00002216

USA_00019857

ord Type: VOTER    Record ID: 61315388    Imaging Dept. ID: 236308633

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

If you are already registered to vote, you do not need to complete this form. Please pass it on to someone who could use it.

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.

236308633

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☐ Yes ☐ No

Will you be 18 years of age on or before election day? ☐ Yes ☐ No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☐ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Hall | MeHNA | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr, Houston, Texas 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State, and ZIP. If mail cannot be delivered to your residence address.
2519 Deshwood Dr, Houston, Texas 77024

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☐ Female |
|---|---|

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

☑ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence In Texas**
EL Paso

Date 2.28.07

X _Isidore Chanel Johnson_

**Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.**

JA_004978

TX_00002217

USA_00019858



For Assistance Call
Office of the Secretary of State
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

26 FEB 2007 PM 1 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)

_Houston_____ TX 77____   (ZIP CODE)

Fold on line and seal before mailing

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

E...                          ñol.
..... .. Cargo a la oficina del
Secretario de Estado al 1-800-252-8683 para conseguir una version en Españ...

TX_00002218

USA_00019859

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

this form. Please pass it on to someone who could use it

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.

236308642

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☑New ☐Change ☐Replacement

you a United States Citizen?   ☐Yes ☐No

I you be 18 years of age on or are election day?   ☐Yes ☐No

o checked "no" in response to either of these ques-s, do not complete this form.

Have you ever voted in this county for a federal office?   ☐Yes ☐No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| HALL | MIRENA | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr, Houston, TX 77024

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr, Houston, TX 77024

Date of Birth: month, day, year

Gender (Optional)  ☐Male ☐Female

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑Check if you do not have a social security, driver's license, or personal identification number

Telephone Number, Include Area Code (Optional)

City and County of Former Residence In Texas
EL Paso

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgement of a court of law.   02.28.07

X _Signature_   Date

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date

TX_00002219

USA_00019860



Office of the Secretary of State    EL PASO TX 7
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

26 FEB 2007  PM 1

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                          (ZIP CODE)
Houston          TX 77024

*Fold on line and seal before mailing*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not hav...

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del

JA_004979

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.

### Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☐ Yes ☐ No

If you be 18 years of age on or er election day? ☑ Yes ☐ No

you checked 'no' in response to either of these questions, & do not complete this form.

re you ever voted in this county) for a federal office? ☑ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

```
║│║║║║│║║║║│║║║║│║║║║║║│║
236297574
```

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

*Fold on line and seal before mailing*

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| HALL | RAVEN | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt 24 Houston, TX 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr. Apt 24 Houston, TX 77024

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☐ Female |
|---|---|

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

**Telephone Number, Include Area Code** (Optional)

03.01.07
Date

**City and County of Former Residence In Texas**
EL PASO

X Raven Hall
Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002221

USA_00019862



Office of the Secretary of State
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www sos state tx us

EL PASO TX 79[...]

02 MAR 2007 PM 2 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                    (ZIP CODE)
_Houston_ , TX 7700[...]
                        77253

Fold on line and seal before mailing

| General Information | Identification Requirement |
|---|---|
| • Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later. <br><br>• If you move to another county, you must re-register in the county of your new residence. <br><br>• If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes. <br><br>• You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, you must give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side. | If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. <br><br>Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español. |

JA_004981

TX_00002222

USA_00019863

Case 2:13-cv-00193 Document 662-17 Filed on 11/11/14 in TXSD Page 44 of 60
Case 2:12-cv-00128-RMC-DST-RLW Document 212-2 Filed 06/20/12 Page 146 of 156
rd Type: VOTER Record ID: 61314498 Imaging Dept. ID: 236308508

## Texas Voter Registration Application

Please complete sections by printing legibly. If you
have any questions about how to fill out this applica-
tion, please call the Secretary of State's Office toll
free at 1-800-252-VOTE(8683). TDD 1-800-735-
2989. www.sos.state.tx.us

Este formulario para inscribirse para votar también
está disponible en Español. Para conseguir la ver-
sión en Español favor de llamar sin cargo 1-800-
252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in
  which you reside.
- . . . . . of the United States

236308508

felony, or if you are a felon, you must have
completed all of your punishment, including
any term of incarceration, parole, supervi-
sion, period of probation, or you must have
received a pardon.

### Complete These Questions Before Proceeding

Check one ☒New ☐Change ☐Replacement

Are you a United States Citizen? ☐Yes ☐No

If you be 18 years of age on or
ore election day? ☒Yes ☐No

you checked 'no' in response to either of these ques-
ns, do not complete this form.

ave you ever voted in this county
for a federal office? ☐Yes ☐No

If you answered 'no' to this question, be sure to see special
instructions regarding identification requirements on the re-
verse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| JOHNSON | Devon | Mark | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2579 Dashwood Dr., Houston, TX. 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State, and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr, Houston, Tx. 77024

**Date of Birth:** month, day, year
9 - -76

**Gender** (Optional) ☒Male ☐Female

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety) **If none, give last 4
digits of your Social Security Number**

☒ Check if you do not have a social security, driver's
license, or personal identification number

**Telephone Number, Include Area Code**
(Optional)

**City and County of Former Residence In Texas**
EL PASO

I understand that giving false information to procure a
voter registration is perjury, and a crime under state and
federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon
  I have completed all of my punishment including any
  term of incarceration, parole, supervision, period of
  probation, or I have been pardoned; and
- have not been declared mentally incompetent by final
  judgment of a court of law.

Date 02 28 07

X [signature]
Signature of Applicant or Agent and Relationship to Applicant
or Printed Name of Applicant if Signed by Witness and Date.



EL PASO TX

26 FEB 2007    PM

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

For Assistance Call
Office of the Secretary of State
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                                    (ZIP CODE)
Houston            , TX  7 7

*Fold on line and seal before mailing*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these numbers, then you must indicate [...] box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una versión en Español.

TX_00002224

USA_00019865

Case 2:13-cv-00193 Document 662-17 Filed on 11/11/14 in TXSD Page 46 of 60
rd Type: VOTER - Record ID: 6P52JMP Imaging Dept: TC 9889/542
Case 2:13-cv-00193-RMC Document 22-2 Filed 06/20/12 Page 148 of 156

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

If you be 18 years of age on or before election day? ☑ Yes ☐ No

If you checked "no" in response to either of these questions, do not complete this form.

Are you ever voted in this county for a federal office? ☑ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

236297342

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

---

Fold on line and seal before mailing

---

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Johnson | Machelle | | |

**Residence Address:** Street Address and Apartment Number, City, State and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt 24 Houston, TX

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your Residence address
2519 Dashwood Dr. Apt 24 Houston, Tx, 77072

**Date of Birth:** month, day, year

**Gender (Optional):** ☐ Male ☑ Female

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence In Texas**
El Paso

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _Machelle Johnson_     Date 03-01-07

**Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.**

TX_00002225
USA_00019866



For Assistance Call
Office of the Secretary of State
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 79~

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                              (ZIP CODE)
_Houston_ .TX 77084
77253

Fold on line and seal before mailing.

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

TX_00002226

USA_00019867

d Type: VOTER    Record ID: 61305460    Imaging Dept.: 236692842

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

plete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State    VR1 1 00 E p65

**For Official Use Only**

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.

236692842

- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

**Complete These Questions Before Proceeding**

Check one ☐New ☐Change ☐Replacement

Are you a United States Citizen?  ☑Yes ☐No

Will you be 18 years of age on or before election day?  ☑Yes ☐No

Are you interested in serving as an election worker?  ☐Yes ☐No

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Ashley | | |

Residence Address: Street Address and Apartment Number, City, State and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)

2519 Dashwood Dr. Apt. 24, Houston, TX.

Mailing Address: Street Address and Apartment Number and P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence address.

77024

Date of Birth: month, day, year   07-12-79

Gender (Optional)  ☐ Male ☐ Female

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety)

☑ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☑ Check if you do not have a Social Security Number

Telephone Number, Include Area Code (Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X Ashley Williams  3.30.11

Signature of Applicant or Agent and Relationship to Applicant

TX_00002227

USA_00019868



For Assistance
Call your local Voter Registrar or
Office of the Secretary of State
Toll Free: Si necesita asistencia
llame gratis al.
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799
12 APR 2007 PM 1

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)
Houston , TX 77

(ZIP CODE)

77253

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

Fold on line and seal before mailing

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your Texas driver's license or personal identification number. If you do not have a driver's license or personal identification number, then you must [use the last four digits of your] social security number or if you do not have any of these identification numbers, then you must

indicate by checking the appropriate box on the application side.

### Identification Requirement

If you do not have a Texas driver's license or a social security number, you will be required to present identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. Instead, you may enclose a copy of one of the following with this voter registration application. Identification includes a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address.

Este formulario está disponible en Español. Para solicitar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una versión en Español.

TX_00002228

USA_00019869

d Type: VOTER    Record ID: 61405486    Imaging Dept. ID: 236692904

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

you to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it

Presented by the Office of the Secretary of State     VR1-2 06E pdf
For Official Use Only

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.
- 

**236692904**

- You must not be finally convicted of a felony, or if you are a felon, must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☐New ☐Change ☐Replacement

Are you a United States Citizen?   ☒Yes ☐No

If you be 18 years of age on or before election day?   ☐Yes ☐No

Are you interested in serving as an election worker?   ☐Yes ☐No

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Calvin | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt. 24

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code: If mail cannot be delivered to your residence address.
Houston, TX. 77034

**Date of Birth:** month, day, year
4-15-85

**Gender (Optional)** ☒Male ☐Female

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety)

☐ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☐ Check if you do not have a Social Security Number

**Telephone Number, Include Area Code**
(Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I·
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X Calvin Williams    Date 3-30-07

**Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.**

TX_00002229

USA_00019870

For Assistance
Call your local Voter Registrar or
Office of the Secretary of State
Toll Free. *Si necesita asistencia*
*llame gratis al*
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

02 APR 2007 PM 1 T

**NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES**

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE'

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                                    (ZIP CODE)

*Houston* .TX 77━━

77253

*Fold on line and seal before mailing*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your Texas driver's license or personal identification number. If you do not have a driver's license or personal identification number, then give the last four digits of your social security number or if you do not have any of these identification numbers, then you must

indicate by checking the appropriate box on the application side.

### Identification Requirement

If you do not have a Texas driver's license or a social security number, you will be required to present identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. Instead, you may enclose a copy of one of the following with this voter registration application. Identification includes: a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address.

**Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una versión en Español.**

d Type: VOTER    Record ID: 61323044    Imaging Dept. ID: 236297618

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

## Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States

236297618

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

this form. Please pass it on to someone who could use it.

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Complete These Questions Before Proceeding

- Check one ☑ New ☐ Change ☐ Replacement
  Are you a United States Citizen? ☐ Yes ☐ No
  Will you be 18 years of age on or before election day? ☐ Yes ☐ No
  If you checked 'no' in response to either of these questions, do not complete this form.
  Have you ever voted in this county for a federal office? ☐ Yes ☐ No
  If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.
- Continue below to complete application.

*Fold on line and seal before mailing*

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Carmelia | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt 24, Houston, TX. 77034

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address
2519 Dashwood Dr. Apt 24, Houston, TX. 77034

| Date of Birth: month, day, year | I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. |
|---|---|
| Gender (Optional) ☐ Male ☑ Female | I affirm that I |

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

Telephone Number, Include Area Code (Optional)

Date 03/01/07

City and County of Former Residence In Texas
El Paso

X Carmelia Williams

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002231

USA_00019872



FOR ASSISTANCE CALL
Office of the Secretary of State
Toll Free
Si necesita asistencia
llame gratis al:
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)
Houston , TX (ZIP CODE)

77253

Fold on line and seal before mailing.

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

TX_00002232

USA_00019873

# Voter Registration Application

Before completing this form, review the General, Application, and State specific instructions.

| | | This space for office use only. (013754 2-4 Home 78 |
|---|---|---|
| you a citizen of the United States of America? | ☑ Yes ☐ No | |
| you be 18 years old on or before election day? | ☑ Yes ☐ No | |
| u checked "No" in response to either of these questions, do not complete form.
se see state-specific instructions for rules regarding eligibility to register prior to age 18.) | | |

| (Circle one) Mr. Mrs. Miss Ms. | Last Name WILLIAMS | First Name Carmelia | Middle Name(s) | (Circle one) Jr Sr II III IV |
|---|---|---|---|---|

| Home Address 2519 Dashwood DR | Apt. or Lot # 24 | City/Town Houston | State Texas | Zip Code 77024 |
|---|---|---|---|---|

| Address Where You Get Your Mail If Different From Above | City/Town Houston | State Texas | Zip Code 77024 |
|---|---|---|---|

| Date of Birth 07/12/79  Month Day Year | 5 | Telephone Number (optional) | 6 | ID Number – (See item 6 in the instructions for your state) |
|---|---|---|---|---|

| Choice of Party (See item 7 in the instructions for your State) Democratic | 8 | Race or Ethnic Group (see item 8 in the instructions for your State) Black |
|---|---|---|

I have reviewed my state's instructions and I swear/affirm that:

236524971

Please sign full name (or put mark) Carmelia Williams

Date: 03/13/2007
Month Day Year

f you are registering to vote for the first time: please refer to the application instructions for information on submitting
copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a change of name, what was your name before you changed it?

| A | Mr. Mrs. Miss Ms. | Last Name | First Name | Middle Name(s) | (Circle one) Jr Sr II III IV |
|---|---|---|---|---|---|

If you were registered before but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

| B | Street (or route and box number) | Apt or Lot # | City/Town/County | State | Zip Code |
|---|---|---|---|---|---|

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

| C | ■ Write in the names of the crossroads (or streets) nearest to where you live.  ■ Draw an X to show where you live.  ■ Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.  NORTH ↑ |
|---|---|

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

| D | |
|---|---|

## Mail this application to the address provided for your State.

TX_00002233
USA_00019874



SECRETARY OF STATE
ELECTIONS DIVISION
P.O. BOX 12060
AUSTIN, TEXAS 78711-2060

OFFICIAL BUSINESS
**STATE OF TEXAS**
STATE PENALTY
FOR PRIVATE USE

FIRST CLASS

UNITED STATES POSTAGE
$ 04.05⁰
02 15
0004335519   MAR 23 2007
MAILED FROM ZIP CODE 78701

HON. PAUL BETTENCOURT
TAX ASSESSOR-COLLECTOR
HARRIS COUNTY
P.O. BOX 3527
HOUSTON, TX 77253-3527

MAR 23 2007 PM 10:57

PARCEL POST

TX_00002234
JA_004993

USA_00019875

# Voter Registration Application

Before completing this form, review the General, Application, and State specific instructions.

Are you a citizen of the United States of America? ☑ Yes ☐ No

Will be 18 years old on or before election day? ☑ Yes ☐ No

If you checked "No" in response to either of these questions, do not complete form.
Please see state-specific instructions for rules regarding eligibility to register prior to age 18.)

This space for office use only.

61376I9-0

Harris 78

| (Circle one) Mr. Mrs. Miss Ms. | Last Name Williams | First Name Chaka | Middle Name(s) | (Circle one) Jr Sr II III IV |

Home Address 2519 Dashwood Dr | Apt. or Lot # 24 | City/Town Houston | State Texas | Zip Code 77004

Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code

| 4 | Date of Birth 03 / 03 / 82 Month Day Year | 5 | Telephone Number (optional) | 6 | ID Number - (See Item 6 in the instructions for your state) |

| 7 | Choice of Party (see item 7 in the instructions for your State) Democratic | 8 | Race or Ethnic Group (see item 8 in the instructions for your State) Black |

9

236524999

I have reviewed my state's instructions and I swear/affirm that:
- I ...
- I ...
- T...
k...
i...
citizen) deported from or refused entry to the United States.

Chaka Williams

Please sign full name (or put mark) ➤

Date: 03 / 13 / 2007 Month Day Year

If you are registering to vote for the first time: please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a change of name, what was your name before you changed it?

| A | Mr. Mrs. Miss Ms. | Last Name | First Name | Middle Name(s) | (Circle one) Jr Sr II III IV |

If you were registered before but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

| B | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code |

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

NORTH ↑

C

Example

Route #2

● Grocery Store

Woodchuck Road

Public School ● | X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

D

## Mail this application to the address provided for your State.

Revised 10/29/2003

TX_00002235

USA_00019876



SECRETARY OF STATE
ELECTIONS DIVISION
P.O. BOX 12060
AUSTIN, TEXAS 78711-2060

OFFICIAL BUSINESS
STATE OF TEXAS
STATE PENALTY
FOR PRIVATE USE

FIRST CLASS

UNITED STATES POSTAGE
$ 04.05⁰
02 1s
0004135619   MAR 23 2007
MAILED FROM ZIP CODE 78701

MAR 28 2007 AM 10:57

HON. PAUL BETTENCOURT
TAX ASSESSOR-COLLECTOR
HARRIS COUNTY
P.O. BOX 3527
HOUSTON, TX 77253-3527

PARCEL POST

TX_00002236
USA_00019877
TX_00002236
JA_004995

# Voter Registration Application

Before completing this form, review the General, Application, and State specific instructions.

Are you a citizen of the United States of America? ☑ Yes ☐ No

Will you be 18 years old on or before election day? ☑ Yes ☐ No

If you checked "No" in response to either of these questions, do not complete form.

(Please see state-specific instructions for rules regarding eligibility to register prior to age 18.)

This space for office use only. **0137533-3**

*Horris 28*

| (Circle one) Mr. Mrs. **Miss** Ms. | Last Name **Williams** | First Name **Chrishawn** | Middle Name(s) | (Circle one) Jr Sr II III IV |
|---|---|---|---|---|

1

| Home Address **2519 Dashwood Dr** | Apt. or Lot # **24** | City/Town **Houston** | State **TEXAS** | Zip Code **77024** |
|---|---|---|---|---|

2

| Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code |
|---|---|---|---|

3

| Date of Birth **04/15/86** Month Day Year | 5 Telephone Number (optional) | 6 ID Number – (See item 6 in the instructions for your state) |
|---|---|---|

4

| 7 Choice of Party (see item 7 in the instructions for your State) **Democrat** | 8 Race or Ethnic Group (see item 8 in the instructions for your State) **Black** |
|---|---|

9

I have reviewed my state's instructions and I swear/affirm that:

236525195

Signature: *Chrishawn Williams*

Please sign full name (or put mark) ▲

Date: **03/13/2007**
Month Day Year

If you are registering to vote for the first time: please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a change of name, what was your name before you changed it?

| A | Mr. Mrs. Miss Ms. | Last Name | First Name | Middle Name(s) | (Circle one) Jr Sr II III IV |
|---|---|---|---|---|---|

If you were registered before but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

| B | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code |
|---|---|---|---|---|---|

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

C
- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live; and write the name of the landmark.

NORTH ↑

Example
Route #2
● Grocery Store
Woodchuck Road
Public School ●          X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

D

## Mail this application to the address provided for your State.

Revised 10/29/2003



SECRETARY OF STATE
ELECTIONS DIVISION
P.O. BOX 12060
AUSTIN, TEXAS 78711-2060

OFFICIAL BUSINESS
**STATE OF TEXAS**
STATE PENALTY
FOR PRIVATE USE

FIRST CLASS

UNITED STATES POSTAGE
$ 04.05
0004335919   MAR 23 2007
MAILED FROM ZIP CODE 78701

HON. PAUL BETTENCOURT
TAX ASSESSOR-COLLECTOR
HARRIS COUNTY
P.O. BOX 3527
HOUSTON, TX 77253-3527

MAR 28 2007 AM 10:57

PARCEL POST

TX_00002238
USA_00019879

TX_00002238
JA_004997

# Voter Registration Application

Before completing this form, review the General, Application, and State specific instructions.

6137511-9

| | | | This space for office use only. |
|---|---|---|---|
| you a citizen of the United States of America? | ☑ Yes | ☐ No | 78 Harris |
| you are 18 years old on or before election day? | ☑ Yes | ☐ No | |

you checked "No" in response to either of these questions, do not complete form.
ase see state-specific instructions for rules regarding eligibility to register prior to age 18.)

| (Circle one) Mr. Mrs. (Miss) Ms. | Last Name WILLIAMS | First Name CynThia | Middle Name(s) | (Circle one) Jr Sr II III IV |
|---|---|---|---|---|

| Home Address 2519 Dashwood DR. | Apt. or Lot # 24 | City/Town HOUSTON | State TEXAS | Zip Code 77024 |
|---|---|---|---|---|

| Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code |
|---|---|---|---|

| Date of Birth __/__/__  Month  Day  Year | 5 Telephone Number (optional) | 6 ID Number - (See Item 6 in the instructions for your state) |
|---|---|---|

| Choice of Party (See Item 7 in the instructions for your State) Democrat | 8 Race or Ethnic Group (See Item 8 in the instructions for your State) Black |
|---|---|

I have ... ... its instructions and I swear/affirm that:
- I ...
- I ...
- Th ...
- kn ...
- in ...
- ... citizen) deported or refused entry to the United States.

236525159

Signature: Cynthia Williams
Please sign full name (or put mark) ▲

Date: 03/13/2007
Month  Day  Year

If you are registering to vote for the first time: please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a change of name, what was your name before you changed it?

| A | Mr. Mrs. Miss Ms. | Last Name | First Name | Middle Name(s) | (Circle one) Jr Sr II III IV |
|---|---|---|---|---|---|

If you were registered before but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

| B | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code |
|---|---|---|---|---|---|

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

NORTH ↑

C

Example

Route #2

• Grocery Store

Woodchuck Road

Public School ●          X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

D

## Mail this application to the address provided for your State.

JA_004998
Revised 10/29/2003
TX_00002239
USA_00019880