

SECRETARY OF STATE
ELECTIONS DIVISION
P.O. BOX 12060
AUSTIN, TEXAS 78711-2060

OFFICIAL BUSINESS
**STATE OF TEXAS**
STATE PENALTY
FOR PRIVATE USE

FIRST CLASS

UNITED STATES POSTAGE
$ 04.05⁰
02 1A
0004355819   MAR 23  2007
MAILED FROM ZIP CODE 78701

HON. PAUL BETTENCOURT
TAX ASSESSOR-COLLECTOR
HARRIS COUNTY
P.O. BOX 3527
HOUSTON, TX 77253-3527

MAR 28 2007 am 10:57

PARCEL POST

TX_00002240
USA_00019881
TX_00002240
JA_004999

rd Type: VOTER    Record ID: 01315404    Imaging Dept. ID: 236308526

## Texas Voter Registration Application

www.sos.state.tx.us

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside
- You must be a citizen of the United States.

236308526

pleted all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

If you be 18 years of age on or before election day? ☑ Yes ☐ No

you checked 'no' in response to either of these questions, do not complete this form.

ve you ever voted in this county or a federal office? ☐ Yes ☑ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Darlene | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Houston, TX 77024

Mailing Address: Address, City, State and ZIP. If mail cannot be delivered to your residence address
2519 Dashwood Dr. Houston, Tx 77024

Date of Birth: month, day, year

Gender (Optional)
☐ Male  ☑ Female

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☒ Check if you do not have a social security, driver's license, or personal identification number

Telephone Number, Include Area Code (Optional)

City and County of Former Residence In Texas
El Paso

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgement of a court of law.

X _Isadore Chanel Johnson_  02.28.07

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant If Signed by Witness and Date.

TX_00002241

USA_00019882

For Assistance Call
Office of the Secretary of State
Toll Free:
Si necesita asistencia
llame gratis al:
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

26 FEB 2007  PM 1

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                          (ZIP CODE)
_Houston_____ ,TX  7_____

Fold on dotted line and seal before mailing.

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification number, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

**Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.**

TX_00002242

USA_00019883

Case 2:13-cv-00193 Document 662-18 Filed on 11/11/14 in TXSD Page 4 of 50
Case 1:12-cv-00128-RMC-DST-RLW Document 212-5 Filed 06/20/12 Page 1 of 122
Record Type: VOTER Record ID: 61309738 Imaging Dept. ID: 236310540

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Qualifications
- You must register to vote in the county in which you reside.
- You must be a citizen of the United States

236310540

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

## Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☐ Yes ☐ No

Will you be 18 years of age on or any election day? ☐ Yes ☐ No

If you checked "no" in response to either of these questions do not complete this form.

Have you ever voted in this county for a federal office? ☑ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Darryl | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr, Houston, TX 77099

**Mailing Address:** Street Address and Apartment Number, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr, Houston, TX 77024

**Date of Birth:** month, day, year

**Gender** (Optional) ☐ Male ☐ Female

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence In Texas**
El Paso

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

02 28 07
Date

X
Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002243
USA_00019884



Office of the Secretary of State
Toll Free:
Si necesita asistencia
llame gratis al:
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 79~

26 FEB 2007  PM 1 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL. PERMIT NO. 4511 AUSTIN. TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)
_Houston_____ TX 7-7004
(ZIP CODE)
77253

Fold on line and seal before mailing

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

JA_005003

TX_00002244

USA_00019885

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.

236308580

completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

this form. Please pass it on to someone who could use it.

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☒ Replacement

Are you a United States Citizen? ☐ Yes ☐ No

Will you be 18 years of age on or before election day? ☐ Yes ☐ No

you checked 'no' in response to either of these questions, do not complete this form.

ave you ever voted in this county for a federal office? ☐ Yes ☐ No

If you answered 'no' to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

*Fold on line and seal before mailing*

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | David | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr, Houston, TX. 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr, Houston, TX. 77024

**Date of Birth:** month, day, year

**Gender (Optional)** ☒ Male ☐ Female

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☒ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence in Texas**
El Pas

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

4-28-09
Date

X

**Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.**

JA_005004

TX_00002245

USA_00019886



Office of the Secretary of State
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

El PASO TX 79

26 FEB 2007   PM 1 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)
Houston _____ TX 770__   (ZIP CODE)

*Fold on line and seal before mailing.*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number ... by checking ... the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español.
Favor de llamar sin cargo a la oficina del ... al 1-800-252-8683 para ... Español.

TX_00002246

USA_00019887

# Texas Voter Registration Application

www.sos.state.tx.us

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989

Proven from the Office of the Secretary of State

**For Official Use Only**

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States

236308535

or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

## Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☑ Replacement

Are you a United States Citizen? ☐ Yes ☐ No

Will you be 18 years of age on or before election day? ☐ Yes ☐ No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☑ Yes ☐ No

If you answered 'no' to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

---

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Dawn | | |

**Residence Address:** Street Address and Apartment Number; City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr, Houston, Tx. 77024

**Mailing Address:** Address, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr, Houston, Tx. 77024

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☐ Female |
|---|---|

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence In Texas**
El Paso

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgement of a court of law.

X _____ 02 28 07
Date

**Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.**

TX_00002247

USA_00019888



Office of the Secretary of State
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

26 FEB 2007 PM 1 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                    (ZIP CODE)
Houston       TX   7

*Fold on dotted line and seal before mailing*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identific...
then give the las...
rity number. I
identificatio...
by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

... formulario está disponible en Español. ... sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

JA_005007
Doc ID: 5700360   Page: 2 of 2

TX_00002248

USA_00019889

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Qualifications

- You must register to vote in the county in which you reside
- You must be a citizen of the United States
- Yo___ m___ y___
- Y___ felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon

## Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☒ Replacement

Are you a United States Citizen? ☐ Yes ☐ No

___ ___ be 18 years of age on or ___ ___ election day? ☐ Yes ☒ No

___ checked 'no' in response to either of these questions ___ do not complete this form.

___ you ever voted in this county ___ for a federal office? ☐ Yes ☒ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

*Fold on line and seal before mailing*

**236308492**

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Donald | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include PO Box or Rural Rt.)
2519 Dashwood Dr., Houston TX. 77024

Mailing Address: Street Address and Apartment Number or PO. Box, City, State and ZIP. If mail cannot be delivered to your residence address
2519 Dashwood Dr., Houston, TX. 77024

Date of Birth: month, day, year

Gender (Optional) ☒ Male ☐ Female

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☒ Check if you do not have a social security, driver's license, or personal identification number

Telephone Number, Include Area Code (Optional)

City and County of Former Residence In Texas
El Paso

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

02 28 07
Date

X
Signature of Applicant or Agent and Relationship to Applicant

TX_00002249

USA_00019890



Office of the Sec...
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799⊔

NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY) _____ .TX _____  (ZIP CODE)
Houston          TX  770

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

... e ... ispo ...ble en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una versión en Español.

TX_00002250

USA_00019891

# Voter Registration Application

Before completing this form, review the General, Application, and State specific instructions.

| | | | |
|---|---|---|---|
| Are you a citizen of the United States of America? | ☑ Yes ☐ No | This space for office use only. | 6137539-0 |
| Will you be 18 years old on or before election day? | ☑ Yes ☐ No | | 78 Harris |

If you checked "No" in response to either of these questions, do not complete form.
[Please see state-specific instructions for rules regarding eligibility to register prior to age 18.]

| 1 | (Circle one) Mr. Mrs. Miss Ms. | Last Name Williams | First Name DONNA | Middle Name(s) | (Circle one) Jr Sr II III IV |
|---|---|---|---|---|---|

| 2 | Home Address 2579 Dashwood DR | Apt. or Lot # 24 | City/Town Houston | State Texas | Zip Code 77084 |
|---|---|---|---|---|---|

| 3 | Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code |
|---|---|---|---|---|

| 4 | Date of Birth 04/15/86 Month Day Year | 5 | Telephone Number (optional) | 6 | ID Number - (See item 6 in the instructions for your state) |
|---|---|---|---|---|---|

| 7 | Choice of Party (see item 7 in the instructions for your State) DemocRAt | 8 | Race or Ethnic Group (see item 8 in the instructions for your State) Black |
|---|---|---|---|

| 9 | ‖‖‖‖‖‖‖‖‖‖‖ 236525202 | ...and I swear/affirm that: ...my ...ed false ...U.S. citizen) deported from or refused entry to the United States. | Donna Williams Please sign full name (or put mark) ↳ Date: 03/13/2007 Month Day Year |
|---|---|---|---|

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a change of name, what was your name before you changed it?

| A | Mr. Mrs. Miss Ms. | Last Name | First Name | Middle Name(s) | (Circle one) Jr Sr II III IV |
|---|---|---|---|---|---|

If you were registered before but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

| B | Street (or route or box number) | Apt. or Lot # | City/Town/County | State | Zip Code |
|---|---|---|---|---|---|

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

| C | • Write in the names of the crossroads (or streets) nearest to where you live.<br>• Draw an X to show where you live.<br>• Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark. | NORTH ↑ |
|---|---|---|

Example:
Route #2
Grocery Store
Woodchuck Road
Public School ●          X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

| D | |
|---|---|

## Mail this application to the address provided for your State.



SECRETARY OF STATE
ELECTIONS DIVISION
P.O. BOX 12060
AUSTIN, TEXAS 78711-2060

OFFICIAL BUSINESS
**STATE OF TEXAS**
STATE PENALTY
FOR PRIVATE USE

FIRST CLASS

UNITED STATES POSTAGE
$ 04.05⁰
02 14
0000355619   MAR 23 2007
MAILED FROM ZIP CODE 78701

HON. PAUL BETTENCOURT
TAX ASSESSOR-COLLECTOR
HARRIS COUNTY
P.O. BOX 3527
HOUSTON, TX 77253-3527

MAR 28 2007 AM 10:57

PARCEL POST

TX_00002252
USA_00019893
TX_00002252
JA_005011

rd Type: VOTER    Record ID: 61315438    Imaging Dept. ID: 236308517

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States

236308517

or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or before election day? ☑ Yes ☐ No

If you checked "no" in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☑ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|-----------|-----------|----------------------|-------------|
| Williams | Donna | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.):
2519 Dashwood Dr. Houston, Texas 77024

Mailing Address: Address, City, State and ZIP: If mail cannot be delivered to your residence address.
2519 Dashwood Dr. Houston, Texas 77024

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☐ Female |
|---|---|

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

Telephone Number, Include Area Code (Optional)

City and County of Former Residence In Texas
El Paso

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _Isadore Chand Johnson_    Date 02-28-07

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002253

USA_00019894



Office of the Secretary of State
Toll Free:
Si necesita asistencia
llame gratis al:
1-800-252-VOTE(8683)
www.sos.state.tx.us

El PASO, TX 79___

26 FEB 2007 PM 1 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                          (ZIP CODE)
*Houston*      TX 7____

Fold on dotted line and seal before mailing

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

TX_00002254
USA_00019895

# Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

this form. Please pass it on to someone who can use it.

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.

**236308937**

felony, or if you are a felon, you ... completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

## Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☑ Replacement

Are you a United States Citizen? ☐ Yes ☐ No

If you be 18 years of age on or ... ... election day? ☐ Yes ☐ No

... checked 'no' in response to either of these ques..., do not complete this form.

... ve you ever voted in this county ... a federal office? ☐ Yes ☐ No

If you answered 'no' to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

*Fold on line and seal before mailing*

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Eric | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr, Houston, TX. 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr, Houston, TX. 77024

| Date of Birth: month, day, year | Gender (Optional) ☑ Male ☐ Female |
|---|---|

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence In Texas**
El Paso

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law. 02 28 07 Date

X
**Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.**

JA_005014

TX_00002255

USA_00019896



Office of the Secretary of State
Toll Free:
*Si necesita asistencia*
llame gratis al:
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 790

28 FEB 2007 PM 1 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)

*Houston*, TX 770⊠⊠ (ZIP CODE)

*Fold on line and seal before mailing*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una versión en Español.

TX_00002256

USA_00019897

rd Type: VOTER Record ID: 61322137 Imaging Dept. ID: 236298010

## Texas Voter Registration Application

www.sos.state.tx.us

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989.

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States

236298010

...pleted all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or before election day? ☑ Yes ☐ No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☑ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | ERICA | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural RED)
2519 Dashwood Dr. Houston, TX. 77024

Mailing Address: Address, City, State and ZIP. If mail cannot be delivered to your residence address
2519 Dashwood Dr. Houston, TX. 77024

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☐ Female |
|---|---|

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

I affirm that I:
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

☑ Check if you do not have a social security, driver's license, or personal identification number

Telephone Number, Include Area Code (Optional)

City and County of Former Residence In Texas
El Paso

X _Jackson Chanel Johnson_

Date 02-28-07

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002257

USA_00019898

For Assistance Call
Office of the Secretary of State
Toll Free.
Si necesita asistencia
llame gratis al:
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

26 FEB 2007 PM

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                          (ZIP CODE)
*Houston*      TX  *77009*

**Fold on dotted line and seal before mailing**

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

JA_005017

TX_00002258

USA_00019899

ord Type: VOTER Record ID: 0459459M Imaging Dept: DOC0030408

## Texas Voter Registration Application

www.sos.state.tx.us

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683). TDD 1-800-735-2989.

Este formulario para inscribirse para votar también esta disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☐ Replacement

- Are you a United States Citizen? ☐ Yes ☐ No
- Will you be 18 years of age on or before election day? ☐ Yes ☐ No

If you checked 'no' in response to either of these questions, do not complete this form.

or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

Have you ever voted in this county for a federal office? ☐ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

---

**Last Name** Williams **First Name** ERIN **Middle Name (if any)** **Former Name**

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr, Houston, Tx. 77024

**Mailing Address:** Address, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr, Houston, Tx. 77024

**Date of Birth:** month, day, year

**Gender (Optional)** ☐ Male ☐ Female

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence In Texas**
EL PASO

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _____ Date 02-28-07

**Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.**

JA_005018

TX_00002259

USA_00019900



Office of the Secretary of State
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

20 FEB 2007 PM 1 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)
_Houston_ . TX 77

*Fold on dotted line and seal before mailing.*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

**Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.**

TX_00002260

USA_00019901

# Texas Voter Registration Application

www.sos.state.tx.us

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989

Este formulario para inscribirse para votar tambien esta disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Qualifications

- You must register to vote in the county in which you reside.

**236310522**

or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

## Complete These Questions Before Proceeding

- Check one: ☐ New ☐ Change ☑ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

If you be 18 years of age on or before election day? ☑ Yes ☐ No

If you checked "no" in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☑ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Kenneth | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr, Houston, Texas 77024

**Mailing Address:** Address, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr, Houston, Texas 77024

**Date of Birth:** month, day, year

**Gender** (Optional): ☑ Male ☐ Female

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code**
(Optional)

**City and County of Former Residence In Texas**
El Paso

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

02 28 07
Date

X

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date

TX_00002261

USA_00019902

For Assistance Call
Office of the Secretary of State
Toll Free.
Si necesita asistencia
llame gratis al:
1-800-252-VOTE(8683)
www.sos.state.tx.us

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                              (ZIP CODE)
*Houston* , TX *770_*

*77253*

Fold on dotted line and seal before mailing

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

**Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una versión en Español.**

JA_005021

TX_00002262

USA_00019903

## Texas Voter Registration Application

www.sos.state.tx.us

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.

- You must be a citizen of the United States

236308544

or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☑ Replacement

Are you a United States Citizen? ☐ Yes ☐ No

Will you be 18 years of age on or before election day? ☐ Yes ☐ No

If you checked "no" in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☐ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Kevin | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Houston, TX. 77024

Mailing Address: Address, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr. Houston, TX. 77024

Date of Birth: month, day, year

Gender (Optional) ☑ Male ☐ Female

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

Telephone Number, Include Area Code (Optional)

City and County of Former Residence In Texas
EL Paso

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

02 28 07
Date

X
Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002263

USA_00019904



For Assistance Call
Office of the Secretary of State
Toll Free:
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 79

26 FEB 2007 PM

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                           (ZIP CODE)
_Houston_ , TX 77024

Fold on dotted line and seal before mailing.

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

JA_005023

TX_00002264

USA_00019905

# Voter Registration Application

**Before completing this form, review the General, Application, and State specific instructions.**

you a citizen of the United States of America? ☑ Yes ☐ No

you be 18 years old on or before election day? ☑ Yes ☐ No

u checked "No" in response to either of these questions, do not complete form.

se see state-specific instructions for rules regarding eligibility to register prior to age 18.)

This space for office use only 0376240

78 Harris

| (Circle one) Mr. Mrs. Miss Ms. | Last Name Williams | First Name LAVERNE | Middle Name(s) | (Circle one) Jr Sr II III IV |
|---|---|---|---|---|

| Home Address 2519 Dashwood Dr. | Apt. or Lot # 24 | City/Town Houston | State TeXAS | Zip Code 77024 |
|---|---|---|---|---|

Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code

| Date of Birth 07/12/79 Month Day Year | 5 | Telephone Number (optional) | 6 | ID Number - (See item 6 in the instructions for your state) |
|---|---|---|---|---|

| Choice of Party (see item 7 in the instructions for your State) Democratic | 8 | Race or Ethnic Group (see item 8 in the instructions for your State) Black |
|---|---|---|

state's instructions and I swear/affirm that:

236524748

ny
d false
S.

citizen) deported from ... States.

*Laverne Williams*

Please sign full name (or put mark) ▲

Date: 03/13/2007
Month Day Year

you are registering to vote for the first time: please refer to the application instructions for information on submitting opies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a change of name, what was your name before you changed it?

| A | Mr. Mrs. Miss Ms. | Last Name | First Name | Middle Name(s) | (Circle one) Jr Sr II III IV |
|---|---|---|---|---|---|

If you were registered before but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

| B | Street (or route or box number) | Apt. or Lot # | City/Town/County | State | Zip Code |
|---|---|---|---|---|---|

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

| C | ■ Write in the names of the crossroads (or streets) nearest to where you live.<br>■ Draw an X to show where you live.<br>■ Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark. | NORTH ↑ |
|---|---|---|

Example: Grocery Store, Woodchuck Road, Public School ●, Route #2, X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

| D | |
|---|---|

## Mail this application to the address provided for your State.

JA_005024

Revised 10/29/2000

TX_00002265

USA_00019906

SECRETARY OF STATE
ELECTIONS DIVISION
P.O. BOX 12060
AUSTIN, TEXAS 78711-2060

OFFICIAL BUSINESS
**STATE OF TEXAS**
STATE PENALTY
FOR PRIVATE USE

FIRST CLASS

UNITED STATES POSTAGE
$ 04.05⁰
02 1A
0004335513    MAR 23 2007
MAILED FROM ZIP CODE 78701

HON. PAUL BETTENCOURT
TAX ASSESSOR-COLLECTOR
HARRIS COUNTY
P.O. BOX 3527
HOUSTON, TX 77253-3527

MAR 28 2007 AM 10:57

PARCEL POST

TX_00002266
USA_00019907
TX_00002266
JA_005025

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us

Prescribed by the Office of the Secretary of State

For Official Use Only

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.

236297583

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

## Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☐ Yes ☑ No

_____ you be 18 years of age on or _____ election day? ☐ Yes ☐ No

_____ u checked "no" in response to either of these ques _____ do not complete this form.

_____ e you ever voted in this county for a federal office? ☐ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the inverse side of the application.

- Continue below to complete application.

*Fold on line and seal before mailing*

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Laverne | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt 24, Houston TX.

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address
2519 Dashwood Dr. Apt 24, Houston TX. 77081

| Date of Birth: *month, day, year* | Gender (Optional) ☐ Male ☐ Female |
|---|---|

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

Telephone Number, Include Area Code (Optional)

City and County of Former Residence In Texas
El Paso

X Laverne Williams   03/01/07

Signature of Applicant or Agent and Relationship to Applicant

Toll Free:
Si necesita asistencia
llame gratis al:
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

02 MAR. 2007 PM 2 T

NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
### FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                    (ZIP CODE)
_Houston_ , TX 77001

(77253)

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una versión en Español.

TX_00002268

USA_00019909

Case 2:13-cv-00193   Document 662-18   Filed on 11/11/14 in TXSD   Page 30 of 50

ord Type: VOTER   Record ID: 0742534   Imaging Dept. ID: Document 212-3   Filed 06/20/12   Page 37 of 122

# Texas Voter Registration Application

Presented by the Office of the Secretary of State   www.sos.state.tx.us

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989

Este formulario para inscribirse para votar tambien esta disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.

||||||||||||||| 236308571 |||||||||||||||

...pleted all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

## Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☐ Replacement

Are you a United States Citizen?   ☐ Yes ☐ No

1 you be 18 years of age on or ore election day?   ☐ Yes ☐ No

ou checked 'no' in response to either of these ques- s, do not complete this form.

ve you ever voted in this county a federal office?   ☑ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

---

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Lisa | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr, Houston, Texas 77024

**Mailing Address:** Address, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr. Houston, Texas 77024

**Date of Birth:** month, day, year

**Gender** (Optional)   ☐ Male  ☑ Female

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence in Texas**
El Paso

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _Lisa Chand Johnson_   Date 02-28-07

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002269

USA_00019910

For Assistance Call
Office of the Secretary of State
Toll Free:
Si necesita asistencia
llame gratis al:
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

26 FEB 2007 PM 1 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)
_Houston_ , TX 770__

(ZIP CODE)

*Fold on dotted line and seal before mailing*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

TX_00002270

USA_00019911

# Voter Registration Application

**Before completing this form, review the General, Application, and State specific instructions.**

This space for office use only _61376233-0_

_Harris 700_

you a citizen of the United States of America? ☑ Yes ☐ No

you be 18 years old on or before election day? ☑ Yes ☐ No

u checked "No" in response to either of these questions, do not complete form.

se see state-specific instructions for rules regarding eligibility to register prior to age 18.)

| (Circle one) Mr. Mrs. Miss Ms. | Last Name _Williams_ | First Name _Micheal_ | Middle Name(s) | (Circle one) Jr Sr II III IV |
|---|---|---|---|---|

| Home Address _2579 Dashwood Dr._ | Apt. or Lot # _24_ | City/Town _Houston_ | State _Texas_ | Zip Code _77054_ |
|---|---|---|---|---|

| Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code |
|---|---|---|---|

Date of Birth _11 / 10 / 76_    Month Day Year

5   Telephone Number (optional)

6   ID Number - (See item 6 in the instructions for your state)

Choice of Party (See item 7 in the instructions for your State) _Democrat_

8   Race or Ethnic Group (see item 8 in the instructions for your State) _Black_

I have reviewed my state's instructions and I swear/affirm that:

**236524980**

...y

...false

...States.

_Micheal Williams_

Please sign full name (or put mark) ⋏

Date: _03 / 13 / 2007_
    Month Day Year

you are registering to vote for the first time: please refer to the application instructions for information on submitting opies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a change of name, what was your name before you changed it?

| A | Mr. Mrs. Miss Ms. | Last Name | First Name | Middle Name(s) | (Circle one) Jr Sr II III IV |
|---|---|---|---|---|---|

If you were registered before but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

| B | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code |
|---|---|---|---|---|---|

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

C

- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

NORTH ↑

Example    Route #2    ● Grocery Store

Woodchuck Road

Public School ●    X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

D

## Mail this application to the address provided for your State.

Revised 10/29/2003

TX_00002271

USA_00019912



SECRETARY OF STATE
ELECTIONS DIVISION
P.O. BOX 12060
AUSTIN, TEXAS 78711-2060

OFFICIAL BUSINESS
**STATE OF TEXAS**
STATE PENALTY
FOR PRIVATE USE

FIRST CLASS

UNITED STATES POSTAGE
$ 04.05⁰
0004335619   MAR 23 2007
MAILED FROM ZIP CODE 78701

HON. PAUL BETTENCOURT
TAX ASSESSOR-COLLECTOR
HARRIS COUNTY
P.O. BOX 3527
HOUSTON, TX 77253-3527

MAR 28 2007 AM 10:57

TX_00002272
USA_00019913
TX_00002272
JA_005031

Case 2:13-cv-00193 Document 662-18 Filed on 11/11/14 in TXSD Page 34 of 50
Case 1:12-cv-00128-RMC-DST-RLW Document 212-3 Filed 06/20/12 Page 41 of 122
d Type: VOTER Record ID: 61557387 Imaging Dept. ID: 25649859

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Qualifications

- You must register to vote in the county in which you reside

- Y ... ... ... of the United States

- Y
  u
  Y

- Y ...
  felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

## Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☒ Replacement

Are you a United States Citizen? ☐ Yes ☐ No

... you be 18 years of age on or ... election day? ☐ Yes ☐ No

... checked "no" in response to either of these ques... ... do not complete this form.

... you ever voted in this county? ☐ Yes ☐ No
for a federal office?

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

---

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Patrick | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not print P.O. Box or Rural Rd.)
2519 Dashwood Drive, Houston, TX 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address
2519 Dashwood Dr., Houston, Tx. 77024

| Date of Birth: month, day, year | Gender (Optional) ☒ Male ☐ Female |
|---|---|

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☒ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence in Texas**
El Paso

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _____ Date 2-28-07

**Signature of Applicant or Agent and Relationship to Applicant** ... ... ... ... if Signed by Witness and Date.

236498429

TX_00002273

USA_00019914



Office of the Secretary of State
Toll-Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

HOUSTON TX 773
EL PASO TX 799

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE *Shepherd*
(CITY) *7300 N. Shepherd* (ZIP CODE)
*Houston* TX *Texas 77091*

Fold on THIS and mail before mailing

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirements

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una versión en Español.

TX_00002274

USA_00019915

Case 2:13-cv-00193 Document 662-18 Filed on 11/11/14 in TXSD Page 36 of 50
Case 1:12-cv-00128-RMC-DST-RLW Document 212-3 Filed 06/20/12 Page 43 of 122
I Type: VOTER   Record ID: 61309688   Imaging Dept. ID: 236692931

# Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State   VR1/06E pg1

For Official Use Only

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Qualifications

- You must register to vote in the county in which you reside.

236692931

- You must not be finally convicted of a felony, or if you are a felon you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

## Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑Yes ☐No

Will you be 18 years of age on or before election day? ☑Yes ☐No

Are you interested in serving as an election worker? ☐Yes ☐No

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Phyllis | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code: If mail cannot be delivered to your residence address. 2579 Dashwood DR Apt 24 Houston, TX 77

Date of Birth: month, day, year

Gender (Optional) ☐ Male ☑ Female

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety)

☑ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☑ Check if you do not have a Social Security Number

Telephone Number, Include Area Code (Optional)

I understand that giving false information to procure voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X *Phyllis Williams*   Date 03.30.07

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002275

USA_00019916



For Assistance
Call your local Voter Registrar or
Office of the Secretary of State
Toll Free *Si necesita asistencia*
*llame gratis al*
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

02 APR 2007 PM 1 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)          (ZIP CODE)
*Houston* .TX 770

77253

*Fold on line and seal before mailing*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your Texas driver's license or personal identification number. If you do not have a driver's license or personal identification number, then give the last four digits of your social security number or if you do not have any of these identification numbers, then you must

indicate by checking the appropriate box on the application side.

### Identification Requirement

If you do not have a Texas driver's license or a social security number, you will be required to present identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. Instead, you may enclose a copy of one of the following with this voter registration application. Identification includes: a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address.

**Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.**

TX_00002276

USA_00019917

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

this form. Please pass it on to someone who could use it.

*Reserved for the Office of the Secretary of State*

*For Official Use Only*

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo a 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.
- Y
  n
  y
  236306083
  felony, or if you are a felon, you have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☐ Yes ☑ No

you be 18 years of age on or re election day? ☑ Yes ☐ No

u checked "no" in response to either of these ques-, do not complete this form.

e you ever voted in this county ... a federal office? ☑ Yes ☐ No

If you answered "no" in this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

*Fold on line and seal before mailing*

| Last Name: Willams | First Name: PhyLLis | Middle Name (If any) | Former Name |
|---|---|---|---|

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)  2519 Dashwood Dr. Houston Texas 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State, and ZIP. If mail cannot be delivered to your residence address  2519 Dashwood Dr. Houston Texas 77024

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☑ Female |
|---|---|

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and

☑ Check if you do not have a social security, driver's license, or personal identification number

- have not been declared mentally incompetent by final judgment of a court of law.

| Telephone Number, Include Area Code (Optional) | |
|---|---|

**City and County of Former Residence In Texas** El Paso

X Jaden Chenel Johnson  Date 02.28.07

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

For Assistance Call
Office of the Secretary of State
Toll Free:
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos state tx us

EL PASO TX 79

28 FEB 2007 PM 1 8

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                                    (ZIP CODE)
_Houston_ , TX _77 024_

Fold on line and seal before mailing.

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

**Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.**

JA_005037

TX_00002278

USA_00019919

# Voter Registration Application

Before completing this form, review the General, Application, and State specific instructions.

| | | |
|---|---|---|
| you a citizen of the United States of America? ☑ Yes ☐ No | This space for office use only. | 0137500.0 |
| ll you be 18 years old on or before election day? ☑ Yes ☐ No | 78 Harris | |

(If you checked "No" in response to either of these questions, do not complete form.
Please see state-specific instructions for rules regarding eligibility to register prior to age 18.)

| (Circle one) Mr. Mrs. Ms. | Last Name WILLIAMS | First Name SHANTECE | Middle Name(s) | (Circle one) Jr Sr II III IV |
|---|---|---|---|---|

| Home Address 2519 Dashwood Dr | Apt. or Lot # 24 | City/Town Houston | State TEXAS | Zip Code 77084 |
|---|---|---|---|---|

| Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code |
|---|---|---|---|

| Date of Birth 03/03/82 | 5 | Telephone Number (optional) | 6 | ID Number - (See item 6 in the instructions for your state) |
|---|---|---|---|---|
| Month Day Year | | | | |

| Choice of Party (see item 7 in the instructions for your State) Democrat | 8 | Race or Ethnic Group (see item 8 in the instructions for your State) Black |
|---|---|---|

I have reviewed my state's instructions and I swear/affirm that:

236525131

Shantece Williams

Please sign full name (or put mark) ✗

Date: 03/13/2007
Month Day Year

If you are registering to vote for the first time: please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a change of name, what was your name before you changed it?

| A | Mr. Mrs. Miss Ms. | Last Name | First Name | Middle Name(s) | (Circle one) Jr Sr II III IV |
|---|---|---|---|---|---|

If you were registered before but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

| B | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code |
|---|---|---|---|---|---|

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

| C | ■ Write in the names of the crossroads (or streets) nearest to where you live. ■ Draw an X to show where you live. ■ Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark. | NORTH ↑ |
|---|---|---|

Example

Route #2

● Grocery Store

Woodchuck Road

Public School ●     X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

| D | |
|---|---|

## Mail this application to the address provided for your State.

Revised 10/29/2003

TX_00002279

USA_00019920



SECRETARY OF STATE
ELECTIONS DIVISION
P.O. BOX 12060
AUSTIN, TEXAS 78711-2060

OFFICIAL BUSINESS
**STATE OF TEXAS**
STATE PENALTY
FOR PRIVATE USE

FIRST CLASS

UNITED STATES POSTAGE
$ 04.05⁰
02 15
0004335619    MAR 23 2007
MAILED FROM ZIP CODE 78701

HON. PAUL BETTENCOURT
TAX ASSESSOR-COLLECTOR
HARRIS COUNTY
P.O. BOX 3527
HOUSTON, TX 77253-3527

MAR 29 2007 ᴀᴍ10:57

PARCEL POST

TX_00002280
USA_00019921

TX_00002280
JA_005039

Case 2:13-cv-00193 · Document 662-18 · Filed on 11/11/14 in TXSD · Page 42 of 50
d Type: VOTER   Record ID: 61315412   Imaging Dept. ID: 236308553
Case 1:12-cv-00128-RMC-DST-RLW   Document 212-3   Filed 06/20/12   Page 49 of 122

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

this form. Please pass it on to someone who could use it.

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States

236308553

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☒ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☒ Yes ☐ No

you 18 years of age on or re election day? ☐ Yes ☐ No

u checked 'no' in response to either of these ques- s, do not complete this form.

e you ever voted in this county or a federal office? ☐ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Shelia | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2579 Dashwood Dr. Houston, TX. 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail can/not be delivered to your residence address.
2579 Dashwood Dr. Houston, TX 77024

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☒ Female |
|---|---|

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☒ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence In Texas**
EL Paso

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

Date 02/28/07

X Salore, Chal, Johnson

**Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.**



For Assistance Call
Office of the Secretary of State
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

26 FEB 2007   PM 1 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)
Houston , TX 77___

Fold on line and seal before mailing.

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social secu-____ mber. If you do not have either of these ____ mbers, then you must indicate

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

TX_00002282

USA_00019923

Case 2:13-cv-00193 Document 662-18 Filed on 11/11/14 in TXSD Page 44 of 50
Case 1:12-cv-00128-RMC-DST-RLW Document 212-3 Filed 06/20/12 Page 51 of 122
d Type: VOTER Record ID: 61315396 Imaging Dept. ID: 236308624

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

this form. Please pass it on to someone who could use it.

Presented by the Office of the Secretary of State

For Official Use Only

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States

### Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☐ Yes ☑ No

Will you be 18 years of age on or before election day? ☐ Yes ☑ No

If you checked 'no' in response to either of these questions, do not complete this form.

Have you ever voted in this county for a federal office? ☑ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

236308624

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Shelita | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Houston, TX. 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address
2519 Dashwood Dr. Houston, TX. 77024

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☑ Female |
|---|---|

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

Telephone Number, Include Area Code (Optional)

City and County of Former Residence In Texas
EL Paso

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _Sadore Chanel Johnson_    02.28.07

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002283

USA_00019924



For Assistance Call
Office of the Secretary of State
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(868-)
www.sos.state.tx.us

EL PASO TX 799
26 FEB 2007 PM 1 1

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)
Houston    , TX 7 _____    (ZIP CODE)

Fold on line and seal before mailing

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification such a by checking ...

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del ... io de Estado al 1-800-252-8683 para ...quir una version en Español

Doc ID: 5700349   Page: 2 of 2.

TX_00002284

USA_00019925

# Voter Registration Application

Before completing this form, review the General, Application, and State specific instructions.

This space for office use only. 0137532-5

78 Horris

| | | | | | |
|---|---|---|---|---|---|
| you a citizen of the United States of America? | ☑ Yes | ☐ No | | | |
| you be 18 years old on or before election day? | ☑ Yes | ☐ No | | | |

u checked "No" in response to either of these questions, do not complete form.
se see state-specific instructions for rules regarding eligibility to register prior to age 18.)

| (Circle one) Mr. Mrs. Miss Ms. | Last Name WILLiams | First Name SheLiTA | Middle Name(s) | (Circle one) Jr Sr II III IV |
|---|---|---|---|---|

| Home Address 2519 Dashwood Dr | Apt. or Lot # 24 | City/Town Houston | State TeXAS | Zip Code 77034 |
|---|---|---|---|---|

| Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code |
|---|---|---|---|

| Date of Birth 4/15/86 Month Day Year | 5 Telephone Number (optional) | 6 ID Number - (See Item 6 in the instructions for your state) |
|---|---|---|

| Choice of Party (See item 7 in the instructions for your State) Democrat | 8 Race or Ethnic Group (see item 8 in the instructions for your State) Black |
|---|---|

I ha... reviewed my state's instructions and I swear/affirm that:

236525186

...citizen) deported from or refused entry to the United States.

*Shelita Williams*
Please sign full name (or put mark) ⅄

Date: 03/13/2007
Month Day Year

you are registering to vote for the first time: please refer to the application instructions for information on submitting opies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a change of name, what was your name before you changed it?

| A | Mr. Mrs. Miss Ms. | Last Name | First Name | Middle Name(s) | (Circle one) Jr Sr II III IV |
|---|---|---|---|---|---|

If you were registered before but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

| B | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code |
|---|---|---|---|---|---|

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

C
- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

NORTH ↑

Example

Route #2

● Grocery Store

Woodchuck Road

Public School ●          X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

D

## Mail this application to the address provided for your State.

JA_005044
Revised 10/29/2003
TX_00002285
USA_00019926



SECRETARY OF STATE
ELECTIONS DIVISION
P.O. BOX 12060
AUSTIN, TEXAS 78711-2060

OFFICIAL BUSINESS
**STATE OF TEXAS**
STATE PENALTY
FOR PRIVATE USE

FIRST CLASS

UNITED STATES POSTAGE
$ 04.05⁰
00043 5419   MAR 23 2007
MAILED FROM ZIP CODE 78701

HON. PAUL BETTENCOURT
TAX ASSESSOR-COLLECTOR
HARRIS COUNTY
P.O. BOX 3527
HOUSTON, TX 77253-3527

MAR 28 2007 10:57

PARCEL POST

TX_00002286
USA_00019927

TX_00002286
JA_005045

d Type: VOTER   Record ID: 6138565   Imaging Dept. ID: 236528290

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us

### Qualifications

- You must register to vote in the county in which you reside

||||||||||| (barcode)
236528290

- You must not be finally c...
felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

heck one ☑ New  ☐ Change  ☐ Replacement
re you a United States Citizen?  ☑ Yes  ☐ No
ill you be 18 years of age on or
efore election day?  ☐ Yes  ☐ No

Are you interested in serving as an election worker?  ☐ Yes  ☑ No

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Shelita | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt 24, Houston, TX 77024

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence address.
2519 Dashwood Dr. Apt. 24, Houston, TX. 77024

Date of Birth: month, day, year
05-15-85

Gender (Optional)
☐ Male  ☐ Female

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety)

☑ Check if you do not have a TX Driver's License or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☐ Check if you do not have a Social Security Number

Telephone Number, Include Area Code
(Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X  Shelita Williams   Date 3-24-08

Signature of Applicant or Agent and Relationship to Applicant or Related Name of Applicant if Signed by Witness and Date.



VOTER

Call your local Voter Registrar or
Office of the Secretary of State EL PASO TX PIO
Toll Free: Si necesita asistencia
llame gratis al:
1-800-252-VOTE(8683)
www.sos.state.tx.us

NO
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                    (ZIP CODE)
*Houston* .TX 77

*Fold on line and seal before mailing*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your Texas driver's license or personal identification number. If you do not have a driver's license or personal identification number, then give the last four digits of your social security number or if you do not have any of these identification numbers, then you must

indicate by checking the appropriate box on the application side.

### Identification Requirement

If you do not have a Texas driver's license or a social security number, you will be required to present identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. Instead, you may enclose a copy of one of the following with this voter registration application. Identification includes current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una versión en Español.

TX_00002288

USA_00019929

# Voter Registration Application

Before completing this form, review the General, Application, and State specific instructions.

Are you a citizen of the United States of America? ☑ Yes ☐ No

Will you be 18 years old on or before election day? ☑ Yes ☐ No

(If you checked "No" in response to either of these questions, do not complete form.
Please see state-specific instructions for rules regarding eligibility to register prior to age 18.)

This space for office use only.

Harris 78

(Circle one)
Mr. **Mrs.** Miss Ms.

Last Name: **Williams**
First Name: **Shirley**
Middle Name(s):
(Circle one) Jr Sr II III IV

Home Address: **2519 Dashwood Dr**
Apt. or Lot #: **24**
City/Town: **Houston**
State: **Texas**
Zip Code: **77054**

Address Where You Get Your Mail If Different From Above
City/Town:
State:
Zip Code:

4. Date of Birth: **07/12/09**
   Month Day Year
5. Telephone Number (optional)
6. ID Number - (See Item 6 in the instructions for your state)

7. Choice of Party
   (See Item 7 in the instructions for your State)
   **Democratic**
8. Race or Ethnic Group
   (see Item 8 in the instructions for your State)
   **Black**

9. |||||||||||||||||| (barcode)
236525140

...rm that:
...ny
...d false
...S.
...citizen) deported from or refused entry to the United States.

**Shirley Williams**
Please sign full name (or put mark) ✗

Date: **03/15/2007**
Month Day Year

If you are registering to vote for the first time: please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a change of name, what was your name before you changed it?

A.
Mr. Mrs. Miss Ms.
Last Name:
First Name:
Middle Name(s):
(Circle one) Jr Sr II III IV

If you were registered before but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

B.
Street (or route and box number):
Apt. or Lot #:
City/Town/County:
State:
Zip Code:

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

C.
- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

NORTH ↑

Example
Route #2
● Grocery Store
Woodchuck Road
Public School ●
X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

D.

## Mail this application to the address provided for your State.

JA_005048
TX_00002289
USA_00019930