

SECRETARY OF STATE
ELECTIONS DIVISION
P.O. BOX 12060
AUSTIN, TEXAS 78711-2060

OFFICIAL BUSINESS
**STATE OF TEXAS**
STATE PENALTY
FOR PRIVATE USE

FIRST CLASS

UNITED STATES POSTAGE
$ 04.05⁰
02 1A
0004355619    MAR 23 2007
MAILED FROM ZIP CODE 78701

HON. PAUL BETTENCOURT
TAX ASSESSOR-COLLECTOR
HARRIS COUNTY
P.O. BOX 3527
HOUSTON, TX 77253-3527

MAR 28 2007 AM10:57

PARCEL POST

TX_00002290
USA_00019931
TX_00002290
JA_005049

d Type: VOTER    Record ID: 61323234    Imaging Dept. ID: 236297397

# Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us

## Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States
- Y
  u
  y
- 236297397
  fe.....,
  completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

this form. Please pass it on to someone who could use it

Este formulario para inscribirse para votar tambien esta disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen?  ☑ Yes ☐ No

you be 18 years of age on or re election day?  ☐ Yes ☐ No

ur checked "no" in response to either of these ques, do not complete this form.

e you ever voted in this county a federal office?  ☑ Yes ☐ No

If you answered "no" in this question, be sure to see special instructions regarding identification requirements on the reverse side of the application

- Continue below to complete application.

Fold on line and seal before mailing

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Shirley | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include PO Box or Rural Rt.)
2519 Dashwood Dr. Apt 24, Houston, TX. 77084

**Mailing Address:** Street Address and Apartment Number, P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address:
2519 Dashwood Dr. Apt 24, Houston, TX. 77084

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☑ Female |
|---|---|

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence In Texas**
⸮ ⸮ PASO

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.    03, 01, 07

X Shirley Williams

**Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.**

TX_00002291

USA_00019932



For Assistance Call
Office of the Secretary of State
Toll Free.
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY) (ZIP CODE)
Houston, TX ~~77~~ 77253

*Fold on line and seal before mailing*

## General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, ... last four digits of your social secu- ... do not have either of these ... numbers, then you must indicate by checking the box on the application side.

## Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

Record Type: VOTER    Record ID: 61323226    Imaging Dept. ID: 236297681

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

Prescribed by the Office of the Secretary of State

For Official Use Only

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Qualifications

* You must register to vote in the county in which you reside.

236297681

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

## Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

you a United States Citizen? ☐ Yes ☐ No

I you be 18 years of age on or ore election day? ☐ Yes ☐ No

ou checked 'no' in response to either of these ques-s, do not complete this form.

Have you ever voted in this county for a federal office? ☐ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

* Continue below to complete application.

Fold on line and seal before mailing.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Tamara Apt 24 | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Houston, TX 77026

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr. Apt 24 Houston, TX 77006

| Date of Birth: month, day, year | Gender (Optional) ☐ Male ☑ Female |
|---|---|

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

Telephone Number, Include Area Code (Optional)

City and County of Former Residence In Texas
EL PASO

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
* am a resident of this county;
* have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
* have not been declared mentally incompetent by final judgment of a court of law.

X Tamara Williams    03.01.07
Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant If Signed by Witness and Date.

TX_00002293

USA_00019934

Office of the Secretary of State
Toll Free:
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
### FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                              (ZIP CODE)

*Houston, TX 77~~___~~*

772~~__~~ 072007

*Fold on here and seal before mailing*

## General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

## Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

JA_005053

TX_00002294

USA_00019935

Type: VOTER    Record ID: 61389557    Imaging Dept. ID: 236588439

# Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prepared by the Office of the Secretary of State    VR17.06E.g65

For Official Use Only
17    Harris

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.
- You must be at least 17 years and 10 months old to register, and you must be 18 years of

236588439

sion, period of probation, or you must have received a pardon.

## Complete These Questions Before Proceeding

Check one ☑New ☐ Change ☐ Replacement
Are you a United States Citizen? ☑Yes ☐No
Will you be 18 years of age on or before election day? ☑Yes ☐No

Are you interested in serving as an election worker? ☐Yes ☑No

● Continue below to complete application.

Last Name: **Williams**    First Name: **Terry**    Middle Name (If any):    Former Name:

Residence Address: Street Address and Apartment Number, City, State and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
**2519 Dashwood DR Apt 24, Houston, TX 77054**

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence address.
**P.O. Box 2365 Houston, TX 77023**

Date of Birth: month, day, year    Gender (Optional): ☑Male ☐Female

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety)

☑Check if you do not have a TX Driver's License, or Personal Identification Number
If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☑Check if you do not have a Social Security Number

Telephone Number, Include Area Code (Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I:
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X **Terry Williams**    Date **03.21.07**

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002295

USA_00019936

Type: VOTER    Record ID: 61322889    Imaging Dept. ID: 236297413

Case 1:12-cv-00128-RMC-DST-RLW Document 212-5 Filed 06/20/12 Page 64 of 122

# Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us

this form. Please pass it along to a friend who would use it.

Este formulario para inscribirse para votar también esta disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Qualifications

- You must register to vote in the county in which you reside
- You must be a citizen of the United States
- You must be at least 18 years and 10

## Complete These Questions Before Proceeding

Check one: ☐ New ☐ Change ☐ Replacement

Are you a United States Citizen?  ☐ Yes ☐ No

Will you be 18 years of age on or before election day?  ☐ Yes ☐ No

If you checked "no" in response to either of these questions, do not complete this form

Have you ever voted in this county a federal office?  ☐ Yes ☐ No

completed all of your punishments, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

|||||
236297413

---

Fold on line and seal before mailing

---

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Toni | | |

**Residence Address:** Street Address and Apartment Number, City, State and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt 24

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr. Apt 24 Houston

**Date of Birth:** month, day, year

**Gender** (Optional)  ☐ Male ☐ Female

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☐ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

**City and County of Former Residence in Texas**
El Paso

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X  _Toni Williams_    Date 3-8-07

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

Office of the Secretary of State
Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                                    (ZIP CODE)
*Houston* , TX     77253

Fold on line and seal before mailing

---

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification, then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una versión en Español.

TX_00002297

USA_00019938

1 Type: VOTER    Record ID: 61314175    Imaging Dept. ID: 236308697

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE (8683), TDD 1-800-735-2989

www.sos.state.tx.us

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

• You must register to vote in the county in which you reside

•

236308697

or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☒ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☐ Yes ☐ No

If you be 18 years of age on or before election day? ☐ Yes ☐ No

If you checked 'no' in response to either of these questions do not complete this form.

Have you ever voted in this county for a federal office? ☐ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

• Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Tyrone | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Houston, Texas, 77024

Mailing Address: Address, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr., Houston Texas 77024

Date of Birth: month, day, year
Gender (Optional) ☒ Male ☐ Female

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☒ Check if you do not have a social security, driver's license, or personal identification number

Telephone Number, Include Area Code (Optional)

City and County of Former Residence In Texas
El Paso

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
• am a resident of this county;
• have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
• have not been declared mentally incompetent by final judgment of a court of law.

X _____ 02.28.07
Signature of Applicant or Agent and Relationship to Applicant    Date
or Printed Name of Applicant if Signed by Witness and Date

TX_00002298

USA_00019939



For Assistance Call
Office of the Secretary of State
Toll Free:
Si necesita asistencia
llame gratis al:
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799
26 FEB 2007 PM 1 1

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                           (ZIP CODE)
_Houston_ , TX 77__4

*Fold on dotted line and seal before mailing.*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your driver's license or personal identification number. If you do not have a driver's license or personal identification then give the last four digits of your social security number. If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

JA_005058

TX_00002299

USA_00019940

Type: VOTER   Record ID: 61589078   Imaging Dept. ID: 236598650

# Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

If you are already registered to vote and do not need to complete this form. If you have moved and need to complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

_____

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Qualifications

- You must register to vote in the county in which you reside.

||||||||||||||||||||||||||||||||||||||||||

236598650

- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon

### Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen?   ☑ Yes ☐ No

Will you be 18 years of age on or before election day?   ☑ Yes ☐ No

Are you interested in serving as an election worker?   ☐ Yes ☑ No

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Valery | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Route)
P.O. Box 2365, Houston TX, 77023

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence address.
2519 Dashwood Dr Apt. 24 Houston, TX

Date of Birth: month, day, year
3 — ___ — 83

Gender (Optional)   ☐ Male ☐ Female

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety)

☐ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☐ Check if you do not have a Social Security Number

Telephone Number, Include Area Code
(Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X Valery Williams   03.21.07

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002300

USA_00019941

For Assistance
Call your local Voter Registrar or
Office of the Secretary of State
Toll Free: *Si necesita asistencia
llame gratis al:*
1-800-252-VOTE(8683)
www.sos.state.tx.us

```
|||||
```

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)

APR 02 2007 · 10:27

(ZIP CODE)

_____ . TX _____

*Fold on line and seal before mailing*

## General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your Texas driver's license or personal identification number. If you do not have a driver's license or personal identification number, then give the last four digits of your social security number or if you do not have any of these identification numbers, then you must

indicate by checking the appropriate box on the application side.

## Identification Requirement

If you do not have a Texas driver's license or a social security number, you will be required to present identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. Instead, you may enclose a copy of one of the following with this voter registration application. Identification includes: a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address.

Este formulario está disponible en Español.
Favor de llamar sin cargo a la oficina del
Secretario de Estado al 1-800-252-8683 para
conseguir una version en Español.

TX_00002301

USA_00019942

# Voter Registration Application

Before completing this form, review the General, Application, and State specific instructions.

| | |
|---|---|
| you a citizen of the United States of America? ☑ Yes ☐ No | This space for office use only. 6137622-4 |
| ll you be 18 years old on or before election day? ☑ Yes ☐ No | 78 Harris |
| ou checked "No" in response to either of these questions, do not complete form. | |
| ase see state-specific instructions for rules regarding eligibility to register prior to age 18.) | |

| (Circle one) Mr. Mrs. Miss Ms. | Last Name Williams | First Name Vesta | Middle Name(s) | (Circle one) Jr Sr II III IV |
|---|---|---|---|---|

| Home Address 2519 Dashwood Dr | Apt. or Lot # 24 | City/Town Houston | State Texas | Zip Code 77024 |
|---|---|---|---|---|
| Address Where You Get Your Mail If Different From Above | | City/Town | State | Zip Code |

| Date of Birth 04/15/85 | 5 | Telephone Number (optional) | 6 | ID Number - (See item 6 in the instructions for your state) |
|---|---|---|---|---|

| Choice of Party (See item 7 in the instructions for your State) Democrat | 8 | Race or Ethnic Group (see item 8 in the instructions for your State) Black |
|---|---|---|

I have reviewed my state's instructions and I swear/affirm that:

236524739

y false

citizen) deported or refused entry to the United States.

*Vesta Williams*

Please sign full name (or put mark) ➤

Date: 03 / 13 / 2007
     Month  Day  Year

f you are registering to vote for the first time: please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a change of name, what was your name before you changed it?

| A | Mr. Mrs. Miss Ms. | Last Name | First Name | Middle Name(s) | (Circle one) Jr Sr II III IV |
|---|---|---|---|---|---|

If you were registered before but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

| B | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code |
|---|---|---|---|---|---|

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

NORTH ↑

C

Example

Route #2

● Grocery Store

Woodchuck Road

Public School ●        X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

D

## Mail this application to the address provided for your State.

TX_00002302
JA_005081
TX_00002302
USA_00019943



SECRETARY OF STATE
ELECTIONS DIVISION
P.O. BOX 12060
AUSTIN, TEXAS 78711-2060

OFFICIAL BUSINESS
**STATE OF TEXAS**
STATE PENALTY
FOR PRIVATE USE

FIRST CLASS

UNITED STATES POSTAGE

$ 04.05⁰
02 1A
0004335619    MAR 23 2007
MAILED FROM ZIP CODE 78701

HON. PAUL BETTENCOURT
TAX ASSESSOR-COLLECTOR
HARRIS COUNTY
P.O. BOX 3527
HOUSTON, TX 77253-3527

MAR 28 2007 AM 10:57

PARCEL POST

TX_00002303

USA_00019944

TX_00002303

JA_00005062

For Assistance
Call your local Voter Registrar or
Office of the Secretary of State
Toll Free: *Si necesita asistencia
llame gratis al:*
1-800-252-VOTE(8683)
www.sos.state.tx.us



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                                              (ZIP CODE)

_____ . TX _____

*Fold on line and seal before mailing*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your Texas driver's license or personal identification number. If you do not have a driver's license or personal identification number, then give the last four digits of your social security number or if you do not have any of these identification numbers, then you must indicate by checking the appropriate box on the application side.

### Identification Requirement

If you do not have a Texas driver's license or a social security number, you will be required to present identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. Instead, you may enclose a copy of one of the following with this voter registration application. Identification includes: a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address.

Este formulario está disponible en Español.
Favor de llamar sin cargo a la oficina del
Secretario de Estado al 1-800-252-8683 para
conseguir una version en Español.

4 Type: VOTER   Record ID: 61314159   Imaging Dept. ID: 236308928

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Qualifications

- You must register to vote in the county in which you reside
- You must be a citizen of the United States

236308928

completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☐ Replacement

Are you a United States Citizen?   ☐ Yes ☐ No

...you be 18 years of age on or... election day?   ☐ Yes ☐ No

...checked 'no' in response to either of these questions... do not complete this form.

...you ever voted in this county... a federal office?   ☐ Yes ☐ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

*Fold on line and seal before mailing*

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | WayNE | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr, Houston, Tx. 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP. If mail cannot be delivered to your residence address.
2519 Dashwood Dr, Houston Tx. 77024

**Date of Birth:** month, day, year

**Gender** (Optional)   ☑ Male ☐ Female

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code** (Optional)

02 28 07   Date

**City and County of Former Residence In Texas**
EL PASO

X
**Signature of Applicant or Agent and Relationship to Applicant** or Printed Name of Applicant if Signed by Witness and Date.



Toll Free
Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

28 FEB 2007 PH 1 2

POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)
_Houston_ ,TX 770__

Fold on line and seal before mailing.

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your driver's license or personal identification number. If you do not have ... personal identification ... rity number... ... identification numbers, then you must indicate by checking the box on the application side.

### Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

Este formulario está disponible en Español. ... su cargo a la oficina del ... ... ado al 1-800-252-8683 para conseguir una versión en Español.

JA_005065

TX_00002306

USA_00019947

d Type: VOTER    Record ID: 61314456    Imaging Dept. ID: 236308795

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States

236308795

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☐ Replacement

- you a United States Citizen? ☐ Yes ☑ No
- If you be 18 years of age on or ore election day? ☐ Yes ☐ No
- you checked 'no' in response to either of these ques es, do not complete this form.
- ave you ever voted in this county for a federal office? ☐ Yes ☑ No

If you answered "no" to this question, be sure to see special instructions regarding identification requirements on the reverse side of the application.

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Wesley | | |

**Residence Address:** Street Address and Apartment Number, City, State and ZIP. If none, describe where you live (Do not include PO Box or Rural Rt.)
2519 Dashwood Dr, Houston, TX. 77024

**Mailing Address:** Street Address and Apartment Number or PO Box, City, State and ZIP. If mail cannot be delivered to your residence address:
2519 Dashwood Dr, Houston, TX. 77024

**Date of Birth:** month, day, year

**Gender (Optional)** ☑ Male ☐ Female

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety) If none, give last 4 digits of your Social Security Number

☑ Check if you do not have a social security, driver's license, or personal identification number

**Telephone Number, Include Area Code (Optional)**

**City and County of Former Residence in Texas**
EL PASO

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law.

**I affirm that I**
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.       02.28.07
                                                                                            Date

X

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002307

USA_00019948



For Assistance Call
Office of the Secretary of State
Toll Free
*Si necesita asistencia*
*llame gratis al*
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX
26 FEB 2007 PM

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

**BUSINESS REPLY MAIL**
FIRST CLASS MAIL PERMIT NO 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY) (ZIP CODE)
Houston, TX 77[illegible]04

*Fold on line and seal before mailing*

## General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your driver's license or personal identification number. If you do not have a driver's license or p[illegible] then give the last four digits of [illegible] [illegible] If you do not have either of these identification numbers, then you must indicate by checking the box on the application side.

## Identification Requirement

If you are submitting this form by mail and you are registering for the first time in this county, enclose a copy of one of the following with your application: a copy of a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address. If you do not enclose a copy of identification now and you are registering to vote by mail and have not voted in an election in this county for a federal office, you will be required to present such identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail.

[illegible] disponible en Español. [illegible] sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.
- You must be at least 17 years and 10 months old to register, and you must be 18 years of ~~age by election day.~~

~~sion, period of probation, or you must have~~ received a pardon.

236611733

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your registration. If you do not need this form please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State          VR17.06E.p65

**For Official Use Only**

Horris 17

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding



Check one ☐ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or before election day? ☑ Yes ☐ No

~~If the answer to any of these questions is "No"~~ ~~do not complete this form~~

Are you interested in serving as an election worker? ☐ Yes ☐ No

- Continue below to complete application.

**COPY**

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Peter | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2379 Dashwood Dr. Apt 24, Houston

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code: If mail cannot be delivered to your residence address.
Same                                                                     Tx. 770

| Date of Birth: month, day, year | Gender (Optional) ☑ Male ☐ Female |
|---|---|

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety)

☐ **Check if you do not have a TX Driver's License, or Personal Identification Number**

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☐ **Check if you do not have a Social Security Number**

**Telephone Number, Include Area Code.**
(Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X Peter Williams          4.13.0
                                                     Date

**Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date**

TX_00002309
JA_005068

TX_00002309

USA_00019950

*Fold on line and seal before mailing*

For Assistance
Call your local Voter Registrar or
Office of the Secretary of State
Toll Free: *Si necesita asistencia
llame gratis al:*
·1-800-252-VOTE(8683)
www.sos.state.tx.us

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                                    (ZIP CODE)

_____ , TX _____

*Fold on line and seal before mailing*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your Texas driver's license or personal identification number. If you do not have a driver's license or personal identification number, then give the last four digits of your social security number or if you do not have any of these identification numbers, then you must

indicate by checking the appropriate box on the application side 

### Identification Requirement

If you do not have a Texas driver's license or a social security number, you will be required to present identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. Instead, you may enclose a copy of one of the following with this voter registration application. Identification includes: a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address.

**Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.**

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.
- You must be at least 17 years and 10 months old to register, and you must be 18 years of age by election day.



236611966

received a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State          VR17.06 E.p65

**For Official Use Only**

Horris 17

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☒New ☐Change ☐Replacement

Are you a United States Citizen? ☒Yes ☐No

Will you be 18 years of age on or before election day? ☒Yes ☐No

Are you interested in serving as an election worker? ☒Yes ☐No

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Anthony | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)  2519 Dashwood Dr. Apt. 24 Houston

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence address.  Same  TX. 77036

| Date of Birth: month, day, year | Gender (Optional) ☐Male ☐Female |
|---|---|

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety)

☒ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☒ Check if you do not have a Social Security Number

**Telephone Number, Include Area Code**
(Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X Anthony Williams          Date 11/04/130

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date

COPY

*Fold on line and seal before mailing*

For Assistance
Call your local Voter Registrar or
Office of the Secretary of State
Toll Free: *Si necesita asistencia
llame gratis al:*
1-800-252-VOTE(8683)
www.sos.state.tx.us



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                                    (ZIP CODE)

_____ , TX _____

*Fold on line and seal before mailing*

**General Information**

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your Texas driver's license or personal identification number. If you do not have a driver's license or personal identification number, then give the last four digits of your social security number or if you do not have any of these identification numbers, then you must indicate by checking the appropriate box on the application side.

**Identification Requirement**

If you do not have a Texas driver's license or a social security number, you will be required to present identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. Instead, you may enclose a copy of one of the following with this voter registration application. Identification includes: a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address.

**Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.**

TX_00002312
JA_005071

TX_00002312

USA_00019953

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.
- You must be at least 17 years and 10 months old to register, and you must be 18 years of age by election day.

236611957

received a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must correct this form to update your address. If you do not need it, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State          VR1

For Official Use Only

Este formulario para inscribirse para votar está disponible en Español. Para conseguir una version en Español favor de llamar sin cargo al 252-8683 a la oficina del Secretario de Es

### Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement
Are you a United States Citizen?          ☑ Yes
Will you be 18 years of age on or before election day?          ☑ Yes

Are you interested in serving as an election worker?          ☑ Yes

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Troy | | |



**Residence Address:** Street Address and Apartment Number, City, State and ZIP Code. If none, describe where you live. (Do not use P.O. Box or Rural Rt.)  2519 Dashwood Dr. Apt 24 Hou

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence address.  7705

| Date of Birth: month, day, year | Gender (Optional) ☑ Male ☐ Female |
|---|---|

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety)

☑ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☐ Check if you do not have a Social Security Number

**Telephone Number, Include Area Code**
(Optional)

I understand that giving false information to procure voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,00

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or I have completed all of my punishment including term of incarceration, parole, supervision, probation, or I have been pardoned; and
- have not been declared mentally incompetent by judgment of a court of law.

X Troy Williams

Signature of Applicant or Agent and Relationship to or Printed Name of Applicant if Signed by Witness

COPY

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

plete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prepared by the Office of the Secretary of State        VR17.06 E.p65

For Official Use Only

## Qualifications

- You must register to vote in the county in which you reside.

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

**Complete These Questions Before Proceeding**

|||||
|---|---|---|---|
| ...ck one | ☐ New | ☐ Change | ☐ Replacement |
| : you a United States Citizen? | | ☑ Yes | ☐ No |
| ...ll you be 18 years of age on or ...fore election day? | | ☑ Yes | ☐ No |

236760386

- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

Are you interested in serving as an election worker?    ☐ Yes  ☑ No

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Edward | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt. 24

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code: If mail cannot be delivered to your residence address.
Houston, TX 77081

| Date of Birth: month, day, year | Gender (Optional)<br>☐ Male  ☐ Female | I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both. |
|---|---|---|

**TX Driver's License No. or Personal I.D. No.**
(Issued by the Department of Public Safety)

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

☑ **Check if you do not have a TX Driver's License, or Personal Identification Number**

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☑ **Check if you do not have a Social Security Number**

**Telephone Number, Include Area Code**
(Optional)

X  Edward Williams    03.30.07
Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002314

USA_00019955



For Assistance
Call your local Voter Registrar or
Office of the Secretary of State
Toll Free: *Si necesita asistencia*
*llame gratis al:*
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799

02 APR 2007 PM 1 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)
*Houston* , TX 77024 (ZIP CODE)

*Fold on line and seal before mailing*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your Texas driver's license or personal identification number. If you do not have a driver's license or . . . . . . . . number, then give the . . . . . . . social security number or if you do not have any of these identification numbers, then you must

indicate by checking the appropriate box on the application side.

### Identification Requirement

If you do not have a Texas driver's license or a social security number, you will be required to present identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. Instead, you may enclose a copy of one of the following with this voter registration application. Identification includes: a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . a la version del
. . . . . . . . . hace al 1-800-252-8683 para
conseguir una version en Español.

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683). TDD 1-800-735-2989. www.sos.state.tx.us.

### Qualifications

- You must register to vote in the county in which you reside.

236760894

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State    VR17 06E p63

**For Official Use Only**

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

eck one ☐ New ☐ Change ☐ Replacement

e you a United States Citizen? ☐ Yes ☐ No

ll you be 18 years of age on or fore election day? ☐ Yes ☐ No

Are you interested in serving as an election worker? ☐ Yes ☐ No

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Gerald | | |

**Residence Address:** Street Address and Apartment Number, City, State and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)  2579 Dashwood Dr Apt 34 Houston, TX

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code: If mail cannot be delivered to your residence address.   Same

| Date of Birth: month, day, year | Gender (Optional) ☑ Male ☐ Female |
|---|---|

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety)

☐ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☐ Check if you do not have a Social Security Number

**Telephone Number, Include Area Code** (Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I

- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _Gerald Williams_    4 06 07

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002316

USA_00019957

For Assistance
Call your local Voter Registrar or
Office of the Secretary of State
Toll Free: Si necesita asistencia
llame gratis al:
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 79~

07 APR 2007 PM 2 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)
*Houston* .TX
(ZIP CODE)

772 53

*Fold on line and seal before mailing*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.

- If you move to another county, you must re-register in the county of your new residence.

- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.

- You must provide your Texas driver's license or personal identification number. If you do not have a driver's license or personal identification number, then give the last four digits of your social security number or if you do not have any of these identification numbers, then you must

indicate by checking the appropriate box on the application side.

### Identification Requirement

If you do not have a Texas driver's license or a social security number, you will be required to present identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. Instead, you may enclose a copy of one of the following with this voter registration application. Identification includes: a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

TX_00002317

USA_00019958

## s Voter Registration Application

complete sections by printing legibly. If you
ny questions about how to fill out this applica-
please call your local voter registrar or the
tary of State's Office toll free at
-252-VOTE(8683), TDD 1-800-735-2989,
.sos.state.tx.us.

If you are already registered to vote, you do not need to com-
plete this form. If you have moved, you must complete this
form to update your address. If you do not need this form,
please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State    VR17.06E.p65

**For Official Use Only**

Este formulario para inscribirse para votar tambien
está disponible en Español. Para conseguir la ver-
sion en Español favor de llamar sin cargo 1-800-
252-8683 a la oficina del Secretario de Estado.

### lifications

u must register to vote in the county in



236761697

ou must not be finally convicted of a
elony, or if you are a felon, you must have
ompleted all of your punishment, including
ny term of incarceration, parole, supervi-
ion, period of probation, or you must have
eceived a pardon.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☐ Replacement

ure you a United States Citizen? ☒ Yes ☐ No

Will you be 18 years of age on or
before election day? ☒ Yes ☐ No

If you checked "no" in response to either of the above do
not complete this form.

Are you interested in serving as
an election worker? ☒ Yes ☐ No

• Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Linda | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include
Box or Rural Rt.)  2519 Dashwood Dr. Apt 24, Houston, TX. 77024

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence
dress.  2519 Dashwood Dr. Apt 24, Houston, TX. 77024

ate of Birth: month, day, year

Gender (Optional) ☐ Male ☒ Female

TX Driver's License No. or Personal I.D. No.
ssued by the Department of Public Safety)

☐ Check if you do not have a TX Driver's License, or
Personal Identification Number

If no TX Driver's License or Personal Identification,
give last 4 digits of your Social Security Number

☐ Check if you do not have a Social
Security Number

Telephone Number. Include Area Code (Optional)

I understand that giving false information to procure a
voter registration is perjury, and a crime under state and
federal law. Conviction of this crime may result in
imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
• am a resident of this county;
• have not been finally convicted of a felony or if a felon
I have completed all of my punishment including any
term of incarceration, parole, supervision, period of
probation, or I have been pardoned; and
• have not been declared mentally incompetent by final
judgment of a court of law.

X _Linda Williams_    4.09.07 Date

Signature of Applicant or Agent and Relationship to Applicant
or Printed Name of Applicant if Signed by Witness and Date.

## COPY

TX_00002318
JA_005077

TX_00002318

USA_00019959

## Voter Registration Application

complete sections by printing legibly. If you
y questions about how to fill out this applica-
ease call your local voter registrar or the
ary of State's Office toll free at
252-VOTE(8683), TDD 1-800-735-2989,
os.state.tx.us.

**fications**

must register to vote in the county in
ch you reside.



236686109

... ony, or if you are a felon, you must have
mpleted all of your punishment, including
y term of incarceration, parole, supervi-
on, period of probation, or you must have
ceived a pardon.

If you are already registered to vote, you do not need to com-
plete this form. If you have moved, you must complete this
form to update your address. If you do not need this form,
please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State    VR17.06E.p65

**For Official Use Only**

Harris    17

Este formulario para inscribirse para votar tambien
está disponible en Español. Para conseguir la ver-
sion en Español favor de llamar sin cargo 1-800-
252-8683 a la oficina del Secretario de Estado.

### Complete These Questions before Proceeding

| | | |
|---|---|---|
| eck one ☑New ☐Change ☐Replacement | | |
| you a United States Citizen? | ☑Yes | ☐No |
| l you be 18 years of age on or ore election day? | ☑Yes | ☐No |

If you checked "no" in response to either of the above, do
not complete this form.

| Are you interested in serving as an election worker? | ☑Yes | ☐No |
|---|---|---|

● Continue below to complete application.

| Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Judy | | |

dence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live. (Do not include ox or Rural Rt.)
2579 Dashwood Dr. Houston, TX. 77034

iling Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code; if mail cannot be delivered to your residence ess.
2579 Dashwood DR Apt 211, Houston, TX. 77829

e of Birth: month, day, year

Gender (Optional)
☐ Male ☑ Female

. Driver's License No. or Personal I.D. No.
ued by the Department of Public Safety)

☐ Check if you do not have a TX Driver's License, or Personal Identification Number

L? TX Driver's License or Personal Identification, ve last 4 digits of your Social Security Number

☑ Check if you do not have a Social Security Number

elephone Number, Include Area Code

(Optional)

I understand that giving false information to procure a
voter registration is perjury, and a crime under state and
federal law. Conviction of this crime may result in
imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
● am a resident of this county;
● have not been finally convicted of a felony or if a felon
I have completed all of my punishment including any
term of incarceration, parole, supervision, period of
probation, or I have been pardoned; and
● have not been declared mentally incompetent by final
judgment of a court of law.

X Judy Williams    4.04.07
Date

Signature of Applicant or Agent and Relationship to Applicant
or Printed Name of Applicant if Signed by Witness and Date.



COPY

TX_00002319
JA_005078

TX_00002319

USA_00019960

## Voter Registration Application

mplete sections by printing legibly. If you
questions about how to fill out this applica-
se call your local voter registrar or the
y of State's Office toll free at
2-VOTE(8683), TDD 1-800-735-2989,
.state.tx.us.

### cations

must register to vote in the county in
you reside.

236686092

ny, or if you are a felon, you must have
pleted all of your punishment, including
term of incarceration, parole, supervi-
, period of probation, or you must have
ived a pardon.

If you are already registered to vote, you do not need to com-
plete this form. If you have moved, you must complete this
form to update your address. If you do not need this form,
please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State          VR17.06E.p65

**For Official Use Only**

Harris 11

Este formulario para inscribirse para votar tambien
está disponible en Español. Para conseguir la ver-
sion en Español favor de llamar sin cargo 1-800-
252-8683 a la oficina del Secretario de Estado.

### Complete These Questions fore Proceeding

ck one ☐ New ☐ Change ☐ Replacement

you a United States Citizen? ☑ Yes ☐ No

l you be 18 years of age on or
re election day? ☑ Yes ☐ No

If you checked 'no' in response to either of the above, do
not complete this form.

Are you interested in serving as
an election worker? ☑ Yes ☐ No

• Continue below to complete application.

| lame | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Shaka | | |

ence Address: Street Address and Apartment Number, City, State and ZIP Code. If none, describe where you live. (Do not include
Rural Rt.)
519 Dashwood Dr Apt 2f, Houston, Tx 77024

ng Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code: If mail cannot be delivered to your residence
519 Dashwood Dr Apt 2f, Houston, Tx 77024

of Birth: month, day, year

Gender (Optional) ☐ Male ☑ Female

Driver's License No. or Personal I.D. No.
d by the Department of Public Safety)

Check if you do not have a TX Driver's License, or
Personal Identification Number

o TX Driver's License or Personal Identification,
e last 4 digits of your Social Security Number

Check if you do not have a Social
Security Number

ephone Number, Include Area Code
(Optional)

I understand that giving false information to procure a
voter registration is perjury, and a crime under state and
federal law. Conviction of this crime may result in
imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
• am a resident of this county;
• have not been finally convicted of a felony or if a felon
  I have completed all of my punishment including any
  term of incarceration, parole, supervision, period of
  probation, or I have been pardoned; and
• have not been declared mentally incompetent by final
  judgment of a court of law.

X Shaka Williams          Date 4.04.07

Signature of Applicant or Agent and Relationship to Applicant
or Printed Name of Applicant if Signed by Witness and Date.



TX_00002320

USA_00019961

## Voter Registration Application

Complete sections by printing legibly. If you
...uestions about how to fill out this applica-
...e call your local voter registrar or the
... of State's Office toll free at
...2-VOTE(8683), TDD 1-800-735-2989,
...state.tx.us.

### ...cations

...ust register to vote in the county in
...you reside.

...ust be a citizen of the United States



36686083

... or if you are a felon, you must have
...leted all of your punishment, including
...erm of incarceration, parole, supervi-
...period of probation, or you must have
...ved a pardon.

If you are already registered to vote, you do not need to com-
plete this form. If you have moved, you must complete this
form to update your address. If you do not need this form,
please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State          VR12.06E.p65

**For Official Use Only**

Ho 1 5 1 7 9

Este formulario para inscribirse para votar tambien
está disponible en Español. Para conseguir la ver-
sión en Español favor de llamar sin cargo 1-800-
252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

...heck one ☒New ☐Change ☐Replacement
...re you a United States Citizen?          ☒Yes ☐No
...ill you be 18 years of age on or
...fore election day?                        ☒Yes ☐No
...you checked "no" in response to either of the above do
...not complete this form.

Are you interested in serving as
an election worker?                         ☐Yes ☐No

• Continue below to complete application.

| ...me: | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|

Williams | Mary

...ect Address: Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include
... Rural Rt.)

2519 Dashwood DR. Apt. 24, Houston, TX. 77024

...e Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence.

2519 Dashwood DR. Apt. 24, Houston, TX. 77024

| ...f Birth: month, day, year | Gender (Optional) |
|---|---|
| | ☐ Male ☒ Female |

...river's License No. or Personal I.D. No.
...by the Department of Public Safety)

...heck if you do not have a TX Driver's License, or
...ersonal Identification Number

...TX Driver's License or Personal Identification,
...last 4 digits of your Social Security Number

...heck if you do not have a Social
...ecurity Number

...phone Number, Include Area Code
                                    (Optional)

I understand that giving false information to procure a
voter registration is perjury, and a crime under state and
federal law. Conviction of this crime may result in
imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
• am a resident of this county;
• have not been finally convicted of a felony or if a felon
  I have completed all of my punishment including any
  term of incarceration, parole, supervision, period of
  probation, or I have been pardoned; and
• have not been declared mentally incompetent by final
  judgment of a court of law.          04.04.07

X Mary Williams                              Date

Signature of Applicant or Agent and Relationship to Applicant
or Printed Name of Applicant if Signed by Witness and Date.

**COPY**

## Voter Registration Application

[...]mplete sections by printing legibly. If you
[...] questions about how to fill out this applica-
[...]se call your local voter registrar or the
[...] of State's Office toll free at
[...]2-VOTE(8683), TDD 1-800-735-2989,
[...] state.tx.us.

**[...]cations**

[...]ust register to vote in the county in
[...] you reside.



6686074

[...]must not be finally convicted of a
[...]y, or if you are a felon, you must have
[...]leted all of your punishment, including
[...]erm of incarceration, parole, supervi-
[...] period of probation, or you must have
[...]ved a pardon.

If you are already registered to vote, you do not need to com-
plete this form. If you have moved, you must complete this
form to update your address. If you do not need this form,
please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State          VR17.06E.p65

**For Official Use Only**

Harris D

Este formulario para inscribirse para votar tambien
está disponible en Español. Para conseguir la ver-
sion en Español favor de llamar sin cargo 1-800-
252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or
before election day? ☑ Yes ☐ No

**If you checked "no" in response to either of the above, do
not complete this form.**

Are you interested in serving as
an election worker? ☐ Yes ☐ No

• Continue below to complete application.

---

| [...]me | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Juanita | | |

[...]ce Address: Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include [...] Rural R[...])
[...]9 Dashwood Dr. Apt 24, Houston, TX 77024

[...]g Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence.
[...]519 Dashwood Dr. Apt 24, Houston, TX 77024

[...]f Birth: month, day, year | Gender (Optional) ☐ Male ☑ Female

[...]iver's License No. or Personal I.D. No.
[...]by the Department of Public Safety)

[...]heck if you do not have a TX Driver's License or
[...]rsonal Identification Number

[...] TX Driver's License or Personal Identification,
[...]ast 4 digits of your Social Security Number

[...]heck if you do not have a Social
[...]ecurity Number

[...]hone Number, Include Area Code
(Optional)

I understand that giving false information to procure a
voter registration is perjury, and a crime under state and
federal law. Conviction of this crime may result in
imprisonment up to 180 days, a fine up to $2,000, or both.

**I affirm that I**
- am a resident of this county;
- have not been finally convicted of a felony or if a felon
  I have completed all of my punishment including any
  term of incarceration, parole, supervision, period of
  probation, or I have been pardoned; and
- have not been declared mentally incompetent by final
  judgment of a court of law.

X _Juanita W. Williams_    Date 04/04/07

Signature of Applicant or Agent and Relationship to Applicant
or Printed Name of Applicant if Signed by Witness and Date.

**COPY**

TX_00002322
JA_005081

TX_00002322

USA_00019963

## Voter Registration Application

omplete sections by printing legibly. If you
questions about how to fill out this applica-
ase call your local voter registrar or the
ry of State's Office toll free at
52-VOTE(8683), TDD 1-800-735-2989,
s.state.tx.us.

**ications**

must register to vote in the county in
h you reside.



236686065

ny, or if you are a felon, you must have
pleted all of your punishment, including
term of incarceration, parole, supervi-
, period of probation, or you must have
eived a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Presented by the Office of the Secretary of State          VR17.06E.p65

**For Official Use Only**

Homis 178

Este formulario para inscribirse para votar tambien
está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

heck one ☑New ☐Change ☐Replacement

re you a United State Citizen? ☑Yes ☐No

ill you be 18 years of age on or
fore election day? ☑Yes ☐No

If you checked "no" in response to either of the above do
not complete this form.

Are you interested in serving as
an election worker? ☑Yes ☐No

• Continue below to complete application.

| ame | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|

Iffams Chrishawn

ence Address: Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include...)

519 Dashwood Dr. Apt 24, Houston, TX. 77024

ng Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence...

519 Dashwood Dr. Apt 24 Houston, TX. 77024

of Birth: month, day, year | Gender (Optional) ☐Male ☐Female

Driver's License No. or Personal I.D. No.
d by the Department of Public Safety)

Check if you do not have a TX Driver's License, or
Personal Identification Number

o TX Driver's License or Personal Identification,
last 4 digits of your Social Security Number

Check if you do not have a Social
Security Number

ephone Number, Include Area Code
(Optional)

I understand that giving false information to procure a
voter registration is perjury, and a crime under state and
federal law. Conviction of this crime may result in
imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
• am a resident of this county;
• have not been finally convicted of a felony or if a felon
I have completed all of my punishment including any
term of incarceration, parole, supervision, period of
probation, or I have been pardoned; and
• have not been declared mentally incompetent by final
judgment of a court of law.

X Chrishawn Williams   04.04.07

Signature of Applicant or Agent and Relationship to Applicant
or Printed Name of Applicant if Signed by Witness and Date.

COPY

TX_00002323
JA_005082

TX_00002323

USA_00019964

## Voter Registration Application

nplete sections by printing legibly. If you
questions about how to fill out this applica-
se call your local voter registrar or the
y of State's Office toll free at
2-VOTE(8683), TDD 1-800-735-2989,
.state.tx.us.

### cations

ust register to vote in the county in
you reside.

nust be a citizen of the United States.



236686056

... you ... a felon, you must have
oleted all of your punishment, including
erm of incarceration, parole, supervi-
period of probation, or you must have
ived a pardon.

If you are already registered to vote, you do not need to com-
plete this form. If you have moved, you must complete this
form to update your address. If you do not need this form,
please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State    VR17.06E.p65

**For Official Use Only**

Hon. 517

Este formulario para inscribirse para votar tambien
está disponible en Español. Para conseguir la ver-
sion en Español favor de llamar sin cargo 1-800-
252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

ck one ☑New ☐Change ☐Replacement

yon a United States Citizen?    ☑Yes ☐No

you be 18 years of age on or
re election day?    ☑Yes ☐No

you checked 'no' in response to either of the above do
not complete this form.

Are you interested in serving as
an election worker?    ☑Yes ☐No

• Continue below to complete application.

| me| First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| liams | Wanda | A | |

**ace Address:** Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include x Birth IRS)
2519 Dashwood Dr. Apt 4, Houston, Tx. 77024

**g Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence
2519 Dashwood Dr. Apt. 4, Houston, Tx. 77024

f Birth: month, day, year | **Gender** (Optional)
☐ Male ☑Female

iver's License No. or Personal I.D. No.
by the Department of Public Safety)

heck if you do not have a TX Driver's License or
ersonal Identification Number

TX Driver's License or Personal Identification,
last 4 digits of your Social Security Number

heck if you do not have a Social
ecurity Number

hone Number. Include Area Code
(Optional)

I understand that giving false information to procure a
voter registration is perjury, and a crime under state and
federal law. Conviction of this crime may result in
imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
• am a resident of this county;
• have not been finally convicted of a felony or if a felon
  I have completed all of my punishment including any
  term of incarceration, parole, supervision, period of
  probation, or I have been pardoned; and
• have not been declared mentally incompetent by final
  judgment of a court of law.

X Wanda Williams    Date 4-8-07

Signature of Applicant or Agent and Relationship to Applicant
or Printed Name of Applicant if Signed by Witness and Date.



## Voter Registration Application

Complete sections by printing legibly. If you have questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

**Qualifications**

You must register to vote in the county in which you reside.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State     VR17.06E.p65

**For Official Use Only**

*Harris 238 11*

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

**Complete These Questions Before Proceeding**

☐New ☐Change ☐Replacement

Are you a United States Citizen? ☑Yes ☐No

Will you be 18 years of age on or before election day? ☑Yes ☐No

If you checked 'no' in response to either of the above, do not complete this form.

Are you interested in serving as an election worker? ☑Yes ☐No

• Continue below to complete application.

||||||
|---|---|---|---|---|
|Last Name: Williams|First Name: Shelia|Middle Name: Denise|Former Name:||

barcode 236686047

Felony — you must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

Residence Address: 5519 Dashwood Dr Apt 20 Houston, TX 77024

Mailing Address: 5519 Dashwood Dr Apt 20 Houston, TX 77024

Date of Birth: Gender: ☐Male ☑Female

Driver's License No. or Personal I.D. No.

☐Check if you do not have a TX Driver's License
☐no TX Driver's License give last 4 digits of Social Security Number
☐Check if you do not have a Social Security Number

Telephone Number:

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
• am a resident of this county;
• have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
• have not been declared mentally incompetent by final judgment of a court of law.

X Shelia Denise Williams   Date 4/04/07

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

COPY

TX_00002325
JA_005084

TX_00002325
USA_00019966

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Presented to the Office of the Secretary of State      VR17.06E.p65

For Official Use Only

*Horis 17*

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

• You must register to vote in the county in which you reside.

236686010

• You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

### Complete These Questions Before Proceeding

Check one ☑New ☐Change ☐Replacement

Are you a United States Citizen? ☑Yes ☐No

Will you be 18 years of age on or before election day? ☑Yes ☐No

If you checked "no" in response to either of these questions, do not complete this form.

Are you interested in serving as an election worker? ☑Yes ☐No

• Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Benard | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
*2319 Dashwood DR. Apt. 34*

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code: If mail cannot be delivered to your residence address.
*Houston, TX. 77024*

Date of Birth: month, day, year
*1-14-80*

Gender (Optional) ☑Male ☐Female

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety)

☐ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☐ Check if you do not have a Social Security Number

Telephone Number, Include Area Code
(Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
• am a resident of this county;
• have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
• have not been declared mentally incompetent by final judgment of a court of law.

X *Benard Williams*     *3.30.07*
Date

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

COPY

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications

- You must register to vote in the county in which you reside.



236686001

- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State        VR17 06E.p65

**For Official Use Only**

Harris 17

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☑New ☐Change ☐Replacement

Are you a United States Citizen? ☑Yes ☐No

Will you be 18 years of age on or before election day? ☑Yes ☐No

If you checked "no" in response to either of these do not complete this form.

Are you interested in serving as an election worker? ☑Yes ☐No

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Arthur | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr, Apt. 24

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code: If mail cannot be delivered to your residence address.
Houston, TX. 77024

**Date of Birth:** month, day, year
7-14-80

**Gender** (Optional) ☑Male ☐Female

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety)

☐ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☐ Check if you do not have a Social Security Number

Telephone Number, Include Area Code
(Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X Arthur Williams        3-30-07 Date

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

**COPY**

TX_00002327
JA_005086

TX_00002327

USA_00019968

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications

- You must register to vote in the county in which you reside.

||||||||||||||||||||||| (barcode)

236685994

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State      VR 17 0AF_p65

For Official Use Only

Hon-15 1)

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or before election day? ☑ Yes ☐ No

If you checked "no" in response to either of the above, do not complete this form.

Are you interested in serving as an election worker? ☐ Yes ☑ No

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Ronald | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.) 2519 Dashwood Dr. Apt 24, Houston, TX 77024

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code: If mail cannot be delivered to your residence address.

| Date of Birth: month, day, year | Gender (Optional) |
|---|---|
| 3-10-83 | ☑ Male ☐ Female |

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety)

☑ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☑ Check if you do not have a Social Security Number

Telephone Number, Include Area Code
(Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X _Ronald Williams_    3-30-07
Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

# COPY

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications

- You must register to vote in the county in which you reside.

236685985

- You must ~~not be~~ ... United States. felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Presented by the Office of the Secretary of State    VR17 06E pk5

**For Official Use Only**

*Harris 17*

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☐New ☐Change ☐Replacement

Are you a United States Citizen? ☑Yes ☐No

Will you be 18 years of age on or before election day? ☑Yes ☐No

~~If you answered no to either of these questions, do not complete this form.~~

Are you interested in serving as an election worker? ☑Yes ☐No

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | James | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.) 2519 Dashwood Dr. Apt 24 Houston, TX 77024

**Mailing Address:** Street Address and Apartment Number or P.O. Box, City, State and ZIP Code: If mail cannot be delivered to your residence address.

**Date of Birth:** month, day, year 3-10-83    **Gender** (Optional) ☑Male ☐Female

**TX Driver's License No. or Personal I.D. No.** (Issued by the Department of Public Safety)

☐ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☐ Check if you do not have a Social Security Number

**Telephone Number, Include Area Code** (Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X *James Williams*    **Date** 3-5-07

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

COPY

TX_00002329
JA_005088

TX_00002329

USA_00019970

mplete sections by printing legibly. If you
questions about how to fill out this applica-
se call your local voter registrar or the
y of State's Office toll free at
2-VOTE(8683), TDD 1-800-735-2989,
s.state.tx.us.

**cations**

nust register to vote in the county in
n you reside.

236686038

ny, or if you are a felon, you must have
pleted all of your punishment, including
term of incarceration, parole, supervi-
, period of probation, or you must have
ived a pardon.

ple this form. If you have moved you must complete this
form to update your address. If you do not need this form,
please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State          VR17.06E p65

For Official Use Only

Morris 17

Este formulario para inscribirse para votar tambien
está disponible en Español. Para conseguir la ver-
sion en Español favor de llamar sin cargo 1-800-
252-8683 a la oficina del Secretario de Estado.

## Complete These Questions Before Proceeding

ck one ☑New ☐Change ☐Replacement
you a United States Citizen?          ☑Yes ☐No
you be 18 years of age on or
re election day?                      ☑Yes ☐No

you checked "no" in response to either of the above, do
not complete this form.

Are you interested in serving as
an election worker?                   ☑Yes ☐No

• Continue below to complete application.

| ame | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | ALICE | | |

ence Address: Street Address and Apartment Number, City, State and ZIP Code. If none, describe where you live. (Do not include
or Rural Rt.)
2519 Dashwood Dr. Apt. 24 Houston, TX

ng Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence
2519 Dashwood Dr. Apt. 24 Houston, TX

of Birth: month, day, year          Gender (Optional)
☐Male ☑Female

Driver's License No. or Personal I.D. No.
d by the Department of Public Safety)

Check if you do not have a TX Driver's License, or
Personal Identification Number

o TX Driver's License or Personal Identification,
e last 4 digits of your Social Security Number

Check if you do not have a Social
Security Number

ephone Number, Include Area Code
(Optional)

I understand that giving false information to procure a
voter registration is perjury, and a crime under state and
federal law. Conviction of this crime may result in
imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
• am a resident of this county;
• have not been finally convicted of a felony or if a felon
  I have completed all of my punishment including any
  term of incarceration, parole, supervision, period of
  probation, or I have been pardoned; and
• have not been declared mentally incompetent by final
  judgment of a court of law.                4/04/07

X Alice Williams                          (Date)

Signature of Applicant or Agent and Relationship to Applicant
or Printed Name of Applicant if Signed by Witness and Date.

# COPY

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.



236686029

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State          VR17.06E.p65

| For Official Use Only |
| --- |
| 118-11.5   17 |

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☑ New ☐ Change ☐ Replacement

Are you a United States Citizen? ☑ Yes ☐ No

Will you be 18 years of age on or before election day? ☑ Yes ☐ No

If you checked "no" in response to either of these questions, do not complete this form.

Are you interested in serving as an election worker? ☐ Yes ☐ No

- Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
| --- | --- | --- | --- |
| Williams | Calvert | | |

Residence Address: Street Address and Apartment Number, City, State and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt. 24 Houston, TX.

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code: If mail cannot be delivered to your residence address.
77024

| Date of Birth: month, day, year | Gender (Optional) |
| --- | --- |
| 4-15-85 | ☑ Male ☐ Female |

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety)

☑ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☑ Check if you do not have a Social Security Number

Telephone Number, Include Area Code
                                        (Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X Calvert Williams          03,30,07
                                              Date

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

# COPY

TX_00002331
JA_005090

TX_00002331

USA_00019972

## Voter Registration Application

omplete sections by printing legibly. If you
y questions about how to fill out this applica-
ease call your local voter registrar or the
...y of State's Office toll free at
252-VOTE(8683), TDD 1-800-735-2989,
os.state.tx.us.

### fications

must register to vote in the county in
ch you reside.

u must be a citizen of the United States



236686118

ony, or if you are a felon, you must have
mpleted all of your punishment, including
y term of incarceration, parole, supervi-
on, period of probation, or you must have
ceived a pardon.

If you are already registered to vote, you do not need to com-
plete this form. If you have moved, you must complete this
form to update your address. If you do not need this form,
please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State          VR17.06E.p65

**For Official Use Only**

Harris 17

Este formulario para inscribirse para votar tambien
está disponible en Español. Para conseguir la ver-
sion en Español favor de llamar sin cargo 1-800-
252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

... are □ New □ Change □ Replacement

re you a United States Citizen?          ☑ Yes □ No

Will you be 18 years of age on or
before election day?          ☑ Yes □ No

f you checked 'no' in response to either of the above, do
not complete this form.

Are you interested in serving as
an election worker?          ☑ Yes □ No

• Continue below to complete application.

| Name | First Name | Middle Name (If any) | Former Name |
|------|------------|---------------------|-------------|
| Williams | Angela | A | |

idence Address: Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include
Box or Rural Rt.)  2519 Dashwood Dr. Apt. 24, Houston TX. 77024

ling Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence
ess. 2519 Dashwood Dr. Apt. 24, Houston, TX. 77024

te of Birth: month, day, year

Gender (Optional)
□ Male  ☑ Female

Driver's License No. or Personal I.D. No.
ssued by the Department of Public Safety)

] Check if you do not have a TX Driver's License, or
Personal Identification Number

f no TX Driver's License or Personal Identification,
ive last 4 digits of your Social Security Number

] Check if you do not have a Social
Security Number

Telephone Number, ... ... Area Code
(Optional)

I understand that giving false information to procure a
voter registration is perjury, and a crime under state and
federal law. Conviction of this crime may result in
imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
• am a resident of this county;
• have not been finally convicted of a felony or if a felon
I have completed all of my punishment including any
term of incarceration, parole, supervision, period of
probation, or I have been pardoned; and
• have not been declared mentally incompetent by final
judgment of a court of law.

X Angela Williams          Date 14.04.87

Signature of Applicant or Agent and Relationship to Applicant
or Printed Name of Applicant if Signed by Witness and Date.



TX_00002332
JA_005091

TX_00002332

USA_00019973

Type: VOTER   Record ID: 6143909   Imaging Dept. ID: 236774399

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

plete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Prescribed by the Office of the Secretary of State   VR11 06E p65
For Official Use Only

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

## Qualifications
- You must register to vote in the county in which you reside.

‖‖‖‖‖‖‖‖‖‖‖
236774399

- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

## Complete These Questions Before Proceeding

Check one ☑New ☐Change ☐Replacement
Are you a United States Citizen? ☑Yes ☐No
Will you be 18 years of age on or before election day? ☑Yes ☐No

Are you interested in serving as an election worker? ☐Yes ☐No
- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Alicia | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.) 2519 Dashwood Dr. Apt 24, Houston, TX

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code: If mail cannot be delivered to your residence address. (SAME)   77024

Date of Birth: month, day, year     Gender (Optional) ☐Male ☑Female

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety)

☑ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☑ Check if you do not have a Social Security Number

Telephone Number, Include Area Code (Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X Alicia Williams   04/16/07
Signature of Applicant or Agent and Relationship to Applicant

TX_00002333
USA_00019974



For a voter registration form,
Call your local Voter Registrar or
Office of the Secretary of State
Toll Free: *Si necesita asistencia*
*llame gratis al:*
1-800-252-VOTE(8683)
www.sos.state.tx.us

EL PASO TX 799
16 APR 2007 PM 1 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL PERMIT NO. 4511 AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

REGISTRAR OF VOTERS
COUNTY COURTHOUSE
(CITY)                              (ZIP CODE)
*Houston* ,TX *77024*

*Fold on line and seal before mailing*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your Texas driver's license or personal identification number. If you do not have a driver's license or personal identification number, then give the last four digits of your social security number or if you do not have any of these identification numbers, then you must

indicate by checking the appropriate box on the application side.

### Identification Requirement

If you do not have a Texas driver's license or a social security number, you will be required to present identification when you vote in person or enclose a copy of such identification with your ballot if you vote by mail. Instead, you may enclose a copy of one of the following with this voter registration application. Identification includes: a current and valid ID; a copy of a current utility bill; bank statement; government check; paycheck; or other government document that shows your name and address.

Este formulario está disponible en Español. Favor de llamar sin cargo a la oficina del Secretario de Estado al 1-800-252-8683 para conseguir una version en Español.

Type: VOTER    Record ID: 61440137    Imaging Dept. ID: 236958146

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989. www.sos.state.tx.us.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

Promulgated by the Office of the Secretary of State    VR17.065.p05

For Official Use Only

Ho..r 17

Este formulario para inscribirse para votar tambien está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Qualifications

- You must register to vote in the county in

236958146

- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

## Complete These Questions Before Proceeding

Check one ☑New ☐Change ☐Replacement

Are you a United States Citizen? ☑Yes ☐No

Will you be 18 years of age on or before election day? ☑Yes ☐No

Are you interested in serving as an election worker? ☑Yes ☐No

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Cindy | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwin Dr. Apt 24, Houston, TX

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. (If mail cannot be delivered to your residence address)
Same    77024

Date of Birth: month, day, year    Gender (Optional) ☐Male ☑Female

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety)

☑ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

☑ Check if you do not have a Social Security Number

Telephone Number, Include Area Code (Optional)

X Cindy Williams    04/16/07

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002335

USA_00019976

pe: VOTER    Record ID: 61440137    Imaging Dept. ID: 96030006_VL

USA_00019977

XL_00002339

## General Information

- Your voter registration days after it is received, whichever is later.

- If you move to another re-register in the court

- If you decline to regis you have declined t confidential and will b tion purposes. If you identity of the office (if submitted a voter regi remain confidential and registration purposes.

- You must provide your personal identification have a driver's license number, then give the social security number of these identification.

For Assistance
Call your local Voter Registrar or
Office of the Secretary of S
Toll Free: Si necesita asist
llame gratis al:
1-800-252-VOTE(8683)
www.sos.state.tx.us

POSTAL
REG
COUN
(CITY)

BU
FIRS

SECRETARY OF STATE
ELECTIONS DIVISION
P.O. Box 12060
Austin, Texas   78711-2060

OFFICIAL  BUSINESS
STATE OF TEXAS
STATE PENALTY
FOR PRIVATE USE

PRESORTED
FIRST CLASS




UNITED STATES POSTAGE
$ 00.30⁸
02 1A
0004340375   APR 24  2007
MAILED FROM ZIP CODE 18701

THE HONORABLE PAUL BETTENCOURT
TAX ASSESSOR-COLLECTOR
HARRIS COUNTY
P.O. BOX 3527
HOUSTON, TEXAS  77253-3527

NO POSTAGE
NARY
ED
JATES

Type: VOTER    Record ID: 61440111    Imaging Dept. ID: 236958137

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.

236958137

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

*Presented by the Office of the Secretary of State* VR.17.045.e45

For Official Use Only
Harris 17

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☐New ☐Change ☐Replacement

Are you a United States Citizen? ☑Yes ☐No

Will you be 18 years of age on or before election day? ☑Yes ☐No

Are you interested in serving as an election worker? ☑Yes ☐No

- Continue below to complete application.

| Last Name | First Name | Middle Name (If any) | Former Name |
|---|---|---|---|
| Williams | Larry | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
9519 Dashwood Dr. Apt. 214, Houston, TX

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State, and ZIP Code. If mail cannot be delivered to your residence address.
SAME  77024

Date of Birth: month, day, year

Gender (Optional) ☑Male ☐Female

TX Driver's License No. or Personal I.D. No. (Issued by the Department of Public Safety)

☑ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☑ Check if you do not have a Social Security Number

Telephone Number, Include Area Code
(Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X Larry Williams    04,16,07
Date

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002337

USA_00019978

USA 00019979
TX_00002338
JA_005097
TX_0000090

:: VOTER    Record ID: 61440111    Imaging Dept. ID: 236958137

*Fold on line and seal before mailing*

For Assistance
Call your local Voter Registrar or
Office of the Secretary of State
Toll Free; Si necesita asistencia
llame gratis al:
1-800-252-VOTE(8683)
www.sos.state.tx.us

## BUSINESS RE
FIRST CLASS MAIL PERMIT

POSTAGE WILL BE PAID BY AD

REGISTRAR OF VOTE
COUNTY COURTHOUSE
(CITY)



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

OFFICIAL BUSINESS
STATE OF TEXAS
STATE PENALTY
FOR PRIVATE USE

PRESORTED
FIRST CLASS

*Fold on line and*

### General Information

- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later.
- If you move to another county, you must re-register in the county of your new residence.
- If you decline to register to vote, the fact that you have declined to register will remain confidential and will be used only for registration purposes. If you do register to vote, the identity of the office (if applicable) at which you submitted a voter registration application will remain confidential and will be used only for voter registration purposes.
- You must provide your Texas driver's license or personal identification number. If you do not have a driver's license or personal identification number, then give the last four digits of your social security number or if you do not have any of these identification numbers, then you mus

SECRETARY OF STATE
ELECTIONS DIVISION
P.O. Box 12060
Austin, Texas 78711-2060

appropriate box on the

s driver's license or a
u will be required to
you vote in person or
ntification with your
Instead, you may en-
following with this
tion. Identification
d ID; a copy of a cur-
tement; government
government document
. address.

ponible en Español.
rgo a la oficina del
1-800-252-8683 para
Español.




Type: VOTER    Record ID: 61440095    Imaging Dept. ID: 236772006

## Texas Voter Registration Application

Please complete sections by printing legibly. If you have any questions about how to fill out this application, please call your local voter registrar or the Secretary of State's Office toll free at 1-800-252-VOTE(8683), TDD 1-800-735-2989, www.sos.state.tx.us.

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.

<br>
236772006

felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.

If you are already registered to vote, you do not need to complete this form. If you have moved, you must complete this form to update your address. If you do not need this form, please pass it on to someone who could use it.

For Official Use Only

*Harris 17*

Este formulario para inscribirse para votar también está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo 1-800-252-8683 a la oficina del Secretario de Estado.

### Complete These Questions Before Proceeding

Check one ☐ New ☐ Change ☐ Replacement

Are you a United States Citizen?  ☑Yes ☐No

Will you be 18 years of age on or before election day?  ☑Yes ☐No

Are you interested in serving as an election worker?  ☑Yes ☐No

• Continue below to complete application.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| Williams | Willie | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP Code. If none, describe where you live. (Do not include P.O. Box or Rural Rt.)
2519 Dashwood Dr. Apt 24 Houston, TX

Mailing Address: Street Address and Apartment Number or P.O. Box, City, State and ZIP Code. If mail cannot be delivered to your residence address.
Same    77034

Date of Birth: month, day, year

Gender (Optional)  ☑Male ☐Female

TX Driver's License No. or Personal I.D. No.
(Issued by the Department of Public Safety)

☑ Check if you do not have a TX Driver's License, or Personal Identification Number

If no TX Driver's License or Personal Identification, give last 4 digits of your Social Security Number

☐ Check if you do not have a Social Security Number

Telephone Number, Include Area Code
(Optional)

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both.

I affirm that I
- am a resident of this county;
- have not been finally convicted of a felony or if a felon I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- have not been declared mentally incompetent by final judgment of a court of law.

X *Willie Williams*    04/16/07

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TX_00002339

USA_00019980

USA_00002340
USA_0001981
VOTER   Record ID: 61440095   Imaging Dept. ID: 236...
660900_XL

## General Informat[ion]

- Your voter registration will [be effective the 30th] days after it is received or [the date you move], whichever is later.

- If you move to another [county, you must] re-register in the county of [your new residence].

- If you decline to register [to vote, the fact that] you have declined to r[egister will remain] confidential and will be [used only for voter registra-] tion purposes. If you do [register, the office to which your] identity of the office (if ap[plicable) to which your application is] submitted a voter regist[ration application is] remain confidential and wi[ll be used only for voter] registration purposes.

- You must provide your [Texas driver's license number or] personal identification n[umber. If you do not] have a driver's license or [personal identification] number, then give the la[st four digits of your] social security number or [state that you do not have any] of these identification nu[mbers.]

SECRETARY OF STATE
ELECTIONS DIVISION
P.O. Box 12060
Austin, Texas 78711-2060

**OFFICIAL BUSINESS
STATE OF TEXAS
STATE PENALTY
FOR PRIVATE USE**

POSTAGE W...

REGIST[RAR]
COUNTY (...
(CITY)

BUS[INESS REPLY MAIL]
FIRST CLASS

PRESORTED
FIRST CLASS

$ 00.30
02 1A
0004340375
APR 24 200...
MAILED FROM ZIP CODE 7870...

For Assistance
Call your local Voter Register or
Office of the Secretary of State
Toll Free: Si necesita asistencia
llame gratis al
1-800-252-VOTE(8683)
www.sos.state.tx.us

THE HONORABLE PAUL BETTENCOURT
TAX ASSESSOR-COLLECTOR
HARRIS COUNTY
P.O. BOX 3527
HOUSTON, TEXAS 77253-3527

...er's license or a...
ll be required to...
vote in person or...
cation with your...
said, you may ex-...
lowing with this...

- Identification
- " a copy of a cur-
ent, government
rnment document
ress.

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

...nic box on the

ble en Español,
a la oficina del
0-151-8683 para
nol.



## ORDER DEFERRING ADJUDICATION OF GUILT

CAUSE NO. 863323

THE STATE OF TEXAS
VS.

Janice Denise Shelvin
(Name of Defendant)

AKA   N/A

IN THE 183rd DISTRICT COURT
COUNTY CRIMINAL COURT
AT LAW NO. _____
OF HARRIS COUNTY, TEXAS

RECORDER'S MEMORANDUM
This instrument is of poor quality
and not satisfactory for photographic
recordation; and/or alterations were
present at the time of filming

Date of Order: 9-13-01     Date of Offense: 4-6-00

Attorney for State: Nicole Deborde

Attorney for Defendant: Chip Lewis        ☐ Defendant Waived Counsel

Offense: ~~3~~ purportedly acting as agent

☐ A MISDEMEANOR, CLASS:  A   B   C     ☒ A FELONY, DEGREE:  SJ  (3rd)  2nd  1st

Terms of Plea Bargain (In Detail):

3 YRS. DAOJ / $500 fine / 200 hrs. C.S. / LOA

**(Circle appropriate selection — N/A = not available or not applicable)**

Plea to Enhancement:    1st Paragraph     2nd Paragraph      Charging
Paragraph(s):   True | Not True (N/A)   True | Not True (N/A)   Instrument:  Complaint | Indictment | Information

Findings on     1st Paragraph      2nd Paragraph
Enhancement(s):  True | Not True (N/A)   True | Not True (N/A)    Plea: (Guilty) | Nolo Contendere

Affirmative Findings:
Deadly   Family   Victim Selected   Victim Younger   Controlled Substance
Weapon: Yes | No (N/A) Violence: Yes | No (N/A) by Bias/Prejudice: Yes | No (N/A) Than 17 years: Yes | No (N/A) Used to Commit Crime: Yes | No (N/A)

ADJUDICATION OF GUILT DEFERRED

DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR: _____3_____ DAYS / MONTHS / (YEARS)

DEFENDANT ASSESSED A FINE IN THE AMOUNT OF        $ 500-00

☐ SEE SPECIAL INSTRUCTIONS, incorporated herein by reference.

Time Credited: N/A   days toward incarceration N/A   days toward fine and costs N/A   days toward incarceration, fine and costs   COURT COSTS: $ 197.25

**(Mark appropriate selections below, if applicable)**

☐ Name changed from   N/A

☐ Judgment Addendum incorporated herein by reference.

☐ It is ORDERED by the Court, that any weapon(s) seized in this case is/are hereby forfeited.

☐ In accordance with Section 12.44(b), Penal Laws of Texas, the Court authorizes the prosecuting attorney to prosecute this cause as a Class A misdemeanor.

S:\FormsLib\Crim\Cns\Combined Deferred Adjudication      1 of 2          07/10/01

TX_00002341
JA_005100



This cause being called for trial, in Harris County, Texas, unless otherwise referenced, the State appeared by her District Attorney as named above and the Defendant, named above appeared in person with Counsel as named above, or the Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel as indicated above in writing in open court, and both parties announced ready for trial. The Defendant elected to proceed under Art. 42.12, 5(a) C.C.P., and in open court, jury having been waived, the Defendant pleaded as indicated above.

Thereupon, the Defendant was admonished by the Court of the consequences of the said plea, and the Defendant persisted in entering said plea, and it plainly appearing to the Court that the Defendant was mentally competent to stand trial and that the Defendant was uninfluenced by any consideration of fear, or persuasion or delusive hope of pardon prompting the Defendant plead as indicated above; the said plea was accepted by the Court. The Defendant having in open court, in writing, waived the appearance, confrontation, and cross-examination of witnesses, consented to the stipulation of evidence and to the introduction of testimony by affidavits, written statements of witnesses, and any other documentary evidence; and such waiver and consent having been approved by the Court in writing and filed in the papers of the cause, the said plea of the Defendant was received and entered of record.

The trial proceeded before the Court, and after the evidence was submitted and the argument of counsel thereon, the Court found that such evidence substantiates the Defendant's guilt in this cause, and further found that the best interests of society and of the Defendant would be served by deferring proceedings without entering an adjudication of guilt and placing the Defendant on Community Supervision in this cause.

IT IS ORDERED AND ADJUDGED that in accordance with Art. 42.12, 5(a) C.C.P.: no judgment shall be entered in this cause and the Defendant is hereby placed on Community Supervision in this cause for a period as indicated above, from the date of this order, pending the Defendant's abiding by and not violating the terms and conditions of the Defendant's Community Supervision. Further, the court finds the Presentence Investigation, if so ordered, was done according to the applicable provisions of Art. 42.12, 9 C.C.P..

Signed and entered on _Sept. 13rd, 2001_

Joan Huffman
JUDGE PRESIDING

Community Supervision
Expires on: _0912-2004_

Notice of Appeal: _____

Mandate Received: _____

After Mandate Received, Sentence to Begin Date is: _____

Received on _____ at _____ AM | PM.
Sheriff, Harris County, Texas

By: _____ Deputy

Entered _____
Verified _____
LCBT _____
LCBU _____

SPECIAL INSTRUCTION OR NOTES: _____
_____
_____
_____
_____
_____

Defendant's

TX_00002342
JA_005101

07/10/01

TX_00002342

USA_00019983

## CONDITIONS OF COMMUNITY SUPERVISION

| | |
|---|---|
| THE STATE OF TEXAS | IN THE 183rd DISTRICT COURT OF |
| VS. | HARRIS COUNTY, TEXAS |
| JANICE DENISE SHELVIN | CAUSE NUMBER 863323 |

On this the 13TH day of SEPTEMBER, 2001, you are granted 3 years community supervision for the felony offense of PURPORTS TO ACT AS A VOTER AGENT in accordance with section 5 of Article 42.12, Texas Code of Criminal Procedure, in the 183rd District Court of Harris County, Texas, by the Honorable JOAN HUFFMAN, Judge Presiding.   It is the order of this Court that you abide by the following Conditions of Community Supervision:

(1)     Commit no offense against the laws of this or any other State or of the United States.

(2)     Avoid injurious or vicious habits.  You are forbidden to use, possess, or consume any controlled substance, dangerous drug, marijuana, alcohol or prescription drug not specifically prescribed to you by lawful prescription. You are forbidden to use, consume, or possess alcoholic beverages.

(3)     Avoid persons or places of disreputable or harmful character, specifically: _____.

(4)     Report immediately in person, to the Community Supervision Officer for the 183rd District Court on the 13TH day of SEPTEMBER, 2001 and continue to report to the Community Supervision Officer on the 13TH of each month thereafter or as directed by the Community Supervision Officer for the remainder of the supervision term unless so ordered differently by the Court.   APPOINTMENTS WILL NOT BE RESCHEDULED UNLESS APPROVED BY THE COURT THROUGH THE COMMUNITY SUPERVISION OFFICER

(5)     Permit a Community Supervision Officer to visit you at your home, place of employment or elsewhere.

(6)     Abide by the rules and regulations of the Harris County Community Supervision and Corrections Department (hereinafter referred to as HCCS&CD). Refrain from disorderly conduct, abusive language or disturbing the peace while present at any HCCS&CD office or facility.

(7)     Work faithfully at suitable employment and present written verification of employment (including all attempts to secure employment) to your Community Supervision Officer on each reporting date.  You must notify HCCS&CD within 48 hours of any change in your employment status.

(8)     Remain within a specified place, to wit:  Harris County, Texas, or _____.  You may not travel outside of Harris County, Texas, or _____ unless you receive prior written permission from the Court through your Community Supervision Officer. You must notify HCCS&CD within 48 hours of any change of residence.

(9)     Support your dependents as required by law.  Provide your Community Supervision Officer with a certified copy of all Court orders requiring payment of child support.

(10)    Submit to RANDOM urine specimen analysis by authorized personnel of HCCS&CD, including any department having courtesy supervision jurisdiction.  Provide proof of any medication legally prescribed to you prior to submitting a specimen.

(11)    Participate in the HCCS&CD Community Service Restitution Program (CSRP).  You shall perform a total of 200 hours, at the rate of 15 hours per MONTH beginning OCTOBER 13, 2001.

Page 1 Conditions of Community Supervision
Revised: September 13, 2001

TX_00002343

USA_00019984

.CONDITIONS OF COMMUNITY SUPERVISION

FOR:  JANICE DENISE SHELVIN                           CAUSE NUMBER: 863323

(12)    Pay the following fees through HCCS&CD as specified herein.  All payments MUST be in the form of a
        money order or cashier's check.  Personal checks will not be accepted.

    12.1    Pay a **Supervision Fee** at the rate of $40.00 per month for the duration of your community
            supervision beginning OCTOBER 13, 2001 to HCCS&CD.

    12.2    Pay a **Fine** of $500.00 and **Court Costs** of $197.25 at the rate of $25.00 per month beginning
            OCTOBER 13, 2001 to Harris County through HCCS&CD.  You are given credit for 0 days.

    12.3    Pay **Laboratory Fees** of $5.00 per month for the duration of your community supervision
            beginning OCTOBER 13, 2001 to HCCS&CD.

    12.4    Pay a $10.00 fee for an **Offender Identification Card** by OCTOBER 13, 2001 to HCCS&CD.

    12.15   Pay $50.00 to the **Crime Victims Compensation Fund** at the rate of $50.00 beginning
            OCTOBER 13, 2001 through HCCS&CD.

(13)    Report in person to HCCS&CD by OCTOBER 13, 2001 for the purpose of creating and obtaining your
        **Offender Identification Card**.  You are to carry this identification card on your person at all times.

(14)    Submit to an **alcohol/drug evaluation** through the **Treatment Alternative to Incarceration Program
        (TAIP)** by NOVEMBER 13, 2001, and at anytime thereafter as directed by your Community Supervision
        Officer.  Attend treatment and aftercare as recommended.  Comply with all program rules, regulations and
        guidelines until successfully discharged or released by further order of the Court.  On each reporting date,
        submit written verification of your enrollment, attendance and/or successful completion of the program to
        your Community Supervision Officer, to be retained in HCCS&CD's file.

(15)    Participate in the HCCS&CD **Maximum Supervision Program** any time that you are assessed by
        HCCS&CD to require maximum supervision.  Comply with all program rules, regulations and guidelines
        until successfully discharged or released by further order of the Court.

(16)    Submit to an evaluation of your **educational skill level** by NOVEMBER 13, 2001.  If it is determined that
        you have not attained the average skill of students who have completed the sixth grade in public schools
        in this State, you shall participate in the HCCS&CD program that teaches functionally illiterate persons to
        read.

(17)    You are not to **lie or make false statements** to any employee of HCCS&CD beginning SEPTEMBER
        13, 2001.

(18)    You will not use, **ingest, or consume any substance** that will alter or adulterate any urinalysis results.

(19)    **No mail-in reporting** permitted except with the permission of the Court.

(20)    Do not enter into any agreement to work or act as a **peace officer, law enforcement official or security
        guard** of any law enforcement agency without the permission of the Court.

Page 2 Conditions of Community Supervision
Revised: September 13, 2001

## CONDITIONS OF COMMUNITY SUPERVISION

FOR: JANICE DENISE SHELVIN          CAUSE NUMBER: 863323

I understand that under the laws of this State, the Court shall determine the terms and conditions of Community Supervision, and may alter or modify said conditions during the period of Community Supervision. I further understand that failure to abide by these Conditions of Community Supervision may result in the revocation of Community Supervision or an adjudication of guilt.

Signed this 13TH day of SEPTEMBER A.D. 2001

Community Supervision expires the 12TH day of SEPTEMBER A.D. 2004

JANICE DENISE SHELVIN, DEFENDANT

JOAN HUFFMAN, PRESIDING JUDGE

GLENN LOETHEN, COURT LIAISON OFFICER          SEPTEMBER 13, 2001
DATE

SPN: 01500181

PLEA: GUILTY



**Defendant's Right Thumbprint**

Page 3 Conditions of Community Supervision
Revised: September 13, 2001



CAUSE NO. <u>863323</u>

THE STATE OF TEXAS        IN THE <u>183RD</u> DISTRICT COURT

VS.        OF

JANICE DENISE SHELVIN        HARRIS COUNTY, TEXAS

<u>1ST</u> ORDER MODIFYING CONDITIONS OF COMMUNITY SUPERVISION

On this the _____5TH_____ day of _____December_____ 2001, the Court finds that the Order placing the Defendant on community supervision in Cause No. 863323, should be, and the same is hereby amended by changing condition(s) of community supervision in said Order as follows, to wit;

**ADD:**

(00)    Write a **letter** of **apology** to the complainant, <u>PAUL BETTENCOURT</u> and submit it to your Community Supervision Officer in a stamped unsealed envelope for review by the Court and mailing to the complainant by <u>DECEMBER 13, 2001</u> The letter of apology will be submitted to the Court for review through your Community Supervision Officer prior to HCCS&CD mailing the letter to the complainant.

All other terms and conditions of community supervision shall remain in full force and effect as heretofore ordered.

Signed this _____5TH_____ day of _____December_____ 2001.

         JOAN HUFFMAN

I acknowledge receipt of a copy of the conditions of my supervision as modified and further acknowledge that a Harris County Community Supervision Officer has explained said modification.

Dated: _____DEC - 5 2001_____

         JANICE DENISE SHELVIN, DEFENDANT

         COMMUNITY SUPERVISION OFFICER

_____
RIGHT THUMBPRINT

<u>1ST</u> ORDER MODIFYING CONDITIONS OF COMMUNITY SUPERVISION
Revised 10/11/01
<u>JANICE DENISE SHELVIN</u>
CAUSE No. <u>863323</u>

- 1 -

TX_00002346

USA_00019987





CauseNo. 086332301010

THE STATE OF TEXAS

V.

JANICE DENI SHELVIN , DEFENDANT

183   District Court

Harris County, Texas

ORDER AFFECTING COMMUNITY SUPERVISION

After considering the community supervision officer's recommendation and other evidence, the presiding judge FINDS that the Defendant ☒ has ☐ has not satisfactorily fulfilled the conditions of supervision imposed by the court under The Texas Code of Criminal Procedure and / or Chapter 481 of the Texas Health and Safety Code:

**MOTION DENIED**

☐ The defendant has not satisfactorily fulfilled the conditions of supervision imposed by the court for the full term of the supervision period to which he / she was sentenced.

☐ Accordingly, the Court ORDERS defendant's motion to modify community supervision denied.

**MOTION GRANTED**

Full Term

☒ The defendant has satisfactorily fulfilled the conditions of supervision imposed by the court for the full term of the supervision period to which he / she was sentenced.

Early Termination

☐ The defendant has satisfactorily fulfilled the conditions of supervision imposed by the court for two (2) years or for more than one-third (1/3) of the time to which defendant was sentenced to community supervision.

Deferred Adjudication

☐ The best interests of the defendant and society will be served by the early termination of defendant's supervision period.   The Court has not proceeded to an adjudication of guilt during the period of supervision.

Conditional Discharge   ☐ ☐ _____

Other Comments   ☐ ☐ _____

Accordingly, the Court ORDERS defendant's community supervision terminated.
The Court further ORDERS, ADJUDGES AND DECREES that
☒ The defendant is discharged according to law.

Date signed: 9/20/04

Judge Presiding,   183   District Court
Harris County, Texas

TX_00002347
JA_005106

TX_00002347

USA_00019988

CAUSE NO. 863323

THE STATE OF TEXAS            IN THE 183RD DISTRICT COURT

VS.                            OF

JANICE DENISE SHELVIN         HARRIS COUNTY, TEXAS

## 1ST ORDER MODIFYING CONDITIONS OF COMMUNITY SUPERVISION

On this the __5TH__ day of __December__ 2001, the Court finds that the Order placing the Defendant on community supervision in Cause No. 863323, should be, and the same is hereby amended by changing condition(s) of community supervision in said Order as follows, to wit:

**ADD:**

(00)    Write a **letter** of apology to the complainant, PAUL BETTENCOURT and submit it to your Community Supervision Officer in a stamped unsealed envelope for review by the Court and mailing to the complainant by DECEMBER 13, 2001 The letter of apology will be submitted to the Court for review through your Community Supervision Officer prior to HCCS&CD mailing the letter to the complainant.

All other terms and conditions of community supervision shall remain in full force and effect as heretofore ordered.

Signed this __5TH__ day of __December__, 2001.

_____
JOAN HUFFMAN

I acknowledge receipt of a copy of the conditions of my supervision as modified and further acknowledge that a Harris County Community Supervision Officer has explained said modification.

Dated: __DEC - 5 2001__

_____
JANICE DENISE SHELVIN, DEFENDANT

_____
COMMUNITY SUPERVISION OFFICER

**RIGHT THUMBPRINT**

1ST ORDER MODIFYING CONDITIONS OF COMMUNITY SUPERVISION
Revised 10/11/01
JANICE DENISE SHELVIN
CAUSE No. 863323

- 1 -

TX_00002348
JA_005107

V3534 P0006

TX_00002348

USA_00019989



CauseNo. 086332301010

## THE STATE OF TEXAS

### v.

### JANICE DENI SHELVIN , DEFENDANT



_____183_____    **District Court**

**Harris County, Texas**

ORDER AFFECTING COMMUNITY SUPERVISION

     After considering the community supervision officer's recommendation and other evidence, the presiding judge FINDS that the Defendant ☒ has ☐ has not satisfactorily fulfilled the conditions of supervision imposed by the court under The Texas Code of Criminal Procedure and / or Chapter 481 of the Texas Health and Safety Code:

| | |
|---|---|
| **MOTION DENIED** | ☐ The defendant has not satisfactorily fulfilled the conditions of supervision imposed by the court for the full term of the supervision period to which he / she was sentenced. |
| | ☐ Accordingly, the Court ORDERS defendant's motion to modify community supervision denied. |
| **MOTION GRANTED** | |
| Full Term | ☒ The defendant has satisfactorily fulfilled the conditions of supervision imposed by the court for the full term of the supervision period to which he / she was sentenced. |
| Early Termination | ☐ The defendant has satisfactorily fulfilled the conditions of supervision imposed by the court for two (2) years or for more than one-third (1/3) of the time to which defendant was sentenced to community supervision. |
| Deferred Adjudication | ☐ The best interests of the defendant and society will be served by the early termination of defendant's supervision period. The Court has not proceeded to an adjudication of guilt during the period of supervision. |
| Conditional Discharge | ☐ ☐ _____ |
| Other Comments | ☐ ☐ _____ |

     Accordingly, the Court ORDERS defendant's community supervision terminated.

The Court further ORDERS, ADJUDGES AND DECREES that

☒ The defendant is discharged according to law.

Date signed: _9/20/04_

_____
Judge Presiding,     183     District Court
Harris County, Texas

V4831 P0296

TX_00002349
JA_005108

TX_00002349

USA_00019990