Created by CGerman                                                                1

Tuesday, October 10, 2000

Volunteer Deputy:  Doraine Slaughter # 3347

Lillie Wright (Mail desk Team Leader) came to me with some voter registration
applications that were being submitted by Doraine Slaughter, Volunteer Deputy # 3347.
Some of the applications dated as far back as March of this year.  Lillie questioned
whether or not we could accept these applications since they were so old.

I advised Lillie that we would probably still take them, but we should consult with Marty
to be certain on how to handle them.

Lillie and I went to Marty with this situation and Marty wanted to speak directly with Ms.
Slaughter.

Ms. Slaughter (and someone else who was with her) came into Marty's office and Marty
began conversing with Ms. Slaughter:

*Marty*:  Why were you so late in submitting these applications to us?

*Ms. Slaughter*:  Not all of these are mine; I was just turning these in for someone else.

*Marty*:  Who?

*Ms. Slaughter*:  They were having a drive at TSU.

*Marty*:  Do you know this person's name?

*Ms. Slaughter*:  Yes, but I can't think of it right now.  There was a drive over at TSU and
there was paperwork and coping to be done with them…and I'm just bringing them in.

*Chris:*  You copied them…why would you need to copy them?  You need to be careful
about copying applications.  Some of this information, the registrar is not allowed to
copy…and since you are a volunteer deputy for this office, you need to be careful when
copying applications.

*Marty:*  It's ok to copy the report sheets for your records…we even tell you to keep
copies of them when we deputize you.

*Marty*:  Whose deputy number is this on the cards?

*Ms. Slaughter*:  Oh, that is my number.

*Marty:*  If you did not take the cards, why did you put your number on them…why didn't
the deputy that took them put their number on them…and why are they on your report
sheet?

TX_00002350

USA_00019991

Created by CGerman                                                              2

*Ms. Slaughter*:  I didn't have another sheet, so I just put them all on mine.

*Marty*:  Ok, we will have to process them, but next time, you must submit them to this office within 5 days.  That's per Secretary of State.

*Ms. Slaughter*:  All right.

*Marty*:  Do you know the name of this other volunteer deputy?

*Ms. Slaughter:*  Yes, but I can't think of it off hand.  I have it written down at home.

*Marty*:  Will you call me back with that person's name?

*Ms. Slaughter*:  Yes.

*Marty*:  I really need that other person's name.  So we can contact them and let them know not to hold applications this long.

*Ms. Slaughter*:  I'll call you tomorrow.


Marty thanked Ms. Slaughter and she departed.

TX_00002351

USA_00019992



COPY



## Paul Bettencourt

*Harris County Tax Assessor-Collector and Voter Registrar*

November 3, 2000

Ms. Janice Shelvin
Volunteer Deputy Number Z-1841
6826 Heath
Houston, TX 77016

Dear Ms. Shelvin:

Your performance does not conform to your duties as defined by the Texas Election Code, Section 13.042. That section of the Election Code requires a volunteer deputy registrar to deliver in person all completed applications to the registrar not later than 5 p.m. of the fifth day after the date the application is submitted to the volunteer deputy registrar.

Your Volunteer Deputy Number, Z-1841, appears on several Voter Registration Applications currently under challenge. Furthermore, under the terms of Texas Election Code, Section 13.043 you failed to deliver completed Voter Registration Applications in a proper and timely manner. An offense under Section 13.043 is a Class C misdemeanor.

Therefore, your appointment as a volunteer deputy registrar is hereby terminated under the terms of Texas Election Code, Section 13.036 (b).

You must stop all activity as a volunteer deputy registrar immediately and return your certificate of appointment, registration applications, and any other volunteer deputy forms/supplies in your possession to my office no later than the second day after the date you receive this termination notice. From this day forward, any voter registration application received from you will be rejected by my office.

Should you have any questions concerning the matters presented in this letter, please contact Marty Morrison, Director of Voter Registration, at (713) 368-2323.

Sincerely,

Paul Bettencourt
Tax Assessor-Collector and Voter Registrar
Harris County, Texas

PB:kil

# Paul Bettencourt _____

*Harris County Tax Assessor - Collector*
*www.tax.co.harris.tx.us*

December 14, 2000

Mr. Jim Britt
Lieutenant Investigator
1201 Franklin, Suite 600
Houston, TX 77002

Subject:    **Correction To My Letter Dated 12/08/00**
Reference:  Voter Registration Investigation

Dear Mr. Britt:

Please find copies of the following attached information made available to District Attorney office for the subject investigation:

1) Volunteer Deputy Registrar termination letters for Ms. Slaughter and Ms. Shelvin with a U.S. Post Office *return receipts for both.*

2) Hearing Notice of Challenge Application minutes for Ms. Sneed, Ms. Williams, and Ms. Zenon in which all three indicated the signature on the latest voter registration card was not their own.

3) Copies of *sixty-one* U.S. Post Office certified mail receipts from Harris County Tax Office Voter Registration challenge letter.

4) *Twenty-seven* U.S. Post Office Domestic Return Receipts from Item 3, Harris County Tax Office mailing.

5) Thirty-four copies of returned certified mail envelopes from Item 3, Harris County Tax Office mailing.

All originals are available for your inspection at any time. Please contact Marty Morrison at 713-368-2323 if you have any further requirements.

Sincerely,

Paul Bettencourt
Harris County Tax Assessor-Collector

cc:    Ms. Marty Morrison, Director Voter Registration – Harris County Tax Office

Section 13.076, V.T.C.A., Election Code
1/86



## Paul Bettencourt

*Harris County Tax Assessor-Collector and Voter Registrar*

### REQUEST FOR HEARING

I, *Chanerial Sneed*, do hereby request a hearing to determine my eligibility for voter registration.

*Chanerial Sneed*
Signature of Applicant

I, the witness for this person, do affirm that I signed the document in the presence of the person who is unable to sign his/her name.

_____
Printed Name of Person who cannot sign

_____
Printed Name of Witness

_____                    *Paul Bettencourt*          10/30/00
Signature of Witness                        or, _____       7:15 pm
Residence Address of Witness                  Title of Witness if an Election Official

Statement: *2ND Registration was not her signature. First was still valid*

**Instruction:**
If the person required to sign this document cannot sign his/her name because of physical disability or illiteracy, he/she must affix his/her mark to the document or paper and a witness must attest the mark. If the person cannot make his/her mark, the witness must state that fact on the document or paper.

**Instruction to Applicant:**
The request for hearing must be submitted to the voter registrar not later than the 10th day after the date of the challenge, which is noted on the form "Notice of Challenge of Application." The voter registrar will mail you a written notice of the date, hour, and place set for the hearing. The hearing will be held not later than the 10th day after the date the hearing request is filed or made or at a later date at your request.

Please mail your request for a hearing to:

The Honorable Paul Bettencourt
Harris County Tax Assessor-Collector and Voter Registrar
P. O. Box 3527
Houston, TX 77253-3527

or deliver to:

Voter Registration Department
1001 Preston, Room 200
Houston, TX 77002

Revised 10/16/00

**1001 Preston, Room 200**          **Houston, Texas 77002**          **(713) 368-2200**

TX_00002354
JA_005113

TX_00002354

USA_00019995

Case 3:13-cv-00193 Document 662-30 Filed on 11/11/14 in TXSD Page 6 of 80
Case 2:12-cv-00128-RMC-DST-RLW Document 213 Filed 06/20/12 Page 2 of 203
1/86



# Paul Bettencourt

*Harris County Tax Assessor-Collector and Voter Registrar*

## REQUEST FOR HEARING

I, _Tessia Zenon_ , do hereby request a hearing to determine my eligibility for voter registration.

_Tessia Zenon_
Signature of Applicant

I, the witness for this person, do affirm that I signed the document in the presence of the person who is unable to sign his/her name.

_____
Printed Name of Person who cannot sign

_Deborah Ann Bell Smith_
Printed Name of Witness

_Deborah Ann Bell Smith_
Signature of Witness

_5508 Marwood_ or, _Paul Bettencourt_
Residence Address of Witness        Title of Witness if an Election Official

Statement: _2nd Registration Card Not Her Signature. 1st Card Correct_

**Instruction:**
If the person required to sign this document cannot sign his/her name because of physical disability or illiteracy, he/she must affix his/her mark to the document or paper and a witness must attest the mark. If the person cannot make his/her mark, the witness must state that fact on the document or paper.

**Instruction to Applicant:**
The request for hearing must be submitted to the voter registrar not later than the 10th day after the date of the challenge, which is noted on the form "Notice of Challenge of Application." The voter registrar will mail you a written notice of the date, hour, and place set for the hearing. The hearing will be held not later than the 10th day after the date the hearing request is filed or made or at a later date at your request.

Please mail your request for a hearing to:

The Honorable Paul Bettencourt
Harris County Tax Assessor-Collector and Voter Registrar
P. O. Box 3527
Houston, TX 77253-3527

or deliver to:

Voter Registration Department
1001 Preston, Room 200
Houston, TX 77002

Revised 10/16/00

**1001 Preston, Room 200**          **Houston, Texas 77002**          **(713) 368-2200**

Prescribed by Secretary of State
Section 13.076, V.T.C.A., Election Code
1/86



# Paul Bettencourt

*Harris County Tax Assessor-Collector and Voter Registrar*

## REQUEST FOR HEARING

I, _Leitra Jo Faun Williams_ do hereby request a hearing to determine my eligibility for voter registration.

_Leitra Jo Faun Williams_
Signature of Applicant

I, the witness for this person, do affirm that I signed the document in the presence of the person who is unable to sign his/her name.

_____
Printed Name of Person who cannot sign

_____
Printed Name of Witness

_____
Signature of Witness

_____        or, _Paul Bettencourt_
Residence Address of Witness                    Title of Witness if an Election Official

Statement: _Wo Cuul Not Ms Williams not her signature PB_

Instruction:
If the person required to sign this document cannot sign his/her name because of physical disability or illiteracy, he/she must affix his/her mark to the document or paper and a witness must attest the mark. If the person cannot make his/her mark, the witness must state that fact on the document or paper.

Instruction to Applicant:
The request for hearing must be submitted to the voter registrar not later than the 10th day after the date of the challenge, which is noted on the form "Notice of Challenge of Application." The voter registrar will mail you a written notice of the date, hour, and place set for the hearing. The hearing will be held not later than the 10th day after the date the hearing request is filed or made or at a later date at your request.

Please mail your request for a hearing to:

The Honorable Paul Bettencourt
Harris County Tax Assessor-Collector and Voter Registrar
P. O. Box 3527
Houston, TX 77253-3527

or deliver to:

Voter Registration Department
1001 Preston, Room 200
Houston, TX 77002

Revised 10/16/00

**1001 Preston, Room 200**          **Houston, Texas 77002**          **(713) 368-2200**

JA_005115

TX_00002356

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Ms. Deborah Acosta
4210 Cavalcade # 4
Houston, TX 77026

PS Form 3800, February 2000 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

COPY

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Stephanie Alexander
5014 Salina
Houston, TX 77026

PS Form 3800, February 2000 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Angela Allen
6610 Wileyvale
Houston, TX 77028

PS Form 3800, February 2000 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Shameka Allen
3022 Bringhurst
Houston, TX 77026

PS Form 3800, February 2000 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Shameka Allen
8819 Forest Hollow
Houston, TX 77078

PS Form 3800, February 2000 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Johnnie Ashworth
4218 Wipprecht
Houston, TX 77026

PS Form 3800, February 2000 — See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Ms. Ieicha Bedford
2324 Bringhurst
Houston, TX 77026

PS Form 3600, February 2000    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

COPY

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Ms. Vanessa Brunch
6579 Beeckman
Houston, TX 77021

PS Form 3600, February 2000    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Brandi Cash
9500 Dessau Rd # 1526
Austin, TX 78754

PS Form 3600, February 2000    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Mamie Cussell
4210 Bertwood
Houston, TX 77016

PS Form 3600, February 2000    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Rosalind Dawett
2401 Hutton
Houston, TX 77026

PS Form 3600, February 2000    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Melissa Deason
12842 Bamboo Trail
Houston, TX 77044

PS Form 3600, February 2000    See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Postmark
Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)

Ms. Laura Francis
4202 Liberty Rd
Houston, TX 77026

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

COPY

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Postmark
Here

Ms. Terry Freeman
4202 Liberty Rd.
Houston, TX 77026

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Postmark
Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)

Ms. Maria Garcia
4013 Eddie
Houston, TX 77026

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Postmark
Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)

Ms. Tomitria Gaston
4206 New Orleans
Houston, TX 77020

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Postmark
Here

Recipient's Name if (Please Print Clearly) (to be completed by mailer)

Ms. Bettye Gilford
3810 Pickfair
Houston, TX 77026

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Postmark
Here

Ms. Adrienne Hall
5422 San Juan
Houston, TX 77020

TX_00002359
JA_705118
TX_00002359
USA_00020000

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Postmark
Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Mr. Charles Harris
5030 Teton
Houston, TX 77030

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

COPY

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Postmark
Here

Ms. Rachel Hemphill
6240 Antoine # 194
Houston, TX 77091

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Postmark
Here

Ms. Raquel Hemphill
7313 Northline
Houston, TX 77076

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Postmark
Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Ernestina Hernandez
3719 Lila
Houston, TX 77026

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Postmark
Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Rosa Hernandez
2110 Pannell
Houston, TX 77026

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Postmark
Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Latasha Howard
4000 Watonga # 1808
Houston, TX 77092

TX_00002360
JA_005119
TX_00002360
USA_00020001

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Jennifer Irving
3503 Love
Houston, TX 77026

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

COPY

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Andera Jackson
4813 Leffingwell
Houston, TX 77026

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Ida Jenkins
4817 Wayne
Houston, TX 77026

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Ollie Jordan
6822 Twetenhaven
Houston, TX 77016

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Maria Joya
3210 Kashmere
Houston, TX 77026

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Stacey Lewis
3108 Memel
Houston, TX 77026

PS Form 3800, February 2000          See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name *(Please Print Clearly) (to be completed by mailer)*
Ms. Shanna Marshall
3907 Ranch
Houston, TX 77026

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

COPY

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name
Ms. Regina Mathis
5300 Coke # 33
Houston, TX 77020

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name *(Please Print Clearly) (to be completed by mailer)*
Ms. Joyce McClemore
4810 Pickfair
Houston, TX 77026

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name *(Please Print Clearly) (to be completed by mailer)*
Ms. Juawana McField
2822 Greggs
Houston, TX 77026

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name *(Please Print Clearly) (to be completed by mailer)*
Ms. Andrette McKelvey
6826 Heath
Houston, TX 77016

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name *(Please Print Clearly) (to be completed by mailer)*
Ms. Virginia Melendez
3719 Lila
Houston, TX 77026

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7000 0600 0024 3394 5814

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Postmark Here

Ms. Dorothy Mitchell
7818 Sandy
Houston, TX 77028

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

COPY

7000 0600 0024 3394 6149

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Maria Negrette
3802 Lee
Houston, TX 77026

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7000 0600 0024 3394 5784

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Postmark Here

Ms. Tameka Norton
7440 Touchstone
Houston, TX 77028

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7000 0600 0024 3394 5708

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Barbara Oneil
6826 Heath
Houston, TX 77016

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7000 0600 0024 3394 5791

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Postmark Here

Ms. Erika Palmer
4415 Hirsch
Houston, TX 77026

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7000 0600 0024 3394 6378

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Postmark Here

Ms. Luora Patrick
6202 Spaulding
Houston, TX 77028

PS Form 3800, February 2000          See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Arlesia Pickens
3813 Wipprecht # 3
Houston, TX 77026

PS Form 3800, February 2000 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

COPY

7000 0600 0024 3394 6385

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Ms. Ina Rankins
4421 Noble
Houston, TX 77026

PS Form 3800, February 2000 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Carnadia Rice
4720 Parker Rd # 3
Houston, TX 77093

PS Form 3800, February 2000 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7000 0600 0024 3394 5746

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Chanerial Sneed
4302 Sayers
Houston, TX 77026

PS Form 3800, February 2000 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Ms. Marcella Stephens
5700 Lost Forest # 1805

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7000 0600 0024 3394 6156

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Carolyn Teechia
3803 Lila # 4

TX_00002364
JA_005123
TX_00002364
USA_00020005

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Diedra Tyrone
8800 Fondren # 208
Houston, TX 77074

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

COPY

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Lurice Walton
550 Normandy # 2612
Houston, TX 77015

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Fannie Ward
4014 Lavender # 15
Houston, TX 77026

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Deitra Williams
6400 Hirsch
Houston, TX 77026

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Erica Williams
4210 Sharon
Houston, TX 77020

PS Form 3800, February 2000          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Mr. Jerard Williams
6610 Wileyvale
Houston, TX 77028

PS Form 3800, February 2000          See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. LaDonna Williams
10030 Valley Falls
Houston, TX 77078

PS Form 3800, February 2000 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

COPY

7217
3394
0024
0600
7000

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Mr. Paul Williams
4813 Leffingwell
Houston, TX 77026

PS Form 3800, February 2000 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Ms. Ruthie Williams
3808 Buck
Houston, TX 77020

PS Form 3800, February 2000 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

5607
3394
0024
0600
7000

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Ms. Sirena Williams
4210 Sharon
Houston, TX 77020

PS Form 3800, February 2000 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Samantha Wilson
4212 Gunter

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

9361
3394
0024
0600
7000

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Ms. Joycelyn Wyatt
1919 Runnels

TX_00002366
JA_005125
TX_00002366
USA_00020007

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

**COPY**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Ms. Tessia Zenon
2706 Staples
Houston, TX 77026

PS Form 3800, February 2000    See Reverse for Instructions

TX_00002367

USA_00020008

# COPY

**SENDER:**
* Complete items 1 and/or 2 for additional services.
* Complete items 3, and 4a & b.
* Print your name and address on the reverse of this form so that we can return this card to you.
* Attach this form to the front of the mailpiece, or on the back if space does not permit.
* Write ''Return Receipt Requested'' on the mailpiece below the article number.
* The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address

2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Ms. Doraine Slaughter
3438 Tidewater Dr.
Houston, TX 77045
(Vol. Dep. # 2-3347)

4a. Article Number
7000 0600 0024 3394 4565

Service Type
☐ Registered      ☐ Insured
☒ Certified       ☐ COD
☐ Express Mail    ☒ Return Receipt for Merchandise
☐ Date of Delivery

5. Signature (Addressee)

5b. Addressee's Address (Only if requested and fee is paid)

6. Signature (Agent)

PS Form **3811**, November 1990   ☆ U.S. GPO: 1991—287-066   **DOMESTIC RETURN RECEIPT**

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Ms. Janice Shelvin
16826 Heath
Houston TX 77016

4a. Article Number
7000 0600 0024 3394 4626

4b. Service Type
☒ Registered    ☐ Insured
☐ Certified     ☐ COD
☐ Express Mail  ☒ Return Receipt for Merchandise

7. Date of Delivery
1-9-2000

5. Signature (Addressee)

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, November 1990    U.S. GPO: 1991 - 287-066    DOMESTIC RETURN RECEIPT

TX_00002369
JA_005128

TX_00002369

USA_00020010

COPY

**SENDER:**
* Complete items 1 and/or 2 for additional services.
* Complete items 3, and 4a & b.
* Print your name and address on the reverse of this form so that we can return this card to you.
* Attach this form to the front of the mailpiece, or on the back if space does not permit.
* Write ''Return Receipt Requested'' on the mailpiece below the article number.
* The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

· I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Ms. Rosalind Dawett ·
2401 Hutton
Houston, TX 77026

4a. Article Number
7000 0600 0024 3394 6118

4b. Service Type
☐ Registered          ☐ Insured
☒ Certified            ☐ COD
☐ Express Mail        ☒ Return Receipt for Merchandise

7. Date of Delivery

5. Signature (Addressee)

8. Addressee's Address (Only if requested and fee is paid)
~10·24·00

6. Signature (Agent)

PS Form **3811**, November 1990   ☆U.S. GPO: 1991—287-066   **DOMESTIC RETURN RECEIPT**

---

**SENDER:**
* Complete items 1 and/or 2 for additional services.
* Complete items 3, and 4a & b.
* Print your name and address on the reverse of this form so that we can return this card to you.
* Attach this form to the front of the mailpiece, or on the back if space does not permit.
* Write ''Return Receipt Requested'' on the mailpiece below the article number.
* The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Ms. Laura Francis
4202 Liberty Rd
Houston, TX 77026

4a. Article Number
7000 0600 0024 3394 6170

4b. Service Type
☐ Registered          ☐ Insured
☒ Certified            ☐ COD
☐ Express Mail        ☒ Return Receipt for Merchandise

7. Date of Delivery
10-24-00

5. Signature (Addressee)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature (Agent)

PS Form **3811**, November 1990   ☆U.S. GPO: 1991—287-066   **DOMESTIC RETURN RECEIPT**



**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the Signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Ms. Terry Freeman
4202 Liberty Rd.
Houston, TX 77026

4a. Article Number
7000 0600 0024 3395 2126

4b. Service Type
☐ Registered    ☐ Insured
☒ Certified    ☐ COD
☐ Express Mail    ☒ Return Receipt for Merchandise

7. Date of Delivery
10-24-00

5. Signature (Addressee)

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form **3811**, November 1990    ✩U.S. GPO: 1991—287-066    **DOMESTIC RETURN RECEIPT**

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Ms. Tomitria Gaston
4206 New Orleans
Houston, TX 77020

4a. Article Number
7000 0600 0024 3394 6163

4b. Service Type
☐ Registered    ☐ Insured
☒ Certified    ☐ COD
☐ Express Mail    ☒ Return Receipt for Merchandise

7. Date of Delivery
10-24-00

5. Signature (Addressee)

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form **3811**, November 1990    ✩U.S. GPO: 1991—287-066    **DOMESTIC RETURN RECEIPT**

# COPY

**SENDER:**
* Complete items 1 and/or 2 for additional services.
* Complete items 3, and 4a & b.
* Print your name and address on the reverse of this form so that we can return this card to you.
* Attach this form to the front of the mailpiece, or on the back if space does not permit.
* Write "Return Receipt Requested" on the mailpiece below the article number.
* The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Ms. Adrienne Hall
5422 San Juan
Houston, TX 77020

4a. Article Number
7000 0600 0024 3394 6057

4b. Service Type
☐ Registered ☐ Insured
☒ Certified ☐ COD
☐ Express Mail ☒ Return Receipt for Merchandise

7. Date of Delivery

5. Signature (Addressee)
*Adrienne Hall*

6. Signature (Agent)
*Adrienne Herp*

8. Addressee's Address (Only if requested and fee is paid)

PS Form **3811**, November 1990    ☆U.S. GPO: 1991—287-066    **DOMESTIC RETURN RECEIPT**

---

**SENDER:**
* Complete items 1 and/or 2 for additional services.
* Complete items 3, and 4a & b.
* Print your name and address on the reverse of this form so that we can return this card to you.
* Attach this form to the front of the mailpiece, or on the back if space does not permit.
* Write "Return Receipt Requested" on the mailpiece below the article number.
* The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Mr. Charles Harris
5030 Teton
Houston, TX 77030

4a. Article Number
7000 0600 0024 3394 6095

4b. Service Type
☐ Registered ☐ Insured
☒ Certified ☐ COD
☐ Express Mail ☒ Return Receipt for Merchandise

7. Date of Delivery
12-30-00

5. Signature (Addressee)
*Charles M. H—*

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form **3811**, November 1990    ☆U.S. GPO: 1991—287-066    **DOMESTIC RETURN RECEIPT**



**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Ms. Rosa Hernandez
2110 Pannell
Houston, TX 77026

4a. Article Number
7000 0600 0024 3394 6101

4b. Service Type
☐ Registered     ☐ Insured
☒ Certified      ☐ COD
☐ Express Mail   ☒ Return Receipt for Merchandise

7. Date of Delivery
10/27/00

5. Signature (Addressee)
_Rosa Maria Hernandez_

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form **3811**, November 1990    ☆U.S. GPO: 1991—287-066    **DOMESTIC RETURN RECEIPT**

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Ms. Jennifer Irving
3503 Love
Houston, TX 77026

4a. Article Number
7000 0600 0024 3394 6323

4b. Service Type
☐ Registered     ☐ Insured
☒ Certified      ☐ COD
☐ Express Mail   ☒ Return Receipt for Merchandise

7. Date of Delivery
10-24-00

5. Signature (Addressee)
_Jennifer Irving_

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form **3811**, November 1990    ☆U.S. GPO: 1991—287-066    **DOMESTIC RETURN RECEIPT**

TX_00002373
JA_005132

TX_00002373

USA_00020014

**COPY**

**SENDER:**
* Complete items 1 and/or 2 for additional services.
* Complete items 3, and 4a & b.
* Print your name and address on the reverse of this form so that we can return this card to you.
* Attach this form to the front of the mailpiece, or on the back if space does not permit.
* Write "Return Receipt Requested" on the mailpiece below the article number.
* The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

| I also wish to receive the following services (for an extra fee): |
| 1. ☐ Addressee's Address |
| 2. ☐ Restricted Delivery |
| Consult postmaster for fee. |

3. Article Addressed to:

Ms. Maria Joya
3210 Kashmere
Houston, TX 77026

4a. Article Number
7000 0600 0024 3394 6231

4b. Service Type
☐ Registered   ☐ Insured
☒ Certified    ☐ COD
☐ Express Mail ☒ Return Receipt for Merchandise

7. Date of Delivery
10-25-00

5. Signature (Addressee)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature (Agent)
Eugenia Joya

PS Form **3811**, November 1990   ☆U.S. GPO: 1991—287-066   **DOMESTIC RETURN RECEIPT**

---

**SENDER:**
* Complete items 1 and/or 2 for additional services.
* Complete items 3, and 4a & b.
* Print your name and address on the reverse of this form so that we can return this card to you.
* Attach this form to the front of the mailpiece, or on the back if space does not permit.
* Write "Return Receipt Requested" on the mailpiece below the article number.
* The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

| I also wish to receive the following services (for an extra fee): |
| 1. ☐ Addressee's Address |
| 2. ☐ Restricted Delivery |
| Consult postmaster for fee. |

3. Article Addressed to:

Ms. Stacey Lewis
3108 Memel
Houston, TX 77026

4a. Article Number
7000 0600 0024 3394 6279

4b. Service Type
☐ Registered   ☐ Insured
☒ Certified    ☐ COD
☐ Express Mail ☒ Return Receipt for Merchandise

7. Date of Delivery

5. Signature (Addressee)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature (Agent)

PS Form **3811**, November 1990   ☆U.S. GPO: 1991—287-066   **DOMESTIC RETURN RECEIPT**



**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

**3. Article Addressed to:**
Ms. Shanna Marshall
3907 Ranch
Houston, TX 77026

**4a. Article Number**
7000 0600 0024 3394 5739

**4b. Service Type**
☐ Registered  ☐ Insured
☒ Certified  ☐ COD
☐ Express Mail  ☒ Return Receipt for Merchandise

**7. Date of Delivery**

**5. Signature (Addressee)**

**6. Signature (Agent)**

**8. Addressee's Address (Only if requested and fee is paid)**

PS Form **3811**, November 1990   ☆ U.S. GPO: 1991—287-066   **DOMESTIC RETURN RECEIPT**

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

**3. Article Addressed to:**
Ms. Virginia Melendez
3719 Lila
Houston, TX 77026

**4a. Article Number**
7000 0600 0024 3394 6248

**4b. Service Type**
☐ Registered  ☐ Insured
☒ Certified  ☐ COD
☐ Express Mail  ☒ Return Receipt for Merchandise

**7. Date of Delivery**

**5. Signature (Addressee)**
Virginia Melendez

**6. Signature (Agent)**

**8. Addressee's Address (Only if requested and fee is paid)**

OCT 25 2000

PS Form **3811**, November 1990   ☆ U.S. GPO: 1991—287-066   **DOMESTIC RETURN RECEIPT**

COPY

**SENDER:**
• Complete items 1 and/or 2 for additional services.
• Complete items 3, and 4a & b.
• Print your name and address on the reverse of this form so that we can return this card to you.
• Attach this form to the front of the mailpiece, or on the back if space does not permit.
• Write ''Return Receipt Requested'' on the mailpiece below the article number.
• The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

| 3. Article Addressed to: | 4a. Article Number |
|---|---|
| Ms. Maria Negrette<br>3802 Lee<br>Houston, TX 77026 | 7000 0600 0024 3394 6149 |
| | 4b. Service Type |
| | ☐ Registered  ☐ Insured |
| | ☒ Certified  ☐ COD |
| | ☐ Express Mail  ☒ Return Receipt for Merchandise |
| | 7. Date of Delivery<br>10-24-0 |
| 5. Signature (Addressee)<br>*Martha Negrete* | 8. Addressee's Address (Only if requested and fee is paid) |
| 6. Signature (Agent)<br>*MARTHA NEGRETE* | |

PS Form **3811**, November 1990   ☆U.S. GPO: 1991–287-066   **DOMESTIC RETURN RECEIPT**

---

**SENDER:**
• Complete items 1 and/or 2 for additional services.
• Complete items 3, and 4a & b.
• Print your name and address on the reverse of this form so that we can return this card to you.
• Attach this form to the front of the mailpiece, or on the back if space does not permit.
• Write ''Return Receipt Requested'' on the mailpiece below the article number.
• The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

| 3. Article Addressed to: | 4a. Article Number |
|---|---|
| Ms. Barbara Oneil<br>6826 Heath<br>Houston, TX 77016 | 7000 0600 0024 3394 5708 |
| | 4b. Service Type |
| | ☐ Registered  ☐ Insured |
| | ☒ Certified  ☐ COD |
| | ☐ Express Mail  ☒ Return Receipt for Merchandise |
| | 7. Date of Delivery<br>06-14 2000 |
| 5. Signature (Addressee)<br>*Barbara Oneil* | 8. Addressee's Address (Only if requested and fee is paid) |
| 6. Signature (Agent) | |

PS Form **3811**, November 1990   ☆U.S. GPO: 1991–287-066   **DOMESTIC RETURN RECEIPT**

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Ms. Stephanie Alexander
5014 Salina
Houston, TX 77026

4a. Article Number
7000 0600 0024 3394 6330

4b. Service Type
☐ Registered    ☐ Insured
☒ Certified    ☐ COD
☐ Express Mail    ☒ Return Receipt for Merchandise

7. Date of Delivery
10-24-00    MS

5. Signature (Addressee)
_Stephanie Alexander_

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, November 1990    U.S. GPO: 1991-287-066    DOMESTIC RETURN RECEIPT

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Ms. Shameka Allen
3022 Bringhurst
Houston, TX 77026

4a. Article Number
7000 0600 0024 3394 6064

4b. Service Type
☐ Registered    ☐ Insured
☒ Certified    ☐ COD
☐ Express Mail    ☒ Return Receipt for Merchandise

7. Date of Delivery

5. Signature (Addressee)
_Shameka Allen_

6. Signature (Agent)
_Shameka Allen_

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, November 1990    U.S. GPO: 1991-287-066    DOMESTIC RETURN RECEIPT

**SENDER:**
* Complete items 1 and/or 2 for additional services.
* Complete items 3, and 4a & b.
* Print your name and address on the reverse of this form so that we can return this card to you.
* Attach this form to the front of the mailpiece, or on the back if space does not permit.
* Write "Return Receipt Requested" on the mailpiece below the article number.
* The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Ms. Regina Mathis
5300 Coke # 33
Houston, TX 77020

4a. Article Number
7000 0600 0024 3395 2140

4b. Service Type
☐ Registered        ☐ Insured
☒ Certified         ☐ COD
☐ Express Mail      ☒ Return Receipt for Merchandise

7. Date of Delivery
10/25/00

5. Signature (Addressee)

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, November 1990    U.S. GPO: 1991—287-066    **DOMESTIC RETURN RECEIPT**

---

**SENDER:**
* Complete items 1 and/or 2 for additional services.
* Complete items 3, and 4a & b.
* Print your name and address on the reverse of this form so that we can return this card to you.
* Attach this form to the front of the mailpiece, or on the back if space does not permit.
* Write "Return Receipt Requested" on the mailpiece below the article number.
* The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Ms. Andrette McKelvey
6826 Heath
Houston, TX 77016

4a. Article Number
7000 0600 0024 3394 6088

4b. Service Type
☐ Registered        ☐ Insured
☒ Certified         ☐ COD
☐ Express Mail      ☒ Return Receipt for Merchandise

7. Date of Delivery
OCT 24 2000

5. Signature (Addressee)

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, November 1990    U.S. GPO: 1991—287-066    **DOMESTIC RETURN RECEIPT**

TX_00002378
JA_005137

TX_00002378

USA_00020019



**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
Ms. Erika Palmer
4415 Hirsch
Houston, TX 77026

4a. Article Number
7000 0600 0024 3394 5791

4b. Service Type
☐ Registered ☐ Insured
☒ Certified ☐ COD
☐ Express Mail ☒ Return Receipt for Merchandise

7. Date of Delivery
10/24/00

5. Signature (Addressee)
6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, November 1990 U.S. GPO: 1991—287-066 DOMESTIC RETURN RECEIPT

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
Ms. Sirena Williams
4210 Sharon
Houston, TX 77020

4a. Article Number
7000 0600 0024 3394 5807

4b. Service Type
☐ Registered ☐ Insured
☒ Certified ☐ COD
☐ Express Mail ☒ Return Receipt for Merchandise

7. Date of Delivery
10/29/00

5. Signature (Addressee)
6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, November 1990 U.S. GPO: 1991—287-066 DOMESTIC RETURN RECEIPT

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee:
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Ms. Chanerial Sneed
4302 Sayers
Houston, TX 77026

4a. Article Number
7000 0600 0024 3394 5746

4b. Service Type
☐ Registered ☐ Insured
☒ Certified ☐ COD
☐ Express Mail ☒ Return Receipt for Merchandise

7. Date of Delivery

5. Signature (Addressee)
X Chanerial Sne

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, November 1990 ☆ U.S. GPO: 1991—287-066 DOMESTIC RETURN RECEIPT

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3 and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee:
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Ms. Deitra Williams
6400 Hirsch
Houston, TX 77026

4a. Article Number
7000 0600 0024 3394 5760

4b. Service Type
☐ Registered ☐ Insured
☒ Certified ☐ COD
☐ Express Mail ☒ Return Receipt for Merchandise

7. Date of Delivery

5. Signature (Addressee)

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, November 1990 ☆ U.S. GPO: 1991—287-066 DOMESTIC RETURN RECEIPT

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Ms. Tessia Zenon
2706 Staples
Houston, TX 77026

4a. Article Number

7000 0600 0024 2394 6255

4b. Service Type
☐ Registered      ☐ Insured
☒ Certified       ☐ COD
☐ Express Mail    ☒ Return Receipt for Merchandise

7. Date of Delivery

5. Signature (Addressee)

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, November 1990    ☆U.S. GPO: 1991—287-066    DOMESTIC RETURN RECEIPT

| | Harris County Deceased Voting History | | | | | |
|---|---|---|---|---|---|---|
| | Certificate | Last Name | First Name | DOD | Year Voted | Additional Voting Year |
| 1 | 00304006 | Arnold | James | 5/13/1993 | 3/8/1994 | |
| 2 | 02651602 | Blesener | Ambrose | 6/6/1996 | 3/10/1998 | 11/7/2000 |
| 3 | 02651602 | Bourdon | Maxine | 7/15/1991 | 11/8/1994 | |
| 4 | 03093879 | Burden | Edda | 8/26/1998 | 11/3/1998 | |
| 5 | 27680636 | Campbell | E S | 9/27/1993 | 11/5/1996 | |
| 6 | 03211703 | Coleman | Ledorse | 5/8/1995 | 11/3/1998 | |
| 7 | 00888792 | Doe | Lula | Jan 1993 | 11/3/1998 | |
| 8 | 10102986 | Furlong | Tomas | Aug 1983 | 11/5/1996 | |
| 9 | 12278172 | Guidry | John | 5/22/1994 | 4/9/1996 | 3/10/1998 |
| 10 | 09244013 | Henry | Edmond | 10/19/1994 | 11/5/1996 | |
| 11 | 03470978 | Holzwarth | Karl | 3/31/1996 | 11/3/1998 | |
| 12 | 09111295 | Kapelka | Joyce | 1/9/1998 | 11/3/1998 | |
| 13 | 01312024 | Hitching | T D | 6/29/1996 | 11/5/1996 | |
| 14 | 01658962 | Longmire | Sylvester | 11/15/1996 | 11/3/1998 | |
| 15 | 10205037 | McLean | Willis | 5/24/1995 | 3/10/1998 | |
| 16 | 01154038 | Mims | Frank | 1/26/1993 | 11/5/1996 | |
| 17 | 01688720 | Monroe | Robert | 5/31/1998 | 11/3/1998 | |
| 18 | 24852279 | Navarro | Edward | 8/15/1996 | 11/5/1996 | |
| 19 | 04538682 | Rogers | L C | 10/15/1987 | 11/4/1997 | |
| 20 | 11193695 | Rowe | John | 9/19/1990 | 11/3/1998 | |
| 21 | 37677119 | Sklar | Mendel | 1/5/1998 | 11/3/1998 | |
| 22 | 20990974 | Smith | Stella | 4/9/1997 | 3/4/2000 | |
| 23 | 26841015 | Spell | Billy | 10/20/1991 | 11/5/1996 | |
| 24 | 00746719 | Vanderlyn | J R | May 1983 | 11/5/1996 | |

TX_00002382
JA_005141



Exhibit 33

TX_00002382

USA_00020023

**Votec Election Management System**

Mine Window

NEW | ADD | SAVE | EXIT | Scan | View | Prov Blts | Cancel | NVRA Rep | Notices | Polling Place | Districts | Reg Hist | View Vot Hist

| NVRA Source | Date Submitted | Status | Reason | Precinct | Sub | CERT # |
|---|---|---|---|---|---|---|
| | | CD | DEC | 0476 | -- | 304006 |

File Number

c1update

ID Compliant Y

| Last | First | Middle | Former | Suffix |
|---|---|---|---|---|
| ARNOLD | JAMES | P | | |

Residence Address

| Street # | Fract | Dir | Name | Type | Dir | Unit Type | Unit # |
|---|---|---|---|---|---|---|---|
| 10830 | | | SAGEWIND | DR | | | |

City HO Zip 77089 Muni HOUSTON Post Office HOUSTON Address Exception CAN

**Voting History for ARNOLD, JA...**

| Election | Date | Voting Codes | Election Description |
|---|---|---|---|
| 0394 | 03/08/1994 | P D | PRIMARY ELECTION |

OK

Former County

Former Resid

SSN4

Birth Place

Signed? Y

Privacy

More

SN PW Interest ID Rcvd

10/17/1999 12:00 AM

Have you ever sustained any accidental bodily injury requiring medical attention?  ☐ Yes ☐ No

If so, what type? _____

Has any member of your family ever sustained any accident _____

If so, what type? _____

ARNOLD JAMES P
--0030400-6--                      ☐X      ☐ N

**Make Name / Address Changes below**

**HC05461812**

SEP 29 1999

ARNOLD, JAMES P
10830 SAGEWIND DR
HOUSTON, TX 77089-3821

James P Arnold
is deceased as
of Mar 13, 1993

Business phone no. _____
Home phone no. _____
Your voter cert. no.   0030400-6
Your Texas drivers license or I.D. no.
Your religious preference (optional) _
Your social security no. (optional) _

SIGNATURE _____

---

**APPLICATION FOR VOTER REGISTRATION CERTIFICATE**
HARRIS COUNTY, TEXAS      016358                    0030400-6

068173       AGE    33    SEX:   X MALE ☐      ARNOLD JAMES P

☐ CHECK HERE IF SERVICEMAN OR STUDENT

RESIDENCE: I CERTIFY THAT THE APPLICANT IS 18 YEARS OF AGE OR OVER, A CITIZEN OF THE UNITED STATES, AND HAS RE DID IN TEXAS MORE THAN 1 YEAR AND IN COUNTY AND CITY MORE THAN SIX MONTHS PRECEDING THE DATE OF THIS APPLICATION EXCEPT AS LISTED BELOW. I UNDERSTAND THAT THE GIVI G OF FALSE INFORMATION TO PROCURE THE REGISTRATION OF A VOTER IS A FELONY.

EXCEPTIONS

| | RESIDENT ADDRESS | VOTING PRECINCT | CONTROL NO |
|---|---|---|---|
| | 10830 SAGEWIND DR | 076 | 1 |
| | HOUSTON | (IF KNOWN) | |

| | MONTH | DAY | YEAR |
|---|---|---|---|
| SHOW DATE OF ARRIVAL | | | |
| IF IN TEXAS LESS THAN 1 YEAR | | | |
| IF IN COUNTY LESS THAN 6 MOS | | | |
| IF IN CITY LESS THAN 6 MOS | | | |
| * IF UNDER 21, SHOW DATE OF BIRTH | | | |

* IF UNDER 21 YEARS OLD, NEVER MARRIED AND MINORITY DISABILITIES HAVE NOT BEEN REMOVED BY COURT, GIVE NAME AND ADDRESS OF PARENT OR GUARDIAN

VOTER'S NAME ( MAIL CERTIFICATE TO THE FOLLOWING TEMPORARY ADDRESS ( IF IT IS NOT TO BE MAILED TO THE PERMANENT ADDRESS ABOVE )

ARNOLD JAMES P
10830 SAGEWIND DR
HOUSTON      Tx

CORRECTIONS

NAME X X X X X X X X X X   ADDRESS X X X X X X X X X X X XX
                                        STREET        CITY        ZIP CODE

SIGNATURE OF VOTER / AGENT
* HUSBAND   WIFE   FATHER   MOTHER   SON  OR  DAUGHTER  ONLY
(CIRCLE ONE WHERE APPLICABLE)

TELEPHONE NUMBER
(IF KNOWN)

**TO COMPLETE APPLICATION OTHER SIDE MUST BE FILLED IN**

Case 2:13-cv-00193 Document 662-20 Filed on 11/11/14 in TXSD Page 36 of 80
Case 1:12-cv-00128-RMC-DST-RLW Document 213-1 Filed 08/20/12 Page 32 of 203
Page 1 of 1

PublicData.com [ SSA Death Master File Detail ]

# PUBLICDATA.com

➡ *SSA Death Master File Detail*

| Name<br>ARNOLD,JAMES P | Social Security Number | Verify/Proof<br><br>none found | Last Known ZIP Code |
|---|---|---|---|
| Lump Sum Payment ZIP Code | State/Country of Residence<br><br>none found | Date of Birth<br>Sep 17 1938 | Date of Death<br>May 13 1993 |

*The detail view of this record will be recorded as one 'Detail look-up'*

http://www3.publicdata.com/cgi-win/pd.exe/Detail?db=USSSDM&ed=31&rec=53228543&...   5/2/2007

TX_00002385

USA_00020026

TX_00002386

USA_00020027

APPLICATION FOR VOTER REGISTRATION CERTIFICATE

0265160-2

376720

HARRIS COUNTY, TEXAS   048483   BLESENER AMBROSE J

| | AGE 59 | SEX: X MALE | | DATE JAN, JU 19 |
|---|---|---|---|---|

CHECK HERE IF SERVICEMAN OR STUDENT

| RESIDENT ADDRESS | VOTING PRECINCT | CONTROL NO. |
|---|---|---|
| 904 WOODING ST HOUSTON | 064 | |

RESIDENCE: I CERTIFY THAT THE APPLICANT IS 18 YEARS OF AGE OR OVER, IS A CITIZEN OF THE UNITED STATES, AND HAS RESIDED IN TEXAS MORE THAN 1 YEAR AND IN COUNTY AND PRECINCT MORE THAN SIX MONTHS PRECEDING THE DATE OF THIS APPLICATION EXCEPT AS LISTED BELOW. I UNDERSTAND THAT THE GIVING OF FALSE INFORMATION TO PROCURE THE REGISTRATION OF A VOTER IS A FELONY

| | MONTH | DAY | YEAR |
|---|---|---|---|
| ON DATE OF ARRIVAL | | | |
| IF IN TEXAS LESS THAN 1 YEAR | | | |
| IF IN COUNTY LESS THAN 6 MOS. | | | |
| IF IN CITY LESS THAN 6 MOS. | | | |
| UNDER 21, SHOW DATE OF BIRTH | | | |

VOTER'S NAME ( MAIL CERTIFICATE TO THE FOLLOWING TEMPORARY AGENT IF IT IS NOT TO BE MAILED TO THE PERMANENT ADDRESS ABOVE )

BLESENER AMBROSE J
P O BOX 9164
HOUSTON TX

CORRECTIONS

UNDER 21 YEARS OLD, NEVER MARRIED AND MINORITY
ABILITIES HAVING NOT BEEN REMOVED BY COURT, I GIVE NAME
D ADDRESS OF PARENTS OR GUARDIAN

X X   X   X   X   X   X   X   X   X   X   X   X   X   X   X   X   XX

MALE                              ADDRESS

SIGNATURE OF VOTER / AGENT

HUSBAND   WIFE   FATHER   MOTHER   SON OR DAUGHTER   ONLY
(CIRCLE ONE WHERE APPLICABLE)

TELEPHONE NUMBER

TO COMPLETE APPLICATION OTHER SIDE MUST BE FILLED IN

JUN 1 4 1993

OVER 65 PERMANENT EXEMPTION FROM JURY SERVICE

TEXAS DRIVER'S LIC. #_____   VOTER CERT. # 0265160-2

D.P.S. IDENTIFICATION #_____   CODE 2   DATE 5-17-93

NAME BLESENER           AMBROSE         JOSEPH
     LAST              FIRST           MIDDLE

ADDRESS 904 Wooding   Houston   77011

DATE OF BIRTH 9-21-1912          JUN 1 4 1993

PLACE OF BIRTH NORTHFIELD, MINNESOTA

IN ACCORDANCE WITH ARTICLE 2137a, REVISED CIVIL STATUTES OF TEXAS, I AFFIRM THAT I AM OVER 65 YEARS OF AGE AND DESIRE A PERMANENT EXEMPTION FROM JURY SERVICE ON THAT GROUND.

SIGNATURE Ambrose J Blesener           DATE _____

Name on record Blesener Ambrose J   Dep. K Thodes

TX_00002387
JA_005146

TX_00002387

USA_00020028

Case 2:13-cv-00193 Document 662-20 Filed on 11/11/14 in TXSD Page 39 of 80
Case 1:12-cv-00128-RMC-DST-RLW Document 213 Filed 08/20/12 Page 35 of 203
PublicData.Com [ Texas Driver Detail ]

Page 1 of 1

# PublicData.com

➡**Texas Driver Detail**

| | | |
|---|---|---|
| **Name**<br>BLESENER,AMBROSE JOSEPH | | **License number**<br>( |
| **Address**<br>904 WOODING ST | **DOB**<br>Sep 21 1912 | **Class**<br>I |
| **City/Zip**<br>HOUSTON 77011 | **Gender**<br>Male | **Race**<br>White |
| **Height**<br>510 | **Weight**<br>200 | **Eye color**<br>Blue | **Hair**<br>Gray |
| **Last transaction date**<br>Nov 25 1999 | **Last transaction**<br>Delete record | |
| *Above information as provided by state - below is our annotations* | | |
| **Address (click to find others)**<br>904 Wooding St | **City/State/Zip (click to find others)**<br>Houston , TX 77011-2604 | |

http://.../Detail?db=txdl&rec=4466053&dlnumber=HARRIS006&dlstate=CORP&id=1104493    5/10/01

TX_00002388

USA_00020029

# PublicData.com

➡ SSA Death Master File Detail

| Name | Social Security Number |
|---|---|
| BLESENER, AMBROSE | |
| Last Known Zip Code | Date of Birth | Date of Death |
| 77261 | Sep 21 1912 | Jun 6 1996 |

0 2651602

http://w.../Detail?db=ssadmf&rec=47534351&dlnumber=006991732&dlstate=TX&id=894976   5/10/01

TX_00002390

USA_00020031

TX_00002390
JA_005149

Case 1:12-cv-00128-RMC-DST-RLW   Document 213   Filed 06/20/12   Page 37 of 203

Object Name: pc_fileno

Page 1 of 1

## Office of Beverly B. Kaufman, County Clerk, Harris County, Texas
### *Probate Court Inquiry System*

| R.C.DOCKET.SUB. | .APPLICANT'S | .ATTORNEY OF RECORD | .NATURE | .DATE OPEND. | |
|---|---|---|---|---|---|
| C.T.NUMBER.DKT.STYLE OF PROBATE | .NAME AND ADDRESS | .AND ADDRESS | .OF PROC | .MM DD YYYY.FILM CODE | |
| 3 284210 001 BLESENER AMBROSE J*D* | BLESENER RITA A | SCHULTZ MARJORIE S | PW-LT | 07-18-1996 642792226 | |
| 904 WOODING ST | HOUSTON TX 77011 | 3220 LOUISIANA #201 | HOUSTON TX 77006 | | |

Total lines retrieved = 2 Lines displayed = 2

Back to Inquiry      Main Menu



Voter Update [c1update 03.06]

NEW | ADD | SAVE | EXIT | Scan View | Prov Bits | Cancel | NVRA Dup | Notices | Polling Place | Districts | Reg Hist | View Vot Hist

NVRA Source [redacted] | Date Submitted | Status CD | Reason DEC | Precinct 0148 | Sub | CERT # 3093879

File Number | c1update | ID Compliant Y

| Last | First | Middle | Former | Suffix |
|---|---|---|---|---|
| BOURDON | MAXINE | M MRS | | |

Residence Address

| Street # | Fract | Dir | Name | Type | Dir | Unit Type | Unit # |
|---|---|---|---|---|---|---|---|
| 2226 | | | MACARTHUR | | | | |

City HO Zip 77030 Muni HOUSTON Post Office HOUSTON Address Exception CAN

Mail Address

City State

Zip Clear Mail Addr

Gender F DOB 12/05/1910 Former County

SSN SSN4

DL# Birth Place

Citizen? Y Signed? Y

Jury Language Privacy

Registration 01/31/1976 Eligible 03/01/1976

Transfer Effective 10/17/2000

No TDL/ID No SSN PW Interest ID Rcvd

Comments Election Role Updated by

County clerk says
last voted
11/8/1994

TX_00002391

JA_005150

TX_00002391

USA_00020032

Case 1:12-cv-00128-RMC-DST-RLW   Document 213   Filed 06/20/12   Page 39 of 203

TX_00002392

USA_00020033

TX_00002392

JA_005151

0309387-9

215705208

| 134834 | APPLICATION FOR VOTER REGISTRATION CERTIFICATE | | 0309387-9 |
| | HARRIS COUNTY, TEXAS | 054849 | BOURDON MAXINE M MRS |

134834

| AGE | 61 | SEX: | MALE | X | FEMALE | DATE 11-7-77 | 19 77 |

☐ CHECK HERE IF SERVICEMAN OR STUDENT

| RESIDENT ADDRESS | VOTING PRECINCT | CONTROL NO. |

2226 MACARTHUR
HOUSTON                                             198

RESIDENCE: I CERTIFY THAT THE APPLICANT IS 18 YEARS OF AGE OR OVER, A CITIZEN OF THE UNITED STATES AND WAS RESIDED IN TEXAS MORE THAN 1 YEAR AND IN COUNTY AND CITY MORE THAN 6 MONTHS PRECEDING THE DATE OF THE APPLICATION EXCEPT AS LISTED BELOW. I UNDERSTAND THAT THE GIVING OF FALSE INFORMATION TO PROCURE THE REGISTRATION OF A VOTER IS A CRIME.

EXCEPTIONS

| VOTER'S NAME | (MAIL CERTIFICATE TO THE FOLLOWING TEMPORARY ADDRESS IF IT IS NOT TO BE MAILED TO THE PERMANENT ADDRESS ABOVE.) | CORRECTIONS |

| | MONTH | DAY | YEAR |
| SHOW DATE OF ARRIVAL | | | |
| IF IN TEXAS LESS THAN 1 YEAR | | | |
| IF IN COUNTY LESS THAN 6 MOS. | | | |
| IF IN CITY LESS THAN 6 MOS. | | | |

BOURDON MAXINE M MRS
2226 MACARTHUR
HOUSTON          TX                    ZIP 77025

IF UNDER 21, SHOW DATE OF BIRTH
IF UNDER 21 YEARS OLD, NEVER MARRIED AND MINORITY DISABILITIES HAVE NOT BEEN REMOVED BY COURT, GIVE NAME AND ADDRESS OF PARENTS OR GUARDIAN.

X X X X X X X X X X X X X X X X X X

NAME   1790        | ADDRESS | STREET | CITY | ZIP CODE 77025 |

SIGNATURE OF VOTER / AGENT
(AGENT... SON OR DAUGHTER ONLY)          | TELEPHONE NUMBER |

TO COMPLETE APPLICATION OTHER SIDE MUST BE FILLED IN

TX_00002393
USA_00020034

**040822**   040822   APPLICATION FOR RENEWAL OF VOTER REGISTRATION
HARRIS COUNTY, TEXAS   CERTIFICATE NO.   A366688

| AGE | 64 | SEX | ☐ MALE | ☒ FEMALE | DATE Jan 4, 19 75 |

FOR VOTING YEAR BEGINNING MARCH 1, 1975, AND SUCCEEDING THREE YEARS

JAN 8 1975

**STATEMENT:**

I CERTIFY THAT I AM A CITIZEN OR THE UNITED STATES AND AM STILL A QUALIFIED ELECTOR OF HARRIS COUNTY, TEXAS.
BY RETURNING THIS SIGNED STATEMENT TO THE REGISTRAR, I WILL BE REGISTERED FOR THE THREE (3) SUCCEEDING VOTING YEARS BEGINNING MARCH 1, 1975.

I UNDERSTAND THAT THE GIVING OF FALSE INFORMATION TO PROCURE THE REGISTRATION OF A VOTER IS A FELONY.

| RESIDENT ADDRESS–DO NOT USE P.O. BOX | PRECINCT NO. |
|---|---|
| 2226 MACARTHUR HOUSTON | 148 |

| VOTERS NAME; MAILING ADDRESS | CORRECTIONS |
|---|---|
| BOURDON MAXINE M MRS 2226 MACARTHUR HOUSTON TX 77025 | |

| SOCIAL SECURITY NUMBER | TELEPHONE NUMBER |

*Maxine M. Bourdon*
SIGNATURE OF VOTER/AGENT
HUSBAND, WIFE, FATHER, MOTHER, SON OR DAUGHTER   JANUARY 29

THIS STATEMENT MUST BE RETURNED TO THE VOTER REGISTRAR BY MARCH 1, 1975 FOR CONTINUOUS REGISTRATION
**SEE OTHER SIDE**

215705191

0309387-9

TX_00002393
JA_005152

TX_00002394

USA_00020035

Case 1:12-cv-00128-RMC-DST-RLW   Document 213   Filed 06/20/12   Page 41 of 203

TX_00002394

JA_005153

OVER 65
PERMANENT EXEMPTION    DEC 3 1 1979    CERT # _____
FROM JURY SERVICE                CODE   Y    DATE  12-17-79

NAME  Bourdon, Mrs. Maxine      M.
            Last              First          Middle

ADDRESS  2026 MacArthur   Houston, Texas  77230
              Street              City         State    Zip

In accordance with Article 2137a, Revised Civil Statutes of
Texas, I affirm that I am over 65 years of age and desire a
permanent exemption from jury service on that ground.

(None)            X Mrs Maxine M Bourdon
                     Signature          Date signed
                          12-27-79

215705182

030938?-9

TX_00002395

USA_00020036

TX_00002395
JA_005154



I hereby confirm that BOURDON MAXINE M MRS is:

☑ Deceased.        "X." 0309387-9

☐ Not deceased and the information is inaccurate.

Signature _Barbara K Lauria_        Date _8-24-00_

My relationship to BOURDON MAXINE M MRS is: _daughter_

Please complete this form and return to:        **Paul Bettencourt**
**Tax Assessor-Collector**
**P. O. Box 3527**
**Houston, TX 77253-3527**

215705173

0309387

Re: Voter Registration Notice        03093879

Last Voted 11/8/94

Case 2:13-cv-00193 Document 662-20 Filed on 11/11/14 in TXSD Page 47 of 80
Case 1:12-cv-00128-RMC-DST-RLW Document 213 Filed 08/20/12 Page 43 of 203
PublicData.Com [ SSA Death Master File Detail ]                                    Page 1 of 1

# PublicData.com

➡ *SSA Death Master File Detail*

| Name<br>BOURDON,MAXINE M | Social Security Number | Verify/Proof<br><br>none found | Last Known ZIP Code<br>77030 |
|---|---|---|---|
| Lump Sum Payment ZIP Code | State/Country of Residence<br><br>none found | Date of Birth<br>Dec 5 1910 | Date of Death<br>Jul 15 1991 |

*The detail view of this record will be recorded as one 'Detail look-up'.*

http://www7.publicdata.com/cgi-win/pd.exe/Detail?db=USSSDM&ed=31&rec=54519678&...   5/2/2007

TX_00002396

USA_00020037

**Votec Election Management System**

Mine Window

**Voter Update**

NEW | ADD | SAVE | EXIT | Scan View | Prov Blts | Cancel | NVRA Dup | Notices Polling Place | Districts Reg Hist | View Vot Hist

NVRA Source | Date Submitted | Status / Reason | Precinct | Sub | CERT #
CD | DEC | 0319 | -- | 27680636

File Number | c1update | ID Compliant Y

| Last | First | Middle | Former | Suffix |
|---|---|---|---|---|
| BURDEN | EDDA | MEDLHAMMER | | |

Residence Address

| Street # | Fract | Dir | Name | Type | Dir | Unit Type | Unit # |
|---|---|---|---|---|---|---|---|
| 4323 | | | BROOKFIELD | DR | | | |

City HO Zip 77045 Muni HOUSTON Post Office HOUSTON Address Exception CAN

Mail Address

Gender F DOB 12/28/1943 Former County Former Resid

**Voting History for BURDEN, EDDA**

| Election | Date | Voting Codes | | Election Description |
|---|---|---|---|---|
| 1198 | 11/03/1998 | E | | GENERAL ELECTION |
| 1196 | 11/05/1996 | E | | GENERAL ELECTION |
| 0396 | 03/12/1996 | E | R | PRIMARY ELECTION |

SSN

Birth Place GERMANY XX

Signed? Y

Privacy More

PW Interest ID Rcvd

12/27/2000 12:00 AM

2768063-6          215840240

## VOTER REGISTRATION APPLICATION (SOLICITUD PARA REGISTRO DE VOTANTE)

W1782

PLEASE COMPLETE ALL OF THE INFORMATION BELOW. PRINT IN INK OR TYPE.

| Last Name (Apellido) | First Name (NOT HUSBAND'S) (Nombre de Pila) (NO DEL ESPOSO) | Middle Name (II any) (Segundo Nombre si lo hay) | Maiden Name (Apellido de Soltera) |
|---|---|---|---|
| BURDEN | EDDA | ROSE | MEDLHAMMER |

| Sex (Sexo) | Date of Birth (Fecha de Nacimiento) month, day, year (el mes, el día, el año) | Place of Birth (Lugar de Nacimiento) city or county state or foreign country (ciudad o condado) (estado o país extranjero) | County (Condado) |
|---|---|---|---|
| F | 12-28-43 | GOPP-HOLHEIM GERMANY | |

Permanent Residence Address: Street Address and Apartment Number, City, State, and ZIP. (Dirección de Residencia permanente. Calle y Número de Departamento, Ciudad, Estado y Zona Postal. No incluya su caja postal o ruta rural)

4323 BROOKFIELD Houston, TX 77584

Mailing Address, City, State and ZIP: If mail cannot be delivered to your permanent residence address, (Dirección Postal, Ciudad, Estado y Zona Postal) (Si es imposible entregar correspondencia a su dirección permanente)

The applicant is a citizen of the United States and a resident of this county. Applicant has not been finally convicted of a felony or, if a felon, is eligible for registration under Section 13.001(a)(4) of the Texas Election Code. I understand that the giving of false information to procure the registration of a voter is a misdemeanor. (El suplicante es ciudadano de los Estados Unidos y es residente de este condado. El suplicante no ha sido probado culpable finalmente de un crimen, o, si es criminal, está elegible para registrarse para votar bajo las condiciones de la Sección 13.001(a)(4) del Codigo de Elecciones de Texas. Yo entiendo que es un delito menor dar información falsa para obtener el registro de un votante.)

X _Edda Burden_

Signature of Applicant or Agent or Printed Name of Applicant II Signed by Witness (Firma del Suplicante o Agente, o Nombre del Suplicante En Letra de Molde Si Fue Firmado Por Un Testigo)

FOR WITNESS (PARA TESTIGO)

2768063-6          215840231

## VOTER REGISTRATION APPLICATION (SOLICITUD PARA REGISTRO ELEC TANTE)

PLEASE COMPLETE ALL OF THE INFORMATION BELOW. PRINT IN INK OR TYPE.
(POR FAVOR COMPLETE LA SIGUIENTE INFORMACION. ESCRIBA EN LETRA DE MOLDE CON TINTA O ESCRIBA A MAQUINAS)

| | For Office Use Only | |
| PCT | Com | EDR |

| Last Name (Apellido) | First Name (NOT HUSBAND'S) (Nombre de Pila) (NO DEL ESPOSO) | Middle Name (if any) (Segundo Nombre) (si tiene) | Maiden Name (Apellido de Soltera) |
| BURDEN | EDDA | ROSE | Hedlhammer |

| Sex (Sexo) | Date of Birth (Fecha de Nacimiento) month, day, year (el mes, el día, el año) | Place of Birth (Lugar de Nacimiento) city or county (Ciudad o condado) state or foreign country (estado o país extranjero) | County and (Condado y c | Address of Former Residence dirección de residencia previa) |
| F | 12 28 43 | Gopp-Hof   Germany | 7943 | Kuchen Zwirnerstr. 3 |

Permanent Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe location of residence. (Do not include P.O. Box or Rural Rt.) (Dirección de Residencia Permanente: Calle y Número de Departamento, Ciudad, Estado, y Zona Postal, si no tiene, escriba la localidad de su residencia. No incluya su caja postal o ruta rural.)

4823 Brookfield Houston Tx 77045

Mailing Address, City, State and ZIP: If mail cannot be delivered to your permanent residence address. (Dirección Postal, Ciudad, Estado y Zona Postal) (si es imposible entregar correspondencia a su dirección permanente)

| Social Security Number (Número de Seguro Social) |
| |
| Telephone Number (Número de Teléfono) (si se tiene) |
| Precinct Number (if known) PCT 9-11-9 |

The applicant is a citizen of the United States and a resident of this county. Applicant has not been finally convicted of a felony or, if a felon, is eligible for registration under Section 13.001(a)(4) of the Texas Election Code. I understand that the giving of false information to procure registration of a voter is a misdemeanor. (El suplicante es ciudadano de los Estados Unidos y es residente de este condado. El suplicante no ha sido probado culpable finalmente de un crimen, o si es criminal, está elegible para registrarse para votar bajo las condiciones de la Sección 13.001(a)(4) del Código de Elecciones de Texas. Yo entiendo que es un delito menor dar información falsa con motivo de conseguir el registro de un votante.)

X _Edda Burden_

Signature of Applicant or Agent or Printed Name of Applicant if Signed by Witness (Firma del Suplicante o Agente, o Nombre del Suplicante En Letra de Molde Si Fue Firmado Por Un Testigo)

| Court of Naturalization, if Applicable (Corte de Naturalización, si es aplicable) |
| SEP 1 0 1990 |
| OCT 1 0 1990 |

FOR AGENT (PARA AGENTE): Application may be made by the applicant or a registration applicant must mother self be a relative to be a qualified voter of this county or have submitted as son or daughter, (la solicitud podrá hacer dirigirse por voter of this county or have submitted por ser a son or daughter) the applicant's husband, wife, father, mother, son or daughter. (la solicitud podrá hacer dirigirse por un votante capacitado de este condado o que habrá presentado una solicitud para registrarse para votar, o a modo deberá de ser elegible para votar. El agente deberá ser el esposo, esposa, padre, madre, hijo o hija del solicitante.)

Relationship (Parentesco)

# Paul Bettencourt_____

*Harris County Tax Assessor-Collector and Voter Registrar*

Date Mailed: August 22, 2000

*Rec'd
8/23/00
HPD.*

BURDEN EDDA MEDLHAMMER
4323 BROOKFIELD DR
HOUSTON TX 77045-6207

### VOTER REGISTRATION NOTICE

The addressee's name, Social Security number, and date of birth matched exactly with that of a record in the Social Security Death Index database. This indicates that the registered voter named in this notice is deceased.

Please respond by providing the information requested below. Please include your signature and your relationship to the voter in the space provided below. Upon the receipt of your response, we will update the record. **This notice will not affect your Social Security benefits.**

**WARNING:** This voter registration is subject to cancellation if an appropriate reply is not provided to the voter registrar by the 60th day after the date this notice is mailed (Texas Election Code Sec. 16.033 (c)).

If you have any questions, or if this information is inaccurate, please call our office at (713) 224-1919 as soon as possible. Our Web site at [www.tax.co.harris.tx.us] contains an updated Harris County Voter Registration database for your reference.

Thank you for your assistance.

Paul Bettencourt
Voter Registrar, Harris County, Texas

Marty Morrison
Director of Voter Registration

---

I hereby confirm that BURDEN EDDA MEDLHAMMER is: *77080123.15*

☒ Deceased. *aug 2-3, 1998.*

☐ Not deceased and the information is inaccurate.

Signature *Hazel E. Burden*     Date *8/23/00*

My relationship to BURDEN EDDA MEDLHAMMER is: *former mother-in-law*

---

Please complete this form and return to:    **Paul Bettencourt**
**Tax Assessor-Collector**
**P. O. Box 3527**
**Houston, TX 77253-3527**

TX_00002400
JA_005159

TX_00002400

USA_00020041

Case 2:13-cv-00193 Document 662-20 Filed on 11/11/14 in TXSD Page 52 of 80
Case 1:12-cv-00128-RMC-DST-RLW Document 213 Filed 08/20/12 Page 48 of 203
PublicData.Com [ SSA Death Master File Detail ]                                    Page 1 of 1

# PublicData.com

➡*SSA Death Master File Detail*

| Name<br>BURDEN,EDDA R | Social Security Number | Verify/Proof<br>Death certificate<br>observed | Last Known ZIP<br>Code<br>77045 |
|---|---|---|---|
| Lump Sum Payment ZIP<br>Code | State/Country of<br>Residence<br><br>none found | Date of Birth<br>Dec 28 1943 | Date of Death<br>Aug 26 1998 |

*The detail view of this record will be recorded as one 'Detail look-up'.*

http://www3.publicdata.com/cgi-win/pd.exe/Detail?db=USSSDM&ed=31&rec=52462413&...  5/2/2007

TX_00002401
JA_005160

TX_00002401

USA_00020042

TX_00002402

USA_00020043

APPLICATION FOR VOTER REGISTRATION CERTIFICATE

296286

HARRIS COUNTY, TEXAS          0846

0371170-3

| ☐ CHECK HERE IF SERVICEMAN OR SPOUSE | 296286 | AGE | 52 | SEX: | X | MALE | CAMPBELL E S MR | DATE | 17 |

RESIDENCE: I CERTIFY THAT THE APPLICANT IS 18 YEARS OF AGE OR OVER, A CITIZEN OF THE UNITED STATES, AND HAS RESIDED IN TEXAS MORE THAN 1 YEAR AND IN COUNTY AND CITY MORE THAN SIX MONTHS PRECEDING THE DATE OF THIS APPLICATION EXCEPT AS LISTED BELOW AND I UNDERSTAND THAT THE GIVING OF FALSE INFORMATION TO PROCURE THE REGISTRATION OF A VOTER IS A FELONY

EXCEPTIONS

| | MONTH | DAY | YEAR |
| SHOW DATE OF ARRIVAL | | | |
| IF IN TEXAS LESS THAN 1 YEAR | | | |
| IF IN COUNTY LESS THAN 6 MOS | | | |
| IF IN CITY LESS THAN 6 MOS | | | |
| * IF UNDER 21, SHOW DATE OF BIRTH | | | |

* IF UNDER 21 YEARS OLD, NEVER MARRIED AND MINORITY DISABILITIES HAVE NOT BEEN REMOVED BY COURT, GIVE NAME AND ADDRESS OF PARENTS OR GUARDIAN

RESIDENT ADDRESS

6931 MODUD
HOUSTON

VOTING PRECINCT
264
297

CONTROL NO.

VOTER'S NAME (MAIL CERTIFICATE TO THE FOLLOWING TEMPORARY ADDRESS IF IT IS NOT TO BE MAILED TO THE PERMANENT ADDRESS ABOVE)

CAMPBELL E S MR
6931 MODUD
HOUSTON          TX 77036
8114 CADAWAC

CORRECTIONS
8114 Cadawac
77036
Houston, Texas

NAME X X IX X X X X X X X X X  ADDRESS X X X X X X X X X X X XX
STREET          CITY          ZIP CODE

➡ E S Campbell

SIGNATURE OF VOTER / AGENT *

* (HUSBAND    WIFE    FATHER    MOTHER    SON OR DAUGHTER ONLY
(CIRCLE ONE WHERE APPLICABLE)

TELEPHONE NUMBER
(IF KNOWN)

TO COMPLETE APPLICATION OTHER SIDE MUST BE FILLED IN

OVER 65
PERMANENT EXEMPTION          CERT # 0371170-3
FROM JURY SERVICE       SEP 1 0 1990   CODE 2 DATE 9-4-90

NAME CAMPBELL          EDWIN          S.
          Last          First          Middle

ADDRESS 8114 CADAWAC DR Houston Tx 77074

DATE OF BIRTH 10-3-19          JH 90

PLACE OF BIRTH PEARSOLE, TEXAS          91

IN ACCORDANCE WITH ARTICLE 2137a, REVISED CIVIL STATUTES OF TEXAS,
I AFFIRM THAT I AM OVER 65 YEARS OF AGE AND DESIRE A PERMANENT
EXEMPTION FROM JURY SERVICE ON THAT GROUND.

Signed E S Campbell          9-7-90
Name on record Campbell E.S. MR          Date signed
          Dep. Shaw

PublicData.Com [ SSA Death Master File Detail ]                               Page 1 of 1

# PublicData.com

➡ **SSA Death Master File Detail**

| Name<br>CAMPBELL,EDWIN | | Social Security Number<br># |
|---|---|---|
| Last Known Zip Code | Date of Birth<br>Oct 3 1919 | Date of Death<br>Sep 27 1991 |

0321170.3

USA_00020045

TX_00002405

USA_00020046

TX_00002405
JA_005164

### Office of Beverly B. Kaufman, County Clerk, Harris County, Texas
*Probate Court Inquiry System*

```
R.C. DOCKET.SUB.                .APPLICANT'S        .ATTORNEY OF RECORD  .NATURE  .DATE OPEND.
C.T.NUMBER.DKT.STYLE OF PROBATE .NAME AND ADDRESS   .AND ADDRESS         .OF PROC .MM DD YYYY.FILM CODE
=.=.======.===.===============  ================    ==================== =======  =========.=========
   2 250982 001 CAMPBELL EDWIN S·D·  CAMPBELL MAEBELLE S   THOMPSON JAMES D    PW-LT   04-03-1992 673253860
                8114 CADAWAC        HOUSTON TX 77074     10405 TOWN & CTRY WAY HOUSTON TX 77024
```

Total lines retrieved = 2 Lines displayed = 2

| Back to Inquiry | | Main Menu |

http://www.cclerk.hctx.net/coolice/default.asp?Category=ProbateCourt&Service=pc_fileno          5/2/2007

TX_00002406

JA_005165

TX_00002406

USA_00020047

| | APPLICATION FOR VOTER REGISTRATION CERTIFICATE | | | | | 00888879-2 |
|---|---|---|---|---|---|---|
| 199603 | HARRIS COUNTY, TEXAS 109026 | | | | COLEMAN LEDORSE | |

☐ CHECK HERE IF SERVICEMAN OR STUDENT 197603 | AGE 64 | SEX: ☒ MALE | DATE | 17

| RESIDENCE: I CERTIFY THAT THE APPLICANT IS 18 YEARS OF AGE OR OVER A CITIZEN OF THE UNITED STATES, AND HAS RESIDED IN TEXAS MORE THAN 1 YEAR AND IN COUNTY AND CITY MORE THAN SIX MONTHS PRECEDING THE DATE OF THIS APPLICATION EXCEPT AS LISTED BELOW. I UNDERSTAND THAT THE GIVING OF FALSE INFORMATION TO PROCURE THE REGISTRATION OF A VOTER IS A FELONY. EXCEPTIONS | RESIDENT ADDRESS | VOTING PRECINCT | CONTROL NO |
|---|---|---|---|
| | 2422 ROSEWOOD | 210 | |
| | HOUSTON | (IF KNOWN) | |

| | MONTH | DAY | YEAR |
|---|---|---|---|
| SHOW DATE OF ARRIVAL | | | |
| # IN TEXAS LESS THAN 1 YEAR | | | |
| # IN COUNTY LESS THAN 6 MOS | | | |
| # IN CITY LESS THAN 6 MOS | | | |
| * IF UNDER 21, SHOW DATE OF BIRTH | | | |

VOTER'S NAME (MAIL CERTIFICATE TO THE FOLLOWING TEMPORARY ADDRESS IF IT IS NOT TO BE MAILED TO THE PERMANENT ADDRESS ABOVE)

COLEMAN LEDORSE
2422 ROSEWOOD
HOUSTON          TX 77004

CORRECTIONS

* IF UNDER 21 YEARS OLD, NEVER MARRIED AND MINORITY DISABILITIES HAVE NOT BEEN REMOVED BY COURT, GIVE NAME AND ADDRESS OF PARENT OR GUARDIAN.

NAME  X  X  X  X  X  X  X  X  X  X   ADDRESS  X  X  X  X  X  X  X  X  X  X  X  X  XX

X ~Ledorse Coleman~     ~2422 Rosewood~ STREET  ~Houston~ CITY  ~77004~ ZIP CODE
SIGNATURE OF VOTER / AGENT                    TELEPHONE NUMBER

* HUSBAND   WIFE   FATHER   MOTHER   SON OR DAUGHTER   ONLY
(CIRCLE ONE WHERE APPLICABLE)

## TO COMPLETE APPLICATION OTHER SIDE MUST BE FILLED IN

COLEMAN LEDORSE
--00888879-2--          DX

Re:        COLEMAN LEDORSE
Certificate #    00888792 1

X-

Confirmation is hereby given that the person named above is:
*Se da aqui confirmacion que la antedicha persona nombrado a:*

☒ Deceased/*Fallecido*

☐ Not deceased and the information is incorrect (*No a fallecido y la informacion esta incorrecta*)

Signature/*Firma* ~Atty Walker Richardson~     Date/*Fecha* 1/3/2000

Relationship/*Parentesco*                        JAN 04 2000

TX_00002407
JA_005166

TX_00002407

USA_00020048

Case 2:13-cv-00193 Document 662-30 Filed on 11/11/14 in TXSD Page 59 of 80
Case 1:12-cv-00128-RMC-DST-RLW Document 213-31 Filed 06/20/12 Page 55 of 203

PublicData.Com [ SSA Death Master File Detail ] Page 1 of 1

# PublicData.com

➡ *SSA Death Master File Detail*

| Name<br>COLEMAN,LEDORSE | Social Security Number | Verify/Proof<br><br>none found | Last Known ZIP Code<br>77004 |
|---|---|---|---|
| Lump Sum Payment ZIP Code | State/Country of Residence<br><br>none found | Date of Birth<br>Jan 28 1908 | Date of Death<br>May 8 1995 |

*The detail view of this record will be recorded as one 'Detail look-up'.*

http://www3.publicdata.com/cgi-win/pd.exe/Detail?db=USSSDM&ed=31&rec=53877616&... 5/2/2007

TX_00002408
JA_005167

TX_00002408

USA_00020049

Object Name: pc_fileno

Office of Beverly B. Kaufman, County Clerk, Harris County, Texas
*Probate Court Inquiry System*

```
R.C.DOCKET.SUB.               .APPLICANT'S        .ATTORNEY OF RECORD   .NATURE  .DATE OPEND.
C.T.NUMBER.DKT.STYLE OF PROBATE .NAME AND ADDRESS   .AND ADDRESS         .OF PROC .MM DD YYYY.FILM CODE
=.=.======.===.============== .================== .==================== .======= .========== .========
   2 274946 001 COLEMAN LEDORSE·D·  WALKER BETTY J      PROCTOR MAMIE MOORE   PW-NPC   05-12-1995 6307834
            6315 CENTRAL CITY BLVD  GALVESTON TX 77551  24 GREENWAY PLAZA 1822 HOUSTON TX 77046
```

Total lines retrieved = 2 Lines displayed = 2

[ Back to Inquiry ]   [ Main Menu ]

Case 1:12-cv-00128-RMC-DST-RLW   Document 213   Filed 06/20/12   Page 56 of 203

TX_00002409
USA_00020050

TX_00002409
JA_005168

TX_00002410

USA_00020051

**VOTER REGISTRATION**

Y010298-6

DOE LULA WELLS

TYPE OR PRINT IN INK

(for Official use only)

1.2.2

Name
DOE

First name
Lula

Middle name
Margis

Maiden name if married woman
WELLS

PERMANENT RESIDENCE ADDRESS

Street & apt / (no P.O. box)
151 Hohldale

City
Houston

Zip
77022

MAILING ADDRESS IF DIFFERENT FROM ABOVE

Social Security No.

Sex
F

Birth Date — Month 3 Day 21 Year 11

Phone #

City Augusta or County

State Ga. or Foreign Country

SIGNATURE OF VOTER/AGENCY
Lula M. Doe

---

**VOTER REGISTRATION APPLICATION**
**SOLICITED PARA REGISTRO DE VOTANTE**

PLEASE COMPLETE ALL OF THE INFORMATION BELOW. PRINT IN INK OR TYPE

LAST NAME (APELLIDO)
Doe

FIRST NAME (Nombre)
Lula

MIDDLE NAME (SEGUNDO NOMBRE)
MARGIS WELLS

DATE OF BIRTH

PERMANENT RESIDENCE, STREET ADDRESS AND APARTMENT NUMBER
151 Hohldale

CITY, STATE, and ZIP
HOUSTON TEXAS 77022

SIGNATURE
Lula Margis Doe

TX_00002411

USA_00020052

# PublicData.com

➡ SSA Death Master File Detail

| Name | Social Security Number |
| --- | --- |
| DOE,LULA | |

| Last Known Zip Code | Date of Birth | Date of Death |
| --- | --- | --- |
| 77022 | Mar 12 1911 | Jan 0 1993 |

1010298G

http://w.../Detail?db=ssadmf&rec=4881226&dlnumber=006991732&dlstate=TX&id=894976    5/10/01

TX_00002412
JA_005171

TX_00002412

USA_00020053

TX_00002413

USA_00020054

TX_00002413
JA_005172

Case 1:12-cv-00128-RMC-DST-RLW   Document 213   Filed 06/20/12   Page 60 of 203

**Office of Beverly B. Kaufman, County Clerk, Harris County, Texas**
*Probate Court Inquiry System*

```
R.C.DOCKET.SUB.                    .APPLICANT'S          .ATTORNEY OF RECORD    .NATURE  .DATE OPEND.
C.T.NUMBER.DKT.STYLE OF PROBATE    .NAME AND ADDRESS     .AND ADDRESS           .OF PROC .MM DD YYYY.FILM CODE
=.=.======.===.================    .================     .================      .======= .========= .========
  3 256990 001 DOE LULA MARGIS*D*   PORTER CAROL J        HARTSFIELD HAROLDEEN   PW-LT    01-21-1993 681341679
               4504 OLD YALE        HOUSTON TX 77018      55 WAUGH DR #400       HOUSTON TX 77007
  3 256990 401 DOE LULA MARGIS*D*   ARNOLD NORVELLA DOE   WASHINGTON GEORGE JR   C-WILL   02-23-1993 682360454
                                    STATE OF TN           1808 WHEELER AVE       HOUSTON TX 77288
  3 256990 401 ARNOLD NORVELLA DOE*P*  PORTER CAROL J     WASHINGTON GEORGE JR   C-WILL   02-23-1993 682360454
                                    STATE OF TN           1808 WHEELER AVE       HOUSTON TX 77288
```

Total lines retrieved = 6 Lines displayed = 6

| Back to Inquiry | | Main Menu |

Votec Election Management System

Mine Window

Voter Update

NEW | ADD | SAVE | EXIT | Scan / View | Prov Blts | Cancel | NVRA Dup | Notices / Polling Place | Districts / Reg Hist | View Vot Hist

NVRA Source | Date Submitted | Status: CD | Reason: DEC | Precinct: 0185 | Sub: -- | CERT #: 12278172

File Number | c1update | ID Compliant Y

Last: FURLONG | First: TOMAS | Middle: SALVADOR | Former | Suffix

Residence Address
Street #: 1010 | Fract | Dir | Name: RAINY RIVER | Type: DR | Dir | Unit Type | Unit #

City HO | Zip 77088 | Muni HOUSTON | Post Office HOUSTON | Address Exception CAN

Voting History for FURLONG, TOMAS

| Election | Date | Voting Codes | Election Description |
|---|---|---|---|
| 1196 | 11/05/1996 | E | GENERAL ELECTION |

OK

932 | Former County | Former Resid

SSN4

Birth Place PUEBLA MM

Signed? Y

Privacy | More

PW Interest | ID Rcvd

10/13/1999 12:00 AM

TX_00002414

JA_005173

TX_00002414

USA_00020055

Re: **FURLONG TOMAS SALVADOR**
Certificate # **1Z27817Z 1**

**X-**

Confirmation is hereby given that the person named above is:

*Se da aquí confirmación que la antedicha persona nombrada a:*

☒ Deceased/*Fallecido* on 8-28-83

☐ Not deceased and the information is incorrect (*No a fallecido y la información esta incorrecto*)

Date of Birth - 6-23-32

Margarita B Furlong
Signature/*Firma*

Wife
Relationship/*Parentesco*

Date/*Fecha*

Aug. 26-99

---

185     A     1227817-2
FURLONG  TOMAS  SALVADOR

FURLONG          TOMAS          SALVADOR

L 23 32

PUEBLA MEXICO                    MEXICO      M

1010 RAINY RIVER          HOUSTON      77088

SAME

U.S. SOUTHERN DISTRICT, HOUSTON

SIGNATURE OF VOTER

TX_00002415
JA_005174

TX_00002415

USA_00020056

# PublicData.com

➡ *SSA Death Master File Detail*

| Name<br>FURLONG,TOMAS | Social Security Number | Verify/Proof<br><br>none found | Last Known ZIP Code |
|---|---|---|---|
| Lump Sum Payment ZIP Code<br>78250 | State/Country of Residence<br><br>none found | Date of Birth<br>Jun 23 1932 | Date of Death<br>Aug 1983 |

*The detail view of this record will be recorded as one 'Detail look-up'.*

http://www3.publicdata.com/cgi-win/pd.exe/Detail?db=USSSDM&ed=31&rec=54027783&...  5/2/2007

TX_00002416
JA_005175

TX_00002416

USA_00020057



APPLICATION FOR REGISTRATION AS A

| Guidry | John | Ashton | J 11 |

| M | 2 | 6 | 63 | Harris | Texas | SEP 22 1985 — OCT 22 1985 |

4415 Botany Ln

Houston, Texas 77047

X

TX_00002418
JA_005177

TX_00002418

USA_00020059

```
     EVIOUS TRANSACTION COMPI       GUIDRY JOHN ASHTON
                                     --2448246-5--              DX
     STAT/FLAG < A _ >               EFDT < 01-01-98 >       UPDT 000 000 2 033198

                   SEX < M >         BRDT < 02-06-1963 >            CITY/CNTY  C ST
                                                             BRPL < HARRIS____  2 TX >
          DLNO < 0-00000000 >        COFM < 5/22/94 >
                                              DIED
     ME < GUIDRY_JOHN_ASHTON_____  2 >      ____     PCT < 0271 >   OPEN < D_  >

     DR < 04415 _ BOTANY_LN_____       > MADR1 < _____ >
                                             MADR2 < _____ >
     TY < HOUSTON_____  RZIP 77047-0000 > MC2P < _____ 00000-0000 >
     · · · · · · · · · · · · B/24/94 · · · · · · · · · · · · · · · · ·
     US/REP 025  KEN_BENTSEN__(D)___    SPOKE TO MOTHER_____
     ST/SEN 013  RODNEY_ELLIS__(D)__  8/3/94_____
     ST/REP 131  RON_WILSON__(D)___   PER TINE GIBSON_____
     COMM    1   EL_FRANCO_LEE__(D)_____
     JP/C   07   A_B_CHAMBERS_JP--BETTY_BROCK_BELL,_ALEXANDER_GREEN_____
     ST/BE  04   ALMA_A._ALLEN__(D)_____  WTR      _____
     SCH   001   HOUSTON_ISD_____    RFPD     _____
     CLG   048   HOUSTON_COMMUNITY_CLGE___  SPEC     _____
     CITY                                   OTHR
```

PublicData.Com [ SSA Death Master File Detail ]                    Page 1 of 1

# PUBLICDATA.com

➡ **SSA Death Master File Detail**

| Name GUIDRY,JOHN | | Social Security Number |
|---|---|---|
| Last Known Zip Code 77031 | Date of Birth Feb 6 1963 | Date of Death May 22 1994 |

Votec Election Management System
Mine Window
Voter Update
NEW ADD SAVE EXIT Scan View Prov Blts Cancel Notices Polling Place Districts Reg Hist View Vot Hist
NVRA Source
Date Submitted
Status CD
Reason DEC
Precinct 0151
Sub
CERT # 9244013
File Number
ID Compliant Y
Last HENRY
First EDMOND
Middle
Former
Suffix
Residence Address
Street # 4914
Fract
Dir
Name EARLINE
Type
Dir
Unit Type
Unit #
City HO
Zip 77016
Muni HOUSTON
Post Office HOUSTON
Address Exception CAN
Voting History for HENRY, EDMOND
Election
Date
Voting Codes
Election Description
11/05/1996
E
GENERAL ELECTION
OK
/1957
Former County
SSN4
Birth Place HOUSTON TX
Signed? Y
Privacy
More
PW Interest
ID Rcvd
08/23/1999 12:00 AM

STAT/FLAG < _ _ > __          ISSUE <
                              EFDT <          --0924401-3--      DK · 0 010198
SNO                           RDT < 03-12-1957 >        CITY/CNTY  C ST
                              FM  Died 10/19/96          BRPL < HOUSTON     1 TX
NAME < HENRY EDMOND_____ 2 >          0931   PCT < 0151 >   OPEN <

ADR < 04914 _ EARLINE_____ > MADR1 <
                                   MADR2 <
CTY < HOUSTON_____ RZIP 77016-0000 >  MCZP <                    00000-00

US/REP 018  SHEILA_JACKSON_LEE__(D)  Spoke to Mother    chs ?intg
ST/SEN 006  MARIO_GALLEGOS___(D)     9 Jiboan 8/13/99  1.13pm
ST/REP 141  SENFRONIA_THOMPSON__(D)
  COMM    1  EL FRANCO LEE   (D)

TX_00002422
JA_005181

TX_00002422

USA_00020063

Case 3:13-cv-00193 Document 662-20 Filed on 11/11/14 in TXSD Page 74 of 80
Case 1:12-cv-00128-RMC-DST-RLW Document 221-3 Filed 06/20/12 Page 70 of 293

PublicData.Com [ SSA Death Master File Detail ] Page 1 of 1

# PUBLICDATA.com

➡ *SSA Death Master File Detail*

| Name HENRY,EDMOND | Social Security Number | Verify/Proof none found | Last Known ZIP Code 77016 |
|---|---|---|---|
| Lump Sum Payment ZIP Code | State/Country of Residence none found | Date of Birth Mar 12 1957 | Date of Death Oct 19 1994 |

The detail view of this record will be recorded as one *'Detail look-up'*.

http://www3.publicdata.com/cgi-win/pd.exe/Detail?db=USSSDM&ed=31&rec=53094312&...  5/2/2007

TX_00002423
JA_005182

TX_00002423

USA_00020064



Re: HOLZWARTH KARL HENRY
Certificate # 03470878 1

X-

Confirmation is hereby given that the person named above is:
Se da aqui confirmacion que la antedicha persona nombrado a:

☑ Deceased/Fallecido

☐ Not deceased and the information is incorrect (No a fallecido y la informacion esta incorrecto)

Signature/Firma _Elizabeth Holzwarth_ Date/Fecha _10-27-99_

Relationship/Parentesco _Spouse_

BoRN - DATE March 22, 1909

FEB 2 4 1993

OVER 65 PERMANENT EXEMPTION FROM JURY SERVICE

TEXAS DRIVER'S LIC. # ▓▓▓▓▓ CERT # _034-7097-8_

TEXAS IDENTIFICATION # _____ CODE _2_ DATE _11-22-93_

NAME _Holzwarth_ _Karl_ _Henry_ _1K2X493_
LAST FIRST MIDDLE

ADDRESS _2615 Lovetta Rd. Spring, TX 77388_

DATE OF BIRTH _3/22/09_

PLACE OF BIRTH _Spring, Texas_

IN ACCORDANCE WITH ARTICLE 2137a, REVISED CIVIL STATUTES OF
TEXAS, I AFFIRM THAT I AM OVER 65 YEARS OF AGE AND DESIRE A
PERMANENT EXEMPTION FROM JURY SERVICE ON THAT GROUND.

SIGNATURE _Karl Holzwarth_ DATE _Feb 21, 1993_

Name on record _Holzwarth, Karl_ Dep. _Thomas Ayers_

DC11-35-5383

| 410077 | APPLICATION FOR VOTER REGISTRATION CERTIFICATE HARRIS COUNTY, TEXAS 266159 | | | 0347097-8 |

410077 AGE _63_ SEX: MALE ☒ HOLZWARTH KARL

☐ CHECK HERE IF SERVICEMAN OR STUDENT

RESIDENCE: I CERTIFY THAT THE APPLICANT IS 21 YEARS OF AGE IF VOTER A CITIZEN OF THE UNITED STATES, AND HAS RESIDED TEXAS MORE THAN 1 YEAR AND IN COUNTY AND CITY MORE THAN SIX MONTHS PRECEDING THE DATE OF THIS APPLICATION EXCEPT AS LISTED BELOW. I UNDERSTAND THAT THE GIVING OF FALSE INFORMATION TO PROCURE THE REGISTRATION OF A VOTER IS A FELONY.
EXCEPTIONS

RESIDENT ADDRESS _12-30-71_

VOTING PRECINCT _112_

CONTROL NO.

| | MONTH | DAY | YEAR |
| SHOW DATE OF MOVING | | | |
| IF IN TEXAS LESS THAN 1 YEAR | | | |
| IF IN COUNTY LESS THAN 6 MOS. | | | |
| IF IN CITY LESS THAN 6 MOS. | | | |
| # IF UNDER 21, SHOW DATE OF BIRTH | | | |

VOTER'S NAME (MAIL CERTIFICATE TO THE FOLLOWING TEMPORARY ADDRESS:)
(# IF IS NOT TO BE MAILED TO THE PERMANENT ADDRESS ABOVE.)

HOLZWARTH KARL
RT 3 BOX 275
SPRING Tx

CORRECTIONS
_new address_
_2615 Lovetta_
_Spring Texas 77373_

# IF UNDER 21 YEARS OLD, NEVER MARRIED AND MINORITY DISABILITIES HAVE NOT BEEN REMOVED BY COURT, GIVE NAME AND ADDRESS OF PARENT OR GUARDIAN

X X X X X X X X X X NAME X X X X X X X X X X X X X X XX ADDRESS STREET CITY ZIP CODE

➤ SIGNATURE OF APPLICANT _Karl Holzwarth_
TX_0002420

JA_005184

PublicData.Com [ SSA Death Master File Detail ]                    Page 1 of 1

# PUBLICDATA.com

➡ **SSA Death Master File Detail**

| Name | Social Security Number |
|------|------------------------|
| HOLZWARTH,KARL | |

| Last Known Zip Code | Date of Birth | Date of Death |
|---------------------|---------------|---------------|
| 77388 | Mar 22 1909 | Mar 31 1996 |

.../Detail?db=ssadmf&rec=47415225&dlnumber=HARRIS006&dlstate=CORP&id=110449305/10/2001

TX_00002426

JA_005185

TX_00002426

USA_00020067

**Office of Beverly B. Kaufman, County Clerk, Harris County, Texas**
*Probate Court Inquiry System*

```
R.C.DOCKET.SUB.                  .APPLICANT'S         .ATTORNEY OF RECORD    .NATURE  .DATE OPEND.
C.T.NUMBER.DKT.STYLE OF PROBATE  .NAME AND ADDRESS    .AND ADDRESS           .OF PROC .MM DD YYYY.FILM CODE.
.=.=.====.===.==============.    ========.            ===========.           ===.     =========.========
1 1 282017 001 HOLZWARTH KARL HENRY*D* HOLZWARTH ELIZABETH M   HAVLICK MILTON E JR    PW-LT  04-12-1996 640613718
               2615 OLD LOUETTA LOOP   SPRING TX 77388         14015 PARK DR #101            TOMBALL TX 77375
```

Total lines retrieved = 2 Lines displayed = 2

<div style="text-align:center">

| Back to Inquiry | Main Menu |

</div>

TX_00002427

USA_00020068

TX_00002427
JA_005186



Record Type: VOTER    Record ID: 9111295    Imaging Dept. ID: 236217278

**VOTER REGISTRATION APPLICATION**
(SOLICITUD DE INSCRIPCIÓN DE VOTANTE)

Last Name: KAPALKA
First Name: Jayce
Middle Name: M.
Former Name: Layou

Residence Address: 14318 Broadgreen  Houston Texas  77079

Date of Birth: 9-30-46

AUG 2 1 1995    SEP 2 0 1995    8-17-95

X Jayce M. Kapalka

Doc ID: 5735541   Page: 2 of 7.

TX_00002429
JA_005188

TX_00002429

USA_00020070