PL063
Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 1 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 2 of 274
9/2/2014
2:13-cv-00193

2009 (81R) SB 362, SENATE FLR DEBATE, 2ND READING

Transcribed by Lynne M. Rodriguez, CSR



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 2 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 3 of 274
Senate Floor Debate, 2nd Reading                    March 17, 2009

2

 1                    LIEUTENANT GOVERNOR DEWHURST:  Members,

 2       the Chair lays out on second reading Senate bill 362.

 3       The Secretary will read the caption.

 4                    SECRETARY:  Senate bill 362 relating to

 5       requiring a voter to present proof of identification.

 6                    LIEUTENANT GOVERNOR DEWHURST:  Senator

 7       West, for what purpose do you rise, sir?

 8                    SENATOR WEST:  Mr. President, I would

 9       move for point of order.

10                    LIEUTENANT GOVERNOR DEWHURST:  State your

11       inquiry.

12                    SENATOR WEST:  Mr. President, I would

13       move for, that this bill not be considered pursuant to

14       Rule 7.09, more specifically the fiscal note rule that

15       we commonly refer to it, in that it violates the fiscal

16       rule.

17            Two things, there's been testimony during the

18       hearing that many of the core principles associated with

19       this bill were considered during the 80th legislative

20       session with a similar type bill.

21            In addition to that, I would raise the issue

22       for consideration specifically under 7.09(f), basically

23       saying that a fiscal note for a bill or joint resolution

24       which authorizes or requires expenditures of diversion

25       of any state funds for any purpose shall estimate the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020397

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 3 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 4 of 274
Senate Floor Debate, 2nd Reading                    March 17, 2009

3

1    fiscal implications and probable cause of the measure

2    each year.

3            Yesterday in Finance, the finance committee

4    took up and passed a contingency rider for Senate bill

5    362, and for purposes of the record, let me read it in

6    here.

7            Contingent upon the passage of Senate bill

8    362, a similar legislation relating to requiring a voter

9    to present proof of identification by the 81th

10   legislature, regular session, the Secretary of State is

11   has appropriated two million dollars for fiscal year

12   2010 for the general revenue fund for voter education.

13           If indeed the testimony of the Secretary of

14   State is correct as relates to putting together the

15   fiscal note that LBB has provided for this particular

16   bill, that there's no fiscal implication, then the issue

17   of appropriating two million dollars is certainly

18   evidence that there is, in fact, a fiscal note, and thus

19   is violative of the particular rule that I just quoted,

20   and for those reasons, I would ask that this bill not be

21   considered.

22           LIEUTENANT GOVERNOR DEWHURST:  Would you

23   approach the podium?

24           Senator West, after conferring with you,

25   several of the senators and the parliamentarian, Rule



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 4 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 5 of 274
Senate Floor Debate, 2nd Reading                        March 17, 2009

4

1    709, in my judgment, has been complied with.  Therefore,

2    your point of order is overruled.

3              SENATOR WEST:  Mr. President, is this the

4    appropriate time to ask that the point of order and also

5    the discussion be spread upon the journal?

6              LIEUTENANT GOVERNOR DEWHURST:  Members,

7    Senator West moves to reduce to writing the testimony,

8    the comments by Senator West on the point of order.  Is

9    there any objection?

10              SENATOR WEST:  And the ruling also.

11              LIEUTENANT GOVERNOR DEWHURST:  And the

12    ruling.

13         Is there any objection from any members of the

14    Chair?  Hearing there's none, so ordered.

15              SENATOR WEST:  Thank you, Mr. President.

16              SENATOR VAN DE PUTTE:  Mr. President?

17              LIEUTENANT GOVERNOR DEWHURST:  Senator

18    Van de Putte, for what purpose do you rise?

19              SENATOR VAN DE PUTTE:  Parliamentary

20    inquiry, Mr. President.

21              LIEUTENANT GOVERNOR DEWHURST:  State your

22    inquiry.

23              SENATOR VAN DE PUTTE:  Mr. President,

24    Rule 5.14 (c) on the 81th legislative rules of the

25    Senate state that the Secretary shall prepare a list of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 5 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 6 of 274
Senate Floor Debate, 2nd Reading                    March 17, 2009

5

1    all legislation for which notice has been given and the

2    list must be made available to each member of the Senate

3    and to the President no later than 6:30 on the day the

4    notice is filed.

5            Is this such notice the Notice of Intent?

6                    LIEUTENANT GOVERNOR DEWHURST:  Senator

7    Van de Putte, what's you're holding or what you just

8    showed is the intent calendar.

9                    SENATOR VAN DE PUTTE:  Mr. President,

10   parliamentary inquiry.

11                   LIEUTENANT GOVERNOR DEWHURST:  State your

12   inquiry.

13                   SENATOR VAN DE PUTTE:  Is a bill that

14   results from a report of the committee as a whole

15   subject to the intent calendar and Rule 5.14 (c)?

16                   LIEUTENANT GOVERNOR DEWHURST:  Senator

17   Van de Putte, if a bill is part of the regular order of

18   business and a Senator wishes to suspend the regular

19   order of business, then the Senator must give notice

20   pursuant to Rule 5.14 (c).

21                   SENATOR VAN DE PUTTE:  Parliamentary

22   inquiry, Mr. President.

23                   LIEUTENANT GOVERNOR DEWHURST:  State your

24   inquiry.

25                   SENATOR VAN DE PUTTE:  Is the Texas



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005518

USA_00020400

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 6 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 7 of 274
Senate Floor Debate, 2nd Reading                    March 17, 2009

```
 1      Senate agenda aligned with the Notice of Intent for

 2      March 17, 2009?

 3                  LIEUTENANT GOVERNOR DEWHURST:  Senator

 4      Van de Putte, the Notice of Intent is typically included

 5      in the green book.

 6                  SENATOR VAN DE PUTTE:  Mr. President,

 7      parliamentary inquiry.

 8                  LIEUTENANT GOVERNOR DEWHURST:  State your

 9      inquiry.

10                  SENATOR VAN DE PUTTE:  If a Texan sitting

11      at home or looking at the proceedings of the Senate by

12      the either Texas Senate agenda or Notice of Intent,

13      would those citizens have any notification of the Senate

14      bill before us today?

15                  LIEUTENANT GOVERNOR DEWHURST:  Senator

16      Van de Putte, the answer is yes and yes.  Senate bill

17      362 is listed on page 27 of the green book and it is

18      listed online.

19                  SENATOR VAN DE PUTTE:  Thank you,

20      Mr. President.

21                  LIEUTENANT GOVERNOR DEWHURST:  Thank you,

22      Senator Van de Putte.

23          Senator Fraser, do you wish to say anything or

24      go directly to amendments?

25                  SENATOR FRASER:  Mr. Chairman, I'd like
```



ESQUIRE

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005519

USA_00020401

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 7 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 8 of 274
Senate Floor Debate, 2nd Reading                     March 17, 2009

7

1    to lay out the first amendment.

2                    LIEUTENANT GOVERNOR DEWHURST:  The Chair

3    lays out Floor Amendment Number 1 for Senator Fraser.

4    The secretary will read the amendment.

5                    SECRETARY:  Floor Amendment Number 1 by

6    Fraser.

7                    LIEUTENANT GOVERNOR DEWHURST:  The Chair

8    recognizes Senator Fraser to explain Floor Amendment

9    Number 1.

10                    SENATOR FRASER:  And if you don't mind,

11    I'd like to make sure they got the right one.

12            Last Tuesday night, when we were having the

13    testimony in the committee of the whole, Senator Van de

14    Putte and I had a conversation regarding the voter

15    registration certificate being required under this

16    legislation, and I think that the point she made was

17    valid in that it is the intent that I have an either/or,

18    either they can show a photo, a form of photo

19    identification or two other types of identification,

20    which could be a utility bill and a library card.

21            The way the language in the bill was written,

22    it implied you had to have your voter registration card

23    and two other forms of identification, and I told her

24    then that was not my intent by this amendment.

25                    I'm hopefully correcting that, and I think I



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005520

USA_00020402

Case 2:13-cv-00193  Document 662-36  Filed on 11/11/14 in TXSD  Page 8 of 112
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 9 of 274
Senate Floor Debate, 2nd Reading                    March 17, 2009

8

```
1    had advised Senator Van de Putte that I was laying it
2    out.  I think she's looked at it.  I suspect she would
3    have a comment, so that's what that amendment does.
4                    LIEUTENANT GOVERNOR DEWHURST:  Senator
5    Whitmire?
6                    SENATOR WHITMIRE:  Would the gentleman
7    yield?
8                    LIEUTENANT GOVERNOR DEWHURST:  Will
9    Senator Fraser yield to Senator Whitmire?
10                   SENATOR FRASER:  I would love to yield.
11                   SENATOR WHITMIRE:  Thank you, Senator
12   Fraser.  Even if we adopt this proposed amendment, isn't
13   it still going to be true, under the legislation that we
14   just took up, that you will actually be able to go vote
15   without a picture ID?  You're going to be able to use
16   these other documents, such as a government letter or
17   library card.  So all the time and effort you've spent
18   on what is called the voter ID, you're still going to be
19   able to go vote without producing a photo of the person
20   actually voting.
21                   SENATOR FRASER:  It is the beauty of the
22   legislation that I'm laying out that we have a relief
23   valve, is that we believe that the bulk, the
24   overwhelming number of people that have a photo ID will
25   use that, but if there is someone that doesn't have
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020403

Case 2:13-cv-00193 Document 662-26 Filed on 11/11/14 in TXSD Page 9 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 10 of 274
Senate Floor Debate, 2nd Reading                        March 17, 2009

9

1    that, we give them the ability to use other forms of
2    identification.
3                    SENATOR WHITMIRE:  Well, the point I'm
4    making is you still haven't solved the problems that you
5    alluded to during the all-night session, particularly
6    your brother coming and voting right after you did with
7    your ID.
8            I mean, really, if you believe people are
9    impersonating someone else, I would suggest that you
10   still haven't fixed that problem.
11           So why are you holding us up with such a
12   banner piece of legislation to all that were interested
13   and saying that you will never be able to impersonate
14   someone because now you're going to have to prove who
15   you are?  No, all you got to do is get creative, is it
16   not true, and have a library card, a utility bill and
17   just know how to fraudulently use that.
18                   SENATOR FRASER:  I think you just made my
19   point that we have voter fraud that is happening all
20   over the state, and I appreciate you making that point
21   --
22                   SENATOR WHITMIRE:  I'm not arguing for
23   the bill, you understand.  I'm trying to say you got a
24   big old gap in it, and, in fact, voter impersonation has
25   never been shown to be a problem.  Your real problem is



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005522

USA_00020404

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 10 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 11 of 274
Senate Floor Debate, 2nd Reading                    March 17, 2009

10

1    met with mail-in ballots, which you don't address at all

2    in this legislation, so it's just some of the

3    communication we've had in the office with constituents

4    point out, very properly, that you can hold this up as a

5    voter ID, that it's going to stop impersonation, but, in

6    fact, it's not.

7            All it's going to do, as these constituents

8    notify me, is make it impossible for seniors, people

9    that are mobile, people that have changed address and do

10   not have these other documents that you allow them to

11   use, you're creating major obstacles for people who

12   otherwise would be able to go vote, and we'll discuss it

13   in more detail in a moment, but I just want to clear up

14   for the record, you're still not going to require

15   someone to absolutely prove who they are in terms of a

16   photo matching the voter certificate.

17           SENATOR FRASER:  As President Carter

18   said, the system we have today, it's easy to cheat.  I'm

19   trying to move a step toward, and realistically, we're

20   only addressing one small part of a --

21           Just a second, I'm in the middle of a

22   statement here.

23           SENATOR WEST:  Oh, I'm sorry.

24           SENATOR FRASER:  I allowed you the chance

25   to talk.  We're only addressing a very small part of a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005523

USA_00020405

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 11 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 12 of 274

Senate Floor Debate, 2nd Reading                    March 17, 2009

11

1    huge problem.  We're taking a step in the right

2    direction, but for you to say that because it doesn't go

3    all the way of fixing everything, we shouldn't try to

4    fix it, it's no different than we do in all legislation

5    down here, is that sometimes you have to take small

6    steps to get to the end result, and yes, I'd love to be

7    able to fix all the fraud that we believe is happening,

8    and I'm only addressing a portion of that, and that I

9    think --

10           It sounds to me like what you're promoting is

11   the Indiana law that would put in a strict voter ID, and

12   if you want to offer up that amendment, that would be

13   great.

14           SENATOR WHITMIRE:  I'm not promoting that

15   at all, because I don't think that you have proven that

16   impersonation and fraud exists, and I'll discuss it in

17   my talks in a moment, and I didn't intend to debate you

18   this morning, but I do have a couple follow-up questions

19   that I meant to ask you.

20           You keep referencing Jimmy Carter as kind of

21   your role model.  I'm just curious, did you vote for him

22   when he ran for president?

23           SENATOR FRASER:  I respect him for being

24   a peanut farmer.

25           SENATOR WHITMIRE:  Okay, so you didn't



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

USA_00020406

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 12 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 13 of 274
Senate Floor Debate, 2nd Reading                    March 17, 2009

12

```
 1        vote for him but now you're using him as your most

 2        credible source.

 3                Also, let me ask you another thing as you're

 4        friend?  How long have you been in the legislature?

 5        You've been in the Senate what, 15 years?

 6                    SENATOR FRASER:  I know that I've been

 7        here at least the last two years.  I can remember that

 8        far back.

 9                    SENATOR WHITMIRE:  More than 10; 5 in the

10        House.  When did you realize this was a problem?  And

11        you've served many good sessions.  Why didn't you

12        introduce a measure look this in previous years?  Why

13        now?  I'm just curious.

14                    SENATOR FRASER:  It's interesting you

15        bring that up.  In 1996, the Dallas morning news did a

16        guest editorial calling for photo ID because they were

17        having massive voter fraud in Dallas County.  They

18        stepped out front.  So this is not an issue that just

19        all of a sudden popped up.  This goes all the way back

20        to the problems we've had.

21                    SENATOR WHITMIRE:  What took you so

22        long?  If it was in '96 that they brought you to this

23        attention, did the problem go away or they didn't take

24        it that serious or it wasn't a credible issue?  I mean,

25        what's happened in the last two sessions that this is
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005525

USA_00020407

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 13 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 14 of 274
Senate Floor Debate, 2nd Reading                    March 17, 2009

13

```
1     such a high priority for you and others?
2               SENATOR FRASER:  It's like all issues,
3     that there's a lot of issues that come up and material
4     with time, and I believe that this is an issue whose
5     time has come.
6               SENATOR WHITMIRE:  Well, I respectfully
7     disagree and I'll speak in more depth in a moment.
8     Thank you.
9               LIEUTENANT GOVERNOR DEWHURST:  Senator
10    Van de Putte, nor what purpose do you rise?
11              SENATOR VAN DE PUTTE:  To ask the author
12    of the amendment a few questions.
13              LIEUTENANT GOVERNOR DEWHURST:  Will
14    Senator Fraser yield to Senator Van de Putte?
15              SENATOR FRASER:  I would love to yield.
16              SENATOR VAN DE PUTTE:  Thank you,
17    Mr. President.  Thank you, Senator Fraser.  Happy
18    St. Patrick's Day.
19              SENATOR FRASER:  Thank you.  I had to do
20    a plan B here.  I'm not sure -- you know, as I said, you
21    know, I did have green on but you couldn't see it.
22              SENATOR VAN DE PUTTE:  Senator Fraser,
23    with respect to Amendment Number 1, this came as a
24    result of my reading of the bill last Tuesday, when I
25    questioned as the bill was written or is written without
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

USA_00020408

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 14 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 15 of 274
Senate Floor Debate, 2nd Reading                    March 17, 2009

14

1    the amendment, there is what I call you either have to

2    have a twofer or a threefer.  According to the bill that

3    was voted on last week, you would have to have a voter

4    certificate issued by your registrar in the county, plus

5    a photo identification.  If you didn't have either one

6    of those, then it would default and you would have to

7    have two more of the items that you listed as

8    alternative forms of proof.

9            So if the bill, as written, without this

10   amendment, even if you showed up with your driver's

11   license, you still would have to prove and get two other

12   pieces of identification, right, and this corrects that?

13           SENATOR FRASER:  We believe that it

14   corrects that problem.

15           SENATOR VAN DE PUTTE:  Okay.  And so in

16   each part of the section here, I think the most

17   important was, and that was what I questioned last week,

18   was that on page one, we didn't have an "Either," an

19   "Either," so that this way, if someone does go to the

20   polls with a photo identification, they do not have to

21   prove to others if it's in that list of photo

22   identifications, is that correct?

23           SENATOR FRASER:  It's basically following

24   what we use in current law, and I would use, as I very

25   rarely take my voter registration card, I walk in, they



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020409

Case 2:13-cv-00193  Document 662-36  Filed on 11/11/14 in TXSD  Page 15 of 112
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 16 of 274
Senate Floor Debate, 2nd Reading                    March 17, 2009

15

```
 1      have me on the list, I show them my driver's license
 2      with my picture and my address.  The address matches
 3      what's on the list.  My signature matches when I sign
 4      it, so that would stay as it is now.
 5                  SENATOR VAN DE PUTTE:  Now under this
 6      amendment or incorporated into the body of the bill, if
 7      a voter presents at a voting location with a driver's
 8      license or photo identification, can election judge or
 9      clerk demand two other proofs of identification if that
10      judge does not think that the photo ID matches up with
11      the person presenting to vote?
12                  SENATOR FRASER:  I'm sorry, the question
13      is if they show a photo ID?
14                  SENATOR VAN DE PUTTE:  Uh-huh.
15                  SENATOR FRASER:  And they can't verify
16      from the vote ID that that is the correct person?  Is
17      that the question you're asking?
18                  SENATOR VAN DE PUTTE:  Yes.
19                  SENATOR FRASER:  One second.
20                  Would you repeat your question?
21                  SENATOR VAN DE PUTTE:  Yes, Senator
22      Fraser.  My question is, should a voter present at a
23      polling location with a photo identification as
24      prescribed in your bill, does the election judge or
25      clerk, because sometimes it's the clerk, not
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020410

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 16 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 17 of 274
Senate Floor Debate, 2nd Reading                                    March 17, 2009

16

```
 1    particularly the head judge that is intake for the

 2    voters, can either the election judge or clerk demand

 3    two other proofs of identification if the election judge

 4    or clerk suspects that, or the picture doesn't match up,

 5    under your bill, what authority does the election judge

 6    or clerk have?

 7              SENATOR FRASER:  The bill, if someone

 8    uses this form of identification, would go back to

 9    current law, and the current law is the Secretary of

10    State educates the election judge and the election judge

11    then would make a determination.

12              SENATOR VAN DE PUTTE:  I understand

13    that.  My question is, does the election judge or clerk,

14    under your bill, even when a voter presents with photo

15    identification, have the authority to demand the two

16    other forms of identification prescribed in your bill?

17              SENATOR FRASER:  The answer to your

18    question is that, that no.  You know, if someone

19    presents an ID and they can't confirm it, there is a

20    fall-back position for the election judges to determine,

21    is this, you know, the person, and that's provided under

22    current law.  My bill doesn't impact that.

23              SENATOR VAN DE PUTTE:  So current law

24    would reaffirm the right of the voter to cast a

25    provisional ballot or does the judge have the authority
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005529

USA_00020411

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 17 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 18 of 274
Senate Floor Debate, 2nd Reading                    March 17, 2009

                                                            17

```
 1      to ask for more identification?

 2                   SENATOR FRASER:  My amendment is very

 3      straight forward.  The amendment that I'm offering

 4      clarifies that the threefer that you talked about

 5      addressed that, and that's what I'm addressing in this

 6      amendment.

 7                   SENATOR VAN DE PUTTE:  With this

 8      amendment though, from what I understand, the bill had

 9      required the two, but now if, with your amendment, when

10      they present with just a photo ID, my question was, does

11      the election judge have the authority though, with your

12      amendment, which is just, I think, clarifying, but

13      embedded in the body of the bill, does the election

14      judge have the authority to ask that voter to cast a

15      provisional ballot and then return with the two other

16      forms of ID provided in your bill?

17                   SENATOR FRASER:  The amendment that I'm

18      laying out addresses the fact that we're not asking for

19      three forms of identification for the alternate means.

20                   SENATOR VAN DE PUTTE:  I will ask my

21      question at the appropriate time after the amendment is

22      adopted, because I understand that -- but my question

23      still remains, with or without the amendment, what is

24      the authority of the election judge or clerk to ask for

25      subsequent proofs of identification should the photo,
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020412

Senate Floor Debate, 2nd Reading                    March 17, 2009

18

```
1      the election judge or clerk not think that it match up.

2                    Thank you, Senator Fraser.  I appreciate

3      you catching this.  When I read the bill, I thought that

4      that indeed was the case and I was very frightened of

5      the effect if all of my colleagues voted on a bill that

6      required every single Texan casting a vote to have both

7      pieces of documentation, and in the absence of either

8      the certificate or the photo ID, then have to go to a

9      three, to get two more.  I think that would have been a

10     terrible burden.  It's a terrible burden on certain

11     classes of people.  It would also be a terrible burden

12     for all Texans, and I appreciate I correcting this with

13     your amendment.  Thank you, Senator Fraser.

14                    LIEUTENANT GOVERNOR DEWHURST:  Thank you,

15     Senator Van de Putte.

16          Senator Shapleigh, for what purpose do you

17     rise, sir?

18                    SENATOR SHAPLEIGH:  Some questions of the

19     author of the amendment.

20                    LIEUTENANT GOVERNOR DEWHURST:  Will

21     Senator Fraser yield to Senator Shapleigh?

22                    SENATOR FRASER:  I will yield.

23                    SENATOR SHAPLEIGH:  Senator, I'm trying

24     to follow along on this amendment on lines 15, 16, 17 of

25     your amendment, where you're amending Section 10 of the
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020413

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 19 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 20 of 274
Senate Floor Debate, 2nd Reading                      March 17, 2009

19

```
 1    bill, so I'm over here on Section 10, page 3, line 21,

 2    so we're inserting, right after the number 1 on the bill

 3    that's in our bill book, the words, "The voter's voter

 4    registration certificate or," and then you begin to list

 5    these documents.

 6            So as I understand it, with your amendment,

 7    any one of those documents suffices?

 8                    SENATOR FRASER:  Why don't you ask your

 9    question again.

10                    SENATOR SHAPLEIGH:  Okay, I'm trying to

11    understand how the words in your amendment fit into the

12    bill in our bill book, and so I'm looking at lines 15,

13    16, 17 of the floor amendment, where you are amending,

14    on page 3 of the bill, line 21, you're inserting some

15    words there, and the words that you insert are, "The

16    voter's voter registration certificate or," and then we

17    go into a laundry list of different documents that would

18    suffice under your amended bill.

19            So as I understand your amendment, if you

20    bring a voter registration certificate or a copy of a

21    current utility bill or a bank statement or a government

22    check or a paycheck or other government document that

23    shows the name and address of the voter, then that's

24    what you're requiring with this amendment.  So in

25    theory, am I right in saying that you that if you show
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020414

Case 2:13-cv-00193  Document 662-36  Filed on 11/11/14 in TXSD  Page 29 of 112
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 21 of 274
Senate Floor Debate, 2nd Reading                          March 17, 2009

20

1    up a with voter's voter registration certificate, you

2    can vote?

3                    SENATOR FRASER:  The answer is no.

4                    SENATOR SHAPLEIGH:  The answer is no.

5                    SENATOR FRASER:  You couldn't just show

6    up with a voter registration card and vote?

7                    SENATOR SHAPLEIGH:  Could you say that

8    again?

9                    SENATOR FRASER:  If someone, under the

10   terms of 362, show up with a voter registration card on

11   them, they would not be allowed to vote.

12                   SENATOR SHAPLEIGH:  They would not be

13   allowed to vote?

14                   SENATOR FRASER:  I'm sorry, I'm going to

15   need to retract that.  Everyone that comes will be

16   allowed to vote before they leave.  I'll retract what I

17   just said.  Everyone coming, if they don't have the

18   other forms, they would vote a provisional ballot and

19   then it would have to be determined that they are who

20   they say they are.

21                   SENATOR SHAPLEIGH:  So with this section

22   of your amendment where you're inserting those words,

23   "Voter's voter registration certificate or," you're

24   still requiring some other ID under what you're doing

25   here?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005533

USA_00020415

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 21 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 22 of 274
Senate Floor Debate, 2nd Reading                          March 17, 2009

21

```
1              SENATOR FRASER:  Two non-photo pieces of
2      identification if they don't have --
3              If they don't have their voter registration
4      card, they would either show a -- you show a photo ID to
5      vote or you can show two other non forms.
6              SENATOR SHAPLEIGH:  Okay.  I'm hoping as
7      this goes through the process, and I think I understand
8      what you're trying to do to change the threefer to make
9      it a photo plus vote, I'm not sure your amendment does
10     that.
11             SENATOR FRASER:  If you got a correction
12     that makes it clearer --
13             SENATOR SHAPLEIGH:  No, I don't have any
14     corrections to it, but I think if you're trying to get
15     where you're trying to get, I'm not sure that amendment
16     gets you there.
17             SENATOR FRASER:  I believe this amendment
18     was drawn by legislative counsel, so I think they
19     believe that it accomplishes that, but if you read it
20     differently, it is my intent that someone would be
21     allowed to vote with two additional, but it would not be
22     three, not the voter registration card and two
23     additional.
24             SENATOR SHAPLEIGH:  Okay.  Thank you.
25             SENATOR FRASER:  They would not be
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005534

USA_00020416

Case 2:13-cv-00193  Document 662-36  Filed on 11/11/14 in TXSD  Page 23 of 112
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 23 of 274
Senate Floor Debate, 2nd Reading                    March 17, 2009

22

1    required three.

2                    SENATOR SHAPLEIGH:  Thank you, Senator.

3                    LIEUTENANT GOVERNOR DEWHURST:  Members,

4    Senator Fraser moves the adoption of Floor Amendment

5    Number 1.  The Secretary will call the roll.

6                    SECRETARY:  Averitt, Carona, Davis.

7    Deuell, Duncan, Ellis, Eltife, Estes, Fraser, Gallegos,

8    Harris, Hegar, Hinajosa, Huffman, Jackson, Lucio,

9    Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro,

10   Shapleigh, Uresti, Van de Putte, Watson, Wentworth,

11   West, Whitmire, Williams and Zaffirini.

12                   LIEUTENANT GOVERNOR DEWHURST:  Members,

13   there being 31 "I's" and no "Nay's", Floor Amendment

14   Number 1 is adopted.

15                   The Chair lays out Floor Amendment Number

16   2 by Senator Fraser.  The Secretary will read the

17   amendment.

18                   SECRETARY:  Floor Amendment Number 2 by

19   Fraser.

20                   LIEUTENANT GOVERNOR DEWHURST:  The Chair

21   recognizes Senator Fraser to explain Floor Amendment

22   Number 2.

23                   SENATOR FRASER:  Mr. President, members,

24   I now lay out Floor Amendment Number 2.  Allow me to

25   explain.



ESQUIRE

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005535

USA_00020417

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 23 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 24 of 274
Senate Floor Debate, 2nd Reading                    March 17, 2009

23

```
1              Members, in the discussion, again, on Tuesday

2      night, a lot of discussion about voter education and the

3      intent of the bill.  The Secretary of State, in their

4      testimony, clarified two points.  One is that there is

5      an ongoing voter education that has been going on for

6      the last several years that was a HAVA grant that came

7      from the federal government of nine million dollars.

8              Last year, the Secretary of State testified

9      that they spent three million of that nine in voter

10     education.  Sitting in reserve in the Secretary of

11     State's fund from HAVA, there is two million dollars

12     that they verified that they believe can be eligible for

13     this.  Now they have to make a request of the federal

14     government to use that funding.  So this amendment that

15     I'm offering clarifies that the election officials at

16     the Secretary of State would make a request to have that

17     two million dollars in HAVA Funds remaining use for

18     these efforts.

19             LIEUTENANT GOVERNOR DEWHURST:  Senator

20     Zaffirini, for what purpose do you rise, ma'am?

21             SENATOR ZAFFIRINI:  To ask the author a

22     question.

23             LIEUTENANT GOVERNOR DEWHURST:  Will

24     Senator Fraser yield to Senator Zaffirini?

25             SENATOR FRASER:  Sure will.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 24 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 25 of 274
Senate Floor Debate, 2nd Reading                    March 17, 2009

1                SENATOR ZAFFIRINI:  Thank you,

2    Mr. President.  Senator Fraser, I'm looking at the bill

3    and see what you're doing is adding a paragraph to that

4    Section 31.012.  The first paragraph seems to be

5    identical, is that right?

6                SENATOR FRASER:  If you'll hold on a

7    second.

8                SENATOR ZAFFIRINI:  On page 1, line 20 is

9    where Section 2 starts.

10                SENATOR FRASER:  One second.  Okay.

11    Yes.  Page 1, Section 2.

12                SENATOR ZAFFIRINI:  Line 20.

13                SENATOR FRASER:  Yes.

14                SENATOR ZAFFIRINI:  And your amendment

15    includes lines 6 through 11, that seem to be identical

16    with the bill we have before us, so what you're doing is

17    adding sub-paragraph B, is that correct?

18                SENATOR FRASER:  I believe that is

19    correct.

20                SENATOR ZAFFIRINI:  How does that differ,

21    Senator?  How does this change the bill?

22                SENATOR FRASER:  It doesn't change the

23    bill, it just clarifies, and also based the testimony of

24    the Secretary of State that there's two million dollars

25    in funds that are left from HAVA, they have an ongoing



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005537

USA_00020419

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 25 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 26 of 274
Senate Floor Debate, 2nd Reading                    March 17, 2009

25

```
 1    voter registration and it would clarify that they --

 2    after the passage of the bill, we would make a request

 3    that they request the federal government to use that two

 4    million of HAVA funds for voter education.

 5              SENATOR ZAFFIRINI:  But in your

 6    amendment, on line 17 of your amendment, you establish a

 7    statewide effort to education voters.  Is that something

 8    new or was that the intent of the bill as filed?

 9              SENATOR FRASER:  My amendment that I'm

10    looking at doesn't have a line 17.

11              SENATOR ZAFFIRINI:  If you look at the

12    amendment that was just distributed.

13              SENATOR FRASER:  The one that was passed

14    out has it.  I'm sorry.  Would you ask your question

15    again, please?

16              SENATOR ZAFFIRINI:  Yes.  On line 17, you

17    establish a statewide effort to educate voters, and my

18    question is, is this consistent with the legislative

19    intent of the bill as filed or is this in addition to

20    the bill?

21              SENATOR FRASER:  No, this is ongoing --

22    this, as I laid out in my amendment, the Secretary of

23    State spent three million in last year in voter

24    education as part of the charge of the Secretary of

25    State.  We want to make sure that all voters are
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020420

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 26 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 2 of 274
Senate Floor Debate, 2nd Reading                    March 17, 2009

26

1    educated.  If they spent three million last year,
2    there's two million left in that fund and we would ask
3    that they make a request to the federal government.
4               SENATOR ZAFFIRINI:  Thank you, Senator.
5    Going back to the bill that we have before us, I'm
6    looking at the fiscal note now.
7               SENATOR FRASER:  Yes.
8               SENATOR ZAFFIRINI:  And it is the same,
9    and the main thrust of it is, quote, "No fiscal
10   implication to the state is anticipated."
11         You may recall, Senator, that I questioned the
12   fiscal note several times last week.
13              SENATOR FRASER:  Yes, you did.
14              SENATOR ZAFFIRINI:  In different
15   situations.  And one of the things we noted is that the
16   Secretary of State would have to spend money and that
17   there certainly was a fiscal implication to the state.
18         Is this amendment that you're offering at this
19   point meant to clarify that position?
20              SENATOR FRASER:  Senator, as you know, as
21   someone that has been on Finance and on the conference
22   committee for years, that the fiscal notes come from the
23   Legislative Budget Board.  Legislative Budget Board
24   talks to people that potentially impact on the bill as
25   filed.  The bill, as filed, they gave us a fiscal note



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 27 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 28 of 274
Senate Floor Debate, 2nd Reading                    March 17, 2009

27

```
 1    and the note said no fiscal impact.

 2                  SENATOR ZAFFIRINI:  But the bill hasn't

 3    changed until this point.  The bill that's filed is

 4    still the bill before us, with the exception of the

 5    amendments that we are consider today.

 6                  SENATOR FRASER:  That's correct.

 7                  SENATOR ZAFFIRINI:  So the fiscal note

 8    would still apply.

 9                  SENATOR FRASER:  Yes.

10                  SENATOR ZAFFIRINI:  Before the amendment?

11                  SENATOR FRASER:  Yes.

12                  SENATOR ZAFFIRINI:  Yesterday in the

13    Senate Finance Committee, Senator Ogden surprised us by

14    presenting a contingency rider for your bill, Senator.

15    Were you aware that he was offering that contingency

16    rider?

17                  SENATOR FRASER:  Was I aware that he was

18    offering it?

19                  SENATOR ZAFFIRINI:  Before he offered it.

20                  SENATOR FRASER:  We have had discussions

21    the last couple of days about if funds were needed, that

22    he is sympathetic that if funds are needed, yes.

23                  SENATOR ZAFFIRINI:  Well, basically if I

24    recall correctly, and I'm subject to correction if

25    somebody remembers otherwise, but if I recall correctly,
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005540

USA_00020422

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 28 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 29 of 274
Senate Floor Debate, 2nd Reading                          March 17, 2009

1    he said that he listened to the debate and that he

2    believed that we were right and that there would be

3    fiscal implications to the state, and that that's why he

4    was offering that contingency rider relative to your

5    bill, which I must admit it's very rare for someone to

6    offer a contingency rider for an author of a bill

7    instead of for his or her own, unless he's doing it on

8    behalf of that author, and that's why I wanted to know

9    if you knew ahead of time that he was going to offer

10   that contingency rider.

11            SENATOR FRASER:  He's your chairman and

12   you sit beside him and I wouldn't attempt to say what

13   he's trying to do.

14            SENATOR ZAFFIRINI:  And I'm sure he'll

15   come back later.  But my concern yesterday, Senator, is

16   that while Senator Ogden's contingency rider addressed

17   the issue of the Secretary of State's spending, he did

18   not address the issue of the Department of Public Safety

19   spending any money, and is your position still that the

20   Department of Public Safety can absorb all the costs

21   related to voter identification, including providing

22   free voter identification materials?

23            SENATOR FRASER:  As the author of the

24   bill, I lay out the bill, the Legislative Budget Board

25   does the research of the potential cost.  They came back



ESQUIRE

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020423

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 29 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 30 of 274
Senate Floor Debate, 2nd Reading                    March 17, 2009

29

```
 1      with no significant cost.  My position is I read no

 2      significant cost.

 3                   SENATOR ZAFFIRINI:  So you will accept

 4      that position.  And Senator Fraser, earlier you said,

 5      earlier in the week, you said you had not considered the

 6      expenses related to a pre-clearance process before the

 7      Department of Justice.

 8                   SENATOR FRASER:  I'm sorry; what did you

 9      just say?

10                   SENATOR ZAFFIRINI:  It was my

11      understanding that when we discussed this bill earlier,

12      that you had not considered -- I believe you said in

13      response to questions, that you had not considered the

14      expenses related to pre-clearance or to a lawsuit

15      related to this bill.

16                   SENATOR FRASER:  I'm sorry, Senator, the

17      middle part of that sentence, I still haven't gotten

18      what you've said.  You said I have not considered

19      something about the Justice Department.

20                   SENATOR ZAFFIRINI:  The expenses of the

21      state related to the pre-clearance process.

22                   SENATOR FRASER:  Expenses or?  I'm

23      missing --

24                   SENATOR ZAFFIRINI:  Or the lawsuit, or

25      the lawsuit that is likely to follow.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020424

Case 2:13-cv-00193  Document 662-36  Filed on 11/11/14 in TXSD  Page 39 of 112
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 31 of 274
Senate Floor Debate, 2nd Reading                        March 17, 2009

30

```
1                    SENATOR FRASER:  The expenses or the
2          lawsuit?
3                    SENATOR ZAFFIRINI:  Yes.  And is that
4          still true today, you still not have considered any
5          expenses that we expect to be encumbered by the state of
6          Texas to deal with the pre-clearance process and with
7          the lawsuit that is expected to be filed if this bill is
8          passed?
9                    SENATOR FRASER:  I file the bills, the
10         bill, as we always do.  Legislative Budget Board comes
11         up with a fiscal note.  The fiscal note says there's no
12         impact.
13                   SENATOR ZAFFIRINI:  But I'm not asking
14         about the fiscal note now.  I'm asking if you have
15         considered those expenses?
16                   SENATOR FRASER:  I am taking it one step
17         at a time, that my job is to try to, this morning, to
18         get this off the Senate floor.
19                   SENATOR ZAFFIRINI:  Thank you, Senator.
20         I've also noticed that you are citing several
21         amendments.  One in particular responds to Senator Van
22         de Putte's questions, and I appreciate that.  During our
23         debate earlier, I asked you about the student
24         identification card and why your bill would accept what
25         you described as student identification cards issued by
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005543

USA_00020425

Case 2:13-cv-00193  Document 662-36  Filed on 11/11/14 in TXSD  Page 31 of 112
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 32 of 274
Senate Floor Debate, 2nd Reading                          March 17, 2009

31

1    a public institution of higher education but not by a

2    private institution of public education.  Do you intend

3    to offer any amendments related to that issue?

4              SENATOR FRASER:  Senator, probably not.

5    I'm open to discussion, but a public institution,

6    because it is a, you know, a government or quasi

7    government entity, we have control over, you know, the

8    quality or the validity of that.  We have no controls

9    over the validity that would be offered by someone

10   else.  So if someone is going to offer something, we

11   have to know that the information or have some

12   confidence that that information is correct.

13             SENATOR ZAFFIRINI:  Thank you, Senator

14   Fraser, and if you will indulge me to ask a question of

15   the presiding officer.

16             PRESIDENT:  Senator Zaffirini, for what

17   purpose?

18             SENATOR ZAFFIRINI:  Thank you,

19   Mr. President.  For the purpose of a very personal

20   introduction.

21             PRESIDENT:  You're recognized.

22             SENATOR ZAFFIRINI:  Thank you,

23   Mr. President.  Mr. President and members, it is my

24   pleasure to introduce to you a very special page who is

25   with us today.  This is Brennan Morter from Laredo,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005544

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 33 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 33 of 274
Senate Floor Debate, 2nd Reading                    March 17, 2009

32

```
 1    Texas.  His mother, Katrina, is with us today, and she
 2    is my niece and God-daughter, and they are with my
 3    sister, Celisa Pappas Borcher, who is Brennan's
 4    grandmother.  My son Carlos, who many of you, know is
 5    his God-father, so you can see there are many inter-
 6    relationships.
 7            Brennan is a second grader at United Day
 8    School.  His hero is Spiderman.  He's a Cub Scout and a
 9    student athlete and he is with us today celebrating his
10    birthday.  He turned eight years old yesterday, but he
11    decided to come to the Texas Senate and work with us and
12    see us in action.
13            Thank you, Mr. President and members.  Please
14    join me in welcoming Brennan Morter, our very special
15    Senate page today.  Thank you.
16            (Clapping.)
17            PRESIDENT:  Thank you, Senator
18    Zaffirini.  We welcome your guest.
19            The Chair at this time --
20            Senator Van de Putte, for what purpose?
21            SENATOR VAN DE PUTTE:  Thank you,
22    Mr. President.  To ask the author of the amendment a
23    question.
24            PRESIDENT:  Will author yield?  Senator
25    Fraser, will you yield for a question?
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005545

USA_00020427

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 33 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 34 of 274
Senate Floor Debate, 2nd Reading                    March 17, 2009

33

```
1                SENATOR FRASER:  I'll be glad to yield.

2                SENATOR VAN DE PUTTE:  Thank you,

3      Mr. President.  Thank you, Senator Fraser.  I'm looking

4      at the amendment and Section B of the 31.012 on -- it

5      says, "The Secretary of State, in cooperation with the

6      appropriate non-profit organizations, as determined by

7      the Secretary of State and with each party's nominee for

8      governor in the most recent gubernatorial general

9      election received 20 percent or more."

10               If, Senator Fraser, we had two gubernatorial

11     candidates that listed on their party affiliation

12     independent, how do you foresee the Secretary of State

13     giving the independent party part of the statewide

14     efforts to educate voters?

15               SENATOR FRASER:  The amendment is very

16     clear.  The intent is that any -- any party that

17     received 20 percent or more of votes, there would be an

18     effort by the Secretary -- the Secretary of State would

19     monitor that and would set up the policies.

20               SENATOR VAN DE PUTTE:  Senator Fraser, a

21     follow-up question.  Were you aware that Governor Perry

22     received 39.02 percent of the vote as the nominee from

23     the Republican party in the most recent gubernatorial

24     election?

25               SENATOR FRASER:  Yes.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020428

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 34 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 35 of 274
Senate Floor Debate, 2nd Reading                          March 17, 2009

34

1          SENATOR VAN DE PUTTE:  And were you aware
2     that Chris Bell received 29.78 percent of the vote in
3     the prior gubernatorial, representing -- he was the only
4     Democrat on the ticket for that particular position?
5          SENATOR FRASER:  Yes.
6          SENATOR VAN DE PUTTE:  My question is
7     that, Mr. Kinky Friedman received 12.44, running as an
8     independent, but also Ms. Strayhorn received 18.1
9     percent.  Since both of those were listed as
10    independents and they meet the 20 percent threshold
11    listed in your amendment, how do you foresee an
12    independent party, but by your amendment, we are -- the
13    Secretary of State must adhere.  How would they
14    accomplish that?  Since there may not be an independent
15    party, would this subject as to your requirement, would
16    it be subject to interpretation or litigation?  Because
17    I don't know that there is a bona fide independent
18    party, but both of those candidates represented and meet
19    the threshold of your amendment.
20         SENATOR FRASER:  The Secretary of State
21    would determine, is what the wording says.
22         SENATOR VAN DE PUTTE:  Thank you, Senator
23    Fraser.
24         Mr. President?
25         PRESIDENT:  Senator Van de Putte, for



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005547

USA_00020429

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 35 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 36 of 274
Senate Floor Debate, 2nd Reading                    March 17, 2009

35

1    what purpose?

2              SENATOR VAN DE PUTTE:  I would like the

3    opportunity to introduce at this point, since I have the

4    floor and just finished with the questioning for Senator

5    Fraser, two of my special guests.

6              PRESIDENT:  Plead proceed.

7              SENATOR VAN DE PUTTE:  Thank you,

8    Mr. President.  Members, it is a great pleasure for me

9    to have two young students with me at my desk today.

10   Both students of Central Catholic High School in San

11   Antonio, who have come here to witness the days

12   deliberation.  I have Mr. Andrew Villareal and Mr. Angel

13   Ortiz, who are with us.  Please welcome these fine two

14   young men to our Senate chambers.  Thank you.

15             (Clapping.)

16             PRESIDENT:  Thank you, Senator Van de

17   Putte.

18             Members, the question now is on the

19   adoption of the Floor Amendment Number 2.  The Secretary

20   will call the roll.

21             SECRETARY:  Averitt, Carona, Davis.

22   Deuell, Duncan, Ellis, Eltife, Estes, Fraser, Gallegos,

23   Harris, Hegar, Hinajosa, Huffman, Jackson, Lucio,

24   Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro,

25   Shapleigh, Uresti, Van de Putte, Watson, Wentworth,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193  Document 662-36   Filed on 11/11/14 in TXSD  Page 36 of 112
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 37 of 274
Senate Floor Debate, 2nd Reading                    March 17, 2009

36

```
1    West, Whitmire, Williams and Zaffirini.

2                    PRESIDENT:  There being 19 "I's" and 12

3    "Nay's", Floor Amendment Number 2 is adopted.

4            The Chair recognizes Senator Fraser for a

5    motion.

6                    SENATOR FRASER:  Mr. President, members,

7    I would now move passage of Senate bill 362, as amended,

8    to engrossment.

9                    PRESIDENT:  Members, the question is on

10   passage to engrossment.  Senator Watson, for what

11   purpose?

12                   SENATOR WATSON:  At the appropriate time,

13   to speak on the main motion.

14                   PRESIDENT:  Senator Watson, this is the

15   appropriate time.  You're recognized.

16                   SENATOR WATSON:  Thank you very much,

17   Mr. President.  Members, the outcome today, we all know,

18   isn't really in doubt.  It hasn't been since we opened

19   this legislative session.  We knew what would happen,

20   what we should expect well before our meeting last week

21   of the committee of the whole, but even knowing what's

22   about to happen today, there was still a debate to be

23   had last week in a case that needed to be made.

24           People who are watching us, and maybe more

25   importantly, those who weren't watching, those millions
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005549

USA_00020431

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 37 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 38 of 274
Senate Floor Debate, 2nd Reading                    March 17, 2009

37

1    of legally voting Texans whose lives won't be the same

2    if this bill passes, have a right to expect someone to

3    prove that the supposed voter impersonation problem is

4    at least significant enough to justify all the time

5    we're spending on it or that this bill actually was the

6    answer to stopping what cases were being told about.

7              Or, more importantly, that this bill would not

8    reduce the ability of people to vote.  These folks, on

9    both sides of this debate, most of them good, concerned,

10   every day Texans, are entitled to proof, not assumptions

11   or rationalization or and anecdotes, but actual

12   statistical proof that Senate bill 362 won't target some

13   of our most vulnerable citizens and block them from

14   fulfilling their right and duty.

15             Members, the case was not made, and I

16   deeply believe that whether it's in the Department of

17   Justice or before a federal court, that will be

18   confirmed.  There remains only the flimsiest evidence

19   that voter impersonation, the only type of fraud

20   addressed by this bill, even exists.  Not counting, not

21   counting 60 year old history and the unverified

22   testimony of a controversial witness for a partisan

23   elections administrator, nothing at all we've heard

24   demonstrates that this is actually occurring any more

25   than anecdotally in Texas.  And let's be honest.  If


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005550

USA_00020432

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 38 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 39 of 274
Senate Floor Debate, 2nd Reading                     March 17, 2009

38

1    someone had the goods on a case that was going to settle
2    this fight once and for all, they probably would have
3    been testifying at some time other than 4 in the
4    morning.
5        It's also far from clear that Senate bill 362
6    will stop whatever irregularities might conceivably be
7    out there.  We've heard concerns about absentee
8    ballots.  This bill does nothing about them.  We've
9    heard about suspicious voter registrations.  This bill
10   leaves registration procedures entirely in place.
11       We've been showered with hypotheticals about
12   how much could possibly go wrong if some shadowy figure
13   decided they'd rather steal a voter registration card
14   than an election.  Yet we've heard of no instances in
15   memory where our elections failed our democracy because
16   people impersonated voters.
17       Unfortunately, the most significant new
18   information we got last week was that our existing laws
19   haven't been enforced with the rigor, or at least the
20   money that we've all been led to believe.
21       I suppose this debate has provided a service,
22   if all it's done is helped establish once and for all
23   that the Attorney General has not, in fact, spent about
24   a million and a half of a grant battling voter
25   impersonation.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005551

USA_00020433

Case 2:13-cv-00193  Document 662-36  Filed on 11/11/14 in TXSD  Page 39 of 112
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 40 of 274
Senate Floor Debate, 2nd Reading                              March 17, 2009

39

```
1              I know if there's anything we all share in
2       this chamber, it's a hope that we'll get double checked,
3       typo-free data about what cases are being investigated,
4       what's being spent on them and where they're occurring,
5       even if it means fewer boisterous political
6       proclamations about epidemics.  So let's be clear about
7       the record.
8              According to the witnesses, voter
9       impersonation hasn't had any impact on any election at
10      any level at any time in any part of this big state.
11      But none of that matters today.  Today isn't about
12      proof.  It's not about the law.  Today is about
13      politics.
14             We can and we will shoot at this thing until
15      we put holes in the holes, but that doesn't change the
16      numbers in this room and it really doesn't change that
17      one potent question on every political poll that gets
18      waived around like a DNA test in a murder trial.  Should
19      people have to show voter identification before they
20      vote?  Let's take that head on.  It's a very simple
21      question and surely a simple question would have an easy
22      and simple answer, right?
23             Well, every one of you who's tried to fix
24      schools, fix health care, fix property taxes, fix
25      tuition or fix traffic knows that just isn't so, and no
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005552

USA_00020434

Case 2:13-cv-00193  Document 662-36  Filed on 11/11/14 in TXSD  Page 40 of 112
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 41 of 274
Senate Floor Debate, 2nd Reading                          March 17, 2009

40

```
1     amount of hoping or guessing is going to turn this bill
2     into an adequate answer to this question.  I wish this
3     bill did what some say it does.  We all do.  Every
4     single one of us on this floor wishes we could end all
5     voter fraud and maintain full access to voting without
6     costing the state or the counties a single dime.  But if
7     that bill exists, members, this one sure isn't it.  This
8     one isn't it.
9           So let's talk for a minute about what we would
10    be working on if we were actually serious about this.
11          Just for fun, let's think about solutions that
12    aren't partisan gut checks but actually go after the
13    cheaters without harming legitimate, conscious voters.
14    We could and we should increase penalties on every
15    criminal on every side who tries to influence the
16    outcomes of our elections.  We could seal shut whatever
17    loopholes people have found to get documents they need
18    to register falsely.  We could empower election judges
19    to crack down or people they know are cheating without
20    harming those who aren't.  We could follow the lead of
21    some counties and do a better job of keeping our voter
22    rolls clean.  We could develop bold, innovative
23    strategies that expanded registration even while
24    imposing new voting restrictions.
25          We could even have a serious bipartisan effort
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005553

USA_00020435

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 41 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 42 of 274
Senate Floor Debate, 2nd Reading                        March 17, 2009

41

1    to figure out how the state, the state which currently

2    bears the full burden of providing voter ID in the form

3    of a voter registration certificate, can add photo

4    identification to its responsibilities and how it can

5    pay for it as cheaply as possible.

6            I favor all of those things.  I'd imagine that

7    just about all of you in this room do.  We want to stop

8    fraud wherever it exist.  We all believe in the sanctity

9    of the voting booth.  So how is it possible that voter

10   ID is not just divisive but wrenching?  Because in the

11   end, I really don't think it's about the policy of

12   providing identification before voting.

13           This has risen to the top of everything; over

14   property tax relief, over the economic crisis, over

15   health care, over education reform, over tuition and

16   university funding, because it's not like those things.

17   Those are policy questions.  This is a political bill

18   being considered in a political place, and there's no

19   clearer demonstration of how obviously political or

20   maybe politically obvious this bill is than the fiscal

21   note.

22           Last week, the folks flew from other states to

23   talk about their voter ID programs and they couldn't

24   stop talking about what a great job they did educating

25   people about what the law meant.  They just didn't brag



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005554

USA_00020436

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 42 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 43 of 274
Senate Floor Debate, 2nd Reading                              March 17, 2009

42

1    about spending money, they used it in court to justify
2    their actions, but last week, we were told we didn't
3    need any money, and then yesterday, we're told there's
4    now a two million dollar rider for the broad label of
5    voter education.  Well, I suppose that's some
6    recognition of this billing's failings but it also
7    highlights those failings.  It demonstrates the
8    expediency with which this is pursued.  No fiscal note,
9    but it now costs two million dollars.  And it reaffirms
10   the lack of data.  Why not one million dollars?  Why not
11   five million dollars?  What does a real appropriate
12   effort cost?  And, of course, it also shows the hidden
13   costs if we're wrong.  People won't be educated on this
14   new obligation.  And of course, that's just the
15   Secretary of State's office.
16          What about DPS?  DPS told us last year by
17   giving a free photo identification card to anyone who
18   claims they want it for voting, they would lose $671,000
19   a year, more than 1.3 million per budget and more than
20   four million every six years out of our highway fund.
21          The methodology's in that bill and everything,
22   more than a half million people have these ID cards.  At
23   least half of those would use this voting exemption to
24   avoid having to pay for them.  Those folks pay an
25   average of $15 per card and you have a fiscal impact of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005555

USA_00020437

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 43 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 44 of 274
Senate Floor Debate, 2nd Reading                    March 17, 2009

43

1    negative four million dollars through 2012.

2          Folks, look it up. House bill 218, 80th

3    session. It's really quite convincing. But this year,

4    the fiscal note informs us that while there could be a

5    revenue loss due to the voting exemption, it is unknown

6    how many people would make the request and therefore

7    unknown the amount of revenue loss that would occur.

8          Members, that is not an answer. In fact, it

9    speaks to the other problems. We don't know how many

10   should or will need the ID, and, of course, it's been

11   pointed out nothing was said about the cost of

12   submitting this for pre-clearance under the Voting

13   Rights Act.

14         This ignorance of basic facts is particularly

15   troubling given Texas has a special burden on voting

16   rights issues. The state earned it with a terrible

17   legacy of intimidation, suppression, and outright

18   violence that hovers darkly over our history. No one,

19   not one of you in this chamber has any desire to go back

20   to those terrible times. I know you love Texas and its

21   people too much to even consider it. But I wonder if

22   you've really studied this bill and made sure that it

23   won't turn us back toward the past.

24         I keep looking and asking and hoping for any

25   data to prove this bill, this bill won't harm the very



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005556

USA_00020438

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 44 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 45 of 274
Senate Floor Debate, 2nd Reading                            March 17, 2009

44

1      voters who ones were explicitly targeted by laws and

2      thugs, those treated so shamefully in a past that's far

3      more recent than the transgressions inside box 13.  No

4      one, it seems, knows just what this bill could mean to

5      people who are poor enough, old enough or just plain

6      disconnected enough that they haven't needed to get a

7      driver's license.

8              No one tells us how many Texans don't have a

9      photo ID, what those millions of people may look like or

10     whether they'll be able to meet this bill's requirements,

11     and no one has shown a single study or say for sure just

12     how common it is to have all of these shards of paper

13     that we in this chamber seem to take for granted.

14             No one, frankly, has demonstrated a level of

15     thought and care that gives me any confidence that this

16     bill stands a chance of holding up outside these

17     partisan confines and partisan rules.  And that should

18     be troubling to all of us.  Because if I'm wrong, and if

19     the will of this chamber is somehow upheld, then this

20     bill will have consequences, and believe it or not,

21     those consequences will have nothing whatsoever to do

22     with politics, games or power.  The consequences will

23     play out on decent, hard-working, patriotic citizens who

24     just want to vote but can't find time for yet more

25     hurdles and burdens, let alone those imposed on them by



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005557

USA_00020439

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 45 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 46 of 274
Senate Floor Debate, 2nd Reading                        March 17, 2009

45

1    their own government.

2            We all talk about the sanctity of the voting

3    booth.  Well, it isn't a registration card, the judge,

4    the rule book, or even the ballot itself that makes it

5    sacred.  It's the person.  It's you and me.  It's our

6    constituents.

7            In the end, this bill targets far too many of

8    us by declaring a crisis that doesn't exist and adding

9    new burdens that, for some, will be expensive and

10   difficult.

11           This bill makes it harder for honest people to

12   vote.  It's wrong no matter what happens today.

13           Thank you, Mr. President.

14               LIEUTENANT GOVERNOR DEWHURST:  The Chair

15   recognizes Senator Van de Putte to speak on the bill.

16               SENATOR VAN DE PUTTE:  Thank you,

17   Mr. President.  Voting is our fundamental right, and as

18   I stand in this chamber, I have the vantage point of

19   looking at the portraits, particularly two who came to

20   this chamber to fight for voting rights and for all

21   civil rights.

22           I look across and I see the portrait of

23   Barbara Jordan, who was the lone vote time after time

24   against measures that would disenfranchise the people

25   that she represented, and I look over in the corner and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005558

USA_00020440

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 46 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 4 of 274
Senate Floor Debate, 2nd Reading                    March 17, 2009

46

1    I see the portrait of Henry B. Gonzalez, the senator who

2    holds the filibuster record for indeed daring to speak

3    long into the night against the Jim Crow laws.

4           Voting is a fundamental right, the right to

5    choose our leaders and choose the direction of our state

6    and our nation, and would hope that before we place any

7    additional burden on Texans to exercise that right, that

8    we would have just some proof that the problem of voter

9    impersonation actually exists.

10          We know from the testimony that the problem

11   does not exist in Texas.  Some of my colleagues are

12   determined to proceed with this mis-guided effort that

13   will have the effect of disenfranchising many Texans.

14          Please bear in mind I know that my Republican

15   colleagues, I don't think they really want this fight or

16   they want to disenfranchise any voter in any of our

17   communities, but it's the effect of the law, not our

18   intentions, that carry the weight of discrimination.

19          Make no mistake, the voter ID laws are part of

20   a national partisan agenda designed to suppress voters.

21   Those voters who happen to be women, happen to be

22   elderly, happen to be minorities and even college

23   students, who, by the way, tend to vote more

24   Democratic.

25          Sadly in Texas, the history of voter



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020441

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 47 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 48 of 274
Senate Floor Debate, 2nd Reading                    March 17, 2009

47

1    suppression began long before 2009, and it didn't end

2    when the poll tax was abolished or when required

3    literacy tests were discontinued by law.

4          And so I hope you will indulge me while I

5    recount the true efforts of discrimination.  In November

6    of 1964, letters were sent to residents in the Rio

7    Grande Valley, both in English and in Spanish, warning

8    them to stay home because if they went to the polls,

9    they could, quote, get arrested for interfering with the

10   election judge.

11         That same year, the Houston Post reported that

12   on election day, that handbills had been distributed

13   only in black and Latino neighborhoods, telling voters

14   that the police would be stationed at polling places to

15   arrest voters who had any outstanding traffic tickets or

16   parking tickets or owed child support payments.  This is

17   true, members.

18         In 1982, when Carl Rowe was then running Bill

19   Clements' campaign, the Secretary of State at that time,

20   David Dean, sent local election officials a felons list

21   of voters to be purged from voter rolls, but a federal

22   court forced him to drop the effort when that list was

23   found to include eligible voters, most of them Hispanic

24   and African American, and one of those rolls included a

25   state representative candidate.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020442

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 48 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 49 of 274
Senate Floor Debate, 2nd Reading                    March 17, 2009

48

```
1            On election day, that very same year in

2       Dallas, we wonder why 33 African American precincts ran

3       out of ballots as voters waited 4 1/2 hours in line in

4       the rain to vote.

5            That same year, large black and red signs were

6       posted in those precincts in Dallas by five Republican

7       state judges that read, quote, "Do not remove this sign

8       by order of the Sheriff of Dallas County.  You can be

9       imprisoned for --" and then they listed six voting fraud

10      offenses.

11           Those were examples of just a few of our past

12      voter suppression tactics designed to scare people away

13      from the polls, but all designed to scare people in

14      Hispanic and African American neighborhoods with a heavy

15      Democratic turnout.

16                     (End of CD.)

17

18

19

20

21

22

23

24

25
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

USA_00020443

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 49 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 50 of 274
Senate Floor Debate, 2nd Reading                    March 17, 2009

49

```
1    IN THE COUNTY OF TRAVIS    )

2    STATE OF TEXAS             )

3         I, Lynne Rodriguez, Certified Shorthand Reporter in

4    and for the State of Texas, hereby certify to the

5    following:

6              That the CD entitled, "2009 (81R) SB 362,

7    Senate Flr Debate, 2ND Reading,"

8    was transcribed at the request of Anne Wilson, 209

9    West 14th Street, Attorney General's Office, Austin,

10   Texas 78701, and the amount due is $_____.

11        That the aforementioned CD was transcribed

12   to the best of my ability to hear and understand the

13   CD;

14        That the transcript was submitted by

15   E-trans on April 23, 2012, to Anne Wilson, 209 West

16   14th Street, Attorney Generals' Office, Austin,

17   Texas  78701;

18        I further certify that I am neither

19   counsel for, related to, nor employed by any of the

20   parties or attorneys in the action in which this

21   proceeding was taken, and further that I am not

22   financially or otherwise interested in the outcome

23   of the action.

24        Certified to by me, this 22nd day of

25   April, 2012.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 50 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 51 of 274
Senate Floor Debate, 2nd Reading                                    March 17, 2009

50

1
2
3
4

*Lynne M. Rodriguez*

Lynne Rodriguez, Texas CSR No.

5       Expiration Date 12/31/13

FIRM REGISTRATION NO: 283

6        ESQUIRE DEPOSITION SERVICES

100congress, Suite 2000

7        Austin, Texas   78701

(512) 328-5557

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005563

USA_00020445

2009 (81R) SB 362, SENATE FLR DEBATE, 2ND READING, PART 2

Transcribed by Lynne M. Rodriguez, CSR



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005564

USA_00020446

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 52 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 53 of 274
Senate Floor Debate 2nd Reading, Part 2                                   March 17, 2009

2

```
 1                    SENATOR VAN DE PUTTE:  (CD started in mid

 2      sentence.)

 3                    -- in the context of the history of our

 4      state, as we defend all Texans' right to vote.  We have

 5      not won the battle in the Senate today.  That was

 6      pre-determined the day we set this issue and no other

 7      pressing issue as a special order, but I sincerely hope

 8      that for those who have been discriminated against and

 9      those who will have to show an extra burden here just to

10      cast the right to vote, it is my hope that this voter ID

11      bill, as written, will never become law.

12                    Thank you, Mr. President.

13                    LIEUTENANT GOVERNOR DEWHURST:  The Chair

14      recognizes Senator Gallegos to speak on the bill.

15                    SENATOR GALLEGOS:  Thank you, Mr.

16      President, members.  Two years ago, I came back to

17      Austin against my doctor's orders to stand together with

18      my colleagues to block the passage of voter ID, and on

19      the last day, when we heard the bill and Lieutenant

20      Governor told me that the bill would not be brought up,

21      I told you that I would fight this bad piece of

22      legislation at any cost, and I told you that I would be

23      back if this bill came up again.  Well, here I am.

24                    It's a shame, members, that it has come to

25      this day.  It's a sad day in Texas history when we are
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020447

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 53 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 54 of 274
Senate Floor Debate 2nd Reading, Part 2                    March 17, 2009

3

```
 1       wasting our taxpayer's time and money on a non issue.

 2             Texas is first in the country for uninsured

 3       people.  Home foreclosures are skyrocketing and

 4       thousands of young Texans and their families are trying

 5       to figure out how to pay for college education.  People

 6       are still living out of trailers in my district and

 7       several of your districts since Hurricane Ike.  And

 8       members, you know, Texans have some real problems to

 9       deal with but voter ID legislation does not solve any of

10       them.

11             Let me read to you what was an editorial in

12       this Sundays Chronicle, and this is coming from the

13       Houston Chronicle, not me.  "Texans currently must show

14       a voter registration card or other ID at the polls.

15       This measure would add a photo ID or other

16       alternatives.  Democrats call requirements a tactic to

17       intimidate the elderly, the disabled, the poor and

18       minorities who are less likely to vote Democratic into

19       staying away from the polls, thereby shaving off a few

20       points from the total vote.

21             The Republicans call it guarding against voter

22       fraud and impersonation, but on a larger scale, it seems

23       to boil down to an illustration that Republicans in

24       Texas and throughout the United States are fearful for

25       their future political viability and are desperately
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020448

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 54 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 55 of 274
Senate Floor Debate 2nd Reading, Part 2                     March 17, 2009

4

```
1    trying to regain a power and an identity that has been
2    severely eroded as of late.
3           If that's the case, members -- and there are
4    better, more constructive ways to begin recouping lost
5    ground than throwing their weight around, especially on
6    an issue with as little merit as this one.
7           Chandler Davidson, a Rice sociology professor
8    and an expert on minority voters rights told the
9    Chronicle that the only aspect of voter fraud that voter
10   ID addresses is voter impersonation.  The Republicans
11   are offering a solution for a problem that does not
12   exist, he said, and there is no credible evidence to
13   show that there is a problem in Texas or elsewhere, end
14   quote.
15          Colleagues like my colleague Leticia Van de
16   Putte said that General Greg Abbott spent 1.4 million
17   dollars in a crusade against voter fraud that has yet to
18   seen anyone convicted of voter fraud, 1.4 million
19   dollars.
20          Wouldn't Texans like to see this money used
21   more wisely, or at least one conviction come out of
22   this, at least one conviction, Senator Fraser.
23          Now that we are voting on a passage of a bill
24   that no one has seen a fiscal note until we've seen two
25   million dollars that, all of a sudden, come in, which is
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005567

USA_00020449

Case 2:13-cv-00193  Document 662-36  Filed on 11/11/14 in TXSD  Page 55 of 112
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 56 of 274
Senate Floor Debate 2nd Reading, Part 2                    March 17, 2009

5

```
1      sure to cost hundreds of thousands, if not millions, but
2      really who knows, who knows.
3              I mean, when you mandate the voters of this
4      state to have a photo ID, I mean, somebody is going to
5      have to pay.  Somebody is going to have to pay
6      something, and if you mandate, if you mandate Texans to
7      go get a photo ID, then what is the state's
8      responsibility?  That's a big question, members.
9              If you're going to mandate for a Texas voter
10     to get a photo ID, then the state of Texas is going to
11     be responsible for that person and how to get an ID,
12     whether it's free, whether they have to go to a DPS
13     center, however it is, somebody is going to have to pay
14     on both sides.  On the voter's side, I call it a poll
15     tax.  You know, members, I think it's time to stop
16     wasting Texans money.
17             The right to vote is most cherished right a
18     citizen could have, and in our nation's history, the
19     right has been denied of many.
20             Just last week, we heard of Leticia's story
21     that this was not an uncommon practice.  In the fight to
22     open the doors of a voting booth, there was a long
23     struggle and I thought we were passed this.
24             Members, let me -- you know, some of the fears
25     that I've heard about voter impersonation and somebody
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020450

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 56 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 57 of 274
Senate Floor Debate 2nd Reading, Part 2                    March 17, 2009

6

1    going to the polls and saying who they're not -- trying

2    to impersonate somebody, I mean, we've got illegal

3    immigration coming from Canada, from Europe, from Asia

4    and from Latin America.

5            You know, I would -- You know, let me walk you

6    through of some of the fears that I've heard on the

7    other side.  You know, you got somebody, let's say, for

8    example, from Mexico coming across the border.  It's

9    going to take him or her at least, you know, maybe two

10   weeks to get across.  He or she has got through the

11   brush, through the mesquite, eating Spam and sardines

12   and crackers, water, whatever, you know, whatever they

13   could drink, and then going through that for at least a

14   month or two months to get to Houston or Dallas or San

15   Antonio.

16           After two months, I mean, blood, sweat, going

17   through that fields and all that, here's what the fears

18   that I'm hearing on the other side.  You think that that

19   person is going to wait for the first election and go to

20   the polls and try to vote and try to impersonate a

21   voter?  I don't think so.  I mean, just going through

22   all of that, all of that blood, sweat and tears just to

23   go stand in line and try to impersonate a voter.

24           You know, when I first got elected to the

25   House in '91, you know, I went to the floor.  The only



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020451

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 57 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 58 of 274
Senate Floor Debate 2nd Reading, Part 2                                    March 17, 2009

7

```
 1    ID I had was my driver's license, and when I got to the
 2    door, they stopped me and asked me, "Well, where are you
 3    going?"  And I said, "Well, I'm going to my seat there
 4    in the House of Representatives.  My seat is inside."
 5    Well, they made me wait.  They made me wait until, until
 6    that I said -- until they confirmed that, you know, who
 7    I was, and then finally, with my family with me, they
 8    let me go in.  And you know, I said, "Well, it's 150
 9    members, I'm new," didn't think anything about it and
10    just went to my seat.
11          Well, four years later, I got elected to the
12    Senate and, you know, here I am with my family coming to
13    the Senate door.  The only ID I had on me was my
14    driver's license.  I had to wait.  They said, "Where are
15    you going?"  "I'm going to my seat on the Senate floor.
16    I got elected," you know, and they said, "Well, wait a
17    couple of minutes."  So I had to wait for them to
18    confirm that I said who I said I was, you know, as far
19    as ID, that the picture on my driver's license was a
20    picture of the ID that they had in me in the back.
21          So, you know, if they're going to stop me at
22    the door after I got elected in the House and I got
23    elected in the Senate and they're asking me who I am.
24    If I'm saying on who I am, they got to confirm me here
25    right outside these doors, then how do you think those
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020452

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 58 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 59 of 274
Senate Floor Debate 2nd Reading, Part 2                    March 17, 2009

8

```
1     people are going to feel out there when they know
2     they're U.S. citizens and they're going to go to the
3     voting booth and the election judge is going to tell
4     them well, "Well, we need this ID, this ID and this
5     ID."  Well, obviously, when you're going to challenge
6     somebody and tell them that they are not who they say
7     they are and they know they're a U.S. citizen, you know,
8     you might get some violence, I don't know.  You know,
9     when you challenge me, I'm going to challenge, you know,
10    if I know that I'm a U.S. citizen.
11          And then, you know, how are they going to
12    react?  You know, Senator Fraser, the only amendment
13    that you left off was back in the Jim Crow days.  If
14    you're going to have -- if you're going to do voter
15    suppression, do it right.  You know, put German
16    Shepherds  and a fire hose there, and if I go -- if
17    somebody goes there and they're impersonating a voter,
18    well then throw the dogs on them and, you know, throw
19    the hose on them.
20          You know, that's what this bill is all about.
21    You know, I think that, you know, when you really look
22    at it, it's voter suppression any way you call it.  Like
23    Leticia said, back to the Jim Crow, George Wallace
24    days.  It's a shame, it's a shame that we got down to
25    this, and, you know, I hope when you vote, members, when
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78741
www.esquiresolutions.com

JA_005571

USA_00020453

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 59 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 60 of 274
Senate Floor Debate 2nd Reading, Part 2                                    March 17, 2009

9

```
1     you vote on this bill, just think about that.  Think
2     about that, when they stop me here at the door, not only
3     in the house but in the Senate.  Thank you.
4               LIEUTENANT GOVERNOR DEWHURST:  Senator
5     Gallegos, this is somewhat unusual for me to say, but I
6     do not get involved in floor debates, but you did make a
7     comment at the beginning of your remarks that I know was
8     unintended on your part.  You made reference to me, and
9     I believe that if you will remember, each time in the
10    2005 session you asked me not to bring up the bill,
11    either you were going down to Houston for your surgery
12    or on days you specifically asked me, I satisfied your
13    request, and so I think you probably mis-spoke --
14              SENATOR GALLEGOS:  No, no, no, I'm
15    talking about the night, the last night when you came to
16    my desk, you said, "Senator, go on home.  We're not
17    bringing the bill."  That's what I was talking about.
18              LIEUTENANT GOVERNOR DEWHURST:  Yes, and I
19    tried to -- You were sick.  I didn't want you -- I told
20    you that you needed to go home and that we would not
21    bring up the voter ID.
22              SENATOR GALLEGOS:  That's what I was
23    referring to.
24              LIEUTENANT GOVERNOR DEWHURST:  Thank you,
25    Senator.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005572

USA_00020454

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 60 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 61 of 274
Senate Floor Debate 2nd Reading, Part 2                                    March 17, 2009

10

1          I'm going to pause for a moment.  Senator
2     Huffman would like to do an introduction.
3               SENATOR HUFFMAN:  Thank you very much for
4     accommodating me, Mr. President.  And members, I'd like
5     to -- I have a special introduction today.  We have some
6     special guests in the gallery, and they are UTMB medical
7     students.  There's nearly a hundred here who have come
8     today from Galveston.  They got up early this morning to
9     join us in Austin.  They are from the school of
10    medicine, nursing, health professions and biomedical
11    sciences, and they come from many districts throughout
12    Texas, so many of your constituents are here in the
13    gallery this morning.
14          UTMB is a mark of excellence.  For the past
15    three years, UTMB medical students have led the way with
16    the highest board scores out of any Texas public medical
17    school.  Nursing students have an average pass rate of
18    98 percent on licensing exams, and the Rehab Sciences
19    and Physician Assistant programs are both ranked in the
20    top ten nationally.
21          As you look at each student, be reminded of
22    the resilience of UTMB.  Every UTMB student suffered
23    from Hurricane Ike.  Many students lost their homes and
24    everything they owned, but this did not deter them from
25    continuing their education since UTMB stops for no



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005573

USA_00020455

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 61 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 62 of 274
Senate Floor Debate 2nd Reading, Part 2                    March 17, 2009

11

1     storm.

2          They are -- Look at these young people up

3     here.  These are going to be the people that are going

4     to be taking care of us in our old age.  I know you want

5     to support them and support UTMB.  I'm going to ask you

6     them to all stand up and if we could give them a warm

7     welcome to the Texas Senate.  Thank you.

8          (Clapping.)

9          LIEUTENANT GOVERNOR DEWHURST:  Thank you,

10    Senator Huffman.

11         The Chair recognizes Senator Ellis for an

12    introduction.

13         SENATOR ELLIS:  Thank you,

14    Mr. President.  I have some guests here today from my

15    district and across the state.  These are young people

16    who are active with Teach for America.  This is Teach

17    for America day at the capital, Senator Shapiro, and

18    obviously, they're going to be visiting with you and

19    other members about some of the fine things they've

20    done.  If I might, they had read a resolution earlier, I

21    won't read it, but I just want to tell you a little bit

22    of history about Teach for America in case some of us

23    have forgotten.

24         Wendy Kopp proposed Teach for America's

25    creation when she was an undergraduate at Princeton



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020456

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 62 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 63 of 274
Senate Floor Debate 2nd Reading, Part 2                           March 17, 2009

12

 1    University.  It was an undergraduate thesis during her
 2    college year.  She was convinced that many in her
 3    generation was searching for a way to assume a
 4    significant responsibility that would make a real
 5    difference in the world and the top college students
 6    would choose teaching over more lucrative opportunities
 7    if a prominent teacher core existed.  So as a 21 year
 8    old, Kopp raised 2.5 million dollars in start-up money,
 9    hired a skeleton staff and launched a grass roots
10    recruitment campaign.
11          During Teach for America's first year in 1990,
12    500 young men and women began teaching in six low income
13    communities across the country.
14          Since then, Teach for America's net worth has
15    grown to 20,000 individuals.  They've become the
16    nation's largest providers of teachers for low income
17    communities and have been recognized for building a
18    pipeline for leaders to educational equity and
19    excellence all across our country.
20          Nationally, more than 60 percent of the cores
21    members continue to work in education, including the 360
22    school leaders that many of us know about.  Currently,
23    there are almost 600 core members that are working
24    across the great state of Texas and they reach more than
25    50,000 students.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020457

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 63 of 112
Case 1:11-cv-01128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 64 of 274
Senate Floor Debate 2nd Reading, Part 2                    March 17, 2009

13

```
 1              I know that Erica Lee is active with them.  I
 2        was looking for them earlier.  I just want all you all
 3        to stand, and members, would you please welcome and
 4        recognize these young people.  I hope my daughter
 5        becomes one as well.
 6                   (Clapping.)
 7                   LIEUTENANT GOVERNOR DEWHURST:  The Chair
 8        recognizes Senator Shapiro.  Do you wish to speak on the
 9        introduction?
10                   SENATOR SHAPIRO:  Please.  Thank you.
11        Members, I absolutely say ditto to everything that
12        Senator Ellis just said.  These are the best and the
13        brightest and they have chosen, and I mean chosen, to
14        participate in Teach for America.  We are so fortunate,
15        and the problem has been we've only had some in the
16        state of Texas and they've mostly been in the Houston
17        area, so they're now branching out and coming to the
18        Dallas area, and we hope that as time progresses, we'll
19        have them all over the state of Texas.
20              This is a great, great organization and I hope
21        you all recognize and realize how important and valuable
22        this program really is.  Thank you, Senator Ellis, for
23        bringing it to the floor.
24                   LIEUTENANT GOVERNOR DEWHURST:  The Chair
25        recognizes Senator Hegar to speak on the bill.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005576

USA_00020458

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 64 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 65 of 274
Senate Floor Debate 2nd Reading, Part 2

March 17, 2009

14

```
 1              SENATOR HEGAR:  Thank you, Mr. President,
 2      members.  I just wanted to make a couple points because
 3      I've heard several of the statements earlier today, and
 4      I know when we had the very long hearing the other
 5      night, we had a lot of numbers being thrown out about
 6      the amount of expenditures from the Attorney General's
 7      Office, the number of convictions, the number of guilty
 8      pleas, because we've talked about how difficult it is to
 9      prosecute cases of voter fraud.
10              We all talked about how difficult it was;
11      witnesses, all the witnesses were consistent on that
12      point, and I just wanted to make sure everybody was
13      clarified that the actual number of expenditure wasn't
14      the 1.4 million, it was actually $697,000, and that's
15      for 30 individuals or 30 indictments.
16              Of those 30 indictments, 23 have either been a
17      guilty plea or a conviction.  One of those convictions,
18      as I mentioned the other night, and I forget at what
19      point in the night I mentioned it, was a constituent of
20      mine from Port Lavaca, where actually the outcome of the
21      election was changed because of the fraud that went on.
22      And so I wanted to make sure we all were aware of those
23      numbers and make sure we heard all those, because I
24      think it's important the record was set straight the
25      other night, and I think it's important that we make
```



ESQUIRE

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193  Document 662-36  Filed on 11/11/14 in TXSD  Page 65 of 112
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 66 of 274
Senate Floor Debate 2nd Reading, Part 2                   March 17, 2009

15

1     sure it's set straight as well today.

2             I also wanted to mention that sometimes --

3             Try being a member in my shoes, a member who,

4     Dean, you entered the Senate, the House many years ago.

5     You looked a little bit younger, maybe had a little full

6     hair like I do today, and I'll tell you, when I go to

7     the Senate chambers, there's been times that Riggs has

8     had to correct people, said, "No, he's actually a

9     senator.  He does get to walk onto the Senate floor."

10    The other day I went to the House and I got stopped

11    because the guy said, "Wait, who are you?  You're going

12    on to the House floor.  You don't have permission to

13    go."

14            "Well, I'll get out my ID and I'll show you or

15    you just take my word.  I'm Senator Glen Hager."  So

16    sometimes the youthful look can have those problems as

17    well.  Also, Dean, I'll let you know, I didn't vote for

18    President Jimmy Carter.  Actually I was too young and I

19    wasn't able to vote in that election, so I just wanted

20    to make sure.  I didn't know if anyone else would tell

21    you who voted back then, but I didn't.  I didn't have

22    the opportunity.

23            So my point is just making sure the record is

24    straight.  So with that, thank you all members.  I just

25    think it's important that we know the actual number of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020460

Case 2:13-cv-00193  Document 662-36  Filed on 11/11/14 in TXSD  Page 66 of 112
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 6 of 274
Senate Floor Debate 2nd Reading, Part 2                            March 17, 2009

16

```
1    convictions that have occurred.  There has been 23 and
2    one of them was a constituent of mine who actually did
3    change the outcome of that election.  Thank you.
4                LIEUTENANT GOVERNOR DEWHURST:  The Chair
5    recognizes Senator Shapleigh to speak on the bill.
6                SENATOR SHAPLEIGH:  Thank you,
7    Mr. President, members.  I want to share with you the
8    story of David Iglesias, the former Republican U.S.
9    Attorney for New Mexico, because I think his story and
10   his firing give context and reveal to us here today the
11   real story behind what you, Senator Fraser, call voter
12   ID.
13        Iglesias was appointed by George Bush in
14   August of 2001 and became embroiled in one of the
15   largest scandals ever to hit the United States
16   Department of Justice.  Soon after his appointment,
17   Iglesias came under intention pressure from Pete
18   Domenici, Heather Wilson, the Department of Justice and
19   White House to take action on alleged voter fraud in New
20   Mexico.
21        In 2004, Patrick Rogers, a Republican
22   operative in New Mexico sent an e-mail to Iglesias that
23   said this, quote, "I believe the voter ID issue should
24   be used at all levels, federal, state, legislative
25   races.  You are not going to find a better wedge issue."
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 67 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 68 of 274
Senate Floor Debate 2nd Reading, Part 2                    March 17, 2009

17

1          Soon thereafter, based on e-mails, calls and

2     letters from DOJ, Republican office-holders and the

3     Republican party, David Iglesias did the right thing.

4     He set up a task force in 2004 to investigate the scope

5     of voter fraud in New Mexico.  He included local, state

6     and federal law enforcement and both Democratic and

7     Republican officials.

8          After reviewing over a hundred cases, he and

9     his task force concluded there were no prosecutable

10    cases of voter fraud and refused to bring charge where

11    there was no evidence to support it.

12         In a PBS interview, David Iglesias said he was

13    not willing to engage in unlawful activities.  Those

14    were his words, to prosecute cases that just weren't

15    there.

16         Let me emphasize this point.  David Iglesias

17    was a loyal Bush appointee, a Republican who had

18    previously run for statewide office, and could not find

19    evidence of voter fraud in the state of New Mexico.  He

20    let DOJ and the White House know that he would not

21    prosecute these cases because they did not exist, and

22    for that, David Iglesias was fired.  His determination

23    to stick to the law and his values got him fired.

24         Later, when asked how he would characterize

25    using United States Attorneys to benefit a particular



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005580

USA_00020462

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 68 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 69 of 274
Senate Floor Debate 2nd Reading, Part 2                                    March 17, 2009

18

1    political party at the polls, Iglesias said this, "It's

2    reprehensible, it's unethical, it's unlawful.  It very

3    well may be criminal, and I know it's a marked departure

4    from prior administrations, both Republican and

5    Democrat, who understood that U.S. Attorneys, as chief

6    federal law enforcement officials, have to stay out of

7    politics."

8         When asked why he thought he was fired,

9    Iglesias said this.  "For elicit partisan political

10   reasons.  Specifically, not coming up with voter fraud

11   cases, number one.  And number two, not rushing forward

12   indictments involving prominent Democrats during the

13   election cycle."

14        When asked about the motivations of those

15   pushing voter fraud indictments, he said that their

16   motivations, quote, "Were clearly partisan."  There

17   appears to be a growing body of evidence that suggests

18   there's voter suppression going on throughout the

19   country.

20        The investigation into the firing of David

21   Iglesias and eight other U.S. Attorneys continues to

22   this date.  Just two weeks after, Karl Rove, who is

23   actively involved in these U.S. Attorneys cases, agreed

24   to testify before Congress under oath regarding his

25   role, and coincidentally, the first witness for the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020463

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 69 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 70 of 274
Senate Floor Debate 2nd Reading, Part 2                              March 17, 2009

19

1    proposition in Texas that we need a voter ID bill was

2    Hans von Spakovsky, who himself was part of that DOJ.

3         Fast forward to last session when House bill

4    218, a predecessor to this bill, was passed in the

5    House.  In a column he wrote at that time for the Quorum

6    Report, Royal Masset, who for 15 years was a political

7    director for the Republican party of Texas, stated in

8    writing this:  "Voter ID is a direct descendent of poll

9    taxes and of allowing only white male property owners to

10   vote.  In its effect, it is racist, barbaric, anti-

11   Democratic and contrary to everything that made America

12   great."

13        Mr. Masset said that requiring photo IDs could

14   cause enough of a drop-off in legitimate Democratic

15   voting to add three to five percent to the Republican

16   vote, and really, that's what this bill is all about.

17        In 2005, the census announced that Texas had

18   joined Hawaii, New Mexico and California as the only

19   majority minority states.  By 2035, Texas state

20   demographer predicts that Hispanics will make up the

21   majority ethnic group in Texas.

22        In my district, this bill is about Maria

23   Lopez, 70 years of age, who cleans offices.  She's never

24   had a driver's license, never needed one, and when she

25   is asked for one, or a birth certificate, or a pilot's



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005582

USA_00020464

Case 2:13-cv-00193  Document 662-36  Filed on 11/11/14 in TXSD  Page 70 of 112
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 71 of 274
Senate Floor Debate 2nd Reading, Part 2                    March 17, 2009

20

```
 1      license, or any of the documents listed in Senate bill

 2      362, she won't have them, because the time and expense

 3      to go get one are too much for a lady who works 60 hours

 4      a week at minimum wage; so she won't vote.  And keeping

 5      her home is what this bill is about.

 6              As Mr. Masset stated yesterday in the Dallas

 7      Morning News, Hispanics should take this personally

 8      because it is aimed at them.

 9              This bill is about Republicans scaring off

10      just enough elderly, disabled, blacks and Hispanics to

11      stay in power four more years, plain and simple.  Thank

12      you, Mr. President.

13                   LIEUTENANT GOVERNOR DEWHURST:

14      Mr. Doorkeeper?

15                   DOORKEEPER:  Mr. President, there is a

16      message from the House.

17                   LIEUTENANT GOVERNOR DEWHURST:

18      Mr. Messenger.

19                   MESSENGER:  Mr. President, I am informed

20      by the House to direct the Senate the House has taken

21      the following actions:  The House has passed the

22      following measures:  HCR 97 by (Inaudible), and German

23      Exchange student Carolyn Bosch on the occasion of her

24      occasion of her visit to the state capitol on March 16th

25      and 17th.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005583

USA_00020465

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 71 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 72 of 274
Senate Floor Debate 2nd Reading, Part 2                        March 17, 2009

21

```
 1                  LIEUTENANT GOVERNOR DEWHURST:  The Chair
 2     recognizes Senator West for an introduction.
 3                  SENATOR WEST:  Thank you very much,
 4     Mr. President.  Mr. President, arise to recognize Pastor
 5     Anthony Noland with the Paradise Missionary Baptist
 6     Church and a group of 12 young men ages 9 to 17 in the
 7     gallery, and I'd ask them to be stand to be recognized,
 8     and I'd also ask us to welcome them to their state
 9     capitol.
10                  (Clapping.)
11                  LIEUTENANT GOVERNOR DEWHURST:  Senator
12     Williams.  The Chair recognizes Senator Williams to
13     speak on the bill.
14                  SENATOR WILLIAMS:  Thank you,
15     Mr. President.  Members, today I stand in support of
16     Senate bill 362.  In the course of this debate, there
17     have been many concerns that have been raised about the
18     voter impersonation and whether or not that really
19     occurs.
20                  Many of you, in fact, most of the folks who
21     have spoken so far today would argue that voter
22     impersonation does not occur.  I disagree.  I have here
23     in my hand four newspaper articles, two from the Monitor
24     in Progresso, about a story in Progresso, and another
25     from the Rio Grande Guardian.  These four newspaper
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005584

USA_00020466

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 72 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 73 of 274
Senate Floor Debate 2nd Reading, Part 2                                    March 17, 2009

22

1    articles that are dated March 9th, March 14th, for the

2    Monitor, and March 10th and March 16th for the Rio

3    Grande Guardian, reference voting irregularities in the

4    Progresso Independent School District with a school

5    board election.

6            This prompted me to make an open records

7    request of the Attorney General, and I have, as a result

8    of that open records request, signed, notarized

9    affidavits demonstrating that voter impersonation does,

10   in fact, occur in Texas.

11           Following the May 4, 2008 election conducted

12   in the Progresso Independent School District, several

13   citizens and non-citizens attested that various

14   individuals had perpetrated numerous forms of voter

15   fraud, including voter impersonation.  I'd now like to

16   read some excerpts from these affidavits, these sworn

17   affidavits, and I'm going to introduce them into the

18   record.

19           The first is from Mr. Torres, and in his

20   affidavit, he attests to the following.  "On Monday,

21   April the 28th, 2008, I was brought to the Progresso

22   Independent School District site by Lorenzo Castillo,

23   who handed me a voter registration card to participate

24   in the elections.  He stated that they would pay me to

25   go vote for Juan Ramos, Michael Villa and David



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020467

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 73 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 74 of 274
Senate Floor Debate 2nd Reading, Part 2                        March 17, 2009

23

1    Hernandez.  I proceeded to go in and cast the vote with
2    the registration card that belonged to Alfredo Medrano.
3    After I went in to vote, I was paid $10 by Jose
4    Guadalupe Villa at the time -- and at this time,
5    Mr. Lorenzo Castillo took the card from my possession."
6         We also have an affidavit from Abigail Enfante
7    and Marciella Enfante, who were both poll watchers.  In
8    their affidavits, these women both attest that on April
9    28th, around 2 p.m., a voter by the name of Jimmy
10   Vasquez went in to vote with a voter registration card
11   in the name of Juan Pablo Maldono.  Priscilla, the
12   clerk, told him, "You're not Juan Pablo Maldono, you're
13   Jimmy Vasquez."  Then he answered, "Yes, I am."  He was
14   asked to present ID and he turned around and walked out.
15        Members, but for the fact that this poll
16   worker recognized Mr. Vasquez and realized that he was
17   not who he claimed to be, he would have been allowed to
18   vote and his vote would have counted in this election.
19        There's another affidavit by Jessica Rongel,
20   and in her affidavit, she attests that Mr. Guadalupe
21   Villa asked her to recruit a friend to vote and that her
22   friend would be provided with a voter registration
23   card.  And Jesus Vasquez, in his affidavit, attests that
24   he did not exercise his right to vote in the Progresso
25   school board elections on May 10th and that someone used



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005586

USA_00020468

1    his identity to vote in the election and appeared in

2    person at the early voting site.

3          And finally, an affidavit from Andrea Peña,

4    and in her affidavit, she attests, "Mr. Oscar Villa

5    forced me to vote with another person's voter

6    registration card when I very clearly told him I could

7    not vote because I'm not a citizen of the United

8    States.  He said it wasn't a problem; all I had to do

9    was go to the park in Progresso and he would give me a

10   voting card.  He told me that if I helped him, he would

11   fix my legal problems, referring to how he'd help me so

12   that they wouldn't take away my children."

13         "When I arrived at the park, he gave me the

14   card of Mrs. Maria de los Martinez, and proceeded to

15   tell me that someone inside there was waiting to help me

16   and that I shouldn't forget the names he had given me.

17   When I entered the voting building, a young man who was

18   one of those acting judge entered the booth with me and

19   voted for me."

20         Members, these affidavits demonstrate that

21   in-person voting fraud is very real.  It happens.  It's

22   happened just a few weeks ago or a few months ago in the

23   Progresso Independent School District election.

24         These affidavits are also supported by the

25   testimony of Mr. Ed Johnson, who's an employee of the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 75 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 76 of 274
Senate Floor Debate 2nd Reading, Part 2                    March 17, 2009

25

```
1     Harris County Tax Assessor collector, and voter
2     registrar Leo Vasquez.  If you will recall, last week
3     Mr. Johnson testified that a variety of voter fraud had
4     occurred in one of our states most populous counties,
5     including the casting of vote by people who were not
6     alive.
7          Not only does voter fraud, in-person voter
8     fraud occur, but Texas has a legitimate interest in
9     deterring and detecting this voter fraud.  As Justice
10    Stephens remarked in the majority opinion in Crawford v.
11    Marion County, there is no question about the legitimacy
12    of the importance of our state's interest in counting
13    only the votes of eligible voters.  The interest in
14    ordinarily administration and accurate recordkeeping
15    provide a significant justification for carefully
16    identifying all voters participating in the election
17    process.
18         Members and ladies and gentlemen who are with
19    us here today, we as elected officials have a duty to
20    protect the integrity and legitimacy of representative
21    government.  As the report of the Commission on Federal
22    Election Reform that was chaired by former President
23    Jimmy Carter and former Secretary of State James Baker
24    observed, Americans are losing confidence in the
25    fairness of elections.  And while we do not face a
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020470

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 76 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 77 of 74
Senate Floor Debate 2nd Reading, Part 2
March 17, 2009

26

1    crisis today, we need to address the problem of our

2    electoral system.  The electoral system cannot inspire

3    public confidence if no safeguards exist to deter or

4    detect fraud or to confirm the identity of voters.

5          We must have an electoral system that inspires

6    confidence.  We must prevent fraud and we must prevent

7    the disenfranchisement of legitimate votes.  Members, I

8    ask you to join me in voting "I" for Senate bill 362.

9          Mr. President, I would also move that my

10   remarks be reduced to writing and placed in the record

11   and I would like to include as a part of my remarks

12   these sworn affidavits that I made reference to in my

13   remarks.

14          LIEUTENANT GOVERNOR DEWHURST:  Members,

15   you have heard the motion by Senator Williams.  Is there

16   any objection to the inclusion of the remarks by Senator

17   Williams and the affidavits in the record?

18          Senator Shapleigh, for what purpose do you

19   rise, sir?

20          SENATOR SHAPLEIGH:  Mr. President, I

21   don't have any objection to it but I'm hoping that we

22   put everyone's remarks in the record so we have an

23   accurate record of what took place on this bill here

24   today.  I'll make that motion at the appropriate time.

25          LIEUTENANT GOVERNOR DEWHURST:  You've



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005589

USA_00020471

Case 2:13-cv-00193  Document 662-36  Filed on 11/11/14 in TXSD  Page 77 of 112
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 78 of 274
Senate Floor Debate 2nd Reading, Part 2                          March 17, 2009

27

```
 1    heard the motion by Senator Williams.  Is there any
 2    objection from any member?
 3             The Chair hears none and the motion is
 4    adopted.
 5             SENATOR SHAPLEIGH:  Thank you,
 6    Mr. President.
 7             THE COURT:  If you hold just for a
 8    minute.  There's a motion by Senator Shapleigh to
 9    include --
10             SENATOR SHAPLEIGH:  I would make the
11    motion that we include everybody's comments to this bill
12    to the culmination of the bill, including all the
13    exhibits and the discussions that were had on any of the
14    votes.
15             LIEUTENANT GOVERNOR DEWHURST:  Let's hold
16    on that until, until engrossment, and then we'll include
17    all of it.
18             SENATOR WILLIAMS:  Thank you.
19             LIEUTENANT GOVERNOR DEWHURST:  Thank you,
20    Senator Williams.
21             SENATOR WILLIAMS  Mr. President, do I
22    still have the floor?
23             LIEUTENANT GOVERNOR DEWHURST:  Yes.
24             SENATOR WILLIAMS  Okay.  in light of the
25    motion that's coming in a few moments, I would just also
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020472

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 78 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 79 of 274
Senate Floor Debate 2nd Reading, Part 2
March 17, 2009
28

```
1     like to correct the record.  There was a statement made
2     earlier by Senator Gallegos that the Attorney General
3     spent 1.4 million dollars investigating voter fraud, and
4     respectfully, I would direct the body's attention to our
5     testimony in committee, which conclusively demonstrated
6     that that is not case the case.  With that, I'm done
7     with my remarks for today.  Thank you.
8               LIEUTENANT GOVERNOR DEWHURST:  Senator
9     Lucio, for what purpose do you rise?
10              SENATOR LUCIO:  To speak against the
11    bill, Mr. President.
12              LIEUTENANT GOVERNOR DEWHURST:  You're
13    recognized.
14              SENATOR LUCIO:  Thank you, Mr. President,
15    and I will be brief.  Members, I rise only because
16    Senator Williams brought up my district, and I did turn
17    in, and it was noted as one of the exhibits back when we
18    met as the committee as a whole.  I'd like to read the
19    letter from our District Attorney down in Hidalgo
20    County, one of the biggest counties in the state, as
21    Senator Williams mentioned, and it states, "To the
22    Senate Committee of the Whole, Voter Identification
23    Legislation," and it reads as follows.  "Allegations of
24    a few cases of voter impersonation occurring in Hidalgo
25    County during 2008 came to my attention on Thursday, May
```



ESQUIRE

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005591

USA_00020473

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 78 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 80 of 274
Senate Floor Debate 2nd Reading, Part 2                                 March 17, 2009

29

1    the 5th, 2009 by several members and staff members in
2    the Texas legislature.  Apparently they were obtained
3    from the Texas Secretary of State's office, who, along
4    with the Office of Attorney General, have been in
5    possession of this evidence for awhile."
6         "Without discussing the details of allegations
7    currently pending, I can tell you that I believe that
8    there is a problem with compliance with the law.  It
9    lies more in the quality of the administration of
10   elections than in law itself.  The irregularities have
11   seen -- we have seen occur mostly in non-partisan local
12   elections of small governmental entities such as school
13   districts, water districts and municipalities, some of
14   which decline to contract the administration of their
15   elections to the contract election administrator's
16   office."
17        "This has, in the past, led to questions.  If
18   I were to recommend an amendment to the Texas Election
19   Code, it would not be to increase burdens placed on
20   honest voters attempting to cast their ballots, but
21   instead, to further professionalize the administration
22   of elections by requiring small governmental entities to
23   contract with their counties elections administrator
24   instead of administering those elections themselves."
25        "Further, I would require the Secretary of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005592

USA_00020474

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 80 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 81 of 274
Senate Floor Debate 2nd Reading, Part 2                    March 17, 2009

30

1    State and/or the office of the Attorney General to very

2    quickly forward to local district or county attorneys

3    the irregularities of which they have credible evidence

4    so that we can investigate those incidents and prosecute

5    them when the evidence suggests a violation of the

6    law."

7          "Thank you very much for the opportunity to

8    share my views.  Respectfully, Rene Guerra, Criminal

9    District Attorney, Hidalgo County, Texas."

10         Members, I share this letter with you because

11   Mr. Guerra was not able to be here last week when we had

12   the committee as a whole, and it's important for you to

13   hear from a gentleman that has served that county for

14   two decades in these matters that we're dealing here

15   today, so I ask you to understand that there's not

16   widespread voter fraud in that county, especially at a

17   higher level.

18         As I mentioned, in some local units of

19   government, there has been some discrepancies, but

20   certainly we will be working to try to, you know,

21   address those issues.

22         Thank you, Mr. President.

23          LIEUTENANT GOVERNOR DEWHURST:  Thank you,

24   Senator Lucio.

25         The Chair recognizes Senator Ellis to speak on



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 81 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 82 of 274
Senate Floor Debate 2nd Reading, Part 2                    March 17, 2009

31

```
 1        the bill.

 2                SENATOR ELLIS:  Thank you, Mr. President,

 3        and members, I'll be as brief as I can be.  Obviously

 4        both sides have put together a pretty good record on

 5        this piece of legislation but there are a couple of

 6        point I do want to make.  I don't know if I made them

 7        before or not.

 8                Chairman Fraser, this is the 64th day of a 140

 9        day legislative session.  I just want to reiterate to

10        you and all of the members that on our opening day,

11        obviously a decision was made to change the rules so

12        that this bill could come up.

13                Now at an unprecedented time in our history,

14        with all of the problems, economic problems that we have

15        in this country and around the world, the most important

16        thing some would have us believe in Texas, Senator

17        Fraser, is this voter ID bill.

18                Now clearly, the votes are there, because you

19        only need 16 to pass it, so I guess I don't have to give

20        a real long speech, but I do want to point out to you

21        that as important as it is to some that you are on the

22        right side of the politics on this issue, because

23        there's a drum beat in the base of your party to try to

24        get this bill passed.  For you, for your sake, I'm glad

25        you are going to go ahead and get it out of here early
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020476

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 82 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 83 of 274
Senate Floor Debate 2nd Reading, Part 2
March 17, 2009

32

```
 1      because you're certainly on the wrong side of history,

 2      and at least for the remainder of this session, maybe

 3      we'll be able to focus on issues that really matter to

 4      people.

 5             It's interesting, when the witnesses came in,

 6      I didn't see some of the titans of election opportunity

 7      from Texas.  Our experts come in and served as resource

 8      witnesses.  Now based on some of the way their questions

 9      were answered, it looks like some of those people bought

10      their tickets at the last minute to get in here because

11      they certainly weren't very prepared.

12             It's interesting this bill does not cover mail

13      balloting.  It's interesting it doesn't cover it because

14      most of the fraud that has been discussed on this floor

15      or allegations of fraud have been instances where it has

16      involved mail-in balloting.  Now if you were to guess,

17      if you can't guess, just go ask some expert in either

18      party, who's more apt to benefit from mail-in

19      balloting.  Are people more educated, are they more high

20      income?  Do they tend to be more from the Democratic

21      party or the Republican party?

22             We had a little interesting lesson in

23      history.  We heard a lot about President Jimmy Carter,

24      Secretary of State James Baker.  We didn't have a clear

25      idea of where HAVA came from.  The Help America Vote Act
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020477

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 83 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 84 of 274
Senate Floor Debate 2nd Reading, Part 2                                      March 17, 2009

33

1       was passed because of the debacle in Florida, that

2       regardless of which side any of us in this chamber may

3       have been on the issue, you couldn't help but be

4       embarrassed when developing countries were saying Jimmy

5       Carter needs to put together an election time and

6       monitor the elections in America, particularly in

7       Florida.  That was a comprehensive piece of legislation,

8       Senator Fraser.  You passed out the recommendations.

9       It's a great set of recommendations.  Even the summary

10      is only about eight pages.  But what has happened here,

11      with the Help America Vote Act and with the Carter/Baker

12      Commission, has been to do a little cherry-picking.

13              This bill is an attempt to pull out the part

14      of that recommendation from HAVA, Help America Vote Act,

15      and the Carter/Baker Commission that tends to benefit

16      one party over the other and one group of people over

17      the other.  That's the reason why Texas was put under

18      the Voting Rights Act.

19              Hey, it's not a partisan comment when I make

20      it.  Democrats controlled this chamber when Lyndon

21      Johnson signed the historic Voting Rights Act.  Leticia

22      made reference to my predecessor over here on the Senate

23      wall, when Senators and Congressman Jordan added Texas

24      to the Voting Rights Act, it was a bilingual amendment

25      of all things.  It just didn't put Texas in but other


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020478

Case 2:13-cv-00193  Document 662-36  Filed on 11/11/14 in TXSD  Page 84 of 112
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 85 of 274
Senate Floor Debate 2nd Reading, Part 2                    March 17, 2009

34

1   states, because even President Johnson didn't want to

2   admit that there were problems in the Lone Star State.

3   He wanted to believe that in his political lifetime, the

4   adoption of states rights, I guess, Texas would clean it

5   up on its own.  We didn't and we still haven't.

6        We ought to really take a deep breath and

7   pause, and hope when it gets over to the House side,

8   that they exercise better judgment than us.  Hey, I

9   could read the political tea leaves.  I know you're

10  concerned at the voting rights department that the

11  Justice Department won't pre-clear this piece of you

12  know what that's going to pass here today.  So I suspect

13  that there will be an attempt.  I heard the rumor mill

14  says you just bypass the Justice Department and go to a

15  three judge panel in Washington D.C.

16       One of your witnesses testified, nice young

17  man, nice young man, but interesting.  All of those

18  career professionals in the Justice Department who've

19  been under there under Democrats as well as under

20  Republicans, Troy, resigned because the career

21  professional said Georgia's voter identification

22  suppression will shouldn't be pre-cleared.  That's what

23  the professionals said.  That gentleman that you had

24  testifying here the other day overruled the career

25  professionals and they eventually quit.  I mean, part of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005597

USA_00020479

Case 2:13-cv-00193  Document 662-36  Filed on 11/11/14 in TXSD  Page 85 of 112
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 86 of 274
Senate Floor Debate 2nd Reading, Part 2                    March 17, 2009

35

1    his resume indicated he was on the Federal Elections

2    Commission.  He was.  Never got approved because his

3    history came back to haunt him.

4         We're making a serious mistake today.  More

5    than anything else, we ought to be worried about Texas

6    being 46th among the 50 states in the country in terms

7    of number of people who show up to vote.

8         Last cycle, 54.7 percent voter participation

9    rate, voter participation rate in Texas in 2008.  Part

10   of that Carter/Baker Commission recommends a lot of

11   common sense approaches like election day registration.

12   That's probably why Minnesota has a 78 percent

13   participation rate; Wisconsin 72; Maine, 71.  Even New

14   Hampshire, without election day registration, they have

15   71 percent.  Colorado, 69; Iowa, 69; Michigan, 68;

16   Alaska, 68.  You made the comment on the floor the other

17   day during the committee of the whole meeting that

18   election rates had gone up in those states, those that

19   had passed a voter identification bill.

20        I would make the argument to you maybe

21   election rates went up because the people were angry

22   because that bill did pass in Georgia and Indiana, and

23   tell you you might be surprised what happens this next

24   go around.

25        The last comment I want to make.  There's been



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005598

USA_00020480

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 86 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 87 of 274
Senate Floor Debate 2nd Reading, Part 2 March 17, 2009

36

1   a lot of talk about what we do in Texas today and other

2   states that have some version of voter identification.

3   Just so members would know what happens now, somebody

4   made the comment that about 24 states have some form of

5   photo ID.  I want to make it very clear what happens in

6   America today.

7           This is according to the Pugh Center on

8   states.  Only three states require a photo

9   identification; Florida, Georgia and Indiana.

10          Florida, the same state that was the impetus

11  for creating the Carter/Baker Commission and the Help

12  America Vote Act.  Georgia and Indiana.  Another four

13  request it, don't require it but they request it.

14  Hawaii, Louisiana, Mississippi and South Dakota.  18

15  states require ID, photo or non-photo ID, for all

16  voters.  Texas is one of those states, along with a

17  number of our neighboring states, Alabama, Arkansas,

18  Arizona, Colorado, Connecticut.

19          The short of what I want to say is, when this

20  bill passes out of this chamber today, the House sponsor

21  has been here a good part of the debate today and he was

22  here when we started to debate on this bill.

23          Hopefully, they'll take the time, look at the

24  pause button, which we didn't do on this side, and

25  either take this bill and clean it up, address all of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005599

USA_00020481

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 87 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 88 of 274
Senate Floor Debate 2nd Reading, Part 2                         March 17, 2009

37

```
1     those issues, like same day registration, election day
2     registration.  Hey, if you really want to do something
3     about voter fraud in all those instances you talked
4     about, well, do something about mail-in ballots.  If
5     you're really serious about impacting, how to make sure
6     people have faith in electoral system, disenfranchising
7     one group of people, any group of people as opposed to
8     another one is not the way to do it.
9            Troy, you made the comment to me, "Who would I
10    know that couldn't fit into one of these categories that
11    you laid out?"  Don't have a hunting license.  If you
12    don't have a hunting license, you could have a library
13    card.  You could cast a professional ballot.  You didn't
14    know the process on how it would be counted, so I even
15    suggested one.  Your witnesses never answered that
16    question.  The people who don't have a library card
17    oftentimes the people who cannot read, which is why they
18    don't have a library card.
19           People who don't have a utility bill
20    oftentimes are people who don't have utilities.  People
21    who don't have a phone bill are probably people who
22    don't have a phone.  There are people, they may not come
23    in this chamber, they may not be people that we run into
24    and have a conversation with every day, Chairman Ogden,
25    but those people exist not just in my district but in
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020482

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 88 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 89 of 274
Senate Floor Debate 2nd Reading, Part 2
March 17, 2009

38

```
 1     your's as well and every member on this floor.  They're
 2     the folks, when you got up this morning, were catching
 3     the early bus and didn't have to have an identification
 4     card to get on that bus.  They're going to work the jobs
 5     that we don't have to work because we're privileged, and
 6     I'm saying in this body, we ought to be as concerned
 7     about those people who have the least among us as we are
 8     concerned about those people who are more apt to vote
 9     for or against us.  Thank you.
10               LIEUTENANT GOVERNOR DEWHURST:  Senator
11     West, did you wish to speak on the bill or was that
12     previously?
13          You're recognized.
14               SENATOR WEST:  Mr. President, members, I
15     will not be long but, you know, we have a lot of people
16     in the gallery and I'm glad you're here, as citizens of
17     the state of Texas, because the reality is the history
18     of Texas is upon this very moment in this chamber on
19     this particular day as we cast this vote.  It's a very
20     important vote, and I'm glad you're here listening to
21     the debate.
22          The history has been well chronicled by
23     Senator Watson, Van de Putte and Gallegos, and they've
24     illuminated had the tragic past in terms of voter
25     participation in this particular state and also ad hoc
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005601

USA_00020483

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 89 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 90 of 274
Senate Floor Debate 2nd Reading, Part 2                    March 17, 2009

39

1    obstacles that have been placed in the way by those in

2    the majority in order to obtain political dominance.

3           Members, we should not forget the history of

4    our civil rights in this particular state, and I know

5    that the members of this body are a good and decent

6    people that bring different backgrounds and perspectives

7    to bear on this issue that we address today.

8           What is this really all about?  What is this

9    all about?  This will be the second bill, members, that

10   we will have passed out of this chamber, the second

11   bill.  So what is this all really about?  Maintaining

12   political dominance in this state.  That's what it's all

13   about.  And let's just kind of call it what it is.

14   Maintaining political dominance.

15          Members, this is a solution looking for a

16   problem.  My desk mate chronicled a couple affidavits

17   that he received from the Attorney General, but I

18   suggest to you that it's basically a non-existent

19   significant issue in the state of Texas.  Members

20   supportive of this legislation, this is an issue that

21   you need to come to grips with when you begin to look at

22   the demographic changes in the state of Texas, and let

23   me just kind of go through those with you.

24          Based on the latest statistical analysis, at

25   least as of July 21, 2007, 23.9 million Texans, and all



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

USA_00020484

Case 2:13-cv-00193  Document 662-36  Filed on 11/11/14 in TXSD  Page 90 of 112
Case 1:11-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 91 of 274
Senate Floor Debate 2nd Reading, Part 2                    March 17, 2009

40

1    of us heard basically what the demographic changes will

2    be in this particular state, and we know that this state

3    is going to be predominantly Hispanic.  Well, the fact

4    of the matter is now it's predominantly minority.

5            When we begin to look in the out years and the

6    number of citizens that we're going to have in the state

7    of Texas, what is it going to look like?  When we begin

8    to look at the individuals that will be in this chamber,

9    what is it going to look like?  When we begin to look at

10   the people that will be in attendance, what will Texas

11   look like?  It's going to be predominantly minority.

12   And so the question that I ask those of you that are

13   gung-ho on making this our second legislative initiative

14   coming out of this body, what's the purpose behind it?

15   You will say again that, you know, there's a problem.

16   There's no significant problem.  It's all about

17   political dominance.  Let's call it what it is.

18           But you got to understand also, I want you to

19   hear my words today, members, demographics in this state

20   are changing and ultimately the make-up of the voting

21   populous will change also.  Those that are being

22   suppressed by this pretext will ultimately control this

23   body of politics and the laws that future generations of

24   Texas live under.

25           There's that old saying sometimes what goes



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005603

USA_00020485

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 91 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 92 of 274
Senate Floor Debate 2nd Reading, Part 2                          March 17, 2009

41

1    around ultimately will come around, and I hope that as

2    future generations look at this particular issue, that

3    they can pretty much dissect exactly what occurred on

4    this particular day in the state Senate and judge it for

5    exactly what it is, and ultimately if this bill becomes

6    law, ultimately repeal it if we can't get it taken care

7    of at the Justice Department or Circuit Courts in D.C.

8              LIEUTENANT GOVERNOR DEWHURST:  The Chair

9    recognizes Senator Hinojosa to speak on the bill.

10             SENATOR HINOJOSA:  Thank you,

11   Mr. President, members.  I'd like to speak against the

12   bill.  First of all, I'd like to address a couple of

13   point made by Senator Williams on the affidavits out of

14   Progresso, Rio Grande Valley.  Let me first say that

15   those affidavits are tainted for the simple reason it's

16   a very small community and there were outside activists

17   or Republicans who came in for the sole purpose of

18   trying to find people who would sign affidavits that

19   they themselves drew up.  Also, these affidavits were

20   never turned in to the District Attorney's Office for

21   prosecution.  In addition to that, it was not the DA's

22   office who received any of these complaints.

23             Furthermore, what also happened is that the

24   affidavits were not made by investigators or trained

25   people.  There again, they were made by a group of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020486

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 93 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 93 of 274
Senate Floor Debate 2nd Reading, Part 2                          March 17, 2009

42

1    Republicans who live outside this small community

2    looking and trying to fabricate this type of evidence.

3    And I'm somewhat disappointed that again here we are

4    dealing with a partisan issue at a time when we have

5    people losing their homes, their jobs, they can't pay

6    their bills.  We're dealing with an issue that's not

7    going to help them have a better quality of life.

8         I would tell you that I thought that the

9    voters of the last election spoke loud and clear that

10   they wanted no more issues like this to come before this

11   body.  They want us to deal with the bread and butter

12   issues like health care, education, jobs, economic

13   development, and here we are again dealing with an issue

14   that's not going to help one cent or one penny all

15   Texans to better their life, and for that reason, I'm

16   voting against Senate bill 362, which ought to be named

17   the Voter Suppression Bill.  Thank you.

18              LIEUTENANT GOVERNOR DEWHURST:  The Chair

19   recognizes Senator Whitmire to speak against the bill.

20              MS. WHITMIRE:  Thank you, Mr. President,

21   members.  Thank you, Senator Hinajosa for pointing out

22   that Senator Williams only mentioned allegations, and

23   it's amazing to me that if this is such a prevalent

24   problem that you have to go take a senator from the

25   Woodlands who borders Harris County with its hundreds of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005605

USA_00020487

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 93 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 94 of 274
Senate Floor Debate 2nd Reading, Part 2                    March 17, 2009

43

1    thousands of voters and has to go to south Texas to try

2    to find some allegations of voter fraud.  That, in

3    itself, I think, makes the case that you have to really

4    search long and hard for instances.

5         It's also, as Senator Williams, in his

6    allegations, pointed out the test that I give to not

7    only my decisions as a public official but even in my

8    personal life.  What is the greater good?  If you wanted

9    to assume Senator Williams was correct and he found

10   three cases in deep south Texas, what is the greater

11   good, to address that in a fashion that the proponents

12   would have or is the greater good is to not set up

13   obstacles that we know will exist for people to vote.

14        When I complimented the Senate last Wednesday

15   morning after our marathon session, I mentioned the

16   decorum, the respect for one another that had been

17   demonstrated.  Again, it's present today, but members,

18   that cannot overshadow the fact that this is a bad time

19   to be debating a really bad, bad, bad piece of

20   legislation, maybe the all time worst legislation in

21   terms of one that does so little for so few and harm to

22   so many.

23        I'm also struck by the attitude of some of my

24   colleagues.  Let's just get this behind us.  And in

25   fact, I would name this bill, Can We Just Get Behind --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020488

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 94 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 95 of 274
Senate Floor Debate 2nd Reading, Part 2                               March 17, 2009

44

```
 1      Can't We Just Get This Behind Us Act of 2009.  It barely
 2      beat out the title of the bill or the Hard to Vote Act
 3      of 2009.
 4              I cannot stand and let you just get it behind
 5      us because we've heard credible testimony that three to
 6      four percent of eligible voters will not be able to cast
 7      their vote next election.
 8              Well, let's assume it's just one percent, Sara
 9      Duncan, or how about one person?  Troy Fraser did an
10      excellent job the other night of talking about how
11      sacred the ballot box is, and we all join him in that
12      respect.  But it is so sacred that now we're about to
13      tamper with the system that's going to disenfranchise
14      others.
15              I would ask the proponents just for a moment,
16      just for a moment, assume that we're right and you're
17      wrong, just absorb that for a minute, and if you even
18      want to go into the discussions and assume Tommy
19      Williams' allegations are going to be prosecuted and
20      punished, which I think he made the point that the
21      system is working pretty good, but what if the next
22      election day, there's someone in one of your districts
23      attempts to vote, if it's one person, and that sacred
24      process of voting is prohibited because of what we're
25      doing today?
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005607

USA_00020489

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 95 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 96 of 274
Senate Floor Debate 2nd Reading, Part 2

March 17, 2009

45

1              You know, I've heard folks talk about they

2       would rather ten guilty murderers go free than execute

3       one innocent man or woman.  I was thinking about that

4       last night.  I believe whatever allegations of fraud

5       that you can come up with cannot make the case to make

6       major obstacles, and I think part of the problem is some

7       of my colleagues don't really understand how difficult

8       it's going to be.  You've not campaigned in communities

9       that are not as organized as maybe your life.  I have

10      knocked doors, talked to voters.  They didn't know how

11      they were going to get a ride to the polls; didn't know

12      if they were going to feel like it.  Been doing this for

13      50, 60 years, and now for the first time, we put a new

14      responsibility on them.

15              Members, we have a responsibility, if it's

16      going to disenfranchise just one person, to fight this

17      really bad, bad, bad bill.  And I respect Senator

18      Fraser's intent, but Troy, we disagree on the method.

19              What I don't understand, if you really think

20      there's fraud and you continue to make allegations, I

21      don't think you have proven your case, but let's just,

22      for the sake of the conversation, you believe there's

23      fraud, you're worried about, as you mentioned the other

24      night, you voting and then your brother coming back 30

25      minutes later and voting with your card.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005608

USA_00020490

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 96 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 9 of 274
Senate Floor Debate 2nd Reading, Part 2                                    March 17, 2009

46

```
 1            First of all, precinct judges, election judges

 2      have the power of the district judge.  They can have the

 3      person arrested at that moment.  What I don't understand

 4      is why you address it with this bill instead of making

 5      it a criminal justice issue.  No one in this body

 6      hesitates to address criminal acts by, one, enhancing

 7      the penalties or creating a new offense.  I just don't

 8      understand why any of your witnesses did not address it

 9      as a criminal justice issue.  They didn't do it in

10      Indiana, they didn't do it in Georgia.  Even our Harris

11      County Prosecutor, Rosenthal, who was so aggressive

12      until he was disgracefully run off, there's no instance

13      of voter fraud in Harris County that's been proven up.

14            The gentleman the other day was talking about

15      mail-in ballots.  The Attorney General, our own Attorney

16      General, after spending 1.4 million and spending over a

17      year looking at it, came up with 26 cases.  18 of them

18      were mail-in ballots.  Senator Fraser, you haven't

19      touched that top side or bottom, and because you haven't

20      addressed it as a criminal justice issue and tried to

21      enhance the penalties, I'll show you how you should have

22      handled it.  This afternoon, in Administration, we're

23      going to hear a Zaffirini bill that's going to make

24      parking in handicap zone twice the current penalty.

25      We're going to double the fines if you park in a
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005609

USA_00020491

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 97 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 98 of 274
Senate Floor Debate 2nd Reading, Part 2                    March 17, 2009

47

```
1     handicap zone.  That's the way senators address crimes

2     and illegal acts.  They don't come up with some civil

3     voting procedure that is going to make it difficult for

4     people to go cast that precious vote that Senator Fraser

5     talked about.

6              I can only conclude, because you haven't dealt

7     with it by enhancing the penalty or creating a new

8     offense, like we do on other illegal acts, that it's

9     pure politics, and let me suggest, Senator Fraser, that

10    it's bad politics, and I believe, I believe it's going

11    to backfire on you.  I think this is a political bill

12    for years to come, will backfire on the proponents, and

13    let me just go ahead and put this on the table.  I think

14    it's largely being done so some communities can think

15    they're getting after undocumented citizens.  It's not

16    mentioned in many of the debate conversations, but I

17    listen to talk shows, I read comments, I get my share of

18    letters.  There's a misconception that's being

19    encouraged by this legislation that undocumented

20    citizens are voting.  It does not occur.  You can't find

21    the instance.  Those folks don't want nothing to do

22    about the ballot box, but this is largely driving it.

23             Let me close by saying the real sad note,

24    Senator Fraser, is if we had not changed the rules of

25    this body, we would not even be having this
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005610

USA_00020492

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 98 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 99 of 274
Senate Floor Debate 2nd Reading, Part 2                    March 17, 2009

48

```
1    conversation.  This is a great body.  If we had not

2    changed the rules to make this the priority that doesn't

3    exist, we wouldn't even be having this discussion.

4                    LIEUTENANT GOVERNOR DEWHURST:  It's my

5    intent to go to Senator Fraser to close, but I just want

6    to make sure, is there anyone else who wishes to speak?

7               There not being anyone else who wishes to

8    speak the Chair recognizes Senator Fraser to close.

9                    SENATOR FRASER:  Thank you, members.

10   This actually has been a very interesting issue for all

11   of us.  I think it's obvious that there's people in this

12   body that feel very strongly on both sides of this

13   issue, and I respect that.  I don't think there's any

14   point that I felt that anyone who is in opposition to my

15   views ever was disrespectful to my views.

16              We have, as we do on all issues, we have the

17   right to disagree, and to that point, I think there's a

18   lot of pieces of legislation that move the legislature,

19   Senator Ellis, that I question why are we taking time to

20   do this, but that usually is my opinion and the person

21   laying it out feels very passionate that we should be

22   doing it.

23              Yes, we've taken some time in debating this,

24   and I think I would make the point that most of the

25   questions and the time was taken by the opposition, but
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005611

USA_00020493

Case 2:13-cv-00193 Document 662-26 Filed on 11/11/14 in TXSD Page 99 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 100 of 274
Senate Floor Debate 2nd Reading, Part 2                    March 17, 2009

49

```
 1      the opposition on any bill has the right to do that, and

 2      I respect that and would never, ever try to deny someone

 3      their ability to do this, but we also have to recognize

 4      that we are sent down by our voters, we were sent down

 5      by the people of this state to make sure that what we're

 6      doing down here protects those rights that they're

 7      either guaranteed by the constitution or the laws that

 8      we pass, and we have an obligation for that.

 9             This issue, I believe, strives to that very

10      thing that we were sent down here to do, and I read this

11      earlier, but Steve Woolens, who was my chairman when I

12      was in the house.  Steve Woolens was a Democratic

13      representative from Dallas, and he stated, and I think

14      it is the essence of what we're talking about, the

15      ability to cast a vote and have our vote counted is the

16      bedrock of our Democracy.

17             We must do everything possible to ensure the

18      sanctity of the vote of this state, which leads us to

19      the point, Dean, Senator Whitmire was asked earlier how

20      did we get to the point of talking about this bill,

21      Senate bill 362, it's not rocket science.  It is not a

22      complicated issue.  It's a very simple concept.

23             My goal, in laying out Senate bill 362, is

24      very simple.  The goal is to make sure that every person

25      arriving at a polling site is the same one who is named
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005612

USA_00020494

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 100 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 101 of 274
Senate Floor Debate 2nd Reading, Part 2                    March 17, 2009

50

```
 1    on that voter list; that you are who you say you are.  I
 2    believe Senate bill 362 makes voting easy.  A voter
 3    showing up can either show a photo identification or two
 4    non photo ID's, including even an electric bill or a
 5    library card.
 6          Even if voters can't verify their identity,
 7    they're still going to be allowed to cast a provisional
 8    ballot.  Every person walking in to the polling place
 9    will allow -- be allowed to vote.  No one will leave not
10    being able to cast a ballot.
11          Senator Ellis, I would -- I would raise the
12    issue that if we go back and look at the polling that
13    has been done on this issue, there have been multiple
14    polls that have been done.  The one obviously I like
15    best is the one that's most favorable.  The Rasmussen
16    poll in October of this year showed that 88 percent of
17    Texans, people in Texas, not one political party or
18    other, 88 percent of Texans, when they're asked the
19    question, "Should you have to show identification when
20    you vote," 88 percent of the public said, "Yes, I agree
21    with that concept."
22          Now the interesting thing is that of those 88
23    percent, 80 percent of them identified themselves as
24    Democrats.  There's been two other polls; the latest
25    poll this last weekend by the University of Texas showed
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020495

Case 2:13-cv-00193  Document 662-36  Filed on 11/11/14 in TXSD  Page 101 of 112
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 102 of 274
Senate Floor Debate 2nd Reading, Part 2                    March 17, 2009

51

```
 1     that in their poll, 69 percent, and even though that's
 2     less than 88, 67 percent, if I told you two-thirds of
 3     your voters was for something, I would suspect you would
 4     be for that.
 5          Now I've been doing my own personal poll.  You
 6     asked me the question have I been visiting with other
 7     people, and more specifically, have I visited with
 8     African Americans or Hispanics about this.  I've
 9     actually been doing my own polling on this for a long
10     time, actually going back a couple years, because we had
11     this bill two years ago, and any time I'm getting a
12     chance where I can engage someone in conversation, I ask
13     them the question, it's a very simple question, "Should
14     you have to show identification to verify you are who
15     you say you are whenever you have to vote?"
16          Since I've been asking that question of all
17     people that I've engaged, I am yet to have a single
18     person tell me that they disagree with that.
19          Now obviously there's some pressure on the
20     fact that I'm the one asking the question, but I find it
21     interesting that if a person, if you ask them should
22     they, you know, do that, no matter who the person is,
23     they go, "No, I think that's fair.  I think that
24     someone, you know, if they're going to be voting, should
25     have to prove they are who they say they are."
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 102 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 103 of 274
Senate Floor Debate 2nd Reading, Part 2                    March 17, 2009

52

1           So Senator Ellis, I would make the point that

2      of the people that are opposed to this, I know there's

3      12 in this room and probably some on the other side, but

4      if 88 percent of the people in the state of Texas, I'm

5      assuming that a bunch of those live in your district,

6      then I would make the case I'm on the side of the people

7      in this case.

8           The voter ID bill has been passed, photo ID

9      bill has been passed, strict photo identification in two

10     states.  There's 24 states that have some form of photo

11     identification, but the two that are the most strictest

12     are Indiana and Georgia.  Indiana's case was put into

13     place.  They've had two election cycles in '06 and '08.

14     Since it was put in place, it's gone all the way up to

15     the Supreme Court.

16          The Supreme Court, the confirming -- the

17     opinion on this was written by John Paul Stevens, which

18     generally is a left-leaning, more liberal judge, and he

19     wrote the opinion, the majority opinion confirming the

20     Indiana law 6 to 3.

21          The Georgia case that was passed again went

22     all the way through the -- being approved by the

23     Department of Justice and has been confirmed at every

24     level, and both of those have gone through the last

25     election cycle.  So I guess the question I would ask,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020497

Case 2:13-cv-00193   Document 662-36   Filed on 11/11/14 in TXSD   Page 103 of 112
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-2   Filed 06/20/12   Page 104 of 274
Senate Floor Debate 2nd Reading, Part 2                                   March 17, 2009

53

1    did someone say is this going to suppress vote.  Both

2    Indiana and Georgia have found that, even Indiana,

3    through two election cycles, not only did it not

4    suppress vote, it actually encouraged voters that they

5    felt better that their vote was going to be counted and

6    not diluted by someone that was voting illegally, that

7    the vote count in both of those states went up.  And

8    actually in the last election, in 2008, Georgia had the

9    second largest increase in Democratic voters in the

10   United States, much more than the surrounding states

11   that did not have a like ID law in place.

12        Indiana was the largest increase in Democratic

13   voters in the entire United States.  The total increase

14   they had was 6.7 increase, almost double the increase of

15   the adjoining state, which was Illinois, where the

16   president nominee was from.

17        I'm going to give a couple examples here, just

18   to make sure, and I hate that the press missed all the

19   testimony we had the other night when we stayed here

20   through 28 hours, and most of the press went home in the

21   middle of the night so you missed a lot of the very

22   important testimony, and I think the one that was

23   probably the most compelling, or I thought was telling,

24   was the testimony of the Secretary of State, when they

25   were talking about the way that the Texas law works in



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020498

Case 2:13-cv-00193  Document 662-36  Filed on 11/11/14 in TXSD  Page 104 of 112
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 105 of 274
Senate Floor Debate 2nd Reading, Part 2                      March 17, 2009

54

1    Texas.

2           Just clarifying, making sure you understand

3    that if someone walks into a polling place and they have

4    a voter registration certificate, that doesn't make any

5    difference whether it's their's or their brother's or

6    their wife's or the guy down the street, or someone

7    that's died, as long as they have a voter registration

8    certificate, current Texas law says, "On offering to

9    vote, a voter must present a voter registration

10   certificate to the election officer.  On presentation of

11   the certificate, an election officer shall determine

12   whether the voter's name is on the certificate."  They

13   check the names there, and if it's the proper precinct.

14   If you meet those two parameters, they hand you a ballot

15   and you go and vote.

16          In any circumstance, and the question I asked

17   the Secretary of State, if I walked into the voting

18   booth with my brother's registration card and I was

19   voting, I had already voted and I was now going to vote

20   with my brother's card, Steve, could they stop me from

21   voting, and the answer was no, there is not the ability

22   under current law to do that.

23          The question was raised about the ability to

24   convict.  I would make the point that under current law,

25   not only is it virtually impossible to identify that



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193   Document 662-36   Filed on 11/11/14 in TXSD   Page 105 of 112
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-2   Filed 06/20/12   Page 106 of 274
Senate Floor Debate 2nd Reading, Part 2                        March 17, 2009

55

```
 1    someone is voting illegally, but it is much harder to
 2    convict that person.  The testimony earlier we
 3    referenced the District Attorney, Rene Guerra, out of
 4    Hidalgo County, the D.A., Rene Guerra, here's his exact
 5    quote that he gave to the -- I believe this was to the
 6    McAllen paper.  No, I'm sorry, it was to the Rio Grande
 7    Guardian paper.  He says, he said, "Voter fraud is
 8    nearly impossible to prove.  Since losing a county
 9    ballot tampering case in '78, Guerra has shied away from
10    taking on new cases involving election irregularities
11    even though all the cases that Senator Williams just
12    laid out came from that county and has been reported for
13    years."
14         It goes on to say, "To convince a jury these
15    days, you almost need a videotape of someone voting
16    illegally, the District Attorney said."  The article
17    goes on to say that he has lost his appetite to
18    prosecute.
19         So in trying to say that Texas doesn't have a
20    problem, I would greatly disagree.  I think we've got a
21    huge problem, because not only do we not have the
22    ability to identify someone, we don't have the ability
23    to prosecute it, and it actually goes much further than
24    that.
25         Mary Ann Collins from Plano, 70 year old woman
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005618

USA_00020500

Case 2:13-cv-00193  Document 662-36  Filed on 11/11/14 in TXSD  Page 106 of 112
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 107 of 274
Senate Floor Debate 2nd Reading, Part 2                           March 17, 2009

56

```
 1    stayed here all night the other night in order to come
 2    up here and give us her testimony about the fact that
 3    she was working as a poll worker.  She had watched
 4    someone vote, and a few hours later, she had noticed
 5    someone else, and I think she had seen her with a bright
 6    hat and she recognized this was an outstanding, or
 7    someone she was easy to identify.  She saw the woman
 8    come back in a couple hours later to vote again with a
 9    different card.  She went to the election judge to
10    notify the judge that that woman was voting illegally,
11    and the election judge said, "Sorry, there's nothing we
12    can do to stop them."
13             To assume there is not voting fraud in Texas
14    is really almost laughable.  To assume that we can
15    prosecute someone for voting fraud is difficult.
16             In affirming the Supreme Court case, John Paul
17    Stevens made a couple of observations about voting.  He
18    talks about the fact that the actual act of voting is a
19    burden but it's a burden that everyone accepts.  The
20    burdens of that are arising from life's vagaries,
21    however, are neither serious nor so frequent as to raise
22    a question about the constitutionality of the Indiana
23    law.  The availability of the right to cast a
24    provisional ballot provides an adequate remedy for
25    problems of this character.  For most voters who need
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005619

USA_00020501

Case 2:13-cv-00193   Document 662-36   Filed on 11/11/14 in TXSD   Page 107 of 112
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-2   Filed 06/20/12   Page 108 of 274
Senate Floor Debate 2nd Reading, Part 2                                March 17, 2009

57

1    the inconvenience of making a trip to the Bureau of

2    Motor Vehicles, gathering required documents and posing

3    for a photograph does not qualify as a substantial for

4    the right to vote or even represent a significant

5    increase over the usual burdens of voting.

6            The last example I will give you, and I hope

7    this is one that hits close to home, is someone raised

8    the example, or the issue -- well, there's a few here

9    and a few there, but we have an example actually here

10   sitting with us in this body that Mike Jackson, when he

11   was elected in Houston in 1988, won by seven votes.  I

12   went back and looked at the records of the voting

13   irregularities in Houston, the number of dead people

14   that have voted, the number of complaints that have been

15   made, and the thought comes to my mind, if seven people

16   had cheated during his election, it would have changed

17   history.  Mike Jackson would not be with us here today;

18   four people have flipped it.  Four people could have

19   changed history and changed his ability to serve as he

20   has in the Texas Senate.  To assume that someone

21   cheating in an election is not important, the best

22   example is right here, is that there's been a lot of

23   elections, especially a primary, and more especially in

24   rural areas, where you have a county commissioners race,

25   one vote makes a huge difference, and if someone can



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020502

Case 2:13-cv-00193   Document 662-36   Filed on 11/11/14 in TXSD   Page 108 of 112
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-2   Filed 06/20/12   Page 109 of 274

Senate Floor Debate 2nd Reading, Part 2                    March 17, 2009

58

 1    cheat on that one vote, it could impact the election.

 2         The dangers of voting fraud has always

 3    enthreatened the integrity of the electoral process for

 4    the entire history of the United States.  I believe that

 5    threat continues today.  In quoting again as I did in my

 6    opening comments, the 2005 bipartisan Carter/Baker

 7    Commission reaffirms the dangers when they say elections

 8    are at the heart of democracy; Americans are losing

 9    confidence in the fairness of elections.  And while we

10    do not face a crisis today, we need to address the

11    problem of our electoral system.

12         Members, I would be concerned if I thought

13    this bill in any way would suppress turnout, but I also

14    believe it does not do that.  It just protects

15    legitimate vote.  It offers multiple ways to prove you

16    are who you say you are before you cast your vote.

17    Thank you.

18         LIEUTENANT GOVERNOR DEWHURST:  Senator

19    Fraser, I'm going to recognize you for a motion to move

20    Senate bill 362 to engrossment.

21         SENATOR FRASER:  Members, I would now

22    move Senate bill 362 would be passage as amended, would

23    move its passage to engrossment.

24         LIEUTENANT GOVERNOR DEWHURST:  Members,

25    you've heard the motion by Senator Fraser.  The



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005621

USA_00020503

Case 2:13-cv-00193   Document 662-36   Filed on 11/11/14 in TXSD   Page 109 of 112
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-2   Filed 06/20/12   Page 110 of 274
Senate Floor Debate 2nd Reading, Part 2                    March 17, 2009

59

```
 1    Secretary will call the role.

 2              SECRETARY:  Averitt, Carona, Davis.

 3    Deuell, Duncan, Ellis, Eltife, Estes, Fraser, Gallegos,

 4    Harris, Hegar, Hinajosa, Huffman, Jackson, Lucio,

 5    Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro,

 6    Shapleigh, Uresti, Van de Putte, Watson, Wentworth,

 7    West, Whitmire, Williams and Zaffirini.

 8              LIEUTENANT GOVERNOR DEWHURST:  Members,

 9    there being 19 "I's" and 12 "Nay's", Senate Bill 362, as

10    amended, is passed to engrossment.

11         Senator Duncan, for what purpose?

12              SENATOR DUNCAN:  Just for a brief thank

13    you for our staff.  Mr. President, the other night, we

14    stayed up, I think, a marathon 23 hour session, and at

15    the end, I think was a little bit too tired to remember

16    to thank those who really made this work, and I think

17    all of us understand the importance of this secretary of

18    the Senate and our Sergeant at Arms and how nice of a

19    job they do for us, and all of their staff, and they

20    stayed up here with us, and at times, it was a little

21    testy, but they all performed in an outstanding fashion,

22    so I just want to take this brief moment to say

23    publicly thank you, although I know we all understand

24    the importance of their jobs, so let's give them an

25    ovation.
```



ESQUIRE

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005622

USA_00020504

Case 2:13-cv-00193  Document 662-36  Filed on 11/11/14 in TXSD  Page 110 of 112
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 111 of 274
Senate Floor Debate 2nd Reading, Part 2                    March 17, 2009

60

```
 1                    (Clapping.)
 2                    LIEUTENANT GOVERNOR DEWHURST:  Members,
 3       Senator Shapleigh moves that the comments that have been
 4       made during the floor debate and the exhibits from
 5       Senator Williams be included in the record, and the
 6       affidavits, excuse me, the affidavits referenced by
 7       Senator Williams be included in the record.
 8                    You've heard the motion by Senator Shapleigh.
 9       Is there any objection from any member?
10                    The Chair hears none and the motion is
11       adopted.  It's my intention, we have four more -- we
12       actually have five bills that are eligible.  I don't
13       think they'll take much time, but I'd like to go ahead
14       and address those.
15                    Senator Van de Putte, are you ready on --
16       the Chair recognizes Senator Van de Putte for a motion
17       to suspend the regular order of business to take up and
18       consider a committee substitute to Senate bill 90.
19                    SENATOR VAN DE PUTTE:  I'm sorry, is that
20       Senate bill 90?
21                    LIEUTENANT GOVERNOR DEWHURST:  Yes,
22       please.
23                    (End of CD.)
24
25
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005623

USA_00020505

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 111 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 112 of 274
Senate Floor Debate 2nd Reading, Part 2                    March 17, 2009

61

```
 1    IN THE COUNTY OF TRAVIS    )

 2    STATE OF TEXAS             )

 3         I, Lynne Rodriguez, Certified Shorthand Reporter in

 4    and for the State of Texas, hereby certify to the

 5    following:

 6             That the CD entitled, "2009 (81R) SB 362,

 7    Senate Flr Debate, 2nd Reading,"

 8    was transcribed at the request of Anne Wilson, 209

 9    West 14th Street, Attorney General's Office, Austin,

10    Texas 78701, and the amount due is $_____.

11         That the aforementioned CD was transcribed

12    to the best of my ability to hear and understand the

13    CD;

14         That the transcript was submitted by

15    E-trans on April 23, 2012, to Anne Wilson, 209 West

16    14th Street, Attorney Generals' Office, Austin,

17    Texas  78701;

18         I further certify that I am neither

19    counsel for, related to, nor employed by any of the

20    parties or attorneys in the action in which this

21    proceeding was taken, and further that I am not

22    financially or otherwise interested in the outcome

23    of the action.

24         Certified to by me, this 23rd day of

25    April, 2012.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

USA_00020506

Case 2:13-cv-00193 Document 662-36 Filed on 11/11/14 in TXSD Page 112 of 112
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 113 of 274
Senate Floor Debate 2nd Reading, Part 2                           March 17, 2009

62

1
2
3
4

*Lynne M. Rodriguez*

Lynne Rodriguez, Texas CSR No.

5        Expiration Date 12/31/13

FIRM REGISTRATION NO: 283

6         ESQUIRE DEPOSITION SERVICES

100congress, Suite 2000

7         Austin, Texas   78701

(512) 328-5557

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005625

USA_00020507