Case 2:13-cv-00193 Document 663-1 Filed on 11/11/14 in TXSD Page 1 of 45   PL064
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 114 of 274   9/2/2014
2:13-cv-00193

Tape Transcription                                    March 18, 2009

1

2009 (81R) SB 362, SENATE FLR DEBATE, 3RD READING

Transcribed by Lynne M. Rodriguez, CSR


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

2

1              LIEUTENANT GOVERNOR DEWHURST:  The Senate

2     will come to order.  The Chair lays out on third reading

3     and final passage Senate bill 362.  The Secretary will

4     read the caption.

5              SECRETARY:  Senate bill 362 relating to

6     requiring a voter to present proof of identification.

7              LIEUTENANT GOVERNOR DEWHURST:  Senator

8     Van de Putte, for what purpose do you rise?

9              SENATOR VAN DE PUTTE:  Mr. President, if

10    the author will allow me to put into the record the

11    response from the Secretary of State's office.

12             LIEUTENANT GOVERNOR DEWHURST:  The Chair

13    recognizes Senator Fraser.

14             SENATOR FRASER:  Mr. President, my

15    understanding is, and I haven't seen the document, but

16    there was a question asked by Senator Van de Putte, I

17    think that directed the data she's going to enter into

18    the record was given by the Secretary of State to

19    Senator Van de Putte, and I haven't seen it and I guess

20    I would probably like to see it, but I think she just

21    entered into the record the response from the Secretary

22    of State.

23             LIEUTENANT GOVERNOR DEWHURST:  The Chair

24    recognizes Senator Van de Putte to read the letter.

25             SENATOR VAN DE PUTTE:  Thank you,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005627

TX_00203349

USA_00020509

Tape Transcription                                    March 18, 2009

3

1    Mr. President.

2           Mr. President and members, I had thought that

3    we could submit the letter from Coby Shorter, our Deputy

4    Secretary of State of the response to the questions that

5    were asked last week during the committee of the whole.

6           However, since the committee of the whole

7    report has already been submitted, the only way to get

8    this into the record is actually read it, so I ask the

9    indulgence of my colleagues, since that is the

10   prescribed way our parliamentarian has advised me to do

11   this.

12          This letter is dated March 11, 2009.  The

13   letterhead is Coby Shorter, III, Deputy Secretary of

14   State.  It's addressed to myself, Senator Van de Putte.

15          "Thank you for the opportunity to serve as

16   resource witness on Senate bill 362.  During my

17   testimony, you asked several questions which I needed to

18   research.  Below please find your questions and my

19   responses."

20          "Question:  Explain the difference between a

21   citizen's certificate and a citizenship paper.  Please

22   know the office of Secretary of State does not have the

23   jurisdiction over U.S. citizenship issues, thus our

24   response is based on information from the U.S.

25   Citizenship and Immigration Services."



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005628

TX_00203350

USA_00020510

Tape Transcription                                    March 18, 2009

                                                                    4

1           Based on preliminary research, we have

2      determined that a certificate of U.S. citizenship is a

3      document issued by the United States government as a

4      proof of U.S. citizenship.  Individuals who are eligible

5      to apply for the certificate include those who obtained

6      U.S. citizenship while residing in the United States or

7      individuals who are born outside of the United States to

8      U.S. citizens.  Specifically, children born of U.S.

9      citizens who are born abroad eligible.  In addition, a

10     child whose parent or parents become naturalized while

11     the child was under 18 years of age is also eligible for

12     this document.  The certificate of U.S. citizenship

13     contains a photograph and qualifies as proof of identity

14     under the proposed amendment to section 63.0101 (a) of

15     the Texas Election Code."

16          "United States citizenship papers are one of

17     the authorized forms of identification in the proposed

18     amendment to section 63.0101(b) of the Code."

19          "According to the U.S. Citizenship and

20     Immigration Services, the following documents generally

21     constitute proof of U.S. citizenship:  Birth

22     certificate, U.S. passport, certificate of citizenship

23     and naturalization certificate.  These four documents

24     would appear to qualify as a United States citizenship

25     papers under the proposed amendment to section 63.0101.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005629

TX_00203351

USA_00020511

Tape Transcription                                    March 18, 2009

5

1    A U.S. passport and a certificate of citizenship are

2    specifically listed as forms of photo identification

3    authorized under the proposed section 63.01012 (a).  So

4    it appears that these documents qualify under both

5    63.0101 (a) and (b.)

6          A Certificate of Naturalization is a document

7    issued by the United States government on or before

8    October 1, 1991 by federal or state court as proof of a

9    person having obtained U.S. citizenship through

10   naturalization.  A certificate of naturalization

11   contains the person's photograph.  A birth certificate

12   does not contain the photograph."

13          "Question:  How will inconsistencies between a

14   temporary address appearing on an authorized

15   identification document and a permanent address

16   appearing on the voter registration list of military and

17   student voters be treated if SB 362 were to become law?"

18          "Senate bill 362 requires a voter to provide

19   proof of his of her identity and does not require a

20   voter to provide proof of residence.  If there was an

21   inconsistency between an address that appeared on the

22   authorized form of identification and the voter

23   registration roll, that would not be grounds to

24   disqualify the voter.  As long as the voter still

25   claimed the address that appeared on the voter



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005630

TX_00203352

USA_00020512

Tape Transcription                                March 18, 2009

6

 1     registration list as his or her permanent residence

 2     address, the voter would be accepted for voting."

 3            "Accordingly, if a voter presented a valid

 4     form of identification as proposed under to Senate bill

 5     362 which contained an address different to the list of

 6     registered voters, that voter would be allowed to vote."

 7            "Question:  Does the Secretary of State track

 8     racial status of registered voters?  If not, how would

 9     the Secretary of State prove that Senate bill 362 does

10     not have an adverse impact on minority voters when the

11     state submits the bill for pre-clearance?"

12            "Because racial status is not considered in a

13     person's eligibility to register to vote, the state

14     prescribed voter registration application does not

15     request this information from voters.  As a result, the

16     state does not have statistics regarding the race or

17     ethnicity of registered voters in Texas."

18            "We do have data on the number of registered

19     voters with Hispanic surnames but this data is

20     inconclusive as it simply matches the surname of

21     registered voters against a list of identified Hispanic

22     surnames provided by the U.S. Census Bureau.  Every

23     submission to the U.S. Department of Justice is

24     different based on the unique aspects of the

25     legislation.  For instance, the Texas Legislative



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005631

TX_00203353

USA_00020513

Tape Transcription                              March 18, 2009

7

1    Counsel assisted with a compilation of data on race and

2    ethnicity for re-districting bills.  A similar effort to

3    obtain such demographics may be required for a voter

4    identification bill."

5           "Historically, we have also worked with

6    legislators to ensure the best data available is

7    included in submissions."

8           "thank you for the opportunity to research

9    these issues.  If I have inadvertently omitted or

10   misunderstood your questions, please let me know.

11   Sincerely, Colby Shorter, III, Deputy Secretary of

12   State."

13          Mr. President, I would ask that these be

14   included in the records of today's proceedings.

15          LIEUTENANT GOVERNOR DEWHURST:  Senator

16   Van de Putte moves that her comments be read into the

17   record and incorporated into the journal.  Is there any

18   objection from any member?

19          Hearing there's none, so ordered.

20          Chair recognizes Senator Fraser on Senate bill

21   362.

22          SENATOR FRASER:  Members, I appreciate

23   everyone's effort on this bill this week.  I think the

24   debate we have had has been good and complete, and would

25   like to give a thank you to the Lieutenant Governor's



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00203354

USA_00020514

Tape Transcription                    March 18, 2009

8

1    staff and everyone on this bill.  I would now move final

2    passage of Senate bill 362.

3                LIEUTENANT GOVERNOR DEWHURST:  Members,

4    you've heard the motion by Senator Fraser.  The

5    Secretary will call the role.

6                SECRETARY:  Averitt, Carona, Davis.

7    Deuell, Duncan, Ellis, Eltife, Estes, Fraser, Gallegos,

8    Harris, Hegar, Hinajosa, Huffman, Jackson, Lucio,

9    Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro,

10   Shapleigh, Uresti, Van de Putte, Watson, Wentworth,

11   West, Whitmire, Williams and Zaffirini

12               LIEUTENANT GOVERNOR DEWHURST:  There

13   being 19 "I's" and 12 "Nay's," Senate bill 362 has

14   finally passed.

15         The Chair recognizes Senator West for a

16   statement.

17            SENATOR WEST:  Thank you very much,

18   Mr. President.  On behalf of the ethnic minority

19   senators in the chamber, we offer the following

20   statement with respect to our votes on Senate bill 362

21   and ask that they be spread upon the journal of the

22   sent.

23         The Senate is comprised of 31 members, 8 of

24   whom are ethnic minorities, Ellis, West, Gallegos,

25   Hinajosa, Lucio, Uresti, Van de Putte and Zaffirini.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005633

TX_00203355

USA_00020515

March 18, 2009

9

1        On January the 14th, 2009, a motion was made

2    to amend the previous rules of the Senate to allow for

3    legislation relating to voter identification

4    requirements.  After being reported favorably from a

5    committee of the whole Senate to be set for special

6    order, therefore bypassing the need for a two-thirds

7    vote of the Senate at any point during the Senate

8    deliberations the legislation addressing only the

9    subject.  The motion prevailed by a vote of 8 to 13.

10   All 8 senators who are ethnic minorities voted against

11   this motion.

12       On March 10th and 11th, 2009, the Senate

13   convened as a committee of the whole and took up and

14   passed Senate bill 362, which relates to voter

15   identification requirements by a vote of a 20 to 12.

16   All senators who are ethnic minorities voted against

17   passage of the bill from the committee of the whole

18   Senate.

19       On March 11th of 2009, the Senate voted to

20   send Senate bill 362 and no other bill for special

21   order.  The vote on this special order was 19 to 12.

22   All 8 ethnic minority senators voted against this

23   motion.

24       On March the 17th, the Senate took up Senate

25   bill 362 on second reading as a special order.  The vote



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005634

TX_00203356

USA_00020516

Tape Transcription                                          March 18, 2009

                                                                    10

1    on this legislation was 19 to 12.  All 8 ethnic minority

2    senators voted against this motion.

3            On March 18, the Senate took up Senate bill

4    362 on third reading.  The vote on this legislation was

5    19 to 12.  All 8 ethnic minority senators voted against

6    this legislation.

7            To date, there have been no other

8    opportunities during the 81st regular legislative

9    session which members of the Senate had the opportunity

10   to vote on legislation relating to voter identification

11   other than the ones listed above.

12           And of all the opportunities members of the

13   Senate have had to vote on voter identification

14   legislation or Senate processes regarding identification

15   legislation, no senator who's ethnic minority has voted

16   in favor of such legislation or the process related to

17   such legislation.

18           This statement is on behalf of Ellis, West,

19   Gallegos, Hinajosa, Lucio, Uresti, Van de Putte and

20   Zaffirini.  Thank you, Mr. President.  And we're asking

21   this be spread responsible the journal.

22           LIEUTENANT GOVERNOR DEWHURST:  Senator

23   Shapleigh, do you wish to speak on the statement or on a

24   different matter?

25           SENATOR SHAPLEIGH:  Will the Senator



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005635

TX_00203357

USA_00020517

Tape Transcription                                    March 18, 2009

                                                              11

1    yield?

2                    LIEUTENANT GOVERNOR DEWHURST:  Will

3    Senator West yield to Senator Shapleigh?

4                    SENATOR WEST:  Yes, I will.

5                    SENATOR SHAPLEIGH:  Senator, I think

6    you'll find that for DOJ purposes, a senator

7    representing a majority minority district, that vote is

8    relevant too.  I think I represent the second highest

9    minority district in the Senate and I think my name

10   needs to be appended to that motion.

11                   SENATOR WEST:  So I have no objections to

12   Senator Shapleigh's name being appended to that motion.

13                   SENATOR SHAPLIEGH:  Thank you.

14                   LIEUTENANT GOVERNOR DEWHURST:  Thank you,

15   Senators.  Pursuant to Rule 1701, the statement will be

16   entered into the journal.

17                   SENATOR WEST:  Thank you.

18                   LIEUTENANT GOVERNOR DEWHURST:  Is Senator

19   Zaffirini on the floor?  Are you ready with Senate bill

20   52?

21                   (End of CD.)

22

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005636

TX_00203358

USA_00020518

Tape Transcription                                    March 18, 2009

12

1    IN THE COUNTY OF TRAVIS      )

2    STATE OF TEXAS               )

3        I, Lynne Rodriguez, Certified Shorthand Reporter in

4    and for the State of Texas, hereby certify to the

5    following:

6            That the CD entitled, "2009 (81R) SB 362,

7    Senate Flr Debate, 3rd Reading,"

8    was transcribed at the request of Anne Wilson, 209

9    West 14th Street, Attorney General's Office, Austin,

10   Texas 78701, and the amount due is $_____.

11       That the aforementioned CD was transcribed

12   to the best of my ability to hear and understand the

13   CD;

14       That the transcript was submitted by

15   E-trans on April 23, 2012, to Anne Wilson, 209 West

16   14th Street, Attorney Generals' Office, Austin,

17   Texas  78701;

18       I further certify that I am neither

19   counsel for, related to, nor employed by any of the

20   parties or attorneys in the action in which this

21   proceeding was taken, and further that I am not

22   financially or otherwise interested in the outcome

23   of the action.

24       Certified to by me, this 22nd day of

25   April, 2012.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005637

TX_00203359

USA_00020519

Tape Transcription                                          March 18, 2009

13



1

2

3

4
              _____
              Lynne Rodriguez, Texas CSR No. 8140

5           Expiration Date 12/31/13
            FIRM REGISTRATION NO: 283

6            ESQUIRE DEPOSITION SERVICES
           100congress, Suite 2000

7            Austin, Texas   78701
           (512) 328-5557

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005638

TX_00203360

USA_00020520

Tape Transcription

| A | | | | |
|---|---|---|---|---|
| **ability** 12:12 | 12:10 | **available** 7:6 | **caption** 2:4 | **Colby** 7:11 |
| **abroad** 4:9 | **Anne** 12:8,15 | **Averitt** 8:6 | **Carona** 8:6 | **colleagues** 3:9 |
| **accepted** 6:2 | **appear** 4:24 | B | **CD** 11:21 12:6, 11,13 | **come** 2:2 |
| **action** 12:20,23 | **appeared** 5:21,25 | **b** 5:5 | **Census** 6:22 | **comments** 7:16 |
| **addition** 4:9 | **appearing** 5:14,16 | **based** 3:24 4:1 6:24 | **certificate** 3:21 4:2,5, 12,22,23 5:1, | **committee** 3:5,6 9:5,13, 17 |
| **address** 5:14,15,21, 25 6:2,5 | **appears** 5:4 | **behalf** 8:18 10:18 | 6,10,11 | **compilation** 7:1 |
| **addressed** 3:14 | **appended** 11:10,12 | **being** 8:13 9:4 11:12 | **Certified** 12:3,24 | **complete** 7:24 |
| **addressing** 9:8 | **application** 6:14 | **best** 7:6 12:12 | **certify** 12:4,18 | **comprised** 8:23 |
| **adverse** 6:10 | **apply** 4:5 | **between** 3:20 5:13,21 | **Chair** 2:2,12,23 7:20 8:15 | **considered** 6:12 |
| **advised** 3:10 | **appreciate** 7:22 | **bill** 2:3,5 3:16 5:18 6:4,9,11 | **chamber** 8:19 | **constitute** 4:21 |
| **aforemention ed** 12:11 | **April** 12:15,25 | 7:4,20,23 8:1,2,13,20 9:14,17,20, | **child** 4:10,11 | **contain** 5:12 |
| **age** 4:11 | **asked** 2:16 3:5,17 | 25 10:3 11:19 | **children** 4:8 | **contained** 6:5 |
| **allow** 2:10 9:2 | **asking** 10:20 | **bills** 7:2 | **citizens** 4:8,9 | **contains** 4:13 5:11 |
| **allowed** 6:6 | **aspects** 6:24 | **Birth** 4:21 5:11 | **citizen's** 3:21 | **convened** 9:13 |
| **already** 3:7 | **assisted** 7:1 | **born** 4:7,8,9 | **citizenship** 3:21,23,25 | **Counsel** 7:1 12:19 |
| **also** 4:11 7:5 | **Attorney** 12:9,16 | **both** 5:4 | 4:2,4,6,12, 16,19,21,22, | **COUNTY** 12:1 |
| **amend** 9:2 | **attorneys** 12:20 | **Bureau** 6:22 | 24 5:1,9 | **court** 5:8 |
| **amendment** 4:14,18,25 | **Austin** 12:9,16 13:7 | **bypassing** 9:6 | **claimed** 5:25 | **CSR** 1:15 13:4 |
| **amount** | **author** 2:10 | C | **Coby** 3:3,13 | D |
| | **authorized** 4:17 5:3,14, 22 | **call** 8:5 | **Code** 4:15,18 | **data** 2:17 6:18,19 |

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com



TX_00203361

USA_00020521

Tape Transcription

March 18, 2009

15

7:1,6
**date**
10:7 13:5
**dated**
3:12
**Davis**
8:6
**day**
12:24
**de**
2:8,9,16,19,24,25 3:14
7:16 8:10,25
10:19
**DEBATE**
1:6 7:24 12:7
**deliberations**
9:8
**demographics**
7:3
**Department**
6:23
**DEPOSITION**
13:6
**Deputy**
3:3,13 7:11
**determined**
4:2
**Deuell**
8:7
**DEWHURST**
2:1,7,12,23
7:15 8:3,12
10:22 11:2,14,18
**difference**
3:20
**different**
6:5,24 10:24
**directed**

2:17
**disqualify**
5:24
**district**
11:7,9
**document**
2:15 4:3,12
5:6,15
**documents**
4:20,23 5:4
**DOJ**
11:6
**due**
12:10
**Duncan**
8:7
**during**
3:5,16 9:7
10:8

— E —

**effort**
7:2,23
**Election**
4:15
**eligibility**
6:13
**eligible**
4:4,9,11
**Ellis**
8:7,24 10:18
**Eltife**
8:7
**employed**
12:19
**End**
11:21
**ensure**
7:6
**enter**
2:17

**entered**
2:21 11:16
**entitled**
12:6
**ESQUIRE**
13:6
**Estes**
8:7
**ethnic**
8:18,24 9:10,16,22 10:1,5,15
**ethnicity**
6:17 7:2
**E-trans**
12:15
**everyone's**
7:23
**Expiration**
13:5
**Explain**
3:20

— F —

**favor**
10:16
**favorably**
9:4
**federal**
5:8
**final**
2:3 8:1
**finally**
8:14
**financially**
12:22
**find**
3:18 11:6
**FIRM**
13:5
**floor**

11:19
**FLR**
1:6 12:7
**following**
4:20 8:19
12:5
**form**
5:22 6:4
**forms**
4:17 5:2
**four**
4:23
**Fraser**
2:13,14 7:20,22 8:4,7
**further**
12:18,21

— G —

**Gallegos**
8:7,24 10:19
**generally**
4:20
**General's**
12:9
**Generals'**
12:16
**give**
7:25
**given**
2:18
**going**
2:17
**good**
7:24
**government**
4:3 5:7
**GOVERNOR**
2:1,7,12,23
7:15 8:3,12
10:22 11:2,14,18

**Governor's**
7:25
**grounds**
5:23
**guess**
2:19

— H —

**Harris**
8:8
**haven't**
2:15,19
**hear**
12:12
**heard**
8:4
**Hearing**
7:19
**Hegar**
8:8
**her**
5:19 6:1 7:16
**hereby**
12:4
**highest**
11:8
**Hinajosa**
8:8,25 10:19
**Hispanic**
6:19,21
**Historically**
7:5
**Huffman**
8:8

— I —

**identification**
2:6 4:17 5:2,15,22 6:4 7:4
9:3,15 10:10,13,14



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00203362

USA_00020522

Tape Transcription

March 18, 2009

16

| | | | | |
|---|---|---|---|---|
| identified<br>6:21 | 4:3 5:7 | 2:1,7,12,23<br>7:15,25 8:3,<br>12 10:22 | d<br>7:10 | 11:11 |
| identity<br>4:13 5:19 | issues<br>3:23 7:9 | 11:2,14,18 | motion<br>8:4 9:1,9,11,<br>23 10:2 | obtain<br>7:3 |
| III<br>3:13 7:11 | **J** | list<br>5:16 6:1,5,21 | 11:10,12 | obtained<br>4:5 5:9 |
| Immigration<br>3:25 4:20 | Jackson<br>8:8 | listed<br>5:2 10:11 | move<br>8:1 | October<br>5:8 |
| impact<br>6:10 | January<br>9:1 | long<br>5:24 | moves<br>7:16 | offer<br>8:19 |
| inadvertentl<br>y<br>7:9 | journal<br>7:17 8:21<br>10:21 11:16 | Lucio<br>8:8,25 10:19 | myself<br>3:14 | office<br>2:11 3:22<br>12:9,16 |
| include<br>4:5 | jurisdiction<br>3:23 | Lynne<br>1:15 12:3<br>13:4 | **N** | Ogden<br>8:9 |
| included<br>7:7,14 | just<br>2:20 | **M** | name<br>11:9,12 | omitted<br>7:9 |
| inconclusive<br>6:20 | Justice<br>6:23 | M<br>1:15 | naturalizati<br>on<br>4:23 5:6,10 | ones<br>10:11 |
| inconsistenc<br>ies<br>5:13 | **K** | majority<br>11:7 | naturalized<br>4:10 | opportunitie<br>s<br>10:8,12 |
| inconsistenc<br>y<br>5:21 | know<br>3:22 7:10 | March<br>3:12 9:12,19,<br>24 10:3 | Nay's<br>8:13 | opportunity<br>3:15 7:8 10:9 |
| incorporated<br>7:17 | **L** | matches<br>6:20 | need<br>9:6 | order<br>2:2 9:6,21,25 |
| Individuals<br>4:4,7 | last<br>3:5 | matter<br>10:24 | needed<br>3:17 | ordered<br>7:19 |
| indulgence<br>3:9 | law<br>5:17 | member<br>7:18 | needs<br>11:10 | outcome<br>12:22 |
| information<br>3:24 6:15 | lays<br>2:2 | members<br>3:2 7:22 8:3,<br>23 10:9,12 | neither<br>12:18 | outside<br>4:7 |
| instance<br>6:25 | legislation<br>6:25 9:3,8<br>10:1,4,6,10,<br>14,15,16,17 | military<br>5:16 | Nelson<br>8:9 | over<br>3:23 |
| interested<br>12:22 | Legislative<br>6:25 10:8 | minorities<br>8:24 9:10,16 | Nichols<br>8:9 | **P** |
| I's<br>8:13 | legislators<br>7:6 | minority<br>6:10 8:18<br>9:22 10:1,5,<br>15 11:7,9 | number<br>6:18 | paper<br>3:21 |
| issued | letter<br>2:24 3:3,12 | | **O** | papers<br>4:16,25 |
| | letterhead<br>3:13 | misunderstoo | objection<br>7:18 | parent<br>4:10 |
| | LIEUTENANT | | objections | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005641

TX_00203363

USA_00020523

Tape Transcription

parents
4:10

parliamentarian
3:10

parties
12:20

passage
2:3 8:2 9:17

passed
8:14 9:14

passport
4:22 5:1

Patrick
8:9

permanent
5:15 6:1

person
5:9

person's
5:11 6:13

photo
5:2

photograph
4:13 5:11,12

please
3:18,21 7:10

point
9:7

pre-clearance
6:11

preliminary
4:1

prescribed
3:10 6:14

present
2:6

presented
6:3

President
2:9,14 3:1,2
7:13 8:18
10:20

prevailed
9:9

previous
9:2

probably
2:20

proceeding
12:21

proceedings
7:14

process
10:16

processes
10:14

proof
2:6 4:4,13,21
5:8,19,20

proposed
4:14,17,25
5:3 6:4

prove
6:9

provide
5:18,20

provided
6:22

purpose
2:8

purposes
11:6

Pursuant
11:15

put
2:10

Putte
2:8,9,16,19,
24,25 3:14

7:16 8:10,25
10:19

Q

qualifies
4:13

qualify
4:24 5:4

question
2:16 3:20
5:13 6:7

questions
3:4,17,18
7:10

R

race
6:16 7:1

racial
6:8,12

read
2:4,24 3:8
7:16

READING
1:6 2:2 9:25
10:4 12:7

ready
11:19

recognizes
2:13,24 7:20
8:15

record
2:10,18,21
3:8 7:17

records
7:14

re-districting
7:2

regarding
6:16 10:14

register

6:13

registered
6:6,8,17,18,
21

registration
5:16,23 6:1,
14 13:5

regular
10:8

related
10:16 12:19

relates
9:14

relating
2:5 9:3 10:10

relevant
11:8

report
3:7

reported
9:4

Reporter
12:3

represent
11:8

representing
11:7

request
6:15 12:8

require
5:19

required
7:3

requirements
9:4,15

requires
5:18

requiring
2:6

research

3:18 4:1 7:8

residence
5:20 6:1

residing
4:6

resource
3:16

respect
8:20

response
2:11,21 3:4,
24

responses
3:19

responsible
10:21

result
6:15

rise
2:8

Rodriguez
1:15 12:3
13:4

role
8:5

roll
5:23

Rule
11:15

rules
9:2

S

SB
1:6 5:17 12:6

second
9:25 11:8

Secretary
2:3,5,11,18,
21 3:4,13,22
6:7,9 7:11
8:5,6



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005642

TX_00203364

USA_00020524

Tape Transcription

March 18, 2009

18

section
4:14,18,25
5:3

see
2:20

seen
2:15,19

Seliger
8:9

SENATE
1:6 2:1,3,5
3:16 5:18
6:4,9 7:20
8:2,13,20,23
9:2,5,7,12,
14,18,19,20,
24 10:3,9,13,
14 11:9,19
12:7

Senator
2:7,9,13,14,
16,19,24,25
3:14 7:15,20,
22 8:4,15,17
10:15,22,25
11:3,4,5,6,
11,12,13,17,
18

senators
8:19 9:10,16,
22 10:2,5
11:15

send
9:20

sent
8:22

serve
3:15

Services
3:25 4:20
13:6

session

10:9

set
9:5

Shapiro
8:9

Shapleigh
8:10 10:23,25
11:3,5

Shapleigh's
11:12

SHAPLIEGH
11:13

Shorter
3:3,13 7:11

Shorthand
12:3

similar
7:2

simply
6:20

Sincerely
7:11

speak
10:23

special
9:5,20,21,25

Specifically
4:8 5:2

spread
8:21 10:21

staff
8:1

State
2:18,22 3:4,
14,22 5:8
6:7,9,11,13,
16 7:12 12:2,
4

statement
8:16,20
10:18,23

11:15

States
4:3,6,7,16,
24 5:7

State's
2:11

statistics
6:16

status
6:8,12

Street
12:9,16

student
5:17

subject
9:9

submission
6:23

submissions
7:7

submit
3:3

submits
6:11

submitted
3:7 12:14

Suite
13:6

surname
6:20

surnames
6:19,22

T

taken
12:21

temporary
5:14

testimony
3:17

Texas

4:15 6:17,25
12:2,4,10,17
13:4,7

Thank
2:25 3:15
7:8,25 8:17
10:20 11:13,
14,17

therefore
9:6

think
2:17,20 7:23
11:5,8,9

third
2:2 10:4

thought
3:2

today's
7:14

track
6:7

Transcribed
1:15 12:8,11

transcript
12:14

TRAVIS
12:1

treated
5:17

two-thirds
9:6

U

U.S
3:23,24 4:2,
4,6,8,12,19,
21,22 5:1,9
6:22,23

under
4:11,14,25
5:3,4 6:4

understand

12:12

understandin
g
2:15

unique
6:24

United
4:3,6,7,16,
24 5:7

Uresti
8:10,25 10:19

V

valid
6:3

Van
2:8,9,16,19,
24,25 3:14
7:16 8:10,25
10:19

vote
6:6,13 9:7,9,
15,21,25
10:4,10,13
11:7

voted
9:10,16,19,
22 10:2,5,15

voter
2:6 5:16,18,
20,22,24,25
6:2,3,6,14
7:3 9:3,14
10:10,13

voters
5:17 6:6,8,
10,15,17,19,
21

votes
8:20

voting
6:2



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005643

TX_00203365

USA_00020525

Tape Transcription

| W | 1 | | 8 |
|---|---|---|---|
| **Watson** 8:10 | **1** 5:8 | 12:15,25 | 8:23 9:9,10, 22 10:1,5 |
| **way** 3:7,10 | **100congress** 13:6 | **209** 12:8,15 | **8140** 13:4 |
| **week** 3:5 7:23 | **10th** 9:12 | **22nd** 12:24 | **81R** 1:6 12:6 |
| **Wentworth** 8:10 | **11** 3:12 | **23** 12:15 | **81st** 10:8 |
| **we're** 10:20 | **11th** 9:12,19 | **283** 13:5 | |
| **West** 8:11,15,17, 24 10:18 11:3,4,11,17 12:9,15 | **12** 8:13 9:15,21 10:1,5 | **3** | |
| | **12/31/13** 13:5 | **31** 8:23 | |
| **Whitmire** 8:11 | **13** 9:9 | **328-5557** 13:7 | |
| **whole** 3:5,6 9:5,13, 17 | **14th** 9:1 12:9,16 | **362** 1:6 2:3,5 3:16 5:17,18 6:5,9 7:21 8:2,13,20 9:14,20,25 10:4 12:6 | |
| **Williams** 8:11 | **1701** 11:15 | | |
| **Wilson** 12:8,15 | **17th** 9:24 | **3RD** 1:6 12:7 | |
| **wish** 10:23 | **18** 4:11 10:3 | **5** | |
| **witness** 3:16 | **19** 8:13 9:21 10:1,5 | **512** 13:7 | |
| **worked** 7:5 | **1991** 5:8 | **52** 11:20 | |
| Y | 2 | **6** | |
| **years** 4:11 | **20** 9:15 | **63.0101** 4:14,25 5:5 | |
| **yield** 11:1,3 | **2000** 13:6 | **63.01012** 5:3 | |
| Z | **2009** 1:6 3:12 9:1, 12,19 12:6 | **63.0101b** 4:18 | |
| **Zaffirini** 8:11,25 10:20 11:19 | **2012** | **7** | |
| | | **78701** 12:10,17 13:7 | |
| | | **8** | |

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com



TX_00203366

USA_00020526

2009 (81R) SB 362, Senate Flr Debate, 3rd Reading

March 18, 2009

14

| **A** | | | | |
|---|---|---|---|---|
| ability | application | 8:13,20 | 3:21,23,25 | CSR |
| 12:12 | 11:10,12 | 9:14,17,20 | 4:2,4,6,12 | 1:15 13:4 |
| abroad | 6:14 | 9:20,25 | 4:16,19,21 | |
| 4:9 | apply | 10:3 11:19 | 4:22,24 5:1 | **D** |
| accepted | 4:5 | bills | 5:9 | data |
| 6:2 | appreciate | 7:2 | citizen's | 2:17 6:18,19 |
| action | 7:22 | birth | 3:21 | 7:1,6 |
| 12:20,23 | April | 4:21 5:11 | claimed | date |
| addition | 12:15,25 | born | 5:25 | 10:7 13:5 |
| 4:9 | asked | 4:7,8,9 | Coby | dated |
| address | 2:16 3:5,17 | Bureau | 3:3,13 | 3:12 |
| 5:14,15,21 | asking | 6:22 | Code | Davis |
| 5:25 6:2,5 | 10:20 | bypassing | 4:15,18 | 8:6 |
| addressed | aspects | 9:6 | Colby | day |
| 3:14 | 6:24 | | 7:11 | 12:24 |
| addressing | assisted | **C** | colleagues | de |
| 9:8 | 7:1 | call | 3:9 | 2:8,9,16,19 |
| adverse | Attorney | 8:5 | come | 2:24,25 |
| 6:10 | 12:9,16 | caption | 2:2 | 3:14 7:16 |
| advised | attorneys | 2:4 | comments | 8:10,25 |
| 3:10 | 12:20 | Carona | 7:16 | 10:19 |
| aforement... | Austin | 8:6 | committee | debate |
| 12:11 | 12:9,16 13:7 | CD | 3:5,6 9:5,13 | 1:6 7:24 |
| age | author | 11:21 12:6 | 9:17 | 12:7 |
| 4:11 | 2:10 | 12:11,13 | compilation | deliberat... |
| allow | authorized | Census | 7:1 | 9:8 |
| 2:10 9:2 | 4:17 5:3,14 | 6:22 | complete | demographics |
| allowed | 5:22 | certificate | 7:24 | 7:3 |
| 6:6 | available | 3:21 4:2,5 | comprised | Department |
| amend | 7:6 | 4:12,22,22 | 8:23 | 6:23 |
| 9:2 | Averitt | 4:23 5:1,6 | considered | DEPOSITION |
| amendment | 8:6 | 5:10,11 | 6:12 | 13:6 |
| 4:14,18,25 | | Certified | constitute | Deputy |
| amount | **B** | 12:3,24 | 4:21 | 3:3,13 7:11 |
| 12:10 | b | certify | contain | determined |
| Anne | 5:5 | 12:4,18 | 5:12 | 4:2 |
| 12:8,15 | based | Chair | contained | Deuell |
| appear | 3:24 4:1 | 2:2,12,23 | 6:5 | 8:7 |
| 4:24 | 6:24 | 7:20 8:15 | contains | DEWHURST |
| appeared | behalf | chamber | 4:13 5:11 | 2:1,7,12,23 |
| 5:21,25 | 8:18 10:18 | 8:19 | convened | 7:15 8:3,12 |
| appearing | best | child | 9:13 | 10:22 11:2 |
| 5:14,16 | 7:6 12:12 | 4:10,11 | counsel | 11:14,18 |
| appears | bill | children | 7:1 12:19 | difference |
| 5:4 | 2:3,5 3:16 | 4:8 | COUNTY | 3:20 |
| appended | 5:18 6:4,9 | citizens | 12:1 | different |
| | 6:11 7:4,20 | 4:8,9 | court | 6:5,24 10:24 |
| | 7:23 8:1,2 | citizenship | 5:8 | directed |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005645

TX_00203367

USA_00020527

2009 (81R) SB 362, Senate Flr Debate, 3rd Reading                                March 18, 2009

15

2:17
disqualify
5:24
district
11:7,9
document
2:15  4:3,12
5:6,15
documents
4:20,23 5:4
DOJ
11:6
due
12:10
Duncan
8:7

**E**
effort
7:2,23
Election
4:15
eligibility
6:13
eligible
4:4,9,11
Ellis
8:7,24 10:18
Eltife
8:7
employed
12:19
ensure
7:6
enter
2:17
entered
2:21 11:16
entitled
12:6
ESQUIRE
13:6
Estes
8:7
ethnic
8:18,24 9:10
9:16,22
10:1,5,15

ethnicity
6:17 7:2
everyone's
7:23
Expiration
13:5
Explain
3:20
E-trans
12:15

**F**
favor
10:16
favorably
9:4
federal
5:8
final
2:3 8:1
finally
8:14
financially
12:22
find
3:18 11:6
FIRM
13:5
floor
11:19
Flr
1:6 12:7
following
4:20 8:19
12:5
form
5:22 6:4
forms
4:17 5:2
four
4:23
Fraser
2:13,14 7:20
7:22 8:4,7
further
12:18,21

**G**

Gallegos
8:7,24 10:19
generally
4:20
Generals
12:16
General's
12:9
give
7:25
given
2:18
going
2:17
good
7:24
government
4:3 5:7
GOVERNOR
2:1,7,12,23
7:15 8:3,12
10:22 11:2
11:14,18
Governor's
7:25
grounds
5:23
guess
2:19

**H**
Harris
8:8
hear
12:12
heard
8:4
Hearing
7:19
Hegar
8:8
highest
11:8
Hinajosa
8:8,25 10:19
Hispanic
6:19,21
Historically

7:5
Huffman
8:8

**I**
identific...
2:6 4:17 5:2
5:15,22 6:4
7:4 9:3,15
10:10,13,14
identified
6:21
identity
4:13 5:19
III
3:13 7:11
Immigration
3:25 4:20
impact
6:10
inadverte...
7:9
include
4:5
included
7:7,14
inconclusive
6:20
inconsist...
5:13
inconsist...
5:21
incorporated
7:17
individuals
4:4,7
indulgence
3:9
information
3:24 6:15
instance
6:25
interested
12:22
issued
4:3 5:7
issues
3:23 7:9

I's
8:13

**J**
Jackson
8:8
January
9:1
journal
7:17 8:21
10:21 11:16
jurisdiction
3:23
Justice
6:23

**K**
know
3:22 7:10

**L**
law
5:17
lays
2:2
legislation
6:25 9:3,8
10:1,4,6,10
10:14,15,16
10:17
legislative
6:25 10:8
legislators
7:6
letter
2:24 3:3,12
letterhead
3:13
Lieutenant
2:1,7,12,23
7:15,25 8:3
8:12 10:22
11:2,14,18
list
5:16 6:1,5
6:21
listed
5:2 10:11



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005646

TX_00203368

USA_00020528

2009 (81R) SB 362, Senate Flr Debate, 3rd Reading                              March 18, 2009

16

long
5:24
Lucio
8:8,25 10:19
Lynne
1:15 12:3
13:4

___ M ___

M
1:15
majority
11:7
March
3:12 9:12,19
9:24 10:3
matches
6:20
matter
10:24
member
7:18
members
3:2 7:22 8:3
8:23 10:9
10:12
military
5:16
minorities
8:24 9:10,16
minority
6:10 8:18
9:22 10:1,5
10:15 11:7
11:9
misunders...
7:10
motion
8:4 9:1,9,11
9:23 10:2
11:10,12
move
8:1
moves
7:16

___ N ___

name

naturaliz...
4:23 5:6,10
5:10
naturalized
4:10
Nay's
8:13
need
9:6
needed
3:17
needs
11:10
neither
12:18
Nelson
8:9
Nichols
8:9
number
6:18

___ O ___

objection
7:18
objections
11:11
obtain
7:3
obtained
4:5 5:9
October
5:8
offer
8:19
office
2:11 3:22
12:9,16
Ogden
8:9
omitted
7:9
ones
10:11
opportuni...
10:8,12
opportunity

3:15 7:8
10:9
order
2:2 9:6,21
9:21,25
ordered
7:19
outcome
12:22
outside
4:7

___ P ___

paper
3:21
papers
4:16,25
parent
4:10
parents
4:10
parliamen...
3:10
parties
12:20
passage
2:3 8:2 9:17
passed
8:14 9:14
passport
4:22 5:1
Patrick
8:9
permanent
5:15 6:1
person
5:9
person's
5:11 6:13
photo
5:2
photograph
4:13 5:11,12
please
3:18,21 7:10
point
9:7
preliminary

4:1
prescribed
3:10 6:14
present
2:6
presented
6:3
President
2:9,14 3:1,2
7:13 8:18
10:20
prevailed
9:9
previous
9:2
pre-clear...
6:11
probably
2:20
proceeding
12:21
proceedings
7:14
process
10:16
processes
10:14
proof
2:6 4:4,13
4:21 5:8,19
5:20
proposed
4:14,17,25
5:3 6:4
prove
6:9
provide
5:18,20
provided
6:22
purpose
2:8
purposes
11:6
Pursuant
11:15
put
2:10

Putte
2:8,9,16,19
2:24,25
3:14 7:16
8:10,25
10:19

___ Q ___

qualifies
4:13
qualify
4:24 5:4
question
2:16 3:20
5:13 6:7
questions
3:4,17,18
7:10

___ R ___

race
6:16 7:1
racial
6:8,12
read
2:4,24 3:8
7:16
reading
1:6 2:2 9:25
10:4 12:7
ready
11:19
recognizes
2:13,24 7:20
8:15
record
2:10,18,21
3:8 7:17
records
7:14
regarding
6:16 10:14
register
6:13
registered
6:6,8,17,18
6:21
registration



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00203369

USA_00020529

2009 (81R) SB 362, Senate Flr Debate, 3rd Reading                    March 18, 2009

17

5:16,23 6:1
6:14 13:5
regular
10:8
related
10:16 12:19
relates
9:14
relating
2:5 9:3
  10:10
relevant
11:8
report
3:7
reported
9:4
Reporter
12:3
represent
11:8
representing
11:7
request
6:15 12:8
require
5:19
required
7:3
requirements
9:4,15
requires
5:18
requiring
2:6
research
3:18 4:1 7:8
residence
5:20 6:1
residing
4:6
resource
3:16
respect
8:20
response
2:11,21 3:4
  3:24

responses
3:19
responsible
10:21
result
6:15
re-distri...
7:2
rise
2:8
Rodriguez
1:15 12:3
  13:4
role
8:5
roll
5:23
Rule
11:15
rules
9:2

—— S ——
SB
1:6 5:17
  12:6
second
9:25 11:8
Secretary
2:3,5,11,18
  2:21 3:4,13
  3:22 6:7,9
  7:11 8:5,6
section
4:14,18,25
  5:3
see
2:20
seen
2:15,19
Seliger
8:9
Senate
1:6 2:1,3,5
  3:16 5:18
  6:4,9 7:20
  8:2,13,20
  8:23 9:2,5

9:7,7,12,14
9:18,19,20
9:24,24
10:3,3,9,13
10:14 11:9
11:19 12:7
senator
2:7,9,13,14
  2:16,19,24
  2:25 3:14
  7:15,20,22
  8:4,15,17
  10:15,22,25
  10:25 11:3
  11:3,4,5,5
  11:6,11,12
  11:13,17,18
senators
8:19 9:10,16
  9:22 10:2,5
  11:15
send
9:20
sent
8:22
serve
3:15
Services
3:25 4:20
  13:6
session
10:9
set
9:5
Shapiro
8:9
Shapleigh
8:10 10:23
  10:25 11:3
  11:5
Shapleigh's
11:12
SHAPLIEGH
11:13
Shorter
3:3,13 7:11
Shorthand
12:3

similar
7:2
simply
6:20
Sincerely
7:11
speak
10:23
special
9:5,20,21,25
specifically
4:8 5:2
spread
8:21 10:21
staff
8:1
state
2:18,22 3:4
  3:14,22 5:8
  6:7,9,11,13
  6:16 7:12
  12:2,4
statement
8:16,20
  10:18,23
  11:15
States
4:3,6,7,16
  4:24 5:7
State's
2:11
statistics
6:16
status
6:8,12
Street
12:9,16
student
5:17
subject
9:9
submission
6:23
submissions
7:7
submit
3:3
submits

6:11
submitted
3:7 12:14
Suite
13:6
surname
6:20
surnames
6:19,22

—— T ——
taken
12:21
temporary
5:14
testimony
3:17
Texas
4:15 6:17,25
  12:2,4,10
  12:17 13:4
  13:7
thank
2:25 3:15
  7:8,25 8:17
  10:20 11:13
  11:14,17
think
2:17,20 7:23
  11:5,8,9
third
2:2 10:4
thought
3:2
today's
7:14
track
6:7
transcribed
1:15 12:8,11
transcript
12:14
TRAVIS
12:1
treated
5:17
two-thirds
9:6



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00203370

USA_00020530

| U | | | |
|---|---|---|---|

**U**

understand
12:12
understan...
2:15
unique
6:24
United
4:3,6,7,16
4:24 5:7
Uresti
8:10,25
10:19
U.S
3:23,24 4:2
4:4,6,8,8
4:12,19,21
4:22 5:1,9
6:22,23

**V**

valid
6:3
Van
2:8,9,16,19
2:24,25
3:14 7:16
8:10,25
10:19
vote
6:6,13 9:7,9
9:15,21,25
10:4,10,13
11:7
voted
9:10,16,19
9:22 10:2,5
10:15
voter
2:6 5:16,18
5:20,22,24
5:24,25 6:2
6:3,6,14
7:3 9:3,14
10:10,13
voters
5:17 6:6,8
6:10,15,17

6:19,21
votes
8:20
voting
6:2

**W**

Watson
8:10
way
3:7,10
week
3:5 7:23
Wentworth
8:10
West
8:11,15,17
8:24 10:18
11:3,4,11
11:17 12:9
12:15
we're
10:20
Whitmire
8:11
Williams
8:11
Wilson
12:8,15
wish
10:23
witness
3:16
worked
7:5

**Y**

years
4:11
yield
11:1,3

**Z**

Zaffirini
8:11,25
10:20 11:19

**1**

1
5:8
10th
9:12
100congress
13:6
11
3:12
11th
9:12,19
12
8:13 9:15,21
10:1,5
12/31/13
13:5
13
9:9
14th
9:1 12:9,16
17th
9:24
1701
11:15
18
4:11 10:3
19
8:13 9:21
10:1,5
1991
5:8

**2**

20
9:15
2000
13:6
2009
1:6 3:12 9:1
9:12,19
12:6
2012
12:15,25
209
12:8,15
22nd
12:24
23
12:15

283
13:5

**3**

3rd
1:6 12:7
31
8:23
328-5557
13:7
362
1:6 2:3,5
3:16 5:17
5:18 6:5,9
7:21 8:2,13
8:20 9:14
9:20,25
10:4 12:6

**5**

512
13:7
52
11:20

**6**

63.0101
4:14,25 5:5
63.0101(b)
4:18
63.01012
5:3

**7**

78701
12:10,17
13:7

**8**

8
8:23 9:9,10
9:22 10:1,5
81R
1:6 12:6
81st
10:8
8140
13:4



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005649

TX_00203371

USA_00020531

PL065
9/2/2014
2:13-cv-00193

## LEGISLATIVE BUDGET BOARD
### Austin, Texas

### FISCAL NOTE, 81ST LEGISLATIVE REGULAR SESSION

### April 5, 2009

**TO:** Honorable Todd Smith, Chair, House Committee on Elections

**FROM:** John S. O'Brien, Director, Legislative Budget Board

**IN RE: SB362** by Fraser (Relating to requiring a voter to present proof of identification.), **As Engrossed**

---

**Estimated Two-year Net Impact to General Revenue Related Funds** for SB362, As Engrossed: a negative impact of ($2,000,000) through the biennium ending August 31, 2011.

The bill would make no appropriation but could provide the legal basis for an appropriation of funds to implement the provisions of the bill.

---

**General Revenue-Related Funds, Five-Year Impact:**

| Fiscal Year | Probable Net Positive/(Negative) Impact to General Revenue Related Funds |
|---|---|
| 2010 | ($2,000,000) |
| 2011 | $0 |
| 2012 | $0 |
| 2013 | $0 |
| 2014 | $0 |

**All Funds, Five-Year Impact:**

| Fiscal Year | Probable (Cost) from General Revenue Fund 1 |
|---|---|
| 2010 | ($2,000,000) |
| 2011 | $0 |
| 2012 | $0 |
| 2013 | $0 |
| 2014 | $0 |

**Fiscal Analysis**

The bill would make various changes to the Elections Code regarding voter identification. Among the changes would be a requirement that the voter registrar of each county provide with each initial voter registration certificate or renewal registration certificate issued, notice of identification requirements for voting. The Secretary of State (SOS) would be required to prescribe the wording of the notice. Another new requirement would be that the SOS and the voter registrar of each county that maintains a website to post on the website notice of the identification requirements. The SOS would prescribe the wording of the notice to be posted on the website. The SOS would also be required, in cooperation with appropriate nonprofit organizations and with certain political parties, to establish a statewide effort to educate voters regarding the identification requirements for voting. The SOS would be authorized to use any available funds, including federal funds, for the education purposes.

USA_00020532

Provisions of the bill would require training standards to include instructions on the acceptance and handling of the identification presented by a voter to an election officer. Each election clerk would be required to complete the part of training that covers identification. The SOS would be required to adopt the training standards and to develop training materials as soon as practicable after September 1, 2009. Each county clerk would be required to provide a session of training using the standards adopted by and the materials developed by the SOS as soon as practicable as well.

The bill would require the presiding judge at each polling place to post in a prominent location outside of the location a list of the acceptable forms of photographic and non-photographic identification. The bill would add to the list of acceptable forms of identification. If identification requirements are not met by a voter, an election officer would be required to inform the voter that they may cast a provisional ballot.

The Department of Public Safety (DPS) would be prohibited from collecting a fee for a personal identification certificate issued to a person who states that they are obtaining the personal identification certificate for the sole purpose of meeting identification requirements for voting if the person meets certain criteria.

Other than stipulations related to providing and posting notice of identification requirements for voting and stipulations related to training, all of which would take effect September 1, 2009, the bill would take effect January 1, 2010.

**Methodology**

Although there could be a revenue loss from the prohibition to collect a fee for a personal identification certificate issued to a person seeking the certificate for the sole purpose of voting, it is unknown how many people would make the request, and therefore unknown the amount of revenue loss that could occur. Otherwise, based on the analysis by DPS, it is assumed that costs associated with requirements for the agency could be absorbed within existing resources.

The bill would require the Secretary of State, in cooperation with appropriate nonprofit organizations and with certain political parties, to establish a statewide effort to educate voters regarding the identification requirements for voting. The agency estimates that this would cost $2 million out of General Revenue Funds for fiscal year 2010. The bill would make no appropriation, but could provide the legal basis for an appropriation of funds to implement the provisions of the bill, and a contingency rider for $2 million is included in the proposed Senate appropriations bill.

**Local Government Impact**

Based on responses from a sampling of election authorities and county clerks, fiscal impact from implementing provisions of the bill would vary by county. Costs would include at a minimum those for printing signs to post at each polling place, which would not be significant. Other potential costs would be associated with additional training and posting information to the county website. Again, those costs are not expected to be significant. One smaller county response anticipates that the new provisions regarding casting a provisional ballot would require hiring additional staff, resulting in a moderate to significant cost.

**Source Agencies:** 405 Department of Public Safety, 307 Secretary of State
**LBB Staff:** JOB, TP, MS, DB, BTA, SD, LG

USA_00020533

PL066
9/2/2014
2:13-cv-00193

# HOUSE JOURNAL

## EIGHTY-FIRST LEGISLATURE, REGULAR SESSION

### PROCEEDINGS

FORTY-FIRST DAY — TUESDAY, MARCH 31, 2009

The house met at 11:35 a.m. and was called to order by the speaker pro tempore.

The roll of the house was called and a quorum was announced present (Record 74).

Present — Mr. Speaker; Allen; Alonzo; Alvarado; Anchia; Anderson; Aycock; Berman; Bohac; Bolton; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Button; Callegari; Castro; Chavez; Chisum; Christian; Cohen; Coleman; Cook; Corte; Crabb; Craddick; Creighton; Crownover; Darby; Davis, J.; Davis, Y.; Deshotel; Driver; Dukes; Dunnam; Dutton; Edwards; Eiland; Eissler; Elkins; England; Farabee; Farias; Farrar; Fletcher; Flores; Flynn; Frost; Gallego; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Gutierrez; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Heflin; Herrero; Hilderbran; Hochberg; Hodge; Homer; Hopson; Howard, C.; Howard, D.; Hughes; Hunter; Isett; Jackson; Jones; Keffer; Kent; King, P.; King, S.; King, T.; Kleinschmidt; Kolkhorst; Kuempel; Laubenberg; Legler; Leibowitz; Lewis; Lucio; Madden; Maldonado; Mallory Caraway; Marquez; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Menendez; Merritt; Miklos; Miller, D.; Miller, S.; Moody; Morrison; Naishtat; Oliveira; Olivo; Orr; Ortiz; Otto; Parker; Patrick; Paxton; Peña; Phillips; Pickett; Pierson; Pitts; Quintanilla; Raymond; Riddle; Rios Ybarra; Ritter; Rodriguez; Rose; Sheffield; Shelton; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Swinford; Taylor; Thibaut; Thompson; Truitt; Turner, C.; Turner, S.; Vaught; Veasey; Villarreal; Vo; Walle; Weber; Woolley; Zerwas.

Absent, Excused — Hernandez.

### LEAVES OF ABSENCE GRANTED

On motion of Representative Thompson and by unanimous consent, all members who were granted leaves of absence on the previous legislative day were granted leaves for this legislative day.

### RULES SUSPENDED

Representative Thompson moved to suspend all necessary rules to take up and consider at this time, on third reading and final passage, the bills on the local, consent, and resolutions calendar which were considered on the previous legislative day.

The motion prevailed.

TX_00003073
JA_005652

TX_00003073
USA_00020534

## MOTION FOR ONE RECORD VOTE

On motion of Representative Thompson and by unanimous consent, the house agreed to use the first record vote taken for all those bills on the local, consent, and resolutions calendar that require a record vote on third reading and final passage, with the understanding that a member may record an individual vote on any bill with the journal clerk.

## LOCAL, CONSENT, AND RESOLUTIONS CALENDAR
## THIRD READING

The following bills which were considered on second reading on the previous legislative day on the local, consent, and resolutions calendar were laid before the house, read third time, and passed by the following record vote (members registering votes and the results of the vote are shown following bill number).

(Record 75): 147 Yeas, 0 Nays, 2 Present, not voting.

Yeas — Allen; Alonzo; Alvarado; Anchia; Anderson; Aycock; Berman; Bohac; Bolton; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Button; Callegari; Castro; Chavez; Chisum; Christian; Cohen; Coleman; Cook; Corte; Crabb; Craddick; Creighton; Crownover; Darby; Davis, J.; Davis, Y.; Deshotel; Driver; Dukes; Dunnam; Dutton; Edwards; Eissler; Elkins; England; Farabee; Farias; Farrar; Fletcher; Flores; Flynn; Frost; Gallego; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Gutierrez; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Heflin; Herrero; Hilderbran; Hochberg; Hodge; Homer; Hopson; Howard, C.; Howard, D.; Hughes; Hunter; Isett; Jackson; Jones; Keffer; Kent; King, P.; King, S.; King, T.; Kleinschmidt; Kolkhorst; Kuempel; Laubenberg; Legler; Leibowitz; Lewis; Lucio; Madden; Maldonado; Mallory Caraway; Marquez; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Menendez; Merritt; Miklos; Miller, D.; Miller, S.; Moody; Morrison; Naishtat; Oliveira; Olivo; Orr; Ortiz; Otto; Parker; Patrick; Paxton; Peña; Phillips; Pickett; Pierson; Pitts; Quintanilla; Raymond; Riddle; Rios Ybarra; Ritter; Rodriguez; Rose; Sheffield; Shelton; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Swinford; Taylor; Thibaut; Thompson; Truitt; Turner, C.; Turner, S.; Vaught; Veasey; Villarreal; Vo; Walle; Weber; Woolley; Zerwas.

Present, not voting — Mr. Speaker; Eiland(C).

Absent, Excused — Hernandez.

**HB 551**

**HB 753**

**HB 963**

**HB 1683**

**HB 1758**

**HB 1871**

TX_00003074
JA_005653

TX_00003074

USA_00020535

**HB 1963** (Harper-Brown,P.King, Leibowitz, Riddle, andTaylor-no)(142-5-2)

**HB 1975**

**HB 2208**

**HB 2237**

**HB 2275**

**HB 2433**

**HB 2434**

**HB 2560**

### REGULAR ORDER OF BUSINESS SUSPENDED

On motion of Representative Thompson and by unanimous consent, the reading and referral of bills was postponed until just prior to adjournment.

### SCR 2 - PREVIOUSLY ADOPTED
### (Smithee - House Sponsor)

The chair laid out and had read the following previously adopted resolution:

**SCR 2**, Commemorating the centennial of West Texas A&M University.

(McClendon in the chair)

### INTRODUCTION OF GUESTS

The chair recognized Representative Smithee who introduced representatives of West Texas A&M University.

(Speaker in the chair)

### GENERAL STATE CALENDAR
### HOUSE BILLS
### THIRD READING

The following bills were laid before the house and read third time:

### HB 1671 ON THIRD READING
### (by Crownover, Naishtat, Coleman, Zerwas, Gonzalez Toureilles, et al.)

**HB 1671**, A bill to be entitled An Act relating to mutual aid agreements for newborn screening laboratory services.

**HB 1671** was passed by (Record 76): 147 Yeas, 0 Nays, 1 Present, not voting.

Yeas — Allen; Alonzo; Alvarado; Anchia; Anderson; Aycock; Berman; Bohac; Bolton; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Button; Callegari; Castro; Chavez; Chisum; Christian; Cohen; Coleman; Cook; Corte; Crabb; Craddick; Creighton; Crownover; Darby; Davis, J.; Davis, Y.; Deshotel; Driver; Dukes; Dunnam; Dutton; Edwards; Eiland; Eissler; Elkins; England; Farabee; Farias; Farrar; Fletcher; Flores; Flynn; Frost; Gallego; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Gutierrez; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Heflin; Herrero;

TX_00003075

USA_00020536

Case 2:13-cv-00193   Document 663-1   Filed on 11/11/14 in TXSD   Page 30 of 45
e 1:12-cv-00128-RMC-DST-RLW   Document 213-2   Filed 06/20/12   Page 143 of
1602                     81st LEGISLATURE — REGULAR SESSION

Hilderbran; Hochberg; Hodge; Homer; Hopson; Howard, C.; Howard, D.; Hughes; Hunter; Isett; Jackson; Jones; Keffer; Kent; King, P.; King, S.; King, T.; Kleinschmidt; Kolkhorst; Kuempel; Laubenberg; Legler; Leibowitz; Lewis; Lucio; Madden; Maldonado; Mallory Caraway; Marquez; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Menendez; Merritt; Miklos; Miller, D.; Miller, S.; Moody; Morrison; Naishtat; Oliveira; Olivo; Orr; Ortiz; Otto; Parker; Patrick; Paxton; Peña; Phillips; Pickett; Pierson; Pitts; Quintanilla; Raymond; Riddle; Rios Ybarra; Ritter; Rodriguez; Sheffield; Shelton; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Swinford; Taylor; Thibaut; Thompson; Truitt; Turner, C.; Turner, S.; Vaught; Veasey; Villarreal; Vo; Walle; Weber; Woolley; Zerwas.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Hernandez.

Absent — Rose.

### STATEMENT OF VOTE

When Record No. 76 was taken, I was in the house but away from my desk. I would have voted yes.

Rose

### HB 1297 ON THIRD READING
### (by Hochberg, Flores, et al.)

**HB** 1297, A bill to be entitled An Act relating to optional flexible school day program courses offered by school districts to enable students to earn course credit under certain circumstances.

**HB** 1297 was passed by (Record 77): 147 Yeas, 0 Nays, 1 Present, not voting.

Yeas — Allen; Alonzo; Alvarado; Anchia; Anderson; Aycock; Berman; Bohac; Bolton; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Button; Callegari; Castro; Chavez; Chisum; Christian; Cohen; Coleman; Cook; Corte; Crabb; Craddick; Creighton; Crownover; Darby; Davis, J.; Davis, Y.; Deshotel; Driver; Dukes; Dunnam; Dutton; Edwards; Eiland; Eissler; Elkins; England; Farabee; Farias; Farrar; Fletcher; Flores; Flynn; Frost; Gallego; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Gutierrez; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Heflin; Herrero; Hilderbran; Hochberg; Hodge; Homer; Hopson; Howard, C.; Howard, D.; Hughes; Hunter; Jackson; Jones; Keffer; Kent; King, P.; King, S.; King, T.; Kleinschmidt; Kolkhorst; Kuempel; Laubenberg; Legler; Leibowitz; Lewis; Lucio; Madden; Maldonado; Mallory Caraway; Marquez; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Menendez; Merritt; Miklos; Miller, D.; Miller, S.; Moody; Morrison; Naishtat; Oliveira; Olivo; Orr; Ortiz; Otto; Parker; Patrick; Paxton; Peña; Phillips; Pickett; Pierson; Pitts; Quintanilla; Raymond; Riddle; Rios Ybarra; Ritter; Rodriguez; Rose; Sheffield; Shelton;

TX_00003076

USA_00020537

Case 2:13-cv-00193   Document 663-1   Filed on 11/11/14 in TXSD   Page 31 of 45
e 1:12-cv-00128-RMC-DST-RLW   Document 213-2   Filed 06/20/12   Page 144 of
Tuesday, March 31, 2009 — HOUSE JOURNAL — 41st Day        1003

Smith, T.; Smith, W.; Smithee; Solomons; Strama; Swinford; Taylor; Thibaut; Thompson; Truitt; Turner, C.; Turner, S.; Vaught; Veasey; Villarreal; Vo; Walle; Weber; Woolley; Zerwas.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Hernandez.

Absent — Isett.

### STATEMENT OF VOTE

When Record No. 77 was taken, I was in the house but away from my desk. I would have voted yes.

Isett

### HB 1240 ON THIRD READING
### (by Villarreal, Naishtat, and Coleman)

**HB 1240**, A bill to be entitled An Act relating to information required to be provided to parents of an infant.

**HB 1240** was passed by (Record 78): 145 Yeas, 0 Nays, 1 Present, not voting.

Yeas — Allen; Alonzo; Alvarado; Anchia; Anderson; Aycock; Berman; Bohac; Bolton; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Button; Callegari; Castro; Chavez; Chisum; Christian; Cohen; Coleman; Cook; Corte; Crabb; Craddick; Creighton; Crownover; Darby; Davis, J.; Davis, Y.; Deshotel; Driver; Dukes; Dunnam; Dutton; Eiland; Eissler; Elkins; England; Farabee; Farias; Farrar; Fletcher; Flores; Flynn; Frost; Gallego; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Gutierrez; Hamilton; Hardcastle; Harless; Harper-Brown; Hartnett; Heflin; Herrero; Hilderbran; Hochberg; Hodge; Homer; Hopson; Howard, C.; Howard, D.; Hughes; Hunter; Isett; Jackson; Jones; Keffer; Kent; King, P.; King, S.; King, T.; Kleinschmidt; Kolkhorst; Kuempel; Legler; Leibowitz; Lewis; Lucio; Madden; Maldonado; Mallory Caraway; Marquez; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Menendez; Merritt; Miklos; Miller, D.; Miller, S.; Moody; Morrison; Naishtat; Oliveira; Olivo; Orr; Ortiz; Otto; Parker; Patrick; Paxton; Peña; Phillips; Pickett; Pierson; Pitts; Quintanilla; Raymond; Riddle; Rios Ybarra; Ritter; Rodriguez; Rose; Sheffield; Shelton; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Swinford; Taylor; Thibaut; Thompson; Truitt; Turner, C.; Turner, S.; Vaught; Veasey; Villarreal; Vo; Walle; Weber; Woolley; Zerwas.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Hernandez.

Absent — Edwards; Hancock; Laubenberg.

### HB 773 ON THIRD READING
### (by Oliveira, et al.)

**HB 773**, A bill to be entitled An Act relating to extending the expiration date of the Property Redevelopment and Tax Abatement Act.

**HB 773** was passed by (Record 79): 145 Yeas, 1 Nays, 1 Present, not voting.

Yeas — Allen; Alonzo; Alvarado; Anchia; Anderson; Aycock; Berman; Bohac; Bolton; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Button; Callegari; Castro; Chavez; Chisum; Christian; Cohen; Coleman; Cook; Corte; Craddick; Creighton; Crownover; Darby; Davis, J.; Davis, Y.; Deshotel; Driver; Dukes; Dunnam; Dutton; Eiland; Eissler; England; Farabee; Farias; Farrar; Fletcher; Flores; Flynn; Frost; Gallego; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Gutierrez; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Heflin; Herrero; Hilderbran; Hochberg; Hodge; Homer; Hopson; Howard, C.; Howard, D.; Hughes; Hunter; Isett; Jackson; Jones; Keffer; Kent; King, P.; King, S.; King, T.; Kleinschmidt; Kolkhorst; Kuempel; Laubenberg; Legler; Leibowitz; Lewis; Lucio; Madden; Maldonado; Mallory Caraway; Marquez; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Menendez; Merritt; Miklos; Miller, D.; Miller, S.; Moody; Morrison; Naishtat; Oliveira; Olivo; Orr; Ortiz; Otto; Parker; Patrick; Paxton; Peña; Phillips; Pickett; Pierson; Pitts; Quintanilla; Raymond; Riddle; Rios Ybarra; Ritter; Rodriguez; Rose; Sheffield; Shelton; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Swinford; Taylor; Thibaut; Thompson; Truitt; Turner, C.; Turner, S.; Vaught; Veasey; Villarreal; Vo; Walle; Weber; Woolley; Zerwas.

Nays — Crabb.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Hernandez.

Absent — Edwards; Elkins.

### STATEMENT OF VOTE

I was shown voting yes on Record No. 79. I intended to vote no.

Geren

### HB 772 ON THIRD READING
#### (by D. Howard, Rodriguez, Maldonado, Leibowitz, et al.)

**HB 772**, A bill to be entitled An Act relating to Internet broadcasts of open meetings held by the State Board of Education.

**HB 772** was passed by (Record 80): 148 Yeas, 0 Nays, 1 Present, not voting.

Yeas — Allen; Alonzo; Alvarado; Anchia; Anderson; Aycock; Berman; Bohac; Bolton; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Button; Callegari; Castro; Chavez; Chisum; Christian; Cohen; Coleman; Cook; Corte; Crabb; Craddick; Creighton; Crownover; Darby; Davis, J.; Davis, Y.; Deshotel; Driver; Dukes; Dunnam; Dutton; Edwards; Eiland; Eissler; Elkins; England; Farabee; Farias; Farrar; Fletcher; Flores; Flynn; Frost; Gallego; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Gutierrez; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Heflin; Herrero;

TX_00003078
USA_00020539

Case 2:13-cv-00193   Document 663-1   Filed on 11/11/14 in TXSD   Page 33 of 45
e 1:12-cv-00128-RMC-DST-RLW   Document 213-2   Filed 06/20/12   Page 146 of
Tuesday, March 31, 2009          HOUSE JOURNAL — 41st Day          1003

Hilderbran; Hochberg; Hodge; Homer; Hopson; Howard, C.; Howard, D.; Hughes; Hunter; Isett; Jackson; Jones; Keffer; Kent; King, P.; King, S.; King, T.; Kleinschmidt; Kolkhorst; Kuempel; Laubenberg; Legler; Leibowitz; Lewis; Lucio; Madden; Maldonado; Mallory Caraway; Marquez; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Menendez; Merritt; Miklos; Miller, D.; Miller, S.; Moody; Morrison; Naishtat; Oliveira; Olivo; Orr; Ortiz; Otto; Parker; Patrick; Paxton; Peña; Phillips; Pickett; Pierson; Pitts; Quintanilla; Raymond; Riddle; Rios Ybarra; Ritter; Rodriguez; Rose; Sheffield; Shelton; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Swinford; Taylor; Thibaut; Thompson; Truitt; Turner, C.; Turner, S.; Vaught; Veasey; Villarreal; Vo; Walle; Weber; Woolley; Zerwas.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Hernandez.

## HB 1038 ON THIRD READING
### (by Paxton, Zerwas, Harless, Gattis, Truitt, et al.)

**HB 1038**, A bill to be entitled An Act relating to the determination of the market value of a residence homestead for purposes of ad valorem taxation.

**HB 1038** was passed by (Record 81): 144 Yeas, 0 Nays, 1 Present, not voting.

Yeas — Allen; Alvarado; Anchia; Anderson; Aycock; Berman; Bohac; Bolton; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Button; Callegari; Castro; Chavez; Chisum; Christian; Cohen; Coleman; Cook; Corte; Crabb; Craddick; Creighton; Crownover; Darby; Davis, J.; Deshotel; Driver; Dukes; Dunnam; Dutton; Edwards; Eiland; Eissler; England; Farabee; Farias; Farrar; Fletcher; Flores; Flynn; Frost; Gallego; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Gutierrez; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Heflin; Herrero; Hilderbran; Hochberg; Hodge; Homer; Hopson; Howard, C.; Howard, D.; Hughes; Hunter; Isett; Jackson; Jones; Keffer; Kent; King, P.; King, S.; King, T.; Kleinschmidt; Kolkhorst; Kuempel; Laubenberg; Legler; Leibowitz; Lewis; Lucio; Madden; Maldonado; Mallory Caraway; Marquez; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Merritt; Miklos; Miller, D.; Miller, S.; Moody; Morrison; Naishtat; Oliveira; Olivo; Orr; Ortiz; Otto; Parker; Patrick; Paxton; Peña; Phillips; Pickett; Pierson; Pitts; Quintanilla; Raymond; Riddle; Rios Ybarra; Ritter; Rodriguez; Rose; Sheffield; Shelton; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Swinford; Taylor; Thibaut; Thompson; Truitt; Turner, C.; Turner, S.; Vaught; Veasey; Villarreal; Vo; Walle; Weber; Woolley; Zerwas.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Hernandez.

Absent — Alonzo; Davis, Y.; Elkins; Menendez.

TX_00003079
JA_005658

Case 2:13-cv-00193   Document 663-1   Filed on 11/11/14 in TXSD   Page 34 of 45
e 1:12-cv-00128-RMC-DST-RLW   Document 213-2   Filed 06/20/12   Page 147 of
1006                  81st LEGISLATURE — REGULAR SESSION

## HB 350 ON THIRD READING
### (by Leibowitz, Herrero, Martinez, et al.)

**HB 350**, A bill to be entitled An Act relating to use of school district resources for athletic or instructional facilities.

**HB 350** was passed by (Record 82): 148 Yeas, 0 Nays, 1 Present, not voting.

Yeas — Allen; Alonzo; Alvarado; Anchia; Anderson; Aycock; Berman; Bohac; Bolton; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Button; Callegari; Castro; Chavez; Chisum; Christian; Cohen; Coleman; Cook; Corte; Crabb; Craddick; Creighton; Crownover; Darby; Davis, J.; Davis, Y.; Deshotel; Driver; Dukes; Dunnam; Dutton; Edwards; Eiland; Eissler; Elkins; England; Farabee; Farias; Farrar; Fletcher; Flores; Flynn; Frost; Gallego; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Gutierrez; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Heflin; Herrero; Hilderbran; Hochberg; Hodge; Homer; Hopson; Howard, C.; Howard, D.; Hughes; Hunter; Isett; Jackson; Jones; Keffer; Kent; King, P.; King, S.; King, T.; Kleinschmidt; Kolkhorst; Kuempel; Laubenberg; Legler; Leibowitz; Lewis; Lucio; Madden; Maldonado; Mallory Caraway; Marquez; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Menendez; Merritt; Miklos; Miller, D.; Miller, S.; Moody; Morrison; Naishtat; Oliveira; Olivo; Orr; Ortiz; Otto; Parker; Patrick; Paxton; Peña; Phillips; Pickett; Pierson; Pitts; Quintanilla; Raymond; Riddle; Rios Ybarra; Ritter; Rodriguez; Rose; Sheffield; Shelton; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Swinford; Taylor; Thibaut; Thompson; Truitt; Turner, C.; Turner, S.; Vaught; Veasey; Villarreal; Vo; Walle; Weber; Woolley; Zerwas.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Hernandez.

## HB 71 ON THIRD READING
### (by Corte, Bohac, Chavez, Branch, S. Miller, et al.)

**HB 71**, A bill to be entitled An Act relating to the establishment of a program to provide a ballot by electronic mail to military personnel serving overseas and their spouses and dependents residing overseas.

### Amendment No. 1

Representative Chisum offered the following amendment to **HB 71**:

Amend **HB 71** on third reading by inserting the following new section, appropriately numbered, and renumbering the subsequent sections of the bill accordingly:

SECTION _____. Chapter 63, Election Code, is amended by adding Section 63.0013 to read as follows:

Sec. 63.0013. EXEMPTION FROM PROOF OF IDENTIFICATION REQUIREMENT: ACTIVE DUTY MILITARY PERSONNEL SERVING IN COMBAT ZONE. (a) A voter is exempt from the proof of identification requirements prescribed by Section 63.0101 if the voter is a member of the armed

TX_00003080

USA_00020541

forces of the United States who is on active duty under the lawful orders of competent authority in an area that has been designated by the president of the United States as a combat zone.

(b) The secretary of state shall prescribe procedures as necessary to implement this section.

Amendment No. 1 was adopted.

**HB 71**, as amended, was passed by (Record 83): 145 Yeas, 0 Nays, 1 Present, not voting.

Yeas — Allen; Alonzo; Alvarado; Anchia; Anderson; Aycock; Berman; Bohac; Bolton; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Button; Callegari; Castro; Chavez; Chisum; Christian; Cohen; Coleman; Cook; Corte; Crabb; Craddick; Creighton; Crownover; Darby; Davis, J.; Davis, Y.; Deshotel; Driver; Dukes; Dunnam; Dutton; Edwards; Eiland; Eissler; Elkins; England; Farabee; Farias; Farrar; Fletcher; Flores; Flynn; Frost; Gallego; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Gutierrez; Hamilton; Hancock; Harless; Harper-Brown; Hartnett; Heflin; Herrero; Hilderbran; Hochberg; Hodge; Homer; Hopson; Howard, C.; Howard, D.; Hughes; Hunter; Isett; Jackson; Jones; Keffer; Kent; King, P.; King, S.; King, T.; Kleinschmidt; Kolkhorst; Kuempel; Laubenberg; Legler; Leibowitz; Lewis; Lucio; Madden; Maldonado; Mallory Caraway; Marquez; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Menendez; Merritt; Miklos; Miller, D.; Miller, S.; Moody; Morrison; Naishtat; Oliveira; Olivo; Orr; Ortiz; Otto; Parker; Patrick; Paxton; Peña; Phillips; Pickett; Pitts; Quintanilla; Raymond; Riddle; Rios Ybarra; Ritter; Rodriguez; Rose; Sheffield; Shelton; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Swinford; Taylor; Thompson; Truitt; Turner, C.; Turner, S.; Vaught; Veasey; Villarreal; Vo; Walle; Weber; Woolley; Zerwas.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Hernandez.

Absent — Hardcastle; Pierson; Thibaut.

### HB 271 ON THIRD READING
### (by Ortiz, Button, F. Brown, Strama, Parker, et al.)

**HB 271**, A bill to be entitled An Act relating to the designation of enterprise projects during a biennium.

**HB 271** was passed by (Record 84): 148 Yeas, 0 Nays, 1 Present, not voting.

Yeas — Allen; Alonzo; Alvarado; Anchia; Anderson; Aycock; Berman; Bohac; Bolton; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Button; Callegari; Castro; Chavez; Chisum; Christian; Cohen; Coleman; Cook; Corte; Crabb; Craddick; Creighton; Crownover; Darby; Davis, J.; Davis, Y.; Deshotel; Driver; Dukes; Dunnam; Dutton; Edwards; Eiland; Eissler; Elkins; England; Farabee; Farias; Farrar; Fletcher; Flores; Flynn; Frost; Gallego; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Gutierrez; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Heflin; Herrero;

Case 2:13-cv-00193 Document 663-1 Filed on 11/11/14 in TXSD Page 36 of 45
e 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 149 of
1008                    81st LEGISLATURE — REGULAR SESSION

Hilderbran; Hochberg; Hodge; Homer; Hopson; Howard, C.; Howard, D.; Hughes; Hunter; Isett; Jackson; Jones; Keffer; Kent; King, P.; King, S.; King, T.; Kleinschmidt; Kolkhorst; Kuempel; Laubenberg; Legler; Leibowitz; Lewis; Lucio; Madden; Maldonado; Mallory Caraway; Marquez; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Menendez; Merritt; Miklos; Miller, D.; Miller, S.; Moody; Morrison; Naishtat; Oliveira; Olivo; Orr; Ortiz; Otto; Parker; Patrick; Paxton; Peña; Phillips; Pickett; Pierson; Pitts; Quintanilla; Raymond; Riddle; Rios Ybarra; Ritter; Rodriguez; Rose; Sheffield; Shelton; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Swinford; Taylor; Thibaut; Thompson; Truitt; Turner, C.; Turner, S.; Vaught; Veasey; Villarreal; Vo; Walle; Weber; Woolley; Zerwas.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Hernandez.

## POSTPONED BUSINESS

The following bills were laid before the house as postponed business:

### CSHB 1161 ON SECOND READING
### (by Geren)

**CSHB 1161**, A bill to be entitled An Act relating to local regulation of distance requirements for businesses selling alcoholic beverages near certain establishments.

**CSHB 1161** was read second time on March 30 and was postponed until 10 a.m. today.

Representative Geren moved to postpone consideration of **CSHB 1161** until 11:30 a.m. tomorrow.

The motion prevailed.

### COMMITTEES GRANTED PERMISSION TO MEET

Representative Gonzalez Toureilles requested permission for the Committee on Agriculture and Livestock to meet while the house is in session, during bill referral today, in E2.028, for a public hearing, to consider the previously posted agenda.

Permission to meet was granted.

Representative Homer requested permission for the Committee on Culture, Recreation, and Tourism to meet while the house is in session, during bill referral today, in E1.010, for a public hearing, to consider items from a previously posted notice.

Permission to meet was granted.

Representative Vaught requested permission for the Committee on Criminal Jurisprudence, Subcommittee on Violent Crimes, to meet while the house is in session, during bill referral today, in JHR 120, to continue the posted agenda.

Permission to meet was granted.

TX_00003082
JA_005661

TX_00003082

USA_00020543

### FIVE-DAY POSTING RULE SUSPENDED

Representative Deshotel moved to suspend the five-day posting rule and all necessary rules to allow the Committee on Business and Industry, Subcommittee on Consumer and Employee Issues, to consider **HB 1787**, **HB 1835**, **HB 1953**, **HB 2623**, **HB 2988**, **HB 3077**, **HB 3083**, **HB 3166**, **HB 3167**, **HB 3525**, and **HB 4395**.

The motion prevailed.

### COMMITTEE MEETING ANNOUNCEMENT

The following committee meeting was announced:

Business and Industry, Subcommittee on Consumer and Employee Issues, 8 a.m. tomorrow, E2.036, for a public hearing, to consider **HB 1787**, **HB 1835**, **HB 1953**, **HB 2623**, **HB 2988**, **HB 3077**, **HB 3083**, **HB 3166**, **HB 3167**, **HB 3525**, and **HB 4395**.

### COMMITTEES GRANTED PERMISSION TO MEET

Representative Pickett requested permission for the Committee on Transportation to meet while the house is in session, during bill referral today, in E2.014.

Permission to meet was granted.

Representative Kolkhorst requested permission for the Committee on Public Health to meet while the house is in session, during bill referral today, in E2.012, to continue the previously posted agenda.

Permission to meet was granted.

### FIVE-DAY POSTING RULE SUSPENDED

Representative McClendon moved to suspend the five-day posting rule and all necessary rules to allow the Committee on Criminal Jurisprudence to consider **HB 4464**.

The motion prevailed.

### COMMITTEE MEETING ANNOUNCEMENT

The following committee meeting was announced:

Criminal Jurisprudence, 2 p.m. or upon final adjournment tomorrow, E2.028, for a public hearing, to consider **HB 4464** and the posted agenda.

### PROVIDING FOR ADJOURNMENT

Representative Zerwas moved that, at the conclusion of the reading of bills and resolutions on first reading and referral to committees, the house adjourn until 10 a.m. tomorrow.

The motion prevailed.

Case 2:13-cv-00193 Document 663-1 Filed on 11/11/14 in TXSD Page 38 of 45
e 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 151 of
1010            81st LEGISLATURE — REGULAR SESSION

## BILLS AND JOINT RESOLUTIONS ON FIRST READING
## AND REFERRAL TO COMMITTEES
## RESOLUTIONS REFERRED TO COMMITTEES

Bills and joint resolutions were at this time laid before the house, read first time, and referred to committees. Resolutions were at this time laid before the house and referred to committees. (See the addendum to the daily journal, Referred to Committees, List No. 1.)

(Taylor in the chair)

## ADJOURNMENT

In accordance with a previous motion, the house, at 12:34 p.m., adjourned until 10 a.m. tomorrow.

---

## ADDENDUM

---

## REFERRED TO COMMITTEES

The following bills and joint resolutions were today laid before the house, read first time, and referred to committees, and the following resolutions were today laid before the house and referred to committees. If indicated, the chair today corrected the referral of the following measures:

**List No. 1**

**HCR 136** (By Creighton), Designating the tarpon as the official State Saltwater Fish of Texas.

To Culture, Recreation, and Tourism.

**HCR 137** (By Gonzalez Toureilles), Commending Orange Grove High School Family, Career, and Community Leaders of America students for their efforts to raise awareness of cancer of unknown primary (CUP) origin and for choosing zebra stripes as the ribbon color to symbolize this rare form of cancer.

To Public Health.

**HCR 139** (By Flores), Directing the State Preservation Board to amend its rules to allow the statue in honor of Tejanos to be placed on the south lawn of the Capitol.

To Culture, Recreation, and Tourism.

**HCR 148** (By Veasey), Memorializing Congress to ensure that women in U.S. Immigration and Customs Enforcement detention facilities receive full access to the medical care to which they are entitled.

To State Affairs.

**HJR 98** (By Thompson), Proposing a constitutional amendment authorizing the governor to grant a pardon to a person who successfully completes a term of deferred adjudication community supervision.

To Corrections.

**HR 1138** (By Mallory Caraway), Urging U.S. Treasury Secretary Timothy Geithner to implement a plan that will allow cities affected by the credit crisis to access traditional market interest rates for bonds.

To Urban Affairs.

**SB 32** to Public Health.

**SB 33** to Public Education.

**SB 34** to Judiciary and Civil Jurisprudence.

**SB 39** to Insurance.

**SB 44** to Higher Education.

**SB 52** to Transportation.

**SB 65** to Higher Education.

**SB 71** to Human Services.

**SB 72** to Human Services.

**SB 81** to Human Services.

**SB 86** to Public Health.

**SB 90** to Defense and Veterans' Affairs.

**SB 93** to Higher Education.

**SB 158** to Public Education.

**SB 175** to Higher Education.

**SB 188** to Public Health.

**SB 189** to Defense and Veterans' Affairs.

**SB 202** to Public Health.

**SB 220** to Transportation.

**SB 229** to County Affairs.

**SB 234** to Business and Industry.

**SB 235** to Business and Industry.

**SB 236** to Business and Industry.

**SB 239** to Business and Industry.

**SB 271** to Judiciary and Civil Jurisprudence.

**SB 279** to Judiciary and Civil Jurisprudence.

**SB 284** to Public Health.

**SB 286** to Public Health.

**SB 287** to Public Health.

**SB 288** to Public Health.

**SB 289** to Public Health.

TX_00003085

USA_00020546

Case 2:13-cv-00193 Document 663-1 Filed on 11/11/14 in TXSD Page 40 of 45
e 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 153 of
1012 81st LEGISLATURE — REGULAR SESSION

**SB 291** to Public Health.

**SB 292** to Public Health.

**SB 293** to Transportation.

**SB 297** to Defense and Veterans' Affairs.

**SB 300** to Public Education.

**SB 309** to Licensing and Administrative Procedures.

**SB 316** to Transportation.

**SB 328** to Criminal Jurisprudence.

**SB 333** to Criminal Jurisprudence.

**SB 334** to Transportation.

**SB 343** to Public Health.

**SB 347** to Public Health.

**SB 348** to Transportation.

**SB 362** to Elections.

**SB 374** to Public Safety.

**SB 376** to County Affairs.

**SB 381** to Public Health.

**SB 395** to Agriculture and Livestock.

**SB 397** to Judiciary and Civil Jurisprudence.

**SB 405** to Transportation.

**SB 407** to Judiciary and Civil Jurisprudence.

**SB 420** to Judiciary and Civil Jurisprudence.

**SB 424** to Public Health.

**SB 434** to Transportation.

**SB 445** to Judiciary and Civil Jurisprudence.

**SB 446** to Urban Affairs.

**SB 470** to Licensing and Administrative Procedures.

**SB 476** to Public Health.

**SB 477** to Judiciary and Civil Jurisprudence.

**SB 481** to Transportation.

**SB 492** to Urban Affairs.

**SB 497** to Judiciary and Civil Jurisprudence.

**SB 503** to Public Education.

**SB 504** to Higher Education.

**SB 506** to Public Safety.

**SB 517** to Judiciary and Civil Jurisprudence.

**SB 524** to County Affairs.

**SB 525** to Public Health.

**SB 527** to Public Health.

**SB 530** to County Affairs.

**SB 531** to Public Health.

**SB 532** to Public Health.

**SB 555** to Judiciary and Civil Jurisprudence.

**SB 572** to Human Services.

**SB 576** to Ways and Means.

**SB 581** to Transportation.

**SB 584** to Public Health.

**SB 589** to Transportation.

**SB 623** to Urban Affairs.

**SB 625** to Criminal Jurisprudence.

**SB 627** to Judiciary and Civil Jurisprudence.

**SB 633** to Corrections.

**SB 643** to Public Health.

**SB 657** to Judiciary and Civil Jurisprudence.

**SB 662** to Public Health.

**SB 683** to Judiciary and Civil Jurisprudence.

**SB 687** to Public Safety.

**SB 703** to Public Health.

**SB 730** to Public Safety.

**SB 731** to Licensing and Administrative Procedures.

**SB 745** to State Affairs.

**SB 759** to Public Education.

**SB 769** to State Affairs.

**SB 820** to Urban Affairs.

**SB 987** to Public Education.

---
## APPENDIX
---

### STANDING COMMITTEE REPORTS

Favorable reports have been filed by committees as follows:

**March 30**

Agriculture and Livestock - **HB 681**, **HB 1908**, **HB 1918**

Business and Industry - **HB 257**, **HB 1209**, **HB 1382**, **HB 1819**

Corrections - **HB 609**, **HB 1688**, **HB 1711**

Criminal Jurisprudence - **HB 348**, **HB 493**, **HB 528**, **HB 549**, **HB 825**, **HB 958**, **HB 1282**, **HB 1372**, **HB 1506**, **HB 1644**, **HB 2058**

Culture, Recreation, and Tourism - **HB 1786**, **HB 2242**

Higher Education - **HB 602**, **HB 962**

Human Services - **HB 802**

Insurance - **HB 1290**, **HB 1759**, **HB 2064**, **HB 2449**, **HB 2752**, **HR 798**

Land and Resource Management - **HB 1213**, **HB 1445**, **HB 2387**, **HB 2906**, **HB 3202**

Licensing and Administrative Procedures - **HB 357**, **HB 358**, **HB 1084**, **HB 1406**, **HB 1484**, **HB 1505**, **HB 1974**, **HB 2104**, **HB 2238**, **HB 2310**, **HB 2509**, **HB 2594**, **HB 2763**, **HB 3113**

Natural Resources - **HB 2374**, **HB 2666**

Public Education - **HB 200**, **HB 2263**

Public Health - **HB 19**, **HB 594**, **HB 887**, **HB 1232**, **HB 1363**, **HB 1404**, **HB 1409**, **HB 1678**, **HB 1740**, **HB 1785**, **HB 1990**, **HB 2030**, **HB 2055**, **HB 2196**, **HB 2330**, **HB 2382**, **HB 2383**, **HCR 88**

Transportation - **HB 575**, **HB 1810**

TX_00003088

USA_00020549

PL067
9/2/2014
2:13-cv-00193

HOUSE OF REPRESENTATIVES

NOTICE OF PUBLIC HEARING


COMMITTEE:    Elections

TIME & DATE:  upon final adjourn./recess
              Monday, April 06, 2009

PLACE:        E2.028

CHAIR:        Rep. Todd Smith


SB 362    Fraser | et al.
Relating to requiring a voter to present proof of
identification.


Testimony before the committee will be limited to invited
witnesses.

TX_00001225

USA_00020550

PL068
9/2/2014
2:13-cv-00193

**The House Committee on Elections**
81st Legislature
April 6, 2009
Upon final adjournment/recess
E2.028

# CORRECTED MINUTES

On May 7, 2009, the House Committee on Elections authorized the correction of the minutes for the meeting of the House Committee on Elections held on April 6, 2009. The following are the corrected minutes for that meeting:

Pursuant to a notice posted on April 1, 2009, the House Committee on Elections met in a public hearing and was called to order by the chair, Representative Smith, Todd, at 1:30 p.m.

The roll was answered as follows:

Present:        Representatives Smith, Todd; Pena; Allen; Anchia; Bohac; Bonnen; Brown, Betty; Heflin (8).

Absent:        Representative Harper-Brown (1).

A quorum was present.

(Representative Harper-Brown now present.)

(Representative Pena in chair.)

## SB 362

The chair laid out SB 362.

The chair recognized Representative Smith, Todd to explain the measure.

(Representative Smith, Todd back in chair.)

Testimony taken/registration recorded.  (See attached witness list.)

(Representative Pena in chair.)

(Representative Smith, Todd back in chair.)

(Representative Pena in chair.)

The chair recognized Representative Smith, Todd to close on the measure.

TX_00001223

USA_00020551

The bill was left pending without objection.

(Representative Smith, Todd back in chair.)

At 1:18 a.m. on April 7, 2009, on the motion of the chair and without objection, the meeting was adjourned subject to the call of the chair.

_____
Rep. Smith, Todd, Chair


_____
Steven Schar, Clerk