Case 2:13-cv-00193 Document 663-2 Filed on 11/11/14 in TXSD Page 1 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 159 of 279

PL069
9/2/2014
2:13-cv-00193

1

THE HOUSE COMMITTEE ON ELECTIONS

81ST LEGISLATURE

APRIL 6, 2009



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 663-2 Filed on 11/11/14 in TXSD Page 2 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 160 of 274
Hearing                                                        April 6, 2009

2

1                    CHAIRMAN TODD SMITH:  The House Committee

2         on Elections is now called to order.

3                    Will the clerk please call the roll.

4                    THE CLERK:  Representative Smith?

5                    REPRESENTATIVE SMITH:  Here.

6                    THE CLERK:  Representative Pena?

7                    REPRESENTATIVE PENA:  Here.

8                    THE CLERK:  Representative Allen?

9                    REPRESENTATIVE ALLEN:  Here.

10                   THE CLERK:  Representative Bohac?

11                   REPRESENTATIVE BOHAC:  Here.

12                   THE CLERK:  Representative Bonner?

13                   (No Response.)

14                   THE CLERK:  Representative Harper-Brown?

15                   (No Response.)

16                   THE CLERK:  Representative Helfin?

17                   (No Response.)

18                   THE CLERK:  Representative Veasey?

19                   REPRESENTATIVE VEASEY:  Here.

20                   CHAIRMAN TODD SMITH:  Quorum being

21        present, welcome, everybody here today that has come

22        to hear a discussion on an issue that has been of

23        great concern for our state and other states, as well.

24                   I want to especially welcome 13

25        individuals who have agreed to come tonight and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005672

TX_00031030

USA_00020554

Case 2:13-cv-00193 Document 663-2 Filed on 11/11/14 in TXSD Page 3 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 161 of 274
Hearing                                                    April 6, 2009

3

```
 1    provide their testimony and expertise from varying

 2    perspectives on the issue of Enhanced Voter

 3    Identification.  Many of you have come from quite a

 4    long way.  We appreciate you taking the time to be

 5    with us.

 6              We're going to lay out the Senate Bill

 7    here in a moment, and at that point I'm going to hand

 8    the gavel to Vice-Chairman Pena for purposes of laying

 9    that piece of legislation out.

10              But before I do that, I'd like to make an

11    opening statement, and for purposes primarily of the

12    experts that are here with us, I want to give you some

13    sense of the kind of questions that I'm interested in

14    you answering.

15              So that to the extent that you have

16    expertise in answering any of the questions that I

17    have, you might be inclined to focus on those

18    questions.  But I also want to give any other member

19    of the committee an opportunity to make an opening

20    comment before we go to the witnesses.

21              It's my intent, we're starting at about

22    1:30.  And just so that everybody understands how we

23    are we're going to proceed, once we lay the bill out

24    and begin recognizing expert witnesses, it is my

25    intent, we have witnesses representing both
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005673

TX_00031031

USA_00020555

Case 2:13-cv-00193 Document 663-2 Filed on 11/11/14 in TXSD Page 4 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 162 of 274
Hearing                                                                    April 6, 2009

4

1   perspectives.  Not that there are only two

2   perspectives, but certainly a diverse group of

3   witnesses to provide us with every conceivable

4   perspective on this issue.

5           And it is my intent, as much as possible,

6   to recognize witnesses that are for, followed by

7   witnesses that are against, followed by witnesses that

8   are for, followed by witnesses that are against until

9   we accommodate all of the experts who are with us

10  today.

11          Otherwise we wouldn't limit the length of

12  testimony, but because we're going to be doing this

13  again with the members of the public tomorrow, and

14  because that has the potential to last well into the

15  night.  We have a number a variety of ages on our

16  committee, and I don't want to kill anybody.

17          So I am determined that we get out of here

18  tonight by midnight so that people can have a

19  reasonable amount of sleep before we accommodate the

20  public tomorrow and take their testimony until they

21  run out of steam.

22          UNIDENTIFIED SPEAKER:  Do we have to go

23  till midnight?

24          CHAIRMAN TODD SMITH:  No.  We don't have

25  to go till midnight, and I'm about to tell you how I



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031032

USA_00020556

Case 2:13-cv-00193 Document 663-2 Filed on 11/11/14 in TXSD Page 5 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 163 of 274

Hearing                                                   April 6, 2009

5

1      plan to accommodate the witnesses.

2                  It's my intent and there will be a little

3      device over there, Steven.  We've got a device, and

4      what this is going to do, I'm going to allow every

5      witness to give a ten-minute, uninterrupted comment so

6      that you can say whatever you wish to the committee

7      and whatever is on your mind and be uninterrupted in

8      doing so.

9                  I believe that is set to go off so that

10     you have a 1 and 1/2-minute warning.  When you see a

11     yellow light, that means you've got a minute and a

12     half before the ten minutes are up.  And at the end of

13     the ten minutes, Steven is going to let me know that

14     the ten minutes are up because I can't see the light.

15                 At which point we will begin a period of

16     up to 30 minutes' of questions on the part of the

17     panel.  And then, obviously, this is, unusual, members

18     in that we're not usually limited in the amount of

19     time that we have to ask the questions that are on our

20     mind.

21                 And in light of the fact that today we're

22     operating in a different manner, I would just ask that

23     all of you be respectful that there are nine members

24     on the committee, and I presume everybody will not

25     have an opportunity in asking a question or two.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005675

TX_00031033

USA_00020557

Case 2:13-cv-00193 Document 663-2 Filed on 11/11/14 in TXSD Page 6 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 164 of 274

Hearing                                                        April 6, 2009

6

```
 1              I'm going to do my best in recognizing,
 2    members to make sure questions from both sides of the
 3    political aisle are given equal opportunity.  That is
 4    generally, how we will proceed.
 5              Yes, Representative Anchia.
 6              REPRESENTATIVE ANCHIA:  I have a couple of
 7    questions, Mr. Chairman.
 8              Have you given some thought to the order
 9    that we're going to take witness in?  Is it going to
10    be, namely, people who have flights?  Is that going to
11    be the procedure?
12              CHAIRMAN TODD SMITH:  Again, anybody who
13    has flight arrangements that are peculiar or require
14    us to put you toward the front of the agenda, please
15    make my staff aware of them and we will do our best to
16    accommodate that within the constraints of wanting to
17    put witnesses both for and against this piece of
18    legislation.
19              I'll be glad to accommodate those
20    witnesses who have time deadlines within the
21    constraints of recognizing both sides both early in
22    testimony and as we proceed through the evening.  I
23    think there's even on the most, what is received to be
24    the most decisive of issues, I think there are more
25    surprisingly enough that unites us in principal than
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031034

USA_00020558

Case 2:13-cv-00193 Document 663-2 Filed on 11/11/14 in TXSD Page 7 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 165 of 274
Hearing                                                    April 6, 2009

7

1    divides us.

2              I think I can speak with certainty that

3    every member of this committee agrees that we should

4    do all that we reasonably can do to prevent all types

5    of voter fraud.  I think everybody on this committee

6    believes that we should do all we that we can do to

7    insure that any legal voter may vote.

8              I think everybody on this committee agrees

9    that it is equally unacceptable when a legal vote does

10   not count.  Whether that vote occurs due to an

11   unreasonable barrier to voting or due to an offsetting

12   fraudulent vote.

13             And what we're looking for here tonight

14   from the experts that have been asked to testify for

15   ideas on how we might enhance the security of our

16   elections while simultaneously expanding access to the

17   polls.

18             There are a number of questions that I

19   specifically am interested in hearing from the expert

20   witnesses on, and again my co-panelists may have other

21   questions they would like to emphasize for you to

22   address, as well.

23             No. One on my list is the extent of the

24   evidence of voter impersonation in Texas or

25   nationally.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031035

USA_00020559

```
 1                   No. Two:  Is such evidence the tip of the
 2       fraud iceberg or is it the entire iceberg?
 3                   Three:  If most voter fraud occurs through
 4       absentee ballots, what could or should be done about
 5       that?
 6                   Four:  Any reliable evidence that the
 7       Texas Senate version, and I'm going to lay that out in
 8       a minute and take a moment to read so that all of our
 9       witnesses are familiar to the extent that you're not,
10       and all our panelists and my colleagues are familiar
11       with the details of that legislation.
12                   But I'm interested in any reliable
13       evidence that the Texas Senate version of Voter ID
14       would either enhance or suppress voter turnouts.
15                   Five:  To what extent would you expect the
16       Texas Senate version, again, of Voter ID to defer
17       voter fraud.
18                   Six:  What is the best way to handle
19       provisional ballots cast due to an inadequate ID?  How
20       might we best ensure that a legal voter who casts a
21       provisional ballot will have their vote counted?
22                   Seven:  And this will be a fairly narrow
23       group of people, I presume, that would be able to
24       address this, but I'm interested in how many voters
25       can I register per million dollars spent?
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031036

USA_00020560

Case 2:13-cv-00193   Document 663-2   Filed on 11/11/14 in TXSD   Page 9 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-2   Filed 06/20/12   Page 107 of 274
Hearing                                                              April 6, 2009

9

```
 1              Those are the seven questions that I mark
 2       out that I am particularly interested in hearing from
 3       you about.  And at this time I will recognize anyone
 4       on the panel who wishes to be recognized for purposes
 5       of making any opening comments.
 6              At this time the chair shows
 7       representative Linda Harper-Brown to be present, and I
 8       recognize Representative Anchia to make opening
 9       comments.
10              REPRESENTATIVE ANCHIA:  Thank you,
11       Mr. Chairman and members of the committee and members
12       of the public and the expert witnesses that are here
13       today.  We appreciate everyone's participation in this
14       very important set of hearings.
15              We're going to be meeting today with
16       expert testimony and then tomorrow we will have the
17       public experts join us for additional hearings.
18              And I want to say it is my view that this
19       is an important exercise and an important part of
20       democracy.  And I want to thank you everyone,
21       especially those who came in from out of town who are
22       not from Texas and are willing to come here to help
23       inform us as we develop our public policy.
24              The focus of this hearing today will be
25       the Fraser Bill, the bill that was passed on a
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005679

TX_00031037

USA_00020561

Case 2:13-cv-00193 Document 662-2 Filed on 11/11/14 in TXSD Page 10 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 168 of 274
Hearing                                                                April 6, 2009

10

1      partisan basis out of the Senate and is coming out of

2      the House.

3                  And it is interesting to note that it is a

4      Voter Identification bill that seeks to remedy the

5      alleged problem or type of voter fraud in Texas that

6      would be voter impersonation.

7                  I've been on this committee for three

8      sessions now.  In 2005 we took testimony on this.  In

9      2006 we studied it during the interim.  2007, during

10     my second session I was on the committee.  2008, we

11     studied it during the interim.  And now we're going to

12     take testimony in 2009.

13                 And to date, even with an ongoing

14     investigation into voter fraud, generally, by the

15     Attorney General of the State of Texas, we have found

16     no documented cases of in-person, at the polls, voter

17     impersonation.

18                 So I ask frequently:  What is this bill

19     about?  And some might argue it is to deal with

20     potential for fraud.  But I also note that what we

21     have seen in the studies that we've undertaken is that

22     the fraud that does exist on behalf of voters have

23     been on mail-in ballots, which are wholly exempted

24     from the bills that we heard in 2005, 2007 and now

25     that we're hearing in 2009.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005680

TX_00031038

USA_00020562

Case 2:13-cv-00193  Document 662-2  Filed on 11/11/14 in TXSD  Page 11 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 169 of 274
Hearing                                                    April 6, 2009

11

```
1              And what I really would like this
2      committee to focus on and have members of the public
3      think about is the big beast in the room, ad that is
4      the low participation rates in Texas.  Texas is
5      consistently in the lowest quintile of participation
6      in the country.  This has not changed.
7              During the last few election cycles it is
8      clear that we have structural impediments to voting in
9      this state because people are not participating.  Even
10     with the very highly contested Presidential Election
11     during the last election cycle, it was barely over
12     half of our registered voters statewide that
13     participated in the election.
14              And I don't think that's good for Texas.
15     I don't think it's good for our democracy.  And if the
16     members of the committee want to engage on that issue,
17     what are we doing wrong now?  How can we increase
18     security in the system, but at the same time in the
19     spirit of Carter-Ford and then later Carter-Baker,
20     have additional access to the franchise so that we are
21     no longer last or next-to-last or near last in the
22     country in terms of voter participation.
23              And if the members of the committee and
24     members of the public and members of the expert
25     witness want to work on this, then I think we can have
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031039

USA_00020563

Case 2:13-cv-00193 Document 662-2 Filed on 11/11/14 in TXSD Page 12 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 170 of 274
Hearing                                                    April 6, 2009

12

1      a very big discussion.

2                   But that's the big beast in the room:  Is

3      Texas satisfied with the lack of participation in the

4      state and being either last or near last in voter

5      participation and turn-out year after year after year

6      and election cycle after election cycle after election

7      cycle?

8                   So members of the committee, I offer to

9      you my skills or lack thereof as a legislator in

10     trying to come up with a system that increases access

11     to the franchise, and at the same time, provides

12     greater security.

13                  Because I worry that the outcome of the

14     Fraser Bill, if passed by the House, who have negative

15     effects on access to that franchise and would

16     disenfranchise hundreds of thousands of Texans, and I

17     think that's a bad result.

18                  So I look forward to working with all of

19     you in achieving a good result.

20                  And may I say to the audience and to the

21     members of the media that I'm extremely appreciative

22     of the Chairman's approach to these hearings.  He has

23     been certainly a good listener and a gentleman as part

24     of this process, and I thank you, and I appreciate

25     your being inclusive as part of this process.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031040

USA_00020564

Case 2:13-cv-00193  Document 662-2  Filed on 11/11/14 in TXSD  Page 13 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 171 of 274
Hearing                                                    April 6, 2009

                                                                    13

```
 1              I've had for two sessions and had voter
 2     suppression bills crammed down our throat, and I think
 3     if we are willing to be bipartisan, I think we can get
 4     something done that all Texans can be proud of.
 5              CHAIRMAN TODD SMITH:  Thank you,
 6     Representative Anchia.
 7                   Representative Brown.
 8              REPRESENTATIVE BROWN:  It won't take me
 9     long, Mr. Chairman.
10              I just want to also welcome those who have
11     come here to help us by providing their expert
12     testimony on both sides of the issue.
13              And rather than taking your time, I will
14     not argue my case at this point.  I think we will have
15     plenty of time to do that later.
16              I just want to quote the Senator who
17     passed this in the Senate.  I think that he summed it
18     up so beautifully when he said, what we're here about,
19     we want to make it easy to vote but hard to cheat and
20     that's all we're trying to do.  Very easy to vote but
21     hard to cheat.  Thank you.
22              CHAIRMAN TODD SMITH:  Any other member who
23     wishes to make any opening comments before we lay out
24     this bill and begin expert testimony?
25              Sure.  Representative Veasey.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005683

TX_00031041

USA_00020565

14

1          REPRESENTATIVE VEASEY:  Mr. Chairman,

2    thank you very much for letting me sit in.  I'm not on

3    the committee but this is an issue that is near and

4    dear to me.

5               I think it's sad that just not too long

6    ago Dr. King and the civil rights marchers of the

7    1960s and before that gave their lives, marched,

8    threatened and had barriers put in front of them.  And

9    it seems to me that this is what this bill is really

10   all about.

11              I think my good friend from Dallas,

12   Representative Anchia, pointed out so eloquently, that

13   ever since the beginning of our freshman year we've

14   been debating this bill.  Not once has there been any

15   shred of voter impersonation that has been brought

16   before the House.  Not once.

17              And I've had a member, a very conservative

18   member, come up to me on the House Floor, and say,

19   "Mark, this is not going to hurt you.  Why are you

20   concerned about this?  This is only going to hurt

21   white democrats."

22              And I understand the point of the bill,

23   that you can shave enough of the minority vote, the

24   black and brown vote, because this is a racial issue.

25              Make no mistake about it.  Don't go home



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031042

USA_00020566

Case 2:13-cv-00193 Document 662-2 Filed on 11/11/14 in TXSD Page 15 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 173 of 274
Hearing                                                          April 6, 2009

15

1    tonight thinking that this is a about voter

2    impersonation or it's about Voter ID.  It's about

3    skimming enough minorities, people that have a hard

4    time beeping able to access documents.  People that

5    have a hard time being able to exercise their right to

6    vote.  People that don't have access to

7    transportation, like many of us are blessed to have.

8              This is about skimming enough votes so

9    some people can't get elected.  And we've had members

10   in this body that were elected or narrowly defeated by

11   just a few votes.  We have members that are here

12   today.  And it is inherently unfair.

13             I mean, I've looked at this bill.  I mean,

14   I go into everything with an open mind.  But I have

15   seen nothing after the three years, after three

16   sessions that we've been working on this, no one's

17   presented anything to show that there's voter

18   impersonation going on at polls.

19             And so I think with that, I understand

20   that people feel passionate about this on both sides

21   of the issue.  But I think in order to be honest with

22   yourself and sleep at night, that you have to say and

23   ask yourself the question:  Is this right, despite the

24   fact that no one has proved that anybody is doing

25   anything wrong?  Is it right?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005685

TX_00031043

USA_00020567

Case 2:13-cv-00193  Document 662-2  Filed on 11/11/14 in TXSD  Page 16 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 174 of 274
Hearing                                                        April 6, 2009

16

 1              Can you live with your conscious knowing

 2       that not just -- and I know Representative Anchia did

 3       a good job of just saying that it's Texans that would

 4       be disenfranchised, but a lot of the Texans, let's be

 5       honest, are going to be black and brown and poor

 6       folks.

 7              Can you really sleep with yourself at

 8       night knowing that if this bill passed, that most of

 9       the people that would be denied the right to vote are

10       going to be black, brown and poor?

11              Can you live with yourself knowing that

12       most of the people that would be denied the right to

13       vote are the same people, and they look like the same

14       people 30, 40 years ago, with Dr. King that were

15       denied the right to vote?

16              It's, basically, the same group of people

17       that have barriers put in front of them but it's just

18       a different time and a different generation.

19              And one of the things that I do like about

20       the conservative movement is that they say we should

21       never pass bills and that we should never pass laws or

22       make government interfere in people's lives when

23       there's no need for a law.

24              That you should only pass laws when there

25       are just these overwhelming instances to where



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031044

USA_00020568

Case 2:13-cv-00193 Document 662-2 Filed on 11/11/14 in TXSD Page 17 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 175 of 274
Hearing                                                      April 6, 2009

17

```
 1    government needs to take action to get involved in

 2    people's lives.

 3              And so now you have conservatives that are

 4    pushing this bill, that are looking forward to this

 5    bill, and nothing has been presented to them to show

 6    that government should add this extra barrier, should

 7    put this extra burden on here for minorities to be

 8    able to vote.

 9              We're just doing it just because we want

10    to see what's going to happen and see if enough votes

11    can be skimmed in order to make it a difference in a

12    tight race.

13              And to the person that said to me:  This

14    is not going to hurt you because you're in a safe,

15    black district -- well, guess what?  Maybe like

16    Barrack Obama, maybe I'll want to do something else

17    one day.  Maybe I'll want to run in a district to

18    where it will be a close race and I can't rely just on

19    all black votes.

20              Maybe the handful of black voters in our

21    districts that will be denied the right to vote, even

22    though I'm still going to win.

23              But that person that moves from apartment

24    to apartment, that moves from their grandparents'

25    house to a different apartment -- maybe those handful
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031045

USA_00020569

Case 2:13-cv-00193   Document 662-2   Filed on 11/11/14 in TXSD   Page 18 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-2   Filed 06/20/12   Page 176 of 274
Hearing                                                        April 6, 2009

18

1    of people in our district, even though I'm still going

2    to win -- I think it's still incumbent or me to look

3    out for their interests.

4              And that's why I'm up here today.  And,

5    Mr. Chairman, I thank you for allowing me to sit in on

6    the committee.

7              CHAIRMAN TODD SMITH:  Thank you,

8    Representative Veasey.

9              Anybody else here that wishes to make any

10   opening comments?

11             I think we've heard in these opening

12   comments people's sincere concerns about the concept

13   and notion on the one hand of voter fraud, and on the

14   other hand about voter suppression.

15             I think they're all sincere concerns, and

16   what this hearing, I hope, is going to be about is to

17   lay out before the entire committee so that there is a

18   deep understanding on everybody's part about the

19   extent to which the evidence supports those concerns.

20             I want to know everything there is to know

21   about the state of the evidence that would suggest

22   that a change in policy in the State of Texas from

23   requiring everyone to have some form of

24   identification, either a photo ID or non-photo ID, to

25   a policy that simply says:  If you do not have a photo



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031046

USA_00020570

Case 2:13-cv-00193   Document 662-2   Filed on 11/11/14 in TXSD   Page 19 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-2   Filed 06/20/12   Page 17 of 274
Hearing                                                    April 6, 2009

19

1    ID, instead of providing one form of photo ID, you

2    provide two forms of photo ID.

3              I'm very interested in hearing what the

4    actual evidence is that that change would have a

5    material impact on any legal voter's ability to vote.

6              And we are also interested in looking

7    fully and completely at the evidence of fraud and at

8    the extent to which it occurs and what we can do about

9    it.

10             We are going to focus on both of those

11   goals.  And it's my intent not to make any

12   presumptions at all about what the evidence will show

13   us but to listen to the best experts in the field and

14   then make reasonable and rational conclusions based

15   upon that evidence at the end of the day.

16             Representative Anchia.

17             REPRESENTATIVE ANCHIA:  Just a question,

18   Mr. Chairman:  How are we going to handle resource

19   witnesses?  Which ones have we invited and which ones

20   are available to testify?  For example:  Attorney

21   General?  Secretary of State?  DPS?

22             CHAIRMAN TODD SMITH:  I think they're all

23   here, and it was my expectation that you would want to

24   hear from all of them.

25             And so, roughly, I don't know that I



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031047

USA_00020571

Case 2:13-cv-00193  Document 662-2  Filed on 11/11/14 in TXSD  Page 29 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 178 of 274
Hearing                                                        April 6, 2009

                                                                    20

1    calculated for the length of the opening statements,

2    but it was my intent to roughly finish the expert

3    testimony around 11:00.  Recognizing that things don't

4    always go like you want them to.

5              I figured that by the time we heard from

6    the resource witnesses, that we would be able to get

7    out of hear by midnight.

8              REPRESENTATIVE ANCHIA:  Would it be

9    appropriate, just as to the state of the law, to have

10   them come up just intermittently and briefly to answer

11   a specific question that we might not be clear on?

12             CHAIRMAN TODD SMITH:  Absolutely.  My

13   preference would be if you would, that that occur

14   outside or just after the 40 minutes.  Just make note

15   of your questions of those witnesses.

16             And before we bring the next witness up,

17   we will have the opportunity to bring the resource

18   witnesses up.

19             REPRESENTATIVE ANCHIA:  Thank you,

20   Mr. Chairman.

21             CHAIRMAN TODD SMITH:  Okay.  All right.

22             At this time, the chair will hand the

23   gavel to vice chair Pena.

24             VICE-CHAIRMAN PENA:  The chair now lays

25   out SB 362 by Fraser, and calls on representative



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 662-2 Filed on 11/11/14 in TXSD Page 21 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 179 of 274
Hearing                                                                April 6, 2009

                                                                              21
1     Smith to explain the bill.

2              CHAIRMAN TODD SMITH:  Okay.  I want to

3     take a few minutes, members and testifiers, to explain

4     this bill in case there's anyone out there, either

5     here or there, that has not had the opportunity to

6     fully understand.

7              This is not the Indiana law.  I know we've

8     got people here from Indiana, but we're interested in

9     hearing from everybody, again, about the difference

10    between this bill and our current law, and what the

11    evidence would suggest the impact of that would be,

12    both on the side of the deterring fraud and on the

13    side of discouraging any legal voter.

14             Senate Bill 362.  Senate Bill amends the

15    Election Code to require the voter registrar of each

16    county to provide notice of the voting requirements

17    for voting prescribed by provisions relating to the

18    acceptance of a voter for voting and a detailed

19    description of those requirements with each Voter

20    Registration Certificate or Renewal Registration

21    Certificate issued.

22             The bill requires the Secretary of States

23    to prescribe the wording of the notice to be provided

24    on the certificate.  The bill makes these provisions

25    effective September 1, 2009.  So anybody who registers



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031049

USA_00020573

Hearing                                                    April 6, 2009

22

1     to vote or renews their registration would receive by

2     mail this information notifying them of the changes in

3     the law.

4               Senate Bill 362 requires the Secretary of

5     State and the Voter Registrar of each county that

6     maintains a website to provide notice of the

7     certification requirements for voting on each entity's

8     respective website and requires the Secretary of State

9     to prescribe the wording of that notice.

10              The bill requires the Secretary of State,

11    in cooperation with the voter reporting organizations

12    as determined by the Secretary of State and with each

13    party who's nominated for governor or in most recent

14    general election receive 20 percent or more in the

15    total number of votes, which would be Republicans and

16    Democrats received by all candidates on Governor on

17    elections to establish a statewide effort and educate

18    voters regarding the identification requirements for

19    voting.

20              The bill also authorizes the Secretary of

21    State to use any available funds, including federal

22    funds, to implement these provisions.  The bill makes

23    these provisions effective September 1, 2009.

24              Senate Bill 362 requires the training

25    standards for election judges adopted by the Secretary



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005692

TX_00031050

USA_00020574

Case 2:13-cv-00193  Document 662-2  Filed on 11/11/14 in TXSD  Page 23 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 181 of 274
Hearing                                                        April 6, 2009

23

1      of State to include provisions on the acceptance and

2      handling of the identification presented by a voter to

3      an election officer in accordance with the regular

4      procedure of accepting a voter and requires each

5      election clerk to complete that part of the training

6      program.  The bill makes these provisions effective

7      September 1, 2009.

8               Senate Bill 362 requires the presiding

9      judge of an election precinct to post notice with a

10     list of the acceptable forms of photographic and

11     non-photographic identification in a prominent place

12     on the outside of each polling location, and requires

13     that information to be printed using a font that is,

14     at least, 24 points.

15              Senate Bill 362 requires a voter on

16     offering to vote to present to an election officer at

17     the polling place either one acceptable form of photo

18     identification or two acceptable forms of

19     non-photographic identification, rather than the

20     voter's Voter Registration Certificates.

21              It includes, just to be clear -- the Voter

22     Registration Certificates is one of the two forms of

23     forms that is acceptable.  So most people vote already

24     with photo identification.  The minority of people

25     currently who simply lay down a Voter Registration



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005693

TX_00031051

USA_00020575

Case 2:13-cv-00193   Document 662-2   Filed on 11/11/14 in TXSD   Page 24 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-2   Filed 06/20/12   Page 182 of 274
Hearing                                                                April 6, 2009

24

1     Card.

2                 The only change in this bill from current

3     law is that those people, in addition to laying the

4     Voter Registration Card on the table, would also have

5     to supplement back that Voter Registration Card, back

6     that up with an additional document on the list of

7     non-photo identification that is available, such as an

8     envelope from a governmental agency.

9                 Any of those items, if not all of them,

10    are already on the list of non-photographic

11    identification that is acceptable at the polls.

12                The bill makes conforming changes to

13    provisions relating to a voter's statement of

14    residence.  A voter with the correct certificate who

15    is not on the precinct list of registered voters, a

16    voter who is not on the certificate who is on not the

17    precinct list of registered voters and the regular

18    procedures for accepting voters.

19                Senate Bill 362 specifies that the

20    following documentation is an acceptable form of

21    photographic identification for voting:  A driver's

22    license or personal identification card issued to the

23    person by the Department of Public Safety that is not

24    expired or that expired no earlier than two years

25    before the date of presentation.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005694

TX_00031052

USA_00020576

Hearing                                                        April 6, 2009

                                                                          25

1              The United States Military Identification

2        Card that contains the person's photograph.

3                    A United States Citizenship Certificate

4        issued to the person that contains the person's

5        photograph.

6                    A United States Passport issued to the

7        person.

8                    A License to Carry a Concealed Handgun

9        issued to the person by the DPS or a valid

10       identification card that contains the person's

11       photograph and is issued by an agency or institution

12       of the federal government or of an agency, institution

13       or political subdivision of Texas, such as -- well,

14       that may be on the next paragraph.

15                   Any identification card with a photograph.

16       Senate Bill 362 adds the following documentation as

17       acceptable non-photographic proof of identification

18       for voting:

19                   One, the voter's Registration Certificate.

20                   Next, an original or certified copy of the

21       person's marriage license or Divorce Decree.

22                   Next, court records of the person's

23       adoption, name change or sex change.

24                   Next, identification card issued to the

25       person by governmental entity of Texas or the United



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005695

TX_00031053

USA_00020577

Hearing                                                    April 6, 2009

                                                                      26

1        States for the purpose of obtaining public benefits,

2        including veterans' benefits, Medicaid or Medicare.

3                    Next, a Temporary Driving Permit issued to

4        the person by DPS.

5                    Next, a pilot's license issued to the

6        person by the Federal Aviation Administration or

7        another authorized agency of the United States.

8                    Next, a library card that contains the

9        person's name, issued to the person by a public

10       library located in the state.

11                   Or next, a hunting or a fishing license

12       issued to the person by the Parks & Wildlife

13       Department.

14                   Senate Bill 362 removes the following

15       documentation as acceptable proof of identification

16       for voting:  A document similar to a driver's license

17       or personal identification card issued to the person

18       by an agency of another state, regardless of whether

19       the license or card has expired.

20                   A non-specified form of identification

21       containing the person's photograph that establishes

22       the person's identity or any other form of

23       identification prescribed by the Secretary of State.

24                   Senate Bill 362 authorizes a voter, if the

25       identification requirements are not met, to be



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031054

USA_00020578

Case 2:13-cv-00193   Document 662-2   Filed on 11/11/14 in TXSD   Page 27 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-2   Filed 06/20/12   Page 185 of 274
Hearing                                                            April 6, 2009

27

```
 1        accepted for provisional voting, only under the

 2        provisions relating to the acceptance of an Affidavit

 3        to cast a provisional ballot.

 4                   The bill requires an election officer to

 5        inform a voter that is not accepted for voting because

 6        of failing to present the required identification of

 7        the voter's right to cast the provisional ballot under

 8        those provisions.

 9                   Senate Bill 362 amends the Transportation

10        Code prohibit DPS from collecting a fee for a person's

11        identification certificate issued to a person who

12        states that the person is obtaining the personal

13        identification certificate for the sole purpose of

14        satisfying requirements for a photographic

15        identification for voting who is a registered voter in

16        Texas and presents a valid, Voter Registration

17        Certificate or who is eligible for voter registration

18        and submits a Voter Registration Application to the

19        department.

20                   So the way I read that, you go to your DPS

21        officer, present your Voter Registration Certificate,

22        you get a free photo identification.

23                   So the question is:  The difficulty in

24        accessing the DPS facilities that are currently in

25        place across the state.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005697

TX_00031055

USA_00020579

Case 2:13-cv-00193  Document 663-2  Filed on 11/11/14 in TXSD  Page 28 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 186 of 274
Hearing                                                          April 6, 2009

28

```
 1                    Senate Bill 362 requires the Secretary of
 2       State, as soon as practicable on or after September 1,
 3       2009, to adopt the training standards and develop the
 4       training materials required to implement the bill's
 5       provisions related to training.
 6                    The bill requires the County Clerk of each
 7       county, as soon as practical on or after September 1,
 8       2009, to provide a session of training using the
 9       standards adopted and materials developed by the
10       Secretary of State.
11                    Members, do we have any questions for
12       this?
13                    Representative Anchia.
14                    REPRESENTATIVE ANCHIA:  Yes, Mr. Chairman,
15       who's the House sponsor of this bill?
16                    CHAIRMAN TODD SMITH:  I presume I will be,
17       but that decision has not been made yet.
18                    Representative Anchia?
19                    REPRESENTATIVE ANCHIA:  If we have
20       questions about the specific provisions in the bill,
21       who should we direct those questions to?
22                    CHAIRMAN TODD SMITH:  Since we don't have
23       a House sponsor and we don't have the author here --
24                    REPRESENTATIVE ANCHIA:  I have a lot of
25       questions on the mechanics of the bill, and I'm just
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031056

USA_00020580

Case 2:13-cv-00193  Document 662-2  Filed on 11/11/14 in TXSD  Page 29 of 274
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 187 of 274
Hearing                                                      April 6, 2009

29

1     trying to think who's the best person to address those

2     questions to?

3                   CHAIRMAN TODD SMITH:  I presume I'm the

4     best person to answer those and maybe our staff can

5     see if they can find someone.

6                   Travis, are you listening?

7                   See if someone's available to answer any

8     questions that I can't answer on the technical aspects

9     of the bill.

10                  REPRESENTATIVE ANCHIA:  And final,

11    Mr. Chairman, I did notice that there is a new fiscal

12    note that is different than the fiscal note that is in

13    the Senate.  I believe the fiscal note in the Senate

14    was 0.  The new fiscal note is $2 million.

15                  I'm curious as to the methodology of LBB.

16    How they came up with such a radically different

17    outcome three weeks later and what they believe the

18    $2 million is tied to.

19                  I mean, I don't know.  Will we have

20    someone from LBB here to answer those questions?

21                  CHAIRMAN TODD SMITH:  I don't believe we

22    have a resource witness from LBB but I'll be glad to.

23                  REPRESENTATIVE ANCHIA:  I think it's

24    fairly self-explanatory in terms of the manner in

25    which they determined that there want a fiscal note.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005699

TX_00031057

USA_00020581

Case 2:13-cv-00193   Document 662-2   Filed on 11/11/14 in TXSD   Page 30 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-2   Filed 06/20/12   Page 188 of 274
Hearing                                                        April 6, 2009

30

1              For example, one of the provisions to

2      require the Secretary of State or require the local

3      voter registrar provide a written explanation in the

4      changes of the law every time someone registers or

5      renews their Voter Registration Certificate.

6              Is that a new provision to the bill?  I'm

7      curious as to why in the Senate that the fiscal note

8      was 0, and then just three weeks later we have a

9      $2 million fiscal note.

10              What methodology was used?  What sort of

11      deliverables they believe they need to be provided?

12              CHAIRMAN TODD SMITH:  My suggestion on

13      that, Representative Anchia, is that we invite --

14      please make a note of this -- those people to attend

15      our hearing tomorrow night so they would have an

16      opportunity to make a comment and to answer my

17      questions you might have.

18              Does that work?

19              REPRESENTATIVE ANCHIA:  Okay.  Thank you.

20      Thank you, Mr. Chairman.

21              CHAIRMAN TODD SMITH:  Are there any other

22      questions?

23              REPRESENTATIVE ALLEN:  Yes, I have one

24      question.

25              CHAIRMAN TODD SMITH:  Representative



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005700

TX_00031058

USA_00020582

Case 2:13-cv-00193   Document 662-2   Filed on 11/11/14 in TXSD   Page 31 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-2   Filed 06/20/12   Page 189 of 274
Hearing                                                                April 6, 2009

31

```
 1    Allen.
 2               REPRESENTATIVE ALLEN:  Yes.  One question.
 3               Are you saying to me if I showed up to
 4    register, I need my Voter Registration Book?
 5               CHAIRMAN TODD SMITH:  No.
 6               REPRESENTATIVE ALLEN:  If I show up with
 7    just my Voter Registration, I'm okay?
 8               CHAIRMAN TODD SMITH:  If you show up to
 9    register, you said?  I don't believe there's any
10    changes in the registration procedures.
11               REPRESENTATIVE ALLEN:  To vote?
12               CHAIRMAN TODD SMITH:  Yes.  In this piece
13    of legislation, currently, let's make it clear as that
14    can be:  Currently there is a list of documents,
15    photographic identification and a list of
16    non-photographic identification.
17               REPRESENTATIVE ALLEN:  I got that list.  I
18    got that.
19               CHAIRMAN TODD SMITH:  Since the late 1990s
20    you have to have a document in order to vote.
21               REPRESENTATIVE ALLEN:  Correct.
22               CHAIRMAN TODD SMITH:  You have to have the
23    identification.  That is already the law.
24               REPRESENTATIVE ALLEN:  I got that already.
25               CHAIRMAN TODD SMITH:  If you don't, you
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031059

USA_00020583

Case 2:13-cv-00193 Document 662-2 Filed on 11/11/14 in TXSD Page 32 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 190 of 274
Hearing                                                                    April 6, 2009

                                                                                32

 1          cast a provisional ballot, which in most instances,

 2          does not count, I understand.

 3                          REPRESENTATIVE ALLEN:  Okay.  What I'm

 4          trying to see is I must have my Voter Registration

 5          Form?

 6                          CHAIRMAN TODD SMITH:  My understanding of

 7          the Senate legislation is you have to have two forms

 8          of non-photographic identification on the list.  A

 9          Voter Registration Certificate is one acceptable form.

10                          REPRESENTATIVE ALLEN:  Okay.

11                          CHAIRMAN TODD SMITH:  It is not a

12          mandatory form.  It is not one of the two that must be

13          shown.

14                          REPRESENTATIVE ALLEN:  Okay.  So I can

15          have two others?

16                          CHAIRMAN TODD SMITH:  You can have two

17          others.  That's my understanding.

18                          REPRESENTATIVE ALLEN:  I'm just trying to

19          get it to the point -- to the bottom of -- if I lose

20          my Voter Registration and that's with that, and I

21          still just need two other forms of I.D.?

22                          CHAIRMAN TODD SMITH:  That's my

23          understanding.

24                          REPRESENTATIVE ALLEN:  All right.

25                          CHAIRMAN TODD SMITH:  If I'm wrong, we'll



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031060

USA_00020584

Case 2:13-cv-00193 Document 662-2 Filed on 11/11/14 in TXSD Page 33 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 191 of 274
Hearing                                                                April 6, 2009

33

1    correct that tomorrow.

2                    REPRESENTATIVE ALLEN:  All right.

3                    CHAIRMAN TODD SMITH:  Representative

4    Heflin.

5                    REPRESENTATIVE HEFLIN:  Just so I'm clear:

6    The new fiscal note here is saying the DPS is

7    forwarding the existing cost of using -- that the DPS

8    would absorb that cost?

9                    CHAIRMAN TODD SMITH:  Yes.  Obviously, the

10   overwhelming majority of Texans already have the

11   photographic documentation that is required of this

12   legislation.

13                   We're talking about, you know, the

14   testimony today to identify this.  But my

15   understanding is that the percentage of Texans, the

16   voting-age Texans who do not have the photographic

17   identification that is not required but allowed under

18   this bill is something less than five percent of

19   voting age population.

20                   That percentage of people, whichever ones

21   of them presented themselves at a DPS station and

22   said, I wish to have a photographic identification

23   free of charge that I intend to use for purposes of

24   voting, would be given a photographic identification

25   free of charge at their local DPS station.  That's my



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005703

TX_00031061

USA_00020585

Case 2:13-cv-00193 Document 663-2 Filed on 11/11/14 in TXSD Page 34 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 192 of 274
Hearing                                                                  April 6, 2009

34

1    understanding of how that works.

2              The reason that there is not a fiscal note

3    there is because it is an additional burden on DPS and

4    could easily be handled within available revenues when

5    you consider what a small percentage of the population

6    would be in that category.

7              And the fact that some of the people that

8    are in that category might be using it for purposes

9    other than simply voting.

10             REPRESENTATIVE HEFLIN:  So a concern I

11   have is that LBB has said the Secretary of State is to

12   provide $2 million for this education.  It also says

13   that local government impact, but it doesn't say how

14   much that's going to cost local government's.

15             Who's going to pay for all this additional

16   training and who's going to pay for all this

17   additional signage?  And who's going to pay for all

18   the extra staff needed to implement this?

19             CHAIRMAN TODD SMITH:  Well, I think we

20   will have LBB here tomorrow, and to the extent that

21   they have deemed -- it is free for local government.

22             REPRESENTATIVE BROWN:  Fiscal impact would

23   vary from county to county.  Costs would include the

24   amendment both for printing signs to post at each

25   polling place, which would not be significant.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031062

USA_00020586

Case 2:13-cv-00193  Document 662-2  Filed on 11/11/14 in TXSD  Page 35 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 195 of 274
Hearing                                                        April 6, 2009

35

1          Other potential costs would be associated

2     with additional training and posting information to

3     the county websites.  Again, those costs are not

4     expected to be significant.  People are already

5     trained.  This is simply training that would occur at

6     the same time training already occurs.

7          One smaller county response anticipates

8     that the new provisions regarding casting and

9     provisional ballots would require hiring additional

10    staff, resulting in a moderate to significant cost.

11         REPRESENTATIVE HEFLIN:  But you agree that

12    it's going to take more time and money to train these

13    people to be able to identify 16 different forms to

14    verify that they're legitimate?

15         REPRESENTATIVE TODD SMITH:  Well, you

16    know, I just want to emphasize again that they're

17    already doing that.

18         We already have a list of photographic and

19    non-photographic identification that is acceptable at

20    the polls.  You have to do that now.  I presume these

21    people are already trained on what is acceptable and

22    what is not acceptable.

23         We're simply taking these two lists --

24    there are some small changes on the list, but we're

25    taking the two lists that already exists or the Senate



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031063

USA_00020587

Case 2:13-cv-00193  Document 662-2  Filed on 11/11/14 in TXSD  Page 36 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 194 of 274
Hearing                                                          April 6, 2009

36

1    Bill does and instead of saying you've gotta have one

2    off of the other, we're saying if you choose this list

3    that does not include photographic identification,

4    then you need to back up your Voter Registration Card

5    or whatever document you place on the table with an

6    additional non-photographic identification ever so

7    much.

8              So my presumption is that the training or

9    the extent of the training would be very similar and

10   will be different than current training but should be

11   no more burdensome than existing training in terms of

12   the impact on local governments.

13             Representative Brown and then

14   Representative Anchia.

15             And let me just say, members that want to

16   go to bed at midnight, that at some point we're going

17   to need to get to the witnesses but we're going to be

18   in trouble.

19             REPRESENTATIVE BROWN:  Let me say one

20   question:  You used the five-percent figure for those

21   who do not have photo ID.

22             How do the people who vote by mail, those

23   who vote from a nursing home that is provided in here,

24   the 70 and so on -- have those been subtracted in

25   order to come up with the five percent number?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031064

USA_00020588

Case 2:13-cv-00193  Document 662-2  Filed on 11/11/14 in TXSD  Page 37 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 195 of 274
Hearing                                                    April 6, 2009

                                                                    37

1              CHAIRMAN TODD SMITH:  That's why I

2      qualified that number with we're going to hear expert

3      testimony tonight that will help us identify what that

4      is.

5              REPRESENTATIVE BROWN:  Okay.  Okay.

6              CHAIRMAN TODD SMITH:  My general intent

7      with throwing that number out there was just to

8      present the suggestion that the overwhelming majority

9      of voting-age people already have photographic

10     identification.

11             There is a small minority of people who do

12     not.  They are the minority that have the

13     constitutional right to vote.

14             And I know every member on this committee

15     takes very serious the fact that even those who do not

16     have photographic identification, do have a

17     constitutional right to vote.

18             And simply because they're a minority,

19     does not mean that we don't take that right seriously

20     and any legislation that comes out of this committee

21     is going to take that right seriously.

22             And so I was not intending to establish as

23     a matter of fact the percentage, but to simply relay a

24     general sense on my part that you're talking about a

25     small minority of legal age voters.  We'll let these



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193   Document 662-2   Filed on 11/11/14 in TXSD   Page 38 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-2   Filed 06/20/12   Page 196 of 274
Hearing                                                              April 6, 2009

38

```
1      people tell us what percentage.

2                I'll defer to Dr. Alan.

3                CHAIRMAN TODD SMITH:  Okay.

4                REPRESENTATIVE ALLEN:  I wanted to ask a

5      question about the DPS reference you made, chair.

6                You said you could get your voting ID at

7      the DPS.  You said just show up at the DPS office and

8      you could get your I.D. free.

9                CHAIRMAN TODD SMITH:  Yes, ma'am.

10               REPRESENTATIVE ALLEN:  Show up is a

11     question I have.  Show up.  I've got to go there.

12               CHAIRMAN TODD SMITH:  To get a picture

13     taken.

14               REPRESENTATIVE ALLEN:  To get a picture

15     taken and there are a lot of people who would not be

16     in a position to show up at the office.

17               The other thing I thought I heard you say

18     was that you could only use this I.D. for voting.

19               So if I showed up, if I was able to show

20     up and I had this piece of ID in my person and I

21     wanted to use it for something else, I'd be dong what?

22               CHAIRMAN TODD SMITH:  No.  You can't use

23     it for voting.

24               REPRESENTATIVE ALLEN:  No.  I want to use

25     it for something else.  I can only use it for voting?
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005708

TX_00031066

USA_00020590

Hearing                                                    April 6, 2009

                                                                    39

1       Is that what you meant?

2                   CHAIRMAN TODD SMITH:  Well, I think that's

3       the way the Senate Bill is written.  That it is free

4       for purposes -- let's see if we can find that in terms

5       of the free provision, in terms of how it's written.

6                   REPRESENTATIVE BROWN:  It's my

7       understanding, that in order to get the free I.D., it

8       has to be for the purposes of voting.

9                   However, after you possess that, there's

10      no provision that says you can't use it for other

11      things.  That's my understanding.

12                  CHAIRMAN TODD SMITH:  That's a good point.

13      And what the language says is, "The department may not

14      collect the fee for a Personal Identification

15      Certificate for the person who states that the person

16      is obtaining the Personal Identification Certificate

17      for the sole purpose of obtaining Section 63.1-B of

18      the Election Code.  And who is registered to vote in

19      states and present a valid Voter Registration

20      Certificate."

21                  REPRESENTATIVE ALLEN:  But I'm concerned

22      that after I get it, I want to make sure that this is

23      not in the bill.

24                  That after I get it, I voted.  Now, I go

25      and maybe I need to go and cash a check or do



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031067

USA_00020591

Case 2:13-cv-00193  Document 662-2  Filed on 11/11/14 in TXSD  Page 40 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 198 of 274
Hearing                                                        April 6, 2009

40

```
 1     something else or the police stop me and I need some
 2     I.D.
 3                    I cannot use that for ID purposes?
 4                    CHAIRMAN TODD SMITH:  To the extent that
 5     that's not clear in the legislation, I would agree
 6     that we should make it clear.
 7                    REPRESENTATIVE ALLEN:  At some point, I
 8     think we'll have another law.
 9                    CHAIRMAN TODD SMITH:  Sure.  I think that
10     needs to be clear.
11                    REPRESENTATIVE ANCHIA:  Mr. Chairman.
12                    CHAIRMAN TODD SMITH:  Representative
13     Anchia.
14                    REPRESENTATIVE ANCHIA:  Mr. Chairman, just
15     one more question about the bill:  The bill that is
16     before us today is the Fraser Senate Bill.
17                    CHAIRMAN TODD SMITH:  That's correct.
18                    REPRESENTATIVE ANCHIA:  Tomorrow, we will
19     have the Brown Bill, the Heflin Bill, the Bonnen Bill
20     and the Fraser Bill, correct?
21                    CHAIRMAN TODD SMITH:  And we also
22     suspended the rules on the House Floor so that we
23     would have a couple of Dunham Bills and we would also
24     have a Chuck Hopson Bill.
25                    REPRESENTATIVE ANCHIA:  Okay.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005710

TX_00031068

USA_00020592

Case 2:13-cv-00193 Document 662-2 Filed on 11/11/14 in TXSD Page 41 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 199 of 274
Hearing                                                                April 6, 2009

41

1           CHAIRMAN TODD SMITH:  We will be dealing

2    in some manner with this general issue?

3           REPRESENTATIVE ANCHIA:  Do any of them

4    have committee substitutes?  Because we created a rule

5    that we were going to be able to review committee

6    substitutes with some advanced warning.

7           CHAIRMAN TODD SMITH:  You know, I don't

8    know.

9           REPRESENTATIVE ANCHIA:  Okay.  But is that

10   something that we should discuss as a committee before

11   we take up and consider those bills?

12          CHAIRMAN TODD SMITH:  Yeah.  We could do

13   that.  If anybody feels like any of that is a

14   surprise, then we can certainly accommodate those

15   concerns.

16          REPRESENTATIVE ANCHIA:  So I just want to

17   be clear:  That the Fraser Bill that was discussed

18   earlier, that the Fraser Bill has an exemption for

19   people that are 70 years old and that is not the

20   Fraser Bill, that is the Brown Bill, correct?

21          CHAIRMAN TODD SMITH:  That's correct.

22          REPRESENTATIVE ANCHIA:  And the Brown Bill

23   is not before us, correct?

24          CHAIRMAN TODD SMITH:  That's correct.  I

25   don't want to speak for Betty in terms of what is in



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005711

TX_00031069

USA_00020593

Hearing                                              April 6, 2009

42

1    her bill, but I believe that is in her bill.

2              REPRESENTATIVE ANCHIA:  I think, yeah.

3    The question arose, and the inference was made that it

4    was in this bill.  And I don't believe that.  I

5    believe it is in one of the bills we're going to hear

6    tomorrow.

7              CHAIRMAN TODD SMITH:  Okay.

8              REPRESENTATIVE ANCHIA:  The second issue

9    related to poll-worker training.  I want to make sure

10   we're talking apples to apples, Mr. Chairman.

11             You said you didn't think there would be

12   any significant increase in training.  We are adding a

13   substantial, additional number of documents, and we

14   are moving from a presentment standard to an identity

15   standard.  In other words, there has to be a visual

16   confirmation of identity under the Fraser Bill.

17             So that is a significantly different

18   standard.  And we did hear testimony from the

19   Department of Public Safety during the interim that

20   there is a special training associated with that.

21             So I don't want anybody in the media or

22   the audience to leave thinking this is an apples to

23   apples training.

24             CHAIRMAN TODD SMITH:  Yeah.  I think

25   you're right about that, Representative Anchia.  And



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005712

43

```
 1        for whatever it's worth, I publicly signaled my

 2        displeasure with that particular provision.

 3                   And to the extent that it is removed in

 4        the House version would eliminate any -- I think it

 5        would create a bill where the additional -- the

 6        additional costs of the counties is more in line with

 7        what I've just described.

 8                   But I think you're right, that in the

 9        Senate version, somebody would have to be trained on,

10        as I understand it correctly, when you like yourself,

11        for your vote to count.

12                   REPRESENTATIVE ANCHIA:  Mr. Chairman, I

13        appreciate your signal, and I just want to make sure

14        we talk about the Fraser Bill today.  So thank you.

15        Thank you for that clarification.

16                   CHAIRMAN TODD SMITH:  Representative

17        Bohac.

18                   REPRESENTATIVE BOHAC:  Mr. Chairman, I

19        just wanted to just briefly address Dr. Allen's

20        comments a moment ago.

21                   It's in Section 12 of the bill, and the

22        DPS usually issues an official ID card or Texas

23        driver's license.  And this would be an ID card that

24        could be used for any other purposes for which an ID

25        card could be used for.  So I think that would address
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031071

USA_00020595

Case 2:13-cv-00193 Document 662-2 Filed on 11/11/14 in TXSD Page 44 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 202 of 274
Hearing                                                        April 6, 2009

```
                                                                44
 1     your concern and it's in Section 12.

 2                    REPRESENTATIVE BROWN:  Thank you.

 3                    REPRESENTATIVE BOHAC:  And it's in Section

 4     12.

 5                    REPRESENTATIVE BROWN:  Thank you.

 6                    CHAIRMAN TODD SMITH:  Any other questions?

 7                    REPRESENTATIVE VEASEY:  Yes, sir.

 8                    CHAIRMAN TODD SMITH:  Representative

 9     Veasey.

10                    REPRESENTATIVE VEASEY:  Just looking

11     through the bill, I didn't see anything in there about

12     being able to use your utility bill.

13                    Is there somewhere in the bill that

14     addresses being able to use your utility bill?

15                    CHAIRMAN TODD SMITH:  I don't believe it

16     indicated that that was eliminated from the list.

17                    Yes, Representative Veasey, if you look at

18     the bottom of Page 6, it's current law and it states

19     it in this language.

20                    REPRESENTATIVE VEASEY:  Okay.

21                    CHAIRMAN TODD SMITH:  "Registration card,

22     current utility bill, bank statement.  Government

23     check, paycheck or other government document that

24     shows the name and address of the voter."

25                    REPRESENTATIVE VEASEY:  Okay.  Thank you.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005714

TX_00031072

USA_00020596

Case 2:13-cv-00193 Document 662-2 Filed on 11/11/14 in TXSD Page 45 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 203 of 274
Hearing                                                    April 6, 2009

                                                                      45

1              CHAIRMAN TODD SMITH:  Okay.

2              Any other questions before we move on to

3      witnesses?

4              Okay.  Can I take it back?

5              Thank you.

6              Chairman Pena.

7              At this time, we will begin with our

8      testimony.  Remember the rules from a time standpoint.

9      You'll have the clock down here, which will begin as

10     soon as you begin speaking.

11             At this time the chair recognizes Todd

12     Rokita, the Secretary of State of Indiana.

13     Representative and voters and tax payers in the state

14     of Indiana who wish to testify in favor for or against

15     Senate Bill 362, welcome.

16             TODD ROKITA:  Thank you, Mr. Chairman.

17             Mr. Chairman, may I begin?

18             CHAIRMAN TODD SMITH:  You may.

19             TODD ROKITA:  Thank you, sir.

20             Greetings from the people of the state of

21     Indiana.  It's an absolute honor to be before

22     colleagues and distinguished leaders of what many of

23     us consider a very great state.

24             Every time I come into the state, which I

25     can't say is often enough, I'm reminded of the spirit



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031073

USA_00020597

Case 2:13-cv-00193 Document 662-2 Filed on 11/11/14 in TXSD Page 46 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 204 of 274
Hearing                                                       April 6, 2009

46

```
 1        of the people of Texas.  Its history of independence

 2        and what a leader for the country this jurisdiction

 3        is.  So it is truly an honor to be back.

 4               In that vain, I'd like to discuss and

 5        answer the questions that you pose.

 6               The experience in Indiana --

 7               CHAIRMAN TODD SMITH:  Secretary Rokita,

 8        you may have started without stating your name and who

 9        you represent.  Would you please just do that for

10        these purposes.

11               TODD ROKITA:  You just did when you

12        introduced me.

13               CHAIRMAN TODD SMITH:  There are some

14        people who believe if you don't do it, it may create a

15        problem with the transcript.

16               TODD ROKITA:  Okay.  I'm Todd Rokita of

17        the aforementioned person.  I'm the Secretary of State

18        of Indiana.

19               CHAIRMAN TODD SMITH:  Thank you.

20               TODD ROKITA:  And we do have a Photo ID

21        law without exception.

22               But I am not here, as I was getting ready

23        to say at all, to presume to tell you fellow leaders

24        what ought to be in the state of Texas.  We believe

25        too much in state's rights like you do to do something
```



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005716

TX_00031074

USA_00020598

Case 2:13-cv-00193 Document 662-2 Filed on 11/11/14 in TXSD Page 47 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 205 of 274
Hearing                                                        April 6, 2009

47

1    like that.
2                I am here, and in looking at your
3    biography, see that we have a good deal of lawyers on
4    the committee, as am I.
5                Please consider me a fact witness.  So I'm
6    to answer questions about how things went in Indiana.
7    Not to ignore, Mr. Chairman, your request to try to
8    extending what is Texas law and what this bill does.
9                As I go through my testimony, which I
10   don't expect to take all of ten minutes, hopefully
11   some of yours questions will be answered and I'm happy
12   to answer them directly afterwards.
13               This year the country and especially
14   Indiana, because we grew the man from the year 7 to
15   21, we celebrate the 200th anniversary of Abraham
16   Lincoln's birthday.
17               Yet in many parts of the country, and
18   until recently in Indiana, we were electing our
19   leaders as if Abraham Lincoln was still on the ballot.
20   In fact, he's the one that helped invent the precinct
21   structure, and we used signatures on written poll
22   books back then we used on the ballot because that was
23   the best technology we had.
24               We have seen more election reform in the
25   last eight years or so than we have seen since the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031075

USA_00020599

Case 2:13-cv-00193 Document 662-2 Filed on 11/11/14 in TXSD Page 48 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 206 of 274
Hearing                                                                April 6, 2009

48

1    Voting Right Act of 1965.

2              And we that sentence, I just said a

3    mouthful.  We need to start voting how we live in the

4    21st century.  And with all the accessibility that we

5    have introduced into the process, Mr. Chair, since the

6    amendments to the United States Constitution, up to

7    the federal statutory changes that led to the Voters'

8    Rights Act in 1965, to the whole slew of state

9    accessibility measures and now most recently another

10   piece of legislation called the Help America Vote Act,

11   makes voters and the process more and more acceptable

12   accessible.

13             What photo ID in Indiana said if you don't

14   start adding another bumper rail to all that

15   accessibility with measures of integrity like photo

16   ID, then you won't have a process that people will

17   believe.  If people stop believing in the process,

18   voter turn-out goes down.  When voter turn-out goes

19   down, we lose the republic.

20             So when my good friend Raphael Anchia

21   says, what is the mood on the table here?  Why is the

22   voter turn-out so low?

23             In Indiana we say people administering the

24   elections don't take it seriously enough.  They don't

25   even take it as seriously as the 18-year old who



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031076

USA_00020600

Case 2:13-cv-00193 Document 663-2 Filed on 11/11/14 in TXSD Page 49 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 207 of 274
Hearing                                                    April 6, 2009

49

1       rented a video, rented me a video last Friday night

2       when he asked for my ID.

3                    In the one academic study that compares

4       apples to apples that studied Indiana's voter turn-out

5       before photo ID and after ID with similar elections,

6       it was the Millial Study from the University of

7       Missouri.

8                    At that time there were only four or live

9       elections we had in Indiana.  Turn-out went up five

10      percent.  It went up around that time and I expect it

11      will go up some time into the future.

12                   So photo ID wasn't the magic pill to voter

13      turn-out, nor was it expected to be, but it certainly

14      hasn't deterred turn-out and, in fact, has increased

15      it.

16                   Again, we believe because the hypothesis

17      was proved that once you put a balance into the

18      process, accessibility and integrity, you get a

19      process that people believe in.

20                   Identity theft is the highest-growing

21      crime in the United States and in many parts of the

22      world.  Yet those that want to come down into the

23      weeds on this issue and demand evidence -- and I'll

24      get to the reasons why it's very hard to produce

25      evidence -- want to have you believe that while



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031077

USA_00020601

Case 2:13-cv-00193 Document 662-2 Filed on 11/11/14 in TXSD Page 59 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 208 of 274
Hearing                                                    April 6, 2009

50

1    identity theft exists and the risk of it accrues, in

2    every transaction we have in our life's -- financial,

3    social, whatever -- that somehow there's a bubble, an

4    impenetrable bubble around our election process where

5    no identity theft can occur.

6             And I just don't think and any reasonable

7    person doesn't think that can be the case.  80 percent

8    of voters and taxpayers across this country don't

9    think it can be the case.

10            And again, if the purpose of photo ID is

11   to instill confidence in the process, again, then that

12   80-percent public opinion, well, we shouldn't be

13   making our discussions based off of polls, that has

14   relevance.  That matters when you're talking about

15   instilling confidence, whether you personally believe

16   there's evidence of fraud or not.

17            I'm pleased to note for the record that

18   the Carter-Baker Commission that was referenced here

19   in your deliberations for photo ID at the polls.

20            Is this right?  Can I sleep at night?

21   Someone on your committee or an observer with the

22   committee asked that question.  You bet I can because

23   this means that every vote counts equally.

24            There are two kind of disenfranchisement.

25   There's the kind that we all know to be wrong, and I



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031078

USA_00020602

Case 2:13-cv-00193 Document 662-2 Filed on 11/11/14 in TXSD Page 51 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 209 of 274
Hearing                                                        April 6, 2009

51

1      think everyone here in this room has actively worked

2      to deter.  And by and large, it it's out of our

3      institutions and our process of voting.

4              But there's another kind of

5      disenfranchisement that occurs when those honest

6      voters, those votes of you, me and our constituents

7      are cheated, are diluted by those who would cheat the

8      system.  And photo ID makes sure that can't happen.

9              With regard to evidence, what we've

10     experienced in Indiana is that first of all -- and

11     this shouldn't be unique to Indiana -- the crime of

12     voter impersonation is one that's very hard to collect

13     evidence on.  It happens in an instant and then the

14     actors disburse.

15             It's not like you have a dead body after

16     the act occurs.  So to argue that there's no evidence,

17     we haven't produced any, is to be disingenuous to the

18     kind of act that we're talking about.

19             Secondly--  and this may only be true in

20     Indiana, I suspect -- our prosecutors, the only ones

21     who can bring criminal charges in the state are

22     elected.  And for me that means two things, and that's

23     partisanly elected.

24             At its worse.  It means that they won't

25     file charges for one of two reasons.  If they file



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031079

USA_00020603

Case 2:13-cv-00193 Document 663-2 Filed on 11/11/14 in TXSD Page 52 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 210 of 274
Hearing                                                    April 6, 2009

                                                                    52

 1      against someone in their own party, they're looked at

 2      as traders.  If they file against someone in the other

 3      party, they're looked at as partisan.

 4              The higher road to take with regard to

 5      separate elected prosecutors, and I think that's also

 6      true with respect to Indiana and across the nation, is

 7      that there is very violent crime out there that

 8      deserves and needs to be punished.

 9              Voter fraud is not violent fiscally.  It's

10      harming.  But to convince a prosecutor that they

11      should take a deputy off the violent crime or other

12      terrible acts to go learn Indiana's or whatever

13      jurisdiction's Election Code -- depending on the size

14      of the county, especially -- is just not going to

15      happen.

16              It's unpractical, and they would argue

17      sometimes it's unreasonable.  That does not mean the

18      crime didn't occur.  That does not mean there is no

19      evidence.  That just means it hasn't been prosecuted

20      for one or more of reasons to which I just explained.

21              With that, it looks like I have

22      19 seconds.  I'm happy to start taking your questions.

23      Thank you very much for having me.

24              CHAIRMAN TODD SMITH:  All right.  Let me

25      start your clock here.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031080

USA_00020604

Case 2:13-cv-00193 Document 662-2 Filed on 11/11/14 in TXSD Page 53 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 211 of 274
Hearing                                                      April 6, 2009

53

1           The Supreme Court opinion on Page 3

2     indicates that "the District Court found that the

3     petitioner's had not introduced evidence of a single

4     individual Indiana resident who'll be unable to vote

5     as a result of the legislation or who will have his or

6     her right to vote unduly burdened by its

7     requirements."

8           Can you address to any degree that comment

9     and were you present at all?  Were you involved in the

10    District Court proceedings and aware of the state of

11    the evidence that caused that District Court judge to

12    reach that conclusion?

13          TODD ROKITA:  Yes.  I mentioned that a lot

14    of us are lawyers and we may have had mothers like

15    mine who wanted us to be a medical doctor, who had

16    shook her head in disbelief when I told her I was

17    going to law school.

18          I said, "Don't worry, mom.  Maybe one day

19    I'll get to argue a case before the United States

20    Supreme Court."  Well, I didn't get to argue it, but I

21    was a defendant all the way up.

22          So I do have some very personal experience

23    with it.  And in that vain, I'm passing out to you a

24    document that I've authored and titled "Indiana's

25    Photo ID Voting Requirement."  My office authored it.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005723

TX_00031081

USA_00020605

Case 2:13-cv-00193   Document 662-2   Filed on 11/11/14 in TXSD   Page 54 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-2   Filed 06/20/12   Page 212 of 274
Hearing                                                               April 6, 2009

54

1     Actually, it has code sites.  It dissects Indiana's
2     law for your staff's reference and gives you the site
3     so you can make comparisons.
4              It is true, the defendants did not produce
5     one person who was genuinely disenfranchised by this
6     law.  We took a lot of time.  We had hearings just
7     like this.  None of the arguments brought by any of
8     your committee members on either side of the issue are
9     making a new argument in my eyes.  We've been through
10    this before.
11             And because of that we made some changes
12    along the way, and the result was a very narrowly
13    draft crafted law that has resulted as the court found
14    in that one disenfranchisement.  And that's not to say
15    if they did find one that the case would be lost.
16             But the Supreme Court found was that there
17    was a very valid and reasonable interest in the states
18    putting parameters on their elections.  What I was
19    talking about earlier, to balance all that
20    accessibility with members of integrity.
21             CHAIRMAN TODD SMITH:  Now, despite that
22    balance by the Supreme Court that there was not a
23    single voter who could establish an unreasonable
24    burden, the dissenting opinion in the case indicates
25    that 34 in Marion County -- and I want to give you an



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005724

TX_00031082

USA_00020606

Case 2:13-cv-00193 Document 662-2 Filed on 11/11/14 in TXSD Page 55 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 213 of 274
Hearing                                                      April 6, 2009

55

1    opportunity to address this -- in Marion County -- and

2    let me just be clear:  Your form of Photo ID

3    Legislation is, and I don't expect you to it admit

4    that it's onerous -- but it's certainly the most

5    onerous form of identification legislation in the

6    United States at this time?

7               Is that your understanding?

8               TODD ROKITA:  No.  It's the most

9    progressive.

10               CHAIRMAN TODD SMITH:  I'll accept that.

11    I'll accept that.

12               TODD ROKITA:  And I'll explain.

13               CHAIRMAN TODD SMITH:  Well, it indicates

14    that in the dissenting opinion, in the Supreme Court

15    opinion, that in Marion County there were 34

16    provisional ballots that were cast as a result of

17    legislation, but that only two provisional voters made

18    to the County Clerk's Office within ten days.

19               It indicates that all 34 of these aspiring

20    voters appeared at the appropriate precinct.  That 33

21    of them provided a signature and every signature

22    matched the one on file.  And that 26 of the 32 voters

23    who's ballots were not counted in the history of

24    voting in Marion County elections.

25               Now, that's one county that for the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031083

USA_00020607

Case 2:13-cv-00193   Document 662-2   Filed on 11/11/14 in TXSD   Page 56 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-2   Filed 06/20/12   Page 214 of 274
Hearing                                                April 6, 2009

56

1    dissenting opinions sites in the big states.  And it
2    does raise questions about the provisional ballot
3    mechanism chosen in Indiana versus other states in
4    terms of the extent to which that burden of going
5    downtown has, perhaps, is not an unreasonable burden
6    but may, in fact, nevertheless, result in unacceptable
7    proportions of otherwise, legal votes not counting.
8             Why is that not a legitimate concern?
9             TODD ROKITA:  Well, first of all, you'd
10   have to understand:  There was no fact trial on this
11   case, and that evidence went in uncontested in a reply
12   brief by the ones who filed suit.
13            So we weren't able to, you know, combat
14   that in court, and I think that was -- it was a bad
15   decision on the part of the dissenting judge, a
16   partisan appointment, Court of Appeals or not.  Just
17   like the two in majority were.  Partisan appointments.
18            CHAIRMAN TODD SMITH:  Do you have a
19   specific response to that particular county or you
20   just don't know?
21            TODD ROKITA:  No.  First of all, I would
22   say that it's not unreasonable, and we give ten days,
23   we'll hold up the election results for ten days, if
24   they forgot their photo ID, didn't even have one at
25   the time, to prove their identity, which is -- when



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031084

USA_00020608

Case 2:13-cv-00193  Document 662-2  Filed on 11/11/14 in TXSD  Page 53 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 215 of 274
Hearing                                                              April 6, 2009

                                                                      57

1    you say a strict voter law.

2              Georgia allows two days.  I'm not sure

3    whether this bill requires a time to come back or not.

4    We also have exceptions to that.

5              And the testimony would be in response to

6    that, well, if until you interview those witnesses,

7    you don't know if they were ever valid voters of

8    Marion County.  Those 36 could have all been cheating

9    the system.

10             The point being:  It's a confidence

11   builder.

12             CHAIRMAN TODD SMITH:  Do you know -- this

13   legislation was passed when?

14             TODD ROKITA:  2005.

15             CHAIRMAN TODD SMITH:  And so we have had

16   what?  Two elections since then?

17             TODD ROKITA:  No, sir.  We've had nine in

18   the state of Indiana.  All successful.

19             CHAIRMAN TODD SMITH:  Can you help me know

20   the number of provisional ballots that have been cast?

21   Not total provisional ballots, but provisional ballots

22   cast because people do not have the proper

23   identification at the polls?

24             TODD ROKITA:  No.

25             CHAIRMAN TODD SMITH:  Unknown?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031085

USA_00020609

Case 2:13-cv-00193  Document 662-2  Filed on 11/11/14 in TXSD  Page 58 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 216 of 274
Hearing                                                                April 6, 2009

58

1              TODD ROKITA:  There's none.

2              CHAIRMAN TODD SMITH:  Because they're

3      mixed in together?

4              TODD ROKITA:  No.  All the professional

5      ballots -- you have to have the reason why they cast

6      provisional ballots, but that data is not casted and

7      collected at the state level.  You'd have to

8      investigate in every county.

9              But we do all around and ask and we do get

10     many calls on election day.  It's a non-issue.

11             CHAIRMAN TODD SMITH:  Okay.  When you say

12     that, you're saying that your impression is the number

13     of provisional ballots that are cast because people in

14     the community do not have the proper identification is

15     minuscule --

16             TODD ROKITA:  Compared to all the reasons

17     for casting a provisional ballot.

18             CHAIRMAN TODD SMITH:  Okay.

19             TODD ROKITA:  I don't want to put

20     percentages out there, but if you had 10 or 100, it

21     would be, you know, in the neighborhood of 2 or 20 but

22     I don't want to --

23             CHAIRMAN TODD SMITH:  I'm not sure I

24     understand what you're saying.

25             You're saying if you had 10 or 100.  Tell



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005728

TX_00031086

USA_00020610

Case 2:13-cv-00193 Document 662-2 Filed on 11/11/14 in TXSD Page 59 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 217 of 274
Hearing                                                                    April 6, 2009

59

```
1    me --
2                 TODD ROKITA:  If you had ten provisional
3    ballots, and, again, it's just anecdotal.
4                 CHAIRMAN TODD SMITH:  Yes.
5                 TODD ROKITA:  Maybe two would be for an ID
6    reason.  But then we don't know if those two actually
7    came and presented an ID or if they shouldn't have
8    been voting in the first place.
9                 CHAIRMAN TODD SMITH:  I understand.
10                So you just can't tell me how many
11   statewide provisional ballots are counted or the
12   percentage of those provisional ballots -- well, I
13   didn't ask that question.
14                You can't tell me the number of
15   provisional ballots cast statewide, give me a general
16   sense of how many there are, or the percentage of
17   those ballots that are ultimately counted pursuant to
18   the manner in which a provisional voter goes downtown
19   and does whatever he has to do in order for it to
20   count?  You don't know that?
21                TODD ROKITA:  Without a valid ID
22   requirement.
23                CHAIRMAN TODD SMITH:  Okay.
24                TODD ROKITA:  No.
25                CHAIRMAN TODD SMITH:  Questions, members?
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005729

TX_00031087

USA_00020611

Case 2:13-cv-00193  Document 662-2  Filed on 11/11/14 in TXSD  Page 69 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 218 of 274
Hearing                                                           April 6, 2009

60

1          Yes, Representative Anchia.

2          REPRESENTATIVE ANCHIA:  Welcome to Texas,

3     Mr. Secretary.  It's good to see you.

4          TODD ROKITA:  Thank you.

5          REPRESENTATIVE ANCHIA:  The Secretary and

6     I are members of the Rodel Fellowship, a bipartisan

7     fellowship, so we have had the good fortune of getting

8     to know each other over the last couple of years and

9     have had, I think, well-reasoned disagreements on this

10    particular issue.  But we also found some common

11    ground.

12         I want to begin the questions with maybe

13    the common ground that you and I have found.  Because

14    I know while we disagree on voter ID, you have

15    implemented strategies in your state to increase

16    ballot access.  And I think you eluded to that earlier

17    in your testimony where you talked about vote where

18    you live and making voting locations more accessible

19    to people.

20         And can you talk to me a little bit about

21    those strategies and how much they costed.  And let me

22    frame that in the context of Carter-Baker.

23         Both you and I referred to Carter-Baker,

24    but I think you and I would agree that the Photo ID

25    requirement is just one of 87 different



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005730

TX_00031088

USA_00020612

Case 2:13-cv-00193   Document 662-2   Filed on 11/11/14 in TXSD   Page 61 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-2   Filed 06/20/12   Page 219 of 274
Hearing                                                                April 6, 2009

61

1       recommendations made by Carter-Baker.

2                      So if you could talk about in a broader

3       context, things that you did in your state to increase

4       access to the franchise and which ones of those would

5       be consistent with expanding the franchise under

6       Carter-Baker.

7                      Finally, how much do they cost.

8                      TODD ROKITA:   Thank you.

9                      The first example that comes to mind

10      that's directly relevant to the photo ID debate that

11      we had and the bill that was actually passed had to do

12      with how we came together after the vote.

13                     And I think no legislation is going to do

14      that for you.   I think it's going to be leadership

15      here.   Our leadership on this committee and have that

16      fan out in a bipartisan fashion; which I did and I'm

17      not here to blow my own horn.

18                     But what worked for us is that those of us

19      that agreed with the law I put in a room the same room

20      with those who disagreed with the law.

21                     And I said, "We're not going to leave this

22      room until we have a cohesive plan for reaching out to

23      those that some thought would be disenfranchised and

24      some thought would not be and come together with a

25      comprehensive outreach.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031089

USA_00020613

Case 2:13-cv-00193  Document 662-2  Filed on 11/11/14 in TXSD  Page 62 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 220 of 274
Hearing                                                    April 6, 2009

62

1              And I think that's one of the key things,
2      depending on how the vote goes here, that you all can
3      do together.

4              So those who have sued me and still
5      continue to sue me, like the League of Women Voters,
6      were there that room and we continue open lines of
7      communication, and here's how to best reach folks.

8              And a good idea, though, Rafael, not just
9      public, TV and radio ads, but purchasing some money
10     behind it.  But also non-traditional forms of
11     advertising, like inside and outside of buses, for
12     those that, you know, would see it that probably
13     wouldn't have a driver's license.  We wanted them to
14     know --

15             REPRESENTATIVE ANCHIA:  I like the
16     advertising idea.  How much did your budget increase?

17             TODD ROKITA:  We used the Help America
18     Vote funds, and so we coached it couched it as part of
19     a larger Get out the Vote strategy that we were
20     supposed to do in Get Out the Vote Act.

21             REPRESENTATIVE ANCHIA:  How much did you
22     spend in that?

23             TODD ROKITA:  $1.2 million.

24             REPRESENTATIVE ANCHIA:  Okay.  That was
25     for the advertising piece?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005732

TX_00031090

USA_00020614

Case 2:13-cv-00193  Document 662-2  Filed on 11/11/14 in TXSD  Page 63 of 174
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 221 of 274
Hearing                                                    April 6, 2009

63

```
 1              TODD ROKITA:  For the advertising piece
 2     and some was for training and education of the poll
 3     workers that the chair mentioned.  That was for the
 4     first elections and we kind of front-loaded it because
 5     this was newer for everybody.
 6              REPRESENTATIVE ANCHIA:  Right.
 7              TODD ROKITA:  But I will say in Indiana,
 8     which is a blue state right now, for those who think
 9     that this is going to drive down turn-out, I mean,
10     Indiana is a fairly conservative state.  It hasn't
11     been blue in 45 years.  It is today with the Photo ID
12     law.
13              We had a whole bunch of new voters come in
14     and I love to see it and that's because Mrs. Clinton
15     and Mr. Obama campaigned in Indiana's primary state,
16     as well.
17              REPRESENTATIVE ANCHIA:  How much did they
18     spend on advertiser turn-out?  I just want to make
19     sure I'm not hearing what I know you're not saying is
20     that turn-out went up because of Voter ID.
21              TODD ROKITA:  No.  No.  No.  I told you
22     before that photo ID is not a magic pill to make --
23     that's not the point.
24              My point is that we had a whole group of
25     new voters participate in Indiana this time and no one
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031091

USA_00020615

Case 2:13-cv-00193   Document 663-2   Filed on 11/11/14 in TXSD   Page 64 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-2   Filed 06/20/12   Page 222 of 274
Hearing                                                          April 6, 2009

64

1    found the photo ID to be an issue with all these new

2    voters.  That's the point.

3                    REPRESENTATIVE ANCHIA:  Back to the

4    strategies you used -- what makes Carter-Baker

5    consistent?

6                    TODD ROKITA:  To finish the earlier point,

7    we front loaded the 1.2 million.

8                    So even though we had all the early voters

9    in Indiana this time, for education and outreach, we

10   probably only spent $200,000 or so.

11                   And that showed me the point:  It's not a

12   conclusive point but it's making me wonder how much

13   you really have to spend on education and outreach

14   versus very laser-like pointed outreach.

15                   Like, for example, because we had so many

16   new college voters in Indiana this time excited over

17   the candidates, we simply mailed a postcard to every

18   new registrant, college or otherwise, and reminded

19   them:  Here's the five things you have to bring on

20   election day and one of those is a photo ID.

21                   REPRESENTATIVE ANCHIA:  How much did that

22   cost?

23                   TODD ROKITA:  That was probably half of

24   the -- that was probably $100,000, maybe.

25                   REPRESENTATIVE ANCHIA:  How big is Indiana



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005734

TX_00031092

USA_00020616

Case 2:13-cv-00193  Document 662-2  Filed on 11/11/14 in TXSD  Page 65 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 223 of 274
Hearing                                                    April 6, 2009

                                                                    65

1    population?

2              TODD ROKITA:  Six point some million.

3              REPRESENTATIVE ANCHIA:  So about the size

4    of Dallas, Fort Worth?

5              TODD ROKITA:  Yes.

6              REPRESENTATIVE ANCHIA:  How many

7    registered voters?

8              TODD ROKITA:  Just over 4.5, 4.89.

9              REPRESENTATIVE ANCHIA:  So less than a

10   fourth of the State of Texas?

11             TODD ROKITA:  Yes.

12             REPRESENTATIVE ANCHIA:  I'm just trying to

13   figure out:  There's no money in the Fraser Bill, as

14   far as I can tell or no additional advertising

15   requirements.  Nothing to put forward for training as

16   far as I can tell from the bill, nothing what you all

17   did in Indiana.

18             You talked a little bit about where.  Talk

19   to us a little bit about where you live and where you

20   work, very quickly.

21             TODD ROKITA:  Yeah.  You know, we have to

22   vote how we live in the 21st century.  So you also see

23   Indiana trying to pass a bill that would allow for

24   vote centers, where it gets rid of the precinct

25   structure on election day.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 662-2 Filed on 11/11/14 in TXSD Page 66 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 224 of 274
Hearing                                                                 April 6, 2009

66

1              REPRESENTATIVE ANCHIA:  Are these mega

2    precincts?

3              TODD ROKITA:  Well, they're mega

4    precincts, but it's more to the point that you can

5    vote in a grocery store or you can vote as you drop

6    your kids off at day care.  At school.  You don't have

7    to race back to any particular part of the county to

8    try to --

9              REPRESENTATIVE ANCHIA:  Right.

10             TODD ROKITA:  And you can use technology

11   to do that now.  And you see me, the Secretary of

12   State, promoting a bill of this section in Indiana

13   that allows for on mine voter registration for not

14   everybody, but for some of us that may have already

15   have our data in a government database like the Bureau

16   of Motor Vehicles.  I think that's maybe what you call

17   DPS.

18             REPRESENTATIVE ANCHIA:  Uh-huh.

19             TODD ROKITA:  To do things like that, but

20   photo ID is the springboard, that security measure,

21   that allows you to do some of these other things and

22   retain the confidence of the taxpayer and the voter.

23             REPRESENTATIVE ANCHIA:  You mentioned in

24   your testimony that photo ID stops the cheating,

25   right?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031094

USA_00020618

Case 2:13-cv-00193   Document 662-2   Filed on 11/11/14 in TXSD   Page 67 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-2   Filed 06/20/12   Page 225 of 274
Hearing                                                              April 6, 2009

67

1          TODD ROKITA:  Say what now?

2          REPRESENTATIVE ANCHIA:  You said people

3     who are cheating the system -- photo ID makes it so

4     that that doesn't happen; is that right?

5          TODD ROKITA:  Where did I say this?

6          REPRESENTATIVE ANCHIA:  Just a couple

7     minutes ago.

8          TODD ROKITA:  No.  What I said:  It's a

9     confidence builder.  So whether you believe people are

10    cheating the system or not, what it is is that other

11    guardrail.  Again, all that accessibility is a measure

12    of integrity over time.

13         REPRESENTATIVE ANCHIA:  So, essentially,

14    it is your contention that when people believe that

15    the system is better, then, they're going to

16    participate more?

17         TODD ROKITA:  Absolutely.

18         REPRESENTATIVE ANCHIA:  I just read a

19    study from MIT in Columbia from January or February of

20    last year, that said just the opposite.  That there's

21    absolutely no correlation related to deterring.

22         Are you familiar with the study?

23         TODD ROKITA:  No.

24         REPRESENTATIVE ANCHIA:  Okay.

25         TODD ROKITA:  And you know, a study that's



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005737

TX_00031095

USA_00020619

Case 2:13-cv-00193   Document 662-2   Filed on 11/11/14 in TXSD   Page 68 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-2   Filed 06/20/12   Page 226 of 274
Hearing                                                                April 6, 2009

68

1     1,000 miles away or so from Indiana doesn't hold

2     weight with me.  I'm the guy on the ground in Indiana.

3     I know what I see.

4                 REPRESENTATIVE ANCHIA:  So with your

5     testimony in Texas, when you're miles and miles away

6     -- how much deference should we give to your

7     testimony?

8                 I'm just offering it up as an admonition,

9     because I think you might undermine your own testimony

10    by doing that.

11                TODD ROKITA:  Hey, I told you at the very

12    beginning, I'm not here to say what I feel ought to be

13    here.  I'm here to say what happened in Indiana.

14                REPRESENTATIVE ANCHIA:  Okay.  Can you

15    talk a little bit about the system in Indiana.

16                TODD ROKITA:  Sure.

17                REPRESENTATIVE ANCHIA:  In Texas, we've

18    seen little to no cases of voter impersonation.  All

19    right.  I've studied this for three sessions.  Seen

20    people to go interview folks who allegedly did voter

21    impersonation.  We haven't been able to find that.

22                At the same time, I chaired a subcommittee

23    that there is mail-in ballot fraud.  Like when you do

24    see fraud, it's typically in mailing ballots, followed

25    maybe thereafter by official corruption by poll



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005738

TX_00031096

USA_00020620

Case 2:13-cv-00193  Document 662-2  Filed on 11/11/14 in TXSD  Page 69 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 227 of 274
Hearing                                                        April 6, 2009

69

```
 1       workers or something like that.
 2                    I'm curious that in Indiana, you have a
 3       strict photo ID standard on in-person photo or
 4       in-person voters, but you have no a no-excuse system
 5       for mailing ballots.  And I'm wondering how that might
 6       square with Texas where we do have instances of fraud
 7       with mail-in ballots that are wholly outside of the
 8       Fraser Bill that we have in front of us today, but the
 9       case where we don't have a lot of that evidence in
10       terms of voter impersonation.
11                    We're trying to -- let's say, how did you
12       deal with that in Indiana?  You don't even have to be
13       a senior or disabled in Indiana to do mail-in ballots,
14       right?
15                    So how do you deal with, especially in
16       light of your comment that with photo ID, it's harder
17       to cheat?
18                    TODD ROKITA:  Well, first, I'd say you've
19       been given bad information.
20                    Indiana is not a no-excuse absentee voting
21       state.
22                    REPRESENTATIVE ANCHIA:  Okay.
23                    TODD ROKITA:  You have to have the
24       excuses, boxes that you fill out.
25                    REPRESENTATIVE ANCHIA:  What are those?
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005739

TX_00031097

USA_00020621

Case 2:13-cv-00193   Document 662-2   Filed on 11/11/14 in TXSD   Page 79 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-2   Filed 06/20/12   Page 228 of 274
Hearing                                                             April 6, 2009

70

1          TODD ROKITA:  I'm going to have to go

2      through them again.

3          You have to be over the acreage of 65.

4      You have to be out of the county the entire time the

5      polls are open or at work the entire time the polls

6      are open.

7          It could be a person with disabilities.

8      Those kind of reasons.

9          And we, in fact, did have reforms to

10     mail-in absentee process as well, it's just that the

11     papers weren't interested in that.

12         REPRESENTATIVE ANCHIA:  Did you include a

13     photo ID standard for mail-in?

14         TODD ROKITA:  We had a companion bill that

15     went with the Photo ID Bill.  But it would be

16     academically dishonest for us to argue on one hand you

17     need a photo ID so that when you show up to the poll,

18     you can show that you are who you say you are and try

19     to do the sale thing with mail-in.

20         Because if you don't have a face with a

21     photo, the purpose of the photo is moot now.

22         So of course, we didn't require a photo be

23     put in there but we had a companion bill that no one

24     wrote about.  And that got passed that now made when

25     you checked those boxes that I just mentioned, under



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005740

TX_00031098

USA_00020622

Case 2:13-cv-00193 Document 663-2 Filed on 11/11/14 in TXSD Page 71 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 229 of 274
Hearing                                                                April 6, 2009

71

```
 1      penalty of perjury, so now a prosecutor has something

 2      to go on.

 3                  REPRESENTATIVE ANCHIA:  Can you tell me

 4      real quickly what those boxes are.

 5                  TODD ROKITA:  The 65 years or older.  The

 6      out of county.

 7                  REPRESENTATIVE ANCHIA:  So the exemption

 8      boxes?

 9                  TODD ROKITA:  The exemption boxes, yeah.

10                  REPRESENTATIVE ANCHIA:  Okay.

11                  TODD ROKITA:  And then if you're a

12      third-party and you're turning in absentee-ballot

13      application you have to fill in the Affidavit as to

14      who you are, where you got these applications, what

15      your role in all of this is under the penalty of

16      perjury again, so the prosecutor has something to go

17      on.

18                  And then we made election nearing in front

19      of someone with an absentee-ballot a felony, which it

20      hadn't been in Indiana.

21                  So we did take measures, again, not photo

22      ID measures because they don't take make academic

23      sense, but we did make measures.

24                  REPRESENTATIVE ANCHIA:  One of the things

25      we're looking at in the state is also requiring that
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005741

TX_00031099

USA_00020623

Case 2:13-cv-00193   Document 662-2   Filed on 11/11/14 in TXSD   Page 72 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-2   Filed 06/20/12   Page 230 of 274
Hearing                                                              April 6, 2009

72

```
 1      anybody who handles mail-in ballots become deputized.

 2      Have you guys gone there in Indiana?

 3                  TODD ROKITA:  We thought about it, and

 4      still by adjusting and it trying to figure out if that

 5      would make sense in the state.

 6                  REPRESENTATIVE ANCHIA:  It's one bill that

 7      I filed.

 8                  TODD ROKITA:  And it's actually, something

 9      Indiana had and got rid of.  And so the question is:

10      Do you go back to that or not and that's what we're

11      debating?

12                  REPRESENTATIVE ANCHIA:  Okay.  And just to

13      reiterate your testimony on the questioning from

14      Chairman Smith:  You're unaware --

15                  CHAIRMAN TODD SMITH:  Representative

16      Anchia, we've got ten minutes left for people to ask

17      questions on the committee.

18                  REPRESENTATIVE ANCHIA:  I'm sorry?

19                  CHAIRMAN TODD SMITH:  Ten minutes left for

20      questions on the committee:

21                  REPRESENTATIVE ANCHIA:  For secretary

22      Rokita?

23                  CHAIRMAN TODD SMITH:  Yes.

24                  REPRESENTATIVE ANCHIA:  Thank you.  And I

25      want to be respectful of everyone's time.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005742

TX_00031100

USA_00020624

Case 2:13-cv-00193   Document 662-2   Filed on 11/11/14 in TXSD   Page 73 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-2   Filed 06/20/12   Page 231 of 274
Hearing                                                          April 6, 2009

73

1          How many voters in Indiana were forced to
2     cast provisional ballots because they were not deemed
3     to have adequate ID?  Our recollection is it's your
4     testimony you don't know.
5          TODD ROKITA:  I don't know, and
6     antidotally, it's a very low number.
7          REPRESENTATIVE ANCHIA:  Did you commission
8     a study of that?  Did you think that that was
9     important, maybe, to study that number and figure out
10    how many people?
11         TODD ROKITA:  No.  Because we operate an
12    800 election line on and around election day and we
13    just didn't see it being an issue.
14         So if we saw it popping up on the phone
15    line and through other resources, we would have
16    probably commissioned one with you it was just a non
17    event.
18         REPRESENTATIVE ANCHIA:  Have you reached
19    out to the 34 people in Marion County who were
20    allegedly disenfranchised in the court briefs that
21    were submitted?  Did you inquire of that group of
22    people?
23         TODD ROKITA:  You know, interestingly we
24    tried to, but the district clerk who was the same
25    clerk who put in that testimony at the appellate level



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031101

USA_00020625

Case 2:13-cv-00193  Document 662-2  Filed on 11/11/14 in TXSD  Page 74 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 232 of 274
Hearing                                                    April 6, 2009

74

```
 1        would not give us access to the names.
 2                    REPRESENTATIVE ANCHIA:  And did you try an
 3        Open Records Request?
 4                    TODD ROKITA:  No.
 5                    REPRESENTATIVE ANCHIA:  Okay.
 6                    TODD ROKITA:  An Open Records Request
 7        might be problematic because you might get -- you
 8        might get the names, but the voter still has
 9        superseded the ballot.  So it's not like we could have
10        gone at the time.
11                    REPRESENTATIVE ANCHIA:  But if you had
12        input into the address, you might be able to go --
13                    TODD ROKITA:  But the point being, I don't
14        know that that's public record.  I'm not sure that it
15        is because you want to protect the secrecy of the
16        ballot.
17                    Me, it's one thing, but you open a
18        slippery slope up to overzealous campaigns in that
19        first days after election trying to harangue people
20        into coming in and we are very protective of the
21        people's privacy.
22                    CHAIRMAN TODD SMITH:  Representative
23        Anchia, I've got to move to other members asking
24        questions.  I'm going to have to cut it off.
25                    REPRESENTATIVE ANCHIA:  Thank you,
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005744

TX_00031102

USA_00020626

Case 2:13-cv-00193 Document 662-2 Filed on 11/11/14 in TXSD Page 75 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 235 of 274
Hearing                                                                April 6, 2009

75

1       Mr. Chair.

2                       If I have additional questions, can I

3       submit those in writing?

4                       CHAIRMAN TODD SMITH:  Sure.  And it might

5       be helpful, members of the committee, whenever we

6       finish a witness, if anybody would, kind of, raise

7       their hand if you wish to ask questions, that would

8       give me some sense of how many people wish to.

9                       Representative Brown.

10                      REPRESENTATIVE BROWN:  Thank you.

11                      Mr. Secretary, you mentioned that you had

12      a companion bill.  So this was in the same session you

13      tried to address the mail-in ballots, as well?

14                      TODD ROKITA:  Yes, and that bill passed.

15                      REPRESENTATIVE BROWN:  Both of them

16      passed?

17                      TODD ROKITA:  Yes.

18                      REPRESENTATIVE BROWN:  But you don't have

19      such you see we don't have such a companion bill.

20      It's a bit late in our session to address the mail-in

21      ballot.  So, right now, do you have any suggestions

22      for us addressing mail-in issue or do you see us

23      proceeding in just trying to come out with a good

24      Photo ID Bill at this session and address the mail-in

25      ballot issue later?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 662-2 Filed on 11/11/14 in TXSD Page 76 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 234 of 274

Hearing                                                    April 6, 2009

76

1          TODD ROKITA:  Are you a no-fault state or

2     do you have the boxes, as well, that you fill out when

3     you make an absentee-ballot request?  Do you have a

4     special reason to vote absentee-ballot by mail?

5          REPRESENTATIVE BROWN:  Yes.

6          TODD ROKITA:  Yes, I would do the same

7     things that we did, if you can.  But it's not

8     necessarily related to photo ID.  Photo ID doesn't

9     stand on its own, but I think those measures that we

10     implemented that I already outlined in my testimony

11     would be a good start.

12          CHAIRMAN TODD SMITH:  You can you

13     summarize those again.  What are they?

14          TODD ROKITA:  That the application, the

15     whole form, is under oath.  The whole reason you put

16     down for needing an absentee-ballot.  So if you lied

17     there, at least, a prosecutor can go after penalties

18     of perjury.

19          No. Two, that election nearing in front of

20     someone with an absentee-ballot is a felony.

21          And the third one, if you're a third-party

22     turning in an absentee-ballot applications you, too,

23     have to sign an Affidavit as to who you are, what your

24     role is, how you came upon these applications.

25          CHAIRMAN TODD SMITH:  Thank you.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031104

USA_00020628

                                                                    77

1              Representative Brown.

2              REPRESENTATIVE BROWN:  We've gotten a lot

3    of feedback from people saying well, you know, a lot

4    of the fraud takes place in middle America and so on.

5              But I feel like at this point we're taking

6    a very baby steps in securing our elections just by

7    addressing the photo ID at this point we can address

8    the other later.

9              TODD ROKITA:  It's a huge confidence

10   building step.

11             REPRESENTATIVE BROWN:  I agree thank you

12   very much, much.

13             CHAIRMAN TODD SMITH:  Representative

14   Heflin.

15             REPRESENTATIVE HEFLIN:  Thank you.  Real

16   quickly:  On your provisional ballot -- when they come

17   in and they don't have the proper ID, that it's marked

18   special provisional ballots, and they have ten days to

19   cure -- is that what I understood you to say.

20             TODD ROKITA:  That's right.

21             REPRESENTATIVE HEFLIN:  And how many

22   people came back and actually cured their ballots?  Do

23   you know?

24             TODD ROKITA:  Again, we don't have

25   statewide data on that, but there were a lot of other



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005747

TX_00031105

USA_00020629

Case 2:13-cv-00193 Document 662-2 Filed on 11/11/14 in TXSD Page 78 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 236 of 274
Hearing                                                      April 6, 2009

78

1      reasons forecasting our provisional ballot.

2                  REPRESENTATIVE HEFLIN:  Right.

3                  TODD ROKITA:  But not having a photo ID is

4      an extreme minority reason.

5                  REPRESENTATIVE HEFLIN:  So that was a

6      small reason for provisional ballots?

7                  Okay.  And the super centers -- the voting

8      centers -- are they all real time computers so if they

9      vote, John Doe in your one precinct and you're two

10     precincts over, and John Doe votes again -- does that

11     flag --

12                 TODD ROKITA:  Yeah.  The electronic poll

13     votes are tied into our statewide voter file.  So when

14     Todd Rokita, because of the kind of guy I am, knows

15     when I try to vote again I'll get stopped.

16                 But the machine, sir, the voting machines,

17     are not, this is not Internet voting of any kind.

18                 REPRESENTATIVE HEFLIN:  Okay.  And also,

19     do college kids get to use their college ID or do they

20     have to go --

21                 TODD ROKITA:  No.  Indiana requires or

22     federal ID, if a college person had a passport, that

23     would work.

24                 But some of our college students have come

25     in with California driver's license, for example, or



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005748

TX_00031106

USA_00020630

Case 2:13-cv-00193   Document 662-2   Filed on 11/11/14 in TXSD   Page 79 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-2   Filed 06/20/12   Page 237 of 274
Hearing                                                                April 6, 2009

79

1     Michigan or wherever.  And based on that piece of ID,

2     we do not let them vote because that's pretty good

3     evidence that they're residents of Michigan or

4     California and should be voting there.

5                 REPRESENTATIVE HEFLIN:  Okay.  Now, as to

6     the educational requirements:  Did you have Voter

7     Registration driver's?  Helping people get them

8     prepared?

9                 TODD ROKITA:  We've got education

10    outreach.  We go to the State Fair.  We go to what we

11    call Indiana Black Expo.

12                REPRESENTATIVE HEFLIN:  You took it to the

13    neighbors?

14                TODD ROKITA:  It was a partnership, I

15    mentioned.  That's key.  One office can't get out like

16    that.  You have got to develop a coalition of the

17    willing and unwilling.

18                REPRESENTATIVE HEFLIN:  And as to your

19    Indiana ID -- did the DPS -- is that provided by your

20    Department of Motor Vehicles?

21                TODD ROKITA:  Yeah.  It's free of charge.

22                REPRESENTATIVE HEFLIN:  And do they go

23    like to nursing homes and senior centers and help

24    those people get those IDs.

25                TODD ROKITA:  We have a mobile DMV that



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005749

TX_00031107

USA_00020631

Case 2:13-cv-00193  Document 662-2  Filed on 11/11/14 in TXSD  Page 89 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 238 of 274
Hearing                                                        April 6, 2009

80

1    does go out.  Yeah, they do do those things, actually.

2                    REPRESENTATIVE HEFLIN:  And do you know

3    how much that costs?

4                    TODD ROKITA:  No.  It's in their regular

5    course.  They go out anyway.  So there's no additional

6    costs.

7                    I would also say that if one of the

8    assisted living facilities is a precinct, that is an

9    exception.  Because that is, again, remember I said,

10   it's narrow.  So it's an exception there that said

11   well, this is an example of people who probably never

12   leave the ground and even for voting, it's a precinct

13   so they're an exception.

14                   REPRESENTATIVE HEFLIN:  I pass.

15                   CHAIRMAN TODD SMITH:  Representative

16   Bohac.

17                   REPRESENTATIVE BOHAC:  Mr. Secretary,

18   welcome to Texas.  I had a couple of questions for

19   you.  One of them is it's a question it happens in an

20   instance and the act is disbursed.  I assume you were

21   talking about voter impersonation and that's why it's

22   so tricky at the catch.  Is that the right context in

23   which you were talking about that particular --

24                   TODD ROKITA:  Yes.  I hope I didn't leave

25   another one.  But that's what was I meant.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031108

USA_00020632

Case 2:13-cv-00193 Document 662-2 Filed on 11/11/14 in TXSD Page 81 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 239 of 274
Hearing                                                         April 6, 2009

81

1          REPRESENTATIVE BOHAC:  I assume that most

2     of the arguments here, you actually heard in your

3     state.

4          TODD ROKITA:  Yes.

5          REPRESENTATIVE BOHAC:  And now that you

6     all are into four years of Voter ID.

7          TODD ROKITA:  And nine elections.

8          REPRESENTATIVE BOHAC:  What's the kind of

9     the sense of both the wreaks and Democrats?  Where are

10    you all today?  Are people very divided over it or is

11    there a sense that it's been relatively successful?

12         TODD ROKITA:  You know, I think that

13    there's some diversions visions, but I look at Dallas

14    paper and I see a quote from Senator Erline Rogers.

15    She's from my home county, which includes Gary,

16    Indiana.

17         Now, she and I probably couldn't agree

18    politically on what color the sky is.  I think she's a

19    wonderful woman and we get along personally fine.

20         Her quote is, for a county such as mine

21    and that is always occurred of Voter ID, no one can

22    make those charges anymore.

23         And I don't know if she realizes this or

24    not, but that was one of my points in the beginning.

25    It levels the playing field.  It takes away the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005751

TX_00031109

USA_00020633

Case 2:13-cv-00193 Document 662-2 Filed on 11/11/14 in TXSD Page 82 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 240 of 274
Hearing                                                                    April 6, 2009

82

1       arguments that I think so many feel about being

2       disenfranchised.

3                   Well, if everyone comes with the required

4       document, there is no real reason to deny them the

5       right to vote.  So it actually increases the franchise

6       in that regard.  No one can make up the politically

7       zealous excuse or even racist excuse to my people from

8       disenfranchised.

9                   They have the document.  Get out of their

10      way.

11                  CHAIRMAN TODD SMITH:  Well, I'll leave

12      this as just a comment:  I can really never put my

13      hands on my Voter Registration Certificate.

14                  TODD ROKITA:  No one can.

15                  CHAIRMAN TODD SMITH:  So to me, voting

16      with an ID is actually more convenient because I

17      always have that with me.  So --

18                  TODD ROKITA:  Indiana requires a photo,

19      and if nothing else but a photo and the other things I

20      listed here in this paper for you, Mr. Chairman, and

21      the members will do.

22                  I think you're on a slippery slope to have

23      these non-photo, quote/unquote, exceptions.

24                  CHAIRMAN TODD SMITH:  Quick question:  To

25      what extent are you familiar with the varying



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005752

TX_00031110

USA_00020634

Case 2:13-cv-00193 Document 662-2 Filed on 11/11/14 in TXSD Page 83 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 241 of 274
Hearing                                                                April 6, 2009

83

```
 1        different studies that are out there on the effect of

 2        your particular legislation on voter turn-out?

 3                     TODD ROKITA:  To what extent am I

 4        familiar?  I think I'm familiar with all of them.

 5                     CHAIRMAN TODD SMITH:  My understanding is

 6        that there's one from the Brennan Center that says,

 7        you know, they think they have determined that voter

 8        turn-out was depressed by 2.9 percent.

 9                     Am I representing that correctly?

10        Something in that neighborhood?

11                     TODD ROKITA:  I'm not sure what they said.

12        I know they're on the very liberal side of the

13        spectrum engaged in this partially.

14                     CHAIRMAN TODD SMITH:  I understand.

15                     And there's a Heritage Foundation study

16        which indicates no effect whatsoever, right?  Is that

17        your understanding?

18                     TODD ROKITA:  Right.  And there's the

19        University of Missouri study.

20                     CHAIRMAN TODD SMITH:  And there's from the

21        Political Science Magazine, University of Delaware,

22        two professors from the University of Delaware, one

23        professor from the University of Nebraska that has

24        just come out in January of this year, which findings

25        suggest that Voter ID laws have had no systematic
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005753

TX_00031111

USA_00020635

Case 2:13-cv-00193  Document 662-2  Filed on 11/11/14 in TXSD  Page 84 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 242 of 274
Hearing                                                    April 6, 2009

84

1    effect on voter turn-out thus far.

2                Are you familiar with that report?

3                TODD ROKITA:  I was familiar with the new

4    one.

5                CHAIRMAN TODD SMITH:  Okay.  You know.

6                And in looking at all these reports, you

7    know, forgive me if -- my a little skeptical, frankly,

8    about the allegations that there is any material

9    suppression of voters, but I am also a little

10   skeptical about the allegations of this single factor

11   is a result of the dramatic inspect creases in voting.

12                My reasoning of the evidence suggests to

13   me that there really isn't any reason to believe that

14   either of those is true in terms of evidence and in

15   terms of studies and in terms of the evidence that is

16   available to this committee.

17                Would you disagree with that assessment or

18   analysis?

19                TODD ROKITA:  I would disagree with it

20   because of the things I said earlier.  Just because

21   there aren't prosecutions, which is like folks like

22   the Brennan Center and others try to rely on, doesn't

23   mean that the fraud isn't there.

24                CHAIRMAN TODD SMITH:  No.  No.

25                What I'm getting at is the extent to which



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005754

TX_00031112

USA_00020636

Case 2:13-cv-00193   Document 662-2   Filed on 11/11/14 in TXSD   Page 85 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-2   Filed 06/20/12   Page 243 of 274
Hearing                                                       April 6, 2009

85

1    this legislation effects turn-out.  That's the

2    question I'm focusing on.

3              TODD ROKITA:  I think it increases

4    turn-out.

5              CHAIRMAN TODD SMITH:  And that's based on

6    the fact that in Indiana, your turn-out went up rather

7    than down?

8              TODD ROKITA:  Right.

9              CHAIRMAN TODD SMITH:  You know, I could

10   argue that that's like saying, you know the rooster

11   crows, the sun comes up, therefore the rooster caused

12   the sun to come up.

13             You know, in other words, there are a lot

14   of variables you know, the weather, the number of hot

15   local races.  Lots of variables that could explain,

16   you know, what turn-out.  And unless you really looked

17   at it from an academic standpoint and isolated that

18   particular variable, you really don't have much

19   information in that regard.

20             And what I'm saying is:  My sense of the

21   total of the totality of the studies is that both

22   sides are guilty of really speculating without any

23   substantiating evidence to suggest that this has any

24   meaningful impact on turn-out at all, one way or the

25   other.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031113

USA_00020637

Case 2:13-cv-00193   Document 662-2   Filed on 11/11/14 in TXSD   Page 86 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-2   Filed 06/20/12   Page 244 of 274
Hearing                                                          April 6, 2009

86

1                TODD ROKITA:  I disagree.

2                CHAIRMAN TODD SMITH:  Okay.  What you

3        believe is that it actually enhances turn-out?

4                TODD ROKITA:  Well, what I believe is that

5        one study out there did isolate all variables and

6        compare apples to apples.

7                CHAIRMAN TODD SMITH:  And which one is

8        that?

9                TODD ROKITA:  University of Missouri, the

10       Moylo, M-o-y-l-o, and the that's the one that found

11       voter turn-out in Indiana went up two percent that we

12       referenced earlier.

13               CHAIRMAN TODD SMITH:  Okay.  And so what

14       we've got, then is one study that says it went up two

15       percent.  One study that said it went down two

16       percent.  And a recent study by these gentlemen --

17               TODD ROKITA:  I'm not as familiar with

18       that one.

19               CHAIRMAN TODD SMITH:  That indicate that

20       it didn't go up at all.

21               But, again, tell me if I'm correct:  My

22       understanding of the studies is that isn't the Brennan

23       society comparing a Lucy-goosy system, where you

24       literally show up at the polls, say, I'm Todd smith.

25               If you're on the voter registration list,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031114

USA_00020638

Case 2:13-cv-00193  Document 662-2  Filed on 11/11/14 in TXSD  Page 87 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 245 of 274
Hearing                                                          April 6, 2009

87

1      they let you vote to the most progressive, as you

2      would put it version of photo identification

3      legislation in this comparison that's being made; is

4      that correct?

5              TODD ROKITA:  When I say it's not apples

6      to apples, that is what I mean.

7              I spent now -- it's been a year or so

8      since I looked at the Brennan Center study.

9              CHAIRMAN TODD SMITH:  I believe that's

10     what we would all agree is a progressive or liberal

11     think tank's conclusion is that you compare the least

12     burdensome system out there, that is vermont.

13             Where you walk in, say your name.  And if

14     you're on the poll, they let you vote.  You don't have

15     to produce any identification.  To the most

16     progressive as you put it photo identification

17     requirement.  And they concluded that there was a

18     2.9 percent reduction in turn-out.

19             What we're talking about here in the State

20     of Texas is the difference between a law which already

21     requires you to provide some sort of identification

22     and a law which simply authors the kind of

23     identification that you have to provide for a very

24     small segment of the community that does not at this

25     time, subject to free identification alternatives have



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031115

USA_00020639

Case 2:13-cv-00193  Document 662-2  Filed on 11/11/14 in TXSD  Page 88 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 246 of 274
Hearing                                                           April 6, 2009

88

1      a photo identification requirement.

2                  You agree that there is not any evidence

3      or any study that would indicate in any way that that

4      sort of a change in the law would in any way adversely

5      affect any kind of voter turn-out, minority, poor,

6      elderly or otherwise?

7                  TODD ROKITA:  I don't know of one.

8                  CHAIRMAN TODD SMITH:  Okay.  Thank you.

9                  TODD ROKITA:  Thank you.

10                 REPRESENTATIVE ANCHIA:  Mr. Chairman.

11                 CHAIRMAN TODD SMITH:  Yes.  I'd like to

12     let --

13                 REPRESENTATIVE ANCHIA:  I'd just like to

14     ask one question.  I'd just like a couple, if you

15     don't mind.

16                 CHAIRMAN TODD SMITH:  All right.

17                 REPRESENTATIVE ANCHIA:  I know, Todd,

18     there's been a characterization of the Brennan Center

19     as liberal and, I guess, the Brennan Center is NYU Law

20     School and is housed at the NYU Law School.  Do you

21     know that for a fact?

22                 TODD ROKITA:  Do you know that for a fact?

23                 REPRESENTATIVE ANCHIA:  I believe it's the

24     Brennan Center --

25                 TODD ROKITA:  Then I believe you.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005758

TX_00031116

USA_00020640

Case 2:13-cv-00193 Document 662-2 Filed on 11/11/14 in TXSD Page 89 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 247 of 274
Hearing                                                    April 6, 2009

89

```
 1              REPRESENTATIVE ANCHIA:  I'm not trying to
 2    be flip.  I'm really asking you:  There's a
 3    characterization by both the Chairman and by you that
 4    this is a liberal think tank.
 5              TODD ROKITA:  So let me just say yes.  I
 6    do think it's liberal.
 7              REPRESENTATIVE ANCHIA:  Is it housed at
 8    New York University Law School?  Do you know that?
 9              TODD ROKITA:  I think it is but I'm not
10    sure.
11              REPRESENTATIVE ANCHIA:  Are you elected or
12    appointed?
13              TODD ROKITA:  Elected.
14              REPRESENTATIVE ANCHIA:  In what party?
15              TODD ROKITA:  Republican.
16              REPRESENTATIVE ANCHIA:  And do you
17    consider yourself conservative or liberal?
18              TODD ROKITA:  I consider myself
19    conservative.
20              REPRESENTATIVE ANCHIA:  Okay.  Since we're
21    placing labels, I thought I'd like the secretary
22    himself identified.
23              I want to ask you a little bit about some
24    real-life cases in Indiana where people may not have
25    been able to vote.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031117

USA_00020641

Case 2:13-cv-00193  Document 662-2  Filed on 11/11/14 in TXSD  Page 99 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 248 of 274
Hearing                                                              April 6, 2009

90

1          You said you didn't know if the 34 folks

2     from Marion County were disenfranchised.  You didn't

3     know one way or the other if they had been able to

4     vote a regular ballot.

5               Is there a threshold where we think it's

6     material if one American who's dually registered is

7     unable to vote?  Is there a threshold?  Is it five

8     when you believe it's material or a problem, that it's

9     not an issue?  When does it become an issue?  People

10    not being able to vote when they are otherwise dually

11    registered and eligible?  When does it become an

12    issue?

13               TODD ROKITA:  Well, I don't know if you

14    can put an exact number to it.  I think the state --

15               REPRESENTATIVE ANCHIA:  One, is that a bad

16    result if one is disenfranchised?

17               TODD ROKITA:  Well, I think the state,

18    again, this is probably the third time I'm saying it,

19    as the Supreme Court indicated have a very real

20    interest in putting parameters on their elections.

21               REPRESENTATIVE ANCHIA:  Right.

22               TODD ROKITA:  So this state registers

23    voters.  So if someone is otherwise eligible but just

24    didn't register, the state excludes them.

25               REPRESENTATIVE ANCHIA:  That's right.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031118

USA_00020642

Hearing                                                                    April 6, 2009

                                                                                    91

 1                  TODD ROKITA:  So if you're going to ask a

 2        question like that.  --

 3                  REPRESENTATIVE ANCHIA:  If you're dually

 4        registered --

 5                  TODD ROKITA:  Then you must be arguing

 6        that, you know, registration can disenfranchise some

 7        folks, and, in fact, it does.  If you can't register,

 8        then you can't vote.

 9                  REPRESENTATIVE ANCHIA:  Well, it makes it

10        harder to register.

11                  TODD ROKITA:  It's a kind of theory as the

12        Supreme Court has said, states can use to apply these

13        parameters to the process.

14                  CHAIRMAN TODD SMITH:  Let me just say,

15        members, that we've got several witnesses that are on

16        early flights and we're not going to be able to hear

17        from them unless we move this along.

18                  And I'm getting from both sides to go

19        beyond the allotted time.  And if we do that.

20                  REPRESENTATIVE ANCHIA:  This is such a

21        unique opportunity, though, Mr. Chairman.

22                  CHAIRMAN TODD SMITH:  We're going to hear

23        from fewer people.

24                  Representative Brown says she has one

25        question.  I'm going to let her ask it.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005761

TX_00031119

USA_00020643

                                                                        92

1               REPRESENTATIVE ANCHIA:  Can I finish my

2       last question, Mr. Chairman?  I just have one more

3       question.

4               CHAIRMAN TODD SMITH:  Okay.  Be quick.

5               REPRESENTATIVE ANCHIA:  There were 12 nuns

6       at the St. Mary's convent in Southbend who were

7       eligible to vote but were turned away because they had

8       expired photo ID in many cases.  They brought their

9       passports.

10              TODD ROKITA:  Passports from the 1950s.

11              REPRESENTATIVE ANCHIA:  Okay.  They were

12      expired.  But otherwise it was their passport.  That's

13      not controverted, right?

14              TODD ROKITA:  I don't know if it was.  I'm

15      sure it was.

16              REPRESENTATIVE ANCHIA:  It doesn't seem

17      like it's controverted in the record.  Is that a bad

18      result?  Is that say bad public policy?

19              TODD ROKITA:  No.  That was the right

20      result.

21              And I can say this, and I know you're

22      Roman Catholic.  I know that Raphael.  I went to eight

23      years' of Catholic School.  And if there's one rule

24      that I was taught, even at the risk of getting a ruler

25      thrown down on me is that you follow the law.  That



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031120

USA_00020644

Hearing                                                          April 6, 2009

93

1       the law applies to everyone, whether you're a nun or

2       not.

3                   Those nuns weren't disenfranchised.  They

4       just didn't want to follow the law.

5                   REPRESENTATIVE ANCHIA:  And you think that

6       produced a good result?

7                   TODD ROKITA:  Absolutely.

8                   REPRESENTATIVE ANCHIA:  Okay.  Thank you,

9       Mr. Secretary.

10                  CHAIRMAN TODD SMITH:  Representative

11      Brown.

12                  REPRESENTATIVE BROWN:  There is one.

13                  CHAIRMAN TODD SMITH:  One question.  Make

14      it a good one.

15                  REPRESENTATIVE BROWN:  All right.  There's

16      one thing that I think has been neglected today, and I

17      wish you would close with just addressing the fact

18      that the Indiana bill did go before the Supreme Court

19      and was upheld at that point.

20                  Can you just give a quick statement about

21      that and the finding.

22                  TODD ROKITA:  Absolutely.  The Supreme

23      Court said this was a long overdue reform and that the

24      states had an interest in putting guardrails and

25      parameters around the process of their election so



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031121

USA_00020645

Case 2:13-cv-00193  Document 662-2  Filed on 11/11/14 in TXSD  Page 94 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 252 of 274
Hearing                                                                April 6, 2009

94

```
 1    that they can could have a result that is fair,
 2    accurate and that people could believe in.
 3                 REPRESENTATIVE BROWN:  And that was about
 4    what numbers on that decision?
 5                 TODD ROKITA:  6 to 3.
 6                 REPRESENTATIVE BROWN:  That's right.  6 to
 7    3.
 8                 Thank you so much.
 9                 TODD ROKITA:  Thank you.  It's a pleasure
10    to be here.
11                 CHAIRMAN TODD SMITH:  Thank you,
12    Secretary.  We do very much appreciate the you taking
13    the time to come down and subject yourself to this.
14                 TODD ROKITA:  It's my honor.  Thank you.
15                 REPRESENTATIVE VEASEY:  Mr. Chairman, I
16    did want to make one statement.  I didn't have any
17    questions but I wanted to clarify.
18                 You had said that the Carter-Baker
19    Commission was in favor of Voter ID.  They wanted to
20    make a clarification on some of the comments that
21    would be misconstrued after the report was released.
22                 And so they wrote an editorial saying,
23    quote, until we have universal registration, we cannot
24    make having such an ID a condition of voting.
25                 So I did want to make sure that that was
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031122

USA_00020646

Case 2:13-cv-00193   Document 662-2   Filed on 11/11/14 in TXSD   Page 95 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-2   Filed 06/20/12   Page 253 of 274
Hearing                                                    April 6, 2009

95

1       clarified for everybody in the audience and the

2       members of the committee.

3                   REPRESENTATIVE BROWN:  And that came from

4       who?

5                   CHAIRMAN TODD SMITH:  It came from Jimmy

6       Carter and James Baker.

7                   TODD ROKITA:  Jimmie Carter and Secretary

8       Baker.

9                   CHAIRMAN TODD SMITH:  It's an editorial

10      and it illustrates what's in the report, which is that

11      they believe it's important to expand access and

12      security at the same time.  They believing both are

13      important.  That's the conclusion and I agree with

14      them.  I think everybody on the committee does.

15                  The next witness is Diane Trautman, who is

16      a professor of education and is going to testify

17      against Senate Bill 362.  She's from Harris County.

18                  Please identify yourself, your name and

19      who you Representative on represent on the record.

20                  MS. TRAUTMAN:  Good afternoon.  And thank

21      you for allowing me to testify today.

22                  My name is Diane Trautman.  I live in

23      Humble, Harris County, Texas, where my husband and I

24      have raised three children.

25                  After working in the banking industry I



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005765

TX_00031123

USA_00020647

Case 2:13-cv-00193  Document 662-2  Filed on 11/11/14 in TXSD  Page 96 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 254 of 274
Hearing                                                                April 6, 2009

96

1    changed careers to teach at the middle and high school

2    level, became a principal and then a college

3    professor.  Teaching classes in leadership and ethics.

4              As my fellow Harris County Representative

5    Allen and Representative Bohac know, I was the

6    democratic nominee for Harris County, Texas Tax

7    Assessor in 2008.

8              As a candidate I did my best to learn as

9    much as possible about the election-related

10   responsibilities involved in being a voter registrar.

11   And although I didn't quite get 50 percent of the

12   vote, my interests in free and fair elections is the

13   reason I'm here today.  Not campaign politics or

14   partisanship.

15             Elections must be free from fraud and

16   intimidation.  As we encourage full participation by

17   every citizen who is eligible to vote, that should not

18   be a Democratic or a Republican value.

19             Having taught ethics and leadership

20   classes to young people, I abhor the cynicism bred by

21   fraud and cheating.  But I am concerned that a

22   proposed Voter ID legislation went do a thing to stop

23   fraud and it could make it harder for many Texans to

24   vote.

25             The question:  We have problems in our



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005766

TX_00031124

USA_00020648

Hearing                                                    April 6, 2009

97

```
 1        election system that need to be addressed.  After

 2        butterfly, hanging chads, vote caging and the lack of

 3        a verifiable paper trail for electronic machines, many

 4        have lost confidence in our system.

 5               But no one has lost confidence because of

 6        voter impersonation.  The only kind of alleged fraud

 7        that would be addressed by a photo ID requirement.

 8        Because it is so rare that it hardly exists.

 9               To my knowledge, there has not been a

10        single case of voter impersonation that exists in

11        Harris County.  And claims made by our tax assessors

12        office that numerous dead people and non citizens have

13        actually voted in Harris County, have proven when

14        scrutinized to be greatly exaggerated, due to donor

15        matching problems and clerical error.

16               For example, last year this committee was

17        told under oath by former Tax Assessor Collector Paul

18        Betencort that in Harris County there were 381 iron

19        clad cases of Voter ID, 315 non-citizens trying to

20        commit Voter ID, and 22 non-citizens who had voted.

21               However, there has only been one attempt

22        at voter fraud prosecution in Harris County in the

23        last eight years.  And this committee's interim report

24        found that of the 22 non-citizens who had allegedly

25        voted, one person could be confirmed as having voted
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005767

TX_00031125

USA_00020649

Case 2:13-cv-00193   Document 662-2   Filed on 11/11/14 in TXSD   Page 98 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-2   Filed 06/20/12   Page 256 of 274
Hearing                                                        April 6, 2009

98

    1          but, and this is important, only after he was issued a

    2          registration card by the county even though he did not

    3          check he was a citizen on his application.

    4                    Another woman voted once before she became

    5          a citizen.  Many of the others were, in fact,

    6          citizens.

    7                    As a taxpayer I am concerned that our Tax

    8          Assessor's Office had been coming to Austin for years

    9          on the taxpayers' dime, testifying as experts with

   10          inflated claims as aggressive advocates with this

   11          Voter ID agenda, when they couldn't even do their own

   12          job back home.

   13                    With all due respect, if this committee is

   14          really concerned about the integrity of elections,

   15          please quit trying to solve a phantom voter

   16          impersonation problem and do something about the

   17          thousands of eligible voters whose names weren't on

   18          the voter rolls in Harris County when voting began

   19          last year.

   20                    Those are real numbers, of real people

   21          being denied the right to vote.  Unfortunately, these

   22          problems will be even worse if a Voter ID bill becomes

   23          law.

   24                    On October 20, 2008, the first day of

   25          early voting, the Houston Chronicle reported that more



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005768

TX_00031126

USA_00020650

Case 2:13-cv-00193  Document 662-2  Filed on 11/11/14 in TXSD  Page 99 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 257 of 274
Hearing                                                     April 6, 2009

99

1      than 13,000 Voter Registration applications in Harris

2      County had not yet been processed, which meant these

3      newly registered voters were not on the voter list at

4      the counties 36 early voting locations.

5              No other major Texas County had that

6      problem.  These Voter Registration problems relate

7      directly to the proposed Voter ID bill because these

8      more restrictive requirements will lead to more

9      provisional ballots being cast by voters who do not

10     present required ID.

11             The county of provisional ballots was also

12     a huge black eye for Harris County and it wasn't a

13     partisan issue.

14             A lifelong Republican chaired the ballot

15     board, and he said the counting of provisional ballots

16     was delayed by slow, faulty work by the Tax Assessor's

17     Office, who delivered the bulk of the ballots, some of

18     which appeared altered on the final day of the seven

19     days the board had to do its work.

20             If the integrity of elections is what we

21     are really discussing today, please consider what just

22     happened in our state's largest county before you pass

23     a law that would place more bureaucratic barriers

24     between Texans and the ballot box and how that law

25     would impact a ballot for bureaucracy that isn't even



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005769

TX_00031127

USA_00020651

Case 2:13-cv-00193 Document 663-2 Filed on 11/11/14 in TXSD Page 100 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 258 of 274
Hearing                                                                    April 6, 2009

100

1          working today.

2                          Instead of enacting are restrictive

3          measures that keep people from voting, let's keep our

4          election system up to 21st century standards to make

5          voting both easier and more secure.

6                          Taxpayers have a right to expect, at

7          least, that much from our government.

8                          CHAIRMAN TODD SMITH:  All right.  Thank

9          you very much.

10                         MS. TRAUTMAN:  Thank you.

11                         CHAIRMAN TODD SMITH:  You talk about the

12         fact that -- you agree that voter fraud is a problem.

13                         MS. TRAUTMAN:  I think that it is a

14         serious issue, and I think it should be prosecuted to

15         the full extent of the law, if we could just find some

16         evidence where it happens.

17                         CHAIRMAN TODD SMITH:  No.  I think your

18         position is that voter fraud occurs more with

19         absentee-ballots than it does impersonation.

20                         But is it your position that voter fraud

21         is not even a problem in our state?

22                         MS. TRAUTMAN:  I don't think there's any

23         evidence for it.

24                         CHAIRMAN TODD SMITH:  You don't think

25         there's any evidence of voter fraud in our state of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005770

TX_00031128

USA_00020652

Case 2:13-cv-00193 Document 663-2 Filed on 11/11/14 in TXSD Page 101 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 259 of 274
Hearing                                                              April 6, 2009

101

1    any kind?

2                   MS. TRAUTMAN:  No, I don't.  The record

3    does not show that.

4                   CHAIRMAN TODD SMITH:  You don't think that

5    there's evidence that even voter fraud is on

6    absentee-ballots?

7                   MS. TRAUTMAN:  I'm not aware of any have.

8                   CHAIRMAN TODD SMITH:  I thought earlier in

9    your testimony you had indicated that, in fact, that's

10   where you thought the voter fraud was --

11                  MS. TRAUTMAN:  No.

12                  CHAIRMAN TODD SMITH:  With regard to

13   absentee-ballots --

14                  MS. TRAUTMAN:  No.  Not at all.

15                  CHAIRMAN TODD SMITH:  Okay.  So your

16   testimony is you don't think we have a voter fraud

17   problem either with regard to absentee-ballots or with

18   regard to impersonation?

19                  MS. TRAUTMAN:  No.  I don't see any

20   evidence in the record.

21                  CHAIRMAN TODD SMITH:  Okay.  I

22   misunderstood your earlier testimony.

23                  Do you think it's easy to prosecute voter

24   fraud?

25                  MS. TRAUTMAN:  Well, there haven't been



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005771

TX_00031129

USA_00020653

Case 2:13-cv-00193  Document 663-2  Filed on 11/11/14 in TXSD  Page 102 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 260 of 274
Hearing                                                          April 6, 2009

102

```
 1        any prosecutions so we wouldn't know.

 2                    CHAIRMAN TODD SMITH:  Okay.  So you don't

 3        have any opinion on whether or not it is easy to

 4        identify and prosecute that particular crime?

 5                    MS. TRAUTMAN:  I think we have to have

 6        evidence first.

 7                    CHAIRMAN TODD SMITH:  Okay.  I just want

 8        to quickly run through some stuff since you don't

 9        think there's any evidence of voter fraud at all.

10                    We have an indication, and again, some of

11        this is impersonation, some of it is not.

12                    Progresso case -- I believe, that's in the

13        Vice-Chairman's district, where there is an Affidavit

14        from an undocumented worker indicating that someone

15        had given him the Voter Registration card and asked

16        him to vote in their place.

17                    We have an AG investigation, which

18        Representative Anchia may correctly indicate that did

19        not identify any particular in-person fraud, but which

20        did identify a man who voted twice in Starr County.  A

21        woman who voted for a dead mother.  A Council Member

22        in Port Lavaca who registered non-citizens.

23                    We have indication that in Houston in

24        March of '08 primary, a dead woman voted in person

25        near her home.  We have an Attorney General brief
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005772

TX_00031130

USA_00020654

Hearing                                                    April 6, 2009

103

1     where there was prior testimony of witnesses in Texas

2     about voter fraud.

3              We have in Harris County, one occurred in

4     your county, who registered hundreds of voters,

5     changed their addresses and then voted for them on

6     election day.

7              We have stolen registration cards.  A cry

8     that only makes sense if one is intending to

9     impersonate voters allegedly by those who brought that

10    up.

11             REPRESENTATIVE ANCHIA:  We have testimony

12    to all that that you're quoting now?

13             CHAIRMAN TODD SMITH:  This is from the

14    documentation that I reviewed prior to the hearing.

15    I'm giving her the chance to respond to that to any

16    extent that she's familiar with it.

17             REPRESENTATIVE ANCHIA:  I just want to

18    make sure that you're not stating that the cases out

19    of Progresso are confirmed in any way.

20             CHAIRMAN TODD SMITH:  I stated what I

21    found in the documentation that I reviewed prior to

22    the testimony today in giving all the witnesses an

23    opportunity to testify on it that an individual has

24    signed an Affidavit stating that he is an undocumented

25    work they're was asked, handed a Voter Registration



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005773

TX_00031131

USA_00020655

Case 2:13-cv-00193  Document 663-2  Filed on 11/11/14 in TXSD  Page 104 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 262 of 274

Hearing                                                                April 6, 2009

104

1    card and was asked to vote for someone at the polls.

2              REPRESENTATIVE ANCHIA:  And you'll

3    stipulate that that's still under investigation?

4              CHAIRMAN TODD SMITH:  There's not been a

5    trial.

6              REPRESENTATIVE ANCHIA:  Nor has there been

7    an indictment to my knowledge.

8              CHAIRMAN TODD SMITH:  You know I'm

9    representing what I have read in the press stories

10   from that area, representing the state of the

11   evidence.  And I'm not done yet.

12             Michael Zorr -- all the things I'm

13   mentioning until I state otherwise, are from the

14   Attorney General brief.

15             Michael Zorr voted two times in 2006 in

16   two different locations.

17             James Scherr, an attorney.

18             DIANE TRAUTMAN:  Who is that?

19             CHAIRMAN TODD SMITH:  That one, I believe,

20   was in a different state.

21             DIANE TRAUTMAN:  Okay.

22             REPRESENTATIVE BROWN:  She's from Harris

23   County.

24             CHAIRMAN TODD SMITH:  I understand.

25             James Scherr, an attorney casts two



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 663-2 Filed on 11/11/14 in TXSD Page 105 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 263 of 274
Hearing                                                                    April 6, 2009

105

1      ballots several times in 2000, and 2002.  One of the

2      potential dozens of double voting cases that occurred

3      in Kansas City.

4                    Andre Elizme, died in 1997 and voted in

5      2000.

6                    The Atlanta newspapers said between 1980

7      and 2000, more than 5,000 people voted after their

8      deaths.

9                    In the valley in Texas, a voter

10     registration card was issued to imaginary voters and

11     given to real people.  Those are the evidence that's

12     presented in the Attorney General's report.

13                    The Baker-Carter Commission talks about

14     the November of 2004, the Washington Governor's Race,

15     ex-felons and the dead voted.

16                    They talk about it in Milwaukee, there

17     were, this is the Carter-Baker Commission, 200 felons.

18                    REPRESENTATIVE HEFLIN:  Mr. Chairman, I'd

19     like to respectfully interrupt again:  Is this lady --

20     does she have knowledge of all this?

21                    DIANE TRAUTMAN:  I do not.

22                    REPRESENTATIVE HEFLIN:  Is she testifying

23     to all this?

24                    DIANE TRAUTMAN:  I do not.

25                    REPRESENTATIVE HEFLIN:  Is there a witness



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005775

TX_00031133

USA_00020657

Case 2:13-cv-00193 Document 663-2 Filed on 11/11/14 in TXSD Page 106 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 264 of 274
Hearing                                                    April 6, 2009

106

1      that could answer these questions?

2                  CHAIRMAN TODD SMITH:  I hope so.  If I

3      laid this stuff out there, hopefully they will have

4      the opportunity, to extent that they're familiar with

5      any of these cases, to do so, as the testimony

6      progresses.

7                  REPRESENTATIVE HEFLIN:  So I have to ask:

8      Are you testifying on your time or are you taking up

9      her time?

10                 CHAIRMAN TODD SMITH:  Well, I'm trying to

11     give all these witnesses an opportunity to respond to

12     these questions.

13                 REPRESENTATIVE HEFLIN:  I would ask that

14     her time be --

15                 CHAIRMAN TODD SMITH:  There has been

16     testimony from this witness that there is no voter

17     fraud.

18                 REPRESENTATIVE HEFLIN:  In her knowledge.

19     Her knowledge of Harris County.

20                 CHAIRMAN TODD SMITH:  All right.  Well I'm

21     siting from the Carter-Baker Commission.

22                 IN Milwaukee, 200 felons.  100 voted two

23     times.  Others used fake name or address or voted in

24     the name of the dead.

25                 4,500 more votes were casts than voters



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005776

TX_00031134

USA_00020658

Case 2:13-cv-00193   Document 663-2   Filed on 11/11/14 in TXSD   Page 107 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-2   Filed 06/20/12   Page 265 of 274
Hearing                                                      April 6, 2009

107

```
 1    listed.
 2                 The Carter-Baker Commission listed that
 3    there's no evidence of extensive fraud in U.S.
 4    elections or of multiple voting, but both occur and it
 5    could affect the outcome of a close election.
 6                 While this is a quote, while the
 7    commission is divided on the magnitude of the voter
 8    fraud, with some believing it is widespread and others
 9    believing it is minor, there is no doubt that it
10    occurs.
11                 In closer disputed elections and there are
12    many, a small amount of fraud could make the margin of
13    difference.
14                 I've got another page of information from
15    the January of '09 Elections Committee Interim Report
16    identifying a number of instances.
17                 DIANE TRAUTMAN:  Mr. Chairman, I ask:
18    Have any of these been prosecuted?
19                 CHAIRMAN TODD SMITH:  Well, there's, you
20    know --
21                 DIANE TRAUTMAN:  Because that's what I
22    would call voter fraud, if it's been prosecuted.
23                 CHAIRMAN TODD SMITH:  Okay.  So if it
24    hasn't been prosecuted, then in your mind it didn't
25    occur?
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005777

TX_00031135

USA_00020659

Case 2:13-cv-00193 Document 663-2 Filed on 11/11/14 in TXSD Page 108 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 266 of 274
Hearing                                                        April 6, 2009

108

```
 1                DIANE TRAUTMAN:  Obviously there is no
 2      evidence or there's not enough evidence.
 3                CHAIRMAN TODD SMITH:  Okay.  Members.
 4                Representative Heflin.
 5                REPRESENTATIVE HEFLIN:  In Harris County,
 6      are you aware of any cases that have been prosecuted
 7      for voter impersonation?
 8                DIANE TRAUTMAN:  No, sir, I'm not.
 9                REPRESENTATIVE HEFLIN:  Okay.  And that's
10      where you have knowledge of; is that correct?
11                DIANE TRAUTMAN:  That's correct.
12                REPRESENTATIVE HEFLIN:  Now, you're here
13      today testifying -- tell me again your background.
14                DIANE TRAUTMAN:  Professor of education.
15                REPRESENTATIVE HEFLIN:  Okay.
16                DIANE TRAUTMAN:  And former candidate for
17      Harris County Tax Assessor.
18                REPRESENTATIVE HEFLIN:  Okay.  So you ran
19      for office?  You watched the process?  You're familiar
20      with the voting process in Texas?
21                DIANE TRAUTMAN:  Yes, sir, we researched
22      quite a bit with the Harris County Tax Assessor.  We
23      also researched the registrar.
24                REPRESENTATIVE HEFLIN:  Now, I think in
25      your testimony you said there was one attempt to
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005778

TX_00031136

USA_00020660

Case 2:13-cv-00193 Document 663-2 Filed on 11/11/14 in TXSD Page 109 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-2 Filed 06/20/12 Page 267 of 274
Hearing                                                    April 6, 2009

109

1   prosecute and that was out of 15 non-citizens that

2   actually voted?

3                   DIANE TRAUTMAN:  Right.

4                   REPRESENTATIVE HEFLIN:  And those 15

5   non-citizens were actually issued a Voter Registration

6   card.  Did I understand that correctly?

7                   DIANE TRAUTMAN:  That's correct.

8                   REPRESENTATIVE HEFLIN:  Okay.  But there's

9   only -- and do you know the status of that

10  prosecution?

11                  DIANE TRAUTMAN:  It was dropped.

12                  REPRESENTATIVE HEFLIN:  Okay.  So as to

13  the issue of voter impersonation, whether it's right

14  or wrong or whether that's what we need to fix today,

15  I would ask you:  Do you believe that in Texas, that

16  we have a big issue with voter impersonation?

17                  DIANE TRAUTMAN:  I do not.  I do, however,

18  believe we have more pressing problems with priorities

19  that we're facing that photo ID takes the time of --

20                  REPRESENTATIVE HEFLIN:  Now, would you

21  believe that one of the priorities might be more

22  training for election workers?

23                  DIANE TRAUTMAN:  Well, actually, I was

24  thinking about public school funding, actually was one

25  of the bigger priorities.  But yes, we do a lot, a lot



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031137

USA_00020661

Case 2:13-cv-00193  Document 663-2  Filed on 11/11/14 in TXSD  Page 110 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-2  Filed 06/20/12  Page 268 of 274
Hearing                                                    April 6, 2009

110

1       more training.

2                      REPRESENTATIVE HEFLIN:  Okay.

3                      DIANE TRAUTMAN:  Actually, of the things

4       that were uncovered in the inconsistent practices that

5       were found by a non-partisan expert, according to

6       sworn depositions of employees who worked in the Tax

7       Assessor's Office, which have been provided to, at

8       least, one legislator upon request.

9                      No. One, there was a concerted effort to

10      downsize the registration office, starting in 2006,

11      and the number of employees dropped from 40 to 13 as

12      people who transferred out were not replaced.

13                     Workers were just thrown in when they

14      started without adequate training, instructions or a

15      manual.

16                     The remaining workers are requested more

17      staff, but none were added until temporary workers

18      were brought in near the deadline from private enter

19      its not affiliated with the county.

20                     The Tax Assessor himself told KHOUTV that

21      an 18-year old who was denied to vote at the polls on

22      this juror, her application was rejected due to a

23      quote, mistake by a temporary employee, unquote.

24                     So yes, I do think more training.

25                     REPRESENTATIVE HEFLIN:  Now, do you know



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031138

USA_00020662

Case 2:13-cv-00193 Document 663-2 Filed on 11/11/14 in TXSD Page 111 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 269 of 274
Hearing                                                        April 6, 2009

111

```
 1      or have knowledge of how many provisional ballots were
 2      cast in Harris County?
 3                  DIANE TRAUTMAN:  I believe it was 11,000.
 4                  REPRESENTATIVE HEFLIN:  11,000.  And do
 5      you know the ultimate treatment -- do you know or do
 6      you have knowledge of how those ballots were
 7      ultimately treated?
 8                  DIANE TRAUTMAN:  One of the problems, I
 9      think, is the connection.
10                  And as I said earlier, problems with Voter
11      Registration relate directly to the proposed Voter ID
12      bill because these new requirements will lead to more
13      provision ballots being cast by voters who do not
14      present required ID.
15                  In 2008 the counting of provisional
16      ballots was a big problem according to lifelong
17      Republican, Jim Harding, a retired business executive
18      who chaired the ballot board and who told the Houston
19      Chronicle on November 12th that the counting of
20      provisional ballots was delayed by faulty work by Tax
21      Assessor Betencort's staff.
22                  The Ballot Board convened after the
23      election in there are 2,000 provisional ballots that
24      need to be checked before each is being counted but
25      the board can only accept or reject the ballot after
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005781

TX_00031139

USA_00020663