Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 1 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 270 of 274
Hearing                                                            April 6, 2009

112

1    the voter Registrar's Office sends over

2    recommendations.

3              The board had only seven days to rule on

4    whether a vote counts or not, but harding said the

5    process was made even more difficult because he didn't

6    get the bulk of the ballots from Betencort's office

7    until the final day.

8              On hundreds of voter forms information has

9    been mapped by the Registrar's Office with white

10   correction fluid and then altered with new

11   information.

12             As Ballot Board members determine whether

13   ballots should be counted, Harding said they wanted to

14   have confidence in the accuracy of the Registrar's

15   research.  But quote, that kind of confidence is not

16   replicated here.

17             And then when they see this white out all

18   over the place, they get nervous, meaning his workers,

19   unquote.  He said.

20             REPRESENTATIVE HEFLIN:  Okay.  Let me

21   interrupt you real quick.

22             DIANE TRAUTMAN:  Okay.  Sure.

23             REPRESENTATIVE HEFLIN:  Because we're

24   trying to move on here today.

25             As to -- and I don't like the issue, I



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031140

USA_00020664

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 2 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 271 of 274

Hearing                                                    April 6, 2009

113

1       don't like the name of a Voter ID bill.  I think we

2       ought to be doing a voter enhancement bill, if

3       anything.

4                   Do you believe that if we had treatment,

5       better treatment of provisional ballots, whereas

6       someone gets to a poll at 5:07, they don't have their

7       ID, they can come back the next day or so and appear,

8       like they do in Indiana?

9                   Do you believe that that's a realistic

10      step in this understanding?  This is a tall stair

11      we're going up one step in the process of enhancing

12      voters?

13                  DIANE TRAUTMAN:  Honestly, if we can take

14      that much time to address it, then it must not be

15      something that is in dire straits that we take care

16      of.

17                  So I think, again, you know, we're chasing

18      a solution in search of a problem.

19                  REPRESENTATIVE HEFLIN:  Oftentimes here in

20      Austin, we fix many things that are not broken.

21                  But if we're going to try to fix this

22      thing that's apparently not broken, would you agree,

23      and you ran for office, that treatment of provisional

24      ballots, whereas to make sure we don't lose 11,000

25      voters, would be a logical step in our process?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 3 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 272 of 274

Hearing                                                    April 6, 2009

114

1          DIANE TRAUTMAN:  We want to protect the

2    voters, but a Voter ID bill, the way that I see it,

3    would cause more provisional votes.

4          REPRESENTATIVE HEFLIN:  Okay.

5          DIANE TRAUTMAN:  Thereby adding to the

6    problem of the burdening an already overburdened and

7    under trained Tax Office.

8          REPRESENTATIVE HEFLIN:  And as with all

9    due respect to Mr. Chairman:  Those issues that he

10   went on and on about, honestly.

11         CHAIRMAN TODD SMITH:  Seven minutes.

12         REPRESENTATIVE HEFLIN:  Seven minutes, you

13   have no personal knowledge to those, do you?

14         DIANE TRAUTMAN:  I do not.

15         REPRESENTATIVE HEFLIN:  Okay.  Thank you

16   very much.  Thanks for coming down.

17         CHAIRMAN TODD SMITH:  Raise your hand,

18   members.

19         Representative Brown.

20         REPRESENTATIVE BROWN:  Ms. Trautman, you

21   referred to those ballots being received so late in

22   offices or the registration -- voter registration

23   applications being received too late.

24         How long a period of time does it take?

25   Do the authorities have after receiving those to get



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005784

TX_00031142

USA_00020666

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 4 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 273 of 274

Hearing                                                        April 6, 2009

                                                                    115

1       them to make them effective?

2                   DIANE TRAUTMAN:  Seven days.  Seven days

3       is the usual time.

4                   REPRESENTATIVE BROWN:  I beg your pardon?

5                   DIANE TRAUTMAN:  Seven days.

6                   REPRESENTATIVE BROWN:  You send in a Voter

7       Registration Application and they have to have it

8       effective in seven days?

9                   DIANE TRAUTMAN:  They have to notify you

10      -- well, at that point, I'm not sure I understand your

11      question.

12                  Are you talking about the people who had

13      already sent them in and they were waiting and they

14      got turned away at the polls?

15                  REPRESENTATIVE BROWN:  Yes.  People who

16      had sent in a Voter Registration Application.  And

17      you're saying they have to have seven days to turn

18      that around?

19                  DIANE TRAUTMAN:  Well, yes, they have to

20      let them know in seven days, exactly.  After that

21      time, when they were turned away at the polls and they

22      had them -- many of them had sent them in, as many as

23      40 days earlier.

24                  REPRESENTATIVE BROWN:  Okay.  It's my

25      understanding the office has 30 days to make that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005785

TX_00031143

USA_00020667

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 5 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-2 Filed 06/20/12 Page 274 of 274
Hearing                                                      April 6, 2009

116

```
1        application effective for them to be able to vote.
2                    DIANE TRAUTMAN:  Okay.
3                    REPRESENTATIVE BROWN:  30 days.
4                    DIANE TRAUTMAN:  I may be wrong on that.
5                    REPRESENTATIVE BROWN:  I think everyone
6        here would have to agree with me.
7                    DIANE TRAUTMAN:  But there's a seven-day
8        notification I know that they have to do.
9                    REPRESENTATIVE BROWN:  Any would be after
10       -- I don't know, something else happened.  But when
11       you sent in an application for a Voter Registration
12       card --
13                   DIANE TRAUTMAN:  That is correct.  But I'm
14       talking -- this is a different situation.
15                   These people had been waiting months, and
16       assumed they were ready to vote, they thought they
17       were on the road.
18                   REPRESENTATIVE BROWN:  Okay.
19                   DIANE TRAUTMAN:  And they went there and
20       they were not:  They were rejected.
21                   REPRESENTATIVE BROWN:  Have you ever
22       worked an election?
23                   DIANE TRAUTMAN:  Yes.
24                   REPRESENTATIVE BROWN:  So you are familiar
25       with the process.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005786

TX_00031144

USA_00020668

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 6 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 2 of 223
Hearing                                                    April 6, 2009

117

1           How many elections did you work?

2           DIANE TRAUTMAN:  I worked as a clerk a

3     couple of times before I ran for office.

4           REPRESENTATIVE BROWN:  And you're

5     testifying as an authority on the issue?

6           DIANE TRAUTMAN:  No.  I'm testifying as a

7     citizen, a private citizen very concerned about

8     keeping our elections free and making sure that

9     everyone's right to vote is protected.

10          REPRESENTATIVE BROWN:  I agree with that.

11    That's a worthy goal.  We're all here to do that.

12          CHAIRMAN TODD SMITH:  Anybody else on the

13    committee who wishes to ask this witness a question

14    before I let one of our non-committee members ask a

15    question?

16          Take your chance now if you have any

17    questions.

18          Represent Allen.  Dr. Allen.

19          REPRESENTATIVE ALLEN:  I just wanted to

20    say to Ms. Trautman, thank you for coming today and

21    thank you for all the services you've rendered to our

22    community.

23          And if we were not doing a Voter ID bill,

24    and I know that you would know after you did all of

25    your research for running for your position, what



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031145

USA_00020669

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 7 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 3 of 223
Hearing                                                                April 6, 2009

118

```
 1     would you recommend we be doing rather than doing a

 2     Voter ID bill today?  What would be a better use of

 3     our time and resources?

 4                 DIANE TRAUTMAN:  I definitely think we

 5     need to be addressing public school funding.

 6                 In my district, my home district, Humble

 7     ISD we have seen teacher layoffs.  We have seen

 8     schools unable to open, that have been built because

 9     we can't afford it.

10                 We must have a school funding formula that

11     fairly addresses the adequate and equality of school

12     funding statewide.  I think there's no higher or more

13     important calling right now.

14                 REPRESENTATIVE ALLEN:  Thank you.

15                 CHAIRMAN TODD SMITH:  Does everybody on

16     the committee have what they need?

17                 Representative Gutierrez.

18                 REPRESENTATIVE GUTIERREZ:  Thank you,

19     Mr. Chair.  I'll make this brief and I promise I'll

20     leave after this.

21                 CHAIRMAN TODD SMITH:  You don't have to do

22     that.  You can stay with us all night long if you want

23     to.

24                 REPRESENTATIVE GUTIERREZ:  This is an

25     important issue to folks in my district back home.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005788

TX_00031146

USA_00020670

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 8 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 4 of 223
Hearing                                                              April 6, 2009

119

1           And I wanted to ask Mr. Rokita some

2     questions but unfortunately was unable to.

3           So I'll ask Ms. Trautman some questions.

4           Ms. Trautman, what you do is obviously

5     very important, correct?  And the chairman brought up

6     certain issues that you weren't familiar.

7           Were you familiar with any of the

8     investigations in Texas, at all?

9           DIANE TRAUTMAN:  The investigations, as

10    far as --

11          REPRESENTATIVE GUTIERREZ:  Different

12    district attorneys also investigated this issue in

13    their own counties.  Are you familiar with any of them

14    at all?

15          DIANE TRAUTMAN:  Again, unless it was

16    prosecuted, no.

17          REPRESENTATIVE GUTIERREZ:  Well, for

18    instance in Bexar County, our Republican District

19    Attorney, Susan Reed, investigated this issue at

20    length, and only found two instances of legal citizens

21    going to jury duty and saying they were illegal

22    immigrants.

23          So indeed, she had found no voter fraud of

24    any kind or Voter ID issues in Bear County.

25          So with that in mind, Mr. Chairman, I just



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031147

USA_00020671

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 9 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 9 of 223

Hearing                                                                April 6, 2009

120

 1          want to reiterate some of the things that have been

 2          said and insure that when we have witnesses come up

 3          and I thank you for your time in what you said.

 4                    Because, indeed, this is what you call it

 5          -- we don't want to find solutions to problems that

 6          don't exist and you said it a lot better than that.

 7                    I think that when we do have witnesses

 8          like the previous witnesses, like the previous witness

 9          we need to limit ourself to evidentiary issues and not

10          anecdotal data that cannot be supported.

11                    So with that in mind, Mr. Chairman, I'll

12          do as I said and promise to just sit back and listen.

13                    This is an important issue to me because

14          my parents were immigrants to this country and they

15          worked very hard to get here and they earned their

16          right to vote.

17                    So I did want to spend a little bit of

18          time with you today and ask you to be considerate of

19          the evidence that's presented and not anecdotal

20          information or folks that want to rely on certain

21          studies but not others.

22                    CHAIRMAN TODD SMITH:  And let me just say

23          for the record that in the last few weeks I've been

24          reading a little bit of this stuff.

25                    And on one side of the issue, the argument



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031148

USA_00020672

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 10 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 9 of 223

Hearing                                                    April 6, 2009

121

1      is that fraud occurs primarily with absentee-ballots

2      and there's not a lot of evidence of in-person fraud.

3              And on the other side of the argument is

4      the argument that while there's not a lot of proof of

5      in-person fraud, that it may be the tip of the iceberg

6      and therefore, there is reason to enhance the security

7      of our elections.  That's the debate that's been

8      occurring.

9              It's the first time I've heard a witness

10     actually take the position that they don't believe

11     there is a lot of voter fraud that occurs even with

12     regard to absentee-ballots.

13             And let me just say that when we have

14     proof, it's not a matter of opinion, it's a fact, that

15     we have many instances that have been demonstrated of

16     inside the state and outside the state of people

17     voting after they've died, and in almost every

18     instance, they are not prosecuted because nobody knows

19     who cast that dead persons vote.

20             The only thing we know for sure is that it

21     wasn't the dead person.  And so I think that that is

22     an example of how you can know there is voter fraud

23     and know at the same time that it was not prosecuted

24     because you can't do it.

25             And so that's not an opinion I'm



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031149

USA_00020673

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 11 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 7 of 223
Hearing                                                                    April 6, 2009

122

```
 1    expressing.  That's a fact.

 2                  And I am here today to hear from both

 3    sides of the argument on issues that are a matter of

 4    legitimate discussion about people's opinions.  But

 5    when the testimony goes outside the bounds of what we

 6    know, then I'm probably going to ask an asserted

 7    question or two.

 8                  All right.  Thank you.  Thank you very

 9    much for taking time to be with us today.

10                  DIANE TRAUTMAN:  Certainly.

11                  CHAIRMAN TODD SMITH:  We appreciate it.

12                  At this time the chair calls John Fund,

13    who is representing himself and is the author of a

14    book relating to voter fraud, and I'll let you sell

15    your book if you want to.

16                  JOHN FUND:  Free copies are available to

17    anyone on the committee's who wants one.

18                  CHAIRMAN TODD SMITH:  Your name and just

19    to make it clear on the record:  You're testifying in

20    favor of Senate Bill 362.

21                  JOHN FUND:  I'm testifying on the notion

22    of the need for more voter integrity, which includes

23    photo ID or other voter identification requirement.

24                  CHAIRMAN TODD SMITH:  Your name and who

25    you Representative.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

**ESQUIRE**
DEPOSITION SOLUTIONS

JA_005792

TX_00031150

USA_00020674

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 12 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 8 of 223
Hearing                                                    April 6, 2009

123

1              JOHN FUND:  John Fund.  I'm the author of

2     "Stealing Elections How Voter Fraud Threatens Our

3     Democracy."

4              CHAIRMAN TODD SMITH:  All right.

5              JOHN FUND:  I want to apologize, first,

6     because I have a flight to catch and I'm not trying to

7     be rude or in any way cut short your questions, nor am

8     I shirking them.  But I will have to leave.  And I

9     apologize in advance for doing so.

10              I would be happy to answer questions in

11     writing.  I would be happy to communicate by telephone

12     with any of the committee members, should they have

13     questions.

14              So I apologize in advance for making my

15     remarks somewhat brief and they will be somewhat

16     truncated.

17              CHAIRMAN TODD SMITH:  Tell us what we need

18     to know.

19              JOHN FUND:  Well, I think one of the

20     things that Secretary Rokita mentioned is very

21     important, which is we now have a four-year experience

22     with Indiana law in Indiana and some minds have been

23     changed.

24              I have reported from Indiana.  I have been

25     one of the people who investigated the Chicago voter



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005793

TX_00031151

USA_00020675

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 13 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 9 of 223
Hearing                                                          April 6, 2009

124

```
 1        fraud case, which is one of the more infamous voter
 2        fraud cases in which an election was thrown out.  And
 3        we've now had four years of experience.
 4               I think the Dallas Morning News article
 5        today is very significant because it quotes State
 6        Senator Erline Rogers of Gary, Indiana, who says that
 7        the Voter ID law in Indiana has not hurt people's
 8        ability to vote.
 9               In fact, she said that it's helped areas
10        such as her region located close enough to Chicago to
11        carry a stigma to include the reputation.
12               And the quote that Secretary Rokita gave
13        you is for a county such as mine, it is always accused
14        that voter fraud.  No one can make those charges
15        anymore.  It has helped our image.
16               So I understand that there are people who
17        still view the Indiana law as controversial but there
18        are people who opposed it when they voted on the issue
19        in the legislature in 2005 who have changed their
20        mind.  And I think that's significant.
21               In addition I would note that there are
22        also people who were very active in the civil rights
23        movement in the 1960s, who do not believe this is a
24        very controversial issue.
25               I have interviewed Andrew Young who's a
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005794

TX_00031152

USA_00020676

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 14 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 10 of 223
Hearing                                                                April 6, 2009

125

1      former Mayor of Atlanta and the former UN Ambassador

2      and who was one of the confidants of Martin Luther

3      King.

4                  And he believes that yes, it is important

5      that people do not have photo ID or other

6      identification.  That's why we should go help them get

7      it.

8                  How can you elevate yourself from poverty

9      to the middle class if you don't have ID?  We should

10     use this opportunity to include our election integrity

11     to create, to actually get I.D., create integrity to

12     actually get photo ID in the hands of more people.

13                 You cannot rent a video.  You cannot enter

14     a federal building.  You cannot attend a court

15     hearing.  You cannot cash a check.  You cannot travel

16     on an airplane.

17                 You cannot even board an Amtrak train

18     because they have spot checks of ID.  You cannot do an

19     awful lot of things in American life without an ID.  I

20     don't think that the percentage of people who lack

21     identification is five percent.  I think it's far

22     fewer.

23                 But for those who do lack identification,

24     whether they're a senior citizen in a nursing home,

25     whether they're some who's elderly and has never had



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031153

USA_00020677

Case 2:13-cv-00193  Document 663-3  Filed on 11/11/14 in TXSD  Page 15 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-3  Filed 06/20/12  Page 11 of 223
Hearing                                                        April 6, 2009

126

1    identification.

2              Whether they're a poor person in an urban

3    ghetto, we should get them ID.  That's why Andrew

4    Young supports it.  He views it as a positive effort

5    to not only improve election integrity, but to also

6    mainstream people into American society.

7              Now, a point has been made about the fact

8    that there's very little evidence that voter fraud or

9    of the impersonation level exists.

10             Well, yes and no.  If you practice voter

11   impersonation fraud or you create fictitious people

12   and vote on their stead or you vote on behalf of dead

13   people, you can get away with it for an awful long

14   time.

15             Democratic Congresswoman Elizabeth

16   Holestein, was very active in the voter investigation

17   of Richard Nixon ordered the District Attorney in

18   Brooklyn.

19             In 1989 her Grand Jury issued a long

20   report on the voter fraud conspiracy involving fraud

21   at the polls, which has operated successfully for

22   14 years.  That fraud resulted in thousands of votes

23   being cast fraudulently in state Congressional

24   elections, and involved impersonating voters at polls,

25   voting under fictitious names that have been



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005796

TX_00031154

USA_00020678

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 16 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 12 of 223
Hearing                                                    April 6, 2009

                                                               127

1     successfully registered without, and there's other

2     methods.

3               This fraud could have easily been stopped

4     or detected if it required voters' identity at the

5     poles.

6               According to the grand jury investigation,

7     the advent of mail-in ballot, mail-in registration was

8     also a key factor in the voter fraud.

9               I interviewed people who are active in

10    that investigation.  I interviewed people who were

11    active in the Grand Jury.  The only reason that scheme

12    and conspiracy, which went on for 14 years, was

13    uncovered is because somebody was indicted for another

14    crime.

15              And in order to carry favor and get a more

16    favorable sentence from the judges, turned state's

17    evidence on the people committing the impersonation

18    fraud.

19              Now, the other examples, I have

20    interviewed people who personally committed

21    impersonation fraud.  My colleague Glen Simpson, who

22    is a news reporter for Wall Street Journal has

23    interviewed people who personally committed

24    impersonation fraud.

25              Glen Simpson wrote a book with Larry



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193   Document 663-3   Filed on 11/11/14 in TXSD   Page 17 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-5   Filed 06/20/12   Page 13 of 223
Hearing                                                          April 6, 2009

128

1        Sabato, who is the premiere political scientist at the

2        University of Virginia.  The book is called "Dirty

3        Little Secrets."

4                  They interviewed people who committed

5        impersonation fraud.  Now, why can't I give you their

6        names?  Well, it's a felony.  It's not exactly that

7        you're going to get people to come out and use their

8        names.

9                  I've interviewed those people.  I will

10       turn over my notes.  I just can't turn over the names

11       of those people.

12                 Is it common?  Probably not.  Does it

13       happen?  You betcha.  And it is easily done.  I can

14       give you ten different ways.

15                 You can vote in someone elses's name.  You

16       can vote for someone who's dead or you can vote and

17       create a completely fictitious person and vote for

18       that person.

19                 I can give you about ten different ways to

20       do it with almost no way of being detected.  And with

21       almost no ways of knowing that it was done.

22                 Now, lastly about prosecutors:  I want to

23       reiterate what Secretary Rokita said about

24       prosecutors.

25                 This goes at the very bottom of their



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031156

USA_00020680

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 18 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 14 of 223
Hearing                                                    April 6, 2009

129

1    priority list for very obvious reasons.  You are going

2    to be accused of being partisan no matter who you go

3    after.

4              You're either going to be viewed, as

5    Secretary Rokita said, as a trader or someone who is

6    on some kind of vendetta.

7              I interviewed the U.S. attorney for the

8    northern district of Louisiana, Mr. Washington, who

9    told me, very specifically, that prosecutors are very

10   loathe to go into these kind of cases because quote,

11   we can't do much of anything about ballot box

12   improprieties until the election is over, and.

13             And the closer we get to the election, the

14   less willing we are to get involved because of just

15   the appearance of impropriety, just the appearance of

16   the federal government somehow shaving this election

17   not to occur.

18             If you'll recall the U.S. Attorneys'

19   scandal in 2006 that involved Attorney General

20   Gonzales, one of the major accusations against him was

21   that indictments against the group Acorn had been

22   filed just before the election.

23             And the charge was, and it was certainly

24   at the Center of Congressional Hearings of the U.S.

25   Attorneys, the charge was that this was a clearly



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031157

USA_00020681

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 19 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 19 of 223
Hearing                                                    April 6, 2009

130

1     partisan attempt to influence the election.

2              Well, we now have two more years' of

3     experience with Acorn, and we now know a little bit

4     more about what they were about.

5              In Nevada it was a Democratic Attorney

6     General and a Democratic Secretary of State that

7     became so upset by Acorn's tactics that they asked the

8     FBI to raid their offices and you saw what happened.

9              One of the things we learned by the way

10    that what Acorn was doing was that it was employing

11    many of their Registrar's from a work release program

12    at the local prison, including several of the people

13    leading their teams for the Voter Registration efforts

14    have been convicted of identity theft.

15             In other words, Acorn, in Nevada, at

16    least, was hiring specialists.

17             Now, I can understand Justice Department

18    guidelines saying that Acorn should not be indicted

19    just prior to an election.  What I can't understand is

20    that that is then used as proof that the prosecutions

21    of these cases are very easy.

22             They are not very easy.  And I will just

23    tell you if any prosecutor ever files these cases,

24    they have personally told me, many of them, they

25    recognized in their political correctness that charges



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031158

USA_00020682

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 20 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 18 of 223
Hearing                                                                April 6, 2009

131

     1        of discrimination and Jim Crow tactics are going to be

     2        leveled against them.  And they would view it as

     3        unfair, but it also acts as a barrier against everyone

     4        in those cases or, at least, makes it a priority.

     5                    I only have a couple of minutes for

     6        questions and I apologize in advance.

     7                    CHAIRMAN TODD SMITH:  I think if you need

     8        an hour before your 4:50 flight, you can make it,

     9        based on my experience, comfortably.

    10                    Can you give the opposition here eight

    11        minutes or is that too much?

    12                    JOHN FUND:  I will try.

    13                    CHAIRMAN TODD SMITH:  I will give the

    14        questions to my Democratic colleagues, given the fact

    15        that you're willing to leave.

    16                    JOHN FUND:  That's all right.  If I have

    17        to leave --

    18                    CHAIRMAN TODD SMITH:  That's all right.

    19        If they ask a good question, just get up and leave.

    20                    JOHN FUND:  No.  No.  No, I don't do that.

    21                    CHAIRMAN TODD SMITH:  Representative

    22        Heflin.

    23                    REPRESENTATIVE HEFLIN:  Mr. Fund, I

    24        appreciate you being here today.

    25                    JOHN FUND:  Thank you.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005801

TX_00031159

USA_00020683

Case 2:13-cv-00193   Document 663-3   Filed on 11/11/14 in TXSD   Page 21 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-5   Filed 06/20/12   Page 17 of 223
Hearing                                                    April 6, 2009

132

1          REPRESENTATIVE HEFLIN:  I wouldn't
2     disagree with you.
3          You said you have to have ID if you're
4     going to rent a movie.  If you're going to cash a
5     check.  Those are privileges.  Those are not rights.
6          I think that voting is a sacred right that
7     we need to protect and enhance in this entire process.
8     So I want to ask you this question:  To enhance voter
9     participation, what's your No. One step you will take?
10          JOHN FUND:  First of all, let me
11     respectfully disagree with you because if you can name
12     an industrialized democracy that does not require
13     people to show proof of their existence and their
14     identity at the polls, I will send $7,500 to your
15     favorite charity.
16          We are the only country in the world, the
17     only country in the world, that operates on the honor
18     system when it comes to elections.
19          I believe we need a comprehensive set of
20     reforms to improve voter integrity.  I also believe we
21     need a comprehensive reform to improve access to the
22     polls.
23          I also believe we need to spend more time
24     and effort to try to train a new generation of poll
25     workers to replace the average age of 70 at the polls,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005802

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 22 of 223
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 18 of 223
Hearing                                                              April 6, 2009

133

 1    who don't necessarily have the most up-to-date

 2    knowledge of technology and, therefore, we have a new

 3    generation of people that helps these people with the

 4    polls.

 5              So I don't want to single out a single

 6    example.  I just want to say we have to do an awful

 7    lot because Walter Dean Burnham, who teaches just down

 8    the road here at the University of Texas at Austin, is

 9    one of the premier political scientists in America,

10    that says we have the soft independent system in any

11    industrialized democracy.  And I agree with that.

12              REPRESENTATIVE HEFLIN:  Let me ask you

13    this question real quickly:  If the attorney for the

14    Northern District --

15              JOHN FUND:  The U.S. Attorney for the

16    Northern District of law.

17              REPRESENTATIVE HEFLIN:  The attorney for

18    the northern district, that's right, if those guys

19    won't prosecute a case, they're not elected.

20              JOHN FUND:  That should tell you

21    something.

22              REPRESENTATIVE HEFLIN:  They're hired.

23              JOHN FUND:  That should tell you

24    something.

25              REPRESENTATIVE HEFLIN:  That ought to be



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031161

USA_00020685

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 23 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 19 of 223
Hearing                                                          April 6, 2009

134

1      prosecuted or they should be photo ID.

2                    JOHN FUND:  No.  This is the lowest

3      priority on their staff of things to do, for obvious

4      reasons.

5                    It's not a violent crime.  There's also

6      political controversy attached to this.  That's the

7      reason why preventing this in advance is so important.

8                    Once you have the vote cast and thrown in

9      a pile of secret ballots, there is no way you can pull

10     it out.

11                   At least, with absentee-ballot fraud,

12     which I do agree is a problem and I do want to address

13     that, at least, with absentee-ballot fraud, when you

14     apply for absentee-ballot, when you have sacrificed,

15     in part, your right to a secret ballot, you leave an

16     evidence trail.  There is much less of an evidence

17     trail with in-person voting.  Much less.

18                   REPRESENTATIVE HEFLIN:  So you're saying

19     that we're spending our time here today on the

20     absolute lowest priority issue that we can deal with?

21                   JOHN FUND:  No.  I am not saying that.

22                   REPRESENTATIVE HEFLIN:  That's what you

23     just said.

24                   JOHN FUND:  I am not saying that.  I am

25     saying that those both are important.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031162

USA_00020686

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 24 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 20 of 223
Hearing                                                          April 6, 2009

135

1              I'm also saying that Indiana, contrary to

2       what you have read, addressed absentee-balloting and

3       addressed in-person voting.

4              You heard about the Voter ID law.  You did

5       not hear about the absentee-ballot.  Perhaps you will

6       not hear about it until he's testified.

7              I'm saying you could do both.  You should

8       do both.  Do you have to do them at the same time?  I

9       don't necessarily think so but I think you should do

10      both.

11             By the way, Debra Danberg, who used to

12      chair this committee, was very concerned about voter

13      fraud in this state.  I interviewed her.

14             In fact, she was very upset because there

15      were senior citizens' groups in this state who did not

16      stand up for the fact that there were senior citizens

17      being victimized by voter fraud.

18             And I do have the legislature, in part,

19      under Democratic leadership and under Republican

20      leadership, did address some of those absentee-ballot

21      voter concerns.

22             You already have visited the issue, in

23      part.  I think you need to do more.

24             REPRESENTATIVE HEFLIN:  Yes.  I agree.

25             CHAIRMAN TODD SMITH:  Any questions?



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031163

USA_00020687

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 25 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 21 of 223
Hearing                                                            April 6, 2009

136

1                     Representative Anchia.

2                     REPRESENTATIVE ANCHIA:  Isn't it true that

3          you can board a plane without ID?

4                     JOHN FUND:  Yes.  It's a very complicated

5          procedure and I have done it, and I would not want to

6          visit it anymore.

7                     REPRESENTATIVE ANCHIA:  But there's a

8          secondary opportunity for those who want to board a

9          plane without an ID, correct?

10                    JOHN FUND:  Well, do you know how well

11         advertised that is?

12                    REPRESENTATIVE ANCHIA:  Well --

13                    JOHN FUND:  Ask the people in this room if

14         they know about that.

15                    REPRESENTATIVE ANCHIA:  But --

16                    JOHN FUND:  Ask them.

17                    REPRESENTATIVE ANCHIA:  But you pointed

18         out -- I see a bunch of hands that are raised in the

19         back of the room.

20                    But you pointed out that you couldn't get

21         on a plane but, in fact, you can, correct?

22                    JOHN FUND:  Yes, you can.

23                    REPRESENTATIVE ANCHIA:  Okay.

24                    JOHN FUND:  But the federal government

25         does not advise you of it at all.  They discourage



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005806

TX_00031164

USA_00020688

Case 2:13-cv-00193 - Document 663-3 - Filed on 11/11/14 in TXSD - Page 26 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 22 of 223
Hearing                                                             April 6, 2009

137

1    that.

2              REPRESENTATIVE ANCHIA:  Right, but the

3    point is you represented that you couldn't, but you

4    can.  And you can rent a movie without a photo ID,

5    right?

6              JOHN FUND:  I don't know that.

7              REPRESENTATIVE ANCHIA:  At Blockbuster,

8    for example, you can do it?  You can rent a movie at

9    Blockbuster with just your Voter Registration

10   Certificate, right?

11             JOHN FUND:  You cannot rent a video at

12   many companies.

13             REPRESENTATIVE ANCHIA:  Okay.  Okay.  Let

14   me ask you:  You wrote an article entitled democracy

15   in peril.  I haven't had a chance to read your book.

16   I'd love a copy if you're handing them out.

17             September 13, 2004, -- do you remember

18   that article?

19             JOHN FUND:  I write 120 articles a year.

20             REPRESENTATIVE ANCHIA:  I will eventually

21   remember it as you recall it.

22             REPRESENTATIVE ANCHIA:  It appeared in the

23   National Review.  September 13, 2004, "Democracy in

24   Peril.  America's Election Problems."

25             JOHN FUND:  I don't recall that report.  I



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005807

TX_00031165

USA_00020689

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 27 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 23 of 223
Hearing                                                                    April 6, 2009

138

1       write for the Wall Street Journal.

2                    REPRESENTATIVE ANCHIA:  In the article you

3       talked about problems in our election systems and you

4       talked about strap (inaudible) from any local elected

5       offices.

6                    JOHN FUND:  Yes.

7                    REPRESENTATIVE ANCHIA:  From the local and

8       elected offices.

9                    JOHN FUND:  Yes.

10                   REPRESENTATIVE ANCHIA:  Voter ignorance.

11      Lackadaisical law enforcement and a shortage of

12      trained volunteers.

13                   JOHN FUND:  Those are all problems.

14                   REPRESENTATIVE ANCHIA:  You talked about

15      the voter law and that it imposed fraud from the rules

16      on states requiring driver's license bureaus to

17      register anybody applying for licenses, correct; is

18      that right? .

19                   You talked about illegal absentee-ballot.

20      You talked about bribing homeless people with

21      cigarettes.

22                   Which of those scenarios would be fixed

23      under the Fraser Bill?  The bill before us today?

24      Have you read the bill?

25                   JOHN FUND:  I read several Executive



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031166

USA_00020690

Case 2:13-cv-00193 · Document 663-3 · Filed on 11/11/14 in TXSD · Page 28 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-3   Filed 06/20/12   Page 24 of 223
Hearing                                                                  April 6, 2009

139

1       Summaries.  Have I read every single --
2                   REPRESENTATIVE ANCHIA:  Have you read the
3       bill.
4                   JOHN FUND:  The entire bill?
5                   REPRESENTATIVE ANCHIA:  Yes.
6                   JOHN FUND:  No, I have not read the entire
7       bill.
8                   REPRESENTATIVE ANCHIA:  Okay.  But do you
9       know --
10                  JOHN FUND:  I have read long Executive
11      Summaries, though.
12                  REPRESENTATIVE ANCHIA:  Based on your
13      reading of the Executive Summaries, do you have a
14      sense that any of the issues that I articulated that
15      you brought up in Democracy in Peril would be solved
16      by that bill?
17                  JOHN FUND:  I support a full range of
18      election measures that go far beyond this bill.
19                  REPRESENTATIVE ANCHIA:  Do you support --
20                  JOHN FUND:  Excuse me?
21                  REPRESENTATIVE ANCHIA:  Do you support
22      them in isolation or comprehensively?
23                  JOHN FUND:  Both.  I want to get there as
24      fast as we possibly can.
25                  REPRESENTATIVE ANCHIA:  Okay.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031167

USA_00020691

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 29 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 29 of 223
Hearing                                                    April 6, 2009

140

```
 1              JOHN FUND:  Whether it's piecemeal or
 2      comprehensively, I want to get there.
 3              REPRESENTATIVE ANCHIA:  And if it's a
 4      situation like 12 nuns being disenfranchised -- that
 5      doesn't give you clause for pause.
 6              JOHN FUND:  Well, I actually interviewed a
 7      couple of those nuns.
 8              REPRESENTATIVE ANCHIA:  Okay.
 9              JOHN FUND:  And one of those nuns admitted
10      to me that it was a stunt that they were trying to
11      discredit the law.
12              REPRESENTATIVE ANCHIA:  Was she an
13      American citizen?
14              JOHN FUND:  Yes.
15              REPRESENTATIVE ANCHIA:  Was she of age?
16      Was she of age to vote?
17              JOHN FUND:  But what --
18              REPRESENTATIVE ANCHIA:  But was she
19      otherwise competent to vote?
20              JOHN FUND:  Representative Anchia, she
21      wanted not to vote.
22              REPRESENTATIVE ANCHIA:  Was she competent
23      to vote?
24              JOHN FUND:  Yes.  But she --
25              REPRESENTATIVE ANCHIA:  Did she vote a
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005810

TX_00031168

USA_00020692

Case 2:13-cv-00193 Document 663-3 Filed on 11/41/14 in TXSD Page 30 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 28 of 223
Hearing                                                                April 6, 2009

141

```
1      provisional ballot?
2              JOHN FUND:  Yes.  Representative Anchia,
3      she wanted not to vote that day.
4              REPRESENTATIVE ANCHIA:  Did you interview
5      the other 11?
6              JOHN FUND:  I interviewed two of the nuns.
7              REPRESENTATIVE ANCHIA:  Did you interview
8      any of the 34 people in Marion County.
9              JOHN FUND:  I tried to.  I couldn't get
10     the names.
11             REPRESENTATIVE ANCHIA:  Okay.
12             JOHN FUND:  Because --
13             REPRESENTATIVE ANCHIA:  Going back to my
14     first question:  Do you think it's a good result if
15     people like that are disenfranchised?  If any American
16     is disenfranchised by a piecemeal approach to Voter
17     ID?
18             JOHN FUND:  I believe disenfranchisement
19     comes in two forms:  One, we fought a long struggle in
20     the civil rights era so that people would not be
21     forced to take poll tests, or take literacy tests or
22     be otherwise intimidated or prevented from voting.
23     That is disenfranchising the voters and that is wrong.
24             It is also disenfranchisement if your
25     civil rights are violated because your vote is diluted
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031169

USA_00020693

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 31 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 27 of 223
Hearing                                                April 6, 2009

                                                            142

1      or cancelled out by someone who shouldn't be voting,

2      who's voting twice or doesn't even exist.  That is

3      also disenfranchisement.

4                And by the way, that is not my opinion.

5      The Supreme Court of the United States of America gave

6      a unanimous decision in which they vacated the

7      decision of an Arizona court which blocked that

8      state's photo ID law in 2006.

9                It said it is disenfranchisement if

10     people's votes are cancelled out or deleted by people

11     who are voting and shouldn't voter impersonation or

12     voter fraud.

13               REPRESENTATIVE ANCHIA:  Are you aware of

14     any voter impersonation cases in Texas?

15               JOHN FUND:  Specifically in Texas?

16               REPRESENTATIVE ANCHIA:  Yes.

17               JOHN FUND:  I have not interviewed people

18     who personally told me they committed voter

19     impersonation in Texas.

20               REPRESENTATIVE ANCHIA:  But, sir, are you

21     aware of any cases?

22               JOHN FUND:  I'm aware people who have

23     claimed such --

24               REPRESENTATIVE ANCHIA:  Are you aware of

25     any documented cases?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005812

TX_00031170

USA_00020694

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 32 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 28 of 223
Hearing                                                    April 6, 2009

143

1              JOHN FUND:  No.
2              REPRESENTATIVE ANCHIA:  Okay.  Thank you,
3      Mr. Fund.
4              JOHN FUND:  Thank you.
5              I have to leave and I apologize.
6              CHAIRMAN TODD SMITH:  Thank you, Mr. Fund
7      and thank you for coming and we appreciate it.
8              JOHN FUND:  Thank you.
9              CHAIRMAN TODD SMITH:  And I'm sorry you
10     didn't get the full allotment of time.
11             REPRESENTATIVE VEASEY:  Mr. Chairman, we
12     wanted to state on the record and we wanted Mr. Fund
13     to hear this before he went out the door, that
14     Mr. N.D. Yang had expressed that he supported the
15     Baker Commission.
16             And like I said earlier, the Baker
17     Commission clearly states that you cannot do Voter ID
18     right now until you have universal support.
19             So we need to be clear because for him to
20     invoke the name of Andrew Young supporting Voter ID is
21     really quite a stretch there.
22             CHAIRMAN TODD SMITH:  He does recommend it
23     along with, I guess, the expansion of real ID, and so
24     we gotta figure out what we're going to do in light of
25     the fact that we don't have real ID.  But that's



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005813

TX_00031171

USA_00020695

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 33 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 29 of 223
Hearing                                                        April 6, 2009

144

 1     right.  I think that's correct.

 2                    At this time, the chair will call Justin

 3     Leavitt from the Brennan Center for Justice at New

 4     York University School of Law to testify against

 5     Senate Bill 362.

 6                    MR. LEAVITT:  Thank you, very much,

 7     Chairman.

 8                    CHAIRMAN TODD SMITH:  Thank you.  Please

 9     state your name and who you represent.

10                    JUSTIN LEAVITT:  My name is Justin

11     Leavitt.  I'm here on behalf of the Brennan Center for

12     Justice at NYU School of Law.

13                    The reference was correct earlier and I

14     want to correct you, Mr. Chair, Mr. Vice-Chair,

15     members of the committee, very much for inviting me

16     here to testify.

17                    I agree both that you have an issue that's

18     caused much debate here in front of you.  And I think

19     it's very important to take the tact that you set out

20     so early of trying to get at the real facts behind

21     what's at issue here.

22                    I have written testimony that I've made

23     available to you all.  We've also published

24     documentation, reports I'm happy to make available.  I

25     didn't bring enough copies for the committee here



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005814

TX_00031172

USA_00020696

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 34 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 30 of 223
Hearing                                                       April 6, 2009

145

1      today.  And for that I apologize.

2                  I'm going to keep my remarks as short as I

3      possibly can and leave you with written testimony.

4      And any questions that you wish to ask, including, I

5      may be the right person to respond to some of the

6      incidents that you brought up before with

7      Ms. Trautman, chairman.  So I'm happy to address any

8      of those as you wish.

9                  As you mentioned, I'm Justin Leavitt.  I'm

10     counsel at Brennan Center for Justice at NYU School of

11     Law.  We are self-identified as progressive, but we

12     are vigorously non-partisan and I am strictly here in

13     a non-partisan capacity.

14                 The Brennan Center does public policy and

15     research and legal advocacy.  We focus on fundamental

16     issues of democracy and justice and we think

17     respectfully that you have one before you here today.

18                 Our method, our trade is to focus on

19     evidence and to go back to the facts that have been

20     established and try and root all of our recommendation

21     ands all the policies we advocate and the basis of

22     those facts.

23                 We emphasize the factual research because

24     we believe the best policy is grounded in careful cost

25     analysis benefit analysis.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031173

USA_00020697

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 35 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 31 of 223
Hearing                                                    April 6, 2009

146

     1              And just like you would in starting on a

     2       construction project and make a page you wouldn't

     3       start a construction project or make a major purchase

     4       until you were sure that the benefits outweigh the

     5       costs, the same is true in election policy.

     6              And particularly for Texas, Section five

     7       of the voting rights act requires such an analysis.

     8       This hearing today is about proposing restrictions on

     9       the way voters can and have traditionally identified

    10       themselves at the polls in order to vote.

    11              And with respect I'm here to testify

    12       against the proposal because I believe the costs do

    13       outweigh the benefits, that this legislation you all

    14       are considering imposes far more costs than the

    15       problems it fixes others will talked to at great

    16       length about some of the costs that this legislation

    17       may impose.

    18              I'd like to focus, if he can in a limited

    19       time on the negotiable benefits it provides.

    20              In particular, legislation requiring a

    21       restricted form of ID in order to vote at the polls

    22       gets in only one sort of problem.  It's only designed

    23       to get at one sort of problem.  And that is

    24       impersonation fraud.  People pretending to be someone

    25       else when they show up at the polls.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031174

USA_00020698

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 36 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 32 of 223
Hearing                                                    April 6, 2009

147

1          We have documents at the Brennan Center's

2     document allegations of all kind of fraud.  Some of

3     them are reports that we validate, they actually

4     turned out to be true.  Many reports that we've

5     debunked that turn-out not to be true when you look at

6     the real facts.

7          Impersonation fraud is special in our

8     research.  It's the only sort of fraud that I believe

9     you could possibly address.

10         And what's most notable about it is how

11    strikingly rare it is.  Not just to prosecute, but to

12    find, to discover, to report the fact that its

13    existence at all is to notably rare.

14         Now, some attack this research that we've

15    done saying that we're denying that fraud exists.  And

16    I want to be perfectly, absolutely clear:  That there

17    are some kind of fraud out there.

18         You've mentioned some.  Mr. Fund mentioned

19    some.  Other witnesses will, no doubt, mention others.

20    It's more rare than people believe because many

21    reports are either sensation lift or sloppy.  That

22    confuse fraud with clerical error.  But sadly it does

23    occur.  People still do buy votes.

24         They still do pressure voters in nursing

25    homes.  They still do commit fraud and unfortunately



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005817

TX_00031175

USA_00020699

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 37 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 33 of 223
Hearing                                                    April 6, 2009

148

1    large amounts of it using absentee-ballots.

2                 They did in the 1970s, use party boss

3    systems to break the law using insiders.  The

4    longstanding Brooklyn scheme that Mr. Fund mentioned.

5                 What they don't do in any significant

6    number is commit the sort of fraud that restrictive ID

7    laws, like the one before you that could possibly fix.

8                 At the end of the day, yes, it has

9    happened.  There have been a tiny handful of

10   substantiated cases out of hundreds of millions of

11   ballots.  Americans are struck and killed by lightning

12   far more often.

13                Now, some, including Secretary Rokita and

14   including Mr. Fund, has said there are only a few of

15   these reports because this sort of fraud is hard to

16   find.

17                But even without eyewitnesses and there

18   are often eyewitnesses, there will often be a victim.

19   And there will always, in every single case, be a

20   paper trail, including poll book signature and other

21   records at the polls.

22                That is to say in this case, there really

23   is a dead body every time because you can go back and

24   look at the poll books to find out if someone else has

25   signed in for that person and whether it was a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031176

USA_00020700

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 38 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 34 of 223

Hearing                                                      April 6, 2009

149

mistake, someone above or below in the records, or it
was an entirely different individual.

           We've done that research and so we know
it's possible to trace after the fact.

           And if you want to swing an election,
you've gotta do this many times, which means many
chances for someone to cry foul.

           The hunt for this fraud has been on and
the major national issue at the same time that federal
law enforcement made it a priority and the at the same
time that private actors are equipped and extremely
motivated to find it when it happens.

           There were lots and lots and lots of
people looking.  And so if this fraud happened with
any frequency whatsoever, over most of the last
decade, you'd expect the phones to have been ringing
off the hook.  Not prosecutions.  Just reports
somebody stole my vote by pretending to be me at the
polls.

           Instead it was barely a ring.  Every year
there are far more reports of UFO sightings than of
fraud that an ID could prevent.

           This exceptionally rare phenomenon has
been used to drive policy that unfortunately creates
far more real problems than it solves.  And



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031177

USA_00020701

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 39 of 223
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 39 of 223
Hearing                                                                    April 6, 2009

150

```
 1      restrictive ID recalls are one good example.  They

 2      don't solve real problems but they do create them.

 3                When you start shutting down the rules

 4      that voters can say that they are who they say they

 5      are:  You start shutting out eligible voters.  Real

 6      people.

 7                Most eligible voters we know have ID and

 8      have it handy, even photo ID.  But many do not.

 9      Disproportionately elderly and minority citizens.

10                I was behind one such senior citizen in

11      line at the airport on the way out here.  She did not

12      have ID.  She didn't have photo ID and she didn't have

13      other backup ID.  And she went through the very same

14      process that Representative Anchia asked Mr. Fund

15      about.  The secondary screening it took.  I know

16      because I waited for her.

17                It took 15 minutes.  She went through.

18      She had the x-ray scan.  She got through and was able

19      to get onto the plane.  And that's because private

20      industry and the federal government all recognize that

21      there are some citizens out there in the 21st century

22      who simply don't have some forms of ID and they make

23      accommodations for that.

24                It is not easy.  It's much easier to live

25      in modern society if you have an ID, that's true and
```



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005820

TX_00031178

USA_00020702

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 40 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 38 of 223
Hearing                                                        April 6, 2009

151

1    Andrew Young believed that's true.  And that's right.
2    But we understand private entity understand and the
3    government has responsibility to make sure that when a
4    vote -- when a right is provided for each, as voting
5    is, that everyone can be validly accommodated have
6    that every eligible citizen will have that opportunity
7    to exercise that right, just like the woman in front
8    of me in line at the airport.
9            Making things more difficult at the polls,
10   by the way, also increases the burden on poll workers
11   and on election officials.  More restrictive ID means
12   more confusion at the polls.  And for those who don't
13   have ID with them, more anger.
14           It also means more provisional ballots,
15   right in the most hectic period of the election cycle.
16           And your question, Mr. Chair, about
17   provisional ballots in Marion County is it's spot on
18   in that respect.  It is a concern and should be a
19   concern.
20           I see that I'm coming down to the end of
21   my time have I want to address two things if I can.
22           One is the argument, and we heard it
23   before, that asking for photo ID will increase
24   confidence in the system.
25           And I want to call special attention to



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031179

USA_00020703

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 41 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 37 of 223
Hearing                                                        April 6, 2009

152

1      the study have the only study to do, empirical

2      evidence, they went out and asked voters who live in

3      states with photo ID laws and live in states without

4      photo ID laws, do you feel more confident in the

5      elections in your state.

6                And the voters responded with unmistakable

7      equanimity.  It did not have an effect.  There was no

8      statistically correlation.  If you believe they're

9      flawed, you're going to believe they're fraud whether

10     somebody asks you for an ID or not.

11               And if you don't believe there's fraud you

12     don't believe there's fraud, whether somebody asks you

13     for an ID.  When people say it makes the voters feel

14     more confident, a study has been done and that's been

15     shown not to be true.

16               The other instance that I want to talk

17     about and I didn't want to spend all my time on it,

18     but because the Brennan Center got so popular even

19     before I got up here, I did want to mention that I

20     actually agree with you chairman on turn-out studies

21     and the limitations on looking at turn-out to see how

22     these things effect voters.

23               I believe another witness will mention

24     this in much more detail.  I believe it's up to you.

25     Two more sentences on this particular topic.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005822

TX_00031180

USA_00020704

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 42 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 38 of 223
Hearing                                                          April 6, 2009

153

```
 1              CHAIRMAN TODD SMITH:  If you agree with
 2      me.  Go, go ahead.
 3              JUSTIN LEAVITT:  Absolutely.  It is part
 4      of why the Brennan Center has not done a study on how
 5      photo ID effects turn-out, in part, because we agree
 6      there are many limitation necessary these sorts of
 7      studies.  You need a lot of variables over a lot of
 8      time in order to really come up with a really
 9      conclusive answer is on how turn-out is effected in
10      one way or the other.
11              That's absolutely correct, and there will
12      be other witnesses who, I believe, will testify to
13      that in much more detail.
14              What we have done is something we think
15      more reliable is we've asked the citizens.  We've done
16      a survey.  And there are others, we're not the only
17      ones who have done the survey.
18              We've asked citizens, do you have X, Y and
19      Z sort of ID.  And the answer was, most do but a
20      disturbing number don't.  And we're very concerned
21      that anyone, Texas or otherwise, would take action to
22      solve a problem that doesn't exist, but that actually
23      creates a problem for all of those citizens who told
24      us, we don't have what you're asking us to get.
25              CHAIRMAN TODD SMITH:  Okay.  Let me just
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005823

TX_00031181

USA_00020705

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 43 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 39 of 223
Hearing                                                                April 6, 2009

154

1    say, thank you, I appreciate the spirit of your

2    testimony.  That's far closer to being the kind of

3    oppositional testimony that I expected and I was a

4    little surprised by Ms. Trautman's allegations that

5    there is no evidence of any kind of voter fraud of any

6    kind.

7                You do not agree with her on that; is that

8    correct?

9                JUSTIN LEAVITT:  I do not agree with her

10   on that.  That is correct.

11               I don't know about Harris County in

12   particular.  I have no experience in Harris County.

13               CHAIRMAN TODD SMITH:  I understand that

14   the but the fact is that there is substantial amount

15   of evidence of voter fraud, but your position is that

16   only a handful of substantiated cases exist with

17   regard to impersonation; is that correct?

18               JUSTIN LEAVITT:  That's correct.

19               CHAIRMAN TODD SMITH:  There's an extensive

20   body of evidence to support the notion of fraud with

21   regard to absentee-ballots?

22               JUSTIN LEAVITT:  That's correct.

23               CHAIRMAN TODD SMITH:  And so while we're

24   on that subject:  Do you have any suggestions on how

25   this committee might be able to get at the area of



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005824

TX_00031182

USA_00020706

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 44 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 40 of 223
Hearing                                                                April 6, 2009

155

```
1      fraud where there is no disagreement that is out there

2      and is a major problem?  Any suggestions on what we do

3      to deal with that?

4              JUSTIN LEAVITT:  It is a very sticky

5      issue.  Federal law actually provided one way to get

6      at that and I believe that the rate of

7      absentee-ballots has dropped substantially since 2002.

8              The Help America Vote Act of 2002 requires

9      and Texas, I understand has implemented, a system that

10     in some ways catches absentee-ballot fraud.  When you

11     register to vote you're required to give information

12     over.

13             The Secretary of State will try to match

14     that information up to other government lists.  If you

15     don't match, then you have to submit some form of

16     identification of the same identification that is now

17     permitted at the polls understand Texas law.

18             CHAIRMAN TODD SMITH:  Did you identify a

19     state that's currently doing that?

20             JUSTIN LEAVITT:  I believe every state,

21     including Texas --

22             CHAIRMAN TODD SMITH:  Okay.

23             JUSTIN LEAVITT:  -- is currently doing

24     that.

25             CHAIRMAN TODD SMITH:  Okay.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005825

TX_00031183

USA_00020707

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 45 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 41 of 223

Hearing                                                    April 6, 2009

156

1          MR. LEAVITT:  And so another way to get at

2     --

3          CHAIRMAN TODD SMITH:  I'm obviously

4     looking for something that we do not currently do

5     because we've got dead people voting.

6               Even if you presume that all those people

7     are doing it by way of absentee-ballots, which I don't

8     know that we can, but even if you did that, you know,

9     you how can we prevent that?

10          JUSTIN LEAVITT:  Two items really quickly.

11               One, I'm not sure that you do have dead

12     people voting in anywhere near the numbers that are

13     often sited.

14               You mentioned earlier a Georgia study in

15     the Atlanta Journal Constitution.  That one's

16     notorious.  It came out in 2000 and said 5,400 dead

17     people voted.

18               They actually did an investigation have

19     the way they came up with that which were a record

20     matching system that we've shown repeatedly to be

21     fraud.

22               We mentioned one person that the reporter

23     was dead certain had voted while deceased.  And they

24     went back and -- that's why I mentioned the poll book

25     signatures.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005826

TX_00031184

USA_00020708

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 46 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 42 of 223
Hearing                                                          April 6, 2009

157

```
 1              They went back and they looked at the poll
 2     book signatures and it's not the same guy.
 3              CHAIRMAN TODD SMITH:  So what is the
 4     evidence that you agree is out there that is extensive
 5     with regard to absentee-ballots?
 6              JUSTIN LEAVITT:  You have situations like
 7     in Indiana, where there was some absentee vote,
 8     coercion of absentee-ballots, where there was people
 9     applying for absentee-ballots.  That was before 2002.
10     That was before the Help America Vote Act was
11     implemented.
12              In Miami, the same thing in 1997, before
13     the Help America Vote Act was implemented.  The Help
14     America Vote Act was actually done quite a bit to get
15     at that.
16              But the other way you can avoid more
17     absentee-ballot fraud is to make it as easy as
18     possible while still maintaining the security of
19     voting at the polls.
20              That is the harder you make it to vote at
21     the polls, the more people you're going to get drive
22     en to the absentee-ballot system.  And the more people
23     you're going to lay out there into the system where
24     it's much harder to actually control against fraud.
25              CHAIRMAN TODD SMITH:  Okay.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005827

TX_00031185

USA_00020709

Case 2:13-cv-00193  Document 663-3  Filed on 11/11/14 in TXSD  Page 47 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-5  Filed 06/20/12  Page 43 of 223
Hearing                                                      April 6, 2009

158

1          MR. LEAVITT:  At the polls you actually

2     have a reasonably set reasonable set of safeguards,

3     including people showing up in-person and swearing,

4     including signing in, including your being able to see

5     their face.

6               Including the idea that as you mention the

7     ID that Texas currently requires, either a

8     registration certificate or one of the broad means of

9     documentary ID.

10          CHAIRMAN TODD SMITH:  Okay.  You mentioned

11    the study that you did do, and it's 2.6, 2.9 percent.

12    You know the study what I'm talking about?

13          MR. LEAVITT:  There are several.  The one

14    that we did --

15          CHAIRMAN TODD SMITH:  I just want to get

16    your specific answer.

17               Was that from comparing in Indiana that

18    has no state identification that has no identification

19    requirement?  What's what was the comparison?

20          MR. LEAVITT:  We have not done a

21    comparison.  What we've done is we have --

22          CHAIRMAN TODD SMITH:  What is that two

23    point something percent figure?  What was that?

24          JUSTIN LEAVITT:  I believe that was a

25    study done by -- it's possible it was Al Foretto



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031186

USA_00020710

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 48 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 44 of 223
Hearing                                                    April 6, 2009

159

```
 1                    CHAIRMAN TODD SMITH:  It was comparing
 2      what to what?
 3                    MR. LEAVITT:  It was comparing -- I'm
 4      sorry.  That study are was not a comparison study
 5      state to state.
 6                    I'm going to leave that question, if I
 7      may, for one of the other witnesses who will know this
 8      better.
 9                    CHAIRMAN TODD SMITH:  Okay.
10                    MR. LEAVITT:  I am not sure.
11                    CHAIRMAN TODD SMITH:  Okay.
12                    JUSTIN LEAVITT:  We have done studies of
13      the rate at which citizens have or don't have this,
14      not the turn-out before or after a particular
15      election.
16                    CHAIRMAN TODD SMITH:  Okay.  You agree
17      with me that in terms of the effect of Indiana versus
18      some common standard, I thought that the Brennan study
19      compared it to a no-identification state.  That their
20      study was, kind of, all over the map.  Some say it
21      increased turn-out.  Some say it decreased turn-out.
22                    JUSTIN LEAVITT:  Yes.
23                    CHAIRMAN TODD SMITH:  But you agree with
24      me that there isn't any evidence of any kind, nothing,
25      no study, nothing substantiated to any degree that
```



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005829

TX_00031187

USA_00020711

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 49 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 49 of 223
Hearing                                                                    April 6, 2009

160

 1    would suggest that a change from current law in Texas

 2    where we already require identification, either one

 3    photo or one non-photo -- when those people just

 4    layout a photo to change in the law where you didn't

 5    have the photo which was provided free or you back it

 6    up with two forms of non-photo, a Voter Registration

 7    card or some form of additional document, you agree

 8    with me that there's not any study of any kind that

 9    will indicate that that would suppress poor,

10    uneducated and minority voters?  Right?  You agree

11    with me?

12               MR. LEAVITT:  I can't agree with you, in

13    part, because I don't know all of the details of what

14    was submitted in Arizona.

15               Arizona has a system where you submit one

16    photo ID or two forms of non photo ID.

17               CHAIRMAN TODD SMITH:  Okay.  You're not

18    aware of any?

19               JUSTIN LEAVITT:  Correct.

20               CHAIRMAN TODD SMITH:  Is that correct?

21               JUSTIN LEAVITT:  That's correct.

22               CHAIRMAN TODD SMITH:  Okay.

23               I want you to just explain to me in a

24    little more detail and then I want other members to

25    ask questions.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005830

TX_00031188

USA_00020712

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 50 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 48 of 223
Hearing                                                                April 6, 2009

161

```
 1              You admit that it's hard to find in terms
 2    of hard to prove evidence of voter impersonation?
 3              JUSTIN LEAVITT:  It won't be hard.  It
 4    will be hard to prosecute but I don't believe it will
 5    be hard to find.
 6              CHAIRMAN TODD SMITH:  Okay.  Hard to
 7    prosecute.
 8              And with regard to voter fraud -- you
 9    agree with me that looking at the extent of
10    prosecution is really not the most accurate way to try
11    to determine the extent to which it occurs in you
12    agree with that, don't you?
13              JUSTIN LEAVITT:  Yes.
14              CHAIRMAN TODD SMITH:  Now, the absence of
15    prosecution does not mean that it does not occur?  But
16    on the other hand, I will grant you that the absence
17    of prosecution doesn't mean that it does occur,
18    either?  You agree with that, right?
19              JUSTIN LEAVITT:  I think that's accurate.
20    I think there are better metrics, that I know whether
21    it does or does not occur.
22              CHAIRMAN TODD SMITH:  All right.  And when
23    you say there's always a paper trail at the polls,
24    help me understand that.
25              Because my understanding is that and I may
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031189

USA_00020713

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 51 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 47 of 223
Hearing                                                              April 6, 2009

                                                                         162

 1    be wrong, that with regard to absentee-ballot, you've

 2    got a much better paper trail because you have an

 3    envelope.  You have an address.  You have a stamp.

 4           Whereas at the poll, you primarily have a

 5    signature, whereas on the absentee-ballot, you have

 6    that, plus you have the envelope and a stamp and the

 7    typewriter that typed the information on the outside

 8    of the envelope, well, I guess most of the time that

 9    is a state issued document.

10           So I guess you have a stamp and you have a

11    signature and you have an address.

12           Tell me why -- is it true that that paper

13    trail is more extensive than the paper trail at the

14    ballot office?

15           MR. LEAVITT:  That paper trail is mildly

16    more extensive, but the paper trail at the polls is

17    more than enough to tell you did somebody vote in that

18    person's name are or not.

19           CHAIRMAN TODD SMITH:  Okay.

20           MR. LEAVITT:  And that's what we focused

21    on.

22           CHAIRMAN TODD SMITH:  Okay.  So because

23    there is a more significant paper trail with regard to

24    absentee-ballot, you would agree that it is, at least,

25    marginally easier to identify and prosecute than it is



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005832

TX_00031190

USA_00020714

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 52 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 48 of 223
Hearing                                                                        April 6, 2009

163

1     at the polls?

2                 MR. LEAVITT:  Yes.

3                 CHAIRMAN TODD SMITH:  Okay.

4     Representative -- hands up.  I'm trying to be fair

5     here.

6                 Anchia.

7                 REPRESENTATIVE ANCHIA:  I want to be real

8     careful when we talk about dead people voting,

9     Mr. Chairman.

10                I don't know that there are any studies

11    post-HAVA that show that that's happening at any rate

12    greater than the rate of voter impersonation, which is

13    pretty small can you talk about why dead people voting

14    is hard.  And let's leave the obvious because they're

15    dead out.

16                But let's talk about why it's hard to vote

17    for a person when he may be deceased using their

18    identity.  Let's talk about the mechanics of that and

19    then let's talk about the mechanics of HAVA and how

20    it's implemented in Texas.

21                Are you aware of how its implemented here?

22                JUSTIN LEAVITT:  I believe so.

23                REPRESENTATIVE ANCHIA:  Okay.  And if you

24    can speak to that, that would be helpful.  Because I

25    don't want the impression to be left with the media or



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031191

USA_00020715

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 53 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 49 of 223
Hearing                                                        April 6, 2009

164

1      the audience or the members of the committee that this

2      is happening on a large scale post-HAVA.

3                  JUSTIN LEAVITT:  No.  That's entirely

4      right.

5                  And one clarification, if I may:  That the

6      reports that have been done post-HAVA, of which I'm

7      aware, deal with allegations that dead people have

8      been found on the rolls or that dead people have

9      voted.

10                 And when there's been follow up, I know

11     there's a notorious case, the Texas Watchdog blog and

12     then the Dallas Morning News, that when there's been

13     follow up, the follow-up have actually been that dead

14     people have not voted.

15                 That is, there are lots of claims, but the

16     claims actually turn-out, for the same reasons as in

17     Georgia, not to pan out on photo investigation.

18                 So you'd ask:  How is it possible or how

19     does Texas and other states safeguard against this?

20                 When you register to vote, you have to

21     submit your driver's license or Social Security

22     number, and that information is matched up from place

23     to place with Department of Public Safety here in

24     Texas and with Social Security Administration records.

25                 So if I'm a new voter and I am submitting



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005834

TX_00031192

USA_00020716

Case 2:13-cv-00193   Document 663-3   Filed on 11/11/14 in TXSD   Page 54 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-5   Filed 06/20/12   Page 50 of 223
Hearing                                                             April 6, 2009

165

1      a ballot in the name of a dead person, then I have to

2      register in the name of that person.  The information

3      has to be cross-referenced.

4                 And by the way, Motor Vehicles and DPS

5      would most likely know if I'm deceased.  If that

6      doesn't square up, if that doesn't match or if it

7      returns, hey, this persons dead, then I have to submit

8      a document, just like the documents that Texas

9      currently requires at the polls in that person's name.

10                And that's, actually, fairly difficult,

11     or, at least, it takes a great degree of energy in

12     order to fake.

13                And so there aren't a lot of people

14     registering in the names of neural dead people and

15     voting since the Help America Vote Act.

16                There also aren't a lot of people who are

17     voting in the names of people who have been dead on

18     the rolls for a long time.

19                HAVA also requires counties and the state

20     to screen their registration lists against the list of

21     people who have recently died.  They get those lists

22     from Social Security.  They get those lists from, I

23     believe, county departments of health.

24                And as far as I can tell, many states have

25     I'm not sure how Texas' compliance with this has been,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005835

TX_00031193

USA_00020717

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 55 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 51 of 223

Hearing                                                    April 6, 2009

166

1    I just don't know but many states are finding it

2    entirely impossible to get dead people off of the

3    roles fairly quickly after they actually pass on.

4              And so for those people, as well, if they

5    attempt to vote, they're no longer registered.

6    They're no longer on the rolls and that ballot is

7    automatically flagged or at the polls they won't be

8    able to cast a regular ballot.

9              So the Help America Vote Act provides in

10   each of these ways have.  New people getting on and

11   old people coming off.  A good screen for those who

12   are no longer eligible.

13             REPRESENTATIVE ANCHIA:  Would you be

14   surprised if the latest State Auditor Report that

15   scrubbed the HAVA database found that there were zero

16   persons reviewed from that database who were deceased

17   who had voted?

18             MR. LEAVITT:  I wouldn't be surprised at

19   all.  We keep going back and finding where dead people

20   had voted and the follow-up shows that zero have

21   actually cast ballots.

22             REPRESENTATIVE ANCHIA:  In fact, there

23   were 49,000 people reviewed from the list to about 23,

24   25,000 of them were deceased, which is not a

25   surprising number when you consider we've got 13



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005836

TX_00031194

USA_00020718

Case 2:13-cv-00193  Document 663-3  Filed on 11/11/14 in TXSD  Page 56 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-5  Filed 06/20/12  Page 52 of 223
Hearing                                                        April 6, 2009

167

1       million people on the list and people do die during

2       the course of the year.  Registered voters do die at

3       .04 percent.

4                   So about 23,000 people who are deceased

5       and possible felons were scrubbed from the list.

6                   And the number who have voted were zero.

7                   JUSTIN LEAVITT:  That's consistent with

8       what they found in other states.

9                   REPRESENTATIVE ANCHIA:  And I believe the

10      instance or the frequency with which we update

11      statistics are, in some cases, weekly and other cases

12      monthly under the law here in Texas.  I'll confirm

13      that with the Secretary of State's office, but we

14      appreciate your testimony.  Thank you.

15                  CHAIRMAN TODD SMITH:  Representative

16      Bonnen.

17                  REPRESENTATIVE BONNEN:  Thank you.  I

18      appreciate your comments very respectively in opening

19      testimony of today.

20                  CHAIRMAN TODD SMITH:  Thank you.

21                  REPRESENTATIVE BONNEN:  Do you live in New

22      York?

23                  JUSTIN LEAVITT:  I don't actually live in

24      New York.  I live in California now.

25                  REPRESENTATIVE BONNEN:  Even better.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031195

USA_00020719

Case 2:13-cv-00193  Document 663-3  Filed on 11/11/14 in TXSD  Page 57 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-3  Filed 06/20/12  Page 53 of 223
Hearing                                                April 6, 2009

168

1      That's very surprising for a New Yorker.

2                  I wanted to ask you some questions about,

3      again, it's an issue that I've been very curious about

4      and you visited about how there are no studies and the

5      impact the studies would have the impact that a Voter

6      ID would.

7                  And what's interesting to me about that is

8      that we do have states we can look at where we can

9      just look at the numbers.  I mean, we don't have to do

10     a specific study.  We just look at results.

11                 Are you familiar with the turn-out

12     situation in Georgia?  And I want to quote some

13     numbers to you here and see if they make sense to you.

14                 This is the Joelette Center on Political

15     and Economic Studies.  With that Georgians saw that

16     the overall turn-out in Georgia increased 6.7 percent

17     points from the 2004 election.  It was the

18     second-highest increase in turn-out of any state in

19     the country in that the black share of the statewide

20     vote increased from 25 percent in 2004, and this is

21     obviously 2008 numbers.

22                 The interesting thing about that is that

23     they're talking about 25 percent.  And that is, when

24     the ID law was in effect, if went up 25 percent.  To

25     -- up to 30 percent in the '08 election.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005838

TX_00031196

USA_00020720

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 58 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 54 of 223
Hearing                                                                    April 6, 2009

169

1          The interesting thing is that the African

2    American vote nationwide increased from 11 to

3    13 percent in that cycle.

4          So, I mean, does that sound logical to

5    you?

6          JUSTIN LEAVITT:  It absolutely sounds

7    logical, but its sound like it has nothing to do with

8    Voter ID.

9          REPRESENTATIVE BONNEN:  I think that's a

10   great statement.

11         MR. LEAVITT:  Let me say two things if I

12   can.

13         One, just -- Chairman Smith asked me

14   whether I knew about the effects of particular ID

15   structure one photo ID or two non-photo IDs, and

16   that's where I'm just not aware in Arizona.

17         There are studies that show in effect a

18   disproportionate impact on those with lower income.

19         Photo ID laws, in particular, those are

20   photo ID because that's been the controversy.

21         REPRESENTATIVE BONNEN:  I respect that.

22   But I'm asking you about specific, factual results

23   from Georgia.

24         JUSTIN LEAVITT:  And leave, and the

25   Georgia election, this is why gauging an effective law



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031197

USA_00020721

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 59 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 59 of 223
Hearing                                                      April 6, 2009

170

1    based on turn-out is a disadvantage.  The Georgia

2    election in 2008 featured an investment of resources

3    by both President Obama and by Senator McCain,

4    challenging Georgia and making it a contingent state

5    for the first time, as I'm aware, on the presidential

6    level in decades.

7           We also had -- for the African American

8    turn-out, they also had an African American caused at

9    the very top of the ticket.  I would expect for the

10   African American turn-out to go through the roof in

11   Georgia.

12          REPRESENTATIVE BONNEN:  Correct.  Let me

13   point out, though, we're not talking about how many

14   individual numbers it went up.  It's about percentage

15   increase, isn't it?

16          MR. LEAVITT:  And I would argue with you.

17          REPRESENTATIVE BONNEN:  I'm not arguing

18   with you.  I am agreeing with you.  Voter intensity

19   should have been higher.  African American voter

20   should have been higher.  Significant dollars would

21   have been spent on a different cycle, but to suggest

22   that they were specifically different at one point

23   versus another.

24          JUSTIN LEAVITT:  And I'm not suggesting

25   that.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031198

USA_00020722

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 60 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 58 of 223
Hearing                                                    April 6, 2009

171

1          REPRESENTATIVE BONNEN:  It is interesting.

2    That's why I pointed out that the national vote

3    increased for African Americans 11 to 13 percent,

4    whereas in Georgia it went up 30 percent.

5          JUSTIN LEAVITT:  And I attribute that to

6    the very specific local nature of the election.

7          The more money you spend in a local race

8    and the more intention attention you have on a local

9    race -- that can really drive turn-out.

10          REPRESENTATIVE BONNEN:  Right.  Let me

11    make this point, then, with two things I'd ask you to

12    consider:  Clearly Voter ID did not suppress or amend

13    the vote?

14          JUSTIN LEAVITT:  I'm going to make the

15    same express as Chairman Smith:  We don't yet know,

16    this is why it's dangerous, whether the increase in

17    turn-out would have been 35, 40, 45, 50 percent had it

18    not been for the Voter ID law.

19          That is, we know it went up a bunch.  We

20    don't know how much more it would have gone up had

21    there been no law.

22          REPRESENTATIVE BONNEN:  Well, we know it

23    went up significantly compared to the national

24    average.  We know that it went up significantly

25    compared to a neighboring state with no Voter ID such



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005841

TX_00031199

USA_00020723

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 61 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 57 of 223
Hearing                                              April 6, 2009

172

1      as Mississippi.

2                   JUSTIN LEAVITT:  Which was not contested.

3                   REPRESENTATIVE BONNEN:  Correct.  But we

4      also then know by your comments, I think it's fair to

5      not concede on both sides, that -- and I'm not picking

6      a challenge here -- but Representative Anchia made the

7      comment earlier about how Texas has bad voting numbers

8      and this and that.

9                   But the arguments you made were what came

10     to my mind was when Representative Anchia discussed,

11     that is, that I don't know the last time that we had a

12     November election that we've had a presidential

13     candidate spend any significant sum of money to drive

14     the election.

15                  So I think you would agree with me it's,

16     kind of, fair to concede to some extent on both sides

17     that it is largely driven by who's spending the

18     dollars?  Who's driving the vote?  Who's making those

19     requests?

20                  JUSTIN LEAVITT:  That's true, but I would

21     say two things:  One, you don't want to do anything.

22     I agree this is my perspective.  You don't want to

23     take a step that drops your current level of

24     participation.

25                  And the second thing is:  You don't want



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031200

USA_00020724

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 62 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 58 of 223

Hearing                                                                    April 6, 2009

173

1          to put any additional unnecessary burden on voters who

2          haven't participated thus far with the amount right

3          amount that want to come into the process.

4                    REPRESENTATIVE BONNEN:  And I understand

5          that.

6                    JUSTIN LEAVITT:  Secondly that nobody here

7          wants to put that unnecessary burden on.

8                    REPRESENTATIVE BONNEN:  I understand that.

9          I'm simply making a point that you're explaining the

10         Georgia turn-out numbers by the amount of money being

11         spent in Georgia.  And I respect that.  And I think

12         that has an impact.

13                   But I do think it also helps show that

14         Voter ID clearly did not stimey that vote.

15                   But I also would respectfully say that

16         then if we're going to accept that argument in Georgia

17         to some degree, not completely, but to some degree, do

18         we have to accept are the converse to that argument

19         when you look at other states, such as Texas and what

20         have you and say, well, but the vote wasn't as high as

21         we would have thought?

22                   Again, if it's fair to you, it's fair to

23         me, I guess is the point I'm trying to make.

24                   JUSTIN LEAVITT:  And I understand the

25         point you're making.  I guess I just disagree with the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 63 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 59 of 223
Hearing                                                          April 6, 2009

174

```
1       premise.
2                  REPRESENTATIVE BONNEN:  The premise,
3       you're saying the reason it went up in Georgia is
4       because they spent a lot of money on the presidential
5       election, but then when we discussed in other states
6       that wasn't inundated with presidential dollars at
7       that point you wouldn't apply there?
8                  JUSTIN LEAVITT:  There are probably 20 to
9       30 different factors that draw a turn-out, including
10      the weather on a particular day.  And respectfully
11      you've gotta look at them.  And in Georgia, you've
12      gotta look at them.
13                 REPRESENTATIVE BONNEN:  Well, I think we
14      do agree.
15                 MR. LEAVITT:  Okay.
16                 REPRESENTATIVE BONNEN:  I think we do
17      agree that you can't hang your hat on that being the
18      factor for it not having a negative impact in Georgia,
19      just as I can't hang my hat on it being a having a
20      negative impact or not in Texas.
21                 What I'm simply saying, the arguments are
22      somewhat a friendly stand off.  If you're going to use
23      it in Georgia, I suggest you ought to use it
24      elsewhere?
25                 JUSTIN LEAVITT:  They do have a different
```



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031202

USA_00020726

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 64 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-5 Filed 06/20/12 Page 66 of 223
Hearing                                                          April 6, 2009

175

1          turn-out somewhere, but that's why we think it's so

2          important to survey eligible citizens to find out

3          who's out there who either does or does not have the

4          sort of ID you're talking about.

5                    This is my primary agreement with Chairman

6          Smith.

7                    REPRESENTATIVE BONNEN:  Right.

8                    MR. LEAVITT:  Yes.

9                    REPRESENTATIVE BONNEN:  And I agree with

10         you.  I think when you have a voter increase from,

11         Nationally speaking, with the African American

12         population from 11 to 13 percent, and then you have a

13         state that has a 30-percent increase, clearly there

14         wasn't something creating a problem.

15                   Because there are other states that

16         probably had significant funds being spent to

17         encourage turn-out that didn't even have that kind of

18         a turn-out?

19                   MR. LEAVITT:  I think the record on what

20         caused the turn-out and what did not cause the

21         turn-out and where it might have been is probably

22         going to have to wait for another couple of cycles

23         until we get another data on how to hash out -- bonus

24         I think that's a fair comment to make if we're going

25         to hold that comment true in all scenarios.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031203

USA_00020727

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 65 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 61 of 223
Hearing                                                            April 6, 2009

176

    1              MR. LEAVITT:  Thank you.
    2              CHAIRMAN TODD SMITH:  Representative
    3      Brown.
    4              REPRESENTATIVE BROWN:  Thank you,
    5      Mr. Chairman.
    6              I'd like to go back to something that you
    7      were explaining awhile ago about when you -- okay.
    8              Let me put it this way:  Are you aware
    9      that when you send in a request for a change to a
   10      Voter Registration card and your information is not
   11      complete, for one reason for another -- oh, well, the
   12      main thing is you were saying that you fill in your
   13      Social Security number and your driver's license
   14      number.
   15              Are you aware that if you leave both those
   16      boxes blank and send it in, they will send it back to
   17      you saying that it's insufficient information?  If you
   18      did it a second time, they will send you another
   19      letter.  If you did it a second time, they
   20      automatically register you?
   21              Are you aware of that in Texas?
   22              MR. LEAVITT:  I'm glad to hear that's the
   23      case.  That's one interpretation of federal law and
   24      that is one of the interpretations that we actually
   25      advocate for.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031204

USA_00020728

Case 2:13-cv-00193   Document 663-3   Filed on 11/11/14 in TXSD   Page 66 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-5   Filed 06/20/12   Page 62 of 223
Hearing                                                                April 6, 2009

177

 1                   REPRESENTATIVE BROWN:  Really?

 2                   JUSTIN LEAVITT:  However, for those

 3        people, federal law requires that you have to show

 4        some form of documentary I.D. at the polls.

 5                   REPRESENTATIVE BROWN:  Okay.  All right.

 6                   JUSTIN LEAVITT:  From leave.  From the

 7        broad list --

 8                   REPRESENTATIVE BROWN:  Okay.  All right.

 9        Are you aware in that that's a letter that's sent back

10        telling you that you have insufficient information and

11        you cannot be registered, that that is used as a form

12        of identification?  That letter can be presented?

13                   The Secretary of State is here in the

14        room, and she verified this the other day when she

15        testified before us.  So to me, that is the real.

16                   JUSTIN LEAVITT:  I'm not aware of how

17        often that's done at all.  I was not aware that that

18        was the case under Texas law.

19                   REPRESENTATIVE BROWN:  Yes, it is.

20                   One other thing.  I just think that --

21        we're accused so much of trying to suppress the vote,

22        That that's the only reason that we're pressing for

23        photo IDs and trying to suppress the vote.

24                   But wouldn't you agree with me that in the

25        situation that was just cited a while ago, it was a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005847

TX_00031205

USA_00020729

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 67 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 63 of 223
Hearing                                                        April 6, 2009

178

1       30-percent increase in turn-out, in a state that has

2       photo ID, that we are really a miserable failure if

3       that's our goal, going into these states and

4       supporting photo ID, if the turn-out is that much,

5       that we are really failing miserably?

6                   MR. LEAVITT:  I do believe that some who

7       advocate this, and I certainly wouldn't accuse any

8       member of this committee of being in that camp.

9                   REPRESENTATIVE BROWN:  Thank you.

10                  MR. LEAVITT:  But there are some who do

11      believe that this is a means to suppress the vote,

12      however successful, and I believe that more people

13      sincerely believe that they are trying to combat a

14      problem that's out there.

15                  It's just that I happen to believe that

16      they're mistaken.

17                  In the Georgia case, for example --

18                  REPRESENTATIVE BROWN:  I asked you:  Do

19      you agree with me that we're a miserable failure in

20      such states when the turn-out goes up that

21      significantly?

22                  MR. LEAVITT:  The problem with the

23      turn-out study is you don't know how much more it

24      would have gone up if that idea hadn't been in place.

25                  REPRESENTATIVE BROWN:  But when you're



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005848

TX_00031206

USA_00020730

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 68 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 64 of 223
Hearing                                                              April 6, 2009

179

1     comparing it to other states with an 11-percent

2     increase, it was such a significant increase. It was

3     still and you still won't agree with me?

4           JUSTIN LEAVITT: I'm afraid I wouldn't. I

5     mean, Georgia had many problems before this election.

6     Their turn-out rate was not that spectacular leading

7     up to this election.

8           To find an improvement, I think we can all

9     be happy about the improvement, based on this election

10     and the fact that more eligible Georgians are voting.

11     I celebrate that.

12           I just simply don't know how many more

13     people would have been able to vote if that law or any

14     other law hadn't been in place.

15           CHAIRMAN TODD SMITH: And I think I've

16     already made it clear that I think we're on the same

17     page on that issue.

18           I am sort of fabulously unimpressed with

19     either sides' arguments, especially that this marginal

20     change in our states law, in our state, comparing what

21     we currently do to what the Senate has proposed doing.

22     I am fabulously unimpressed with either sides argument

23     that this legislation would in any material way either

24     enhance or suppress turn-out.

25           And you know, we have agreed that there's



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005849

TX_00031207

USA_00020731

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 69 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 69 of 223
Hearing                                                              April 6, 2009

180

1    not any evidence of any kind that is credible in any

2    way that would support either of those allegations at

3    this point, right?  You would agree with that?

4              JUSTIN LEAVITT:  I would think the

5    turn-out studies have been inconclusive and that I

6    would agree.

7              CHAIRMAN TODD SMITH:  And those studies

8    have all been based on a comparison between one thing

9    and another, that is far more stark in its contrast

10   than what we're proposing here in Texas, if we start

11   with the Senate Bill.

12             JUSTIN LEAVITT:  I believe that's right.

13   Colleagues know their studies better than I.

14             I don't think it's right to say that

15   there's no evidence that what Texas is proposing would

16   have an effect, though.

17             And that's where I'm afraid will have to

18   differ.  The turn-outs to these have been to date,

19   that's right.  They have been absolutely inconclusive.

20             The studies of both registered voters and

21   eligible citizens who do or don't have a certain type

22   of ID over -- that provides for me a more reliable

23   basis of evidence of saying who is this really going

24   to effect.

25             CHAIRMAN TODD SMITH:  And you agree that



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031208

USA_00020732

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 70 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 68 of 223
Hearing                                                     April 6, 2009

181

 1      by providing a non-photo alternative, in addition to

 2      what other means we can take would significantly

 3      lessen any marginal additional burden on some voters?

 4      You agree with that?

 5              MR. LEAVITT:  I do.  I think it's an

 6      unnecessary but relatively positive step.

 7              CHAIRMAN TODD SMITH:  Okay.  And you

 8      agree, also, if the goal is to insure with regard to

 9      these provisional ballots, that is, many of them that

10      should count, do count, do you agree and are you

11      familiar with the way that Florida handles those

12      provisional ballots?

13              And I get this from the descending opinion

14      in the Supreme Court, where they go out of their way

15      to praise Florida in the way that they handle the

16      provisional ballots, not necessarily the legislation,

17      but the way that they handle the provisional ballots,

18      they go out of their way to strike a distinction

19      between Florida and Indiana.

20              And they refuse to go so far as to express

21      the statement that they would find the law in Florida

22      constitutional.  But in my opinion, they certainly

23      apply that they might very well, even the most liberal

24      dissenting justices.

25              Because of the fact with regard to those



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005851

TX_00031209

USA_00020733

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 71 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 67 of 223
Hearing                                                    April 6, 2009

182

1          provisional ballots, instead of them not counting,

2          unless you go through hoops by going downtown within

3          ten days of the vote, they count automatically without

4          the voter doing anything else, unless a group of six

5          committee determines by a majority vote that this is

6          not the vote of the person who cast of the ballot?

7                    Do you agree with me that the difference

8          between one route and the other route is material in

9          terms of minimizing any adverse consequences that you

10         figure in this legislation?

11                   MR. LEAVITT:  I have been cautioned on

12         many occasions not to jump to quickly to phrase

13         Florida's election system and I believe with cause.

14                   That said, there are all sorts of problems

15         that provisional ballots themselves cause.  And

16         create.  And I believe you'll have other witnesses to

17         testify about that as well.

18                   It is unquestionably better to have a

19         system in which provisionals automatically count than

20         a system in which they don't.  And the Department of

21         Justice actually required that of Florida.  That was

22         condition under which they would declare Florida's

23         rule when Florida changed its laws, was that those

24         provisional ballots had to count.

25                   There are still other states, in fact,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 72 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 68 of 223
Hearing                                                          April 6, 2009

183

1    many other states, that have their election deemed

2    their election systems secure without relying on

3    provisional ballots that accept a broad range of

4    documentation and then accept that that person is who

5    they say they are.

6              Provisional ballots -- I worry about the

7    consistency with which they're counted.  I worry about

8    the rates with which they're counted.  I worry about

9    the time and expense that it takes to count them.

10             And so I would caution about over-reliance

11   on them.  That said, it's better than the alternative

12   where they don't count at all.

13             CHAIRMAN TODD SMITH:  Representative

14   Bohac.

15             REPRESENTATIVE BONNEN:  Justin, welcome.

16             JUSTIN LEAVITT:  Thank you very much, sir.

17             REPRESENTATIVE BOHAC:  I've enjoyed your

18   testimony before in front of this committee.  I have

19   just a quick question for you.

20             What if we could put the photograph of the

21   individual on the voter card?

22             JUSTIN LEAVITT:  On the Voter Registration

23   Certificate you mean?

24             REPRESENTATIVE BOHAC:  On the Voter

25   Registration Certificate.  Because we really do have



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005853

TX_00031211

USA_00020735

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 73 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 69 of 223
Hearing                                                      April 6, 2009

184

1      Voter ID now.  I mean, we do, right?

2                  JUSTIN LEAVITT:  Yeah, you require one of

3      the broad range of documents in order to show your

4      identity.  That's absolutely right.

5                  REPRESENTATIVE BOHAC:  But we just don't

6      have photo ID now?

7                  JUSTIN LEAVITT:  But we do have Voter ID.

8                  REPRESENTATIVE BOHAC:  What if we could

9      take the person's photograph and put it on the Voter

10     Registration Certificate?  Would that be acceptable to

11     you?

12                 MR. LEAVITT:  If you're going to require

13     that Voter Registration Certificate and didn't allow

14     other documentation, I'd have to come back and say,

15     no, that, too, would be an improvement.  It would help

16     as Andrew Young, as Ambassador Young mentioned, it

17     would help other people get identification when they

18     don't currently have photo ID.

19                 I would worry a little bit there, too,

20     about the cost and expense and administerability.

21                 But the point that you make about Texas'

22     current system, I think, is entirely valid.  Texas has

23     a voter law today that requires people to show one of

24     a range of documents, and it requires you to show your

25     registration certificate if you have it, and if you



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005854

TX_00031212

USA_00020736

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 74 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 70 of 223
Hearing                                                          April 6, 2009

185

1      don't, it allows you to arrive with any number of

2      others.

3                  Putting an ID on a Registration

4      Certificate is great if you've got that Registration

5      Certificate on you.  But Texas law very sensibly today

6      says if you don't happen to have your Registration

7      Certificate on you, we'll allow you to vote with one

8      of these other forms of ID.  And I think that current

9      safeguard is a sensible safeguard that Texas has

10     decided on.

11                 So putting a photo on -- if you require

12     that that be the only ID that the voter can present,

13     then I would think that would cause problems, just

14     like requiring just a driver's license, just like

15     requiring just any single kind of ID.

16                 REPRESENTATIVE BOHAC:  What if we assume

17     for a moment that everybody did have a voter card.

18     Would putting the photograph on that and making that

19     the sole item that you could present to vote and

20     everybody has one and they always have it on them --

21     would that be okay?

22                 MR. LEAVITT:  It's hard to answer

23     questions about a fictional system or a hypothetical

24     system.

25                 REPRESENTATIVE BOHAC:  I appreciate the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

**ESQUIRE**
DEPOSITION SOLUTIONS

TX_00031213

USA_00020737

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 75 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 71 of 223
Hearing                                                      April 6, 2009

                                                                    186

1      question.  You're testifying on a fictional system

2      now.

3                   I mean, the whole testimony is based on a

4      fictional system that we may or may not implement.

5                   MR. LEAVITT:  Which is why I try to keep

6      my testimony as grounded in real fact that we've

7      investigated as I possibly can.  Talking about the

8      studies that have been done.  Talking about the rates

9      of fraud that we have seen.

10                  It's very difficult to say, you know.  If

11     everybody had the sort of ID that were required and

12     everybody carried it were them at all times and

13     everybody showed it to a co-worker and nobody were

14     sent home without being able to vote as a validate

15     caused, then I wouldn't be here because I wouldn't be

16     concerned about that system.

17                  But I'd be very concerned that if you put

18     a rule like that in place, it would not be implemented

19     such that everybody had and everybody carried and

20     everybody presented and everybody got to vote.

21                  REPRESENTATIVE BOHAC:  If they could --

22     and this is my final question to you, let's assume

23     that everybody had one and there was a photograph on

24     the registration card, that that was the medium we

25     used -- would that make competence in the system



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

                                    Suite 220
                          3101 Bee Caves Road
                            Austin, TX 78746
                      www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031214

USA_00020738

Case 2:13-cv-00193  Document 663-3  Filed on 11/11/14 in TXSD  Page 76 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-5  Filed 06/20/12  Page 72 of 223
Hearing                                                    April 6, 2009

187

1    greater or less than or the same?

2            MR. LEAVITT:  The only evidence that I had

3    seen about voter confidence in the system shows that

4    it would not matter.  The only evidence that I have

5    seen is the study the very same state that

6    Representative Anchia decided.

7            It was a national study.  It was done with

8    significance assistance.  It was a national study and

9    it was done all over the country.

10           And it said, how do you feel?  How

11   confident do you feel that there's been no fraud?  How

12   confident do you feel that there's been no

13   registration fraud?  How confident do you feel that

14   there is no impersonation fraud?

15           And I asked the question five different

16   ways.  And they found no correlation whatsoever

17   between the type of ID people were asked for and how

18   confident they felt.

19           So if you asked me would that make people

20   feel more secure, the only data that I have says

21   people would feel exactly the way they feel today.

22           REPRESENTATIVE BOHAC:  Thank you, Mr.

23   Leavitt.  I appreciate it.

24           CHAIRMAN TODD SMITH:  We're at 35 minutes

25   now.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005857

TX_00031215

USA_00020739

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 77 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 79 of 223
Hearing                                                                April 6, 2009

188

```
 1                Mr. Heflin, do you have a quick one?
 2                REPRESENTATIVE HEFLIN:  A few quick ones.
 3                I think you gave Ms. Trautman seven
 4     minutes.
 5                CHAIRMAN TODD SMITH:  I think you've
 6     already used it several times.
 7                JUSTIN LEAVITT:  Mr. Fund testified ahead
 8     of schedule.
 9                JUSTIN LEAVITT:  I'm also happy,
10     Mr. Chair, if you want to revisit some of the
11     questions that you asked of Ms. Trautman, I'm happy
12     to --
13                CHAIRMAN TODD SMITH:  In order to be fair
14     to the way this committee has been laid out, and I'm
15     going much beyond the same amount of time that all the
16     rest of the witnesses are going to have, but I'm going
17     to give you some leeway.
18                Okay.
19                REPRESENTATIVE HEFLIN:  Justin, have you
20     read the bill that's before us today?
21                JUSTIN LEAVITT:  I have.
22                REPRESENTATIVE HEFLIN:  Now, as to the
23     places mail-in ballots -- is there anything in this
24     bill that would correct the possibility or probability
25     of fraudulent or improper mail-in ballots?
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031216

USA_00020740

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 78 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 74 of 223

Hearing                                                               April 6, 2009

189

1                 JUSTIN LEAVITT:  Not that I've seen.

2                 REPRESENTATIVE HEFLIN:  As far as to this

3       bill -- is there anything that in this bill that will

4       go beyond what we're doing today that would solve or

5       improve the voter impersonation?

6                 JUSTIN LEAVITT:  No.  I mean, I don't

7       believe that voter impersonation could be a problem,

8       no.  I don't believe it needs solving.

9                 REPRESENTATIVE HEFLIN:  So, now, do you

10      believe that if we go to the bill that we're proposing

11      that's before us today, that there will be a

12      substantial cost to produce an identification for

13      every citizen?

14                JUSTIN LEAVITT:  I believe there will

15      certainly be a cost to produce the identification.  I

16      actually think your most serious cost is most likely

17      to be in the sort of training that you had mentioned

18      in earlier testimony.

19                You have now a system that's relatively

20      straightforward, and under this system you'd be

21      depending on a lot of co poll workers across the

22      state, which is quite expansive to make a lot of

23      choices individually about whether a document was or

24      was not good enough or was or was not on the right

25      list.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005859

TX_00031217

USA_00020741

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 79 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 79 of 223
Hearing                                                          April 6, 2009

190

1            I don't know if studies have been done

2    about the increased cost of training or has gone to a

3    more complex system.  When I worry about other

4    additional complexities introduced, I worry that the

5    costs are going to go up.

6            REPRESENTATIVE HEFLIN:  Do you think that

7    it would be difficult in the State of Texas under our

8    current law for voter impersonation to take place with

9    that one inept poll worker?  Or cooperation from the

10   poll worker?  Would that be an unfair statement?

11           JUSTIN LEAVITT:  No.  I think that would

12   be very fair.  I think you have insider help, unless

13   you have somebody who's not doing their job, which is

14   in part why it doesn't happen.

15           REPRESENTATIVE HEFLIN:  Do you believe

16   that if we had the voter and they didn't have their

17   identification at that time or came back, even came

18   back with their identification that they signed an

19   Affidavit saying they were, in fact, the person that

20   they represented themselves to be would that

21   disenfranchise voters or would that allow us to target

22   potential fraud?

23           JUSTIN LEAVITT:  I think it would allow

24   you to actually target potential fraud and here's why:

25   Affidavits, assuming that they're implemented



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005860

TX_00031218

USA_00020742

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 80 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 78 of 223
Hearing                                                        April 6, 2009

191

1    correctly, which is a big assumption.  People have to

2    know that the Affidavit is actually an option and

3    that's been tricky.

4              Other states have used that sort of system

5    and has said, essentially, if it's good enough for

6    court, if it's good enough for you to swear to

7    something before a court of law and we're going to

8    make legal decisions based on that every day, then

9    it's good enough for the vote.

10             And having accepted that Affidavit and

11   having been able to follow up with it, there have been

12   concerned about either identity or eligible because

13   that's an additional paper trail that's available.

14   And it doesn't send anybody home because as

15   Representative Bohac was saying, everybody arrives

16   with the means to sign that Affidavit.

17             REPRESENTATIVE HEFLIN:  Let me give you

18   two scenarios and answer which one you think would be

19   the most disenfranchising.

20             If you went to vote and you saw a huge

21   sign that said if you vote and you're not qualified,

22   but to jail or if you were handed a card and says

23   here's what you need to do to vote next time.  An

24   education process that would enhance voter

25   participation as opposed to stop voter participation.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005861

TX_00031219

USA_00020743

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 81 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 77 of 223
Hearing                                                          April 6, 2009

192

1         Do you believe you could actually

2    disenfranchise through the negative at signages as I

3    described?

4         JUSTIN LEAVITT:  I certainly believe that

5    there are ways to implement a program of trying to

6    ward people away from the polls as ineligible, as

7    well.  Yes.  I certainly believe you will get

8    unnecessarily scared off depending how you do it.

9         There are ways to intimidate.  Certainly

10   there are many states that have seen their share of

11   those through signage at the polls, trying to keep

12   people away, even when they were perfectly eligible.

13        REPRESENTATIVE HEFLIN:  Thank you for your

14   testimony.

15        JUSTIN LEAVITT:  One other note, very

16   quickly on the Affidavit that you mentioned:  Texas

17   voters today, as I understand it, already swear that

18   they are who they say they are.

19        And so to some degree, that paper trail is

20   similar to what I'm talking about.  The signature on

21   the poll log, that already exists to some degree.

22        CHAIRMAN TODD SMITH:  Representative

23   Anchia.

24        REPRESENTATIVE ANCHIA:  Sir, if we were to

25   move to a photo ID requirement, you think it would be



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005862

TX_00031220

USA_00020744

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 82 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 78 of 223
Hearing                                                    April 6, 2009

193

1   important to avoid disenfranchising folks that people

2   could swear that they did not have ID in order to

3   vote, but that they were the person in the poll vote

4   or they were the person on their Voter Registration

5   Certificate in front of witnesses, the same kind of

6   Affidavit that they'd swear in court and then vote a

7   regular ballot?

8            Do you think that would avoid

9   disenfranchising people?

10           JUSTIN LEAVITT:  To be very clear:  I

11  don't want to recommend that you move to a photo ID

12  requirement.  I don't think that it is necessary.

13           If you would choose to do so, I think that

14  would a very substantial safeguard.  It's the very

15  system that the state of Michigan has implemented.

16           REPRESENTATIVE ANCHIA:  And you'd be able

17  to go back and you'd have a signature on file.  You'd

18  have witnesses who saw this person.

19           Heck, you could even take a picture of the

20  person at that point and say, okay, you don't have ID.

21  The state could furnish ID at that point to that

22  universe of people who had to swear the vote saving

23  provision, right?

24           JUSTIN LEAVITT:  Yes.

25           CHAIRMAN TODD SMITH:  This witness is at



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005863

TX_00031221

USA_00020745

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 83 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 79 of 223
Hearing                                                                April 6, 2009

194

1    39 minutes, and however long he goes is however long

2    every other witness for the rest of the day is going

3    to have.  We're going to be here a long time.

4             REPRESENTATIVE ANCHIA:  Can I ask you a

5    couple questions about the bill?  You said you read

6    it.

7             JUSTIN LEAVITT:  Yes.

8             REPRESENTATIVE ANCHIA:  I was concerned

9    about a couple of the facets of the bill and the

10   workability.

11            The only notice provision I saw was in

12   Section 15.005.  This is notice to the public.

13            It says that the notice was going to be on

14   the Voter Registration Certificate.  And I went and

15   pulled my old Voter Registration Certificate and

16   looked at the back of it and looked at the font size.

17   And I think it's about in six point font right now.

18   Everything is in English and Spanish.

19            If you were to add notice on the back of

20   the certificate, the font size might go down to 3 or 4

21   point font.

22            Do you want to talk about any ADA

23   questions or HAVA questions problems there?

24            JUSTIN LEAVITT:  There are certainly

25   administerability questions.  This is part of why I



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031222

USA_00020746

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 84 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 86 of 223
Hearing                                                    April 6, 2009

195

1    get concerned.  The more complex the law is, the more

2    you have to explain to voters, the more you have to

3    pack into very small print.  The other extensive

4    mailing.

5              I believe the bill also mentioned that

6    there would be notice of the requirement on websites

7    and I'm not sure how many people proactively checked

8    the county websites.

9              Usually there will be things that we urge

10   anyone passing new legislation to work out and test

11   ahead of time to make sure that it is actually

12   workable before you sign it into law.  And that's a

13   practice to we urge across the board.

14             REPRESENTATIVE ANCHIA:  I think there are

15   250 counties in the state, and I believe 81 is

16   websites, just out of, you know, I think those are the

17   numbers that we looked at.

18             So, putting something on a website doesn't

19   cover all the counties in Texas, and then there's the

20   question about how many people have Internet access.

21   And yet another problem.

22             CHAIRMAN TODD SMITH:  All right.  We're

23   done.

24             Representative Anchia, you can stop.

25   41 minutes.  We're going back to the original rule of



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005865

TX_00031223

USA_00020747

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 85 of 223
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 81 of 223
Hearing                                                          April 6, 2009

196

1    30 minutes each because one witness on one side was

2    cut off and you give his time to the other side.

3              I don't think anybody would suggest that

4    that's a fair way to handle this hearing.  And I've

5    been trying to make sure that it's equally distributed

6    between witnesses on both sides.  And to the extent

7    that we --

8              REPRESENTATIVE ANCHIA:  I'm happy to be

9    here as long as we need to, so long as we're getting

10   questions answered.  And I don't think you would

11   suggest that my questions are not relevant.

12             CHAIRMAN TODD SMITH:  No.  What I'm trying

13   to do is stick with the agreement that was had in

14   advance of the hearing that we would hear from all

15   these witnesses to an equal extent and be out of here

16   in time for people to get a night's sleep because of

17   the fact that we're going to be up all night tomorrow

18   night.

19             REPRESENTATIVE ANCHIA:  I understand that,

20   but I think what we agreed to was with ten minutes for

21   each witness, but I don't think we agreed to any time

22   limit on the questions.

23             CHAIRMAN TODD SMITH:  We agreed there

24   would be 30 minutes' of questions.  That was the

25   agreement.  Per witness.  And this gentleman is at 40



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 86 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 82 of 223
Hearing                                                                April 6, 2009

197

```
1    now.  Because apparently another witness on the other
2    side of the issue wasn't here long enough to answer
3    the full period of questions.
4              And I've allowed it, but I'm not going to
5    allow it.  We're not going to just take them one at a
6    time and be here all night.
7              REPRESENTATIVE ANCHIA:  I don't think that
8    was universally understood as an agreement.
9              I understood there would be a ten-minute
10   layout of the front and that was the agreement.
11             CHAIRMAN TODD SMITH:  So you thought it
12   was ten minutes and people would ask as many questions
13   as they wanted to?  You don't know why --
14             REPRESENTATIVE ANCHIA:  As many questions
15   as you deemed.  That's right.
16             CHAIRMAN TODD SMITH:  Well, that's not the
17   agreement.  So you misunderstood it.
18             We're going to have 40 minutes of
19   testimony per witness, ten minutes to say whatever
20   they want, and 30 minutes for the members on the
21   panel.  And I think I was quite clear in talking about
22   all the members.
23             Because of that constraint, we're going to
24   have to be respectful.  You don't remember that
25   discussion?
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005867

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 87 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 88 of 223
Hearing                                                            April 6, 2009

198

```
 1                    REPRESENTATIVE ANCHIA:  Well --

 2                    CHAIRMAN TODD SMITH:  Respectful of the

 3        members on the committee for everybody to ask the

 4        questions --

 5                    REPRESENTATIVE ANCHIA:  I don't think my

 6        question's have been disrespectful of anybody,

 7        Mr. Chairman, including yourself.

 8                    CHAIRMAN TODD SMITH:  No.

 9                    REPRESENTATIVE ANCHIA:  I tried to be very

10        respectful.  I just think it enhances the process if

11        we can get our questions answered, and I don't think

12        there's any downside to it.

13                    If you're going to cut me off, that's

14        fine.  But in the past, in any of our hearings in the

15        past, we've never had this type of time limit of

16        questions being answered.

17                    CHAIRMAN TODD SMITH:  Because we've never

18        operated under the constraint of trying to get out of

19        here by a certain period of time so that these members

20        can have a full night's sleep before they stay up

21        tomorrow night.

22                    I think that was clear at the beginning of

23        the hearing, Mr. Anchia, and it's applied equally to

24        both sides.

25                    It has been my intent to get out of here
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005868

TX_00031226

USA_00020750

Case 2:13-cv-00193　Document 663-3　Filed on 11/11/14 in TXSD　Page 88 of 111
Case 1:12-cv-00128-RMC-DST-RLW　Document 215-5　Filed 06/20/12　Page 84 of 223
Hearing                                                                April 6, 2009

199

1      by a particular time and make sure that the testimony

2      is evenly distributed and the number of questions

3      asked by both sides is evenly distributed.

4                  That means --

5                  REPRESENTATIVE ANCHIA:  Are we behind on

6      your schedule?

7                  CHAIRMAN TODD SMITH:  Well, what we have

8      done to this point is taken some of one witness' time

9      on one side of the issue and given it to another

10     witness on the other side of the issue.

11                 REPRESENTATIVE ANCHIA:  But I still think

12     we're on schedule.  If the goal is to finish by

13     midnight, I still think we're on schedule to finish by

14     midnight.

15                 CHAIRMAN TODD SMITH:  Well, do your

16     calculations in terms of the number of witnesses that

17     we have left on the proposal, which I have framed

18     which is 40 minutes per witness, and the count for

19     extra time for people like Ms. McGeehan to answer any

20     questions as a resource witness, and the extent your

21     questions, I'll be glad to evenly distribute the

22     balance of time between all the witnesses that are

23     here to testify today.

24                 Thank you.

25                 JUSTIN LEAVITT:  Thank you.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005869

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 89 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 89 of 223
Hearing                                                                April 6, 2009

                                                                    200

1                    CHAIRMAN TODD SMITH:  I do appreciate your
2        testimony, and I think all of the members of the
3        committee were benefitted by your testimony.  Thank
4        you very much.
5                    JUSTIN LEAVITT:  Thank you very much.  I'm
6        also happy to answer additional questions in writing
7        if the committee wishes.
8                    CHAIRMAN TODD SMITH:  Thank you.  Thank
9        you Mr. Leavitt.
10                   At this time the chair calls Michael
11       Ertel.
12                   MICHAEL ERTEL:  Good afternoon,
13       Mr. Chairman.  I'm Michael Ertel, supervisor of
14       elections of Seminole County.
15                   CHAIRMAN TODD SMITH:  And you're here to
16       testify neutral on Senate Bill 362; is that correct?
17                   MICHAEL ERTEL:  Right.  I'm an election
18       official.  I, pretty much, try to think neutral.
19                   But I do want to start off by saying that
20       I'm here for the Florida Elections Committee.  I'm
21       here to try to help.
22                   CHAIRMAN TODD SMITH:  Sure.
23                   MICHAEL ERTEL:  And everyone always wants
24       help from Florida.
25                   You know, it takes -- and I've been



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005870

TX_00031228

USA_00020752

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 90 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 88 of 223
Hearing                                                        April 6, 2009

201

```
 1      listening throughout this and I've loved the serve and
 2      the volley -- it takes a very long time to build a
 3      good reputation, and it takes just one election, one
 4      incident, one thing to ruin it.
 5                   I'm a Florida Elections Official.
 6                   CHAIRMAN TODD SMITH:  How would you know?
 7                   MICHAEL ERTEL:  I was not in 2000.  I've
 8      been here since 2005.
 9                   But, you know, I wanted to talk a little
10      bit about the process that you do and you had
11      mentioned it earlier, Chairman, and I think by the
12      way, that you've done a great job in reading the
13      articles preceding this.  You've done a great job
14      being very measured about the process that you're
15      doing.
16                   Because it's something that no matter what
17      anybody says, someone is going to claim that this leg
18      is trying to do this, and we're really just the guys
19      in this committee.  With this hat on.  In our role as
20      administrators, we're just the guys with the black and
21      white stripes on.  We're not the referees.
22                   So I wanted to talk a little bit about the
23      process that we use for provisional ballots.  And you
24      mentioned earlier.
25                   I brought a copy of one of our provisional
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031229

USA_00020753

Case 2:13-cv-00193  Document 663-3  Filed on 11/11/14 in TXSD  Page 91 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-3  Filed 06/20/12  Page 87 of 223
Hearing                                                      April 6, 2009

202

1      ballot envelopes.  If a voter comes tone the voting

2      booth and they forget their ID, and let me actually

3      back up.

4               In Florida on an application, you can

5      state that you do not have a driver's license.  You

6      can state that you do not have a Social Security card.

7      And you can still become a registered voter.

8               So you can claim that I have none of those

9      and we can still register you to vote.  We get you all

10     signed up.  We get your signature on file.

11              So then you go to the polls.  And at the

12     polls, let's say you still don't have that driver's

13     license and you still don't have any other form of ID.

14     You can still vote.

15              And through the provisional ballot method,

16     it's our fail safe method.  It's a method that insures

17     that everybody has an opportunity to vote.  It keeps

18     our poll workers who work, one day a year, maybe two

19     days a year.

20              It keeps our poll workers from having to

21     make a snap decision from somebody that's standing in

22     front of them that does not have an ID.  And perhaps

23     they're embarrassed that they don't have an ID because

24     they forgot it at home.

25              Perhaps they've been told by somebody that



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005872

TX_00031230

USA_00020754

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 92 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 05/20/12 Page 88 of 223
Hearing                                                              April 6, 2009

203

1     they can't vote because they don't have an idea and

2     they're just going to the polls.

3              They waited in line for 30 minutes and

4     they get up there and then they're told they don't

5     have an ID.  So we let them vote.  We always, always,

6     let them vote.  But we gotta verify they have the

7     ability and the eligibility to vote.  And the way we

8     do that is with our provisional ballot process, which

9     is a great process.

10             And as you'd mentioned before, it's one

11    that the voter themselves does not then have to come

12    back to our office and say, see, look, this is me,

13    this is me.  They can simply go there, they fill out

14    their ballot, we've got a copy of one of our ballots,

15    not an official, a turn- in ballot.

16             They fill out the ballot.  They put it in

17    this envelope.  In the secrecy sleeve.  They put it in

18    here.  They seal it up in front of our poll workers,

19    and they fill out some information on the outside.

20             Our canvassing board, which each of our

21    election supervisors are a member of, unless we're on

22    the ballot ourselves.  Our canvassing board, which

23    consists of a judge, a County Commissioner and the

24    Supervisor of Elections.

25             If any of the county commissioners,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031231

USA_00020755

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 93 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 89 of 223
Hearing                                                              April 6, 2009

204

1      normally have taken a side in any of the races that

2      are on the ballot, we don't let them become part of

3      the Canvassing Board.

4              So we have a very clean Canvassing Board.

5              We take a look at this and we compare the

6      signature on the provisional ballot envelope that they

7      filled out at the polls to the signature that they

8      have on their Voter Registration status that we have

9      at the office and they're scanned in.

10             And if the scan at the office is a little

11     fuzzy for some reason, because the quality of the

12     scanner, the day in 1984 when it was scanned in, then

13     we go back when.

14             And we have the paper record because we

15     still have everybody's paper Voter Registration.  We

16     look at that and we compare the signatures.

17             And if they match, the voter doesn't have

18     to do anything.  And we let the voter know whether or

19     not it was a match or it wasn't a match.

20             The voter leaves the voting both this

21     little receipt.  It says call our office.  Here's the

22     process we go through.

23             It's a system that gives our voters a

24     sense of confidence that everything is going to be

25     fine have that there's a system in place.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005874

TX_00031232

USA_00020756

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 94 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 90 of 223
Hearing                                                      April 6, 2009

205

1          And so this process for folks that don't

2     have their driver's license, for instance, and might I

3     add, that of our voters, we used -- more than

4     95 percent of our voters used uses a driver's license

5     when they go to the polls because that's, you know,

6     one of the required forms of ID.

7          Everybody has a driver's license or a

8     Florida ID, if not, then there's other forms of ID

9     that they can use, as well.

10         But with more than 95 percent of our folks

11    using a driver's license, we also find that it's for

12    the poll workers easier to train.  Because 95 percent

13    of your customers -- and I say to our poll workers --

14    explain that running an election, running a voting

15    precinct is a lot like running a restaurant.

16         Our whole goal is to see them, feed them,

17    get them out, so the next person can get in there, go

18    to the voting booth, get out of the parking spot so

19    another voter can get into that very same parking lot

20    spot.

21         If our poll workers are looking at the

22    very same form of ID, 95 percent of the time, it's a

23    driver's license, they know exactly where are to look

24    for the signature have they know exactly where to look

25    for the expiration date.  They know exactly where to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005875

TX_00031233

USA_00020757

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 95 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-5 Filed 06/20/12 Page 91 of 223

Hearing                                                    April 6, 2009

206

1      look for the photo of the voter.  So they can see.

2      Okay, it's easy, it's quick, it's simple.  It's almost

3      route by that point.

4              But, again, if the voter forgets their ID

5      on election day, which happens, it happens a lot, if a

6      voter forgets their ID on election day, they simply

7      fill out this, they don't have to call our office.

8      They can if they choose to.

9              They can then come into our office on the

10     next day and say, by the way, here's a photo copy of

11     my driver's license.  I'm sorry.  I didn't have it,

12     and the Canvassing Board makes the decision.  And the

13     Canvassing Board, interesting about this, a Canvassing

14     Board makes the decision at a public meeting that's

15     open to the public.

16             And you all are all elected officials, you

17     know this.  Every single time there's an elected

18     official election, at least, 50 percent of the

19     candidates lose.  Those 50 percent that lose usually

20     don't want to always blame their own campaign.

21             So we'll have folks come into our can

22     advancing boards meetings where these determinations

23     are made.  In fact, the determination being made at a

24     Canvassing Board meeting at the eligibility of this

25     voter is seen by more folks that have a vested



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005876

TX_00031234

USA_00020758

Case 2:13-cv-00193  Document 663-3  Filed on 11/11/14 in TXSD  Page 96 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-5  Filed 06/20/12  Page 92 of 223
Hearing                                                        April 6, 2009

207

1      interest in the process of losing candidates.

2                  It would be made if it were just done at

3      the polls where a poll worker says, no, I don't think

4      so.  Go home.  You can't vote.

5                  So it's a great process.  It's fail safe.

6      It makes our candidates feel better.  It makes our

7      voters feel a whole lot better, and it's a more secure

8      process, I believe.

9                  And I'll go ahead and shut my trap.

10                 CHAIRMAN TODD SMITH:  Okay.  I want to

11     just nail some things down and be as clear as we can.

12                 Florida currently requires a photo ID to

13     vote if you don't, you do this particular ballot?

14                 MICHAEL ERTEL:  Exactly.

15                 CHAIRMAN TODD SMITH:  Okay.  In other

16     words, it's a more onerous or more progressive, if you

17     heard the testimony of the earlier gentleman, form of

18     identification than what is proposed by the Texas

19     Senate in that they can allow either a photo or two

20     non photos?

21                 MICHAEL ERTEL:  I read the Senate Bill at

22     length.  And there are more options for different

23     various styles, like, you know, concealed weapons

24     permit, things like that that we do not have in

25     Florida.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005877

TX_00031235

USA_00020759

Case 2:13-cv-00193   Document 663-3   Filed on 11/11/14 in TXSD   Page 97 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 215-3   Filed 06/20/12   Page 93 of 223
Hearing                                                    April 6, 2009

208

1          After this legislative session, I believe

2     we'll be down to like five forms of ID.

3               CHAIRMAN TODD SMITH:  You can't cast a

4     non-provisional ballot in Florida unless you have a

5     photo ID?

6               MICHAEL ERTEL:  You got it.

7               CHAIRMAN TODD SMITH:  Okay.  In Texas?

8     Provisional would allow you to cast a regular ballot

9     without a photo ID in Texas; is that correct?

10              MICHAEL ERTEL:  Yes, as I read your bill

11    and if it goes through, then yes.  The Senate Bill,

12    pardon me.  That's right.

13              CHAIRMAN TODD SMITH:  Okay.  Do you know,

14    since you have had a requirement that the voters have

15    a photo identification, how many provisional ballots

16    have been cast statewide as a percentage of total

17    ballots casts?  Do you have any information?

18              MICHAEL ERTEL:  Well, I can tell you about

19    our county.  In our counties this past year, we had

20    during the presidential elections, where we -- we have

21    400,000 folks in our county.  We have 264,000

22    registered voters.

23              CHAIRMAN TODD SMITH:  264?

24              MICHAEL ERTEL:  Well, 264,366, well, give

25    or take one.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031236

USA_00020760

Case 2:13-cv-00193  Document 663-3  Filed on 11/11/14 in TXSD  Page 98 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 215-3  Filed 06/20/12  Page 94 of 223
Hearing                                                        April 6, 2009

209

1              CHAIRMAN TODD SMITH:  Okay.

2              MICHAEL ERTEL:  So that many.  And we had

3      well over 200,000 folks actually go to the polls.  We

4      had a 798 percent turn-out in Seminole County.

5              Of that, we had 244 folks that came -- I'm

6      sorry, 740 folks came to the polls and had to fill out

7      a provisional ballot.

8              CHAIRMAN TODD SMITH:  Because they didn't

9      have the proper identification?

10             MICHAEL ERTEL:  Not only because they

11     didn't have the proper identification.  For a myriad

12     of reasons.  Most of the reasons, more than 500 of

13     those folks that didn't have it were because they

14     weren't registered voters.

15             This past election was an election --

16             CHAIRMAN TODD SMITH:  Well, you don't have

17     any availability to know how many of that 740 people

18     were cast canning a ballot because they didn't have

19     the proper identification?

20             MICHAEL ERTEL:  14.

21             CHAIRMAN TODD SMITH:  14 okay.

22             MICHAEL ERTEL:  But most of them were,

23     again, because this is an election where there's a

24     high turn-out because the number of folks that are

25     that are going to turn-out.  Not only registration



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005879

TX_00031237

USA_00020761

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 99 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 99 of 223
Hearing                                                                    April 6, 2009

210

1    numbers went up, of course the percentage of voters,

2    also, remained around the same.

3              CHAIRMAN TODD SMITH:  14 out of 200,000

4    voters?

5              MICHAEL ERTEL:  Yep.

6              CHAIRMAN TODD SMITH:  And at that point in

7    time those ballots go to the signature board or what

8    you call the Canvassing Board?

9              MICHAEL ERTEL:  The Canvassing Board.

10   Correct.

11             CHAIRMAN TODD SMITH:  Do you know how many

12   of those 14 ballots were counted because of the way

13   you compared signatures?

14             MICHAEL ERTEL:  I'm sorry.  It was 14 --

15   pardon me if I misspoke.  It was 14 that were not

16   counted because of the way we compare signatures.

17             There were a total of -- well, because we

18   only -- if we count them we don't have the number on

19   how many of those that we ended up counting.  But most

20   of them we ended up counting, I think was 224, I

21   think.

22             CHAIRMAN TODD SMITH:  Okay.  14 does not

23   count because there was no match of a signature.

24             MICHAEL ERTEL:  The signatures did not

25   match.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031238

USA_00020762

Case 2:13-cv-00193   Document 663-3   Filed on 11/11/14 in TXSD   Page 100 of 111
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-3   Filed 06/20/12   Page 96 of 223
Hearing                                                          April 6, 2009

                                                                        211

 1                  CHAIRMAN TODD SMITH:  You don't know of

 2       the 740 how many were because they did not have the

 3       proper identification?

 4                  MICHAEL ERTEL:  I think -- actually, I do

 5       the numbers here.  Hold on one second.

 6                  We had 740 total provisional ballots and

 7       of those 227 counted.

 8                  Of the ones that did not count, 475 of

 9       them was because they were not registered in the state

10       of Florida.

11                  Three of them not registered within the

12       correct jurisdiction, and 16 of them, because they

13       were showing up at the wrong precinct to vote and they

14       voted where they worked instead of where they lived.

15                  And then we had the 14 that were rejected

16       for the purpose of the provisional ballot not

17       mentioned not because of the signature that they had.

18                  CHAIRMAN TODD SMITH:  My question is:  How

19       many people that cast provisional ballots that were

20       counted?

21                  MICHAEL ERTEL:  227.

22                  CHAIRMAN TODD SMITH:  Because their

23       signature matched?

24                  MICHAEL ERTEL:  Right.  227 for almost all

25       the reasons that we would be, was for lack of taking



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005881

TX_00031239

USA_00020763

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 101 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 9 of 223
Hearing                                                        April 6, 2009

212

1      your ID to the polls.

2              CHAIRMAN TODD SMITH: Okay. We're still

3      not -- I'm not getting. What I want to do, if you

4      can, is take all the provisional ballots and segregate

5      all the portion that relates to people not having the

6      proper identification, only, whether they counted or

7      not. What number is that?

8              MICHAEL ERTEL: Only because they don't

9      have the proper ID, I can't break that down. We do a

10     report to the EAC and so I've got the numbers here

11     that we break down.

12             227 of them counted. A vast, vast, vast

13     majority of those were because they did not have a

14     proper ID at the polls.

15             And the reason we can say this with

16     certainty is because it was a general election that

17     I'm talking about.

18             In a primary election there will be folks

19     that go to the polls who are perfectly registered

20     voters. Registered as a member of -- they're an

21     independent party or no party affiliation. They want

22     to vote for a primary candidate of their choice. So

23     they fill out a provisional ballot --

24             CHAIRMAN TODD SMITH: So when you say the

25     vast majority of that 227 that counted was because



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031240

USA_00020764

Case 2:13-cv-00193  Document 663-3  Filed on 11/11/14 in TXSD  Page 102 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-3  Filed 06/20/12  Page 98 of 223
Hearing                                                          April 6, 2009

213

```
 1      they did not have the proper ID --
 2                  MICHAEL ERTEL:  Right.
 3                  CHAIRMAN TODD SMITH:  Can you give me your
 4      best judgment of that 227 you --
 5                  MICHAEL ERTEL:  I would say well over 85.
 6                  CHAIRMAN TODD SMITH:  85 percent?
 7                  MICHAEL ERTEL:  Yes.  More than
 8      85 percent.  And I feel very confident with that.
 9                  CHAIRMAN TODD SMITH:  Okay.  So if you say
10      85 percent of 227, of that number, 14 didn't count,
11      unlike what we saw in Indiana?  A very tiny proportion
12      of the number of votes casts versus the number in
13      Indiana where many of them did not count in order to
14      handle provisional ballots?  Is that fair?
15                  MICHAEL ERTEL:  We're very proud of the
16      way we do it in Florida.
17                  CHAIRMAN TODD SMITH:  And do you think
18      that what's happening in your county is representative
19      of what happens in counties across the state or does
20      that vary dramatically by county?
21                  MICHAEL ERTEL:  It does not vary
22      dramatically by county.
23                  Now, there will be and this is one of the
24      elements of the provisional ballot thing, is that
25      establishing the poll worker into who receives the
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005883

TX_00031241

USA_00020765

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 103 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 99 of 223
Hearing                                                    April 6, 2009

214

1    provisional ballot is varying from every single

2    precinct, from precinct to precinct to precinct.

3                CHAIRMAN TODD SMITH:  Okay.  In terms of

4    the just the --

5                MICHAEL ERTEL:  And that's the beauty of

6    the fail safe, in that we received the provisional

7    ballots and we can make -- even if they a voter should

8    not have received a provisional ballot for a

9    particular reason, we're able to then make a more

10   measured decision back at office instead of having our

11   poll workers make a snap decision at the polls.

12               CHAIRMAN TODD SMITH:  Is there any

13   controversy in the state of Florida, either from the

14   right or from the left, if the concern from

15   conservative voters that because you simply have to

16   have a signature match and all these votes are counted

17   automatically, that people that are not legally

18   entitled to vote are being able to vote?

19               And is there a concern on the left that,

20   you know, this is still somehow a disenfranchising

21   legal voters?  Any controversy in Florida about the

22   signature?  The way you handle the signature?

23               MICHAEL ERTEL:  No.  And I'll tell you,

24   for the State Association of Supervisors, I'm the

25   media guy.  I distribute all the media articles that



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005884

TX_00031242

USA_00020766

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 104 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 106 of 223
Hearing                                                       April 6, 2009

215

1    are out there about elections.  I do a little Monday

2    morning thing.

3              And I haven't seen any.  And so I'm an

4    avid reader of the process.

5              CHAIRMAN TODD SMITH:  And we've got 14

6    people in your county out of the 200,000 that voted.

7    Those are the only ones that can even be argued are

8    potentially legal voters that are not being allowed to

9    vote; is that correct?

10             MICHAEL ERTEL:  And it's a lot like the

11   absentee process where if a voter's signature changes

12   from the time that they've initially registered to

13   vote to the time that this ends up in front of us, if

14   that voter's signature changes -- I've been registered

15   to vote since 1988.  I'm 39.  So my signatures changed

16   quite a bit, you know, especially from 18 to 39.

17             So if the signature is that vary and that

18   wildly different, that could be the cause of it.

19             And that's what we communicate in almost

20   everything we do throughout an election year, and, in

21   fact, it's in our state turn-out study, that at a

22   minimum every general election year, we put an ad in

23   the newspapers, saying, update your signature.  Call

24   the Elections Office.  Update your signature.

25             CHAIRMAN TODD SMITH:  Now, my



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005885

TX_00031243

USA_00020767

Case 2:13-cv-00193  Document 663-3  Filed on 11/11/14 in TXSD  Page 105 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-3  Filed 06/20/12  Page 101 of 223
Hearing                                                          April 6, 2009

216

1       understanding of the standard that you use is that it

2       doesn't require the signatures to match.  A majority

3       of the Canvassing Board has to conclude that it's not

4       likely the same signature that was on the

5       registration; is that correct?

6                    MICHAEL ERTEL:  Correct.

7                    CHAIRMAN TODD SMITH:  So they can take

8       into consideration the age of the person and the

9       difference in the point in time at which they signed

10      the original ballot?  It doesn't require a match, does

11      it?  They've got to conclude that it's likely not the

12      same person?

13                   MICHAEL ERTEL:  Right.  Correct.

14                   Now, I won't let my Canvassing Board of

15      which I'm not a member take inspect to account the age

16      because I think that that is giving one person an

17      additional heads-up that, you know, an additional, you

18      know, push that other folks would not be able to get.

19                   So we don't take into account age.  We

20      simply look at the signature.  Does this signature

21      match?

22                   It doesn't have to be a perfect match.  I

23      don't have to write Michael Christopher Ertel on Ertel

24      on my Voter Registration Application back in '88 and

25      then now have -- where my signatures just pure chicken



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005886

TX_00031244

USA_00020768

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 106 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 215-3 Filed 06/20/12 Page 102 of 223
Hearing                                                                  April 6, 2009

217

1       scratch.

2                       As long as the "M" matches, for instance,

3       or the "E" matches.  We look for things that say, this

4       is the same person.  They're signature may have

5       declined over the last several years, but it's

6       obviously the same person.

7                       CHAIRMAN TODD SMITH:  Okay.

8                       Representative Heflin.

9                       REPRESENTATIVE HEFLIN:  Okay.  On the

10      provisional ballots, once you started the process, how

11      do you go about educating the public on the

12      availability of the provisional ballots?

13                      MICHAEL ERTEL:  Our provisional ballot if

14      there's a voter that has an issue at the polls, it's

15      one of our education on-site things.

16                      If there's a voter that has an issue at

17      the polls, we take the voter off to the side.  We have

18      one of our poll workers.  He's especially trained

19      solely for the purpose of issue voters.

20                      By issue voters, I mean voters who have

21      forgotten ID.  Voters who walked into the wrong

22      precinct.  And we can look them up on the database and

23      say actually you go vote over there.  So we educate

24      them on that.

25                      REPRESENTATIVE HEFLIN:  Okay.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031245

USA_00020769

Case 2:13-cv-00193  Document 663-3  Filed on 11/11/14 in TXSD  Page 107 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-3  Filed 06/20/12  Page 103 of 223
Hearing                                                             April 6, 2009

218

1              MICHAEL ERTEL:  So even if they walk into

2      our polling location without any knowledge of the

3      elections process because they haven't read the paper,

4      they haven't checked the myriad of mail we've given

5      them, we've helped them on-site.

6                  And the provisional ballot envelope that

7      we give them has all the information that they need on

8      it, including, so they don't have to read it all

9      on-site, a little take away so they can go home and

10     say.  Okay, here's the number.  Each ballot envelope

11     has the serial number on it.

12                 So it's something that I, as a former

13     communicator, will think about over-communicating

14     beforehand on-site and afterwards.

15                 REPRESENTATIVE HEFLIN:  And how much

16     training do you give your poll workers?  How much time

17     do you allow for each --

18                 MICHAEL ERTEL:  Our poll workers -- it

19     depends on the job that they have.

20                 REPRESENTATIVE HEFLIN:  Okay.

21                 MICHAEL ERTEL:  The most poll workers that

22     you see when you go into the polls on election day are

23     what we in Seminole County call our inspectors.

24                 REPRESENTATIVE HEFLIN:  Okay.

25                 MICHAEL ERTEL:  They're the ones that will



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005888

TX_00031246

USA_00020770

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 108 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 104 of 223
Hearing                                                    April 6, 2009

219

1    walk up, you fill out the information in the book, and

2    they find your name in the book and they help you out

3    that way.

4               We give them 3 hours of training.  Per

5    election.  So for instance, in this past election

6    cycle, we had a presidential preference primary, and

7    then the general.

8               They were trained for every single

9    election.

10              REPRESENTATIVE HEFLIN:  3 hours?

11              MICHAEL ERTEL:  Very repetitive.  Very

12   redundant training to make it fun.

13              REPRESENTATIVE HEFLIN:  Now, I represent a

14   rural district.  My district is actually larger than

15   nine states.  So can you imagine.  I have a lot of

16   older citizens.  Everybody knows everybody.

17              Do you have a provision where if the poll

18   worker signs a Personal Knowledge Affidavit of yes,

19   this is Mrs. Jones and yeah, she forgot her -- is that

20   an ID provision that would work?

21              MICHAEL ERTEL:  You know, personal

22   opinion, and I think that you can't have that kind of

23   thing happening.  You can't say, and we train our poll

24   workers on this.

25              If your husband comes into the station and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005889

TX_00031247

USA_00020771

Case 2:13-cv-00193  Document 663-3  Filed on 11/11/14 in TXSD  Page 109 of 111
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-3  Filed 06/20/12  Page 105 of 223
Hearing                                                          April 6, 2009

                                                                    220

1       does not have his ID on him, you know --

2                   REPRESENTATIVE HEFLIN:  It could be a

3       problem?

4                   MICHAEL ERTEL:  Exactly.

5                   REPRESENTATIVE HEFLIN:  Okay.

6                   MICHAEL ERTEL:  So you can't -- because

7       then the person behind him in line who also doesn't

8       have an ID saying, "Okay, I saw that she let him vote

9       but she's not letting me vote because she claims" --

10                  REPRESENTATIVE HEFLIN:  Yeah.

11                  MICHAEL ERTEL:  But, I mean, if there's

12      consistency throughout, there's competence throughout.

13                  REPRESENTATIVE HEFLIN:  Now, versus the

14      person comes into vote and they're Voter Registration

15      says Linda Sally Jones.  That's her name.  But their

16      driver's license or their identification says Linda

17      Jones Smith or Linda Smith Jones because they got

18      married or whatever.

19                  Is that a problem?  Are you a stickler?

20      Does everything have to be correct?

21                  JUSTIN LEAVITT:  No.  A voter's lack of

22      ability to update their driver's license name does not

23      disenfranchise them from voting in Florida.  What we

24      check on the identification card is we check the photo

25      and we check the signature.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031248

USA_00020772

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 110 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 106 of 223
Hearing                                                                      April 6, 2009

221

1                    REPRESENTATIVE HEFLIN:  Okay.

2                    MICHAEL ERTEL:  It's a photo and signature

3          ID.

4                    REPRESENTATIVE HEFLIN:  Okay.  Now,

5          earlier the Chairman was asking you questions about

6          Florida having a Voter ID.  You were, kind of,

7          hesitant.  Were you hesitant -- do you call it a Voter

8          ID or do you have -- what do you call it?

9                    MICHAEL ERTEL:  Well, each county does it

10         differently.  In our county we call it a Voter

11         Information Card and I actually do keep mine on me

12         because I'm an elections guy, of course.

13                   REPRESENTATIVE HEFLIN:  Oh, it's in your

14         wallet?

15                   MICHAEL ERTEL:  Yeah, it's in my wallet.

16         It's an Information Card.  It's not necessarily to

17         vote.  It's simply an Information Card that says

18         here's where your polling location is.  Here's who

19         your representatives are.  Here's how to get ahold of

20         the Elections Office.

21                   REPRESENTATIVE HEFLIN:  But all they need

22         to vote is their driver's license or some acceptable

23         form of ID?

24                   MICHAEL ERTEL:  Right.  Driver's license.

25         We also take a combination of various IDs.  If you



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005891

TX_00031249

USA_00020773

Case 2:13-cv-00193 Document 663-3 Filed on 11/11/14 in TXSD Page 111 of 111
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 107 of 223
Hearing                                                              April 6, 2009

222

1    have, for instance, a credit card with a photo on it,

2    or a student ID with their signature on it, we can

3    combine those two, mix up and make --

4              REPRESENTATIVE HEFLIN:  Okay.  So you can

5    combine a non-photo ID with like a water bill with a

6    photo ID with the same address?

7              MICHAEL ERTEL:  Not a water bill.  An

8    actual ID of some form.

9              REPRESENTATIVE HEFLIN:  An official ID of

10   some form?

11             MICHAEL ERTEL:  Exactly.

12             REPRESENTATIVE HEFLIN:  Are they

13   governmental entities or --

14             MICHAEL ERTEL:  Not only governmental

15   entities.  It's narrowing.  It's military ID.  It's

16   credit card.  Student ID.  Things like that.

17             REPRESENTATIVE HEFLIN:  Thank you very

18   much.

19             MICHAEL ERTEL:  Thank you.

20             CHAIRMAN TODD SMITH:  Okay.

21             Members, any other questions?

22             REPRESENTATIVE BROWN:  I do.

23             CHAIRMAN TODD SMITH:  Okay.

24   Representative Brown.

25             REPRESENTATIVE BROWN:  Florida is, kind



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031250

USA_00020774