Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 1 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 108 of 223

Hearing                                                        April 6, 2009

                                                                        223

```
 1      of, known as a place where a lot of people go to
 2      retire.  Does your population show a significantly
 3      more older people?
 4                  MICHAEL ERTEL:  Well, each area is
 5      different.  Seminole County --
 6                  REPRESENTATIVE BROWN:  Statewide?
 7                  MICHAEL ERTEL:  Statewide, we're older
 8      than most states, yeah.
 9                  REPRESENTATIVE BROWN:  So if your
10      requirements for voting were going to affect your
11      population, you would be able to see it pretty
12      quickly, wouldn't you?  Just because you have a lot of
13      older people?
14                  MICHAEL ERTEL:  Yeah.  Yes.  We'd be able
15      to see if a process that we were doing was creating a
16      burden on our voters because they call us, as you well
17      know, as an elected official, they call us and they
18      tell us.
19                  REPRESENTATIVE BROWN:  I'm sure.
20                  Do you allow those in nursing homes to
21      vote from their nursing homes and not go through this
22      process?
23                  MICHAEL ERTEL:  We do.  We have a process
24      where we go into the nursing homes ahead of time and
25      we give them the opportunity to do -- it's really more
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031251

USA_00020775

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 2 of 84
Case 1:12-cv-06128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 109 of 223
Hearing                                                    April 6, 2009

224

1        of an absentee-ballot process that we then supervise

2        on-site at the nursing homes.

3                    REPRESENTATIVE BROWN:  And do they have to

4        also present photo ID?

5                    JUSTIN LEAVITT:  It's an

6        absentee-balloting process.

7                    REPRESENTATIVE BROWN:  Very good.

8                    When did you go to this system?  What

9        year?

10                   MICHAEL ERTEL:  The provisional ballot --

11       this has been in place since I got here, and I got

12       here in February of 2005.  It was put in place, as you

13       heard earlier, as part of the HAVA Requirements.  So

14       it's a system that since we've had it, has worked

15       tremendously.

16                   REPRESENTATIVE BROWN:  But HAVA didn't

17       prescribe all, exactly how this was to be, did they?

18       I mean, you did have to pay --

19                   MICHAEL ERTEL:  Yeah, each state is a

20       little different.  Each county is a little different.

21                   REPRESENTATIVE BROWN:  So this is not

22       statewide?  This is your county?

23                   MICHAEL ERTEL:  No.  This is statewide.

24                   REPRESENTATIVE BROWN:  Okay.

25                   MICHAEL ERTEL:  The forms are statewide.



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005894

TX_00031252

USA_00020776

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 3 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 110 of 223
Hearing                                                                    April 6, 2009

225

```
 1      The voters have a certain number of days to come in
 2      and if they want to, provide us additional evidence.
 3      But they don't have to.
 4               And so it's a much more, on the voters
 5      sense, it's a much more passive activity.  If they
 6      truly are that person and they know that their
 7      signature probably hasn't changed a whole lot, all
 8      they're simply doing is taking a little longer are to
 9      vote because they have to fill out the thing to make
10      sure that we can verify that they are eligible to cast
11      that ballot in that precinct.
12               REPRESENTATIVE BROWN:  Do you have any
13      figures about the cost to implement that system?
14               MICHAEL ERTEL:  I know this is in your
15      body that approves the budget -- it's not that much.
16      But no matter what it is, the security of the
17      election, it's worth it, it's worth the extra time to
18      train the poll workers.  It's worth the extra little
19      bit of money.
20               It's really just printing.  It's printing
21      these envelopes.  Our Canvassing Board, it takes us --
22      it's one of the longest things we do is going through,
23      the things that takes the longest amount of time.
24               But if we're going to wine whine about
25      taking longer time, we shouldn't be in the election.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031253

USA_00020777

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 4 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 111 of 223
Hearing                                                              April 6, 2009

226

```
 1                 REPRESENTATIVE BROWN:  And how many days
 2      do you have?
 3                 JUSTIN LEAVITT:  To verify those?
 4                 MICHAEL ERTEL:  Well, the voter has until
 5      two days after the election to come in and give us
 6      additional information.  Again, because they don't
 7      have to, to do that.
 8                 We have very, very, very few voters that
 9      actually do come back and present us with the
10      additional information.
11                 REPRESENTATIVE BROWN:  But you're an
12      elected official.  How long do they have to get those
13      all?  To go through them and verify?
14                 MICHAEL ERTEL:  We do it within two days.
15                 REPRESENTATIVE BROWN:  Two days?
16                 MICHAEL ERTEL:  Yeah.
17                 REPRESENTATIVE BROWN:  I'm impressed.
18                 MICHAEL ERTEL:  Well, like you're having
19      tonight.  It just takes late nights but it's one of
20      those, kind of, important things.
21                 REPRESENTATIVE BROWN:  Thank you.
22                 JUSTIN LEAVITT:  Thank you.
23                 CHAIRMAN TODD SMITH:  Any other questions?
24                 Yes.  Representative Heflin.
25                 REPRESENTATIVE HEFLIN:  On your Voter
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031254

USA_00020778

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 5 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 112 of 223
Hearing                                                                April 6, 2009

227

1      Registration process, like for your at your senior

2      citizens centers -- do you all go out there and

3      actually go on-site to help those senior citizens?

4              MICHAEL ERTEL:  We do.  Well, we go

5      everywhere.  I mean, I tell our voter outreach staff,

6      if it's more than 50 people there, we'd better be

7      there.

8              REPRESENTATIVE HEFLIN:  Good.

9              MICHAEL ERTEL:  At an event or at

10     anything.

11             REPRESENTATIVE HEFLIN:  You wanna move to

12     Texas?

13             MICHAEL ERTEL:  What's that?

14             REPRESENTATIVE HEFLIN:  You wanna move to

15     Texas?

16             MICHAEL ERTEL:  I love Florida.

17             So, you know, we just try go out and go

18     everywhere.  To schools.  To events.  To everything.

19             REPRESENTATIVE HEFLIN:  Okay.  Now, you've

20     read the bill that's before the committee today?

21             MICHAEL ERTEL:  Yeah.

22             REPRESENTATIVE HEFLIN:  Is there anything

23     in this bill at all that addresses the provisional

24     ballot issue?

25             MICHAEL ERTEL:  You've discussed



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031255

USA_00020779

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 6 of 84
Case 1:12-cv-06128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 113 of 223
Hearing                                                    April 6, 2009

228

1    provisional ballots.  Hold on.  Let me find out the

2    exact point on it where it talks about it.

3            It talks about it in line -- in --

4    everyone's got different kind of copies, but in my

5    page it's Section 66 --

6            REPRESENTATIVE HEFLIN:  What page?

7            MICHAEL ERTEL:  Well, on my page -- it's 3

8    and it goes down to Line 26, that the requirements for

9    identification at subsection are not met the voter may

10    be accepted for provisional ballot voting under

11    Section 63 dot 01, shall inform the voter who has not

12    accepted to voting under this section of the voter's

13    right to cast a provisional ballot.

14            REPRESENTATIVE HEFLIN:  Now having read

15    that, I like your position, so you think it would be

16    good to change this bill to the way you're doing it?

17            MICHAEL ERTEL:  I think that's your

18    decision to make.  I think there's laws and there's

19    rules which implement the laws.

20            REPRESENTATIVE HEFLIN:  Yeah.

21            MICHAEL ERTEL:  And you can put every

22    element of a rule into a law if you'd like or you can

23    let that come under the rules process.

24            REPRESENTATIVE HEFLIN:  Thank you very

25    much for your testimony.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031256

USA_00020780

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 7 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 114 of 223
Hearing                                                          April 6, 2009

229

```
 1                 MICHAEL ERTEL:  Thank you.

 2                 CHAIRMAN TODD SMITH:  Okay.  Members, any

 3      other questions for this witness?  Anybody?

 4                 MICHAEL ERTEL:  I've given everyone a copy

 5      of one of these so you all can have them.

 6                 CHAIRMAN TODD SMITH:  Okay.  Good.  Thank

 7      you very much.

 8                 MICHAEL ERTEL:  Including a sample ballot.

 9                 CHAIRMAN TODD SMITH:  Do you have any

10      other material that you have that, sort of, generally

11      describes in summary manner how you handle the Florida

12      provisional ballots?  I would be interested in --

13                 MICHAEL ERTEL:  I have a copy of it and I

14      didn't make 15 copies of it.  But I do have a copy of

15      the relevant law and I can pass it out.  Okay.  The

16      copy of the law describing the process that we go

17      through, as well as the canvassing of it.

18                 CHAIRMAN TODD SMITH:  All right.  Thank

19      you.

20                 MICHAEL ERTEL:  Great.

21                 CHAIRMAN TODD SMITH:  Representative

22      Anchia.

23                 REPRESENTATIVE ANCHIA:  Yes, just very

24      quickly before you go.

25                 MICHAEL ERTEL:  You're like Columbo.  Just
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005899

TX_00031257

USA_00020781

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 8 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 115 of 223
Hearing                                                                April 6, 2009

230

1      one more thing.

2                    REPRESENTATIVE ANCHIA:  Just one more

3      thing.  I hadn't had a chance to ask you a question

4      yet.

5                    MICHAEL ERTEL:  All right.

6                    REPRESENTATIVE ANCHIA:  I've been engaged

7      on procedure.

8                    MICHAEL ERTEL:  I was actually hoping I

9      would be able to get away without you asking one of

10     your questions.

11                   REPRESENTATIVE ANCHIA:  No.  Honestly.

12                   MICHAEL ERTEL:  I'm waiting for it,

13     though.

14                   REPRESENTATIVE ANCHIA:  In terms of -- and

15     this, I think, was asked and you may have answered it.

16     I just want to make sure we get it on the record and I

17     understand it.

18                   When you instituted the photo ID standard,

19     what parallel procedures did you put in place to

20     increase access to the franchise?

21                   MICHAEL ERTEL:  Ask it again.

22                   REPRESENTATIVE ANCHIA:  Carter-Baker talks

23     about increasing security at the same time increasing

24     ballot access, right?

25                   MICHAEL ERTEL:  Okay.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005900

TX_00031258

USA_00020782

Case 2:13-cv-00193  Document 663-4  Filed on 11/11/14 in TXSD  Page 9 of 84
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-3  Filed 06/20/12  Page 116 of 223
Hearing                                                        April 6, 2009

231

1          REPRESENTATIVE ANCHIA:  What did Florida

2     do in those parallel tracts or did you just do it

3     piecemeal by putting in photo ID?

4          MICHAEL ERTEL:  We've had photo ID since

5     I've been there:  Is I can't really --

6          REPRESENTATIVE ANCHIA:  How long is that?

7          MICHAEL ERTEL:  February of '05.

8          REPRESENTATIVE ANCHIA:  Okay.

9          MICHAEL ERTEL:  So I can't really attest

10    to the implementation process they did.  But since --

11    and if it were before -- if it were far, far before

12    2000, since 2000 we've had so many changes in the

13    process.

14         REPRESENTATIVE ANCHIA:  Right.

15         MICHAEL ERTEL:  Because there's so many

16    changes because we were under a microscope.

17         REPRESENTATIVE ANCHIA:  HAVA?

18         MICHAEL ERTEL:  HAVA.  Florida.

19         And so we've had a large turnover in the

20    election official community, as well, since 2000.

21         REPRESENTATIVE ANCHIA:  Okay.  How much

22    did the move to photo ID cost the state?  And I'm

23    going to talk about three buckets of money.

24         The first with one is access to ID.  What

25    did you all do and how much did you spend in order to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031259

USA_00020783

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 10 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 11 of 223
Hearing                                          April 6, 2009

232

```
 1      get people access to the ID?

 2                     Poll-worker training in the second bucket

 3      of money.

 4                     And then third:  Did you have a

 5      corresponding change on mail-in ballots?  You are a no

 6      excuse mail-in ballot state, correct?

 7                     JUSTIN LEAVITT:  Correct.

 8                     MICHAEL ERTEL:  Correct.  Correct.  In

 9      fact, we encourage absentee voting.

10                     JUSTIN LEAVITT:  Okay.

11                     MICHAEL ERTEL:  I can't talk about the

12      implementation budget because I was not there during

13      the implementation so I don't want to talk outside

14      that.

15                     But within the training, because more than

16      95 percent of our voters use a driver's license,

17      within the training, it actually makes our training

18      expendientially easier.

19                     We don't have to train, here's how to look

20      for all these various forms of ID.  We train here's

21      where to look on the driver's license for the photo.

22      Here's where to look for the signature.  So as our

23      training -- you know, 95 percent of our voters come in

24      with the same form of ID.  The form that our poll

25      workers are very familiar with.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031260

USA_00020784

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 11 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 118 of 223
Hearing                                                          April 6, 2009

233

1              And as I mentioned it becomes rogue for

2    our poll workers.  They're able to come in.  They know

3    exactly where to look.  It processes the voters

4    quicker, more likely, pardon me.

5              And so it in training, it's yes to train

6    our poll workers.  In practice, our poll workers get

7    it quicker, and in the implementation at the polls,

8    our voters go through the process much quicker

9    because they're not pulling out the same statement and

10   stuff like that.

11             REPRESENTATIVE ANCHIA:  There are only

12   five forms that you allow and the changes go through

13   this legislative session that you anticipate it?

14             MICHAEL ERTEL:  I think we're going to be

15   down to like five.

16             REPRESENTATIVE ANCHIA:  Right.

17             MICHAEL ERTEL:  And as a caveat to that,

18   if you have no driver's license or Florida ID or

19   passport or any of that stuff, that's why we have the

20   provisional ballot process so that voters without ID,

21   voters who would.

22             It's burdensome for them to, as Dr. Alan

23   was mentioning, to take the drive down to the Driver's

24   License Bureau or take a walk down to the Driver's

25   License Bureau until you get your license or to get an



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031261

USA_00020785

Case 2:13-cv-00193  Document 663-4  Filed on 11/11/14 in TXSD  Page 12 of 84
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-3  Filed 06/20/12  Page 119 of 223
Hearing                                                            April 6, 2009

                                                                    234

1        ID card of some sort -- even if you don't have an ID,

2        you can vote.

3                  You vote provisional and that's how we

4        verify you.  And it's a much more deliberate process

5        and allows our voters to -- it allows us to determine

6        the eligibility of the voters and we can take our time

7        on it and do it right.

8                  REPRESENTATIVE ANCHIA:  Can you speak to

9        the policy decision of expanding absentee voting to

10       no-excuse and whether there was any thought to mail-in

11       ballot fraud during the expansion of absentee.

12                 MICHAEL ERTEL:  I can't speak for

13       legislature and what caused them to do what they did.

14       I can speak to the implementation of it and how we

15       make sure that the fraud is kept to a minimum.

16                 REPRESENTATIVE ANCHIA:  And how did you do

17       that?

18                 MICHAEL ERTEL:  If people know that

19       there's a stick, they're not going to do it.

20                 REPRESENTATIVE ANCHIA:  What is a stick?

21       It's an enforcement stick?

22                 MICHAEL ERTEL:  You got it.  You got it.

23                 So if they know that I'm going to get --

24       you know, there is a consequence, then they're less

25       likely to do it.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031262

USA_00020786

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 13 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 120 of 223

Hearing                                                                April 6, 2009

235

1                     And you know, I told one person because we

2         had folks, as we all know within the absentee fraud

3         stuff, you can cast that ballot, but it will be the

4         last one for awhile because we're going to catch you.

5                     I'm a former military guy and we catch

6         them and we make sure that they know that it's not

7         something that is acceptable.  Expert Anchia, I know

8         Miami had elections that were overturned long ago

9         because of mail-in ballot fraud.

10                    What are some of the safeguards that you

11        have in your mail-in ballot system other than the

12        stick that you have over here, saying, hey, penalty,

13        big penalty?  Look out, we're going to catch you.

14                    Are there systematic safeguards you have

15        in place?

16                    MICHAEL ERTEL:  There are.  Each county

17        has our own security procedures on how we ensure that

18        absentee-ballots aren't going in a fraudulent way.

19                    One thing that we do, and I can tell you

20        that we do have a list that I ask of our folks.  And

21        every single household that has requested more than

22        four absentee-ballots, I track.

23                    So that I can say, Okay, wait a minute.

24        How big is this House?  How many absentee-ballots have

25        been requested?  If there's 27 absentee-ballots



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031263

USA_00020787

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 14 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 121 of 223
Hearing                                                         April 6, 2009

236

1    requested from a one-bedroom apartment, something's

2    been benchmarked.  So we check that.

3              And so we look up front to make sure that

4    if we see anything that may occur, then we go ahead

5    and just, sort of, do a little looksey to make sure.

6    It's like watching a drunk guy walk out of the bar.

7    Do you let him turn on the car and enforce it or do

8    you say you probably shouldn't be driving tonight?

9              REPRESENTATIVE ANCHIA:  Okay.  Thank you.

10             MICHAEL ERTEL:  Okay.

11             CHAIRMAN TODD SMITH:  Any other questions?

12   I have a few questions unless someone else has

13   questions.  Anybody else have questions?  Anybody?

14             Do you have access -- I assume if you have

15   identified there were 14 votes in your counsel it I

16   that were not counted because of the photo ID

17   requirements, can you get me information in writing

18   after this hearing if possible to get me those numbers

19   on a statewide basis?

20             And my question is:  In your county --

21             MICHAEL ERTEL:  Statewide we had 394.

22             CHAIRMAN TODD SMITH:  Okay.  And I assume

23   -- those -- 394 were the votes that were be counted

24   because of the photo identification requirements.

25             MICHAEL ERTEL:  They did not have the



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031264

USA_00020788

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 15 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 122 of 223
Hearing                                                    April 6, 2009

                                                                    237

1        identification and the signatures to match.

2                    CHAIRMAN TODD SMITH:  And that's how many

3        votes were cast statewide?  Do you have that?

4                    MICHAEL ERTEL:  Oh, my goodness.

5                    CHAIRMAN TODD SMITH:  Do you have that?

6                    JUSTIN LEAVITT:  Item, yeah, I do have

7        that number.  Hold on one second.

8                    I know we had 38 plus, 3.8 million, plus

9        -- roughly 2 million -- so that many.

10                   CHAIRMAN TODD SMITH:  Say that again.

11                   MICHAEL ERTEL:  3,893,184 were cast on

12       election day.  2,661,672 were cast at early voting

13       sites.

14                   And 1,947,080 were cast via absentee.

15                   CHAIRMAN TODD SMITH:  So somewhere around

16       8 million votes and 394.

17                   MICHAEL ERTEL:  Uh-huh.

18                   CHAIRMAN TODD SMITH:  And the population

19       of Florida is 10 million and the population of Texas

20       is 23, 24 million.

21                   MICHAEL ERTEL:  Actually, we have

22       10.4 million registered voters for this past election.

23       So our registration rate is not as high, of course, as

24       our population rate.

25                   CHAIRMAN TODD SMITH:  And I have an



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005907

TX_00031265

USA_00020789

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 16 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 123 of 223
Hearing                                                    April 6, 2009

238

1    indication here that in about 2003, and that's when

2    the Mandatory Photo Identification Requirement was put

3    into place; is that correct?

4                MICHAEL ERTEL:  Okay.

5                CHAIRMAN TODD SMITH:  And it indicates

6    that the Senate, which at the time was 14 Democrats

7    and 25 Republicans voted 38 to 0 on that bill.

8                And that the House of Representatives,

9    which was 39 Democrats and 81 Republicans voted 111,

10   to 2 on that bill to mandate photo identification

11   requirements.

12               Do you recall that?

13               MICHAEL ERTEL:  I mean, if you're reading

14   it and you know it's true, then it is, I'm sure.

15               CHAIRMAN TODD SMITH:  Okay.  All right.

16               Any other questions, members, of this

17   particular witness?

18               REPRESENTATIVE VEASEY:  I have one

19   question.

20               CHAIRMAN TODD SMITH:  Okay.

21               REPRESENTATIVE VEASEY:  Do you have any

22   demographic information on who the voters are?

23               MICHAEL ERTEL:  Is the question:  Is one

24   person more likely to forget their ID than another

25   person?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031266

USA_00020790

```
 1                 REPRESENTATIVE VEASEY:  According to

 2       your --

 3                 MICHAEL ERTEL:  The form itself that folks

 4       fill out, it's a self-identifying form.

 5                 On the form there is no demographic

 6       information asked for the specific purpose that the

 7       decision to count the provisional ballot should not be

 8       based on the demographics of the voter.  It should be

 9       based upon the eligibility of the voter to vote in

10       that precinct on that day.

11                 REPRESENTATIVE HEFLIN:  Mr. Chairman, he

12       said he was going to provide copies of the procedure,

13       the provisional ballots.

14                 Can you ask him, since I don't want to use

15       his time on the clock, but can you do the same on

16       mail-in ballots, the procedures you follow for that?

17                 MICHAEL ERTEL:  Absolutely.

18                 REPRESENTATIVE VEASEY:  And so, obviously,

19       you said you don't keep any sort of racial

20       demographics on this.  Are any ZIP codes or anything

21       or anything, things like --

22                 MICHAEL ERTEL:  We do have certain ZIP

23       codes at the precinct.  The precinct is much smaller

24       than the zip codes have we only have 126 precincts.

25                 The precincts in historic areas where
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031267

USA_00020791

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 18 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 125 of 223
Hearing                                                                April 6, 2009

240

1     there's older folks because we've got one area that
2     has a couple of senior citizen areas do not vary in
3     the number of provisional ballots.
4              REPRESENTATIVE VEASEY:  Do you have more
5     than a couple in Florida?
6              MICHAEL ERTEL:  Not in my county.  We
7     don't have that many.  We're, kind of, inland.  It's
8     not that great of county for seniors to retire to when
9     they can go on the beach.
10             But there's no variance between -- there's
11    no big difference between, you know, our precinct that
12    has one specific definite.  Demographic versus a
13    precinct that has a another specific demographic.
14             CHAIRMAN TODD SMITH:  Any other questions,
15    members?
16             Representative Anchia.
17             REPRESENTATIVE ANCHIA:  One last question.
18             CHAIRMAN TODD SMITH:  Okay.
19             REPRESENTATIVE ANCHIA:  Do we have time?
20             CHAIRMAN TODD SMITH:  You do.  The clock
21    says 26 minutes then we can have the discussion.
22             MICHAEL ERTEL:  Hopefully I don't take
23    13 minutes to answer your question.
24             REPRESENTATIVE ANCHIA:  Great.  Great.
25             I know that this doesn't have any



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193   Document 663-4   Filed on 11/11/14 in TXSD   Page 19 of 84
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-3   Filed 06/20/12   Page 128 of 223

Hearing                                                    April 6, 2009

241

 1       identifier based on or you cannot glean demographic

 2       information from this, whether or not they are racial.

 3               Have you gone back and studied that

 4       universe of voters that have had to vote a provisional

 5       ballot because they didn't have the requisite ID and

 6       done a retrospective study of that group to determine

 7       how many are African Americans?  How many are

 8       Hispanic?  How many are seniors?  How many are women?

 9               MICHAEL ERTEL:  We don't see a spike in

10       one group or another.

11               REPRESENTATIVE ANCHIA:  But you have

12       started it?

13               MICHAEL ERTEL:  Well, we do know that

14       antidotally.

15               What we don't do is after an election try

16       to determine -- we do determine the voter turn-out

17       among certain communities.  Overall voter turn-out.

18               We can look back at ones that counted.

19       Just remember the ones that counted are voters who we

20       have a file on.

21               A lot of times the ones that don't count

22       is because they're not a registered voter.  And the

23       information they put down here does not have that

24       information on it.  So it doesn't have the demographic

25       information on it.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_005911

TX_00031269

USA_00020793

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 20 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 127 of 223
Hearing                                                            April 6, 2009

242

1          REPRESENTATIVE ANCHIA:  But you have done

2      a study of the voters that counted?

3          MICHAEL ERTEL:  Yes, it's easy to do of

4      the ones that counted.  And again, there's no it's all

5      one group or it's all one group.  Everybody forgets

6      their ID occasionally.  And it's -- forgetting your ID

7      is not something that has anything to do with you are

8      age or your race or your gender or anything or your

9      political affiliation.

10          REPRESENTATIVE ANCHIA:  Okay.  Thanks.

11          CHAIRMAN TODD SMITH:  Since this law was

12      implemented in 2003, is there a number of people that

13      are not bringing an ID to the polls and therefore

14      casting a provisional ballot shrinking over time?

15          MICHAEL ERTEL:  It depends on an election.

16      If you have an election with a lot of passive

17      voters -- and by passive voters, I mean, folks that

18      aren't -- that don't show up to the polls a whole lot,

19      they're less used to the process and so they may not

20      know that they have to have an ID.

21          So like at this last election we had --

22      there were a lot of voters that were voting for the

23      first time or the first time in a while.  And so

24      because of that, they may not have known that they had

25      to have their ID with them.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005912

TX_00031270

USA_00020794

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 21 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 128 of 223

Hearing                                                    April 6, 2009

243

```
 1              So first the number would be higher for a
 2     general election in a presidential year where there's
 3     a lot of expert site on both sides of the aisle.
 4              CHAIRMAN TODD SMITH:  And so that's the
 5     election, that election where there were more people
 6     showing up because of the higher turn-out that
 7     resulted in the 394 voters statewide?
 8              MICHAEL ERTEL:  Yeah.  It would be a
 9     higher turn-out numbers-wise.  We had more voters turn
10     out during this election than any other election.
11              Percentage wise, it's about the same, of
12     course.
13              CHAIRMAN TODD SMITH:  Okay.
14              Any other questions, member?
15              REPRESENTATIVE ALLEN:  One more question.
16              CHAIRMAN TODD SMITH:  Dr. Allen.
17              REPRESENTATIVE ALLEN:  You have ensured
18     the health provisional ballot.
19              MICHAEL ERTEL:  The provision envelope?
20              REPRESENTATIVE ALLEN:  Yes.
21              MICHAEL ERTEL:  We can make some changes,
22     but a lot of it has to do with, you know, what we have
23     to place on there because of what state law mandates.
24              REPRESENTATIVE ALLEN:  I was --
25              MICHAEL ERTEL:  Do you have suggestions?
```



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 22 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 129 of 223
Hearing                                                        April 6, 2009

244

 1                    REPRESENTATIVE ALLEN:  No.  I was just
 2        looking at, just above the voter's signature there is
 3        there is the stick.
 4                    MICHAEL ERTEL:  And that's mandated by
 5        Florida law to have the information within this box.
 6        It's verbatim.
 7                    REPRESENTATIVE ALLEN:  Okay.  But right
 8        above the signature, I guess, you have a reason for
 9        putting it there.
10                    MICHAEL ERTEL:  Right.  And mostly for a
11        variety of reasons because we want the voter to know
12        that right before they sign it.  Now, there's
13        information below that that they have to fill out.
14                    But if they don't fill out all that
15        information, that's, you know, it won't disqualify
16        their vote from being counted if they don't fully fill
17        out this envelope.
18                    We can glean enough information from what
19        they've provided us to make an intelligent decision
20        that they're eligible to vote that day in that
21        precinct with that ballot style, then we'll go through
22        and do it.
23                    The No. One thing they absolutely need,
24        though, is the signature of the voter on here though.
25        And that's why I believe when the legislature wrote



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031272

USA_00020796

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 23 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 130 of 223
Hearing                                                    April 6, 2009

245

 1      this language, they probably did it right below there.

 2                    REPRESENTATIVE ALLEN:  Okay.  Thank you.

 3                    CHAIRMAN TODD SMITH:  Thank you,

 4      Mr. Ertel.  I appreciate you taking the time to come.

 5                    MICHAEL ERTEL:  Thank you very much

 6      Chairman.

 7                    CHAIRMAN TODD SMITH:  And visit with us.

 8                    JUSTIN LEAVITT:  Thank you.

 9                    CHAIRMAN TODD SMITH:  Thank you.

10                    At this time, the chair calls D

11      Charleston, a Walker County Justice of the Peace from

12      Waller, who's here to testify against Senate Bill 362.

13

14

15

16

17

18

19

20

21

22

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031273

USA_00020797

246

<pre>
 1      STATE OF TEXAS:

 2

 3      COUNTY OF HARRIS:

 4

 5              I, Kateri A. Flot-Davis, Certified

 6      Shorthand Reporter in and for the State of Texas,

 7      hereby certify  that the foregoing transcript is done

 8      to the best of my ability and reflects proceedings

 9      heard on video recording.

10              I further certify that I am neither

11      counsel for, related to, nor employed by any of the

12      parties or attorneys in the action in which this

13      proceeding was taken, and further that I am not

14      financially or otherwise interested in the outcome of

15      the action.

16              Certified to by me this ____ of _____

17      , _____.

18

19

20

21      Kateri A. Flot-Davis

        Texas CSR No. 8462

22      Expiration Date: 12-31-13

23

24

25
</pre>



ESQUIRE

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005916

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 25 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 132 of 223

Hearing                                                        April 6, 2009

247

| A | | | | |
|---|---|---|---|---|
| **abhor** | 138:19 | 48:11 | 94:2 161:10 | **ADA** |
| 96:20 | 155:10 | 184:10 | 161:19 | 194:22 |
| **ability** | 157:17,22 | 221:22 | **accusations** | **add** |
| 19:5 124:8 | 162:1,5,24 | 235:7 | 129:20 | 17:6 194:19 |
| 203:7 | 224:1 | **acceptance** | **accuse** | 205:3 |
| 220:22 | **absentee-...** | 21:18 23:1 | 178:7 | **added** |
| 246:8 | 135:2 224:6 | 27:2 | **accused** | 110:17 |
| **able** | **absentee-...** | **accepted** | 124:13 129:2 | **adding** |
| 8:23 15:4,5 | 100:19 101:6 | 27:1,5 | 177:21 | 42:12 48:14 |
| 17:8 20:6 | 101:13,17 | 191:10 | **achieving** | 114:5 |
| 35:13 38:19 | 121:1,12 | 228:10,12 | 12:19 | **addition** |
| 41:5 44:12 | 148:1 | **accepting** | **Acorn** | 24:3 124:21 |
| 44:14 56:13 | 154:21 | 23:4 24:18 | 129:21 130:3 | 181:1 |
| 68:21 74:12 | 155:7 156:7 | **access** | 130:10,15 | **additional** |
| 89:25 90:3 | 157:5,8,9 | 7:16 11:20 | 130:18 | 9:17 11:20 |
| 90:10 91:16 | 235:18,22 | 12:10,15 | **Acorn's** | 24:6 34:3 |
| 116:1 | 235:24,25 | 15:4,6 | 130:7 | 34:15,17 |
| 150:18 | **absolute** | 60:16 61:4 | **acreage** | 35:2,9 36:6 |
| 154:25 | 45:21 134:20 | 74:1 95:11 | 70:3 | 42:13 43:5 |
| 158:4 166:8 | **absolutely** | 132:21 | **act** | 43:6 65:14 |
| 179:13 | 20:12 67:17 | 195:20 | 48:1,8,10 | 75:2 80:5 |
| 186:14 | 67:21 93:7 | 230:20,24 | 51:16,18 | 160:7 173:1 |
| 191:11 | 93:22 | 231:24 | 62:20 80:20 | 181:3 190:4 |
| 193:16 | 147:16 | 232:1 | 146:7 155:8 | 191:13 |
| 214:9,18 | 153:3,11 | 236:14 | 157:10,13 | 200:6 |
| 216:18 | 169:6 | **accessibi...** | 157:14 | 216:17,17 |
| 223:11,14 | 180:19 | 48:4,9,15 | 165:15 | 225:2 226:6 |
| 230:9 233:2 | 184:4 | 49:18 54:20 | 166:9 | 226:10 |
| **Abraham** | 239:17 | 67:11 | **action** | **address** |
| 47:15,19 | 244:23 | **accessible** | 17:1 153:21 | 7:22 8:24 |
| **absence** | **absorb** | 48:12 60:18 | 246:12,15 | 29:1 43:19 |
| 161:14,16 | 33:8 | **accessing** | **active** | 43:25 44:24 |
| **absentee** | **academic** | 27:24 | 124:22 | 53:8 55:1 |
| 8:4 69:20 | 49:3 71:22 | **accommodate** | 126:16 | 74:12 75:13 |
| 70:10 157:7 | 85:17 | 4:9,19 5:1 | 127:9,11 | 75:20,24 |
| 215:11 | **academically** | 6:16,19 | **actively** | 77:7 106:23 |
| 232:9 234:9 | 70:16 | 41:14 | 51:1 | 113:14 |
| 234:11 | **accept** | **accommodated** | **activity** | 134:12 |
| 235:2 | 55:10,11 | 151:5 | 225:5 | 135:20 |
| 237:14 | 111:25 | **accommoda...** | **actors** | 145:7 147:9 |
| **absentee-...** | 173:16,18 | 150:23 | 51:14 149:11 | 151:21 |
| 71:12,19 | 183:3,4 | **account** | 162:3,11 | 162:3,11 |
| 76:3,4,16 | **acceptable** | 216:15,19 | **acts** | 222:6 |
| 76:20,22 | 23:10,17,18 | **accrues** | 52:12 131:3 | **addressed** |
| 134:11,13 | 23:23 24:11 | 50:1 | **actual** | 97:1,7 135:2 |
| 134:14 | 24:20 25:17 | **accuracy** | 19:4 222:8 | 135:3 |
| 135:5,20 | 26:15 32:9 | 112:14 | **ad** | **addresses** |
| | 35:19,21,22 | **accurate** | 11:3 215:22 | 44:14 103:5 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031275

USA_00020799

Hearing

April 6, 2009

248

| | | | | |
|---|---|---|---|---|
| 118:11 | adversely | 171:3 | 161:9,12,18 | allegedly |
| 227:23 | 88:4 | 175:11 | 162:24 | 68:20 73:20 |
| **addressing** | **advertised** | 241:7 | 172:15,22 | 97:24 103:9 |
| 75:22 77:7 | 136:11 | **afternoon** | 174:14,17 | **Allen** |
| 93:17 118:5 | **advertiser** | 95:20 200:12 | 175:9 | 2:8,9 30:23 |
| **adds** | 63:18 | **AG** | 177:24 | 31:1,2,6,11 |
| 25:16 | **advertising** | 102:17 | 178:19 | 31:17,21,24 |
| **adequate** | 62:11,16,25 | **age** | 179:3 180:3 | 32:3,10,14 |
| 73:3 110:14 | 63:1 65:14 | 33:19 37:25 | 180:6,25 | 32:18,24 |
| 118:11 | **advise** | 132:25 | 181:4,8,10 | 33:2 38:4 |
| **adjusting** | 136:25 | 140:15,16 | 182:7 | 38:10,14,24 |
| 72:4 | **advocacy** | 216:8,15,19 | **agreed** | 39:21 40:7 |
| **administe...** | 145:15 | 242:8 | 2:25 61:19 | 96:5 117:18 |
| 184:20 | **advocate** | **agency** | 179:25 | 117:18,19 |
| 194:25 | 145:21 | 24:8 25:11 | 196:20,21 | 118:14 |
| **administe...** | 176:25 | 25:12 26:7 | 196:23 | 243:15,16 |
| 48:23 | 178:7 | 26:18 | **agreeing** | 243:17,20 |
| **Administr...** | **advocates** | **agenda** | 170:18 | 243:24 |
| 26:6 164:24 | 98:10 | 6:14 98:11 | **agreement** | 244:1,7 |
| **administr...** | **affect** | **ages** | 175:5 196:13 | 245:2 |
| 201:20 | 88:5 107:5 | 4:15 | 196:25 | **Allen's** |
| **admit** | 223:10 | **aggressive** | 197:8,10,17 | 43:19 |
| 55:3 161:1 | **Affidavit** | 98:10 | **agrees** | **allotment** |
| **admitted** | 27:2 71:13 | **ago** | 7:3,8 | 143:10 |
| 140:9 | 76:23 | 14:6 16:14 | **ahead** | **allotted** |
| **admonition** | 102:13 | 43:20 67:7 | 153:2 188:7 | 91:19 |
| 68:8 | 103:24 | 176:7 | 195:11 | **allow** |
| **adopt** | 190:19 | 177:25 | 207:9 | 5:4 65:23 |
| 28:3 | 191:2,10,16 | 235:8 | 223:24 | 184:13 |
| **adopted** | 192:16 | **agree** | 236:4 | 185:7 |
| 22:25 28:9 | 193:6 | 35:11 40:5 | **ahold** | 190:21,23 |
| **adoption** | 219:18 | 60:24 77:11 | 221:19 | 197:5 |
| 25:23 | **Affidavits** | 81:17 87:10 | **airplane** | 207:19 |
| **ads** | 190:25 | 88:2 95:13 | 125:16 | 208:8 |
| 62:9 | **affiliated** | 100:12 | **airport** | 218:17 |
| **advance** | 110:19 | 113:22 | 150:11 151:8 | 223:20 |
| 123:9,14 | **affiliation** | 116:6 | **aisle** | 233:12 |
| 131:6 134:7 | 212:21 242:9 | 117:10 | 6:3 243:3 | **allowed** |
| 196:14 | **afford** | 133:11 | **Al** | 33:17 197:4 |
| **advanced** | 118:9 | 134:12 | 158:25 | 215:8 |
| 41:6 | **aforement...** | 135:24 | **Alan** | **allowing** |
| **advancing** | 46:17 | 144:17 | 38:2 233:22 | 18:5 95:21 |
| 206:22 | **afraid** | 152:20 | **allegations** | **allows** |
| **advent** | 179:4 180:17 | 153:1,5 | 84:8,10 | 57:2 66:13 |
| 127:7 | **African** | 154:7,9 | 147:2 154:4 | 66:21 185:1 |
| **adverse** | 169:1 170:7 | 157:4 | 164:7 180:2 | 234:5,5 |
| 182:9 | 170:8,10,19 | 159:16,23 | **alleged** | **altered** |
| | | 160:7,10,12 | 10:5 97:6 | 99:18 112:10 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031276

USA_00020800

Hearing                                                    April 6, 2009

249

alternative
181:1 183:11
alternatives
87:25
Ambassador
125:1 184:16
amend
171:12
amendment
34:24
amendments
48:6
amends
21:14 27:9
America
48:10 62:17
  77:4 133:9
  142:5 155:8
  157:10,13
  157:14
  165:15
  166:9
American
90:6 125:19
  126:6
  140:13
  141:15
  169:2 170:7
  170:8,10,19
  175:11
Americans
148:11 171:3
  241:7
America's
137:24
amount
4:19 5:18
  107:12
  154:14
  173:2,3,10
  188:15
  225:23
amounts
148:1
Amtrak
125:17
analysis
84:18 145:25

145:25
146:7
Anchia
6:5,6 9:8,10
  13:6 14:12
  16:2 19:16
  19:17 20:8
  20:19 28:13
  28:14,18,19
  28:24 29:10
  29:23 30:13
  30:19 36:14
  40:11,13,14
  40:18,25
  41:3,9,16
  41:22 42:2
  42:8,25
  43:12 48:20
  60:1,2,5
  62:15,21,24
  63:6,17
  64:3,21,25
  65:3,6,9,12
  66:1,9,18
  66:23 67:2
  67:6,13,18
  67:24 68:4
  68:14,17
  69:22,25
  70:12 71:3
  71:7,10,24
  72:6,12,16
  72:18,21,24
  73:7,18
  74:2,5,11
  74:23,25
  88:10,13,17
  88:23 89:1
  89:7,11,14
  89:16,20
  90:15,21,25
  91:3,9,20
  92:1,5,11
  92:16 93:5
  93:8 102:18
  103:11,17
  104:2,6
  136:1,2,7

136:12,15
136:17,23
137:2,7,13
137:20,22
138:2,7,10
138:14
139:2,5,8
139:12,19
139:21,25
140:3,8,12
140:15,18
140:20,22
140:25
141:2,4,7
141:11,13
142:13,16
142:20,24
143:2
150:14
163:6,7,23
166:13,22
167:9 172:6
172:10
187:6
192:23,24
193:16
194:4,8
195:14,24
196:8,19
197:7,14
198:1,5,9
198:23
199:5,11
229:22,23
230:2,6,11
230:14,22
231:1,6,8
231:14,17
231:21
233:11,16
234:8,16,20
235:7 236:9
240:16,17
240:19,24
241:11
242:1,10
Andre
105:4

Andrew
124:25 126:3
143:20
151:1
184:16
ands
145:21
anecdotal
59:3 120:10
120:19
anger
151:13
anniversary
47:15
answer
20:10 29:4,7
29:8,20
30:16 46:5
47:6,12
106:1
123:10
153:9,19
158:16
185:22
191:18
197:2
199:19
200:6
240:23
answered
47:11 196:10
198:11,16
230:15
answering
3:14,16
anticipate
233:13
anticipates
35:7
antidotally
73:6 241:14
anybody
4:16 6:12
15:24 18:9
21:25 41:13
42:21 72:1
75:6 117:12
138:17

191:14
196:3 198:6
201:17
229:3
236:13,13
anymore
81:22 124:15
136:6
anyway
80:5
apartment
17:23,24,25
236:1
apologize
123:5,9,14
131:6 143:5
145:1
apparently
113:22 197:1
Appeals
56:16
appear
113:7
appearance
129:15,15
appeared
55:20 99:18
137:22
appellate
73:25
apples
42:10,10,22
42:23 49:4
49:4 86:6,6
87:5,6
application
27:18 71:13
76:14 98:3
110:22
115:7,16
116:1,11
202:4
216:24
applications
71:14 76:22
76:24 99:1
114:23
applied



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031277

USA_00020801

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 28 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 135 of 223

Hearing                                                    April 6, 2009

250

198:23
applies
93:1
apply
91:12 134:14
174:7
181:23
applying
138:17 157:9
appointed
89:12
appointment
56:16
appointments
56:17
appreciate
3:4 9:13
12:24 43:13
94:12
122:11
131:24
143:7 154:1
167:14,18
185:25
187:23
200:1 245:4
appreciative
12:21
approach
12:22 141:16
appropriate
20:9 55:20
approves
225:15
APRIL
1:6
area
104:10
154:25
223:4 240:1
areas
124:9 239:25
240:2
argue
10:19 13:14
51:16 52:16
53:19,20
70:16 85:10

170:16
argued
215:7
arguing
91:5 170:17
argument
54:9 120:25
121:3,4
122:3
151:22
173:16,18
179:22
arguments
54:7 81:2
82:1 172:9
174:21
179:19
Arizona
142:7 160:14
160:15
169:16
arose
42:3
arrangements
6:13
arrive
185:1
arrives
191:15
article
124:4 137:14
137:18
138:2
articles
137:19
201:13
214:25
articulated
139:14
asked
7:14 49:2
50:22
102:15
103:25
104:1 130:7
150:14
152:2
153:15,18

169:13
178:18
187:15,17
187:19
188:11
199:3
230:15
239:6
asking
5:25 74:23
89:2 151:23
153:24
169:22
221:5 230:9
asks
152:10,12
aspects
29:8
aspiring
55:19
asserted
122:6
assessment
84:17
Assessor
96:7 97:17
108:17,22
110:20
111:21
assessors
97:11
Assessor's
98:8 99:16
110:7
assistance
187:8
assisted
80:8
associated
35:1 42:20
Association
214:24
assume
80:20 81:1
185:16
186:22
236:14,22
assumed

116:16
assuming
190:25
assumption
191:1
Atlanta
105:6 125:1
156:15
attached
134:6
attack
147:14
attempt
97:21 108:25
130:1 166:5
attend
30:14 125:14
attention
151:25 171:8
attest
231:9
attorney
10:15 19:20
102:25
104:14,17
104:25
105:12
119:19
126:17
129:7,19
130:5
133:13,15
133:17
attorneys
119:12
129:18,25
246:12
attribute
171:5
audience
12:20 42:22
95:1 164:1
Auditor
166:14
Austin
98:8 113:20
133:8
author

28:23 122:13
123:1
authored
53:24,25
authorities
114:25
authority
117:5
authorized
26:7
authorizes
22:20 26:24
authors
87:22
automatic...
166:7 176:20
182:3,19
214:17
availability
209:17
217:12
available
19:20 22:21
24:7 29:7
34:4 84:16
122:16
144:23,24
191:13
average
132:25
171:24
Aviation
26:6
avid
215:4
avoid
157:16 193:1
193:8
aware
6:15 53:10
101:7 108:6
142:13,21
142:22,24
160:18
163:21
164:7
169:16
170:5 176:8



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031278

USA_00020802

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 29 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 138 of 223

Hearing                                                              April 6, 2009

251

| | | | | |
|---|---|---|---|---|
| 176:15,21 | 69:19 90:15 | 225:11 | 212:4 | **beauty** |
| 177:9,16,17 | 92:17,18 | 227:24 | 213:14 | 214:5 |
| **awful** | 172:7 | 228:10,13 | 214:7 | **bed** |
| 125:19 | **Baker** | 229:8 | 217:10,12 | 36:16 |
| 126:13 | 95:6,8 | 230:24 | 228:1 | **beeping** |
| 133:6 | 143:15,16 | 232:6 | 229:12 | 15:4 |
| **awhile** | **Baker-Carter** | 233:20 | 232:5 | **beg** |
| 176:7 235:4 | 105:13 | 234:11 | 239:13,16 | 115:4 |
| | **balance** | 235:3,9,11 | 240:3 | **began** |
| **B** | 49:17 54:19 | 239:7 241:5 | **bank** | 98:18 |
| **baby** | 54:22 | 242:14 | 44:22 | **beginning** |
| 77:6 | 199:22 | 243:18 | **banking** | 14:13 68:12 |
| **back** | **ballot** | 244:21 | 95:25 | 81:24 |
| 24:5,5 36:4 | 8:21 27:3,7 | **ballots** | **bar** | 198:22 |
| 45:4 46:3 | 32:1 47:19 | 8:4,19 10:23 | 236:6 | **behalf** |
| 47:22 57:3 | 47:22 56:2 | 35:9 55:16 | **barely** | 10:22 126:12 |
| 64:3 66:7 | 58:17 60:16 | 55:23 57:20 | 11:11 149:20 | 144:11 |
| 72:10 77:22 | 68:23 74:9 | 57:21,21 | **Barrack** | **believe** |
| 98:12 113:7 | 74:16 75:21 | 58:5,6,13 | 17:16 | 5:9 29:13,17 |
| 118:25 | 75:25 77:16 | 59:3,11,12 | **barrier** | 29:21 30:11 |
| 120:12 | 78:1 90:4 | 59:15,17 | 7:11 17:6 | 31:9 42:1,4 |
| 136:19 | 99:14,24,25 | 68:24 69:5 | 131:3 | 42:5 44:15 |
| 141:13 | 111:18,22 | 69:7,13 | **barriers** | 46:14,24 |
| 145:19 | 111:25 | 72:1 73:2 | 14:8 16:17 | 48:17 49:16 |
| 148:23 | 112:12 | 75:13 77:18 | 99:23 | 49:19,25 |
| 156:24 | 127:7 | 77:22 78:6 | **based** | 50:15 67:9 |
| 157:1 160:5 | 129:11 | 99:9,11,15 | 19:14 50:13 | 67:14 84:13 |
| 166:19 | 134:15 | 99:17 105:1 | 79:1 85:5 | 86:3,4 87:9 |
| 176:6,16 | 141:1 | 111:1,6,13 | 131:9 | 88:23,25 |
| 177:9 | 162:14 | 111:16,20 | 139:12 | 90:8 94:2 |
| 184:14 | 165:1 166:6 | 111:23 | 170:1 179:9 | 95:11 |
| 190:17,18 | 166:8 182:6 | 112:6,13 | 180:1 186:3 | 102:12 |
| 193:17 | 193:7 202:1 | 113:5,24 | 191:8 239:8 | 104:19 |
| 194:16,19 | 202:15 | 114:21 | 239:9 241:1 | 109:15,18 |
| 195:25 | 203:8,14,15 | 134:9 | **basically** | 109:21 |
| 202:3 | 203:16,22 | 148:11 | 16:16 | 111:3 113:4 |
| 203:12 | 204:2,6 | 151:14,17 | **basis** | 113:9 |
| 204:13 | 207:13 | 166:21 | 10:1 145:21 | 121:10 |
| 214:10 | 208:4,8 | 181:9,12,16 | 180:23 | 124:23 |
| 216:24 | 209:7,18 | 181:17 | 236:19 | 132:19,20 |
| 226:9 241:3 | 211:16 | 182:1,15,24 | **beach** | 132:23 |
| 241:18 | 212:23 | 183:3,6 | 240:9 | 141:18 |
| **background** | 213:24 | 188:23,25 | **Bear** | 145:24 |
| 108:13 | 214:1,8 | 201:23 | 119:24 | 146:12 |
| **backup** | 216:10 | 203:14 | **beast** | 147:8,20 |
| 150:13 | 217:13 | 208:15,17 | 11:3 12:2 | 152:8,9,11 |
| **bad** | 218:6,10 | 210:7,12 | **beautifully** | 152:12,23 |
| 12:17 56:14 | 224:10 | 211:6,19 | 13:18 | 152:24 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031279

USA_00020803

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 30 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 137 of 223

Hearing                                                                April 6, 2009

252

| | | | | |
|---|---|---|---|---|
| 153:12 | 111:21 112:6 | 28:15,20,25 | 16:21 40:23 | 111:18,22 |
| 155:6,20 | **better** | 29:9 30:6 | 41:11 42:5 | 111:25 |
| 158:24 | 67:15 113:5 | 33:18 36:1 | **bill's** | 112:3,12 |
| 161:4 | 118:2 120:6 | 39:3,23 | 28:4 | 125:17 |
| 163:22 | 159:8 | 40:15,15,16 | **biography** | 136:3,8 |
| 165:23 | 161:20 | 40:19,19,19 | 47:3 | 195:13 |
| 167:9 178:6 | 162:2 | 40:20,24 | **bipartisan** | 203:20,22 |
| 178:11,12 | 167:25 | 41:17,18,20 | 13:3 60:6 | 204:3,4 |
| 178:13,15 | 180:13 | 41:20,22 | 61:16 | 206:12,13 |
| 180:12 | 182:18 | 42:1,1,4,16 | **birthday** | 206:14,24 |
| 182:13,16 | 183:11 | 43:5,14,21 | 47:16 | 210:7,8,9 |
| 189:7,8,10 | 207:6,7 | 44:11,12,13 | **bit** | 216:3,14 |
| 189:14 | 227:6 | 44:14,22 | 60:20 65:18 | 225:21 |
| 190:15 | **Betty** | 45:15 47:8 | 65:19 68:15 | **boards** |
| 192:1,4,7 | 41:25 | 57:3 61:11 | 75:20 89:23 | 206:22 |
| 195:5,15 | **Bexar** | 65:13,16,23 | 108:22 | **body** |
| 207:8 208:1 | 119:18 | 66:12 69:8 | 120:17,24 | 15:10 51:15 |
| 244:25 | **beyond** | 70:14,15,23 | 130:3 | 148:23 |
| **believed** | 91:19 139:18 | 72:6 75:12 | 157:14 | 154:20 |
| 151:1 | 188:15 | 75:14,19,24 | 184:19 | 225:15 |
| **believes** | 189:4 | 93:18 95:17 | 201:10,22 | **Bohac** |
| 7:6 125:4 | **big** | 98:22 99:7 | 215:16 | 2:10,11 |
| **believing** | 11:3 12:1,2 | 111:12 | 225:19 | 43:17,18 |
| 48:17 95:12 | 56:1 64:25 | 113:1,2 | **black** | 44:3 80:16 |
| 107:8,9 | 109:16 | 114:2 | 14:24 16:5 | 80:17 81:1 |
| **benchmarked** | 111:16 | 117:23 | 16:10 17:15 | 81:5,8 96:5 |
| 236:2 | 191:1 | 118:2 | 17:19,20 | 183:14,17 |
| **benefit** | 235:13,24 | 122:20 | 79:11 99:12 | 183:24 |
| 145:25 | 240:11 | 138:23,23 | 168:19 | 184:5,8 |
| **benefits** | **bigger** | 138:24 | 201:20 | 185:16,25 |
| 26:1,2 146:4 | 109:25 | 139:3,4,7 | **blame** | 186:21 |
| 146:13,19 | **bill** | 139:16,18 | 206:20 | 187:22 |
| **benefitted** | 3:6,23 9:25 | 144:5 | **blank** | 191:15 |
| 200:3 | 9:25 10:4 | 180:11 | 176:16 | **Bonnen** |
| **best** | 10:18 12:14 | 188:20,24 | **blessed** | 40:19 167:16 |
| 6:1,15 8:18 | 13:24 14:9 | 189:3,3,10 | 15:7 | 167:17,21 |
| 8:20 19:13 | 14:14,22 | 194:5,9 | **Blockbuster** | 167:25 |
| 29:1,4 | 15:13 16:8 | 195:5 | 137:7,9 | 169:9,21 |
| 47:23 62:7 | 17:4,5 21:1 | 200:16 | **blocked** | 170:12,17 |
| 96:8 145:24 | 21:4,10,14 | 207:21 | 142:7 | 171:1,10,22 |
| 213:4 246:8 | 21:14,22,24 | 208:10,11 | **blog** | 172:3 173:4 |
| **bet** | 22:4,10,20 | 222:5,7 | 164:11 | 173:8 174:2 |
| 50:22 | 22:22,24 | 227:20,23 | **blow** | 174:13,16 |
| **betcha** | 23:6,8,15 | 228:16 | 61:17 | 175:7,9 |
| 128:13 | 24:2,12,19 | 238:7,10 | **blue** | 183:15 |
| **Betencort** | 25:16 26:14 | 245:12 | 63:8,11 | **Bonner** |
| 97:18 | 26:24 27:4 | **bills** | **board** | 2:12 |
| **Betencort's** | 27:9 28:1,6 | 10:24 13:2 | 99:15,19 | **bonus** |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031280

USA_00020804

Hearing                                                    April 6, 2009

253

175:23
**book**
31:4 122:14
122:15
127:25
128:2
137:15
148:20
156:24
157:2 219:1
219:2
**books**
47:22 148:24
**booth**
202:2 205:18
**boss**
148:2
**bottom**
32:19 44:18
128:25
**bounds**
122:5
**box**
99:24 129:11
244:5
**boxes**
69:24 70:25
71:4,8,9
76:2 176:16
**break**
148:3 212:9
212:11
**bred**
96:20
**Brennan**
83:6 84:22
86:22 87:8
88:18,19,24
144:3,11
145:10,14
147:1
152:18
153:4
159:18
**bribing**
138:20
**brief**
56:12 102:25

104:14
118:19
123:15
**briefly**
20:10 43:19
**briefs**
73:20
**bring**
20:16,17
51:21 64:19
144:25
**bringing**
242:13
**broad**
158:8 177:7
183:3 184:3
**broader**
61:2
**broken**
113:20,22
**Brooklyn**
126:18 148:4
**brought**
14:15 54:7
92:8 103:9
110:18
119:5
139:15
145:6
201:25
**brown**
13:7,8 14:24
16:5,10
34:22 36:13
36:19 37:5
39:6 40:19
41:20,22
44:2,5 75:9
75:10,15,18
76:5 77:1,2
77:11 91:24
93:11,12,15
94:3,6 95:3
104:22
114:19,20
115:4,6,15
115:24
116:3,5,9

116:18,21
116:24
117:4,10
176:3,4
177:1,5,8
177:19
178:9,18,25
222:22,24
222:25
223:6,9,19
224:3,7,16
224:21,24
225:12
226:1,11,15
226:17,21
**bubble**
50:3,4
**bucket**
232:2
**buckets**
231:23
**budget**
62:16 225:15
232:12
**build**
201:2
**builder**
57:11 67:9
**building**
77:10 125:14
**built**
118:8
**bulk**
99:17 112:6
**bumper**
48:14
**bunch**
63:13 136:18
171:19
**burden**
17:7 34:3
54:24 56:4
56:5 151:10
173:1,7
181:3
223:16
**burdened**
53:6

**burdening**
114:6
**burdensome**
36:11 87:12
233:22
**Bureau**
66:15 233:24
233:25
**bureaucracy**
99:25
**bureaucratic**
99:23
**bureaus**
138:16
**Burnham**
133:7
**buses**
62:11
**business**
111:17
**butterfly**
97:2
**buy**
147:23

---
C
---

**caging**
97:2
**calculated**
20:1
**calculations**
199:16
**California**
78:25 79:4
167:24
**call**
2:3 66:16
79:11
107:22
120:4 144:2
151:25
204:21
206:7 210:8
215:23
218:23
221:7,8,10
223:16,17

**called**
2:2 48:10
128:2
**calling**
118:13
**calls**
20:25 58:10
122:12
200:10
245:10
**camp**
178:8
**campaign**
96:13 206:20
**campaigned**
63:15
**campaigns**
74:18
**cancelled**
142:1,10
**candidate**
96:8 108:16
172:13
212:22
**candidates**
22:16 64:17
206:19
207:1,6
**canning**
209:18
**canvassing**
203:20,22
204:3,4
206:12,13
206:13,24
210:8,9
216:3,14
225:21
229:17
**capacity**
145:13
**car**
236:7
**card**
24:1,4,5,22
25:2,10,15
25:24 26:8
26:17,19



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031281

USA_00020805

Case 2:13-cv-00193   Document 663-4   Filed on 11/11/14 in TXSD   Page 32 of 84
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-3   Filed 06/20/12   Page 139 of 223

Hearing                                                April 6, 2009

254

36:4 43:22
43:23,25
44:21 98:2
102:15
104:1
105:10
109:6
116:12
160:7
176:10
183:21
185:17
186:24
191:22
202:6
220:24
221:11,16
221:17
222:1,16
234:1
**cards**
103:7
**care**
66:6 113:15
**careers**
96:1
**careful**
145:24 163:8
**carried**
186:12,19
**carry**
25:8 124:11
127:15
**Carter**
95:6,7
**Carter-Baker**
11:19 50:18
60:22,23
61:1,6 64:4
94:18
105:17
106:21
107:2
230:22
**Carter-Ford**
11:19
**case**
13:14 21:4

50:7,9
53:19 54:15
54:24 56:11
69:9 97:10
102:12
124:1
133:19
148:19,22
164:11
176:23
177:18
178:17
**cases**
10:16 68:18
89:24 92:8
97:19
103:18
105:2 106:5
108:6 124:2
129:10
130:21,23
131:4
142:14,21
142:25
148:10
154:16
167:11,11
**cash**
39:25 125:15
132:4
**cast**
8:19 27:3,7
32:1 55:16
57:20,22
58:5,13
59:15 73:2
99:9 111:2
111:13
121:19
126:23
134:8 166:8
166:21
182:6 208:3
208:8,16
209:18
211:19
225:10
228:13

235:3 237:3
237:11,12
237:14
**casted**
58:6
**casting**
35:8 58:17
242:14
**casts**
8:20 104:25
106:25
208:17
213:12
**catch**
80:22 123:6
235:4,5,13
**catches**
155:10
**category**
34:6,8
**Catholic**
92:22,23
**cause**
114:3 175:20
182:13,15
185:13
215:18
**caused**
53:11 85:11
144:18
170:8
175:20
186:15
234:13
**caution**
183:10
**cautioned**
182:11
**caveat**
233:17
**celebrate**
47:15 179:11
**Center**
83:6 84:22
87:8 88:18
88:19,24
129:24
144:3,11

145:10,14
152:18
153:4
168:14
**centers**
65:24 78:7,8
79:23 227:2
**Center's**
147:1
**century**
48:4 65:22
100:4
150:21
**certain**
119:6 120:20
156:23
180:21
198:19
225:1
239:22
241:17
**certainly**
4:2 12:23
41:14 49:13
55:4 122:10
129:23
178:7
181:22
189:15
192:4,7,9
194:24
**certainty**
7:2 212:16
**certificate**
21:20,21,24
24:14,16
25:3,19
27:11,13,17
27:21 30:5
32:9 39:15
39:16,20
82:13
137:10
158:8
183:23,25
184:10,13
184:25
185:4,5,7

193:5
194:14,15
194:20
**Certificates**
23:20,22
**certifica...**
22:7
**certified**
25:20 246:5
246:16
**certify**
246:7,10
**chads**
97:2
**chair**
9:6 20:22,23
20:24 38:5
45:11 48:5
63:3 75:1
118:19
122:12
135:12
144:2,14
151:16
188:10
200:10
245:10
**chaired**
68:22 99:14
111:18
**chairman**
2:1,20 4:24
6:7,12 9:11
13:5,9,22
14:1 18:5,7
19:18,22
20:12,20,21
21:2 28:14
28:16,22
29:3,11,21
30:12,20,21
30:25 31:5
31:8,12,19
31:22,25
32:6,11,16
32:22,25
33:3,9
34:19 37:1



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 33 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 140 of 223

Hearing                                                    April 6, 2009

                                                                    255

| | | | | |
|---|---|---|---|---|
| 37:6 38:3,9 | 105:18 | 192:22 | 103:15 | 113:17 |
| 38:12,22 | 106:2,10,15 | 193:25 | 117:16 | **cheat** |
| 39:2,12 | 106:20 | 195:22 | 137:15 | 13:19,21 |
| 40:4,9,11 | 107:17,19 | 196:12,23 | 230:3 | 51:7 69:17 |
| 40:12,14,17 | 107:23 | 197:11,16 | **chances** | **cheated** |
| 40:21 41:1 | 108:3 114:9 | 198:2,7,8 | 149:7 | 51:7 |
| 41:7,12,21 | 114:11,17 | 198:17 | **change** | **cheating** |
| 41:24 42:7 | 117:12 | 199:7,15 | 18:22 19:4 | 57:8 66:24 |
| 42:10,24 | 118:15,21 | 200:1,8,13 | 24:2 25:23 | 67:3,10 |
| 43:12,16,18 | 119:5,25 | 200:15,22 | 25:23 88:4 | 96:21 |
| 44:6,8,15 | 120:11,22 | 201:6,11 | 160:1,4 | **check** |
| 44:21 45:1 | 122:11,18 | 207:10,15 | 176:9 | 39:25 44:23 |
| 45:6,16,17 | 122:24 | 208:3,7,13 | 179:20 | 98:3 125:15 |
| 45:18 46:7 | 123:4,17 | 208:23 | 228:16 | 132:5 |
| 46:13,19 | 131:7,13,18 | 209:1,8,16 | 232:5 | 220:24,24 |
| 47:7 52:24 | 131:21 | 209:21 | **changed** | 220:25 |
| 54:21 55:10 | 135:25 | 210:3,6,11 | 11:6 96:1 | 236:2 |
| 55:13 56:18 | 143:6,9,11 | 210:22 | 103:5 | **checked** |
| 57:12,15,19 | 143:22 | 211:1,18,22 | 123:23 | 70:25 111:24 |
| 57:25 58:2 | 144:7,8 | 212:2,24 | 124:19 | 195:7 218:4 |
| 58:11,18,23 | 145:7 | 213:3,6,9 | 182:23 | **checks** |
| 59:4,9,23 | 152:20 | 213:17 | 215:15 | 125:18 |
| 59:25 72:14 | 153:1,25 | 214:3,12 | 225:7 | **Chicago** |
| 72:15,19,23 | 154:13,19 | 215:5,25 | **changes** | 123:25 |
| 74:22 75:4 | 154:23 | 216:7 217:7 | 22:2 24:12 | 124:10 |
| 76:12,25 | 155:18,22 | 221:5 | 30:4 31:10 | **chicken** |
| 77:13 80:15 | 155:25 | 222:20,23 | 35:24 48:7 | 216:25 |
| 82:11,15,20 | 156:3 157:3 | 226:23 | 54:11 | **children** |
| 82:24 83:5 | 157:25 | 229:2,6,9 | 215:11,14 | 95:24 |
| 83:14,20 | 158:10,15 | 229:18,21 | 231:12,16 | **choice** |
| 84:5,24 | 158:22 | 236:11,22 | 233:12 | 212:22 |
| 85:5,9 86:2 | 159:1,9,11 | 237:2,5,10 | 243:21 | **choices** |
| 86:7,13,19 | 159:16,23 | 237:15,18 | **character...** | 189:23 |
| 87:9 88:8 | 160:17,20 | 237:25 | 88:18 89:3 | **choose** |
| 88:10,11,16 | 160:22 | 238:5,15,20 | **charge** | 36:2 193:13 |
| 89:3 91:14 | 161:6,14,22 | 239:11 | 33:23,25 | 206:8 |
| 91:21,22 | 162:19,22 | 240:14,18 | 79:21 | **chosen** |
| 92:2,4 | 163:3,9 | 240:20 | 129:23,25 | 56:3 |
| 93:10,13 | 167:15,20 | 242:11 | **charges** | **Christopher** |
| 94:11,15 | 169:13 | 243:4,13,16 | 51:21,25 | 216:23 |
| 95:5,9 | 171:15 | 245:3,6,7,9 | 81:22 | **Chronicle** |
| 100:8,11,17 | 175:5 176:2 | **Chairman's** | 124:14 | 98:25 111:19 |
| 100:24 | 176:5 | 12:22 | 130:25 | **Chuck** |
| 101:4,8,12 | 179:15 | **challenge** | **charity** | 40:24 |
| 101:15,21 | 180:7,25 | 172:6 | 132:15 | **cigarettes** |
| 102:2,7 | 181:7 | **challenging** | **Charleston** | 138:21 |
| 103:13,20 | 183:13 | 170:4 | 245:11 | **cited** |
| 104:4,8,19 | 187:24 | **chance** | **chasing** | |
| 104:24 | 188:5,13 | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031283

USA_00020807

Hearing                                                                April 6, 2009

256

classes
96:3,20
clause
140:5
clean
204:4
clear
11:8 20:11
23:21 31:13
33:5 40:5,6
40:10 41:17
55:2 122:19
143:19
147:16
179:16
193:10
197:21
198:22
207:11
clearly
129:25
143:17
171:12
173:14
175:13
clerical
97:15 147:22
clerk
2:3,4,6,8,10
2:12,14,16
2:18 23:5
28:6 73:24
73:25 117:2
Clerk's
55:18
Clinton
63:14
clock
45:9 52:25
239:15
240:20
close
17:18 93:17
107:5
124:10
closer
107:11
129:13

177:25
citizen
96:17 98:3,5
117:7,7
125:24
140:13
150:10
151:6
189:13
240:2
citizens
97:12 98:6
119:20
135:15,16
150:9,21
153:15,18
153:23
159:13
175:2
180:21
219:16
227:2,3
Citizenship
25:3
City
105:3
civil
14:6 124:22
141:20,25
clad
97:19
claim
201:17 202:8
claimed
142:23
claims
97:11 98:10
164:15,16
220:9
clarifica...
43:15 94:20
164:5
clarified
95:1
clarify
94:17
class
125:9

154:2
coached
62:18
coalition
79:16
code
21:15 27:10
39:18 52:13
54:1
codes
239:20,23,24
coercion
157:8
cohesive
61:22
colleague
127:21
colleagues
8:10 45:22
131:14
180:13
collect
39:14 51:12
collected
58:7
collecting
27:10
Collector
97:17
college
64:16,18
78:19,19,22
78:24 96:2
color
81:18
Columbia
67:19
Columbo
229:25
combat
56:13 178:13
combination
221:25
combine
222:3,5
come
2:21,25 3:3

9:22 12:10
13:11 14:18
20:10 36:25
45:24 49:22
57:3 61:24
63:13 75:23
77:16 78:24
83:24 85:12
94:13 113:7
120:2 128:7
153:8 173:3
184:14
203:11
206:9,21
225:1 226:5
226:9
228:23
232:23
233:2 245:4
comes
37:20 61:9
82:3 85:11
132:18
141:19
202:1
219:25
220:14
comfortably
131:9
coming
10:1 74:20
98:8 114:16
117:20
143:7
151:20
166:11
comment
3:20 5:5
30:16 53:8
69:16 82:12
172:7
175:24,25
comments
9:5,9 13:23
18:10,12
43:20 94:20
167:18
172:4

commission
50:18 73:7
94:19
105:13,17
106:21
107:2,7
143:15,17
commissioned
73:16
Commissioner
203:23
commissio...
203:25
commit
97:20 147:25
148:6
committed
127:20,23
128:4
142:18
committee
1:3 2:1 3:19
4:16 5:6,24
7:3,5,8
9:11 10:7
10:10 11:2
11:16,23
12:8 14:3
18:6,17
37:14,20
41:4,5,10
47:4 50:21
50:22 54:8
61:15 72:17
72:20 75:5
84:16 95:2
95:14 97:16
98:13
107:15
117:13
118:16
123:12
135:12
144:15,25
154:25
164:1 178:8
182:5
183:18



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031284

USA_00020808

Hearing                                                          April 6, 2009

183:18
188:14
198:3 200:3
200:7,20
201:19
227:20
**committee's**
97:23 122:17
**committing**
127:17
**common**
60:10,13
128:12
159:18
**communicate**
123:11
215:19
**communica...**
62:7
**communicator**
218:13
**communities**
241:17
**community**
58:14 87:24
117:22
231:20
**companies**
137:12
**companion**
70:14,23
75:12,19
**compare**
86:6 87:11
204:5,16
210:16
**compared**
58:16 159:19
171:23,25
210:13
**compares**
49:3
**comparing**
86:23 158:17
159:1,3
179:1,20
**comparison**
87:3 158:19

158:21
159:4 180:8
**comparisons**
54:3
**competence**
186:25
220:12
**competent**
140:19,22
**complete**
23:5 176:11
**completely**
19:7 128:17
173:17
**complex**
190:3 195:1
**complexities**
190:4
**compliance**
165:25
**complicated**
136:4
**comprehen...**
61:25 132:19
132:21
**comprehen...**
139:22 140:2
**computers**
78:8
**concealed**
25:8 207:23
**concede**
172:5,16
**conceivable**
4:3
**concept**
18:12
**concern**
2:23 34:10
44:1 56:8
151:18,19
214:14,19
**concerned**
14:20 39:21
96:21 98:7
98:14 117:7
135:12

153:20
186:16,17
191:12
194:8 195:1
**concerns**
18:12,15,19
41:15
135:21
**concerted**
110:9
**conclude**
216:3,11
**concluded**
87:17
**conclusion**
53:12 87:11
95:13
**conclusions**
19:14
**conclusive**
64:12 153:9
**condition**
94:24 182:22
**confidants**
125:2
**confidence**
50:11,15
57:10 66:22
67:9 77:9
97:4,5
112:14,15
151:24
187:3
204:24
**confident**
152:4,14
187:11,12
187:13,18
213:8
**confirm**
167:12
**confirmation**
42:16
**confirmed**
97:25 103:19
**conforming**
24:12
**confuse**

147:22
**confusion**
151:12
**Congressi...**
126:23
129:24
**Congressw...**
126:15
**connection**
111:9
**conscious**
16:1
**consequence**
234:24
**consequences**
182:9
**conservative**
14:17 16:20
63:10 89:17
89:19
214:15
**conservat...**
17:3
**consider**
34:5 41:11
45:23 47:5
89:17,18
99:21
166:25
171:12
**considerate**
120:18
**considera...**
216:8
**considering**
146:14
**consistency**
183:7 220:12
**consistent**
61:5 64:5
167:7
**consistently**
11:5
**consists**
203:23
**conspiracy**
126:20

127:12
**constituents**
51:6
**Constitution**
48:6 156:15
**constitut...**
37:13,17
181:22
**constraint**
197:23
198:18
**constraints**
6:16,21
**construction**
146:2,3
**containing**
26:21
**contains**
25:2,4,10
26:8
**contention**
67:14
**contested**
11:10 172:2
**context**
60:22 61:3
80:22
**contingent**
170:4
**continue**
62:5,6
**contrary**
135:1
**contrast**
180:9
**control**
157:24
**controver...**
124:17,24
**controversy**
134:6 169:20
214:13,21
**controverted**
92:13,17
**convened**
111:22
**convenient**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031285

USA_00020809

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 36 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 143 of 223

Hearing                                                              April 6, 2009

258

| | | | | |
|---|---|---|---|---|
| 82:16 | 211:12 | count | 21:16 22:5 | couple |
| **convent** | 215:9 216:5 | 7:10 32:2 | 28:6,7 | 6:6 40:23 |
| 92:6 | 216:6,13 | 43:11 59:20 | 34:23,23 | 60:8 67:6 |
| **converse** | 220:20 | 181:10,10 | 35:3,7 | 80:18 88:14 |
| 173:18 | 232:6,7,8,8 | 182:3,19,24 | 52:14 54:25 | 117:3 131:5 |
| **convicted** | 238:3 | 183:9,12 | 55:1,15,18 | 140:7 |
| 130:14 | **correction** | 199:18 | 55:24,25 | 175:22 |
| **convince** | 112:10 | 210:18,23 | 56:19 57:8 | 194:5,9 |
| 52:10 | **correctly** | 211:8 | 58:8 66:7 | 240:2,5 |
| **cooperation** | 43:10 83:9 | 213:10,13 | 70:4 71:6 | **course** |
| 22:11 190:9 | 102:18 | 239:7 | 73:19 81:15 | 70:22 80:5 |
| **copies** | 109:6 191:1 | 241:21 | 81:20 90:2 | 167:2 210:1 |
| 122:16 | **correctness** | **counted** | 95:17,23 | 221:12 |
| 144:25 | 130:25 | 8:21 55:23 | 96:4,6 | 237:23 |
| 228:4 | **correlation** | 59:11,17 | 97:11,13,18 | 243:12 |
| 229:14 | 67:21 152:8 | 111:24 | 97:22 98:2 | **court** |
| 239:12 | 187:16 | 112:13 | 98:18 99:2 | 25:22 53:1,2 |
| **copy** | **correspon...** | 183:7,8 | 99:5,11,12 | 53:10,11,20 |
| 25:20 137:16 | 232:5 | 210:12,16 | 99:22 | 54:13,16,22 |
| 201:25 | **corruption** | 211:7,20 | 102:20 | 55:14 56:14 |
| 203:14 | 68:25 | 212:6,12,25 | 103:3,4 | 56:16 73:20 |
| 206:10 | **cost** | 214:16 | 104:23 | 90:19 91:12 |
| 229:4,13,14 | 33:7,8 34:14 | 236:16,23 | 106:19 | 93:18,23 |
| 229:16 | 35:10 61:7 | 241:18,19 | 108:5,17,22 | 125:14 |
| **correct** | 64:22 | 242:2,4 | 110:19 | 142:5,7 |
| 24:14 31:21 | 145:24 | 244:16 | 111:2 | 181:14 |
| 33:1 40:17 | 184:20 | **counties** | 119:18,24 | 191:6,7 |
| 40:20 41:20 | 189:12,15 | 43:6 99:4 | 124:13 | 193:6 |
| 41:21,23,24 | 189:16 | 119:13 | 141:8 | **cover** |
| 86:21 87:4 | 190:2 | 165:19 | 151:17 | 195:19 |
| 108:10,11 | 225:13 | 195:15,19 | 154:11,12 | **co-panelists** |
| 109:7 | 231:22 | 208:19 | 165:23 | 7:20 |
| 116:13 | **costed** | 213:19 | 195:8 | **co-worker** |
| 119:5 136:9 | 60:21 | **counting** | 200:14 | 186:13 |
| 136:21 | **costs** | 56:7 99:15 | 203:23,25 | **crafted** |
| 138:17 | 34:23 35:1,3 | 111:15,19 | 208:19,21 | 54:13 |
| 144:1,13,14 | 43:6 80:3,6 | 182:1 | 209:4 | **crammed** |
| 153:11 | 146:5,12,14 | 210:19,20 | 213:18,20 | 13:2 |
| 154:8,10,17 | 146:16 | **country** | 213:22 | **creases** |
| 154:18,22 | 190:5 | 11:6,22 46:2 | 215:6 | 84:11 |
| 160:19,20 | **couched** | 47:13,17 | 218:23 | **create** |
| 160:21 | 62:18 | 50:8 120:14 | 221:9,10 | 43:5 46:14 |
| 170:12 | **Council** | 132:16,17 | 223:5 | 125:11,11 |
| 172:3 | 102:21 | 168:19 | 224:20,22 | 126:11 |
| 188:24 | **counsel** | 187:9 | 235:16 | 128:17 |
| 200:16 | 145:10 | **counts** | 236:20 | 150:2 |
| 208:9 | 236:15 | 50:23 112:4 | 240:6,8 | 182:16 |
| 210:10 | 246:11 | **county** | 245:11 | **created** |
| | | | 246:3 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031286

USA_00020810

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 37 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 144 of 223

Hearing                                          April 6, 2009

259

creates
149:24
  153:23
creating
175:14
  223:15
credible
180:1
credit
222:1,16
crime
49:21 51:11
  52:7,11,18
  102:4
  127:14
  134:5
criminal
51:21
cross-ref...
165:3
Crow
131:1
crows
85:11
cry
103:7 149:7
CSR
246:21
cure
77:19
cured
77:22
curious
29:15 30:7
  69:2 168:3
current
21:10 24:2
  36:10 44:18
  44:22 160:1
  172:23
  184:22
  185:8 190:8
currently
23:25 27:24
  31:13,14
  155:19,23
  156:4 158:7

41:4

165:9
179:21
184:18
207:12
customers
205:13
cut
74:24 123:7
  196:2
  198:13
cycle
11:11 12:6,6
  12:7 151:15
  169:3
  170:21
  219:6
cycles
11:7 175:22
cynicism
96:20

D

D
245:10
Dallas
14:11 65:4
  81:13 124:4
  164:12
Danberg
135:11
dangerous
171:16
data
58:6 66:15
  77:25
  120:10
  175:23
  187:20
database
66:15 166:15
  166:16
  217:22
date
10:13 24:25
  180:18
  205:25
  246:22
day

17:17 19:15
  53:18 58:10
  64:20 65:25
  66:6 73:12
  98:24 99:18
  103:6 112:7
  113:7 141:3
  148:8
  174:10
  177:14
  191:8 194:2
  202:18
  204:12
  206:5,6,10
  218:22
  237:12
  239:10
  244:20
days
55:18 56:22
  56:23 57:2
  74:19 77:18
  99:19 112:3
  115:2,2,5,8
  115:17,20
  115:23,25
  116:3 182:3
  202:19
  225:1 226:1
  226:5,14,15
dead
51:15 97:12
  102:21,24
  105:15
  106:24
  121:19,21
  126:12
  128:16
  148:23
  156:5,11,16
  156:23
  163:8,13,15
  164:7,8,13
  165:1,7,14
  165:17
  166:2,19
deadline
110:18

deadlines
6:20
deal
10:19 47:3
  69:12,15
  134:20
  155:3 164:7
dealing
41:1
Dean
133:7
dear
14:4
deaths
105:8
debate
61:10 121:7
  144:18
debating
14:14 72:11
Debra
135:11
debunked
147:5
decade
149:16
decades
170:6
deceased
156:23
  163:17
  165:5
  166:16,24
  167:4
decided
185:10 187:6
decision
28:17 56:15
  94:4 142:6
  142:7
  202:21
  206:12,14
  214:10,11
  228:18
  234:9 239:7
  244:19
decisions
191:8

decisive
6:24
declare
182:22
declined
217:5
decreased
159:21
Decree
25:21
deemed
34:21 73:2
  183:1
  197:15
deep
18:18
defeated
15:10
defendant
53:21
defendants
54:4
defer
8:16 38:2
deference
68:6
definite
240:12
definitely
118:4
degree
53:8 159:25
  165:11
  173:17,17
  192:19,21
Delaware
83:21,22
delayed
99:16 111:20
deleted
142:10
deliberate
234:4
deliberat...
50:19
deliverables
30:11



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031287

USA_00020811

| | | | | |
|---|---|---|---|---|
| delivered<br>99:17<br>demand<br>49:23<br>democracy<br>9:20 11:15<br>123:3<br>132:12<br>133:11<br>137:14,23<br>139:15<br>145:16<br>democratic<br>96:6,18<br>126:15<br>130:5,6<br>131:14<br>135:19<br>democrats<br>14:21 22:16<br>81:9 238:6<br>238:9<br>demographic<br>238:22 239:5<br>240:12,13<br>241:1,24<br>demographics<br>239:8,20<br>demonstrated<br>121:15<br>denied<br>16:9,12,15<br>17:21 98:21<br>110:21<br>deny<br>82:4<br>denying<br>147:15<br>department<br>24:23 26:13<br>27:19 39:13<br>42:19 79:20<br>130:17<br>164:23<br>182:20<br>departments<br>165:23<br>depending | 52:13 62:2<br>189:21<br>192:8<br>depends<br>218:19<br>242:15<br>depositions<br>110:6<br>depressed<br>83:8<br>deputized<br>72:1<br>deputy<br>52:11<br>descending<br>181:13<br>described<br>43:7 192:3<br>describes<br>229:11<br>describing<br>229:16<br>description<br>21:19<br>deserves<br>52:8<br>designed<br>146:22<br>despite<br>15:23 54:21<br>detail<br>152:24<br>153:13<br>160:24<br>detailed<br>21:18<br>details<br>8:11 160:13<br>detected<br>127:4 128:20<br>deter<br>51:2<br>determina...<br>206:23<br>determina...<br>206:22<br>determine | 112:12<br>161:11<br>234:5 241:6<br>241:16,16<br>determined<br>4:17 22:12<br>29:25 83:7<br>determines<br>182:5<br>deterred<br>49:14<br>deterring<br>21:12 67:21<br>develop<br>9:23 28:3<br>79:16<br>developed<br>28:9<br>device<br>5:3,3<br>Diane<br>95:15,22<br>104:18,21<br>105:21,24<br>107:17,21<br>108:1,8,11<br>108:14,16<br>108:21<br>109:3,7,11<br>109:17,23<br>110:3 111:3<br>111:8<br>112:22<br>113:13<br>114:1,5,14<br>115:2,5,9<br>115:19<br>116:2,4,7<br>116:13,19<br>116:23<br>117:2,6<br>118:4 119:9<br>119:15<br>122:10<br>die<br>167:1,2<br>died<br>105:4 121:17 | 165:21<br>differ<br>180:18<br>difference<br>17:11 21:9<br>87:20<br>107:13<br>182:7 216:9<br>240:11<br>different<br>5:22 16:18<br>16:18 17:25<br>29:12,16<br>35:13 36:10<br>42:17 60:25<br>83:1 104:16<br>104:20<br>116:14<br>119:11<br>128:14,19<br>149:2<br>170:21,22<br>174:9,25<br>187:15<br>207:22<br>215:18<br>223:5<br>224:20,20<br>228:4<br>differently<br>221:10<br>difficult<br>112:5 151:9<br>165:10<br>186:10<br>190:7<br>difficulty<br>27:23<br>diluted<br>51:7 141:25<br>dime<br>98:9<br>dire<br>113:15<br>direct<br>28:21<br>directly<br>47:12 61:10 | 99:7 111:11<br>Dirty<br>128:2<br>disabilities<br>70:7<br>disabled<br>69:13<br>disadvantage<br>170:1<br>disagree<br>60:14 84:17<br>84:19 86:1<br>132:2,11<br>173:25<br>disagreed<br>61:20<br>disagreement<br>155:1<br>disagreem...<br>60:9<br>disbelief<br>53:16<br>disburse<br>51:14<br>disbursed<br>80:20<br>discourage<br>136:25<br>discouraging<br>21:13<br>discover<br>147:12<br>discredit<br>140:11<br>discrimin...<br>131:1<br>discuss<br>41:10 46:4<br>discussed<br>41:17 172:10<br>174:5<br>227:25<br>discussing<br>99:21<br>discussion<br>2:22 12:1<br>122:4 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031288

USA_00020812

Hearing                                                April 6, 2009

197:25
240:21
**discussions**
50:13
**disenfran...**
12:16 91:6
190:21
192:2
220:23
**disenfran...**
16:4 54:5
61:23 73:20
82:2,8 90:2
90:16 93:3
140:4
141:15,16
**disenfran...**
50:24 51:5
54:14
141:18,24
142:3,9
**disenfran...**
141:23
191:19
193:1,9
214:20
**dishonest**
70:16
**disingenuous**
51:17
**displeasure**
43:2
**dispropor...**
169:18
**Dispropor...**
150:9
**disputed**
107:11
**disqualify**
244:15
**disrespec...**
198:6
**dissects**
54:1
**dissenting**
54:24 55:14
56:1,15
181:24

**distinction**
181:18
**distingui...**
45:22
**distribute**
199:21
214:25
**distributed**
196:5 199:2
199:3
**district**
17:15,17
18:1 53:2
53:10,11
73:24
102:13
118:6,6,25
119:12,18
126:17
129:8
133:14,16
133:18
219:14,14
**districts**
17:21
**disturbing**
153:20
**diverse**
4:2
**diversions**
81:13
**divided**
81:10 107:7
**divides**
7:1
**Divorce**
25:21
**DMV**
79:25
**doctor**
53:15
**document**
24:6 26:16
31:20 36:5
44:23 53:24
82:4,9
147:2 160:7
162:9 165:8

189:23
**documentary**
158:9 177:4
**documenta...**
24:20 25:16
26:15 33:11
103:14,21
144:24
183:4
184:14
**documented**
10:16 142:25
**documents**
15:4 31:14
42:13 147:1
165:8 184:3
184:24
**Doe**
78:9,10
**doing**
4:12 5:8
11:17 15:24
17:9 35:17
68:10 113:2
117:23
118:1,1
123:9
130:10
155:19,23
156:7
179:21
182:4 189:4
190:13
201:15
223:15
225:8
228:16
**dollars**
8:25 170:20
172:18
174:6
**dong**
38:21
**donor**
97:14
**door**
143:13
**dot**

228:11
**double**
105:2
**doubt**
107:9 147:19
**downside**
198:12
**downsize**
110:10
**downtown**
56:5 59:18
182:2
**dozens**
105:2
**DPS**
19:21 25:9
26:4 27:10
27:20,24
33:6,7,21
33:25 34:3
38:5,7,7
43:22 66:17
79:19 165:4
**Dr**
14:6 16:14
38:2 43:19
117:18
233:22
243:16
**draft**
54:13
**dramatic**
84:11
**dramatically**
213:20,22
**draw**
174:9
**drive**
63:9 149:24
157:21
171:9
172:13
233:23
**driven**
172:17
**driver's**
24:21 26:16
43:23 62:13

78:25 79:7
138:16
164:21
176:13
185:14
202:5,12
205:2,4,7
205:11,23
206:11
220:16,22
221:22,24
232:16,21
233:18,23
233:24
**driving**
26:3 172:18
236:8
**drop**
66:5
**dropped**
109:11
110:11
155:7
**drops**
172:23
**drunk**
236:6
**dually**
90:6,10 91:3
**due**
7:10,11 8:19
97:14 98:13
110:22
114:9
**Dunham**
40:23
**duty**
119:21

---
**E**
---

**E**
217:3
**EAC**
212:10
**earlier**
24:24 41:18
54:19 60:16
64:6 84:20



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031289

USA_00020813

Hearing                                    April 6, 2009

262

86:12 101:8
101:22
111:10
115:23
143:16
144:13
156:14
172:7
189:18
201:11,24
207:17
221:5
224:13
early
6:21 64:8
91:16 98:25
99:4 144:20
237:12
earned
120:15
easier
100:5 150:24
162:25
205:12
232:18
easily
34:4 127:3
128:13
easy
13:19,20
101:23
102:3
130:21,22
150:24
157:17
206:2 242:3
Economic
168:15
editorial
94:22 95:9
educate
22:17 217:23
educating
217:11
education
34:12 63:2
64:9,13
79:9 95:16

108:14
191:24
217:15
educational
79:6
effect
83:1,16 84:1
152:7,22
159:17
168:24
169:17
180:16,24
effected
153:9
effective
21:25 22:23
23:6 115:1
115:8 116:1
169:25
effects
12:15 85:1
153:5
169:14
effort
22:17 110:9
126:4
132:24
efforts
130:13
eight
47:25 92:22
97:23
131:10
either
8:14 12:4
18:24 21:4
23:17 54:8
84:14
101:17
129:4
147:21
158:7 160:2
161:18
175:3
179:19,22
179:23
180:2
191:12

207:19
214:13
elderly
88:6 125:25
150:9
elected
15:9,10
51:22,23
52:5 89:11
89:13
133:19
138:4,8
206:16,17
223:17
226:12
electing
47:18
election
11:7,10,11
11:13 12:6
12:6,6
21:15 22:14
22:25 23:3
23:5,9,16
27:4 39:18
47:24 50:4
52:13 56:23
58:10 64:20
65:25 71:18
73:12,12
74:19 76:19
93:25 97:1
100:4 103:6
107:5
109:22
111:23
116:22
124:2
125:10
126:5
129:12,13
129:16,22
130:1,19
137:24
138:3
139:18
146:5 149:5
151:11,15

159:15
168:17,25
169:25
170:2 171:6
172:12,14
174:5 179:5
179:7,9
182:13
183:1,2
200:17
201:3
203:21
205:14
206:5,6,18
209:15,15
209:23
212:16,18
215:20,22
218:22
219:5,5,9
225:17,25
226:5
231:20
237:12,22
241:15
242:15,16
242:21
243:2,5,5
243:10,10
elections
1:3 2:2 7:16
22:17 48:24
49:5,9
54:18 55:24
57:16 63:4
77:6 81:7
90:20 96:12
96:15 98:14
99:20 107:4
107:11,15
117:1,8
121:7 123:2
126:24
132:18
152:5
200:14,20
201:5
203:24

208:20
215:1,24
218:3
221:12,20
235:8
election-...
96:9
electronic
78:12 97:3
element
228:22
elements
213:24
elevate
125:8
eligibility
203:7 206:24
234:6 239:9
eligible
27:17 90:11
90:23 92:7
96:17 98:17
150:5,7
151:6
166:12
175:2
179:10
180:21
191:12
192:12
225:10
244:20
eliminate
43:4
eliminated
44:16
Elizabeth
126:15
Elizme
105:4
eloquently
14:12
elses's
128:15
eluded
60:16
embarrassed
202:23



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031290

USA_00020814

Hearing                                               April 6, 2009

263

emphasize
7:21 35:16
  145:23
empirical
152:1
employed
246:11
employee
110:23
employees
110:6,11
employing
130:10
en
157:22
enacting
100:2
encourage
96:16 175:17
  232:9
ended
210:19,20
ends
215:13
energy
165:11
enforce
236:7
enforcement
138:11
  149:10
  234:21
engage
11:16
engaged
83:13 230:6
English
194:18
enhance
7:15 8:14
  121:6 132:7
  132:8
  179:24
  191:24
Enhanced
3:2
enhancement

113:2
enhances
86:3 198:10
enhancing
113:11
enjoyed
183:17
ensure
8:20 235:17
ensured
243:17
enter
110:18
  125:13
entire
8:2 18:17
  70:4,5
  132:7 139:4
  139:6
entirely
149:2 164:3
  166:2
  184:22
entities
222:13,15
entitled
137:14
  214:18
entity
25:25 151:2
entity's
22:7
envelope
24:8 162:3,6
  162:8
  203:17
  204:6 218:6
  218:10
  243:19
  244:17
envelopes
202:1 225:21
equal
6:3 196:15
equality
118:11
equally

7:9 50:23
  196:5
  198:23
equanimity
152:7
equipped
149:11
era
141:20
Erline
81:14 124:6
error
97:15 147:22
Ertel
200:11,12,13
  200:17,23
  201:7
  207:14,21
  208:6,10,18
  208:24
  209:2,10,20
  209:22
  210:5,9,14
  210:24
  211:4,21,24
  212:8 213:2
  213:5,7,15
  213:21
  214:5,23
  215:10
  216:6,13,23
  216:23
  217:13
  218:1,18,21
  218:25
  219:11,21
  220:4,6,11
  221:2,9,15
  221:24
  222:7,11,14
  222:19
  223:4,7,14
  223:23
  224:10,19
  224:23,25
  225:14
  226:4,14,16
  226:18

227:4,9,13
  227:16,21
  227:25
  228:7,17,21
  229:1,4,8
  229:13,20
  229:25
  230:5,8,12
  230:21,25
  231:4,7,9
  231:15,18
  232:8,11
  233:14,17
  234:12,18
  234:22
  235:16
  236:10,21
  236:25
  237:4,11,17
  237:21
  238:4,13,23
  239:3,17,22
  240:6,22
  241:9,13
  242:3,15
  243:8,19,21
  243:25
  244:4,10
  245:4,5
especially
2:24 9:21
  47:13 52:14
  69:15
  179:19
  215:16
  217:18
essentially
67:13 191:5
establish
22:17 37:22
  54:23
established
145:20
establishes
26:21
establishing
213:25
ethics

96:3,19
evening
6:22
evenly
199:2,3,21
event
73:17 227:9
events
227:18
eventually
137:20
everybody
2:21 3:22
  5:24 7:5,8
  21:9 63:5
  66:14 95:1
  95:14
  118:15
  185:17,20
  186:11,12
  186:13,19
  186:19,20
  186:20,23
  191:15
  198:3
  202:17
  205:7
  219:16,16
  242:5
everybody's
18:18 204:15
everyone's
9:13 72:25
  117:9 228:4
evidence
7:24 8:1,6
  8:13 18:19
  18:21 19:4
  19:7,12,15
  21:11 49:23
  49:25 50:16
  51:9,13,16
  52:19 53:3
  53:11 56:11
  69:9 79:3
  84:12,14,15
  85:23 88:2
  100:16,23



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031291

USA_00020815

Case 2:13-cv-00193   Document 663-4   Filed on 11/11/14 in TXSD   Page 42 of 84
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-3   Filed 06/20/12   Page 149 of 223

Hearing                                                    April 6, 2009

264

```
100:25             46:21 80:9      expansion        explain          78:4
101:5,20            80:10,13        143:23           21:1,3 55:12    extremely
102:6,9            exception...      234:11           85:15           12:21 149:11
104:11             149:23          expansive         160:23          ex-felons
105:11             exceptions       189:22           195:2           105:15
107:3 108:2        57:4 82:23      expect            205:14          eye
108:2              excited          8:15 47:10       explained        99:12
120:19             64:16            49:10 55:3       52:20           eyes
121:2 126:8        excludes         100:6            explaining       54:9
127:17             90:24            149:16           173:9 176:7     eyewitnesses
134:16,16          excuse           170:9            explanation      148:17,18
145:19             82:7,7          expectation       30:3
152:2 154:5         139:20          19:23            Expo             ———— F ————
154:15,20           232:6          expected          79:11           fabulously
157:4              excuses          35:4 49:13       express          179:18,22
159:24             69:24            154:3            171:15          face
161:2 180:1        executive       expendien...      181:20          70:20 158:5
180:15,23          111:17           232:18          expressed        facets
187:2,4             138:25         expense           143:14          194:9
225:2               139:10,13       183:9 184:20    expressing       facilities
evidentiary        exempted        experience        122:1           27:24 80:8
120:9              10:23            46:6 53:22       extending        facing
exact              exemption        123:21           47:8            109:19
90:14 228:2        41:18 71:7,9     124:3 130:3     extensive        fact
exactly            exercise         131:9            107:3 154:19     5:21 15:24
115:20 128:6       9:19 15:5        154:12           157:4            34:7 37:15
187:21              151:7          experienced       162:13,16        37:23 47:5
205:23,24          exist            51:10            195:3            47:20 49:14
205:25             10:22 120:6     expert           extent           56:6,10
207:14              142:2           3:24 7:19        3:15 7:23        70:9 85:6
220:4               153:22          9:12,16          8:9,15           88:21,22
222:11              154:16          11:24 13:11      18:19 19:8       91:7 93:17
224:17             existence        13:24 20:2       34:20 36:9       98:5 100:12
233:3              132:13           37:2 110:5       40:4 43:3        101:9
exaggerated        147:13           235:7 243:3      56:4 82:25       121:14
97:14              existing        expertise         83:3 84:25       122:1 124:9
example            33:7 36:11       3:1,16           100:15           126:7
19:20 30:1         exists          experts           103:16          131:14
61:9 64:15         35:25 50:1       3:12 4:9         106:4 161:9      135:14,16
78:25 80:11        97:8,10          7:14 9:17        161:11          136:21
97:16              126:9            19:13 98:9       172:16          143:25
121:22             147:15          expiration        196:6,15        147:12
133:6 137:8        192:21           205:25           199:20          149:4
150:1              expand           246:22          extra            154:14
178:17             95:11           expired           17:6,7 34:18     166:22
examples           expanding        24:24,24         199:19          179:10
127:19             7:16 61:5        26:19 92:8       225:17,18       181:25
exception           234:9           92:12           extreme          182:25
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031292

USA_00020816

Hearing                                                    April 6, 2009

| | | | | |
|---|---|---|---|---|
| 186:6 | 86:17 | 26:6 48:7 | 128:17 | **find** |
| 190:19 | 103:16 | 78:22 | **field** | 29:5 39:4 |
| 196:17 | 106:4 | 125:14 | 19:13 81:25 | 54:15 68:21 |
| 206:23 | 108:19 | 129:16 | **figure** | 100:15 |
| 215:21 | 116:24 | 136:24 | 36:20 65:13 | 120:5 |
| 232:9 | 119:6,7,13 | 149:9 | 72:4 73:9 | 147:12 |
| **factor** | 168:11 | 150:20 | 143:24 | 148:16,24 |
| 84:10 127:8 | 181:11 | 155:5 | 158:23 | 149:12 |
| 174:18 | 232:25 | 176:23 | 182:10 | 161:1,5 |
| **factors** | **fan** | 177:3 | **figured** | 175:2 179:8 |
| 174:9 | 61:16 | **fee** | 20:5 | 181:21 |
| **facts** | **far** | 27:10 39:14 | **figures** | 205:11 |
| 144:20 | 65:14,16 | **feed** | 225:13 | 219:2 228:1 |
| 145:19,22 | 84:1 119:10 | 205:16 | **file** | **finding** |
| 147:6 | 125:21 | **feedback** | 51:25,25 | 93:21 166:1 |
| **factual** | 139:18 | 77:3 | 52:2 55:22 | 166:19 |
| 145:23 | 146:14 | **feel** | 78:13 | **findings** |
| 169:22 | 148:12 | 15:20 68:12 | 193:17 | 83:24 |
| **fail** | 149:21,25 | 77:5 82:1 | 202:10 | **fine** |
| 202:16 207:5 | 154:2 | 152:4,13 | 241:20 | 81:19 198:14 |
| 214:6 | 165:24 | 187:10,11 | **filed** | 204:25 |
| **failing** | 173:2 180:9 | 187:12,13 | 56:12 72:7 | **finish** |
| 27:6 178:5 | 181:20 | 187:20,21 | 129:22 | 20:2 64:6 |
| **failure** | 189:2 | 187:21 | **files** | 75:6 92:1 |
| 178:2,19 | 231:11,11 | 207:6,7 | 130:23 | 199:12,13 |
| **fair** | **fashion** | 213:8 | **fill** | **first** |
| 79:10 94:1 | 61:16 | **feels** | 69:24 71:13 | 51:10 56:9 |
| 96:12 163:4 | **fast** | 41:13 | 76:2 176:12 | 56:21 59:8 |
| 172:4,16 | 139:24 | **fellow** | 203:13,16 | 61:9 63:4 |
| 173:22,22 | **faulty** | 46:23 96:4 | 203:19 | 69:18 74:19 |
| 175:24 | 99:16 111:20 | **fellowship** | 206:7 209:6 | 98:24 102:6 |
| 188:13 | **favor** | 60:6,7 | 212:23 | 121:9 123:5 |
| 190:12 | 45:14 94:19 | **felons** | 219:1 225:9 | 132:10 |
| 196:4 | 122:20 | 105:17 | 239:4 | 141:14 |
| 213:14 | 127:15 | 106:22 | 244:13,14 | 170:5 |
| **fairly** | **favorable** | 167:5 | 244:16 | 231:24 |
| 8:22 29:24 | 127:16 | **felony** | **filled** | 242:23,23 |
| 63:10 | **favorite** | 71:19 76:20 | 204:7 | 243:1 |
| 118:11 | 132:15 | 128:6 | **final** | **fiscal** |
| 165:10 | **FBI** | **felt** | 29:10 99:18 | 29:11,12,13 |
| 166:3 | 130:8 | 187:18 | 112:7 | 29:14,25 |
| **fake** | **featured** | **fewer** | 186:22 | 30:7,9 33:6 |
| 106:23 | 170:2 | 91:23 125:22 | **Finally** | 34:2,22 |
| 165:12 | **February** | **fictional** | 61:7 | **fiscally** |
| **familiar** | 67:19 224:12 | 185:23 186:1 | **financial** | 52:9 |
| 8:9,10 67:22 | 231:7 | 186:4 | 50:2 | **fishing** |
| 82:25 83:4 | **federal** | **fictitious** | **financially** | 26:11 |
| 83:4 84:2,3 | 22:21 25:12 | 126:11,25 | 246:14 | **five** |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031293

USA_00020817

Hearing                                                    April 6, 2009

266

| | | | | |
|---|---|---|---|---|
| 8:15 33:18 | 227:16 | 26:14 | **former** | 83:15 |
| 36:25 49:9 | 229:11 | **follow-up** | 97:17 108:16 | **four** |
| 64:19 90:7 | 231:1,18 | 164:13 | 125:1,1 | 8:6 49:8 |
| 125:21 | 233:18 | 166:20 | 218:12 | 81:6 124:3 |
| 146:6 | 237:19 | **font** | 235:5 | 235:22 |
| 187:15 | 240:5 244:5 | 23:13 194:16 | **forms** | **fourth** |
| 208:2 | **Florida's** | 194:17,20 | 19:2 23:10 | 65:10 |
| 233:12,15 | 182:13,22 | 194:21 | 23:18,22,23 | **four-year** |
| **five-percent** | **Flot-Davis** | **forced** | 32:7,21 | 123:21 |
| 36:20 | 246:5,21 | 73:1 141:21 | 35:13 62:10 | **frame** |
| **fix** | **fluid** | **forecasting** | 112:8 | 60:22 |
| 109:14 | 112:10 | 78:1 | 141:19 | **framed** |
| 113:20,21 | **focus** | **foregoing** | 150:22 | 199:17 |
| 148:7 | 3:17 9:24 | 246:7 | 160:6,16 | **franchise** |
| **fixed** | 11:2 19:10 | **Foretto** | 185:8 205:6 | 11:20 12:11 |
| 138:22 | 145:15,18 | 158:25 | 205:8 208:2 | 12:15 61:4 |
| **fixes** | 146:18 | **forget** | 224:25 | 61:5 82:5 |
| 146:15 | **focused** | 202:2 238:24 | 232:20 | 230:20 |
| **flag** | 162:20 | **forgets** | 233:12 | **frankly** |
| 78:11 | **focusing** | 206:4,6 | **formula** | 84:7 |
| **flagged** | 85:2 | 242:5 | 118:10 | **Fraser** |
| 166:7 | **folks** | **forgetting** | **Fort** | 9:25 12:14 |
| **flawed** | 16:6 62:7 | 242:6 | 65:4 | 20:25 40:16 |
| 152:9 | 68:20 84:21 | **forgive** | **fortune** | 40:20 41:17 |
| **flight** | 90:1 91:7 | 84:7 | 60:7 | 41:18,20 |
| 6:13 123:6 | 118:25 | **forgot** | **forward** | 42:16 43:14 |
| 131:8 | 120:20 | 56:24 202:24 | 12:18 17:4 | 65:13 69:8 |
| **flights** | 193:1 205:1 | 219:19 | 65:15 | 138:23 |
| 6:10 91:16 | 205:10 | **forgotten** | **forwarding** | **fraud** |
| **flip** | 206:21,25 | 217:21 | 33:7 | 7:5 8:2,3,17 |
| 89:2 | 208:21 | **form** | **fought** | 10:5,14,20 |
| **Floor** | 209:3,5,6 | 18:23 19:1 | 141:19 | 10:22 18:13 |
| 14:18 40:22 | 209:13,24 | 23:17 24:20 | **foul** | 19:7 21:12 |
| **Florida** | 212:18 | 26:20,22 | 149:7 | 50:16 52:9 |
| 181:11,15,19 | 216:18 | 32:5,9,12 | **found** | 68:23,24 |
| 181:21 | 235:2,20 | 55:2,5 | 10:15 53:2 | 69:6 77:4 |
| 182:21,23 | 239:3 240:1 | 76:15 | 54:13,16 | 84:23 96:15 |
| 200:20,24 | 242:17 | 146:21 | 60:10,13 | 96:21,23 |
| 201:5 202:4 | **follow** | 155:15 | 64:1 86:10 | 97:6,22 |
| 205:8 | 92:25 93:4 | 160:7 177:4 | 97:24 | 100:12,18 |
| 207:12,25 | 164:10,13 | 177:11 | 103:21 | 100:20,25 |
| 208:4 | 191:11 | 202:13 | 110:5 | 101:5,10,16 |
| 211:10 | 239:16 | 205:22 | 119:20,23 | 101:24 |
| 213:16 | **followed** | 207:17 | 164:8 | 102:9,19 |
| 214:13,21 | 4:6,7,8 | 221:23 | 166:15 | 103:2 |
| 220:23 | 68:24 | 222:8,10 | 167:8 | 106:17 |
| 221:6 | **following** | 232:24,24 | 187:16 | 107:3,8,12 |
| 222:25 | 24:20 25:16 | 239:3,4,5 | **Foundation** | 107:22 |



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005936

TX_00031294

USA_00020818

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 45 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 152 of 223

Hearing                                                    April 6, 2009

267

| | | | | |
|---|---|---|---|---|
| 119:23 | 167:10 | 134:2,21,24 | 3:8 20:23 | 84:25 91:18 |
| 121:1,2,5 | **frequently** | 136:4,10,13 | **gender** | 92:24 |
| 121:11,22 | 10:18 | 136:16,22 | 242:8 | 166:10 |
| 122:14 | **freshman** | 136:24 | **general** | 196:9 212:3 |
| 123:2 124:1 | 14:13 | 137:6,11,19 | 10:15 19:21 | **ghetto** |
| 124:2,14 | **Friday** | 137:25 | 22:14 37:6 | 126:3 |
| 126:8,11,20 | 49:1 | 138:6,9,13 | 37:24 41:2 | **give** |
| 126:20,22 | **friend** | 138:25 | 59:15 | 3:12,18 5:5 |
| 127:3,8,18 | 14:11 48:20 | 139:4,6,10 | 102:25 | 54:25 56:22 |
| 127:21,24 | **friendly** | 139:17,20 | 104:14 | 59:15 68:6 |
| 128:5 | 174:22 | 139:23 | 129:19 | 74:1 75:8 |
| 134:11,13 | **front** | 140:1,6,9 | 130:6 | 93:20 |
| 135:13,17 | 6:14 14:8 | 140:14,17 | 212:16 | 106:11 |
| 138:15 | 16:17 64:7 | 140:20,24 | 215:22 | 128:5,14,19 |
| 142:12 | 69:8 71:18 | 141:2,6,9 | 219:7 243:2 | 131:10,13 |
| 146:24 | 76:19 | 141:12,18 | **generally** | 140:5 |
| 147:2,7,8 | 144:18 | 142:15,17 | 6:4 10:14 | 155:11 |
| 147:15,17 | 151:7 | 142:22 | 229:10 | 188:17 |
| 147:22,25 | 183:18 | 143:1,3,4,6 | **General's** | 191:17 |
| 148:6,15 | 193:5 | 143:8,12 | 105:12 | 196:2 |
| 149:8,14,22 | 197:10 | 147:18 | **generation** | 208:24 |
| 152:9,11,12 | 202:22 | 148:4,14 | 16:18 132:24 | 213:3 218:7 |
| 154:5,15,20 | 203:18 | 150:14 | 133:3 | 218:16 |
| 155:1,10 | 215:13 | 188:7 | **gentleman** | 219:4 |
| 156:21 | 236:3 | **fundamental** | 12:23 196:25 | 223:25 |
| 157:17,24 | **front-loaded** | 145:15 | 207:17 | 226:5 |
| 161:8 186:9 | 63:4 | **funding** | **gentlemen** | **given** |
| 187:11,13 | **full** | 109:24 118:5 | 86:16 | 6:3,8 33:24 |
| 187:14 | 96:16 100:15 | 118:10,12 | **genuinely** | 69:19 |
| 190:22,24 | 139:17 | **funds** | 54:5 | 102:15 |
| 234:11,15 | 143:10 | 22:21,22 | **Georgia** | 105:11 |
| 235:2,9 | 197:3 | 62:18 | 57:2 156:14 | 131:14 |
| **fraudulent** | 198:20 | 175:16 | 164:17 | 199:9 218:4 |
| 7:12 188:25 | **fully** | **furnish** | 168:12,16 | 229:4 |
| 235:18 | 19:7 21:6 | 193:21 | 169:23,25 | **gives** |
| **fraudulently** | 244:16 | **further** | 170:1,4,11 | 54:2 204:23 |
| 126:23 | **fun** | 246:10,13 | 171:4 | **giving** |
| **free** | 219:12 | **future** | 173:10,11 | 103:15,22 |
| 27:22 33:23 | **Fund** | 49:11 | 173:16 | 216:16 |
| 33:25 34:21 | 122:12,16,21 | **fuzzy** | 174:3,11,18 | **glad** |
| 38:8 39:3,5 | 123:1,1,5 | 204:11 | 174:23 | 6:19 29:22 |
| 39:7 79:21 | 123:19 | | 178:17 | 176:22 |
| 87:25 96:12 | 131:12,16 | _____ | 179:5 | 199:21 |
| 96:15 117:8 | 131:20,23 | **G** | **Georgians** | **glean** |
| 122:16 | 131:25 | **Gary** | 168:15 | 241:1 244:18 |
| 160:5 | 132:10 | 81:15 124:6 | 179:10 | **Glen** |
| **frequency** | 133:15,20 | **gauging** | **getting** | 127:21,25 |
| 149:15 | 133:23 | 169:25 | 46:22 60:7 | **go** |
| | | **gavel** | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031295

USA_00020819

```
3:20 4:22          goal               145:2 152:9        189:24             165:11
4:25 5:9           117:11 178:3       157:21,23          191:5,6,9          169:10
14:25 15:14        181:8              159:6              200:12             185:4
20:4 27:20         199:12             166:19             201:3 224:7        201:12,13
36:16 38:11        205:16             171:14             227:8              203:9 207:5
39:24,25           goals              173:16             228:16             229:20
47:9 49:11         19:11              174:22             229:6              240:8,24,24
52:12 68:20        goes               175:22,24          goodness           greater
70:1 71:2          48:18,18           178:3              237:4              12:12 163:12
71:16 72:10        59:18 62:2         180:23             gotta              187:1
74:12 76:17        122:5              182:2              36:1 143:24        greatly
78:20 79:10        128:25             184:12             149:6              97:14
79:10,22           178:20             188:15,16          174:11,12          Greetings
80:1,5             194:1              188:16             203:6              45:20
86:20 91:18        208:11             190:5 191:7        gotten             grew
93:18 125:6        228:8              194:2,3,13         77:2               47:14
129:2,10           going              195:25             government         grocery
139:18             3:6,7,23           196:17             16:22 17:1,6       66:5
145:19             4:12 5:4,4         197:4,5,18         25:12 34:13        ground
148:23             5:13 6:1,9         197:23             34:21 44:22        60:11,13
153:2,2            6:9,10 8:7         198:13             44:23 66:15        68:2 80:12
170:10             9:15 10:11         201:17             100:7              grounded
176:6              14:19,20           203:2              129:16             145:24 186:6
181:14,18          15:18 16:5         204:24             136:24             group
181:20             16:10 17:10        209:25             150:20             4:2 8:23
182:2 189:4        17:14,22           223:10             151:3              16:16 63:24
189:10             18:1,16            225:22,24          155:14             73:21
190:5              19:10,18           231:23             governmental       129:21
193:17             34:14,15,16        233:14             24:8 25:25         182:4 241:6
194:20             34:17 35:12        234:19,23          222:13,14          241:10
202:11             36:16,17           235:4,13,18        governments        242:5,5
203:13             37:2,21            239:12             36:12              groups
204:13,22          41:5 42:5         Gonzales            government's       135:15
205:5,17           52:14 53:17        129:20             34:14              guardrail
207:4,9            56:4 61:13         good               governor           67:11
209:23 210:7       61:14,21          11:14,15            22:13,16           guardrails
212:19             63:9 67:15         12:19,23           Governor's         93:24
217:11,23          70:1 74:24         14:11 16:3         105:14             guess
218:9,22           91:1,16,22         39:12 47:3         grand              17:15 88:19
223:1,21,24        91:25 95:16        48:20 60:3         126:19 127:6       143:23
224:8              113:11,21          60:7 62:8          127:11             162:8,10
226:13             119:21             75:23 76:11        grandparents       173:23,25
227:2,3,4          122:6 128:7        79:2 93:6          17:24              244:8
227:17,17          129:1,4            93:14 95:20        grant              guidelines
229:16,24          131:1 132:4        131:19             161:16             130:18
233:8,12           132:4              141:14             great              guilty
236:4 240:9        141:13             150:1              2:23 45:23         85:22
244:21             143:24             166:11             146:15             Gutierrez
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031296

USA_00020820

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 47 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 154 of 223

Hearing                                                      April 6, 2009

269

119:11,17
**guy**
68:2 78:14
157:2
214:25
221:12
235:5 236:6
**guys**
72:2 133:18
201:18,20

**H**
**half**
5:12 11:12
64:23
**hand**
3:7 18:13,14
20:22 70:16
75:7 114:17
161:16
**handed**
103:25
191:22
**handful**
17:20,25
148:9
154:16
**Handgun**
25:8
**handing**
137:16
**handle**
8:18 19:18
181:15,17
196:4
213:14
214:22
229:11
**handled**
34:4
**handles**
72:1 181:11
**handling**
23:2
**hands**
82:13 125:12
136:18
163:4

**handy**
150:8
**hang**
174:17,19
**hanging**
97:2
**happen**
17:10 51:8
52:15 67:4
128:13
178:15
185:6
190:14
**happened**
68:13 99:22
116:10
130:8 148:9
149:14
**happening**
163:11 164:2
213:18
219:23
**happens**
51:13 80:19
100:16
149:12
206:5,5
213:19
**happy**
47:11 52:22
123:10,11
144:24
145:7 179:9
188:9,11
196:8 200:6
**harangue**
74:19
**hard**
13:19,21
15:3,5
49:24 51:12
120:15
148:15
161:1,2,3,4
161:5,6
163:14,16
185:22
**harder**

69:16 91:10
96:23
157:20,24
**harding**
111:17 112:4
112:13
**harming**
52:10
**Harper-Brown**
2:14 9:7
**Harris**
95:17,23
96:4,6
97:11,13,18
97:22 98:18
99:1,12
103:3
104:22
106:19
108:5,17,22
111:2
154:11,12
246:3
**hash**
175:23
**hat**
174:17,19
201:19
**HAVA**
163:19
165:19
166:15
194:23
224:13,16
231:17,18
**head**
53:16
**heads-up**
216:17
**health**
165:23
243:18
**hear**
2:22 19:24
20:7 37:2
42:5,18
91:16,22
122:2 135:5

135:6
143:13
176:22
196:14
**heard**
10:24 18:11
20:5 38:17
81:2 121:9
135:4
151:22
207:17
224:13
246:9
**hearing**
7:19 9:2,24
10:25 18:16
19:3 21:9
30:15 63:19
103:14
125:15
146:8 196:4
196:14
198:23
236:18
**hearings**
9:14,17
12:22 54:6
129:24
198:14
**Heck**
193:19
**hectic**
151:15
**Heflin**
33:4,5 34:10
35:11 40:19
77:14,15,21
78:2,5,18
79:5,12,18
79:22 80:2
80:14
105:18,22
105:25
106:7,13,18
108:4,5,9
108:12,15
108:18,24
109:4,8,12

109:20
110:2,25
111:4
112:20,23
113:19
114:4,8,12
114:15
131:22,23
132:1
133:12,17
133:22,25
134:18,22
135:24
188:1,2,19
188:22
189:2,9
190:6,15
191:17
192:13
217:8,9,25
218:15,20
218:24
219:10,13
220:2,5,10
220:13
221:1,4,13
221:21
222:4,9,12
222:17
226:24,25
227:8,11,14
227:19,22
228:6,14,20
228:24
239:11
**Helfin**
2:16
**help**
9:22 13:11
37:3 48:10
57:19 62:17
79:23 125:6
155:8
157:10,13
157:13
161:24
165:15
166:9



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031297

USA_00020821

Hearing                                                April 6, 2009

270

| | | | | |
|---|---|---|---|---|
| 184:15,17 | 237:7 | 85:14 | 8:13,16,19 | 137:4 |
| 190:12 | **Holestein** | **hour** | 15:2 18:24 | 141:17 |
| 200:21,24 | 126:16 | 131:8 | 18:24 19:1 | 142:8 |
| 219:2 227:3 | **home** | **hours** | 19:1,2 | 143:17,20 |
| **helped** | 14:25 36:23 | 219:4,10 | 36:21 38:6 | 143:23,25 |
| 47:20 124:9 | 81:15 98:12 | **house** | 38:20 40:3 | 146:21 |
| 124:15 | 102:25 | 1:3 2:1 10:2 | 43:22,23,24 | 148:6 |
| 218:5 | 118:6,25 | 12:14 14:16 | 46:20 48:13 | 149:22 |
| **helpful** | 125:24 | 14:18 17:25 | 48:16 49:2 | 150:1,7,8 |
| 75:5 163:24 | 186:14 | 28:15,23 | 49:5,5,12 | 150:12,12 |
| **Helping** | 191:14 | 40:22 43:4 | 50:10,19 | 150:13,22 |
| 79:7 | 202:24 | 235:24 | 51:8 53:25 | 150:25 |
| **helps** | 207:4 218:9 | 238:8 | 55:2 56:24 | 151:11,13 |
| 133:3 173:13 | **homeless** | **housed** | 59:5,7,21 | 151:23 |
| **Heritage** | 138:20 | 88:20 89:7 | 60:14,24 | 152:3,4,10 |
| 83:15 | **homes** | **household** | 61:10 63:11 | 152:13 |
| **hesitant** | 79:23 147:25 | 235:21 | 63:20,22 | 153:5,19 |
| 221:7,7 | 223:20,21 | **Houston** | 64:1,20 | 158:7,9 |
| **hey** | 223:24 | 98:25 102:23 | 66:20,24 | 160:16,16 |
| 68:11 165:7 | 224:2 | 111:18 | 67:3 69:3 | 168:6,24 |
| 235:12 | **honest** | **huge** | 69:16 70:13 | 169:8,14,15 |
| **high** | 15:21 16:5 | 77:9 99:12 | 70:15,17 | 169:19,20 |
| 96:1 173:20 | 51:5 | 191:20 | 71:22 73:3 | 171:12,18 |
| 209:24 | **honestly** | **Humble** | 75:24 76:8 | 171:25 |
| 237:23 | 113:13 | 95:23 118:6 | 76:8 77:7 | 173:14 |
| **higher** | 114:10 | **hundreds** | 77:17 78:3 | 175:4 178:2 |
| 52:4 118:12 | 230:11 | 12:16 103:4 | 78:19,22 | 178:4 |
| 170:19,20 | **honor** | 112:8 | 79:1,19 | 180:22 |
| 243:1,6,9 | 45:21 46:3 | 148:10 | 81:6,21 | 184:1,6,7 |
| **highest-g...** | 94:14 | **hunt** | 82:16 83:25 | 184:18 |
| 49:20 | 132:17 | 149:8 | 92:8 94:19 | 185:3,8,12 |
| **highly** | **hook** | **hunting** | 94:24 96:22 | 185:15 |
| 11:10 | 149:17 | 26:11 | 97:7,19,20 | 186:11 |
| **hired** | **hoops** | **hurt** | 98:11,22 | 187:17 |
| 133:22 | 182:2 | 14:19,20 | 99:7,10 | 192:25 |
| **hiring** | **hope** | 17:14 124:7 | 109:19 | 193:2,11,20 |
| 35:9 130:16 | 18:16 80:24 | **husband** | 111:11,14 | 193:21 |
| **Hispanic** | 106:2 | 95:23 219:25 | 113:1,7 | 202:2,13,22 |
| 241:8 | **hopefully** | **hypothesis** | 114:2 | 202:23 |
| **historic** | 47:10 106:3 | 49:16 | 117:23 | 203:5 205:6 |
| 239:25 | 240:22 | **hypothetical** | 118:2 | 205:8,8,22 |
| **history** | **hoping** | 185:23 | 119:24 | 206:4,6 |
| 46:1 55:23 | 230:8 | | 122:23 | 207:12 |
| **hold** | **Hopson** | _____I_____ | 124:7 125:5 | 208:2,5,9 |
| 56:23 68:1 | 40:24 | **iceberg** | 125:9,12,18 | 212:1,9,14 |
| 175:25 | **horn** | 8:2,2 121:5 | 125:19 | 213:1 |
| 211:5 228:1 | 61:17 | **ID** | 126:3 132:3 | 217:21 |
| | **hot** | | 134:1 135:4 | 219:20 |
| | | | 136:3,9 | 220:1,8 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005940

TX_00031298

USA_00020822

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 49 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 158 of 223

Hearing                                                      April 6, 2009

271

221:3,6,8
221:23
222:2,5,6,8
222:9,15,16
224:4
230:18
231:3,4,22
231:24
232:1,20,24
233:18,20
234:1,1
236:16
238:24
241:5 242:6
242:6,13,20
242:25
idea
62:8,16
158:6
178:24
203:1
ideas
7:15
identific...
3:3 10:4
  18:24 22:18
  23:2,11,18
  23:19,24
  24:7,11,21
  24:22 25:1
  25:10,15,17
  25:24 26:15
  26:17,20,23
  26:25 27:6
  27:11,13,15
  27:22 31:15
  31:16,23
  32:8 33:17
  33:22,24
  35:19 36:3
  36:6 37:10
  37:16 39:14
  39:16 55:5
  57:23 58:14
  87:2,15,16
  87:21,23,25
  88:1 122:23
  125:6,21,23

126:1
155:16,16
158:18,18
160:2
177:12
184:17
189:12,15
190:17,18
207:18
208:15
209:9,11,19
211:3 212:6
220:16,24
228:9
236:24
237:1 238:2
238:10
identified
89:22 146:9
236:15
identifier
241:1
identify
33:14 35:13
37:3 95:18
102:4,19,20
155:18
162:25
identifying
107:16
identity
26:22 42:14
42:16 49:20
50:1,5
56:25 127:4
130:14
132:14
163:18
184:4
191:12
IDs
79:24 169:15
177:23
221:25
ignorance
138:10
ignore
47:7

illegal
119:21
138:19
illustrates
95:10
image
124:15
imaginary
105:10
imagine
219:15
immigrants
119:22
120:14
impact
19:5 21:11
34:13,22
36:12 85:24
99:25 168:5
168:5
169:18
173:12
174:18,20
impediments
11:8
impenetrable
50:4
impersonate
103:9
impersona...
126:24
impersona...
7:24 10:6,17
14:15 15:2
15:18 51:12
68:18,21
69:10 80:21
97:6,10
98:16
100:19
101:18
102:11
108:7
109:13,16
126:9,11
127:17,21
127:24
128:5

142:11,14
142:19
146:24
147:7
154:17
161:2
163:12
187:14
189:5,7
190:8
implement
22:22 28:4
34:18 186:4
192:5
225:13
228:19
implement...
231:10
232:12,13
233:7
234:14
implemented
60:15 76:10
155:9
157:11,13
163:20,21
186:18
190:25
193:15
242:12
important
9:14,19,19
73:9 95:11
95:13 98:1
118:13,25
119:5
120:13
123:21
125:4 134:7
134:25
144:19
175:2 193:1
226:20
impose
146:17
imposed
138:15
imposes

146:14
impossible
166:2
impressed
226:17
impression
58:12 163:25
improper
188:25
improprie...
129:12
impropriety
129:15
improve
126:5 132:20
132:21
189:5
improvement
179:8,9
184:15
inadequate
8:19
inaudible
138:4
incident
201:4
incidents
145:6
inclined
3:17
include
23:1 34:23
36:3 70:12
124:11
125:10
includes
23:21 81:15
122:22
including
22:21 26:2
130:12
145:4
148:13,14
148:20
155:21
158:3,4,4,6
174:9 198:7
218:8 229:8



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031299

USA_00020823

Hearing                                                         April 6, 2009

                                                                        272

| | | | | |
|---|---|---|---|---|
| inclusive | 64:9,16,25 | 53:4 103:23 | 238:22 | 25:11,12 |
| 12:25 | 65:17,23 | 149:2 | 239:6 241:2 | institutions |
| income | 66:12 68:1 | 170:14 | 241:23,24 | 51:3 |
| 169:18 | 68:2,13,15 | 183:21 | 241:25 | instructions |
| inconclusive | 69:2,12,13 | individually | 244:5,13,15 | 110:14 |
| 180:5,19 | 69:20 71:20 | 189:23 | 244:18 | insufficient |
| inconsistent | 72:2,9 73:1 | individuals | inherently | 176:17 |
| 110:4 | 78:21 79:11 | 2:25 | 15:12 | 177:10 |
| increase | 79:19 81:16 | industria... | initially | insure |
| 11:17 42:12 | 82:18 85:6 | 132:12 | 215:12 | 7:7 120:2 |
| 60:15 61:3 | 86:11 89:24 | 133:11 | inland | 181:8 |
| 62:16 | 93:18 113:8 | industry | 240:7 | insures |
| 151:23 | 123:22,22 | 95:25 150:20 | input | 202:16 |
| 168:18 | 123:24 | ineligible | 74:12 | integrity |
| 170:15 | 124:6,7,17 | 192:6 | inquire | 48:15 49:18 |
| 171:16 | 135:1 157:7 | inept | 73:21 | 54:20 67:12 |
| 175:10,13 | 158:17 | 190:9 | inside | 98:14 99:20 |
| 178:1 179:2 | 159:17 | infamous | 62:11 121:16 | 122:22 |
| 179:2 | 181:19 | 124:1 | insider | 125:10,11 |
| 230:20 | 213:11,13 | inference | 190:12 | 126:5 |
| increased | Indiana's | 42:3 | insiders | 132:20 |
| 49:14 159:21 | 49:4 52:12 | inflated | 148:3 | intelligent |
| 168:16,20 | 53:24 54:1 | 98:10 | inspect | 244:19 |
| 169:2 171:3 | 63:15 | influence | 84:11 216:15 | intend |
| 190:2 | indicate | 130:1 | inspectors | 33:23 |
| increases | 86:19 88:3 | inform | 218:23 | intending |
| 12:10 82:5 | 102:18 | 9:23 27:5 | instance | 37:22 103:8 |
| 85:3 151:10 | 160:9 | 228:11 | 80:20 119:18 | intensity |
| increasing | indicated | information | 121:18 | 170:18 |
| 230:23,23 | 44:16 90:19 | 22:2 23:13 | 152:16 | intent |
| incumbent | 101:9 | 35:2 69:19 | 167:10 | 3:21,25 4:5 |
| 18:2 | indicates | 85:19 | 205:2 217:2 | 5:2 19:11 |
| independence | 53:2 54:24 | 107:14 | 219:5 222:1 | 20:2 37:6 |
| 46:1 | 55:13,19 | 112:8,11 | instances | 198:25 |
| independent | 83:16 238:5 | 120:20 | 16:25 32:1 | intention |
| 133:10 | indicating | 155:11,14 | 69:6 107:16 | 171:8 |
| 212:21 | 102:14 | 162:7 | 119:20 | interest |
| Indiana | indication | 164:22 | 121:15 | 54:17 90:20 |
| 21:7,8 45:12 | 102:10,23 | 165:2 | instant | 93:24 207:1 |
| 45:14,21 | 238:1 | 176:10,17 | 51:13 | interested |
| 46:6,18 | indicted | 177:10 | instill | 3:13 7:19 |
| 47:6,14,18 | 127:13 | 203:19 | 50:11 | 8:12,24 9:2 |
| 48:13,23 | 130:18 | 208:17 | instilling | 19:3,6 21:8 |
| 49:9 51:10 | indictment | 218:7 219:1 | 50:15 | 70:11 |
| 51:11,20 | 104:7 | 221:11,16 | instituted | 229:12 |
| 52:6 53:4 | indictments | 221:17 | 230:18 | 246:14 |
| 56:3 57:18 | 129:21 | 226:6,10 | institution | interesting |
| 63:7,10,25 | individual | 236:17 | | 10:3 168:7 |



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031300

USA_00020824

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 51 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 158 of 223

Hearing                                                    April 6, 2009

273

168:22
169:1 171:1
206:13
interesti...
73:23
interests
18:3 96:12
interfere
16:22
interim
10:9,11
42:19 97:23
107:15
intermitt...
20:10
Internet
78:17 195:20
interpret...
176:23
interpret...
176:24
interrupt
105:19
112:21
interview
57:6 68:20
141:4,7
interviewed
124:25 127:9
127:10,20
127:23
128:4,9
129:7
135:13
140:6 141:6
142:17
intimidate
192:9
intimidated
141:22
intimidation
96:16
introduced
46:12 48:5
53:3 190:4
inundated
174:6

invent
47:20
investigate
58:8
investigated
119:12,19
123:25
186:7
investiga...
10:14 102:17
104:3
126:16
127:6,10
156:18
164:17
investiga...
119:8,9
investment
170:2
invite
30:13
invited
19:19
inviting
144:15
invoke
143:20
involved
17:1 53:9
96:10
126:24
129:14,19
involving
126:20
in-person
10:16 69:3,4
102:19
121:2,5
134:17
135:3 158:3
iron
97:18
ISD
118:7
isolate
86:5
isolated

85:17
isolation
139:22
issue
2:22 3:2 4:4
11:16 13:12
14:3,24
15:21 41:2
42:8 49:23
54:8 60:10
64:1 73:13
75:22,25
90:9,9,12
99:13
100:14
109:13,16
112:25
117:5
118:25
119:12,19
120:13,25
124:18,24
134:20
135:22
144:17,21
149:9 155:5
168:3
179:17
197:2 199:9
199:10
217:14,16
217:19,20
227:24
issued
21:21 24:22
25:4,6,9,11
25:24 26:3
26:5,9,12
26:17 27:11
98:1 105:10
109:5
126:19
162:9
issues
6:24 43:22
114:9 119:6
119:24
120:9 122:3

139:14
145:16
item
185:19 237:6
items
24:9 156:10
I.D
32:21 38:8
38:18 39:7
40:2 125:11
177:4

J

jail
191:22
James
95:6 104:17
104:25
January
67:19 83:24
107:15
Jim
111:17 131:1
Jimmie
95:7
Jimmy
95:5
job
16:3 98:12
190:13
201:12,13
218:19
Joelette
168:14
John
78:9,10
122:12,16
122:21
123:1,1,5
123:19
131:12,16
131:20,25
132:10
133:15,20
133:23
134:2,21,24
136:4,10,13
136:16,22

136:24
137:6,11,19
137:25
138:6,9,13
138:25
139:4,6,10
139:17,20
139:23
140:1,6,9
140:14,17
140:20,24
141:2,6,9
141:12,18
142:15,17
142:22
143:1,4,8
join
9:17
Jones
219:19
220:15,17
220:17
Journal
127:22 138:1
156:15
judge
23:9 53:11
56:15
203:23
judges
22:25 127:16
judgment
213:4
jump
182:12
jurisdiction
46:2 211:12
jurisdict...
52:13
juror
110:22
jury
119:21
126:19
127:6,11
justice
130:17 144:3
144:12



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing                                                          April 6, 2009

274

| | | | | |
|---|---|---|---|---|
| 145:10,16 | 105:3 | 193:5 | 117:24,24 | 232:23 |
| 182:21 | **Kateri** | 219:22 | 121:20,22 | 233:2 |
| 245:11 | 246:5,21 | 221:6 | 121:23 | 234:18,23 |
| **justices** | **keep** | 222:25 | 122:6 | 234:24 |
| 181:24 | 100:3,3 | 226:20 | 123:18 | 235:1,2,6,7 |
| **Justin** | 145:2 | 228:4 240:7 | 130:3 | 237:8 |
| 144:2,10,10 | 166:19 | **King** | 136:10,14 | 238:14 |
| 145:9 153:3 | 186:5 | 14:6 16:14 | 137:6 139:9 | 240:11,25 |
| 154:9,18,22 | 192:11 | 125:3 | 149:3 150:7 | 241:13 |
| 155:4,20,23 | 221:11 | **knew** | 150:15 | 242:20 |
| 156:10 | 239:19 | 169:14 | 154:11 | 243:22 |
| 157:6 | **keeping** | **know** | 156:8,8 | 244:11,15 |
| 158:24 | 117:8 | 5:13 16:2 | 158:12 | **knowing** |
| 159:12,22 | **keeps** | 18:20,20 | 159:7 | 16:1,8,11 |
| 160:19,21 | 202:17,20 | 19:25 21:7 | 160:13 | 128:21 |
| 161:3,13,19 | **kept** | 29:19 33:13 | 161:20 | **knowledge** |
| 163:22 | 234:15 | 35:16 37:14 | 163:10 | 97:9 104:7 |
| 164:3 167:7 | **key** | 41:7,8 | 164:10 | 105:20 |
| 167:23 | 62:1 79:15 | 50:25 56:13 | 165:5 166:1 | 106:18,19 |
| 169:6,24 | 127:8 | 56:20 57:7 | 171:15,19 | 108:10 |
| 170:24 | **KHOUTV** | 57:12,19 | 171:20,22 | 111:1,6 |
| 171:5,14 | 110:20 | 58:21 59:6 | 171:24 | 114:13 |
| 172:2,20 | **kids** | 59:20 60:8 | 172:4,11 | 133:2 218:2 |
| 173:6,24 | 66:6 78:19 | 60:14 62:12 | 178:23 | 219:18 |
| 174:8,25 | **kill** | 62:14 63:19 | 179:12,25 | **known** |
| 177:2,6,16 | 4:16 | 65:21 67:25 | 180:13 | 223:1 242:24 |
| 179:4 180:4 | **killed** | 68:3 73:4,5 | 186:10 | **knows** |
| 180:12 | 148:11 | 73:23 74:14 | 190:1 191:2 | 78:14 121:18 |
| 183:15,16 | **kind** | 77:3,23 | 195:16 | 219:16 |
| 183:22 | 3:13 50:24 | 80:2 81:12 | 197:13 | |
| 184:2,7 | 50:25 51:4 | 81:23 83:7 | 200:25 | **L** |
| 188:7,9,19 | 51:18 63:4 | 83:12 84:5 | 201:6,9 | **labels** |
| 188:21 | 70:8 75:6 | 84:7 85:9 | 204:18 | 89:21 |
| 189:1,6,14 | 78:14,17 | 85:10,13,14 | 205:5,23,24 | **lack** |
| 190:11,23 | 81:8 87:22 | 85:16 88:7 | 205:25 | 12:3,9 97:2 |
| 192:4,15 | 88:5 91:11 | 88:17,21,22 | 206:17 | 125:20,23 |
| 193:10,24 | 97:6 101:1 | 89:8 90:1,3 | 207:23 | 211:25 |
| 194:7,24 | 112:15 | 90:13 91:6 | 208:13 | 220:21 |
| 199:25 | 119:24 | 92:14,21,22 | 209:17 | **Lackadais...** |
| 200:5 | 129:6,10 | 96:5 102:1 | 210:11 | 138:11 |
| 220:21 | 147:2,17 | 104:8 | 211:1 | **lady** |
| 224:5 226:3 | 154:2,5,6 | 107:20 | 214:20 | 105:19 |
| 226:22 | 159:20,24 | 109:9 | 215:16 | **laid** |
| 232:7,10 | 160:8 | 110:25 | 216:17,18 | 106:3 188:14 |
| 237:6 245:8 | 172:16 | 111:5,5 | 219:21 | **language** |
| | 175:17 | 113:17 | 220:1 | 39:13 44:19 |
| **K** | 180:1 | 115:20 | 223:17 | 245:1 |
| **Kansas** | 185:15 | 116:8,10 | 225:6,14 | **large** |
| | | | 227:17 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005944

TX_00031302

USA_00020826

Hearing                                                                      April 6, 2009

275

| | | | | |
|---|---|---|---|---|
| 51:2 148:1 | 144:12 | 34:11,20 | 159:22 | 199:17 |
| 164:2 | 145:11 | **lead** | 160:12,19 | 214:14,19 |
| 231:19 | 148:3 | 99:8 111:12 | 160:21 | **leg** |
| **largely** | 149:10 | **leader** | 161:3,13,19 | 201:17 |
| 172:17 | 155:5,17 | 46:2 | 162:15,20 | **legal** |
| **larger** | 160:1,4 | **leaders** | 163:2,22 | 7:7,9 8:20 |
| 62:19 219:14 | 167:12 | 45:22 46:23 | 164:3 | 19:5 21:13 |
| **largest** | 168:24 | 47:19 | 166:18 | 37:25 56:7 |
| 99:22 | 169:25 | **leadership** | 167:7,23 | 119:20 |
| **Larry** | 171:18,21 | 61:14,15 | 169:6,11,24 | 145:15 |
| 127:25 | 176:23 | 96:3,19 | 170:16,24 | 191:8 |
| **laser-like** | 177:3,18 | 135:19,20 | 171:5,14 | 214:21 |
| 64:14 | 179:13,14 | **leading** | 172:2,20 | 215:8 |
| **lastly** | 179:20 | 130:13 179:6 | 173:6,24 | **legally** |
| 128:22 | 181:21 | **League** | 174:8,15,25 | 214:17 |
| **late** | 184:23 | 62:5 | 175:8,19 | **legislation** |
| 31:19 75:20 | 185:5 190:8 | **learn** | 176:1,22 | 3:9 6:18 |
| 114:21,23 | 191:7 195:1 | 52:12 96:8 | 177:2,6,16 | 8:11 31:13 |
| 226:19 | 195:12 | **learned** | 178:6,10,22 | 32:7 33:12 |
| **latest** | 228:22 | 130:9 | 179:4 180:4 | 37:20 40:5 |
| 166:14 | 229:15,16 | **leave** | 180:12 | 48:10 53:5 |
| **Lavaca** | 242:11 | 42:22 61:21 | 181:5 | 55:3,5,17 |
| 102:22 | 243:23 | 80:12,24 | 182:11 | 57:13 61:13 |
| **law** | 244:5 | 82:11 | 183:16,22 | 83:2 85:1 |
| 16:23 20:9 | **laws** | 118:20 | 184:2,7,12 | 87:3 96:22 |
| 21:7,10 | 16:21,24 | 123:8 | 185:22 | 146:13,16 |
| 22:3 24:3 | 83:25 148:7 | 131:15,17 | 186:5 187:2 | 146:20 |
| 30:4 31:23 | 152:3,4 | 131:19 | 187:23 | 179:23 |
| 40:8 44:18 | 169:19 | 134:15 | 188:7,9,21 | 181:16 |
| 46:21 47:8 | 182:23 | 143:5 145:3 | 189:1,6,14 | 182:10 |
| 53:17 54:2 | 228:18,19 | 159:6 | 190:11,23 | 195:10 |
| 54:6,13 | **lawyers** | 163:14 | 192:4,15 | **legislative** |
| 57:1 61:19 | 47:3 53:14 | 169:24 | 193:10,24 | 208:1 233:13 |
| 61:20 63:12 | **lay** | 176:15 | 194:7,24 | **legislator** |
| 87:20,22 | 3:6,23 8:7 | 177:6 | 199:25 | 12:9 110:8 |
| 88:4,19,20 | 13:23 18:17 | **leaves** | 200:5,9 | **legislature** |
| 89:8 92:25 | 23:25 | 204:20 | 220:21 | 1:5 124:19 |
| 93:1,4 | 157:23 | **Leavitt** | 224:5 226:3 | 135:18 |
| 98:23 99:23 | **laying** | 144:3,6,10 | 226:22 | 234:13 |
| 99:24 | 3:8 24:3 | 144:11 | 232:7,10 | 244:25 |
| 100:15 | **layoffs** | 145:9 153:3 | 237:6 245:8 | **legitimate** |
| 123:22 | 118:7 | 154:9,18,22 | **led** | 35:14 56:8 |
| 124:7,17 | **layout** | 155:4,20,23 | 48:7 | 122:4 |
| 133:16 | 160:4 197:10 | 156:1,10 | **leeway** | **length** |
| 135:4 | **lays** | 157:6 158:1 | 188:17 | 4:11 20:1 |
| 138:11,15 | 20:24 | 157:6 158:1 | **left** | 119:20 |
| 140:11 | **LBB** | 158:13,20 | 72:16,19 | 146:16 |
| 142:8 144:4 | 29:15,20,22 | 158:24 | 163:25 | 207:22 |
| | | 159:3,10,12 | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005945

TX_00031303

USA_00020827

lessen
181:3
letter
176:19 177:9
177:12
letting
14:2 220:9
let's
16:4 31:13
39:4 69:11
100:3
163:14,16
163:18,19
186:22
202:12
level
58:7 73:25
96:2 126:9
170:6
172:23
leveled
131:2
levels
81:25
liberal
83:12 87:10
88:19 89:4
89:6,17
181:23
library
26:8,10
license
24:22 25:8
25:21 26:5
26:11,16,19
43:23 62:13
78:25
138:16
164:21
176:13
185:14
202:5,13
205:2,4,7
205:11,23
206:11
220:16,22
221:22,24
232:16,21

233:18,24
233:25,25
licenses
138:17
lied
76:16
life
125:19
lifelong
99:14 111:16
life's
50:2
lift
147:21
light
5:11,14,21
69:16
143:24
lightning
148:11
limit
4:11 120:9
196:22
198:15
limitation
153:6
limitations
152:21
limited
5:18 146:18
Lincoln
47:19
Lincoln's
47:16
Linda
9:7 220:15
220:16,17
line
43:6 73:12
73:15
150:11
151:8 203:3
220:7 228:3
228:8
lines
62:6
list

7:23 23:10
24:6,10,15
24:17 31:14
31:15,17
32:8 35:18
35:24 36:2
44:16 86:25
99:3 129:1
165:20
166:23
167:1,5
177:7
189:25
235:20
listed
82:20 107:1
107:2
listen
19:13 120:12
listener
12:23
listening
29:6 201:1
lists
35:23,25
155:14
165:20,21
165:22
literacy
141:21
literally
86:24
little
5:2 60:20
65:18,19
68:15,18
84:7,9
89:23
120:17,24
126:8 128:3
130:3 154:4
160:24
184:19
201:9,22
204:10,21
215:1 218:9
224:20,20
225:8,18

236:5
live
16:1,11 48:3
49:8 60:18
65:19,22
95:22
150:24
152:2,3
167:21,23
167:24
lived
211:14
lives
14:7 16:22
17:2
living
80:8
loaded
64:7
loathe
129:1
local
30:2 33:25
34:13,14,21
36:12 85:15
130:12
138:4,7
171:6,7,8
located
26:10 124:10
location
23:12 218:2
221:18
locations
60:18 99:4
104:16
log
192:21
logical
113:25 169:4
169:7
long
3:4 13:9
14:5 93:23
114:24
118:22
126:13,19
139:10

141:19
165:18
194:1,1,3
196:9,9
197:2 201:2
217:2
226:12
231:6 235:8
longer
11:21 166:5
166:6,12
225:8,25
longest
225:22,23
longstanding
148:4
look
12:18 16:13
18:2 44:17
81:13 147:5
148:24
168:8,9,10
173:19
174:11,12
203:12
204:5,16
205:23,24
206:1
216:20
217:3,22
232:19,21
232:22
233:3
235:13
236:3
241:18
looked
15:13 52:1,3
85:16 87:8
157:1
194:16,16
195:17
looking
7:13 17:4
19:6 44:10
47:2 71:25
84:6 149:14
152:21



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing
April 6, 2009

277

| | | | | |
|---|---|---|---|---|
| 156:4 161:9 | 227:16 | 235:9,11 | **March** | **material** |
| 205:21 | **loved** | 239:16 | 102:24 | 19:5 84:8 |
| 244:2 | 201:1 | **main** | **marched** | 90:6,8 |
| **looks** | **low** | 176:12 | 14:7 | 179:23 |
| 52:21 | 11:4 48:22 | **mainstream** | **marchers** | 182:8 |
| **looksey** | 73:6 | 126:6 | 14:6 | 229:10 |
| 236:5 | **lower** | **maintaining** | **margin** | **materials** |
| **lose** | 169:18 | 157:18 | 107:12 | 28:4,9 |
| 32:19 48:19 | **lowest** | **maintains** | **marginal** | **matter** |
| 113:24 | 11:5 134:2 | 22:6 | 179:19 181:3 | 37:23 121:14 |
| 206:19,19 | 134:20 | **major** | **marginally** | 122:3 129:2 |
| **losing** | **Lucy-goosy** | 99:5 129:20 | 162:25 | 187:4 |
| 207:1 | 86:23 | 146:3 149:9 | **Marion** | 201:16 |
| **lost** | **Luther** | 155:2 | 54:25 55:1 | 225:16 |
| 54:15 97:4,5 | 125:2 | **majority** | 55:15,24 | **matters** |
| **lot** | | 33:10 37:8 | 57:8 73:19 | 50:14 |
| 16:4 28:24 | — **M** — | 56:17 182:5 | 90:2 141:8 | **Mayor** |
| 38:15 53:13 | **M** | 212:13,25 | 151:17 | 125:1 |
| 54:6 69:9 | 217:2 | 216:2 | **mark** | **ma'am** |
| 77:2,3,25 | **machine** | **making** | 9:1 14:19 | 38:9 |
| 85:13 | 78:16 | 9:5 50:13 | **marked** | **McCain** |
| 109:25,25 | **machines** | 54:9 60:18 | 77:17 | 170:3 |
| 120:6 121:2 | 78:16 97:3 | 64:12 117:8 | **marriage** | **McGeehan** |
| 121:4,11 | **Magazine** | 123:14 | 25:21 | 199:19 |
| 125:19 | 83:21 | 151:9 170:4 | **married** | **mean** |
| 133:7 153:7 | **magic** | 172:18 | 220:18 | 15:13,13 |
| 153:7 | 49:12 63:22 | 173:9,25 | **Martin** | 29:19 37:19 |
| 165:13,16 | **magnitude** | 185:18 | 125:2 | 52:17,18 |
| 174:4 | 107:7 | **man** | **Mary's** | 63:9 84:23 |
| 189:21,22 | **mail** | 47:14 102:20 | 92:6 | 87:6 161:15 |
| 205:15,19 | 22:2 36:22 | **mandate** | **match** | 161:17 |
| 206:5 207:7 | 76:4 218:4 | 238:10 | 155:13,15 | 168:9 169:4 |
| 215:10 | **mailed** | **mandated** | 165:6 | 179:5 |
| 219:15 | 64:17 | 244:4 | 204:17,19 | 183:23 |
| 223:1,12 | **mailing** | **mandates** | 204:19 | 184:1 186:3 |
| 225:7 | 68:24 69:5 | 243:23 | 210:23,25 | 189:6 |
| 241:21 | 195:4 | **mandatory** | 214:16 | 217:20 |
| 242:16,18 | **mail-in** | 32:12 238:2 | 216:2,10,21 | 220:11 |
| 242:22 | 10:23 68:23 | **manner** | 216:22 | 224:18 |
| 243:3,22 | 69:7,13 | 5:22 29:24 | 237:1 | 227:5 |
| **lots** | 70:10,13,19 | 41:2 59:18 | **matched** | 238:13 |
| 85:15 149:13 | 72:1 75:13 | 229:11 | 55:22 164:22 | 242:17 |
| 149:13,13 | 75:20,22,24 | **manual** | 211:23 | **meaning** |
| 164:15 | 127:7,7 | 110:15 | **matches** | 112:18 |
| **Louisiana** | 188:23,25 | **map** | 217:2,3 | **meaningful** |
| 129:8 | 232:5,6 | 159:20 | **matching** | 85:24 |
| **love** | 234:10 | **mapped** | 97:15 156:20 | **means** |
| 63:14 137:16 | | 112:9 | | 5:11 50:23 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005947

TX_00031305

USA_00020829

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 56 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 163 of 223

Hearing                                                           April 6, 2009

278

51:22,24
52:19 149:6
151:11,14
158:8
178:11
181:2
191:16
199:4
**meant**
39:1 80:25
99:2
**measure**
66:20 67:11
**measured**
201:14
214:10
**measures**
48:9,15
71:21,22,23
76:9 100:3
139:18
**mechanics**
28:25 163:18
163:19
**mechanism**
56:3
**media**
12:21 42:21
163:25
214:25,25
**Medicaid**
26:2
**medical**
53:15
**Medicare**
26:2
**medium**
186:24
**meeting**
9:15 206:14
206:24
**meetings**
206:22
**mega**
66:1,3
**member**
3:18 7:3
13:22 14:17

14:18 37:14
102:21
178:8
203:21
212:20
216:15
243:14
**members**
4:13 5:17,23
6:2 9:11,11
11:2,16,23
11:24,24
12:8,21
15:9,11
21:3 28:11
36:15 54:8
54:20 59:25
60:6 74:23
75:5 82:21
91:15 95:2
108:3
112:12
114:18
117:14
123:12
144:15
160:24
164:1
197:20,22
198:3,19
200:2
222:21
229:2
238:16
240:15
**mention**
147:19
152:19,23
158:6
**mentioned**
53:13 63:3
66:23 70:25
75:11 79:15
123:20
145:9
147:18,18
148:4
156:14,22

156:24
158:10
184:16
189:17
192:16
195:5
201:11,24
203:10
211:17
233:1
**mentioning**
104:13
233:23
**met**
26:25 228:9
**method**
145:18
202:15,16
202:16
**methodology**
29:15 30:10
**methods**
127:2
**metrics**
161:20
**Miami**
157:12 235:8
**Michael**
104:12,15
200:10,12
200:13,17
200:23
201:7
207:14,21
208:6,10,18
208:24
209:2,10,20
209:22
210:5,9,14
210:24
211:4,21,24
212:8 213:2
213:5,7,15
213:21
214:5,23
215:10
216:6,13,23
217:13

218:1,18,21
218:25
219:11,21
220:4,6,11
221:2,9,15
221:24
222:7,11,14
222:19
223:4,7,14
223:23
224:10,19
224:23,25
225:14
226:4,14,16
226:18
227:4,9,13
227:16,21
227:25
228:7,17,21
229:1,4,8
229:13,20
229:25
230:5,8,12
230:21,25
231:4,7,9
231:15,18
232:8,11
233:14,17
234:12,18
234:22
235:16
236:10,21
236:25
237:4,11,17
237:21
238:4,13,23
239:3,17,22
240:6,22
241:9,13
242:3,15
243:8,19,21
243:25
244:4,10
245:5
**Michigan**
79:1,3
193:15
**microscope**

231:16
**middle**
77:4 96:1
125:9
**midnight**
4:18,23,25
20:7 36:16
199:13,14
**mildly**
162:15
**miles**
68:1,5,5
**military**
25:1 222:15
235:5
**Millial**
49:6
**million**
8:25 29:14
29:18 30:9
34:12 62:23
64:7 65:2
167:1 237:8
237:9,16,19
237:20,22
**millions**
148:10
**Milwaukee**
105:16
106:22
**mind**
5:7,20 15:14
61:9 88:15
107:24
119:25
120:11
124:20
172:10
**minds**
123:22
**mine**
53:15 66:13
81:20
124:13
221:11
**minimizing**
182:9
**minimum**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031306

USA_00020830

Hearing                                                    April 6, 2009

279

215:22
234:15
**minor**
107:9
**minorities**
15:3 17:7
**minority**
14:23 23:24
37:11,12,18
37:25 78:4
88:5 150:9
160:10
**minuscule**
58:15
**minute**
5:11 8:8
235:23
**minutes**
5:12,13,14
5:16 20:14
21:3 47:10
67:7 72:16
72:19
114:11,12
131:5,11
150:17
187:24
188:4 194:1
195:25
196:1,20,24
197:12,18
197:19,20
199:18
203:3
240:21,23
**misconstrued**
94:21
**miserable**
178:2,19
**miserably**
178:5
**Mississippi**
172:1
**Missouri**
49:7 83:19
86:9
**misspoke**
210:15

**mistake**
14:25 110:23
149:1
**mistaken**
178:16
**misunders...**
101:22
197:17
**MIT**
67:19
**mix**
222:3
**mixed**
58:3
**mobile**
79:25
**moderate**
35:10
**modern**
150:25
**mom**
53:18
**moment**
3:7 8:8
43:20
185:17
**Monday**
215:1
**money**
35:12 62:9
65:13 171:7
172:13
173:10
174:4
225:19
231:23
232:3
**monthly**
167:12
**months**
116:15
**mood**
48:21
**moot**
70:21
**morning**
124:4 164:12

215:2
**mother**
102:21
**mothers**
53:14
**motivated**
149:12
**Motor**
66:16 79:20
165:4
**mouthful**
48:3
**move**
45:2 74:23
91:17
112:24
192:25
193:11
227:11,14
231:22
**movement**
16:20 124:23
**moves**
17:23,24
**movie**
132:4 137:4
137:8
**moving**
42:14
**Moylo**
86:10
**multiple**
107:4
**myriad**
209:11 218:4
**M-o-y-l-o**
86:10

**N**

**nail**
207:11
**name**
25:23 26:9
44:24 46:8
87:13 95:18
95:22
106:23,24

113:1
122:18,24
128:15
132:11
143:20
144:9,10
162:18
165:1,2,9
219:2
220:15,22
**names**
74:1,8 98:17
126:25
128:6,8,10
141:10
165:14,17
**narrow**
8:22 80:10
**narrowing**
222:15
**narrowly**
15:10 54:12
**nation**
52:6
**national**
137:23 149:9
171:2,23
187:7,8
**nationally**
7:25 175:11
**nationwide**
169:2
**nature**
171:6
**near**
11:21 12:4
14:3 102:25
110:18
156:12
**nearing**
71:18 76:19
**Nebraska**
83:23
**necessarily**
76:8 133:1
135:9
181:16
221:16

**necessary**
153:6 193:12
**need**
16:23 30:11
31:4 32:21
36:4,17
39:25 40:1
48:3 70:17
97:1 109:14
111:24
118:5,16
120:9
122:22
123:17
131:7 132:7
132:19,21
132:23
135:23
143:19
153:7
191:23
196:9 218:7
221:21
244:23
**needed**
34:18
**needing**
76:16
**needs**
17:1 40:10
52:8 189:8
**negative**
12:14 174:18
174:20
192:2
**neglected**
93:16
**negotiable**
146:19
**neighborhood**
58:21 83:10
**neighboring**
171:25
**neighbors**
79:13
**neither**
246:10
**nervous**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031307

USA_00020831

Hearing
April 6, 2009

280

| | | | | |
|---|---|---|---|---|
| 112:18 | 198:21 | normally | 76:1 | nuns |
| **neural** | **nights** | 204:1 | **no-identi...** | 92:5 93:3 |
| 165:14 | 226:19 | **northern** | 159:19 | 140:4,7,9 |
| **neutral** | **night's** | 129:8 133:14 | **number** | 141:6 |
| 200:16,18 | 196:16 | 133:16,18 | 4:15 7:18 | **nursing** |
| **Nevada** | 198:20 | **notable** | 22:15 36:25 | 36:23 79:23 |
| 130:5,15 | **nine** | 147:10 | 37:2,7 | 125:24 |
| **never** | 5:23 57:17 | **notably** | 42:13 57:20 | 147:24 |
| 16:21,21 | 81:7 219:15 | 147:13 | 58:12 59:14 | 223:20,21 |
| 80:11 82:12 | **Nixon** | **note** | 73:6,9 | 223:24 |
| 125:25 | 126:17 | 10:3,20 | 85:14 90:14 | 224:2 |
| 198:15,17 | **nominated** | 20:14 29:12 | 107:16 | **NYU** |
| **nevertheless** | 22:13 | 29:12,13,14 | 110:11 | 88:19,20 |
| 56:6 | **nominee** | 29:25 30:7 | 148:6 | 144:12 |
| **new** | 96:6 | 30:9,14 | 153:20 | 145:10 |
| 29:11,14 | **non** | 33:6 34:2 | 164:22 | **N.D** |
| 30:6 33:6 | 73:16 97:12 | 50:17 | 166:25 | 143:14 |
| 35:8 54:9 | 160:16 | 124:21 | 167:6 | |
| 63:13,25 | 207:20 | 192:15 | 176:13,14 | **O** |
| 64:1,16,18 | **non-citizens** | **notes** | 185:1 199:2 | **oath** |
| 84:3 89:8 | 97:19,20,24 | 128:10 | 199:16 | 76:15 97:17 |
| 111:12 | 102:22 | **notice** | 209:24 | **Obama** |
| 112:10 | 109:1,5 | 21:16,23 | 210:18 | 17:16 63:15 |
| 132:24 | **non-commi...** | 22:6,9 23:9 | 212:7 | 170:3 |
| 133:2 144:3 | 117:14 | 29:11 | 213:10,12 | **observer** |
| 164:25 | **non-issue** | 194:11,12 | 213:12 | 50:21 |
| 166:10 | 58:10 | 194:13,19 | 218:10,11 | **obtaining** |
| 167:21,24 | **non-partisan** | 195:6 | 225:1 237:7 | 26:1 27:12 |
| 168:1 | 110:5 145:12 | **notification** | 240:3 | 39:16,17 |
| 195:10 | 145:13 | 116:8 | 242:12 | **obvious** |
| **newer** | **non-photo** | **notify** | 243:1 | 129:1 134:3 |
| 63:5 | 18:24 24:7 | 115:9 | **numbers** | 163:14 |
| **newly** | 82:23 160:3 | **notifying** | 94:4 98:20 | **obviously** |
| 99:3 | 160:6 | 22:2 | 156:12 | 5:17 33:9 |
| **news** | 169:15 | **notion** | 168:9,13,21 | 108:1 119:4 |
| 124:4 127:22 | 181:1 222:5 | 18:13 122:21 | 170:14 | 156:3 |
| 164:12 | **non-photo...** | 154:20 | 172:7 | 168:21 |
| **newspapers** | 23:11,19 | **notorious** | 173:10 | 217:6 |
| 105:6 215:23 | 24:10 25:17 | 156:16 | 195:17 | 239:18 |
| **next-to-last** | 31:16 32:8 | 164:11 | 210:1 211:5 | **occasionally** |
| 11:21 | 35:19 36:6 | **November** | 212:10 | 242:6 |
| **night** | **non-provi...** | 105:14 | 236:18 | **occasions** |
| 4:15 15:22 | 208:4 | 111:19 | **numbers-wise** | 182:12 |
| 16:8 30:15 | **non-speci...** | 172:12 | 243:9 | **occur** |
| 49:1 50:20 | 26:20 | **no-excuse** | **numerous** | 20:13 35:5 |
| 118:22 | **non-tradi...** | 69:4,20 | 97:12 | 50:5 52:18 |
| 196:17,18 | 62:10 | 234:10 | **nun** | 107:4,25 |
| 197:6 | | **no-fault** | 93:1 | 129:17 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005950

TX_00031308

USA_00020832

147:23
161:15,17
161:21
236:4
**occurred**
81:21 103:3
105:2
**occurring**
121:8
**occurs**
7:10 8:3
19:8 35:6
51:5,16
100:18
107:10
121:1,11
161:11
**October**
98:24
**offer**
12:8
**offering**
23:16 68:8
**office**
38:7,16
53:25 55:18
79:15 97:12
98:8 99:17
108:19
110:7,10
112:1,6,9
113:23
114:7
115:25
117:3
162:14
167:13
203:12
204:9,10,21
206:7,9
214:10
215:24
221:20
**officer**
23:3,16 27:4
27:21
**offices**
114:22 130:8

138:5,8
**official**
43:22 68:25
200:18
201:5
203:15
206:18
222:9
223:17
226:12
231:20
**officials**
151:11
206:16
**offsetting**
7:11
**Oftentimes**
113:19
**oh**
176:11
221:13
237:4
**okay**
20:21 21:2
30:19 31:7
32:3,10,14
37:5,5 38:3
40:25 41:9
42:7 44:20
44:25 45:1
45:4 46:16
58:11,18
59:23 62:24
67:24 68:14
69:22 71:10
72:12 74:5
78:7,18
79:5 84:5
86:2,13
88:8 89:20
92:4,11
93:8 101:15
101:21
102:2,7
104:21
107:23
108:3,9,15
108:18

109:8,12
110:2
112:20,22
114:4,15
115:24
116:2,18
136:23
137:13,13
139:8,25
140:8
141:11
143:2
153:25
155:22,25
157:25
158:10
159:9,11,16
160:17,22
161:6
162:19,22
163:3,23
174:15
176:7 177:5
177:8 181:7
185:21
188:18
193:20
206:2
207:10,15
208:7,13
209:1,21
210:22
212:2 213:9
214:3 217:7
217:9,25
218:10,20
218:24
220:5,8
221:1,4
222:4,20,23
224:24
227:19
229:2,6,15
230:25
231:8,21
232:10
235:23
236:9,10,22
238:4,15,20

240:18
242:10
243:13
244:7 245:2
**old**
41:19 48:25
110:21
166:11
194:15
**older**
71:5 219:16
223:3,7,13
240:1
**once**
3:23 14:14
14:16 49:17
98:4 134:8
217:10
**onerous**
55:4,5
207:16
**ones**
19:19,19
33:20 51:20
56:12 61:4
153:17
188:2 211:8
215:7
218:25
241:18,19
241:21
242:4
**one's**
15:16 156:15
**one-bedroom**
236:1
**ongoing**
10:13
**on-site**
217:15 218:5
218:9,14
224:2 227:3
**open**
15:14 62:6
70:5,6 74:3
74:6,17
118:8
206:15

**opening**
3:11,19 9:5
9:8 13:23
18:10,11
20:1 167:18
**operate**
73:11
**operated**
126:21
198:18
**operates**
132:17
**operating**
5:22
**opinion**
50:12 53:1
54:24 55:14
55:15 102:3
121:14,25
142:4
181:13,22
219:22
**opinions**
56:1 122:4
**opportunity**
3:19 5:25
6:3 20:17
21:5 30:16
55:1 91:21
103:23
106:4,11
125:10
136:8 151:6
202:17
223:25
**opposed**
124:18
191:25
**opposite**
67:20
**opposition**
131:10
**oppositional**
154:3
**option**
191:2
**options**
207:22



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031309

USA_00020833

Case 2:13-cv-00193   Document 663-4   Filed on 11/11/14 in TXSD   Page 60 of 84
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-3   Filed 06/20/12   Page 167 of 223

Hearing                                                                April 6, 2009

282

| | | | | |
|---|---|---|---|---|
| order | 168:16 | 25:14 | 80:23 83:2 | 15:20 |
| 2:2 6:8 | 241:17 | parallel | 85:18 102:4 | passive |
| 15:21 17:11 | overburdened | 230:19 231:2 | 102:19 | 225:5 242:16 |
| 31:20 36:25 | 114:6 | parameters | 146:20 | 242:17 |
| 39:7 59:19 | overdue | 54:18 90:20 | 152:25 | passport |
| 127:15 | 93:23 | 91:13 93:25 | 154:12 | 25:6 78:22 |
| 146:10,21 | overturned | pardon | 159:14 | 92:12 |
| 153:8 | 235:8 | 115:4 208:12 | 169:14,19 | 233:19 |
| 165:12 | overwhelming | 210:15 | 174:10 | passports |
| 184:3 | 16:25 33:10 | 233:4 | 199:1 | 92:9,10 |
| 188:13 | 37:8 | parents | 207:13 | Paul |
| 193:2 | overzealous | 120:14 | 214:9 | 97:17 |
| 213:13 | 74:18 | parking | 238:17 | pause |
| 231:25 | over-comm... | 205:18,19 | particularly | 140:5 |
| ordered | 218:13 | Parks | 9:2 146:6 | pay |
| 126:17 | over-reli... | 26:12 | parties | 34:15,16,17 |
| organizat... | 183:10 | part | 246:12 | 224:18 |
| 22:11 | | 5:16 9:19 | partisan | paycheck |
| original | **P** | 12:23,25 | 10:1 52:3 | 44:23 |
| 25:20 195:25 | pack | 18:18 23:5 | 56:16,17 | payers |
| 216:10 | 195:3 | 37:24 56:15 | 99:13 129:2 | 45:13 |
| ought | page | 62:18 66:7 | 130:1 | Peace |
| 46:24 68:12 | 44:18 53:1 | 134:15 | partisanly | 245:11 |
| 113:2 | 107:14 | 135:18,23 | 51:23 | peculiar |
| 133:25 | 146:2 | 153:3,5 | partisanship | 6:13 |
| 174:23 | 179:17 | 160:13 | 96:14 | Pena |
| ourself | 228:5,6,7 | 190:14 | partnership | 2:6,7 3:8 |
| 120:9 | pan | 194:25 | 79:14 | 20:23,24 |
| outcome | 164:17 | 204:2 | parts | 45:6 |
| 12:13 29:17 | panel | 224:13 | 47:17 49:21 | penalties |
| 107:5 | 5:17 9:4 | partially | party | 76:17 |
| 246:14 | 197:21 | 83:13 | 22:13 52:1,3 | penalty |
| outlined | panelists | participate | 89:14 148:2 | 71:1,15 |
| 76:10 | 8:10 | 63:25 67:16 | 212:21,21 | 235:12,13 |
| outreach | paper | participated | pass | people |
| 61:25 64:9 | 81:14 82:20 | 11:13 173:2 | 16:21,21,24 | 4:18 6:10 |
| 64:13,14 | 97:3 148:20 | participa... | 65:23 80:14 | 8:23 11:9 |
| 79:10 227:5 | 161:23 | 11:9 | 99:22 166:3 | 15:3,4,6,9 |
| outside | 162:2,12,13 | participa... | 229:15 | 15:20 16:9 |
| 20:14 23:12 | 162:15,16 | 9:13 11:4,5 | passed | 16:12,13,14 |
| 62:11 69:7 | 162:23 | 11:22 12:3 | 9:25 12:14 | 16:16 18:1 |
| 121:16 | 191:13 | 12:5 96:16 | 13:17 16:8 | 21:8 23:23 |
| 122:5 162:7 | 192:19 | 132:9 | 57:13 61:11 | 23:24 24:3 |
| 203:19 | 204:14,15 | 172:24 | 70:24 75:14 | 30:14 33:20 |
| 232:13 | 218:3 | 191:25,25 | 75:16 | 34:7 35:4 |
| outweigh | papers | particular | passing | 35:13,21 |
| 146:4,13 | 70:11 | 43:2 56:19 | 53:23 195:10 | 36:22 37:9 |
| overall | paragraph | 60:10 66:7 | passionate | 37:11 38:1 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005952

TX_00031310

USA_00020834

Hearing                                                                April 6, 2009

283

| | | | | |
|---|---|---|---|---|
| 38:15 41:19 | 163:8,13 | 168:25 | 26:17 27:11 | 4:4 172:22 |
| 45:20 46:1 | 164:7,8,14 | 169:3 171:3 | 27:12 29:1 | **perspectives** |
| 46:14 48:16 | 165:13,14 | 171:4,17 | 29:4 38:20 | 3:2 4:1,2 |
| 48:17,23 | 165:16,17 | 175:12 | 39:15,15 | **petitioner's** |
| 49:19 57:22 | 165:21 | 205:4,10,12 | 46:17 50:7 | 53:3 |
| 58:13 60:19 | 166:2,4,10 | 205:22 | 54:5 70:7 | **phantom** |
| 67:2,9,14 | 166:11,19 | 206:18,19 | 78:22 97:25 | 98:15 |
| 68:20 72:16 | 166:23 | 209:4 213:6 | 102:24 | **phenomenon** |
| 73:10,19,22 | 167:1,1,4 | 213:8,10 | 121:21 | 149:23 |
| 74:19 75:8 | 177:3 | 232:16,23 | 126:2 | **phone** |
| 77:3,22 | 178:12 | **percentage** | 128:17,18 | 73:14 |
| 79:7,24 | 179:13 | 33:15,20 | 145:5 | **phones** |
| 80:11 81:10 | 184:17,23 | 34:5 37:23 | 148:25 | 149:16 |
| 82:7 89:24 | 187:17,19 | 38:1 59:12 | 156:22 | **photo** |
| 90:9 91:23 | 187:21 | 59:16 | 163:17 | 18:24,25 |
| 94:2 96:20 | 191:1 192:6 | 125:20 | 165:1,2 | 19:1,2 |
| 97:12 98:20 | 192:12 | 170:14 | 182:6 183:4 | 23:17,24 |
| 100:3 105:7 | 193:1,9,22 | 208:16 | 190:19 | 27:22 36:21 |
| 105:11 | 195:7,20 | 210:1 | 193:3,4,18 | 46:20 48:13 |
| 110:12 | 196:16 | 243:11 | 193:20 | 48:15 49:5 |
| 115:12,15 | 197:12 | **percentages** | 205:17 | 49:12 50:10 |
| 116:15 | 199:19 | 58:20 | 216:8,12,16 | 50:19 51:8 |
| 121:16 | 209:17 | **perfect** | 217:4,6 | 53:25 55:2 |
| 123:25 | 211:19 | 216:22 | 220:7,14 | 56:24 60:24 |
| 124:16,18 | 212:5 | **perfectly** | 225:6 235:1 | 61:10 63:11 |
| 124:22 | 214:17 | 147:16 | 238:24,25 | 63:22 64:1 |
| 125:5,12,20 | 215:6 223:1 | 192:12 | **personal** | 64:20 66:20 |
| 126:6,11,13 | 223:3,13 | 212:19 | 24:22 26:17 | 66:24 67:3 |
| 127:9,10,17 | 227:6 232:1 | **peril** | 27:12 39:14 | 69:3,3,16 |
| 127:20,23 | 234:18 | 137:15,24 | 39:16 53:22 | 70:13,15,17 |
| 128:4,7,9 | 242:12 | 139:15 | 114:13 | 70:21,21,22 |
| 128:11 | 243:5 | **period** | 219:18,21 | 71:21 75:24 |
| 130:12 | **people's** | 5:15 114:24 | **personally** | 76:8,8 77:7 |
| 132:13 | 16:22 17:2 | 151:15 | 50:15 81:19 | 78:3 82:18 |
| 133:3,3 | 18:12 74:21 | 197:3 | 127:20,23 | 82:19 87:2 |
| 136:13 | 122:4 124:7 | 198:19 | 130:24 | 87:16 88:1 |
| 138:20 | 142:10 | **perjury** | 142:18 | 92:8 97:7 |
| 141:8,15,20 | **percent** | 71:1,16 | **persons** | 109:19 |
| 142:10,17 | 22:14 33:18 | 76:18 | 121:19 165:7 | 122:23 |
| 142:22 | 36:25 49:10 | **permit** | 166:16 | 125:5,12 |
| 146:24 | 50:7 83:8 | 26:3 207:24 | **person's** | 134:1 137:4 |
| 147:20,23 | 86:11,15,16 | **permitted** | 25:2,4,10,21 | 142:8 150:8 |
| 149:14 | 87:18 96:11 | 155:17 | 25:22 26:9 | 150:12 |
| 150:6 | 125:21 | **person** | 26:21,22 | 151:23 |
| 152:13 | 158:11,23 | 17:13,23 | 27:10 | 152:3,4 |
| 156:5,6,12 | 167:3 | 24:23 25:4 | 162:18 | 153:5 160:3 |
| 156:17 | 168:16,20 | 25:7,9,25 | 165:9 184:9 | 160:4,5,16 |
| 157:8,21,22 | 168:23,24 | 26:4,6,9,12 | **perspective** | 160:16 |
| 158:3 160:3 | | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005953

TX_00031311

USA_00020835

164:17
169:15,19
169:20
177:23
178:2,4
184:6,18
185:11
192:25
193:11
206:1,10
207:12,19
208:5,9,15
220:24
221:2 222:1
222:6 224:4
230:18
231:3,4,22
232:21
236:16,24
238:2,10
**photograph**
25:2,5,11,15
26:21
183:20
184:9
185:18
186:23
**photographic**
23:10 24:21
27:14 31:15
33:11,16,22
33:24 35:18
36:3 37:9
37:16
**photos**
207:20
**phrase**
182:12
**picking**
172:5
**picture**
38:12,14
193:19
**piece**
3:9 6:17
31:12 38:20
48:10 62:25
63:1 79:1

**piecemeal**
140:1 141:16
231:3
**pile**
134:9
**pill**
49:12 63:22
**pilot's**
26:5
**place**
23:11,17
27:25 34:25
36:5 59:8
77:4 99:23
102:16
112:18
164:22,23
178:24
179:14
186:18
190:8
204:25
223:1
224:11,12
230:19
235:15
238:3
243:23
**places**
188:23
**placing**
89:21
**plan**
5:1 61:22
**plane**
136:3,9,21
150:19
**playing**
81:25
**please**
2:3 6:14
30:14 46:9
47:5 95:18
98:15 99:21
144:8
**pleased**
50:17
**pleasure**

94:9
**plenty**
13:15
**plus**
162:6 237:8
237:8
**point**
3:7 5:15
13:14 14:22
32:19 36:16
39:12 40:7
57:10 63:23
63:24 64:2
64:6,11,12
65:2 66:4
74:13 77:5
77:7 93:19
115:10
126:7 137:3
158:23
170:13,22
171:11
173:9,23,25
174:7 180:3
184:21
193:20,21
194:17,21
199:8 206:3
210:6 216:9
228:2
**pointed**
14:12 64:14
136:17,20
171:2
**points**
23:14 81:24
168:17
**poles**
127:5
**police**
40:1
**policies**
145:21
**policy**
9:23 18:22
18:25 92:18
145:14,24
146:5

149:24
234:9
**political**
6:3 25:13
83:21 128:1
130:25
133:9 134:6
168:14
242:9
**politically**
81:18 82:6
**politics**
96:13
**poll**
47:21 63:2
68:25 70:17
78:12 87:14
113:6
132:24
141:21
148:20,24
151:10
156:24
157:1 162:4
189:21
190:9,10
192:21
193:3
202:18,20
203:18
205:12,13
205:21
207:3
213:25
214:11
217:18
218:16,18
218:21
219:17,23
225:18
232:24
233:2,6,6
**polling**
23:12,17
34:25 218:2
221:18
**polls**
7:17 10:16

15:18 24:11
35:20 50:13
50:19 57:23
70:5,5
86:24 104:1
110:21
115:14,21
126:21,24
132:14,22
132:25
133:4
146:10,21
146:25
148:21
149:19
151:9,12
155:17
157:19,21
158:1
161:23
162:16
163:1 165:9
166:7 177:4
192:6,11
202:11,12
203:2 204:7
205:5 207:3
209:3,6
212:1,14,19
214:11
217:14,17
218:22
233:7
242:13,18
**poll-worker**
42:9 232:2
**poor**
16:5,10 88:5
126:2 160:9
**popping**
73:14
**popular**
152:18
**population**
33:19 34:5
65:1 175:12
223:2,11
237:18,19



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031312

USA_00020836

Hearing                                    April 6, 2009

285

```
237:24          125:8           present         pretending      110:18 117:7
Port            practicable     2:21 9:7        146:24          149:11
102:22          28:2            23:16 27:6      149:18          150:19
portion         practical       27:21 37:8      pretty          151:2
212:5           28:7            39:19 53:9      79:2 163:13     privileges
pose            practice        99:10           200:18          132:5
46:5            126:10          111:14          223:11          proactively
position        195:13          185:12,19       prevent         195:7
38:16 100:18    233:6           224:4 226:9     7:4 149:22      probability
100:20          practices       presentation    156:9           188:24
117:25          110:4           24:25           prevented       probably
121:10          praise          presented       141:22          62:12 64:10
154:15          181:15          15:17 17:5      preventing      64:23,24
228:15          preceding       23:2 33:21      134:7           73:16 80:11
positive        201:13          59:7 105:12     previous        81:17 90:18
126:4 181:6     precinct        120:19          120:8,8         122:6
possess         23:9 24:15      177:12          primarily       128:12
39:9            24:17 47:20     186:20          3:11 121:1      174:8
possibility     55:20 65:24     presentment     162:4           175:16,21
188:24          78:9 80:8       42:14           primary         225:7 236:8
possible        80:12           presents        63:15 102:24    245:1
4:5 96:9        205:15          27:16           175:5           problem
149:4           211:13          President       212:18,22       10:5 46:15
157:18          214:2,2,2,2     170:3           219:6           90:8 98:16
158:25          217:22          presidential    principal       99:6 100:12
164:18          225:11          11:10 170:5     6:25 96:2       100:21
167:5           239:10,23       172:12          print           101:17
236:18          239:23          174:4,6         195:3           111:16
possibly        240:11,13       208:20          printed         113:18
139:24 145:3    244:21          219:6 243:2     23:13           114:6
147:9 148:7     precincts       presiding       printing        134:12
186:7           66:2,4 78:10    23:8            34:24 225:20    146:22,23
post            239:24,25       press           225:20          153:22,23
23:9 34:24      preference      104:9           prior           155:2
postcard        20:13 219:6     pressing        103:1,14,21     175:14
64:17           premier         109:18          130:19          178:14,22
posting         133:9           177:22          priorities      189:7
35:2            premiere        pressure        109:18,21,25    195:21
post-HAVA       128:1           147:24          priority        220:3,19
163:11 164:2    premise         presume         129:1 131:4     problematic
164:6           174:1,2         5:24 8:23       134:3,20        74:7
potential       prepared        28:16 29:3      149:10          problems
4:14 10:20      79:8            35:20 46:23     prison          96:25 97:15
35:1 105:2      prescribe       156:6           130:12          98:22 99:6
190:22,24       21:23 22:9      presumption     privacy         109:18
potentially     224:17          36:8            74:21           111:8,10
215:8           prescribed      presumptions    private         120:5
poverty         21:17 26:23     19:12                           137:24
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005955

TX_00031313

USA_00020837

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 64 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 171 of 223

Hearing                                              April 6, 2009

286

138:3,13
146:15
149:25
150:2  179:5
182:14
185:13
194:23
**procedure**
6:11  23:4
136:5  230:7
239:12
**procedures**
24:18  31:10
230:19
235:17
239:16
**proceed**
3:23  6:4,22
**proceeding**
75:23  246:13
**proceedings**
53:10  246:8
**process**
12:24,25
48:5,11,16
48:17  49:18
49:19  50:4
50:11  51:3
70:10  91:13
93:25
108:19,20
112:5
113:11,25
116:25
132:7
150:14
173:3
191:24
198:10
201:10,14
201:23
203:8,9
204:22
205:1  207:1
207:5,8
215:4,11
217:10
218:3

223:15,22
223:23
224:1,6
227:1
228:23
229:16
231:10,13
233:8,20
234:4
242:19
**processed**
99:2
**processes**
233:3
**produce**
49:24  54:4
87:15
189:12,15
**produced**
51:17  93:6
**professional**
58:4
**professor**
83:23  95:16
96:3  108:14
**professors**
83:22
**program**
23:6  130:11
192:5
**progresses**
106:6
**progressive**
55:9  87:1,10
87:16
145:11
207:16
**Progresso**
102:12
103:19
**prohibit**
27:10
**project**
146:2,3
**prominent**
23:11
**promise**
118:19

120:12
**promoting**
66:12
**proof**
25:17  26:15
121:4,14
130:20
132:13
**proper**
57:22  58:14
77:17  209:9
209:11,19
211:3  212:6
212:9,14
213:1
**proportion**
213:11
**proportions**
56:7
**proposal**
146:12
199:17
**proposed**
96:22  99:7
111:11
179:21
207:18
**proposing**
146:8  180:10
180:15
189:10
**prosecute**
101:23  102:4
109:1
133:19
147:11
161:4,7
162:25
**prosecuted**
52:19  100:14
107:18,22
107:24
108:6
119:16
121:18,23
134:1
**prosecution**
97:22  109:10

161:10,15
161:17
**prosecutions**
84:21  102:1
130:20
149:17
**prosecutor**
52:10  71:1
71:16  76:17
130:23
**prosecutors**
51:20  52:5
128:22,24
129:9
**protect**
74:15  114:1
132:7
**protected**
117:9
**protective**
74:20
**proud**
13:4  213:15
**prove**
56:25  161:2
**proved**
15:24  49:17
**proven**
97:13
**provide**
3:1  4:3  19:2
21:16  22:6
28:8  30:3
34:12  87:21
87:23  225:2
239:12
**provided**
21:23  30:11
36:23  55:21
79:19  110:7
151:4  155:5
160:5
244:19
**provides**
12:11  146:19
166:9
180:22
**providing**

13:11  19:1
181:1
**provision**
30:6  39:5,10
43:2  111:13
193:23
194:11
219:17,20
243:19
**provisional**
8:19,21  27:1
27:3,7  32:1
35:9  55:16
55:17  56:2
57:20,21,21
58:6,13,17
59:2,11,12
59:15,18
73:2  77:16
77:18  78:1
78:6  99:9
99:11,15
111:1,15,20
111:23
113:5,23
114:3  141:1
151:14,17
181:9,12,16
181:17
182:1,15,24
183:3,6
201:23,25
202:15
203:8  204:6
208:8,15
209:7  211:6
211:16,19
212:4,23
213:14,24
214:1,6,8
217:10,12
217:13
218:6
224:10
227:23
228:1,10,13
229:12
233:20


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 65 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 172 of 223

Hearing                                                April 6, 2009

287

| | | | | |
|---|---|---|---|---|
| 234:3 239:7 | **purpose** | **quality** | 47:11 52:22 | 133:13 |
| 239:13 | 26:1 27:13 | 204:11 | 56:2 59:25 | 156:10 |
| 240:3 241:4 | 39:17 50:10 | **question** | 60:12 72:17 | 166:3 |
| 242:14 | 70:21 | 5:25 15:23 | 72:20 74:24 | 182:12 |
| 243:18 | 211:16 | 19:17 20:11 | 75:2,7 | 192:16 |
| **provisionals** | 217:19 | 27:23 30:24 | 80:18 94:17 | 223:12 |
| 182:19 | 239:6 | 31:2 36:20 | 106:1,12 | 229:24 |
| **provisions** | **purposes** | 38:5,11 | 117:17 | **quintile** |
| 21:17,24 | 3:8,11 9:4 | 40:15 42:3 | 119:2,3 | 11:5 |
| 22:22,23 | 33:23 34:8 | 50:22 59:13 | 123:7,10,13 | **quit** |
| 23:1,6 | 39:4,8 40:3 | 72:9 80:19 | 131:6,14 | 98:15 |
| 24:13 27:2 | 43:24 46:10 | 82:24 85:2 | 135:25 | **quite** |
| 27:8 28:5 | **pursuant** | 88:14 91:2 | 145:4 | 3:3 96:11 |
| 28:20 30:1 | 59:17 | 91:25 92:2 | 160:25 | 108:22 |
| 35:8 | **push** | 92:3 93:13 | 168:2 | 143:21 |
| **public** | 216:18 | 96:25 | 185:23 | 157:14 |
| 4:13,20 9:12 | **pushing** | 115:11 | 188:11 | 189:22 |
| 9:17,23 | 17:4 | 117:13,15 | 194:5,23,23 | 197:21 |
| 11:2,24 | **put** | 122:7 | 194:25 | 215:16 |
| 24:23 26:1 | 6:14,17 14:8 | 131:19 | 196:10,11 | **Quorum** |
| 26:9 42:19 | 16:17 17:7 | 132:8 | 196:22,24 | 2:20 |
| 50:12 62:9 | 49:17 58:19 | 133:13 | 197:3,12,14 | **quote** |
| 74:14 92:18 | 61:19 65:15 | 141:14 | 198:4,11,16 | 13:16 81:14 |
| 109:24 | 70:23 73:25 | 151:16 | 199:2,20,21 | 81:20 94:23 |
| 118:5 | 76:15 82:12 | 159:6 | 200:6 221:5 | 107:6 |
| 145:14 | 87:2,16 | 183:19 | 222:21 | 110:23 |
| 164:23 | 90:14 173:1 | 186:1,22 | 226:23 | 112:15 |
| 194:12 | 173:7 176:8 | 187:15 | 229:3 | 124:12 |
| 206:14,15 | 183:20 | 195:20 | 230:10 | 129:10 |
| 217:11 | 184:9 | 211:18 | 236:11,12 | 168:12 |
| **publicly** | 186:17 | 230:3 | 236:13,13 | **quotes** |
| 43:1 | 203:16,17 | 236:20 | 238:16 | 124:5 |
| **published** | 215:22 | 238:19,23 | 240:14 | **quote/unq...** |
| 144:23 | 224:12 | 240:17,23 | 243:14 | 82:23 |
| **pull** | 228:21 | 243:15 | **question's** | **quoting** |
| 134:9 | 230:19 | **questioning** | 198:6 | 103:12 |
| **pulled** | 238:2 | 72:13 | **quick** | |
| 194:15 | 241:23 | **questions** | 82:24 92:4 | **R** |
| **pulling** | **putting** | 3:13,16,18 | 93:20 | **race** |
| 233:9 | 54:18 90:20 | 5:16,19 6:2 | 112:21 | 17:12,18 |
| **punished** | 93:24 185:3 | 6:7 7:18,21 | 183:19 | 66:7 105:14 |
| 52:8 | 185:11,18 | 9:1 20:15 | 188:1,2 | 171:7,9 |
| **purchase** | 195:18 | 28:11,20,21 | 206:2 | 242:8 |
| 146:3 | 231:3 244:9 | 28:25 29:2 | **quicker** | **races** |
| **purchasing** | | 29:8,20 | 233:4,7,8 | 85:15 204:1 |
| 62:9 | **Q** | 30:17,22 | **quickly** | **racial** |
| **pure** | **qualified** | 44:6 45:2 | 65:20 71:4 | 14:24 239:19 |
| 216:25 | 37:2 191:21 | 46:5 47:6 | 77:16 102:8 | 241:2 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031315

USA_00020839

Hearing                                    April 6, 2009

288

racist
82:7
radically
29:16
radio
62:9
Rafael
62:8
raid
130:8
rail
48:14
raise
56:2 75:6
114:17
raised
95:24 136:18
ran
108:18
113:23
117:3
range
139:17 183:3
184:3,24
Raphael
48:20 92:22
rare
97:8 147:11
147:13,20
149:23
rate
155:6 159:13
163:11,12
179:6
237:23,24
rates
11:4 183:8
186:8
rational
19:14
reach
53:12 62:7
reached
73:18
reaching
61:22
read

8:8 27:20
67:18 104:9
135:2
137:15
138:24,25
139:1,2,6
139:10
188:20
194:5
207:21
208:10
218:3,8
227:20
228:14
reader
215:4
reading
120:24
139:13
201:12
238:13
ready
46:22 116:16
real
71:4 77:15
78:8 82:4
90:19 98:20
98:20
105:11
112:21
133:13
143:23,25
144:20
147:6
149:25
150:2,5
163:7
177:15
186:6
realistic
113:9
realizes
81:23
really
11:1 14:9
16:7 64:13
82:12 84:13
85:16,18,22

89:2 98:14
99:21
143:21
148:22
153:8,8
156:10
161:10
171:9 177:1
178:2,5
180:23
183:25
201:18
223:25
225:20
231:5,9
real-life
89:24
reason
34:2 58:5
59:6 76:4
76:15 78:4
78:6 82:4
84:13 96:13
121:6
127:11
134:7 174:3
176:11
177:22
204:11
212:15
214:9 244:8
reasonable
4:19 19:14
50:6 54:17
158:2
reasonably
7:4 158:2
reasoning
84:12
reasons
49:24 51:25
52:20 58:16
70:8 78:1
129:1 134:4
164:16
209:12,12
211:25
244:11

recall
129:18
137:21,25
238:12
recalls
150:1
receipt
204:21
receive
22:1,14
received
6:23 22:16
114:21,23
214:6,8
receives
213:25
receiving
114:25
recognize
4:6 9:3,8
150:20
recognized
9:4 130:25
recognizes
45:11
recognizing
3:24 6:1,21
20:3
recollection
73:3
recommend
118:1 143:22
193:11
recommend...
145:20
recommend...
61:1 112:2
record
50:17 74:14
92:17 95:19
101:2,20
120:23
122:19
143:12
156:19
175:19
204:14
230:16

recording
246:9
records
25:22 74:3,6
148:21
149:1
164:24
reduction
87:18
redundant
219:12
Reed
119:19
referees
201:21
reference
38:5 54:2
144:13
referenced
50:18 86:12
referred
60:23 114:21
reflects
246:8
reform
47:24 93:23
132:21
reforms
70:9 132:20
refuse
181:20
regard
51:9 52:4
82:6 85:19
101:12,17
101:18
121:12
154:17,21
157:5 161:8
162:1,23
181:8,25
regarding
22:18 35:8
regardless
26:18
region
124:10



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005958

TX_00031316

USA_00020840

Hearing                                                                    April 6, 2009

289

register
8:25 31:4,9
90:24 91:7
91:10
138:17
155:11
164:20
165:2
176:20
202:9
registered
11:12 24:15
 24:17 27:15
 39:18 65:7
 90:6,11
 91:4 99:3
 102:22
 103:4 127:1
 166:5 167:2
 177:11
 180:20
 202:7
 208:22
 209:14
 211:9,11
 212:19,20
 215:12,14
 237:22
 241:22
registering
165:14
registers
21:25 30:4
 90:22
registrant
64:18
registrar
21:15 22:5
 30:3 96:10
 108:23
Registrar's
112:1,9,14
 130:11
registration
21:20,20
 22:1 23:20
 23:22,25
 24:4,5

25:19 27:16
27:17,18,21
30:5 31:4,7
31:10 32:4
32:9,20
36:4 39:19
44:21 66:13
79:7 82:13
86:25 91:6
94:23 98:2
99:1,6
102:15
103:7,25
105:10
109:5
110:10
111:11
114:22,22
115:7,16
116:11
127:7
130:13
137:9 158:8
160:6
165:20
176:10
183:22,25
184:10,13
184:25
185:3,4,6
186:24
187:13
193:4
194:14,15
204:8,15
209:25
216:5,24
220:14
227:1
237:23
regular
23:3 24:17
 80:4 90:4
 166:8 193:7
 208:8
reiterate
72:13 120:1
 128:23

reject
111:25
rejected
110:22
 116:20
 211:15
relate
99:6 111:11
related
28:5 42:9
 67:21 76:8
 246:11
relates
212:5
relating
21:17 24:13
 27:2 122:14
relatively
81:11 181:6
 189:19
relay
37:23
release
130:11
released
94:21
relevance
50:14
relevant
61:10 196:11
 229:15
reliable
8:6,12
 153:15
 180:22
rely
17:18 84:22
 120:20
relying
183:2
remained
210:2
remaining
110:16
remarks
123:15 145:2
remedy

10:4
remember
45:8 80:9
 137:17,21
 197:24
 241:19
reminded
45:25 64:18
removed
43:3
removes
26:14
rendered
117:21
Renewal
21:20
renews
22:1 30:5
rent
125:13 132:4
 137:4,8,11
rented
49:1,1
repeatedly
156:20
repetitive
219:11
replace
132:25
replaced
110:12
replicated
112:16
reply
56:11
report
84:2 94:21
 95:10 97:23
 105:12
 107:15
 126:20
 137:25
 147:12
 166:14
 212:10
reported
98:25 123:24

reporter
127:22
 156:22
 246:6
reporting
22:11
reports
84:6 144:24
 147:3,4,21
 148:15
 149:17,21
 164:6
represent
46:9 95:19
 117:18
 144:9
 219:13
represent...
2:4,5,6,7,8
 2:9,10,11
 2:12,14,16
 2:18,19 6:5
 6:6 9:7,8
 9:10 13:6,7
 13:8,25
 14:1,12
 16:2 18:8
 19:16,17
 20:8,19,25
 28:13,14,18
 28:19,24
 29:10,23
 30:13,19,23
 30:25 31:2
 31:6,11,17
 31:21,24
 32:3,10,14
 32:18,24
 33:2,3,5
 34:10,22
 35:11,15
 36:13,14,19
 37:5 38:4
 38:10,14,24
 39:6,21
 40:7,11,12
 40:14,18,25
 41:3,9,16

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com



TX_00031317

USA_00020841

Hearing                                                          April 6, 2009

290

| | | | | |
|---|---|---|---|---|
| 41:22 42:2 | 104:2,6,22 | 142:20,24 | 223:6,9,19 | 238:9 |
| 42:8,25 | 105:18,22 | 143:2,11 | 224:3,7,16 | **reputation** |
| 43:12,16,18 | 105:25 | 150:14 | 224:21,24 | 124:11 201:3 |
| 44:2,3,5,7 | 106:7,13,18 | 163:4,7,23 | 225:12 | **request** |
| 44:8,10,17 | 108:4,5,9 | 166:13,22 | 226:1,11,15 | 47:7 74:3,6 |
| 44:20,25 | 108:12,15 | 167:9,15,17 | 226:17,21 | 76:3 110:8 |
| 45:13 60:1 | 108:18,24 | 167:21,25 | 226:24,25 | 176:9 |
| 60:2,5 | 109:4,8,12 | 169:9,21 | 227:8,11,14 | **requested** |
| 62:15,21,24 | 109:20 | 170:12,17 | 227:19,22 | 110:16 |
| 63:6,17 | 110:2,25 | 171:1,10,22 | 228:6,14,20 | 235:21,25 |
| 64:3,21,25 | 111:4 | 172:3,6,10 | 228:24 | 236:1 |
| 65:3,6,9,12 | 112:20,23 | 173:4,8 | 229:21,23 | **requests** |
| 66:1,9,18 | 113:19 | 174:2,13,16 | 230:2,6,11 | 172:19 |
| 66:23 67:2 | 114:4,8,12 | 175:7,9 | 230:14,22 | **require** |
| 67:6,13,18 | 114:15,19 | 176:2,4 | 231:1,6,8 | 6:13 21:15 |
| 67:24 68:4 | 114:20 | 177:1,5,8 | 231:14,17 | 30:2,2 35:9 |
| 68:14,17 | 115:4,6,15 | 177:19 | 231:21 | 70:22 |
| 69:22,25 | 115:24 | 178:9,18,25 | 233:11,16 | 132:12 |
| 70:12 71:3 | 116:3,5,9 | 183:13,15 | 234:8,16,20 | 160:2 184:2 |
| 71:7,10,24 | 116:18,21 | 183:17,24 | 236:9 | 184:12 |
| 72:6,12,15 | 116:24 | 184:5,8 | 238:18,21 | 185:11 |
| 72:18,21,24 | 117:4,10,19 | 185:16,25 | 239:1,11,18 | 216:2,10 |
| 73:7,18 | 118:14,17 | 186:21 | 240:4,16,17 | **required** |
| 74:2,5,11 | 118:18,24 | 187:6,22 | 240:19,24 | 27:6 28:4 |
| 74:22,25 | 119:11,17 | 188:2,19,22 | 241:11 | 33:11,17 |
| 75:9,10,15 | 122:25 | 189:2,9 | 242:1,10 | 82:3 99:10 |
| 75:18 76:5 | 131:21,23 | 190:6,15 | 243:15,17 | 111:14 |
| 77:1,2,11 | 132:1 | 191:15,17 | 243:20,24 | 127:4 |
| 77:13,15,21 | 133:12,17 | 192:13,22 | 244:1,7 | 155:11 |
| 78:2,5,18 | 133:22,25 | 192:24 | 245:2 | 182:21 |
| 79:5,12,18 | 134:18,22 | 193:16 | **represent...** | 186:11 |
| 79:22 80:2 | 135:24 | 194:4,8 | 221:19 238:8 | 205:6 |
| 80:14,15,17 | 136:1,2,7 | 195:14,24 | **represented** | **requirement** |
| 81:1,5,8 | 136:12,15 | 196:8,19 | 137:3 190:20 | 53:25 59:22 |
| 88:10,13,17 | 136:17,23 | 197:7,14 | **representing** | 60:25 87:17 |
| 88:23 89:1 | 137:2,7,13 | 198:1,5,9 | 3:25 83:9 | 88:1 97:7 |
| 89:7,11,14 | 137:20,22 | 199:5,11 | 104:9,10 | 122:23 |
| 89:16,20 | 138:2,7,10 | 213:18 | 122:13 | 158:19 |
| 90:15,21,25 | 138:14 | 217:8,9,25 | **republic** | 192:25 |
| 91:3,9,20 | 139:2,5,8 | 218:15,20 | 48:19 | 193:12 |
| 91:24 92:1 | 139:12,19 | 218:24 | **Republican** | 195:6 |
| 92:5,11,16 | 139:21,25 | 219:10,13 | 89:15 96:18 | 208:14 |
| 93:5,8,10 | 140:3,8,12 | 220:2,5,10 | 99:14 | 238:2 |
| 93:12,15 | 140:15,18 | 220:13 | 111:17 | **requirements** |
| 94:3,6,15 | 140:20,22 | 221:1,4,13 | 119:18 | 21:16,19 |
| 95:3,19 | 140:25 | 221:21 | 135:19 | 22:7,18 |
| 96:4,5 | 141:2,4,7 | 222:4,9,12 | **Republicans** | 26:25 27:14 |
| 102:18 | 141:11,13 | 222:17,22 | 22:15 238:7 | 53:7 65:15 |
| 103:11,17 | 142:13,16 | 222:24,25 | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005960

TX_00031318

USA_00020842

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 69 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 176 of 223

Hearing                                              April 6, 2009

291

| | | | | |
|---|---|---|---|---|
| 79:6 99:8 | respect | 12:17,19 | 63:6,8 66:9 | 228:13 |
| 111:12 | 52:6 98:13 | 53:5 54:12 | 66:25 67:4 | 229:18 |
| 223:10 | 114:9 | 55:16 56:6 | 68:19 69:14 | 230:5,24 |
| 224:13 | 146:11 | 84:11 90:16 | 75:21 77:20 | 231:14 |
| 228:8 | 151:18 | 92:18,20 | 78:2 80:22 | 233:16 |
| 236:17,24 | 169:21 | 93:6 94:1 | 82:5 83:16 | 234:7 |
| 238:11 | 173:11 | 141:14 | 83:18 85:8 | 238:15 |
| **requires** | **respectful** | **resulted** | 88:16 90:21 | 244:7,10,12 |
| 21:22 22:4,8 | 5:23 72:25 | 54:13 126:22 | 90:25 92:13 | 245:1 |
| 22:10,24 | 197:24 | 243:7 | 92:19 93:15 | **rights** |
| 23:4,8,12 | 198:2,10 | **resulting** | 94:6 98:21 | 14:6 46:25 |
| 23:15 27:4 | **respectfully** | 35:10 | 100:6,8 | 48:8 124:22 |
| 28:1,6 57:3 | 105:19 | **results** | 106:20 | 132:5 |
| 78:21 82:18 | 132:11 | 56:23 168:10 | 109:3,13 | 141:20,25 |
| 87:21 146:7 | 145:17 | 169:22 | 117:9 | 146:7 |
| 155:8 158:7 | 173:15 | **retain** | 118:13 | **ring** |
| 165:9,19 | 174:10 | 66:22 | 120:16 | 149:20 |
| 177:3 | **respective** | **retire** | 122:8 123:4 | **ringing** |
| 184:23,24 | 22:8 | 223:2 240:8 | 131:16,18 | 149:16 |
| 207:12 | **respectively** | **retired** | 132:6 | **risk** |
| **requiring** | 167:18 | 111:17 | 133:18 | 50:1 92:24 |
| 18:23 71:25 | **respond** | **retrospec...** | 134:15 | **road** |
| 138:16 | 103:15 | 241:6 | 137:2,5,10 | 52:4 116:17 |
| 146:20 | 106:11 | **returns** | 138:18 | 133:8 |
| 185:14,15 | 145:5 | 165:7 | 143:18 | **Rodel** |
| **requisite** | **responded** | **revenues** | 144:1 145:5 | 60:6 |
| 241:5 | 152:6 | 34:4 | 151:1,4,7 | **Rogers** |
| **research** | **response** | **review** | 151:15 | 81:14 124:6 |
| 112:15 | 2:13,15,17 | 41:5 137:23 | 160:10 | **rogue** |
| 117:25 | 35:7 56:19 | **reviewed** | 161:18,22 | 233:1 |
| 145:15,23 | 57:5 | 103:14,21 | 164:4 | **Rokita** |
| 147:8,14 | **responsib...** | 166:16,23 | 171:10 | 45:12,16,19 |
| 149:3 | 96:10 | **revisit** | 173:2 175:7 | 46:7,11,16 |
| **researched** | **responsib...** | 188:10 | 177:5,8 | 46:16,20 |
| 108:21,23 | 151:3 | **Richard** | 180:3,12,14 | 53:13 55:8 |
| **residence** | **rest** | 126:17 | 180:19 | 55:12 56:9 |
| 24:14 | 188:16 194:2 | **rid** | 184:1,4 | 56:21 57:14 |
| **resident** | **restaurant** | 65:24 72:9 | 189:24 | 57:17,24 |
| 53:4 | 205:15 | **right** | 193:23 | 58:1,4,16 |
| **residents** | **restricted** | 15:5,23,25 | 194:17 | 58:19 59:2 |
| 79:3 | 146:21 | 16:9,12,15 | 195:22 | 59:5,21,24 |
| **resource** | **restrictions** | 17:21 20:21 | 197:15 | 60:4 61:8 |
| 19:18 20:6 | 146:8 | 27:7 32:24 | 200:17 | 62:17,23 |
| 20:17 29:22 | **restrictive** | 33:2 37:13 | 208:12 | 63:1,7,21 |
| 199:20 | 99:8 100:2 | 37:17,19,21 | 211:24 | 64:6,23 |
| **resources** | 148:6 150:1 | 42:25 43:8 | 213:2 | 65:2,5,8,11 |
| 73:15 118:3 | 151:11 | 48:1 50:20 | 214:14 | 65:21 66:3 |
| 170:2 | **result** | 52:24 53:6 | 216:13 | 66:10,19 |
| | | | 221:24 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005961

TX_00031319

USA_00020843

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 70 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 177 of 223

Hearing                                                    April 6, 2009

292

| | | | |
|---|---|---|---|
| 67:1,5,8,17 | Roman | **S** | 58:12,24,25 |
| 67:23,25 | 92:22 | **Sabato** | 63:19 77:3 |
| 68:11,16 | roof | 128:1 | 85:10,20 |
| 69:18,23 | 170:10 | **sacred** | 90:18 94:22 |
| 70:1,14 | room | 132:6 | 115:17 |
| 71:5,9,11 | 11:3 12:2 | **sacrificed** | 119:21 |
| 72:3,8,22 | 51:1 61:19 | 134:14 | 130:14 |
| 73:5,11,23 | 61:19,22 | **sad** | 134:18,21 |
| 74:4,6,13 | 62:6 136:13 | 14:5 | 134:24,25 |
| 75:14,17 | 136:19 | **sadly** | 135:1,7 |
| 76:1,6,14 | 177:14 | 147:22 | 147:15 |
| 77:9,20,24 | rooster | **safe** | 174:3,21 |
| 78:3,12,14 | 85:10,11 | 17:14 202:16 | 176:12,17 |
| 78:21 79:9 | root | 207:5 214:6 | 180:23 |
| 79:14,21,25 | 145:20 | **safeguard** | 190:19 |
| 80:4,24 | roughly | 164:19 185:9 | 191:15 |
| 81:4,7,12 | 19:25 20:2 | 185:9 | 200:19 |
| 82:14,18 | 237:9 | 193:14 | 215:23 |
| 83:3,11,18 | route | **safeguards** | 220:8 |
| 84:3,19 | 182:8,8 | 158:2 235:10 | 235:12 |
| 85:3,8 86:1 | 206:3 | 235:14 | **says** |
| 86:4,9,17 | rude | **Safety** | 18:25 34:12 |
| 87:5 88:7,9 | 123:7 | 24:23 42:19 | 39:10,13 |
| 88:22,25 | ruin | 164:23 | 48:21 83:6 |
| 89:5,9,13 | 201:4 | **sale** | 86:14 91:24 |
| 89:15,18 | rule | 70:19 | 124:6 |
| 90:13,17,22 | 41:4 92:23 | **Sally** | 133:10 |
| 91:1,5,11 | 112:3 | 220:15 | 185:6 |
| 92:10,14,19 | 182:23 | **sample** | 187:20 |
| 93:7,22 | 186:18 | 229:8 | 191:22 |
| 94:5,9,14 | 195:25 | **satisfied** | 194:13 |
| 95:7 119:1 | 228:22 | 12:3 | 201:17 |
| 123:20 | ruler | **satisfying** | 204:21 |
| 124:12 | 92:24 | 27:14 | 207:3 |
| 128:23 | rules | **saving** | 220:15,16 |
| 129:5 | 40:22 45:8 | 193:22 | 221:17 |
| 148:13 | 138:15 | **saw** | 240:21 |
| role | 150:3 | 73:14 130:8 | **SB** |
| 71:15 76:24 | 228:19,23 | 168:15 | 20:25 |
| 201:19 | run | 191:20 | **scale** |
| roles | 4:21 17:17 | 193:18 | 164:2 |
| 166:3 | 102:8 | 194:11 | **scan** |
| roll | running | 213:11 | 150:18 |
| 2:3 | 117:25 | 220:8 | 204:10 |
| rolls | 205:14,14 | **saying** | **scandal** |
| 98:18 164:8 | 205:15 | 16:3 31:3 | 129:19 |
| 165:18 | rural | 33:6 36:1,2 | **scanned** |
| 166:6 | 219:14 | | 204:9,12 |

| | |
|---|---|
| **scanner** | |
| 204:12 | |
| **scared** | |
| 192:8 | |
| **scenarios** | |
| 138:22 | |
| 175:25 | |
| 191:18 | |
| **schedule** | |
| 188:8 199:6 | |
| 199:12,13 | |
| **scheme** | |
| 127:11 148:4 | |
| **Scherr** | |
| 104:17,25 | |
| **school** | |
| 53:1 66:6 | |
| 88:20,20 | |
| 89:8 92:23 | |
| 96:1 109:24 | |
| 118:5,10,11 | |
| 144:4,12 | |
| 145:10 | |
| **schools** | |
| 118:8 227:18 | |
| **Science** | |
| 83:21 | |
| **scientist** | |
| 128:1 | |
| **scientists** | |
| 133:9 | |
| **scratch** | |
| 217:1 | |
| **screen** | |
| 165:20 | |
| 166:11 | |
| **screening** | |
| 150:15 | |
| **scrubbed** | |
| 166:15 167:5 | |
| **scrutinized** | |
| 97:14 | |
| **seal** | |
| 203:18 | |
| **search** | |
| 113:18 | |
| **second** | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031320

USA_00020844

Hearing                                                                April 6, 2009

293

| | | | | |
|---|---|---|---|---|
| 10:10 42:8 | 187:20 | 186:9 187:3 | **send** | 218:11 |
| 172:25 | 207:7 | 187:5 189:1 | 115:6 132:14 | **serious** |
| 176:18,19 | **securing** | 192:10 | 176:9,16,16 | 37:15 100:14 |
| 211:5 232:2 | 77:6 | 206:25 | 176:18 | 189:16 |
| 237:7 | **security** | 215:3 | 191:14 | **seriously** |
| **secondary** | 7:15 11:18 | **segment** | **sends** | 37:19,21 |
| 136:8 150:15 | 12:12 66:20 | 87:24 | 112:1 | 48:24,25 |
| **Secondly** | 95:12 121:6 | **segregate** | **senior** | **serve** |
| 51:19 173:6 | 157:18 | 212:4 | 69:13 79:23 | 201:1 |
| **seconds** | 164:21,24 | **self-expl...** | 125:24 | **services** |
| 52:22 | 165:22 | 29:24 | 135:15,16 | 117:21 |
| **second-hi...** | 176:13 | **self-iden...** | 150:10 | **session** |
| 168:18 | 202:6 | 145:11 | 227:1,3 | 10:10 28:8 |
| **secrecy** | 225:16 | **self-iden...** | 240:2 | 75:12,20,24 |
| 74:15 203:17 | 230:23 | 239:4 | **seniors** | 208:1 |
| **secret** | 235:17 | **sell** | 240:8 241:8 | 233:13 |
| 134:9,15 | **see** | 122:14 | **sensation** | **sessions** |
| **secretary** | 5:10,14 | **Seminole** | 147:21 | 10:8 13:1 |
| 19:21 21:22 | 17:10,10 | 200:14 209:4 | **sense** | 15:16 68:19 |
| 22:4,8,10 | 29:5,7 32:4 | 218:23 | 3:13 37:24 | **set** |
| 22:12,20,25 | 39:4 44:11 | 223:5 | 59:16 71:23 | 5:9 9:14 |
| 26:23 28:1 | 47:3 60:3 | **Senate** | 72:5 75:8 | 132:19 |
| 28:10 30:2 | 62:12 63:14 | 3:6 8:7,13 | 81:9,11 | 144:19 |
| 34:11 45:12 | 65:22 66:11 | 8:16 10:1 | 85:20 103:8 | 158:2,2 |
| 46:7,17 | 68:3,24 | 13:17 21:14 | 139:14 | **seven** |
| 60:3,5 | 73:13 75:19 | 21:14 22:4 | 168:13 | 8:22 9:1 |
| 66:11 72:21 | 75:22 81:14 | 22:24 23:8 | 204:24 | 99:18 112:3 |
| 75:11 80:17 | 101:19 | 23:15 24:19 | 225:5 | 114:11,12 |
| 89:21 93:9 | 112:17 | 25:16 26:14 | **sensible** | 115:2,2,5,8 |
| 94:12 95:7 | 114:2 | 26:24 27:9 | 185:9 | 115:17,20 |
| 123:20 | 136:18 | 28:1 29:13 | **sensibly** | 188:3 |
| 124:12 | 151:20 | 29:13 30:7 | 185:5 | **seven-day** |
| 128:23 | 152:21 | 32:7 35:25 | **sent** | 116:7 |
| 129:5 130:6 | 158:4 | 39:3 40:16 | 115:13,16,22 | **sex** |
| 148:13 | 168:13 | 43:9 45:15 | 116:11 | 25:23 |
| 155:13 | 203:12 | 95:17 | 177:9 | **share** |
| 167:13 | 205:16 | 122:20 | 186:14 | 168:19 |
| 177:13 | 206:1 | 144:5 | **sentence** | 192:10 |
| **Secrets** | 218:22 | 179:21 | 48:2 127:16 | **shave** |
| 128:3 | 223:11,15 | 180:11 | **sentences** | 14:23 |
| **section** | 236:4 241:9 | 200:16 | 152:25 | **shaving** |
| 39:17 43:21 | **seeks** | 207:19,21 | **separate** | 129:16 |
| 44:1,3 | 10:4 | 208:11 | 52:5 | **shirking** |
| 66:12 146:6 | **seen** | 238:6 | **September** | 123:8 |
| 194:12 | 10:21 15:15 | 245:12 | 21:25 22:23 | **shook** |
| 228:5,11,12 | 47:24,25 | **Senator** | 23:7 28:2,7 | 53:16 |
| **secure** | 68:18,19 | 13:16 81:14 | 137:17,23 | **short** |
| 100:5 183:2 | 118:7,7 | 124:6 170:3 | **serial** | 123:7 145:2 |



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031321

USA_00020845

Hearing                                                        April 6, 2009

294

| | | | | |
|---|---|---|---|---|
| **short** | 120:25 | 220:25 | 34:9 35:5 | 237:13 |
| 123:7 145:2 | 121:3 196:1 | 221:2 222:2 | 35:23 37:18 | **siting** |
| **shortage** | 196:2 197:2 | 225:7 | 37:23 64:17 | 106:21 |
| 138:11 | 199:9,10 | 232:22 | 87:22 | **situation** |
| **Shorthand** | 204:1 | 244:2,8,24 | 150:22 | 116:14 140:4 |
| 246:6 | 217:17 | **signatures** | 173:9 | 168:12 |
| **show** | **sides** | 47:21 156:25 | 174:21 | 177:25 |
| 15:17 17:5 | 6:2,21 13:12 | 157:2 | 179:12 | **situations** |
| 19:12 31:6 | 15:20 85:22 | 204:16 | 203:13 | 157:6 |
| 31:8 38:7 | 91:18 122:3 | 210:13,16 | 206:6 | **six** |
| 38:10,11,16 | 172:5,16 | 210:24 | 214:15 | 8:18 65:2 |
| 38:19 70:17 | 179:19,22 | 215:15 | 216:20 | 182:4 |
| 70:18 86:24 | 196:6 | 216:2,25 | 221:17 | 194:17 |
| 101:3 | 198:24 | 237:1 | 225:8 | **size** |
| 132:13 | 199:3 243:3 | **signed** | **Simpson** | 52:13 65:3 |
| 146:25 | **sightings** | 103:24 | 127:21,25 | 194:16,20 |
| 163:11 | 149:21 | 148:25 | **simultane...** | **skeptical** |
| 169:17 | **sign** | 190:18 | 7:16 | 84:7,10 |
| 173:13 | 76:23 191:16 | 202:10 | **sincere** | **skills** |
| 177:3 184:3 | 191:21 | 216:9 | 18:12,15 | 12:9 |
| 184:23,24 | 195:12 | **significance** | **sincerely** | **skimmed** |
| 223:2 | 244:12 | 187:8 | 178:13 | 17:11 |
| 242:18 | **signage** | **significant** | **single** | **skimming** |
| **showed** | 34:17 192:11 | 34:25 35:4 | 53:3 54:23 | 15:3,8 |
| 31:3 38:19 | **signages** | 35:10 42:12 | 84:10 97:10 | **sky** |
| 64:11 | 192:2 | 124:5,20 | 133:5,5 | 81:18 |
| 186:13 | **signal** | 148:5 | 139:1 | **sleep** |
| **showing** | 43:13 | 162:23 | 148:19 | 4:19 15:22 |
| 158:3 211:13 | **signaled** | 170:20 | 185:15 | 16:7 50:20 |
| 243:6 | 43:1 | 172:13 | 206:17 | 196:16 |
| **shown** | **signature** | 175:16 | 214:1 219:8 | 198:20 |
| 32:13 152:15 | 55:21,21 | 179:2 | 235:21 | **sleeve** |
| 156:20 | 148:20 | **significa...** | **sir** | 203:17 |
| **shows** | 162:5,11 | 42:17 171:23 | 44:7 45:19 | **slew** |
| 9:6 44:24 | 192:20 | 171:24 | 57:17 78:16 | 48:8 |
| 166:20 | 193:17 | 178:21 | 108:8,21 | **slippery** |
| 187:3 | 202:10 | 181:2 223:2 | 142:20 | 74:18 82:22 |
| **shred** | 204:6,7 | **signing** | 183:16 | **slope** |
| 14:15 | 205:24 | 158:4 | 192:24 | 74:18 82:22 |
| **shrinking** | 210:7,23 | **signs** | **sit** | **sloppy** |
| 242:14 | 211:17,23 | 34:24 219:18 | 14:2 18:5 | 147:21 |
| **shut** | 214:16,22 | **similar** | 120:12 | **slow** |
| 207:9 | 214:22 | 26:16 36:9 | **site** | 99:16 |
| **shutting** | 215:11,14 | 49:5 192:20 | 54:2 243:3 | **small** |
| 150:3,5 | 215:17,23 | **simple** | **sited** | 34:5 35:24 |
| **side** | 215:24 | 206:2 | 156:13 | 37:11,25 |
| 21:12,13 | 216:4,20,20 | **simply** | **sites** | 78:6 87:24 |
| 54:8 83:12 | 217:4 | 18:25 23:25 | 54:1 56:1 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005964

TX_00031322

USA_00020846

Hearing                                                    April 6, 2009

| | | | | |
|---|---|---|---|---|
| 107:12 | 85:5,9 86:2 | 169:13 | snap | soon |
| 163:13 | 86:7,13,19 | 171:15 | 202:21 | 28:2,7 45:10 |
| 195:3 | 86:24 87:9 | 175:6 176:2 | 214:11 | sorry |
| smaller | 88:8,11,16 | 179:15 | social | 72:18 143:9 |
| 35:7 239:23 | 91:14,22 | 180:7,25 | 50:3 164:21 | 159:4 |
| smith | 92:4 93:10 | 181:7 | 164:24 | 206:11 |
| 2:1,4,5,20 | 93:13 94:11 | 183:13 | 165:22 | 209:6 |
| 4:24 6:12 | 95:5,9 | 187:24 | 176:13 | 210:14 |
| 13:5,22 | 100:8,11,17 | 188:5,13 | 202:6 | sort |
| 18:7 19:22 | 100:24 | 192:22 | society | 30:10 87:21 |
| 20:12,21 | 101:4,8,12 | 193:25 | 86:23 126:6 | 88:4 146:22 |
| 21:1,2 | 101:15,21 | 195:22 | 150:25 | 146:23 |
| 28:16,22 | 102:2,7 | 196:12,23 | soft | 147:8 148:6 |
| 29:3,21 | 103:13,20 | 197:11,16 | 133:10 | 148:15 |
| 30:12,21,25 | 104:4,8,19 | 198:2,8,17 | sole | 153:19 |
| 31:5,8,12 | 104:24 | 199:7,15 | 27:13 39:17 | 175:4 |
| 31:19,22,25 | 106:2,10,15 | 200:1,8,15 | 185:19 | 179:18 |
| 32:6,11,16 | 106:20 | 200:22 | solely | 186:11 |
| 32:22,25 | 107:19,23 | 201:6 | 217:19 | 189:17 |
| 33:3,9 | 108:3 | 207:10,15 | solution | 191:4 |
| 34:19 35:15 | 114:11,17 | 208:3,7,13 | 113:18 | 229:10 |
| 37:1,6 38:3 | 117:12 | 208:23 | solutions | 234:1 236:5 |
| 38:9,12,22 | 118:15,21 | 209:1,8,16 | 120:5 | 239:19 |
| 39:2,12 | 120:22 | 209:21 | solve | sorts |
| 40:4,9,12 | 122:11,18 | 210:3,6,11 | 98:15 150:2 | 153:6 182:14 |
| 40:17,21 | 122:24 | 210:22 | 153:22 | sound |
| 41:1,7,12 | 123:4,17 | 211:1,18,22 | 189:4 | 169:4,7 |
| 41:21,24 | 131:7,13,18 | 212:2,24 | solved | sounds |
| 42:7,24 | 131:21 | 213:3,6,9 | 139:15 | 169:6 |
| 43:16 44:6 | 135:25 | 213:17 | solves | Southbend |
| 44:8,15,21 | 143:6,9,22 | 214:3,12 | 149:25 | 92:6 |
| 45:1,18 | 144:8 153:1 | 215:5,25 | solving | Spanish |
| 46:7,13,19 | 153:25 | 216:7 217:7 | 189:8 | 194:18 |
| 52:24 54:21 | 154:13,19 | 220:17,17 | somebody | speak |
| 55:10,13 | 154:23 | 222:20,23 | 43:9 127:13 | 7:2 41:25 |
| 56:18 57:12 | 155:18,22 | 226:23 | 149:18 | 163:24 |
| 57:15,19,25 | 155:25 | 229:2,6,9 | 152:10,12 | 234:8,12,14 |
| 58:2,11,18 | 156:3 157:3 | 229:18,21 | 162:17 | SPEAKER |
| 58:23 59:4 | 157:25 | 236:11,22 | 190:13 | 4:22 |
| 59:9,23,25 | 158:10,15 | 237:2,5,10 | 202:21,25 | speaking |
| 72:14,15,19 | 158:22 | 237:15,18 | someone's | 45:10 175:11 |
| 72:23 74:22 | 159:1,9,11 | 237:25 | 29:7 | special |
| 75:4 76:12 | 159:16,23 | 238:5,15,20 | something's | 42:20 76:4 |
| 76:25 77:13 | 160:17,20 | 240:14,18 | 236:1 | 77:18 147:7 |
| 80:15 82:11 | 160:22 | 240:20 | somewhat | 151:25 |
| 82:15,24 | 161:6,14,22 | 242:11 | 123:15,15 | specialists |
| 83:5,14,20 | 162:19,22 | 243:4,13,16 | 174:22 | 130:16 |
| 84:5,24 | 163:3 | 245:3,7,9 | | specific |
| | 167:15,20 | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031323

USA_00020847

Hearing                                                      April 6, 2009

                                                                        296

| | | | | |
|---|---|---|---|---|
| 20:11 28:20 | **springboard** | 241:12 | 171:25 | 166:1 167:8 |
| 56:19 | 66:20 | **starting** | 175:13 | 168:8 |
| 158:16 | **square** | 3:21 110:10 | 177:13 | 173:19 |
| 168:10 | 69:6 165:6 | 146:1 | 178:1 | 174:5 |
| 169:22 | **St** | **state** | 179:20 | 175:15 |
| 171:6 239:6 | 92:6 | 2:23 10:15 | 187:5 | 178:3,20 |
| 240:12,13 | **staff** | 11:9 12:4 | 189:22 | 179:1,20 |
| **specifically** | 6:15 29:4 | 18:21,22 | 190:7 | 182:25 |
| 7:19 129:9 | 34:18 35:10 | 19:21 20:9 | 193:15,21 | 183:1 191:4 |
| 142:15 | 110:17 | 22:5,8,10 | 195:15 | 192:10 |
| 170:22 | 111:21 | 22:12,21 | 202:5,6 | 219:15 |
| **specifies** | 134:3 227:5 | 23:1 26:10 | 211:9 | 223:8 |
| 24:19 | **staff's** | 26:18,23 | 213:19 | **statewide** |
| **spectacular** | 54:2 | 27:25 28:2 | 214:13,24 | 11:12 22:17 |
| 179:6 | **stair** | 28:10 30:2 | 215:21 | 59:11,15 |
| **spectrum** | 113:10 | 34:11 45:12 | 224:19 | 77:25 78:13 |
| 83:13 | **stamp** | 45:13,20,23 | 231:22 | 118:12 |
| **speculating** | 162:3,6,10 | 45:24 46:17 | 232:6 | 168:19 |
| 85:22 | **stand** | 46:24 48:8 | 243:23 | 208:16 |
| **spend** | 76:9 135:16 | 51:21 53:10 | 246:1,6 | 223:6,7 |
| 62:22 63:18 | 174:22 | 57:18 58:7 | **stated** | 224:22,23 |
| 64:13 | **standard** | 60:15 61:3 | 103:20 | 224:25 |
| 120:17 | 42:14,15,18 | 63:8,10,15 | **statement** | 236:19,21 |
| 132:23 | 69:3 70:13 | 65:10 66:12 | 3:11 24:13 | 237:3 243:7 |
| 152:17 | 159:18 | 69:21 71:25 | 44:22 93:20 | **state's** |
| 171:7 | 216:1 | 72:5 76:1 | 94:16 | 46:25 99:22 |
| 172:13 | 230:18 | 79:10 81:3 | 169:10 | 127:16 |
| 231:25 | **standards** | 87:19 90:14 | 181:21 | 142:8 |
| **spending** | 22:25 28:3,9 | 90:17,22,24 | 190:10 | 167:13 |
| 134:19 | 100:4 | 100:21,25 | 233:9 | **stating** |
| 172:17 | **standing** | 104:10,13 | **statements** | 46:8 103:18 |
| **spent** | 202:21 | 104:20 | 20:1 | 103:24 |
| 8:25 64:10 | **standpoint** | 121:16,16 | **states** | **station** |
| 87:7 170:21 | 45:8 85:17 | 124:5 | 2:23 21:22 | 33:21,25 |
| 173:11 | **stark** | 126:23 | 25:1,3,6 | 219:25 |
| 174:4 | 180:9 | 130:6 | 26:1,7 | **statistic...** |
| 175:16 | **Starr** | 135:13,15 | 27:12 39:15 | 152:8 |
| **spike** | 102:20 | 143:12 | 39:19 44:18 | **statistics** |
| 241:9 | **start** | 144:9 152:5 | 48:6 49:21 | 167:11 |
| **spirit** | 48:3,14 | 155:13,19 | 53:19 54:17 | **status** |
| 11:19 45:25 | 52:22,25 | 155:20 | 55:6 56:1,3 | 109:9 204:8 |
| 154:1 | 76:11 146:3 | 158:18 | 91:12 93:24 | **statutory** |
| **sponsor** | 150:3,5 | 159:5,5,19 | 138:16 | 48:7 |
| 28:15,23 | 180:10 | 162:9 | 142:5 | **stay** |
| **spot** | 200:19 | 165:19 | 143:17 | 118:22 |
| 125:18 | **started** | 166:14 | 152:3,3 | 198:20 |
| 151:17 | 46:8 110:14 | 168:18 | 164:19 | **stead** |
| 205:18,20 | 217:10 | 170:4 | 165:24 | 126:12 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031324

USA_00020848

Hearing                                                                       April 6, 2009

297

| | | | | |
|---|---|---|---|---|
| Stealing | straightf... | 153:7 | 75:3 155:15 | 30:12 37:8 |
| 123:2 | 189:20 | 159:12 | 160:15 | suggestions |
| steam | straits | 163:10 | 164:21 | 75:21 154:24 |
| 4:21 | 113:15 | 168:4,5,15 | 165:7 | 155:2 |
| step | strap | 169:17 | submits | 243:25 |
| 77:10 113:10 | 138:4 | 180:5,7,13 | 27:18 | suggests |
| 113:11,25 | strategies | 180:20 | submitted | 84:12 |
| 132:9 | 60:15,21 | 186:8 190:1 | 73:21 160:14 | suit |
| 172:23 | 64:4 | study | submitting | 56:12 |
| 181:6 | strategy | 49:3,6 67:19 | 164:25 | sum |
| steps | 62:19 | 67:22,25 | subsection | 172:13 |
| 77:6 | Street | 73:8,9 | 228:9 | Summaries |
| Steven | 127:22 138:1 | 83:15,19 | substantial | 139:1,11,13 |
| 5:3,13 | stretch | 86:5,14,15 | 42:13 154:14 | summarize |
| stick | 143:21 | 86:16 87:8 | 189:12 | 76:13 |
| 196:13 | strict | 88:3 152:1 | 193:14 | summary |
| 234:19,20 | 57:1 69:3 | 152:1,14 | substanti... | 229:11 |
| 234:21 | strictly | 153:4 | 155:7 | summed |
| 235:12 | 145:12 | 156:14 | substanti... | 13:17 |
| 244:3 | strike | 158:11,12 | 148:10 | sun |
| stickler | 181:18 | 158:25 | 154:16 | 85:11,12 |
| 220:19 | strikingly | 159:4,4,18 | 159:25 | super |
| sticky | 147:11 | 159:20,25 | substanti... | 78:7 |
| 155:4 | stripes | 160:8 | 85:23 | superseded |
| stigma | 201:21 | 168:10 | substitutes | 74:9 |
| 124:11 | struck | 178:23 | 41:4,6 | supervise |
| stimey | 148:11 | 187:5,7,8 | subtracted | 224:1 |
| 173:14 | structural | 215:21 | 36:24 | supervisor |
| stipulate | 11:8 | 241:6 242:2 | successful | 200:13 |
| 104:3 | structure | stuff | 57:18 81:11 | 203:24 |
| stole | 47:21 65:25 | 102:8 106:3 | 178:12 | supervisors |
| 149:18 | 169:15 | 120:24 | successfully | 203:21 |
| stolen | struggle | 233:10,19 | 126:21 127:1 | 214:24 |
| 103:7 | 141:19 | 235:3 | sue | supplement |
| stop | student | stunt | 62:5 | 24:5 |
| 40:1 48:17 | 222:2,16 | 140:10 | sued | support |
| 96:22 | students | style | 62:4 | 139:17,19,21 |
| 191:25 | 78:24 | 244:21 | suggest | 143:18 |
| 195:24 | studied | styles | 18:21 21:11 | 154:20 |
| stopped | 10:9,11 49:4 | 207:23 | 83:25 85:23 | 180:2 |
| 78:15 127:3 | 68:19 241:3 | subcommittee | 160:1 | supported |
| stops | studies | 68:22 | 170:21 | 120:10 |
| 66:24 | 10:21 83:1 | subdivision | 174:23 | 143:14 |
| store | 84:15 85:21 | 25:13 | 196:3,11 | supporting |
| 66:5 | 86:22 | subject | suggesting | 143:20 178:4 |
| stories | 120:21 | 87:25 94:13 | 170:24 | supports |
| 104:9 | 152:20 | 154:24 | suggestion | 18:19 126:4 |
| | | submit | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031325

USA_00020849

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 76 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 183 of 223

Hearing                                                    April 6, 2009

                                                                   298

supposed
62:20
suppress
8:14 160:9
171:12
177:21,23
178:11
179:24
suppression
13:2 18:14
84:9
Supreme
53:1,20
54:16,22
55:14 90:19
91:12 93:18
93:22 142:5
181:14
sure
6:2 13:25
39:22 40:9
42:9 43:13
51:8 57:2
58:23 63:19
68:16 74:14
75:4 83:11
89:10 92:15
94:25
103:18
112:22
113:24
115:10
117:8
121:20
146:4 151:3
156:11
159:10
165:25
195:7,11
196:5 199:1
200:22
223:19
225:10
230:16
234:15
235:6 236:3
236:5
238:14

surprise
41:14
surprised
154:4 166:14
166:18
surprising
166:25 168:1
surprisingly
6:25
survey
153:16,17
175:2
Susan
119:19
suspect
51:20
suspended
40:22
swear
191:6 192:17
193:2,6,22
swearing
158:3
swing
149:5
sworn
110:6
system
11:18 12:10
51:8 57:9
67:3,10,15
68:15 69:4
86:23 87:12
97:1,4
100:4
132:18
133:10
151:24
155:9
156:20
157:22,23
160:15
182:13,19
182:20
184:22
185:23,24
186:1,4,16
186:25

187:3
189:19,20
190:3 191:4
193:15
204:23,25
224:8,14
225:13
235:11
systematic
83:25 235:14
systems
138:3 148:3
183:2

_____

          T

table
24:4 36:5
48:21
tact
144:19
tactics
130:7 131:1
take
4:20 6:9 8:8
10:12 13:8
17:1 21:3
35:12 37:19
37:21 41:11
45:4 47:10
48:24,25
52:4,11
71:21,22
113:13,15
114:24
117:16
121:10
132:9
141:21,21
144:19
153:21
172:23
181:2 184:9
190:8
193:19
197:5 204:5
208:25
212:4 216:7
216:15,19

217:17
218:9
221:25
233:23,24
234:6
240:22
taken
38:13,15
199:8 204:1
246:13
takes
37:15 77:4
81:25
109:19
165:11
183:9
200:25
201:2,3
225:21,23
226:19
talk
43:14 60:20
61:2 65:18
68:15
100:11
105:16
152:16
163:8,13,16
163:18,19
194:22
201:9,22
231:23
232:11,13
talked
60:17 65:18
138:3,4,14
138:19,20
146:15
talking
33:13 37:24
42:10 50:14
51:18 54:19
80:21,23
87:19
115:12
116:14
158:12
168:23

170:13
175:4 186:7
186:8
192:20
197:21
212:17
talks
105:13 228:2
228:3
230:22
tall
113:10
tank
89:4
tank's
87:11
target
190:21,24
taught
92:24 96:19
tax
45:13 96:6
97:11,17
98:7 99:16
108:17,22
110:6,20
111:20
114:7
taxpayer
66:22 98:7
taxpayers
50:8 98:9
100:6
teach
96:1
teacher
118:7
teaches
133:7
Teaching
96:3
teams
130:13
technical
29:8
technology
47:23 66:10
133:2



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031326

USA_00020850

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 77 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 184 of 223

Hearing                                                          April 6, 2009

                                                                           299

**telephone**
123:11
**tell**
4:25 38:1
46:23 58:25
59:10,14
65:14,16
71:3 86:21
108:13
123:17
130:23
133:20,23
162:12,17
165:24
208:18
214:23
223:18
227:5
235:19
**telling**
177:10
**temporary**
26:3 110:17
110:23
**ten**
5:12,13,14
47:10 55:18
56:22,23
59:2 72:16
72:19 77:18
128:14,19
182:3
196:20
197:12,19
**ten-minute**
5:5 197:9
**terms**
11:22 29:24
36:11 39:4
39:5 41:25
56:4 69:10
84:14,15,15
159:17
161:1 182:9
199:16
214:3
230:14
**terrible**

52:12
**test**
195:10
**testified**
135:6 177:15
188:7
**testifiers**
21:3
**testify**
7:14 19:20
45:14 95:16
95:21
103:23
144:4,16
146:11
153:12
182:17
199:23
200:16
245:12
**testifying**
98:9 105:22
106:8
108:13
117:5,6
122:19,21
186:1
**testimony**
3:1 4:12,20
6:22 9:16
10:8,12
13:12,24
20:3 33:14
37:3 42:18
45:8 47:9
57:5 60:17
66:24 68:5
68:7,9
72:13 73:4
73:25 76:10
101:9,16,22
103:1,11,22
106:5,16
108:25
122:5
144:22
145:3 154:2
154:3

167:14,19
183:18
186:3,6
189:18
192:14
197:19
199:1 200:2
200:3
207:17
228:25
**tests**
141:21,21
**Texans**
12:16 13:4
16:3,4
33:10,15,16
96:23 99:24
**Texas**
7:24 8:7,13
8:16 9:22
10:5,15
11:4,4,14
12:3 18:22
25:13,25
27:16 43:22
46:1,24
47:8 60:2
65:10 68:5
68:17 69:6
80:18 87:20
95:23 96:6
99:5 103:1
105:9
108:20
109:15
119:8 133:8
142:14,15
142:19
146:6
153:21
155:9,17,21
158:7 160:1
163:20
164:11,19
164:24
165:8,25
167:12
172:7

173:19
174:20
176:21
177:18
180:10,15
184:21,22
185:5,9
190:7
192:16
195:19
207:18
208:7,9
227:12,15
237:19
246:1,6,21
**thank**
9:10,20
12:24 13:5
13:21 14:2
18:5,7
20:19 30:19
30:20 43:14
43:15 44:2
44:5,25
45:5,16,19
46:19 52:23
60:4 61:8
72:24 74:25
75:10 76:25
77:11,15
88:8,9 93:8
94:8,9,11
94:14 95:20
100:8,10
114:15
117:20,21
118:14,18
120:3 122:8
122:8
131:25
143:2,4,6,7
143:8 144:6
144:8 154:1
167:14,17
167:20
176:1,4
178:9
183:16

187:22
192:13
199:24,25
200:3,5,8,8
222:17,19
226:21,22
228:24
229:1,6,18
236:9 245:2
245:3,5,8,9
**Thanks**
114:16
242:10
**theft**
49:20 50:1,5
130:14
**theory**
91:11
**thereof**
12:9
**they'd**
193:6
**thing**
38:17 70:19
74:17 93:16
96:22
113:22
121:20
157:12
168:22
169:1
172:25
176:12
177:20
180:8 201:4
213:24
215:2
219:23
225:9 230:1
230:3
235:19
244:23
**things**
16:19 20:3
39:11 47:6
51:22 61:3
62:1 64:19
66:19,21



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031327

USA_00020851

Hearing                                                    April 6, 2009

300

| | | | | |
|---|---|---|---|---|
| 71:24 76:7 | 89:6,9 90:5 | 196:21 | 211:11 | 121:9,23 |
| 80:1 82:19 | 90:14,17 | 197:7,21 | 231:23 | 122:9,12 |
| 84:20 | 93:5,16 | 198:5,10,11 | **threshold** | 126:14 |
| 104:12 | 95:14 | 198:22 | 90:5,7 | 132:23 |
| 110:3 | 100:13,14 | 199:11,13 | **throat** | 134:19 |
| 113:20 | 100:17,22 | 200:2,18 | 13:2 | 135:8 |
| 120:1 | 100:24 | 201:11 | **throwing** | 143:10 |
| 123:20 | 101:4,16,23 | 207:3 | 37:7 | 144:2 |
| 125:19 | 102:5,9 | 210:20,21 | **thrown** | 146:19 |
| 130:9 134:3 | 108:24 | 211:4 | 92:25 110:13 | 148:23 |
| 151:9,21 | 110:24 | 213:17 | 124:2 134:8 | 149:9,11 |
| 152:22 | 111:9 113:1 | 216:16 | **ticket** | 151:21 |
| 169:11 | 113:17 | 218:13 | 170:9 | 152:17 |
| 171:11 | 116:5 118:4 | 219:22 | **tied** | 153:8 162:8 |
| 172:21 | 118:12 | 228:15,17 | 29:18 78:13 | 165:18 |
| 195:9 | 120:7 | 228:18 | **tight** | 170:5 |
| 207:11,24 | 121:21 | 230:15 | 17:12 | 172:11 |
| 217:3,15 | 123:19 | 233:14 | **till** | 176:18,19 |
| 222:16 | 124:4,20 | **thinking** | 4:23,25 | 183:9 |
| 225:22,23 | 125:20,21 | 15:1 42:22 | **time** | 188:15 |
| 226:20 | 131:7 132:6 | 109:24 | 3:4 5:19 | 190:17 |
| 239:21 | 135:9,9,23 | **third** | 6:20 9:3,6 | 191:23 |
| **think** | 141:14 | 76:21 90:18 | 11:18 12:11 | 194:3 |
| 6:23,24 7:2 | 144:1,18 | 232:4 | 13:13,15 | 195:11 |
| 7:5,8 11:3 | 145:16 | **third-party** | 15:4,5 | 196:2,16,21 |
| 11:14,15,25 | 153:14 | 71:12 76:21 | 16:18 20:5 | 197:6 |
| 12:17 13:2 | 161:19,20 | **thought** | 20:22 30:4 | 198:15,19 |
| 13:3,14,17 | 169:9 172:4 | 6:8 38:17 | 35:6,12 | 199:1,8,19 |
| 14:5,11 | 172:15 | 61:23,24 | 45:7,8,11 | 199:22 |
| 15:19,21 | 173:11,13 | 72:3 89:21 | 45:24 49:8 | 200:10 |
| 18:2,11,15 | 174:13,16 | 101:8,10 | 49:10,11 | 201:2 |
| 19:22 29:1 | 175:1,10,19 | 116:16 | 54:6 55:6 | 205:22 |
| 29:23 34:19 | 175:24 | 159:18 | 56:25 57:3 | 206:17 |
| 39:2 40:8,9 | 177:20 | 173:21 | 63:25 64:9 | 210:7 |
| 42:2,11,24 | 179:8,15,16 | 197:11 | 64:16 67:12 | 215:12,13 |
| 43:4,8,25 | 180:4,14 | 234:10 | 68:22 70:4 | 216:9 |
| 50:6,7,9 | 181:5 | **thousands** | 70:5 72:25 | 218:16 |
| 51:1 52:5 | 184:22 | 12:16 98:17 | 74:10 78:8 | 223:24 |
| 56:14 60:9 | 185:8,13 | 126:22 | 87:25 90:18 | 225:17,23 |
| 60:16,24 | 188:3,5 | **threatened** | 91:19 94:13 | 225:25 |
| 61:13,14 | 189:16 | 14:8 | 95:12 106:8 | 230:23 |
| 62:1 63:8 | 190:6,11,12 | **Threatens** | 106:9,14 | 234:6 238:6 |
| 66:16 68:9 | 190:23 | 123:2 | 109:19 | 239:15 |
| 73:8 76:9 | 191:18 | **three** | 113:14 | 240:19 |
| 81:12,18 | 192:25 | 8:3 10:7 | 114:24 | 242:14,23 |
| 82:1,22 | 193:8,12,13 | 15:15,15 | 115:3,21 | 242:23 |
| 83:4,7 85:3 | 194:17 | 29:17 30:8 | 118:3 120:3 | 245:4,10 |
| 87:11 89:4 | 195:14,16 | 68:19 95:24 | 120:18 | **times** |
| | 196:3,10,20 | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005970

TX_00031328

USA_00020852

Hearing                                                          April 6, 2009

301

| | | | | |
|---|---|---|---|---|
| 104:15 | 2:1,20 4:24 | 67:23,25 | 102:2,7 | 198:2,8,17 |
| 105:1 | 6:12 13:5 | 68:11,16 | 103:13,20 | 199:7,15 |
| 106:23 | 13:22 18:7 | 69:18,23 | 104:4,8,19 | 200:1,8,15 |
| 117:3 149:6 | 19:22 20:12 | 70:1,14 | 104:24 | 200:22 |
| 186:12 | 20:21 21:2 | 71:5,9,11 | 106:2,10,15 | 201:6 |
| 188:6 | 28:16,22 | 72:3,8,15 | 106:20 | 207:10,15 |
| 241:21 | 29:3,21 | 72:19,23 | 107:19,23 | 208:3,7,13 |
| **tiny** | 30:12,21,25 | 73:5,11,23 | 108:3 | 208:23 |
| 148:9 213:11 | 31:5,8,12 | 74:4,6,13 | 114:11,17 | 209:1,8,16 |
| **tip** | 31:19,22,25 | 74:22 75:4 | 117:12 | 209:21 |
| 8:1 121:5 | 32:6,11,16 | 75:14,17 | 118:15,21 | 210:3,6,11 |
| **titled** | 32:22,25 | 76:1,6,12 | 120:22 | 210:22 |
| 53:24 | 33:3,9 | 76:14,25 | 122:11,18 | 211:1,18,22 |
| **today** | 34:19 35:15 | 77:9,13,20 | 122:24 | 212:2,24 |
| 2:21 4:10 | 37:1,6 38:3 | 77:24 78:3 | 123:4,17 | 213:3,6,9 |
| 5:21 9:13 | 38:9,12,22 | 78:12,14,21 | 131:7,13,18 | 213:17 |
| 9:15,24 | 39:2,12 | 79:9,14,21 | 131:21 | 214:3,12 |
| 15:12 18:4 | 40:4,9,12 | 79:25 80:4 | 135:25 | 215:5,25 |
| 33:14 40:16 | 40:17,21 | 80:15,24 | 143:6,9,22 | 216:7 217:7 |
| 43:14 63:11 | 41:1,7,12 | 81:4,7,12 | 144:8 153:1 | 222:20,23 |
| 69:8 81:10 | 41:21,24 | 82:11,14,15 | 153:25 | 226:23 |
| 93:16 95:21 | 42:7,24 | 82:18,24 | 154:13,19 | 229:2,6,9 |
| 96:13 99:21 | 43:16 44:6 | 83:3,5,11 | 154:23 | 229:18,21 |
| 100:1 | 44:8,15,21 | 83:14,18,20 | 155:18,22 | 236:11,22 |
| 103:22 | 45:1,11,16 | 84:3,5,19 | 155:25 | 237:2,5,10 |
| 108:13 | 45:18,19 | 84:24 85:3 | 156:3 157:3 | 237:15,18 |
| 109:14 | 46:7,11,13 | 85:5,8,9 | 157:25 | 237:25 |
| 112:24 | 46:16,16,19 | 86:1,2,4,7 | 158:10,15 | 238:5,15,20 |
| 117:20 | 46:20 52:24 | 86:9,13,17 | 158:22 | 240:14,18 |
| 118:2 | 53:13 54:21 | 86:19,24 | 159:1,9,11 | 240:20 |
| 120:18 | 55:8,10,12 | 87:5,9 88:7 | 159:16,23 | 242:11 |
| 122:2,9 | 55:13 56:9 | 88:8,9,11 | 160:17,20 | 243:4,13,16 |
| 124:5 | 56:18,21 | 88:16,17,22 | 160:22 | 245:3,7,9 |
| 131:24 | 57:12,14,15 | 88:25 89:5 | 161:6,14,22 | **told** |
| 134:19 | 57:17,19,24 | 89:9,13,15 | 162:19,22 | 53:16 63:21 |
| 138:23 | 57:25 58:1 | 89:18 90:13 | 163:3 | 68:11 97:17 |
| 145:1,17 | 58:2,4,11 | 90:17,22 | 167:15,20 | 110:20 |
| 146:8 | 58:16,18,19 | 91:1,5,11 | 176:2 | 111:18 |
| 167:19 | 58:23 59:2 | 91:14,22 | 179:15 | 129:9 |
| 184:23 | 59:4,5,9,21 | 92:4,10,14 | 180:7,25 | 130:24 |
| 185:5 | 59:23,24,25 | 92:19 93:7 | 181:7 | 142:18 |
| 187:21 | 60:4 61:8 | 93:10,13,22 | 183:13 | 153:23 |
| 188:20 | 62:17,23 | 94:5,9,11 | 187:24 | 202:25 |
| 189:4,11 | 63:1,7,21 | 94:14 95:5 | 188:5,13 | 203:4 235:1 |
| 192:17 | 64:6,23 | 95:7,9 | 192:22 | **tomorrow** |
| 199:23 | 65:2,5,8,11 | 100:8,11,17 | 193:25 | 4:13,20 9:16 |
| 227:20 | 65:21 66:3 | 100:24 | 195:22 | 30:15 33:1 |
| **Todd** | 66:10,19 | 101:4,8,12 | 196:12,23 | 34:20 40:18 |
| | 67:1,5,8,17 | 101:15,21 | 197:11,16 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005971

TX_00031329

USA_00020853

Hearing                                         April 6, 2009

302

| | | | | |
|---|---|---|---|---|
| 42:6 196:17 | 35:12 125:17 | 102:5 | **true** | 196:5,12 |
| 198:21 | 132:24 | 104:18,21 | 51:19 52:6 | 198:18 |
| **tone** | 205:12 | 105:21,24 | 54:4 84:14 | 201:18 |
| 202:1 | 219:23 | 107:17,21 | 136:2 146:5 | **turn** |
| **tonight** | 225:18 | 108:1,8,11 | 147:4,5 | 115:17 |
| 2:25 4:18 | 232:19,20 | 108:14,16 | 150:25 | 128:10,10 |
| 7:13 15:1 | 233:5 | 108:21 | 151:1 | 203:15 |
| 37:3 226:19 | **trained** | 109:3,7,11 | 152:15 | 236:7 243:9 |
| 236:8 | 35:5,21 43:9 | 109:17,23 | 162:12 | **turned** |
| **top** | 114:7 | 110:3 111:3 | 172:20 | 92:7 115:14 |
| 170:9 | 138:12 | 111:8 | 175:25 | 115:21 |
| **topic** | 217:18 | 112:22 | 238:14 | 127:16 |
| 152:25 | 219:8 | 113:13 | **truly** | 147:4 |
| **total** | **training** | 114:1,5,14 | 46:3 225:6 | **turning** |
| 22:15 57:21 | 22:24 23:5 | 114:20 | **truncated** | 71:12 76:22 |
| 85:21 | 28:3,4,5,8 | 115:2,5,9 | 123:16 | **turnouts** |
| 208:16 | 34:16 35:2 | 115:19 | **try** | 8:14 |
| 210:17 | 35:5,6 36:8 | 116:2,4,7 | 47:7 66:8 | **turnover** |
| 211:6 | 36:9,10,11 | 116:13,19 | 70:18 74:2 | 231:19 |
| **totality** | 42:9,12,20 | 116:23 | 78:15 84:22 | **turn-out** |
| 85:21 | 42:23 63:2 | 117:2,6,20 | 113:21 | 12:5 48:18 |
| **town** | 65:15 | 118:4 119:3 | 131:12 | 48:18,22 |
| 9:21 | 109:22 | 119:4,9,15 | 132:24 | 49:4,9,13 |
| **trace** | 110:1,14,24 | 122:10 | 145:20 | 49:14 63:9 |
| 149:4 | 189:17 | 145:7 188:3 | 155:13 | 63:18,20 |
| **track** | 190:2 | 188:11 | 161:10 | 83:2,8 84:1 |
| 235:22 | 218:16 | **Trautman's** | 186:5 | 85:1,4,6,16 |
| **tracts** | 219:4,12 | 154:4 | 200:18,21 | 85:24 86:3 |
| 231:2 | 232:2,15,17 | **travel** | 227:17 | 86:11 87:18 |
| **trade** | 232:17,23 | 125:15 | 241:15 | 88:5 147:5 |
| 145:18 | 233:5 | **Travis** | **trying** | 152:20,21 |
| **trader** | **transaction** | 29:6 | 12:10 13:20 | 153:5,9 |
| 129:5 | 50:2 | **treated** | 29:1 32:4 | 159:14,21 |
| **traders** | **transcript** | 111:7 | 32:18 65:12 | 159:21 |
| 52:2 | 46:15 246:7 | **treatment** | 65:23 69:11 | 164:16 |
| **tradition...** | **transferred** | 111:5 113:4 | 72:4 74:19 | 168:11,16 |
| 146:9 | 110:12 | 113:5,23 | 75:23 89:1 | 168:18 |
| **trail** | **transport...** | **tremendously** | 97:19 98:15 | 170:1,8,10 |
| 97:3 134:16 | 15:7 27:9 | 224:15 | 106:10 | 171:9,17 |
| 134:17 | **trap** | **trial** | 112:24 | 173:10 |
| 148:20 | 207:9 | 56:10 104:5 | 123:6 | 174:9 175:1 |
| 161:23 | **Trautman** | **tricky** | 140:10 | 175:17,18 |
| 162:2,13,13 | 95:15,20,22 | 80:22 191:3 | 144:20 | 175:20,21 |
| 162:15,16 | 100:10,13 | **tried** | 163:4 | 178:1,4,20 |
| 162:23 | 100:22 | 73:24 75:13 | 173:23 | 178:23 |
| 191:13 | 101:2,7,11 | 141:9 198:9 | 177:21,23 | 179:6,24 |
| 192:19 | 101:14,19 | **trouble** | 178:13 | 180:5 209:4 |
| **train** | 101:25 | 36:18 | 192:5,11 | 209:24,25 |

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com



**ESQUIRE**
DEPOSITION SOLUTIONS

TX_00031330

USA_00020854

Hearing                                                    April 6, 2009

303

| | | | | |
|---|---|---|---|---|
| 215:21 | 162:7 | 155:9,17 | 26:7 48:6 | **upset** |
| 241:16,17 | **types** | 161:24 | 49:21 53:19 | 130:7 135:14 |
| 243:6,9 | 7:4 | 173:4,8,24 | 55:6 142:5 | **up-to-date** |
| **turn-outs** | **typewriter** | 192:17 | **unites** | 133:1 |
| 180:18 | 162:7 | 196:19 | 6:25 | **urban** |
| **TV** | **typically** | 230:17 | **universal** | 126:2 |
| 62:9 | 68:24 | **understan...** | 94:23 143:18 | **urge** |
| **twice** | | 18:18 32:6 | **universally** | 195:9,13 |
| 102:20 142:2 | ___ U ___ | 32:17,23 | 197:8 | **use** |
| **two** | | 33:15 34:1 | **universe** | 22:21 33:23 |
| 4:1 5:25 8:1 | **UFO** | 39:7,11 | 193:22 241:4 | 38:18,21,22 |
| 13:1 19:2 | 149:21 | 55:7 83:5 | **University** | 38:24,25 |
| 23:18,22 | **Uh-huh** | 83:17 86:22 | 49:6 83:19 | 39:10 40:3 |
| 24:24 32:7 | 66:18 237:17 | 113:10 | 83:21,22,23 | 44:12,14 |
| 32:12,15,16 | **ultimate** | 115:25 | 86:9 89:8 | 66:10 78:19 |
| 32:21 35:23 | 111:5 | 161:25 | 128:2 133:8 | 91:12 118:2 |
| 35:25 50:24 | **ultimately** | 216:1 | 144:4 | 125:10 |
| 51:22,25 | 59:17 111:7 | **understands** | **Unknown** | 128:7 148:2 |
| 55:17 56:17 | **UN** | 3:22 | 57:25 | 174:22,23 |
| 57:2,16 | 125:1 | **understood** | **unmistakable** | 201:23 |
| 59:5,6 | **unable** | 77:19 197:8 | 152:6 | 205:9 216:1 |
| 76:19 78:9 | 53:4 90:7 | 197:9 | **unnecessa...** | 232:16 |
| 83:22 86:11 | 118:8 119:2 | **undertaken** | 192:8 | 239:14 |
| 86:14,15 | **unacceptable** | 10:21 | **unnecessary** | **uses** |
| 104:15,16 | 7:9 56:6 | **undocumented** | 173:1,7 | 205:4 |
| 104:25 | **unanimous** | 102:14 | 181:6 | **usual** |
| 106:22 | 142:6 | 103:24 | **unpractical** | 115:3 |
| 119:20 | **unaware** | **unduly** | 52:16 | **usually** |
| 122:7 130:2 | 72:14 | 53:6 | **unquestio...** | 5:18 43:22 |
| 141:6,19 | **uncontested** | **uneducated** | 182:18 | 195:9 |
| 151:21 | 56:11 | 160:10 | **unquote** | 206:19 |
| 152:25 | **uncovered** | **unfair** | 110:23 | **utility** |
| 156:10 | 110:4 127:13 | 15:12 131:3 | 112:19 | 44:12,14,22 |
| 158:22 | **undermine** | 190:10 | **unreasonable** | **U.S** |
| 160:6,16 | 68:9 | **unfortuna...** | 7:11 52:17 | 107:3 129:7 |
| 169:11,15 | **understand** | 98:21 119:2 | 54:23 56:5 | 129:18,24 |
| 171:11 | 14:22 15:19 | 147:25 | 56:22 | 133:15 |
| 172:21 | 21:6 32:2 | 149:24 | **unusual** | |
| 191:18 | 43:10 56:10 | **UNIDENTIFIED** | 5:17 | ___ V ___ |
| 202:18 | 58:24 59:9 | 4:22 | **unwilling** | **vacated** |
| 207:19 | 83:14 | **unimpressed** | 79:17 | 142:6 |
| 222:3 226:5 | 104:24 | 179:18,22 | **update** | **vain** |
| 226:14,15 | 109:6 | **uninterru...** | 167:10 | 46:4 53:23 |
| **type** | 115:10 | 5:5,7 | 215:23,24 | **valid** |
| 10:5 180:21 | 124:16 | **unique** | 220:22 | 25:9 27:16 |
| 187:17 | 130:17,19 | 51:11 91:21 | **upheld** | 39:19 54:17 |
| 198:15 | 151:2,2 | **United** | 93:19 | 57:7 59:21 |
| **typed** | 154:13 | 25:1,3,6,25 | | 184:22 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031331

USA_00020855

Hearing                                    April 6, 2009

304

| | | | | |
|---|---|---|---|---|
| validate | 244:6 | 129:4 | 90:7,10 | 207:4,13 |
| 147:3 186:14 | verifiable | views | 91:8 92:7 | 211:13 |
| validly | 97:3 | 126:4 | 96:12,17,24 | 212:22 |
| 151:5 | verified | vigorously | 97:2 98:21 | 214:18,18 |
| valley | 177:14 | 145:12 | 102:16 | 215:9,13,15 |
| 105:9 | verify | violated | 104:1 | 217:23 |
| value | 35:14 203:6 | 141:25 | 110:21 | 220:8,9,14 |
| 96:18 | 225:10 | violent | 112:4 116:1 | 221:17,22 |
| variable | 226:3,13 | 52:7,9,11 | 116:16 | 223:21 |
| 85:18 | 234:4 | 134:5 | 117:9 | 225:9 234:2 |
| variables | vermont | Virginia | 120:16 | 234:3 239:9 |
| 85:14,15 | 87:12 | 128:2 | 121:19 | 241:4 |
| 86:5 153:7 | version | visions | 124:8 | 244:16,20 |
| variance | 8:7,13,16 | 81:13 | 126:12,12 | voted |
| 240:10 | 43:4,9 87:2 | visit | 128:15,16 | 39:24 97:13 |
| variety | versus | 136:6 245:7 | 128:16,17 | 97:20,25,25 |
| 4:15 244:11 | 56:3 64:14 | visited | 134:8 | 98:4 102:20 |
| various | 159:17 | 135:22 168:4 | 140:16,19 | 102:21,24 |
| 207:23 | 170:23 | visual | 140:21,23 | 103:5 |
| 221:25 | 213:12 | 42:15 | 140:25 | 104:15 |
| 232:20 | 220:13 | volley | 141:3,25 | 105:4,7,15 |
| vary | 240:12 | 201:2 | 146:10,21 | 106:22,23 |
| 34:23 213:20 | vested | volunteers | 149:18 | 109:2 |
| 213:21 | 206:25 | 138:12 | 151:4 155:8 | 124:18 |
| 215:17 | veterans | vote | 155:11 | 156:17,23 |
| 240:2 | 26:2 | 7:7,9,10,12 | 157:7,10,13 | 164:9,14 |
| varying | vice | 8:21 13:19 | 157:14,20 | 166:17,20 |
| 3:1 82:25 | 20:23 | 13:20 14:23 | 162:17 | 167:6 |
| 214:1 | Vice-Chair | 14:24 15:6 | 163:16 | 211:14 |
| vast | 144:14 | 16:9,13,15 | 164:20 | 215:6 238:7 |
| 212:12,12,12 | Vice-Chai... | 17:8,21 | 165:15 | 238:9 |
| 212:25 | 3:8 20:24 | 19:5 22:1 | 166:5,9 | voter |
| Veasey | Vice-Chai... | 23:16,23 | 168:20 | 3:2 7:5,7,24 |
| 2:18,19 | 102:13 | 31:11,20 | 169:2 171:2 | 8:3,13,14 |
| 13:25 14:1 | victim | 36:22,23 | 171:13 | 8:16,17,20 |
| 18:8 44:7,9 | 148:18 | 37:13,17 | 172:18 | 10:4,5,6,14 |
| 44:10,17,20 | victimized | 39:18 43:11 | 173:14,20 | 10:16 11:22 |
| 44:25 94:15 | 135:17 | 48:10 50:23 | 177:21,23 | 12:4 13:1 |
| 143:11 | video | 53:4,6 | 178:11 | 14:15 15:1 |
| 238:18,21 | 49:1,1 | 60:17 61:12 | 179:13 | 15:2,17 |
| 239:1,18 | 125:13 | 62:2,18,19 | 182:3,5,6 | 18:13,14 |
| 240:4 | 137:11 | 62:20 65:22 | 185:7,19 | 21:13,15,18 |
| Vehicles | 246:9 | 65:24 66:5 | 186:14,20 | 21:19 22:5 |
| 66:16 79:20 | view | 66:5 76:4 | 191:9,20,21 | 22:11 23:2 |
| 165:4 | 9:18 124:17 | 78:9,15 | 191:23 | 23:4,15,20 |
| vendetta | 131:2 | 79:2 82:5 | 193:3,3,6 | 23:21,25 |
| 129:6 | viewed | 87:1,14 | 193:22 | 24:4,5,14 |
| verbatim | | 89:25 90:4 | 202:9,14,17 | 24:16 26:24 |
| | | | 203:1,5,6,7 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_005974

TX_00031332

USA_00020856

Hearing                                                                April 6, 2009

| | | | | |
|---|---|---|---|---|
| 27:5,15,16 | 122:23 | 217:14,16 | 204:23 | 7:11 11:8 |
| 27:17,18,21 | 123:2,25 | 217:17 | 205:3,4 | 21:16,17,18 |
| 30:3,5 31:4 | 124:1,7,14 | 220:14 | 207:7 | 22:7,19 |
| 31:7 32:4,9 | 126:8,10,16 | 221:6,7,10 | 208:14,22 | 24:21 25:18 |
| 32:20 36:4 | 126:20 | 226:4,25 | 209:14 | 26:16 27:1 |
| 39:19 44:24 | 127:8 | 227:5 228:9 | 210:1,4 | 27:5,15 |
| 48:18,18,22 | 130:13 | 228:11 | 212:20 | 33:19,24 |
| 49:4,12 | 132:8,20 | 239:8,9 | 214:15,21 | 34:9 38:6 |
| 51:12 52:9 | 135:4,12,17 | 241:16,17 | 215:8 | 38:18,23,25 |
| 54:23 57:1 | 135:21 | 241:22 | 217:19,20 | 39:8 48:1,3 |
| 59:18 60:14 | 137:9 | 244:11,24 | 217:20,21 | 51:3 53:25 |
| 63:20 66:13 | 138:10,15 | **voters** | 223:16 | 55:24 59:8 |
| 66:22 68:18 | 141:16 | 8:24 10:22 | 225:1,4 | 60:18 69:20 |
| 68:20 69:10 | 142:11,12 | 11:12 17:20 | 226:8 | 78:7,16,17 |
| 74:8 78:13 | 142:14,18 | 22:18 24:15 | 232:16,23 | 79:4 80:12 |
| 79:6 80:21 | 143:17,20 | 24:17,18 | 233:3,8,20 | 82:15 84:11 |
| 81:6,21 | 154:5,15 | 37:25 45:13 | 233:21 | 94:24 98:18 |
| 82:13 83:2 | 160:6 161:2 | 48:7,11 | 234:5,6 | 98:25 99:4 |
| 83:7,25 | 161:8 | 50:8 51:6 | 237:22 | 100:3,5 |
| 84:1 86:11 | 163:12 | 55:17,20,22 | 238:22 | 105:2 107:4 |
| 86:25 88:5 | 164:25 | 57:7 62:5 | 241:4,19 | 108:20 |
| 94:19 96:10 | 168:5 169:8 | 63:13,25 | 242:2,17,17 | 121:17 |
| 96:22 97:6 | 170:18,19 | 64:2,8,16 | 242:22 | 126:25 |
| 97:10,19,20 | 171:12,18 | 65:7 69:4 | 243:7,9 | 132:6 |
| 97:22 98:11 | 171:25 | 73:1 84:9 | **voter's** | 134:17 |
| 98:15,18,22 | 173:14 | 90:23 98:17 | 19:5 23:20 | 135:3 |
| 99:1,3,6,7 | 175:10 | 99:3,9 | 24:13 25:19 | 141:22 |
| 100:12,18 | 176:10 | 103:4,9 | 27:7 215:11 | 142:1,2,11 |
| 100:20,25 | 182:4 | 105:10 | 215:14 | 146:7 151:4 |
| 101:5,10,16 | 183:21,22 | 106:25 | 220:21 | 156:5,12 |
| 101:23 | 183:24 | 111:13 | 228:12 | 157:19 |
| 102:9,15 | 184:1,7,9 | 113:12,25 | 244:2 | 163:8,13 |
| 103:2,25 | 184:13,23 | 114:2 | **votes** | 165:15,17 |
| 105:9 | 185:12,17 | 126:24 | 15:8,11 | 172:7 |
| 106:16 | 187:3 189:5 | 127:4 | 17:10,19 | 179:10 |
| 107:7,22 | 189:7 190:8 | 141:23 | 22:15 51:6 | 202:1 |
| 108:7 109:5 | 190:16 | 146:9 | 56:7 78:10 | 204:20 |
| 109:13,16 | 191:24,25 | 147:24 | 78:13 | 205:14,18 |
| 111:10,11 | 193:4 | 150:4,5,7 | 106:25 | 220:23 |
| 112:1,8 | 194:14,15 | 152:2,6,13 | 114:3 | 223:10 |
| 113:1,2 | 202:1,7 | 152:22 | 126:22 | 228:10,12 |
| 114:2,22 | 203:11 | 160:10 | 142:10 | 232:9 234:9 |
| 115:6,16 | 204:8,15,17 | 167:2 173:1 | 147:23 | 237:12 |
| 116:11 | 204:18,20 | 180:20 | 213:12 | 242:22 |
| 117:23 | 205:19 | 181:3 | 214:16 | **voting-age** |
| 118:2 | 206:1,4,6 | 190:21 | 236:15,23 | 33:16 37:9 |
| 119:23,24 | 206:25 | 192:17 | 237:3,16 | |
| 121:11,22 | 214:7 | 195:2 | **voting** | **W** |
| 122:14,22 | 216:24 | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031333

USA_00020857

Case 2:13-cv-00193 Document 663-4 Filed on 11/11/14 in TXSD Page 84 of 84
Case 1:12-cv-00128-RMC-DST-RLW Document 213-3 Filed 06/20/12 Page 191 of 223

Hearing                                    April 6, 2009

306

```
wait              94:25 102:7    119:1           153:10          welcome
175:22            103:17         140:21          155:5 156:1     2:21,24
  235:23          114:1          141:3           156:7,19          13:10 45:15
waited            118:22         143:12,12       157:16            60:2 80:18
150:16 203:3      120:1,5,17     168:2           161:10            183:15
waiting           120:20         197:13          165:4 176:8    well-reas...
115:13            122:15         201:9,22        179:23          60:9
  116:15          123:5        wanting           180:2          went
  230:12          128:22         6:16            181:11,14      47:6 49:9,10
walk              132:8 133:5  wants             181:15,17        56:11 63:20
87:13 218:1       133:6          122:17 173:7    181:18           70:15 85:6
  219:1           134:12          200:23         187:21           86:11,14,15
  233:24          136:5,8      ward             188:14            92:22 96:22
  236:6           139:23         192:6           196:4            114:10
walked            140:2        warning          201:12            116:19
217:21            144:14         5:10 41:6       203:7            127:12
Walker            147:16       Washington        206:10           143:13
245:11            149:5          105:14 129:8    210:12,16        150:13,17
Wall              151:21,25    wasn't            213:16           152:2
127:22 138:1      152:16,17      49:12 99:12     214:22           156:24
Waller            152:19          121:21         219:3            157:1
245:12            158:15          173:20         228:16           168:24
wallet            160:23,24       174:6          235:18           170:14
221:14,15         163:7,25        175:14       ways               171:4,19,23
Walter            168:12          197:2          128:14,19,21     171:24
133:7             172:21,22       204:19         155:10           174:3
wanna             172:25       Watchdog          166:10           191:20
227:11,14         173:3          164:11          187:16           194:14
want              188:10       watched           192:5,9          210:1
2:24 3:12,18      193:11         108:19        weapons          weren't
  4:16 9:18       194:22       watching          207:23          56:13 70:11
  9:20 11:16      197:20         236:6         weather            93:3 98:17
  11:25 13:10     200:19       water            85:14 174:10      119:6
  13:16,19        206:20         222:5,7       website            209:14
  17:9,16,17      207:10       way              22:6,8         we'll
  18:20 19:23     212:3,21       3:4 8:18        195:18          32:25 37:25
  20:4 21:2       225:2           27:20 39:3   websites           40:8 56:23
  29:25 35:16     230:16          53:21 54:12    35:3 195:6,8     185:7
  36:15 38:24     232:13          82:10 85:24    195:16           206:21
  39:22 41:16     239:14          88:3,4 90:3  weeds              208:2
  41:25 42:9      244:11          103:19         49:23            244:21
  42:21 43:13   wanted            114:2 123:7  weekly           we're
  49:22,25        38:4,21         128:20         167:11          3:6,21,23
  54:25 58:19     43:19 53:15     130:9 134:9  weeks              4:12 5:18
  58:22 60:12     62:13 94:17     135:11         29:17 30:8       5:21 6:9
  63:18 72:25     94:19          142:4 146:9     120:23          7:13 9:15
  74:15 89:23     112:13         150:11        weight             10:11,25
  93:4 94:16      117:19         151:10         68:2              13:18,20
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com