Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 1 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 74 of 221
Hearing - Volume 2                                                April 6, 2009

347

1    Right?  They would -- most likely in Texas they would have

2    a Lone Star card.  That's our safety net for the poor to

3    provide them a means to exist.  I understand to get a Lone

4    Star card you have to prove your identity some way.  I'm

5    not sure about the process, about how you do that, but

6    they do have to prove their identity to qualify for a Lone

7    Star card.  And if you don't have a bank account, assuming

8    you get a check of some kind, either a government check or

9    a paycheck, in order to cash it don't you have to have

10   some kind of proof of ID in order to cash a check?

11        A.  Well, based on practical experiences, there are

12   people who co-sign their checks.  I don't quite know if

13   (inaudible) might not have ID and how they cash their

14   checks.

15        Q.  So, they find someone can prove their identity

16   and they co-sign, is that what you're saying?

17        A.  I'm not quite sure how it works place to place,

18   but I know that one process that may occur for the poor

19   for cashing a check is that they may sign their name and

20   then give it to someone else -- they have a bank account

21   or something -- and they sign their name under that first

22   name and then that person cashes the check.

23        Q.  I've just been trying to figure out -- prove

24   their identity in some way, and I feel like if we managed

25   to come up with a bill that we could support and we



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031439

USA_00020963

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 2 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 79 of 221
Hearing - Volume 2                                                    April 6, 2009

348

1    provide free ID for people who don't have them, I think

2    we're going to be doing them a huge favor because they

3    will be able to move around in our society and do things

4    that perhaps they haven't had access to before.  It's just

5    something that's so needed for every one of our citizens.

6         A.  I can say that if, you know, the State of Texas

7    wanted to do a free ID, that's one thing.  But to link it

8    to a fundamental right, (inaudible) sort of

9    considerations.

10            So, what it does is it says -- if I were to

11   agree with this idea that if everyone had ID it would help

12   but what it does is it says, "Well, if you don't have it,

13   now you can't exercise your fundamental right," and that's

14   the problem with the photo identification, it relates to

15   all other aspects of life or saying, "Well, DPS offices

16   and they can, you know, get free ID."  But the DPS

17   offices, their locations -- thinking about whether or not

18   people would have the access to exercise a fundamental

19   right and there was a reason why, you know, the Supreme

20   Court long ago said that voting is a fundamental right

21   such that if you can't exercise the right to vote then

22   you're not only taken out of participating in the jury

23   system and other aspects, but even in the laws that you're

24   governed under.  So, it needs to be as inclusive as

25   possible.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031440

USA_00020964

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 3 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 78 of 221
Hearing - Volume 2                                              April 6, 2009

349

1          Q.  I agree it should be inclusive.  I just feel like

2     it's hard to get around the voter having some kind of

3     responsibility in this situation, taking on some

4     responsibility for proving your identity as far as, you

5     know, getting to the polls, for one thing.  They managed

6     to do that.  I just -- still it's not only a privilege,

7     but you do have some responsibility in exercising it.

8     Thanks.

9               JENIGH GARRETT:  Thank, you ma'am.  I do

10    agree that (inaudible).

11              CHAIRMAN SMITH:  Representative Heflin,

12    real quick.

13         Q.  (By Representative Heflin) Ms. Garrett, I have 16

14    counties and several of my counties, the DPS is only

15    open -- one of them for three hours a week and four of

16    them for, like, four hours a week and it's hit or miss

17    which day you get.  So, it's a difficult situation.

18         Q.  (By Chairman Smith) And let me just say, you

19    know, the reason why I'm not enchanted with the Indiana

20    law is because I agree with some of the concerns that

21    you're expressing.

22              What I have trouble with is applying those

23    concerns to the Senate bill, which does not require photo

24    identification.  I'm not really interested in -- is, you

25    know, how many people you know that -- that -- we all



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006083

TX_00031441

USA_00020965

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 4 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 77 of 221
Hearing - Volume 2                                              April 6, 2009

350

    1        agree -- I don't know that we've determined the precise

    2        small percentage of people that do not have photo

    3        identification, and I think it's just unimaginable that

    4        anybody would argue -- and I don't think you have -- that

    5        to provide that small group of people with a photo

    6        identification would not -- aside from the election

    7        process -- would be of some general benefit to their

    8        ability to function in our society.  But the -- you know,

    9        what I'm interested in is what is the evidence about the

   10        extent to which that small group of people who do not

   11        already have photo identification also do not have in

   12        addition to their voter registration card one of these

   13        many documents, including Medicaid and Medicare cards,

   14        envelopes from a governmental entity that are, you know,

   15        et cetera.  That's -- that's really what would describe

   16        the burden, if any, that this legislation would place on

   17        our constituents, which is dramatically different than the

   18        burden that is -- that is placed on constituents that do

   19        not have photo identification documents in the State of

   20        Indiana.  And I haven't heard a lot of evidence -- and

   21        that's because I don't imagine that it exists -- that

   22        there are a large number of Texans that do not have access

   23        to one of these non-photo identification documents in

   24        addition to their voter registration card among the very

   25        tiny proportion of our constituents that do not have



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031442

USA_00020966

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 5 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 78 of 221
Hearing - Volume 2                                            April 6, 2009

351

1      already photo identification documents.

2                 So, you know, appreciate the fact that I am

3      very sensitive to the policy concerns that you're raising

4      about the fact that every voter, even ones who do not have

5      a photo identification, have a right, a Constitutional

6      right to vote that is not to be deprived.  And even though

7      they are a minority, they are important and they have that

8      right and it's our job to make sure that there's nothing

9      that we do that places any unreasonable barrier in their

10     way, which is why I think the Senate adopted the version

11     of this legislation that it did.  There's some things I

12     hope we're going to be able to do on the House side to

13     make it even more sensitive to those concerns.  But, you

14     know, I just -- a lot of what we're hearing are legitimate

15     criticisms, in my opinion -- and some of my Republican

16     friends on the panel may not agree with me on that -- are

17     some legitimate criticisms of the law insofar as it

18     applies to Indiana, but it simply has no relationship or

19     bearing to what we're proposing here or what the Senate

20     has proposed here.   Representative Anchia?

21          Q.   (By Representative Anchia) Can I thank you again

22     for being here today?  Are you aware of the case of Bessie

23     Jenkins Foster from Tarrant County?

24          A.   No, sir.

25          Q.   This was recently reported in the Fort Worth Star



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031443

USA_00020967

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 6 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 79 of 221
Hearing - Volume 2                                          April 6, 2009

352

1    Telegram.  She's a 98-year-old African-American woman who

2    has tried three times to get an ID and all three times

3    she's been turned away from DPS offices in Tarrant County.

4    She was asked for a birth certificate.  She brought a copy

5    because the original was destroyed in a fire at the county

6    courthouse in Walker County.  She brought her expired

7    license -- she doesn't drive anymore at 98 years old --

8    and she brought her former photo military identification,

9    Social Security card, and other documents and was turned

10   away on three separate occasions from the Department of

11   Public Safety in Tarrant County.

12              Two questions.  Does this surprise you?  Do

13   you believe this is an isolated case, and/or do you think

14   it happens regularly, especially for African-Americans?

15        A.   First, I would say that it does not surprise me.

16   This is a difficult burden for me to overcome, but

17   particularly African-Americans, given -- especially older

18   African-Americans, given the circumstances surrounding

19   their birth, often at home without birth certificates, et

20   cetera.  Also, even though African-Americans do have birth

21   certificates, they have typos on the spellings on their

22   birth certificates.  Let's say in Illinois, there was a

23   Julia Murray who was looking for her birth certificate.

24   She was about 80 something years old now, and at the time

25   she was looking for her birth certificate she spelled her



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031444

USA_00020968

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 7 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 80 of 221
Hearing - Volume 2                                          April 6, 2009

353

1    name M-U-R-R-A-Y her entire life but when she couldn't

2    find her birth certificate, finally the person who was

3    administrating the system there just happened to type it

4    in with a different spelling and found out it was

5    M-U-R-R-E-Y.

6                In addition to that, you have circumstances

7    where African-Americans were not issued birth

8    certificates.  Again, like I said, because of the

9    hospitals and discrimination.  One problem, I think, with

10   photo ID laws is that it starts five years ago but the

11   history of our country doesn't start that close to today.

12               CHAIRMAN SMITH:  Members of the committee,

13   are you through?

14               SPEAKER:  I just want to make a quick

15   comment on what she was just saying.  My own family, if

16   you go past Betty Brown's neck of the woods and keep on

17   going down towards Marshall, Texas, where my dad's side of

18   the family is from before they migrated to Fort Worth, you

19   know, the people that are down there, well, I thought

20   you-all (inaudible) because of what you're saying.  Half

21   of my relatives spell their name differently, and it's

22   just -- what you're saying.  It's spelled differently

23   because a lot of those folks -- none of my folks from

24   Marshall were born in the hospital, I don't believe.  They

25   were all born in the woods.  So, that's the reality.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031445

USA_00020969

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 8 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 81 of 221
Hearing - Volume 2                                    April 6, 2009

354

1      That's what -- you know, I'm here to shed light on that

2      because I think it sort of gives -- some of the members of

3      the committee are like, "Well, why can't anybody do that?

4      I can do that. Why can't they go and do it, too?" It

5      gives them a glimpse into a different segment of society

6      that they probably haven't dealt with on a very personal

7      basis before.

8           Q.  (By Alma Allen) I have my birth certificate right

9      here. Most people do not even recognize this as a birth

10     certificate, but my birth certificate was issued to Alma

11     Alabee Oliver. My maiden name. If I was to present that

12     today, I may or may not be able to vote. My name is

13     spelled wrong, and it doesn't have Allen on here anywhere.

14     That might be a problem. I'm just throwing that out there

15     as a problem.

16          CHAIRMAN SMITH: This is sort of a question

17     that is currently faced by poll workers on a regular basis

18     and somebody else would have to come up, perhaps Ms. McGee

19     in the Secretary of State's office to answer questions

20     about how they deal with that question, but there's not

21     anything in this legislation that would alter that issue,

22     change that issue in any way, or alter a standard by which

23     those decisions are made in terms of --

24          SPEAKER: Well, that's not true,

25     Mr. Chairman, because it's an identity requirement. If



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031446

USA_00020970

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 9 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 82 of 221

Hearing - Volume 2                                            April 6, 2009

355

```
1     she provided that piece of ID along with another piece of

2     non-photo ID, you would give discretion to a poll worker

3     to say, "That's not you.  I can't verify your identity

4     from the proof presented."

5                  CHAIRMAN SMITH:  How does that change the

6     current law?

7                  SPEAKER:  Because it's a presentment

8     standard and not a --

9                  CHAIRMAN SMITH:  You're talking about the

10    Senate bill?

11                 SPEAKER:  Yes, the bill we're talking about

12    today.

13                 ALMA ALLEN:  My voter registration has no

14    Oliver on it at all.  So, they would be matching this with

15    that.  I would like to say one other thing.  (Inaudible)

16    it might be a good idea when registering a voter that we

17    have voter registration with your picture on it.  Why

18    can't we have voter registration with a picture?

19                 CHAIRMAN SMITH:  The challenge is that you

20    can currently register by mail.  You just have to fill out

21    the card.  I don't think you guys -- I don't think anybody

22    on this panel wants to alter the ability of a voter to

23    simply register by mail from home.  You wouldn't want to

24    do that, would you?  And -- and so, you know, that's the

25    challenge because they are not going anywhere to register.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031447

USA_00020971

Case 2:13-cv-00193  Document 662-6  Filed on 11/11/14 in TXSD  Page 10 of 92
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-4  Filed 06/20/12  Page 83 of 221
Hearing - Volume 2                                          April 6, 2009

356

1      They are doing it from home.

2                ALMA ALLEN:  You could grandfather, the

3      rest of us who have been registered 99 years.  Ongoing, we

4      could start with picture ID, change the format all

5      together.

6                CHAIRMAN SMITH:  The challenge is how you

7      do that while still allowing people to register from their

8      own living room.

9                ALMA ALLEN:  Now, if they can give you an

10     ID card --

11               CHAIRMAN SMITH:  If we want to require

12     people to go to some particular location in order to

13     register to vote, then we could probably make a photograph

14     a part of that process, but I don't think you would want

15     me to do that, nor would she.

16               ALMA ALLEN:  When I got my passport, I

17     didn't go anywhere.  I got my --

18               CHAIRMAN SMITH:  Well, we could require

19     that as a part of the registration process, that you also

20     provide a photograph of yourself.

21               ALMA ALLEN:  You could go on-line, you can

22     send your picture.  Somebody calls me and asks me for a

23     resume or a picture of myself, bang.

24               CHAIRMAN SMITH:  Would you support that

25     requiring people to submit a picture of them self along



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031448

USA_00020972

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 11 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 84 of 221
Hearing - Volume 2                                    April 6, 2009

357

1      with their voter registration card?

2                    JENIGH GARRETT:  Even for a passport

3      photograph, you have to pay for a passport photograph.

4                    ALMA ALLEN:  That's an example of how it's

5      not that difficult to get a picture to wherever you want

6      to get a picture to.

7                    JENIGH GARRETT:  I think that that's

8      something that I would need to analyze further.  My

9      initial reaction is no only because -- there's federal law

10     that governs the ability to register to vote in a lot of

11     different ways.

12                   CHAIRMAN SMITH:  I just want to mention

13     that Representative Anchia brought up an article in the

14     Fort Worth Star Telegram and I remember having read it

15     and -- and, again, I think that article is an excellent

16     representation of the kinds of difficulties that can be

17     created by the Indiana voter registration, voter ID law,

18     but in the article itself which is trying to get this

19     identification document, it imitates that she submitted

20     her photo military identification, her Social Security

21     card, and other documents.

22                   So, embedded within the article is proof

23     that this woman has the necessary documents in her

24     possession to vote under the Texas Senate bill.

25                   SPEAKER:  Except that they were expired,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031449

USA_00020973

Case 2:13-cv-00193  Document 663-6  Filed on 11/11/14 in TXSD  Page 12 of 92
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-4  Filed 06/20/12  Page 85 of 221
Hearing - Volume 2                                          April 6, 2009

358

1          Mr. Chairman.

2                    CHAIRMAN SMITH:  The Social Security card

3          was expired?

4                    SPEAKER:  No, sir, but the photo ID was.

5          It said she had to present two forms of non.

6                    CHAIRMAN SMITH:  The voter registration

7          card and the Social Security card is certainly sufficient.

8                    SPEAKER:  The other point I think this

9          article makes is that you need ID to get ID.  So, if she

10         just wanted to get photo ID so she would only have to

11         present one form of ID at the polls is what this -- what

12         this bill calls for as the standard, the main standard,

13         the it would have been very difficult for her to comply

14         with that before the election.  I think that's what this

15         case illustrates.

16                   CHAIRMAN SMITH:  Right.

17                   SPEAKER:  It takes ID to get ID.

18                   CHAIRMAN SMITH:  If you want the ID that

19         lets you vote with one piece of ID, there are problems.

20         I'll grant you that in this instance apparently this woman

21         was having some difficulty getting a photo ID, but I'm

22         simply making the point which I think is important that it

23         also proves that she had the documentation that would

24         allow her to vote under the non-photo identification

25         alternative that was present from the Senate bill and will



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031450

USA_00020974

Case 2:13-cv-00193 Document 662-6 Filed on 11/11/14 in TXSD Page 13 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 86 of 221
Hearing - Volume 2                                    April 6, 2009

359

1    presumably also be present in the House bill.

2              SPEAKER:  And all she has to do is

3    hope that she has it with her when she goes to vote.

4              CHAIRMAN SMITH:  What people do when they

5    understand what the requirements are, and that is comply

6    because of a document that are readily available in her

7    possession.  Representative Linda Harper-Brown?

8         Q.  (By Representative Harper-Brown) Thank you,

9    Mr. Chairman.  Ms. Garrett, thank you so much for being

10   here today.  I want to tell you that I have always been

11   impressed with the work the NAACP has done in trying to

12   help minorities understand the various laws and to work to

13   improve the standing of minorities in this state and in

14   the nation.  And I wanted to ask you:  When you work on

15   these issues, do you work on them in multiple states or

16   are you with the national group or do you work on election

17   laws in other states or are you just focusing or working

18   here in Texas?

19        A.  Just to clarify, I'm with the NAACP Legal Defense

20   and Education Fund the LDF.  So, we are a national

21   organization.  We work on voting right laws throughout the

22   country.

23        Q.  Okay.  Did you work on the Georgia law?

24        A.  The NAACP (inaudible) in Georgia.

25        Q.  When did it pass, or when did it go into effect?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031451

USA_00020975

360

1          A.  I think it was 2005, but it was right around the

2     time when I started.  The litigation was ongoing when I

3     actually arrived.

4          Q.  We keep talking about Indiana.  So, you didn't

5     actually work in Georgia, then, on that issue or had just

6     started?

7          A.  I had just started so I kind of jumped in, but I

8     never physically participated in the litigation.

9          Q.  The -- I was looking back at their statistics and

10    in their statistics that are on the Secretary of State's

11    website, in 2000 67 percent of female blacks voted,

12    registered voters, and 57 percent of the males.  In 2004,

13    70 percent of the female blacks voted and 66 percent of

14    the males.  In 2008, though, after this was implemented --

15    and I notice on the NAACP had a majority had an

16    announcement.  In 2008, though, 80 percent of black

17    females voted and 71 percent of black males and that was

18    after the law was in effect and the Supreme Court ruling

19    had come down on this -- on this law.

20              And so, it looks like the numbers have

21    increased in the number of people that have voted even

22    with this ID law in place.  And what the news release says

23    here is that the president of the Georgia NAACP had said

24    that although he's not happy about it, once that the --

25    the ruling had come down from the U.S. Supreme Court on



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031452

USA_00020976

Case 2:13-cv-00193 Document 662-6 Filed on 11/11/14 in TXSD Page 15 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 88 of 221
Hearing - Volume 2                                          April 6, 2009

361

1       voter ID that he would be -- that his group would get out

2       and work now to educate people on -- around the state on

3       how to understand the rules.

4                    So, I just wondered if you knew, with you

5       being with the legal defense fund, but I just wondered if

6       the NAACP is going to do the same thing if this bill

7       passes here in the State of Texas.

8            A.   I would leave that to the state (inaudible)

9       testify today on that issue, but I would like to make two

10      points.

11                   First, it's my understanding that -- again,

12      a clarification of what happens here in Texas -- that the

13      NAACP gives its participation percentages based on actual

14      turnout versus actually casting a ballot.  I think that's

15      a distinction that has to be considered because we heard a

16      lot today about provisional ballots, provisional ballot

17      rejection rates, provisional ballot for a variety of

18      reasons and it's unclear whether that was taken into

19      consideration with the president's statement there, but

20      it's just in case you have to clarify whether or whether

21      or not it was relying on that as (inaudible)

22      participation.  Also taking into account the particular

23      circumstances surrounding the 2008 election into

24      consideration.  And I just said at least -- although I

25      wasn't on the ground in Georgia, I was on the ground in



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031453

USA_00020977

Case 2:13-cv-00193  Document 662-6  Filed on 11/11/14 in TXSD  Page 16 of 92
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-4  Filed 06/20/12  Page 89 of 221
Hearing - Volume 2                                                    April 6, 2009

362

1    Indiana -- the saturation not just from the state but from

2    the political parties in that particular election and that

3    an election is not just a general election, but it's a

4    school board election and it's the county clerk election.

5    I'm not sure what you-all have in Texas or not.  It goes

6    all the way down to these very, very local elections that

7    impact on a local level how people live.  So, I would want

8    to take all that into consideration.

9        Q.  Well, I believe that this was actually in May of

10   2008 when the president announced that, and I don't know

11   when they hold their other elections in Georgia, but I

12   believe from his press release talking about trying to

13   educate all the voters in the state for all elections.

14       A.  (Inaudible).

15           CHAIRMAN SMITH:  Members, we are three

16   minutes passed the 30-minute allotted time for the record.

17       Q.  (By Representative Bohac) I wanted to say,

18   Jenigh, that your testimony has been outstanding.

19       A.  Thank you.

20       Q.  I actually could listen to you all day.  You've

21   done a great job.

22       A.  Thank you.

23       Q.  I did hear something earlier that I was going to

24   try to get your take on, and it was from one of the

25   witnesses -- and this will be my only question for you.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031454

USA_00020978

363

1           One of the witnesses before referenced the

2     former Mayor of Atlanta, Andrew Young, and said that he

3     believed that photo ID could actually be used to elevate a

4     society and that a photo ID can be used as a positive

5     effort to help lift people in society.  And I wanted to

6     see your take -- that was kind of an interesting take on

7     this whole photo ID argument, and I wanted to try and get

8     your take on his opinion.

9           A.  First, I'm not sure what context -- I come from a

10    legal background, so I would probably have to look at the

11    context of that.  I think that we did talk a little bit

12    about how -- and I think Representative Brown raised the

13    issue of photo ID and what photo IDs could do for society

14    in general.  However, I connected it to the right to vote

15    is where that aspiration kind of runs afoul of the

16    Constitutional spirit.

17               CHAIRMAN SMITH:  Any other questions,

18    members?  Thank you very much, Ms. Garrett.

19               JENIGH GARRETT:  Thank you, Chairman.

20               CHAIRMAN SMITH:  At this time, the chair

21    calls Wesley Tailor.  He's the Director of Elections

22    Division, Georgia Secretary of State, testifying -- he's

23    neutral on the bill.  Again, for the record -- I apologize

24    for being redundant -- please state your name and who you

25    represent.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031455

USA_00020979

Case 2:13-cv-00193  Document 663-6  Filed on 11/11/14 in TXSD  Page 18 of 92
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-4  Filed 06/20/12  Page 91 of 221
Hearing - Volume 2                                        April 6, 2009

364

1              WESLEY TAILOR:  Yes, sir.  I've had the

2     pleasure of listening to many people do it before.  My

3     name is Wesley Tailor, and I am the elections division

4     director for the Secretary of State of Georgia.

5              Thank you-all for allowing me to address

6     you today.  I'm basically going to just discuss Georgia's

7     experience with photo ID.  I became the elections director

8     for the State of Georgia in April of last year, thrown

9     into the fire, if you will, right before an election.  And

10    fortunately, before that I served as general counsel to

11    the Secretary of State since March of 2007.

12              So, I will be focusing my discussion on

13    Georgia's most recent experience with photo ID, although I

14    will say that Georgia has had over a decade of experience

15    with some form of voter ID, much like what Texas has now

16    and what Texas will have in the future.

17              We enacted our current photo ID legislation

18    in 2006.  Currently we you allow six forms of photo

19    identification to be used at the polls -- a driver's

20    license, which actually can be either expired or valid

21    driver's license, a U.S. passport, a government employee

22    photo ID, a valid federal or state government photo ID, a

23    military photo ID, or a travel photo ID.

24              I will tell you about the -- we've had

25    about 16 elections since the implementation of this law in



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031456

USA_00020980

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 19 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 92 of 221
Hearing - Volume 2                                    April 6, 2009

365

1       August of 2007.  In Georgia we like to have elections, and

2       we've had many of them.  We've cast about 9 and a half

3       million ballots with the photo ID in place and my office

4       has received no complaints that anyone has been

5       disenfranchised or turned away from the polls because they

6       lacked a photo ID, and I think that's very telling based

7       on some of the discussions that have been had previously

8       today.

9                    If a voter shows up at the polls, of

10      course, without a photo ID, they may cast a provisional

11      ballot and that will be counted if that individual shows

12      back up with a photo ID within two days following an

13      election.

14                   In 2006 I heard some issues -- I'm trying

15      not to just talk about what everybody has talked about

16      previously.  In 2006, the DOJ, Department of Justice, did

17      pre-clear Georgia's photo ID law, much like it did in 1997

18      when the Department of Justice under then President Bill

19      Clinton pre-cleared Georgia's voter ID law which, as I

20      said, is very similar to Texas' current voter ID law and

21      the one being discussed here today.  Of course, the U.S.

22      Supreme Court has addressed all of the Constitutional

23      arguments in last year's Indiana case.

24                   Georgia has had its own experience with

25      lawsuits over voter ID and photo ID.  I will tell you from



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031457

USA_00020981

Case 2:13-cv-00193 Document 662-6 Filed on 11/11/14 in TXSD Page 20 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 93 of 221
Hearing - Volume 2                                          April 6, 2009

366

1    that experience I know there's been some discussion of who

2    hadn't had a photo ID or who might not have a photo ID

3    that they can use.  We have had some of the most prominent

4    lawyers in the State of Georgia bring lawsuits against the

5    state making those same arguments, and yet still we have

6    not seen one individual who can actually say that they

7    have been adversely impacted by this law or that they

8    would have an undue burden placed upon them.

9              We have -- I heard -- I'm going to address

10   a couple of the arguments very quickly.  The one that I've

11   heard is in-person voter fraud doesn't occur and it's not

12   an issue.  I will tell you that as an elections

13   administrator I take my responsibility with respect to

14   voting very seriously.  I agree with anybody who has said

15   and everybody who has said it here today that voting is

16   the fundamental right and the foundation of our country

17   and Republic, that it's the core -- and I believe all of

18   us here take that at face value, that voting is the core

19   right upon which all other rights are based.

20             So, with respect to whether somebody can

21   vote or whether somebody else's vote is cancelled out

22   because of voter fraud, those are equal in my mind as an

23   elections administrator and you must look at them equally

24   and address both to the extent that you possibly can to

25   make sure that one doesn't cancel out the other or prevent



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006100

TX_00031458

USA_00020982

Case 2:13-cv-00193  Document 663-6  Filed on 11/11/14 in TXSD  Page 21 of 92
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-4  Filed 06/20/12  Page 94 of 221
Hearing - Volume 2                                    April 6, 2009

367

1    somebody who otherwise is perfectly able to vote to be

2    able to cast their legitimate vote.

3              When you say that voter fraud doesn't

4    occur, Georgia has had its unfortunate share of election

5    fraud in the past.  As you heard, the nature of in-person

6    voter fraud makes it very difficult to deter and detect,

7    which does require some proactive measures in dealing with

8    voter fraud.  We've enforced our voter laws since August

9    of 2007 following a three-day bench trial by a Jimmy

10   Carter appointee in federal district court in Georgia, and

11   one of the interesting things that Judge Murphy stated in

12   his order which allowed Georgia to implement its photo ID

13   laws in August is that in a previous order the court

14   speculated that the photo ID requirement probably was not

15   even rationally related to the asserted justification of

16   preventing voter fraud.  That speculation, however, is not

17   binding on the court and, frankly, proved to be

18   inaccurate, which I find -- having litigated cases

19   before -- fascinating to have a judge actually write that

20   in an order, that he was wrong early on.

21             Argument 2 is that an undue burden is

22   placed on numerous voters.  As I've said, after four years

23   of lawsuits we haven't seen a single individual that has

24   come forward.  And, in fact, Judge Murphy again in an

25   order wrote, "Although plaintiffs claim to know people who



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031459

USA_00020983

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 23 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 95 of 221
Hearing - Volume 2                                    April 6, 2009

368

1    claim that they lack photo ID, plaintiffs have failed to

2    identify those individuals.  The failure to identify those

3    individuals is particularly acute in light of plaintiff's

4    contention that a large number of Georgia voters lack

5    acceptable photo ID."

6                   With respect to the facts and statistics, I

7    know you've heard or talked much about that.  Looking at

8    the 2008 general election, we had a 75 percent turnout for

9    active voters.  We have about 5.8 million registered

10   voters total in the State of Georgia, and we had

11   3.9 million votes cast and that was about 700,000 more

12   votes cast in the previous largest election we ever saw in

13   the State of Georgia.

14                  The interesting part about that is that

15   Georgia allows for no excuse in-person absentee voting,

16   allows for in-person voting on election day, and it allows

17   for no excuse voting by mail.  We saw 92 percent in the

18   general election choose to cast their vote in person.  So,

19   only 8 percent -- in fact, less than 8 percent chose to

20   vote by mail.  And that was true for the runoff, as well,

21   because we did have a runoff.  We received about 80,000

22   more new voter registration applications in 2008 as

23   compared to 2004 when we did not have photo ID in place.

24   In the presidential preference primary we also saw a

25   historic turnout of more than 1 million voters than we had



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031460

USA_00020984

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 23 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 96 of 221
Hearing - Volume 2                                      April 6, 2009

369

```
 1      ever had in a presidential preference primary before and

 2      that, again, with photo ID in place.

 3                  With respect to minority, elderly, and

 4      female voters which I have heard some people bringing up

 5      those are the individuals who might be most affected by

 6      voter ID or a photo ID requirement, if you compare 2004 to

 7      2008, Georgia saw a -- with respect to Hispanic Latino

 8      voters, we saw 140 percent increase in turnout in 2008 and

 9      that was just compared to a population increase of about

10      71 percent during 2008.  African-American vote increased

11      by 42 percent.  The white vote increased by about

12      8 percent, and the 65 and older increased by about

13      24 percent all, again, with photo ID requirement in place.

14                  One last thing that I will point out is

15      that I heard earlier that photo ID is described to favor

16      potentially one party over another.  In Georgia, the

17      voters did cast their votes in the presidential race for

18      Senator McCain.  However, our sitting incumbent, Senator

19      Wright, was forced into a runoff in a very close race with

20      his Democratic opponent very close behind.  So, we have

21      not seen that be an issue either.  I'll be happy to

22      address --

23          Q.  (By Chairman Smith) I just want to make sure.

24      You said your program was very similar to what they

25      propose in Texas.  Do you require a photo ID?
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031461

USA_00020985

Case 2:13-cv-00193 Document 662-6 Filed on 11/11/14 in TXSD Page 24 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 9 of 221
Hearing - Volume 2                                        April 6, 2009

370

1       A.  Yes, sir.  I was talking about our previous voter
2   ID that we've had in place since '97.
3       Q.  Currently you do require photo ID?
4       A.  We require photo ID.
5       Q.  If you don't have a photo ID, then you must cast
6   a provisional ballot?
7       A.  Yes, sir.
8       Q.  There's no alternative in your law for providing
9   non-photographic identification documents; is that
10  correct?
11      A.  That is correct.
12      Q.  Okay.  And you talked about the fact with all
13  these ballots cast there's no complaints.
14          Do you have any way to quantify on a
15  statewide level how many provisional ballots are being
16  cast and the process by which you determine whether those
17  votes count or do not count?
18      A.  Yes, sir, I can.  I can talk about the
19  presidential preference primary, and I can talk about the
20  general election, whatever you prefer.
21      Q.  Refer to both.
22      A.  Well, I can talk about both.  Let me start out
23  with the presidential preference primary.  We had about
24  7541 total provisional ballots cast.  Of those, 409 --
25      Q.  7500?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031462

USA_00020986

Case 2:13-cv-00193  Document 663-6  Filed on 11/11/14 in TXSD  Page 25 of 92
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-4  Filed 06/20/12  Page 98 of 221
Hearing - Volume 2                                      April 6, 2009

371

1      A.  7500, yes, sir.  Of those, 409 were because the

2      individual lacked a photo ID.

3      Q.  Okay.

4      A.  That's about point 00019 percent of the total

5      votes cast in the presidential preference primary.

6      Q.  In the recent Obama elections?

7      A.  Yes, sir, in 2008.

8      Q.  And 7500 provisional ballots out of how many

9      total votes cast?

10     A.  We had 2.2 million.

11     Q.  What's the total population of the state?

12     A.  Over 9 million.

13     Q.  You said how many were provisional due to lack of

14     ID?

15     A.  409.

16     Q.  What was the result of those ballots?  Were any

17     of those counted?

18     A.  Yes, sir.  155 returned.

19     Q.  155 were not counted?

20     A.  No, were counted.

21     Q.  And what's the standard that you use to determine

22     which ones count?

23     A.  Well, you have to show back up with a valid ID

24     within two days following an election.

25     Q.  And then the rest were not counted because they



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031463

USA_00020987

Case 2:13-cv-00193  Document 663-6  Filed on 11/11/14 in TXSD  Page 26 of 92
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-4  Filed 06/20/12  Page 99 of 221
Hearing - Volume 2                                         April 6, 2009

372

1      chose not to return?

2           A.  Correct.

3           Q.  So, by requiring people to show back up, you've

4      got something approaching approximately a third of those

5      counting?

6           A.  That's right.

7           Q.  You would agree with me that as Florida does it

8      where the vote counts automatically unless sort of a board

9      determines by majority vote that the signatures are not of

10     the same person flips that so that a much greater

11     percentage of those provisional ballots will count if you

12     opted for that procedure?  You may not know.

13          A.  I don't know.  I couldn't extrapolate, but it

14     sounded like theirs did, but he didn't even have the

15     numbers for me.

16               CHAIRMAN SMITH:  Okay.  Representative --

17          A.  I'm sorry.  Did you want to know about the

18     general election, too?

19          Q.  (By Chairman Smith) Yeah, go ahead.

20          A.  In the general election we had 3.9 million total

21     votes cast.  We had 17,366 provisional ballots cast total.

22     Of those, 1181 were because the individual did not have

23     photo ID.

24          Q.  How many of those were counted?

25          A.  308.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031464

USA_00020988

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 27 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 100 of 221
Hearing - Volume 2                                    April 6, 2009

373

```
 1        Q.  308 counted?
 2        A.  Yes, sir.  And since you had asked previously,
 3   the number of provisional ballots, that's about point
 4   0003 percent of the total votes cast.
 5        Q.  That was not counted?
 6        A.  That were just provisional ballots.
 7        Q.  But the number that was not counted would be
 8   something smaller than that?
 9        A.  Yes.
10        Q.  And the numbers you gave us earlier -- that was
11   the general election.  The numbers you gave us earlier
12   were what?
13        A.  The presidential preference primary.
14             CHAIRMAN SMITH:  Yes, Representative Bohac?
15        Q.  (By Representative Bohac) Mr. Tailor, I find your
16   testimony as equally compelling as Jenigh's.  This is
17   almost a perfect scientific experiment that you're
18   bringing before this body.  It really is.  So, thank you
19   for coming here.
20             Really three questions for you.  Number
21   one, did you just testify that 92 percent of Georgians
22   vote in person or voted in person even though you have
23   what we would consider vote laws that are pretty liberal?
24        A.  Yes.
25        Q.  92 percent voted in person?
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031465

USA_00020989

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 28 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 101 of 221
Hearing - Volume 2                                    April 6, 2009

374

1       A.  Yes.

2       Q.  So, a little -- so, these provisional ballot

3   numbers that you gave us that were cast are really

4   interesting in light of the sheer number of people that

5   voted in person.

6           Here's my second question.  What do you do

7   in case of a name mismatch like we heard Dr. Allen testify

8   a moment ago that her license may say Alma misspelled, but

9   on the other hand she goes by Dr. Alma Allen.

10          How would you-all treat that in Georgia?

11      A.  Well, we actually have change of name forms that

12  people use when they come to the poll.  So, they will

13  actually do a change of name form even when they are

14  voting.  That's one of the things that folks do quite

15  often, actually.  I will say also in this past election,

16  especially in the general election, there was a

17  significant voter registration drive, so to speak.  We

18  handed out out of our office about 2 million voter

19  registration applications, and what we found is

20  percentage-wise the new voter registration applications

21  didn't increase but we did get a lot of folks changing --

22  updating their information, changing their names, changing

23  their addresses, whatever needed to occur to update their

24  information.

25      Q.  So, in this case, would that vote count in case



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031466

USA_00020990

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 29 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 102 of 221
Hearing - Volume 2                                    April 6, 2009

375

1     of a name mismatch?

2         A.  Sure.  I mean, you could -- obviously it would be

3     whether the individual can be matched and whether the

4     individual could be verified, but most of the time I would

5     see no issue with that.

6         Q.  And then, thirdly, you said of the 12 elections

7     that you-all have been through -- that you-all have held

8     there have been no reports, not one of disenfranchisement

9     as a result of Georgia's voter ID law?

10        A.  No, sir.  If I said 12, I misspoke.  We've

11    actually had 16.  We just had one in March.

12        Q.  I would say, Mr. Tailor, there's hysteria on both

13    sides of this issue and your testimony for me has been

14    very mainstream because we looked at it more

15    scientifically and tried to remove the emotion.

16             So, I want to thank you for coming to our

17    state and testifying.  I've never heard you before, I've

18    never seen you before, and your testimony has been truly

19    compelling and thank you for that.

20        A.  Thank you.

21        Q.  (By Representative Bonnen) Just a couple quick

22    questions.  I was using some Georgia numbers earlier and

23    one of the comments or retorts -- I think it was a fair

24    one -- well, it's fair in that I think we would agree

25    there are a number of reasons why voter turnout goes up or



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031467

USA_00020991

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 30 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 103 of 221
Hearing - Volume 2                                         April 6, 2009

376

1    down.  But the interesting question left to ponder the

2    witness left was, yes, I know turnout was up and I know

3    the African-American population went way up in Georgia and

4    all, but had voter ID not existed, we only know how much

5    further it would've even gone up.  I'm asking you somewhat

6    to speculate, but I actually think based on the numbers

7    you may not have to.

8            Do you have any information or any fact

9    basis or anything you can share with us that would

10   indicate one direction or the other as to whether voter ID

11   had an impact on reducing the turnout not only of

12   African-Americans but of any voters in Georgia or not?

13   Other than the obvious data of the actual turnout itself.

14       A.  Right.  I'm an elections administrator.  I'm not

15   a mathematician.  I haven't studied any of that, but I

16   will just say that I don't know whether photo ID increases

17   voter turnout.  I just don't know that to be the case; but

18   the nice part in administering the law that was passed by

19   the legislature and signed into law by the governor is

20   that I haven't seen any evidence that it has been an undue

21   burden on anybody to comply.  That's the one thing I can

22   say.

23       Q.  Do the numbers make sense to you in Georgia in

24   that -- well, you know them, so I don't need to repeat to

25   you, but the significant increase in the African-American



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031468

USA_00020992

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 31 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 104 of 221
Hearing - Volume 2                                          April 6, 2009

377

1    vote in the '08 election.

2              Is there any reason for you to speculate

3    that had voter ID not existed that it would have been an

4    even greater increase?

5        A.  Based on the numbers that have been talked about

6    today, I just don't know how.  I mean, we had -- as I say,

7    the overall voter turnout was about 75 percent of the

8    active registered voters.  So, with the numbers that I had

9    heard earlier, I haven't looked at specifically for

10   African-Americans or Hispanic Latino or anything.  But

11   just based on those, I don't know how, especially if you

12   look at historic turnout numbers.

13       Q.  Right.  What is the average historic turnout in

14   Georgia?

15       A.  It's right in that mid Seventies.

16       Q.  Is it?

17       A.  Yes, sir.  We're talking about general elections.

18              REPRESENTATIVE BOHAC:  Right.  Thank you

19   very much.  Appreciate your time.

20              CHAIRMAN SMITH:  Any other questions?

21   Representative Anchia?

22       Q.  (By Representative Anchia) Thank you, Mr. Tailor.

23   Thank you for being here today.  I wanted to talk to you a

24   little bit about the numbers that you gave us and have you

25   articulate.  To make it easy, let's just talk about the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031469

USA_00020993

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 32 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 105 of 221
Hearing - Volume 2                                        April 6, 2009

378

 1      general election numbers.

 2           A.  Yes, sir.

 3           Q.  3.9 -- and I want to make sure I wrote them down

 4      correctly.  3.9 million voters in the general in Georgia?

 5           A.  Right.

 6           Q.  17,366 provisionals?

 7           A.  Yes.

 8           Q.  Of those provisionals, 1,181 were for no ID?

 9           A.  Correct.

10           Q.  Of those, 308 were counted because people were

11      able to come back; is that right?

12           A.  Correct.  I don't know about "were able," but

13      they decided to come back, yes.

14           Q.  Okay.  In some cases, they may not have been able

15      during the two-day period.  Right?

16           A.  We just don't know.

17           Q.  Have you reached out to any of the people who

18      didn't have ID and didn't come back within the two-day

19      period?  Have you done anything systematic?

20           A.  Actually what we did is before the general

21      election, in getting ready for the general election and

22      every election before that when photo ID went into effect,

23      anybody who voted a provisional ballot and didn't come

24      back, we actually mailed them a letter that said, "Hey,

25      not sure why you didn't, but just so you know, photo ID is



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031470

USA_00020994

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 33 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 106 of 221
Hearing - Volume 2                                    April 6, 2009

379

1    required.  Here's how you can get one," and we did an

2    active reach-out to those folks.

3        Q.  Is that a requirement that you send them that

4    letter?

5        A.  No.

6        Q.  Thank you.  After any of the elections have you

7    studied the reasons why people may not have come back?

8        A.  No, sir, we have not.

9        Q.  You send them a letter, and I think it's good to

10   inform them of the requirement and use it as an education

11   opportunity, but you haven't looked at the reasons why in

12   this case maybe 800 people -- a little more than 800

13   people didn't come back?

14       A.  Right.

15       Q.  Okay.  Okay.  Would you characterize any of those

16   800 people as disenfranchised?

17       A.  No, sir.

18       Q.  Why not?

19       A.  Well, disenfranchising -- in fact, I've heard

20   that word passed around.  That's actually to deprive the

21   rights of citizenship, especially the right to vote, and

22   none of these individuals were deprived the right to vote.

23   In fact, they were able to cast a vote on election day and

24   they had to ability to either come back or to not come

25   back.  They chose one way or the other.  And also in



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031471

USA_00020995

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 34 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 107 of 221
Hearing - Volume 2                                    April 6, 2009

380

1    Georgia, don't forget, we have the absolute right to cast

2    a mail-in ballot with no photo ID requirement.  So, no,

3    these individuals were not disenfranchised.

4        Q.  But their vote was not counted.  So, you had

5    about 800 or so people whose vote was not counted because

6    they didn't return to present some form of ID?

7        A.  Yes.

8        Q.  Otherwise, they had no other infirmity than that.

9    Right?  They were citizens of the United States, they were

10   validly registered.  They had no ID.  Is that the fact

11   pattern that we're looking at there?  They didn't have the

12   requisite ID, let's say that, to be fair.

13       A.  They did not have the requisite ID.  Whether they

14   were eligible, all of the other issues, I just don't know

15   at this point in time, but I do know that was the issue.

16       Q.  Would you think that the law would disenfranchise

17   people -- if the Georgia law did not have the two-day

18   return opportunity, would you then call it

19   disenfranchisement if people were not able to come back

20   and remedy that situation?

21       A.  Well, again, it depends on --

22       Q.  In this case, 1181.  If Georgia did not have the

23   ability to come back, a two-day window, would you say that

24   those people that were disenfranchised, that 1181?

25       A.  Well, except for provisional ballots are a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006114

TX_00031472

USA_00020996

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 35 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 108 of 221
Hearing - Volume 2                                          April 6, 2009

381

1     federal requirement.  So, I don't think there's any way

2     that you couldn't allow somebody to vote provisionally in

3     a federal election.

4         Q.  But the fact that their ballots were not counted

5     as regular ballots if they did not have the opportunity to

6     return, would you consider that disenfranchisement?

7         A.  In the -- I'll have to think about that,

8     actually, because I just haven't given that hypothetical

9     consideration.

10                Are you taking away the no excuse absentee

11    voting by mail?

12        Q.  Yes.  Let's say that's also, as well.

13        A.  I just have to think about that.

14        Q.  So, no -- so, you can't vote absentee, no excuse,

15    and you don't have the ability to come back.

16        A.  I guess I have a problem -- let me ask you this.

17    I'm trying to figure out what the idea of

18    disenfranchisement and how far you go with it because

19    voting at a precinct, if somebody can't get to the

20    precinct and can't vote absentee, that's a requirement,

21    and would that be considered disenfranchisement?

22        Q.  Certainly their vote didn't cast.  I would argue

23    that we have this inalienable right and we have -- we

24    should have the ability to cast that vote and every

25    obstacle or combination of obstacles that limits that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031473

USA_00020997

Case 2:13-cv-00193   Document 663-6   Filed on 11/11/14 in TXSD   Page 36 of 92
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-4   Filed 06/20/12   Page 109 of 221
Hearing - Volume 2                                                April 6, 2009

382

```
 1          increases or decreases the potential for
 2          disenfranchisement.  I wouldn't say it's one thing.
 3          Specifically things in combination.  And our policy
 4          balance here is, you know, access to the franchise.  This
 5          is articulated in Carter/Ford and Carter/Baker versus
 6          potential obstacles for voting.  That's the balance.  And
 7          on balance I would say the more requirements that you put
 8          out there, the less opportunity an individual is going to
 9          have to exercise the franchise.  In the past it was a poll
10          tax or it was white-only elections.  Those were all
11          obstacles that limited the free exercise of
12          African-Americans or literacy tests for Hispanics, for
13          example, from exercising their franchise.  I would say
14          that goes toward disenfranchising, for example.
15              A.  I will agree with you on those, absolutely.
16              Q.  So, the reason I asked you about the no excuse
17          election plus the no ability to come back -- your
18          testimony is that you're in favor of the Frazier bill,
19          correct?
20              A.  Actually, I'm really here just to testify about
21          Georgia's experience with photo ID.
22              Q.  Is it on the bill or in favor of the bill?
23              A.  It's neutral.
24              Q.  Okay.  Good.  I'm glad to hear that because the
25          Frazier bill doesn't include any opportunity to come back,
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006116

TX_00031474

USA_00020998

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 37 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 110 of 221
Hearing - Volume 2                                    April 6, 2009

383

1    right, and we also in Texas don't have a no excuse mail-in

2    ballot policy.  So, I mean, in that sense it is -- it

3    would be difficult because once you cast a provisional

4    under the Frazier bill there's no ability to come back and

5    remedy it is my understanding.  So, I'm glad we were able

6    to flesh that piece out.

7              Can i talk to you a little bit about how

8    you run your elections?

9         A.  Go for it.  I'm sorry.  Yes.

10        Q.  No, no.  I really appreciate the casual colloquy.

11   Among lawyers it's okay, I think.  One little, quick

12   thing.

13             You talked about the fact that we dispensed

14   with all the Constitutional arguments on voter ID.  Is

15   that accurate?

16        A.  The facial --

17        Q.  As lawyers, it's important to distinguish.  I

18   think somebody else said it today.  (Inaudible) ruled

19   Constitutional, but there is a difference between facial

20   and misapplied.  Right?

21        A.  Of course.

22        Q.  And the Supreme Court has left open the question

23   whether these photo ID laws are Constitutional as applied?

24        A.  Sure.

25        Q.  Okay.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031475

USA_00020999

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 38 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 111 of 221
Hearing - Volume 2                                          April 6, 2009

384

1        A.  I'm sorry.  And that's why it's important, at

2    least for me, that we've had 16 elections and haven't had

3    anybody come forward.  So, at least on the facial

4    challenge that's been dealt with hopefully as applied at

5    least thus far in the State of Georgia.  We've had a good

6    experience.

7        Q.  And we might differ in our interpretation of the

8    800 or so people that didn't have their provisional vote

9    counted.  It's clearly your testimony that those folks are

10   not disenfranchised.  I might take a different approach

11   and that's where we might disagree, but what I really want

12   to get at is stuff that we'd agree on.  The spirit of

13   Carter/Baker and its predecessor Carter/Ford was to,

14   again, balance the franchise with access to ID -- excuse

15   me -- security with access to the franchise?

16       A.  Yes, sir.

17       Q.  So, how much did Georgia spend to get people free

18   identification?  Do you recall the numbers on that?

19       A.  I know generally, yes, sir.  Except for on the

20   identification itself, it was -- I'm not sure exactly the

21   number on the identification itself, but on education

22   efforts I know we've spent over a million dollars.

23       Q.  Okay.  Is that per anum, or was that up front?

24       A.  No, sir.  That was a specific allocation by the

25   legislature, the Georgia legislature, to educate the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031476

USA_00021000

385

1    population about the requirements.

2         Q.  And what about -- sorry.  Texas has 25 million

3    people.  How big is Georgia?

4         A.  A little over 9.

5         Q.  Was that just for voter education?  Did you spend

6    any other amount on poll worker training?

7         A.  Well, poll workers actually have to be trained

8    before every election in Georgia, which means they have a

9    lot of training.  Everybody can tell from the number of

10   elections.  So, that's built in.  We also have --

11        Q.  And what's that on an annual basis from general

12   revenue?

13        A.  The state doesn't spend -- that's all done at the

14   county level.

15        Q.  That's all at the county?  The state doesn't

16   subsidize the county at all?  It doesn't give them

17   elections money?  Do you know how much that is if you

18   aggregate the counties?

19        A.  I do not.  I will say, though, that on the state

20   level we did produce -- we did actually develop a photo

21   identification on-line training course that poll workers

22   had to take and were required to take in order to become

23   familiar with photo ID requirements.

24        Q.  And you also have mobile buses that travel the

25   state providing IDs; is that right?  Did you have mobile



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031477

USA_00021001

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 40 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 113 of 221
Hearing - Volume 2                                                    April 6, 2009

386

1      ID centers?

2          A.  In theory.  I'm not sure that actually ever

3      materialized.

4          Q.  Never materialized?

5          A.  Yes, sir.

6          Q.  Because that's one of the suggestions.  It's not

7      a recommendation, but they gave -- there's a for instance

8      in Carter/Baker that says you can do these mobile units

9      and I was wondering if you-all included that in your

10     outreach to folks to get them IDs.

11         A.  We did not, no, sir.

12         Q.  Okay.  Let's see.  How much did you spend in

13     voter registration?  I'm talking three pockets of money.

14     First one was getting people IDs, the second one was to

15     train folks, and the third bucket of money would be just

16     on voter registration, getting new people registered in

17     the system.

18             How much do you spend on an annual basis

19     for that?

20         A.  Well, we spend millions on the voter registration

21     system itself.  If you're talking about the voter

22     registration system --

23         Q.  I'm talking about outreach, voter registration.

24     How much do you-all spend per anum on that?

25         A.  That would have been included in some of the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031478

USA_00021002

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 41 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 114 of 221
Hearing - Volume 2                                      April 6, 2009

387

```
 1        photo ID.  We would have been talking about get

 2        registered, get your photo ID.

 3             Q.  Okay.  So, you didn't aggregate the cost of

 4        getting people free ID, for example, from the bucket of

 5        money that is for voter education from the bucket of money

 6        that is outreach to get people registered?

 7             A.  I just don't know it off the top of my head.

 8             Q.  Okay.  Is there a tension between no excuse

 9        mail-in ballot and having a photo ID at the polls from a

10        philosophical perspective?  You talked about your

11        experience with voter fraud generally.

12                  Was that experience with mail-in ballot

13        fraud?

14             A.  For the most part.

15             Q.  Okay.  For the most part?

16             A.  In my experience -- I will be honest.  As an

17        administrator, I haven't seen a whole lot of fraud yet, of

18        course.  It's been in place -- I've been here doing this

19        since photo ID went into place.

20             Q.  So, you've spent all your time with photo ID?

21             A.  Yes.

22             Q.  Most of it, based on your experience, has been in

23        mail-in ballot fraud?

24             A.  The cases I have seen have been prior to this

25        administration and to the current Secretary of State and
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031479

USA_00021003

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 42 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 115 of 221
Hearing - Volume 2                                    April 6, 2009

388

1    my role.  So -- but I have seen some mail-in ballot fraud.

2    Yes, sir.  In fact, we had a case that we just tried last

3    week.

4        Q.  What are some of the things that you do in your

5    mail-in ballot system to avoid fraud?  What are some of

6    the systemic controls that you have in place?

7        A.  Sure.  Actually, we did this a bit piecemeal, as

8    well.  Photo ID was passed in 2006.  It was enjoined by

9    the same federal judge that I quoted earlier twice.  So,

10   he had enjoined it until 2007 when the trial happened, but

11   in the meantime, working with the state legislature, we

12   passed a triple signature check on absentee ballots,

13   mail-in absentee ballots.  So, registrars have to actually

14   compare the signature on the voter registration

15   application to the signature on the absentee ballot

16   application to the signature on the absentee ballot

17   itself.  So, you have to actually check to make sure all

18   of those signatures --

19       Q.  Three times?

20       A.  Yes, sir.  We also made absentee ballot fraud a

21   felony.  Surprisingly enough -- you may or may not find

22   this surprising.  Prior to the current Secretary of State

23   coming into office, mail-in voter fraud was a misdemeanor.

24   In-person voter fraud was a felony.  So, voter fraud is

25   voter fraud regardless of whether it occurs by mail or in



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031480

USA_00021004

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 43 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 116 of 221
Hearing - Volume 2                                          April 6, 2009

389

1      person.  So, we increased that to felony status and also

2      we vigorously investigate any allegations of fraud.

3           Q.  Okay.  This is my last question.  I want to make

4      sure you're testifying on the bill, not in favor of the

5      bill as a resource witness, correct?

6           A.  Yes, sir.

7           Q.  And none of your testimony speaks to any study

8      that you've done as to the Texas system or how it might

9      impact Latinos or African-Americans in Texas, correct?

10          A.  I can only give you my experience in Georgia.

11               REPRESENTATIVE ANCHIA:  Thank you.  I

12     appreciate your testimony.

13               CHAIRMAN SMITH:  Representative Brown?

14          Q.  (By Representative Harper-Brown) I'll be very,

15     very brief.  You haven't really addressed the

16     pre-clearance required -- provides -- required by the

17     Department of Justice.

18          A.  Yes, ma'am.

19          Q.  And I think you might address the fact that Texas

20     is pretty much in the same category that Georgia is.  So,

21     rather than compare us to Indiana, it would make more

22     sense for us to compare our experience to yours in that we

23     don't have (inaudible), as well.

24               Would you like to address that, what you

25     had to do?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031481

USA_00021005

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 44 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 11 of 221
Hearing - Volume 2                                    April 6, 2009

390

1          A.  I would be happy to.  We did have to submit this.

2     Georgia is subject to Section 5 of the Voting Rights Act,

3     unfortunately, for its past practices before 1965.  So,

4     yes, we do have to pre-clear all changes in voting

5     statutes, voting laws.  We did pre-clear the current photo

6     ID law in 2006, and we submitted the normal submission --

7     the attorney general's office actually makes those

8     submissions, but -- but it was just the normal

9     information.  We've now had, I want to say, experience

10    with photo ID and we haven't seen any issues with

11    application thus far on -- to show any retrogressive

12    effect or undue burden on minorities in the state of

13    Georgia.  Like I said before, back in 1997 we passed a

14    voter ID requirement that is similar to Texas', and that

15    was passed by a Democratic legislature with a Democrat as

16    the governor of the State of Georgia and it was

17    pre-cleared by the then President Clinton's Department of

18    Justice.

19         Q.  How long was it from the time that you -- the AG

20    submitted the pre-clearance material and the time the bill

21    could actually begin?

22         A.  Well, we had the -- we also had to contend with

23    numerous lawsuits that were filed and the facial

24    challenges to the law.  And so, Judge Murphy actually

25    enjoined the law in the meantime.  So, it never went into



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031482

USA_00021006

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 45 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 118 of 221
Hearing - Volume 2                                    April 6, 2009

391

1    effect actually until August of 2007, but the

2    pre-clearance side of things didn't take any longer than

3    the normal time period, I believe, which is about 60 days

4    unless they ask for additional information, which would

5    then increase it to another 60 days after the State of

6    Texas answers the questions or sent their information.

7        Q.  So, then, after that time period is up, you're

8    kind of on probation for a while?  Or when you said that

9    "we had no problems," is there a period of time that you

10   have to prove yourself?

11       A.  No, ma'am.

12       Q.  Okay.

13       A.  They either interpose an objection at the

14   beginning, or they do not.  "They" being the Department of

15   Justice.

16               REPRESENTATIVE HARPER-BROWN:  Thank you.

17       Q.  (By Chairman Smith) Just to be clear as a

18   follow-up there, how long was it between the point in time

19   when the bill passed and the point in time the bill went

20   into effect?

21       A.  The legislature in Georgia is in January to

22   usually April, and it would have passed in 2006 and the

23   injunctions lasted until August of 2007.

24       Q.  Okay.  So, it passed from when -- do you know

25   when in 2006, somewhere --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031483

USA_00021007

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 46 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 119 of 221
Hearing - Volume 2                                    April 6, 2009

392

```
 1          A.  April is a good --

 2          Q.  April of '06 to August of '07?

 3          A.  Yes.

 4          Q.  Okay.  And -- and that was as a result of the

 5     pre-clearance time through the Clinton Justice Departments

 6     and -- is that --

 7          A.  No, sir.

 8          Q.  Did you not say Clinton?

 9          A.  That was for '97.  This one went with Bush

10     Department of Justice.

11          Q.  That would make sense.  Were you referring to

12     something that did happen during the Clinton --

13          A.  Yes, sir.  That was the previous -- we used to

14     require 14 forms of ID starting in 1997.

15          Q.  Do you have any knowledge yourself about how that

16     time -- if you choose -- might have been -- the state can

17     choose to have us pre-cleared through the Washington, D.C.

18     Court of Appeals?

19          A.  The district court.

20          Q.  The district court?

21          A.  I believe so.

22          Q.  Okay.  Do you know if it takes longer for that

23     process, or is it presumably the same period of time?

24          A.  I would be speculating and talking on hearsay on

25     that.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031484

USA_00021008

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 47 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 120 of 221
Hearing - Volume 2                                        April 6, 2009

393

1          SPEAKER:  Mr. Chair, we have a resource

2     witness that could speak to that.  Toby Moore, I think,

3     was with DOJ.

4          Q.   (By Chairman Smith) I just want to make a map

5     point here.  We've heard testimony before from the state

6     of Florida.  You're providing testimony for the State of

7     Georgia.  Both of these have card -- mandatory photo ID

8     requirements.

9               Is it fair to presume in your judgment that

10    if Georgia, instead of implementing a hard photo

11    identification requirement had implemented a requirement

12    like the one proposed in Centerville where it provides a

13    photo identification or your voter registration card and

14    one of these lists of non-photo identification documents

15    that the number of -- of provisional ballots would be less

16    with that alternative non-photo requirement available to

17    you than it would be with a hard photo requirement?

18         A.   I don't know that that's true.

19         Q.   Okay.

20         A.   I really don't.  Like I say, we've had some form

21    of voter ID requirement in place since '97, and I can't go

22    back and look at the provisional statistics from previous

23    elections because we started to collect it and require the

24    counties to actually report that to the Secretary of

25    State, but I don't know that that's correct.  I imagine,


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006127

TX_00031485

USA_00021009

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 48 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 121 of 221
Hearing - Volume 2                                                    April 6, 2009

394

1      you know -- I just don't know.

2           Q.  So, you don't necessarily presume by providing

3      simply an additional alternative that is not available in

4      your law that that reduces the number of provisional

5      ballots?

6           A.  It certainly would make sense, but I --

7           Q.  You don't know?

8           A.  No, sir.

9           Q.  Okay.  What we do know is that you provided us

10     with statistics indicated that in your system 900 votes

11     didn't count with 3.9 million cast.  Under Florida, there

12     were 8.3 million cast and there were 394 that did not

13     count.  So, they had twice as many more voters and the

14     number of votes was reduced by somewhere between --

15     approximately 40 percent.  Instead of 900, it's 394

16     presumably because of the difference in the way that they

17     handle their provisional ballots in terms of how it is

18     determined whether it counts or whether it doesn't count.

19               So, if your vote total of 3.9 million had

20     been more like Florida's vote total of 8.3 million, then

21     roughly presumably if the same proportions apply, you

22     would have had about 2,000 voters not counted under a -- a

23     provisional ballot system which does not allow a similar

24     signature to make the vote automatically count, which you

25     require for the voter to do something affirmatively within



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031486

USA_00021010

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 49 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 122 of 221

Hearing - Volume 2                                              April 6, 2009

395

1         a finite period of time.  Right?

2                   SPEAKER:  Object as compound.  I'm sorry.

3         Q.  (By Chairman Smith)  I would think that if your

4    voter turnout had increased to 8.3 million that the number

5    of votes not counted would have increased proportionately

6    to approximately 2,000.

7         A.  I would hate -- this is why I was hoping to stick

8    with what we had and what I saw in Georgia and what we've

9    experienced.  I would hate to speculate as to what would

10   happen.  Sure, you can do the math and extrapolate and

11   multiply it by two, but I can only tell you what we

12   experienced.

13        Q.  Okay.  I just wanted to indicate that on the

14   record that if you do that math and you extrapolate it out

15   and you assume if you double the turnout with Florida the

16   number of votes that did not count would double, then

17   roughly the difference between the number of votes that

18   are not counted in Georgia with the same turnout as

19   Florida with the same turnout drops from about 2,000 to

20   394 on 8.3 million cast because of the difference in the

21   way that they handle the provisional ballots.  I'm simply

22   trying to point out there's evidence -- there's a

23   substantial difference in the number of votes that are not

24   counted if you handle those signatures one way, which is

25   the point made in the U.S. Supreme Court and why those



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031487

USA_00021011

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 50 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 123 of 221
Hearing - Volume 2                                      April 6, 2009

396

1      three more liberal justices expressed a strong preference

2      for the Florida law in terms of how they handle the

3      provisional ballot.

4          A.  Actually, we had one of those dissenting judges

5      point to Georgia's law as actually one that he could stand

6      behind, as well.

7          Q.  I don't recall the basis of that.

8          A.  It was because of how we provide for provisional

9      ballots and how we count those, as well.

10         Q.  He liked yours much better than he liked

11     Indiana's?

12         A.  Apparently.

13             CHAIRMAN SMITH:  All right.  Okay.

14     Representative Heflin?

15         Q.  (By Representative Heflin) Just so I'm clear.

16     So, in '97 you did a voter identification law and then in

17     '05, '06 at some point in time you did a photo ID law that

18     was enacted in '07?

19         A.  Correct.

20         Q.  That's what you've been operating under for the

21     last 16 elections.  Why do you have so many elections?  I

22     just had to ask.

23         A.  I asked that, too.  I guess we just like

24     elections.

25         Q.  Okay.  And so, you've been there since '07?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031488

USA_00021012

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 51 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 124 of 221
Hearing - Volume 2                                        April 6, 2009

397

1        A.  Yes, sir.

2        Q.  Based on what you know -- this may have been

3    already asked and answered.  So, as far as instances of

4    voter -- allegations of voter fraud or voter

5    impersonation, you've basically been clear.  Is that what

6    you would say?

7        A.  As far as I know, I'm not aware of any.  I will

8    say that our enforcement side is actually done by an

9    inspector general who is also under the Secretary of

10   State, but I do the administration of the elections and

11   she does the enforcement of the election law.  So, if

12   there are cases independent that she is aware of, she may

13   be aware of something that I am not.

14       Q.  One of the provisions you did do is you raised it

15   to a felony grade offense on mail-in ballots?

16       A.  Yes, sir.

17            REPRESENTATIVE HEFLIN:  Thank you.

18            CHAIRMAN SMITH:  Just for the record, we're

19   four minutes over.  Take that into consideration, if you

20   would, Representative Bohac.

21       Q.  (By Representative Bohac) This will be very

22   quick.  Do you have early voting in person?

23       A.  Yes, sir.

24       Q.  How many days does that last?

25       A.  45.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 52 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 123 of 221
Hearing - Volume 2                                        April 6, 2009

398

```
 1          Q.  45 days?

 2          A.  Yes, sir.  It's actually the exact same -- and

 3     this is something that we enacted last year, actually, or

 4     the legislature enacted last year.  It corresponds with

 5     the number of days for mail-in ballots.

 6          Q.  I've been trying to get to this 92 percent

 7     figure.  So, I've been trying to get around to it, and I

 8     think that probably helped me understand this 92 percent

 9     figure because I've just been shell shocked by that

10     figure.

11              I want to talk to you now real quick about

12     the -- what level of a felony is the ballot by mail?

13          A.  You're talking about a felony grade?  Well, in

14     Georgia we don't do felony grades for the most part.  You

15     have a specified sentence in terms of money or years, but

16     a felony is a felony.

17          Q.  Tell me what that is in Georgia, if you know.

18     How many days in jail?

19          A.  I think it's five years and $100,000, along those

20     lines.  Up to.

21          Q.  Okay.  And then finally -- and this is the last

22     portion of my question.

23              Prior to moving to voter ID, you still had

24     provisional ballots that was in effect prior to moving

25     photo ID, correct?
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031490

USA_00021014

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 53 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 126 of 221
Hearing - Volume 2                                        April 6, 2009

399

1      A.  Yes.

2      Q.  How many provisional ballots as a percent of the

3   total ballots cast -- I know the hour is late.

4           What I'm trying to get at, is your

5   provisional ballots roughly the same as they were before

6   photo ID when they were just merely voter ID as opposed to

7   photo ID or do you know the answer?

8      A.  I knew from the start of your question you were

9   going to ask me that, and I don't know.  I'm sorry.  I

10  don't know what off the top of my head.  I will say that

11  most of our statistics are right up on our website, on the

12  Secretary of State's website in Georgia, but I don't know

13  that.

14     Q.  Thank you.  I've been to Peachtree City in

15  Georgia many, many times.  I love your state.  So, thank

16  you.

17          CHAIRMAN SMITH:  Representative Heflin?

18     Q.  (By Representative Heflin) One more quick

19  question.  I have to ask this.  I'll spend an extra minute

20  tonight.  So, in the last two years you've had 720 days of

21  early voting going on.  So, the last two years you've

22  basically been early voting all but 10 days?

23     A.  Well, I say 45.  It's 45 for general elections

24  and general primaries.  Special elections is a shorter

25  period of time.  But for the general elections and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031491

USA_00021015

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 54 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 127 of 221
Hearing - Volume 2                                    April 6, 2009

400

1      generally primaries, that's 45 days.

2            Q.  I like early voting.

3            A.  Our voters do, too.  I do, too.  We had more than

4      half of our votes cast early.

5                  REPRESENTATIVE HEFLIN:  Thank you.

6            Q.  (By Chairman Smith) Is there any way for you to

7      describe for us the extent of the locations, the early

8      voting locations throughout the state?

9            A.  Sure.  Well, Georgia is like Texas.  We like our

10     counties.  I think we're the second most after Texas with

11     159.  All of those counties have a voter registration

12     office or an elections office.  So, each county would have

13     at least one location which would be the election office

14     or registrar's office.  In our major metropolitan

15     counties, they could have as many as seven early voting

16     centers interspersed around the county.  Many with five,

17     four, three.

18           Q.  What are the hours -- do you know what hours the

19     polls are open?

20           A.  In Georgia and I think in Texas elections are

21     administered actually by the county elections officials,

22     especially the general election.  So, they get to set

23     their hours that they are open, but they can vary from

24     normal business -- they have to be open at least normal

25     business hours of the county.  Some counties, the week



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031492

USA_00021016

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 55 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 128 of 221
Hearing - Volume 2                                        April 6, 2009

401

1    before an election or even the two weeks before will open

2    up their offices, say, 7:00 to 7:00 or 8:00 to 7:00, what

3    have you.

4         Q.  Up to the county?

5         A.  Yes, sir.

6              CHAIRMAN SMITH:  Any other questions,

7    members?  Thank you very much.  Appreciate it.

8              WESLEY TAILOR:  Appreciate it.

9                   (End of Volume 2.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006135

TX_00031493

USA_00021017

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 56 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 129 of 221
Hearing - Volume 2                                             April 6, 2009

402

```
 1              REPORTER'S CERTIFICATE

 2              COMMITTEE ON ELECTIONS

 3                April 6, 209

 4

 5        I, Shauna Foreman, Certified Shorthand Reporter

 6   in and for the State of Texas, hereby certify to the

 7   following:

 8        That the above transcript of the meeting is a

 9   true record of the testimony given to the best of my

10   ability, having been transcribed from videotape;

11             That a copy of this certificate was served on

12   all parties and/or the witness shown herein on

13   _____.

14             I further certify that pursuant to FRCP Rule

15   30(f)(1), the signature of the deponent:

16             ____was requested by the deponent or a party

17   before the completion of the deposition and that the

18   signature is to be before any notary public and returned

19   within 30 days (or _____ days, per agreement of counsel)

20   from date of receipt of the transcript.  If returned, the

21   attached Changes and Signature page contains any changes

22   and the reasons therefor;

23             _____was not requested by the deponent or a

24   party before the completion of the deposition;

25             I further certify that I am neither counsel for,
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006136

TX_00031494

USA_00021018

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 57 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 130 of 221
Hearing - Volume 2                                    April 6, 2009

403

1      related to, nor employed by any parties or attorneys in the

2      action in which this testimony is taken, and further that

3      I am not financially or otherwise interested in the outcome

4      of this action.

5              Certified to by me on this the 15th day

6      of April, 2012.

7

8                                    *Shauna Foreman*

9                                          Shauna Foreman, CSR

                                           Texas CSR 3786

10                                         Expiration:  12/31/2012

                                           Esquire Deposition Solutions

11                                         1001 McKinney, Suite 805

                                           Houston, Texas 77002

12                                         Tel. (713)524-4600

                                           Firm No. 03

13

14

15

16

17

18

19

20

21

22

23

24

25

ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031495

USA_00021019

| A | | | | |
|---|---|---|---|---|
| **AARP** | 335:23 | 336:18 | 368:9  377:8 | **administered** |
| 287:19  302:6 | 346:23 | 339:14 | 379:2 | 400:21 |
| **Abbott** | 348:3 | 368:5 | **activities** | **administe...** |
| 262:5,24 | 351:12 | **accepted** | 283:15 | 376:18 |
| 263:12 | 354:12 | 316:7 | **activity** | **administr...** |
| 265:6,6 | 367:1,2 | **access** | 333:17 | 353:3 |
| 266:9 | 378:11,12 | 264:1  275:24 | **actual** | **administr...** |
| 270:17 | 378:14 | 326:22 | 258:19  268:6 | 277:3  387:25 |
| 271:1,8 | 379:23 | 327:23 | 361:13 | 397:10 |
| 281:13 | 380:19 | 332:7  337:9 | 376:13 | **administr...** |
| 284:14 | 383:5 | 348:4,18 | **acute** | 278:13 |
| 285:20 | **abolish** | 350:22 | 368:3 | **administr...** |
| 286:14,15 | 291:7 | 382:4 | **ad** | 366:13,23 |
| 286:24 | **abolished** | 384:14,15 | 298:3 | 376:14 |
| 289:9 | 291:1,4 | **account** | **add** | 387:17 |
| 293:22 | 329:15 | 310:20 | 345:12 | **administr...** |
| 294:10 | **abolishing** | 346:25 | **addition** | 264:9 |
| 297:10 | 331:12 | 347:7,20 | 350:12,24 | **admit** |
| 299:18,20 | **absence** | 361:22 | 353:6 | 260:4,4 |
| **Abbott's** | 340:16 | **accumulated** | **additional** | 291:9 |
| 268:9  271:12 | **absentee** | 333:11 | 258:24  286:6 | **admitted** |
| **abilities** | 368:15 | **accurate** | 307:5 | 257:12,14 |
| 285:22 | 381:10,14 | 383:15 | 316:14 | 259:18 |
| **ability** | 381:20 | **accused** | 336:4 | 260:8  269:2 |
| 249:15,20 | 388:12,13 | 299:12 | 340:22 | 269:3 |
| 250:8 | 388:15,16 | **accuser** | 346:1  391:4 | 298:16 |
| 298:10 | 388:20 | 304:9 | 394:3 | 301:25 |
| 300:14 | **absolute** | **achieving** | **address** | **adopt** |
| 333:24 | 380:1 | 332:5 | 277:9,13 | 320:11,14 |
| 350:8 | **absolutely** | **acknowled...** | 290:1  332:4 | 337:9 |
| 355:22 | 261:7  266:17 | 279:1 | 336:23 | **adopted** |
| 357:10 | 266:19 | **Act** | 341:2 | 320:19 |
| 379:24 | 274:20 | 255:15,23 | 344:20 | 351:10 |
| 380:23 | 276:21 | 256:3,9 | 345:4,18,24 | **adoption** |
| 381:15,24 | 288:13,16 | 257:14 | 346:9,21 | 332:22 |
| 382:17 | 290:23 | 268:25 | 364:5  366:9 | **advance** |
| 383:4 | 299:14 | 277:21 | 366:24 | 327:14 |
| 402:10 | 302:18 | 305:17,22 | 369:22 | 341:22 |
| **able** | 303:3 | 332:19 | 389:19,24 | **adverse** |
| 249:4,9 | 382:15 | 390:2 | **addressed** | 309:18 |
| 262:11 | **academic** | **action** | 339:25  341:3 | 315:16 |
| 295:12 | 297:8 | 254:23  283:6 | 365:22 | **adversely** |
| 299:22 | **accept** | 403:2,4 | 389:15 | 289:5  334:21 |
| 313:12 | 256:16 | **actions** | **addresses** | 366:7 |
| 326:8,15,15 | 289:11 | 255:14 | 374:23 | **advertise** |
| 328:15 | 322:22 | 289:12 | **adequate** | 298:6 |
| 333:14 | **acceptable** | 300:16 | 275:24  335:5 | **affect** |
| | 258:11  328:8 | **active** | 338:15 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031496

USA_00021020

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 59 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 132 of 221

Hearing - Volume 2                          April 6, 2009

405

261:16
288:14
affidavit
290:23
346:16,16
affirmation
330:11
affirmati...
394:25
affirmed
259:8 275:13
282:19
affluent
332:24
afford
276:6,18
280:13
afoul
363:15
African
282:5 322:11
345:10
African-A...
257:10
297:14
298:23,24
303:16,17
306:14,16
306:22
323:22
324:2
331:13
338:11
352:1
369:10
376:3,25
African-A...
302:25
322:15,25
323:7 331:9
334:19
352:14,17
352:18,20
353:7
376:12
377:10
382:12
389:9

aftermath
334:3
afternoon
331:6
AG
390:19
age
252:25
agency
277:5 339:19
339:21
aggregate
385:18 387:3
ago
260:16
264:10
272:7
325:17
348:20
353:10
374:8
agree
271:5 273:23
295:9,13
311:14
314:22
315:13
316:17,18
318:12
344:25
348:11
349:1,10,20
350:1
351:16
366:14
372:7
375:24
382:15
384:12
agreed
255:8 257:7
257:17,23
269:14
270:22
271:1
280:22
282:16
agreement

257:9,11,19
270:15,18
271:19
272:6
402:19
AG's
299:17
301:13,13
ahead
253:21
270:20
331:1 345:6
372:19
aimed
256:13
air
260:23 303:9
303:10
airplane
322:1,2
aisle
250:11,12
Al
259:12
Alabama
329:16
Alabee
354:11
allegation
299:10
315:18
allegations
297:13 299:2
299:8
300:20,20
300:23
389:2 397:4
alleged
256:24
268:14
269:6
303:11,13
Allen
274:14
316:20,21
316:23
317:5,8,11
327:17

329:23
354:8,13
355:13
356:2,9,16
356:21
357:4 374:7
374:9
alleviate
345:19
allocation
384:24
allotted
285:13
362:16
allow
251:2 285:16
286:2
358:24
364:18
381:2
394:23
allowed
248:14
260:16
262:22
282:17
284:22
367:12
allowing
356:7 364:5
allows
272:1 320:16
368:15,16
368:16
alluded
311:11
all-white
281:25
Alma
274:14
316:21,23
317:5,8,11
327:17
329:23
354:8,10
355:13
356:2,9,16
356:21

357:4 374:8
374:9
alter
354:21,22
355:22
alternative
326:13
358:25
370:8
393:16
394:3
alters
297:3
amazed
272:18
amazing
284:23
ambiguity
249:1
Amendment
329:14
Amendments
332:18
America
305:17,22
American
324:3
Americans
282:5 308:8
322:10,11
322:19
323:1
345:11
amount
300:14 385:6
analysis
307:1,9
313:8 333:1
analyst
304:6,17
analyze
307:20 357:8
analyzed
306:2 307:10
Anchia
310:9,10
314:10



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 60 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 133 of 221

Hearing - Volume 2                                April 6, 2009

406

| | | | | |
|---|---|---|---|---|
| 351:20,21 | 384:3 | 351:18 | 350:4 381:22 | **aspects** |
| 357:13 | **anymore** | **apply** | **argument** | 256:4 348:15 |
| 377:21,22 | 352:7 | 281:19 | 363:7 367:21 | 348:23 |
| 389:11 | **apartment** | 394:21 | **arguments** | **aspiration** |
| **Andrew** | 344:22 | **applying** | 365:23 366:5 | 363:15 |
| 363:2 | **apologize** | 349:22 | 366:10 | **assert** |
| **and/or** | 261:6 264:12 | **appointee** | 383:14 | 308:4 |
| 331:12 | 264:14 | 367:10 | **Arizona** | **asserted** |
| 336:21 | 363:23 | **appointees** | 312:16 315:9 | 367:15 |
| 352:13 | **apparently** | 279:14 | 315:9 | **assertion** |
| 402:12 | 264:24 | **appreciate** | **arose** | 315:18 |
| **Anglo** | 358:20 | 278:25 282:9 | 262:6 | **assist** |
| 323:1 | 396:12 | 288:19 | **arrived** | 274:17 |
| **Anglos** | **appeals** | 293:19 | 360:3 | **assistant** |
| 322:14 | 279:17 | 304:2 330:4 | **article** | 331:4 |
| **announce** | 296:10,11 | 351:2 | 357:13,15,18 | **assisted** |
| 286:4 | 392:18 | 377:19 | 357:22 | 262:5 |
| **announced** | **appear** | 383:10 | 358:9 | **Associate** |
| 362:10 | 298:15 311:1 | 389:12 | **articulate** | 305:1 |
| **announcement** | **appeared** | 401:7,8 | 377:25 | **assume** |
| 360:16 | 338:12 | **approach** | **articulated** | 326:7 395:15 |
| **annual** | **appears** | 384:10 | 382:5 | **assuming** |
| 258:4 385:11 | 258:22 322:4 | **approaching** | **ascertain** | 327:15 347:7 |
| 386:18 | 327:10 | 372:4 | 321:25 | **assumption** |
| **answer** | 337:7 | **appropriate** | **aside** | 252:2 |
| 248:15 | **appellate** | 257:25 | 350:6 | **assurances** |
| 274:12 | 287:5 | 313:15 | **asked** | 254:20,23 |
| 321:3 324:1 | **applicant** | 326:11,12 | 249:6 251:24 | **assured** |
| 327:1 | 256:19 | 326:16 | 266:5 | 264:7 301:14 |
| 354:19 | **application** | **approved** | 270:14 | **Atlanta** |
| 399:7 | 255:11 | 257:8 278:7 | 298:18 | 363:2 |
| **answered** | 334:15 | **approves** | 301:12 | **ATM** |
| 397:3 | 388:15,16 | 315:3 | 311:25 | 334:7 |
| **answers** | 390:11 | **approxima...** | 339:3 340:3 | **attached** |
| 391:6 | **applications** | 372:4 394:15 | 352:4 373:2 | 248:13 |
| **anticipate** | 256:17,21 | 395:6 | 382:16 | 402:21 |
| 249:15,23 | 257:1,2,15 | **April** | 396:23 | **attempt** |
| **anum** | 257:18 | 247:10,21 | 397:3 | 308:19 |
| 384:23 | 262:10 | 248:7,8 | **asking** | **attempting** |
| 386:24 | 291:7 298:9 | 364:8 | 253:14 | 255:24 259:4 |
| **anybody** | 298:11,12 | 391:22 | 271:12 | 261:17 |
| 250:16 265:8 | 298:14,17 | 392:1,2 | 299:15,17 | 293:1 |
| 303:23 | 298:19 | 402:3 403:6 | 301:7 | 333:18 |
| 350:4 354:3 | 368:22 | **arbitrary** | 319:19 | **attended** |
| 355:21 | 374:19,20 | 257:23 | 327:10 | 299:3 |
| 366:14 | **applied** | **arguably** | 376:5 | **attending** |
| 376:21 | 383:23 384:4 | 279:13 | **asks** | 338:11 |
| 378:23 | **applies** | **argue** | 356:22 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006140

TX_00031498

USA_00021022

Hearing - Volume 2            April 6, 2009

407

**attention**
289:22
**attorney**
254:19,24
255:6
258:21
262:4,13,14
263:3,9,22
265:3,11
266:8,11,16
267:5 268:1
268:9
269:19,20
269:21
270:17
271:17,22
272:4,8,25
273:5,6,13
273:22
274:3,10,23
282:24
283:9,10,21
283:23,24
284:8,14,20
285:7
291:11
292:25
294:10
297:17
299:6
300:10
301:8,21
390:7
**attorneys**
255:21
275:11
279:24
280:10
334:17,24
403:1
**attorney's**
274:7 298:18
298:20,21
**audience**
340:2
**August**
270:25 365:1
367:8,13

391:1,23
392:2
**Austin**
265:7 273:16
**authority**
267:5 268:1
271:21
283:4,6
284:16
300:10,14
**authorized**
257:3
**automatic...**
372:8 394:24
**available**
248:21
271:25
326:24
335:7
340:17
359:6
393:16
394:3
**average**
377:13
**avoid**
388:5
**aware**
280:24 281:3
281:4
287:19
299:5,7,10
311:4
312:19,21
321:7
351:22
397:7,12,13
**A&M**
275:7

    **B**

**back**
252:24
253:15
269:15
271:25
272:2,13
283:19

285:7,19
291:23,25
292:2,9,13
293:14
300:22
313:5
316:13
317:14
339:16
360:9
365:12
371:23
372:3
378:11,13
378:18,24
379:7,13,24
379:25
380:19,23
381:15
382:17,25
383:4
390:13
393:22
**background**
281:21
363:10
**bad**
264:20
284:23
285:3 291:6
312:18
**baffled**
284:17,19
**balance**
305:23 382:4
382:6,7
384:14
**ball**
329:18
**Ballard**
275:8,9,14
275:15
**ballot**
261:20,23
299:7,8
303:2 315:9
335:1,10,13
335:15

336:1,5
337:10
344:3
346:18
361:14,16
361:17
365:11
370:6 374:2
378:23
380:2 383:2
387:9,12,23
388:1,5,15
388:16,20
394:23
396:3
398:12
**ballots**
257:21 262:9
265:9
334:22
335:4,6,8
335:17,21
335:22
336:6,7
337:4
361:16
365:3
370:13,15
370:24
371:8,16
372:11,21
373:3,6
380:25
381:4,5
388:12,13
393:15
394:5,17
395:21
396:9
397:15
398:5,24
399:2,3,5
**bang**
356:23
**bank**
346:25 347:7
347:20
**barely**

258:21 263:2
263:7 285:3
**barrier**
351:9
**barriers**
255:5 256:12
256:15
**base**
282:6
**based**
254:20 271:6
275:19,20
291:15
312:5
313:12
319:1,17
336:9 343:1
347:11
361:13
365:6
366:19
376:6 377:5
377:11
387:22
397:2
**basically**
274:1 309:10
309:10
310:13,19
311:24
318:5 329:1
364:6 397:5
399:22
**basis**
337:7 354:7
354:17
376:9
385:11
386:18
396:7
**bearing**
351:19
**becoming**
255:5
**began**
275:8
**beginning**
272:15



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006141

TX_00031499

USA_00021023

Hearing - Volume 2                                          April 6, 2009

| | | | | |
|---|---|---|---|---|
| 274:22 | 402:9 | 328:4 330:8 | 331:15 | 263:16 |
| 391:14 | **bet** | 339:16 | 343:25 | 264:22 |
| **beholden** | 313:19 | 340:23 | 345:7 | 274:13 |
| 300:8 | **better** | 341:12 | 360:16,17 | 277:15 |
| **beings** | 266:15 | 343:3,14,17 | **blacks** | 282:8,9 |
| 324:20 | 275:15 | 344:15 | 294:18 | 285:16,18 |
| **believe** | 280:1 | 347:25 | 328:16 | 286:12 |
| 249:5 252:7 | 281:18 | 349:23 | 360:11,13 | 289:8 |
| 253:21 | 289:11 | 355:10,11 | **blame** | 290:13,14 |
| 266:25 | 290:20 | 357:24 | 284:20 | 292:21 |
| 267:4 | 320:9 | 358:12,25 | **blaming** | 293:25 |
| 269:23 | 321:15,24 | 359:1 361:6 | 268:1 | 294:6,9,14 |
| 280:18 | 323:3 | 363:23 | **blanket** | 294:22 |
| 284:11 | 396:10 | 365:18 | 337:14 | 337:17 |
| 285:19 | **Betty** | 382:18,22 | **Bled** | 375:21 |
| 288:3,22 | 353:16 | 382:22,25 | 262:15 | **books** |
| 292:17 | **beyond** | 383:4 389:4 | **Bledsoe** | 329:20,21 |
| 308:5 | 285:14 | 389:5 | 262:2,3,3,14 | **born** |
| 309:25 | 300:11 | 390:20 | 285:19 | 353:24,25 |
| 314:7 | **big** | 391:19,19 | 294:7 | **bothering** |
| 318:22 | 319:22,24,24 | **bills** | **board** | 287:15 |
| 325:24 | 320:4 385:3 | 261:4 | 260:17 | **bothers** |
| 333:16 | **bill** | **binding** | 270:24 | 294:2 |
| 340:10 | 248:3 249:8 | 367:17 | 362:4 372:8 | **bottom** |
| 352:13 | 250:18 | **birth** | **body** | 308:22 |
| 353:24 | 254:6,11,13 | 333:23 | 332:11 | **box** |
| 362:9,12 | 258:22 | 338:25 | 373:18 | 261:20,23 |
| 366:17 | 260:15 | 339:4 352:4 | **Bohac** | 303:2 |
| 391:3 | 264:8 | 352:19,19 | 362:17 | 337:10 |
| 392:21 | 267:15,16 | 352:20,22 | 373:14,15 | **boxes** |
| **believed** | 272:1 | 352:23,25 | 377:18 | 261:14 |
| 255:10 363:3 | 275:17 | 353:2,7 | 397:20,21 | **Brennan** |
| **believes** | 276:19 | 354:8,9,10 | **bond** | 280:21 310:2 |
| 250:16 | 277:4 279:5 | **bit** | 259:20,25 | 311:11 |
| **bench** | 279:6 288:8 | 287:3,7,22 | 260:10 | **Brennan's** |
| 367:9 | 289:15,25 | 293:13 | 262:23 | 310:1 |
| **beneath** | 290:7 | 308:15 | 266:21 | **brief** |
| 333:22 | 291:18 | 342:4,8 | 270:1,9,9 | 328:8 389:15 |
| **beneficial** | 292:17 | 363:11 | 270:21 | **bring** |
| 284:17 | 295:10 | 377:24 | 300:6 | 277:4,4 |
| **benefit** | 296:17,18 | 383:7 388:7 | **bonds** | 337:2 |
| 350:7 | 297:6 | **black** | 266:21 | 338:25 |
| **bent** | 302:21 | 255:3,9 | 269:21,22 | 366:4 |
| 304:10 | 304:12 | 260:11,12 | 270:8 | **bringing** |
| **Bessie** | 313:6,6,7,8 | 260:15 | 272:22,23 | 369:4 373:18 |
| 351:22 | 313:9,10,11 | 298:25 | 278:23 | **broken** |
| **best** | 326:10 | 299:13 | **Bonnen** | 290:12 |
| 308:2 311:21 | 327:21,25 | 303:1,9,25 | 261:24 | **brought** |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031500

USA_00021024

Hearing - Volume 2

April 6, 2009

409

278:20
326:14
352:4,6,8
357:13
**brown**
252:22
299:13
363:12
389:13
**browns**
294:18
**Brown's**
353:16
**bubbles**
293:24
**bucket**
386:15 387:4
387:5
**budget**
276:17
**building**
301:20
**built**
260:21
278:23,23
278:24
385:10
**bunch**
321:21
**burden**
296:22 305:1
305:12
333:6 334:2
336:7
337:12
350:16,18
352:16
366:8
367:21
376:21
390:12
**burdens**
296:24
332:20
**burdensome**
335:12
**Bureau**
296:20 305:6

305:10
**Burman**
249:3
**buses**
385:24
**Bush**
279:14
293:11
392:9
**business**
400:24,25

─── **C** ───

**calculate**
312:8
**call**
265:17,20
266:2,15
273:17,22
274:3 292:3
299:17
330:6
337:13
380:18
**called**
260:22
265:15,21
266:1
270:24
273:6
330:13
338:10
339:3
**calls**
248:2 266:4
266:6
273:18
298:7 304:6
356:22
358:12
363:21
**Campaign**
255:7,13
**campus**
255:4 258:5
276:23
282:1
298:25

338:25
**cancel**
366:25
**cancelled**
366:21
**candidates**
287:11
**candidly**
284:17
**capacity**
324:21
**card**
325:7 328:6
339:1,17
343:8 347:2
347:4,7
350:12,24
352:9
355:21
356:10
357:1,21
358:2,7,7
393:7,13
**cards**
262:20,21,22
264:3,9
267:1
276:12
305:7 334:7
337:18
350:13
**care**
321:18
324:14
327:6
**cared**
259:14
**carefully**
332:12
**carry**
326:22
**cars**
334:6
**Carter**
367:10
**Carter/Baker**
382:5 384:13
386:8

**Carter/Ford**
382:5 384:13
**case**
253:10 258:7
268:2,7
274:22
280:6 287:3
291:21
299:16,25
319:7
326:10
351:22
352:13
358:15
361:20
365:23
374:7,25,25
376:17
379:12
380:22
388:2
**cases**
279:25
306:18
331:12
333:2
367:18
378:14
387:24
397:12
**cash**
347:9,10,13
**cashes**
347:22
**cashing**
347:19
**cast**
257:21
259:25
295:12
335:1,13
339:8 343:2
344:3 365:2
365:10
367:2
368:11,12
368:18
369:17

370:5,13,16
370:24
371:5,9
372:21,21
373:4 374:3
379:23
380:1
381:22,24
383:3
394:11,12
395:20
399:3 400:4
**casting**
297:4 334:22
361:14
**casual**
383:10
**catch**
292:8
**category**
389:20
**cause**
287:20 292:4
346:23
**center**
255:7,14
280:21
297:25
304:17
311:11
313:12
**centers**
386:1 400:16
**Centerville**
393:12
**certain**
284:13
321:19
323:2
324:22
332:1
**certainly**
250:20 251:6
275:1
276:22
281:17
282:2
305:11



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031501

USA_00021025

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 64 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 137 of 221

Hearing - Volume 2                                    April 6, 2009

410

```
330:17              295:2,4           337:12              254:2,3,7,9       citizen
339:20,25           296:6,9,13        390:24              254:9            346:4
343:20              302:3 304:1     champion              274:14           citizens
358:7               304:5,14,18     289:9                 304:2            297:14,14
381:22              308:13,14      chance                cheat             301:8 328:2
394:6               310:8           288:20 302:4         261:19,19         328:23
certificate         314:12         change                 320:17          332:11,25
333:23              316:19          280:25 281:1        cheating           334:5 337:3
338:25              317:3,7,9        281:4,5             293:9             346:6 348:5
339:4               317:14          295:16,18          check               380:9
342:13,15           325:15          295:25               347:8,8,10      citizenship
342:16,18           329:24          316:8,9,11           347:19,22        379:21
352:4,23,25         330:3,5,9       341:23               388:12,17       city
353:2 354:8         330:16,20       343:4,15           checks             262:8 270:23
354:10,10           330:22,25       354:22               347:12,14        271:2 272:2
402:1,11            343:11,22       355:5 356:4        Chief               272:4 277:6
certificates        344:8,10        374:11,13           296:1             277:8
352:19,21,22        345:17         changed              child              279:10
353:8               346:19          268:22               333:19           399:14
Certified           349:11,18       295:20            children           civil
402:5 403:5         353:12         changes               279:23 328:4     259:19 285:8
certify             354:16,25       256:11            choice               294:15
402:6,14,25         355:5,9,19      257:12               279:16          civilized
cetera              356:6,11,18     277:18            choke                295:5,6
341:3 350:15        356:24          281:16              289:19,19        claim
352:20              357:12          307:10            choose               263:22
chair               358:1,2,6       341:25               279:6 368:18     270:13
248:1 304:5         358:16,18       390:4                392:16,17        367:25
330:5               359:4,9         402:21,21        chose                 368:1
363:20              362:15         changing             368:19 372:1     claimed
393:1               363:17,19       374:21,22,22        379:25            264:18
chairman            363:20         character          Chronicle           267:14
248:1,4             369:23          299:24               298:15          claims
249:3,10            372:16,19      characterize        Chuck               267:10,13
251:13,16           373:14          379:15               275:8,9,13       311:9
252:5,12,14         377:20         charge                275:14          clarifica...
252:15,16           389:13          273:1,2           cigarettes          330:10
253:2,4,7           391:17         charged              333:13            343:19
253:20              393:4 395:3     346:2             circulated          361:12
254:5,8             396:13         charges              249:11           clarify
277:16              397:18          264:4 283:12      circumsta...        248:5 263:20
282:7               399:17          290:24,24          352:18 353:6       273:7
285:11,25           400:6 401:6     293:6                361:23           300:18
286:12            challenge         301:23            cite                359:19
287:8               284:18,19     charging              312:23            361:20
288:18,21           355:19,25       293:10           cited              class
290:6,14            356:6 384:4    Charleston           287:7             258:23
294:25            challenges        248:2 253:25                          276:10
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006144

TX_00031502

USA_00021026

Hearing - Volume 2                          April 6, 2009

411

| | | | | |
|---|---|---|---|---|
| 291:25 | coding | 383:4 384:3 | 354:3 402:2 | 365:4 |
| 292:10 | 310:19 | comes | committees | 370:13 |
| classes | colleague | 253:10 330:9 | 252:22 | completely |
| 342:20,21 | 306:2 | comfort | common | 277:17 |
| classific... | colleagues | 333:19 | 287:20 | completion |
| 310:20 | 307:19 308:4 | 343:24 | common-sense | 402:17,24 |
| classified | collect | 344:4,5 | 308:11 | comply |
| 315:5 | 393:23 | comforted | communities | 335:24 |
| clear | college | 279:20 | 324:17 | 358:13 |
| 258:11 | 281:20,20,23 | coming | 334:20 | 359:5 |
| 268:16 | 282:2 | 321:24 330:3 | 336:16,17 | 376:21 |
| 273:11 | 291:24 | 343:22 | community | compound |
| 340:1 | 314:15 | 373:19 | 289:1,2,4 | 395:2 |
| 391:17 | 338:4 | 375:16 | 301:5 | concentra... |
| 396:15 | colloquy | 388:23 | 324:10 | 307:14 |
| 397:5 | 383:10 | comment | company | concern |
| clearly | combination | 252:15,21 | 330:13 | 281:19,22 |
| 249:13,16 | 381:25 382:3 | 282:11,13 | compare | 343:3 |
| 251:23 | combine | 282:18 | 316:1 369:6 | 344:12,14 |
| 252:1 258:7 | 291:8 | 285:4 295:5 | 388:14 | 344:17,19 |
| 384:9 | come | 325:20 | 389:21,22 | 344:25 |
| clerk | 254:10 267:5 | 353:15 | compared | 345:9,12 |
| 362:4 | 267:8 | commented | 306:21 | 346:8,11,13 |
| Clinton | 273:20 | 305:9 | 309:25 | concerned |
| 365:19 392:5 | 289:23,24 | comments | 328:20 | 256:4 259:11 |
| 392:8,12 | 292:13 | 251:13 263:9 | 336:16,19 | 260:1 |
| Clinton's | 297:18,24 | 263:20 | 368:23 | 267:10 |
| 390:17 | 297:25 | 302:23 | 369:9 | 278:4 |
| clock | 301:17 | 375:23 | compares | 279:13 |
| 253:22 | 303:18,24 | commissio... | 309:21 | 302:25 |
| 308:13 | 317:16 | 290:25 | comparing | 303:1,4,23 |
| close | 319:5 326:1 | committed | 310:5 314:24 | 319:15 |
| 286:18 | 328:4 | 290:20 | 315:20,22 | 322:25 |
| 327:12 | 329:20 | committee | 323:10 | 342:2 |
| 333:7,8 | 330:19 | 247:9 248:5 | comparison | concerns |
| 353:11 | 347:25 | 248:6,7,15 | 314:23 | 295:10 |
| 369:19,20 | 354:18 | 249:3,6 | 323:12 | 345:19,23 |
| closed | 360:19,25 | 250:2,21,23 | compelling | 349:20,23 |
| 291:1,5 | 363:9 | 250:25 | 287:12 | 351:3,13 |
| 339:6 | 367:24 | 251:6 | 373:16 | conclude |
| clothe | 374:12 | 252:18 | 375:19 | 249:17 |
| 333:25 | 378:11,13 | 253:9 | complains | 310:22 |
| clue | 378:18,23 | 259:10 | 253:23 | 311:8 |
| 324:16 | 379:7,13,24 | 286:1 | complaint | concluded |
| coaches | 379:24 | 288:20 | 290:24 | 255:14 305:2 |
| 264:19 | 380:19,23 | 304:19 | complaints | concluding |
| coaching | 381:15 | 317:18 | 255:16 | 308:22 |
| 264:20 | 382:17,25 | 353:12 | 301:13 | conclusion |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031503

USA_00021027

Hearing - Volume 2            April 6, 2009

412

| | | | | |
|---|---|---|---|---|
| 248:21 | 259:16 | 304:21 318:1 | 258:3 | 402:19,25 |
| 308:22 | **conservative** | **contact** | **copies** | **count** |
| 309:5 311:1 | 304:8 | 268:4 274:7 | 298:9,14 | 330:21 |
| 311:2 | **consider** | 333:7 | 301:17,19 | 335:10 |
| 313:23 | 309:22 | **contacted** | **copy** | 336:5 |
| 315:14,25 | 324:20 | 254:24 255:7 | 253:8 314:13 | 370:17,17 |
| **condition** | 336:10 | 265:4 | 339:4 352:4 | 371:22 |
| 303:9 | 373:23 | **contains** | 402:11 | 372:11 |
| **conditioning** | 381:6 | 339:18 | **core** | 374:25 |
| 260:23 | **considera...** | 402:21 | 366:17,18 | 394:11,13 |
| 303:10 | 286:7,9 | **contend** | **correct** | 394:18,24 |
| **conduct** | 302:8 327:3 | 390:22 | 252:7 265:12 | 395:16 |
| 269:6 | 340:24 | **contention** | 266:24 | 396:9 |
| **conference** | 361:19,24 | 322:12 368:4 | 267:25 | **counted** |
| 293:11 | 362:8 381:9 | **context** | 269:24 | 335:15,19 |
| **confidence** | 397:19 | 274:5 294:8 | 284:1 | 339:9 |
| 275:21 | **considera...** | 333:3,5,21 | 304:12 | 365:11 |
| 278:10 | 348:9 | 334:2,5 | 309:5 | 371:17,19 |
| **confident** | **considered** | 363:9,11 | 312:15 | 371:20,25 |
| 280:7 | 308:1 361:15 | **continue** | 315:11,23 | 372:24 |
| **confused** | 381:21 | 280:13 | 370:10,11 | 373:1,5,7 |
| 261:25 272:7 | **considering** | **continues** | 372:2 378:9 | 378:10 |
| 300:4 | 254:14 | 345:11 | 378:12 | 380:4,5 |
| **confusion** | 258:13 | **continuing** | 382:19 | 381:4 384:9 |
| 276:15 | 337:8 | 255:22 | 389:5,9 | 394:22 |
| 285:21 | **consistently** | **contradicts** | 393:25 | 395:5,18,24 |
| **Congress** | 312:21 | 287:7 | 396:19 | **counties** |
| 305:17 | **consolidate** | **control** | 398:25 | 275:23 289:5 |
| **Congressi...** | 276:7 | 312:3,4 | **corrected** | 289:20 |
| 331:14 | **constant** | **controlled** | 280:17 311:2 | 291:14 |
| **Congressw...** | 259:9 | 311:21 | 315:8 | 307:11,14 |
| 274:17 | **constantly** | **controller** | 340:20 | 307:16,17 |
| **connected** | 276:2 297:23 | 308:3 | 342:9 343:7 | 334:20 |
| 363:14 | **constituents** | **controlling** | **correctly** | 349:14,14 |
| **connecting** | 350:17,18,25 | 310:6 | 378:4 | 385:18 |
| 274:18 | **Constitution** | **controls** | **corresponds** | 393:24 |
| **consensus** | 329:13,14 | 307:24 388:6 | 398:4 | 400:10,11 |
| 252:19 | 332:18 | **controversy** | **corrupted** | 400:15,25 |
| **consent** | **Constitut...** | 311:9 | 320:16 | **counting** |
| 257:6,16 | 351:5 363:16 | **convenience** | **cost** | 372:5 |
| 258:2 | 365:22 | 249:20 250:2 | 280:9,12,13 | **country** |
| 268:21 | 383:14,19 | **conversation** | 327:18 | 250:5 277:20 |
| 269:1,12 | 383:23 | 262:16 294:5 | 387:3 | 331:17 |
| 283:14 | **construction** | 324:25 | **costly** | 353:11 |
| **consequence** | 259:20 | **convinced** | 323:18 | 359:22 |
| 279:21 | 260:10,20 | 288:11,14 | **counsel** | 366:16 |
| **consequences** | 260:23 | **coordinate** | 255:9 331:4 | **counts** |
| | **construed** | | 364:10 | 315:3 372:8 |



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006146

TX_00031504

USA_00021028

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 67 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 140 of 221

Hearing - Volume 2                                    April 6, 2009

413

394:18
**county**
248:2 253:7
253:12,14
254:4,10,17
255:14,24
256:3,8,12
256:25
257:2,8,11
257:14,17
257:19,23
258:3,7,20
259:9,18,18
260:8 261:6
261:18,21
262:12,21
263:11,19
263:21
264:2,12,14
269:1,3,17
276:1,4,16
276:16,22
277:2,3,6,8
277:12
278:16,18
278:18,19
278:20,24
281:8 282:3
282:3
284:11
285:7
289:17
290:25,25
291:8,14
293:2,6
297:18
298:16
299:4
300:18,19
301:7 303:6
303:7,19,21
303:21
307:7
335:10,14
335:20
345:11,13
351:23
352:3,5,6

352:11
362:4
385:14,15
385:16
400:12,16
400:21,25
401:4
**County's**
256:4
**couple**
260:16
288:20
295:3
297:11
300:7
329:17
366:10
375:21
**course**
291:24 326:9
328:17
337:11
339:20
365:10,21
383:21
385:21
387:18
**court**
257:9 259:8
271:11,12
271:15,15
271:23
275:13,13
278:8
279:17,24
280:4,6
281:14
282:19
291:1 296:4
296:9,9,11
296:14
314:3
324:15
328:25
333:4,20
348:20
360:18,25
365:22

367:10,13
367:17
383:22
392:18,19
392:20
395:25
**courthouse**
352:6
**courts**
278:1
**Court's**
304:24 329:7
**co-author**
306:2
**co-sign**
347:12,16
**Craig**
275:10
**Crawford**
304:24
**created**
325:25
357:17
**creates**
342:20,20
**creating**
276:14
331:12
**criminal**
264:3,8
269:6,10
283:5,8,12
283:13,15
285:10
290:24,24
291:12
292:25
293:1,6
297:22
300:15,17
300:19
301:13,22
301:23
303:12
**criticisms**
351:15,17
**Crown**
335:14

**CSR**
403:9,9
**cumbersome**
323:18
**current**
281:1 295:18
312:6
331:25
337:3
342:10,13
343:13,16
346:12
355:6
364:17
365:20
387:25
388:22
390:5
**currently**
295:15,12
327:25
338:5 342:4
354:17
355:20
364:18
370:3
**cut**
286:23
**cuts**
286:20,21
**cutting**
294:13

**D**

**DA**
253:14,14
264:12,14
**dad's**
353:17
**Dallas**
253:7,12,13
261:11
**damage**
280:20
**data**
307:7,20
336:13
376:13

**date**
249:6 339:10
341:2 345:4
402:20
**David**
304:4,6,16
316:25
317:1
318:10,17
**day**
257:21
262:20
266:13,14
269:8,12
280:5
288:21
298:13,15
301:2 326:2
332:2 339:9
349:17
362:20
368:16
379:23
403:5
**days**
257:18 263:1
315:4
335:11
365:12
371:24
391:3,5
397:24
398:1,5,18
399:20,22
400:1
402:19,19
**deal**
249:1 253:10
280:2
319:22,24
319:24
320:4 327:5
354:20
**dealing**
265:5 367:7
**deals**
261:12 285:9
**dealt**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031505

USA_00021029

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 68 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 141 of 221

Hearing - Volume 2                                April 6, 2009

414

```
286:17               303:18,24        deny             403:10            determines
354:6 384:4          330:7 331:4      293:3 337:9      depressed         372:9
death                359:19           344:24           334:11            deterred
334:6                361:5            denying          deprive           259:4
debate               defer            272:21           379:20            develop
311:6 329:5          252:25           344:20           deprived          257:23
decade               definitely       department       351:6 379:22      385:20
364:14               277:1 339:12     249:9 253:10     deputy            developing
decades              342:9            254:19           256:15,17,19      331:19
331:10               degree           255:19           256:22           devote
December             269:9,13         256:2,6,24       257:25            287:12
257:24               278:10           257:7            258:5             Dewayne
decide               Delaware         259:17           describe          248:2 253:25
279:4                307:19           265:2,4,5        350:15 400:7      254:2,3,7,9
decided              308:25           267:12,14        described         254:9
267:18 274:2         delivery         267:18,20        344:4 369:15      differ
378:13               261:13 277:7     268:3,4,6        designed          384:7
decides              339:6            268:15,16        335:4             difference
327:11               delve            269:8,11         desire            343:13
decision             324:19           270:2,4,12       250:25            383:19
274:6 282:12         demand           271:1,5          285:17            394:16
282:19               266:13           274:18,25        308:6             395:17,20
283:3                democracy        276:25           desperately       395:23
304:24               332:6,9          278:2,8,11       310:4             differences
329:8                334:9            279:8,14,16      destroy           322:20
339:11               Democrat         280:8,12,20      333:10,12         different
342:25               284:11           283:7,14         destroyed         277:14
decisions            286:25           285:9            352:5             286:13
295:11 344:2         390:15           300:13           detailed          293:17
354:23               Democratic       310:2 325:6      254:21            297:22
declined             249:7 250:11     352:10           details           333:3,4
272:22,22            250:15           365:16,18        269:14            341:17
decorum              284:6            389:17           detect            342:19,20
295:7,7              287:10,12        390:17           367:6             342:21
decreases            369:20           391:14           deter             345:1
382:1                390:15           392:10           367:6             346:11
decree               Democrats        departmental     determina...      350:17
257:7 268:21         251:9,18,22      255:21           341:7 343:9       353:4 354:5
269:1,12,13          251:23           Departments      determine         357:11
283:15               307:17           392:5            289:25 309:8      384:10
deeply               demonstrate      depends          315:14,17         differently
254:15               337:12           312:14 319:6     334:18            345:1 353:21
defend               demonstrated     380:21           370:16            353:22
294:4                334:3 335:3      deponent         371:21            difficult
defending            denied           402:15,16,23     determined        257:4 259:5
331:13               259:6 263:11     deposition       332:16 350:1      298:4
defense              297:14,15        253:6,8,11       394:18            311:17,19
                     298:1,5          402:17,24                          325:3,4,5,5
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031506

USA_00021030

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 69 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 142 of 221

Hearing - Volume 2                                        April 6, 2009

415

349:17
352:16
357:5
358:13
367:6 383:3
**difficulties**
357:16
**difficulty**
334:22
346:10
358:21
**digits**
314:1
**direction**
276:22 277:1
312:22,24
376:10
**director**
363:21 364:4
364:7
**disagree**
279:18 342:8
384:11
**disappear**
311:3 312:16
315:12
**disappears**
310:21
**discourage**
292:5,6,18
332:8
**discouraged**
287:14
**discretion**
286:2 290:2
290:2
291:20,22
341:5 355:2
**discretio...**
343:9
**discriminate**
259:2
**discrimin...**
275:7 301:9
302:17
**discrimin...**
258:20
345:14

346:1 353:9
**discrimin...**
254:16,22
255:11
256:5
**discuss**
263:3 364:6
**discussed**
271:20
365:21
**discussing**
263:6 333:4
**discussion**
250:21 251:6
294:15
364:12
366:1
**discussions**
365:7
**disenfran...**
275:25
294:18,19
306:1
380:16
**disenfran...**
258:24
259:24
260:9 261:8
264:24
269:16
291:9
292:13
301:25
308:10
365:5
379:16
380:3,24
384:10
**disenfran...**
345:10 375:8
380:19
381:6,18,21
382:2
**disenfran...**
379:19
382:14
**dismissive**
302:14

**disparity**
322:13
**dispensed**
383:13
**disqualify**
338:23
**disrespec...**
325:1
**dissenting**
396:4
**distance**
336:14
**distinction**
361:15
**distinguish**
383:17
**distort**
334:4
**distribute**
250:7
**district**
259:21 260:6
260:7
270:22
278:14
279:25
292:25
296:9
298:20,21
300:25
326:25
367:10
392:19,20
**divide**
250:6 251:11
**divided**
248:20
251:17
**division**
363:22 364:3
**DMV**
338:16,21
339:7
**document**
339:21 344:1
357:19
359:6

**documenta...**
305:20
316:14
326:13,16
328:7
358:23
**documents**
256:21
275:24
296:21
305:11
308:16
328:8
339:14,15
340:17
343:5,16
350:13,19
350:23
351:1 352:9
357:21,23
370:9
393:14
**doing**
288:11
314:23
315:22
332:12
342:8 348:2
356:1
387:18
**DOJ**
365:16 393:3
**dollars**
275:18 279:2
279:3
280:10
293:10,16
300:14
303:22
384:22
**door**
301:15
**double**
395:15,16
**doubt**
287:8 342:6
**DPS**
348:15,16

349:14
352:3
**Dr**
316:19 374:7
374:9
**dramatically**
346:11
350:17
**drive**
328:3 352:7
374:17
**driver's**
261:11 314:2
327:18,18
327:19
334:7
336:19
338:13,22
338:24
364:19,21
**drives**
256:23
**dropped**
251:15
**drops**
395:19
**drug**
303:19
**due**
278:19
282:23
293:25
371:13
**D.C**
255:8 271:4
278:9
279:17
319:1 324:6
392:17

_____
**E**
**Eagleton**
310:17,18,22
314:14
**earlier**
262:1 283:20
338:1
362:23



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031507

USA_00021031

Hearing - Volume 2                                    April 6, 2009

416

| | | | | |
|---|---|---|---|---|
| 369:15 | 305:2 306:2 | **elderly** | 368:12,16 | 399:23,24 |
| 373:10,11 | 306:18 | 324:5 337:2 | 368:18 | 399:25 |
| 375:22 | 307:3,13,22 | 369:3 | 370:20 | 400:12,20 |
| 377:9 388:9 | 308:7,23 | **elect** | 371:24 | 400:21 |
| **early** | 309:4,12,14 | 321:18,18 | 372:18,20 | 402:2 |
| 252:24 276:3 | 309:18 | **electing** | 373:11 | **electoral** |
| 276:5 | 310:21 | 321:14 | 374:15,16 | 305:4 308:3 |
| 278:16 | 315:16 | **election** | 377:1 378:1 | 321:5 |
| 338:10,12 | 316:5,8 | 254:14 255:2 | 378:21,21 | 332:10 |
| 339:5 | 322:3,4 | 256:8,25 | 378:22 | **electorate** |
| 367:20 | 323:4 326:6 | 257:21,22 | 379:23 | 332:13 |
| 397:22 | 328:11 | 259:23,23 | 381:3 | **elevate** |
| 399:21,22 | 359:25 | 260:5,5,14 | 382:17 | 363:3 |
| 400:2,4,7 | 360:18 | 260:17,25 | 385:8 | **eligible** |
| 400:15 | 378:22 | 262:8,12,23 | 397:11 | 313:24 |
| **easily** | 390:12 | 264:8 | 400:13,22 | 331:20 |
| 326:8 | 391:1,20 | 266:21,21 | 401:1 | 336:2 |
| **easy** | 398:24 | 267:3 | **elections** | 380:14 |
| 261:19,19 | **effectively** | 269:16,21 | 247:9 259:14 | **eliminate** |
| 324:11,12 | 337:9 | 269:24,25 | 259:16 | 276:2,3 |
| 324:17 | **effects** | 270:3,5,7,9 | 260:2 261:3 | 346:12 |
| 377:25 | 306:8 | 270:11,21 | 261:8 | **eliminating** |
| **eat** | **efficient** | 271:6 | 268:22 | 331:15 |
| 292:10 | 320:16 | 275:22 | 270:23 | 333:12 |
| **economic** | **effort** | 276:24 | 271:2 272:3 | 345:19 |
| 281:21 287:9 | 294:17,19 | 283:1 | 277:3 279:7 | 346:13 |
| 288:2 334:1 | 301:24 | 289:23 | 279:10 | **Elkins** |
| **educate** | 320:4 363:5 | 290:8,17 | 291:1,3,7 | 280:1 |
| 275:22 | **efforts** | 303:11,19 | 303:5,5,24 | **Ellis** |
| 331:17 | 331:8,10 | 303:19 | 307:21,23 | 262:2,18 |
| 361:2 | 384:22 | 306:4 | 308:12 | 263:13 |
| 362:13 | **eight** | 320:15 | 346:2 362:6 | **else's** |
| 384:25 | 251:1 286:23 | 321:20 | 362:11,13 | 303:14 |
| **educated** | 294:13 | 326:2 329:3 | 363:21 | 366:21 |
| 307:15 323:3 | 329:18 | 331:17,19 | 364:3,7,25 | **embedded** |
| 323:7 326:7 | **either** | 331:22 | 365:1 | 357:22 |
| **education** | 258:17 | 332:2 | 366:12,23 | **emotion** |
| 331:21 | 277:25 | 334:17,18 | 371:6 375:6 | 375:15 |
| 359:20 | 278:8 | 335:11 | 376:14 | **emphasize** |
| 379:10 | 299:13 | 341:5,8 | 377:17 | 295:9,14 |
| 384:21 | 311:16 | 343:9 350:6 | 379:6 | **employed** |
| 385:5 387:5 | 313:25 | 358:14 | 382:10 | 403:1 |
| **educational** | 343:25 | 359:16 | 383:8 384:2 | **employee** |
| 260:20,23 | 347:8 | 361:23 | 385:10,17 | 292:1 318:19 |
| 330:7 331:5 | 364:20 | 362:2,3,3,4 | 393:23 | 364:21 |
| **Edwards** | 369:21 | 362:4 364:9 | 396:21,21 | **employer** |
| 259:12 | 379:24 | 365:13 | 396:24 | 292:2 |
| **effect** | 391:13 | 367:4 368:8 | 397:10 | **empower** |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031508

USA_00021032

| | | | | |
|---|---|---|---|---|
| 331:19 | envelopes | 305:3 | excessively | 384:6 |
| empowered | 350:14 | everybody | 335:11 | 387:11,12 |
| 276:17 | equal | 250:19 | exchange | 387:16,22 |
| enacted | 304:9 325:25 | 272:10 | 248:8 | 389:10,22 |
| 364:17 | 366:22 | 275:14 | excuse | 390:9 |
| 396:18 | equally | 299:11,12 | 287:1 368:15 | experienced |
| 398:3,4 | 251:11,17 | 325:24,25 | 368:17 | 395:9,12 |
| enactment | 325:24 | 327:5 | 381:10,14 | experiences |
| 258:14 | 345:2,22 | 328:22 | 382:16 | 336:9 347:11 |
| enchanted | 366:23 | 365:15 | 383:1 | experiment |
| 349:19 | 373:16 | 366:15 | 384:14 | 373:17 |
| encountered | equation | 385:9 | 387:8 | expert |
| 255:4 334:22 | 327:6 | evidence | exercise | 250:3,14 |
| encourage | eradicate | 277:11,14 | 286:2 329:2 | 251:4 287:7 |
| 332:10 | 258:10 265:1 | 297:16 | 331:21 | 313:7 |
| endorsement | erected | 308:9 | 348:13,18 | expertise |
| 337:14 | 255:23 | 312:19,21 | 348:21 | 322:3 |
| enforced | 256:13 | 339:15 | 382:9,11 | expiration |
| 367:8 | Erickson | 350:9,20 | exercising | 339:10 341:2 |
| enforcement | 311:5 | 376:20 | 255:25 349:7 | 345:4 |
| 283:4,11 | erosion | 395:22 | 382:13 | 403:10 |
| 397:8,11 | 259:10 | exact | exhausted | expired |
| engaged | errors | 398:2 | 285:23 | 285:13 352:6 |
| 311:25 | 310:19,20 | exactly | exist | 357:25 |
| 313:21 | especially | 265:13 | 347:3 | 358:3 |
| enjoined | 255:2 352:14 | 325:19 | existed | 364:20 |
| 388:8,10 | 352:17 | 384:20 | 376:4 377:3 | Explain |
| 390:25 | 374:16 | exaggerated | existing | 271:14 |
| enrolled | 377:11 | 282:4 | 341:23,25 | explaining |
| 275:9 | 379:21 | examined | exists | 338:19 |
| ensure | 400:22 | 307:22 | 350:21 | explicitly |
| 308:12 | Esquire | example | expect | 337:11 |
| 320:18 | 403:10 | 306:9 333:10 | 293:24 | exploring |
| 331:20 | et | 335:12 | expectations | 252:3 |
| ensuring | 341:2 350:15 | 344:21 | 329:2 | express |
| 329:3 | 352:19 | 357:4 | expected | 317:25 |
| enters | ethnicity | 382:13,14 | 251:14 | expressed |
| 345:5 | 322:21 | 387:4 | expenses | 249:11,12 |
| enthusiasm | evaluate | examples | 319:5 | 304:20 |
| 307:25 | 332:12 | 258:16 | experience | 396:1 |
| entire | event | 321:21 | 291:15 301:3 | expressing |
| 332:13 353:1 | 287:2 | 336:13 | 324:9 332:6 | 346:8 349:21 |
| entitled | events | excellent | 338:9 346:4 | extension |
| 263:25 264:1 | 258:4 | 357:15 | 346:5 364:7 | 339:21 |
| 311:5 | eventually | exception | 364:13,14 | extent |
| entity | 263:9 | 299:11 | 365:24 | 249:8 250:21 |
| 350:14 | even-handed | exception... | 366:1 | 253:23 |
| | | 336:5 | 382:21 | 285:14,15 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031509

USA_00021033

Hearing - Volume 2                                    April 6, 2009

418

| | | | | |
|---|---|---|---|---|
| 295:17 | 277:19 | 311:4 | 310:14 | 300:15 |
| 308:19 | 279:15 | 330:15 | 339:22 | 339:16 |
| 334:19 | 281:6 286:7 | 385:23 | 357:9 | **filed** |
| 337:22 | 289:1,1 | **family** | 364:22 | 262:13 |
| 338:4 340:2 | 292:14 | 333:25 | 367:10 | 275:11 |
| 340:12 | 297:19 | 353:15,18 | 381:1,3 | 278:13 |
| 341:20,21 | 298:16,18 | **far** | 388:9 | 279:23 |
| 342:3 | 299:14 | 286:19 | **FedEx** | 290:23 |
| 350:10 | 301:25 | 315:15 | 297:20 339:5 | 390:23 |
| 366:24 | 309:8 | 317:14 | 339:6 | **filing** |
| 400:7 | 322:24 | 340:25 | **feed** | 280:13 |
| **extra** | 323:2 | 349:4 | 333:25 | **fill** |
| 328:12 335:9 | 330:13 | 381:18 | **feel** | 324:24 |
| 399:19 | 351:2,4 | 384:5 | 274:14,15 | 355:20 |
| **extrapolate** | 367:24 | 390:11 | 280:7 | **finally** |
| 372:13 | 368:19 | 397:3,7 | 301:10 | 353:2 398:21 |
| 395:10,14 | 370:12 | **far-ranging** | 319:25,25 | **financially** |
| **extreme** | 376:8 | 257:9 | 320:3,15 | 403:3 |
| 316:1 | 379:19,23 | **fascinating** | 347:24 | **find** |
| | 380:10 | 367:19 | 349:1 | 263:6 268:15 |
| **F** | 381:4 | **fast** | **feeling** | 268:24,25 |
| **face** | 383:13 | 271:10,10 | 320:6,7,20 | 283:5 |
| 304:25 | 388:2 | **fathom** | **fees** | 291:11 |
| 310:14 | 389:19 | 325:4 | 280:11 | 293:12 |
| 366:18 | **facts** | **fault** | **felony** | 298:4 |
| **faced** | 294:1 368:6 | 251:23 252:1 | 290:9,22 | 300:15 |
| 301:22 | **fail** | **favor** | 388:21,24 | 301:18 |
| 354:17 | 333:7 | 299:18,18 | 389:1 | 310:4 312:3 |
| **face-to-face** | **failed** | 304:11 | 397:15 | 313:19 |
| 274:9 | 368:1 | 322:10 | 398:12,13 | 317:1 |
| **facial** | **failure** | 348:2 | 398:14,16 | 326:18 |
| 383:16,19 | 257:4 368:2 | 369:15 | 398:16 | 328:14 |
| 384:3 | **fair** | 382:18,22 | **felt** | 347:15 |
| 390:23 | 251:11,12 | 389:4 | 301:1,1,4 | 353:2 |
| **facilitating** | 252:17 | **February** | **female** | 367:18 |
| 256:22 | 278:5 | 263:4 | 360:11,13 | 373:15 |
| **facilities** | 325:17,22 | **federal** | 369:4 | 388:21 |
| 336:14,14 | 329:3 | 256:25 257:9 | **females** | **finding** |
| **fact** | 375:23,24 | 262:25 | 360:17 | 312:15 |
| 249:14 | 380:12 | 271:11,12 | **fight** | 314:17 |
| 258:12 | 393:9 | 271:14,23 | 280:1 | **findings** |
| 259:19 | **fairly** | 278:1,8 | **figure** | 268:17 307:1 |
| 260:9 265:6 | 250:7 304:8 | 280:14 | 347:23 | 311:3 315:7 |
| 265:7 269:2 | **fall** | 287:5,16,17 | 381:17 | 315:12 |
| 269:8 | 256:1 | 288:12 | 398:7,9,10 | **fine** |
| 272:17 | **familiar** | 293:16 | **file** | 263:19 331:6 |
| 273:20 | 283:21 287:1 | 296:7 | 262:14 | **finger** |
| 274:23 | 287:2,22,23 | 299:16 | 279:23 | 258:21 263:2 |



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031510

USA_00021034

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 73 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 148 of 221

Hearing - Volume 2                                    April 6, 2009

419

| | | | | |
|---|---|---|---|---|
| 263:7 285:3 | 264:2 | 264:19 | forward | 326:10 |
| **fingers** | **flesh** | **forced** | 268:13 | 349:15,16 |
| 286:21,22 | 383:6 | 369:19 | 271:10,11 | 367:22 |
| 294:13 | **Flew** | **forefront** | 275:1 | 397:19 |
| **finish** | 319:3 | 333:1 | 283:23 | 400:17 |
| 251:20,21 | **flight** | **Foreman** | 329:5 | **fourth** |
| 300:21 | 252:7 | 402:5 403:9 | 367:24 | 248:10 |
| **finite** | **flips** | **forget** | 384:3 | **franchise** |
| 395:1 | 372:10 | 380:1 | **Foster** | 382:4,9,13 |
| **fire** | **floor** | **form** | 351:23 | 384:14,15 |
| 291:2 352:5 | 249:16 | 313:15 | **fought** | **Frank** |
| 364:9 | **Florida** | 316:12 | 275:12 | 294:10 |
| **Firm** | 329:16 372:7 | 323:11 | **found** | **frankly** |
| 403:12 | 393:6 | 330:11 | 262:12 264:3 | 367:17 |
| **first** | 394:11 | 358:11 | 278:13 | **fraud** |
| 260:24,24 | 395:15,19 | 364:15 | 283:8 293:9 | 253:12,14,18 |
| 265:4 | 396:2 | 374:13 | 298:19,20 | 258:16,17 |
| 275:10 | **Florida's** | 380:6 | 298:21 | 259:11 |
| 286:23 | 394:20 | 393:20 | 300:19 | 299:7,8 |
| 293:9 295:4 | **focus** | **format** | 301:20 | 366:11,22 |
| 295:10 | 345:21 | 356:4 | 306:5,8,10 | 367:3,5,6,8 |
| 301:12 | **focusing** | **former** | 306:18 | 367:16 |
| 308:9 | 359:17 | 253:6 352:8 | 308:6 | 387:11,13 |
| 317:21 | 364:12 | 363:2 | 309:10,12 | 387:17,23 |
| 326:5 | **folks** | **forms** | 309:14 | 388:1,5,20 |
| 327:16 | 262:5,11 | 277:10 | 310:21,24 | 388:23,24 |
| 331:13 | 288:1 289:2 | 295:21 | 312:14 | 388:24,25 |
| 347:21 | 294:20 | 324:22 | 315:6,8 | 389:2 397:4 |
| 352:15 | 300:25 | 326:13 | 333:2,10 | **fraudulent** |
| 361:11 | 301:9,10 | 328:13 | 353:4 | 259:16,23 |
| 363:9 | 302:24 | 332:1 | 374:19 | 260:5,13 |
| 386:14 | 323:16,17 | 336:24 | **foundation** | **Frazier** |
| **first-time** | 324:17 | 337:2 341:9 | 304:7,18,22 | 249:8 313:6 |
| 305:18 | 327:9 | 358:5 | 306:1,9,10 | 343:14,17 |
| **fit** | 345:24 | 364:18 | 317:23 | 382:18,25 |
| 291:7 | 353:23,23 | 374:11 | 318:2,6,8 | 383:4 |
| **five** | 374:14,21 | 392:14 | 318:15,16 | **FRCP** |
| 286:20 292:3 | 379:2 384:9 | **Fort** | 318:19,20 | 402:14 |
| 292:4 | 386:10,15 | 299:16 | 318:21 | **free** |
| 298:12 | **following** | 351:25 | 319:1,6 | 305:7,8 |
| 301:16,18 | 365:12 367:9 | 353:18 | 330:12 | 323:21 |
| 325:8 | 371:24 | 357:14 | 366:16 | 325:7 |
| 353:10 | 402:7 | **forth** | **Foundation's** | 327:22,22 |
| 398:19 | **follow-up** | 272:14 297:7 | 318:3 | 336:15 |
| 400:16 | 391:18 | **fortunately** | **four** | 348:1,7,16 |
| **flatly** | **football** | 364:10 | 269:23 | 382:11 |
| 272:21 | 260:22 261:4 | **forum** | 307:21,23 | 384:17 |
| **flat-out** | 261:5 | 253:2 | 314:1 | 387:4 |



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031511

USA_00021035

Hearing - Volume 2                                    April 6, 2009

420

freshman
276:10
friend
286:12,19,22
  288:18
friends
250:10,12
  251:11
  351:16
front
265:11
  384:23
frustrating
288:18
full
260:18
function
350:8
fund
330:7 331:5
  359:20
  361:5
fundamental
337:6 348:8
  348:13,18
  348:20
  366:16
funded
310:14
furnish
313:25
further
258:23 311:3
  357:8 376:5
  402:14,25
  403:2
Furthermore
307:15
future
270:22
  333:13
  337:11
  364:16

          G

Garrett
330:6 331:1
  331:3,3

349:9,13
357:2,7
359:9
363:18,19
Gary
334:19
  335:13
gasoline
293:10
gathering
296:20
  305:10
general
255:6 258:21
  262:5,13,14
  263:9,12,22
  266:8,11,16
  267:6 268:1
  268:9
  270:17
  271:22
  272:25
  273:5,13
  274:3,7,10
  274:21,24
  276:24
  282:11,13
  282:16
  283:9,22,24
  284:8,14,14
  284:20
  285:7,13,20
  291:11
  294:10
  299:6 301:8
  306:19
  308:8
  320:10
  334:17
  350:7 362:3
  363:14
  364:10
  368:8,18
  370:20
  372:18,20
  373:11
  374:16
  377:17

378:1,4,20
378:21
385:11
397:9
399:23,24
399:25
400:22
generally
384:19
  387:11
  400:1
generals
283:24
general's
254:20,25
  263:4 265:3
  265:11
  269:19,20
  269:22
  272:4,8
  273:6,22
  282:24
  283:10
  297:17
  298:19
  300:10
  301:21
  390:7
gentleman
338:1
gentlemen
285:11 295:1
George
253:6,6,11
  253:17
Georgia
294:24
  359:23,24
  360:5,23
  361:25
  362:11
  363:22
  364:4,8,14
  365:1,24
  366:4 367:4
  367:10,12
  368:4,10,13
  368:15

369:7,16
374:10
375:22
376:3,12,23
377:14
378:4 380:1
380:17,22
384:5,17,25
385:3,8
389:10,20
390:2,13,16
391:21
393:7,10
395:8,18
398:14,17
399:12,15
400:9,20
Georgians
373:21
Georgia's
364:6,13
  365:17,19
  375:9
  382:21
  396:5
getting
281:10
  287:13
  308:21
  340:2 349:5
  358:21
  378:21
  386:14,16
  387:4
girls
301:21
give
253:8 290:2
  293:13
  302:3
  314:20,25
  315:21
  317:19
  340:23
  341:4
  344:14,17
  344:19
  345:9 346:1

347:20
355:2 356:9
385:16
389:10
given
254:20
  279:15
  290:3
  314:13
  326:15
  344:25
  352:17,18
  381:8 402:9
gives
291:20,21
  342:10
  344:12,23
  354:2,5
  361:13
giving
288:19 343:1
glad
270:14
  301:12
  382:24
  383:5
glimpse
354:5
go
249:24
  253:21
  261:15
  268:7
  270:20
  272:2,2
  282:3
  285:14,15
  286:1
  291:10,15
  291:25
  292:8,9,9
  292:10
  293:15
  299:22
  301:8
  310:12,15
  313:22
  323:18,21



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031512

USA_00021036

Hearing - Volume 2                                      April 6, 2009

421

| | | | | |
|---|---|---|---|---|
| 324:12 | 281:17 | 277:5 | 271:1,8 | 365:2 400:4 |
| 325:6,6 | 283:2 | 293:16 | 281:13 | **Haliburton** |
| 326:2,10,17 | 285:12 | 310:14 | 293:22 | 293:9 |
| 326:18,18 | 286:1,4,6,7 | 314:8 | 299:18,19 | **Hampshire** |
| 326:19,25 | 286:8 288:6 | 339:22 | **grew** | 338:18,20 |
| 327:12,17 | 289:8,13,18 | 347:8 | 325:11 | **hand** |
| 328:17 | 289:18,22 | 364:21,22 | **ground** | 280:7 309:20 |
| 331:1 | 290:3,13 | **governmental** | 334:18 338:9 | 374:9 |
| 333:15 | 291:13 | 350:14 | 361:25,25 | **handed** |
| 334:12 | 292:2,12,19 | **governmen...** | **grounds** | 374:18 |
| 337:23 | 293:13,16 | 305:5 335:9 | 337:4 | **handle** |
| 338:16 | 299:15,23 | **governor** | **group** | 249:12 |
| 341:14 | 299:25 | 284:2 321:8 | 279:22 350:5 | 394:17 |
| 342:17,22 | 302:3,6 | 321:11 | 350:10 | 395:21,24 |
| 343:4 345:6 | 303:6 | 376:19 | 359:16 | 396:2 |
| 353:16 | 313:21 | 390:16 | 361:1 | **hands** |
| 354:4 | 316:16 | **governs** | **groups** | 279:8 308:15 |
| 356:12,17 | 321:15 | 357:10 | 287:24 288:8 | **happen** |
| 356:21 | 324:23 | **grade** | **guarantee** | 268:11 |
| 359:25 | 327:12,12 | 397:15 | 252:13 336:1 | 290:16,16 |
| 372:19 | 328:22 | 398:13 | **guess** | 291:13 |
| 381:18 | 342:17,24 | **grades** | 260:15,19 | 303:7 342:2 |
| 383:9 | 342:24,25 | 398:14 | 267:10 | 392:12 |
| 393:21 | 343:1 346:7 | **granddaddy** | 269:18 | 395:10 |
| **goals** | 348:2 | 295:17 | 288:24 | **happened** |
| 332:5 | 351:12 | **grandfather** | 289:8 | 269:15 |
| **goes** | 353:17 | 356:2 | 319:25 | 302:13 |
| 249:8 317:15 | 355:25 | **grandmothers** | 339:23 | 353:3 |
| 333:19 | 361:6 | 288:22,24 | 342:7 | 388:10 |
| 334:10 | 362:23 | **grant** | 381:16 | **happenings** |
| 359:3 362:5 | 364:6 366:9 | 358:20 | 396:23 | 275:19 |
| 374:9 | 382:8 399:9 | **gravely** | **guests** | **happens** |
| 375:25 | 399:21 | 333:19 | 248:13 | 289:20 327:8 |
| 382:14 | **good** | **great** | **guy** | 352:14 |
| **going** | 284:7 290:19 | 284:25 | 270:15 275:8 | 361:12 |
| 251:25 | 308:9 320:8 | 293:23 | 324:14 | **happy** |
| 261:12 | 324:7,8 | 300:9 317:5 | **guys** | 300:22 |
| 262:24 | 355:16 | 322:12 | 272:5 293:14 | 360:24 |
| 263:24 | 379:9 | 362:21 | 355:21 | 369:21 |
| 264:7 | 382:24 | **greater** | **gym** | 390:1 |
| 266:12 | 384:5 392:1 | 307:16 | 285:5,6 | **hard** |
| 272:3,13 | **gotten** | 372:10 | **gymnasium** | 289:10,10,15 |
| 273:22 | 272:5 281:15 | 377:4 | 260:24 303:9 | 323:18 |
| 275:6,15 | 282:20 | **Greg** | ⎯⎯⎯⎯⎯⎯ | 324:11,17 |
| 276:5,17 | **governed** | 262:23,24 | **H** | 328:19 |
| 278:12 | 348:24 | 265:6,6 | ⎯⎯⎯⎯⎯⎯ | 349:2 |
| 279:10 | **government** | 266:9 268:9 | **half** | 393:10,17 |
| 280:9,11,13 | 259:24 263:8 | 270:17 | 251:17,18 | **Harper-Brown** |
| | | | 353:20 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031513

USA_00021037

Hearing - Volume 2                                        April 6, 2009

422

| | | | | |
|---|---|---|---|---|
| 359:7,8 | hearsay | 272:5 378:24 | honest | 293:22 |
| 389:14 | 392:24 | high | 321:17 | hundreds |
| 391:16 | Heflin | 313:20 336:5 | 387:16 | 276:9 292:7 |
| Harris | 349:11,13 | higher | hope | hurdle |
| 278:23 | 396:14,15 | 307:14 | 351:12 359:3 | 328:18 |
| Harry | 397:17 | highly-re... | hopefully | hurdles |
| 253:15 | 399:17,18 | 284:6 | 384:4 | 255:22 |
| hassles | 400:5 | Hill | hoping | Hurricane |
| 305:14 | held | 284:5 286:24 | 395:7 | 334:2 |
| hate | 268:22 | Hispanic | hospital | hurtful |
| 395:7,9 | 269:21,22 | 288:25 | 353:24 | 282:2 |
| head | 270:1,6,11 | 323:24 | hospitals | hurts |
| 280:10 340:2 | 272:21 | 324:2 369:7 | 353:9 | 287:18 |
| 387:7 | 321:19 | 377:10 | hour | hyper-tec... |
| 399:10 | 375:7 | Hispanics | 253:15 | 257:5 |
| headway | hell | 322:11 | 289:24 | hypothetical |
| 277:2 | 294:21 | 325:12 | 292:3 399:3 | 327:11 381:8 |
| health | help | 328:20 | hourly | hysteria |
| 250:1 264:18 | 255:6 258:21 | 382:12 | 307:15 | 375:12 |
| 292:22 | 271:13 | historic | hours | |
| hear | 272:11,16 | 368:25 | 248:21 251:2 | I |
| 311:12 | 272:18 | 377:12,13 | 349:15,16 | ID |
| 329:25 | 275:2,3 | historically | 400:18,18 | 254:13 |
| 362:23 | 286:20 | 255:3,9 | 400:23,25 | 258:14,22 |
| 382:24 | 288:1,4,6 | history | house | 259:3 |
| heard | 297:18 | 277:19 | 247:8 249:16 | 275:18 |
| 283:12 287:2 | 305:16,22 | 353:11 | 252:18 | 277:10 |
| 293:21 | 308:11 | hit | 259:11,12 | 287:6,21 |
| 302:19,22 | 320:18 | 349:16 | 260:15 | 288:24 |
| 350:20 | 339:3 | hold | 267:15,16 | 289:15 |
| 361:15 | 348:11 | 258:4 262:24 | 272:1 279:5 | 291:16 |
| 365:14 | 359:12 | 271:18 | 279:6 | 295:17 |
| 366:9,11 | 363:5 | 299:22 | 321:12 | 296:16,19 |
| 367:5 368:7 | helped | 323:13 | 328:3,3 | 302:21 |
| 369:4,15 | 398:8 | 362:11 | 343:23 | 304:25 |
| 374:7 | helping | holding | 351:12 | 305:6,8,25 |
| 375:17 | 288:8 | 272:19 300:6 | 359:1 | 306:11,15 |
| 377:9 | Heritage | holdings | Houston | 306:20,20 |
| 379:19 | 304:7,18,22 | 331:16 | 261:11 263:5 | 306:23 |
| 393:5 | 306:1,9 | home | 275:3 | 307:2,6,9 |
| hearing | 307:1 | 352:19 | 298:15 | 307:12,22 |
| 248:12 | 313:12 | 355:23 | 403:11 | 308:5,8,11 |
| 249:12,14 | 317:23 | 356:1 | huge | 311:6,17 |
| 249:17 | 318:2,3,6,8 | homeless | 348:2 | 312:20 |
| 295:7 | 318:19,25 | 336:21 | human | 313:22 |
| 351:14 | 319:6 | 345:24 | 324:20 | 314:5 315:2 |
| hearings | 330:12 | homes | hundred | 315:10 |
| 248:7 | Hey | 277:7 337:3 | 260:1 280:9 | 319:15 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006156

TX_00031514

USA_00021038

Hearing - Volume 2                                    April 6, 2009

423

| | | | | |
|---|---|---|---|---|
| 322:3,4,10 | 367:12,14 | 316:9,13 | identifying | 389:9 |
| 323:19,21 | 368:1,5,23 | 317:16 | 308:16 | impacted |
| 324:12 | 369:2,6,6 | 323:11,11 | identity | 334:21 |
| 325:7,18 | 369:13,15 | 324:22 | 343:17,24 | 339:12 |
| 326:2,3,5 | 369:25 | 326:11 | 344:15 | 366:7 |
| 326:12 | 370:2,3,4,5 | 332:1,2,3,5 | 347:4,6,15 | impediment |
| 327:20,22 | 371:2,14,23 | 332:7,17,19 | 347:24 | 265:1 |
| 327:22 | 372:23 | 332:23 | 349:4 | impediments |
| 328:1,5,14 | 375:9 376:4 | 334:16,21 | 354:25 | 258:10 |
| 328:16,20 | 376:10,16 | 334:23,25 | 355:3 | impersona... |
| 328:23 | 377:3 378:8 | 335:9 336:3 | ideological | 258:17 |
| 329:8 | 378:18,22 | 336:8,11,15 | 304:10 | impersonate |
| 333:21 | 378:25 | 336:18,22 | IDs | 321:22 |
| 335:13,21 | 380:2,6,10 | 336:22,25 | 287:9 288:23 | impersona... |
| 338:13,16 | 380:12,13 | 337:2,12,14 | 363:13 | 290:13 |
| 338:19,20 | 382:21 | 337:18,24 | 385:25 | impersona... |
| 339:7,9,20 | 383:14,23 | 338:5 | 386:10,14 | 397:5 |
| 341:1,1,2 | 384:14 | 339:17 | ill | implement |
| 341:15,16 | 385:23 | 340:6,14,17 | 333:19 | 275:18 |
| 342:11,19 | 386:1 387:1 | 340:21 | illegal | 367:12 |
| 342:22,23 | 387:2,4,9 | 341:6,10,24 | 264:5,5 | implement... |
| 342:24 | 387:19,20 | 342:1 345:2 | 329:11 | 307:11 |
| 344:21 | 388:8 390:6 | 345:3,20 | Illinois | 311:16 |
| 345:24 | 390:10,14 | 346:13 | 352:22 | 364:25 |
| 347:10,13 | 392:14 | 348:14 | illustrates | implemented |
| 348:1,7,11 | 393:7,21 | 349:24 | 258:8 336:6 | 256:8 276:20 |
| 348:16 | 396:17 | 350:3,6,11 | 358:15 | 360:14 |
| 352:2 | 398:23,25 | 350:19,23 | imagine | 393:11 |
| 353:10 | 399:6,6,7 | 351:1,5 | 261:1 262:3 | implementing |
| 355:1,2 | idea | 352:8 | 303:4 | 393:10 |
| 356:4,10 | 290:19 326:1 | 357:19,20 | 323:17 | imply |
| 357:17 | 348:11 | 358:24 | 342:1 | 272:16 |
| 358:4,9,9 | 355:16 | 364:19 | 344:12 | importance |
| 358:10,11 | 381:17 | 370:9 | 350:21 | 331:18 |
| 358:17,17 | identific... | 384:18,20 | 393:25 | important |
| 358:18,19 | 261:10 281:1 | 384:21 | imitates | 249:7 273:12 |
| 358:21 | 295:15,19 | 385:21 | 357:19 | 302:10 |
| 360:22 | 295:21,23 | 393:11,13 | immediately | 310:7 |
| 361:1 363:3 | 295:24,25 | 393:14 | 326:6 335:7 | 332:11 |
| 363:4,7,13 | 297:2,5 | 396:16 | impact | 333:17 |
| 364:7,13,15 | 305:7,16,19 | identified | 306:6 307:9 | 336:10 |
| 364:17,22 | 305:21 | 256:7 | 309:9 | 351:7 |
| 364:22,23 | 306:3 307:3 | identify | 313:13 | 358:22 |
| 364:23 | 308:7 | 253:12 | 328:22 | 383:17 |
| 365:3,6,10 | 310:25 | 258:23 | 332:12,14 | 384:1 |
| 365:12,17 | 313:16 | 259:5 304:8 | 336:12,23 | imposes |
| 365:19,20 | 314:19 | 343:15 | 337:1 362:7 | 281:16 |
| 365:25,25 | 315:21 | 368:2,2 | 376:11 | imposing |
| 366:2,2 | | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031515

USA_00021039

Hearing - Volume 2                                    April 6, 2009

424

| | | | | |
|---|---|---|---|---|
| 256:20 | 361:8,21 | incumbent | 248:11 | 376:8 390:9 |
| **impressed** | 362:14 | 369:18 | 296:14 | 391:4,6 |
| 359:11 | 383:18 | **independent** | 316:5 | **informative** |
| **impression** | 389:23 | 260:7 270:22 | 394:10 | 336:13 |
| 285:14 | **incapable** | 278:14 | **indicates** | **informed** |
| **improve** | 325:2 | 279:25 | 309:17 313:1 | 334:24 335:1 |
| 321:5 359:13 | **include** | 397:12 | 315:16 | **infrastru...** |
| **improved** | 257:4 310:23 | **Indiana** | **indication** | 279:3 303:14 |
| 320:22 | 382:25 | 281:5 287:3 | 309:4 316:8 | **inherent** |
| **improvement** | **included** | 287:6 | 340:19 | 311:15 |
| 272:23 | 256:12,16 | 294:23 | **individual** | **initial** |
| **improving** | 386:9,25 | 296:7,16 | 279:24 | 275:8 357:9 |
| 258:1 | **includes** | 297:1 305:6 | 307:20 | **initially** |
| **inaccurate** | 259:21 | 305:10 | 325:23 | 253:18 |
| 262:15 | **including** | 307:7,11 | 365:11 | 269:25 |
| 367:18 | 255:22 | 309:25 | 366:6 | 270:1,11 |
| **inalienable** | 257:25 | 312:25 | 367:23 | 274:23 |
| 381:23 | 320:13 | 315:1 | 371:2 | 278:17 |
| **inappropr...** | 331:11 | 334:14,16 | 372:22 | **initiative** |
| 278:6 | 332:2 337:8 | 338:9,16,17 | 375:3,4 | 258:23 |
| **inaudible** | 350:13 | 339:14 | 382:8 | **injunctions** |
| 253:15 255:4 | **inclusive** | 341:15 | **individuals** | 391:23 |
| 256:18 | 332:6 348:24 | 345:5 | 279:22 | **injures** |
| 258:6 | 349:1 | 349:19 | 314:20 | 287:11 |
| 261:22 | **income** | 350:20 | 315:21 | **insofar** |
| 267:21 | 288:9,15 | 351:18 | 336:15 | 296:1 351:17 |
| 268:20 | **inconsistent** | 357:17 | 368:2,3 | **inspector** |
| 275:3,10,14 | 257:16 | 360:4 362:1 | 369:5 | 397:9 |
| 275:17 | **inconveni...** | 365:23 | 379:22 | **instance** |
| 276:3,10 | 296:15,19 | 389:21 | 380:3 | 315:8 358:20 |
| 293:24 | 305:9 | **Indianapolis** | **induce** | 386:7 |
| 294:4 301:2 | **increase** | 334:19 | 308:5 | **instances** |
| 304:8,17 | 296:23 | **Indiana's** | **indulged** | 250:4 313:4 |
| 324:11 | 305:13 | 304:25 307:9 | 333:14 | 334:8 397:3 |
| 326:1 331:7 | 369:8,9 | 334:23 | **inequity** | **Institute** |
| 331:14,16 | 374:21 | 396:11 | 251:21 | 314:14 |
| 331:25 | 376:25 | **Indiana-like** | **infer** | **institution** |
| 333:5,20,21 | 377:4 391:5 | 315:23 | 316:15 | 339:19 |
| 334:6,8 | **increased** | **indicate** | **infirmity** | **institutions** |
| 338:14 | 307:13,16 | 285:12 | 380:8 | 338:3 |
| 339:12 | 309:11,13 | 302:24 | **inform** | **instructions** |
| 341:4 345:6 | 360:21 | 305:25 | 379:10 | 339:2 |
| 347:13 | 369:10,11 | 314:17,22 | **information** | **integrity** |
| 348:8 | 369:12 | 339:17 | 254:21 | 259:14 303:1 |
| 349:10 | 389:1 395:4 | 340:3 | 255:21 | 305:3 |
| 353:20 | 395:5 | 376:10 | 297:20 | 308:12 |
| 355:15 | **increases** | 395:13 | 335:23 | 320:19 |
| 359:24 | 376:16 382:1 | **indicated** | 374:22,24 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006158

TX_00031516

USA_00021040

Hearing - Volume 2                                        April 6, 2009

425

325:18
329:3
intent
249:11 250:5
intention
249:17,19
intercede
271:13,14
interest
249:23 308:1
interested
313:18
 349:24
 350:9 403:3
interesting
259:7 263:6
 266:20
 267:11
 270:14
 287:17
 363:6
 367:11
 368:14
 374:4 376:1
interests
307:24
interpose
391:13
interpret...
384:7
interrupt
294:25
interspersed
400:16
intervening
300:7
intimidated
259:3
invest
275:21
investigate
253:14
 297:21
 300:15
 389:2
investigated
299:12
 300:24

301:19
investiga...
255:19
 268:12
 283:11
 299:6
investiga...
255:13 268:7
 268:21
 274:24
 283:13
 285:10
investiga...
255:1
investiga...
297:23 300:7
 300:11,24
invisible
327:7,8
invited
248:12
 249:21
involved
254:15 265:2
 265:6,7
 271:17,18
 271:21
 272:5,9,10
 272:11,11
 272:12,14
 272:17
 274:21,25
 276:25
 278:16
 279:9 284:9
 299:21
 320:2
 331:10
in-person
258:15
 366:11
 367:5
 368:15,16
 388:24
IP
275:24
ISD
267:16

271:24
 274:21
isolated
352:13
issue
249:24
 250:15,16
 274:8,16
 279:4
 284:12
 308:19
 309:17
 340:13
 346:21
 354:21,22
 360:5 361:9
 363:13
 366:12
 369:21
 375:5,13
 380:15
issued
269:12,13
 314:16
 337:17
 339:18,21
 353:7
 354:10
issues
263:6,21
 264:18
 268:5
 319:16
 340:22
 359:15
 365:14
 380:14
 390:10
issuing
340:20
it'll
293:4

_____ J _____
Jackson
269:17
 274:17
 279:23

jail
398:18
James
290:14
January
391:21
Jason
307:18
Jeffrey
307:8 312:25
Jenigh
330:6 331:3
 331:3 349:9
 357:2,7
 362:18
 363:19
Jenigh's
373:16
Jenkins
351:23
Jersey
314:15
Jim
284:7
Jimmy
367:9
job
247:1 264:6
 292:8,9
 300:9 351:8
 362:21
jobs
291:10
John
270:15,17
 284:5 305:1
join
259:12
joint
260:17
 270:23
 271:2 272:3
 279:7,10
journal
310:12
judge
270:10 287:2

287:6,16,17
288:12
290:8
291:18
296:7,12
367:11,19
367:24
388:9
390:24
judges
280:5 290:17
396:4
judgment
257:6,16
 258:2
 342:25
 393:9
judgments
280:10
Julia
352:23
jump
300:22
 328:18,19
jumped
269:7 360:7
jurisdiction
271:15
jurisdict...
346:2
jury
348:22
justice
248:2 249:8
 253:10
 254:3,10,19
 255:19
 256:2,6,24
 257:8
 259:17
 265:2,4,5
 267:12,14
 267:18,20
 268:3,5,6
 268:15,16
 269:8,11
 270:1,4,12
 271:1,5



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031517

USA_00021041

Hearing - Volume 2                                    April 6, 2009

426

| | | | | |
|---|---|---|---|---|
| 274:18,25 | 345:20 | 315:15 | 398:17 | **late** |
| 276:25 | 346:14 | 317:8,14,24 | 399:3,7,9 | 252:6,23 |
| 278:2,8,11 | 347:8,10 | 318:15 | 399:10,12 | 286:8 302:7 |
| 279:7,14,16 | 349:2 360:7 | 320:1 | 400:18 | 317:4,5,7 |
| 280:8,12,15 | 363:6,15 | 326:23,24 | **knowing** | 399:3 |
| 280:20,22 | 391:8 | 327:1,2 | 249:22 | **Latino** |
| 283:7,14 | **kinds** | 328:5,7 | **knowledge** | 369:7 377:10 |
| 285:9 296:1 | 357:16 | 335:18,20 | 298:8 338:8 | **Latinos** |
| 296:13 | **Kingsley** | 337:22,25 | 392:15 | 389:9 |
| 300:13 | 292:23 | 338:6 | **known** | **law** |
| 305:1,6,8 | **knew** | 339:13,24 | 255:18 | 256:25 257:4 |
| 315:3 | 249:13 270:2 | 340:5,8,9 | 256:10 | 257:16 |
| 323:20,22 | 303:5 361:4 | 340:13,14 | **knows** | 258:14 |
| 325:21 | 399:8 | 340:16 | 275:14 | 268:25 |
| 333:3 | **know** | 342:24 | 342:25 | 275:25 |
| 365:16,18 | 250:18,20 | 344:13,13 | | 280:22 |
| 389:17 | 252:16 | 344:13 | **― L ―** | 281:16 |
| 390:18 | 253:16 | 345:15 | **labor** | 283:3 |
| 391:15 | 259:17 | 347:12,18 | 276:11,13 | 284:16 |
| 392:5,10 | 262:3,4,5 | 348:6,16,19 | **lack** | 287:6,11,14 |
| **justices** | 262:16 | 349:5,19,25 | 252:9 335:8 | 287:18 |
| 296:4 396:1 | 269:14,15 | 349:25 | 368:1,4 | 289:6 |
| **justice's** | 270:19 | 350:1,8,14 | 371:13 | 290:12 |
| 296:25 | 273:7,8 | 351:2,14 | **lacked** | 295:16,18 |
| **justifica...** | 275:17 | 353:19 | 365:6 371:2 | 295:23 |
| 367:15 | 277:5,24,24 | 354:1 | **ladder** | 297:1,3,7 |
| **Justin** | 280:14,19 | 355:24 | 287:9 | 304:25 |
| 280:21 | 282:10 | 362:10 | **ladies** | 307:9,12,13 |
| | 284:5 | 366:1 | 291:2 | 309:12,14 |
| **― K ―** | 286:19,20 | 367:25 | **lady** | 314:3,15 |
| **Katrina** | 287:5,16 | 368:7 | 301:2 338:18 | 315:10,23 |
| 334:3 | 288:23 | 372:12,13 | **Lake** | 315:23 |
| **keep** | 289:7,10,11 | 372:17 | 334:20 | 322:19 |
| 255:24 | 289:13,16 | 376:2,2,4 | 335:19 | 324:21 |
| 284:13 | 290:9,15 | 376:16,17 | **language** | 326:5 328:1 |
| 353:16 | 291:5 292:7 | 376:24 | 343:16 | 328:10 |
| 360:4 | 292:8 293:8 | 377:6,11 | 344:15 | 332:13,14 |
| **Ken** | 293:15 | 378:12,16 | **Laredo** | 334:23 |
| 253:6 | 294:2,10,19 | 378:25 | 289:2 | 336:12 |
| **kiddingly** | 296:1,7 | 380:14,15 | **large** | 341:24,25 |
| 346:7 | 298:9 299:9 | 382:4 | 299:2 326:20 | 342:8,10,13 |
| **kind** | 299:15,22 | 384:19,22 | 350:22 | 342:19 |
| 253:22 | 299:25 | 385:17 | 368:4 | 343:13,16 |
| 277:18 | 300:12,25 | 387:7 | **largest** | 345:2,3 |
| 280:23 | 301:2,3 | 391:24 | 368:12 | 346:12 |
| 281:2 289:6 | 302:16 | 392:22 | **lasted** | 349:20 |
| 316:8,16 | 309:20 | 393:18,25 | 391:23 | 351:17 |
| 329:17 | 313:3,18 | 394:1,1,7,9 | | 355:6 357:9 |
| | | 397:2,7 | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031518

USA_00021042

Hearing - Volume 2                                    April 6, 2009

427

357:17
359:23
360:18,19
360:22
364:25
365:17,19
365:20
366:7 370:8
375:9
376:18,19
380:16,17
390:6,24,25
394:4 396:2
396:5,16,17
397:11
laws
277:18
305:25
306:3,5
307:2,6,22
308:5,7,8
308:11,20
310:20
312:20
315:6 322:3
322:4,10
323:4 329:8
332:5,7
337:9,12
348:23
353:10
359:12,17
359:21
367:8,13
373:23
383:23
390:5
lawsuit
256:2 262:25
275:10
278:13
279:23,24
283:10
lawsuits
280:14
365:25
366:4
367:23

390:23
lawyers
366:4 383:11
383:17
lay
289:16
laying
283:23
LDF
334:17,22,23
359:20
LDM
332:16
lead
277:11
leader
285:20
leads
341:8
League
287:19
learned
335:16
leave
249:16 361:8
leaves
286:21,21
leaving
294:13
Leavitt
248:9 280:21
311:11
led
268:21
Lee
274:17
left
251:1,2
302:5
303:13
337:11
376:1,2
383:22
legal
255:7,8,13
330:6 331:4
359:19

361:5
363:10
legislation
264:10
277:22,23
278:7 279:9
279:18
280:16
295:16,19
302:20
303:16,17
341:22,23
342:5
350:16
351:11
354:21
364:17
legislative
303:24
331:14,25
legislature
336:10
376:19
384:25,25
388:11
390:15
391:21
398:4
legislatures
303:17
legislatu...
333:1
legitimate
259:2 279:21
340:11
351:14,17
367:2
letter
253:13
378:24
379:4,9
letterhead
317:23
letters
314:7,8
let's
263:3 290:9
313:4

341:15
352:22
377:25
380:12
381:12
386:12
level
264:25 280:4
280:15
284:18,25
301:12
307:7 362:7
370:15
385:14,20
398:12
levels
337:3
liberal
296:3,25
324:14
373:23
396:1
license
314:2 327:18
327:18,19
334:7
338:13,22
338:23,24
339:1 352:7
364:20,21
374:8
licenses
261:11
336:19
lies
322:4
life
323:16 324:7
324:8,9,10
334:5
348:15
353:1
lift
363:5
lifted
258:21 263:2
263:7 285:3
light

249:23 328:4
335:6
343:12
354:1 368:3
374:4
liked
396:10,10
likelihood
341:12
limitations
256:20
311:10,15
limited
248:12
382:11
limits
248:9 284:16
381:25
Linda
359:7
line
291:22,23
300:21
308:22
333:22
lines
251:7 292:14
336:12
398:20
link
348:7
list
248:13 250:9
261:15
314:9 328:8
328:8
339:13
listen
362:20
listening
249:25 289:8
364:2
lists
393:14
literacy
382:12
literature
323:9



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031519

USA_00021043

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 82 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 155 of 221

Hearing - Volume 2                                    April 6, 2009

428

litigated
367:18
litigation
331:11 360:2
360:8
little
255:6 261:25
272:16,18
277:8 281:5
286:13
287:3,7,22
289:5 306:8
308:5,9,15
318:11,12
328:19
333:18
342:8
363:11
374:2
377:24
379:12
383:7,11
385:4
live
288:25 328:2
328:3 362:7
lived
299:4 323:16
324:6
344:21
living
338:24 356:8
local
259:21,24
260:3,4
263:21
264:25
270:4,16,18
272:21
275:2
280:15
282:23
284:18,24
362:6,7
locally
277:5
location
356:12

400:13
locations
348:17 400:7
400:8
log
269:13
Lone
347:2,3,6
long
250:24
270:21
275:6
286:11
292:14
321:18
324:6
348:20
390:19
391:18
longer
272:3 286:25
293:20
312:17
391:2
392:22
look
263:16
291:16,17
291:19
295:12
308:19
316:25
334:1 341:5
341:6 344:2
363:10
366:23
377:12
393:22
looked
285:5 315:5
333:21
375:14
377:9
379:11
looking
248:6 254:25
308:17
317:22

327:6 328:9
341:1,2
345:25
352:23,25
360:9 368:7
380:11
looks
291:16
314:13
322:18
324:3
360:20
loosey-go...
253:22
lose
279:4
lost
264:6 279:11
lot
263:5 283:23
286:25
289:2,3
290:11,12
297:7
310:19
319:25
321:1
322:14,14
322:25
341:16
350:20
351:14
353:23
357:10
361:16
374:21
385:9
387:17
love
399:15
low
287:9
lower
288:1,9,15
Lulac
287:20
luxury
333:14

M

machine
276:6 292:15
mad
279:4
Maddox
284:7
Magazine
309:2
maiden
354:11
mail
277:7 299:7
299:8
305:19
355:20,23
368:17,20
381:11
388:25
398:12
mailed
277:9 378:24
mail-in
380:2 383:1
387:9,12,23
388:1,5,13
388:23
397:15
398:5
main
343:2 358:12
mainstream
375:14
maintain
295:7
major
280:20
400:14
majority
296:4,14
313:15
321:12
322:19
331:13
333:16
360:15
372:9

making
282:11
284:21
290:20
295:11
296:19
299:10
305:9
319:21,23
325:20
344:2
345:22
358:22
366:5
males
360:12,14,17
man
284:7,24
293:14
327:8
managed
347:24 349:5
mandate
276:18
mandatory
393:7
map
393:4
march
262:1 265:10
294:7
299:17
364:11
375:11
marched
259:13
260:25
275:4
marching
273:16
mare
279:22
margin
333:8
marginalized
332:20,25
334:5
Marion



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031520

USA_00021044

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 83 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 156 of 221

Hearing - Volume 2                                       April 6, 2009

429

| | | | | |
|---|---|---|---|---|
| 304:24 | 403:11 | meetings | mid | 261:5 262:23 |
| 334:20 | meager | 263:5 286:15 | 377:15 | mind |
| Mark | 333:24 | 328:13 | midnight | 324:19 |
| 283:25 284:5 | meal | meets | 248:21 | 340:24 |
| Marshall | 292:10 | 273:24 | 249:18,18 | 366:22 |
| 299:25 333:4 | mean | member | 250:13 | minimal |
| 353:17,24 | 262:9 280:18 | 249:5 | 251:11 | 276:16 |
| Mary | 284:17,23 | members | 285:15 | Minnesota |
| 281:23,24 | 285:20 | 248:7 250:1 | 311:5 | 338:23 339:1 |
| Maryland | 287:16 | 250:7,22,22 | migrated | minorities |
| 316:24 | 316:22 | 251:3,5 | 353:18 | 286:17 288:1 |
| match | 322:16 | 252:18 | Mikoff | 288:14 |
| 344:20 | 327:13 | 259:10,11 | 307:18 308:4 | 289:9 |
| matched | 329:4 375:2 | 259:12 | 309:3 | 307:15 |
| 375:3 | 377:6 383:2 | 285:25 | 311:20 | 320:3 |
| matches | means | 286:1,3,4,5 | miles | 324:23 |
| 336:22 | 289:21 290:1 | 304:2 310:9 | 259:13 | 325:2 |
| matching | 330:22 | 317:18 | 265:19,25 | 332:20 |
| 355:14 | 347:3 385:8 | 329:25 | 276:4 | 359:12,13 |
| material | meant | 344:9 | military | 390:12 |
| 390:20 | 282:10 | 353:12 | 352:8 357:20 | minority |
| materialized | measure | 354:2 | 364:23 | 288:8 299:13 |
| 386:3,4 | 260:10 | 362:15 | Miller | 320:2 331:8 |
| materials | measures | 363:18 | 253:15 307:8 | 332:14 |
| 257:25 | 259:3 327:3 | 401:7 | 307:10 | 336:16,17 |
| 327:23 | 367:7 | memo | 312:25 | 336:19,20 |
| 341:4,11 | mechanism | 248:11 | 313:1 | 336:25 |
| math | 341:19 346:1 | memorandum | million | 337:5 338:3 |
| 395:10,14 | media | 248:6,23 | 259:20 260:2 | 341:13 |
| mathemati... | 289:21 | 249:11,13 | 260:13,20 | 346:4,5 |
| 376:15 | Medicaid | 249:16 | 280:1 303:8 | 351:7 369:3 |
| matter | 350:13 | mention | 365:3 368:9 | minute |
| 250:19 | Medicare | 322:11 | 368:11,25 | 328:17 |
| 322:17 | 350:13 | 357:12 | 371:10,12 | 399:19 |
| 327:8 | meet | mentioned | 372:20 | minutes |
| matters | 265:15,18,19 | 290:5 308:14 | 374:18 | 248:15,18,22 |
| 322:18 | 265:22 | 322:6 | 378:4 | 248:24 |
| Mayor | 272:25 | 325:16 | 384:22 | 249:2 |
| 279:22 363:2 | 273:10,12 | merely | 385:2 | 250:14 |
| ma'am | 273:23 | 399:6 | 394:11,12 | 251:2 302:7 |
| 349:9 389:18 | 274:2 | merit | 394:19,20 | 327:11 |
| 391:11 | meeting | 323:13 | 395:4,20 | 362:16 |
| McCain | 265:12 266:5 | met | millions | 397:19 |
| 369:18 | 266:7,10,13 | 254:18 | 275:18,18 | misapplied |
| McGee | 266:13,16 | methods | 293:10 | 341:13 |
| 354:16 | 270:16,19 | 310:15 | 303:22 | 383:20 |
| McKinney | 270:24,25 | metropolitan | 386:20 | misclassi... |
| | 274:9 402:8 | 400:14 | million-d... | 312:16 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing - Volume 2                                    April 6, 2009

430

| | | | | |
|---|---|---|---|---|
| 312:16 | 333:5,18 | 337:8 | 328:5 331:1 | 357:8 358:9 |
| **misdemeanor** | 385:17 | 398:23,24 | 345:18,23 | 376:24 |
| 388:23 | 386:13,15 | **MSC** | 346:10 | **needed** |
| **misleading** | 387:5,5 | 297:24 | 347:19,21 | 277:22 |
| 318:12,12,22 | 398:15 | **Mulhausen** | 347:22 | 328:10 |
| **mismatch** | **monitor** | 304:4,6,13 | 353:1,21 | 339:8 348:5 |
| 374:7 375:1 | 334:18 | 304:16,16 | 354:11,12 | 374:23 |
| **missing** | **monitors** | 310:10 | 363:24 | **needs** |
| 327:4 343:13 | 266:21 267:3 | 316:25 | 364:3 374:7 | 320:8 348:24 |
| **Mississippi** | **month** | 317:1,22 | 374:11,13 | **negative** |
| 329:16 | 262:2 | 318:10,17 | 375:1 | 306:6,7 |
| **Missouri** | **months** | 329:25 | **named** | **neither** |
| 307:8 309:7 | 265:5 269:23 | 330:2,4 | 275:8 | 329:16 |
| 333:20 | 270:3 274:6 | **multiple** | **names** | 402:25 |
| **misspelled** | 298:13 | 283:24 | 277:10 | **net** |
| 374:8 | 301:16,18 | 359:15 | 314:21 | 347:2 |
| **misspoke** | **Moore** | **multiply** | 315:22 | **neutral** |
| 375:10 | 393:2 | 395:11 | 374:22 | 363:23 |
| **mistake** | **Morenz** | **municipality** | **nation** | 382:23 |
| 315:11 | 314:15 | 260:18,18 | 359:14 | **neutralize** |
| **mistakes** | **morning** | **Murphy** | **national** | 336:7 |
| 310:19 311:3 | 252:24 | 367:11,24 | 307:20 | **never** |
| **mobile** | 270:25 | 390:24 | 331:22 | 262:20,21 |
| 332:24 | 271:4 | **Murray** | 359:16,20 | 267:1 280:5 |
| 385:24,25 | 273:19,19 | 352:23 | **nation's** | 298:12 |
| 386:8 | 273:21 | **M-U-R-R-A-Y** | 334:4 | 301:4 |
| **model** | 274:2 | 353:1 | **nature** | 327:19 |
| 312:18 | **mother** | **M-U-R-R-E-Y** | 367:5 | 333:15 |
| **modeling** | 339:3,3 | 353:5 | **nearly** | 342:15 |
| 311:5,10 | **motivation** | | 258:17 | 360:8 |
| **moderately** | 308:3 311:22 | **____N____** | 331:10 | 375:17,18 |
| 312:1 | 312:5 | | **Nebraska** | 386:4 |
| **moment** | **motivations** | **NAACP** | 309:1 | 390:25 |
| 328:10,11 | 312:7 | 285:20 | **necessarily** | **new** |
| 374:8 | **Motor** | 287:20 | 318:21 394:2 | 256:7 265:4 |
| **Monday** | 296:20 305:7 | 302:6 330:6 | **necessary** | 276:10 |
| 271:4 273:18 | 305:10 | 331:4 | 275:21,24 | 278:13 |
| 274:2 | **mouth** | 359:11,19 | 276:11 | 280:22 |
| **Monday's** | 284:21 | 359:24 | 313:22 | 287:11,14 |
| 248:12 | **move** | 360:15,23 | 357:23 | 312:20 |
| 249:17 | 320:5 333:22 | 361:6,13 | **neck** | 314:15 |
| **money** | 348:3 | **name** | 353:16 | 338:17,20 |
| 271:7,9,24 | **movement** | 254:1,2 | **need** | 344:22 |
| 271:25 | 261:2 | 270:15 | 259:10 | 368:22 |
| 276:7 | **movie** | 304:14,16 | 267:16 | 374:20 |
| 293:14 | 333:15 | 306:13,17 | 273:7 305:8 | 386:16 |
| 328:24 | **moving** | 306:22,25 | 324:22 | **news** |
| | 283:22 329:5 | 314:25 | 327:17 | 360:22 |
| | | 316:22,25 | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006164

TX_00031522

USA_00021046

Hearing - Volume 2                                           April 6, 2009

431

| | | | | |
|---|---|---|---|---|
| newspaper | note | 377:5,8,12 | obvious | 274:7 277:3 |
| 298:3 | 250:9 | 377:24 | 376:13 | 283:10 |
| nice | noted | 378:1 | obviously | 285:22 |
| 376:18 | 305:6 326:21 | 384:18 | 278:10 | 291:2,3,4,8 |
| night | 334:22 | numerous | 322:15 | 297:18 |
| 249:25,25 | notice | 256:12 | 375:2 | 298:19,20 |
| 250:23 | 263:1 322:24 | 298:23 | occasions | 298:21 |
| nights | 360:15 | 367:22 | 297:22 | 299:17 |
| 250:23 | notify | 390:23 | 352:10 | 300:10 |
| 252:23 | 256:19 | nursing | occur | 301:13,13 |
| Nineties | 257:19 | 337:3 | 347:18 | 301:15,16 |
| 317:4,5,7 | November | | 366:11 | 301:19,21 |
| non | 262:18 | _____ | 367:4 | 306:1,10 |
| 297:4 358:5 | 276:24 | O | 374:23 | 331:16 |
| nonexistent | number | | occurred | 354:19 |
| 258:17 | 248:19 250:6 | oath | 291:6 341:20 | 365:3 |
| nonrespon... | 251:22 | 273:3 | occurring | 374:18 |
| 346:7 | 256:20 | Obama | 277:20 | 388:23 |
| non-commi... | 262:4,6 | 278:1,8 | 341:22 | 390:7 |
| 286:1,3 | 299:3 | 279:16 | occurs | 400:12,12 |
| non-member | 309:13 | 371:6 | 337:23 | 400:13,14 |
| 288:20 | 314:1 328:9 | object | 388:25 | offices |
| non-minority | 328:11 | 346:7 395:2 | October | 298:8 301:14 |
| 336:17 | 336:14,17 | objection | 257:6 | 348:15,17 |
| non-photo | 336:18,20 | 391:13 | odds | 352:3 401:2 |
| 295:20,25 | 336:20 | objective | 322:16 | official |
| 297:5 | 337:7 | 343:25 | offense | 253:9 284:6 |
| 306:14,20 | 350:22 | obligation | 291:12 | 304:21 |
| 316:12,14 | 360:21 | 324:24 | 397:15 | 314:8 318:1 |
| 336:24 | 368:4 373:3 | obligations | offer | 341:5,9 |
| 337:2 341:6 | 373:7,20 | 326:9 | 331:24 335:8 | 343:10 |
| 341:9,25 | 374:4 | observations | offering | Officially |
| 342:23 | 375:25 | 334:13 335:3 | 343:19 | 329:20 |
| 350:23 | 384:21 | observed | offhand | officials |
| 355:2 | 385:9 | 334:15 345:8 | 310:3 | 254:18 |
| 358:24 | 393:15 | obsessed | office | 255:15,24 |
| 393:14,16 | 394:4,14 | 322:22 | 254:20,25 | 256:8,13,25 |
| non-photo... | 395:4,16,17 | obsesses | 262:12 | 257:2,8,11 |
| 261:10 370:9 | 395:23 | 322:20 | 263:18 | 257:19,23 |
| normal | 398:5 | obstacle | 265:3,11,21 | 258:3,4 |
| 390:6,8 | numbers | 381:25 | 266:22 | 259:24 |
| 391:3 | 294:23 | obstacles | 267:5,6,9 | 260:1,3,3,4 |
| 400:24,24 | 360:20 | 255:17 | 269:19,20 | 261:2,6,7 |
| North | 372:15 | 381:25 | 269:22 | 261:18,22 |
| 288:12 | 373:10,11 | 382:6,11 | 271:12 | 263:12,21 |
| notary | 374:3 | obtain | 272:5,8,24 | 264:2 270:4 |
| 402:18 | 375:22 | 256:22 305:8 | 273:1,3,4,6 | 270:16,18 |
| | 376:6,23 | 333:23 | 273:8,20,22 | 272:21 |
| | | 336:15 | | |



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031523

USA_00021047

Hearing - Volume 2                                    April 6, 2009

432

| | | | | |
|---|---|---|---|---|
| 283:11 | 389:3 | **open** | 399:6 | **overcome** |
| 290:25 | 391:12,24 | 250:20 251:6 | **opposing** | 352:16 |
| 298:16 | 392:4,22 | 337:11,15 | 287:24 288:7 | **overnight** |
| 331:18 | 393:19 | 345:22 | 288:10 | 271:4 |
| 400:21 | 394:9 | 349:15 | **opposition** | **overwhelming** |
| **Oh** | 395:13 | 383:22 | 250:18 | 313:14 |
| 264:19 | 396:13,25 | 400:19,23 | 287:21 | **o'clock** |
| 266:17 | 398:21 | 400:24 | **opted** | 270:25 |
| 290:14 | **old** | 401:1 | 372:12 | |
| 327:12 | 285:6 324:4 | **opening** | **option** | _____ |
| 329:9 | 344:21 | 248:14 | 316:11 336:1 | **P** |
| 330:21 | 352:7,24 | **operating** | 342:11 | **pack** |
| 342:23 | **older** | 396:20 | **order** | 333:13 |
| **Ohio** | 352:17 | **opinion** | 258:14 280:2 | **page** |
| 314:15 | 369:12 | 250:19 263:4 | 333:23 | 296:15 |
| **okay** | **Oliver** | 263:10,13 | 335:15 | 314:18 |
| 263:19 | 292:23 | 263:17,18 | 336:5 | 322:6 |
| 264:19 | 354:11 | 263:25 | 338:15 | 402:21 |
| 266:20 | 355:14 | 264:4 | 347:9,10 | **paid** |
| 269:5 271:7 | **once** | 272:19 | 356:12 | 292:11 |
| 273:9 277:4 | 255:4 271:24 | 282:15 | 367:12,13 | 330:19 |
| 280:11 | 273:9 306:6 | 291:15 | 367:20,25 | **panel** |
| 282:7 | 312:3 | 296:5,8,12 | 385:22 | 351:16 |
| 283:17 | 323:21 | 296:14 | **organization** | 355:22 |
| 293:3,4,7 | 360:24 | 297:2 | 319:15 | **paper** |
| 295:4,13 | 383:3 | 311:21 | 325:23 | 267:23 322:7 |
| 310:8 311:8 | **onerous** | 343:20,20 | 359:21 | **paragraph** |
| 313:4 | 332:19 | 351:15 | **organizat...** | 248:11 |
| 314:10,10 | **ones** | 363:8 | 323:10 | **parents** |
| 316:23 | 303:18 | **opinions** | **original** | 261:12 |
| 317:1,6 | 335:20,21 | 297:1 | 338:25 339:4 | 277:13 |
| 318:18 | 351:4 | **opponent** | 352:5 | **part** |
| 328:2,9 | 371:22 | 369:20 | **ought** | 253:9 257:22 |
| 329:9 | **one-hundr...** | **opportunity** | 290:9 | 260:17 |
| 330:24 | 306:15 | 254:12 271:8 | **outcome** | 261:14 |
| 342:21 | **one-thous...** | 280:6 304:9 | 403:3 | 268:20 |
| 344:8 | 306:11 | 304:19 | **outreach** | 278:17,19 |
| 359:23 | **ongoing** | 317:20 | 386:10,23 | 331:10 |
| 370:12 | 255:1 283:13 | 331:20 | 387:6 | 334:8 |
| 371:3 | 285:10 | 379:11 | **outs** | 356:14,19 |
| 372:16 | 356:3 360:2 | 380:18 | 314:4,6 | 368:14 |
| 378:14 | **on-line** | 381:5 382:8 | 327:24 | 376:18 |
| 379:15,15 | 356:21 | 382:25 | **outset** | 387:14,15 |
| 382:24 | 385:21 | **oppose** | 336:3 | 398:14 |
| 383:11,25 | **on-site** | 254:11 | **outstanding** | **participate** |
| 384:23 | 258:24 | **opposed** | 362:18 | 308:3 |
| 386:12 | **on-the-gr...** | 287:23 | **overall** | **participated** |
| 387:3,8,15 | 334:12 | 322:14 | 307:12 377:7 | 360:8 |
| | | | | **participa...** |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031524

USA_00021048

| | | | | |
|---|---|---|---|---|
| 307:25 | 359:25 | **pays** | 350:2,5,10 | 307:13,16 |
| 348:22 | **passage** | 319:5 | 353:19 | 309:11 |
| **participa...** | 277:21 | **peace** | 354:9 356:7 | 313:17,20 |
| 331:15 332:8 | **passed** | 248:2 254:3 | 356:12,25 | 350:2 |
| 332:10 | 259:20 | 254:10 | 359:4 | 372:11 |
| 334:11 | 260:10,11 | **Peachtree** | 360:21 | **percentages** |
| 361:13,22 | 260:13,16 | 399:14 | 361:2 362:7 | 361:13 |
| **particular** | 278:22 | **peer** | 363:5 364:2 | **percentag...** |
| 249:24 | 284:7 | 310:11 313:2 | 367:25 | 374:20 |
| 253:11 | 305:17 | **penalties** | 369:4 372:3 | **perfect** |
| 254:11 | 315:11 | 264:8 | 374:4,12 | 373:17 |
| 262:11 | 324:21 | **penalty** | 378:10,17 | **perfectly** |
| 271:8,9 | 342:5 | 293:3 | 379:7,12,13 | 367:1 |
| 290:1 | 362:16 | **people** | 379:16 | **performed** |
| 332:15 | 376:18 | 250:17 262:7 | 380:5,17,19 | 307:8 |
| 337:5 | 379:20 | 271:4 | 380:24 | **period** |
| 338:10 | 388:8,12 | 279:12 | 384:8,17 | 326:6 338:10 |
| 343:3 | 390:13,15 | 285:17 | 385:3 | 378:15,19 |
| 356:12 | 391:19,22 | 286:7 287:8 | 386:14,16 | 391:3,7,9 |
| 361:22 | 391:24 | 287:25 | 387:4,6 | 392:23 |
| 362:2 | **passes** | 288:9 289:3 | **perceived** | 395:1 |
| **particularly** | 291:13 361:7 | 289:20 | 258:24 | 399:25 |
| 256:14 288:8 | **passion** | 290:18 | **percent** | **persists** |
| 331:9 | 274:15 | 291:3,9 | 282:5 306:11 | 345:14 |
| 334:13 | **passionate** | 292:13,18 | 306:15 | **person** |
| 340:24 | 274:15 | 294:18 | 309:13,18 | 264:6 289:16 |
| 341:13 | **passport** | 298:1 299:3 | 314:19 | 299:9 |
| 352:17 | 356:16 357:2 | 299:7,11 | 316:2 322:9 | 300:21 |
| 368:3 | 357:3 | 300:24 | 322:10,10 | 326:14 |
| **parties** | 364:21 | 302:6,13,20 | 322:13 | 327:11,13 |
| 362:2 402:12 | **pattern** | 302:20 | 325:11 | 327:15 |
| 403:1 | 380:11 | 303:4 | 328:15,16 | 346:16 |
| **partisan** | **Paul** | 313:21 | 328:20,21 | 347:22 |
| 290:3 | 305:2 | 320:16 | 328:23 | 353:2 |
| **parts** | **pause** | 321:21,23 | 360:11,12 | 368:18 |
| 250:4 | 340:23 | 322:21 | 360:13,13 | 372:10 |
| **party** | **pausing** | 326:2,21 | 360:16,17 | 373:22,22 |
| 253:7 287:12 | 344:5 | 327:4 | 368:8,17,19 | 373:25 |
| 287:12 | **pay** | 328:10,11 | 368:19 | 374:5 389:1 |
| 369:16 | 261:4 291:4 | 328:14 | 369:8,10,11 | 397:22 |
| 402:16,24 | 297:20 | 333:7 | 369:12,13 | **personal** |
| **part-time** | 333:22 | 341:19 | 371:4 373:4 | 286:18 354:6 |
| 295:11 344:1 | 357:3 | 344:23 | 373:21,25 | **personally** |
| **pass** | **paycheck** | 345:1 | 377:7 | 275:20 346:5 |
| 262:23 264:7 | 347:9 | 346:25 | 394:15 | **persons** |
| 281:15 | **paying** | 347:12 | 398:6,8 | 344:20 |
| 321:15 | 303:14 | 348:1,18 | 399:2 | **person's** |
| 338:23 | 330:13 | 349:25 | **percentage** | 308:6 339:18 |



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031525

USA_00021049

Hearing - Volume 2                                    April 6, 2009

434

perspective
259:1 279:13
  289:14
  324:19
  387:10
philosoph...
387:10
phone
265:17,20
  266:2,4,6
  273:17,18
  274:3 298:7
photo
258:14 259:3
  287:6,9
  288:23,24
  295:15,17
  295:18,23
  295:24
  296:16,19
  297:2
  304:25
  305:5,7,8
  305:16,19
  306:3,11,20
  306:23
  307:2,6,9
  307:12,22
  308:6,8
  313:22
  314:5,18
  315:2,10,20
  316:9
  319:15
  322:4
  323:21
  324:12
  325:18
  328:1 329:8
  332:2,4,6
  332:17,19
  332:22
  333:21
  334:16,23
  335:13,21
  336:2,8,11
  336:18,22
  336:22

337:14,18
337:24
338:5 340:6
340:16,21
341:15,24
342:11,19
342:22
344:21
345:2,3
348:14
349:23
350:2,5,11
350:19
351:1,5
352:8
353:10
357:20
358:4,10,21
363:3,4,7
363:13,13
364:7,13,17
364:18,22
364:22,23
364:23
365:3,6,10
365:12,17
365:25
366:2,2
367:12,14
368:1,5,23
369:2,6,13
369:15,25
370:3,4,5
371:2
372:23
376:16
378:22,25
380:2
382:21
383:23
385:20,23
387:1,2,9
387:19,20
388:8 390:5
390:10
393:7,10,13
393:17
396:17
398:25

399:6,7
photograph
296:21
  305:11
  339:18
  356:13,20
  357:3,3
photographic
339:15
phrased
325:19
physically
360:8
picked
338:19
picture
291:17,19
  295:12
  344:3
  355:17,18
  356:4,22,23
  356:25
  357:5,6
piece
273:25
  277:14,22
  355:1,1
  358:19
  383:6
piecemeal
388:7
pieces
261:10
pioneer
331:7
pitted
260:11,12
place
264:25
  299:16
  316:10,15
  327:16
  332:19
  341:14
  344:22
  345:6
  346:22
  347:17,17

350:16
360:22
365:3
368:23
369:2,13
370:2
387:18,19
388:6
393:21
placed
255:17
  350:18
  366:8
  367:22
places
279:3 351:9
plaintiffs
367:25 368:1
plaintiff's
368:3
plan
292:10
play
317:16
played
300:2,4
playground
303:15
please
253:25 254:8
  286:5,5
  295:1,1,1
  304:14
  363:24
pleased
331:24
pleasure
331:5 364:2
plus
382:17
pocket
297:21
pockets
386:13
point
248:22
  264:13
  270:13

272:4
285:11,24
286:9,13
309:17
324:13,13
326:16,17
329:22
333:2
335:15
340:12
358:8,22
369:14
371:4 373:3
380:15
391:18,19
393:5
395:22,25
396:5,17
points
307:13
  312:22,23
  361:10
policies
308:10
policy
304:6,17
  306:8
  308:11
  351:3 382:3
  383:2
political
279:14
  307:24
  308:1,1
  309:2
  311:22
  332:7,8
  339:19
  362:2
politics
280:15
  282:23
  314:14
poll
290:3 322:19
  323:12
  329:4,10,11
  329:15,19



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031526

USA_00021050

Case 2:13-cv-00193 Document 663-6 Filed on 11/11/14 in TXSD Page 89 of 92
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 162 of 221

Hearing - Volume 2                                        April 6, 2009

435

```
331:18             398:22          Prairieview    preference       press
334:24          pose              254:21          368:24 369:1     273:16
335:7            304:25            255:18,24       370:19,23        293:11
344:16             332:23          256:13          371:5            362:12
345:8           posing            257:2,10,20     373:13          presumably
354:17          296:21            258:3,4         396:1            359:1 392:23
355:2             305:11          259:8,19,22    Prepare           394:16,21
374:12          position          259:25          331:21          presume
382:9 385:6     304:22 318:1      260:9,21       preponder...      297:2 327:13
385:7,21          318:4,5,8       261:13,16       277:11           341:21
polling           318:10,16       262:6          present           342:3 393:9
276:4,5,13        318:17,25       265:20          277:10 280:6     394:2
341:14            328:12          270:23          305:16          presuming
345:6           positive          271:3 272:4     336:24           340:18
polls           284:25 309:9      272:20          341:15          pretty
287:13            363:4           275:7,20        354:11           263:8,14
292:19,19       possession        277:5,9        358:5,11,25       269:7
305:16,20       357:24 359:7      279:11          359:1 380:6      273:12
327:12          possibili...      284:22         presentation      287:17
342:2 349:5     316:1             289:19          248:14           294:15
358:11          possibility       291:24          340:25           373:23
364:19          337:11            298:25         presented         389:20
365:5,9         possible          299:3,20        264:11          prevent
387:9           295:6 342:3       338:1,2         343:18           286:6 290:8
400:19            342:4          Prairievi...     344:16           338:4,6
ponder            348:25          257:15          355:4            366:25
376:1           possibly         precedents     presenting       preventing
poor            295:8 366:24      331:11          314:5 338:12     367:16
294:19,20       post             preceding        341:9 343:8     previous
307:15          248:11            330:11         presently         255:16 312:4
333:7,15        potential        precinct        345:11           367:13
335:12          382:1,6           276:23         presentment       368:12
346:21          potentially       381:19,20      343:14,23        370:1
347:2,18        343:20           precincts       355:7            392:13
poorest           369:16          275:23 337:5  president         393:22
346:24          poverty           341:14         293:11          previously
popular         333:22 334:3     precise         360:23           263:11 306:6
277:7           powers           350:1           362:10           365:7,16
population      285:22           predecessor     365:18           373:2
303:25 312:6    practical         384:13         390:17          previousl...
323:3           347:11           predictors     presidential      257:17
326:10          practice          308:2          368:24 369:1    pre-clear
332:25          249:3 318:6      predomina...    369:1            270:20 271:5
369:9           practices         282:4 298:24   370:19,23        271:6
371:11          254:16,23         298:25         371:5            278:11
376:3 385:1       260:8 278:6     338:3          373:13           365:17
portion           390:3          prefer         president's       390:4,5
324:7,8                           370:20         361:19          pre-clear...
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031527

USA_00021051

Hearing - Volume 2                                    April 6, 2009

436

| | | | | |
|---|---|---|---|---|
| 256:10 | 267:8 282:2 | 276:11 | 366:3 | protest |
| 267:17 | 285:23 | 278:4 | promise | 265:7 |
| 270:3 278:4 | 287:3 | 279:20 | 302:9 | protested |
| 278:15,21 | 311:20 | 305:4 308:1 | proof | 261:1 |
| 303:20,22 | 313:14 | 308:4 | 338:24 | prove |
| 389:16 | 324:7 | 310:12 | 343:18 | 290:22 |
| 390:20 | 328:18 | 312:1 | 344:16 | 292:16 |
| 391:2 392:5 | 339:15 | 313:21 | 347:10 | 311:18,20 |
| pre-cleared | 354:6 | 320:19 | 355:4 | 347:4,6,15 |
| 260:6 267:15 | 356:13 | 321:5 332:8 | 357:22 | 347:23 |
| 267:16 | 363:10 | 343:5 | proper | 391:10 |
| 268:23 | 367:14 | 345:22 | 295:7 328:16 | proved |
| 270:5,11 | 398:8 | 347:5,18 | proportion | 303:12 |
| 277:25 | probation | 350:7 | 350:25 | 335:11 |
| 280:17 | 391:8 | 356:14,19 | proportio... | 367:17 |
| 365:19 | problem | 370:16 | 395:5 | proves |
| 390:17 | 258:15,20 | 392:23 | proportions | 291:21 |
| 392:17 | 281:24 | processed | 394:21 | 358:23 |
| primaries | 283:19 | 262:20,21 | proposal | provide |
| 331:12 | 284:24 | 267:1 | 250:13 251:8 | 248:14 |
| 399:24 | 292:6 | 298:12,13 | 336:4 | 251:24,25 |
| 400:1 | 340:15,19 | processes | 346:12 | 254:12 |
| primary | 348:14 | 268:22 | propose | 264:8 |
| 255:3 334:17 | 353:9 | 331:19 | 369:25 | 275:23 |
| 368:24 | 354:14,15 | 332:10 | proposed | 299:19,24 |
| 369:1 | 381:16 | processing | 258:22 | 300:1,8 |
| 370:19,23 | problems | 257:1 | 351:20 | 305:19 |
| 371:5 | 255:20,22 | prodded | 393:12 | 315:2 |
| 373:13 | 258:8 262:4 | 268:13 | proposing | 317:16 |
| principle | 276:1 282:1 | produce | 261:21 281:6 | 327:21 |
| 333:20 | 320:24 | 385:20 | 351:19 | 333:18 |
| prior | 321:1,4,6 | produced | prosecute | 335:5 |
| 248:9 254:14 | 321:13 | 253:18 | 265:8 301:24 | 338:24 |
| 266:2,15 | 344:20 | Professor | prosecution | 340:6 |
| 275:19 | 358:19 | 307:7,10,18 | 293:1 298:22 | 342:19 |
| 284:5 | 391:9 | 310:1,24 | 301:24 | 347:3 348:1 |
| 387:24 | procedure | professor's | 303:12 | 350:5 |
| 388:22 | 248:5 372:12 | 309:1 | protect | 356:20 |
| 398:23,24 | procedures | program | 279:21 290:9 | 396:8 |
| prison | 256:7,12 | 257:24 | 305:3 335:4 | provided |
| 293:17 | 257:13 | 331:23 | protected | 250:10,11 |
| private | 258:8 332:1 | 369:24 | 278:5 326:4 | 251:9,10,24 |
| 339:24 | proceed | Programs | protecting | 251:25 |
| privilege | 252:19 254:8 | 311:5 | 259:14 | 255:8,20 |
| 349:6 | process | progressi... | protection | 257:9 305:7 |
| proactive | 249:7 256:5 | 281:15 | 279:19 | 355:1 394:9 |
| 367:7 | 258:11 | 282:20 | 331:9 | provides |
| probably | 264:2,5,5,9 | prominent | | 285:23 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031528

USA_00021052

Hearing - Volume 2                                          April 6, 2009

437

389:16
393:12
providing
297:4 338:7
370:8
385:25
393:6 394:2
proving
311:15 349:4
provisional
291:23
305:23
335:1,4,6,8
335:13,22
335:25
336:6,7
337:4
361:16,16
361:17
365:10
370:6,15,24
371:8,13
372:11,21
373:3,6
374:2
378:23
380:25
383:3 384:8
393:15,22
394:4,17,23
395:21
396:3,8
398:24
399:2,5
provision...
381:2
provisionals
378:6,8
provisions
290:7 295:20
397:14
public
249:20,22,25
262:17
325:6 326:7
340:1
352:11
402:18

pull
297:25
punished
264:7
purchase
333:14
purged
262:7
purpose
251:4 292:17
purposes
258:1 336:16
343:19
pursuant
402:14
pushed
268:13
pushing
287:25
289:14
put
253:5 258:2
287:18
290:6,21
301:15
303:14
305:2
328:18
382:7
putting
280:3 284:20
p.m
326:3
P.O
261:14

Q

qualify
296:22
305:12
347:6
qualifying
334:25
quantify
370:14
question
248:18,25

249:6,21
259:5
262:24
263:14
269:23
274:19
280:8 298:3
301:12
302:2,10
321:2 324:1
339:23
341:8,21
354:16,20
362:25
374:6 376:1
383:22
389:3
398:22
399:8,19
questionable
310:15
questioned
278:22
300:25
questions
248:16 249:4
249:4,9
250:8 251:3
252:9 253:1
279:15
285:13,16
286:2,6
288:21
295:3
297:11
300:21
304:1 310:8
316:19
317:19
325:15
329:24
335:18
337:15
344:9
346:20
352:12
354:19
363:17

373:20
375:22
377:20
391:6 401:6
quick
252:15 295:5
349:12
353:14
375:21
383:11
397:22
398:11
399:18
quickly
251:21
366:10
quite
284:17 324:5
335:22
346:25
347:12,17
374:14
quote
287:8 296:2
322:9
333:19
quoted
388:9
quoting
294:7

R

race
281:20 334:2
369:17,19
races
306:19
racial
284:11
322:20
332:20
336:12
346:1
racially
254:22
255:11
256:5 346:2
rain

259:13
raised
363:12
397:14
raises
339:23
raising
294:21 351:3
rarely
333:15
Rasmussen
322:6
rate
336:6
rates
361:17
ratify
329:13
rationally
254:16
367:15
raw
309:12
Raymond
285:16 286:3
286:10,11
294:3,6,8
294:11,12
294:16
296:2
317:20,21
reached
378:17
reach-out
379:2
reaction
357:9
read
248:17
270:19
311:7 313:6
313:8,10,11
323:9
357:14
readily
326:24 359:6
reading



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031529

USA_00021053

Hearing - Volume 2                                        April 6, 2009

| | | | | |
|---|---|---|---|---|
| 283:16 | 303:3 308:5 | 314:12,17 | 336:13 | 256:16,21 |
| 294:11 | 308:9 | 315:17 | 339:24 | 256:23 |
| 315:19 | 324:23 | 331:2 | 340:1,13 | 257:1,13,15 |
| **ready** | 339:9 342:6 | 362:16 | 341:24,25 | 258:8,10,11 |
| 378:21 | 344:24 | 363:23 | 343:5 | 260:8 262:9 |
| **real** | 348:19 | 395:14 | **regarding** | 262:20 |
| 258:19,24 | 349:19 | 397:18 | 248:7 268:5 | 263:18 |
| 281:22 | 377:2 | 402:9 | 280:16 | 291:6 315:1 |
| 301:23 | 382:16 | **records** | 291:6 | 316:13 |
| 345:21 | **reasonable** | 269:20 | 295:20 | 336:23 |
| 349:12 | 320:18 321:2 | 275:20 | 331:25 | 342:13,14 |
| 398:11 | 325:17,22 | **redistric...** | **regardless** | 342:15,18 |
| **reality** | 326:14 | 286:18 | 281:20 | 343:8 |
| 334:4 335:6 | 327:3 329:1 | **reduce** | 388:25 | 350:12,24 |
| 346:3 | **reasonably** | 311:1 | **regards** | 355:13,17 |
| 353:25 | 249:23 | **reduced** | 269:18 | 355:18 |
| **realize** | **reasons** | 394:14 | **register** | 356:19 |
| 283:25 | 255:12 257:3 | **reduces** | 293:1 305:18 | 357:1,17 |
| **realized** | 257:5 | 394:4 | 326:17 | 358:6 |
| 270:4 | 292:22 | **reducing** | 327:16 | 368:22 |
| **really** | 361:18 | 376:11 | 355:20,23 | 374:17,19 |
| 251:20 | 375:25 | **reduction** | 355:25 | 374:20 |
| 274:25 | 379:7,11 | 316:2 | 356:7,13 | 386:13,16 |
| 290:1 | 402:22 | **redundant** | 357:10 | 386:20,22 |
| 292:16 | **recall** | 363:24 | **registered** | 386:23 |
| 297:8 | 265:23,24 | **refer** | 255:5 266:25 | 388:14 |
| 318:14 | 283:16 | 268:2 370:21 | 281:10 | 393:13 |
| 321:18 | 384:18 | **referenced** | 313:24,25 | 400:11 |
| 323:5,14 | 396:7 | 363:1 | 327:14 | **regular** |
| 327:25 | **receipt** | **referral** | 356:3 | 344:3 346:17 |
| 333:2 336:9 | 402:20 | 265:3 | 360:12 | 354:17 |
| 336:10 | **receive** | **referring** | 368:9 377:8 | 381:5 |
| 340:15 | 258:6 | 262:1 296:2 | 380:10 | **regularly** |
| 343:15 | **received** | 343:12 | 386:16 | 352:14 |
| 345:25 | 365:4 368:21 | 392:11 | 387:2,6 | **reject** |
| 349:24 | **recognize** | **refunds** | **registering** | 270:13 |
| 350:15 | 354:9 | 297:17 | 355:16 | **rejected** |
| 373:18,20 | **recognized** | **refused** | **registrars** | 255:11 257:2 |
| 374:3 | 284:6 | 264:2,9 | 256:15,17,18 | 336:6 337:4 |
| 382:20 | **recommend...** | 265:8,15,18 | 256:19,22 | **rejection** |
| 383:10 | 268:10 386:7 | 265:19,22 | 257:25 | 256:20 |
| 384:11 | **record** | 278:21 | 258:1,6 | 257:14 |
| 389:15 | 248:23 249:8 | 300:1 | 388:13 | 337:5 |
| 393:20 | 253:5,9 | **refusing** | **registrar's** | 361:17 |
| **reason** | 262:17 | 256:16 | 400:14 | **relate** |
| 249:18 | 272:24 | **regard** | **registration** | 254:13 |
| 251:12 | 285:12 | 295:18,25 | 255:10,17 | **related** |
| 276:8 278:3 | 294:2 304:7 | 297:1,3 | 256:5,7,11 | 248:9,18 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031530

USA_00021054