Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 1 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 186 of 221

Hearing - Volume 2                                      April 6, 2009

439

| | | | | |
|---|---|---|---|---|
| 367:15 | replicate | 299:14 | **Republicans** | 317:15 |
| 403:1 | 315:7 | 310:9,10 | 251:14,19,22 | 332:23 |
| **relates** | **report** | 314:10 | 321:12,14 | 334:16,21 |
| 325:17 | 253:17 | 317:19,21 | **reputation** | 336:3,24 |
| 348:14 | 306:12,16 | 337:17 | 301:5 | 337:1 |
| **relating** | 306:21,24 | 349:11,13 | **request** | 346:16 |
| 296:18 | 308:17,18 | 351:20,21 | 272:24 273:4 | 354:25 |
| **relationship** | 313:13 | 357:13 | 273:12,15 | 367:14 |
| 351:18 | 314:16 | 359:7,8 | 274:20 | 369:6,13 |
| **relations...** | 322:6 | 362:17 | **requested** | 379:3,10 |
| 306:7 | 335:24 | 363:12 | 274:9,24 | 380:2 381:1 |
| **relatives** | 393:24 | 372:16 | 402:16,23 | 381:20 |
| 353:21 | **reported** | 373:14,15 | **require** | 390:14 |
| **release** | 345:5,7,8 | 375:21 | 275:24 | 393:11,11 |
| 360:22 | 351:25 | 377:18,21 | 295:21 | 393:16,17 |
| 362:12 | **Reporter** | 377:22 | 296:19 | 393:21 |
| **released** | 402:5 | 389:11,13 | 297:1 | **requirements** |
| 271:7,9,24 | **REPORTER'S** | 389:14 | 306:13,17 | 256:10 |
| 271:25 | 402:1 | 391:16 | 306:22,25 | 258:25,25 |
| **relevant** | **reports** | 396:14,15 | 315:9,20 | 276:15 |
| 313:23 | 375:8 | 397:17,20 | 316:12 | 281:1,11 |
| **reliability** | **represent** | 397:21 | 336:4 | 295:15 |
| 305:4 | 254:1 282:5 | 399:17,18 | 349:23 | 297:4 |
| **relied** | 289:3,4 | 400:5 | 356:11,18 | 310:25 |
| 260:7 | 296:23 | **REPRESENT...** | 367:7 | 332:17,19 |
| **relief** | 302:16 | 247:8 | 369:25 | 335:24 |
| 257:10 | 304:15 | **represented** | 370:3,4 | 336:8 |
| **relying** | 305:13 | 289:4 325:8 | 392:14 | 345:20 |
| 361:21 | 324:18 | **representing** | 393:23 | 346:14 |
| **remain** | 327:1 331:2 | 304:21 318:1 | 394:25 | 359:5 382:7 |
| 333:1 334:8 | 363:25 | 319:20,21 | **required** | 385:1,23 |
| **remaining** | **represent...** | 330:6,12,14 | 257:19 258:2 | 393:8 |
| 251:1 | 357:16 | 330:17,18 | 296:20 | **requires** |
| **remedy** | **represent...** | 330:23 | 305:11,15 | 258:14 |
| 380:20 383:5 | 259:12 | **reps** | 314:18 | 296:16 |
| **remember** | 261:24 | 275:3 | 323:10 | 305:18,22 |
| 265:9 310:3 | 263:16 | **Republic** | 335:10 | 332:9 |
| 325:19,20 | 264:22 | 366:17 | 340:14 | **requiring** |
| 357:14 | 274:13 | **Republican** | 342:12 | 256:18 307:2 |
| **remind** | 277:15 | 250:12,16 | 379:1 | 332:1 |
| 292:24 | 282:7,9 | 251:10 | 385:22 | 356:25 |
| **reminds** | 285:18 | 253:7 280:5 | 389:16,16 | 372:3 |
| 293:8,8 | 286:3,10,11 | 284:10 | **requirement** | **requisite** |
| **remove** | 293:25 | 286:25 | 278:15 | 380:12,13 |
| 375:15 | 294:3,6,8,9 | 287:11 | 303:20 | **research** |
| **repeat** | 294:12,14 | 294:21 | 315:2 | 307:5 328:15 |
| 376:24 | 294:16,22 | 321:7,10,11 | 316:10,11 | **residency** |
| | 296:2 297:9 | 351:15 | 316:12 | 281:11 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031531

USA_00021055

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 2 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 107 of 221

Hearing - Volume 2                                    April 6, 2009

440

| | | | | |
|---|---|---|---|---|
| **residents** 277:12 | **rest** 274:13 | **rich** 324:14 | 359:21 360:1 | 273:9 **role** 388:1 |
| **resign** 264:13,19 | 304:19 356:3 | **ride** 292:9 | 363:14 364:9 | **roll** 278:12 317:1 |
| **resigned** 292:22 293:7 301:22 | 371:25 **restrict** 332:7 337:9 | **right** 255:25 259:8 259:10 | 366:16,19 372:6 376:14 | **rolls** 262:7 303:23 344:22 |
| **resolution** 271:3,7 | **restrictions** 305:3 | 261:1 263:12,24 | 377:13,15 377:18 | **room** 344:24 356:8 |
| **resolved** 341:10 | **result** 250:13,14 | 267:22 269:4 | 378:5,11,15 379:14,21 | **roughly** 282:14 |
| **resource** 389:5 393:1 | 277:23 278:6 | 272:19 273:14 | 379:22 380:1,9 | 394:21 395:17 |
| **resources** 275:22 | 334:23 371:16 | 280:9 281:9 281:12,13 | 381:23 383:1,20 | 399:5 **row** |
| 287:13 291:10 | 375:9 392:4 **resulted** | 282:14,23 288:17 | 385:25 395:1 | 250:24 **Rule** |
| 292:15 297:17,19 | 277:21 **results** | 291:20,25 293:18 | 396:13 399:11 | 402:14 **ruled** |
| **respect** 268:18 281:8 | 312:8,11,16 **resume** | 295:22,24 296:22 | **rightfully** 280:18 | 304:24 383:18 |
| 284:18,18 286:12 | 356:23 **retorts** | 297:15 298:1,5 | **rights** 254:12 | **rules** 361:3 |
| 289:10 293:21 | 375:23 **retroacti...** | 299:1 302:15 | 255:15,23 256:3,9 | **ruling** 281:13,14 |
| 294:1 366:13,20 | 270:20 271:6 **retrogres...** | 305:12 308:23,24 | 257:13 259:19 | 282:18,21 282:24 |
| 368:6 369:3 369:7 | 390:11 **return** | 316:3 319:23 | 267:13 277:21 | 283:1 284:21,25 |
| **respectfully** 342:7 | 372:1 380:6 380:18 | 320:1,8,15 321:8,9 | 279:21 285:8 | 285:1,2 360:18,25 |
| **respond** 249:10 | 381:6 **returned** | 322:7 324:8 325:8 | 286:16 302:25 | **rulings** 281:12 |
| 263:24 **respondent** | 371:18 402:18,20 | 328:14,16 328:23 | 320:3,4 331:8,11 | **run** 298:2 383:8 |
| 312:7 **respondents** | **revenue** 385:12 | 329:19 330:25 | 332:18 336:1 337:7 | **running** 253:15 |
| 306:10,12,14 | **review** 253:10 | 335:1 337:6 341:12 | 337:13 366:19 | 303:22 **runoff** |
| 306:16,19 306:21,23 | 257:17 **reviewed** | 345:18,18 345:25 | 379:21 390:2 | 368:20,21 369:19 |
| 306:24 **response** | 278:7 310:11 313:2 | 346:9,10,19 347:1 348:8 | **rigorous** 307:9,22 | **runs** 363:15 |
| 263:13 273:9 310:13 | **re-take** 338:23 | 348:13,19 348:20,21 | 309:23 **rising** | **rural** 261:13 |
| **responsib...** 267:13 329:2 | **rhetoric** 297:7 329:5 | 351:5,6,8 354:8 | 334:3 **road** | 288:25 289:2,3,5 |
| 349:3,4,7 366:13 | | 358:16 | 266:1,3,12 | |



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031532

USA_00021056

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 3 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 168 of 221

Hearing - Volume 2                                          April 6, 2009

441

| | | | | |
|---|---|---|---|---|
| 289:20 | 279:18 | **scientific** | **see** | 296:17 |
| 325:9,9 | 283:19 | 373:17 | 248:17 263:5 | 297:6 |
| | 284:13 | **scientifi...** | 264:10 | 304:11 |
| **S** | 285:2,3 | 375:15 | 272:1 | 330:7 |
| **Safe** | 286:19 | **sealed** | 292:12 | 339:16 |
| 319:9,11,12 | 291:8 292:2 | 301:14,15,16 | 299:9,23 | 340:23 |
| 319:13,14 | 325:3 | 301:19,20 | 303:8 | 349:23 |
| 319:18 | 342:21,23 | **seasons** | 333:15 | 351:10,19 |
| 330:13,15 | 347:16 | 264:20 | 340:19 | 355:10 |
| 330:17,18 | 348:15 | **seat** | 341:13 | 357:24 |
| **safeguard** | 353:15,20 | 335:10,14 | 363:6 375:5 | 358:25 |
| 335:5 | 353:22 | **second** | 386:12 | **senator** |
| **safety** | **says** | 260:18 | **seek** | 262:2 263:13 |
| 325:6 347:2 | 248:11 | 308:11 | 259:1 | 321:11 |
| 352:11 | 249:16 | 313:20 | **seeking** | 369:18,18 |
| **sale** | 252:19 | 317:24 | 264:3 290:24 | **send** |
| 269:22 | 277:4 279:5 | 325:17 | **seen** | 253:13 |
| 272:22 | 279:6,8 | 338:14 | 277:14 | 356:22 |
| **sat** | 285:7 | 374:6 | 286:15,18 | 379:3,9 |
| 252:22 | 290:21 | 386:14 | 290:11,15 | **sending** |
| 262:10,10 | 317:24 | 400:10 | 294:22 | 300:7,11 |
| 283:10 | 322:9 | **seconds** | 315:15 | **senior** |
| 286:14 | 324:21 | 272:7 | 366:6 | 304:6,17 |
| **satisfy** | 343:17 | **Secretary** | 367:23 | 328:2,23 |
| 336:2 | 344:15,21 | 266:22 267:6 | 369:21 | **sense** |
| **saturation** | 348:10,12 | 267:9 | 375:18 | 333:12,12 |
| 362:1 | 360:22 | 335:22 | 376:20 | 376:23 |
| **save** | 386:8 | 341:3 | 387:17,24 | 383:2 |
| 333:13 | **SB** | 354:19 | 388:1 | 389:22 |
| **saving** | 331:25 | 360:10 | 390:10 | 392:11 |
| 333:5 | **scale** | 363:22 | **segment** | 394:6 |
| **savings** | 288:2 | 364:4,11 | 354:5 | **sensitive** |
| 333:6,11 | **scheduling** | 387:25 | **segments** | 277:17 351:3 |
| **saw** | 265:21 | 388:22 | 323:3 | 351:21 |
| 283:1 285:6 | 272:24 | 393:24 | **segregated** | **sent** |
| 291:7 | 273:4,8 | 397:9 | 335:20 | 248:6 271:3 |
| 292:16 | **school** | 399:12 | **self** | 297:22 |
| 368:12,17 | 259:21 260:6 | **Section** | 356:25 | 300:24 |
| 368:24 | 260:7,17 | 256:9 390:2 | **self-impo...** | 391:6 |
| 369:7,8 | 270:22 | **secure** | 307:25 | **sentence** |
| 395:8 | 278:14 | 331:8 | **selling** | 315:19 |
| **saying** | 279:25 | **security** | 270:7 293:11 | 317:24 |
| 252:7 263:10 | 280:22 | 314:1 328:6 | **Senate** | 398:15 |
| 264:4 | 299:3 362:4 | 333:12 | 248:3 250:18 | **separate** |
| 267:24,25 | **schools** | 339:1 352:9 | 254:6 | 352:10 |
| 271:23 | 278:23 | 357:20 | 262:18 | **separated** |
| 272:2 | **science** | 358:2,7 | 281:6 | 249:21 |
| 273:16 | 305:25 309:2 | 384:15 | 295:10 | **serious** |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031533

USA_00021057

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 4 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 189 of 221

Hearing - Volume 2                                    April 6, 2009

442

| | | | | |
|---|---|---|---|---|
| 263:8 | **Sheila** | 372:9 388:18 | **single** | 280:19 |
| **seriously** | 274:17 | 395:24 | 264:6 291:11 | **slight** |
| 274:16 | **shell** | **signed** | 367:23 | 281:16 |
| 366:14 | 398:9 | 256:2 271:3 | **sir** | **small** |
| **serve** | **shelter** | 376:19 | 344:10 | 260:6 276:16 |
| 256:15 | 333:25 | **significance** | 351:24 | 280:25 |
| **served** | **shocked** | 306:9 | 358:4 364:1 | 281:4 282:3 |
| 364:10 | 398:9 | **significant** | 370:1,7,18 | 306:8 350:2 |
| 402:11 | **shorter** | 249:23 255:4 | 371:1,7,18 | 350:5,10 |
| **session** | 399:24 | 255:22 | 373:2 | **smaller** |
| 291:1,5 | **Shorthand** | 263:15 | 375:10 | 373:8 |
| **set** | 402:5 | 285:19 | 377:17 | **Smith** |
| 266:12 293:5 | **show** | 296:23 | 378:2 379:8 | 248:1 249:10 |
| 297:24,25 | 310:16,18 | 300:14 | 379:17 | 251:16 |
| 298:6 | 323:10 | 305:13 | 384:16,19 | 252:5,12,14 |
| 305:22 | 371:23 | 306:7 312:2 | 384:24 | 252:16 |
| 400:22 | 372:3 | 312:9,10,11 | 386:5,11 | 253:2,20 |
| **setting** | 390:11 | 312:13,15 | 388:2,20 | 254:5,8 |
| 266:2 | **shown** | 312:17,18 | 389:6 392:7 | 277:16 |
| **settlement** | 402:12 | 332:23 | 392:13 | 282:7 |
| 257:11,18,22 | **shows** | 340:15 | 394:8 397:1 | 285:11,25 |
| **seven** | 328:15 | 374:17 | 397:16,23 | 294:25 |
| 250:10 251:9 | 335:25 | 376:25 | 398:2 401:5 | 295:4 296:9 |
| 251:14,24 | 365:9,11 | **silent** | **sit** | 296:13 |
| 251:24,25 | **side** | 260:2,3 | 265:10 285:7 | 302:3 304:1 |
| 257:18 | 250:11,12,15 | 261:8 | **site** | 304:5,14,18 |
| 275:11 | 250:16 | **similar** | 276:5 | 308:13,14 |
| 280:5 289:4 | 265:20 | 306:24 | **sites** | 310:8 |
| 298:4,11 | 301:10,10 | 365:20 | 276:4,13 | 314:12 |
| 302:5 | 309:17 | 369:24 | **sitting** | 316:19 |
| 400:15 | 327:6 | 390:14 | 273:3 324:15 | 317:3,7,9 |
| **Seventies** | 351:12 | 394:23 | 369:18 | 317:14 |
| 278:16 | 353:17 | **simply** | **situation** | 325:15 |
| 377:15 | 391:2 397:8 | 267:24 294:1 | 262:6 297:18 | 329:24 |
| **severance** | **sides** | 294:7 297:3 | 311:18 | 330:3,5,16 |
| 291:4 | 295:8 311:9 | 312:5 | 349:3,17 | 330:20,22 |
| **shake** | 375:13 | 316:11,22 | 380:20 | 330:25 |
| 278:5 | **sign** | 336:2 | **situations** | 343:22 |
| **shakes** | 346:16 | 340:18,20 | 271:20 335:5 | 344:8,11 |
| 340:2 | 347:19,21 | 340:25 | **six** | 345:17 |
| **share** | **signature** | 341:24 | 250:11 251:2 | 346:19 |
| 367:4 376:9 | 341:1 388:12 | 351:18 | 251:10,25 | 349:11,18 |
| **Shauna** | 388:14,15 | 355:23 | 292:3 | 353:12 |
| 402:5 403:9 | 388:16 | 358:22 | 323:21 | 354:16 |
| **shed** | 394:24 | 394:3 | 364:18 | 355:5,9,19 |
| 343:12 354:1 | 402:15,18 | 395:21 | **six-hour** | 356:6,11,18 |
| **sheer** | 402:21 | **Simultaneous** | 292:4 | 356:24 |
| 374:4 | **signatures** | 294:5 324:25 | **skeptical** | 357:12 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031534

USA_00021058

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 5 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 170 of 221

Hearing - Volume 2                                    April 6, 2009

443

358:2,6,16
358:18
359:4
362:15
363:17,20
369:23
372:16,19
373:14
377:20
389:13
391:17
393:4 395:3
396:13
397:18
399:17
400:6 401:6
**snappers**
252:25
**social**
305:24 314:1
328:6
338:25
352:9
357:20
358:2,7
**society**
348:3 350:8
354:5 363:4
363:5,13
**softball**
261:17,18,21
289:17
**solution**
345:25
**Solutions**
403:10
**solve**
258:15
**somebody**
274:4 290:8
290:12,22
292:9
303:14
313:19
319:7
321:18
322:20
344:24

354:18
356:22
366:20,21
367:1 381:2
381:19
383:18
**somewhat**
376:5
**soon**
266:11
**sorry**
318:24
319:14
344:11
372:17
383:9 384:1
385:2 395:2
399:9
**sort**
297:16,16
316:14
325:1
328:25
348:8 354:2
354:16
372:8
**sought**
276:2,3
**sounded**
372:14
**sounds**
315:19
**south**
263:5 293:15
325:9
**speak**
266:9 291:21
374:17
393:2
**Speaker**
248:4 251:13
251:20
252:10,13
252:15,21
253:4 295:2
296:6,11
297:10,12
302:9

325:16
330:9,19,21
330:24
343:11
344:10,11
345:16
346:21
353:14
354:24
355:7,11
357:25
358:4,8,17
359:2 393:1
395:2
**speaking**
273:7
**speaks**
389:7
**special**
270:24
399:24
**specific**
266:5,7,10
273:21
284:14
336:11
384:24
**specifically**
248:10 256:6
266:16
340:9 377:9
382:3
**specifics**
337:25
340:16,25
**specified**
398:15
**spectrum**
316:2
**speculate**
376:6 377:2
395:9
**speculated**
367:14
**speculating**
392:24
**speculation**
367:16

**spell**
353:21
**spelled**
352:25
353:22
354:13
**spelling**
353:4
**spellings**
352:21
**spend**
275:17
303:21
322:21
328:24
384:17
385:5,13
386:12,18
386:20,24
399:19
**spent**
252:23
279:25
384:22
387:20
**spirit**
363:16
384:12
**spring**
255:3 276:3
**square**
276:4
**stadium**
260:22 261:4
261:5
**staff**
276:13
**stand**
248:15 279:4
396:5
**standard**
249:2,2
293:17
318:5
343:14,15
343:22,23
343:24
354:22

355:8
358:12,12
371:21
**standards**
321:20
**standing**
359:13
**Star**
347:2,4,7
351:25
357:14
**start**
249:14
276:14
308:13
346:24
353:11
356:4
370:22
399:8
**started**
248:20 250:6
360:2,6,7
393:23
**starting**
258:10
392:14
**starts**
353:10
**state**
254:1 257:4
258:13
260:1,3
261:2,2,7
262:18
263:7,22
264:25
266:22
267:2,6,9
267:10
271:22
275:21
277:24,25
278:14,19
279:7,8
280:4
283:22
284:25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031535

USA_00021059

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 6 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 171 of 221

Hearing - Volume 2                                    April 6, 2009

444

| | | | | |
|---|---|---|---|---|
| 286:17 | 399:15 | 360:9,10 | 275:14 | 340:6,12,21 |
| 294:23,23 | 400:8 402:6 | 368:6 | **stringent** | **studied** |
| 297:17 | **stated** | 393:22 | 310:25 | 313:4 322:2 |
| 303:20 | 367:11 | 394:10 | **strong** | 376:15 |
| 304:14 | **statement** | 399:11 | 261:2 396:1 | 379:7 |
| 305:2 | 273:16 | **status** | **strongly** | **studies** |
| 306:13,17 | 361:19 | 389:1 | 307:5 311:25 | 281:3 305:25 |
| 306:22,25 | **states** | **statutes** | **struggling** | 308:18 |
| 309:10 | 254:18 256:1 | 390:5 | 281:9,12,13 | 316:5 |
| 310:1 | 257:7 | **stay** | **stuck** | **study** |
| 314:13,14 | 304:23 | 250:23 251:5 | 271:11 | 280:23 306:2 |
| 314:16 | 305:17,22 | 261:7 | **student** | 306:5 |
| 315:6 | 306:11,12 | 273:24 | 255:9 275:9 | 307:18,21 |
| 316:22 | 306:15,17 | **staying** | 281:20,23 | 307:23 |
| 319:16 | 306:20,20 | 292:18 | 297:24 | 308:6,21 |
| 321:8,11,12 | 306:21,23 | **steal** | 336:25 | 309:1,3,7 |
| 329:12,13 | 306:24 | 293:15 | 338:11 | 309:16,19 |
| 329:15 | 309:21 | **stem** | **students** | 309:21,23 |
| 331:1,14,19 | 314:18,20 | 283:19 | 254:21 255:3 | 309:24,25 |
| 332:25 | 315:5,20,21 | **step** | 255:18,25 | 310:5,11,13 |
| 335:23 | 316:24 | 264:15,17 | 256:14,14 | 310:13,15 |
| 337:23 | 320:10,13 | 276:21 | 257:3,10,20 | 310:17,18 |
| 338:11,13 | 321:1 | 335:9 | 258:5 259:8 | 310:22 |
| 338:16 | 329:14,17 | **Stephen** | 259:19,25 | 311:5,7,20 |
| 339:9,11 | 331:9,15 | 296:1 | 260:9 261:8 | 311:21 |
| 340:7 341:3 | 337:8 | **Stephens** | 261:9,16,20 | 312:4,25 |
| 345:14 | 359:15,17 | 296:13 305:2 | 261:22 | 315:7,14,15 |
| 348:6 | 380:9 | 305:6,9 | 263:11,25 | 316:21 |
| 350:19 | **statewide** | 323:20,22 | 264:24 | 333:10 |
| 359:13 | 284:6 307:12 | 325:21 | 266:25 | 389:7 |
| 361:2,7,8 | 370:15 | **stepped** | 268:18 | **stuff** |
| 362:1,13 | **state's** | 264:23 | 269:15 | 341:11 |
| 363:22,24 | 266:22 267:6 | **steps** | 272:20 | 384:12 |
| 364:4,8,11 | 267:9 | 320:18 | 275:7 | **stunning** |
| 364:22 | 307:12 | 325:17,22 | 276:23 | 285:4 |
| 366:4,5 | 354:19 | **stick** | 277:8 | **subdivision** |
| 368:10,13 | 360:10 | 293:20 395:7 | 281:10 | 339:19 |
| 371:11 | 399:12 | **stigma** | 282:2,17 | **subject** |
| 375:17 | **state-level** | 326:20 | 284:21 | 343:8 390:2 |
| 384:5 | 307:20 | **stood** | 289:19 | **subjected** |
| 385:13,15 | **statistical** | 260:2,3 | 291:9,24,24 | 254:22 |
| 385:19,25 | 309:22 | **stop** | 292:7 | **subjective** |
| 387:25 | **statistic...** | 284:21 | 297:13 | 343:21 |
| 388:11,22 | 306:7 312:2 | 341:19 | 298:5,23,24 | **submission** |
| 390:12,16 | 312:9,10,11 | **stopped** | 299:20 | 390:6 |
| 391:5 | 312:13,14 | 329:5 | 302:1,11,16 | **submissions** |
| 392:16 | 312:17,18 | **story** | 303:1 338:6 | 390:8 |
| 393:5,6,25 | **statistics** | | 339:12 | **submit** |
| 397:10 | | | | |



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031536

USA_00021060

Hearing - Volume 2                                      April 6, 2009

445

| | | | | |
|---|---|---|---|---|
| 334:25 | supporting | 347:5,17 | 278:9 290:20 | 362:8,24 |
| 356:25 | 325:21 | 351:8 362:5 | 293:5 320:8 | 363:6,6,8 |
| 390:1 | supports | 363:9 | 320:15,22 | 366:13,18 |
| submitted | 323:11 | 366:25 | 320:25 | 384:10 |
| 256:17 | suppose | 369:23 | 321:14,19 | 385:22,22 |
| 357:19 | 250:19 | 375:2 378:3 | 348:23 | 391:2 |
| 390:6,20 | 340:13 | 378:25 | 353:3 | 397:19 |
| subsequently | supposed | 383:24 | 386:17,21 | taken |
| 259:4 | 326:18 | 384:20 | 386:22 | 254:24 |
| subsidize | supposing | 386:2 388:7 | 388:5 389:8 | 289:12 |
| 385:16 | 328:17 | 388:17 | 394:10,23 | 327:4 |
| substantial | suppress | 389:4 | systematic | 348:22 |
| 296:22 | 281:2,6 | 395:10 | 294:17 | 361:18 |
| 305:12 | 286:16 | 400:9 | 345:10 | 403:2 |
| 395:23 | 307:6 | surely | 378:19 | takes |
| subtract | 316:16 | 296:21 | systemic | 358:17 |
| 333:24 | 320:4 | surprise | 388:6 | 392:22 |
| sued | suppressive | 352:12,15 | | talk |
| 259:17 | 307:3 | surprised | **T** | 334:11,12 |
| sufficient | supreme | 288:23 | tab | 338:8 |
| 257:20 358:7 | 259:8 275:12 | surprising | 303:14 | 345:17 |
| suffrage | 275:13 | 388:22 | tables | 363:11 |
| 297:15 | 281:14 | Surprisingly | 298:7 | 365:15 |
| suggest | 282:19 | 388:21 | Tailor | 370:18,19 |
| 280:24 281:4 | 296:4,14 | surrender | 363:21 364:1 | 370:22 |
| 308:10 | 304:23 | 339:1 | 364:3 | 377:23,25 |
| 313:14 | 324:15 | surrounding | 373:15 | 383:7 |
| 316:15 | 328:25 | 334:20 | 375:12 | 398:11 |
| suggested | 329:7 333:4 | 352:18 | 377:22 | talked |
| 306:6 | 333:20 | 361:23 | 401:8 | 266:20 |
| suggestions | 348:19 | survey | tainted | 267:11 |
| 297:23 386:6 | 360:18,25 | 311:24 312:6 | 260:2 261:3 | 276:8 |
| suggests | 365:22 | 312:9 | 261:8 | 365:15 |
| 281:17 | 383:22 | surveyed | 269:16 | 368:7 |
| 282:25 | 395:25 | 306:10 | 303:5,5,11 | 370:12 |
| 307:2,5 | sure | survival | 303:18,19 | 377:5 |
| 309:13 | 261:3 267:7 | 333:8 | 303:23 | 383:13 |
| Suite | 267:24 | survive | take | 387:10 |
| 403:11 | 268:8,9,13 | 346:23 | 250:5 251:1 | talking |
| summary | 274:11 | suspect | 251:8 268:6 | 270:6,7 |
| 313:8,10 | 284:4 292:5 | 271:16,17 | 274:16 | 280:25 |
| support | 302:4 | 289:19 | 286:7,9 | 288:7 |
| 303:15 308:8 | 309:20 | suspects | 302:8 | 292:21 |
| 322:14,19 | 319:23 | 279:2 | 322:24 | 296:15 |
| 347:25 | 320:2 321:3 | suspicious | 326:6,9 | 302:12,20 |
| 356:24 | 321:20 | 277:18 | 333:2 | 320:12 |
| supporters | 335:15,22 | 279:13 | 341:16 | 329:6,7,9 |
| 287:13 | 345:22 | system | 342:24 | 337:20 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031537

USA_00021061

| | | | | |
|---|---|---|---|---|
| 355:9,11 | 385:9 | 318:7 338:2 | 281:6 | **thank** |
| 360:4 | 395:11 | 363:22 | 283:22 | 253:20 |
| 362:12 | 398:17 | 375:17 | 284:2 | 254:11 |
| 370:1 | **telling** | 389:4 | 291:11 | 261:23 |
| 377:17 | 272:8 273:3 | **testimony** | 293:15 | 274:13 |
| 386:13,21 | 274:1 319:8 | 248:12 | 296:16 | 277:15 |
| 386:23 | 327:2 365:6 | 249:21,22 | 297:3 | 294:12 |
| 387:1 | **temporarily** | 249:25 | 303:20,21 | 304:2,18 |
| 392:24 | 262:25 300:6 | 250:14 | 305:15 | 310:10 |
| 398:13 | **temporary** | 254:12 | 313:13 | 314:10 |
| **Tanner** | 289:23 | 261:25 | 314:2 316:9 | 329:23,25 |
| 270:15,17 | **tended** | 299:19,24 | 317:3 319:9 | 330:2 |
| **tape** | 294:20 | 300:1,8 | 319:11,12 | 337:15 |
| 301:15 | **tension** | 302:23 | 319:13,14 | 344:10 |
| **tarnished** | 387:8 | 304:20 | 319:18 | 345:16 |
| 301:6 | **term** | 310:24 | 320:8,12,13 | 349:9 |
| **Tarrant** | 316:21 | 311:12 | 320:21,23 | 351:21 |
| 351:23 352:3 | **terms** | 317:22,25 | 320:25 | 359:8,9 |
| 352:11 | 250:7 278:5 | 331:24 | 321:4,5,6 | 362:19,22 |
| **tax** | 287:18 | 332:4 | 321:22 | 363:18,19 |
| 279:2 323:12 | 295:11 | 334:10,10 | 325:9 | 364:5 |
| 329:4,10,15 | 304:9 | 362:18 | 329:12,15 | 373:18 |
| 329:19 | 308:18 | 373:16 | 329:19 | 375:16,19 |
| 382:10 | 322:13 | 375:13,18 | 330:13,15 | 375:20 |
| **taxes** | 340:16 | 382:18 | 330:17,18 | 377:18,22 |
| 329:11 | 354:23 | 384:9 389:7 | 331:17 | 377:23 |
| **teacher** | 394:17 | 389:12 | 332:24 | 379:6 |
| 292:1 | 396:2 | 393:5,6 | 336:4,6,25 | 389:11 |
| **techniques** | 398:15 | 402:9 403:2 | 337:8,13,21 | 391:16 |
| 309:22 | **test** | **tests** | 337:22,24 | 397:17 |
| **teeth** | 338:24 | 382:12 | 339:19 | 399:14,15 |
| 283:3 | 343:25 | **Texans** | 340:4,7,9 | 400:5 401:7 |
| **Tel** | **testified** | 313:15,24 | 345:14 | **Thanks** |
| 403:12 | 262:17 | 350:22 | 347:1 348:6 | 330:3 349:8 |
| **Telegram** | 287:21 | **Texas** | 353:17 | **theirs** |
| 352:1 357:14 | **testify** | 247:8 254:13 | 357:24 | 372:14 |
| **tell** | 248:3 249:20 | 254:17,19 | 359:18 | **theory** |
| 261:16 | 254:5 | 254:24 | 361:7,12 | 386:2 |
| 262:19 | 304:11,19 | 255:6 | 362:5 | **therefor** |
| 290:10 | 321:24 | 257:16 | 364:15,16 | 402:22 |
| 293:12 | 330:7 | 258:13,21 | 365:20 | **thing** |
| 294:16 | 340:10 | 259:15 | 369:25 | 258:9 264:22 |
| 313:12 | 345:10 | 261:13 | 383:1 385:2 | 267:11 |
| 325:23 | 361:9 | 266:22 | 389:8,9,19 | 269:18 |
| 359:10 | 373:21 | 271:22 | 390:14 | 272:23 |
| 364:24 | 374:7 | 278:15,17 | 391:6 400:9 | 283:18 |
| 365:25 | 382:20 | 278:17,19 | 400:10,20 | 284:11 |
| 366:12 | **testifying** | 280:4,25 | 402:6 403:9 | 289:16 |
| | | | 403:11 | |



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031538

USA_00021062

292:20
348:7 349:5
355:15
361:6
369:14
376:21
382:2
383:12
**things**
276:18
277:20
280:15
282:12
288:19
289:22
327:21
333:17
336:11
341:10,12
341:17
342:1
344:12
348:3
351:11
367:11
374:14
382:3 388:4
391:2
**think**
249:6,12
250:23
251:8 252:2
252:4,5
262:8
263:17
273:11
274:19,20
276:15,19
276:21
277:1 281:8
281:22,24
284:24
285:21
286:23
287:24
288:4,6,10
289:13
290:5,19

293:22
302:10
310:22
311:10,19
311:20
314:3,24
318:24
319:18,21
319:23
320:10,10
320:13,18
320:22,24
321:1,4,5
321:13,23
323:2,2,7
323:12,17
323:20
324:9,23
325:1,2
326:14
328:24,25
329:4,9
330:16,22
332:11
336:9
340:11,11
340:22
342:19
343:2,11,12
343:19
344:23
345:21
348:1 350:3
350:4
351:10
352:13
353:9 354:2
355:21,21
356:14
357:7,15
358:8,14,22
360:1
361:14
363:11,12
365:6
375:23,24
376:6 379:9
380:16
381:1,7,13

383:11,18
389:19
393:2 395:3
398:8,19
400:10,20
**thinking**
293:14
346:23,24
348:17
**third**
372:4 386:15
**thirdly**
375:6
**thought**
251:24 264:5
272:7 300:5
300:6 309:8
327:3 331:5
353:19
**thousand**
262:9,19,22
264:23
268:18
280:10
293:15
**thousands**
259:25 276:9
**threat**
332:24
**threatened**
293:1
**three**
248:10 263:1
276:25
283:10
286:21
291:2,9
294:13
297:22
349:15
352:2,2,10
362:15
373:20
386:13
388:19
396:1
400:17
**three-day**

367:9
**throw**
261:17,21
277:3
**throwing**
261:21
289:17
354:14
**thrown**
364:8
**tied**
279:8
**tight**
276:8
**time**
248:1,9,18
248:20,20
249:13,15
250:5,7,24
251:11,16
251:18,18
252:4,6,8
252:11
253:3,13
254:24
257:20
260:24,24
268:11
271:8,9
274:10
276:8
285:12
286:4
289:17
304:5
314:11
322:21
326:9,15
330:5 339:5
339:7
352:24
360:2
362:16
363:20
375:4
377:19
380:15
387:20

390:19,20
391:3,7,9
391:18,19
392:5,16,23
395:1
396:17
399:25
**times**
293:22 294:2
299:10
352:2,2
388:19
399:15
**Timothy**
310:24
**tiny**
350:25
**tired**
264:20
**Toby**
393:2
**today**
253:17
302:13,17
304:3,20
310:11
321:12
327:5
331:24
332:4,12
351:22
353:11
354:12
355:12
359:10
361:9,16
364:6 365:8
365:21
366:15
377:6,23
383:18
**told**
254:25
266:18
272:15
273:21
276:2
288:21,23



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031539

USA_00021063

Case 2:13-cv-00193 Document 662-7 Filed on 11/11/14 in TXSD Page 10 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 175 of 221

Hearing - Volume 2                                    April 6, 2009

448

292:20
298:2
338:14,17
338:21
**tomorrow**
249:25
**tonight**
399:20
**Tony**
253:15
**top**
317:23 387:7
399:10
**total**
248:18,19
312:1
368:10
370:24
371:4,9,11
372:20,21
373:4
394:19,20
399:3
**totally**
284:15
316:18
**town**
260:11,12,12
260:12,14
260:15,16
260:19
301:10,11
303:8,9
325:11
**towns**
289:5 325:9
325:9
**train**
275:22
386:15
**trained**
385:7
**training**
257:24 258:1
258:6 341:4
341:11
385:6,9,21
**transcribed**

247:21
402:10
**transcript**
402:8,20
**transient**
336:21
**transients**
345:24
**transport...**
326:23
330:20
**traumatic**
301:3
**travel**
335:14
364:23
385:24
**traveling**
250:4
**treat**
325:24
374:10
**treated**
345:1,2
**tremendous**
277:2
**trial**
367:9 388:10
**tried**
250:24
284:16
317:10
321:22
352:2
375:15
388:2
**trip**
296:19 305:9
335:10
336:4
**triple**
388:12
**trouble**
250:3 308:16
349:22
**troubling**
258:12

**true**
269:6 293:13
303:12,13
345:15
354:24
368:20
393:18
402:9
**truly**
259:13
375:18
**truth**
316:7
**try**
292:4 294:17
302:7
362:24
363:7
**trying**
252:17
254:15
263:20
267:22
286:20
290:14
293:23
294:1,3,4
297:21
300:2
303:10
310:4
315:14,17
320:2 321:2
321:3,25
347:23
357:18
359:11
362:12
365:14
381:17
395:22
398:6,7
399:4
**turn**
290:17,21
292:7
**turnaround**
307:14

**turned**
290:10,11
298:2,3,10
298:11
335:2 352:3
352:9 365:5
**turning**
338:20
**turnout**
281:2,7
306:3 307:4
307:6,10,12
307:16,21
307:23
308:2,7,23
309:9,13,18
311:1,6,15
311:16
315:16
316:3,16
322:5
361:14
368:8,25
369:8
375:25
376:2,11,13
376:17
377:7,12,13
395:4,15,18
395:19
**turnouts**
308:20
**twice**
258:4 275:4
388:9
394:13
**twist**
293:23
**two**
248:10
250:23
251:13
252:4
262:25
264:9 270:3
279:24,24
283:10
286:22,22

288:22,24
295:21
297:22
302:5
306:11
314:7
326:10
328:13
333:2,13
336:24
337:2 341:9
342:20,21
343:5
352:12
358:5 361:9
365:12
371:24
395:11
399:20,21
401:1
**two-day**
378:15,18
380:17,23
**type**
297:12
336:11
343:9 353:3
**types**
335:21
341:12
**typically**
292:4
**typos**
352:21

---

**U**

**Uh-huh**
268:19 322:8
**unable**
253:12
324:24
336:2
**unacceptable**
277:20
**unclear**
361:18
**uncomfort...**
345:15



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031540

USA_00021064

Case 2:13-cv-00193   Document 662-7   Filed on 11/11/14 in TXSD   Page 11 of 109
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-4   Filed 06/20/12   Page 176 of 221

Hearing - Volume 2                                    April 6, 2009

449

| | | | | |
|---|---|---|---|---|
| unconstit... | unfortunate | 255:21 | 380:10 | vigorously |
| 305:1 | 367:4 | updating | value | 389:2 |
| uncounted | unfortuna... | 374:22 | 366:18 | Vinson |
| 335:17 | 277:22 | upheld | vantage | 280:1 |
| undermine | 332:16 | 287:6 296:7 | 324:13 | violate |
| 332:17 | 341:18 | 296:12 | variety | 286:16 |
| understand | 346:3 390:3 | use | 361:17 | violated |
| 267:2,22 | unfunded | 252:6,8,10 | various | 255:15 |
| 268:24 | 276:18 | 260:18 | 256:4 326:23 | 256:25 |
| 272:13 | uniformly | 261:18 | 331:15 | 259:19 |
| 277:17 | 335:8 | 276:9 | 359:12 | 285:8 301:1 |
| 279:12 | unimaginable | 289:18 | vary | violation |
| 300:2,3 | 350:3 | 309:21 | 400:23 | 255:23 256:9 |
| 302:4,11,12 | United | 316:12,21 | Vehicles | 257:13 |
| 315:13 | 254:18 256:1 | 318:11 | 296:20 305:7 | 268:25 |
| 325:14 | 257:7 | 328:7 | 305:10 | violations |
| 326:8 | 304:23 | 329:21,21 | verified | 256:3,4 |
| 327:24 | 305:17 | 341:16,17 | 343:17 | virtually |
| 333:8 | 329:14 | 366:3 | 344:16 | 281:25 307:3 |
| 342:10 | 331:8 380:9 | 371:21 | 375:4 | Volume |
| 347:3 359:5 | units | 374:12 | verify | 247:7 401:9 |
| 359:12 | 386:8 | 379:10 | 355:3 | voluntary |
| 361:3 398:8 | universities | usual | Vermont | 256:17,18,21 |
| understan... | 337:1,19,20 | 296:23 | 281:5 314:24 | 258:5 |
| 248:19,25 | 337:23 | 305:14 | Vermont-like | volunteer |
| 266:11 | 339:24 | usually | 315:23 | 257:24 |
| 269:5,9 | 340:1,18 | 299:8 328:13 | Versalotti | 289:23 |
| 279:1 283:7 | university | 391:22 | 310:24 | volunteered |
| 308:21 | 255:10 | U.S | version | 256:14 |
| 317:15 | 280:22 | 259:7 275:12 | 351:10 | vote |
| 324:10 | 299:4 307:8 | 360:25 | versus | 255:25 |
| 329:11 | 307:19 | 364:21 | 260:12 281:5 | 258:15 |
| 330:18 | 308:25 | 365:21 | 284:10 | 259:4,9 |
| 335:19 | 309:1 | 395:25 | 304:24 | 262:8,11 |
| 342:12 | 314:14,16 | | 361:14 | 263:12,14 |
| 343:6,7 | 337:23 | __V__ | 382:5 | 264:1 |
| 346:10 | 338:1,2,11 | valid | videotape | 272:20 |
| 361:11 | 338:13 | 270:9 305:19 | 402:10 | 276:23 |
| 383:5 | 340:4,5,20 | 321:20 | view | 279:19 |
| undue | unnecessary | 335:9 | 284:15 | 281:10 |
| 366:8 367:21 | 255:16 | 339:17,20 | 286:13 | 282:17 |
| 376:20 | unreasonable | 364:20,22 | 321:15 | 284:22 |
| 390:12 | 351:9 | 371:23 | 324:13 | 287:10,10 |
| unfair | unusual | validated | 325:1 | 287:15 |
| 250:17 | 326:25 | 270:10 | views | 290:15 |
| 323:12 | update | validation | 304:20 | 291:16,17 |
| unfettered | 374:23 | 269:25 | 317:24 | 291:19,22 |
| 264:1 | updated | validly | | 293:2 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031541

USA_00021065

Case 2:13-cv-00193  Document 662-7  Filed on 11/11/14 in TXSD  Page 12 of 100
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-4  Filed 06/20/12  Page 177 of 221

Hearing - Volume 2                                    April 6, 2009

450

| | | | | |
|---|---|---|---|---|
| 294:20 | 384:8 | 334:11 | 255:5 258:23 | 394:10,14 |
| 295:13,22 | 394:19,20 | 335:13 | 259:2,3,21 | 395:5,16,17 |
| 295:24 | 394:24 | 336:23 | 275:22,25 | 395:23 |
| 296:22 | **voted** | 338:17 | 287:20 | 400:4 |
| 297:15 | 276:24 | 342:14,15 | 290:10,11 | **voting** |
| 298:1,5,10 | 316:24 | 342:18,22 | 292:5,6 | 254:12,16,22 |
| 305:13,17 | 360:11,13 | 342:23 | 305:1,15,18 | 255:15,23 |
| 305:18,22 | 360:17,21 | 343:8 345:5 | 306:1,13,17 | 256:3,9,15 |
| 308:6 | 373:22,25 | 345:7 349:2 | 306:22,25 | 257:13 |
| 312:20 | 374:5 | 350:12,24 | 308:10 | 258:10,19 |
| 313:25 | 378:23 | 351:4 | 311:24,25 | 258:25 |
| 314:4,19 | **voter** | 355:13,16 | 312:19 | 259:11 |
| 315:1,3 | 253:12,14,18 | 355:17,18 | 313:13,25 | 267:13 |
| 317:2 326:2 | 254:13 | 355:22 | 314:18,20 | 268:25 |
| 326:4,17,18 | 255:10,17 | 357:1,17,17 | 321:22 | 276:6 |
| 326:19,25 | 256:5,7,11 | 358:6 361:1 | 326:8 | 277:18,21 |
| 327:4,12,14 | 256:16,20 | 364:15 | 331:17,19 | 279:21 |
| 327:16,24 | 256:22 | 365:9,19,20 | 331:20 | 282:5 |
| 328:12,14 | 257:1,12,15 | 365:25 | 332:14,21 | 286:16 |
| 328:17 | 258:5,8,11 | 366:11,22 | 334:24 | 290:8 292:1 |
| 331:21,22 | 258:14,15 | 367:3,6,8,8 | 335:2,4,8 | 292:3,15 |
| 333:23 | 258:16,22 | 367:16 | 335:12 | 296:24 |
| 338:12,15 | 260:7 262:9 | 368:22 | 336:2,12,17 | 302:25 |
| 339:8 | 262:19 | 369:6 370:1 | 336:19,20 | 305:14,21 |
| 341:18 | 275:18 | 374:17,18 | 336:24,25 | 306:12,16 |
| 342:16 | 281:2,7 | 374:20 | 337:1,13 | 306:21,24 |
| 343:2 | 287:21 | 375:9,25 | 342:20,21 | 313:21 |
| 346:17 | 289:15 | 376:4,10,17 | 346:8 | 315:6 320:3 |
| 348:21 | 290:9 291:6 | 377:3,7 | 360:12 | 320:4,7,22 |
| 351:6 | 302:21 | 383:14 | 362:13 | 320:25 |
| 354:12 | 305:25 | 385:5 | 367:22 | 321:14 |
| 356:13 | 306:3 307:2 | 386:13,16 | 368:4,9,10 | 326:7 |
| 357:10,24 | 307:4,6,10 | 386:20,21 | 368:25 | 331:11 |
| 358:19,24 | 307:20,23 | 386:23 | 369:4,8,17 | 332:13,18 |
| 359:3 | 308:2,5,11 | 387:5,11 | 376:12 | 336:16 |
| 363:14 | 308:23 | 388:14,23 | 377:8 378:4 | 337:6 |
| 366:21,21 | 309:13 | 388:24,24 | 394:13,22 | 338:10 |
| 367:1,2 | 310:25 | 388:25 | 400:3 | 339:5 |
| 368:18,20 | 311:1,6,6 | 390:14 | **voter's** | 341:19 |
| 369:10,11 | 311:17,22 | 393:13,21 | 342:13 | 346:3 |
| 372:8,9 | 312:5,6,20 | 394:25 | **votes** | 348:20 |
| 373:22,23 | 314:25 | 395:4 | 260:1 309:11 | 359:21 |
| 374:25 | 316:13 | 396:16 | 368:11,12 | 366:14,15 |
| 377:1 | 322:3,5 | 397:4,4,4 | 369:17 | 366:18 |
| 379:21,22 | 323:18 | 398:23 | 370:17 | 368:15,16 |
| 379:23 | 325:7,18 | 399:6 | 371:5,9 | 368:17 |
| 380:4,5 | 326:5 329:2 | 400:11 | 372:21 | 374:14 |
| 381:2,14,20 | 331:8,15,21 | **voters** | 373:4 | 381:11,19 |
| 381:22,24 | | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031542

USA_00021066

Hearing - Volume 2                                    April 6, 2009

451

| | | | | |
|---|---|---|---|---|
| 382:6 390:2 | 278:20,24 | 248:22 253:5 | 347:4,24 | 378:22 |
| 390:4,5 | 279:25 | 253:8 274:2 | 351:10 | 387:19 |
| 397:22 | 281:8 282:3 | 282:12 | 354:22 | 390:25 |
| 399:21,22 | 284:11 | 283:18 | 362:6 | 391:19 |
| 400:2,8,15 | 289:17 | 295:2 | 370:14 | 392:9 |

**W**

wait
292:3,4
waiting
273:19
walk
273:23 274:6
293:4
314:25
316:22
317:12
walked
293:7
Walker
248:2 352:6
walking
265:7 292:17
298:14
waller
254:4,10,17
255:14,23
256:2,4,8
256:12,25
257:8,11,17
257:23
258:3,7,20
259:9,17,18
260:6,8,20
261:5,18,21
262:21
263:19,21
264:12,14
267:16
269:1,3
270:21,24
271:23
274:21
276:1,16,22
277:12
278:14,15
278:16,18
278:18,19

290:25
291:13
293:2,6
297:18
299:4 301:7
303:6,7
345:11,13
want
248:5 252:21
254:11
266:9
268:15
270:20
273:11
279:9 288:1
288:4 289:7
290:15
291:14
292:20
293:19,20
295:6,9,14
302:4 304:9
308:14
314:12,17
317:21
318:14
340:15
353:14
355:23
356:11,14
357:5,12
358:18
359:10
362:7
369:23
372:17
375:16
378:3
384:11
389:3 390:9
393:4
398:11
wanted

297:10
299:19,24
329:21
348:7
358:10
359:14
362:17
363:5,7
377:23
395:13
wanting
346:22
wants
289:8 293:22
355:22
wary
311:8
Washington
255:8 275:10
278:9
279:17
324:6
392:17
wasn't
269:10
278:17
335:23
339:9
361:25
watch
267:3
way
249:22
275:12
280:2,3,20
281:2
286:24
290:12
315:3
316:16
317:3 320:7
330:13
344:13

376:3
379:25
381:1
394:16
395:21,24
400:6
ways
326:23
357:11
weak
309:21
website
360:11
399:11,12
week
271:24
349:15,16
388:3
400:25
weekend
339:6
weekly
333:5,16
weeks
276:25 401:1
welcome
253:21
well-known
318:15
went
260:14,14
271:25
276:22
279:3 280:3
280:4
281:23
285:5,6
291:1,5
303:8,9
335:16,17
338:19,20
338:21
376:3

weren't
267:23
293:11
294:20
295:6
Wesley
363:21 364:1
364:3 401:8
we'll
253:22 293:4
294:9
we're
271:11,11,12
272:3
278:12
279:10
280:18,25
286:3,8
294:14
297:10
302:7,12
303:13
319:23
320:1,1
321:14
325:25
329:17
348:2
351:12,14
351:19
355:11
377:17
380:11
397:18
400:10
we've
252:24
283:24
285:23
286:24
288:18
308:21,25
309:7 321:7



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031543

USA_00021067

Hearing - Volume 2                                    April 6, 2009

452

| | | | | |
|---|---|---|---|---|
| 321:10 | 380:23 | 343:25 | 322:24 | 398:3,4 |
| 350:1 | **wish** | **work** | 355:23 | **years** |
| 364:24 | 251:3,4 | 312:23 | 382:2 | 254:15 |
| 365:2,2 | 252:19 | 331:22 | **would've** | 255:20 |
| 367:8 370:2 | 313:18 | 332:5 | 376:5 | 260:16,25 |
| 375:10 | 317:19 | 359:11,12 | **Wright** | 264:10 |
| 384:2,5,22 | **withholding** | 359:14,15 | 369:19 | 268:5,23 |
| 390:9 393:5 | 265:8 | 359:16,21 | **write** | 275:12,16 |
| 393:20 | **witness** | 359:23 | 367:19 | 278:21,22 |
| 395:8 | 248:9,13 | 360:5 361:2 | **writing** | 285:5 299:6 |
| **wherewithal** | 250:9 252:6 | **worked** | 287:18 | 303:10 |
| 289:21 | 252:8,10 | 288:19 | **written** | 323:21 |
| **whipper** | 274:22 | 294:17 | 257:25 | 324:10,15 |
| 252:25 | 310:9 | 302:11 | 310:23 | 324:16 |
| **white** | 330:10,11 | 331:16 | 327:25 | 326:10 |
| 260:11,12,14 | 343:21 | **worker** | 334:10 | 352:7,24 |
| 260:16,17 | 376:2 389:5 | 344:16 345:8 | 338:24 | 353:10 |
| 260:19 | 393:2 | 355:2 385:6 | **wrong** | 356:3 |
| 275:9 | 402:12 | **workers** | 261:7 276:21 | 367:22 |
| 283:25 | **witnesses** | 275:22 | 277:1 283:2 | 398:15,19 |
| 284:5 | 248:13,19 | 289:23,24 | 284:15 | 399:20,21 |
| 294:20 | 250:3,6,15 | 289:24 | 320:1,20 | **year's** |
| 303:8 | 251:1,4,9 | 290:3 | 354:13 | 365:23 |
| 306:10,12 | 251:10,15 | 295:11 | 367:20 | **York** |
| 322:10 | 251:17,22 | 331:18 | **wrongdoing** | 280:22 |
| 324:3,14 | 252:3,17,20 | 334:24 | 268:24 283:8 | **young** |
| 331:12 | 253:16 | 335:7 344:2 | **wrongfully** | 252:25 291:2 |
| 338:17,18 | 302:5 | 354:17 | 262:7 | 363:2 |
| 343:25 | 362:25 | 385:7,21 | **wrote** | **younger** |
| 345:5 | 363:1 | **working** | 263:10,13,18 | 250:22 |
| 369:11 | **woke** | 277:2 291:3 | 263:25 | **you-all** |
| **whites** | 274:1 | 359:17 | 272:19 | 252:16 |
| 328:21 | **woman** | 388:11 | 274:23 | 261:17,20 |
| **white-only** | 352:1 357:23 | **works** | 296:4,13 | 297:24 |
| 382:10 | 358:20 | 347:17 | 323:20 | 353:20 |
| **wide** | **Women** | **worse** | 339:2 | 362:5 364:5 |
| 299:2 | 287:20 | 281:15 | 367:25 | 374:10 |
| **widely** | **wondered** | 282:20 | 378:3 | 375:7,7 |
| 255:18 | 361:4,5 | 284:23 | | 386:9,24 |
| **wife** | **wondering** | **worth** | **Y** | |
| 273:21 | 386:9 | 252:2 299:16 | | **$** |
| **wiggle** | **woods** | 351:25 | **Yeah** | |
| 344:23 | 353:16,25 | 353:18 | 267:7 323:6 | **$1.3** |
| **William** | **word** | 357:14 | 330:16 | 280:1 |
| 281:23,24 | 344:5 379:20 | **wouldn't** | 372:19 | **$100,000** |
| **Williamsburg** | **words** | 288:24 | **year** | 398:19 |
| 281:25 | 284:20 | 311:19 | 284:7 304:23 | **$15** |
| **window** | 296:15 | 313:12 | 311:15 | 333:22,24 |
| | | | 326:9 364:8 | **$2** |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006186

TX_00031544

USA_00021068

Case 2:13-cv-00193 Document 662-7 Filed on 11/11/14 in TXSD Page 15 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 180 of 221

Hearing - Volume 2                                    April 6, 2009

453

333:6,6
**$230,000**
260:14 303:8
**$49.1**
260:20 303:8
**$49.3**
259:20 260:2
260:13
262:23

---
**0**

**00019**
371:4
**0003**
373:4
**03**
403:12
**04**
263:17,24
282:15,18
283:1
**05**
396:17
**06**
263:18 264:1
264:4,6
392:2
396:17
**07**
392:2 396:18
396:25
**08**
377:1
**09**
283:12

---
**1**

**1**
260:15
267:15,16
272:1 279:5
279:6
368:25
**1st**
257:24
**1,000**
291:6

**1,181**
378:8
**10**
248:14
265:19,25
277:10
315:4
327:11
335:11
399:22
**1001**
403:11
**11**
261:9 262:1
294:7
**11th**
262:18
**1181**
372:22
380:22,24
**12**
261:9 375:6
375:10
**12/31/2012**
403:10
**13**
250:9
**14**
392:14
**14th**
332:17
**140**
369:8
**15**
247:21 251:2
268:5
296:15
322:10
**15th**
332:18 403:5
**1500**
325:11
**155**
371:18,19
**159**
400:11
**16**

328:20
349:13
364:25
375:11
384:2
396:21
**17**
261:5 278:21
278:22
**17th**
257:6
**17,366**
372:21 378:6
**17-millio...**
260:22
**18**
328:23
**1950**
302:13
**1964**
317:12 329:6
**1965**
255:15 390:3
**1972**
275:9 283:19
283:22
**1976**
278:20
**1979**
259:9 275:13
**1990**
317:6
**1990s**
317:17
**1994**
321:8
**1997**
365:17
390:13
392:14

---
**2**

**2**
247:7 307:13
309:13,17
322:6
367:21

374:18
401:9
**2,000**
394:22 395:6
395:19
**2.2**
371:10
**2.7**
314:19 316:2
**20**
254:15 268:5
302:7
**2000**
307:21
334:13
360:11
**2002**
305:17 307:7
321:11
**2004**
263:4 274:23
275:1,4
282:12
292:25
306:3 315:9
360:12
368:23
369:6
**2005**
281:14 334:2
360:1
**2006**
253:16 283:9
283:9 307:7
307:21
364:18
365:14,16
388:8 390:6
391:22,25
**2007**
266:23
364:11
365:1 367:9
388:10
391:1,23
**2008**
254:14 255:2
256:1 257:6

257:21,24
259:18
271:10,11
275:5,5
276:24
334:13,17
360:14,16
361:23
362:10
368:8,22
369:7,8,10
371:7
**2009**
247:10 262:1
262:18
294:7
307:18
**2012**
247:21 403:6
**209**
402:3
**230,000**
260:21
**24**
369:13
**24th**
329:14
**25**
268:23 282:5
289:5 325:9
328:15,16
385:2
**253**
291:14
**254**
275:23
**28**
314:18

---
**3**

**3rd**
248:7
**3,000-dollar**
276:6
**3.9**
368:11
372:20
378:3,4



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031545

USA_00021069

Case 2:13-cv-00193  Document 662-7  Filed on 11/11/14 in TXSD  Page 16 of 100
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-4  Filed 06/20/12  Page 181 of 221

Hearing - Volume 2                                          April 6, 2009

454

| | | | |
|---|---|---|---|
| 394:11,19 | **49.1** | 289:24 | 360:16 |
| **30** | 260:14 | **7.2** | **80,000** |
| 248:18,22,24 | **49.3-mill...** | 259:13 | 368:21 |
| 249:1 | 270:21 | **7:00** | **800** |
| 402:19 | | 401:2,2,2 | 298:4,11 |
| **30(f)(1)** | ___**5**___ | **70** | 379:12,12 |
| 402:15 | **5** | 360:13 | 379:16 |
| **30-minute** | 256:9 390:2 | **700,000** | 380:5 384:8 |
| 362:16 | **5,000** | 368:11 | **805** |
| **308** | 281:10 | **71** | 403:11 |
| 372:25 373:1 | **5.8** | 360:17 | **810,000** |
| 378:10 | 368:9 | 369:10 | 313:24 |
| **3200** | **50** | **713)524-4600** | **82** |
| 276:24 | 315:5 324:10 | 403:12 | 284:8 |
| **330579** | **525** | **720** | |
| 247:1 | 276:4 | 399:20 | ___**9**___ |
| **35** | **54** | **75** | **9** |
| 275:15 | 260:25 285:5 | 368:8 377:7 | 322:10,13 |
| **362** | 303:10 | **7500** | 365:2 |
| 248:3 250:18 | **57** | 370:25 371:1 | 371:12 |
| 254:6 | 322:9 360:12 | 371:8 | 385:4 |
| 304:12 | **58** | **7541** | **90** |
| 330:8 | 322:13 | 370:24 | 284:8 |
| 331:25 | | **76** | **900** |
| **3786** | ___**6**___ | 282:13 | 394:10,15 |
| 403:9 | **6** | **77002** | **92** |
| **394** | 247:10 402:3 | 403:11 | 368:17 |
| 394:12,15 | **6th** | **79** | 373:21,25 |
| 395:20 | 248:8 | 281:14 | 398:6,8 |
| | **6:55** | 282:19 | **94** |
| ___**4**___ | 326:3 | | 321:10 |
| **4th** | **60** | ___**8**___ | **97** |
| 263:4 | 302:13 391:3 | **8** | 370:2 392:9 |
| **40** | 391:5 | 328:21 | 393:21 |
| 250:14 | **600** | 368:19,19 | 396:16 |
| 394:15 | 276:23 | 369:12 | **98** |
| **409** | **65** | **8,000** | 352:7 |
| 370:24 371:1 | 369:12 | 275:23 | **98-year-old** |
| 371:15 | **66** | **8.3** | 352:1 |
| **42** | 360:13 | 394:12,20 | **99** |
| 369:11 | **67** | 395:4,20 | 325:11 356:3 |
| **45** | 360:11 | **8:00** | |
| 324:15 | | 270:25 401:2 | |
| 397:25 | ___**7**___ | **8:05** | |
| 398:1 | **7th** | 273:19 274:3 | |
| 399:23,23 | 248:8 | **80** | |
| 400:1 | **7-dollar** | 352:24 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031546

USA_00021070

404

330581 eb

TEXAS HOUSE OF REPRESENTATIVES

COMMITTEE MEETING ON ELECTIONS

APRIL 6, 2009

TRANSCRIBED ON APRIL 15, 2012



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006189

TX_00031547

USA_00021071

Case 2:13-cv-00193 Document 662-7 Filed on 11/11/14 in TXSD Page 18 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 183 of 221
Hearing - Volume 3                                                    April 6, 2009

405

1          CHAIRMAN SMITH:  At this time the Chair

2     calls Mary Scott, who is speaking on behalf of the

3     Associated -- American Association of Retired Persons of

4     Texas to testify against Senate Bill 362.

5          MS. SCOTT:  Thank you, Mr. Chairman, and

6     members of the committee.

7          My name is Mary Scott, and I am the AARP

8     Texas state president and a 44-year resident of Fed for

9     Texas in Tarrant County.

10         AARP is a nonprofit, nonpartisan

11    organization dedicated to addressing the needs and

12    interests of Americans age 50 and older.

13         AARP has 2.4 million members here in Texas,

14    and they vote in high numbers.  I've been a volunteer

15    with AARP for many years.  I've served on AARP's

16    National Policy Council and the National Board of

17    Directors.

18         I'm also a life-long Texan, and I'm old

19    enough to be a Texan who paid a poll tax for over a

20    decade when I first started voting.

21         I worked with members of my generation to

22    eliminate the poll tax, and we do not want to see

23    barriers erected to prevent people from voting, which

24    would replace those things we fought so hard to get rid

25    of.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031548

USA_00021072

Case 2:13-cv-00193   Document 662-7   Filed on 11/11/14 in TXSD   Page 19 of 100
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-4   Filed 06/20/12   Page 184 of 221
Hearing - Volume 3                                              April 6, 2009

406

1         Now, you might wonder why is AARP interested

2    in Texas' and other states' election laws.  So, I

3    especially appreciate the opportunity to speak with you

4    today about our interest in those laws.

5         AARP views the right to vote as the most

6    basic of rights and encourages steps to engage all

7    eligible voters in the process.

8         In spite of these efforts, voter turnout in

9    Texas remains alarmingly low.  In 2006, the last

10   gubernatorial election in Texas, only one in three

11   registered voters cast their vote.

12        In 2008, the last presidential election,

13   only 45 percent of the voting age population in Texas

14   cast their vote.

15        Now, given the low turnout rates in Texas

16   and across the United States, AARP would like to see law

17   makers do more to encourage participation in the whole

18   election process.

19        Older voters vote in disproportionately high

20   numbers.  About one half of the voters in the November,

21   2006 and in the recent presidential elections were over

22   the age of 50, and AARP believes fair and simple

23   procedures help to maintain this high level of

24   participation in the Democratic process.

25        AARP does not support procedures that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006191

TX_00031549

USA_00021073

407

1      reflect partisan bias or that permit arbitrary or

2      discriminatory reviews or voter challenges that may

3      discourage turnout by older voters.

4              Of particular concern today are efforts to

5      enact voter ID requirements.  AARP believes voter ID

6      laws, as enacted in other states, serve to discourage,

7      rather than encourage, participation of older voters in

8      the election process.

9              These requirements harken back to the days

10     before the Voting Rights Act when many people were

11     disenfranchised and they were barred from voting by

12     formal and informal measures, such as the poll taxes and

13     literacy tests.

14             At first glance, this type of voter ID law

15     that we're talking about may sound simple.  It may

16     appear harmless.  However, voter ID requirements pose a

17     real barrier for senior voters, who are our most

18     faithful voters.

19             It's not uncommon for birth certificates to

20     be lost and passports to expire.  Fire, a move, a

21     hurricane or misplaced documents can all result in the

22     absence of the numerous documents typically required by

23     voter ID laws in other states.

24             With a voter ID requirement in place, the

25     wait time required to replicate the documents could,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006192

TX_00031550

USA_00021074

Case 2:13-cv-00193  Document 662-7  Filed on 11/11/14 in TXSD  Page 21 of 109
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-4  Filed 06/20/12  Page 186 of 221
Hearing - Volume 3                                    April 6, 2009

408

1     even without the cost involved, disenfranchise a voter

2     who has the misfortune to be without a birth certificate

3     or passport shortly before an election.

4            Further, allowing alternate forms of ID does

5     not make voter ID less onerous.  Older citizens who are

6     living in a retirement or assisted living facility may

7     not even have an electricity bill or a phone bill in

8     their own names, and even if those documents are readily

9     available, people just don't carry them around in their

10    pockets.

11           But I think stories of real people make

12    cases and principles come alive, so, I want to tell you

13    about Antonio.  He's a 50 year old Katrina evacuee who

14    settled in Fort Worth, and his -- I want to tell you

15    about his nearly two-year odyssey to get a Texas state

16    issued photo ID.

17           Antonio had no idea what he was in for when

18    he first went to the closest Texas DPS office to get a

19    Texas state ID card.  He and his wife stayed in Fort

20    Worth after being evacuated before Katrina, and Fort

21    Worth is now home to them.

22           His ID ordeal started when he realized that

23    he should obtain a Texas state issued photo ID card just

24    before his Louisiana driver's license expired.  Little

25    did he know it would take an intelligent, educated 50



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006193

TX_00031551

USA_00021075

Case 2:13-cv-00193  Document 662-7  Filed on 11/11/14 in TXSD  Page 22 of 109
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-4  Filed 06/20/12  Page 187 of 221
Hearing - Volume 3                                    April 6, 2009

409

1    year old employed American citizen and veteran a year

2    and a half and many miles to get that increasingly

3    important state issued photo ID.

4            When Antonio first went to the DPS, he took

5    his still valid Louisiana issued state photo ID card,

6    his original Social Security card and his retired

7    military photo ID card issued by the U.S. government.

8            He waited in the usual lines only to be told

9    he didn't have the proper documentation of his identity.

10   I don't really think he had access to the Internet to

11   read those five pages on the DPS web site that tell you

12   what the requirements are.

13           Surprisingly, neither his Louisiana state

14   issued photo ID nor his Social Security card was

15   considered primary identification, nor are they

16   secondary identification.  In Texas, they are mere

17   support for identification.

18           Antonio's retired military photo ID card

19   apparently isn't any kind of identification at all as

20   far as Texas is concerned.

21           So, he was told to go on his way and return

22   when he had proper documentation.  Well, it took him

23   time to obtain his birth certificate from Georgia, where

24   he was born, and when he did get it, he walked back to

25   the same office with it, with his Louisiana photo ID,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006194

TX_00031552

USA_00021076

Case 2:13-cv-00193 Document 662-7 Filed on 11/11/14 in TXSD Page 23 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 188 of 221
Hearing - Volume 3                                        April 6, 2009

410

1    his original Social Security card and his retired U.S.

2    military photo ID.

3             Once again, he waited in line.  The clerk

4    carefully looked over his documents and then decided

5    that the last letter of his first name looked to her

6    like an A and not an O, even though the certificate was

7    describing the birth of a male child.

8             Discussion of all the different forms of ID

9    that he had ensued but in the end, it was clear no

10   amount of reasoning was going to convince the clerk that

11   this was actually his birth certificate.

12            The clerk did suggest that since he was a

13   veteran, he could use his military records.  So, getting

14   those military records took time.

15            When that one finally arrived, he walked

16   again back to the same DPS office with the military

17   records, his Louisiana photo ID, his original Social

18   Security card and his retired U.S. military photo ID

19   card and the certified copy of his birth certificate.

20            He thought this time would be it but in the

21   time it took him to get his military papers, the

22   driver's license division had changed their rules.

23   Military papers were not good enough.

24            This time the clerk's best suggestion to

25   Antonio was that he go to court and get his name changed



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031553

USA_00021077

Case 2:13-cv-00193  Document 662-7  Filed on 11/11/14 in TXSD  Page 24 of 109
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-4  Filed 06/20/12  Page 189 of 221
Hearing - Volume 3                                           April 6, 2009

411

1      to Antonia to match the clerk's opinion of the

2      handwriting -- the handwritten name on his birth

3      certificate.

4              So, he was again told to go away and return

5      when he had proper identification.  Well, he had finally

6      had enough and he asked to speak to the sergeant in

7      charge.

8              He was told the sergeant was not in that day

9      and again was told to return when he had proper

10     documentation.  Well, just then the sergeant walked in

11     the door.

12             A personal appeal from one veteran to

13     another resulted in a phone call, and he finally -- the

14     sergeant called Austin and he finally got a Texas ID.

15             I was struck by how easy it would be for a

16     clerk to turn away someone who had the same

17     circumstances that Antonio did or to turn them away

18     because they didn't think that the race or the gender or

19     the national origin looked good to them.

20             The issues being addressed in this

21     discussion are essentially an effort to strike a balance

22     between preventing election fraud and protecting and

23     maximizing our citizens' right to vote.

24             Where fraud exists, of course, it should be

25     prosecuted and punished but to date there's been little,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031554

USA_00021078

Case 2:13-cv-00193  Document 662-7  Filed on 11/11/14 in TXSD  Page 25 of 109
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-4  Filed 06/20/12  Page 190 of 221
Hearing - Volume 3                                             April 6, 2009

412

1      if any, evidence of such fraudulent activities.

2              Without that evidence in the Texas election

3      system, there's no justification to jeopardize senior

4      Texans' rights to vote.  Implementing new barriers to

5      voting, like voter ID requirements, seem to be a

6      solution in search of a problem.

7              We face some very serious challenges in

8      Texas today.  AARP has all of these pages of priority

9      bills.  We have a population -- a quarter of our

10     population who lack health insurance.  We have mounting

11     job losses.

12             And we would really like to see our

13     legislature use its time in Austin -- its limited time

14     on something that actually is an issue.

15             So, I urge the Texas legislature to address

16     the real issues facing Texas families and to address the

17     real challenges in our election system.

18             The right to vote, along with full and fair

19     representation in the election process, is the most

20     basic of all political rights and it should be

21     protected.

22             Many of those who will be disenfranchised by

23     this legislation are those who most depend on government

24     to protect their rights.

25             So, please help to protect their right to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006197

TX_00031555

USA_00021079

Case 2:13-cv-00193   Document 662-7   Filed on 11/11/14 in TXSD   Page 26 of 100
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-4   Filed 06/20/12   Page 191 of 221
Hearing - Volume 3                                        April 6, 2009

413

 1          vote for you and other elected officials who have the

 2          power to make such a difference in their lives.

 3                    Thank you.

 4                    CHAIRMAN SMITH:  Thank you, Ms. Scott.

 5                    I'm going to be especially nice to this

 6          constituent since she's -- I mean this witness since

 7          she's mine.

 8                    We thank you for taking the time to come

 9          down here today and share our views with the committee.

10                    I want to ask you a few questions.  I

11          presume -- and I don't expect you to have done this and

12          I'm presuming that a part of the mechanism by which you

13          determined the official position of the AARP of Texas

14          does not involve polling the 2.4 million members that

15          you have in Texas, is that fair?

16                    MS. SCOTT:  That's fair.  The association

17          does a lot of polling of our members and of the public

18          but I don't think that we've actually done a poll of our

19          membership in Texas.

20                    We are kind of like -- we're kind of in the

21          same situation you are.  They write to us.  We have had

22          responses since the Senate committee of the whole met

23          and all -- practically all those responses have been

24          positive about our presentation and the position we have

25          taken, and I think that's the situation you're often in.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006198

TX_00031556

USA_00021080

Case 2:13-cv-00193 Document 662-7 Filed on 11/11/14 in TXSD Page 27 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 192 of 221
Hearing - Volume 3                                          April 6, 2009

414

1     You're going to hear from them if they don't like what

2     you do.

3            CHAIRMAN SMITH:  Do you think it's possible

4     that if you were to poll the 2.4 million members in your

5     organization and ask them even the question which is not

6     necessarily at issue today and, that is, do you think

7     that a photo identification should be a requirement in

8     the State of Texas, do you think it's possible that a

9     majority of them would answer that question in the

10    affirmative?

11           MS. SCOTT:  I have no way of answering that

12    except to just say that the responses we have had since

13    the Senate action have indicated that we would probably

14    have them taking the same position we do but that's just

15    speculation.

16           CHAIRMAN SMITH:  Okay.  And the story

17    that -- again, you know, the story that you tell about

18    Antonio and his horrible experience with the Texas

19    bureaucracy is -- is -- is horrible, and I think

20    everybody on the committee here is sympathetic with the

21    situation that any Texan sometimes faces when they are

22    dealing with our bureaucracy in a variety of context

23    but, again, just as with the 98 year old woman and the

24    four star telegram where it is a wonderful illustration

25    of why I might disagree with some of my Republican



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031557

USA_00021081

415

 1     colleagues about a hard and fast photo identification

 2     requirement, it also embedded in the story indicated

 3     that Antonio had a Social Security card despite the fact

 4     that he was a hurricane victim and an evacuee, which

 5     would be -- you know -- which would be all that was

 6     required under this provision or this particular

 7     legislation to allow him to vote.

 8              And I think that's, again, an important

 9     distinction to make between the Indiana law and the law

10     that is before us tonight as proposed by the Senate.

11              Any questions, members?

12              Yes, Representative Brown.

13              REPRESENTATIVE BROWN:  Just one comment.  I

14     think Antonio's story just points to the fact that we

15     could -- we could pass the most perfect law in the world

16     but those people who are out there implementing, we're

17     dependent on them doing the right thing and, you know,

18     imperfect people make bad decisions sometimes.

19              You know, we have to depend on those people

20     out there to enforce our laws or to implement them, and

21     so, just because of this bad experience, regardless of

22     how bad it was, it doesn't necessarily mean that that's

23     something that we don't want to pursue but thank you for

24     coming.

25              CHAIRMAN SMITH:  Representative Dr. Allen.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031558

USA_00021082

Case 2:13-cv-00193 Document 662-7 Filed on 11/11/14 in TXSD Page 29 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 194 of 221
Hearing - Volume 3                                              April 6, 2009

416

1              REPRESENTATIVE DR. ALLEN:  Thank you, Mary,

2      for coming today and thank you for being up late with

3      us.  I know us AARP members go to bed at 10:00 o'clock.

4              MS. SCOTT:  Not these.

5              REPRESENTATIVE DR. ALLEN:  And your story of

6      Antonio was a very poignant story.  It happens all the

7      time, so, with that in mind, is the training and the

8      notice in the bill sufficient to assure older Texans to

9      be -- to make them aware of the new requirements?  Do

10     you think the training that they mentioned in the bill

11     and the notice and I think it goes out on the back of

12     the registration card?

13             MS. SCOTT:  I think we would still have

14     problems with that.  I'm not satisfied that that would

15     be enough to help people overcome the barriers.  We are

16     just opposed to erecting any more barriers to voting.

17             REPRESENTATIVE DR. ALLEN:  What do you think

18     would be a barrier for a senior citizen or older citizen

19     to get an ID, other barriers, say, for example, like

20     Antonio?

21             MS. SCOTT:  Well, I think you're looking at

22     people who may not have transportation to go and get

23     that first photo ID if they don't have it.  They may no

24     longer be driving.

25             I think we're probably looking at a fair



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031559

USA_00021083

Case 2:13-cv-00193   Document 662-7   Filed on 11/11/14 in TXSD   Page 30 of 109
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-4   Filed 06/20/12   Page 195 of 221
Hearing - Volume 3                                        April 6, 2009

417

 1    size population who find even -- you know, this still

 2    would be expensive for them if they had to get their

 3    birth certificate, if they had to pay for that ID,

 4    although I know it's a reduced rate when you're over 65,

 5    I believe it is, but we still feel that there would be

 6    particular barriers for people who are older.

 7              REPRESENTATIVE DR. ALLEN:  Okay.  I'll even

 8    go to the Medicare card, which was one of the forms of

 9    identification that you can use.  Does Texas issue a

10    Medicare card?

11              MS. SCOTT:  Well, the Medicare card comes

12    from the U.S. government, just like your Social Security

13    card does.

14              REPRESENTATIVE DR. ALLEN:  One of the other

15    things, do all Social Security recipients get their

16    Social Security check in the mail?  I don't.

17              MS. SCOTT:  No.  I -- at one time, I think

18    there -- I'm not sure whether this actually happened.

19    There was a proposal that they could no longer receive

20    them by mail.

21              REPRESENTATIVE DR. ALLEN:  Right.

22              MS. SCOTT:  But many of us do not get them

23    by mail.

24              REPRESENTATIVE DR. ALLEN:  They go straight

25    into their account.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006202

TX_00031560

USA_00021084

Case 2:13-cv-00193 Document 662-7 Filed on 11/11/14 in TXSD Page 31 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 196 of 221
Hearing - Volume 3                                        April 6, 2009

418

1           MS. SCOTT:  They go straight -- direct
2      deposit and special accounts were set up so those people
3      had access to that much banking.
4           REPRESENTATIVE DR. ALLEN:  Do you have
5      knowledge to other states who implemented the photo ID
6      and some of the problems they may be having?
7           MS. SCOTT:  Personally, I have not been
8      involved in that but I do know which states AARP has
9      litigation or been active with.  We did file a brief in
10     the Indiana case.  We -- our litigation unit has served
11     as co-counsel in the Georgia and Arizona cases and filed
12     Amicus briefs in Missouri and Michigan cases.
13          So, AARP's litigation department has been
14     quite involved in those states, and I'm sure that there
15     was advocacy action, too, as those proposals came up in
16     the legislatures.
17          REPRESENTATIVE DR. ALLEN:  I heard you
18     mention the -- both persons residing in a nursing
19     home --
20          MS. SCOTT:  Uh-huh.
21          REPRESENTATIVE DR. ALLEN:  -- may or may not
22     have a utility bill.  They do not have a utility bill
23     because their utilities are covered under their rents or
24     whatever they pay, am I right?
25          MS. SCOTT:  That's right.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031561

USA_00021085

Case 2:13-cv-00193   Document 662-7   Filed on 11/11/14 in TXSD   Page 32 of 109
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-4   Filed 06/20/12   Page 197 of 221
Hearing - Volume 3                                      April 6, 2009

419

1                    REPRESENTATIVE DR. ALLEN:  That's not a --

2                    MS. SCOTT:  And they may not even have phone

3          service.

4                    REPRESENTATIVE DR. ALLEN:  That's true.

5                    MS. SCOTT:  And someone who is perhaps on

6          Medicaid would not have the money to pay for a money.

7                    REPRESENTATIVE DR. ALLEN:  Absolutely.

8          Absolutely.  Because some of those checks are pretty

9          small, aren't they?

10                   MS. SCOTT:  They are.

11                   REPRESENTATIVE DR. ALLEN:  They are.  Mine

12         is $62.

13                   CHAIRMAN SMITH:  Ms. Scott, does every

14         senior citizen -- everyone over 65 receive a Medicare

15         card?

16                   MS. SCOTT:  You know, I'm not sure.  I know

17         you have to apply for it.

18                   CHAIRMAN SMITH:  Okay.

19                   MS. SCOTT:  So, if you don't apply, you

20         wouldn't have it.  So, I wouldn't know what the

21         percentages are on those --

22                   CHAIRMAN SMITH:  That do not apply?

23                   MS. SCOTT:  Who do not apply.  It's a very

24         small percentage who do not apply or who do not apply

25         for Social Security.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006204

TX_00031562

USA_00021086

Case 2:13-cv-00193 Document 662-7 Filed on 11/11/14 in TXSD Page 33 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 198 of 221
Hearing - Volume 3                                    April 6, 2009

420

1          CHAIRMAN SMITH:  Sure.  And, you know.  I'm
2     trying to imagine -- while I presume there are a number
3     of situations where we can point to individuals who do
4     not have some form of photo identification on the list,
5     I don't know that that really is fair because I think
6     the question is how many do not have any form of
7     identification on the list, and you would agree with me
8     that insofar as we're talking about people in nursing
9     homes, et cetera, who may not get a water bill or an
10    electric bill, you don't -- do you know of any that do
11    not have a Medicare card?
12          (Inaudible.)
13          MS. SCOTT:  Unless -- unless the teacher
14    themselves paid into Social Security or their spouse
15    did.
16          (Inaudible.)
17          MS. SCOTT:  That's the Social Security.
18    However, they're eligible for the Medicare benefits
19    under the spouse's record.
20          CHAIRMAN SMITH:  So, they do get Medicare.
21    Everybody over 65 is entitled to get Medicare --
22          MS. SCOTT:  That's right.
23          CHAIRMAN SMITH:  -- to the extent that they
24    apply?
25          MS. SCOTT:  That's right.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006205

TX_00031563

USA_00021087

Case 2:13-cv-00193 Document 662-7 Filed on 11/11/14 in TXSD Page 34 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 199 of 221
Hearing - Volume 3                                     April 6, 2009

                                                              421

1                    CHAIRMAN SMITH:  Is that right?  Okay.  And
2          that is one of the things you can add in addition to
3          your voter's registration card.
4                    (Inaudible.)
5                    CHAIRMAN SMITH:  Not Social Security.
6                    UNIDENTIFIED SPEAKER:  But you get Medicare.
7                    CHAIRMAN SMITH:  Not Social Security.
8          Different than Medicare.
9                    MS. SCOTT:  Yeah.  Now teachers -- in fact,
10         we were doing that before I retired -- pay in to
11         Medicare, which makes them eligible to receive Medicare
12         benefits.  It's not just on the spouse record, although
13         many of them are.  They pay the Medicare tax, so, they
14         can receive the benefit.
15                   CHAIRMAN SMITH:  Do you know any senior
16         citizen who does not have any of the documents in
17         addition to the voter registration card listed among the
18         non -- nonphoto identification documents that would be
19         allowed under this law?
20                   MS. SCOTT:  Personally, I don't.  You know,
21         you and I live in a very nice area.  Most of my friends
22         are not some of the ones that we're concerned about in
23         other areas.  And so, I think I just safely could not
24         say that.
25                   I do know some people who are no longer able



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031564

USA_00021088

Case 2:13-cv-00193   Document 662-7   Filed on 11/11/14 in TXSD   Page 35 of 100
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-4   Filed 06/20/12   Page 200 of 221
Hearing - Volume 3                                                    April 6, 2009

422

```
 1      to drive and who don't hear well.  And so, those people

 2      may no longer have what we consider the main photo ID.

 3              CHAIRMAN SMITH:  And with regard to that

 4      category of senior citizens that are past the driving

 5      phase, I presume a large number of those people are

 6      already voting, to the extent that they do vote, by

 7      absent ballot, is that fair?

 8              MS. SCOTT:  Yes, unless they get someone to

 9      take them to the polls.

10              CHAIRMAN SMITH:  Right.  And you do

11      understand that there's nothing in this law that changes

12      the requirements for absentee ballots?

13              MS. SCOTT:  Right.

14              CHAIRMAN SMITH:  Do you understand that?

15              MS. SCOTT:  I guess I do.  I've read the

16      bill but I'm not just familiar with --

17              CHAIRMAN SMITH:  I'm representing to you

18      that doesn't change at all.

19              MS. SCOTT:  I accept.

20              CHAIRMAN SMITH:  Who's next?  Representative

21      Anchia?  Representative Helfin?

22              REPRESENTATIVE HELFIN:  Yes, ma'am.  If

23      there was provisions here -- first, let me ask this

24      question:  And our population seems to be -- our

25      youngers are getting older and our olders are getting
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031565

USA_00021089

Case 2:13-cv-00193   Document 662-7   Filed on 11/11/14 in TXSD   Page 36 of 100
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-4   Filed 06/20/12   Page 201 of 221
Hearing - Volume 3                                              April 6, 2009

423

1      younger.  Most people 65 and younger these days would

2      have some form of identification.  Would that be a fair

3      statement?

4                MS. SCOTT:  I think that would be true.  I

5      think we would still have some cases where the

6      identification might be questioned, like if you have

7      people who have become homeless.

8                REPRESENTATIVE HELFIN:  The gentleman you

9      mentioned, some problem?

10               MS. SCOTT:  Yeah, some problem like that.  I

11     don't have any idea how many of those there are.

12               REPRESENTATIVE HELFIN:  So, if there was a

13     provision that exempted people born after 1944, which

14     would be basically 65, would that be a provision that we

15     could work with the older population?  And we want to

16     make sure we guaranty their right to vote because my dad

17     fought in World War II, and I think that was very

18     important to him.

19               MS. SCOTT:  Well, my concern there would be

20     how would you find out how old they actually are --

21               REPRESENTATIVE HELFIN:  That's true.

22               MS. SCOTT:  -- without requiring some

23     identification?

24               REPRESENTATIVE HELFIN:  Maybe an affidavit

25     or something.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031566

USA_00021090

Case 2:13-cv-00193  Document 662-7  Filed on 11/11/14 in TXSD  Page 37 of 109
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-4  Filed 06/20/12  Page 202 of 221
Hearing - Volume 3                                          April 6, 2009

424

1              MS. SCOTT:  So, it seems to me you still
2    would require some identification or some manner of
3    determining the age if you're going to place it on that
4    basis.
5              REPRESENTATIVE HELFIN:  Okay.  But that
6    would be a consideration we should probably look at,
7    would you -- would you agree with that statement?
8              MS. SCOTT:  Well, I hate to dictate to you
9    what you need to look at.
10             REPRESENTATIVE HELFIN:  Agree with.  Thank
11   you.
12             CHAIRMAN SMITH:  Representative Anchia, did
13   you have questions?
14             REPRESENTATIVE ANCHIA:  No.
15             CHAIRMAN SMITH:  Any questions from any
16   members?
17             Okay.  We're going to let you off easy.
18             MS. SCOTT:  Fine.  Thank you.
19             CHAIRMAN SMITH:  I hope you're not driving
20   back tonight.
21             MS. SCOTT:  Not tonight.
22             CHAIRMAN SMITH:  Good.  You all drive
23   safely.
24             MS. SCOTT:  Thank you.
25             CHAIRMAN SMITH:  All right.  At this time



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031567

USA_00021091

Case 2:13-cv-00193   Document 662-7   Filed on 11/11/14 in TXSD   Page 38 of 109

                                                                    425

1              the Chair calls Gary Bledsoe, who is authorized to speak

2              on behalf of the Texas NAACP, and is testifying against

3              Senate Bill 362.

4                       MR. BLEDSOE:  Mr. Chairman, how are you?

5                       CHAIRMAN SMITH:  I'm doing fine.  How are

6              you?

7                       MR. BLEDSOE:  Pretty good.  Thank you very

8              much.

9                       CHAIRMAN SMITH:  Please state your name and

10             who you represent.

11                      MR. BLEDSOE:  My name is Gary Bledsoe.  I

12             represent the NAACP of Texas.

13                      CHAIRMAN SMITH:  Okay.  Thank you.  Please

14             proceed.

15                      MR. BLEDSOE:  Okay.  Thank you.

16                      I'd like to commend the members of the

17             committee for spending a great deal of time on this

18             issue.

19                      I'd like to give a bit of background about

20             the NAACP so you will understand more so what our

21             position is and how we've arrived at our position.

22                      You know, we're a nonpartisan organization.

23             We try to get both parties to compete for the African

24             American vote.  That's essentially what our mission is.

25                      And, you know, back years ago when Steve



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031568

USA_00021092

Case 2:13-cv-00193  Document 662-7  Filed on 11/11/14 in TXSD  Page 39 of 100
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-4  Filed 06/20/12  Page 204 of 221
Hearing - Volume 3                                          April 6, 2009

426

1       Rowlands had introduced a bill that required various

2       requirements regarding absentee ballots, we were very

3       much opposed to that.  We gave testimony against that

4       legislation.

5                    We knew that it was going to end up being a

6       real nightmare for African Americans and Latinos, and it

7       ended up being just that, and I would put this bill in

8       the same category as we do the Rowlands bill.

9                    I think in understanding that dynamic in why

10      we feel the way that we do, we have to look at the

11      history, even the recent history of the African American

12      vote throughout the State of Texas.

13                   What we've done, knowing that the Voting

14      Rights Act was going to be up for extension three years

15      ago, we held a number of hearings around the state to

16      identify voting irregularities and issues relating to

17      voter intimidation.

18                   And also during each election cycle, we have

19      a statewide election hotline where we have lawyers and

20      law students that man the -- that man or person the line

21      to handle issues that arise around the state.

22                   And let me say very clearly, there -- there

23      are enormous problems relating to intimidation of

24      African American voters that continue to happen.  I want

25      to describe some of those for you because I think



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006211

TX_00031569

USA_00021093

Case 2:13-cv-00193   Document 663-7   Filed on 11/11/14 in TXSD   Page 40 of 100
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-4   Filed 06/20/12   Page 205 of 221
Hearing - Volume 3                                            April 6, 2009

427

1          they're -- they're important.

2                    If we look, for example, in -- and we've

3          seen hate crimes in Wharton County where individuals who

4          happen to be Anglo elected officials supporting African

5          American sheriff's candidate had their home burned down

6          simply because they were supporting the African American

7          candidate, and received a number of hate calls.

8                    We have a number of instances in various

9          counties where individuals were registered to vote and

10         were not allowed to vote, were not given provisional

11         ballots.

12                   We have had a number of instances where

13         individuals were wrongfully purged from rolls.  We've

14         had a number of instances where individuals were

15         directed to the wrong polling places so that they would

16         not ultimately be able to vote.

17                   We've had a number of instances where

18         individuals -- this past election in Bell County in

19         particular, there were a number of conflicts between

20         individual voters and individuals who were running the

21         actual polling sites.

22                   I know that state law changed the way that

23         individuals are selected to run and handle different

24         polling location has been changed and there has been

25         some serious animosity in a number of communities



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031570

USA_00021094

Case 2:13-cv-00193 Document 662-7 Filed on 11/11/14 in TXSD Page 41 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 206 of 221
Hearing - Volume 3                                        April 6, 2009

428

 1          between those individuals running the polling sites and

 2          African American voters, and we are very concerned with

 3          all of this information.

 4                  And there's just -- there's just so much

 5          more, you know, with the use of police, the use of

 6          mailboxes and putting intimidation mailers in individual

 7          mailboxes in Tarrant County, saying if you show up to

 8          vote, we're going to have you arrested if there's an

 9          outstanding warrant, giving people misinformation about

10          whether a person who has served their time on a felony,

11          whether parole or probation, when they're off time,

12          you're able to vote in Texas, with putting

13          misinformation in mailboxes.  It goes on and on.

14                  And one of the problems we've had at a

15          number of polling sites is that in minority polling

16          sites, there are too few ballots that are actually

17          given, and so, you find when there are too few ballots

18          and there are not enough polling stations at the polling

19          sites, this causes lines to be very long.

20                  And we know that when you have a community

21          of working persons that that community doesn't have

22          indefinite periods of time in which to be there and to

23          vote, and so, therefore, when they're there, if it takes

24          more time, then that's going to be problematic.

25                  And one thing that is absolutely clear is



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006213

TX_00031571

USA_00021095

Case 2:13-cv-00193  Document 662-7  Filed on 11/11/14 in TXSD  Page 42 of 100
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-4  Filed 06/20/12  Page 207 of 221
Hearing - Volume 3                                                                    April 6, 2009

429

```
 1          that when you require each person to come up with some
 2          kind of identification, that's going to require a lot
 3          more time.
 4                    We're not convinced that there is a problem.
 5          You know, when I looked at the -- the Bowl analysis with
 6          this legislation, the Bowl analysis said that the
 7          problem that we're trying to correct is that with voter
 8          registration, there's no requirement for identification,
 9          so, this lends itself to a potential problem with actual
10          voting.
11                    So, I said, well, if the problem is with
12          voter registration, why not look to fix the problem at
13          that level, like Dr. Allen mentioned earlier with voter
14          registration because once you require this kind of voter
15          identification, you're going to have to have it every
16          single election.
17                    And I can just wonder how negative of a --
18          this will impact the African American vote with election
19          officials who don't have their best interest at heart
20          being given the power and authority to make the
21          judgments about whether or not they are entitled to
22          vote, whether it's a difference in just one letter in
23          the name, whether someone is not being able to read your
24          handwriting.
25                    And I know one of the things I heard earlier
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031572

USA_00021096

Case 2:13-cv-00193 Document 662-7 Filed on 11/11/14 in TXSD Page 42 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 208 of 221
Hearing - Volume 3                                    April 6, 2009

430

1    was about well -- and I guess with Florida, if you check

2    the handwriting and if the handwriting turns out to be

3    okay, then you allow the individual to vote.  Well, you

4    know, we don't have individuals who are trained as

5    handwriting -- forensic handwriting analysts.  So, we

6    have lay people that are going to make decisions about

7    whether the handwriting is correct.  I think that's ripe

8    with potential problems.

9           You know, it reminds me kind of in Venezuela

10   when I went down as an official election observer in

11   those elections, they had these kinds of processes, and

12   I was thinking we shouldn't be moving where they are,

13   they should be moving towards where we are but -- and it

14   was a very intimidating experience to see the kinds of

15   things that they actually did there in their elections.

16          But when we -- when I sat down and I went

17   through the bill to look at what was in the bill that

18   would be problematic, and there's a great deal in the

19   bill that would be problematic.

20          Number one, the wording of the affidavit

21   would be intimidating to many people because you're

22   making some very strong statements because sometimes

23   people are wrongfully purged.  Sometimes maybe there's a

24   mistake but the way the affidavit has to be written, you

25   have to state that you are registered to vote there and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

**ESQUIRE**
DEPOSITION SOLUTIONS

TX_00031573

USA_00021097

Case 2:13-cv-00193 Document 662-7 Filed on 11/11/14 in TXSD Page 44 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 209 of 221
Hearing - Volume 3                                    April 6, 2009

431

1     you authorize a vote in that election, and in the hands

2     of the wrong kind of district attorney or what have you,

3     that could be a serious problem.

4                 Secondly, I think that when we look at the

5     types of identification that are required, especially

6     the alternative identification, really both kinds, I

7     think we find that in terms of the photo IDs that are

8     allowed that will allow someone to vote, those seem to

9     be biased towards members who are conservative voters.

10                The types of identification that many of the

11    people that we're seeking to represent and to say that

12    they should be able to vote and not have additional

13    impediments placed between them and voting, those types

14    of identification are not there.  So, it seems as though

15    there is a design in how this is actually written for

16    that to be problematic.

17                I think, too, in looking at the bill, the

18    bill could have -- well, I think -- my time is about to

19    expire here but let me say that very clearly I don't

20    think there's any doubt that this bill will undermine

21    the African American voter.

22                I think if this bill is adopted, I don't

23    know what the future would hold except I can say I feel

24    very clearly that the NAACP would file an objection with

25    the Department of Justice, and I can't say that things



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031574

USA_00021098

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 45 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 210 of 221
Hearing - Volume 3                                        April 6, 2009

432

1     would be different at this Department of Justice but I

2     do know that -- that when the judger law was pre

3     cleared, it went through the Bush Department of Justice

4     and, you know, sadly, all of the Department of Justices

5     that have happened before, whether it was under Reagan,

6     Bush or Clinton or what have you, there seemed to be

7     certain things that were within a safe area that people

8     didn't seem to tread upon, that seemed to say this is

9     what American -- what we expect but I think in the Bush

10    Justice Department, that completely changed and even

11    issues such as the Texas Congressional Restricting Plan

12    that was pre cleared and there really wasn't a basis for

13    that.

14          So, I'm hoping now that the Justice

15    Department will give a lot more objective and thorough

16    look at it.  I realize that if this passes and goes up

17    to the Supreme Court, it will probably be a 5/4 vote.  I

18    think we probably all understand that but I think that

19    this is clearly distinguishable from the Indiana

20    situation.  Texas is a Section 5 state.

21          Thank you.

22          CHAIRMAN SMITH:  All right.  You know, you

23    mentioned and so many witnesses have mentioned this

24    question about ballot names being misspelled and so

25    forth, so, after he finishes, I'd like to have Ms.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031575

USA_00021099

Case 2:13-cv-00193  Document 662-7  Filed on 11/11/14 in TXSD  Page 46 of 109
Case 1:12-cv-00128-RMC-DST-RLW  Document 213-4  Filed 06/20/12  Page 211 of 221
Hearing - Volume 3                                          April 6, 2009

433

1      McGeehan come up and I want to ask her some questions

2      about that.

3              I believe Representative Hochberg maybe even

4      filed a bill that you testified on earlier this session,

5      so, if you can recall that testimony, I want to ask

6      questions about that.

7              Okay.  Now, I'm starting the clock on your

8      question period, which we'll be glad to extend as

9      necessary.

10             MR. BLEDSOE:  Thank you, sir.

11             CHAIRMAN SMITH:  The -- when you talk about

12     false information being put in African Americans'

13     mailboxes about when to vote or where to vote or, you

14     know, a fewer numbers of voting apparatus or whatever it

15     was that caused longer lines in certain voting places

16     than other voting places, I mean, it surely --

17     hopefully -- tell me I'm not wrong -- I mean, there's

18     some -- if that's happening, to the extent that there

19     are longer lines where you vote than where -- where

20     Anglos vote in my area, is there not recourse available

21     to you to the extent that this is happening on a regular

22     basis to do something about it?

23             MR. BLEDSOE:  The -- there -- there is not

24     adequate resource -- recourse in terms of how things

25     must take place.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031576

USA_00021100

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 47 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 212 of 221
Hearing - Volume 3                                    April 6, 2009

434

1          For example, if -- if it involves a specific

2     election, you are going to have to show, if the election

3     has already been completed, that the election outcome

4     would have been different if things had been provided

5     for that particular election precinct.

6          I think that in terms of -- if -- if it is

7     ongoing, it's going to require money, it's going to

8     require someone to be able to get a lawyer and go and

9     file a lawsuit and get a judge to extend the time that

10    the polling place is going to be open, requiring an

11    election official to send more ballots over, to give

12    more polling sites.

13          So, that's something that not everyone has

14    the ability to do.  That's something that's very

15    difficult and complicated.  You've got to have a good

16    judge.  You've got to have resources.  I think those

17    things clearly would violate the law but, you know, one

18    of the things that you have to prove and many of the

19    laws that are on the books is that these were

20    intentionally decisions by officials and not just a --

21    something that might have been a mistake, and that is a

22    problem as well.

23          CHAIRMAN SMITH:  Are you or are you not --

24    I'm not clear really on this.  Are you saying that you

25    believe that on average the lines in voting places are



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031577

USA_00021101

Case 2:13-cv-00193   Document 662-7   Filed on 11/11/14 in TXSD   Page 48 of 109
Case 1:12-cv-00128-RMC-DST-RLW   Document 213-4   Filed 06/20/12   Page 213 of 221
Hearing - Volume 3                                          April 6, 2009

435

1          longer in primarily African American voting districts

2          than they are in primarily Anglo voting districts and on

3          average that is generally true and there hasn't been

4          anything that you all have been able to do about it?

5          Are you saying that or not?

6                    MR. BLEDSOE:  I'm not saying on average but

7          I'm saying that the polling places -- and there have

8          been quite a few where there have been identified

9          problems with -- let's just say long lines or problems

10         with -- with not having enough ballots or enough

11         facilities, those are almost all in minority communities

12         but I haven't done some kind of, you know, analysis of

13         the state to say on the average because that's probably

14         only, you know, 10 percent of the precincts but that's

15         enough of a number to really cause us a great concern.

16                   CHAIRMAN SMITH:  And my question is whether

17         people in good faith are attempting to provide adequate

18         equipment and that there are a percentage of precincts

19         where for whatever reason there's too few polls and,

20         therefore, longer lines but that that occurs in the same

21         proportion in Anglo districts for the very same reason

22         or -- or are you alleging that on average it happens to

23         African American communities more often than it does in

24         other communities?

25                   MR. BLEDSOE:  What I'm saying is I think



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006220

TX_00031578

USA_00021102

Case 2:13-cv-00193 Document 662-7 Filed on 11/11/14 in TXSD Page 49 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 214 of 221
Hearing - Volume 3                                           April 6, 2009

436

1     that it does happen in African American communities much

2     more often than it does in other communities o the

3     extent it does happen in other communities.

4           So, I think there is some design behind it,

5     some intent because, you know, they usually occur when

6     there's a big election and there's a desire to suppress

7     the minority vote, and I wish that were not true but I

8     think it's pretty clear that that's where it happens,

9     when it happens and that's why it happens.

10          CHAIRMAN SMITH:  Okay.  Representative Dr.

11    Allen.

12          REPRESENTATIVE DR. ALLEN:  Thank you, Mr.

13    Bledsoe.  Before I ask you a couple of questions here, I

14    just wanted to say yes, it happens in our communities,

15    and I made myself a committee of one.  I went to the

16    polling place every day.  The first day there were a

17    very insufficient number of voting machines there and at

18    least half of those were not functioning.

19          And so, what I did, maybe something you can

20    do, is I called the election office and I called the TV

21    channel, and it wasn't long before the TV channels were

22    there and it wasn't long before the machines were fixed

23    and they had more machines out there.  So, we'll just

24    have to watch it ourselves.

25          MR. BLEDSOE:  But, of course, not everyone,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006221

TX_00031579

USA_00021103

Case 2:13-cv-00193 Document 662-7 Filed on 11/11/14 in TXSD Page 50 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 215 of 221
Hearing - Volume 3                                          April 6, 2009

437

1      Dr. Allen, has a state representative that has a PhD

2      that lives in their community who is going to be able to

3      do that and has a responsive media.

4              REPRESENTATIVE DR. ALLEN:  Okay.  You call

5      me, I'll come to yours.

6              UNIDENTIFIED SPEAKER:  Nor should they have

7      to.

8              REPRESENTATIVE DR. ALLEN:  That's right.

9              Now, you've heard a lot today about voting,

10     and I know you would know this but I really wanted to

11     put this on the table about the Voting Rights Act.

12     You've heard it said that we no longer need that.  After

13     hearing all of the information you heard today, the

14     witnesses, what do you say to that?  What's your

15     position on that, that we no longer need the Voting

16     Rights Act?

17             MR. BLEDSOE:  Well, that's one thing, Dr.

18     Allen, we did when we conducted all those hearings

19     around the state because we knew the Voting Rights Act

20     was going to be up for reauthorization.  So, we did

21     extensive hearings at court reporters and had

22     transcripts and we ended up doing executive summaries

23     and all that and we went to DC and we went to visit

24     Senator Hutchison and Senator Cornyn to try to make sure

25     they voted the right way on those issues.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031580

USA_00021104

Case 2:13-cv-00193 Document 662-7 Filed on 11/11/14 in TXSD Page 51 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 216 of 221
Hearing - Volume 3                                April 6, 2009

438

1              And at one point, Senator Cornyn was
2      actually opposed to the reauthorization of the act
3      and -- and I won't say that it was based on our meeting
4      but after we had met with him, we took about 30 or 40
5      people with us and presented him with the information.
6      He did change his vote and the act passed the next day.
7              So, we were very glad to see that but we
8      did -- from what I've seen from personal experience and
9      from what we've garnered as an organization through our
10     many pinnacles added to the community, we have some
11     serious problems in Texas and people haven't really just
12     acquiesced in the idea that minorities should be able to
13     vote.
14             And we keep saying if you give minorities a
15     chance, you go out and give them something to consider,
16     people will be very fair in how they give out their vote
17     but when you do things that undermine the minority
18     communities' interest, you will antagonize the minority
19     community and -- but we continue to see things that
20     happen like that because I think this bill is widely
21     seen in that same way.
22             If you listen to an African American talk
23     show tomorrow and the bill is discussed, you're going to
24     hear that's the general sentiment in the community.
25             REPRESENTATIVE DR. ALLEN:  Absolutely.



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006223

TX_00031581

USA_00021105

Case 2:13-cv-00193 Document 662-7 Filed on 11/11/14 in TXSD Page 52 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 217 of 221
Hearing - Volume 3                                    April 6, 2009

439

1          Now, you told some very pungent stories

2    about voter suppression and -- but I know you can go a

3    little further back.  I really want everyone in this

4    room to know the kinds of things that minorities have

5    gone through just to be able to vote.

6          We didn't even talk about women not being

7    able to vote.  Of course, when women got their right to

8    vote, you remember black women were not allowed to vote.

9          And so, I know that all of you heard the

10   famous statement, "Ain't I a woman, too," came from the

11   rights for minority women to vote.

12         The -- when (Inaudible) who walked and

13   protested with the women who could not vote and when

14   they decided that they could go into the continental

15   congress, they said white women can come in but the

16   black women could not come in.

17         So, that's when you hear that famous

18   statement, "Well, ain't I a woman, too?  I born nine

19   children," et cetera, et cetera.  You know the story and

20   that's the history of that.

21         So, I wanted you to talk about voter

22   suppression.  How many beans in a jar?  Can you come up

23   with others?  I can.  I wanted to give you that

24   opportunity.

25              MR. BLEDSOE:  Oh, there are a number of



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031582

USA_00021106

Case 2:13-cv-00193 Document 662-7 Filed on 11/11/14 in TXSD Page 53 of 109
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 218 of 221
Hearing - Volume 3                                        April 6, 2009

440

 1    examples of voter suppression that I can give you that

 2    have occurred even -- even recently that really are

 3    problematic and, you know, the -- the voter suppression

 4    that we've seen involves again -- you heard Judge

 5    Charleston talk about the Waller County situation.

 6              REPRESENTATIVE DR. ALLEN:  Yes.

 7              MR. BLEDSOE:  And that's a perfect example

 8    because in Waller County, you have the missing

 9    registration applications and also in Waller County,

10    besides the missing registration applications, that

11    General Abbott did, ultimately, it was after the

12    election and it didn't affect the outcome of the

13    election but I think they ultimately were processed and

14    I think it was through the AG's office that they were

15    processed and that's where my comment came from but that

16    was in the context of there being -- there were ballot

17    boxes from Prairie View that were taken in plain view,

18    and some of the students I met with that actually filmed

19    they being pain in plain view illegally by officials

20    that were not official county officials in the middle of

21    the day and no consequence occurring with that, the

22    continued -- you know, the indictment of African

23    American elected accounted officials there, the Grand

24    Jury investigations of other elected officials there,

25    the idea that you cannot vote, the whole idea with their



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031583

USA_00021107

Case 2:13-cv-00193 Document 662-7 Filed on 11/11/14 in TXSD Page 54 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 219 of 221
Hearing - Volume 3                                        April 6, 2009

441

 1      (inaudible) situation in 1991 wasn't sufficient where

 2      this had to -- had to occur.

 3                  And the NAACP was one of the plaintiffs in

 4      the lawsuit to address that situation in Prairie View,

 5      and that's -- so, that was clearly done by design.

 6                  And with -- Chairman Smith asked about it

 7      earlier and we talked a little bit more about that

 8      situation in Tarrant County because what happened there

 9      was there was an African American newspaper that

10      apparently worked something out with a campaign, and the

11      campaign featured this idea about what's going to happen

12      to you if you show up and vote and if you're -- and it

13      gave the misinformation about if you're a felon and it

14      said that if you have an outstanding warrant, you're

15      going to be arrested, and they actually positioned off

16      duty police officers.

17                  They mentioned this in the newspaper article

18      that was placed in the mailboxes, and I think it was

19      probably illegal but they actually then went out and

20      hired off duty police in uniform and had them positioned

21      around minority polling places.  And so, that was very

22      intimidating when that occurred.

23                  REPRESENTATIVE DR. ALLEN:  Correct.

24                  MR. BLEDSOE:  And --

25                  UNIDENTIFIED SPEAKER:  Has that conducted



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 662-7 Filed on 11/11/14 in TXSD Page 55 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 220 of 221
Hearing - Volume 3                                          April 6, 2009

442

1      been prosecuted?

2                    MR. BLEDSOE:  Was that actually prosecuted?

3                    UNIDENTIFIED SPEAKER:  Yes.

4                    MR. BLEDSOE:  Not to my knowledge, I don't

5      believe it was.

6                    UNIDENTIFIED SPEAKER:  Do you know the

7      extent to which any of these activities have been

8      prosecuted in the state?

9                    MR. BLEDSOE:  Well, in the Wharton County

10     situation, that one was kind of ironic because the

11     authorities actually turned it on the African American

12     sheriff's candidate and were actually looking at him

13     and, ultimately, he was not prosecuted but his name was

14     C. G. McElwain, and they actually started looking at him

15     for burning down his own supporter's home and then

16     acting as if he had done a publicity stunt.

17                   Well, we had to -- we had to send down a

18     team of individuals on election day to be there and be

19     available.  We ended up running out of ballots in the

20     black community that day in Wharton County.

21                   UNIDENTIFIED SPEAKER:  And if someone were

22     to say to you that those activities that you're

23     describing that are intended to intimidate, et cetera,

24     voters from voting do not occur because they have not

25     been prosecuted, you wouldn't be impressed with that



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006227

TX_00031585

USA_00021109

Case 2:13-cv-00193 Document 662-7 Filed on 11/11/14 in TXSD Page 56 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 213-4 Filed 06/20/12 Page 221 of 221
Hearing - Volume 3                                      April 6, 2009

443

1    argument, would you?

2            MR. BLEDSOE:  Well, again, I understand the

3    sentiment and the discussion, and these things were --

4    were not prosecuted.  You know, I think that we're aware

5    of them because we're personally involved in them.

6            You know, I had people that were extensions

7    of the organization, for example, that were there in

8    Wharton County that were there at the African American

9    polling sites that were reporting to me on an hourly

10   basis while I was at our election central, and so -- and

11   I know them to be credible people, so, I feel pretty

12   solid about the information that came there.

13           And I ended up meeting and visiting

14   Mr. McElwain later, and we assisted him later when the

15   authorities tried to flip the investigation to go after

16   him instead of the people who had actually done this to

17   his supporters.

18           UNIDENTIFIED SPEAKER:  So, your --

19           MR. BLEDSOE:  So, I actually kind of was a

20   witness in that situation.

21           UNIDENTIFIED SPEAKER:  And your conviction

22   about which this crime that is not prosecuted occurred

23   is based on anecdotal information that you received from

24   people that you trust?

25           MR. BLEDSOE:  To the extent -- and, again,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006228

TX_00031586

USA_00021110

Case 2:13-cv-00193 Document 662-7 Filed on 11/11/14 in TXSD Page 57 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 2 of 226
Hearing - Volume 3                                          April 6, 2009

444

1          some of the information is from me from direct

2          information but -- but yes, I mean, it's not the same as

3          third party information because when you know the person

4          or when you are the one that assigns someone -- it's

5          just like you, if you've got a law office or something

6          and you've got a private investigator, you send the

7          private investigator out to collect facts and you know

8          that person to be a person of integrity, you kind of

9          trust those facts.

10                   So, when I send a team of people out, it's

11          usually people that have character and integrity, and

12          when we get the information back, I feel that it's

13          trustworthy information.

14                   UNIDENTIFIED SPEAKER:  Thank you.

15                   REPRESENTATIVE DR. ALLEN:  I want to finish

16          my line of questions, please.  Thank you for that

17          information.

18                   And I want to bring -- bring you up to date

19          to 2008 to the last election but prior to that, before I

20          go with that one, I don't know that you remember that

21          for -- to vote in the State of Texas, at one time you

22          had to be a landowner.  Do you know that one?

23                   MR. BLEDSOE:  That's correct.

24                   REPRESENTATIVE DR. ALLEN:  Voting was for

25          white males only, that you had to be literate and if you



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031587

USA_00021111

Case 2:13-cv-00193 Document 662-7 Filed on 11/11/14 in TXSD Page 58 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 3 of 226
Hearing - Volume 3                                    April 6, 2009

445

```
 1        didn't know how to read -- you were given a literacy

 2        test, so, if you could not answer the questions on the

 3        test, then you could not vote.

 4                MR. BLEDSOE:  That's correct.

 5                REPRESENTATIVE DR. ALLEN:  And then we went

 6        through the poll tax phase of it.  I think that's where

 7        I came in.  I remember poll tax and so -- but we've been

 8        through all of these suppressions before, and I think --

 9        when I see this, I see it as another form of

10        suppression.

11                But you've had heard a lot today about

12        Indiana and Georgia and when the voter ID came in that

13        there was an increase in the number of voters 2 percent,

14        which is not enormous but there was -- all the way up to

15        6 percent I heard tonight.

16                2008, the Obama election year, do you think

17        that voter increase was due to voter ID being

18        implemented or were there other factors involved in --

19        in the voter increasing in minority neighborhoods this

20        time?

21                MR. BLEDSOE:  When it comes to analyzing

22        election returns, it's clear you have to throw out 2008

23        because 2008 is truly an aberration for a number of

24        reasons.

25                When you have the first African American
```



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031588

USA_00021112

Case 2:13-cv-00193 Document 662-7 Filed on 11/11/14 in TXSD Page 59 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 4 of 226
Hearing - Volume 3                                          April 6, 2009

446

1     running for president, people who might be otherwise
2     intimidated actually would take that risk and go to the
3     polls.  I mean, you had people that were a hundred years
4     old that were going to the polls and some of them went
5     on their own.
6                 So, I understood that dynamic, and in
7     Georgia, for example, Georgia had the most incredible
8     get out the vote effort that took place there because
9     there was money, there was activity relating to that
10    election that you had not seen because Georgia,
11    ironically, was one of those covered Section 5
12    jurisdictions that were in play.
13                So, both -- both of the candidates were
14    pushing for that, and so, that was not driven by local
15    elections.  That was actually driven by the national
16    election and the enormous amount of money and activity
17    that went into that campaign in Georgia.
18                So, you -- when you look at Indiana,
19    Georgia, any of those, you have to throw out 2008 and
20    you have to look at other years because 2008 is an
21    absolute aberration and, you know, you won't have an
22    Obama on the ballot in 2010.
23                And so, you know, that will be a better
24    barometer or idea of comparing maybe 2010 to 2006 but
25    2008 is -- is truly an anomaly and won't be repeated



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006231

TX_00031589

USA_00021113

Case 2:13-cv-00193 Document 662-7 Filed on 11/11/14 in TXSD Page 60 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 5 of 226
Hearing - Volume 3                                    April 6, 2009

447

1    until 2012.

2                REPRESENTATIVE DR. ALLEN:  Thank you.

3                CHAIRMAN SMITH:  Members?

4                Yes, Representative Brown.

5                REPRESENTATIVE BROWN:  The description of

6    the event surrounding that election where you said that

7    the off duty police officers were hired to come, how

8    long ago was that?

9                MR. BLEDSOE:  That was somewhere around '01,

10   '02, '03.

11               REPRESENTATIVE BROWN:  Thank you.

12               MR. BLEDSOE:  I'd have to go back and look

13   at the report to see the exact year, somewhere in that

14   year.

15               REPRESENTATIVE BROWN:  Within the last ten

16   years?

17               MR. BLEDSOE:  All of them were within the

18   last ten years because we hadn't started having the

19   hearings until after 2000.

20               REPRESENTATIVE BROWN:  Thank you.

21               CHAIRMAN SMITH:  Representative Anchia.

22               REPRESENTATIVE ANCHIA:  Thank you.

23               Mr. Bledsoe, thanks for being here.

24               I want to just go over some studies related

25   to the disparate application of photo ID requirements in



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031590

USA_00021114

Case 2:13-cv-00193 Document 662-7 Filed on 11/11/14 in TXSD Page 61 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 6 of 226
Hearing - Volume 3                                          April 6, 2009

448

1        photo ID states.

2                You may or may not be familiar with the

3        studies but I'm going to read the studies to you, and I

4        would ask you to just confirm or deny whether you find

5        it surprising, the conclusion of the study.

6                It really relates to -- these are academic

7        studies related to street level enforcement of photo ID

8        and their potential for discrimination.

9                The first study is a Caltex, MIT and Harvard

10       study from 2007 to 2008, 2007 election, 2008 Super

11       Tuesday primary concluded that African American voters

12       were 14 percent more likely to be asked for photo ID

13       than whites, and that was a consistent finding in all

14       states regardless of the photo ID requirements, and

15       Hispanics were 18 percent more likely than whites to be

16       asked for photo IDs.  Does that surprise you?

17               MR. BLEDSOE:  No, it doesn't.  And I might

18       even say we did a racial profiling study in the State of

19       Texas of DPS statistics, and we found out that African

20       American and Latinos were requested to give -- to allow

21       their vehicles to be searched much more likely -- much

22       more likely than Anglos.  I think it was like 2 to 1 or

23       3 to 1 was the actual percentage there.  And so, I think

24       that that's another example.

25               And that's when you -- you didn't -- the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031591

USA_00021115

Case 2:13-cv-00193 Document 662-7 Filed on 11/11/14 in TXSD Page 62 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 7 of 226
Hearing - Volume 3                                          April 6, 2009

449

 1    suspicious circumstances and all seemed to be controlled
 2    and the same but the police officers in their subjective
 3    nature were asking the minorities to search their
 4    vehicles, and they were much less likely to find
 5    contraband in the vehicles of the minorities, yet they
 6    were much more likely to ask them to be able to search
 7    their vehicles.
 8              REPRESENTATIVE ANCHIA:  So, the conclusions
 9    of a Harvard study on the 2006 and 2008 elections might
10    not surprise you where they concluded that in the 2006
11    general election 47 percent of white voters reported
12    being asked to show photo ID at the polls compared with
13    54 percent of Hispanics and 55 percent of African
14    Americans, and in the 2008 Super Tuesday primary states,
15    53 percent of whites were asked to show photo ID
16    compared to 58 percent of Hispanics and a staggering 73
17    percent of African Americans, those findings wouldn't
18    surprise you then?
19              MR. BLEDSOE:  No, they wouldn't.  And I
20    think that 73 percent suggests that they were clearly
21    concerned that those were voting for a certain
22    candidate.
23              REPRESENTATIVE ANCHIA:  And according to the
24    nation's largest nonpartisan exit poll of Asian
25    Americans, nearly 70 percent of Asian voters were asked



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031592

USA_00021116

Case 2:13-cv-00193 Document 662-7 Filed on 11/11/14 in TXSD Page 63 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 8 of 226
Hearing - Volume 3                                            April 6, 2009

450

```
1        for ID at the polls in states where no photo ID was

2        required, and that was also a Caltex study, so, that

3        wouldn't surprise you either?

4                MR. BLEDSOE:  No, it wouldn't.

5                REPRESENTATIVE ANCHIA:  Okay.  Thank you.

6                CHAIRMAN SMITH:  Yes, Representative Veasey.

7                REPRESENTATIVE VEASEY:  Mr. Bledsoe, I

8        wanted to ask you specifically about your opinion on

9        voter ID laws that are being implemented in specific

10       states, and I know that you do a good job of talking to

11       your colleague at the national office and at the other

12       NAACP branches across the country but one of the things

13       that interests me is that it seems like where the voter

14       ID law is being implemented or attempted to be

15       implemented, it seems as if a there are significant

16       minority populations in those states like I don't see

17       anybody, you know, trying --

18               MR. BLEDSOE:  That's true.

19               REPRESENTATIVE VEASEY:  -- to implement

20       voter ID laws in Idaho or some place like that.  It

21       seems where it's being implemented that it's in heavily

22       minority states.  Has that been your experience?

23               MR. BLEDSOE:  That's correct.  And we're

24       completely opposed to those.  We have opposed those in

25       whatever states they have been proposed.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031593

USA_00021117

Case 2:13-cv-00193 Document 662-7 Filed on 11/11/14 in TXSD Page 64 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 9 of 226
Hearing - Volume 3                                      April 6, 2009

451

1            REPRESENTATIVE VEASEY:  Why do you think

2       that that -- why do you think the voter ID laws are in

3       those particular states with significant minority

4       populations?

5            MR. BLEDSOE:  Well, it's clear what the

6       design of the bill will lead to and, that is, a lower

7       minority vote whether it's because people have not as

8       much time and they're trying to be in line, they have to

9       go back to work and they have to leave but the longer

10      you keep the process going, the more you're going to

11      discourage people.

12            So, we keep looking at how many people went

13      through the process and ultimately were -- were told

14      their vote wouldn't count but I think there's a huge

15      number of individuals who are going to be dissuaded and

16      discouraged because even the issues relating to the

17      affidavit that you have to fill out and people worrying

18      if they're going to be prosecuted for what they put in

19      the affidavit and even the situation relating to getting

20      the free ID card, you know, if you use it once --

21            I think I heard Dr. Allen have an engagement

22      with another member of the committee earlier.  I read

23      the bill to say if you actually use it for any other

24      purpose, you've violated the bill and, theoretically,

25      this might mean you're tampering with a government



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031594

USA_00021118

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 65 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 10 of 226
Hearing - Volume 3                                          April 6, 2009

452

1    record or some kind of falsification.  So, it would be

2    very intimidating.

3              So, I think that clearly these laws are put

4    there because when you say you have to have an affidavit

5    that you have to execute or you have to be in line

6    longer, this is just going to discourage people who have

7    less flexible time, who are more intimidated by this

8    world that we live in, that's going to discourage them

9    from participating.

10             And so, I think it's going to have a clear

11   result and it's going to be much greater than the

12   number -- the numbers we've heard have just been really

13   small compared to what I think the actual reality would

14   be.

15             REPRESENTATIVE VEASEY:  And one of the

16   things, speaking of ID -- and you're familiar with the

17   history of poll taxes and everything that sort of went

18   along with poll taxes until, you know, they weren't

19   being used any more, and I wanted to specifically ask

20   you about the free ID because the way I read the free

21   ID, it says that you can be given a free ID if you're

22   going to use it for voting but, obviously, you would

23   need to present certain documents to get that free ID.

24             If -- if poor individuals, people that don't

25   have money to go and get this ID would have to go and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031595

USA_00021119

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 66 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 11 of 226
Hearing - Volume 3                                              April 6, 2009

453

1          get the supporting documents that would cost money in

2          order to get this free ID, is that not similar to a

3          modern day poll tax?

4                    MR. BLEDSOE:  There's no question a lot of

5          cost factors that would be involved.  For example, if

6          you go to Presidio County, Presidio County, you have to

7          go to the county seat, and the cities and towns are so

8          far away from the county seat, many of them, where a

9          number of the voters live, and they may not have access

10         to the same transportation.

11                   That's another study that we did, the NAACP,

12         a profiling study, we looked at the ownership of

13         automobiles and things of that nature, and we found that

14         minorities are much less likely to have access to

15         automobiles.

16                   So, I think that you -- what you'll find is

17         that all those things would be additional costs.  Let's

18         say, for example, you have to defend your ballot.  Let's

19         say you vote and you have a provisional ballot and you

20         have to go at some point and raise an issue to prove

21         that you were the same person, isn't that going to be

22         some additional cost on that person?

23                   What's that going to be for a poor person

24         who has to depend on public transportation?  What if you

25         have some kind of free bus service or something that you



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031596

USA_00021120

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 67 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 12 of 226
Hearing - Volume 3                                       April 6, 2009

454

 1    normally use and they don't work late in the evenings?

 2    You know, they shut down at a certain point in time.

 3    So, if you have to go through some process where there's

 4    a canvassing session or whatever that takes an extended

 5    period of time and we know -- I think we can look at

 6    what just happened in the Harris County elections that

 7    just took place, and when they went through the

 8    canvassing process and all that, how you saw where there

 9    were minority candidates on the same plate of other

10    candidates that they did not prevail, and so, those

11    things are potentially ripe with problems.

12              REPRESENTATIVE VEASEY:  I wanted -- and I'm

13    done asking Mr. Bledsoe questions but since the topic

14    came up about certain suppression tactics at polling

15    places, in 2002, not 1960 or '50 something but in 2002

16    in Fort Worth, Texas, that was the year Ron Kirk was

17    running for Senate, I was not a state representative at

18    the time but the particular campaign office that I was

19    running, I got a call from a voter and the voter said

20    there is a -- I was on a project and if you're familiar

21    with downtown Fort Worth then you're familiar with the

22    Butler housing project.

23              I got a call from a voter saying:  I was

24    going to go vote, it was election day, and there was a

25    roadblock literally set up over the main road leading



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031597

USA_00021121

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 68 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 13 of 226
Hearing - Volume 3                                   April 6, 2009

455

 1         out of the project on election day.

 2                   And so, you know, I mean, a lot of people

 3         think that a lot of the things that we're talking about,

 4         particularly when we start delving back into history and

 5         the history of voter suppression tactics that that

 6         doesn't go on any more but as recently as 2002 in Fort

 7         Worth -- and, you know, of course, the police department

 8         today would say, oh, it was just accident and it wasn't

 9         any big deal, as soon as we figured out it was election

10         day, we pulled up the roadblock but if you live in that

11         community and you've heard the stories and you've heard

12         the different things that your relatives and friends and

13         families had to go through and -- and -- or maybe even

14         you had to live through that your yourself, then

15         that's -- that can be painful and that can be a serious

16         experience as far as suppression is concerned.

17                   MR. BLEDSOE:  I agree, and it does occur in

18         the current day.  This is not something that's remote

19         and distance in time, and that's what sad about it.

20                   I would think when we look at the bill and

21         the proposal, I would feel better about the intent of a

22         proposal if you were trying to fix the whole problem but

23         we have a lot of people out there that are crying out

24         for justice and fairness.

25                   These intimidation tactics continue to occur



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006240

TX_00031598

USA_00021122

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 69 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 14 of 226
Hearing - Volume 3                                                  April 6, 2009

456

1      and there's no outcry for them.  There's no real effort

2      or synergy that's put together some initiative to try to

3      get some relief from them, and whenever we get relief,

4      it has to come from the federal government, and that's

5      better sometimes than other times, and that's what sad

6      about it but if there was a whole -- let's just say some

7      coordinated legislation that sought to address one issue

8      with the same time trying to address other issues as

9      well because a lot of things that occurred were actually

10     crimes and -- but when crimes are committed by persons

11     in official authority or what have you, they seem to not

12     make a difference.

13                 CHAIRMAN SMITH:  Any other questions?

14                 UNIDENTIFIED SPEAKER:  Mr. Chairman, can I

15     ask a question?

16                 CHAIRMAN SMITH:  Certainly.

17                 UNIDENTIFIED SPEAKER:  Thank you.

18                 To elaborate on the questions that

19     Representative Veasey asked you, Mr. Bledsoe, you

20     asked -- you were mentioning earlier about leafletting

21     programs for suppression of voter participation, and

22     Mr. Veasey reached back to ancient history, 2002, but

23     you are aware that as recently as a year and a half ago,

24     there was a voter suppression program in inner city Fort

25     Worth involving City Council candidates.  One was an



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006241

TX_00031599

USA_00021123

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 70 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 15 of 226
Hearing - Volume 3                                          April 6, 2009

457

1        Anglo candidate, one was Hispanic.

2                And there was a broad leafletting in a

3        (Inaudible) neighborhood giving false information about

4        the election day to the Hispanic voters in inner city

5        Fort Worth.  So, it's -- I guess the point is it's very

6        recent and it's very current; is that correct?

7                MR. BLEDSOE:  That's correct.  That's

8        correct.  They continue to this day.

9                UNIDENTIFIED SPEAKER:  And maybe you care

10       about voter suppression and maybe you don't, that's

11       correct, some people do and some people don't?

12               MR. BLEDSOE:  That's -- that's true.  I

13       think in some people, it's a way of doing business, and

14       that's what's sad about it because, obviously, the ones

15       who are most likely to being victimized are black or

16       brown.

17               UNIDENTIFIED SPEAKER:  And, in fact, you may

18       have seen the news media coverage on this issue where

19       the chairman talks about the inherent dynamic conflict

20       between voter suppression and voter encouragement.

21       You're familiar with that ongoing conflict.

22               So, really, the issue is where do you come

23       down on the side of the issue?  Are you in favor of

24       voter participation or are you in favor of voter

25       suppression?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006242

TX_00031600

USA_00021124

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 71 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 16 of 226
Hearing - Volume 3                                      April 6, 2009

458

1          MR. BLEDSOE:  Well, and I would agree simply
2     because I haven't seen the -- you know, I think it takes
3     a lot of bravado for someone to go and vote with someone
4     else's voter ID card.  I just don't think that's
5     happening very often.  To the extent that it is
6     happening --
7          UNIDENTIFIED SPEAKER:  There's almost no
8     evidence of it ever happening in Texas.
9          MR. BLEDSOE:  I think there's fail-safes
10    that are in place to address that type of situation.
11    So, I don't think that it is a problem.
12          I think voter intimidation is a much larger
13    problem than voter fraud in the way that part has
14    been -- in terms of the voters -- voter identification
15    requirement that's on the table.
16          UNIDENTIFIED SPEAKER:  Any election day, if
17    you chose to spend the day at the Democratic party
18    headquarters, as I have done on several occasions, you
19    could handle a litany of phone calls from people talking
20    about how they have been turned away from the polls for
21    one reason or another, all of which are not valid.
22          MR. BLEDSOE:  Yeah, we've had a number of
23    instances where people were turned away when the reasons
24    were not valid.  I don't know that I could say that all
25    the time they weren't valid but usually they were not



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006243

TX_00031601

USA_00021125

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 72 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 17 of 226
Hearing - Volume 3                                    April 6, 2009

459

1    valid reasons.

2              And they were usually people who were

3    minorities, and this is all about counting votes.  And I

4    know that, you know, one of the things we had like in

5    Bell County this last time was a situation where someone

6    clearly was a voter and they were not allowed to vote.

7              And some of our branch members were with

8    this individual, and they showed all kinds of

9    identification and everything, and the person still

10   wasn't allowed to vote.

11             At the same time, there were a number of

12   African American members of the branch who were in the

13   military who had been deployed to Iraq, and they were

14   sent back home, and they were wrongfully purged from the

15   voting -- from the rolls, and so, they were all African

16   Americans and this was happening.

17             UNIDENTIFIED SPEAKER:  So, just so you're

18   clear, all the questions I was asking about are relevant

19   to Tarrant County, the home county of the chair bill

20   elections committee, Chairman Smith.

21             MR. BLEDSOE:  These are all -- I mean,

22   Tarrant County is the country where they were doing the

23   illegal with the mailboxes and the newspapers and all

24   that.  That was all in Tarrant County.

25             UNIDENTIFIED SPEAKER:  Thank you.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031602

USA_00021126

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 73 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 18 of 226
Hearing - Volume 3                                      April 6, 2009

460

1                CHAIRMAN SMITH:  Any other questions,

2       members?

3                Representative Helfin.

4                REPRESENTATIVE HELFIN:  Mr. Bledsoe, thank

5       you for being here today.

6                We've heard testimony about voter misconduct

7       throughout the evening -- day and evening.  We also have

8       an issue of basically -- and I hate to say this because

9       I know 99.9 percent of them are very, very good people,

10      are just trying to do a very good job.  We have some

11      poll worker misconduct as well.

12               Would you -- do you see that happening, that

13      some of the election judges are looking harder at one

14      set of records than they are the next, so to speak?

15               MR. BLEDSOE:  There's no question that's one

16      of the biggest problems that we have seen is the poll

17      worker misconduct, and when you give poll workers more

18      ammunition to tell someone they cannot vote, that's

19      going to create a real problem.

20               And the real risk, I think, of this bill and

21      the way that it's designed and the power that it gives

22      to poll workers, it actually makes them become more of

23      an arm of the campaign, okay, because I think when you

24      empower them with this, we look at the situation that

25      occurred in Florida -- excuse me -- in Ohio in 2004 and



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031603

USA_00021127

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 74 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 19 of 226
Hearing - Volume 3                                        April 6, 2009

461

1          the idea with the -- with the persons that could be at

2          the polling sites that could actually challenge

3          elections.

4                    When you empower people to -- to tell people

5          no and to hold up lines and these people are selected

6          that -- in a process that doesn't indicate that they are

7          really reflective of the views of the people in that

8          community and they're running a polling site, that's

9          going to present a real impediment to them actually

10         obtaining justice.

11                   So, I think that -- the idea of how this

12         empowers individuals who -- who are election officials

13         is just -- is just unreasonable because it gives them

14         too much power, especially in light of what we've seen

15         and the actual interplay that we see that's very much

16         conflict oriented between African Americans and

17         individuals that run polling sites in many areas around

18         the state.

19                   We've seen this whether it's Texarkana, Fort

20         Bend County, Harris County, you know, Wharton.  We've

21         seen this in innumerable counties around the state, and

22         it's not limited geographically.

23                   REPRESENTATIVE HELFIN:  Now, this -- even in

24         this very committee, we heard a bill earlier this year,

25         which I think is good, that in the event someone ends up



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006246

TX_00031604

USA_00021128

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 75 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 20 of 226
Hearing - Volume 3                                          April 6, 2009

462

1    filling out their voter registration card makes

2    fraudulent statements, that it be bumped up from a

3    misdemeanor to a felony grade offense, and then also we

4    heard from Florida on mail in ballots, inappropriate

5    action on the mail in ballot was also moved up to a

6    felony grade offense.

7              And I say this very, very cautiously because

8    I know it is so difficult to find people to work these

9    elections and, as I said, I know 99.9 percent of them

10   are good people, how do we police that and how do we

11   punish that?

12             Because that's a crime.  That's suppressing

13   our right to vote.  I don't care who it is, whatever

14   color, whatever, but what -- what's your view on that?

15             MR. BLEDSOE:  Well, I think that's the only

16   way to really discourage it but I think that when

17   usually individuals are doing this, they are acting on

18   behalf of a higher authority, just to be very honest

19   about it.

20             When you're acting on behalf of a higher

21   authority, usually there's some insulation that's

22   provided to you.

23             I think that -- and so, therefore, what you

24   really have to do is somehow be able to make selections

25   of people who run polling places that go outside of the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006247

TX_00031605

USA_00021129

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 76 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 21 of 226
Hearing - Volume 3                                        April 6, 2009

463

1        political domain and take some of the politics out.

2                It's kind of like some of the ideas of these

3        nonpartisan redistricting commissions that are being set

4        up like they just adopted out in California, I mean, you

5        need to have some kind of process like that where

6        individuals who don't have a stake in the game, so to

7        speak, can run the polling places and then have all the

8        proper training because when you give subjectivity to

9        individuals that have a stake in the outcome, that are

10       associated with people that are running, I think you run

11       the real risk of having problems arise in those areas.

12               So, I think that's -- that's one of the

13       things that could be done there is take the politics out

14       by getting a different group of people to run the

15       elections.

16               REPRESENTATIVE HELFIN:  And you know as well

17       as I that it is very, very hard to legislate that people

18       do the right thing or husbands be good fathers or that

19       kind of stuff.

20               So, that would be a difficult issue but, you

21       know, maybe we need to look at the criminal punishment

22       for that side and maybe make it a larger increase and

23       have officers supervising -- trained officers

24       supervising.  I don't know how we correct that but it's

25       certainly an interesting dilemma that we face, the fair



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006248

TX_00031606

USA_00021130

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 77 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 22 of 226
Hearing - Volume 3                                    April 6, 2009

464

 1      people that we put in charge to make sure we have open

 2      voting are the ones suppressing the issue.

 3                  MR. BLEDSOE:  And I would agree, although I

 4      would say I think that the law does cover that situation

 5      but it's just not being utilized.

 6                  I think when you violate a law relating to

 7      your office, that's official misconduct under 39.01 of

 8      the Penal Code.  I think that's very clear.  It may not

 9      be a felony but it's a Class A misdemeanor that you can

10      be removed from office for engaging in that activity.

11      So, I do think there is a law that would apply, official

12      suppression.

13                  REPRESENTATIVE HELFIN:  Now, another thing

14      we've talked about during the day is provisional

15      ballots, and there's one state that gives you two days

16      to correct and they were correcting like a third of

17      them, and the other state you had, I think, seven days

18      and they were correcting like two-thirds or

19      three-fourths.

20                  So -- and the bill before us today has a

21      provisional ballot language but it's not real clear.  Do

22      you think if we went to a provisional ballot system that

23      we gave them 10 days because you have 10 days here

24      before you have to canvas the votes, would that be

25      beneficial to make sure that -- that when they -- when



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031607

USA_00021131

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 78 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 23 of 226
Hearing - Volume 3                                          April 6, 2009

465

1      you vote a provisional ballot, that they have to

2      identify whether it's provisional ballot, special ballot

3      because they don't have ID or for whatever -- ballot

4      because they don't have -- their signatures don't match

5      or whatever, would that help us in any way or would that

6      confuse the issue, trying to train these election

7      personnel even more?

8                MR. BLEDSOE:  What I would propose in a

9      situation like that to make it fair to the individual

10     because some individuals -- most of the ones we're

11     talking about here probably don't have great means,

12     whereas, what you would do is you would create a

13     presumption that -- that the ballot is valid, and then

14     have the authorities screen those that have been

15     objected to and then they come up with a list of those

16     that are problematic at that point, and then they would

17     see to it that they could come up with some kind of

18     convenient set of circumstances in which they could help

19     resolve that issue, so that if you're poor or you don't

20     have transportation, you live 60 miles from the county

21     seat in Presidio County and you just can't afford to go

22     to the county seat again and that's where the issue has

23     got to believe resolved, to try to come up with some

24     fair process to handle that but have that be screened

25     and put the onus on the government rather than on the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006250

TX_00031608

USA_00021132

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 79 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 24 of 226
Hearing - Volume 3                                        April 6, 2009

466

```
 1        individual because --

 2                  I mean, let's be honest and think about it.

 3        We're talking about individuals who may not have the

 4        most education in the world and some things that may

 5        occur logically to some people may not occur logically

 6        to others.  They may be just as righteous as they could

 7        be.  Their ballot may have been totally legitimate but

 8        they may not how to defend that ballot and they don't

 9        have money to go get a lawyer to put forth their case

10        and the campaigns are, I guess, kind of not going to be

11        involved in that process.

12                  So, you know, it puts them in between a rock

13        and a hard place.  And you can understand if I'm there

14        trying to defend my ballot and I've got a third grade

15        education and English is my second language, that's not

16        going to be the easiest thing in the world.

17                  So, you really need to flip that and go

18        through a whole process where they limit the number of

19        individuals who have to go through that process.

20                  REPRESENTATIVE HELFIN:  I like the way you

21        think these things out, Mr. Bledsoe, and I hope that

22        whatever we work on this committee, I certainly would

23        appreciate being able to call you.

24                  MR. BLEDSOE:  Any time.

25                  REPRESENTATIVE HELFIN:  Thank you.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031609

USA_00021133

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 80 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 25 of 226
Hearing - Volume 3                                        April 6, 2009

467

1          CHAIRMAN SMITH:  Did you have a question?

2          Representative Bonnen.

3          REPRESENTATIVE BONNEN:  Thank you, Mr.

4     Bledsoe.  I think you've been respectful and very

5     thoughtful in your testimony.  I appreciate your doing

6     this.

7          MR. BLEDSOE:  Thank you.

8          REPRESENTATIVE BONNEN:  I wanted to follow

9     up on Judge Helfin's question on the, for lack of a

10    better way to put it, flipping the burden to the

11    government on the provisional ballot because one of the

12    things -- you don't have to agree with this but it's

13    probably fair to suspect that in those provisional

14    ballots, say in the case of Georgia where they had two

15    days and I think it was about 800 that didn't return,

16    that some of them may not have returned because they

17    weren't valid to be voting.  I'm not saying 1 or 5.  I

18    don't know.

19         MR. BLEDSOE:  It's possible.

20         REPRESENTATIVE BONNEN:  Possible.  So, if

21    you flip the onus to the government, which I would say

22    probably isn't a terrible idea, I mean, I haven't

23    thought it through but there's some logic to that, would

24    we then want the government to pursue those that they

25    find that shouldn't have voted?  Do you follow where



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031610

USA_00021134

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 81 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 26 of 226
Hearing - Volume 3                                          April 6, 2009

468

1      I'm --

2              MR. BLEDSOE:  If there's criminal intent.

3      If it's an honest and innocent mistake -- so, I would

4      always want to segregate those.  If you find someone in

5      either party involved with some orchestrated campaign to

6      commit a fraud, that's a criminal act.

7              REPRESENTATIVE BONNEN:  Right, and I agree

8      with that.  I guess my concern would be -- and I'm not

9      arguing against having the onus on the government, I

10     think that makes sense, but I just want us to think

11     through this -- this -- the place we would be putting

12     ourselves at that point.  I mean, it would be somewhat

13     of a dangerous spot.

14             I could be wrong because, as you say, it's

15     what that intent was.  Did this man, woman or whomever

16     come down here with an intent to inappropriately cast a

17     ballot they weren't supposed to or didn't have the right

18     to or whatever, you know, if the government has now

19     uncovered that maybe they shouldn't have been there,

20     then there's some degree of responsibility the

21     government may have at that point when it may not have

22     been -- you know, do you know what I'm saying, where I'm

23     going is I'm wondering if we put the government in a

24     position, if there would be a way to avoid the

25     government putting a lot of effort into investigating



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006253

TX_00031611

USA_00021135

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 82 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 27 of 226
Hearing - Volume 3                                    April 6, 2009

469

 1          voters that don't need to be investigated.  Does that

 2          make sense?

 3                   MR. BLEDSOE:  I think it does but I think

 4          that starts out with the election officials because they

 5          are the ones that are going to be doing the screening,

 6          and hopefully they would only have individuals who they

 7          have good reason to believe presented a problem.

 8                   I think that -- I would think that if

 9          someone was engaged in a situation where they were not

10          legitimately voting that those would be the ones -- if

11          there was an investigation, those would be the ones

12          where there would be a path that would lead to them and

13          say, well, these are the ones where there's a problem

14          instead of the ones where there's a different middle

15          name or sometimes it's just common sense and common

16          sense --

17                   REPRESENTATIVE BONNEN:  I agree.

18                   MR. BLEDSOE:  -- is not applied and it's --

19                   REPRESENTATIVE BONNEN:  I think some of the

20          time, too, though, they will fall into a gray area that

21          says I don't think this individual was really a part of

22          any criminal intent but without some further steps, I

23          can't prove that up but, anyway, enough on that.  I

24          think that's a valid thought.

25                   One of the things I was going to ask is on



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006254

TX_00031612

USA_00021136

470

1    voter intimidation, which should never occur and is very

2    bothersome and I will tell you I personally don't know

3    of it but I would be ignorant to suggest it doesn't or

4    hasn't or -- doesn't occur, so, I want to be respectful

5    of that.

6            But, in that regard, the election workers,

7    as I understand it, are selected or -- they're not

8    really selected, it's anyone willing largely,

9    unfortunately, but it's -- it is based through, as you

10   were discussing, the party system.

11           So, wouldn't there be -- shouldn't there be

12   a natural balance that would occur at the polls?  Why

13   would -- I mean, how would there be -- why would there

14   not be a balance there to call out a voter suppression

15   or intimidation scenario?

16           MR. BLEDSOE:  Well, I think that frequently

17   what we find is, of course, that the officials at the

18   polling site are involved in the voter intimidation, and

19   so, that would be a problem if they're part of the

20   process.

21           REPRESENTATIVE BONNEN:  Not to interrupt you

22   there but I guess that's my point, though, isn't there a

23   balance in who the voters -- I mean, the poll workers,

24   isn't there a balance between party and who those

25   individuals end up being?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031613

USA_00021137

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 84 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 29 of 226
Hearing - Volume 3                                          April 6, 2009

471

1          MR. BLEDSOE:  Well, I think that like, for
2     example, with the early voting sites and things, to the
3     victors go the spoils is what the current law is in
4     Texas.  So, you do have individuals when you go to a
5     polling site that may be of a different party or what
6     have you, and that does create a true dynamic that's --
7     that's problematic, and I understand that.
8          That's -- maybe in some ways that's been our
9     culture in Texas but it can, you know, lead to -- lead
10    to problems.
11         REPRESENTATIVE BONNEN:  Certainly.
12         MR. BLEDSOE:  And it really does lead to
13    problems, and I know if you're paying somebody $7 an
14    hour or what have you, they're not going to be
15    necessarily -- unless they're retired and just really
16    don't need the money and are doing it for a good reason,
17    they may not be the most qualified person to -- to
18    actually act in that situation.
19         You need people that exercise good common
20    sense.  You need people that have the patience of Job
21    sometimes because of some of the things that actually
22    occur, and you don't always find that with the workers.
23         I don't mean to indict.  I've been an
24    election worker myself, a $7 an hour election worker
25    before.  So, I don't mean to condemn election workers



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031614

USA_00021138

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 85 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 30 of 226
Hearing - Volume 3                                    April 6, 2009

472

1      but there's a problem with how the system is set up.

2              REPRESENTATIVE BONNEN:  Well, yeah, and I

3      think we would greatly served, not only this committee

4      but this body as a whole, the legislature -- I think one

5      of the bigger issues, regardless of voter ID or anything

6      else, is the fact that we pay $7 an hour for someone to

7      come in and understand a very complex process and deal

8      with people who --

9              I mean, I can remember one of the first

10     races I ever ran in a suburban community in Pearland, I

11     mean, people just -- I mean, literally almost running

12     people over, not intentionally, to get parked and get in

13     line to vote, and they're fired up and they want to get

14     in there and they want to make sure they're on time and

15     yet I've got a $7 person in there helping make all that

16     work and, frankly, a $7 person who wasn't paid $7 five

17     days earlier to be trained for probably a lot more time

18     than they ever were.

19              But, anyhow, I think that's a greater issue

20     that we would be better off working on, and I also would

21     like us to, on these issues of voter suppression and

22     intimidation -- I mean, I have not reviewed all the

23     bills before this committee but, I mean, do we have any

24     bills before this committee that address those issues?

25     We do?  I mean, we need to look at those.  We need to --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031615

USA_00021139

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 86 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 31 of 226
Hearing - Volume 3                                    April 6, 2009

473

```
 1    voter suppression bill info.

 2                 CHAIRMAN SMITH:  Just for the record, we're

 3    20 minutes over the allotted time.  Just take that into

 4    consideration, Representative Helfin.

 5                 REPRESENTATIVE HELFIN:  And I'll also notice

 6    as Representative Bonnen, for someone to have their vote

 7    invalidated because of one election judge I think is an

 8    injustice.  Shouldn't we not have a provision if your

 9    vote is not going to -- someone is going to determine

10    your vote doesn't count or provisional, the election

11    judge for that precinct sign off on that as well?  If we

12    have two minds at least --

13                 REPRESENTATIVE BONNEN:  There should be a

14    balance --

15                 REPRESENTATIVE HELFIN:  A balance, yeah.

16                 REPRESENTATIVE BONNEN:  -- in that worker,

17    and it would resolve some of the issues, and not that we

18    should ever do away with a poll watcher or anything.

19    That's a very good right and a very good tool when used

20    but, I mean, to have that balance is significant because

21    I think you raise a fair point.

22                 I mean, I think it's a serious

23    responsibility for someone to say I'm going to turn away

24    this individual from their opportunity to vote today,

25    especially considering we have the tool, which I think
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031616

USA_00021140

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 87 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 32 of 226
Hearing - Volume 3                                    April 6, 2009

474

1          is very important and -- provisional ballot -- and we

2          have had a lot of talk about provisional ballots but the

3          reality is the provision ballots are used in close

4          elections.  I mean, we don't count those ballots unless

5          it's of an impact, of a necessity, I guess you would

6          say.

7                    But that could also come down to this issue

8          of better trained, better experienced, more competent

9          poll workers.

10                   REPRESENTATIVE HELFIN:  And then one other

11         quick --

12                   REPRESENTATIVE BONNEN:  I'm through but

13         thank you very much.  Appreciate your thoughtfulness.

14                   REPRESENTATIVE HELFIN:  I agree that if

15         they're provisional ballots, they should be marked

16         special provisional ballots in some manner.

17                   If it proves later to be there was some

18         fraudulent intent, I believe they ought to be

19         prosecuted, quite frankly.

20                   MR. BLEDSOE:  I think if we look at like,

21         for example, Minnesota today and the election contest,

22         you can just see normally there will be close elections

23         that take place.

24                   We know we had one in Dallas involving state

25         representative this time.  So, every vote counts and 5



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006259

TX_00031617

USA_00021141

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 88 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 33 of 226
Hearing - Volume 3                                            April 6, 2009

475

1    or 10 votes can make a difference in the outcome.  So, I

2    think we have to be aware of that.

3              UNIDENTIFIED SPEAKER:  Let me just say that

4    there's been some discussion about the burden on being

5    with the state or with the voter and the difference

6    between those two, and I think we've heard the testimony

7    tonight that gives us some good general idea of the

8    impact of that in that effectively Georgia and Indiana

9    put that burden on the voter.  In those instances, about

10   a third of the provisional ballots are counting,

11   whereas, Florida puts the burden on the state, a

12   majority of the ballot board, and we have these boards

13   already in place in the State of Texas.  It does not

14   require the creation of any new organization.  The only

15   way it wouldn't count is if the voter doesn't do what

16   they want to do within 10 days and this ballot board by

17   a majority vote determines that the signature is not

18   likely to be the same person as the person who signed

19   the voter registration card.

20              And certainly it's not perfect, and I think

21   everybody understands there's no pure scientific way to

22   draw that line either but it certainly is dramatic in

23   terms of the difference of the percentages in terms of

24   which votes are counting and which votes are not

25   counting.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006260

TX_00031618

USA_00021142

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 89 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 34 of 226
Hearing - Volume 3                                        April 6, 2009

476

1           So, I realize that those people who are

2      opposed to the concept we are discussing today would

3      just as soon we all go away but to the extent that the

4      legislation is going to be considered, I think everybody

5      would also agree that opting for that mechanism rather

6      than the alternative is far preferable.

7           REPRESENTATIVE BONNEN:  I had a comment.  I

8      mean, I ended up getting here by winning the right to be

9      in a run off by 9 votes, and I think that when we get

10     into the discussion of elections -- and I'm not going to

11     get into this but, I mean, city elections, we had -- the

12     City of Clute had a council position seat literally tie,

13     so, they had a run off.

14          But my point of raising that -- and I know

15     everyone here is well aware of this but, you know, we

16     get caught up in talking about a presidential race,

17     maybe a gubernatorial race but the reality is we have so

18     many local positions of significant importance that are

19     in extraordinarily tight contested races that all this

20     has a tremendous impact on.

21          I mean, as I tell people, I've been here now

22     12 years, for good or for bad, however you feel about

23     that, I respect it, but the point is when those 9 votes

24     made that difference, it made a 12-year decision is the

25     reality.  So, I think the significance is well beyond



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006261

TX_00031619

USA_00021143

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 90 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 35 of 226
Hearing - Volume 3                                         April 6, 2009

477

1       these large national races, not that they're not

2       important, as we've learned.

3                   I'm done, Mr. Chairman.

4                   CHAIRMAN SMITH:  Any other questions,

5       members?

6                   MR. BLEDSOE:  Thank you all.

7                   CHAIRMAN SMITH:  Thank you very much.

8                   UNIDENTIFIED SPEAKER:  Mr. Chairman, can I

9       just quickly read something really fast?  I know that --

10                  CHAIRMAN SMITH:  Is it really fast?  Do that

11      while the Secretary of State's office is coming up.

12                  UNIDENTIFIED SPEAKER:  Okay.  Great.  Great.

13                  I know that John Fund was here earlier from

14      the WALL STREET JOURNAL, and I've seen Mr. Fund lots of

15      times on Fox and Michelle Malkin, you know, some of the

16      various shows.

17                  He's very entertaining but some of the

18      things that he was saying about voter fraud have just

19      proved just to be not true, and I wanted to point that

20      out.

21                  In particular, there was an allegation that

22      he made about voter fraud in South Car -- I'm sorry, not

23      in South Carolina but in South Dakota involving

24      incumbent Senator Tim Johnson, who narrowly defeated

25      Republican challenger for a U.S. Senate seat.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031620

USA_00021144

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 91 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 36 of 226
Hearing - Volume 3                                           April 6, 2009

478

 1          And the charges that he made and that he put

 2     in his book, the South Dakota Republican attorney --

 3     attorney general called the charges just outright false,

 4     and there are just numerous as relates to the

 5     shenanigans that went on in 2000, Bush v. Gore, and

 6     various other elections that he talks about in his book,

 7     and a lot of it is just not true.

 8          And, you know, it almost seems like

 9     Mr. Fund, like some of the other folks that seem, you

10     know, bent on, you know, making sure that this voter ID

11     bill becomes law, that they just -- they're kind of on

12     the tunnel vision course.

13          And so, when he came to testify, he got out

14     of here before we could delve into that but there's a

15     lot of things that Mr. Fund has put in his book have

16     been refuted by fellow Republicans.  So --

17          CHAIRMAN SMITH:  Okay.

18          REPRESENTATIVE DR. ALLEN:  Mr. Chairman,

19     would you please look with me at the bill on Page 8 and

20     on -- Page 8, line 11 at -- which starts:  Except as

21     provided by Section D, which is the next paragraph down,

22     fee for a personal identification certificate is $15 for

23     a person under 60 years of age, $5 for a person 60 and

24     older, and $20 for a person subject to the registration

25     requirements under Chapter 2, whichever that is, on the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006263

TX_00031621

USA_00021145

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 92 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 37 of 226
Hearing - Volume 3                                    April 6, 2009

479

```
1    criminal code procedure.
2                 Now, does that mean that if I need ID and
3    I'm under 60 years of age that I need to pay $15 for
4    that?
5                 UNIDENTIFIED SPEAKER:  Not if you state that
6    you're obtaining the personal identification certificate
7    for the sole person of voting --
8                 REPRESENTATIVE DR. ALLEN:  Okay.  Now, if I
9    go down --
10                UNIDENTIFIED SPEAKER:  -- under this bill.
11                REPRESENTATIVE DR. ALLEN:  Yes -- down to D
12   again, the department may not collect a fee for a
13   personal identification certificate issued to a person
14   who states that the person is obtaining the personal
15   identification certificate for the sole purpose.  There
16   we go again.  If I use this for something else I may be
17   liable --
18                UNIDENTIFIED SPEAKER:  I think we need to
19   clarify that.
20                REPRESENTATIVE DR. ALLEN:  -- to a felony or
21   something.  I just wanted to point that out that it was
22   in there.
23                So, why is that information in here about
24   the amount that a person pays under 60?  Why is it
25   there?  We don't need to flesh it out.  You know, we
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031622

USA_00021146

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 93 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 38 of 226
Hearing - Volume 3                                    April 6, 2009

480

1    could tell them how much bread costs.

2            UNIDENTIFIED SPEAKER:  That's the current

3    law.  That's how much it currently costs to get --

4            REPRESENTATIVE DR. ALLEN:  Why do we have to

5    put it in the bill?

6            UNIDENTIFIED SPEAKER:  Well, because they're

7    trying to -- to reduce the fiscal note, I believe, but

8    by not providing a free ID.

9            REPRESENTATIVE DR. ALLEN:  We wouldn't have

10   to even mention the cost of it if it's not going to cost

11   anything.

12           CHAIRMAN SMITH:  Well, it's only not going

13   to cost you something if you're getting it for purposes

14   of voting.  Now, we can get rid of the word sole and

15   clarify.  That doesn't mean you can't use it for other

16   purposes after you use it for voting but if the reason

17   you're getting it is so that you can vote, it's free.

18           REPRESENTATIVE DR. ALLEN:  Okay.

19           CHAIRMAN SMITH:  We all want that.

20           REPRESENTATIVE DR. ALLEN:  Do we need to

21   advertise how much the -- the identification costs?

22   Because it may go up.  Next year we may come and we may

23   raise the cost of that ID.

24           CHAIRMAN SMITH:  Well, it's going to only be

25   free if you're getting for the purpose of voting.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006265

TX_00031623

USA_00021147

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 94 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 39 of 226
Hearing - Volume 3                                            April 6, 2009

481

1                REPRESENTATIVE DR. ALLEN:  Why do we have to
2      put this in here, the cost?
3                CHAIRMAN SMITH:  Because it's prior law.
4                Yes, would you -- the Secretary of State
5      wish to address that?
6                MR. SEPEHRI:  Sure, I'll give it a try.  I'm
7      John Sepehri, General Counsel for the Secretary of
8      State's office.  Ann McGeehan, director of the elections
9      division is here with me.
10               We're both here to --
11               (Inaudible)
12               MR. SEPEHRI:  Sure.  We're both here to --
13               They want you, Ann.  They don't want me.
14               We're both here to answer questions on
15     behalf of the Secretary of State's office.
16               Go ahead, Ann.
17               MS. MCGEEHAN:  I think he just meant he
18     wanted me to introduce myself.
19               MR. SEPEHRI:  Sorry.
20               MS. MCGEEHAN:  Ann McGeehan with the
21     division of the Secretary of State.
22               MR. SEPEHRI:  I felt unloved there for a
23     second.
24               CHAIRMAN SMITH:  I don't want to hear
25     another word from her.  All you now.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 95 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 40 of 226
Hearing - Volume 3                                    April 6, 2009

482

1          MR. SEPEHRI:  Great.  We could be in trouble

2     then.  No.

3          I think the answer is -- and I think what

4     Representative Smith is trying to say and I don't know

5     that we have any extra expertise on this but I'll take a

6     stab at it.

7          I think all this is trying to do is just

8     amend the existing transportation code, which sets forth

9     the fees.  And so, it's just -- we're not -- I don't

10    think this is an attempt to advertise the fees.  It's

11    just existing law, and it's just saying except for the

12    purpose of voting, these are the fees.

13         CHAIRMAN SMITH:  There's other reasons why

14    they personal identifications, and those reasons,

15    there's no reason to give it to them for free.

16         UNIDENTIFIED SPEAKER:  That's right.

17         CHAIRMAN SMITH:  There's no constitutional

18    right for these other purposes.

19         REPRESENTATIVE DR. ALLEN:  Why didn't they

20    put in there the cost of driver's license and the other

21    things that are listed on this form that cost, that have

22    a fee attached to it?

23         UNIDENTIFIED SPEAKER:  Because they're not

24    going to give them away.

25         REPRESENTATIVE DR. ALLEN:  I know but my



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031625

USA_00021149

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 96 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 41 of 226
Hearing - Volume 3                                    April 6, 2009

483

1        understanding is if it's listed in the bill, that's what

2        I'm going to pay.  Looks like taxing to me.

3                 CHAIRMAN SMITH:  No.  That's current law.

4        That's what they currently charge for that.

5                 REPRESENTATIVE DR. ALLEN:  Well, we can

6        change the law.  That's our purpose of being here every

7        other year.

8                 CHAIRMAN SMITH:  We don't want to provide

9        free identification for the purposes -- people may be

10       identifications for the private sector for whatever

11       reason, as a part of their employment and there's no

12       reason for taxpayers --

13                REPRESENTATIVE DR. ALLEN:  This is not about

14       employment.  This bill is about voting.

15                CHAIRMAN SMITH:  Right.  And that's why

16       Section D provides for a free ID so long as their using

17       it for voting.

18                REPRESENTATIVE DR. ALLEN:  A also tells you

19       how much it costs.

20                CHAIRMAN SMITH:  Except as provided by

21       Subsection D, and D is the part that relates to voting.

22       It costs --

23                REPRESENTATIVE DR. ALLEN:  The cost of the

24       personal identification certificate is --

25                CHAIRMAN SMITH:  Right, except as provided



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031626

USA_00021150

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 97 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 42 of 226
Hearing - Volume 3                                                April 6, 2009

484

```
1    by D.
2                  REPRESENTATIVE DR. ALLEN:  I see that.  I
3    just don't know why it has to be in the bill, the cost
4    of it.
5                  You know, how much does a marriage license
6    cost?  That costs.  It's not listed in there.  How much
7    does a divorce paper cost?  That's not listed in there.
8    Do you know what I'm talking about?  How much -- how
9    much is a gun license bill, you know, a permit to carry
10   guns?  I don't carry guns but -- you know what I'm
11   saying?  Do you understand what I'm saying?
12                 UNIDENTIFIED SPEAKER:  I hear you.  I hear
13   you.
14                 REPRESENTATIVE DR. ALLEN:  All right.
15                 UNIDENTIFIED SPEAKER:  Mr. Chairman?
16                 CHAIRMAN SMITH:  Yes.
17                 UNIDENTIFIED SPEAKER:  Just a quick
18   question.  I know that we still have two expert
19   witnesses to go.
20                 CHAIRMAN SMITH:  Right.
21                 UNIDENTIFIED SPEAKER:  Are we going to hear
22   from the Secretary of State and then go to those
23   witnesses?
24                 CHAIRMAN SMITH:  That's my intent.
25                 UNIDENTIFIED SPEAKER:  How long do we want
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 98 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 43 of 226
Hearing - Volume 3                                    April 6, 2009

485

```
1      to stay on the -- I know that our friends from Harris

2      County and our other is from North Carolina --

3                 CHAIRMAN SMITH:  Yeah, we should have these

4      experts.

5                 I wanted to ask you a quick of questions --

6                 UNIDENTIFIED SPEAKER:  I get it.

7                 CHAIRMAN SMITH:  -- about this -- I just

8      would like to get at this issue of confusion regarding

9      the names because it's been repeated again and again and

10     again in the testimony, and I think it would be helpful

11     for us to have an understanding of how that is currently

12     treated, how many people do not get to vote because

13     there's a typo in their name or a junior is missing or

14     other issues of that type, how is that handled?

15                MR. SEPEHRI:  Sure.  Why don't I sort of

16     give you a little introduction, and I think Ann can give

17     you some good specifics on that.

18                But this issue has been brought to our

19     attention before, and the process is that when people

20     apply for a voter registration, there's an application.

21     They have to put their driver's license number on it.

22     If they don't have that, they represent they don't have

23     that, they put their SSN, the last four digits on it,

24     and when it comes to us, we take those -- that data and

25     we match it against team or we go to the Social Security
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031628

USA_00021152

Case 2:13-cv-00193 Document 663-7 Filed on 11/11/14 in TXSD Page 99 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 44 of 226
Hearing - Volume 3                                              April 6, 2009

486

1      Administration and we try to do a match there.

2              So, you sometimes run into problems if there

3      are spaces in between parts of a last name or various

4      things like that, and so, those sorts of problems have

5      been brought to our attention before.  In fact,

6      Representative Hochberg has worked with our office

7      repeatedly and I believe -- and, again, I'm going to

8      have Ann here give you more specifics but we've actually

9      taken a large number of steps to try and cut down the

10     instances where there are mismatches, if you will, due

11     to some small error, or not even an error but just a

12     clerical type thing, and we have succeeded, I believe,

13     in considerably cutting a number of those down.

14             I'll let Ann explain that process to you

15     some more.

16             MS. MCGEEHAN:  Okay.  The -- I think what

17     may be confusing, though, since there's two different

18     processes in place, what Representative Hochberg's bill

19     gets at is verifying a voter registration application.

20     And so, there there's more leeway because you have a

21     bunch of different matching criteria, date of birth,

22     Social Security number, TDL number.

23             I think the question that's come up here

24     tonight is if you -- as Dr. Allen represented, if a

25     voter came in and came in with a birth certificate under



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031629

USA_00021153

Case 2:13-cv-00193 Document 662-7 Filed on 11/11/14 in TXSD Page 100 of 100
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 45 of 226
Hearing - Volume 3                                    April 6, 2009

487

1    their maiden name, now they're married and so, you know,

2    their other ID may have their -- or they may be on the

3    list under their married name, what would that poll

4    worker do.

5              And I think the way that Senate Bill 362 is

6    written currently is that's really going to be a fact

7    question for the poll worker to determine.

8              In that situation, if the voter comes in

9    with a birth certificate, they're going to have to come

10   in with another government issued nonphoto ID, and then

11   the poll worker would have to look at those documents

12   and say, well, yeah, we really think this is Dr. Alma

13   Allen, or they may not be able to make that

14   determination.

15             CHAIRMAN SMITH:  And is that different than

16   the way it is done under current law in terms of

17   providing nonphoto identification?  And how -- and

18   whether they interpret that in some manner to determine

19   whether that is you or whether there's just a

20   presentment test, as Representative Anchia indicated?

21             MS. MCGEEHAN:  Under current law, I think

22   the assumption is that a voter whose name changed will

23   update their voter registration, and they can do that by

24   filing a new voter registration application.

25             As a practical matter, it may not come up as



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031630

USA_00021154