Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 1 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 160 of 226
Hearing - Volume 3                                   April 6, 2009

602

 1    found a means to adopt the real ID card and if that was

 2    politically feasible, then that would be one mechanism

 3    they specifically mention in the report as a way to do

 4    that; is that correct?

 5              MR. MOORE:  Right.  And that's what many

 6    countries overseas do which have a national ID and

 7    require photo IDs at the polls because it --

 8              CHAIRMAN SMITH:  But we're all kind of

 9    agreeing that that turned out not to be a feasible way

10    to get that done; is that correct?

11              MR. MOORE:  I don't think there's political

12    support for it.

13              CHAIRMAN SMITH:  Yeah, at this point.

14    But -- so, the principle -- you know, without getting

15    into the details, the principle they are recommending is

16    that to the extent that you enhance security, that you

17    simultaneously take some affirmative step on the part of

18    the state to expand access and to expand the number of

19    potential registered voters; is that correct?

20              MR. MOORE:  And expand the number of people

21    that have ID, which was part of that, too.

22              CHAIRMAN SMITH:  Okay.  All right.

23              Yes, Mr. Bonnen.

24              REPRESENTATIVE BONNEN:  You're neutral on

25    the bill; is that right?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006387

TX_00031745

USA_00021269

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 2 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 161 of 226
Hearing - Volume 3                                    April 6, 2009

603

1           MR. MOORE:  Yes.

2           REPRESENTATIVE BONNEN:  Let me ask you about

3      politicalization again.  Are you familiar with the

4      WASHINGTON POST article last Wednesday, April the 1st,

5      about the Justice Department's conclusion on the DC

6      voting rights bill?

7           MR. MOORE:  Yes, I saw that and I'm familiar

8      with the article.  I'm familiar with the issue, yes.

9           REPRESENTATIVE BONNEN:  Well, what's the

10     issue then?

11          MR. MOORE:  The issue, I believe, in that

12     article was that there had been a memo that advised that

13     the bill might be unconstitutional and Holder --

14     Attorney General Holder had overwritten that memo.

15          REPRESENTATIVE BONNEN:  He actually ordered

16     a second opinion from other lawyers in his department

17     and determined that the legislation would pass muster, a

18     finding that the Voting Rights bills runs afoul of the

19     constitution could complicate an upcoming House vote and

20     more vulnerable to legal challenges of the Supreme Court

21     but, when asked, a seasoned Justice Department

22     individual says they saw concern and then Holder said he

23     wanted the office of legal counsel -- I'm sorry, not the

24     legal counsel.  Who did he ask for then?  Solicitor

25     general then.  So, do you think we're moving away from



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031746

USA_00021270

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 3 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 162 of 226
Hearing - Volume 3                                          April 6, 2009

604

1    politicalization?

2              MR. MOORE:  Well, I think you're right and

3    there's always going to be question and there's always

4    going to be a shadowing over and there always has been

5    and it goes back to Robert Kennedy and everything else

6    but I do want to go back and say that the -- the degree

7    to which the civil rights division was criticized from

8    about 2002, 2003 to 2007 was unique in the history of

9    the division and it was very unfortunate but you're

10   right and it's going to be something that's going to

11   take increased transparency and it's going to take

12   increased scrutiny to make sure that that is not

13   repeated on either side.

14             UNIDENTIFIED SPEAKER:  But I guess the

15   concern is that it sounds as if we are headed in that

16   direction.

17             MR. MOORE:  I think it's a little early and

18   that one memo, I don't think, is really conclusive as to

19   what -- I'm not willing to say that the mistakes of the

20   last few years are going to be repeated in the Obama

21   administration, not yet anyway.

22             UNIDENTIFIED SPEAKER:  Even though the

23   Attorney General is not agreeing with long-term Justice

24   lawyers who say there is a problem and then he asks for

25   something that's -- apparently I'm not that schooled in



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031747

USA_00021271

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 4 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 163 of 226
Hearing - Volume 3                                     April 6, 2009

605

1    this -- highly unusual and says he wants the solicitor

2    general's office, I think I got that right?

3              MR. MOORE:  I think if that becomes a

4    pattern, then that would be a concern to have but

5    speaking totally from a --

6              UNIDENTIFIED SPEAKER:  No, I understand.

7    And I guess my concern is when you say becoming a

8    pattern, is it important whether it's a pattern or not

9    or if it's on the rare occasions it happens what the

10   issues are, like DC voting rights, that's a pretty

11   significant issue, so, there only may be say two

12   significant issues in the next three years but on those

13   two, you see these type of situations occur, then that's

14   an issue.  That may not be what I would call a pattern.

15             MR. MOORE:  Well, I think the Department of

16   Justice is going to have more than two significant

17   issues over the next three years that could hopefully --

18             UNIDENTIFIED SPEAKER:  Hopefully, but you

19   follow what I'm saying, even if it's not --

20             MR. MOORE:  You know, if that turns out,

21   like I said, to be something that happens again -- in a

22   case like this in which it's, obviously, in the

23   Democrat -- Democratic's party interest to have a vote

24   for DC, then I would be worried that that was --

25             UNIDENTIFIED SPEAKER:  Can you point to any



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031748

USA_00021272

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 5 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 164 of 226
Hearing - Volume 3                                        April 6, 2009

606

```
1     other decisions that Justice Department has made that
2     would show us they're not going to be -- there won't be
3     politicalization that they've made since they've been in
4     administration?
5              MR. MOORE:  I'm sorry, it's just too early
6     and we just don't have enough of a --
7              UNIDENTIFIED SPEAKER:  That's what, I guess,
8     I'm trying to drive at.  I mean, I don't know enough
9     about what decisions they've had available or issues
10    have come up but, I mean, is this the only one or are
11    there others that they maybe went the correct direction
12    on or didn't show a degree of politicalization?  Is this
13    it for their short tenure?
14             MR. MOORE:  I just don't know.
15             UNIDENTIFIED SPEAKER:  Thank you.
16             CHAIRMAN SMITH:  There's been some reference
17    to this editorial, and I want to just take a second to
18    read a little part of it here.
19             February 3rd, 2008 by Jimmy Carter and James
20    Baker.  It says:  This is a major election year.
21    Unfortunately, our two major political parties,
22    Democratic and Republican, continue to disagree on some
23    of the rules that apply to the administration of our
24    elections.  This divide is perhaps most contentious when
25    the issue becomes one of whether voters should present
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031749

USA_00021273

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 6 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 165 of 226
Hearing - Volume 3                                             April 6, 2009

607

1      photo identification to vote.  27 states require at

2      least some form of ID to vote.  Supporters of this

3      policy argue that if voters identify themselves before

4      voting election fraud will be reduced.

5              Opponents of an ID requirement fear it will

6      disenfranchise voters, especially the poor, members of

7      minority groups and the elderly who are less likely than

8      other voters to have suitable identification.  The

9      debate is polarized between proponents because most of

10     the proponents are Republicans and most of the opponents

11     are Democrats.

12             In 2005, we led a bipartisan commission on

13     federal election reform and concluded that both parties'

14     concerns were legitimate.  A free and fair election

15     requires both ballot security and full access to voting.

16     We offered a proposal to bridge the partisan divide by

17     suggesting a uniform voter photo ID based on the Federal

18     Real ID Act of 2005 to be phased in over five years.

19             To help with the transition, states would

20     provide free voter photo ID cards to eligible citizens.

21     Mobile units would be sent out to provide the IDs to

22     registered voters.  Of the 21 members of the commission,

23     only 3 dissented on the requirement for an ID.

24             No state has yet accepted our proposal.

25     What's more, when it comes to ID laws, confusion reigns.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031750

USA_00021274

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 7 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 166 of 226
Hearing - Volume 3                                            April 6, 2009

608

1       The laws on the books, mainly backed by Republicans,

2       have not made it easy enough for voters to acquire an

3       ID.

4               At the same time, Democrats have tended to

5       try to block voter ID legislation outright instead of

6       seeking to revise that legislation to promote

7       accessibility.

8               When lower courts have considered challenges

9       to state laws on the question of access, their decisions

10      have not been consistent and in too many instances

11      individual judges have appeared to vote along partisan

12      lines.

13              Fortunately, the Supreme Court has taken on

14      a case involving a challenge to Indiana's voter ID law.

15      The Court, which heard arguments last months and is

16      expected to render a judgment this term, has the power

17      finally to bring clarity to this crucial issue.

18              The report goes on to indicate that the

19      American University Center for Democracy indicates that

20      only about 1.2 percent of registered voters lack a photo

21      ID.

22              I guess that's the statistic that you were

23      early citing.

24              UNIDENTIFIED SPEAKER:  Mr. Chair, just real

25      quickly, what was the date on that letter?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031751

USA_00021275

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 8 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 167 of 226
Hearing - Volume 3                                        April 6, 2009

609

1        CHAIRMAN SMITH:  February 3rd, 2008.

2        UNIDENTIFIED SPEAKER:  Okay.  I referred

3   earlier to a op-ed by Carter and Baker from September,

4   2005.  So, you're reading from a different document than

5   what I eluded to, just for the record.

6        CHAIRMAN SMITH:  What is the date of yours?

7        UNIDENTIFIED SPEAKER:  September 23rd, 2005.

8   It was discussed on the House floor during the 2007

9   session.

10       CHAIRMAN SMITH:  Okay.

11       UNIDENTIFIED SPEAKER:  All right.

12       CHAIRMAN SMITH:  And I'm just saying it is

13  the very spirit of this document that I'm hoping we can

14  try to be the -- the only state that has managed to find

15  the middle ground on this issue and to expand access at

16  the same time that we enhance security.  That's

17  certainly what we're going to try to do.

18       Any other questions, members, of this

19  witness?  Any other questions?  Any other comments?

20       MR. MOORE:  No.  It's been a long day but --

21       CHAIRMAN SMITH:  We certainly appreciate you

22  taking the time to stick with us and apologize for the

23  length of time --

24       MR. MOORE:  Thank you for your time.

25       CHAIRMAN SMITH:  -- that you had to wait.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031752

USA_00021276

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 9 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 168 of 226
Hearing - Volume 3                                      April 6, 2009

610

```
 1               UNIDENTIFIED SPEAKER:  Okay.  Is there
 2      anyone else here which --
 3               CHAIRMAN SMITH:  Oh, we wanted to bring the
 4      Attorney General back.
 5               UNIDENTIFIED SPEAKER:  You're joking, right?
 6               UNIDENTIFIED SPEAKER:  For?
 7               (Inaudible)
 8               CHAIRMAN SMITH:  With the Attorney General's
 9      office?
10               Anybody have any questions for Mr. Nichols
11      with the Attorney General's office?
12               UNIDENTIFIED SPEAKER:  I have a handful.
13               CHAIRMAN SMITH:  Okay.  Come on up.
14               UNIDENTIFIED SPEAKER:  I want it for the
15      record.
16               CHAIRMAN SMITH:  Okay.  State your name, who
17      you represent.  Have you filled out a form?
18               UNIDENTIFIED SPEAKER:  He gave it to you.
19               MR. NICHOLS:  I did fill out a form, Mr.
20      Chairman.
21               Good morning.  Eric Nichols, Deputy Attorney
22      General for Criminal Justice.
23               Happy birthday.
24               REPRESENTATIVE DR. ALLEN:  Thanks.
25               UNIDENTIFIED SPEAKER:  Let's get this right.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031753

USA_00021277

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 10 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 169 of 226
Hearing - Volume 3                                              April 6, 2009

611

1            MR. NICHOLS:  That should have come first.

2    I apologize, Dr. Allen.

3            REPRESENTATIVE DR. ALLEN:  That's all right.

4    Thank you.

5            UNIDENTIFIED SPEAKER:  Can I go, Mr.

6    Chairman?

7            CHAIRMAN SMITH:  Yes.

8            UNIDENTIFIED SPEAKER:  Eric, how are you?

9    Good morning to you.

10           Earlier today there was some discussion

11   about Waller County and the Texas Attorney General's

12   involvement in the alleged misconduct out there.  One of

13   the complaints was that you all didn't devote adequate

14   resources to that particular problem.  Does the Texas

15   Attorney General have authority to pursue civil actions

16   under Voting Rights Act?

17           MR. NICHOLS:  No, sir.  That's the exclusive

18   province of the Department of Justice, the civil rights

19   division.

20           UNIDENTIFIED SPEAKER:  So, what do you have

21   authority to pursue?  Criminal violations under the

22   Texas Election Code?

23           MR. NICHOLS:  Yes, sir.  As I testified

24   before this body and before the Senate, we do have

25   original but not exclusive jurisdiction to prosecute



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031754

USA_00021278

Case 2:13-cv-00193   Document 663-9   Filed on 11/11/14 in TXSD   Page 11 of 90
Case 1:12-cv-00128-RMC-DST-RLW   Document 214   Filed 06/20/12   Page 170 of 226
Hearing - Volume 3                                                   April 6, 2009

612

```
 1          criminal violations of the Election Code.

 2                     And so, our -- our statutory authority in

 3          the area is limited to acting upon referrals of

 4          allegations of violations of the criminal provisions of

 5          the Election Code.

 6                     We take those referrals.  We thoroughly

 7          investigate those referrals.  If there are facts and the

 8          law warrants presentation of those cases to a Grand

 9          Jury, they will be so presented.

10                     A Grand Jury makes a decision about whether

11          those cases will be indicted and if they are -- if the

12          Grand Jury makes a decision to proceed with an

13          indictment, then our office will be involved in

14          prosecuting the case from there forward.

15                     UNIDENTIFIED SPEAKER:  The Department of

16          Justice filed a lawsuit against Waller County, correct?

17                     MR. NICHOLS:  Yes, sir.

18                     UNIDENTIFIED SPEAKER:  And they required the

19          county to enter a consent decree.  Did the federal

20          lawsuit alleged any criminal conduct?

21                     MR. NICHOLS:  No, sir, it did not, and --

22          and I believe that what was confirmed, I think, by

23          President Bledsoe in what he testified to before the

24          Senate and testified to here today is that the Attorney

25          General's office was not only involved but was
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006397

TX_00031755

USA_00021279

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 12 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 171 of 226
Hearing - Volume 3                                              April 6, 2009

613

1      instrumental in getting the Department of Justice to

2      take the actions that it did and, in fact, the results

3      of the investigation that our office conducted, which

4      included impounding election records from Waller County

5      and interviews of the persons involved, that information

6      was provided to the Department of Justice, which then

7      informed us at the time that the consent decree was

8      entered that that investigation was critical to the work

9      that they were able to do to seek the civil remedies

10     that they were able to seek under the Voting Rights Act.

11              UNIDENTIFIED SPEAKER:  Do you think there's

12     more that you could have done?

13              MR. NICHOLS:  No, sir.  At some point, I

14     believe there was some testimony -- I believe it also

15     came from President Bledsoe, which was accurate, that in

16     order to prove a criminal violation, there is a need to

17     be able to produce evidence and show that someone acted

18     with intent, and I believe that President Bledsoe

19     referred to the official suppression statute, which

20     requires as an element that you show that a public

21     official intentionally denied someone a right that they

22     were entitled to.

23              And so, I -- my personal belief, based on my

24     direct experience in dealing with the Department of

25     Justice on this very case, is that the Attorney



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031756

USA_00021280

Case 2:13-cv-00193  Document 663-9  Filed on 11/11/14 in TXSD  Page 13 of 90
Case 1:12-cv-00128-RMC-DST-RLW  Document 214  Filed 06/20/12  Page 172 of 226
Hearing - Volume 3                                        April 6, 2009

614

1     General's office fully discharged its duties given our

2     purview of what we can and can't do.

3             UNIDENTIFIED SPEAKER:  I appreciate your

4     testimony.  I just wanted the committee to kind of hear

5     that because we kind of got off on a trail today, and I

6     just wanted to shed a little bit more light on kind of

7     the overall of this particular situation.  I want to

8     thank you again for hanging in there until the very end.

9     That's all the questions I have.

10            Thank you, Mr. Chairman.

11            UNIDENTIFIED SPEAKER:  On that subject, I

12    don't know if you're the person to ask this but is there

13    something in place to protect African American

14    communities from some sort of systematic effort to

15    ensure that the lines are longer to vote in their

16    communities than they are in other communities?

17            MR. NICHOLS:  In terms of the actual

18    administration of how the voting process works, and an

19    issue in Waller County, for example, was, you know,

20    where are you going to place the ballot boxes, is it

21    appropriate in those elections to have ballot boxes on

22    the campus of Prairie View A&M.

23            And on those questions of the -- the

24    judgment of how the election should be held, of course,

25    we vest a lot of authority in Texas at the county level,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031757

USA_00021281

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 14 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 173 of 226
Hearing - Volume 3                                     April 6, 2009

615

1    so, we give the elections administrators in the counties

2    a lot of discretion.

3             Of course, they can seek guidance from and

4    support from the Secretary of State's office, and then,

5    of course, you have another level of supervision.  If

6    you conduct an election in such a way to disenfranchise

7    voters, then you may get into a Voting Rights Act issue

8    as well but on those administrative parts, we really

9    rely on our elections administrators at the county

10   level, subject to supervision of the Secretary of State

11   and then, at a much higher level, the Voting Rights Act

12   but those obvious -- for obvious reasons don't tend to

13   be the kinds of criminal violations that we handle in my

14   shop.

15            CHAIRMAN SMITH:  So, if you've got bigoted

16   leadership at the county level, they will seek advice of

17   the Secretary of State to see how far they can push it

18   before they cross a legal line?

19            MR. NICHOLS:  I mean, it's entirely

20   possible -- now, there are criminal statutes that deal

21   with such issues as retaliation against voters.  I mean,

22   if someone retaliates against a voter for having voted a

23   certain way, there is a criminal statute to deal with

24   that but if it doesn't rise to that level of such

25   knowing or intentional conduct, then you're really



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031758

USA_00021282

Case 2:13-cv-00193  Document 663-9  Filed on 11/11/14 in TXSD  Page 15 of 90
Case 1:12-cv-00128-RMC-DST-RLW  Document 214  Filed 06/20/12  Page 174 of 226
Hearing - Volume 3                                        April 6, 2009

616

1    dealing with administrative issues that if the committee

2    is interested in that kind of thing, you ought to be

3    addressing with some of those administrative processes.

4                CHAIRMAN SMITH:  Any other questions?

5                REPRESENTATIVE DR. ALLEN:  I've got a

6    question.

7                CHAIRMAN SMITH:  Dr. Allen.

8                REPRESENTATIVE DR. ALLEN:  Are there any

9    ballot boxes on any campus in the State of Texas?

10               MR. NICHOLS:  I don't know, Dr. Allen.  We

11   might want to ask the Secretary of State's office to see

12   if that's ever done anywhere.  And I can't recall off

13   the top of my head.  I can get a copy of that consent

14   decree for you.  I can't recall whether the consent

15   decree that the DOJ entered into in the Waller County

16   case spoke to the issue of where those ballot boxes were

17   placed but I can certainly check for you.

18               REPRESENTATIVE DR. ALLEN:  Anywhere in

19   Texas, that's what I want to know.

20               MR. NICHOLS:  Yes, I'll check on that for

21   you, Dr. Allen.

22               CHAIRMAN SMITH:  Representative Anchia.

23               REPRESENTATIVE ANCHIA:  Mr. Nichols, just to

24   get an update, any -- have you prosecuted any cases of

25   in person voter impersonation at the polls as the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031759

USA_00021283

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 16 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 175 of 226
Hearing - Volume 3                                    April 6, 2009

617

1     Attorney General's office?

2                 MR. NICHOLS:  We have among the -- I think

3     the number is up to 31 prosecutions now.  Among those 31

4     prosecutions, there are, by my count, probably 4

5     prosecutions that deal with in person conduct, in other

6     words, some form of fraudulent conduct that --

7                 REPRESENTATIVE ANCHIA:  Does that include

8     investigations?

9                 MR. NICHOLS:  No.  That would just be

10    prosecutions.  And investigations, again, as you know, I

11    hope I've been very clear that I don't want to be

12    discussing --

13                REPRESENTATIVE ANCHIA:  And I don't want you

14    to.  I just want to know if prosecutions would include

15    as a subset investigations.  I don't want you to discuss

16    any investigations.  You consider those two things

17    separate?

18                MR. NICHOLS:  I do and for obvious reasons,

19    and -- and if I might, I just -- I can't stress enough

20    to this committee and to everyone that's listening that

21    from my perspective, there are reasons why the integrity

22    of investigations need to be -- needs to be maintained,

23    the integrity of investigations, and it is not helpful

24    to the integrity of investigations to have anyone,

25    someone in my position or a legislator to be talking



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006402

TX_00031760

USA_00021284

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 17 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 176 of 226
Hearing - Volume 3                                      April 6, 2009

618

1     publicly about ongoing investigations of any matter,

2     including Election Code violations.

3              REPRESENTATIVE ANCHIA:  And I'm not asking

4     you to discuss them publicly.  You have investigations,

5     prosecutions.  Any convictions?

6              MR. NICHOLS:  Yes, sir.

7              REPRESENTATIVE ANCHIA:  Okay.  In the 30 or

8     so?

9              MR. NICHOLS:  Yes, sir.

10             REPRESENTATIVE ANCHIA:  Okay.  And what fact

11    pattern?  Was that for in person voter impersonation?

12             MR. NICHOLS:  The cases have actually been

13    resolved involving in person polling place conduct

14    included a case that involved someone actually

15    physically voting for voters that were escorted to the

16    polling place.

17             There were cases of -- where resident

18    aliens -- I think you and I talked about this case

19    before -- resident aliens were registered to vote by a

20    counsel woman in Calhoun County.

21             REPRESENTATIVE ANCHIA:  Yeah.

22             MR. NICHOLS:  And which resulted in not only

23    their being improperly registered to vote but actually

24    going to the polling place and voting.

25             REPRESENTATIVE ANCHIA:  And we talked about



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00031761

USA_00021285

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 18 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 177 of 226
Hearing - Volume 3                                    April 6, 2009

619

1    that.  You testified about that in the interim, correct?

2              MR. NICHOLS:  Yes, sir.

3              REPRESENTATIVE ANCHIA:  Calhoun County?

4              MR. NICHOLS:  Yes, sir.

5              REPRESENTATIVE ANCHIA:  And the -- your

6    office determined that the people who voted did not have

7    the mens rea to commit voter fraud and that the actual

8    fraud was committed by the candidate by giving the

9    resident -- the legal permanent residents that

10   information about the fact that they could vote; is that

11   not correct?

12             MR. NICHOLS:  Yes, sir, absolutely, that was

13   the allegation in that case.

14             REPRESENTATIVE ANCHIA:  That was the fact

15   pattern there?

16             MR. NICHOLS:  That in a very close election

17   that that politician had actively encouraged persons who

18   were not eligible to vote not only to register to vote

19   but actually to go vote.

20             REPRESENTATIVE ANCHIA:  Right, and that the

21   persons who did vote did not have the requisite mental

22   state to commit fraud, correct?

23             MR. NICHOLS:  Yes, sir.  They were not

24   prosecuted because we believe that they had been lied

25   to.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006404

TX_00031762

USA_00021286

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 19 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 178 of 226
Hearing - Volume 3                                    April 6, 2009

620

```
 1              REPRESENTATIVE ANCHIA:  Okay.  Okay.  With
 2      respect to the other case of in person voter
 3      impersonation, what was the fact pattern?  You said that
 4      there was official misconduct where somebody was in the
 5      polling place.
 6              MR. NICHOLS:  And actually voted at the
 7      actual voting station.
 8              REPRESENTATIVE ANCHIA:  For the registered
 9      voter, correct?
10              MR. NICHOLS:  Yes, sir.
11              REPRESENTATIVE ANCHIA:  And in either of --
12      based on your knowledge of the Senate Bill, in either of
13      those cases would implementation of Senate Bill
14      prevented -- have prevented that in person voter
15      impersonation?
16              MR. NICHOLS:  I consider that to be a very
17      kind of abstract question.  I haven't studied it but --
18              REPRESENTATIVE ANCHIA:  Let me ask you this
19      question --
20              MR. NICHOLS:  Yes, sir.
21              REPRESENTATIVE ANCHIA:  -- did the legal
22      permanent residence have IDs in the Calhoun County case?
23              MR. NICHOLS:  I do not know.
24              REPRESENTATIVE ANCHIA:  Okay.  Did -- would
25      a voter ID standard have prevented the official
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031763

USA_00021287

Case 2:13-cv-00193  Document 663-9  Filed on 11/11/14 in TXSD  Page 20 of 90
Case 1:12-cv-00128-RMC-DST-RLW  Document 214  Filed 06/20/12  Page 179 of 226
Hearing - Volume 3                                           April 6, 2009

621

1     misconduct -- would have prevented the official

2     misconduct at the polling location by the official who

3     is voting the other people's ballot?

4               MR. NICHOLS:  Again, it's not something that

5     I've studied or would be able to offer kind of a

6     hypothetical answer to.

7               REPRESENTATIVE ANCHIA:  Okay.  Okay.  Do you

8     know if IDs were presented in -- at the polling location

9     when the official misconduct occurred?

10              MR. NICHOLS:  I do not.

11              REPRESENTATIVE ANCHIA:  Okay.  Thank you.

12              UNIDENTIFIED SPEAKER:  Judge, I'm still not

13    clear on what the allegation is with regard to someone

14    voting for someone else.  What specifically happened

15    there?

16              MR. NICHOLS:  A person escorted an elderly

17    couple to the polls and then physically voted their

18    ballots at the polling place.

19              CHAIRMAN SMITH:  Okay.  So, in that

20    instance, you had someone -- so, you're saying the

21    elderly couple, from your understanding, went to the

22    table and handled the process of getting the ballot

23    themselves and then the other person took the ballots

24    and went in and voted it, is that how it happened?

25              MR. NICHOLS:  Yes, sir.  Yes, sir.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006406

TX_00031764

USA_00021288

Case 2:13-cv-00193  Document 663-9  Filed on 11/11/14 in TXSD  Page 21 of 90
Case 1:12-cv-00128-RMC-DST-RLW  Document 214  Filed 06/20/12  Page 180 of 226
Hearing - Volume 3                                        April 6, 2009

622

1           CHAIRMAN SMITH:  Okay.  Any other questions,

2     members?

3           (Inaudible)

4           MR. NICHOLS:  Yes, it is fraudulent to cast

5     a ballot for -- for someone else.

6           CHAIRMAN SMITH:  I want to ask a quick

7     question of the Secretary of State.  Is she still here?

8     Ann?  Yes, you are.

9           Thank you.

10          MR. NICHOLS:  Thank you.

11          UNIDENTIFIED SPEAKER:  Thank you, Mr.

12    Nichols.

13          CHAIRMAN SMITH:  State your name again and

14    who you represent.

15          MR. SEPEHRI:  John Sepehri, general counsel

16    for the Secretary of State's office.

17          CHAIRMAN SMITH:  Okay.

18          MS. MCGEEHAN:  Ann McGeehan, Secretary of

19    State's office.

20          CHAIRMAN SMITH:  Okay.  Is there any way --

21    have you all had -- I think we've talked about it at

22    some point in time.  Is there any way to make any kind

23    of an informed judgment of if I give you a million

24    dollars how many people I can register in the state that

25    are not currently registered?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006407

TX_00031765

USA_00021289

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 22 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 181 of 226
Hearing - Volume 3                                    April 6, 2009

623

1          MR. SEPEHRI:  Well, I think there are a lot

2     of factors outside of the appropriations process that

3     could affect sort of the bang for buck you would get

4     from that effort.  I don't think we can -- we've talked

5     about it and I don't think we can really quantify that

6     for you.

7          CHAIRMAN SMITH:  How would I go about

8     getting some quantification of that?  Who could help me

9     with that?  I guess it depends on how you spend the

10    money.

11         MS. MCGEEHAN:  Right.  That was going to be

12    my answer because I think it really depends on what

13    policy changes you want to make, you know.  I mean,

14    there are various bills filed this session that might

15    expand the franchise but --

16         MR. SEPEHRI:  But it may or may not be hard

17    for us to evaluate specific policies which expand the

18    franchise on a dollar bang for the buck basis.

19         CHAIRMAN SMITH:  I mean, do we have any

20    other examples out there of people spending X number of

21    money to register X number of voters?

22         MS. MCGEEHAN:  I can't think of it that way

23    as far as to kind of quantity, you know, the amount of

24    money it costs to get folks register.  I mean, that --

25         CHAIRMAN SMITH:  Just can't help me?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006408

TX_00031766

USA_00021290

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 23 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 182 of 226
Hearing - Volume 3                                              April 6, 2009

624

```
1              MR. SEPEHRI:  It's a hard question.

2              MS. MCGEEHAN:  It's probably not a direct

3       relationship I think is the --

4              CHAIRMAN SMITH:  Okay.  I think that's all

5       the questions I have.

6              UNIDENTIFIED SPEAKER:  Anyone else here

7       present to testify on or against SB 362?

8              The Chair calls on Representative Smith to

9       close.

10              CHAIRMAN SMITH:  I close.

11              UNIDENTIFIED SPEAKER:  The Chair moves that

12      SB 362 will be left pending before the committee.  Are

13      there any objections?  The Chair here's none.  SB 362

14      will be left pending before the committee.

15              CHAIRMAN SMITH:  Members, thank you very

16      much for your patience and for hanging with us.  Unless

17      there are any comments or questions, the Chair moves

18      that the House Committee on Elections stand adjourn

19      subject to the call of the Chair.

20

21

22

23

24

25
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031767

USA_00021291

Case 2:13-cv-00193   Document 663-9   Filed on 11/11/14 in TXSD   Page 24 of 90
Case 1:12-cv-00128-RMC-DST-RLW   Document 214   Filed 06/20/12   Page 183 of 226
Hearing - Volume 3                                                April 6, 2009

625

```
 1      STATE OF TEXAS        *

 2      COUNTY OF HARRIS      *

 3

 4           I, the undersigned certified shorthand reporter

 5      and notary public in and for the State of Texas, certify

 6      that the facts stated in the foregoing pages are true

 7      and correct.

 8

 9           I further certify that I am neither attorney or

10      counsel for, nor related to or employed by, any of the

11      parties to the action in which this matter is taken and,

12      further, that I am not a relative or employee of any

13      counsel employed by the parties hereto, or financially

14      interested in the action.

15

16           SUBSCRIBED AND SWORN TO under my hand and seal of

17      office on this the 16th day of April, 2012.

18

19

20           EDITH A. BOGGS, CSR
             Certified Shorthand Reporter and
21           Notary Public in and for
             the State of Texas

22

        Notary Expires:  5-10-2012
23      Certificate No. 3022
        Expiration date:  12-31-2013
24      Esquire Deposition Solutions, LLC
        Registration No. 3

25
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031768

USA_00021292

Hearing - Volume 3                                    April 6, 2009

626

| A | | | | |
|---|---|---|---|---|
| **AARP** | 563:8 | 608:7 | **acted** | 547:1 |
| 405:7,10,13 | **absolute** | **accident** | 534:10 | 558:25 |
| 405:15 | 446:21 | 455:8 | 613:17 | 566:22 |
| 406:1,5,16 | **absolutely** | **account** | **acting** | 573:18 |
| 406:22,25 | 419:7,8 | 417:25 | 442:16 | 577:19,24 |
| 407:5 412:8 | 428:25 | 526:25 | 462:17,20 | 601:4 |
| 413:13 | 438:25 | 574:15 | 612:3 | **address** |
| 416:3 418:8 | 554:8 562:8 | **accounted** | **action** | 412:15,16 |
| **AARP's** | 619:12 | 440:23 | 414:13 | 441:4 456:7 |
| 405:15 | **absorb** | **accounts** | 418:15 | 456:8 |
| 418:13 | 576:25 | 418:2 | 462:5 | 458:10 |
| **Abbott** | **abstract** | **accurate** | 625:11,14 | 472:24 |
| 440:11 | 620:17 | 543:16 | **actions** | 481:5 |
| **aberration** | **abstracts** | 553:18 | 611:15 613:2 | 498:25 |
| 445:23 | 530:6 | 560:4 | **active** | 502:10,12 |
| 446:21 | **AC** | 582:16 | 418:9 515:20 | 504:7 516:6 |
| **ability** | 572:5 | 613:15 | **actively** | 517:4,17 |
| 434:14 | **academic** | **accusation** | 619:17 | 519:12,13 |
| **able** | 448:6 562:2 | 560:1 592:11 | **activities** | 536:5 567:1 |
| 421:25 | 562:4 | **accused** | 412:1 442:7 | 575:23 |
| 427:16 | **accept** | 592:10 | 442:22 | 580:5,12 |
| 428:12 | 422:19 | **accusing** | **activity** | **addressed** |
| 429:23 | 489:16 | 537:6 | 446:9,16 | 411:20 |
| 431:12 | 491:13 | **acknowledged** | 464:10 | 488:14 |
| 434:8 435:4 | 495:5 496:1 | 589:3 | 560:22,23 | 499:25 |
| 437:2 | 544:14 | **acknowled...** | 560:24 | 501:8 |
| 438:12 | **acceptable** | 591:19 | **actual** | 502:15 |
| 439:5,7 | 499:17 | **Acorn** | 427:21 429:9 | 576:12 |
| 449:6 | 543:11 | 525:22,25 | 448:23 | **addresses** |
| 462:24 | 544:10 | 526:6 560:3 | 452:13 | 495:19 |
| 466:23 | **accepted** | **acquiesced** | 461:15 | 519:13 |
| 487:13 | 496:7 508:6 | 438:12 | 518:23 | 536:11 |
| 495:24 | 516:7 | **acquire** | 522:16 | 576:20 |
| 497:7 | 607:24 | 608:2 | 562:11 | **addressing** |
| 501:10 | **accepting** | **act** | 614:17 | 405:11 |
| 502:5 541:8 | 498:21 | 407:10 | 619:7 620:7 | 502:21,22 |
| 569:5 572:3 | **access** | 426:14 | **add** | 616:3 |
| 613:9,10,17 | 409:10 418:3 | 437:11,16 | 421:2 566:21 | **adequate** |
| 621:5 | 453:9,14 | 437:19 | **added** | 433:24 |
| **absence** | 519:11 | 438:2,6 | 438:10 | 435:17 |
| 407:22 | 594:1 596:2 | 468:6 | 546:21 | 611:13 |
| 594:24 | 597:13 | 471:18 | 547:2 | **adjourn** |
| **absent** | 598:15 | 574:12 | **addition** | 624:18 |
| 422:7 489:7 | 602:18 | 575:6 | 421:2,17 | **administr...** |
| **absentee** | 607:15 | 607:18 | **additional** | 486:1 575:1 |
| 422:12 426:2 | 608:9 | 611:16 | 431:12 | 579:6 |
| 558:5,11,16 | 609:15 | 613:10 | 453:17,22 | 588:12,16 |
| | **accessibi...** | 615:7,11 | 505:25 | 589:3 |



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031769

USA_00021293

Case 2:13-cv-00193  Document 663-9  Filed on 11/11/14 in TXSD  Page 26 of 90
Case 1:12-cv-00128-RMC-DST-RLW  Document 214  Filed 06/20/12  Page 185 of 226

Hearing - Volume 3                                                April 6, 2009

627

590:23
604:21
606:4,23
614:18
administr...
574:17
administr...
615:8  616:1
616:3
administr...
615:1,9
admitted
528:22
adopt
547:17
583:20
602:1
adopted
431:22  463:4
566:20
577:7
advance
490:10
advertise
480:21
482:10
advice
615:16
advised
603:12
advocacy
418:15
advocates
579:18
affect
440:12
559:20
623:3
affiants
551:22
affidavit
423:24
430:20,24
451:17,19
452:4
545:10,21
546:4,5
577:6  581:6

581:6,13
affidavits
519:16
546:14
551:18,23
581:2  582:7
affiliate
510:2
affirmative
414:10  497:1
500:11
593:4,7
601:8
602:17
afford
465:21
afoul
603:18
African
425:23  426:6
426:11,24
427:4,6
428:2
429:18
431:21
433:12
435:1,23
436:1
438:22
440:22
441:9
442:11
443:8
445:25
448:11,19
449:13,17
459:12,15
461:16
572:24
614:13
AG
531:22
age
405:12
406:13,22
424:3
478:23
479:3

agency
513:14  547:2
aggressive
601:8,16
ago
425:25
426:15
447:8
456:23
555:4
583:12
597:19
599:5
agree
420:7  424:7
424:10
455:17
458:1  464:3
467:12
468:7
469:17
474:14
476:5
527:14
543:17
580:7  582:2
agreed
548:6
agreeing
569:8  602:9
604:23
agreement
526:1  558:18
agrees
514:15
AG's
440:14
531:19
574:23
ahead
481:16  530:4
545:3
ain't
439:10,18
air
555:4
aired
526:5,9

alarm
512:17
alarmingly
406:9
Alexis
511:5,13
aliens
618:18,19
alike
491:1
alive
408:12  511:2
allegation
477:21
514:22
519:1  539:2
619:13
621:13
allegations
527:21
546:13
574:18
575:16
587:2
588:14
612:4
allege
556:8
alleged
522:5  528:2
537:1,3
545:15
556:5
574:20
611:12
612:20
allegedly
545:23
557:12,15
alleges
545:10
alleging
435:22
545:21
Allen
415:25  416:1
416:5,17
417:7,14,21

417:24
418:4,17,21
419:1,4,7
419:11
429:13
436:11,12
437:1,4,8
437:18
438:25
440:6
441:23
444:15,24
445:5  447:2
451:21
478:18
479:8,11,20
480:4,9,18
480:20
481:1
482:19,25
483:5,13,18
483:23
484:2,14
486:24
487:13
490:20,22
490:24
491:4,7,15
491:22
492:3,8,14
492:16,21
492:22,25
493:6  506:1
506:7,13
507:22
508:9
516:12,16
542:14,14
542:15,18
543:17
544:12
547:6  552:5
552:11
610:24
611:2,3
616:5,7,8
616:10,18
616:21



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006412

TX_00031770

USA_00021294

Case 2:13-cv-00193  Document 663-9  Filed on 11/11/14 in TXSD  Page 27 of 90
Case 1:12-cv-00128-RMC-DST-RLW  Document 214  Filed 06/20/12  Page 186 of 226

Hearing - Volume 3                                        April 6, 2009

628

Allen's
587:19
allergic
506:17
allotted
473:3 565:9
allow
415:7 430:3
 431:8
 448:20
 493:16
 497:10
 527:10
 582:8
allowed
421:19
 427:10
 431:8 439:8
 459:6,10
 512:20
 527:11
allowing
408:4 495:4
 495:4
alma
487:12
 490:22
 569:9
alternate
408:4
alternative
431:6 476:6
 579:3
Alternati...
539:10
alternatives
577:5
Alvarez
572:6
Amadi
517:20
amazingly
526:22
amend
482:8
American
405:3 409:1
 425:24

426:11,24
427:5,6
428:2
429:18
431:21
432:9 435:1
435:23
436:1
438:22
440:23
441:9
442:11
443:8
445:25
448:11,20
459:12
570:10,16
608:19
614:13
Americans
405:12 426:6
433:12
449:14,17
449:25
459:16
461:16
572:24
Amicus
418:12
amiss
514:13
ammunition
460:18
amount
410:10
446:16
479:24
522:9,9,10
523:17
525:11
546:20
623:23
ample
580:4
Amy
510:25 515:1
analogy
595:3

analysis
429:5,6
435:12
531:18
 532:2 575:5
589:11,12
589:18,20
analysts
430:5 577:8
analytical
589:16
analyzing
445:21
Anchia
422:21
 424:12,14
447:21,22
449:8,23
450:5
487:20
493:3,4,15
494:7,10,15
494:19,25
495:8,18
496:9
527:17,18
528:11,15
528:18,24
529:12,18
529:22
530:1,4,9
530:13,19
531:2,5,15
531:21
532:5,11,15
532:23
533:1,6,10
533:12,20
533:23
534:11,17
534:21,25
535:5,8,15
535:19,23
536:2,4,12
536:15,18
536:25
537:8,12,17
537:22

538:5,9,12
538:15,19
539:2,10,13
539:16,19
539:23
540:1,5,9
540:13,19
540:23
541:2,8,18
541:21,24
542:2,7,10
547:25
557:19
561:4,5,16
561:22
562:3,20
563:2,10
576:15
590:14,15
591:14,23
592:5,8
593:20
594:23
595:7,14,17
595:21,25
596:16,20
597:9
616:22,23
617:7,13
618:3,7,10
618:21,25
619:3,5,14
619:20
620:1,8,11
620:18,21
620:24
621:7,11
ancient
456:22
anecdotal
443:23
Anglo
427:4 435:2
435:21
457:1
Anglos
433:20
 448:22

animated
536:21 537:1
animosity
427:25
Ann
481:8,13,16
 481:20
 485:16
 486:8,14
 496:18
 508:13
 622:8,18
annotate
507:13
annually
577:18
anomaly
446:25
answer
414:9 445:2
 481:14
 482:3 488:4
 501:7 504:6
 524:3,23
 567:13
 569:4
 579:14
 621:6
 623:12
answered
503:19
 519:17
answering
414:11
answers
501:22
antagonize
438:18
Antonia
411:1
Antonio
408:13,17
 409:4
 410:25
 411:17
 414:18
 415:3 416:6
 416:20



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031771

USA_00021295

Hearing - Volume 3                                  April 6, 2009

629

| | | | | |
|---|---|---|---|---|
| Antonio's | 447:25 | area | aside | assumed |
| 409:18 | 485:20 | 421:21 432:7 | 584:25 | 523:8 576:13 |
| 415:14 | 486:19 | 433:20 | asked | assumes |
| anybody | 487:24 | 469:20 | 411:6 441:6 | 502:10 |
| 450:17 | 516:10 | 489:11 | 448:12,16 | assuming |
| 501:10,11 | 518:17 | 612:3 | 449:12,15 | 525:17 |
| 508:18 | 522:15 | areas | 449:25 | 586:17 |
| 537:17 | applications | 421:23 | 456:19,20 | 597:21 |
| 552:4 565:7 | 440:9,10 | 461:17 | 503:21 | assumption |
| 565:7 | 554:3,24 | 463:11 | 506:10 | 487:22 518:4 |
| 568:11,15 | applied | 569:24 | 509:20,21 | 524:9,11,16 |
| 581:13 | 469:18 527:8 | 570:21 | 510:5,6,11 | 558:17 |
| 582:15 | 582:25 | argue | 524:6 544:2 | assumptions |
| 610:10 | apply | 579:19 607:3 | 553:13,18 | 558:13 |
| anyway | 419:17,19,22 | argued | 553:19 | assure |
| 469:23 492:1 | 419:23,24 | 575:12 | 599:10 | 416:8 |
| 519:14 | 419:24 | arguing | 603:21 | ATM |
| 547:19 | 420:24 | 468:9 | asking | 526:24 |
| 554:9 | 464:11 | argument | 449:3 454:13 | attach |
| 584:18 | 485:20 | 443:1 559:10 | 459:18 | 536:10 |
| 604:21 | 606:23 | 572:2 | 524:1 | attached |
| apologize | applying | 585:24 | 554:20 | 482:22 |
| 609:22 611:2 | 573:20 | 586:5 | 578:23 | attacked |
| apparatus | 576:16 | arguments | 618:3 | 536:24 537:5 |
| 433:14 | appointment | 522:1 608:15 | asks | 537:11 |
| apparent | 519:18 | Arizona | 604:24 | attempt |
| 571:12 | appreciate | 418:11 580:1 | assignment | 482:10 |
| apparently | 406:3 466:23 | arm | 515:24 516:1 | 513:12 |
| 409:19 | 467:5 | 460:23 | assigns | 546:9 |
| 441:10 | 474:13 | arrested | 444:4 | attempted |
| 604:25 | 547:19 | 428:8 441:15 | assistance | 450:14 |
| appeal | 609:21 | arrived | 506:18 | attempting |
| 411:12 | 614:3 | 410:15 | assisted | 435:17 |
| appear | approached | 425:21 | 408:6 443:14 | 545:18 |
| 407:16 513:8 | 545:10 | article | 545:25 | attend |
| appeared | appropriate | 441:17 603:4 | associated | 516:25 |
| 522:19 | 527:8 568:8 | 603:8,12 | 405:3 463:10 | attention |
| 608:11 | 614:21 | articles | association | 485:19 486:5 |
| appearing | appropria... | 556:14 | 405:3 413:16 | 534:5 577:2 |
| 569:19 | 623:2 | Articulate | assume | attitude |
| appears | approxima... | 493:14 | 496:4 516:21 | 583:17 |
| 489:4 496:20 | 566:5 572:17 | articulated | 524:18 | attorney |
| 512:5 | April | 536:19 | 532:16 | 431:2 478:2 |
| applicant | 404:13,17 | Ashcroft | 549:12 | 478:3 |
| 553:25 | 603:4 | 579:4 | 558:15 | 514:23 |
| applicants | 625:17 | Asian | 559:2 | 519:18 |
| 555:8 | arbitrary | 449:24,25 | 573:13 | 526:2 |
| application | 407:1 | | 597:22 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006414

TX_00031772

USA_00021296

Hearing - Volume 3                                        April 6, 2009

630

544:21
548:6
550:13,14
550:16
603:14
604:23
610:4,8,11
610:21
611:11,15
612:24
613:25
617:1 625:9
**AU**
572:14
573:20
**audit**
513:16 514:3
521:4
**auditor**
513:22 531:7
531:9,20,21
**Auditors**
513:17
**auditor's**
513:15
**audits**
531:10
**Austin**
411:14
412:13
514:21
570:19
**authorities**
442:11
443:15
465:14
548:14
**authority**
429:20
456:11
462:18,21
611:15,21
612:2
614:25
**authorize**
431:1
**authorized**
425:1 514:8

**automatic...**
496:7 564:25
565:14
**automobiles**
453:13,15
**avail**
579:7
**available**
408:9 433:20
442:19
555:23
606:9
**avenues**
504:11
**average**
434:25 435:3
435:6,13,22
543:7
**averaging**
543:18
**avoid**
468:24
574:24
579:2
586:14
599:21
**aware**
416:9 443:4
456:23
475:2
476:15
519:14
526:8
534:11,16
534:19
547:20
550:8
553:12
555:14,15
567:2
**A&M**
614:22
**A's**
545:10

---
**B**
---
B
545:10

**back**
407:9 409:24
410:16
416:11
424:20
425:25
439:3
444:12
447:12
451:9 455:4
456:22
459:14
490:23
506:16
507:19,20
508:6,25
511:9 520:4
537:17
543:13
551:3 569:6
581:4,8
598:1
601:19
604:5,6
610:4
**backed**
608:1
**background**
425:19 570:5
**bad**
415:18,21,22
476:22
490:15
543:19
**Baker**
591:24
592:17,19
597:2
606:20
609:3
**balance**
411:21
470:12,14
470:23,24
473:14,15
473:20
**ballot**
422:7 432:24

440:16
446:22
453:18,19
462:5
464:21,22
465:1,2,2,3
465:13
466:7,8,14
467:11
468:17
474:1
475:12,16
495:5 502:6
511:14
556:1 558:5
558:11,16
563:8 565:4
595:9 599:2
599:16
607:15
614:20,21
616:9,16
621:3,22
622:5
**ballots**
422:12 426:2
427:11
428:16,17
434:11
435:10
442:19
462:4
464:15
467:14
474:2,3,4
474:15,16
475:10
524:13
527:12,13
560:25
577:6
580:19
582:8
595:10
621:18,23
**bang**
623:3,18
**bank**

492:19
526:23
**banking**
418:3
**Barbara**
497:21
**barometer**
446:24
**barred**
407:11
**barrier**
407:17
416:18
**barriers**
405:23 412:4
416:15,16
416:19
417:6
**based**
438:3 443:23
470:9
493:14
570:19
580:9 582:9
607:17
613:23
620:12
**basic**
406:6 412:20
499:1
**basically**
423:14 460:8
578:10
**basis**
424:4 432:12
433:22
443:10
529:21
580:15
589:10,16
589:17
590:8
591:17
623:18
**basketball**
569:13
**bastardiz...**
591:25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031773

USA_00021297

Hearing - Volume 3                                        April 6, 2009

631

| | | | | |
|---|---|---|---|---|
| batches | 600:22 | 582:8 585:5 | 483:14 | 490:23,24 |
| 530:12 | 603:11 | Bexar | 484:3,9 | 491:9,12,13 |
| beans | 612:22 | 532:3 | 486:18 | 493:22 |
| 439:22 | 613:14,14 | beyond | 487:5 | 495:12 |
| becoming | 613:18 | 476:25 | 489:21 | 496:5 |
| 588:18 605:7 | 619:24 | 548:19 | 491:8,18,25 | 499:22 |
| bed | believed | 598:17 | 492:4 493:7 | birthday |
| 416:3 | 545:17 | bias | 494:13,16 | 494:1 568:21 |
| beg | believes | 407:1 | 496:12,19 | 587:19,19 |
| 504:2 | 406:22 407:5 | biased | 496:25 | 587:22 |
| behalf | 590:10 | 431:9 | 497:8 | 610:23 |
| 405:2 425:2 | Bell | big | 498:10 | bit |
| 462:18,20 | 427:18 459:5 | 436:6 455:9 | 501:3,10,12 | 425:19 441:7 |
| 481:15 | bells | 505:10 | 501:13 | 496:2 |
| 553:23 | 512:17 | 527:21,21 | 502:20,22 | 540:10 |
| 554:16 | Bend | 547:3 | 505:4,5 | 573:24 |
| 569:19 | 461:20 | 564:14 | 507:2,4,6 | 576:4 |
| behaved | beneficial | bigger | 507:15 | 582:13 |
| 560:22 | 464:25 | 472:5 513:1 | 508:12 | 590:16 |
| belief | benefit | biggest | 509:3 | 593:21 |
| 598:5 613:23 | 421:14 | 460:16 | 547:14 | 594:25 |
| believe | 524:20 | bigoted | 551:9 553:7 | 598:24 |
| 417:5 433:3 | benefits | 615:15 | 553:23 | 614:6 |
| 434:25 | 420:18 | bill | 554:17 | bizarre |
| 442:5 | 421:12 | 405:4 408:7 | 566:19,25 | 518:4 536:2 |
| 465:23 | bent | 408:7 416:8 | 575:20 | 536:3 |
| 469:7 | 478:10 | 416:10 | 576:22 | black |
| 474:18 | best | 418:22,22 | 581:1 585:9 | 439:8,16 |
| 480:7 486:7 | 410:24 | 420:9,10 | 585:20 | 442:20 |
| 486:12 | 429:19 | 422:10 | 586:11 | 457:15 |
| 491:17,25 | 490:10 | 425:3 426:1 | 592:22 | Bledsoe |
| 497:17 | 517:24 | 426:7,8 | 602:25 | 425:1,4,7,11 |
| 500:20 | 556:16 | 430:17,17 | 603:6,13 | 425:11,15 |
| 503:1 505:1 | 572:13 | 430:19 | 620:12,13 | 433:10,23 |
| 505:15 | 587:5 | 431:17,18 | bills | 435:6,25 |
| 507:14 | 596:11 | 431:20,22 | 412:9 472:23 | 436:13,25 |
| 520:17 | Bettencourt | 433:4 | 472:24 | 437:17 |
| 528:14 | 528:5 | 438:20,23 | 603:18 | 439:25 |
| 542:6 | better | 451:6,23,24 | 623:14 | 440:7 |
| 547:16 | 446:23 | 455:20 | bipartisan | 441:24 |
| 557:20 | 455:21 | 459:19 | 607:12 | 442:2,4,9 |
| 562:25 | 456:5 | 460:20 | birth | 443:2,19,25 |
| 563:7,11,11 | 467:10 | 461:24 | 407:19 408:2 | 444:23 |
| 563:12 | 472:20 | 464:20 | 409:23 | 445:4,21 |
| 583:3,5,21 | 474:8,8 | 473:1 | 410:7,11,19 | 447:9,12,17 |
| 584:9 585:9 | 513:5 521:6 | 478:11,19 | 411:2 417:3 | 447:23 |
| 590:3 | 571:7 | 479:10 | 486:21,25 | 448:17 |
| 597:11 | 578:17 | 480:5 483:1 | 487:9 | 449:19 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031774

USA_00021298

Hearing - Volume 3                                    April 6, 2009

632

| | | | | |
|---|---|---|---|---|
| 450:4,7,18 | 551:14 | 501:25 | 444:18,18 | 414:19,22 |
| 450:23 | 563:15,16 | 523:4 564:2 | 491:23 | **bureaucrats** |
| 451:5 453:4 | 563:23 | 608:1 | 501:11 | 550:18 |
| 454:13 | 564:6 | **born** | 508:19 | **burned** |
| 455:17 | 597:10,10 | 409:24 | 594:20 | 427:5 |
| 456:19 | 597:15,19 | 423:13 | 608:17 | **burning** |
| 457:7,12 | 598:10 | 439:18 | 610:3 | 442:15 |
| 458:1,9,22 | **Bond** | 490:23,24 | **brings** | **bury** |
| 459:21 | 559:10 | 493:23 | 501:3 | 505:12 |
| 460:4,15 | 560:18 | **boss** | **broad** | **bus** |
| 462:15 | **Bonnen** | 556:17 | 457:2 | 453:25 |
| 464:3 465:8 | 467:2,3,8,20 | 557:12 | **broader** | **Bush** |
| 466:21,24 | 468:7 | 567:13 | 581:1,9 | 432:3,6,9 |
| 467:4,7,19 | 469:17,19 | **bothersome** | 592:17 | 478:5 513:9 |
| 468:2 469:3 | 470:21 | 470:2 | **brought** | 574:17 |
| 469:18 | 471:11 | **bottom** | 485:18 486:5 | 579:6 |
| 470:16 | 472:2 473:6 | 543:10 | 534:5 | 588:12 |
| 471:1,12 | 473:13,16 | **bouncing** | **brown** | 589:3 |
| 474:20 | 474:12 | 520:4 | 415:12,13 | **business** |
| 477:6 | 476:7 | **Bowl** | 447:4,5,11 | 457:13 |
| 612:23 | 542:13 | 429:5,6 | 447:15,20 | **Butler** |
| 613:15,18 | 547:23,24 | **boxes** | 457:16 | 454:22 |
| **block** | 548:8,10,16 | 440:17 | **buck** | |
| 608:5 | 548:23 | 614:20,21 | 623:3,18 | **C** |
| **blur** | 549:3,10,16 | 616:9,16 | **build** | **C** |
| 523:11 | 549:20 | **branch** | 577:3 | 442:14 |
| **board** | 550:1,4 | 459:7,12 | **bulk** | 545:16 |
| 405:16 | 583:23,24 | **branches** | 571:25 | **cabinet** |
| 475:12,16 | 584:2,18 | 450:12 | 599:10 | 568:14 |
| 524:23 | 585:7 586:6 | **bravado** | **bumped** | **Calhoun** |
| 595:9 | 586:9,16,24 | 458:3 | 462:2 | 618:20 619:3 |
| **boards** | 587:16 | **Brazoria** | **bunch** | 620:22 |
| 475:12 | 588:4 589:5 | 559:12 | 486:21 | **California** |
| **body** | 599:4 600:5 | **bread** | 515:24 | 463:4 |
| 472:4 544:10 | 602:23,24 | 480:1 | 516:2 | **call** |
| 574:3 | 603:2,9,15 | **bridge** | **bundle** | 411:13 437:4 |
| 611:24 | **book** | 574:14 | 564:15 | 454:19,23 |
| **BOGGS** | 478:2,6,15 | 607:16 | **burden** | 466:23 |
| 625:20 | 495:2 | **brief** | 467:10 475:4 | 470:14 |
| **Bohac** | 515:10 | 418:9 569:22 | 475:9,11 | 523:2 532:6 |
| 501:18,20 | 522:9,10 | **briefly** | 496:21 | 557:17 |
| 502:16,19 | 537:15 | 571:16 | 574:11 | 605:14 |
| 503:13,18 | 538:3 540:7 | **briefs** | 590:6,8 | 624:19 |
| 504:24,25 | 540:15 | 418:12 | 599:22 | **called** |
| 544:16,17 | 541:13,16 | **bright** | 601:22 | 411:14 |
| 544:23 | 561:17 | 490:1,2,4 | **bureau** | 436:20,20 |
| 545:4 547:5 | **books** | **bring** | 527:2 | 478:3 532:9 |
| 547:13 | 434:19 | | **bureaucracy** | 535:14 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031775

USA_00021299

Hearing - Volume 3                                          April 6, 2009

633

| | | | | |
|---|---|---|---|---|
| 548:6 551:6 | 569:20 | 504:4 | 418:10 466:9 | 520:15 |
| 570:19 | 596:14 | 545:24 | 467:14 | 521:8 522:7 |
| 598:13 | **car** | 580:6 | 496:1 500:9 | 525:3,4,24 |
| **calling** | 477:22 | 586:22 | 500:10 | 527:24 |
| 518:8,14 | 505:11 | **cared** | 510:2 | 528:8,8 |
| **calls** | **card** | 560:8 | 515:21 | 535:16 |
| 405:2 425:1 | 408:19,23 | **careful** | 516:5 | 536:19 |
| 427:7 | 409:5,6,7 | 490:14 | 517:20,22 | 546:17 |
| 458:19 | 409:14,18 | **carefully** | 520:21 | 547:9,24 |
| 568:17 | 410:1,18,19 | 410:4 | 521:16 | 548:2,5,11 |
| 624:8 | 415:3 | **cares** | 527:12 | 549:21 |
| **Caltex** | 416:12 | 565:8 | 533:16,17 | 551:12,15 |
| 448:9 450:2 | 417:8,10,11 | **Carolina** | 534:7 535:1 | 589:15 |
| **camera** | 417:13 | 477:23 485:2 | 535:20,21 | 612:8,11 |
| 506:14 514:6 | 419:15 | 568:23,24 | 537:13 | 616:24 |
| **campaign** | 420:11 | 595:3,18,20 | 538:20 | 618:12,17 |
| 441:10,11 | 421:3,17 | 596:1,1,6,7 | 539:17 | 620:13 |
| 446:17 | 451:20 | 596:10 | 540:5 541:9 | **cast** |
| 454:18 | 458:4 462:1 | **Carolinian** | 544:20 | 406:11,14 |
| 460:23 | 475:19 | 595:24 | 545:15,20 | 468:16 |
| 468:5 | 488:9,19,23 | **carry** | 545:20 | 509:22 |
| 555:22 | 491:21 | 408:9 484:9 | 546:5,12 | 510:14,15 |
| **campaigning** | 500:16 | 484:10 | 547:10 | 511:14,21 |
| 555:20 | 501:24 | 502:2 | 548:4 | 515:13 |
| **campaigns** | 502:1,2,25 | 505:10,11 | 550:10 | 522:10,25 |
| 466:10 | 503:2,4,23 | **Carter** | 558:4 561:8 | 524:21 |
| **campus** | 505:9,20 | 591:24 | 561:11 | 549:6 |
| 614:22 616:9 | 506:9 507:7 | 592:17,19 | 562:11 | 558:16 |
| **cancel** | 526:24 | 597:2 | 565:6 575:8 | 560:25 |
| 514:8 | 539:4,7 | 606:19 | 579:4,10 | 622:4 |
| **cancelled** | 540:2 | 609:3 | 589:21 | **casting** |
| 520:1 | 546:22 | **Carter's** | 605:22 | 557:25 560:1 |
| **cancer** | 559:16 | 601:19 | 608:14 | **catch** |
| 511:19 | 586:12,21 | **Carter-Baker** | 612:14 | 564:15,22 |
| **candidate** | 602:1 | 570:9 571:8 | 613:25 | **category** |
| 427:5,7 | **cards** | 572:15 | 616:16 | 422:4 426:8 |
| 442:12 | 515:24 516:2 | 579:12 | 618:14,18 | **caught** |
| 449:22 | 516:6 517:7 | 582:5 | 619:13 | 476:16 |
| 457:1 619:8 | 517:14 | 590:16,18 | 620:2,22 | 510:16 |
| **candidates** | 519:11 | 590:19 | **cases** | 522:18 |
| 446:13 454:9 | 534:9 | 591:5,16,18 | 408:12 | 534:2 536:8 |
| 454:10 | 535:24 | 591:25 | 418:11,12 | **cause** |
| 456:25 | 557:10 | 592:25 | 423:5 | 435:15 |
| **canvas** | 564:18 | 593:23 | 509:21 | **caused** |
| 464:24 | 586:4 | 596:19 | 510:1,13 | 433:15 |
| **canvassing** | 607:20 | 597:23 | 514:24 | **causes** |
| 454:4,8 | **care** | 598:1,16,20 | 515:7,9 | 428:19 |
| **capacity** | 457:9 462:13 | **case** | 517:5 | **cautioned** |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006418

TX_00031776

USA_00021300

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 33 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 192 of 226

Hearing - Volume 3                                    April 6, 2009
634

| | | | | |
|---|---|---|---|---|
| 596:21 | 490:23,24 | 422:3,10,14 | 506:3 | 622:17,20 |
| **cautious** | 491:10,12 | 422:17,20 | 508:14,18 | 623:7,19,25 |
| 513:5 | 491:14 | 424:12,15 | 508:21,24 | 624:4,10,15 |
| **cautiously** | 493:22 | 424:19,22 | 509:1,10,15 | **challenge** |
| 462:7 | 495:12 | 424:25 | 510:9,10,21 | 461:2 498:20 |
| **Center** | 496:5 | 425:4,5,9 | 516:20 | 518:18 |
| 608:19 | 498:14 | 425:13 | 520:14 | 526:20 |
| **central** | 499:4,23 | 432:22 | 521:8 | 608:14 |
| 443:10 | 503:12 | 433:11 | 527:17 | **challenger** |
| **certain** | 508:8 | 434:23 | 542:13 | 477:25 |
| 432:7 433:15 | 545:14 | 435:16 | 544:16 | **challenges** |
| 449:21 | 546:10 | 436:10 | 547:23 | 407:2 412:7 |
| 452:23 | 625:23 | 441:6 447:3 | 552:3,9,14 | 412:17 |
| 454:2,14 | **certificates** | 447:21 | 553:17 | 571:3 |
| 493:12 | 407:19 | 450:6 | 557:18 | 603:20 |
| 497:11 | 504:12 | 456:13,14 | 558:3,8,10 | 608:8 |
| 553:18,19 | 545:11,23 | 456:16 | 558:20 | **championship** |
| 560:5,5 | 546:7 | 457:19 | 561:4,5 | 569:10 |
| 615:23 | **certified** | 459:20 | 562:4,16,22 | **chance** |
| **certainly** | 410:19 625:4 | 460:1 467:1 | 563:2,14 | 438:15 540:6 |
| 456:16 | 625:20 | 473:2 477:3 | 565:6 | 583:21 |
| 463:25 | **certify** | 477:4,7,8 | 566:13 | **chances** |
| 466:22 | 521:17 625:5 | 477:10 | 567:5,9,10 | 585:6 |
| 471:11 | 625:9 | 478:17,18 | 567:18,22 | **change** |
| 475:20,22 | **cetera** | 480:12,19 | 567:24 | 422:18 438:6 |
| 496:25 | 420:9 439:19 | 480:24 | 568:2,9,15 | 483:6 488:5 |
| 501:2 | 439:19 | 481:3,24 | 568:19,22 | 490:24,25 |
| 524:10 | 442:23 | 482:13,17 | 569:7,15,21 | 491:5,6 |
| 549:8 | 489:8 | 483:3,8,15 | 574:16,20 | 522:1 |
| 558:15 | **chain** | 483:20,25 | 577:10 | 559:25 |
| 579:7,11,15 | 527:4 | 484:15,16 | 578:6 589:6 | 574:13 |
| 580:21 | **chair** | 484:20,24 | 589:25 | 576:5 |
| 589:21 | 405:1 425:1 | 485:3,7 | 590:13 | 579:10 |
| 590:4 | 459:19 | 487:15 | 600:6,11,13 | 589:19 |
| 598:19 | 568:17 | 488:6,11,16 | 600:21 | 601:22 |
| 609:17,21 | 608:24 | 488:18,22 | 601:2,25 | **changed** |
| 616:17 | 624:8,11,13 | 489:5,10,18 | 602:8,13,22 | 410:22,25 |
| **certainty** | 624:17,19 | 489:25 | 606:16 | 427:22,24 |
| 524:25 | **chairman** | 490:9,19 | 609:1,6,10 | 432:10 |
| **certificate** | 405:1,5 | 492:11 | 609:12,21 | 487:22 |
| 408:2 409:23 | 413:4 414:3 | 493:1 | 609:25 | 490:22 |
| 410:6,11,19 | 414:16 | 496:11,23 | 610:3,8,13 | 519:15 |
| 411:3 417:3 | 415:25 | 497:4,14,19 | 610:16,20 | 535:13 |
| 478:22 | 419:13,18 | 497:24 | 611:6,7 | 556:4 |
| 479:6,13,15 | 419:22 | 498:7,24 | 614:10 | **changes** |
| 483:24 | 420:1,20,23 | 499:6 501:9 | 615:15 | 422:11 |
| 486:25 | 421:1,5,7 | 501:18 | 616:4,7,22 | 502:11 |
| 487:9 488:1 | 421:15 | 504:24,25 | 621:19 | 573:17 |
| | | 505:22 | 622:1,6,13 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006419

TX_00031777

USA_00021301

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 34 of 99
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 193 of 226

Hearing - Volume 3                                          April 6, 2009

                                                                      635

```
599:24                569:11          clarifica...    clerical         codes
623:13                CHRONICLE       586:17,17,19    486:12 490:7     527:1
changing              556:14          clarify         528:24           colleague
519:12                church          479:19          538:21           450:11
channel               517:13,25       480:15          541:9            colleagues
436:21 522:3          518:23          488:6           clerk            415:1
523:19                circuit         562:20          410:3,10,12      collect
556:23                525:12          clarity         411:16           444:7 479:12
channels              circumsta...    608:17          521:15,17        college
436:21                411:17 449:1    class           522:8 523:3      515:25
Chapel                465:18          464:9 515:24    537:25           561:15
568:24                496:24          clean           538:2            569:12
chapter               575:3           575:13          541:12           595:22,24
478:25                587:15          clear           clerk's          color
499:18                588:22          410:9 428:25    410:24 411:1     462:14
character             cities          434:24          515:10           574:15
444:11                453:7           436:8           climate          column
charge                citing         445:22          589:21           515:17 531:1
411:7 464:1           608:23          451:5           Clinton          come
483:4                 citizen         452:10          432:6            408:12 413:8
513:14                409:1 416:18    459:18          clipped          429:1 433:1
578:4                 416:18          464:8,21        526:5            437:5
charged               419:14          519:1           clock            439:15,16
585:20                421:16          581:11          433:7 577:12     439:22
charges               citizens        588:5,6,7       close            447:7 456:4
478:1,3               408:5 411:23    600:21          474:3,22         457:22
Charleston            422:4 528:3     617:11          501:13           465:15,17
440:5                 574:1           621:13          513:7 586:4      465:23
Chase                 607:20          clearance       601:21           468:16
526:23                citizenship     575:2 578:22    619:16           472:7 474:7
check                 499:23          585:6           624:9,10         480:22
417:16 430:1          city            587:11          closer           486:23
555:23                456:24,25       588:21          498:4 520:3      487:9,25
565:3,12              457:4           589:24          532:1            488:3 491:8
616:17,20             476:11,12       cleared         540:12           493:22
checks                civil           432:3,12        598:3            495:15
419:8                 574:18          clearly         closest          502:1,7
child                 588:16,20       426:22          408:18           506:5,22
410:7                 588:24          431:19,24       Clute            509:20
children              604:7           432:19          476:12           510:11
439:19                611:15,18       434:17          code             517:19
choice                613:9           441:5           464:8 479:1      518:19
490:10 582:1          claimed         449:20          482:8 502:9      519:18
choose                546:5           452:3 459:6     502:21           530:7,10,10
559:10                claiming        501:11          565:21           543:6 548:6
chose                 489:17          538:21          611:22           553:3 557:3
458:17                claims          541:3 544:1     612:1,5          557:7 565:2
                      546:9 575:7     590:1           618:2            566:22
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031778

USA_00021302

Hearing - Volume 3                                    April 6, 2009

636

580:14
585:19
587:3 593:5
593:17
594:7
600:22
606:10
610:13
611:1
comes
417:11
445:21
485:24
487:8
498:13,16
526:25
527:20
531:10
575:11
607:25
comfort
575:5
coming
415:24 416:2
477:11
495:16
496:5 598:2
commend
425:16
comment
415:13
440:15
476:7 505:1
584:4,21
587:2
commented
585:8
comments
568:16
609:19
624:17
commission
555:24 570:9
571:8
579:15
596:19
598:1
607:12,22

commissions
463:3
commit
468:6 544:6
561:12
619:7,22
committed
456:10 619:8
committee
404:11 405:6
413:9,22
414:20
425:17
436:15
451:22
459:20
461:24
466:22
472:3,23,24
509:20
510:5
516:21
517:10
544:18
552:4
558:24
562:5 565:7
567:25
569:12,25
590:17
598:11
614:4 616:1
617:20
624:12,14
624:18
committing
558:14
common
469:15,15
471:19
545:8
communica...
599:1 600:18
communities
427:25
435:11,23
435:24
436:1,2,3

436:14
438:18
614:14,16
614:16
community
428:20,21
437:2
438:10,19
438:24
442:20
455:11
461:8
472:10
534:10
571:10,14
572:21
574:10
580:8
compare
497:14
compared
449:12,16
452:13
512:2
576:23
comparing
446:24
497:25
comparison
499:9
compelled
586:13
compelling
547:16
compete
425:23
competent
474:8
complaints
611:13
completed
434:3
completely
432:10
450:24
551:24
complex
472:7

complicate
603:19
complicated
434:15
579:18
580:2
compromise
580:4 593:1
600:18
computer
564:21
concept
476:2
concepts
598:17
concern
407:4 423:19
435:15
468:8
512:25
585:24
587:17
603:22
604:15
605:4,7
concerned
409:20
421:22
428:2
449:21
455:16
580:21
concerning
511:24
concerns
580:13
607:14
concerted
513:12
conclude
495:24
581:19,22
concluded
448:11
449:10
607:13
conclusion
448:5 495:16

603:5
conclusions
449:8
conclusive
604:18
condemn
471:25
condition
592:15
conduct
545:16,19
612:20
615:6,25
617:5,6
618:13
conducted
437:18
441:25
513:15
613:3
confirm
448:4
confirmed
520:10 522:8
612:22
conflict
457:19,21
461:16
551:22
conflicts
427:19
confuse
465:6
confusing
486:17
confusion
485:8 607:25
congress
439:15 591:1
591:4
596:21
congressi...
432:11 587:8
591:3
596:24,25
conjunction
570:18



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031779

USA_00021303

Hearing - Volume 3                                    April 6, 2009

637

consent
612:19 613:7
616:13,14
consequence
440:21
conservative
431:9 574:2
588:15
consider
422:2 438:15
553:1
617:16
620:16
considerable
577:15
considerably
486:13
considera...
424:6 473:4
491:18
considered
409:15 476:4
496:24
608:8
considering
473:25
490:12
577:16
consistent
448:13
608:10
constituent
413:6
constitution
603:19
constitut...
482:17 575:7
589:12
construct
493:13
constructive
561:7
contact
506:17
568:12
contacted
519:15 526:9

551:3 568:5
containing
499:20
500:14
contentious
505:3 606:24
contest
474:21
contested
476:19
context
414:22
440:16
589:13
592:13,17
593:21
595:2
continental
439:14
continual
529:21
continue
426:24
438:19
455:25
457:8
505:23
606:22
continued
440:22
528:21
contraband
449:5
contradic...
598:16
controlled
449:1
convenient
465:18
conventional
579:1
conviction
443:21
convictions
618:5
convince
410:10

convinced
429:4
coordinated
456:7
coordination
507:17
copies
542:8
copy
410:19
537:24
568:11,14
616:13
core
598:25 599:1
Cornyn
437:24 438:1
correct
429:7 430:7
441:23
444:23
445:4
450:23
457:6,7,8
457:11
463:24
464:16
488:21
489:9
497:23
498:2
500:19
501:17
503:15,16
520:18
533:21,24
534:23
535:3,6,16
536:6,13
538:7,24
539:21,24
539:25
540:3 551:9
553:4
560:25
602:4,10,19
606:11
612:16

619:1,11,22
620:9 625:7
corrected
526:18
correcting
464:16,18
correctly
583:5 601:3
correlation
534:12,18
550:6
557:20
558:21
562:8,17
563:3,5,7
563:12
correspon...
528:21
corroborates
491:11
cost
408:1 453:1
453:5,22
480:10,10
480:13,23
481:2
482:20,21
483:23
484:3,6,7
576:25
577:14,14
577:17,24
577:25
costs
453:17 480:1
480:3,21
483:19,22
484:6
623:24
council
405:16
456:25
476:12
counsel
481:7 603:23
603:24
618:20
622:15

625:10,13
count
451:14
473:10
474:4
475:15
489:12,13
581:24,24
617:4
counted
502:5 524:14
524:17
counties
427:9 461:21
508:5 525:8
531:18
532:9,10
615:1
counting
459:3 475:10
475:24,25
498:10
542:22
countries
601:19 602:6
country
450:12
459:22
596:9,11
597:21
counts
474:25 516:9
county
405:9 427:3
427:18
428:7 440:5
440:8,9,20
441:8 442:9
442:20
443:8 453:6
453:6,7,8
454:6 459:5
459:19,19
459:22,24
461:20,20
465:20,21
465:22
485:2



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031780

USA_00021304

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 37 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 196 of 226

Hearing - Volume 3                                    April 6, 2009

638

| | | | | |
|---|---|---|---|---|
| 502:13 | course | cracked | 598:20 | 622:25 |
| 507:18,19 | 411:24 | 527:23 | criticized | cut |
| 509:2,18 | 436:25 | Crawford | 604:7 | 486:9 554:3 |
| 510:13 | 439:7 455:7 | 571:12 | cross | 554:4,6,10 |
| 512:2,21 | 470:17 | 589:13,21 | 528:19 | cutting |
| 514:8 | 478:12 | create | 551:18 | 486:13 |
| 515:10 | 504:7 | 460:19 | 615:18 | cycle |
| 516:19,22 | 564:14 | 465:12 | crucial | 426:18 503:3 |
| 519:9 | 573:16 | 471:6 | 608:17 | 553:10 |
| 520:11 | 614:24 | created | crying | 564:3 576:8 |
| 521:15,17 | 615:3,5 | 526:17 | 455:23 | C&Es |
| 522:8 523:3 | court | creation | CSR | 555:22 |
| 525:2,5 | 410:25 | 475:14 | 625:20 | |
| 529:10 | 432:17 | creativity | culture | |
| 530:7 531:9 | 437:21 | 580:11 | 471:9 | D |
| 532:3,3,14 | 525:1 530:6 | credible | cure | D |
| 537:3,25 | 568:10 | 443:11 | 566:20 | 478:21 |
| 538:2 | 571:5,13 | 514:22 | curious | 479:11 |
| 541:12 | 574:13 | 534:13 | 584:5 587:1 | 483:16,21 |
| 542:16 | 575:19 | 537:1 | current | 483:21 |
| 544:4 | 578:1,3,9 | credit | 455:18 457:6 | 484:1 |
| 550:13,17 | 578:17 | 561:15 | 471:3 480:2 | 545:20 |
| 550:18 | 579:2,5 | credits | 483:3 | dad |
| 552:6,18 | 580:22 | 511:5 | 487:16,21 | 423:16 503:3 |
| 553:9,24 | 589:8 590:9 | crime | 488:7,25 | Dakota |
| 554:23 | 590:12 | 443:22 | 489:11,20 | 477:23 478:2 |
| 556:16 | 603:20 | 462:12 | 491:25 | Dallas |
| 559:12 | 608:13,15 | crimes | 496:14,16 | 474:24 537:3 |
| 563:17 | courts | 427:3 456:10 | 496:20,24 | dangerous |
| 611:11 | 530:6 608:8 | 456:10 | 497:2,4,9 | 468:13 |
| 612:16,19 | court's | criminal | 497:10 | Dashwood |
| 613:4 | 571:13 | 463:21 468:2 | 498:6,8,12 | 533:17 |
| 614:19,25 | cover | 468:6 | 499:5 501:8 | 535:20,21 |
| 615:9,16 | 464:4 | 469:22 | 502:6 516:3 | 550:10,10 |
| 616:15 | coverage | 479:1 | 519:13 | data |
| 618:20 | 457:18 | 545:16,19 | 538:24 | 485:24 |
| 619:3 | covered | 610:22 | 546:25 | 507:17 |
| 620:22 | 418:23 | 611:21 | 561:19,24 | 545:9 572:3 |
| 625:2 | 446:11 | 612:1,4,20 | 565:25 | database |
| couple | 570:4 | 613:16 | 570:23 | 531:8,10 |
| 436:13 | covers | 615:13,20 | 576:22 | 566:7 |
| 501:21 | 572:5 | 615:23 | 579:21 | 571:18 |
| 504:21 | co-chairs | criteria | currently | databases |
| 515:20 | 601:11 | 486:21 | 480:3 483:4 | 526:21 |
| 520:3 | co-counsel | 494:11,14 | 485:11 | date |
| 525:13 | 418:11 | critical | 487:6 | 411:25 |
| 554:6 | co-wrote | 613:8 | 583:19 | 444:18 |
| 621:17,21 | 592:1 | criticisms | 584:14 | 486:21 |
| | | | | 515:17,19 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006423

TX_00031781

USA_00021305

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 38 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 197 of 226

Hearing - Volume 3                                          April 6, 2009

639

608:25
609:6
625:23
dates
521:18
Davis
510:25 511:5
511:8,12,18
511:22
512:1,8,12
512:21
513:5,13
514:15,20
515:1
day
411:8 436:16
436:16
438:6
440:21
442:18,20
453:3
454:24
455:1,10,18
457:4,8
458:16,17
460:7
464:14
505:13,13
523:6
540:16
554:11
557:7,8
564:13
595:1,11,11
595:13
596:15
609:20
625:17
days
407:9 423:1
464:15,17
464:23,23
467:15
472:17
475:16
530:25
554:3,5
557:9

DC
437:23 571:5
574:13
575:19
578:3,9,14
578:16
579:2,5
590:9,12
603:5
605:10,24
dead
512:5 515:3
517:10
519:21
529:5,9
532:17
533:2,13
547:7
deal
425:17
430:18
455:9 472:7
494:17
529:3
533:14
615:20,23
617:5
dealing
414:22
613:24
616:1
dear
530:24
death
512:3 515:18
515:19
521:1 529:4
529:16
530:6,6
debatable
575:17 587:9
debate
505:3 579:21
591:10
597:6 607:9
debates
591:3
decade

405:20
deceased
512:22 513:8
513:20
515:16
520:3 525:4
531:1,11,23
541:15
542:18
543:3,6
deceased's
523:8
decent
584:9
decided
410:4 439:14
decision
476:24
489:15
497:12
499:22
571:13
580:23
589:16
612:10,12
decisions
415:18 430:6
434:20
606:1,9
608:9
decree
612:19 613:7
616:14,15
dedicated
405:11
default
594:12
defeated
477:24
defend
453:18 466:8
466:14
578:3
definitely
496:21 504:6
514:18
degree
468:20

490:11
501:16
524:25
604:6
606:12
delaying
576:8
deleted
528:22
deliver
587:22
delve
478:14
delving
455:4
Democracy
608:19
Democrat
552:23
605:23
Democratic
406:24
458:17
517:23
519:4
606:22
Democratic's
605:23
Democrats
573:9 607:11
608:4
demographic
576:3
denied
553:10
554:12,23
613:21
Dennis
559:10
560:18
dent
547:3
deny
448:4 574:14
denying
563:3,5
department

418:13
431:25
432:1,3,4
432:10,15
455:7
479:12
517:21
519:23,25
520:5 536:8
570:6,6,13
574:13
575:10,24
576:1 577:8
577:23
578:2 579:6
584:12,23
587:7,13,17
590:5,7,11
590:20
603:16,21
605:15
606:1
611:18
612:15
613:1,6,24
Department's
603:5
depend
412:23
415:19
453:24
dependent
415:17
depending
495:22
497:12
590:2
depends
623:9,12
deployed
459:13
deposit
418:2
Deposition
625:24
deputy
515:22 517:6
610:21



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006424

TX_00031782

USA_00021306

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 39 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 198 of 226

Hearing - Volume 3                                    April 6, 2009

640

| | | | | |
|---|---|---|---|---|
| descent | determining | 575:6 | 592:20 | 611:10 |
| 518:22 519:6 | 424:3 493:17 | 589:11 | discharged | disenfran... |
| describe | developed | 609:4 | 614:1 | 408:1 607:6 |
| 426:25 571:7 | 575:21 | difficult | discourage | 615:6 |
| describing | developing | 434:15 462:8 | 407:3,6 | disenfran... |
| 410:7 442:23 | 590:24 | 463:20 | 451:11 | 407:11 |
| description | devious | 489:19 | 452:6,8 | 412:22 |
| 447:5 600:25 | 541:7 | 538:16 | 462:16 | 555:13,15 |
| descriptions | devote | difficulty | discouraged | disenfran... |
| 582:16 | 611:13 | 526:17 | 451:16 | 513:1 596:4 |
| design | dialogue | digit | discredited | disparate |
| 431:15 436:4 | 591:10 | 565:21 | 587:11 | 447:25 |
| 441:5 451:6 | dictate | digits | discretion | dispropor... |
| designed | 424:8 | 485:23 | 489:6,18,22 | 406:19 |
| 460:21 | died | 565:13 | 489:24 | dissented |
| 570:10,16 | 511:18 | 566:9 | 490:12,17 | 607:23 |
| 601:7 | 512:15 | dilemma | 491:13 | dissenting |
| desire | 517:11 | 463:25 | 493:17 | 580:22 |
| 436:6 599:6 | 520:10 | diminished | 496:14,16 | dissuaded |
| despite | difference | 529:6 | 496:23 | 451:15 |
| 415:3 | 413:2 429:22 | direct | 497:6,17,25 | distance |
| detail | 456:12 | 418:1 444:1 | 498:5,22 | 455:19 |
| 508:15 | 475:1,5,23 | 613:24 | 500:4,5,17 | distinct |
| detailed | 476:24 | 624:2 | 500:23 | 589:17,20 |
| 517:5 576:7 | 581:12,17 | directed | 501:16 | distinction |
| 577:4 | 581:25 | 427:15 | 503:20 | 415:9 |
| details | 582:2,4 | direction | 615:2 | distingui... |
| 602:15 | 600:7,14,16 | 494:6,24 | discrimin... | 432:19 |
| detective | differences | 581:15 | 448:8 | distribute |
| 530:21 | 591:11 | 604:16 | discrimin... | 576:21 |
| determina... | different | 606:11 | 407:2 | distributed |
| 487:14 | 410:8 421:8 | directly | discuss | 534:9 |
| 500:11 | 427:23 | 501:8 541:19 | 508:14 | district |
| determine | 432:1 434:4 | director | 617:15 | 431:2 518:2 |
| 473:9 487:7 | 455:12 | 481:8 509:19 | 618:4 | 519:18 |
| 487:18 | 463:14 | 514:6,21 | discussed | 536:10,11 |
| 494:3 | 469:14 | 552:17 | 438:23 591:8 | 544:20 |
| 500:23 | 471:5 | 559:7 | 609:8 | 546:5 548:6 |
| 537:18 | 486:17,21 | 563:19,21 | discussing | 550:13,14 |
| 539:24 | 487:15 | 563:23 | 470:10 476:2 | 550:16 |
| 581:9 | 489:12 | 569:18 | 591:15 | districts |
| determined | 490:2 | 596:18 | 617:12 | 435:1,2,21 |
| 413:13 | 495:19,20 | Directors | discussion | disturbed |
| 603:17 | 496:6,14,20 | 405:17 | 410:8 411:21 | 588:9 |
| 619:6 | 522:14 | disagree | 443:3 475:4 | divide |
| determines | 525:21 | 414:25 | 476:10 | 543:6 606:24 |
| 475:17 | 526:14 | 606:22 | 547:15 | 607:16 |
| | 528:13 | disappointed | 577:4 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031783

USA_00021307

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 40 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 199 of 226

Hearing - Volume 3                                    April 6, 2009

                                                                  641

| | | | | |
|---|---|---|---|---|
| **division** | 560:21 | 499:19 | 552:11 | 508:3 527:2 |
| 410:22 481:9 | **doing** | 506:10 | 587:19 | 539:11 |
| 481:21 | 415:17 | 507:12,17 | 596:16 | 540:2 |
| 574:18 | 421:10 | 507:20,25 | 597:3 | 565:14,23 |
| 588:16,20 | 425:5 | 508:2,5 | 610:24 | 566:9 |
| 588:25 | 437:22 | 552:6,10,12 | 611:2,3 | 601:10 |
| 604:7,9 | 457:13 | **Dr** | 616:5,7,8 | **driving** |
| 611:19 | 459:22 | 415:25 416:1 | 616:10,18 | 416:24 422:4 |
| **divorce** | 462:17 | 416:5,17 | 616:21 | 424:19 |
| 484:7 | 467:5 469:5 | 417:7,14,21 | **draft** | 547:19 |
| **DMV** | 471:16 | 417:24 | 562:6 | **dropped** |
| 594:9 | 519:5 | 418:4,17,21 | **dramatic** | 528:20 |
| **doable** | 530:20 | 419:1,4,7 | 475:22 | 550:25 |
| 507:24 | 535:14 | 419:11 | **dramatically** | 594:13 |
| **docket** | 537:11 | 429:13 | 593:16 | **drugs** |
| 578:11 | 548:25 | 436:10,12 | **draw** | 506:17 |
| **document** | 550:17 | 437:1,4,8 | 475:22 595:2 | **due** |
| 495:13 496:6 | 559:24 | 437:17 | **drawer** | 445:17 |
| 498:23 | 562:1 | 438:25 | 505:12 | 486:10 |
| 506:25 | 584:24 | 440:6 | **drawn** | 516:1 |
| 586:3 609:4 | 593:25,25 | 441:23 | 578:4,6 | 588:11 |
| 609:13 | **DOJ** | 444:15,24 | **drew** | **duplicate** |
| **documenta...** | 571:5 616:15 | 445:5 447:2 | 517:23 | 513:21 |
| 409:9,22 | **DOJ's** | 451:21 | **drill** | **duties** |
| 411:10 | 587:6 | 478:18 | 558:2 | 614:1 |
| 493:9 | **dollar** | 479:8,11,20 | **drive** | **duty** |
| 494:12 | 623:18 | 480:4,9,18 | 422:1 424:22 | 441:16,20 |
| 495:1 | **dollars** | 480:20 | 606:8 | 447:7 497:1 |
| 496:22 | 584:10,14 | 481:1 | **driven** | **dynamic** |
| 499:17 | 622:24 | 482:19,25 | 446:14,15 | 426:9 446:6 |
| 526:11 | **domain** | 483:5,13,18 | **drivers** | 457:19 |
| 573:19 | 463:1 490:15 | 483:23 | 504:17 | 471:6 |
| 587:5 | **door** | 484:2,14 | **driver's** | **D's** |
| **documented** | 411:11 549:2 | 486:24 | 408:24 | 545:21 |
| 525:3 588:19 | **doubly** | 487:12 | 410:22 | |
| **documents** | 573:16 | 490:20 | 482:20 | **E** |
| 407:21,22,25 | **doubt** | 491:7,15,22 | 485:21 | **E** |
| 408:8 410:4 | 431:20 | 492:3,8,14 | 488:20 | 545:22 |
| 421:16,18 | 524:21 | 492:16,20 | 497:20,22 | **EAC** |
| 452:23 | **doubts** | 492:22,25 | 499:18 | 562:6,6 |
| 453:1 | 582:15 | 506:1,7,13 | 500:10 | **earlier** |
| 487:11 | **downtown** | 507:22 | 502:3,9 | 429:13,25 |
| 488:8 | 454:21 | 508:9 | 503:4,9,24 | 433:4 441:7 |
| 492:11 | **DPS** | 516:12,16 | 504:9 | 451:22 |
| 495:14,19 | 408:18 409:4 | 542:15,18 | 505:18 | 456:20 |
| 497:11 | 409:11 | 543:17 | 506:9,10,19 | 461:24 |
| 500:3 530:7 | 410:16 | 544:12 | 506:22 | 472:17 |
| 537:23 | 448:19 | 547:6 552:5 | 507:13 | 477:13 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031784

USA_00021308

Case 2:13-cv-00193   Document 663-9   Filed on 11/11/14 in TXSD   Page 41 of 90
Case 1:12-cv-00128-RMC-DST-RLW   Document 214   Filed 06/20/12   Page 200 of 226

Hearing - Volume 3                                        April 6, 2009

642

498:4
503:23
524:2,7
551:13,14
554:15
556:11
567:14
584:11
600:22
609:3
611:10
**early**
471:2 540:16
554:5,10
595:1,4,4
595:15
604:17
606:5
608:23
**easier**
523:10
567:12
**easiest**
466:16
**easy**
411:15
424:17
608:2
**eb**
404:1
**EDITH**
625:20
**editorial**
505:1 601:4
606:17
**educated**
408:25
**education**
466:4,15
576:7
577:21
584:10,24
585:3
**effect**
576:9
**effective**
504:3 554:4
**effectively**

475:8
**effort**
411:21 446:8
456:1
468:25
572:19
614:14
623:4
**efforts**
406:8 407:4
601:16
**eight**
557:8
**either**
450:3 468:5
475:22
494:24
496:3
497:10
502:23
543:13
558:17,21
559:1,15
561:23
564:22
565:13,13
579:18,24
604:13
620:11,12
**El**
535:25
548:12,14
550:9,10,14
550:18
**elaborate**
456:18
**elderly**
607:7 621:16
621:21
**elected**
413:1 427:4
440:23,24
555:18
**election**
406:2,10,12
406:18
407:8 408:3
411:22

412:2,17,19
426:18,19
427:18
429:16,18
430:10
431:1 434:2
434:2,3,5
434:11
436:6,20
440:12,13
442:18
443:10
444:19
445:16,22
446:10,16
447:6
448:10
449:11
454:24
455:1,9
457:4
458:16
460:13
461:12
465:6 469:4
470:6
471:24,24
471:25
473:7,10
474:21
502:9 503:3
505:13
511:2,10
513:6,9
514:14,23
523:6
535:18
540:16
546:6 549:4
551:11
553:10
556:3
559:20,25
561:24
564:3,9
570:9
579:10
590:23
595:11

596:7,8,8
596:13
597:4
606:20
607:4,13,14
611:22
612:1,5
613:4
614:24
615:6 618:2
619:16
**elections**
404:11
406:21
430:11,15
446:15
449:9 454:6
459:20
461:3 462:9
463:15
474:4,22
476:10,11
478:6 481:8
514:6,21
516:21
544:7
565:17
569:18
597:8
606:24
614:21
615:1,9
624:18
**electric**
420:10
**electricity**
408:7
**element**
613:20
**elements**
503:20
**eligible**
406:7 420:18
421:11
513:14
554:9
573:12
607:20

619:18
**eliminate**
405:22
489:19,22
489:23
**elimination**
490:17
**else's**
458:4 501:10
501:12
539:3
**eluded**
609:5
**embedded**
415:2
**emergency**
506:17
**emphasis**
554:14,17
555:9 557:1
557:7 594:5
**employed**
409:1 625:10
625:13
**employee**
625:12
**Employees**
512:23
**employment**
483:11,14
**empower**
460:24 461:4
**empowers**
461:12
**enables**
493:18
**enact**
407:5
**enacted**
407:6
**encourage**
406:17 407:7
557:2,6
580:11
**encouraged**
600:23
619:17



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006427

TX_00031785

USA_00021309

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 42 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 261 of 226

Hearing - Volume 3                                        April 6, 2009

643

| | | | | |
|---|---|---|---|---|
| encourage... | 513:14 | 490:7 527:9 | 460:7,7 | 448:24 |
| 457:20 | enter | escorted | 569:8 | 453:5,18 |
| encourages | 568:8 612:19 | 618:15 | evenings | 471:2 |
| 406:6 | entered | 621:16 | 454:1 | 474:21 |
| ended | 613:8 616:15 | esoteric | evenly | 490:21 |
| 426:7 437:22 | entering | 594:14 | 527:8 | 561:7 |
| 442:19 | 568:10 | especially | event | 614:19 |
| 443:13 | entertaining | 406:3 413:5 | 447:6 461:25 | examples |
| 476:8 | 477:17 | 431:5 | everybody | 440:1 492:9 |
| 515:23 | entire | 461:14 | 414:20 | 623:20 |
| endorsements | 490:17 | 473:25 | 420:21 | exception |
| 506:18 | 596:22 | 607:6 | 475:21 | 511:13 520:8 |
| ends | entirely | Esquire | 476:4 504:7 | exchange |
| 461:25 | 489:23 | 625:24 | 504:8 | 545:22 599:2 |
| enforce | 615:19 | essentially | 532:13,16 | exclusive |
| 415:20 581:8 | entitled | 411:21 | 542:19 | 611:17,25 |
| enforcement | 420:21 | 425:24 | 573:6 | excuse |
| 448:7 | 429:21 | establish | 576:24 | 460:25 |
| engage | 494:4 | 543:10 | 593:12 | 570:12 |
| 406:6 601:15 | 613:22 | 544:10 | 594:16,18 | execute |
| engaged | entity | 553:2 | 594:20,22 | 452:5 551:11 |
| 469:9 | 488:12 500:1 | 556:25 | 597:22 | executed |
| engagement | envelope | established | evidence | 549:15,18 |
| 451:21 | 488:12,20,24 | 522:24 | 412:1,2 | executive |
| engages | 547:1 | 525:24 | 458:8 | 437:22 |
| 557:23 | equalized | 558:11 | 513:12,13 | 596:18 |
| engaging | 524:19 | establishes | 534:21,22 | exempted |
| 464:10 | equipment | 499:20 500:3 | 554:19 | 423:13 |
| 561:10 | 435:18 | estimate | 558:24,25 | exercise |
| engineer | equitable | 573:21 574:2 | 576:14 | 471:19 489:6 |
| 549:24 | 576:17 | 578:18 | 577:1,25 | 493:17 |
| English | erected | 582:21 | 613:17 | 500:4,22 |
| 466:15 | 405:23 | estimated | evidently | 501:6,16 |
| enhance | erecting | 577:17 | 518:6 523:1 | 553:11 |
| 596:2 602:16 | 416:16 | et | exact | exercises |
| 609:16 | Eric | 420:9 439:19 | 447:13 489:2 | 496:13 |
| enjoy | 610:21 611:8 | 439:19 | 584:6 | exercising |
| 527:19 | Ericson | 442:23 | exactly | 497:24 |
| enormous | 571:24 | 489:7 | 489:3 576:4 | exist |
| 426:23 | err | Ethics | examination | 598:12 |
| 445:14 | 513:3 514:10 | 555:24 | 519:22 520:4 | existing |
| 446:16 | error | evacuated | 532:2 | 482:8,11 |
| ensued | 486:11,11 | 408:20 | examined | 576:13 |
| 410:9 | 528:25 | evacuee | 551:19 | exists |
| ensure | 538:21 | 408:13 415:4 | example | 411:24 |
| 526:2 614:15 | 541:9 | evaluate | 416:19 427:2 | exit |
| ensuring | errors | 623:17 | 434:1 440:7 | 449:24 |
| | | evening | 443:7 446:7 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031786

USA_00021310

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 43 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 202 of 226

Hearing - Volume 3                                    April 6, 2009

644

expand
597:7 602:18
  602:18,20
  609:15
  623:15,17
expanding
600:3
expect
413:11 432:9
  576:2
  588:23
expectations
592:24
expected
575:18
  608:16
expecting
577:23
expenses
577:19
expensive
417:2 578:2
  578:4,19
experience
414:18
  415:21
  430:14
  438:8
  450:22
  455:16
  564:16
  580:10
  582:10
  601:19
  613:24
experienced
474:8
expert
484:18
  570:15
expertise
482:5
experts
485:4
Expiration
625:23
expire
407:20

431:19
expired
408:24
Expires
625:22
explain
486:14
  509:13
  518:10
  544:23
  555:1
  579:16
  592:10
explained
554:25
explored
532:22
exposed
535:18
expound
496:18
expressed
597:1
expressing
593:23
extend
433:8 434:9
extended
454:4
extension
426:14
extensions
443:6
extensive
437:21
extent
420:23 422:6
  433:18,21
  436:3 442:7
  443:25
  458:5 476:3
  489:6 490:9
  490:13
  496:16
  497:5 500:7
  517:4
  558:23
  583:18

589:7
  602:16
extra
482:5 503:14
  561:15
extraordi...
476:19
extreme
498:3
extremely
527:7
extremes
579:23 593:1

**F**

F
546:3
face
412:7 463:25
  546:23
  564:20
  571:4
  573:18
faces
414:21
facilities
435:11
facility
408:6
facing
412:16
fact
415:3,14
  421:9
  457:17
  472:6 486:5
  487:6 493:6
  494:16
  495:9
  507:20
  539:20
  541:10
  550:25,25
  572:2
  574:11
  589:2 592:9
  592:11
  613:2

618:10
  619:10,14
  620:3
factors
445:18 453:5
  623:2
facts
444:7,9
  612:7 625:6
fail-safe
581:1,6
fail-safes
458:9 577:6
fair
406:22
  412:18
  413:15,16
  416:25
  420:5 422:7
  423:2
  438:16
  463:25
  465:9,24
  467:13
  473:21
  489:10
  494:18
  523:25
  524:1,6
  527:7
  548:17
  557:22
  600:25
  601:17
  607:14
fairly
526:2 581:8
fairness
455:24
  524:19
faith
435:17
faithful
407:18
fall
469:20
false
433:12 457:3

478:3 536:5
falsifica...
452:1
familiar
422:16 448:2
  452:16
  454:20,21
  457:21
  516:25
  531:12
  535:20
  544:19
  551:14
  596:24
  603:3,7,8
families
412:16
  455:13
  523:2
  526:10
family
530:24
family's
525:16
famous
439:10,17
fan
569:13
far
409:20 453:8
  455:16
  476:6 511:9
  518:10
  566:24,25
  580:21
  615:17
  623:23
fascinating
526:4
fashion
526:3
fast
415:1 477:9
  477:10
fathers
463:18
favor
457:23,24



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031787

USA_00021311

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 44 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 203 of 226

Hearing - Volume 3                                        April 6, 2009

645

| | | | | |
|---|---|---|---|---|
| 581:2 | 462:6 464:9 | 410:15 411:5 | 585:25 | 436:22 |
| favorably | 479:20 | 411:13,14 | finishes | flag |
| 576:10 | 514:24 | 518:20 | 432:25 | 512:16 |
| fear | felt | 546:2 571:6 | Fire | flaw |
| 607:5 | 481:22 | 577:4,24 | 407:20 | 518:5 |
| fears | 524:16 | 579:12 | fired | flesh |
| 580:5,7 | 585:25 | 608:17 | 472:13 | 479:25 |
| feasible | 586:4 | financial | firm | flexible |
| 602:2,9 | 598:22 | 526:23 | 570:19 | 452:7 |
| featured | fewer | 559:18 | firmer | flip |
| 441:11 | 433:14 | 560:12 | 583:2 | 443:15 |
| February | field | 564:10 | first | 466:17 |
| 606:19 609:1 | 570:23 | financially | 405:20 | 467:21 |
| Fed | 587:12 | 625:13 | 407:14 | flippant |
| 405:8 | figure | find | 408:18 | 583:15 |
| federal | 585:1 | 417:1 423:20 | 409:4 410:5 | flipping |
| 456:4 591:3 | figured | 428:17 | 416:23 | 467:10 |
| 593:18 | 455:9 | 431:7 448:4 | 422:23 | floor |
| 607:13,17 | file | 449:4 | 436:16 | 592:9 609:8 |
| 612:19 | 418:9 431:24 | 453:16 | 445:25 | Florida |
| fee | 434:9 488:4 | 462:8 | 448:9 472:9 | 430:1 460:25 |
| 478:22 | 515:15 | 467:25 | 494:1 | 462:4 |
| 479:12 | filed | 468:4 | 503:20,21 | 475:11 |
| 482:22 | 418:11 433:4 | 470:17 | 509:11 | 513:10 |
| 585:25 | 612:16 | 471:22 | 510:1 | 580:19,25 |
| 586:2,13 | 623:14 | 505:2,4,14 | 522:12,12 | 581:12 |
| feel | files | 513:22 | 522:13,13 | 582:2 |
| 417:5 426:10 | 510:1 | 530:23 | 525:19 | Florida's |
| 431:23 | filing | 532:2 533:9 | 526:8 528:8 | 580:3 |
| 443:11 | 487:24 | 549:24 | 529:13 | folder |
| 444:12 | 568:14 | 562:25 | 553:13 | 515:16 |
| 455:21 | fill | 580:19 | 577:22 | folks |
| 476:22 | 451:17 | 594:19 | 587:17 | 478:9 623:24 |
| 489:16 | 517:13 | 609:14 | 611:1 | follow |
| 524:10 | 610:19 | finding | fiscal | 467:8,25 |
| 574:22 | filled | 448:13 | 480:7 507:3 | 529:7 551:5 |
| 586:13 | 515:23 516:2 | 498:10 | fit | 557:24 |
| fees | 518:16 | 580:4,5 | 503:25 504:1 | 593:22 |
| 482:9,10,12 | 610:17 | 601:9 | five | 605:19 |
| fellow | filling | 603:18 | 409:11 | following |
| 478:16 | 462:1 | findings | 472:16 | 499:16 |
| felon | film | 449:17 | 557:8 | follows |
| 441:13 | 509:11 | fine | 579:21 | 510:24 |
| felons | filmed | 424:18 425:5 | 607:18 | follow-up |
| 513:20 | 440:18 | 565:10 | fix | 590:21 |
| 532:24 | final | finish | 429:12 | footage |
| felony | 562:7 565:12 | 444:15 506:5 | 455:22 | 515:5 |
| 428:10 462:3 | finally | 524:4 | fixed | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031788

USA_00021312

Hearing - Volume 3                                April 6, 2009

646

| | | | | |
|---|---|---|---|---|
| football | 423:17 | 534:12,22 | 482:15 | 568:4 |
| 569:13 | fouled | 535:2,16 | 483:9,16 | funded |
| foregoing | 599:15 | 536:5,13,16 | 576:23,25 | 572:5,11 |
| 625:6 | found | 543:10 | 577:17 | funding |
| forensic | 448:19 | 544:6 545:6 | 585:10,19 | 590:24 |
| 430:5 | 453:13 | 547:25 | 585:21 | further |
| forever | 512:4 513:7 | 548:20 | 586:5,9,20 | 408:4 439:3 |
| 565:5 | 513:21 | 549:11,13 | 586:21 | 469:22 |
| forget | 515:3 | 550:6,7 | 588:7 | 625:9,12 |
| 559:12 584:6 | 521:16,21 | 554:18 | 598:14,14 | future |
| forgot | 526:12 | 557:21,21 | 601:9 | 431:23 |
| 518:5 | 535:9,12,12 | 557:23 | 607:14,20 | |
| form | 537:3 | 558:4,14,22 | freeing | G |
| 420:4,6 | 549:11 | 558:25 | 505:7,16 | G |
| 423:2 445:9 | 572:1,16,22 | 559:1,5 | frequently | 442:14 |
| 482:21 | 576:16 | 561:10,13 | 470:16 | gained |
| 499:11,19 | 582:25 | 562:9,9,15 | friend | 600:3 |
| 499:21 | 602:1 | 562:18,18 | 519:2 | game |
| 500:14 | four | 562:19,19 | friendly | 463:6 525:11 |
| 546:7 | 414:24 | 563:4,4,6,6 | 498:9 | 569:1 |
| 595:18 | 485:23 | 563:8,9 | friends | garnered |
| 607:2 | 565:13,21 | 564:1 580:6 | 421:21 | 438:9 |
| 610:17,19 | 566:9 | 607:4 619:7 | 455:12 | Gary |
| 617:6 | 572:24 | 619:8,22 | 485:1 | 425:1,11 |
| formal | 579:21 | fraudulent | frightening | gender |
| 407:12 | 580:11 | 412:1 462:2 | 582:13 | 411:18 |
| forms | 583:12 | 474:18 | front | general |
| 408:4 410:8 | Fox | 516:10 | 516:21 | 438:24 |
| 417:8 | 477:15 | 544:11,13 | 544:20 | 440:11 |
| 491:16 | franchise | 557:25 | 558:24 | 449:11 |
| 498:17 | 597:7 623:15 | 560:21 | frustrated | 475:7 478:3 |
| 499:8 | 623:18 | 563:25 | 597:5 | 481:7 |
| Fort | frankly | 617:6 622:4 | frustrating | 514:23 |
| 408:14,19,20 | 472:16 | fraudulently | 579:22 | 545:5 |
| 454:16,21 | 474:19 | 498:20 | frustration | 589:22 |
| 455:6 | 588:9 | 511:21 | 571:14 | 603:14,25 |
| 456:24 | fraud | 559:10 | 593:23 | 604:23 |
| 457:5 | 411:22,24 | 560:7,23 | full | 610:4,22 |
| 461:19 | 458:13 | Frazier | 412:18 | 611:15 |
| forth | 468:6 | 493:7 | 607:15 | 622:15 |
| 432:25 466:9 | 477:18,22 | Frazier's | fully | generally |
| 482:8 | 512:25 | 491:18 | 571:7 614:1 | 435:3 585:2 |
| Fortunately | 513:12 | free | functioning | general's |
| 608:13 | 514:23 | 451:20 | 436:18 | 544:21 605:2 |
| forward | 516:10 | 452:20,20 | Fund | 610:8,11 |
| 612:14 | 517:6 | 452:21,23 | 477:13,14 | 611:11 |
| fought | 525:24 | 453:2,25 | 478:9,15 | 612:25 |
| 405:24 | 533:21 | 480:8,17,25 | 567:14 | 614:1 617:1 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031789

USA_00021313

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 46 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 205 of 226

Hearing - Volume 3                                April 6, 2009

647

| | | | | |
|---|---|---|---|---|
| generation | 496:2 518:7 | 498:22 | 458:3 | going |
| 405:21 | 527:3 | 569:23 | 462:25 | 410:10 413:5 |
| gentleman | 537:11 | 576:4 | 465:21 | 414:1 424:3 |
| 423:8 519:2 | 538:17 | 582:11 | 466:9,17,19 | 424:17 |
| 519:17 | 559:23 | 614:1 | 471:3,4 | 426:5,14 |
| 524:8 | 571:4 | gives | 476:3 479:9 | 428:8,24 |
| 555:18 | 573:19 | 460:21 | 479:16 | 429:2,15 |
| 584:11 | 581:16 | 461:13 | 480:22 | 430:6 434:2 |
| gentlemen | 585:6 593:4 | 464:15 | 481:16 | 434:7,7,10 |
| 503:22 | 602:14 | 475:7 508:2 | 484:19,22 | 437:2,20 |
| geographer | 613:1 | 549:19 | 485:25 | 438:23 |
| 570:6,14 | 621:22 | giving | 490:23 | 441:11,15 |
| geographi... | 623:8 | 428:9 457:3 | 494:5 | 446:4 448:3 |
| 461:22 | give | 492:8 | 498:23 | 451:10,10 |
| George | 425:19 | 568:11 | 503:4,8,14 | 451:15,18 |
| 509:1,17 | 432:15 | 578:24 | 503:25 | 452:6,8,10 |
| 512:25 | 434:11 | 585:3 619:8 | 504:1 | 452:11,22 |
| 513:9 | 438:14,15 | glad | 505:14,18 | 453:21,23 |
| 516:20 | 438:16 | 433:8 438:7 | 506:24 | 454:24 |
| 563:16 | 439:23 | 516:11 | 515:7 | 460:19 |
| Georgia | 440:1 | 524:6 | 518:16 | 461:9 |
| 409:23 | 448:20 | 544:11 | 522:25 | 466:10,16 |
| 418:11 | 460:17 | 555:1 | 530:4,18 | 468:23 |
| 445:12 | 463:8 481:6 | 579:14 | 535:9 | 469:5,25 |
| 446:7,7,10 | 482:15,24 | glance | 537:17 | 471:14 |
| 446:17,19 | 485:16,16 | 407:14 | 539:8 545:2 | 473:9,9,23 |
| 467:14 | 486:8 | Gloria | 546:24 | 476:4,10 |
| 475:8 | 490:20 | 511:13 | 555:23 | 480:10,12 |
| 524:12 | 491:3 529:7 | 512:13 | 565:5 570:1 | 480:24 |
| 575:2,21 | 557:17 | 540:6 | 571:4 | 482:24 |
| 579:4,25 | 564:22 | go | 573:16,17 | 483:2 |
| 580:15,20 | 568:5 | 409:21 | 577:8 581:4 | 484:21 |
| 584:6,13 | 570:22 | 410:25 | 581:8 | 486:7 487:6 |
| 585:22 | 576:24 | 411:4 416:3 | 583:15 | 487:9 |
| 586:21 | 578:17 | 416:22 | 593:7 | 492:16 |
| 587:10 | 584:23 | 417:8,24 | 594:16,19 | 496:7 |
| 592:20 | 585:2,3,4 | 418:1 434:8 | 595:3 | 501:15 |
| Georgia's | 585:10 | 438:15 | 597:25 | 502:4,4,5,8 |
| 577:20 | 593:21 | 439:2,14 | 601:18 | 502:11 |
| getting | 615:1 | 443:15 | 604:6 611:5 | 505:7,16 |
| 410:13 | 622:23 | 444:20 | 619:19 | 508:15 |
| 422:25,25 | given | 446:2 | 623:7 | 509:11,12 |
| 451:19 | 406:15 | 447:12,24 | goes | 517:20 |
| 463:14 | 427:10 | 451:9 | 416:11 | 518:4,8 |
| 476:8 | 428:17 | 452:25,25 | 428:13 | 521:11 |
| 480:13,17 | 429:20 | 453:6,7,20 | 432:16 | 524:18 |
| 480:25 | 445:1 | 454:3,24 | 604:5 | 525:12 |
| 495:22 | 452:21 | 455:6,13 | 608:18 | 527:10 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031790

USA_00021314

Hearing - Volume 3                                    April 6, 2009

648

| | | | | |
|---|---|---|---|---|
| 530:17 | 463:18 | **gray** | 533:25 | **half** |
| 538:3 | 469:7 | 469:20 | 535:20 | 406:20 409:2 |
| 544:18,24 | 471:16,19 | 489:11 | 537:10 | 436:18 |
| 545:7 | 473:19,19 | **great** | 543:9 544:9 | 456:23 |
| 546:12,15 | 475:7 | 425:17 | 549:11,19 | 501:4 |
| 551:7 | 476:22 | 430:18 | 551:13 | **Hammerlein** |
| 555:20 | 485:17 | 435:15 | 553:24 | 509:1,12,17 |
| 557:11 | 490:15 | 465:11 | 559:19 | 509:18 |
| 558:4 | 496:9,17 | 477:12,12 | 584:12 | 510:6,9,12 |
| 559:12 | 502:16,20 | 482:1 | 587:17 | 510:20,22 |
| 568:4,13 | 526:1 527:3 | 508:14 | 594:1 | 512:25 |
| 571:3 572:8 | 530:14,20 | 511:3,4 | 604:14 | 513:2,11 |
| 572:10 | 530:20 | 572:19 | 605:7 606:7 | 515:6 |
| 575:4,9,14 | 550:18 | **greater** | 608:22 | 516:14,18 |
| 575:18,25 | 565:4 572:2 | 452:11 | 623:9 | 516:24 |
| 576:1,20 | 572:3 | 472:19 | **guidance** | 517:15,19 |
| 577:8,14,23 | 573:24 | 525:14 | 494:16 | 518:12 |
| 578:1,2,3,8 | 576:9 584:7 | **greatly** | 526:11 | 519:3,22 |
| 578:12,15 | 591:8 596:7 | 472:3 | 565:17,17 | 520:12,16 |
| 578:19 | 610:21 | **ground** | 615:3 | 520:19,22 |
| 584:24 | 611:9 | 609:15 | **Guidry** | 521:2,5,9 |
| 585:2,2,6 | **Gore** | **group** | 511:3,5,7,9 | 521:14,23 |
| 585:13 | 478:5 | 463:14 512:2 | 511:14,16 | 522:7 523:1 |
| 586:14 | **government** | 536:20 | 511:18,20 | 523:6,9,15 |
| 587:24 | 409:7 412:23 | 563:25 | 514:15,16 | 523:21 |
| 589:12,15 | 417:12 | **groups** | 522:12 | 524:20 |
| 589:19 | 451:25 | 607:7 | 537:13 | 525:6,10,19 |
| 593:9 598:5 | 456:4 | **guaranty** | 540:6,23 | 526:20 |
| 598:9 604:3 | 465:25 | 423:16 | 541:9,19,22 | 527:15,19 |
| 604:4,10,10 | 467:11,21 | **gubernato...** | **Guidrys** | 528:10,14 |
| 604:11,20 | 467:24 | 406:10 | 540:14,15 | 528:17,21 |
| 605:16 | 468:9,18,21 | 476:17 | 542:3 | 529:11,13 |
| 606:2 | 468:23,25 | **guess** | **Guidry's** | 529:20,23 |
| 609:17 | 487:10 | 422:15 430:1 | 512:13 523:9 | 530:3,5,11 |
| 614:20 | 547:2 | 457:5 | **guilty** | 530:15,22 |
| 618:24 | **governmental** | 466:10 | 515:23 516:9 | 531:4,12,17 |
| 623:11 | 488:12 | 468:8 | 548:5 | 531:25 |
| **good** | 499:25 | 470:22 | **gun** | 532:8,14,20 |
| 410:23 | **grade** | 474:5 | 484:9 | 532:25 |
| 411:19 | 462:3,6 | 490:16 | **guns** | 533:5,8,11 |
| 424:22 | 466:14 | 502:8 504:6 | 484:10,10 | 533:19,22 |
| 425:7 | **graduate** | 504:20 | **guy** | 533:25 |
| 434:15 | 568:24 | 518:3 519:6 | 536:21,21 | 534:15,20 |
| 435:17 | **Grand** | 519:8 522:4 | **guys** | 534:24 |
| 450:10 | 440:23 612:8 | 522:6 | 526:24 551:4 | 535:4,7,11 |
| 460:9,10 | 612:10,12 | 523:21 | 563:17 | 535:17,22 |
| 461:25 | **Grandfather** | 524:24 | | 536:1,3,7 |
| 462:10 | 506:21 | 528:5,15 | **H** | 536:14,17 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006433

TX_00031791

USA_00021315

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 48 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 207 of 226

Hearing - Volume 3                                          April 6, 2009

649

536:23
537:5,10,16
537:20,24
538:8,10,14
538:17
539:1,5,12
539:15,18
539:22,25
540:4,8,11
540:17,21
540:25
541:5,10,20
541:23
542:1,5,9
542:12,17
543:9 544:9
544:22
546:18
547:12,22
548:3,9,13
548:21
549:1,8,14
549:18,23
550:3,8,11
550:15,22
551:2,6,10
551:16,20
551:24
552:2,8,17
552:21,24
553:5,12
554:1,25
555:5,14,21
556:2,7,12
557:2,6,14
558:1,7,19
559:7,14
560:11,15
561:1,8,14
561:18
562:1,11
563:21
564:5,8
565:16,22
565:25
566:5,11,21
567:2,7
**hand**

494:5 593:9
625:16
**handful**
547:7 610:12
**handle**
426:21
427:23
458:19
465:24
590:20
596:13,14
615:13
**handled**
485:14
580:19,25
582:1,1
621:22
**handles**
575:10
581:12
**hands**
431:1 542:20
**handwriting**
411:2 429:24
430:2,2,5,5
430:7 517:8
534:4
**handwritten**
411:2
**hanging**
614:8 624:16
**happen**
426:24 427:4
436:1,3
438:20
441:11
514:14
521:12
522:2 531:6
543:22
**happened**
417:18 432:5
441:8 454:6
538:2
542:21
621:14,24
**happening**
433:18,21

458:5,6,8
459:16
460:12
593:14
**happens**
416:6 435:22
436:8,9,9
436:14
543:7,19
570:18
589:20
605:9,21
**happy**
508:17,23
510:23
551:10
562:13
568:21
610:23
**harbors**
589:9
**hard**
405:24 415:1
463:17
466:13
490:17
537:6
549:14
550:1 555:1
562:25
574:24
599:21
623:16
624:1
**harder**
460:13
**harken**
407:9
**harmless**
407:16
**Harris**
454:6 461:20
485:1
502:13
509:2,18
510:13
512:2
516:22

519:9
520:11
522:8 523:2
525:2,5
529:9 530:7
532:3
542:16
544:4
550:13,17
552:6,18
553:9,24
554:23
556:15
559:12
625:2
**Harvard**
448:9 449:9
**hate**
424:8 427:3
427:7 460:8
**HAVA**
520:14,18,20
521:8,12
526:16,17
526:19
528:8 529:2
529:4,12
531:6,10
533:13
**head**
532:12
616:13
**headed**
604:15
**headquarters**
458:18
**health**
412:10
**hear**
414:1 422:1
438:24
439:17
481:24
484:12,12
484:21
502:13
574:16
614:4

**heard**
418:17
429:25
437:9,12,13
439:9 440:4
445:11,15
451:21
452:12
455:11,11
460:6
461:24
462:4 475:6
516:20
519:19
527:25
548:14
564:3
577:20
598:12
608:15
**hearing**
437:13 507:3
588:24
591:8
**hearings**
426:15
437:18,21
447:19
**heart**
429:19
548:11
**heavily**
450:21
**held**
426:15
614:24
**Helfin**
422:21,22
423:8,12,21
423:24
424:5,10
460:3,4
461:23
463:16
464:13
466:20,25
473:4,5,15
474:10,14



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031792

USA_00021316

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 49 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 208 of 226

Hearing - Volume 3                                    April 6, 2009

650

503:22
504:13,17
504:22
566:16,17
566:24
567:4
**Helfin's**
467:9
**help**
406:23
412:25
416:15
465:5,18
508:13
517:18
546:16
547:8 571:2
589:23
607:19
623:8,25
**helpful**
485:10
617:23
**helping**
472:15
**Henderson**
512:8
**hereto**
625:13
**hey**
518:14
591:17
593:25
**high**
405:14
406:19,23
583:11
**higher**
462:18,20
573:14,22
573:24
615:11
**highlights**
570:1
**highly**
605:1
**Hill**
512:10

523:10
537:19
538:5,11,13
538:20
539:21
568:25
**Hills**
543:22
**Hill's**
512:8,13
522:19
539:4,4
**hired**
441:20 447:7
**hiring**
587:7
**Hispanic**
457:1,4
573:1,25
**Hispanics**
448:15
449:13,16
573:2,3
**histories**
509:25
551:22
**history**
426:11,11
439:20
452:17
455:4,5
456:22
604:8
**Hochberg**
433:3 486:6
535:1
**Hochberg's**
486:18
517:23
**hold**
431:23 461:5
**Holder**
603:13,14,22
**home**
408:21
418:19
427:5
442:15

459:14,19
504:1
511:15
594:25
**homeless**
423:7
**homes**
420:9
**honest**
462:18 466:2
468:3 502:9
539:7
**honestly**
505:8
**hope**
424:19
466:21
569:4
617:11
**hopefully**
433:17 469:6
501:21
564:23
605:17,18
**hoping**
432:14
564:15
609:13
**Hopson**
507:10
**Hopson's**
507:15
508:12
**horrible**
414:18,19
**hotline**
426:19
**hour**
471:14,24
472:6 566:7
**hourly**
443:9
**hours**
557:8
**house**
404:9 503:2
505:13
592:9

603:19
609:8
624:18
**household**
573:10
**housing**
454:22
**Houston**
510:2 511:14
522:3
556:14,23
**Houstonian**
552:24
556:10
**huge**
451:14
569:10
**hundred**
446:3 599:7
**hundreds**
557:9
**hurricane**
407:21 415:4
**husbands**
463:18
**Hutchison**
437:24
**hypothetical**
496:3 562:10
621:6

---

**I**

**ID**
407:5,5,14
407:16,23
407:24
408:4,5,16
408:19,22
408:23
409:3,5,7
409:14,18
409:25
410:2,8,17
410:18
411:14
412:5
416:19,23
417:3 418:5

422:2
445:12,17
447:25
448:1,7,12
448:14
449:12,15
450:1,1,9
450:14,20
451:2,20
452:16,20
452:21,21
452:23,25
453:2 458:4
465:3 472:5
478:10
479:2 480:8
480:23
483:16
487:2,10
491:11,20
491:25
493:18,24
494:1,3
495:24
498:17
499:11,21
502:24
503:7,8,23
504:9 505:6
505:15,18
505:19
506:8
509:23
510:15
515:12
546:16,16
547:8,17
554:16
556:19
570:11,17
571:1,7,9
571:18,21
572:9,19,19
572:25
573:3,5,7,8
573:9,14,24
573:25
574:4
575:11



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031793

USA_00021317

Hearing - Volume 3                                    April 6, 2009

651

| | | | | |
|---|---|---|---|---|
| 576:16,23 | ideas | 494:11 | 570:25 | 409:3 415:8 |
| 576:25 | 463:2 | 499:21 | 571:9,18,21 | 423:18 |
| 577:17 | identical | 500:3,9,12 | 572:1,4 | 427:1 474:1 |
| 579:24,24 | 522:11 | 527:1 | 589:23 | 477:2 |
| 580:1 581:5 | identific... | 545:18 | 596:4 | 573:16 |
| 581:7 582:9 | 409:15,16,17 | 566:23 | impacts | 576:20 |
| 582:12,21 | 409:19 | IDs | 497:5 | 583:18 |
| 583:11,21 | 411:5 414:7 | 431:7 448:16 | impediment | 591:6 605:8 |
| 585:10,18 | 415:1 417:9 | 491:9,15,20 | 461:9 | importantly |
| 585:14,19 | 420:4,7 | 492:2 | impediments | 593:3 |
| 586:21 | 421:18 | 512:13,15 | 431:13 | impounding |
| 589:22 | 423:2,6,23 | 552:7 | imperfect | 613:4 |
| 591:3,16,17 | 424:2 429:2 | 572:18 | 415:18 | impressed |
| 591:18,18 | 429:8,15 | 576:21 | impersona... | 442:25 |
| 592:1,15,18 | 431:5,6,10 | 585:4,19 | 533:24 | improperly |
| 593:10,11 | 431:14 | 586:20 | 534:13,23 | 618:23 |
| 593:12 | 458:14 | 596:22 | 535:6 | improve |
| 594:5,5,15 | 459:9 | 601:9 602:7 | 554:18 | 593:10 597:8 |
| 594:15,16 | 478:22 | 607:21 | 555:10,11 | improvements |
| 594:21,21 | 479:6,13,15 | 620:22 | 557:21 | 514:1,5 |
| 595:18 | 480:21 | 621:8 | 558:6 | improving |
| 596:4 597:6 | 483:9,24 | ignorant | 562:18 | 600:3 |
| 597:7,20,23 | 487:17 | 470:3 | 563:6 577:1 | inaccurate |
| 598:3,6,9 | 489:3 499:1 | II | 581:4,9 | 560:2 564:18 |
| 598:13,13 | 499:8,17,19 | 423:17 | 616:25 | inadequate |
| 601:7 602:1 | 500:14 | illegal | 618:11 | 576:23 |
| 602:6,21 | 546:8 | 441:19 | 620:3,15 | inadverte... |
| 607:2,5,17 | 581:17 | 459:23 | implement | 513:4 520:1 |
| 607:18,20 | 583:6 607:1 | 545:25 | 415:20 | 520:5 |
| 607:23,25 | 607:8 | 548:20,22 | 450:19 | inappropr... |
| 608:3,5,14 | identific... | illegally | 579:16 | 462:4 |
| 608:21 | 482:14 | 440:19 | implement... | inappropr... |
| 620:25 | 483:10 | 545:11 | 590:21 | 468:16 |
| Idaho | 582:17 | 546:10 | 593:24 | inaudible |
| 450:20 | identified | 548:24 | 594:24 | 420:12,16 |
| idea | 435:8 513:17 | 549:7 | 620:13 | 421:4 |
| 408:17 | identifiers | illustration | implemented | 439:12 |
| 423:11 | 522:20 565:3 | 414:24 | 418:5 445:18 | 441:1 457:3 |
| 438:12 | 566:2 | imagine | 450:9,14,15 | 481:11 |
| 440:25,25 | identifies | 420:2 | 450:21 | 568:20 |
| 441:11 | 514:7 | immigrants | 570:10,17 | 571:23 |
| 446:24 | identify | 519:6 | 591:13 | 576:14 |
| 461:1,11 | 426:16 465:2 | impact | 598:6 | 578:17 |
| 467:22 | 513:25 | 429:18 474:5 | implementing | 610:7 622:3 |
| 475:7 576:8 | 607:3 | 475:8 | 412:4 415:16 | incentive |
| 583:2 | identity | 476:20 | importance | 526:23 |
| 594:14 | 409:9 493:8 | 544:4,7 | 476:18 | 559:18,20 |
| 601:21 | 493:20 | 559:22 | important | incident |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006436

TX_00031794

USA_00021318

Case 2:13-cv-00193  Document 663-9  Filed on 11/11/14 in TXSD  Page 51 of 90
Case 1:12-cv-00128-RMC-DST-RLW  Document 214  Filed 06/20/12  Page 210 of 226

Hearing - Volume 3                                    April 6, 2009

652

542:22
**incidents**
542:23,23
**include**
532:2 617:7
617:14
**included**
532:4,5,9,13
613:4
618:14
**including**
562:6 577:5
618:2
**incomes**
573:10
**incorrect**
562:14
**increase**
445:13,17
463:22
597:8 601:7
**increased**
604:11,12
**increasing**
445:19
**increasingly**
409:2
**incredible**
446:7
**incumbent**
477:24
**indefinite**
428:22
**Independent**
544:20 546:4
**index**
512:4 529:16
**Indian**
575:22
**Indiana**
415:9 418:10
432:19
445:12
446:18
475:8
572:18
575:8

577:16
580:1,15,20
580:21
582:18
583:20
586:21
590:2
**Indiana's**
608:14
**indicate**
461:6 608:18
**indicated**
414:13 415:2
487:20
**indicates**
608:19
**indication**
517:9
**indict**
471:23
**indicted**
612:11
**indictment**
440:22
612:13
**individual**
427:20 428:6
430:3 459:8
465:9 466:1
469:21
473:24
515:9
517:24
520:2,6
549:25
564:12
566:8
601:15
603:22
608:11
**individuals**
420:3 427:3
427:9,13,14
427:18,20
427:23
428:1 430:4
442:18
451:15

452:24
461:12,17
462:17
463:6,9
465:10
466:3,19
469:6
470:25
471:4
515:12
516:8
519:24
522:24,25
525:17
526:7 527:3
545:12
560:8
**ineligible**
513:19,23,25
514:7
**inferences**
572:4 573:2
**influence**
589:8,23
**influenced**
589:15
**info**
473:1
**inform**
591:4
**informal**
407:12
**information**
428:3 433:12
437:13
438:5
443:12,23
444:1,2,3
444:12,13
444:17
457:3
479:23
491:10
494:2
510:11,19
514:20
515:3 529:4
529:8

546:20
567:14
583:18
613:5
619:10
**informed**
545:2,2
613:7
622:23
**inherent**
457:19
497:18
498:6
**inherited**
530:16
**initial**
598:18
**initiative**
456:2
**injustice**
473:8
**inner**
456:24 457:4
**innocent**
468:3 527:9
**innumerable**
461:21
**insignifi...**
583:16
**insofar**
420:8
**instance**
488:23
495:23
524:8,15,17
580:3
581:21
588:14
590:5 594:6
599:13
621:20
**instances**
427:8,12,14
427:17
458:23
475:9
486:10
513:22

524:15
527:9 547:6
549:11
608:10
**Institute**
569:19
**instrumental**
613:1
**insufficient**
436:17
**insulation**
462:21
**insurance**
412:10
**integrity**
444:8,11
617:21,23
617:24
**intelligent**
408:25
**intended**
442:23
549:13
563:1
**intending**
601:19
**intensity**
554:21
**intent**
436:5 455:21
468:2,15,16
469:22
474:18
484:24
549:15
557:24
561:9,12,23
592:2
613:18
**intentional**
615:25
**intention...**
434:20
472:12
525:18
613:21
**interact**
529:15



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031795

USA_00021319

Hearing - Volume 3                                        April 6, 2009

653

| | | | | |
|---|---|---|---|---|
| interest | 441:22 | 579:22 | 464:2 465:6 | 505:5 |
| 406:4 429:19 | 452:2 | involved | 465:19,22 | |
| 438:18 | intimidation | 408:1 418:8 | 472:19 | **J** |
| 569:24 | 426:17,23 | 418:14 | 474:7 485:8 | James |
| 570:20 | 428:6 | 443:5 | 485:18 | 606:19 |
| 571:6 | 455:25 | 445:18 | 488:3 524:7 | Janet |
| 605:23 | 458:12 | 453:5 | 572:21 | 515:22 |
| interested | 470:1,15,18 | 466:11 | 588:7 603:8 | Janice |
| 406:1 502:13 | 472:22 | 468:5 | 603:10,11 | 548:4 |
| 616:2 | introduce | 470:18 | 605:11,14 | jar |
| 625:14 | 481:18 | 516:23 | 606:25 | 439:22 |
| interesting | 509:13 | 578:20 | 608:17 | jeopardize |
| 463:25 | introduced | 579:15 | 609:15 | 412:3 |
| 536:24 | 426:1 | 612:13,25 | 614:19 | Jimmy |
| 575:10 | introduction | 613:5 | 615:7 | 601:19 |
| interesti... | 485:16 | 618:14 | 616:16 | 606:19 |
| 535:25 573:4 | intruding | involvement | issued | job |
| interests | 490:15 | 590:17 | 408:16,23 | 412:11 |
| 405:12 | invalidated | 611:12 | 409:3,5,7 | 450:10 |
| 450:13 | 473:7 | involves | 409:14 | 460:10 |
| interim | investigate | 434:1 440:4 | 479:13 | 471:20 |
| 517:3,10 | 555:16 581:4 | 545:7 | 487:10 | 556:4 |
| 582:7 619:1 | 612:7 | involving | 499:19,23 | 557:16 |
| internati... | investigated | 456:25 | 504:8 | 567:13 |
| 597:4 | 469:1 521:20 | 474:24 | 505:19 | John |
| Internet | 521:21 | 477:23 | 508:7 | 477:13 481:7 |
| 409:10 | investiga... | 608:14 | issues | 543:23,23 |
| interplay | 468:25 | 618:13 | 411:20 | 543:24,25 |
| 461:15 | investiga... | Iraq | 412:16 | 567:14 |
| interpret | 443:15 | 459:13 | 426:16,21 | 622:15 |
| 487:18 493:6 | 469:11 | ironclad | 432:11 | Johnson |
| 493:11 | 514:23 | 527:25 | 437:25 | 477:24 |
| 495:3 | 523:20 | ironic | 451:16 | 528:12 |
| interpret... | 613:3,8 | 442:10 | 456:8 472:5 | 533:17 |
| 495:10 | investiga... | ironically | 472:21,24 | joined |
| interrupt | 440:24 617:8 | 446:11 | 473:17 | 590:19 |
| 470:21 | 617:10,15 | irregular... | 485:14 | joking |
| interviewed | 617:16,22 | 426:16 | 504:4 | 610:5 |
| 525:21 | 617:23,24 | issue | 553:19 | Jones |
| interviews | 618:1,4 | 412:14 414:6 | 589:7 | 497:21 |
| 613:5 | investiga... | 417:9 | 605:10,12 | JOURNAL |
| intimidate | 564:19 | 425:18 | 605:17 | 477:14 |
| 442:23 | investigator | 453:20 | 606:9 | Jr |
| intimidated | 444:6,7 | 456:7 | 615:21 | 543:23,25 |
| 446:2 452:7 | investment | 457:18,22 | 616:1 | judge |
| intimidating | 577:21 | 457:23 | item | 434:9,16 |
| 430:14,21 | involve | 460:8 | 490:3 | 440:4 467:9 |
| | 413:14 | 463:20 | iteration | 473:7,11 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031796

USA_00021320

Hearing - Volume 3                                    April 6, 2009

654

| | | | | |
|---|---|---|---|---|
| 499:22 | 612:16 | 509:13 | 425:22,25 | 494:13 |
| 500:17 | 613:1,6,25 | 512:19 | 427:22 | 496:4 497:1 |
| 585:23 | **Justices** | 515:25 | 428:5,20 | 501:12 |
| 621:12 | 432:4 | 518:5 523:9 | 429:5,25 | 502:12 |
| **judger** | justifica... | 523:11 | 430:4,9 | 503:6 504:9 |
| 432:2 | 412:3 | 524:2 | 431:23 | 505:16 |
| **judges** | **Justin** | 525:20 | 432:2,4,22 | 507:25 |
| 460:13 | 570:24 | 526:11 | 433:14 | 510:7,12 |
| 608:11 | | 529:20,24 | 434:17 | 512:10,12 |
| **judgment** | **K** | 538:10 | 435:12,14 | 512:13 |
| 608:16 | **Katrina** | 562:19 | 436:5 | 513:3 514:4 |
| 614:24 | 408:13,20 | 570:1 | 437:10,10 | 519:6,8 |
| 622:23 | **Katz** | 574:24 | 439:2,4,9 | 521:15 |
| **judgments** | 572:6 | 577:7 582:5 | 439:19 | 523:22,23 |
| 429:21 | **keep** | 583:2 | 440:3,22 | 524:23 |
| **junior** | 438:14 | 589:22 | 442:6 443:4 | 525:7,11 |
| 485:13 | 451:10,12 | 591:25 | 443:6,11 | 526:10,22 |
| 488:23,24 | 505:19 | 593:11 | 444:3,7,20 | 527:2,4 |
| 489:7 | 599:23 | 597:5 598:9 | 444:22 | 528:4,7 |
| **jurisdiction** | **keeping** | 599:7 602:8 | 445:1 | 531:17,17 |
| 599:14 | 567:21 | 614:4,5,6 | 446:21,23 | 532:21 |
| 611:25 | **Kennedy** | 616:2 | 450:10,17 | 533:17 |
| **jurisdict...** | 604:5 | 620:17 | 451:20 | 539:16,19 |
| 446:12 | **kept** | 621:5 | 452:18 | 539:20 |
| **Jury** | 530:17 568:6 | 622:22 | 454:2,5 | 541:14 |
| 440:24 612:9 | **key** | 623:23 | 455:2,7 | 543:24 |
| 612:10,12 | 520:13 574:3 | **kinds** | 458:2,24 | 544:14 |
| **justice** | 587:11 | 430:11,14 | 459:4,4 | 546:12,14 |
| 431:25 432:1 | **kick** | 431:6 439:4 | 460:9 | 547:2,3,13 |
| 432:3,10,14 | 508:9 | 459:8 | 461:20 | 548:10 |
| 455:24 | **kind** | 615:13 | 462:8,9 | 549:22 |
| 461:10 | 409:19 | **Kirk** | 463:16,21 | 550:16,19 |
| 570:5,6,13 | 413:20,20 | 454:16 | 463:24 | 550:24,25 |
| 574:13 | 429:2,14 | **knew** | 466:12 | 551:17,21 |
| 575:10,24 | 430:9 431:2 | 426:5 437:19 | 467:18 | 553:24 |
| 576:1 577:8 | 435:12 | **knocked** | 468:18,22 | 554:17,20 |
| 577:23 | 442:10 | 520:5 522:21 | 468:22 | 555:10,12 |
| 578:1 579:6 | 443:19 | **know** | 470:2 471:9 | 556:10,24 |
| 584:12,23 | 444:8 452:1 | 408:25 | 471:13 | 558:13,20 |
| 587:7,13,17 | 453:25 | 414:17 | 474:24 | 558:21 |
| 590:4,6,11 | 463:2,5,19 | 415:5,17,19 | 476:14,15 | 559:17 |
| 590:20 | 465:17 | 416:3 417:1 | 477:9,13,15 | 560:3,4 |
| 603:5,21 | 466:10 | 417:4 418:8 | 478:8,10,10 | 564:11,15 |
| 604:23 | 478:11 | 419:16,16 | 479:25 | 564:16 |
| 605:16 | 489:19 | 419:20 | 482:4,25 | 567:20 |
| 606:1 | 490:4,7 | 420:1,5,10 | 484:3,5,8,9 | 568:6,25 |
| 610:22 | 492:17 | 421:15,20 | 484:10,18 | 569:3 |
| 611:18 | 504:4 | 421:25 | 485:1 487:1 | 570:24 |
| | | | 491:4 494:9 | 571:16 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006439

TX_00031797

USA_00021321

Case 2:13-cv-00193   Document 663-9   Filed on 11/11/14 in TXSD   Page 54 of 90
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-1   Filed 06/20/12   Page 213 of 226

Hearing - Volume 3                                    April 6, 2009

655

573:2
575:13
576:20
578:10,18
581:14
582:11,15
582:18
583:17
584:7,9
587:3,18,19
587:24
590:6,24
594:18
596:10,12
598:24
599:21
602:14
605:20
606:8,14
614:12,19
616:10,19
617:10,14
620:23
621:8
623:13,23
**knowing**
426:13 490:6
615:25
**knowledge**
418:5 442:4
545:8
550:23
573:25
574:9 576:2
620:12
**known**
525:17
**KPRC**
515:1

___ **L** ___

**laborious**
530:16
**lack**
412:10 467:9
571:14
572:3,25
573:25

574:9
608:20
**lacked**
572:17 573:8
**lacking**
573:14
**lacks**
537:6
**laid**
497:22,25
498:11
561:6
**landowner**
444:22
**language**
464:21
466:15
493:7,12,14
493:16,21
495:4,6,10
495:15
496:8,12,19
497:1,5,15
498:8
**large**
422:5 477:1
486:9
572:21
**largely**
470:8
**larger**
458:12
463:22
**largest**
449:24
563:17
**late**
416:2 454:1
505:24
512:8
544:18
566:7 568:6
**Latinos**
426:6 448:20
**law**
406:16
407:14
415:9,9,15

421:19
422:11
426:20
427:22
432:2
434:17
444:5
450:14
464:4,6,11
471:3
478:11
480:3 481:3
482:11
483:3,6
487:16,21
488:7,25
489:1,11,20
490:18
496:14,16
496:20
497:2,4,9
497:10
498:6,8,12
499:5,14
501:8,11
502:6 525:1
538:24
546:25
551:11
568:10
572:19
574:14
575:11,22
575:23
576:5,8
577:16,22
579:10,12
579:24,24
580:1,12,14
582:7,10,18
583:20
584:1 588:7
588:24
589:18
590:1,2
591:3
592:20,22
596:4
608:14

612:8
**laws**
406:2,4
407:6,23
415:20
434:19
450:9,20
451:2 452:3
572:4 575:2
576:6,16
579:25
580:2,10
589:22
590:9
593:16,19
597:13
607:25
608:1,9
**lawsuit**
434:9 441:4
612:16,20
**lawyer**
434:8 466:9
**lawyers**
426:19 578:5
589:14
603:16
604:24
**lay**
430:6 488:24
497:20
501:9,12,13
**layer**
566:22
**lead**
451:6 469:12
471:9,9,12
**leadership**
615:16
**leading**
454:25
**leafletting**
456:20 457:2
**learned**
477:2
**leave**
451:9 527:6
**leaving**

513:3 514:11
590:20
**led**
607:12
**leeway**
486:20
**left**
598:21
624:12,14
**leg**
593:24
**legal**
519:7 589:7
589:10,16
603:20,23
603:24
615:18
619:9
620:21
**legally**
553:9
**legislate**
463:17
**legislation**
412:23 415:7
426:4 429:6
456:7 476:4
583:7
603:17
608:5,6
**legislator**
617:25
**legislature**
412:13,15
472:4
543:11
**legislatures**
418:16 591:1
**legitimate**
466:7 580:7
589:22
607:14
**legitimately**
469:10
**lend**
501:22
**lending**
590:24



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031798

USA_00021322

Hearing - Volume 3                                        April 6, 2009

656

| | | | | |
|---|---|---|---|---|
| lends | 485:21 | line | literacy | 446:14 |
| 429:9 | 488:20 | 410:3 426:20 | 407:13 445:1 | 476:18 |
| length | 497:20,22 | 444:16 | literally | 488:5 510:2 |
| 609:23 | 499:19 | 451:8 452:5 | 454:25 | 515:1 |
| letter | 500:11 | 472:13 | 472:11 | 556:15 |
| 410:5 429:22 | 502:3,9 | 475:22 | 476:12 | location |
| 489:7 490:2 | 503:5,9,24 | 478:20 | literate | 427:24 542:4 |
| 530:24 | 504:9 | 490:1,4 | 444:25 | 621:2,8 |
| 600:7,9,14 | 505:18 | 506:2 532:9 | litigation | locations |
| 601:3,11 | 506:9,10,19 | 597:1 | 418:9,10,13 | 519:10 |
| 608:25 | 506:22 | 615:18 | 578:22 | 561:20 |
| letting | 507:13 | lines | little | lodge |
| 581:13 | 508:3 527:2 | 409:8 428:19 | 408:24 | 590:8 |
| let's | 539:11 | 433:15,19 | 411:25 | logic |
| 435:9 453:17 | 540:3 | 434:25 | 439:3 441:7 | 467:23 |
| 453:18 | 565:14,24 | 435:9,20 | 485:16 | 559:24 |
| 456:6 466:2 | 566:9 | 461:5 | 494:16 | 561:2 |
| 501:23 | 594:17 | 608:12 | 504:15 | logical |
| 508:19 | licenses | 614:15 | 511:17 | 549:5 |
| 529:3 | 586:20 | list | 540:10 | logically |
| 532:16 | 601:10 | 420:4,7 | 564:19 | 466:5,5 |
| 533:13,15 | licensing | 465:15 | 570:8 | long |
| 536:18 | 594:10 | 487:3 488:8 | 575:20 | 428:19 435:9 |
| 560:18 | lied | 489:4 492:6 | 576:4 | 436:21,22 |
| 590:15 | 619:24 | 495:17 | 579:17 | 447:8 |
| 591:18 | life-long | 499:4 514:1 | 582:11,13 | 483:16 |
| 595:2 | 405:18 | 515:16 | 582:13 | 484:25 |
| 597:21 | light | 517:25 | 583:9 | 498:24 |
| 610:25 | 461:14 492:4 | 519:23 | 590:16,22 | 527:8 |
| level | 493:7 614:6 | 529:1 | 593:21 | 578:13 |
| 406:23 | lightly | 531:24 | 594:14,25 | 587:8 |
| 429:13 | 514:17 | 532:19 | 598:24 | 609:20 |
| 448:7 531:9 | lights | 542:4,19 | 604:17 | longer |
| 544:10,13 | 509:4 | 594:10,13 | 606:18 | 416:24 |
| 544:13 | likelihood | listed | 614:6 | 417:19 |
| 546:21 | 494:22 529:5 | 421:17 | live | 421:25 |
| 554:21 | likewise | 482:21 | 421:21 452:8 | 422:2 |
| 593:14,18 | 547:5 | 483:1 484:6 | 453:9 | 433:15,19 |
| 614:25 | limit | 484:7 488:2 | 455:10,14 | 435:1,20 |
| 615:5,10,11 | 466:18 | 497:11 | 465:20 | 437:12,15 |
| 615:16,24 | 601:14 | listen | 595:19 | 451:9 452:6 |
| liable | limited | 438:22 | lives | 540:25 |
| 479:17 | 412:13 | listening | 413:2 437:2 | 558:10 |
| license | 461:22 | 617:20 | living | 579:15 |
| 408:24 | 612:3 | lists | 408:6,6 | 614:15 |
| 410:22 | Linda | 499:18 594:9 | LLC | long-term |
| 482:20 | 512:6,9,12 | litany | 625:24 | 604:23 |
| 484:5,9 | 543:21 | 458:19 | local | look |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031799

USA_00021323

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 56 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 215 of 226

Hearing - Volume 3                                        April 6, 2009

657

| | | | | |
|---|---|---|---|---|
| 424:6,9 | 490:12 | **Louisiana** | **major** | 511:12,19 |
| 426:10 | 500:2 | 408:24 409:5 | 606:20,21 | 596:21 |
| 427:2 | 508:11 | 409:13,25 | **majority** | **Marion** |
| 429:12 | 532:11 | 410:17 | 414:9 475:12 | 571:12 |
| 430:17 | 540:18 | **love** | 475:17 | **mark** |
| 431:4 | 571:24 | 492:25 | 581:22 | 531:1 564:24 |
| 432:16 | 576:18 | 587:25 | **makers** | **marked** |
| 446:18,20 | 584:14 | **low** | 406:17 | 474:15 |
| 447:12 | 593:18 | 406:9,15 | 571:11 | **marriage** |
| 454:5 | 599:17 | 572:18 | **makeup** | 484:5 |
| 455:20 | 601:3 | **lower** | 576:3 | **married** |
| 460:24 | **looks** | 451:6 571:13 | **making** | 487:1,3 |
| 463:21 | 483:2 501:4 | 583:9,12 | 430:22 | 493:24 |
| 472:25 | 512:6 531:7 | 608:8 | 478:10 | 495:13 |
| 474:20 | **loosen** | | 546:1 | 502:3 |
| 478:19 | 582:11 | ___M___ | 547:20 | **Mary** |
| 487:11 | **losses** | **machines** | 557:19 | 405:2,7 |
| 490:25 | 412:11 | 436:17,22,23 | 558:12 | 416:1 |
| 491:2 | **lost** | **magically** | 592:11 | **Maryland** |
| 493:25,25 | 407:20 | 529:24 | **male** | 572:20 |
| 495:14,24 | 577:18 | **maiden** | 410:7 | **massive** |
| 499:14 | **lot** | 487:1 493:23 | **males** | 526:21 |
| 512:18 | 413:17 429:2 | 496:6 | 444:25 | **match** |
| 513:7 | 432:15 | 501:24,25 | **Malkin** | 411:1 465:4 |
| 527:22 | 437:9 | **mail** | 477:15 | 485:25 |
| 528:7 | 445:11 | 417:16,20,23 | **man** | 486:1 489:2 |
| 530:22 | 453:4 455:2 | 462:4,5 | 426:20,20 | 490:13 |
| 537:18 | 455:3,23 | 499:24 | 468:15 | 495:9 |
| 540:6,14 | 456:9 458:3 | 534:3 565:4 | **managed** | 498:25,25 |
| 542:20 | 468:25 | **mailboxes** | 609:14 | 500:24 |
| 543:19,20 | 472:17 | 428:6,7,13 | **manager** | 530:23 |
| 575:25 | 474:2 478:7 | 433:13 | 570:8 | 536:11 |
| 581:14,19 | 478:15 | 441:18 | **mandate** | 538:22,25 |
| **looked** | 494:14 | 459:23 | 597:21 | 564:23 |
| 410:4,5 | 504:6 | **mailed** | **manner** | **matches** |
| 411:19 | 516:25 | 548:12 | 424:2 474:16 | 500:7 512:4 |
| 429:5 | 540:12 | **mailers** | 487:18 | 527:3 539:7 |
| 453:12 | 558:23 | 428:6 | 509:23 | 571:19 |
| 509:25 | 567:12 | **mailing** | 576:17 | **matching** |
| 528:1 | 575:23 | 519:12,12 | 601:15 | 486:21 |
| 537:21 | 577:2 580:3 | **main** | **map** | 512:24 |
| 576:10 | 587:12 | 422:2 454:25 | 588:6 | **mater** |
| **looking** | 588:1 597:4 | 564:8,9 | **mapping** | 569:9 |
| 416:21,25 | 599:12 | **maintain** | 536:8 564:21 | **material** |
| 431:17 | 614:25 | 406:23 | **Marc** | 600:6,16 |
| 442:12,14 | 615:2 623:1 | 601:23 | 553:18 | **matter** |
| 451:12 | **lots** | **maintained** | **March** | 487:25 |
| 460:13 | 477:14 | 617:22 | | 512:16 |



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006442

TX_00031800

USA_00021324

Hearing - Volume 3                                    April 6, 2009

658

514:16
583:16
618:1
625:11
**maximizing**
411:23
**ma'am**
422:22
492:24
516:14,18
542:17
552:8
**McElwain**
442:14
443:14
**McGeehan**
433:1 481:8
481:17,20
481:20
486:16
487:21
488:10,21
489:1,9,14
490:6
496:19
497:3
498:12
499:2,7,14
500:13,20
501:7 502:7
502:18
503:16
504:5,15,19
506:12
507:2,8,11
507:24
508:23
622:18,18
623:11,22
624:2
**mean**
413:6 415:22
433:16,17
444:2 446:3
451:25
455:2
459:21
463:4 466:2

467:22
468:12
470:13,23
471:23,25
472:9,11,11
472:22,23
472:25
473:20,22
474:4 476:8
476:11,21
479:2
480:15
489:14,14
494:10
495:13,21
496:2
497:21
498:3,25
502:10
520:14
521:12,14
523:2,21
525:4
529:23
530:11
531:8,19
532:20,21
534:15
538:23
539:5,13,22
541:6
543:18
544:7
546:18,24
548:21
549:15
552:25
556:7 558:1
564:17
565:17
578:7,17
579:1,4
581:1,5
582:14
584:8 585:9
587:4 588:1
588:2
589:14
591:7 594:3

598:15
606:8,10
615:19,21
623:13,19
623:24
**means**
465:11
502:19
600:2 602:1
**meant**
481:17
**measure**
600:18
**measures**
407:12
**mechanism**
413:12 476:5
581:18
594:5
601:14
602:2
**media**
437:3 457:18
556:15
**Medicaid**
419:6
**Medicare**
417:8,10,11
419:14
420:11,18
420:20,21
421:6,8,11
421:11,13
**meet**
560:5
**meeting**
404:11 438:3
443:13
598:1
**member**
451:22
517:13
**members**
405:6,13,21
413:14,17
414:4
415:11
416:3

424:16
425:16
431:9 447:3
459:7,12
460:2 477:5
493:2
505:22
509:6 520:3
552:4
566:14
567:6,25
591:1 607:6
607:22
609:18
622:2
624:15
**membership**
413:19
574:15
**memo**
603:12,14
604:18
**men**
573:17
**mens**
619:7
**mental**
619:21
**mention**
418:18
480:10
602:3
**mentioned**
416:10 423:9
429:13
432:23,23
441:17
517:6
576:15
**mentioning**
456:20
**mere**
409:16
513:10
**merely**
505:6 562:2
**message**
507:20

**met**
413:22 438:4
440:18
590:8
**methods**
571:17
**Michelle**
477:15
**Michigan**
418:12
**middle**
440:20
469:14
580:5
609:15
**miles**
409:2 465:20
**military**
409:7,18
410:2,13,14
410:16,18
410:21,23
459:13
**million**
405:13
413:14
414:4
504:16,20
525:14
566:3
584:10,13
584:14,15
584:15,19
622:23
**mind**
416:7 521:25
**minds**
473:12
**mindset**
601:22
**mine**
413:7 419:11
**mini**
578:11
**Minnesota**
474:21
**minorities**
438:12,14



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006443

TX_00031801

USA_00021325

Case 2:13-cv-00193   Document 663-9   Filed on 11/11/14 in TXSD   Page 58 of 90
Case 1:12-cv-00128-RMC-DST-RLW   Document 214   Filed 06/20/12   Page 217 of 226

Hearing - Volume 3                                          April 6, 2009

659

| | | | | |
|---|---|---|---|---|
| 439:4 449:3 | Missouri | month | 589:1 | 441:3 |
| 449:5 | 418:12 | 596:22 | mother | 450:12 |
| 453:14 | misspelled | monthly | 511:6 | 453:11 |
| 459:3 | 432:24 | 530:10,13 | mounting | name |
| minority | mistake | months | 412:10 | 405:7 410:5 |
| 428:15 | 430:24 | 511:19 | mouth | 410:25 |
| 435:11 | 434:21 | 578:18 | 508:10 | 411:2 425:9 |
| 436:7 | 468:3 | 594:2 | move | 425:11 |
| 438:17,18 | 523:13,13 | 608:15 | 407:20 | 429:23 |
| 439:11 | 523:19,20 | Moore | 518:14 | 442:13 |
| 441:21 | 523:24 | 568:17,23 | 519:9 | 469:15 |
| 445:19 | 524:9,18 | 569:17,17 | 559:13 | 485:13 |
| 450:16,22 | 526:25 | 569:22 | 574:7 | 486:3 487:1 |
| 451:3,7 | mistakes | 570:14 | 578:12 | 487:3,22 |
| 454:9 | 543:22 544:1 | 574:7,23 | 589:4 593:2 | 488:2,5 |
| 572:21 | 604:19 | 577:13 | 599:23 | 489:3,11 |
| 580:7 607:7 | misusing | 578:8,16,25 | 600:24 | 490:12,22 |
| minutes | 592:10 | 580:24 | moved | 491:4 492:4 |
| 473:3 509:7 | MIT | 582:3,24 | 462:5 518:7 | 493:23,23 |
| 509:8 565:8 | 448:9 | 583:8 584:1 | 548:7,9 | 493:24 |
| misconduct | mobile | 584:21 | 561:20 | 494:1 495:2 |
| 460:6,11,17 | 601:12,13 | 585:11,18 | 571:19 | 495:3,9,13 |
| 464:7 | 607:21 | 586:8,11,19 | 579:23 | 496:6 |
| 611:12 | model | 587:5 588:3 | moves | 499:12,13 |
| 620:4 621:1 | 580:20 596:6 | 588:11 | 624:11,17 | 499:25 |
| 621:2,9 | modelling | 589:10 | moving | 501:4,4,13 |
| misconstrued | 571:22 | 590:4,19 | 430:12,13 | 501:24 |
| 592:3 | modern | 591:22 | 516:4 594:7 | 502:1,3,11 |
| misdemeanor | 453:3 | 592:4,7,19 | 594:10 | 509:15,17 |
| 462:3 464:9 | mom | 594:4 595:6 | 599:2,18 | 511:21 |
| misfortune | 503:3 511:13 | 595:10,16 | 603:25 | 522:19,21 |
| 408:2 | moment | 595:19,23 | Muhlhausen | 523:8,9 |
| misinform... | 597:19 599:5 | 596:5,18 | 572:7 | 535:2 |
| 428:9,13 | momentum | 597:3,14,18 | multiple | 540:12,25 |
| 441:13 | 598:3 | 597:25 | 527:1 529:16 | 541:16,16 |
| mismatches | money | 598:19 | Murphy | 543:25 |
| 486:10 | 419:6,6 | 599:10 | 585:23 | 556:1 |
| misplaced | 434:7 446:9 | 600:9,12,17 | Mustats | 569:16,17 |
| 407:21 | 446:16 | 601:1,18 | 570:19 | 573:17 |
| missed | 452:25 | 602:5,11,20 | muster | 599:24 |
| 587:1 | 453:1 466:9 | 603:1,7,11 | 603:17 | 610:16 |
| missing | 471:16 | 604:2,17 | myopic | 622:13 |
| 440:8,10 | 492:19 | 605:3,15,20 | 597:6 | names |
| 485:13 | 545:22 | 606:5,14 | | 408:8 432:24 |
| 489:7 | 555:20,22 | 609:20,24 | **N** | 485:9 |
| 557:22 | 584:25 | morning | NAACP | 495:20 |
| mission | 623:10,21 | 610:21 611:9 | 425:2,12,20 | 498:24 |
| 425:24 | 623:24 | mortally | 431:24 | 512:14,24 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031802

USA_00021326

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 59 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 218 of 226

Hearing - Volume 3                                        April 6, 2009

660

```
 515:10            424:9 437:12   never            619:2,4,12      405:10
 517:25            437:15         470:1 508:5      619:16,23       normally
 518:11,11         452:23         513:11           620:6,10,16     454:1 474:22
 522:25            463:5,21       519:19           620:20,23       North
 543:21            466:17         522:2,19,21      621:4,10,16     485:2 568:23
 545:8,8,24        469:1          522:22           621:25          568:24
 549:6             471:16,19      526:24           622:4,10,12     595:3,18,20
 555:16            471:20         539:8 548:8      Nigerian        595:23
 564:2,4           472:25,25      548:14           517:25          596:1,1,6,6
narrowly           479:2,3,18     551:3            518:10,11       596:10
 477:24            479:25         new              518:22,22       notary
national           480:20         412:4 416:9      519:5           625:5,21,22
 405:16,16         495:9,9        475:14           night           note
 411:19            498:3          487:24           505:25          480:7
 446:15            504:10         490:18           508:22          notes
 450:11            506:3          506:24           524:11          517:3,5
 477:1             524:19         536:19           529:25          notice
 569:10            548:17         561:20           568:25          416:8,11
 593:12,14         572:10         571:23           569:12          473:5
 593:17            584:5          592:2            nightmare       noticed
 598:6 602:6       613:16         600:20           426:6           529:1 536:19
nation's           617:22         601:9            nine            537:13
 449:24           needed         news             439:18          542:10
native             560:5 582:11   457:18 512:1     578:18         November
 595:23           needs           515:5 522:3      594:2           406:20
natural            405:11         556:23           nodding         513:17
 470:12            512:18         560:2            532:12         nuance
nature             617:22        newspaper        non             580:3
 449:3 453:13     negative        441:9,17        421:18          nudge
NBC                429:17         512:23          noncitizen       581:15
 510:2            neighborhood   newspapers        527:25         number
near               457:3 583:10   459:23          nonpartisan      420:2 422:5
 511:14           neighborh...   nice             405:10          426:15
nearly             445:19         413:5 421:21     425:22          427:7,8,12
 408:15           neither         554:1,2         449:24          427:14,17
 449:25            409:13         569:13          463:3 512:1      427:19,25
 573:4,6,8         490:25        Nichols           588:24         428:15
necessarily        533:23         610:10,19,21     590:23         430:20
 414:6 415:22      564:25         611:1,17,23     nonphoto        435:15
 471:15            625:9          612:17,21        421:18         436:17
 501:2 575:1      net             613:13           487:10,17      439:25
 586:20            560:1          614:17           488:7,8        445:13,23
 587:13           neutral         615:19           491:9,20       451:15
necessary          509:2 547:14   616:10,20        492:2          452:12
 433:9             553:7          616:23           493:23         453:9
necessity          583:25         617:2,9,18      nonpolitical     458:22
 474:5             584:1,2        618:6,9,12       587:20         459:11
need               602:24         618:22          nonprofit       466:18
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031803

USA_00021327

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 60 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 219 of 226

Hearing - Volume 3                                        April 6, 2009

661

485:21
486:9,13,22
486:22
490:3 504:9
522:16,22
524:13
525:12
526:13
527:5
528:11,13
536:20
541:11
559:11
560:6
564:23
565:3,24
566:10
576:2
582:21,21
583:2,8
584:5,8,8,9
584:19,22
602:18,20
617:3
623:20,21
**numbers**
405:14
406:20
433:12
452:12
506:17
522:14
525:11
526:12
**numerous**
407:22 478:4
**nursing**
418:18 420:8
**NYU**
524:8

---

o
410:6 436:2
**Obama**
445:16
446:22
575:1

587:13
604:20
**obituaries**
512:23
521:16,18
530:18
**objected**
465:15
**objection**
431:24 590:8
**objections**
624:13
**objective**
432:15
494:11
570:22
**obligation**
594:19
**observed**
545:17
**observer**
430:10
**obstacle**
573:18
**obstacles**
598:11,12,14
**obtain**
408:23
409:23
504:11
552:7
**obtained**
498:20
**obtaining**
461:10 479:6
479:14
581:16
**obvious**
615:12,12
617:18
**obviously**
452:22
457:14
526:16
546:19
549:1 554:4
579:3
601:25

605:22
**occasions**
458:18 605:9
**occur**
436:5 441:2
442:24
455:17,25
466:5,5
470:1,4,12
471:22
525:18
558:5,22
559:3
583:22
605:13
**occurred**
440:2 441:22
443:22
456:9
460:25
598:4 621:9
**occurring**
440:21 560:5
**occurs**
435:20
562:15
**October**
522:4
**odds**
525:14
**odyssey**
408:15
**offense**
462:3,6
**offer**
556:4 592:13
621:5
**offered**
545:22,23
607:16
**offers**
549:8
**office**
408:18
409:25
410:16
436:20
440:14

444:5
450:11
454:18
464:7,10
477:11
481:8,15
486:6 509:2
509:18
513:1,15,17
513:24
514:5,7,22
518:8,13
519:16
527:20
529:1,4
530:7
531:19
532:12
536:24
537:6 542:8
544:21
551:2
555:19
557:1,3,7
565:15
568:14
596:11,13
603:23
605:2 610:9
610:11
612:13,25
613:3 614:1
615:4
616:11
617:1 619:6
622:16,19
625:17
**officers**
441:16 447:7
449:2
463:23,23
**offices**
552:6 596:7
596:9
**official**
413:13
430:10
434:11

440:20
456:11
464:7,11
499:24
549:4
613:19,21
620:4,25
621:1,2,9
**officials**
413:1 427:4
429:19
434:20
440:19,20
440:23,24
461:12
469:4
470:17
546:6
**offset**
596:3
**oh**
439:25 455:8
521:2
568:18
592:7 610:3
**Ohio**
460:25
**okay**
414:16 417:7
419:18
421:1 424:5
424:17
425:13,15
430:3 433:7
436:10
437:4 450:5
460:23
477:12
478:17
479:8
480:18
486:16
488:22
489:5
490:19
491:22
493:9 495:8
495:8 496:9



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031804

USA_00021328

Hearing - Volume 3                                    April 6, 2009

662

| | | | | |
|---|---|---|---|---|
| 499:6 | 405:18 | **opinion** | **orderly** | **overlaid** |
| 502:19 | 408:13 | 411:1 450:8 | 526:3 | 531:7 |
| 504:22 | 409:1 | 495:25 | **organization** | **overriding** |
| 506:7 | 414:23 | 559:6 | 405:11 414:5 | 529:14 |
| 508:21 | 423:20 | 575:14 | 425:22 | **overseas** |
| 510:10,17 | 446:4 | 580:22 | 438:9 443:7 | 601:19 602:6 |
| 510:21,21 | 490:18 | 589:8,13 | 475:14 | **oversee** |
| 517:2 | 504:21 | 603:16 | 559:15 | 555:18 |
| 521:24 | **older** | **opponent** | **organizat...** | **overstated** |
| 530:4,14 | 405:12 | 517:23 519:4 | 564:10 | 571:20 |
| 531:5 | 406:19 | **opponents** | **oriented** | **overwhelming** |
| 532:11 | 407:3,7 | 607:5,10 | 461:16 | 522:1 |
| 534:25 | 408:5 416:8 | **opportuni...** | **origin** | **overwritten** |
| 535:19 | 416:18 | 526:18 | 411:19 | 603:14 |
| 537:11 | 417:6 | **opportunity** | **original** | **ownership** |
| 538:19,19 | 422:25 | 406:3 439:24 | 409:6 410:1 | 453:12 573:3 |
| 540:5,9,13 | 423:15 | 473:24 | 410:17 | 573:25 |
| 540:13 | 478:24 | 508:2 | 587:10 | **o'clock** |
| 542:2,7,7 | **olders** | 515:13 | 611:25 | 416:3 |
| 549:10 | 422:25 | 549:9,19 | **ought** | |
| 550:4,9 | **once** | 596:2 | 474:18 616:2 | **P** |
| 551:8,12,17 | 410:3 429:14 | **opposed** | **outcome** | **pack** |
| 552:1,4,11 | 451:20 | 416:16 426:3 | 434:3 440:12 | 518:1 |
| 552:25 | 515:6 544:9 | 438:2 | 463:9 475:1 | **packet** |
| 556:24 | 554:14 | 450:24,24 | 494:19,22 | 522:13 |
| 558:3 559:9 | **onerous** | 476:2 | 546:12,15 | 537:14 |
| 561:22 | 408:5 590:1 | 599:22 | 550:20 | **Page** |
| 562:22 | **ones** | **opting** | 559:20,25 | 478:19,20 |
| 563:14 | 421:22 | 476:5 | 560:23 | **pages** |
| 566:12 | 457:14 | **option** | **outcry** | 409:11 412:8 |
| 567:4,20,23 | 464:2 | 507:12 579:7 | 456:1 | 625:6 |
| 568:1 569:7 | 465:10 | **op-ed** | **outraged** | **paid** |
| 583:16 | 469:5,10,11 | 592:2,16 | 511:20 | 405:19 |
| 584:3 589:5 | 469:13,14 | 597:2 609:3 | **outright** | 420:14 |
| 590:13 | **ongoing** | **orange** | 478:3 608:5 | 472:16 |
| 595:21,21 | 434:7 457:21 | 546:22 | **outside** | 559:15,15 |
| 595:25 | 618:1 | **orchestrated** | 462:25 | 559:23 |
| 600:5 | **onus** | 468:5 | 498:23 | 560:18,19 |
| 602:22 | 465:25 | **ordeal** | 531:13 | 577:2 |
| 609:2,10 | 467:21 | 408:22 | 623:2 | **pain** |
| 610:1,13,16 | 468:9 | **order** | **outstanding** | 440:19 |
| 618:7,10 | **open** | 453:2 490:10 | 428:9 441:14 | **painful** |
| 620:1,1,24 | 434:10 464:1 | 586:1,3,3 | **overall** | 455:15 |
| 621:7,7,11 | 549:2 | 586:14 | 597:8 614:7 | **painfully** |
| 621:19 | **opens** | 590:20 | **overcome** | 512:22 |
| 622:1,17,20 | 549:2 | 613:16 | 416:15 | **panel** |
| 624:4 | **operator** | **ordered** | **overestim...** | 578:10 |
| **old** | 534:3 | 603:15 | 598:9 | |



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006447

TX_00031805

USA_00021329

Case 2:13-cv-00193   Document 663-9   Filed on 11/11/14 in TXSD   Page 62 of 90
Case 1:12-cv-00128-RMC-DST-RLW   Document 214   Filed 06/20/12   Page 221 of 226

Hearing - Volume 3                                    April 6, 2009

663

| | | | | |
|---|---|---|---|---|
| 581:18,22 | 495:23 | 580:15 | 415:16,18 | 525:3,14 |
| **paper** | 517:25 | 589:19 | 415:19 | 527:1,1 |
| 484:7 506:25 | 547:9,20 | **passes** | 416:15,22 | 528:2 529:9 |
| 540:18 | 586:23 | 432:16 | 417:6 418:2 | 530:22 |
| 558:10,12 | 611:14 | **passport** | 420:8 | 535:8 541:7 |
| 571:23 | 614:7 | 408:3 499:24 | 421:25 | 543:14 |
| 581:3 | **particularly** | **passports** | 422:1,5 | 547:7 |
| **papers** | 455:4 585:22 | 407:20 | 423:1,7,13 | 548:24 |
| 410:21,23 | 598:21 | **Pastor** | 428:9 430:6 | 549:5,6,19 |
| 499:23 | **particulars** | 596:17 597:3 | 430:21,23 | 553:18,19 |
| **paragraph** | 515:8 | **patchwork** | 431:11 | 554:7,15 |
| 478:21 546:2 | **parties** | 593:15 | 432:7 | 555:12 |
| **parents** | 425:23 597:7 | **path** | 435:17 | 556:7 |
| 503:1 | 606:21 | 469:12 | 438:5,11,16 | 558:13 |
| **parked** | 607:13 | **patience** | 443:6,11,16 | 560:5,20,24 |
| 472:12 | 625:11,13 | 471:20 | 443:24 | 561:23 |
| **parole** | **partisan** | 624:16 | 444:10,11 | 565:1 |
| 428:11 | 407:1 552:19 | **pattern** | 446:1,3 | 566:22 |
| **part** | 580:15 | 493:6 563:24 | 451:7,11,12 | 571:19,21 |
| 413:12 | 607:16 | 564:1 605:4 | 451:17 | 573:12 |
| 458:13 | 608:11 | 605:8,8,14 | 452:6,24 | 574:22 |
| 469:21 | **parts** | 618:11 | 455:2,23 | 582:12,16 |
| 470:19 | 486:3 615:8 | 619:15 | 457:11,11 | 583:14 |
| 483:11,21 | **party** | 620:3 | 457:13 | 585:4 |
| 489:6 | 444:3 458:17 | **pay** | 458:19,23 | 587:12 |
| 491:11 | 468:5 | 417:3 418:24 | 459:2 460:9 | 591:17 |
| 500:23 | 470:10,24 | 419:6 | 461:4,4,5,7 | 593:4,8 |
| 545:19 | 471:5 | 421:10,13 | 462:8,10,25 | 594:6,12 |
| 546:19 | 560:19 | 472:6 479:3 | 463:10,14 | 597:6,11,15 |
| 592:16 | 605:23 | 483:2 507:1 | 463:17 | 598:22 |
| 593:13 | **Pasadena** | 578:4 586:1 | 464:1 466:5 | 599:5,8,11 |
| 596:22,23 | 543:12 | 586:2,2,13 | 471:19,20 | 599:11,12 |
| 602:17,21 | **Paso** | **paying** | 472:8,11,12 | 599:13,25 |
| 606:18 | 535:25 | 471:13 | 476:1,21 | 600:1,23 |
| **participa...** | 548:12,14 | **pays** | 483:9 | 602:20 |
| 452:9 | 550:9,10,14 | 479:24 | 485:12,19 | 619:6 |
| **participa...** | 550:18 | **Pearland** | 503:6 505:2 | 622:24 |
| 406:17,24 | **pass** | 472:10 | 505:3,4,7 | 623:20 |
| 407:7 | 415:15 | **Penal** | 505:12,16 | **people's** |
| 456:21 | 492:16 | 464:8 | 506:23 | 515:10 545:8 |
| 457:24 | 503:21 | **pending** | 513:3 516:7 | 621:3 |
| **particular** | 505:5,5 | 624:12,14 | 517:10 | **perceived** |
| 407:4 415:6 | 508:4 | **penmanship** | 518:7,13,21 | 591:25 |
| 417:6 | 551:11 | 538:18 | 518:23 | **percent** |
| 427:19 | 603:17 | **people** | 519:14,21 | 406:13 |
| 434:5 451:3 | **passed** | 405:23 | 520:6,9 | 435:14 |
| 454:18 | 438:6 521:22 | 407:10 | 522:6,8 | 445:13,15 |
| 477:21 | 522:6 | 408:9,11 | 523:3,4 | 448:12,15 |
| | | | 524:16 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031806

USA_00021330

Hearing - Volume 3                                    April 6, 2009

664

449:11,13
449:13,15
449:16,17
449:20,25
460:9 462:9
566:6
572:17,20
573:9
582:25
583:5,10,15
599:7
608:20
**percentage**
419:24
435:18
448:23
574:5
582:23
**percentages**
419:21
475:23
**perfect**
415:15 440:7
475:20
526:22
**period**
433:8 454:5
542:21
543:4
**periods**
428:22
**permanent**
619:9 620:22
**permit**
407:1 484:9
**person**
426:20
428:10
429:1 444:3
444:8,8
453:21,22
453:23
459:9
471:17
472:15,16
475:18,18
478:23,23
478:24

479:7,13,14
479:24
493:19
494:3 495:5
495:16,16
495:25,25
496:22
499:24,25
501:14,23
502:4 508:7
511:3,7,14
527:4
528:23
534:13
535:6,16
536:15
541:14
544:4 545:9
545:10,13
545:14,16
545:17,20
545:21,21
545:21
546:3
547:10,11
549:13
550:7
558:17
562:21
564:11
581:23
592:11
614:12
616:25
617:5
618:11,13
620:2,14
621:16,23
**personal**
411:12 438:8
478:22
479:6,13,14
482:14
483:24
504:9 556:3
574:21
580:10
613:23

**personally**
418:7 421:20
443:5 470:2
**personnel**
465:7
**persons**
405:3 418:18
428:21
456:10
461:1 543:6
543:7
545:24
613:5
619:17,21
**person's**
499:20,21
500:15
540:12
544:5
545:18
546:10
581:21
**perspective**
590:2 617:21
**phase**
422:5 445:6
**phased**
607:18
**PhD**
437:1
**phone**
408:7 411:13
419:2
458:19
519:17
561:17
564:2
**photo**
408:16,23
409:3,5,7
409:14,18
409:25
410:2,17,18
414:7 415:1
416:23
418:5 420:4
422:2 431:7
447:25

448:1,7,12
448:14,16
449:12,15
450:1
491:20,25
499:11
500:9 502:8
502:24
503:24
505:18,19
509:23
510:15
515:11
572:25
573:5,6,9
573:14
574:4
576:25
581:5
582:17
583:6,21
585:19,19
586:20,21
593:10
601:7 602:7
607:1,17,20
608:20
**photocopy**
537:15
**photograph**
499:20
500:15
**photos**
504:11
**physically**
618:15
621:17
**pick**
559:11
**picking**
541:11
**picture**
492:5 506:8
507:6
**piece**
493:23
494:25
495:1

506:25
577:9,9
**piecemeal**
591:17
593:19
**pieces**
493:25 494:2
495:24
**pinnacles**
438:10
**place**
407:24 424:3
433:25
434:10
436:16
446:8
450:20
454:7
458:10
466:13
468:11
474:23
475:13
486:18
506:10
533:14
536:9
614:13,20
618:13,16
618:24
620:5
621:18
**placed**
431:13
441:18
616:17
**places**
427:15
433:15,16
434:25
435:7
441:21
454:15
462:25
463:7 497:1
516:4
**plain**
440:17,19



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031807

USA_00021331

Hearing - Volume 3                                    April 6, 2009

665

| | | | | |
|---|---|---|---|---|
| plaintiffs | 557:19 | 606:3,12 | 576:11,16 | popular |
| 441:3 | 558:2,22 | politically | 585:23 | 542:24 |
| plan | 574:25 | 589:2 602:2 | 586:4 | populating |
| 432:11 518:5 | 587:9 | politician | polling | 594:8 |
| 519:7 | 602:13 | 619:17 | 413:14,17 | population |
| planned | 605:25 | politics | 427:15,21 | 406:13 412:9 |
| 564:1 | 613:13 | 463:1,13 | 427:24 | 412:10 |
| plate | 622:22 | poll | 428:1,15,15 | 417:1 |
| 454:9 | pointed | 405:19,22 | 428:18,18 | 422:24 |
| play | 498:4 554:15 | 407:12 | 434:10,12 | 423:15 |
| 446:12 569:9 | pointing | 413:18 | 435:7 | 584:13,15 |
| played | 572:23 | 414:4 445:6 | 436:16 | populations |
| 510:24 | points | 445:7 | 441:21 | 450:16 451:4 |
| plead | 415:14 | 449:24 | 443:9 | pose |
| 516:9 | 500:14 | 452:17,18 | 454:14 | 407:16 |
| pleaded | 575:24 | 453:3 | 461:2,8,17 | position |
| 548:5 | polarization | 460:11,16 | 462:25 | 413:13,24 |
| pleading | 597:5 | 460:17,22 | 463:7 | 414:14 |
| 515:23 | polarized | 470:23 | 470:18 | 425:21,21 |
| please | 579:23 607:9 | 473:18 | 471:5 542:3 | 437:15 |
| 412:25 425:9 | police | 474:9 487:3 | 618:13,16 | 468:24 |
| 425:13 | 428:5 441:16 | 487:7,11 | 618:24 | 476:12 |
| 444:16 | 441:20 | 488:3,25 | 620:5 621:2 | 546:11 |
| 478:19 | 447:7 449:2 | 489:15 | 621:8,18 | 552:16,20 |
| 509:10 | 455:7 | 490:11 | polls | 574:21 |
| 542:20 | 462:10 | 491:12 | 422:9 435:19 | 617:25 |
| 569:15 | policies | 493:16,18 | 446:3,4 | positioned |
| pleased | 623:17 | 493:19,24 | 449:12 | 441:15,20 |
| 574:16 | policy | 494:5 495:2 | 450:1 | positions |
| 592:22 | 405:16 490:8 | 495:2,4,14 | 458:20 | 476:18 |
| plus | 490:10,16 | 495:23 | 470:12 | positive |
| 521:20 | 547:17 | 496:13,21 | 503:12 | 413:24 |
| pockets | 571:11 | 497:2,6 | 533:24 | 530:23 |
| 408:10 | 607:3 | 498:19 | 534:13,23 | 541:24 |
| poignant | 623:13 | 499:2,4 | 535:6 | possession |
| 416:6 | political | 500:23 | 566:23 | 503:11 587:6 |
| point | 412:20 463:1 | 501:16,25 | 602:7 | 587:9 |
| 420:3 438:1 | 560:12 | 515:10 | 616:25 | possibili... |
| 453:20 | 587:18 | 522:9,10 | 621:17 | 558:6 |
| 454:2 457:5 | 602:11 | 523:4,19,20 | pool | possibility |
| 465:16 | 606:21 | 523:24 | 573:12,23 | 527:11,11 |
| 468:12,21 | political... | 537:15 | 582:12 | 538:20 |
| 470:22 | 574:19 | 538:3,9,21 | poor | 563:11,13 |
| 473:21 | 575:16 | 538:22 | 452:24 | 590:3 |
| 476:14,23 | 587:3,25 | 540:7,15 | 453:23 | possible |
| 477:19 | 588:1,8,9 | 541:16 | 465:19 | 414:3,8 |
| 479:21 | 588:13 | 545:16 | 572:21 | 467:19,20 |
| 494:8 557:4 | 603:3 604:1 | 546:3 | 607:6 | 491:7 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031808

USA_00021332

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 65 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 224 of 226

Hearing - Volume 3                                                      April 6, 2009

                                                                            666

494:23
513:20
514:7
530:23
532:21,24
533:2
539:14
543:15
579:2
615:20
possibly
531:11,23
post
521:8,12
526:16
529:4,12
531:6 594:5
594:7 603:4
potential
429:9 430:8
448:8
532:17
543:10
558:22
602:19
potentially
454:11
513:22
power
413:2 429:20
460:21
461:14
608:16
practical
487:25
practically
413:23
Prairie
440:17 441:4
614:22
pre
432:2,12
520:14,18
528:8 529:2
533:13
575:2
578:22
585:6

587:10
588:5,5,7
588:21
589:23
precedent
575:3,15
587:14
588:21
precinct
434:5 473:11
516:13
535:9,10
544:3
precincts
435:14,18
precise
589:2
preclearance
571:4
preferable
476:6 580:20
premise
561:6 562:14
prescribed
581:17
present
452:23 461:9
488:7,11,13
489:3 499:7
499:11
505:17
510:11
537:23
562:5,13
606:25
624:7
presentation
413:24 509:7
509:8 612:8
presented
438:5 469:7
493:7,9,18
495:19
514:24
531:16
532:18
561:8 575:7
612:9 621:8

presenting
546:7 592:13
presentment
487:20
500:19,22
presents
498:13,16
president
405:8 446:1
591:24
597:2
612:23
613:15,18
presidential
406:12,21
476:16
513:9
Presidio
453:6,6
465:21
pressure
564:10
presume
413:11 420:2
422:5
557:22
presuming
413:12 563:7
presumption
465:13
pretty
419:8 425:7
436:8
443:11
515:20
526:1 531:6
546:13
572:2
573:13
584:9
605:10
prevail
454:10
prevent
405:23
prevented
509:24
510:16

620:14,14
620:25
621:1
preventing
411:22
previous
556:17
previously
510:18
555:18
primarily
435:1,2
primary
409:15
448:11
449:14
511:12,19
517:23
519:4
primitive
512:22
principle
599:1 602:14
602:15
principles
408:12
printed
541:16
prior
444:19 481:3
priority
412:8
private
444:6,7
483:10
557:16
probably
414:13
416:25
424:6
432:17,18
435:13
441:19
465:11
467:13,22
472:17
496:15,17
498:5

510:14
515:12
535:1
538:14
543:14
572:10
578:15
586:13
597:16
617:4 624:2
probate
512:24
probates
530:6
probation
428:11
problem
412:6 423:9
423:10
429:4,7,9
429:11,12
431:3
434:22
455:22
458:11,13
460:19
469:7,13
470:19
472:1
541:17
554:14
566:20
574:10,10
581:9
596:24
604:24
611:14
problematic
428:24
430:18,19
431:16
440:3
465:16
471:7
problems
416:14 418:6
426:23
428:14



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006451

TX_00031809

USA_00021333

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 66 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214 Filed 06/20/12 Page 225 of 226

Hearing - Volume 3                              April 6, 2009

667

```
430:8 435:9        534:8              projector          411:25 442:1       provided
435:9              553:25            555:7              442:2,8,13         434:4 462:22
438:11            554:8,8,24        projects           442:25             478:21
454:11            555:9             571:1 590:25       443:4,22           483:20,25
460:16           processes          promote            451:18             495:1
463:11            430:11            591:9 608:6        474:19             510:18
471:10,13         486:18           promptly            548:1              537:14
486:2,4           513:24            550:17             549:21             613:6
573:18            531:13           pronounce           550:21            provides
577:1             616:3             535:1              551:1              483:16
585:23           processing         proof              561:11             494:14
588:12,13         557:9             499:17             562:12            providing
589:4            produce            proper             616:24             480:8 487:17
599:13            553:13            409:9,22           619:24             577:17
procedure         560:20            411:5,9           prosecuting         601:9
479:1             565:21            463:8              612:14            province
procedures        590:12            581:16            prosecutions        611:18
406:23,25         613:17           properly            617:3,4,5,10      provision
proceed          produced           549:15,18          617:14             415:6 423:13
425:14            554:7 556:23     proponent           618:5              423:14
509:10           produces           582:18            protect             473:8 474:3
612:12            581:3            proponents          412:24,25          507:11
process          products           592:1 607:9        614:13             576:22
406:7,18,24       536:22            607:10            protected           585:12,13
407:8            professional      proportion          412:21           provisional
412:19            559:5 588:23      435:21            protecting          427:10
451:10,13        profiling          proposal           411:22             453:19
454:3,8           448:18            417:19            protested           464:14,21
461:6 463:5       453:12            455:21,22         439:13             464:22
465:24           program            571:7             prove              465:1,2
466:11,18         456:24 547:3      579:13            434:18             467:11,13
466:19            561:15            591:5              453:20             473:10
470:20            564:21            592:25            469:23             474:1,2,15
472:7             585:5             607:16,24         524:25             474:16
485:19           programs          proposals          574:12             475:10
486:14            456:21 576:8      418:15 594:6      590:10             524:13
506:25            576:21           propose            613:16             527:12,13
525:21           Progreso           465:8            proved              577:6
529:7             544:19 546:4     proposed           477:19             580:19
530:16           progression        415:10           proves              582:7 595:5
566:25            564:7             450:25            474:17             595:8
567:3 589:9      progressive        491:8            provide            provision...
589:24            590:1             566:19            435:17 483:8       502:5
614:18           project            591:12           490:11            provisionals
621:22            454:20,22        prosecute          542:8              581:10
623:2             455:1             611:25           567:25            provisions
processed         569:17           prosecuted         589:8              422:23 580:5
440:13,15         570:8,11,17                         607:20,21          580:12
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006452

TX_00031810

USA_00021334

612:4
**public**
413:17
453:24
490:10
545:9
558:13
576:7
577:21
581:19
613:20
625:5,21
**publicity**
442:16
**publicly**
618:1,4
**published**
600:10
**pull**
512:21,23
**pulled**
455:10 538:3
584:16
**punching**
527:1
**pungent**
439:1
**punish**
462:11
**punished**
411:25
**punishment**
463:21
**pure**
475:21
**purely**
494:7
**purged**
427:13
430:23
459:14
512:14
**purpose**
451:24
479:15
480:25
482:12
483:6 591:7

**purposely**
544:2
**purposes**
480:13,16
482:18
483:9
498:21
562:15
**purse**
504:1
**pursue**
415:23
467:24
611:15,21
**purview**
614:2
**push**
615:17
**pushing**
446:14
590:23
**put**
426:7 433:12
437:11
451:18
452:3 456:2
464:1
465:25
466:9
467:10
468:23
475:9 478:1
478:15
480:5 481:2
482:20
485:21,23
504:2,11
506:15,15
506:16,19
507:6
519:11
521:16
522:15
547:3 549:3
555:4,6,7
555:25
557:1,8
568:13

578:11
592:17
593:8 595:2
**puts**
466:12
475:11
496:21
**putting**
428:6,12
468:11,25
601:22,24

**Q**

**qualified**
471:17
583:19
**qualifying**
546:6
**quantific...**
623:8
**quantify**
623:5
**quantity**
623:23
**quarter**
412:9
**quasi**
593:11 598:5
**question**
414:5,9
420:6
422:24
432:24
433:8
435:16
453:4
456:15
460:15
467:1,9
484:18
486:23
487:7
496:11,17
501:8
502:14,17
502:20
503:19,21
506:2,8

508:22
524:1,1,6
548:17
552:12
557:18
558:4
563:17
565:12
572:9
576:20
578:23
582:20
604:3 608:9
616:6
620:17,19
622:7 624:1
**questionable**
509:22,24
**questioned**
423:6 568:7
**questions**
413:10
415:11
424:13,15
433:1,6
436:13
444:16
445:2
454:13
456:13,18
459:18
460:1 477:4
481:14
485:5
490:19
493:1
501:21
504:6
505:23,25
515:14
516:11
524:24
544:24
552:3
566:13
567:5
568:16
570:3 574:6

579:14
609:18,19
610:10
614:9,23
616:4 622:1
624:5,17
**quick**
474:11
484:17
485:5
496:11
499:15
501:21
544:18
562:23
563:17
565:11
622:6
**quickly**
477:9 518:9
529:3
533:15
570:1 574:8
608:25
**quit**
567:13
**quite**
418:14 435:8
474:19
588:9
597:14
**quota**
559:17
**quote**
592:12,14,14
592:16

**R**

**race**
411:18
476:16,17
574:15
**races**
472:10
476:19
477:1
543:12
**racial**


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031811

USA_00021335

Case 2:13-cv-00193  Document 663-9  Filed on 11/11/14 in TXSD  Page 68 of 90
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 2 of 237

Hearing - Volume 3                                    April 6, 2009

669

448:18
**raise**
453:20
  473:21
  480:23
  524:7
**raised**
548:1 585:24
**raising**
476:14
**ran**
472:10 522:4
**rare**
605:9
**rate**
417:4
**rates**
406:15
  573:14
**rea**
619:7
**reached**
456:22
**read**
409:11
  422:15
  429:23
  445:1 448:3
  451:22
  452:20
  477:9 495:7
  515:16
  549:14
  556:14
  567:14
  585:12,13
  586:11
  589:15
  592:5
  600:13,15
  601:4
  606:18
**readily**
408:8
**reading**
572:7 575:20
  601:2 609:4
Reagan

432:5 588:15
**real**
407:17
  408:11
  412:16,17
  426:6 456:1
  460:19,20
  461:9
  463:11
  464:21
  496:11
  499:15
  518:9 545:2
  545:2
  562:23
  565:11
  591:11
  593:11
  594:4,15,16
  594:21
  597:20
  598:3,9,13
  601:21
  602:1
  607:18
  608:24
**realistic**
598:7
**reality**
452:13 474:3
  476:17,25
**realize**
432:16 476:1
  505:2
**realized**
408:22
  518:20
  519:25
  520:5
**really**
409:10
  412:12
  420:5 431:6
  432:12
  434:24
  435:15
  437:10
  438:11

439:3 440:2
  448:6
  452:12
  457:22
  461:7
  462:16,24
  466:17
  469:21
  470:8
  471:12,15
  477:9,10
  487:6,12
  489:19
  498:22
  502:10
  503:7,14
  505:1,12
  511:24
  524:23
  529:3
  533:15
  536:21
  548:3
  559:24
  564:17
  573:1,15
  574:10
  575:12
  579:22
  581:15,25
  584:21
  585:16
  591:9
  592:25
  593:1,5,6
  593:18
  594:19
  596:7 599:7
  600:14
  604:18
  615:8,25
  623:5,12
**reason**
435:19,21
  458:21
  469:7
  471:16
  480:16

482:15
  483:11,12
  521:24
  534:1
  535:25
  558:15
  560:9
  561:21
**reasonable**
557:25
**reasoning**
410:10
**reasons**
445:24
  458:23
  459:1
  482:13,14
  547:16
  564:11
  594:13
  615:12
  617:18,21
**reauthori...**
437:20 438:2
**recall**
433:5 528:13
  531:22
  532:16
  533:7
  540:16,17
  540:19
  592:16
  616:12,14
**receive**
417:19
  419:14
  421:11,14
**received**
427:7 443:23
  545:14
  551:13
**Recess**
509:8,9
**recipients**
417:15
**reclarifi...**
598:17
**recollection**

556:16
**recommend...**
579:17
  591:12
  598:21,23
**recommend...**
590:22
  591:20,20
  598:2
**recommended**
591:18
  600:25
**recommending**
601:6 602:15
**record**
420:19
  421:12
  452:1 473:2
  492:20
  567:16,19
  568:23
  569:16
  577:3 587:8
  609:5
  610:15
**recorded**
515:17,19
**records**
410:13,14,17
  460:14
  511:13
  512:24
  513:21
  601:23
  613:4
**recourse**
433:20,24
**red**
512:16
**redirect**
516:5
**redistric...**
463:3 570:15
  579:10
  588:6
**reduce**
480:7
**reduced**



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031812

USA_00021336

417:4 607:4
**reelected**
555:19
**reference**
606:16
**referenced**
528:19
**referral**
550:12
**referrals**
612:3,6,7
**referred**
609:2 613:19
**referring**
517:18
  520:23
  521:1 587:4
**refers**
514:22
**reflect**
407:1 601:5
**reflective**
461:7
**reform**
570:9 607:13
**refreshing**
503:6
**refuted**
478:16
**regard**
422:3 470:6
  502:20,24
  558:14
  589:9
  621:13
**regarding**
426:2 485:8
**regardless**
415:21
  448:14
  472:5
  565:20
  590:9
**regime**
600:4
**register**
506:11,22,23

506:24
515:19
548:24
553:9
554:22
559:11
560:19
594:6,16,20
595:4,12
597:16
601:16
619:18
622:24
623:21,24
**registered**
406:11 427:9
430:25
489:4
504:13
506:16,19
507:14,21
507:25
508:3 512:4
513:8,18
516:4
535:10
549:7
561:20,24
564:12
565:15,20
566:1,4,7
572:17
573:11,13
573:22,23
582:22,23
582:24
583:11
593:4,8
594:12,17
597:12,12
597:17
599:6,6,9,9
599:22
600:1,1
602:19
607:22
608:20
618:19,23

620:8
622:25
**registering**
558:14
**registrants**
560:6
**registrar**
515:22 517:6
**registration**
416:12 421:3
421:17
429:8,12,14
440:9,10
462:1
475:19
478:24
485:20
486:19
487:23,24
488:1,2,5,9
488:19,23
490:21
491:19,21
498:14
499:3,13
501:24
502:25
503:2,12
505:9,20
507:6 508:6
508:7
509:19
512:3
513:16
514:1 516:6
517:7,14,21
518:15,17
520:22,23
522:15
533:21
534:12,22
535:2,13,24
536:5,13
539:6 540:2
545:11,23
547:25
548:18,20
548:22

549:11
550:6
552:18
553:25
554:3 557:8
557:10,21
557:23
558:25
559:5,8
561:10
562:9,15,17
562:19
563:4,6,8
563:19,22
563:24,25
564:1
566:25
567:3
592:14
593:2,6,22
594:3,8,9
594:11,24
595:1,11,12
596:3,15
599:3,8,12
599:14,15
599:19,20
599:23
600:4,23,24
601:8,20,23
625:24
**registrat...**
518:7 519:15
**registry**
543:21
**regular**
433:21 495:5
  502:6 521:1
  535:9 595:6
  595:7,10
  599:16
**regularly**
530:9 531:6
**reigns**
607:25
**reiterate**
590:17
**rejected**

577:22
**relate**
533:20,24
571:3
**related**
447:24 448:7
535:5 545:4
550:10
625:10
**relates**
448:6 478:4
483:21
**relating**
426:16,23
446:9
451:16,19
464:6
516:22
**relationship**
624:3
**relative**
625:12
**relatives**
455:12
**relevance**
588:19
**relevant**
459:18
**reliable**
571:15
**relief**
456:3,3
**rely**
615:9
**remainder**
591:19
**remains**
406:9
**remedies**
613:9
**remember**
439:8 444:20
  445:7 472:9
  511:10
  540:18
**reminder**
569:13



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031813

USA_00021337

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 70 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 4 of 237

Hearing - Volume 3                                    April 6, 2009

671

| | | | | |
|---|---|---|---|---|
| reminds | reporting | 456:19 | 510:18 | 549:20 |
| 430:9 | 443:9 | 460:3,4 | 516:12,16 | 550:1,4 |
| remote | reports | 461:23 | 517:13,22 | 551:13 |
| 455:18 | 529:19 | 463:16 | 518:1 | 552:5,11,14 |
| remove | 556:15 | 464:13 | 527:17,18 | 552:15,19 |
| 513:25 529:9 | represent | 466:20,25 | 528:11,15 | 552:22,25 |
| 531:2 | 425:10,12 | 467:2,3,8 | 528:18,24 | 553:6,15,22 |
| removed | 431:11 | 467:20 | 529:12,18 | 554:13 |
| 464:10 | 485:22 | 468:7 | 529:22 | 555:3,6,17 |
| 532:18 | 509:16 | 469:17,19 | 530:1,4,9 | 555:25 |
| 533:2 | 540:11 | 470:21 | 530:13,19 | 556:5,9,13 |
| render | 569:16 | 471:11 | 531:2,5,15 | 556:20,24 |
| 608:16 | 596:1 | 472:2 473:4 | 531:21 | 557:4,11,19 |
| renewal | 610:17 | 473:5,6,13 | 532:5,11,15 | 561:4,5,16 |
| 506:22 | 622:14 | 473:15,16 | 532:23 | 561:22 |
| rents | represent... | 474:10,12 | 533:1,6,10 | 562:3,20 |
| 418:23 | 412:19 | 474:14,25 | 533:12,20 | 563:2,10,15 |
| repeat | represent... | 476:7 | 533:23 | 563:16,23 |
| 510:4 554:2 | 415:12,13,25 | 478:18 | 534:11,17 | 564:6 |
| repeated | 416:1,5,17 | 479:8,11,20 | 534:21,25 | 566:16,17 |
| 446:25 485:9 | 417:7,14,21 | 480:4,9,18 | 535:5,8,15 | 566:24 |
| 604:13,20 | 417:24 | 480:20 | 535:19,23 | 567:4 |
| repeatedly | 418:4,17,21 | 481:1 482:4 | 536:2,4,12 | 576:15 |
| 486:7 | 419:1,4,7 | 482:19,25 | 536:15,18 | 583:23,24 |
| replace | 419:11 | 483:5,13,18 | 536:25 | 584:2,18 |
| 405:24 | 422:20,21 | 483:23 | 537:8,12,17 | 585:7 586:6 |
| 593:15 | 422:22 | 484:2,14 | 537:22 | 586:9,16,24 |
| replicate | 423:8,12,21 | 486:6,18 | 538:5,9,12 | 587:16 |
| 407:25 | 423:24 | 487:20 | 538:15,19 | 588:4 589:5 |
| report | 424:5,10,12 | 490:20 | 539:2,10,13 | 590:13,15 |
| 447:13 | 424:14 | 491:15,22 | 539:16,19 | 591:14,23 |
| 517:10 | 433:3 | 492:3,8,14 | 539:23 | 592:5,8 |
| 562:6,7 | 436:10,12 | 492:16,22 | 540:1,5,9 | 593:20 |
| 574:23 | 437:1,4,8 | 492:25 | 540:13,19 | 594:23 |
| 587:6 | 438:25 | 493:3,4,15 | 540:23 | 595:7,14,17 |
| 598:16,18 | 440:6 | 494:7,10,15 | 541:2,8,18 | 595:21,25 |
| 600:8,8,15 | 441:23 | 494:19,25 | 541:21,24 | 596:16,20 |
| 601:3,5,12 | 444:15,24 | 495:8,18 | 542:2,7,10 | 597:9,10,10 |
| 601:13 | 445:5 447:2 | 496:9 | 542:13,15 | 597:15,19 |
| 602:3 | 447:4,5,11 | 501:18,20 | 542:18 | 598:10 |
| 608:18 | 447:15,20 | 502:16,19 | 543:17 | 599:4 600:5 |
| reported | 447:21,22 | 503:13,18 | 544:12,16 | 602:24 |
| 449:11 560:3 | 449:8,23 | 503:22 | 544:17,23 | 603:2,9,15 |
| reporter | 450:5,6,7 | 504:13,17 | 545:4 547:5 | 610:24 |
| 510:25 625:4 | 450:19 | 504:22,24 | 547:13,23 | 611:3 616:5 |
| 625:20 | 451:1 | 504:25 | 547:24,25 | 616:8,18,22 |
| reporters | 452:15 | 506:1,7,13 | 548:8,10,16 | 616:23 |
| 437:21 | 454:12,17 | 507:9,14,22 | 548:23 | 617:7,13 |
| | | 508:9,12 | 549:3,10,16 | 618:3,7,10 |



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Hearing - Volume 3                                    April 6, 2009

672

| | | | | |
|---|---|---|---|---|
| 618:21,25 | 612:18 | 418:18 | **Restricting** | 472:22 |
| 619:3,5,14 | **requirement** | **resign** | 432:11 | **reviews** |
| 619:20 | 407:24 414:7 | 555:19 | **restrictions** | 407:2 |
| 620:1,8,11 | 415:2 429:8 | 557:15 | 506:18 | **revise** |
| 620:18,21 | 458:15 | **resigned** | **result** | 608:6 |
| 620:24 | 499:1,12 | 556:17 | 407:21 | **rid** |
| 621:7,11 | 509:23 | 557:12,13 | 452:11 | 405:24 |
| 624:8 | 510:15 | 557:15,16 | 497:7 | 480:14 |
| **REPRESENT...** | 515:12 | **resistance** | 522:11 | **right** |
| 404:9 | 562:2 | 598:4 | **resulted** | 406:5 411:23 |
| **represented** | 593:10 | **resolve** | 411:13 | 412:18,25 |
| 486:24 | 607:5,23 | 465:19 | 618:22 | 415:17 |
| 580:25 | **requirements** | 473:17 | **results** | 417:21 |
| **representing** | 407:5,9,16 | **resolved** | 522:5 570:20 | 418:24,25 |
| 422:17 509:2 | 409:12 | 465:23 | 613:2 | 420:22,25 |
| **Republican** | 412:5 416:9 | 618:13 | **retaliates** | 421:1 |
| 414:25 | 422:12 | **resource** | 615:22 | 422:10,13 |
| 477:25 | 426:2 | 433:24 553:3 | **retaliation** | 423:16 |
| 478:2 | 447:25 | 553:16,21 | 615:21 | 424:25 |
| 552:23 | 448:14 | **resources** | **retired** | 432:22 |
| 560:19 | 478:25 | 434:16 | 405:3 409:6 | 437:8,25 |
| 606:22 | 520:23 | 611:14 | 409:18 | 439:7 |
| **Republicans** | **requires** | **respect** | 410:1,18 | 462:13 |
| 478:16 | 607:15 | 476:23 | 421:10 | 463:18 |
| 607:10 | 613:20 | 537:12,13 | 471:15 | 468:7,17 |
| 608:1 | **requiring** | 588:11 | **retirement** | 473:19 |
| **requested** | 423:22 | 620:2 | 408:6 | 476:8 |
| 448:20 | 434:10 | **respectful** | **retrogres...** | 482:16,18 |
| 528:25 | **requisite** | 467:4 470:4 | 589:11 | 483:15,25 |
| 535:24 | 619:21 | **respects** | **retrogres...** | 484:14,20 |
| **require** | **research** | 505:15 | 577:5 590:11 | 488:10,15 |
| 424:2 429:1 | 526:9 569:18 | **respond** | **return** | 488:20 |
| 429:2,14 | 569:18 | 530:25 | 409:21 411:4 | 489:8,14 |
| 434:7,8 | 570:11,17 | **responding** | 411:9 | 491:6 |
| 475:14 | 570:19,23 | 561:6 | 467:15 | 492:10,10 |
| 489:1 | 571:1,9,10 | **response** | **returned** | 492:13 |
| 507:17 | 571:14 | 545:2 568:5 | 467:16 | 494:15,15 |
| 581:5 | 574:9 | **responses** | **returns** | 494:17 |
| 583:20 | **residence** | 413:22,23 | 445:22 | 497:3,15,22 |
| 602:7 607:1 | 535:13 | 414:12 | **revenue** | 500:25 |
| **required** | 620:22 | **responsib...** | 577:18 | 502:24 |
| 407:22,25 | **resident** | 468:20 | **reverse** | 503:9,13 |
| 415:6 426:1 | 405:8 618:17 | 473:23 | 549:24 | 504:16 |
| 431:5 450:2 | 618:19 | **responsive** | **review** | 506:11 |
| 502:25 | 619:9 | 437:3 | 499:3 589:8 | 507:8 |
| 576:21 | **residents** | **rest** | 595:9 | 508:12,24 |
| 582:12 | 619:9 | 587:21 | **reviewed** | 510:22 |
| 583:7 | **residing** | | | 516:1 521:7 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006457

TX_00031815

USA_00021339

Case 2:13-cv-00193  Document 663-9  Filed on 11/11/14 in TXSD  Page 72 of 90
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 6 of 237

Hearing - Volume 3                                    April 6, 2009

673

| | | | | |
|---|---|---|---|---|
| 521:13,14 | 437:19 | **rolls** | 463:10 | 482:11 |
| 523:1 525:6 | 439:11 | 427:13 | 472:11 | 484:11,11 |
| 526:25 | 574:12,18 | 459:15 | **runs** | 490:16 |
| 528:17 | 575:6 | 488:3 | 603:18 | 501:1 |
| 529:11 | 587:12 | 497:15,20 | | 503:11 |
| 531:3,8,11 | 588:16,20 | 499:13 | **S** | 518:14 |
| 531:15,22 | 588:25 | 500:7,25 | | 519:1,5 |
| 531:22 | 603:6,18 | 501:5 512:3 | **s** | 520:7 524:2 |
| 532:8,24,25 | 604:7 | 512:14 | 543:25 | 524:20 |
| 533:5,11,12 | 605:10 | 521:1 529:9 | **sacrifice** | 536:9 555:9 |
| 535:10 | 611:16,18 | 531:3 | 569:10 | 562:16,18 |
| 536:7,17 | 613:10 | **Ron** | **sad** | 574:21 |
| 537:2,15 | 615:7,11 | 454:16 | 455:19 456:5 | 583:5 |
| 538:13,22 | **ripe** | **room** | 457:14 | 585:14 |
| 539:1,5,11 | 430:7 454:11 | 439:4 502:13 | **sadly** | 586:14 |
| 539:12,17 | **rise** | 580:4 | 432:4 | 589:25 |
| 539:17 | 615:24 | **rough** | **safe** | 593:24 |
| 547:12 | **risk** | 573:21 576:7 | 432:7 496:4 | 605:19 |
| 550:3 | 446:2 460:20 | 583:1 | 513:6 589:8 | 609:12 |
| 553:10 | 463:11 | **row** | **safeguard** | 621:20 |
| 554:12,23 | **road** | 543:13 | 543:15 | **says** |
| 555:5 558:6 | 454:25 | **Rowlands** | **safely** | 452:21 |
| 563:19 | **roadblock** | 426:1,8 | 421:23 | 469:21 |
| 565:22 | 454:25 | **rule** | 424:23 | 490:22 |
| 569:7 | 455:10 | 523:12,13,18 | 573:13 | 492:7 493:8 |
| 574:14 | **roadside** | 523:20 | **sample** | 498:13 |
| 578:16,25 | 506:18 | 538:20 | 573:1 | 499:16 |
| 586:6,25 | **Robert** | 541:9 | **Sam's** | 511:23 |
| 591:22 | 571:24 | **ruled** | 500:16 | 512:25 |
| 592:3,4 | 596:16,17 | 523:24 | **sat** | 514:6 |
| 595:16 | 604:5 | **rules** | 430:16 | 541:12 |
| 599:4 602:5 | **rock** | 410:22 | **satisfied** | 545:9,16,20 |
| 602:22,25 | 466:12 | 606:23 | 416:14 | 546:3 585:1 |
| 604:2,10 | **rocket** | **run** | **saw** | 586:9 601:6 |
| 605:2 | 578:11 | 427:23 | 454:8 527:24 | 603:22 |
| 609:11 | **role** | 461:17 | 537:19 | 605:1 |
| 610:5,25 | 591:9 593:4 | 462:25 | 538:1 546:6 | 606:20 |
| 611:3 | 593:7 | 463:7,10,14 | 546:9 588:1 | **SB** |
| 613:21 | **roll** | 476:9,13 | 593:14 | 624:7,12,13 |
| 619:20 | 498:1 512:22 | 486:2 | 603:7,22 | **scenario** |
| 623:11 | 512:25 | 522:17 | **saying** | 470:15 |
| **righteous** | 513:4 | 599:12 | 428:7 434:24 | **School** |
| 466:6 | 514:11 | **running** | 435:5,6,7 | 544:20 546:4 |
| **rights** | 515:4 | 427:20 428:1 | 435:25 | **schooled** |
| 406:6 407:10 | 525:14 | 442:19 | 438:14 | 604:25 |
| 412:4,20,24 | 543:16 | 446:1 | 454:23 | **scientific** |
| 426:14 | 564:25 | 454:17,19 | 467:17 | 475:21 |
| 437:11,16 | 601:8 | 461:8 | 468:22 | **Scott** |
| | | | 477:18 | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031816

USA_00021340

Hearing - Volume 3                                    April 6, 2009

674

405:2,5,7
413:4,16
414:11
416:4,13,21
417:11,17
417:22
418:1,7,20
418:25
419:2,5,10
419:13,16
419:19,23
420:13,17
420:22,25
421:9,20
422:8,13,15
422:19
423:4,10,19
423:22
424:1,8,18
424:21,24
**Scott's**
519:2
**screen**
465:14
**screened**
465:24
**screening**
469:5
**scrutiny**
604:12
**scurry**
503:2 505:12
**seal**
625:16
**search**
412:6 449:3
449:6
**searched**
448:21
**seasoned**
603:21
**seat**
453:7,8
465:21,22
476:12
477:25
**second**
466:15

481:23
555:4 571:2
603:16
606:17
**secondary**
409:16
**secondly**
431:4 587:18
**Secretary**
477:11 481:4
481:7,15,21
484:22
493:2
507:18
508:4
513:16,24
514:4
529:14,19
530:2
531:13,19
532:6,12
553:21
564:23
591:24
597:2 615:4
615:10,17
616:11
622:7,16,18
**section**
432:20
446:11
478:21
483:16
492:7 570:7
574:11
575:6,19
579:2 590:5
**sector**
483:10
557:16
**security**
409:6,14
410:1,18
415:3
417:12,15
417:16
419:25
420:14,17

421:5,7
485:25
486:22
512:3
519:23,25
520:4
522:14,16
522:17,22
526:13
527:2
528:19
529:16
539:4
546:21
564:24
566:22
593:10,25
597:8 599:2
602:16
607:15
609:16
**Sedgwick**
561:8,9
**see**
405:22
406:16
412:12
430:14
438:7,19
445:9,9
447:13
450:16
460:12
461:15
465:17
474:22
484:2
490:17
494:1
496:12
497:4
509:14,20
515:17,18
526:4 534:4
539:6,7
540:14
554:14
555:11

557:1,7
564:9 575:1
575:10
585:12
587:13
588:1,20
591:8 597:7
598:15
600:6,14
605:13
615:17
616:11
**seek**
613:9,10
615:3,16
**seeking**
431:11 608:6
**seen**
427:3 438:8
438:21
440:4
446:10
457:18
458:2
460:16
461:14,19
461:21
477:14
539:8 551:7
554:19
556:15
563:24
564:6
580:15
582:4
589:14
599:20
**segregate**
468:4
**Seibert**
511:22,24
512:1,16
514:12
**selected**
427:23 461:5
470:7,8
**selections**
462:24

**sell**
536:22
**Senate**
405:4 413:22
414:13
415:10
425:3
454:17
477:25
487:5
489:21
496:12,19
497:7
498:10
502:20,22
528:12,16
533:18
576:22
611:24
612:24
620:12,13
**Senator**
437:24,24
438:1
477:24
491:17
**send**
434:11
442:17
444:6,10
507:18,19
530:2,24
565:4
588:24
**sends**
507:17,19
**senior**
407:17 412:3
416:18
419:14
421:15
422:4
**sense**
468:10 469:2
469:15,16
471:20
599:8
**sent**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006459

TX_00031817

USA_00021341

| | | | | |
|---|---|---|---|---|
| 459:14 | 407:6 | 427:5 442:12 | 514:21 | **signed** |
| 514:20 | **served** | **shift** | 539:3 548:8 | 475:18 |
| 607:21 | 405:15 | 599:13 | 555:8 | 519:16 |
| **sentiment** | 418:10 | **shipped** | 556:21,22 | 523:3,16 |
| 438:24 443:3 | 428:10 | 550:18 | 560:9 | 539:11 |
| **sentiments** | 472:3 546:3 | **shocked** | **shows** | 541:15 |
| 597:1 | **service** | 525:20,20 | 477:16 489:3 | 543:24 |
| **separate** | 419:3 453:25 | **shocking** | 511:1 553:8 | 546:14 |
| 617:17 | 569:25 | 511:16 | 585:5 | **significance** |
| **Sepehri** | 570:22 | **shop** | 594:17 | 476:25 |
| 481:6,7,12 | **serving** | 615:14 | **shut** | **significant** |
| 481:19,22 | 591:7 | **short** | 454:2 | 450:15 451:3 |
| 482:1 | **session** | 501:22 | **side** | 473:20 |
| 485:15 | 433:4 454:4 | 525:12 | 457:23 | 476:18 |
| 488:14,17 | 609:9 | 538:10 | 463:22 | 521:25 |
| 489:23 | 623:14 | 606:13 | 513:3 | 534:1 574:4 |
| 490:14 | **sessions** | **shortcomings** | 553:18,20 | 577:20 |
| 491:6,17,24 | 591:15 | 580:13 | 555:12 | 582:4 |
| 492:6,10 | **set** | **shorter** | 557:1 559:1 | 605:11,12 |
| 493:6,10,15 | 418:2 454:25 | 558:12 | 579:18 | 605:16 |
| 494:9,13,18 | 460:14 | **shorthand** | 604:13 | **signing** |
| 494:21 | 463:3 | 625:4,20 | **sides** | 523:14 |
| 495:6,11,21 | 465:18 | **shortly** | 505:3 537:11 | **similar** |
| 496:15 | 472:1 | 408:3 555:19 | **sign** | 453:2 489:12 |
| 497:9,16,23 | 512:17 | **shot** | 473:11 499:4 | 499:12 |
| 498:2 500:5 | 519:18 | 575:13 | 503:9,10 | **simple** |
| 501:1,17 | 584:25 | **shoulders** | 515:9,13 | 406:22 |
| 503:10,17 | **sets** | 593:9 | 522:8 523:5 | 407:15 |
| 508:11,17 | 482:8 | **show** | 523:7 539:8 | 586:17 |
| 508:25 | **settled** | 428:7 434:2 | 581:13 | **simply** |
| 622:15,15 | 408:14 | 438:23 | **signature** | 427:6 458:1 |
| 623:1,16 | **seven** | 441:12 | 475:17 499:3 | 499:16 |
| 624:1 | 464:17 | 449:12,15 | 499:8 | 543:18 |
| **September** | **shadowing** | 497:10,12 | 522:11 | 560:6 590:7 |
| 592:8 609:3 | 604:4 | 497:19 | 534:5 | **simultane...** |
| 609:7 | **share** | 502:2 503:4 | 537:19 | 602:17 |
| **sergeant** | 413:9 | 503:7,8,8 | 538:6,6,22 | **single** |
| 411:6,8,10 | **shed** | 505:6,18 | 538:25 | 429:16 |
| 411:14 | 614:6 | 507:13 | 539:24 | **sir** |
| **serious** | **sheet** | 510:3 | 540:7 541:2 | 433:10 |
| 412:7 427:25 | 540:18 542:5 | 511:13 | 541:3,19,22 | 509:12 |
| 431:3 | **Sheldon** | 526:9 549:6 | 581:19,20 | 510:20 |
| 438:11 | 515:22 | 566:23 | 581:21,23 | 516:24 |
| 455:15 | 533:16 | 575:19 | **signatures** | 517:15 |
| 473:22 | 548:4 | 606:2,12 | 465:4 522:9 | 520:12,16 |
| 546:13 | **shenanigans** | 613:17,20 | 537:15,18 | 520:19 |
| 585:23 | 478:5 | **showed** | 541:12 | 528:10 |
| **serve** | **sheriff's** | 459:8 503:23 | 542:8 | 529:13,23 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031818

USA_00021342

| | | | | |
|---|---|---|---|---|
| 529:13,23 | 441:4,8 | 421:15 | 509:1,10,15 | **Social** |
| 530:3,12 | 442:10 | 422:3,10,14 | 510:9,10,18 | 409:6,14 |
| 531:4 | 443:20 | 422:17,20 | 510:21 | 410:1,17 |
| 533:22 | 451:19 | 424:12,15 | 516:20 | 415:3 |
| 534:15,20 | 458:10 | 424:19,22 | 527:17 | 417:12,15 |
| 534:24 | 459:5 | 424:25 | 542:13 | 417:16 |
| 535:4,22 | 460:24 | 425:5,9,13 | 543:23,23 | 419:25 |
| 536:14 | 464:4 465:9 | 432:22 | 543:24,25 | 420:14,17 |
| 538:8 | 469:9 | 433:11 | 544:16 | 421:5,7 |
| 539:18 | 471:18 | 434:23 | 547:23 | 485:25 |
| 540:4,8,17 | 487:8 | 435:16 | 552:3,9,14 | 486:22 |
| 540:21 | 493:12 | 436:10 | 553:17 | 492:18 |
| 541:20,23 | 494:17 | 441:6 447:3 | 557:18 | 512:3 |
| 542:6,9 | 495:22 | 447:21 | 558:3,8,10 | 519:23,25 |
| 544:22 | 498:4 501:5 | 450:6 | 558:20 | 520:4 |
| 550:11,11 | 502:7 560:3 | 456:13,16 | 561:4 | 522:14,16 |
| 550:22 | 614:7 | 459:20 | 562:16,22 | 522:17,22 |
| 551:2,10,16 | **situations** | 460:1 467:1 | 563:2,14 | 526:13 |
| 551:20,24 | 420:3 522:5 | 473:2 477:4 | 565:6 | 527:2 |
| 552:2 553:5 | 547:21 | 477:7,10 | 566:13 | 528:19 |
| 558:1,7,19 | 556:3 | 478:17 | 567:5,10,18 | 529:16 |
| 565:16 | 605:13 | 480:12,19 | 567:22,24 | 539:4 |
| 567:2 | **six** | 480:24 | 568:2,9,15 | 564:24 |
| 611:17,23 | 578:18 | 481:3,24 | 569:7,15,21 | 565:14 |
| 612:17,21 | **size** | 482:4,13,17 | 574:20 | 566:9 |
| 613:13 | 417:1 503:24 | 483:3,8,15 | 577:10 | **sole** |
| 618:6,9 | 574:4 | 483:20,25 | 578:6 589:6 | 479:7,15 |
| 619:2,4,12 | **skepticism** | 484:16,20 | 589:25 | 480:14 |
| 619:23 | 574:17 | 484:24 | 590:13 | **solicitor** |
| 620:10,20 | **sloppy** | 485:3,7 | 600:6,11,13 | 603:24 605:1 |
| 621:25,25 | 564:18 | 487:15 | 600:21 | **solid** |
| **site** | **small** | 488:6,11,16 | 601:2,25 | 443:12 |
| 409:11 461:8 | 419:9,24 | 488:18,22 | 602:8,13,22 | **solution** |
| 470:18 | 452:13 | 489:5,10,18 | 606:16 | 412:6 596:23 |
| 471:5 | 486:11 | 489:25 | 609:1,6,10 | **Solutions** |
| **sites** | 546:19 | 490:9,19 | 609:12,21 | 625:24 |
| 427:21 428:1 | **smaller** | 492:11 | 609:25 | **somebody** |
| 428:15,16 | 576:5 | 493:1 | 610:3,8,13 | 471:13 501:3 |
| 428:19 | **smart** | 496:11,23 | 610:16 | 511:21 |
| 434:12 | 519:8 536:4 | 497:4,14,19 | 611:7 | 523:14 |
| 443:9 461:2 | **Smith** | 497:20,24 | 615:15 | 539:3,3,20 |
| 461:17 | 405:1 413:4 | 498:7,24 | 616:4,7,22 | 544:6 620:4 |
| 471:2 | 414:3,16 | 499:6 501:9 | 621:19 | **somewhat** |
| **situation** | 415:25 | 501:18 | 622:1,6,13 | 468:12 |
| 413:21,25 | 419:13,18 | 504:24 | 622:17,20 | 530:17 |
| 414:21 | 419:22 | 505:22 | 623:7,19,25 | 573:14 |
| 432:20 | 420:1,20,23 | 506:3 | 624:4,8,10 | **soon** |
| 440:5 441:1 | 421:1,5,7 | 508:14,18 | 624:15 | 455:9 476:3 |
| | | 508:21,24 | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031819

USA_00021343

Hearing - Volume 3                                        April 6, 2009

677

| | | | | |
|---|---|---|---|---|
| sophistic... | SPEAKER | 527:6,16 | 405:2 452:16 | spot |
| 572:6,10 | 421:6 437:6 | 545:1 550:5 | 605:5 | 468:13 |
| sorry | 441:25 | 550:9,12,19 | special | 523:14,16 |
| 477:22 | 442:3,6,21 | 550:24 | 418:2 465:2 | spouse |
| 481:19 | 443:18,21 | 551:4,8,12 | 474:16 | 420:14 |
| 501:19 | 444:14 | 551:17,21 | specific | 421:12 |
| 513:6 | 456:14,17 | 552:1 | 434:1 450:9 | 520:1 |
| 542:14 | 457:9,17 | 556:18,22 | 623:17 | 528:23 |
| 566:17 | 458:7,16 | 558:9 559:4 | specifically | spouse's |
| 568:18 | 459:17,25 | 559:9,21 | 450:8 452:19 | 420:19 |
| 574:6 | 475:3 477:8 | 560:13,17 | 502:15,23 | spread |
| 603:23 | 477:12 | 561:3 | 576:12 | 516:15,16,19 |
| 606:5 | 479:5,10,18 | 562:23 | 602:3 | 544:3 |
| sort | 480:2,6 | 565:10,11 | 621:14 | SSN |
| 452:17 | 482:16,23 | 565:19,23 | specificity | 485:23 |
| 485:15 | 484:12,15 | 566:3,6,12 | 584:22 585:4 | stab |
| 509:7 | 484:17,21 | 567:9,11,20 | specifics | 482:6 |
| 512:23 | 484:25 | 567:23 | 485:17 486:8 | stack |
| 517:4 | 485:6 | 568:1,3,13 | speculate | 534:4 |
| 614:14 | 492:13,15 | 568:19,21 | 494:22 | staggering |
| 623:3 | 492:20,24 | 568:22 | speculation | 449:16 |
| sorts | 493:11 | 569:2,3,5 | 414:15 | stake |
| 486:4 | 499:10 | 569:11 | 525:16 | 463:6,9 |
| sought | 500:2,6,8 | 570:12 | 546:19 | stand |
| 456:7 | 500:18,21 | 574:5 | 551:25 | 624:18 |
| sound | 507:5,9 | 578:13,21 | spelled | standard |
| 407:15 | 508:19 | 580:17 | 498:17 501:2 | 500:19,22 |
| sounds | 509:6 510:4 | 581:11 | 547:4 | 513:6 |
| 553:22 | 510:8,10,17 | 582:14 | spend | 593:17 |
| 604:15 | 510:25 | 583:3,13 | 458:17 | 594:15 |
| sources | 511:11 | 584:17 | 555:22 | 620:25 |
| 529:8 | 512:6,19 | 585:16 | 569:8 623:9 | stands |
| South | 514:10 | 604:14,22 | spending | 589:18 |
| 477:22,23,23 | 515:2 517:2 | 605:6,18,25 | 425:17 | star |
| 478:2 | 517:17 | 606:7,15 | 555:20 | 414:24 |
| 511:14 | 518:9,25 | 608:24 | 623:20 | start |
| so-called | 519:20 | 609:2,7,11 | spirit | 455:4 525:13 |
| 554:17,18 | 520:7,13,17 | 610:1,5,6 | 609:13 | started |
| 555:11 | 520:20,25 | 610:12,14 | spite | 405:20 |
| spaces | 521:3,7,10 | 610:18,25 | 406:8 | 408:22 |
| 486:3 | 521:19,24 | 611:5,8,20 | splash | 442:14 |
| speak | 522:23 | 612:15,18 | 527:21 | 447:18 |
| 406:3 411:6 | 523:5,7,11 | 613:11 | split | 518:7,8,14 |
| 425:1 | 523:12,18 | 614:3,11 | 533:3 | 538:3 |
| 460:14 | 523:23,25 | 621:12 | spoils | 572:14 |
| 463:7 | 524:3,5,22 | 622:11 | 471:3 | 589:4 |
| 554:16 | 525:7,15 | 624:6,11 | spoke | starting |
| 579:14 | 526:15 | speaking | 616:16 | 433:7 |



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031820

USA_00021344

| | | | | |
|---|---|---|---|---|
| starts | 576:25 | 607:19 | 549:5 563:1 | struck |
| 469:4 478:20 | 577:15,17 | statewide | 602:17 | 411:15 |
| 527:21 | 585:15 | 426:19 | steps | structures |
| 554:6 | 586:3 593:3 | 513:18 | 406:6 469:22 | 576:13 |
| state | 593:7,16,19 | 521:4 531:8 | 486:9 | students |
| 405:8 408:15 | 594:8,18,25 | 531:10 | Steve | 426:20 |
| 408:19,23 | 596:2,14 | 532:15 | 425:25 | 440:18 |
| 409:3,5,13 | 601:15,24 | 547:8 | stewardship | studied |
| 414:8 425:9 | 602:18 | state's | 574:17 | 620:17 621:5 |
| 426:12,15 | 607:24 | 477:11 481:8 | stick | studies |
| 426:21 | 608:9 | 481:15 | 609:22 | 447:24 448:3 |
| 427:22 | 609:14 | 513:17,24 | stool | 448:3,7 |
| 430:25 | 610:16 | 514:1,6 | 593:24 | 534:14,18 |
| 432:20 | 615:10,17 | 532:12 | stop | 562:4 |
| 435:13 | 616:9 | 615:4 | 587:25 | 571:15,25 |
| 437:1,19 | 619:22 | 616:11 | stories | study |
| 442:8 | 622:7,13,24 | 622:16,19 | 408:11 439:1 | 448:5,9,10 |
| 444:21 | 625:1,5,21 | stating | 455:11 | 448:18 |
| 448:18 | stated | 592:2 | story | 449:9 450:2 |
| 454:17 | 547:7 556:10 | station | 414:16,17 | 453:11,12 |
| 461:18,21 | 580:22 | 582:6 620:7 | 415:2,14 | 517:3 |
| 464:15,17 | 625:6 | stations | 416:5,6 | 523:13 |
| 474:24 | statement | 428:18 | 439:19 | 572:6,22 |
| 475:5,11,13 | 423:3 424:7 | statistic | 498:14 | 573:20 |
| 479:5 481:4 | 439:10,18 | 573:15 | 510:2 522:4 | 576:15 |
| 481:21 | statements | 583:14 | 538:1 555:3 | stuff |
| 484:22 | 430:22 462:2 | 608:22 | 555:7 | 463:19 543:7 |
| 493:2 | states | statistics | straight | 543:19 |
| 504:14,18 | 406:2,16 | 448:19 | 417:24 418:1 | stunned |
| 505:18 | 407:6,23 | 504:10 | strange | 526:6 |
| 507:18 | 418:5,8,14 | statute | 579:9 | stunt |
| 508:4,5 | 448:1,14 | 498:17 | street | 442:14 |
| 509:15 | 449:14 | 500:13 | 448:7 477:14 | subject |
| 513:13,15 | 450:1,10,16 | 576:19 | stress | 478:24 595:9 |
| 514:4 | 450:22,25 | 613:19 | 617:19 | 614:11 |
| 517:12 | 451:3 | 615:23 | strict | 615:10 |
| 518:1 | 479:14 | statutes | 488:4 599:8 | 624:19 |
| 524:12 | 499:23,24 | 615:20 | strike | subjective |
| 529:15,19 | 545:13,17 | statutory | 411:21 | 449:2 494:8 |
| 530:2 531:7 | 572:16 | 612:2 | striking | 496:25 |
| 531:9,13,19 | 576:23 | stay | 573:15 | 497:17 |
| 532:7 | 579:2,3,7 | 485:1 505:24 | strong | subjectivity |
| 547:17 | 580:16 | 508:23 | 430:22 | 463:8 |
| 553:21 | 583:1,9 | stayed | stronger | submit |
| 564:24 | 585:18 | 408:19 | 576:24 | 562:3 577:25 |
| 565:16 | 598:6 | step | strongly | 578:1 |
| 569:14,15 | 599:18 | 503:14 | 596:20 | 595:18 |
| 574:12 | 601:9 607:1 | 548:19,21 | | submitted |



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031821

USA_00021345

Hearing - Volume 3                                April 6, 2009

                                                              679

517:7
567:15,16
**SUBSCRIBED**
625:16
**Subsection**
483:21
**subset**
617:15
**substanti...**
529:5
**suburban**
472:10
**succeeded**
486:12
**successfully**
548:1,23
**sufficient**
416:8 441:1
488:16
492:12
500:24
**suggest**
410:12 470:3
534:18
562:14,21
**suggested**
562:8
**suggesting**
607:17
**suggestion**
410:24
562:24,25
**suggests**
449:20 582:5
**suitable**
607:8
**summaries**
437:22
**summarizing**
601:11
**summer**
591:2
**Super**
448:10
449:14
**supervising**
463:23,24

**supervision**
615:5,10
**support**
406:25
409:17
580:14
581:1
591:16
602:12
615:4
**supporters**
443:17 607:2
**supporter's**
442:15
**supporting**
427:4,6
453:1
**suppose**
566:21
601:14
**supposed**
468:17 488:4
499:2
559:16
574:6
587:18
**suppress**
436:6
**suppressing**
462:12 464:2
**suppression**
439:2,22
440:1,3
445:10
454:14
455:5,16
456:21,24
457:10,20
457:25
464:12
470:14
472:21
473:1
613:19
**suppressions**
445:8
**Supreme**
432:17

571:13
580:22
589:7
603:20
608:13
**sure**
417:18
418:14
419:16
420:1
423:16
437:24
464:1,25
472:14
478:10
481:6,12
485:15
493:10,15
508:17
514:18
538:1
539:15,21
542:12
543:15
575:4
587:13,21
587:23
595:19
597:14
604:12
**surely**
433:16
**surfaced**
575:16
**surname**
496:6
**surprise**
448:16
449:10,18
450:3 573:5
**surprising**
448:5
**Surprisingly**
409:13
**surrounding**
447:6
**survey**
570:11,17,18

570:23
572:5,7,12
572:16
**surveys**
572:11
**suspect**
467:13 547:9
**suspicious**
449:1
**sway**
511:1 513:6
**SWORN**
625:16
**sympathetic**
414:20
**synergy**
456:2
**system**
412:3,17
464:22
470:10
472:1 504:3
512:21
513:16
521:2
525:13
526:22
533:14
581:23,24
601:7
**systematic**
564:7 614:14
**systems**
512:20
529:24
564:17

---

**T**

**table**
437:11
458:15
621:22
**tactics**
454:14 455:5
455:25
**tagged**
528:22
**take**

408:25 422:9
433:25
446:2 463:1
463:13
473:3
474:23
482:5
485:24
504:4
512:18
513:7
514:17
516:11
531:14
540:14
543:5
545:24
546:23
557:16
564:20
576:9
577:10
578:2,8,10
579:3 580:6
580:17
583:14
586:22
593:3,7
602:17
604:11,11
606:17
612:6 613:2
**taken**
413:25
440:17
486:9 517:3
564:2 579:5
608:13
625:11
**takes**
428:23 454:4
458:2
571:25
594:19
**talk**
433:11
438:22
439:6,21



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006464

TX_00031822

USA_00021346

Hearing - Volume 3                                    April 6, 2009

680

| | | | | |
|---|---|---|---|---|
| 440:5 474:2 | 405:9 428:7 | 461:4 470:2 | **territories** | **Texan** |
| 514:5 529:3 | 441:8 | 476:21 | 596:9 | 405:18,19 |
| 533:15,16 | 459:19,22 | 480:1 504:2 | **test** | 414:21 |
| 536:18 | 459:24 | 517:24 | 445:2,3 | **Texans** |
| 576:3 | **tat** | 518:6 538:6 | 487:20 | 412:4 416:8 |
| 579:25 | 521:21 | 540:1,9 | 490:1,4 | **Texarkana** |
| 590:15 | **tax** | 552:5 | **testified** | 461:19 |
| 593:20 | 405:19,22 | 556:16 | 433:4 503:23 | **Texas** |
| 594:1,25 | 421:13 | 557:12 | 528:4,5,12 | 404:9 405:4 |
| 601:12 | 445:6,7 | 569:12,24 | 533:17 | 405:8,9,13 |
| **talked** | 453:3 509:2 | 583:4 589:6 | 553:3,23 | 406:2,9,10 |
| 441:7 464:14 | 509:18 | **telling** | 561:12,13 | 406:13,15 |
| 524:12 | 585:24 | 526:16 | 562:11 | 408:15,18 |
| 533:13 | 586:4 | **tells** | 584:11 | 408:19,23 |
| 570:24 | **taxes** | 483:18 | 599:5 | 409:16,20 |
| 579:13 | 407:12 | **ten** | 611:23 | 411:14 |
| 582:21 | 452:17,18 | 447:15,18 | 612:23,24 | 412:2,8,15 |
| 618:18,25 | **taxing** | 511:19 | 619:1 | 412:16 |
| 622:21 | 483:2 | **tend** | **testify** | 413:13,15 |
| 623:4 | **taxpayers** | 615:12 | 405:4 478:13 | 413:19 |
| **talking** | 483:12 | **tended** | 518:21 | 414:8,18 |
| 407:15 420:8 | **TDL** | 608:4 | 553:19,20 | 417:9 425:2 |
| 450:10 | 486:22 | **tension** | 561:25 | 425:12 |
| 455:3 | 500:15 | 598:15 | 624:7 | 426:12 |
| 458:19 | **teacher** | **tenure** | **testifying** | 428:12 |
| 465:11 | 420:13 | 606:13 | 425:2 545:5 | 432:11,20 |
| 466:3 | **teachers** | **term** | 551:9 570:4 | 438:11 |
| 476:16 | 421:9 | 538:16 | **testimony** | 444:21 |
| 484:8 | **team** | 563:19 | 426:3 433:5 | 448:19 |
| 489:20,21 | 442:18 | 564:7 | 460:6 467:5 | 454:16 |
| 492:18 | 444:10 | 608:16 | 475:6 | 458:8 471:4 |
| 500:9 507:5 | 485:25 | **terms** | 485:10 | 471:9 |
| 525:25 | 521:2 | 431:7 433:24 | 516:21 | 475:13 |
| 551:14 | 531:18 | 434:6 | 520:8 | 510:3 |
| 555:12 | 532:9 | 458:14 | 527:20 | 511:22 |
| 589:11 | 564:20 | 475:23,23 | 538:16 | 512:2 513:7 |
| 617:25 | **teams** | 487:16 | 542:11 | 515:3 |
| **talks** | 521:3 | 490:15 | 561:14 | 536:20 |
| 457:19 478:6 | **technically** | 493:17 | 569:23 | 543:12,22 |
| **tampering** | 553:20 | 496:13 | 570:2 | 547:18 |
| 451:25 | **telegram** | 497:5 498:9 | 580:18 | 555:23 |
| **tangentially** | 414:24 | 500:6 505:1 | 587:8 | 556:23 |
| 516:25 | **tell** | 558:12 | 596:25 | 560:19 |
| **tangible** | 408:12,14 | 578:14 | 597:1 | 563:18 |
| 548:4 | 409:11 | 580:18 | 613:14 | 564:23 |
| **Tape** | 414:17 | 614:17 | 614:4 | 573:20,23 |
| 510:24 | 433:17 | **terrible** | **tests** | 574:10,10 |
| **Tarrant** | 460:18 | 467:22 | 407:13 | 575:11 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006465

TX_00031823

USA_00021347

Hearing - Volume 3                                April 6, 2009

681

| | | | | |
|---|---|---|---|---|
| 576:2 580:1 | 567:4,7 | 433:24 | 436:4,8 | 494:18,24 |
| 580:11 | 568:1 569:8 | 434:4,17,18 | 438:20 | 495:3,6,11 |
| 582:22 | 569:21 | 438:17,19 | 440:13,14 | 495:21 |
| 583:9 | 589:5 597:9 | 439:4 443:3 | 441:18 | 496:2,3,4 |
| 584:15 | 600:5 | 450:12 | 443:4 445:6 | 496:15,17 |
| 590:6,7 | 606:15 | 452:16 | 445:8,16 | 496:25 |
| 595:2 596:7 | 609:24 | 453:13,17 | 448:22,23 | 497:2,9 |
| 596:10 | 611:4 614:8 | 454:11 | 449:20 | 498:7,12 |
| 597:21 | 614:10 | 455:3,12 | 451:1,2,14 | 501:1,6,7 |
| 598:13 | 621:11 | 456:9 459:4 | 451:21 | 501:17 |
| 611:11,14 | 622:9,10,11 | 463:13 | 452:3,10,13 | 504:19 |
| 611:22 | 624:15 | 466:4,21 | 453:16 | 505:4,6,8 |
| 614:25 | **thanks** | 467:12 | 454:5 455:3 | 507:2,3,16 |
| 616:9,19 | 447:23 | 469:25 | 455:20 | 510:14 |
| 625:1,5,21 | 542:11 | 471:2,21 | 457:13 | 514:16,17 |
| **thank** | 610:24 | 477:18 | 458:2,4,9 | 515:6,8,11 |
| 405:5 413:3 | **theoretic...** | 478:15 | 458:11,12 | 515:24 |
| 413:4,8 | 451:24 | 482:21 | 460:20,23 | 516:1 |
| 415:23 | 493:25 | 486:4 | 461:11,25 | 521:15,16 |
| 416:1,2 | 495:15 | 514:19 | 462:15,16 | 522:13 |
| 424:10,18 | **they'd** | 526:3,5 | 462:23 | 523:25 |
| 424:24 | 566:23 | 536:9 572:5 | 463:10,12 | 524:1,5 |
| 425:7,13,15 | **thing** | 572:22 | 464:4,6,8 | 525:10,20 |
| 432:21 | 415:17 | 577:7,22 | 464:11,17 | 526:20,22 |
| 433:10 | 428:25 | 596:13 | 464:22 | 527:7,11 |
| 436:12 | 437:17 | 617:16 | 466:2,21 | 530:11,24 |
| 444:14,16 | 463:18 | **think** | 467:4,15 | 531:25 |
| 447:2,11,20 | 464:13 | 408:11 | 468:10,10 | 532:1,3,5 |
| 447:22 | 466:16 | 409:10 | 469:3,3,8,8 | 533:8 |
| 450:5 | 486:12 | 411:18 | 469:19,21 | 536:23 |
| 456:17 | 504:3 | 413:18,25 | 469:24 | 537:1,8,9 |
| 459:25 | 505:17 | 414:3,6,8 | 470:16 | 543:11,14 |
| 460:4 | 507:1,25 | 414:19 | 471:1 472:3 | 546:15 |
| 466:25 | 515:15 | 415:8,14 | 472:4,19 | 548:13 |
| 467:3,7 | 530:16 | 416:10,11 | 473:7,21,22 | 549:23 |
| 474:13 | 554:2 564:9 | 416:13,17 | 473:25 | 550:17 |
| 477:6,7 | 567:12 | 416:21,25 | 474:20 | 555:22 |
| 493:4 496:9 | 572:13 | 417:17 | 475:2,6,20 | 557:14,15 |
| 505:21 | 578:20 | 420:5 | 476:4,9,25 | 558:23 |
| 508:24 | 585:7 616:2 | 421:23 | 479:18 | 560:11,16 |
| 510:21 | **things** | 423:4,5,17 | 481:17 | 561:7,19 |
| 527:16,18 | 405:24 | 426:9,25 | 482:3,3,7 | 562:14 |
| 530:19 | 417:15 | 430:7 431:4 | 482:10 | 563:12 |
| 547:22 | 421:2 | 431:7,17,18 | 485:10,16 | 564:8 |
| 550:4 552:1 | 429:25 | 431:20,22 | 486:16,23 | 567:12,18 |
| 552:13 | 430:15 | 432:9,18,18 | 487:5,12,21 | 568:3,7 |
| 561:3 | 431:25 | 434:6,16 | 490:6,16 | 569:23 |
| 566:12,15 | 432:7 | 435:25 | 491:7 | 570:21 |
| | | | 493:16,21 | 571:2,10,19 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006466

TX_00031824

USA_00021348

Hearing - Volume 3          April 6, 2009

682

| | | | | |
|---|---|---|---|---|
| 571:20,21 | 605:2,3,15 | 406:10 | 444:21 | 474:21 |
| 571:24 | 612:22 | 426:14 | 445:20 | 476:2 488:4 |
| 572:2,8,13 | 613:11 | 491:15,16 | 451:8 452:7 | 502:21 |
| 572:23 | 617:2 | 543:12 | 454:2,5,18 | 511:8 520:8 |
| 573:13 | 618:18 | 545:12 | 455:19 | 520:21 |
| 574:2,3,23 | 622:21 | 569:24 | 456:8 | 542:11 |
| 574:25,25 | 623:1,4,5 | 570:21 | 458:25 | 543:5 551:9 |
| 575:9,11,18 | 623:12,22 | 572:16 | 459:5,11 | 561:13 |
| 575:24 | 624:3,4 | 583:1 | 466:24 | 611:10 |
| 576:1,8,15 | **thinking** | 591:15 | 469:20 | 612:24 |
| 576:18,22 | 430:12 | 605:12,17 | 472:14,17 | 614:5 |
| 576:24 | **thinks** | **three-fou...** | 473:3 | **Todd** |
| 577:2,7,22 | 493:18 | 464:19 | 474:25 | 497:20 |
| 578:14,19 | 498:19 | **three-judge** | 503:12 | **told** |
| 579:1,9,13 | **third** | 578:9 | 526:8,21 | 409:8,21 |
| 579:18 | 444:3 464:16 | **threshold** | 555:2 | 411:4,8,9 |
| 580:6,12,24 | 466:14 | 543:10 | 563:18 | 439:1 |
| 581:2,3,10 | 475:10 | **throw** | 565:9 567:8 | 451:13 |
| 582:3,4,5 | 503:19 | 445:22 | 568:7,17 | 518:12 |
| 582:13,15 | 515:21 | 446:19 | 569:24 | 528:18 |
| 583:2,8,11 | **thorough** | **tickets** | 577:10 | 552:9 |
| 583:12,13 | 432:15 | 545:25 | 578:9,14,24 | **Toliver** |
| 583:17 | **thoroughly** | **tie** | 598:8 608:4 | 490:23 491:4 |
| 584:5,19 | 612:6 | 476:12 566:8 | 609:16,22 | **tomorrow** |
| 585:22 | **thought** | **tied** | 609:23,24 | 438:23 507:3 |
| 586:16,22 | 410:20 | 543:13 | 613:7 | 508:15 |
| 587:5,7,10 | 467:23 | 593:11 | 622:22 | 552:10,12 |
| 588:4,5,6 | 469:24 | **tight** | **timely** | 552:12 |
| 588:17,18 | 504:23 | 476:19 | 578:7 | 587:20 |
| 588:19 | 509:21 | **tighten** | **times** | **tonight** |
| 589:1 590:4 | 519:8 523:2 | 582:10 | 456:5 477:15 | 415:10 |
| 591:6,7,24 | 534:1 541:5 | **Tim** | 515:25 | 424:20,21 |
| 592:19,22 | 556:17 | 477:24 | 529:16 | 445:15 |
| 592:23 | 569:25 | **time** | 564:12 | 475:7 |
| 594:15 | 583:12 | 405:1 407:25 | 572:24 | 486:24 |
| 595:5 | 585:5 | 409:23 | 592:2 600:9 | 491:18 |
| 596:25 | 592:21,21 | 410:14,20 | **Toby** | 547:15 |
| 597:3,23,25 | 594:4,21 | 410:21,24 | 568:17 | 588:2 |
| 598:4,7,8 | 598:23 | 412:13,13 | 569:17 | **tool** |
| 598:24,25 | **thoughtful** | 413:8 416:7 | **today** | 473:19,25 |
| 599:17,18 | 467:5 | 417:17 | 406:4 407:4 | 521:6 580:8 |
| 599:25 | **thoughtfu...** | 424:25 | 412:8 413:9 | **tools** |
| 600:2,15,17 | 474:13 | 425:17 | 414:6 416:2 | 534:16 572:3 |
| 600:20 | **thoughts** | 428:10,11 | 437:9,13 | **top** |
| 601:17,18 | 525:18 | 428:22,24 | 445:11 | 531:7 581:25 |
| 601:21 | **thousands** | 429:3 | 455:8 460:5 | 616:13 |
| 602:11 | 511:1 557:9 | 431:18 | 464:20 | **topic** |
| 603:25 | **three** | 434:9 | 473:24 | 454:13 |
| 604:2,17,18 | | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006467

TX_00031825

USA_00021349

Hearing - Volume 3                                April 6, 2009

683

| | | | | |
|---|---|---|---|---|
| total | 465:20 | 437:24 | 564:14 | 408:15 |
| 532:23 | 482:8 | 456:2 | 602:9 | type |
| 582:23 | transposes | 465:23 | turning | 407:14 |
| totalled | 527:4 | 481:6 486:1 | 571:21 | 458:10 |
| 543:3 | Travis | 486:9 | turnout | 485:14 |
| totally | 532:4 | 525:12 | 406:8,15 | 486:12 |
| 466:7 525:21 | tread | 530:23 | 407:3 571:1 | 497:25 |
| 560:2 605:5 | 432:8 | 569:22 | 571:22,25 | 504:3 |
| tough | treated | 570:22 | 572:4 | 558:22 |
| 538:6 541:10 | 485:12 | 571:18 | turns | 559:1 |
| town | tree | 579:19 | 430:2 605:20 | 564:20 |
| 548:9 | 497:13 | 580:13,25 | TV | 572:12 |
| towns | tremendous | 591:4 608:5 | 436:20,21 | 584:24 |
| 453:7 | 476:20 | 609:14,17 | TVO | 605:13 |
| track | Trent | trying | 569:4 | types |
| 505:19 550:1 | 511:22 | 420:2 429:7 | twice | 431:5,10,13 |
| 582:8 | trial | 450:17 | 515:20 | typically |
| trade | 578:11 | 451:8 | two | 407:22 |
| 599:2 | Triangle | 455:22 | 464:15 | 505:12 |
| traffic | 569:18 | 456:8 | 467:14 | 573:17 |
| 545:25 | tried | 460:10 | 473:12 | typo |
| trail | 443:15 518:1 | 465:6 | 475:6 | 485:13 489:7 |
| 558:10,12 | 524:7 535:8 | 466:14 | 484:18 | |
| 581:3 614:5 | 553:8 | 480:7 482:4 | 486:17 | U |
| train | 554:22 | 482:7 536:9 | 490:25 | Uh-huh |
| 465:6 | 579:5 | 536:22 | 491:9,16,20 | 418:20 |
| trained | 592:10 | 544:6 553:1 | 492:1 | ultimate |
| 430:4 463:23 | trouble | 556:25 | 495:14,18 | 489:15 |
| 472:17 | 482:1 598:25 | 557:5 571:2 | 495:24 | 546:15 |
| 474:8 | 600:18 | 574:7 577:2 | 508:22 | 560:23 |
| training | true | 579:16 | 515:7,12 | ultimately |
| 416:7,10 | 419:4 423:4 | 590:24 | 522:5,13,14 | 427:16 |
| 463:8 | 423:21 | 600:19 | 522:24,25 | 440:11,13 |
| 576:11 | 435:3 436:7 | 606:8 | 526:10 | 442:13 |
| TRANSCRIBED | 450:18 | Tuesday | 536:19 | 451:13 |
| 404:17 | 457:12 | 448:11 | 553:13 | 537:2 |
| transcripts | 471:6 | 449:14 | 554:3 558:6 | 557:24 |
| 437:22 | 477:19 | tunnel | 560:15 | 558:16 |
| transition | 478:7 625:6 | 478:12 | 571:17,17 | unaware |
| 607:19 | truly | turn | 576:9 593:1 | 553:14 |
| transparency | 445:23 | 411:16,17 | 596:11 | uncommon |
| 604:11 | 446:25 | 473:23 | 605:11,13 | 407:19 |
| transport... | trust | 509:4 570:2 | 605:16 | unconstit... |
| 599:20 | 443:24 444:9 | turned | 606:21 | 603:13 |
| transport... | trustworthy | 442:11 | 617:16 | uncovered |
| 416:22 | 444:13 | 458:20,23 | two-thirds | 468:19 |
| 453:10,24 | try | 548:13 | 464:18 | undermine |
| | 425:23 | 554:10 | two-year | 431:20 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031826

USA_00021350

Hearing - Volume 3                                    April 6, 2009

684

438:17
**undersigned**
625:4
**understand**
422:11,14
  425:20
  432:18
  443:2
  466:13
  470:7 471:7
  472:7
  484:11
  517:18
  553:2
  559:23
  585:8 586:7
  587:16
  605:6
**understan...**
600:19
**understan...**
426:9 483:1
  485:11
  529:15
  532:8
  578:15
  583:4
  621:21
**understands**
475:21
**understood**
446:6
**unfair**
537:9,9
**unfortunate**
588:18 604:9
**unfortuna...**
470:9 520:2
  588:8
  606:21
**UNIDENTIFIED**
421:6 437:6
  441:25
  442:3,6,21
  443:18,21
  444:14
  456:14,17
  457:9,17

458:7,16
459:17,25
475:3 477:8
477:12
479:5,10,18
480:2,6
482:16,23
484:12,15
484:17,21
484:25
485:6
492:13,15
492:20,24
493:11
499:10
500:2,6,8
500:18,21
507:5,9
508:19
509:6 510:4
510:8,10,17
510:25
511:11
512:6,19
514:10
515:2 517:2
517:17
518:9,25
519:20
520:7,13,17
520:20,25
521:3,7,10
521:19,24
522:23
523:5,7,11
523:12,18
523:23,25
524:3,5,22
525:7,15
526:15
527:6,16
545:1 550:5
550:9,12,19
550:24
551:4,8,12
551:17,21
552:1
556:18,22
558:9 559:4

559:9,21
560:13,17
561:3
562:23
565:10,11
565:19,23
566:3,6,12
567:9,11,20
567:23
568:1,3,13
568:19,21
568:22
569:2,3,5
569:11
570:12
574:5
578:13,21
580:17
581:11
582:14
583:3,13
584:17
585:16
604:14,22
605:6,18,25
606:7,15
608:24
609:2,7,11
610:1,5,6
610:12,14
610:18,25
611:5,8,20
612:15,18
613:11
614:3,11
621:12
622:11
624:6,11
**uniform**
441:20
607:17
**unimportant**
584:7
**uninformed**
551:25
**unique**
522:20,21
  525:2 565:3

566:1
588:17
604:8
**unit**
418:10
**United**
406:16
  499:23,24
  599:18
**units**
601:13
  607:21
**universal**
592:14 593:2
  593:6,21
  594:2,8,11
  594:24
  599:3,19
  600:23,24
  601:20
**University**
568:24
  570:10
  608:19
**unloved**
481:22
**unprecede...**
588:13
**unreasonable**
461:13
**unsatisfa...**
571:20
**unsettling**
511:17,18
**unusual**
605:1
**unwilling...**
597:6
**upcoming**
603:19
**update**
487:23
  502:12
  508:3
  529:24
  616:24
**updated**
599:23

**updates**
521:1 529:14
  530:2 531:6
**urge**
412:15
**use**
410:13
  412:13
  417:9 428:5
  428:5
  451:20,23
  452:22
  454:1
  479:16
  480:15,16
  543:15
  545:7,24
  577:5
  580:11
  581:8
  585:14
  586:10,12
  586:14
  594:15
**usual**
409:8
**usually**
436:5 444:11
  458:25
  459:2
  462:17,21
  527:21
**utilities**
418:23
**utility**
418:22,22
  501:3,10,12
  501:13
**utilized**
464:5
**U.S**
409:7 410:1
  410:18
  417:12
  477:25
  528:3

V



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006469

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 84 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 18 of 237

Hearing - Volume 3                                          April 6, 2009

685

v
478:5 579:4
valid
409:5 458:21
 458:24,25
 459:1
 465:13
 467:17
 469:24
value
546:23
 564:20
variety
414:22
various
426:1 427:8
 477:16
 478:6 486:3
 623:14
Veasey
450:6,7,19
 451:1
 452:15
 454:12
 456:19,22
 552:14,15
 552:19,22
 552:25
 553:6,15,22
 554:13
 555:3,6,17
 555:25
 556:5,9,13
 556:20,24
 557:4,11
vehicles
448:21 449:4
 449:5,7
Venezuela
430:9
verified
493:8 494:12
verify
493:19
 496:21,22
 564:17
 565:1
verifying

486:19
 547:10
versus
489:12
 522:16
 600:14
vest
614:25
veteran
409:1 410:13
 411:12
victim
415:4
victimized
457:15
victors
471:3
video
509:7 525:23
 531:16,23
 532:18
 536:21
 553:7 555:6
 556:21,22
view
440:17,17,19
 441:4
 462:14
 614:22
views
406:5 413:9
 461:7
vigor
549:12
violate
434:17 464:6
violated
451:24
violation
613:16
violations
514:25
 611:21
 612:1,4
 615:13
 618:2
Virginia
595:20

vision
478:12
visit
437:23
visiting
443:13
visualize
492:17
vis-à-vis
493:12
volunteer
405:14
 515:22
 559:15
vote
405:14 406:5
 406:11,14
 406:19
 411:23
 412:4,18
 413:1 415:7
 422:6
 423:16
 425:24
 426:12
 427:9,10,16
 428:8,12,23
 429:18,22
 430:3,25
 431:1,8,12
 432:17
 433:13,13
 433:19,20
 436:7 438:6
 438:13,16
 439:5,7,8,8
 439:11,13
 440:25
 441:12
 444:21
 445:3 446:8
 451:7,14
 453:19
 454:24
 458:3 459:6
 459:10
 460:18
 462:13

465:1
 472:13
 473:6,9,10
 473:24
 474:25
 475:17
 480:17
 485:12
 491:3
 492:21,23
 493:13
 494:4 495:5
 495:16
 497:7,21
 498:9,15,18
 501:10,12
 502:4,6
 505:6,14
 506:24
 507:3,14
 511:11,21
 512:13
 513:15,19
 518:4 519:7
 522:11
 525:17
 528:2
 543:13,14
 545:11,18
 545:22,24
 546:6,10
 548:20,24
 553:9 554:9
 554:12,22
 557:25
 560:9,20,24
 561:24
 565:20
 574:14
 581:14
 586:1,3
 593:4,8
 595:1,4,12
 595:15
 597:12,12
 597:16,17
 599:6,7,9,9
 599:15
 603:19

605:23
 607:1,2
 608:11
 614:15
 618:19,23
 619:10,18
 619:18,19
 619:21
voted
437:25
 467:25
 511:10
 512:7
 513:23
 515:20
 516:8
 520:10
 521:18,21
 522:6 533:7
 539:17
 545:13
 558:17
 615:22
 619:6 620:6
 621:17,24
voter
406:8 407:2
 407:5,5,14
 407:16,23
 407:24
 408:1,5
 412:5
 421:17
 426:17
 429:7,12,13
 429:14
 431:21
 439:2,21
 440:1,3
 445:12,17
 445:17,19
 450:9,13,20
 451:2
 454:19,19
 454:23
 455:5
 456:21,24
 457:10,20



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006470

TX_00031828

USA_00021352

Case 2:13-cv-00193 Document 663-9 Filed on 11/11/14 in TXSD Page 85 of 90
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 19 of 237

Hearing - Volume 3                                    April 6, 2009
                                                            686

| | | | | |
|---|---|---|---|---|
| 457:20,24 | 533:21 | 607:17,20 | 573:22,23 | 435:1,2 |
| 457:24 | 534:12,13 | 608:5,14 | 576:3 582:9 | 436:17 |
| 458:4,12,13 | 534:22,22 | 615:22 | 582:22,23 | 437:9,11,15 |
| 458:14 | 535:2,6,12 | 616:25 | 582:25 | 437:19 |
| 459:6 460:6 | 535:16,24 | 618:11 | 583:6,11,19 | 442:24 |
| 462:1 470:1 | 536:5,13,16 | 619:7 620:2 | 593:2 601:7 | 444:24 |
| 470:14,18 | 539:6 540:2 | 620:9,14,25 | 601:9,16 | 449:21 |
| 472:5,21 | 542:18 | **voters** | 602:19 | 452:22 |
| 473:1 475:5 | 543:10 | 406:7,11,19 | 606:25 | 459:15 |
| 475:9,15,19 | 544:6 545:5 | 406:20 | 607:3,6,8 | 464:2 |
| 477:18,22 | 545:11,23 | 407:3,7,17 | 607:22 | 467:17 |
| 478:10 | 546:9,15,16 | 407:18 | 608:2,20 | 469:10 |
| 485:20 | 547:8,17,25 | 426:24 | 615:7,21 | 471:2 479:7 |
| 486:19,25 | 548:18,19 | 427:20 | 618:15 | 480:14,16 |
| 487:8,22,23 | 548:22 | 428:2 431:9 | 623:21 | 480:25 |
| 487:24 | 549:13 | 442:24 | **voter's** | 482:12 |
| 488:1,2,5,9 | 550:6,7 | 445:13 | 421:3 488:19 | 483:14,17 |
| 488:23 | 552:17 | 448:11 | 493:8,19 | 483:21 |
| 489:16,17 | 553:24 | 449:11,25 | 494:11 | 498:22 |
| 490:21 | 554:2,16,18 | 453:9 457:4 | 507:12 | 511:13 |
| 491:8,19,21 | 554:18 | 458:14 | **votes** | 517:11,11 |
| 493:22 | 555:10,11 | 469:1 | 459:3 464:24 | 519:10 |
| 495:11 | 556:19 | 470:23 | 475:1,24,24 | 525:4 |
| 496:1 497:7 | 557:8,9,21 | 489:4 | 476:9,23 | 527:25 |
| 497:15,19 | 557:23 | 504:14 | 509:22,24 | 536:10 |
| 498:9,13,13 | 558:5,24,25 | 506:11 | 510:14,16 | 539:20 |
| 498:16,21 | 559:5,7 | 511:1,2 | 513:10 | 540:16 |
| 498:21 | 561:10,13 | 512:5,22 | 515:14,19 | 543:4,7 |
| 499:3,13 | 562:9,9,14 | 513:1,8,14 | 522:10,25 | 544:3,5 |
| 500:25 | 562:17,19 | 513:18,21 | 523:17 | 545:25 |
| 501:24 | 563:4,4,5,6 | 513:23,25 | 541:13 | 547:8,11 |
| 502:11 | 563:8,19,21 | 514:7,9 | 544:7,11,13 | 554:5,10 |
| 503:1,11,23 | 563:23,25 | 515:3,16 | 549:6 | 562:21 |
| 505:9,15,20 | 564:1 566:7 | 516:4 | 581:18,21 | 570:7 |
| 506:9,16,20 | 570:11,17 | 521:20 | 595:4,8 | 574:12 |
| 507:6,20 | 570:25,25 | 529:5 | **voting** | 575:6 |
| 508:6,7 | 571:9,18,21 | 531:11,23 | 405:20,23 | 585:14 |
| 509:19 | 577:1 | 532:17 | 406:13 | 586:10,15 |
| 512:3,14 | 584:10 | 533:2,13 | 407:10,11 | 587:12 |
| 513:16 | 585:3 | 543:3 546:6 | 412:5 | 588:7 |
| 514:1 516:6 | 591:16,17 | 553:8 | 416:16 | 592:15 |
| 516:10 | 591:18,18 | 554:22 | 422:6 | 603:6,18 |
| 517:5,6,7 | 592:1,18 | 558:15 | 426:13,16 | 605:10 |
| 517:14,21 | 594:8 | 559:11 | 429:10 | 607:4,15 |
| 518:7,15,17 | 595:20 | 561:20,24 | 431:13 | 611:16 |
| 519:15 | 596:4,22 | 566:1,4 | 433:14,15 | 613:10 |
| 520:22,23 | 599:23 | 572:17 | 433:16 | 614:18 |
| 522:15 | 601:13,23 | 573:11,12 | 434:25 | 615:7,11 |
| 529:9 | 601:23 | | | 618:15,24 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006471

TX_00031829

USA_00021353

Hearing - Volume 3                                    April 6, 2009

687

| | | | | |
|---|---|---|---|---|
| 620:7 621:3 | 467:24 | 544:14 | 427:22 | 409:11 512:2 |
| 621:14 | 468:4,10 | 567:11 | 430:24 | **Wednesday** |
| **vulnerable** | 470:4 | 586:12 | 437:25 | 603:4 |
| 603:20 | 472:13,14 | 590:7 593:1 | 438:21 | **week** |
| | 475:16 | 593:6,14 | 445:14 | 557:9 |
| **W** | 480:19 | 603:23 | 452:20 | **weekly** |
| **wait** | 481:13,13 | 610:3 614:4 | 457:13 | 529:22 530:1 |
| 407:25 506:4 | 481:24 | 614:6 | 458:13 | 530:12,14 |
| 609:25 | 483:8 | **wants** | 460:21 | **weeks** |
| **waited** | 484:25 | 605:1 | 462:16 | 554:6 |
| 409:8 410:3 | 489:25 | **War** | 465:5 | **weigh** |
| **waiting** | 490:1,4,14 | 423:17 | 466:20 | 582:6 |
| 577:11 | 494:21 | **warrant** | 467:10 | **welcome** |
| **wake** | 505:22,23 | 428:9 441:14 | 468:24 | 544:17 |
| 587:20 | 506:1,7 | **warrants** | 475:15,21 | 567:24 |
| **walk** | 539:6 | 612:8 | 487:5,16 | **went** |
| 546:22 | 547:17 | **WASHINGTON** | 489:21 | 408:18 409:4 |
| 595:12 | 550:15 | 603:4 | 494:20,22 | 430:10,16 |
| **walked** | 556:25,25 | **wasn't** | 495:7 496:3 | 432:3 |
| 409:24 | 559:2,25,25 | 432:12 | 496:13 | 436:15 |
| 410:15 | 577:11 | 436:21,22 | 499:4 | 437:23,23 |
| 411:10 | 583:1,17 | 441:1 455:8 | 530:20 | 441:19 |
| 439:12 | 597:11,15 | 459:10 | 536:4 537:3 | 445:5 446:4 |
| **walking** | 599:8,16 | 472:16 | 547:20 | 446:17 |
| 547:11 | 600:1 604:6 | 527:22 | 550:20 | 451:12 |
| **wall** | 606:17 | 528:1,1 | 558:5,5 | 452:17 |
| 477:14 | 610:14 | 549:2 | 565:1 | 454:7 |
| 598:24 | 614:7 | 553:13 | 574:22 | 464:22 |
| **Waller** | 616:11,19 | 574:21 | 580:18,25 | 478:5 |
| 440:5,8,9 | 617:11,13 | **watch** | 580:25 | 518:22 |
| 611:11 | 617:14,15 | 436:24 569:5 | 581:3,7,10 | 526:3 |
| 612:16 | 622:6 | **Watchdog** | 581:12,14 | 537:20 |
| 613:4 | 623:13 | 511:23 512:2 | 585:11,12 | 538:2 |
| 614:19 | **wanted** | 513:7 515:3 | 585:12 | 541:14 |
| 616:15 | 436:14 | 536:20 | 586:11 | 561:17 |
| **wallet** | 437:10 | **watcher** | 589:22 | 572:20 |
| 504:1 505:11 | 439:21,23 | 473:18 | 593:5 | 578:16 |
| **want** | 450:8 | 545:16 | 594:10,15 | 586:12 |
| 405:22 | 452:19 | 546:3 | 597:7 598:7 | 595:22,24 |
| 408:12,14 | 454:12 | **watching** | 598:8 602:3 | 606:11 |
| 413:10 | 467:8 | 560:2 569:1 | 602:9 615:6 | 621:21,24 |
| 415:23 | 477:19 | 569:9 | 615:23 | **weren't** |
| 423:15 | 479:21 | **water** | 622:20,22 | 452:18 |
| 426:24 | 481:18 | 420:9 | 623:22 | 458:25 |
| 433:1,5 | 485:5 493:5 | **way** | **ways** | 467:17 |
| 439:3 | 493:5 514:4 | 409:21 | 471:8 587:10 | 468:17 |
| 444:15,18 | 537:25 | 414:11 | 596:5 | 524:13 |
| 447:24 | 542:15 | 426:10 | **web** | 538:17 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006472

TX_00031830

USA_00021354

Hearing - Volume 3
April 6, 2009

688

| | | | | |
|---|---|---|---|---|
| 542:11 | 572:8 | 448:13,15 | **wonder** | 491:12 |
| 555:8 | 584:14,24 | 449:15 | 406:1 429:17 | 493:16,18 |
| **we'll** | 585:2,2 | 572:25 | **wonderful** | 493:19,24 |
| 433:8 436:23 | 587:24 | **widely** | 414:24 511:7 | 494:5 495:4 |
| 506:22,23 | 589:11 | 438:20 | **wondering** | 495:14,23 |
| 506:24 | 591:15 | **wider** | 468:23 | 496:13,21 |
| 508:14,17 | 593:25,25 | 580:14 | 534:19 | 497:6 |
| 508:23,25 | 601:6 602:8 | **wife** | 567:15 | 498:19 |
| 510:23 | 603:25 | 408:19 504:2 | **word** | 499:2 |
| 530:25 | 609:17 | 512:8 | 480:14 | 500:23 |
| 544:11 | **we've** | **willing** | 481:25 | 501:16 |
| 551:10 | 413:18 | 470:8 604:19 | 508:5 | 538:9,21,22 |
| 552:9,11 | 425:21 | **winning** | 531:14 | 576:11 |
| **we're** | 426:13 | 476:8 | 584:6 | **workers** |
| 407:15 | 427:2,13,17 | **wisdom** | **wording** | 460:17,22 |
| 413:20 | 428:14 | 579:1 | 430:20 491:8 | 470:6,23 |
| 415:16 | 438:9 440:4 | **wish** | **words** | 471:22,25 |
| 416:25 | 445:7 | 436:7 481:5 | 502:16 585:1 | 474:9 488:3 |
| 420:8 | 452:12 | 587:20,22 | 586:1 | 490:11 |
| 421:22 | 458:22 | **wishes** | 592:10,12 | 497:2 |
| 424:17 | 460:6 | 568:11 | 617:6 | 523:19,20 |
| 425:22 | 461:14,19 | **witness** | **work** | 523:24 |
| 428:8 429:4 | 461:20 | 413:6 443:20 | 423:15 451:9 | 576:16 |
| 429:7 | 464:14 | 553:4,16,21 | 454:1 462:8 | **working** |
| 431:11 | 475:6 477:2 | 565:8 | 466:22 | 428:21 |
| 443:4,5 | 486:8 | 609:19 | 472:16 | 472:20 |
| 450:23 | 502:12 | **witnesses** | 512:19 | 518:3 526:1 |
| 455:3 | 513:11 | 432:23 | 530:17,21 | 552:23 |
| 465:10 | 524:11,12 | 437:14 | 544:11 | 590:25 |
| 466:3 473:2 | 547:15 | 484:19,23 | 564:18 | **works** |
| 481:10,12 | 548:14 | 506:4,5 | 590:21 | 510:22 |
| 481:14 | 577:20 | 508:20 | 596:8,8,10 | 614:18 |
| 482:9 | 580:14 | 570:4,25 | 597:4 613:8 | **world** |
| 489:20,20 | 584:25 | **woke** | **worked** | 415:15 |
| 490:16 | 622:21 | 566:18 | 405:21 | 423:17 |
| 496:2 | 623:4 | **woman** | 441:10 | 452:8 466:4 |
| 498:10 | **Wharton** | 414:23 | 486:6 | 466:16 |
| 501:1,15 | 427:3 442:9 | 439:10,18 | 512:15 | 587:20 |
| 502:21 | 442:20 | 468:15 | 531:20 | **worried** |
| 512:20 | 443:8 | 511:4 573:7 | 590:22 | 605:24 |
| 524:17 | 461:20 | 618:20 | 591:3 | **worrisome** |
| 527:10 | **whichever** | **women** | **worker** | 511:25 |
| 528:25 | 478:25 | 439:6,7,8,11 | 460:11,17 | **worry** |
| 532:9 | **white** | 439:13,15 | 471:24,24 | 577:12 |
| 537:10,11 | 439:15 | 439:16 | 473:16 | **worrying** |
| 539:21 | 444:25 | 573:4,16,16 | 487:4,7,11 | 451:17 |
| 545:5 557:5 | 449:11 | **won** | 488:25 | **worst** |
| 568:9,10 | **whites** | 513:9 569:2 | 489:15 | 514:13 |



**Toll Free:** 800.211.DEPO
**Facsimile:** 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006473

TX_00031831

USA_00021355

Hearing - Volume 3                                        April 6, 2009

689

| | | | | |
|---|---|---|---|---|
| worth | 570:2 | 578:8 582:3 | 607:18 | 520:9 |
| 408:14,20,21 | wrong | 586:8 | YORK | 542:25 |
| 454:16,21 | 427:15 431:2 | 597:14 | 592:2 | 544:4 |
| 455:7 | 433:17 | 601:1 | younger | 1st |
| 456:25 | 468:14 | 602:13 | 423:1,1 | 603:4 |
| 457:5 | 514:12 | 618:21 | youngers | 1.2 |
| 571:24 | 520:6 | year | 422:25 | 572:17 |
| 572:7,23 | 523:14,16 | 408:13 409:1 | | 582:25 |
| wouldn't | 528:22,23 | 409:1 | Z | 608:20 |
| 419:20,20 | 585:9 | 414:23 | zero | 1.7 |
| 442:25 | wrongfully | 445:16 | 533:10 562:8 | 543:7 544:4 |
| 449:17,19 | 427:13 | 447:13,14 | 562:17 | 544:7 |
| 450:3,4 | 430:23 | 454:16 | | 1.9 |
| 451:14 | 459:14 | 456:23 | $ | 566:3,5 |
| 470:11 | wrongly | 461:24 | $10 | 10 |
| 475:15 | 524:17 | 480:22 | 545:14 | 435:14 |
| 480:9 | wrote | 483:7 504:2 | $15 | 464:23,23 |
| 489:25 | 513:23 592:1 | 506:21,23 | 478:22 479:3 | 475:1,16 |
| 490:1,4,6 | 600:7 601:4 | 514:3 | $20 | 509:8 |
| 494:21 | | 529:16 | 478:24 | 564:12 |
| 500:8,10 | X | 542:25 | $25,000 | 10:00 |
| 504:3,7 | X | 543:7,8,18 | 573:10 | 416:3 |
| 522:18 | 525:11 | 556:2 570:8 | $5 | 102 |
| 524:18 | 623:20,21 | 573:10 | 478:23 | 541:12,13 |
| 526:18 | | 590:23 | $62 | 11 |
| 527:13 | Y | 594:1,2 | 419:12 | 478:20 |
| 534:1,7 | yeah | 606:20 | $7 | 542:24 |
| 541:5 | 421:9 423:10 | years | 471:13,24 | 110,000 |
| 548:19 | 458:22 | 405:15 | 472:6,15,16 | 554:2 |
| 549:5 | 472:2 | 425:25 | 472:16 | 12 |
| 553:17 | 473:15 | 426:14 | $700,000 | 476:22 |
| 554:9 | 485:3 | 446:3,20 | 577:18 | 12-year |
| 559:22 | 487:12 | 447:16,18 | | 476:24 |
| 560:10,17 | 488:14 | 476:22 | 0 | 12-31-2013 |
| 560:21 | 498:7 | 478:23 | 01 | 625:23 |
| wounded | 502:18 | 479:3 491:5 | 447:9 | 121 |
| 589:1 | 503:17 | 504:21 | 02 | 535:24 |
| wrap | 514:17 | 517:12 | 447:10 | 13 |
| 579:20 | 517:15 | 542:21 | 03 | 504:15 |
| wrapping | 521:3 | 543:4,5 | 447:10 | 517:11 |
| 580:9 | 525:19 | 544:5,5,8 | 08 | 518:21 |
| write | 537:5 | 579:21 | 522:4 | 527:24 |
| 413:21 | 538:17 | 580:11 | | 13,000 |
| written | 546:18 | 583:12 | 1 | 553:24 |
| 430:24 | 548:9 | 588:15 | 1 | 130,000 |
| 431:15 | 549:14 | 589:3 | 448:22,23 | 566:1 |
| 487:6 | 553:15 | 604:20 | 467:17 | 137 |
| 569:23 | 554:4 561:5 | 605:12,17 | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006474

TX_00031832

USA_00021356

Case 2:13-cv-00193  Document 663-9  Filed on 11/11/14 in TXSD  Page 89 of 90
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 23 of 237

Hearing - Volume 3                                            April 6, 2009

690

```
  518:2          2,300          445:23         528:15         4,400
  519:10         513:21         446:19,20      584:18         513:8
14               2.4           446:25         25             40
448:12           405:13        448:10,10      533:4,4        438:4
15                413:14       449:9,14        561:19        400,000
404:17            414:4        511:12         27             573:22
150              20            543:1          607:1          44,000
573:21           473:3 521:19  582:24         281            531:25
16               2000          594:7          543:21,22      44-year
504:19           447:19 478:5  606:19                        405:8
 542:21          513:9         609:1              3          4400
 543:4,5         542:25       2009                           532:21
 544:5,8         570:7         404:13         3              45
16th             2001          542:22         448:23 543:1   406:13
625:17           542:25         543:1,4       583:14         47
162,000          2002           596:21        607:23        449:11
573:22           454:15,15    2010            625:24        49,000
175               455:6        446:22,24      3rd            513:18
517:13            456:22      2012            606:19 609:1    532:23
18                604:8        404:17 447:1   30              533:7
448:15           2003          625:17        438:4 554:5
 559:11          604:8        21              559:11             5
 565:8           2004         607:22          618:7         5
1944             460:25       22             3022            432:20
423:13           2005         528:1          625:23          446:11
1960             575:2 587:10 23             31               467:17
454:15            588:12,21   515:16         617:3,3          474:25
1983              592:9,20     519:24        315              543:1
517:11            607:12,18    520:15        527:24 528:1     574:11
1991              609:4,7      528:8,10,11   330581           575:6,19
441:1            2006          528:20,25     404:1            579:2 590:5
1994             406:9,21      529:1         362             5-10-2012
542:22 543:4     446:24        533:13        405:4 425:3     625:22
1996             449:9,10      543:3,6        487:5          5/4
542:23           570:7 575:2   544:5          496:20         432:17
                 575:21        584:15         624:7,12,13    50
_____          590:19       23rd           381            405:12
     2           591:2        592:8 609:7    517:5           406:22
2                592:22       23,000         39.01           408:13,25
 445:13          2007         513:19,20      464:7           454:15
  448:22         448:10,10    23.5                          50,000
  478:25         543:1        584:16,18      _____         533:4
  515:1 520:9    588:12       23.9               4          500
  522:3          604:8 609:8  584:17         4              559:11
  523:19         2008         24             543:1 572:20   52
  537:2 543:1    406:12       517:10          583:15         491:5
  556:23         444:19        519:20         617:4         53
  583:14         445:16,22     520:9         4,000
  584:15                                     512:4 537:2
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00031833

USA_00021357

Hearing - Volume 3                                      April 6, 2009

691

| | |
|---|---|
| 449:15 | 591:20 |
| **537** | **88** |
| 513:10 | 573:9 |
| **54** | |
| 449:13 | **9** |
| **55** | **9** |
| 449:13 596:8 | 476:9,23 |
| **58** | **9.5** |
| 449:16 | 584:13 |
| | **911** |
| **6** | 594:5 598:3 |
| **6** | **95** |
| 404:13 | 542:23 |
| 445:15 | **96** |
| 543:1 | 583:10 |
| **6,000** | **97** |
| 537:3 | 542:24 |
| **60** | 583:10 |
| 465:20 | **98** |
| 478:23,23 | 414:23 |
| 479:3,24 | 542:24,24 |
| 530:25 | 583:10 |
| **61** | **98.8** |
| 516:9 517:7 | 583:5 |
| **63.0101** | **99** |
| 499:16 | 542:25 |
| **65** | **99.9** |
| 417:4 419:14 | 460:9 462:9 |
| 420:21 | |
| 423:1,14 | |
| 565:2,4 | |
| | |
| **7** | |
| **7** | |
| 542:23 | |
| **70** | |
| 449:25 | |
| **73** | |
| 449:16,20 | |
| | |
| **8** | |
| **8** | |
| 478:19,20 | |
| 566:6 | |
| **800** | |
| 467:15 | |
| **87** | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006476

TX_00031834

USA_00021358