Case 2:13-cv-00193 Document 663-10 Filed on 11/11/14 in TXSD Page 1 of 6
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 25 of 237

PL070
9/2/2014
2:13-cv-00193

\*\* REVISION \*\*
## HOUSE OF REPRESENTATIVES
## NOTICE OF PUBLIC HEARING

COMMITTEE:       Elections

TIME & DATE:     upon final adjourn./recess
                 Tuesday, April 07, 2009

PLACE:           JHR 120

CHAIR:           Rep. Todd Smith

---

SB 362       Fraser | et al.
Relating to requiring a voter to present proof of identification.

HB 125       Brown, Betty | et al.
Relating to requiring a voter to present proof of identification.

HB 2335      Heflin
Relating to fees charged for issuance by a state or local governmental entity of identification that may be presented to be accepted to vote.

HB 3556      Bonnen
Relating to requiring a voter to present proof of identification.

HB 2513      Hopson
Relating to the procedures for registering to vote and accepting a voter at a polling place; providing a criminal penalty.

HB 4421      Dunnam
Relating to the form of, and information contained on, a voter registration certificate.

HB 4418      Dunnam
Relating to voter integrity measures and punishment for related

offenses.

Notice of this meeting was announced from the house floor.

---

TX_00001231
JA_006478

TX_00001231

USA_00021360

Case 2:13-cv-00193 Document 663-10 Filed on 11/11/14 in TXSD Page 3 of 6
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 27 of 237

PL071
9/2/2014
2:13-cv-00193

**The House Committee on Elections**
81st Legislature
April 7, 2009
upon final adjourn./recess
JHR 120

# CORRECTED MINUTES

On May 7, 2009, the House Committee on Elections authorized the correction of the minutes for the meeting of the House Committee on Elections held on April 7, 2009. The following are the corrected minutes for that meeting:

Pursuant to a notice posted on April 1, 2009, and a suspension of the 5-day posting rule and all necessary rules from the House floor on April 6, 2009 to add HB 2513, HB 4421, and HB 4418, the House Committee on Elections met in a public hearing and was called to order by the chair, Representative Smith, Todd, at 2:14 p.m.

The roll was answered as follows:

Present:   Representatives Smith, Todd; Pena; Anchia; Bonnen; Brown, Betty; Heflin (6).

Absent:   Representatives Allen; Bohac; Harper-Brown (3).

A quorum was present.

(Representative Pena in chair.)

(Representative Bohac now present.)

## SB 362

The chair laid out SB 362.

The chair recognized Representative Smith, Todd to explain the measure.

(Representative Smith, Todd back in chair.)

Testimony taken/registration recorded.  (See attached witness list.)

(Representative Pena in chair.)

(Representative Smith, Todd back in chair.)

(Representative Allen now present.)

(Representative Harper-Brown now present.)

The chair closed on the measure.

The bill was left pending without objection.

## HB4418, HB4421

The chair laid out HB4418, HB4421.

The chair recognized Representative Dunnam to explain the measures.

The chair recognized Representative Dunnam to close on the measures.

The bills were left pending without objection.

## HB 2513

The chair laid out HB 2513.

The chair recognized Representative Hopson to explain the measure.

The chair recognized Representative Hopson to close on the measure.

The bill was left pending without objection.

## SB 362

The chair laid out SB 362 as pending business.

Testimony taken/registration recorded. (See attached witness list.)

(Representative Bohac in chair.)

(Representative Smith, Todd back in chair.)

(Representative Pena in chair.)

(Representative Smith, Todd back in chair.)

The chair closed on the measure.

The bill was left pending without objection.

## HB125, HB2335, HB2513, HB3556, HB4418, HB4421

The chair laid out HB125, HB2335, HB3556, and laid out HB2513, HB4418, HB4421 as pending business.

The chair recognized Representative Bonnen to explain HB 3556.

The chair recognized Representative Brown, Betty to explain HB 125.

Representative Bonnen offered a complete committee substitute to HB 125.

The chair recognized Representative Anchia to explain HB 2335.

Testimony taken/registration recorded. (See attached witness list.)

The chair recognized Representative Brown, Betty to close on HB 125.

The committee substitute to HB 125 was withdrawn without objection.

HB 125 was left pending without objection.

The chair recognized Representative Anchia to close on HB 2335.

HB 2335 was left pending without objection.

The chair recognized Representative Bonnen to close on HB 2513.

HB 2513 was left pending without objection.

The chair recognized Representative Bonnen to close on HB 3556.

HB 3556 was left pending without objection.

The chair recognized Representative Anchia to close on HB 4418.

HB 4418 was left pending without objection.

The chair recognized Representative Anchia to close on HB 4421.

HB 4421 was left pending without objection.

At 2:15 a.m. on April 8, 2009 on the motion of the chair and without objection, the meeting was adjourned subject to the call of the chair.

_____
Rep. Smith, Todd, Chair

_____
Steven Schar, Clerk

TX_00001229
JA_006482

TX_00001229

USA_00021364