PL072
9/2/2014
2:13-cv-00193

1

TEXAS HOUSE OF REPRESENTATIVES

COMMITTEE ON ELECTIONS

APRIL 7, 2009


VOLUME I OF III


Transcribed by Rhonda Howard, CSR
April 13, 2012



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033625

USA_00021365

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 2 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 32 of 237
HEARING - Volume 1                                           APRIL 07, 2009

2

 1                        INDEX

 2    WITNESS TESTIMONY:

 3    Randall Buck Wood                              13

 4    Robin Armstrong                                82

 5    Mary Naranjo                                   90

 6    Skipper Wallace                               119

 7    Luis Figueroa                                 142

 8    Mary Opitz                                    147

 9    Doug Bell                                     157

10    Mark Hester                                   188

11

12    REPORTER'S CERTIFICATION PAGE                 195

13

14

15

16

17

18

19

20

21

22

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033626

USA_00021366

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 3 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 33 of 237
HEARING - Volume 1                                    APRIL 07, 2009

3

    1              CHAIRMAN SMITH:  The House Committee

    2      on Elections is now called to order.  Will the Clerk

    3      please call the role.

    4              THE CLERK:  Smith.

    5              MR. SMITH:  Here.

    6              THE CLERK:  Pena.

    7              VICE CHAIR PENA:  Here.

    8              THE CLERK:  Bohac.  Bonnen.

    9              REPRESENTATIVE BONNEN:  Here.

   10              THE CLERK:  Brown.

   11              REPRESENTATIVE BROWN:  Here.

   12              THE CLERK:  Harper-Brown.  Heflin.

   13              REPRESENTATIVE HEFLIN:  Here.

   14      Present.

   15              CHAIRMAN SMITH:  All right.  There

   16      being a quorum present, welcome, those of you who

   17      have traveled to Austin from, I presume, a variety

   18      of locations around our state to testify on the

   19      legislation that's been set for hearing today.  I

   20      don't -- I don't know -- there was a few of you that

   21      I recognized in the audience of having spent a lot

   22      of time with you yesterday.  The Committee heard

   23      from a number of expert witnesses on both sides of

   24      the issue that is before us tonight from early

   25      yesterday afternoon until 1:30 in the morning and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033627

USA_00021367

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 4 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 34 of 237
HEARING - Volume 1                                    APRIL 07, 2009

4

1    then got up early this morning to lay out bills and

2    various committees.  So if any of the members of the

3    panel look tired before we get started, that's the

4    reason for that.

5         We -- we are here today to hear from

6    anybody who wishes to testify on this issue.

7    Obviously, because we have an overflow crowd of

8    members of the public who wish to testify, there's

9    going to be -- have to be some kind of reasonable

10   limitation on the amount of time that -- that the

11   witnesses spend on each of the given bills.

12        We have six bills by six different House

13   Members that are -- that are related in some manner

14   to this subject that are before us this -- this

15   evening as a matter of new business.  Then we have

16   one piece of pending business, which is the Senate

17   bill that has already been voted out of the Senate

18   and is now before us in the House.  It's the only

19   Senate bill on the agenda.  The rest of them are

20   House bills.  Given the fact that that is likely to

21   be the vehicle that will be used in moving this

22   legislation, we're going to lay that piece of

23   legislation before the Committee first.

24        And just for those of you who do not

25   understand, your testimony on any of the bills that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033628

USA_00021368

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 5 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 35 of 237
HEARING - Volume 1                                          APRIL 07, 2009

5

1    are before the Committee or on this subject in

2    general can be helpful and instrumental in giving us

3    ideas and information that will help us draft

4    whatever language we as a Committee decide to -- to

5    place into the Senate bill.  In order to vote the

6    Senate bill out of Committee, it's not necessary for

7    us to -- to use the exact language that came out of

8    the Senate.  We are free to substitute in our own

9    policy preferences to that -- to that Senate bill

10   and then move it through the House.

11          It's the Chair's intention that we have

12   a -- please notice here, the Clerk's desk we have a

13   timing device.  And what -- what kind of a warning

14   do we give them, Travis?  We're going to allow 30 --

15   three minutes of testimony per witness, and there's

16   going to be a yellow light at 30 seconds.  After

17   that point in time, after each witness has had the

18   opportunity to say whatever is on their mind

19   uninterrupted for a period of three minutes, then

20   the panel will at that point in time have the

21   opportunity to ask questions.

22          We're going to go as long as it takes to

23   hear from everybody to the extent that they wish for

24   us to hear from them.  I -- I would say that to the

25   extent that there are any part of you that are



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033629

USA_00021369

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 6 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 38 of 237
HEARING - Volume 1                                    APRIL 07, 2009

6

1    like-minded folks and came from a particular part of
2    the State and there's one person that speaks for
3    that group and -- as a matter of efficiency, it
4    would be just as well for you if one person spoke
5    for five or ten people.  Again, I'm not telling you
6    to do that, but if there's anybody who would wish to
7    do that, I certainly will allow you to say, "I'm
8    hear speaking on behalf of this group," and allow
9    the group that you're speaking on behalf of to stand
10   behind you as you begin to make your presentation.

11          In order to comply with the rules of the
12   House, it's going to be important whenever you
13   testify for you to state your name and who you
14   represent on the record and to direct your testimony
15   to the bill before the Committee at the time that
16   you're testifying.  So, you know, when -- we're
17   going to take up Senate Bill 362 first, again, which
18   is the vehicle that is likely to be moved to vote
19   whatever language we agree to in Committee out of
20   Committee.  At that point in time please limit your
21   testimony to Senate Bill 362.

22          After we finish hearing testimony on that,
23   we will go to the new business and hear those bills,
24   as well, in -- in -- in -- in -- early together as a
25   group or individually bill by bill by bill depending



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033630

USA_00021370

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 7 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 37 of 237
HEARING - Volume 1                                      APRIL 07, 2009

7

1     on what time it is and -- and circumstances that we

2     find ourselves in at that point in time.

3               All right.  I think that's a general

4     description of how we're going to proceed.

5               Do we have some witnesses that are going

6     to be first?  Do you understand who that is?

7                    REPRESENTATIVE ANCHIA:  Mr. Chair --

8                    CHAIRMAN SMITH:  Representative

9     Anchia.

10                   REPRESENTATIVE ANCHIA:  -- there will

11    be Representatives that need to leave because

12    they're laying out bills.

13                   CHAIRMAN SMITH:  Sure.  This is not,

14    unfortunately, the only thing that the members of

15    the Committee have going on.  There are committees

16    meeting all over the Capitol as we speak, throughout

17    the evening, throughout the afternoon.  The members

18    of the Committee -- in fact, some of them do as we

19    speak -- they're in other committees laying out

20    other bills in front of other committees.  And so we

21    will have members that will be bouncing from other

22    obligations to this hearing as is necessary

23    throughout the afternoon and evening.

24               Representative Dunnam, Chairman Dunnam.

25                   UNIDENTIFIED REPRESENTATIVE:  Yeah.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033631

USA_00021371

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 38 of 237
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 38 of 237
HEARING - Volume 1                                          APRIL 07, 2009

                                                                        8

 1        Chairman Smith, I'm not a member of the Committee,

 2        but I wanted to know if you would entertain one

 3        procedural question based on something you just

 4        said.

 5                    CHAIRMAN SMITH:  Okay.

 6                    REPRESENTATIVE DUNNAM:  You just said

 7        the Senate Bill 362 would be used as the vehicle for

 8        whatever came out of this Committee.  And I'm not --

 9        I'm not sure, but is the Chair aware that if you

10        limit that to the vehicle, then you are prohibiting

11        any amendment or alteration in 362 that is not

12        germane to 362?  Therefore, the House is going to be

13        constrained by the Senate's approach, and we will

14        not be able to offer alternatives that go beyond

15        the -- the approaches that the Senate made.

16             If that's -- if the decision has already

17        been made that that is going to be the vehicle, then

18        I just want to know, because then -- because my

19        suggestions may not be germane under our procedural

20        rules in the House.  And I just want to know if that

21        decision's already been made.

22                    CHAIRMAN SMITH:  To -- to -- I

23        believe that what I said is that that decision is

24        likely to be the vehicle for any issues.  I

25        didn't -- I didn't say this, but what I intended to



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033632

USA_00021372

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 9 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 39 of 237
HEARING - Volume 1                                    APRIL 07, 2009

9

```
 1        imply to the extent that it is germane and certainly
 2        to the extent that we are hearing non-germane
 3        additional pieces of legislation, then to the extent
 4        that the Committee wishes to, we would have the
 5        ability to vote those bills out separately.  But to
 6        the extent that it is germane, I think it is the
 7        intent of the Chair to -- to rely on the Senate bill
 8        as a vehicle for -- for legislation that is germane
 9        to the Senate bill.
10                    UNIDENTIFIED REPRESENTATIVE:  If the
11        House -- the House Committee -- if your Committee
12        does come up with an alternative, a comprehensive
13        alternative regarding the issue of voter
14        impersonation that is not germane, is -- is the
15        House going to be able to vote on --
16                    CHAIRMAN SMITH:  If we do that then I
17        will have changed my intent.  I'm simply expressing
18        my presumption at this point.
19                    UNIDENTIFIED REPRESENTATIVE:  That --
20        and that's all I was asking.
21                    CHAIRMAN SMITH:  Okay.
22                    UNIDENTIFIED REPRESENTATIVE:  Thank
23        you.
24                    CHAIRMAN SMITH:  Thank you.
25                    Chair at this time will pass the gavel to
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006491

TX_00033633

USA_00021373

10

1   Vice Chairman Pena.

2               VICE CHAIR PENA:  (Inaudible).

3               CHAIRMAN SMITH:  Yeah.

4               VICE CHAIR PENA:  The Chair

5   recognizes Representative Bohac as being present.

6               The Chair now lays House -- SB-362 by

7   Fraser as pending business and calls on

8   Representative Smith to explain the bill.

9               REPRESENTATIVE SMITH:  Members of the

10  Committee, you have already had the opportunity to

11  listen to a fairly exhaustive description of what is

12  in the Senate bill.  For purposes of the audience

13  and in order to do this in as summary a manner as

14  possible, the Senate bill provides for a number of

15  mechanisms by which the public is to be notified of

16  the changes that would -- would, under that Senate

17  bill, occur in our election law.  And in its

18  simplest form, the Senate bill alters current law,

19  which requires that any voter in this state provide

20  some sort of identifier on a designated list of

21  photo identifications or on a designated list of

22  non-photo identifications.  That's current law.

23              What the Senate law does in general is

24  change current law so that instead of requiring

25  either one form of photographic identification or



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006492

TX_00033634

USA_00021374

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 11 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 41 of 237
HEARING - Volume 1                                    APRIL 07, 2009

11

1    one form of non-photographic identification, again

2    on these designated lists, allows a voter to cast a

3    vote with either one form of photo identification or

4    two forms of non-photo identification on the

5    non-photo I.D. list.

6              There are other technical aspects to

7    testimony.  For example, requiring that the

8    Department of Public Safety provide a free

9    identification card for members of the public who

10   indicate that their sole purpose for obtaining that

11   card is to use it for purposes of voting in

12   elections in our state.  That's a -- that's a very

13   general explanation of my understanding of what is

14   in Senate Bill 362.

15              VICE CHAIR PENA:  Let's open it up

16   for questions.  Members, do we have any questions?

17              All right.

18              UNIDENTIFIED REPRESENTATIVE:

19   Mr. Chairman?

20              VICE CHAIR PENA:  Yes.

21              CHAIRMAN SMITH:  We have a number of

22   witness affirmation forms.  Again, I'll help you

23   with the rules.  As you present yourself -- and the

24   first person we wish to hear from today is Randall

25   Buck Wood, who is a lawyer who is here today to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033635

USA_00021375

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 12 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 42 of 237
HEARING - Volume 1                                          APRIL 07, 2009

12

1      testify -- yes.

2                  VICE CHAIR PENA:  (Inaudible).

3                  REPRESENTATIVE BROWN:  I just had one

4      question before you proceed.

5                  CHAIRMAN SMITH:  Oh, I'm sorry.

6      Yeah.

7                  REPRESENTATIVE BROWN:  I think it's

8      real important that we address what happens when

9      someone fails to present the needed documents at the

10     time they -- they come to -- to vote.  And so I

11     would like to hear you, then, explain in -- in the

12     Senate bill what happens at that point if they don't

13     have those needed documents.  Do they vote the

14     provisional ballot and then have so many days to

15     come back and prove up what...

16                 CHAIRMAN SMITH:  Yeah.  I -- I -- I

17     don't recall there being a specific provision.  And

18     so my -- my -- my -- I believe I'm correct in saying

19     that provisional ballots would be handled pursuant

20     to current law.

21                 REPRESENTATIVE BROWN:  Okay.  So

22     there's -- okay.  But they would -- they would vote

23     a provisional ballot at that point?

24                 CHAIRMAN SMITH:  Yes.

25                 REPRESENTATIVE BROWN:  Okay.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006494

TX_00033636

USA_00021376

Case 2:13-cv-00193   Document 663-11   Filed on 11/11/14 in TXSD   Page 13 of 113
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-1   Filed 06/20/12   Page 43 of 237
HEARING - Volume 1                                         APRIL 07, 2009

13

1              CHAIRMAN SMITH:  Just as a voter
2    would now if they are not on the voter registration
3    rolls.  That's my understanding.
4              REPRESENTATIVE BROWN:  Thank you.
5              CHAIRMAN SMITH:  Okay.  At this time
6    the Chair calls Randall Buck Wood, who is an
7    attorney representing himself and who's here today
8    to testify against Senate Bill 362.  Welcome.
9              RANDALL BUCK WOOD:  Thank you,
10   Mr. Chair, Members of the Committee.
11             CHAIRMAN SMITH:  Your name and who --
12             RANDALL BUCK WOOD:  My name is
13   Randall Buck Wood.  Buck is really my middle name.
14   Nobody wants to believe that --
15             CHAIRMAN SMITH:  Right.
16             RANDALL BUCK WOOD:  -- but I was born
17   in Athens, by the way.
18             Members, I know I've got a very short
19   period of time here.  I believe -- I listened to a
20   lot of the testimony yesterday on this issue.
21             I was director of the Elections Division
22   in the Secretary of State's office starting in 1969
23   under (inaudible), Jr. and then later Bob Bullock.
24   I have been doing elections work contests,
25   investigations, practicing in the area of elections



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033637

USA_00021377

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 14 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 44 of 237
HEARING - Volume 1                                    APRIL 07, 2009

14

1     ever since.

2            I will say that the overriding goal of

3     this Committee and this Legislature should be to do

4     one thing, make certain that every qualified voter

5     who is actually qualified get to vote and that vote

6     gets counted.  That should be your goal.

7            I believe that this can be accomplished

8     within the framework of Senate Bill 362.  And here's

9     the issue:  One, although this bill does require

10    certain identification, it -- it -- it does allow

11    you to vote a provisional ballot, but it needs to do

12    more than that.

13           One of the things that we're all operating

14    with, I can tell you that in all of the 35-plus

15    years that I've been doing this I've never found

16    anybody impersonating.  And I do election contests

17    and we investigate these.  We investigate them

18    diligently.  I've never found a person

19    impersonate -- impersonating another voter.

20           I do know that it probably happens here

21    and there.  I have never found a non-citizen -- and

22    I bet I've done 25 election contests all across the

23    State where we looked for citizenship.  I have never

24    found a single citizen or a non-citizen voting in an

25    election.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033638

USA_00021378

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 15 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 45 of 237
HEARING - Volume 1                                        APRIL 07, 2009

15

1           I'm sure -- I know that a few years ago we

2      had election contests here in the House, and they

3      claimed they were going to have 200-something

4      illegal citizens.  And it turned out they had one.

5           What we need to do is very simply this:

6      Don't educate the voter not to come to the voting

7      place.  Educate the voter to come to the polling

8      place, because the voter is going to get the vote.

9      And ensure that that vote is counted if the proper

10     identification information is presented to the

11     proper officials within the time period.

12          It will do two things.  There's this

13     argument that there is a problem, and no one knows.

14     The fact of the matter is if we do this bill

15     properly we will then know within a few elections if

16     we have a problem.  And if we have, we will have

17     stopped it.  And if we don't have a problem, we

18     don't need to go through all this anymore.  The

19     simple way to do that is allow each individual who

20     doesn't have proper identification to vote not just

21     a provisional ballot but a special provisional

22     ballot that will be marked for identification

23     purposes so that you will be able to pull those out

24     of people who didn't have identification.  Give that

25     information to the candidates, the officials and



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006497

TX_00033639

USA_00021379

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 16 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 46 of 237
HEARING - Volume 1                                    APRIL 07, 2009

16

1    have the registrars or the elected officials that

2    are going to be running the election make a

3    reasonable attempt to contact that individual and

4    find out if they are citizens.  And I can tell you

5    that this can be done and it will be done.  There

6    will be enough candidates and other individuals that

7    contact these people and try and determine if they

8    are actually citizens.  And then we must mandate

9    that that vote gets counted, because right now even

10   though it's supposed to be true, provisional ballots

11   in many cases are not ever being counted even where

12   they're -- they're legitimate votes.

13            CHAIRMAN SMITH:  Okay.  Mr. Wood,

14   thank you.  I'm sorry.  I'm going to try to stick

15   somewhat with this.  But I do want to give the

16   Members of the Committee an opportunity to ask you

17   questions.  Representative Anchia.

18            REPRESENTATIVE ANCHIA:  Yes, sir.

19   Mr. Wood, you talked a little bit about non-citizen

20   voting.  But I want to make sure we have our -- our

21   terms and our definitions straight.

22            Voter I.D. is designed to deal with voter

23   impersonation at the polls.  Non-citizen voting

24   would not be prevented by voter I.D.

25            To the extent it happens, typically what



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006498

TX_00033640

USA_00021380

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 17 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 4 of 237
HEARING - Volume 1                                    APRIL 07, 2009

17

```
 1        we've found in our -- in our study of this during

 2        the 2005 session, 2006 session, 2007 session --

 3        okay.  Excuse me, 2006 interim, 2008 interim, is

 4        that if there are legal permanent residents -- if

 5        there are non-citizens voting, it's legal permanent

 6        residents.  And I think we found maybe two or

 7        three --

 8                      RANDALL BUCK WOOD:  Yeah.

 9                      REPRESENTATIVE ANCHIA:  -- of these

10        cases.  And this Senate bill would not stop a legal

11        permanent resident from voting, because most, if not

12        all, legal permanent residents have driver's

13        licenses or some state I.D.

14                      RANDALL BUCK WOOD:  Yeah.

15                      REPRESENTATIVE ANCHIA:  I just want

16        to make sure we have our -- our terms correctly --

17        defined correctly.

18               Can we talk really, really quickly about

19        voter fraud in Texas?  Have you -- have you --

20        you've done election contests, many of them.  Have

21        you found voter fraud in Texas?

22                      RANDALL BUCK WOOD:  Yes.

23                      REPRESENTATIVE ANCHIA:  What type and

24        Were?

25                      RANDALL BUCK WOOD:  It's almost
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006499

TX_00033641

USA_00021381

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 18 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 48 of 237
HEARING - Volume 1                                    APRIL 07, 2009

18

```
 1        totally restricted -- when I say voter fraud what I
 2        mean is someone who is intentionally going in and
 3        trying to rig the system.
 4                   REPRESENTATIVE ANCHIA:  Uh-huh.
 5                   RANDALL BUCK WOOD:  Okay?  I -- that
 6        does exist in Texas.  And, in fact, it exists in all
 7        areas of the State, and it is serious.
 8             Now, it has -- in order to be serious,
 9        it's got to affect outcomes of the elections.  It's
10        got to be done in such numbers, you know.
11             Almost all the voter fraud in Texas is
12        done through early voting by mail.  We've -- I've
13        worked with Senators and House Members through the
14        years to try to figure out how to do something about
15        it, and we've never been able to come up with a way
16        to do anything about it.  And this bill doesn't do
17        anything about it.
18                   REPRESENTATIVE ANCHIA:  I was going
19        to say, does the Senate bill do anything about it?
20                   RANDALL BUCK WOOD:  No, it does not.
21                   REPRESENTATIVE ANCHIA:  Mail-in
22        ballots.
23                   RANDALL BUCK WOOD:  No, it does
24        nothing, and that's where the voter fraud is.
25             We have another type of voter fraud that's
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033642

USA_00021382

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 19 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 49 of 237
HEARING - Volume 1                                    APRIL 07, 2009

19

 1    considered fraud.  But it's -- it's people voting

 2    where they -- when they shouldn't be voting there.

 3    And that's where people -- they grew up, you

 4    know, somewhere and mama still lives there, they

 5    move away and they keep voting at home.  And after a

 6    while, the Court says you can't do that.  I find

 7    quite a bit of people who are not residents of that

 8    voting precinct or even that county still voting in

 9    that county.  And this Senate bill won't do anything

10    about that, either, because they vote by mail; most

11    of them vote by mail.

12             REPRESENTATIVE ANCHIA:  Absentee

13    ballots?

14             RANDALL BUCK WOOD:  Absentee ballots.

15    Now, some of them do turn up on election day.

16    They'll actually go back home.  They'll go from San

17    Antonio to Laredo or from Houston to Polk County or

18    wherever.

19             We do have another type of -- when I said

20    non-citizen voting, I mean, this -- this was all by

21    mail, too.  And that is you have people who belong

22    to -- or not belong to; they actually buy a service

23    from an organization in Texas.  And then that --

24    they get registered in Texas.  And even though most

25    of them have never been in -- a lot of them have



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033643

USA_00021383

Case 2:13-cv-00193  Document 663-11  Filed on 11/11/14 in TXSD  Page 20 of 113
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 30 of 237
HEARING - Volume 1                                    APRIL 07, 2009

20

1    never been in Texas and most of them have spent very

2    little time here, but they vote here and they vote

3    here by the thousands.  They do that in order to --

4                    REPRESENTATIVE ANCHIA:  Is that

5    organization called ACORN or something like that?

6                    RANDALL BUCK WOOD:  No.  It's called

7    Escapees.

8                    REPRESENTATIVE ANCHIA:  Escapees.

9    Explain what Escapees is.

10                   RANDALL BUCK WOOD:  Escapee [sic] is

11   a business.  It is a business that services people

12   who travel and have RVs.  And they have a

13   campground, very small one, in Polk County.  And the

14   Escapees control Polk County.  There's about 15,000

15   of them that -- that register to vote in Polk

16   County.  That -- that elects all kind -- they elect

17   all the county-wide officials, the County

18   Commissioner, the Sheriff, everybody, school board,

19   even though none have kids in school.  But this bill

20   won't do anything about that, because almost all of

21   them vote by mail.

22                   REPRESENTATIVE ANCHIA:  I want to

23   make sure I understand that situation.

24                   These are people many of whom do not live

25   in Texas.  You said it's an RV club or --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033644

USA_00021384

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 21 of 113
Case 1:11-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 51 of 237
HEARING - Volume 1                                    APRIL 07, 2009

21

1              RANDALL BUCK WOOD:  It's a -- it's an

2      RV club.

3              REPRESENTATIVE ANCHIA:  It's an RV

4      club.  These people don't live in Texas?

5              RANDALL BUCK WOOD:  No, they don't

6      live here.

7              REPRESENTATIVE ANCHIA:  15,000 of

8      them vote how, by mail?

9              RANDALL BUCK WOOD:  By mail.

10              REPRESENTATIVE ANCHIA:  And how big

11      is the RV park?  I mean, do they --

12              RANDALL BUCK WOOD:  Hold -- hold

13      about 300 vehicles.

14              REPRESENTATIVE ANCHIA:  So 300

15      vehicles and 15,000 people are voting there.

16              RANDALL BUCK WOOD:  And if -- and

17      if -- the main reason they want to do it, first of

18      all, it -- the Escapees' business does provide a

19      good service to these people.

20              REPRESENTATIVE ANCHIA:  Uh-huh.

21              RANDALL BUCK WOOD:  But the main

22      reason they do, if you register your car in Polk

23      County and you get a voter registration card in Polk

24      County, you tell California you're no longer paying

25      their income tax.  And that's why most of them do



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033645

USA_00021385

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 22 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 52 of 237
HEARING - Volume 1                                    APRIL 07, 2009

22

1      it.

2                  REPRESENTATIVE ANCHIA:  It is a

3      tax -- it's a tax deal?

4                  UNIDENTIFIED REPRESENTATIVE:  Yes,

5      it's a tax avoidance.

6                  RANDALL BUCK WOOD:  It's a tax

7      avoidance issue.  But they vote and they vote in

8      large numbers.  And there's been some bills about

9      this in the past --

10                 CHAIRMAN SMITH:  Yes.  We've had some

11     legislation about this in the past.  I can't

12     remember it off the top of my head.  It was a hot

13     issue three or four sessions ago.

14                 RANDALL BUCK WOOD:  It was.  And by

15     the way, the Legislature even made it easier for

16     them to vote and more difficult for them to be

17     challenged in -- for -- about three or four sessions

18     ago, because I file election contests down there.

19     And they took depositions all over the country, and

20     everybody had a place to live.  They lived in

21     Arizona or they lived -- or they had a permanent RV

22     spot.  But they're members of the Escapees and they

23     vote.  They control Polk County bond elections, you

24     name it.

25                 Now, that -- that's one that's -- these



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006504

TX_00033646

USA_00021386

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 23 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 53 of 237
HEARING - Volume 1                                      APRIL 07, 2009

23

1    people are good people.  They're not -- they're not

2    crooks, but they don't live in Texas and they're not

3    citizens of Texas.  And if it was done -- most of

4    them -- in Blanco County, the Attorney General would

5    be out there in nothing flat and say, "You can't do

6    that," but that hasn't happened.

7                    UNIDENTIFIED REPRESENTATIVE:

8    Mr. Wood, I want to ask a question.  You -- you said

9    that you and some friends had spent a lot of time

10   looking at the issue of how you could get at the

11   no -- at the problem of absentee ballot fraud.

12   What's the block there?  What's the -- help me with

13   the dilemma of why you're having trouble find a

14   solution to that problem.

15                    RANDALL BUCK WOOD:  I worked with

16   Senator Zacharany (phonetic), and I can't remember

17   how many members of the House over a period of

18   sessions trying to figure out how to preserve the no

19   excuse -- no excuse mail absentee voting especially

20   over the age of 65.  That's where -- that's where it

21   applies.  You can also -- you could go below 65 if

22   you're disabled.  And we've never been able to

23   figure out a way to whip that problem and at the

24   same time allow those people who are really entitled

25   to vote that way and should be able to vote that way



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033647

USA_00021387

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 24 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 54 of 237
HEARING - Volume 1                                            APRIL 07, 2009

24

1    to vote.  We've never been able to do it.  There's

2    just not -- we used to -- we didn't -- we used to

3    have an excuse.  You had to have an excuse.  Not --

4    just being 65 didn't get it.  You had to have a note

5    from a doctor or somebody that said that you were

6    not able to attend the polling place.

7              We got rid of that and there's organized

8    fraud in that -- in that area.  I have tried

9    election contests where we found thousands of them

10   that had never -- the people never even voted their

11   ballots.

12                    UNIDENTIFIED REPRESENTATIVE:  People

13   what?

14                    RANDALL BUCK WOOD:  People didn't

15   vote their ballots.  Ballots were taken away from

16   them, they were taken away from their mailboxes, all

17   sorts of things that you would have a hard time

18   believing.  We proved it up, through the election

19   out in -- and it happened to -- occurred in Webb

20   County.  I've seen it -- I've seen it in east Texas,

21   I've seen it in San Antonio, I've seen it in Dallas.

22   They go to nursing homes, and these people are not

23   in a position of registering to vote.  And then

24   they'll go by and vote them, and that -- that

25   happens.  And there's nothing in Senate Bill 362



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033648

USA_00021388

Case 2:13-cv-00193  Document 663-11  Filed on 11/11/14 in TXSD  Page 25 of 113
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 55 of 237
HEARING - Volume 1                                    APRIL 07, 2009

25

```
 1      that's going to help that.
 2                      UNIDENTIFIED REPRESENTATIVE:  Did --
 3      did -- is there anything in the Woolens (phonetic))
 4      litigation that was passed in -- early in this
 5      decade that helped any in that regard?
 6                      RANDALL BUCK WOOD:  He tried to.
 7                      UNIDENTIFIED REPRESENTATIVE:  Yeah.
 8                      RANDALL BUCK WOOD:  He tried to -- he
 9      tried to restrict the number of people that you
10      could assist in -- because in -- this is organized.
11                      UNIDENTIFIED REPRESENTATIVE:  Uh-huh.
12                      RANDALL BUCK WOOD:  But he tried to.
13      It has had some impact.  But I just try election
14      contests not too long -- I guess it was the spring,
15      and it -- it's still there.
16                      UNIDENTIFIED REPRESENTATIVE:  Okay.
17      Representative Heflin?
18                      REPRESENTATIVE HEFLIN:  Now,
19      Mr. Wood --
20                      RANDALL BUCK WOOD:  Yes.
21                      REPRESENTATIVE HEFLIN:  -- back to
22      provisional ballot thing --
23                      RANDALL BUCK WOOD:  Yes.
24                      REPRESENTATIVE HEFLIN:  -- now you're
25      saying they would have the (inaudible) to cure the
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033649

USA_00021389

Case 2:13-cv-00193  Document 663-11  Filed on 11/11/14 in TXSD  Page 26 of 113
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 56 of 237
HEARING - Volume 1                                    APRIL 07, 2009

26

 1          deficiency that they didn't have the registration

 2          card or identification.  Is that right?

 3                       RANDALL BUCK WOOD:  Identification,

 4          yes.

 5                       REPRESENTATIVE HEFLIN:  And let me

 6          preface this by saying, last night we heard

 7          testimony in Florida they gave them two days to

 8          cure; they were curing about a third of the special

 9          provision ballots for lack of I.D. and -- whereas in

10          Georgia and Indiana, where they gave them five days

11          to seven days, they were cured up to two-thirds.

12                  So how many days would be an ideal time to

13          give a voter the opportunity to cure their

14          deficiencies in their --

15                       RANDALL BUCK WOOD:  Okay.  You need

16          enough time.  Two days is just -- that's ridiculous.

17          I mean, you're not going to get anybody cured in

18          that period of time.  You're just going to throw

19          away a lot of people's -- actually, what you're

20          doing by not having a sufficient time to cure,

21          you're pitching out ballots of people who are truly

22          qualified to vote.  They should have been allowed to

23          vote, and their vote should have counted.  And I

24          can't think of anything more important in our

25          democracy than to make sure that those votes get



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033650

USA_00021390

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 27 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 5 of 237
HEARING - Volume 1                                    APRIL 07, 2009

27

 1    counted.

 2              There's a present provision on provisional

 3    ballots.  Unfortunately, it's not very strong

 4    about -- and I can tell you in many major counties

 5    they never count any provisional ballots.  Even if

 6    they come in and verify, they don't count them.

 7              You need -- I think you need at least

 8    seven days.

 9              Now, what I also think you need to do is

10    have involvement, not just of -- by the voter.

11    Somebody needs to contact that voter and make sure

12    the registrar has this information.  You can contact

13    that voter.  Other people, third parties, can

14    contact that voter and see if they are actually

15    qualified to vote; supply -- help supply the

16    additional information that needs to be to get their

17    ballots counted.

18              I -- I -- I will tell you that I look for

19    these kind of situations in every election contest.

20    I've never found one yet.

21              REPRESENTATIVE HEFLIN:  So -- so for

22    instance, then, if you had it marked as a special

23    provisional ballot and that person had the

24    opportunity to cure, now you say others should be

25    able to help them?  Like, are you saying political



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033651

USA_00021391

Case 2:13-cv-00193  Document 663-11  Filed on 11/11/14 in TXSD  Page 28 of 113
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 58 of 237
HEARING - Volume 1                                    APRIL 07, 2009

28

```
 1      parties or whatever --
 2                   RANDALL BUCK WOOD:  Yes.
 3                   REPRESENTATIVE HEFLIN:  -- AARP,
 4      whatever group --
 5                   RANDALL BUCK WOOD:  Yeah.  League of
 6      Women Voters.
 7                   REPRESENTATIVE HEFLIN:  -- anybody?
 8      Okay.
 9                   RANDALL BUCK WOOD:  Many of these
10      people who come into the polling place, they are
11      qualified voters.  They're not going to have this
12      identification.  I mean, that's what's going to
13      happen.  You're going to see it.  Those people --
14      there needs to be every effort made to make sure if
15      that -- if that person is qualified to vote that
16      their vote gets counted.
17           This issue, you know, Representative
18      Anchia, that you brought up about voter
19      impersonation, I've never -- I've never seen it.  I
20      read about one person that the Attorney General
21      found.  I've never seen it.  I get told about it.
22      When you get into election contests, oh, you get the
23      supporters of whoever you're representing comes in
24      and says, oh, we've got these things going here,
25      these things going here.  Most of it I investigate,
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033652

USA_00021392

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 29 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 59 of 237
HEARING - Volume 1                                    APRIL 07, 2009

29

 1    and it doesn't pan out.

 2            I have actually had some people tell me,

 3    that, well, look at these all these signatures, they

 4    look the same; something went down and impersonated

 5    them and the election judge did this, that and the

 6    other.  I've never found one, and I've done hundreds

 7    of these.  Never ever found anybody impersonating

 8    anybody.

 9            REPRESENTATIVE HEFLIN:  What about

10    this person comes back and shows proper I.D. or

11    whatever they have to do to cure their ballot, so is

12    that ballot changed to a regular ballot then?

13            RANDALL BUCK WOOD:  It's done like a

14    provisional -- an ordinary provisional ballot

15    that -- see, most of the provisional ballots we get

16    now is because the voter registration roles are just

17    wrong.  I mean, it's nothing -- it's going to

18    happen.  I mean, it does happen.  It happens in

19    every election, in fact, every precinct.  It

20    gives -- that ballot then gets counted in --

21            REPRESENTATIVE HEFLIN:  Like a

22    (inaudible).

23            RANDALL BUCK WOOD:  -- and gets

24    included in the totals.

25            REPRESENTATIVE HEFLIN:  Now, one



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033653

USA_00021393

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 30 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 60 of 237
HEARING - Volume 1                                    APRIL 07, 2009

30

```
 1        thing that you said that I liked is we heard
 2        testimony last night that the -- the three states I
 3        mentioned don't have hard numbers on how many
 4        ballots were denied or made provisional because of
 5        voter I.D. or lack of identification.
 6                So by marking as a special provisional
 7        ballot for that purpose, then we could actually
 8        track who's actually doing that.
 9                        RANDALL BUCK WOOD:  You would be
10        able -- law enforcement -- I know there's been some
11        criticism of the A.G.'s office, because they've
12        spent a lot of money and they haven't had a lot of
13        results.
14                Local prosecutors -- it's true local
15        prosecutors don't do this, because they've got rapes
16        and murder and all this other stuff.
17                This would actually -- if you do it this
18        way, the local prosecutor as well as the Attorney
19        General will know who went to the polling place and
20        who wasn't entitled to vote.  And we would find out
21        within a few elections if this is really a problem,
22        because we'll be able to identify those individuals.
23        We'll be able to contact them.  We'll be able to see
24        if they were eligible to vote.  And we for the
25        first -- we'd be the first state in the nation, the
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033654

USA_00021394

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 31 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 61 of 237
HEARING - Volume 1                                    APRIL 07, 2009

31

1    first state in the nation, that can build a database

2    and say, "Here's what the problem is or isn't."  And

3    we would be able to do that, I suggest, within one

4    primary and one general election.

5              If we need this, fine.  If we don't, then

6    we don't need to be putting people through this.

7              The other thing I want to say is about

8    education.  The language in the Senate bill is

9    misleading.  And it -- it needs to be changed.  You

10   can frighten people away from the polls.  We know

11   this.  We had a sit -- situation in Dallas County

12   where back in the '80s the sheriff up there got kind

13   of interested and he thought there was a lot of

14   voter fraud going on.  So he made himself up a

15   placard and he put it in certain polling places.

16   And it -- everything on it was true.  It said,

17   "Voter fraud will be prosecuted by the D.A.'s

18   office, investigated by my office," and all this

19   stuff.  And he put it -- unfortunately for him, he

20   put it in the minority polling places.  That's the

21   only place he put it.  It had enormous impact.

22   People in that area went in and looked at that, and

23   they're not too sure -- people, many instances, not

24   absolutely sure they're in the right polling place.

25   They're not sure they didn't get -- maybe they



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006513

TX_00033655

USA_00021395

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 32 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 62 of 237
HEARING - Volume 1                                          APRIL 07, 2009

32

```
 1        didn't get their card this year.  Well, they just
 2        turned around and walked out.  If you put it
 3        outside, you'll scare them off.  They'll never even
 4        get in a polling place.  You'll scare a major
 5        percentage of people away from the polling place.
 6                You want to tell those people the truth,
 7        and that is they're going to be able to vote.  Now,
 8        the vote essentially may not count, but they're
 9        going to be able to vote.  We don't want to frighten
10        people from going to the polling places they're
11        qualified to vote.
12                     REPRESENTATIVE HEFLIN:  So you're
13        saying that the education process instead of a -- it
14        needs to be a process -- a voter enhancement process
15        where we encourage people if they have the right to
16        vote they should be voting, and that it will be
17        cured on the back end if they forgot their I.D. that
18        day?
19                     RANDALL BUCK WOOD:  You want to tell
20        them the truth.  If you come to the polling place
21        and you're qualified to vote, you're going to get to
22        vote.
23                     REPRESENTATIVE HEFLIN:  (Inaudible).
24                     RANDALL BUCK WOOD:  Now, it may turn
25        out that they're not qualified.  And I'm sure
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033656

USA_00021396

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 33 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 63 of 237
HEARING - Volume 1                                        APRIL 07, 2009

33

1      there's some people out there.  I don't find them,

2      but I'm sure there's some out there.  There's got to

3      be some.  And it's just like Representative Anchia

4      said, we found two or three in 50 years.  And -- but

5      most of the people that are turning up at the

6      polling places, I've had -- I've had people tell me,

7      oh, they know this -- this mother and father, and

8      he's not a citizen.  And sure enough, he's

9      registered.  He got caught in a voter registration

10     drive, and he's 75 years old.  But I go look, he

11     didn't vote.  It just -- it just don't do that.

12             I'm not saying it doesn't happen, but it

13     happens so seldom that I've never caught it.

14             CHAIRMAN SMITH:  Representative

15     Bonnen, Chairman Bonnen.

16             REPRESENTATIVE BONNEN:  I'm kind of

17     curious.  You said the Senate language was flawed

18     and that it would frighten people from voting, but

19     my understanding of the Senate language is it's

20     simply to explain and show them what identifications

21     would be acceptable.

22             And I guess the question I would ask you

23     is if we were to change or remove that language,

24     would you then not raise election questions about

25     any voter who's said, "Well, I wasn't aware of what



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033657

USA_00021397

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 34 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 64 of 237
HEARING - Volume 1                                          APRIL 07, 2009

34

 1      I needed to go vote"?

 2                     RANDALL BUCK WOOD:  As I understand

 3      what I'm proposing, those persons are going to be

 4      allowed to vote.  It may be a provisional special

 5      ballot, but they're going to be allowed to vote.

 6                     To tell them that they're not going to be

 7      able -- what that language does, it tells them if

 8      you don't have this identification, you're not going

 9      to be allowed to vote.

10                     REPRESENTATIVE BONNEN:  I think it

11      explains to them the process.

12                     RANDALL BUCK WOOD:  The --

13                     REPRESENTATIVE BONNEN:  And all I'm

14      asking is would you then not raise a challenge or a

15      contest for the voter who says, "I didn't know it.

16      I showed up and I cast a provisional ballot or no

17      ballot, because I didn't know I had to have an

18      electric bill with my address to be able to vote",

19      that we don't give them that information?

20                     RANDALL BUCK WOOD:  That person is

21      going to be allowed to vote.  You're not -- you need

22      to tell them, "You're going to be allowed to vote."

23      That's the first thing you need to tell them.

24                     REPRESENTATIVE BONNEN:  And I think

25      that's what the Senate language would allow for them



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033658

USA_00021398

35

```
 1     to be told.
 2                      RANDALL BUCK WOOD:  Well, the
 3     language that --
 4                      REPRESENTATIVE BONNEN:  I mean, I
 5     don't want --
 6                      RANDALL BUCK WOOD:  -- the language
 7     on the notice --
 8                      REPRESENTATIVE BONNEN:  Uh-huh.
 9                      RANDALL BUCK WOOD:  -- it doesn't say
10     anything like that.  It tells you basically, "If you
11     don't have this kind of information, you're not
12     going to be allowed to vote."  That's --
13                      REPRESENTATIVE BONNEN:  No, that's --
14     that -- no.  It makes it clear to them what you just
15     said, that they're going to be able to have a
16     provisional vote.
17                      RANDALL BUCK WOOD:  It does that, but
18     when you read it --
19                      REPRESENTATIVE BONNEN:  Whoa, whoa.
20     It does that.  Correct?
21                      RANDALL BUCK WOOD:  After it gets
22     done telling them about all this other information
23     that they have to have.
24                      REPRESENTATIVE BONNEN:  Well, all I'm
25     simply asking you is if that --
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033659

USA_00021399

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 36 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 66 of 237
HEARING - Volume 1                                    APRIL 07, 2009

36

 1                    RANDALL BUCK WOOD:  No.  I would not

 2       be able to bring a lawsuit, because I -- I -- my

 3       client would have been allowed to vote.  So --

 4                    REPRESENTATIVE BONNEN:  Well, your

 5       client would be allowed to vote under the current

 6       Senate language.

 7                    RANDALL BUCK WOOD:  It would never

 8       get counted and we would never know --

 9                    REPRESENTATIVE BONNEN:  I think

10       you're talking in a circle.  I mean, you just said

11       if the language were different they had be able to

12       provide a provisional ballot.

13                    RANDALL BUCK WOOD:  Special

14       provisional ballot.

15                    REPRESENTATIVE BONNEN:  Okay.  Well,

16       the Senate language would be -- explain to them that

17       they would be allowed to provide a provisional

18       ballot.  So it sounds like we're talking in a

19       circle.

20                    RANDALL BUCK WOOD:  The Senate

21       language, as I read it, the first impression that it

22       gives any voter is if I don't have this I'm not -- I

23       don't have this type of identification I'm not going

24       to be allowed to vote.  You then get down to the end

25       of it --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033660

USA_00021400

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 37 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 6 of 237
HEARING - Volume 1                                                    APRIL 07, 2009

37

 1              REPRESENTATIVE BONNEN:  So the voter

 2     would only read a small portion of the language is

 3     your testimony?

 4              RANDALL BUCK WOOD:  I think that

 5     language, if you -- if you set up a special

 6     provisional ballot so these people would be able to

 7     vote, you don't need that -- you don't need that

 8     education.

 9              REPRESENTATIVE BONNEN:  So you're

10     saying -- okay.  And I want to be clear about this.

11          So you're saying if we remove the language

12     which we do have provisional ballots, this bill

13     allows for provisional ballots, you wouldn't be

14     challenging anything because they weren't informed?

15              RANDALL BUCK WOOD:  Right now, today,

16     if I go in -- forget Senate Bill 362.

17              REPRESENTATIVE BONNEN:  But we are

18     talking about Senate Bill 362.  That's the problem.

19              RANDALL BUCK WOOD:  I understand.

20     But right now if I go in to vote I'm asked for my

21     driver's license, I'm asked for other information.

22     Sometimes I don't have my voter registration card,

23     but I'm allowed to vote.  The only difference would

24     be that these people would vote a special

25     provisional ballot.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033661

USA_00021401

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 38 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 68 of 237
HEARING - Volume 1                                    APRIL 07, 2009

                                                                    38

1                    REPRESENTATIVE BONNEN:  Right.

2                    RANDALL BUCK WOOD:  So if -- if

3        you're going to allow them to vote, you don't want

4        to tell them that they --

5                    REPRESENTATIVE BONNEN:  We're going

6        to allow them to vote.  And I just want to be

7        clear --

8                    RANDALL BUCK WOOD:  Your provisional

9        ballot --

10                   REPRESENTATIVE BONNEN:  -- language

11       is no problem for you in raising a contest?

12                   RANDALL BUCK WOOD:  No.

13                   REPRESENTATIVE BONNEN:  Okay.  So you

14       wouldn't do that in those terms?

15                   RANDALL BUCK WOOD:  No.  And --

16                   REPRESENTATIVE BONNEN:  Okay.  Also,

17       (inaudible) said that by -- Representative Heflin

18       raised the question about the two-day, and we had

19       very good discussion yesterday about the two-day

20       return to correct a provisional in -- in seven day

21       [sic] or how we would do it.  But you made the

22       comment that no one would ever be able to do that.

23       And we have no information on that.  But the

24       gentleman from Georgia actually supplied us some

25       exceptionally good information.  And it's as you



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033662

USA_00021402

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 39 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 69 of 237
HEARING - Volume 1                                              APRIL 07, 2009

39

```
 1      defined.  I mean, if we did it a certain way we
 2      would have it remedied in one primary, one general.
 3      Well, Georgia has had 16 elections under the voter
 4      I.D. process.  And in the general election -- I'm
 5      not going to get my percentage right, but it was
 6      .0003 or something were the number of provisional
 7      ballots due to I.D. or lack of I.D.  And it was
 8      about 1100 - I'm rounding my numbers - about 1100.
 9      And they actually had, I believe, from 250 to 290 or
10      so who did return within two days to show that
11      information.
12                  RANDALL BUCK WOOD:  Right.  I
13      understand that.
14                  REPRESENTATIVE BONNEN:  Well, but you
15      said that would never happen.
16                  RANDALL BUCK WOOD:  Two day -- well,
17      two days is such a short period of time you're going
18      to disenfranchise a significant number of people.
19                  REPRESENTATIVE BONNEN:  Well, a
20      significant number -- and we have fact basis in --
21      in actual variety in the State of Georgia and their
22      reaction and their response.
23                  Also, in the State of Georgia, they had
24      one of the highest turnouts in the history of the
25      state and one of the highest turnouts in the nation
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033663

USA_00021403

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 40 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 70 of 237
HEARING - Volume 1                                         APRIL 07, 2009

40

1      under the voter -- with the voter I.D. law in place.

2              And so I guess, you know, my concern is

3      that I want to address the issues.  I want to

4      address the problems.  And I wish -- you remember

5      the vote number there, Duane?  What was the vote

6      number in Georgia?  3.5 -- 3.9?  3.9 million voters?

7      Yeah.

8                      RANDALL BUCK WOOD:  I understand.

9                      REPRESENTATIVE BONNEN:  And so we had

10     1100, which only take -- one's too many.  I want to

11     be clear about that.  But the thing that I would

12     encourage us to do here today is let's talk

13     rationally, let's talk on the facts and on the

14     points.  And let's not talk with flowing and -- and

15     broad language, because to say no one is going to do

16     that, it -- it -- it doesn't get to the --

17                     RANDALL BUCK WOOD:  I would --

18                     REPRESENTATIVE BONNEN:  -- get to the

19     issue.

20                     RANDALL BUCK WOOD:  -- I would

21     respectfully suggest to you if that were doing --

22                     CHAIRMAN SMITH:  I'm sorry, but I

23     want to interrupt at this point in time.

24                     REPRESENTATIVE BONNEN:  (Inaudible).

25                     CHAIRMAN SMITH:  -- I'm sorry,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033664

USA_00021404

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 41 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 71 of 237
HEARING - Volume 1                                    APRIL 07, 2009

41

1      members of the audience, but it becomes --

2                        REPRESENTATIVE BONNEN:  Don't do

3      that.

4                        CHAIRMAN SMITH:  -- troublesome --

5                        REPRESENTATIVE BONNEN:  Yeah.

6                        CHAIRMAN SMITH:  -- if we're having

7      the reaction of the audience every time someone

8      makes a remark one way or the other.

9                        REPRESENTATIVE BONNEN:  Right.

10                       CHAIRMAN SMITH:  So if you would,

11     please, out of respect for the witnesses or the

12     Members --

13                       REPRESENTATIVE BONNEN:  Right.

14                       CHAIRMAN SMITH:  -- well, whether the

15     rule is --

16                       RANDALL BUCK WOOD:  (Inaudible).

17                       CHAIRMAN SMITH:  -- the rule is, --

18     and the Members agreed to this in advance, was that

19     we were going to allow the witness to make a

20     3-minute opening comment and then, of course, allow

21     the members of the legislature on this panel to ask

22     whatever questions they want of the witnesses.

23     Obviously did encourage the Members on the panel to

24     use their discretion.  And I think what we're doing

25     is we're fleshing out some of these issues with some



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033665

USA_00021405

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 42 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 72 of 237
HEARING - Volume 1                                    APRIL 07, 2009

42

```
 1          of these earlier witnesses.  And everybody in the
 2          audience receives the benefit of these questions.
 3          And as we work our way through the testimony,
 4          obviously, I don't anticipate that we'll have as
 5          many questions as we do of some of the earlier
 6          witnesses.
 7                        REPRESENTATIVE BONNEN:  (Inaudible).
 8                        CHAIRMAN SMITH:  With that, please
 9          continue.
10                        RANDALL BUCK WOOD:  There's two --
11                        REPRESENTATIVE BONNEN:  He was saying
12          something.  I want to let him finish his comment.
13                        UNIDENTIFIED REPRESENTATIVE:  Yeah.
14                        RANDALL BUCK WOOD:  There's two
15          things I would like to comment about on these other
16          statistics on these other states.  One, if you
17          really worked on it -- and I'm not saying just the
18          government, but if the individuals -- I mentioned
19          The League of Women Voters.  If they really worked
20          at it, I think Georgia would find they have not
21          1100, but maybe they have 25.  If you cut it off --
22          if you cut it off, you're -- those -- some people
23          are just not going to go back and do that.
24                    I'll make another point.
25                        REPRESENTATIVE BONNEN:  Wait a
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033666

USA_00021406

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 43 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 73 of 237
HEARING - Volume 1                                    APRIL 07, 2009

43

 1      minute.  Talk about that.  I don't see how you get

 2      to 2500 when we have the actual numbers.

 3                       RANDALL BUCK WOOD:  No, no.  I said

 4      25, not 2500.

 5                       REPRESENTATIVE BONNEN:  So you're

 6      saying only 25 votes?

 7                       RANDALL BUCK WOOD:  I'm saying -- I'm

 8      saying I can't find these kind of people that this

 9      voter identification is posed to -- I've never found

10      in all -- almost 40 years of practice --

11                       REPRESENTATIVE BONNEN:  Let me --

12                       RANDALL BUCK WOOD:  -- I'm not --

13                       REPRESENTATIVE BONNEN:  -- you're

14      (inaudible) the issue, though.

15                       RANDALL BUCK WOOD:  If you let these

16      people --

17                       REPRESENTATIVE BONNEN:  But you just

18      flipped the issue we were discussing.  I wasn't

19      talking about the number of people who shouldn't

20      have voted or voted fraudulently.  I was

21      discussing -- you earlier said no one would come

22      back, that all -- you know, numerous votes would be

23      tossed; you know, large numbers would be tossed.  I

24      was referring to the fact basis of numbers on what

25      the percentages and what the numbers were in Georgia



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033667

USA_00021407

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 44 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 74 of 237
HEARING - Volume 1                                      APRIL 07, 2009

44

 1     as to what does return and who is not being able to

 2     vote due to an I.D.  That's what I was referring to.

 3     I wasn't referring to whether they were fraudulent

 4     votes or not.

 5                   RANDALL BUCK WOOD:  Okay.  And I'm

 6     saying that if you spend enough time --

 7                   UNIDENTIFIED REPRESENTATIVE:

 8     (Inaudible).

 9                   RANDALL BUCK WOOD:  -- we don't have

10     forever.

11                   UNIDENTIFIED REPRESENTATIVE:

12     (Inaudible).

13                   RANDALL BUCK WOOD:  You -- I

14     believe -- because of my experience and on the

15     groundwork, I believe that you'll find that almost

16     none of those that were finally rejected really

17     should have been rejected.

18                   REPRESENTATIVE BONNEN:  You're

19     saying --

20                   RANDALL BUCK WOOD:  I don't think

21     there's really a problem, but I think we ought to

22     find out.  Me saying it -- somebody says there is a

23     problem; I say there isn't a problem.  It doesn't

24     get us anywhere.  It doesn't get us anywhere.

25                   Now, the other thing I want to mention



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033668

USA_00021408

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 45 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 75 of 237
HEARING - Volume 1                                    APRIL 07, 2009

45

1      because you -- you ballot it up, these statistical

2      comparisons --

3                     REPRESENTATIVE BONNEN:  I'm not

4      giving you comparisons.  I'm just --

5                     RANDALL BUCK WOOD:  Okay.  You

6      mentioned the fact that voter turnout actually was

7      higher than it was in the previous elections.

8      That -- considering --

9                     REPRESENTATIVE BONNEN:  Highest in

10     the country, quite frankly.

11                    RANDALL BUCK WOOD:  -- that that

12     is -- that is -- no statistician would ever rely on

13     anything like that, because elections -- every

14     election is different.  You have different

15     candidates.  I suggest to you that one election to

16     another cannot be compared.  You don't know how many

17     people would have voted --

18                    REPRESENTATIVE BONNEN:  You didn't --

19                    RANDALL BUCK WOOD:  -- you don't know

20     that.

21                    REPRESENTATIVE BONNEN:  And that

22     comment was made by a gentleman yesterday, and I

23     think it was a great comment to make.  And I asked

24     him, and I'll ask you.  So, then, are we going to

25     agree that you then at the same -- if we accept that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033669

USA_00021409

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 46 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 70 of 237
HEARING - Volume 1                                    APRIL 07, 2009

46

```
1     argument as to how you can't, as you just stated,

2     know how many would have voted had there not been

3     voter I.D. and that there is so many different

4     factors and you can't just look at just that

5     election and come up with that statistical

6     information, than just that, that there's so many

7     factors, that then you can't make the same argument

8     that is frequently made, the voter I.D. in turn has

9     suppressed or would suppress a vote?  Because the

10    argument is -- the argument is there's numerous

11    factors.

12              So would you agree that we'll just --

13    we'll just concede that argument to each other?

14                    RANDALL BUCK WOOD:  Yes.

15                    REPRESENTATIVE BONNEN:  Fair enough.

16                    RANDALL BUCK WOOD:  I think

17    statistical analysis of turnout is meaningless.  In

18    fact, the United States Supreme Court in the Indiana

19    case basically said that.  They said, you know, this

20    is interesting, but it doesn't tell us anything.

21                    REPRESENTATIVE BONNEN:  I've done

22    this.

23                    CHAIRMAN SMITH:  Representative

24    (inaudible).

25                    UNIDENTIFIED REPRESENTATIVE:  Buck,
```



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033670

USA_00021410

Case 2:13-cv-00193  Document 663-11  Filed on 11/11/14 in TXSD  Page 47 of 113
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 77 of 237
HEARING - Volume 1                                              APRIL 07, 2009

47

1     how are you?

2                RANDALL BUCK WOOD:  I'm doing fine.

3                UNIDENTIFIED REPRESENTATIVE:  I want

4     to touch on two things.  The one is the ballot by

5     mail, because I've served on this Committee for four

6     terms, and on one hand you have a group that says,

7     well, it's all in the ballot by mail.  Then when we

8     try to do something in ballot by mail; we say, well,

9     there is no problem.  You're in search of a problem

10    that doesn't exist.  We don't get anything done on

11    ballot by mail.

12               RANDALL BUCK WOOD:  Well, I'm not one

13    of those that tells you that.

14               UNIDENTIFIED REPRESENTATIVE:  I know

15    it.  But yesterday we heard testimony that ballot by

16    mail is not even an issue.  And -- but -- but you

17    said something that was interesting a minute ago,

18    you said it's organized.  And I want to explore what

19    you meant by the term it's organized.

20               When you were talking about ballot by mail

21    you paused for a moment and you said, "It's

22    organized", and you kind of took a step back.

23               Tell us what that means, it's organized.

24               RANDALL BUCK WOOD:  Individuals in

25    many instances get paid by candidates -- this is



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033671

USA_00021411

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 48 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 78 of 237
HEARING - Volume 1                                          APRIL 07, 2009

48

```
 1        almost always a local issue.  Nobody does this to
 2        affect a Governor's race or even a state Senator
 3        race maybe, certainly no statewide races.  It's
 4        about local issues, local candidates.  There's
 5        people that get paid to do this.  We -- we know
 6        that.  I've fleshed them out all over the State.
 7        Some of them do it out of -- on -- as part of just
 8        their politics, but many of them get paid.  They
 9        maintain contact with elderly people in nursing
10        homes, in their homes, and they maintain that
11        contact all the time.  And if I'm running for county
12        judge - and I did one of these on a county judge
13        election contest - I go and hire these -- these
14        people that do this.  And they go to the clerk's
15        office, and they find out when ballots are mailed
16        out to these elderly individuals.  And they go to
17        their house.  And many times they vote for them and
18        sometimes they just take the ballot.  In many
19        instances, they tell them who to vote for.  It's
20        totally unsupervised.  It's not like a polling place
21        where you've got an election judge standing there.
22        It's totally unsupervised.  It happens.  In nursing
23        homes -- I've seen entire nursing homes canvassed by
24        these people.  And when I say it's organized, it is.
25        And I'm talking about, you can -- you can -- a
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033672

USA_00021412

Case 2:13-cv-00193   Document 663-11   Filed on 11/11/14 in TXSD   Page 49 of 113
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-1   Filed 06/20/12   Page 79 of 237
HEARING - Volume 1                                              APRIL 07, 2009

49

1    thousand votes is nothing in what these people can

2    do.

3            They should be prosecuted.  It's hard to

4    do, but it should be done.  But, you know -- I'm not

5    going to tell you which county, but I found a county

6    in east Texas where a nursing home -- you know, they

7    had the highest voter registration than any group in

8    the country.  Everyone in the nursing home --

9    nursing home was voting.  And it was -- people

10   didn't even know -- they didn't know what was going

11   on.  It was pathetic.

12           But some candidates will go to that

13   length, because they think it's going to be a close

14   race.  They'll do it.

15                   UNIDENTIFIED REPRESENTATIVE:  Buck,

16   that's -- you know, that's referred to -- we've

17   referred it -- referred to it as vote harvesting,

18   where you actually go out and sell a vote, you help

19   people with the application, you help people vote

20   the ballot, you get paid by -- by vote -- by

21   candidates.

22                   RANDALL BUCK WOOD:  Yes.

23                   UNIDENTIFIED REPRESENTATIVE:  And I

24   agree that that is a big source of voter fraud.  But

25   what we've found out from the testimony yesterday is



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033673

USA_00021413

Case 2:13-cv-00193  Document 663-11  Filed on 11/11/14 in TXSD  Page 50 of 113
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 80 of 237
HEARING - Volume 1                                    APRIL 07, 2009

50

```
 1    that D.A.s don't prosecute it.  You know why?
 2    Because if they're Republican, they get blasted by
 3    the Democrats, and if they're a Democrat, they get
 4    blasted by the Republicans.  So the reason we
 5    can't -- we can't -- at least according to the
 6    testimony we heard yesterday, one of the reasons we
 7    can't prosecute this voter fraud is because it's so
 8    politically sensitive.  These district attorneys get
 9    blasted from both sides.
10                RANDALL BUCK WOOD:  That's true.
11                UNIDENTIFIED REPRESENTATIVE:  And so
12    what voter I.D. is seeking to do is kind of separate
13    the issue.  Yes, we have an issue with mail --
14    ballot by mail, I agree.
15                On the voter -- on the photo I.D., we --
16    you could argue almost to some degree that we're
17    trying to make it easier, because I cannot keep up
18    with that voter registration card.  And I bet if I
19    asked for a show of hands, it is very, very
20    difficult to keep up with that card.
21                What we're saying with this Senator bill
22    is that you don't even need the card.  Just go and
23    present your official form of I.D.- I think there's
24    about five or more - and you're going to vote.  No
25    keeping one card.  No -- no figure out where you put
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033674

USA_00021414

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 51 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 81 of 237
HEARING - Volume 1                                    APRIL 07, 2009

51

1    it or finding it on election day.  You merely go and

2    present that card.

3         Now, if we could help people -- this

4    percentage of people who don't have access to a

5    card, what if we could help them through mobile

6    evidents or through -- through free cards?  What if

7    we could help identify people who may be at risk for

8    not having this photo I.D.?  If we could help them

9    get that, would that allay your fears about this

10   particular requirement?

11                RANDALL BUCK WOOD:  What I'm

12   concerned about -- and I'm not speaking to you.  I'm

13   speaking to -- about registrars, election officials

14   in county by county.  The Senate bill actually

15   provides some money for these people to get out

16   there and tell people about this.

17         The way that language is going to be used

18   is critical.  And it will -- if it's not

19   extremely -- it's not -- shall be very, very

20   carefully drafted, it will scare people away from

21   the polls.  I mean, it just does.

22         I don't have a driver's license.  Well,

23   telling me that somehow or the other -- you know,

24   I -- I hear this probably -- I find out about

25   this -- I hear on the radio, maybe I get an



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033675

USA_00021415

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 52 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 82 of 237
HEARING - Volume 1                                          APRIL 07, 2009

52

1      incomplete version of it, and I think, well, I don't

2      have a driver's license; I can't vote.  It's not

3      true.  You are going to be allowed to vote.  We need

4      to make certain that they understand if they go to

5      the polling place they're going to be allowed to

6      vote.

7               And you can talk about how to get more

8      identification and so forth.  But don't scare the

9      voter away from the polling place with a sign out in

10     front of it that says, "Here's what you've got to

11     have".

12              Now, down here at the bottom you may say

13     you may vote a provisional ballot, but right now

14     that's pretty meaningless.  We need to make it

15     meaningful in such a way that if they do vote, it

16     gets counted if we can supply that information.  And

17     I don't know what Georgia does about how long third

18     parties -- to contact people if they make that

19     information to them so that third parties have --

20     contact those individuals and say, "Do you have an

21     electric bill," do you have this or do you have

22     that.

23              We don't -- we don't have that ability

24     right now, because we don't know who's being turned

25     away because of identification and will not under



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006534

TX_00033676

USA_00021416

Case 2:13-cv-00193   Document 663-11   Filed on 11/11/14 in TXSD   Page 53 of 113
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-1   Filed 06/20/12   Page 83 of 237

HEARING - Volume 1                                        APRIL 07, 2009

53

1       the Senate bill the way it's written.

2                    UNIDENTIFIED REPRESENTATIVE:  Well,

3       and -- and I want to leave you with one comment.  We

4       also heard testimony from one of the folks yesterday

5       that the former mayor of Georgia, Andrew Young of

6       Atlanta, said upon reflection that perhaps this is

7       not necessarily a bad idea, because as we help

8       people get photo I.D.s we help them enter the

9       mainstream, and we help them become more prosperous,

10      and we help them grow as individuals.  So -- so

11      maybe there -- maybe there is room in this bill

12      where -- with -- where we help everyone, addressing

13      your concern about people who maybe have access

14      issues about getting a photo I.D., but at the same

15      time understanding that as we help people get a

16      photo I.D. we actually help them proactively become

17      more successful in -- in our society.  And I

18      think --

19                    RANDALL BUCK WOOD:  I have no

20      objection whatsoever over a period of time trying to

21      make sure that people have photo I.D.s.

22                    What I am most concerned about is in

23      the -- in the meantime -- let's take the next

24      election, 2010 or the Presidential elections in

25      2012.  We are not going to have those people --



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006535

TX_00033677

USA_00021417

Case 2:13-cv-00193  Document 663-11  Filed on 11/11/14 in TXSD  Page 54 of 113
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 84 of 237
HEARING - Volume 1                                    APRIL 07, 2009

54

```
1     everybody have a photo I.D. during that period of
2     time.  It's just too quick.
3              I have no objection to encouraging people
4     to get a photo I.D.  In fact, if the Feds have their
5     way about it, by 2016 everybody that's got a Social
6     Security is going to have a photo I.D.
7                   UNIDENTIFIED REPRESENTATIVE:  I think
8     everyone on this Committee is really sensitive about
9     the photo I.D and helping people get it and giving
10    access issues.  And we've kicked around some ideas
11    about maybe allowing for two-year implementation
12    where you have two full years to help people get an
13    I.D.  It's just one of the concepts; not necessarily
14    that it would be adopted, but I just want to let you
15    know the Committee is sensitive.  Everyone on this
16    Committee is trying to figure out a way -- you know,
17    a solution that everyone can live with.  And I want
18    to thank you for your testimony.
19                   RANDALL BUCK WOOD:  Okay.  Unless
20    somebody has --
21                   CHAIRMAN SMITH:  Representative
22    Brown?
23                   REPRESENTATIVE BROWN:  Hi, Mr. Wood.
24         Could we back up to the beginning of your
25    testimony?
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033678

USA_00021418

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 55 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 85 of 237
HEARING - Volume 1                                        APRIL 07, 2009

55

```
 1              Are you for this bill?
 2                   RANDALL BUCK WOOD:  I wouldn't -- I
 3      would support --
 4                   REPRESENTATIVE BROWN:  You've
 5      testified long --
 6                   RANDALL BUCK WOOD:  -- as I have
 7      proposed, I would support a bill.  The bill as it is
 8      right now, no, I do not support it as it's written
 9      right now.
10                   REPRESENTATIVE BROWN:  Okay.
11                   RANDALL BUCK WOOD:  I think it can be
12      amended --
13                   REPRESENTATIVE BROWN:  The sheet you
14      filled out, did you say for or against?
15                   RANDALL BUCK WOOD:  Against.
16                   REPRESENTATIVE BROWN:  Against.
17                   RANDALL BUCK WOOD:  On 362 as it's
18      written now, against.
19                   REPRESENTATIVE BROWN:  Okay.  Well,
20      that makes more sense to me from what you've said.
21              As I understand your testimony, you've
22      said, "I don't believe there's any voter fraud; I
23      don't believe there's any fraud in registration."
24                   UNIDENTIFIED REPRESENTATIVE:  No.
25                   RANDALL BUCK WOOD:  I didn't say
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033679

USA_00021419

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 56 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 86 of 237
HEARING - Volume 1                                    APRIL 07, 2009

56

1      that.

2                    REPRESENTATIVE BROWN:  Now, wait a

3      minute.  You refuted everything that was presented

4      about the -- the fraud in voting or in registration,

5      saying that it was done accidentally or

6      inadvertently somebody did something, not

7      intentional and so on.

8                    RANDALL BUCK WOOD:  Well, we're

9      talking about -- I think --

10                   REPRESENTATIVE BROWN:  That's been

11     your test -- testimony so far.

12                   RANDALL BUCK WOOD:  I disagree with

13     that.  That's not what I said.

14           I said that there are people who go to the

15     polls who believe they're entitled to vote that

16     particular precinct in a particular county, and

17     they're not really entitled to.  They are really not

18     residents of that area or that precinct.

19                   REPRESENTATIVE BROWN:  Uh-huh.  Okay.

20                   RANDALL BUCK WOOD:  But they

21     generally don't do that for fraudulent purposes.

22     They actually believe and they sign the affidavit --

23     they believe that they're entitled to vote in that

24     precinct.

25           When I said -- was asked if there's fraud,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033680

USA_00021420

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 57 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 8 of 237
HEARING - Volume 1                                    APRIL 07, 2009

57

1          I said yes, there's fraud.  I don't consider it to

2     be fraud for someone to mistakenly go into the wrong

3     precinct.

4                    REPRESENTATIVE BROWN:  And I don't

5     really consider that fraud, either.

6               So you're saying there's no intentional

7     fraud in --

8                    RANDALL BUCK WOOD:  In most of these

9     instances, no.

10                   REPRESENTATIVE BROWN:  How is that

11    different from what I just present -- well, never

12    mind.

13              Anyway --

14                   UNIDENTIFIED REPRESENTATIVE:

15    Possibly clarify.  I think -- are you talking about

16    in person fraud versus -- you earlier, I think, made

17    it perfectly clear that you believe there's

18    organized fraud with regard to absentee ballots.

19                   RANDALL BUCK WOOD:  Yes.  I'm talking

20    about people that walk into the polling place and

21    want to vote.

22                   REPRESENTATIVE BROWN:  Uh-huh.

23                   RANDALL BUCK WOOD:  I seldom -- I --

24    I just -- I don't find any fraud there.  I mean,

25    it's -- I've never seen anybody impersonate anyone



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033681

USA_00021421

Case 2:13-cv-00193  Document 663-11  Filed on 11/11/14 in TXSD  Page 58 of 113

 1      else.  I read in an article that a deceased -- you

 2      see this, a daughter voted for her mother who was

 3      deceased.  And I have no doubt that something like

 4      that occurs now and again.  I just simply, after

 5      hundreds of -- I've never found out that it was

 6      true.  And -- and I agree that there's one out

 7      there.

 8                  But people present themselves at a polling

 9      place and they want to vote, and they really believe

10      they're entitled to vote there.

11                  REPRESENTATIVE BROWN:  Are you aware

12      that we heard this gentleman quoted over and over

13      yesterday in our -- in our hearings that works for

14      the D.A. in Harris County, and he -- and he said

15      that it was virtually impossible to prosecute

16      without a confession in voter fraud?  The person

17      comes in, votes and leaves and disappears, and it's

18      virtually impossible to prosecute.  So we had

19      example after example of how hard it is to track

20      voter fraud down.  I mean, it's just almost

21      impossible.  And then you add to that the reluctance

22      of D.A.s to -- you know, to not -- to take their

23      time and efforts away from prosecuting murder,

24      rape -- you know, all the violent crimes.  And so

25      it's easier to understand.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033682

USA_00021422

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 59 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 89 of 237
HEARING - Volume 1                                          APRIL 07, 2009

59

1              But one question for you.  Don't you think

2        it's a little naive of us -- well, just think about

3        the last election and all the -- the revelations

4        there were about what ACORN was doing with going --

5        registering so many people that were not eligible to

6        vote.  Don't you think that it's a little naive of

7        us to think that all of this fraud is going in

8        registration and yet these people are not reaching

9        the polls?  I -- I -- do you think --

10             RANDALL BUCK WOOD:  That's been my

11       experience.  It's been my experience that they don't

12       go vote.  And I think it was the experience -- they

13       do not go vote.

14             Voter registration drive, when you pay

15       people by the -- as ACORN was doing, when you pay

16       them by their name, you're just inviting people to

17       put a bunch of people on the rolls that -- that

18       either -- maybe they were eligible, but they really

19       didn't register.  And I have not -- I've found

20       people on voter registration rolls that were clearly

21       ineligible to vote.

22             I have never found one that went and

23       voted.  I'm saying that someone might lead them to

24       believe that they're eligible to vote and they may

25       go vote.  But people who know they're ineligible,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033683

USA_00021423

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 60 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 90 of 237
HEARING - Volume 1                                    APRIL 07, 2009

                                                              60

 1      they just don't vote.  They -- you know, you're --
 2      you -- you're talking about something that I've been
 3      doing almost 40 years.
 4                   CHAIRMAN SMITH:  Okay.  Members of
 5      the audience --
 6                   REPRESENTATIVE BROWN:  Thank you.
 7                   CHAIRMAN SMITH:  -- I think this
 8      could go on all night long.  I just want to make it
 9      perfectly clear, I don't -- didn't mind -- you can
10      make whatever grimace with your face you wish to
11      make.  Make whatever facial expression you wish to
12      make in reaction to the testimony, but please do not
13      make any noise in response to the testimony.  I
14      think it's rude and it's offensive.  And -- and we
15      need to be respectful of -- of --
16                   UNIDENTIFIED REPRESENTATIVE:
17      (Inaudible).
18                   CHAIRMAN SMITH:  -- every witness,
19      whatever their opinion is, treat everybody the same,
20      give them the opportunity to speak, regardless of
21      whether they represent the majority of views in the
22      audience.
23                   Representative -- Vice Chairman Pena.
24                   VICE CHAIR PENA:  Good afternoon,
25      Mr. Wood.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033684

USA_00021424

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 61 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 91 of 237
HEARING - Volume 1                                    APRIL 07, 2009

61

1              RANDALL BUCK WOOD:  Yes.

2              VICE CHAIR PENA:  How are you?

3          I've seen your name around the courthouse.

4     I've heard your name around the courthouse in south

5     Texas.  You've tried cases in the Valley.

6              RANDALL BUCK WOOD:  Yeah.  I've tried

7     cases -- I never tried one in Del Rio, but I've

8     tried them in every border county from Cameron to

9     Laredo.

10             VICE CHAIR PENA:  And typically these

11    are losing candidates who hire you trying to look

12    for some sort of voter fraud, some way to overturn

13    the election.  Is that correct?

14             RANDALL BUCK WOOD:  I sometimes get

15    hired on the winning side, but most of mine actually

16    comes from the losing side, that's correct.

17             VICE CHAIR PENA:  But nevertheless,

18    there's some sort of incentive for you to find fraud

19    if it's there or if it's not?

20             RANDALL BUCK WOOD:  Certainly,

21    because in -- in many of these elections there are

22    ten or 15-vote difference.

23             VICE CHAIR PENA:  Right.

24             RANDALL BUCK WOOD:  So we look.  And

25    amazingly enough -- I think you know this, and it's



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033685

USA_00021425

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 63 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 92 of 237
HEARING - Volume 1                                        APRIL 07, 2009

62

```
 1      true.  I grew up over in east Texas.  People know
 2      people.
 3                     VICE CHAIR PENA:  Right.
 4                     RANDALL BUCK WOOD:  And every --
 5      you've got somebody in everybody's camp in each of
 6      little community, each little segment of the
 7      community who's supporting your candidate.  And they
 8      know whether these people are eligible to vote or
 9      not and have questions about it.  And I get a lot of
10      leads.
11                     VICE CHAIR PENA:  Right.
12                     RANDALL BUCK WOOD:  And I investigate
13      them.  I'm telling you I don't find any.
14                     VICE CHAIR PENA:  And the description
15      of -- you made of the mail-in ballot problem, that's
16      real, is it not?
17                     RANDALL BUCK WOOD:  It is.
18                     VICE CHAIR PENA:  Okay.
19                     RANDALL BUCK WOOD:  I think it's
20      better now than it was seven or eight years ago.
21                     VICE CHAIR PENA:  Right.  After
22      Woolens (phonetic)) I noticed that it decreased --
23      mail-in ballots, at least in my county, decreased.
24      And I take that as a response to the -- to the bill
25      that Representative Woolens passed.  Is that your --
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033686

USA_00021426

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 63 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 93 of 237
HEARING - Volume 1                                    APRIL 07, 2009

63

 1              RANDALL BUCK WOOD:  It helped.

 2              VICE CHAIR PENA:  It did help.

 3         But that -- that is offensive.  And many

 4    of the people here are from my community, and I'm

 5    sure we're going to hear things about that.  But --

 6    but in the Valley with all of the allegations of

 7    corruption and voter -- voter fraud, have you ever

 8    found a voter impersonation product?

 9              RANDALL BUCK WOOD:  No.  And I have

10    had people come and tell me, "I want to look at all

11    these signatures on this list.  It looks like one

12    person signed all these names."

13         Well, of course, if I've got a ten-vote

14    election and there's 20 signatures out there that

15    look strange, we're going to talk to all 20 of these

16    people.  And we do.  And I have never found an

17    impersonation.

18              VICE CHAIR PENA:  And I'm sure in --

19    living in my community where there are Mexicans

20    living with -- Mexican Americans living with Anglo

21    Americans there's always allegations that Mexicans

22    are voting.  Do you hear that?

23              RANDALL BUCK WOOD:  Mexicans are

24    voting?  Mexican citizens?

25              VICE CHAIR PENA:  Mexican citizens.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033687

USA_00021427

Case 2:13-cv-00193  Document 663-11  Filed on 11/11/14 in TXSD  Page 64 of 113
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 94 of 237
HEARING - Volume 1                                    APRIL 07, 2009

64

```
 1              RANDALL BUCK WOOD:  I've never found
 2    one.  I'm not saying that it doesn't happen.  I'm
 3    just saying I've never found one.
 4              VICE CHAIR PENA:  You've never found
 5    one.
 6              RANDALL BUCK WOOD:  And I can assure
 7    you in many election contest -- I've tried them in
 8    Cameron County, I've tried them in Hidalgo County,
 9    Starr -- you just go right up the border.  Even in
10    (inaudible) Brooks, Crystal -- Zavala, Zapata.  I
11    have never found anyone impersonating anyone, and
12    I've never found a non-citizen that actually voted.
13              VICE CHAIR PENA:  Okay.
14              RANDALL BUCK WOOD:  I've found
15    them -- they were registered.  But I've not found
16    those people that were voting.
17              VICE CHAIR PENA:  So although you
18    recognize, as I do, that the reality that there is
19    dirty politics or voter fraud on occasion, when it
20    comes to voter impersonation, you've not seen that
21    as (inaudible)?
22              RANDALL BUCK WOOD:  And it's
23    something that -- that I've looked for.  And I
24    didn't even realize that this impersonation issue
25    until recently was a big issue, because it -- it's
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033688

USA_00021428

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 65 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 95 of 237
HEARING - Volume 1                                        APRIL 07, 2009

65

```
 1        just -- it's just -- it just doesn't happen.
 2                    VICE CHAIR PENA:  Okay.  And --
 3                    RANDALL BUCK WOOD:  I realize that
 4        somebody like that woman that went in and voted for
 5        her mother, I'm sure that happens here and there.
 6        But you're probably talking about a handful
 7        statewide.
 8                    VICE CHAIR PENA:  Okay.  And, again,
 9        with regards to Senate Bill 362, do you see anything
10        addressing voter impersonation?
11                    RANDALL BUCK WOOD:  Well, I
12        understand that it's supposed to do something about
13        it, but I -- I think the way it goes about it is
14        wrong.
15                    VICE CHAIR PENA:  And how is that?
16                    RANDALL BUCK WOOD:  Because the
17        educational effort in order to try to get people to
18        have cards -- and I agree with Representative Bohac,
19        I think it's a good idea if everybody had a card.  I
20        kind of like the idea of having to have papers like
21        they do in Europe.  You know, they've got to carry
22        around a card.  But -- for voting and other
23        purposes, it's helpful.  And I would like to see
24        everybody that has a Social to have a card.
25                    I'm concerned, very concerned, that the
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033689

USA_00021429

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 66 of 113

66

```
 1        way Senate Bill 362 is presently written, in its
 2        educational efforts, the education is actually going
 3        to leave people with the impression that if they
 4        don't have this identification they're not going to
 5        be allowed to vote.  And that's -- that is -- that's
 6        much more damaging.
 7                 Let's get them into the polling place,
 8        find out who they are, and find out if they are, in
 9        fact, voting and they're not -- they're not legal or
10        they -- maybe there's an impersonation out there
11        every once in a while.
12                 VICE CHAIR PENA:  Okay.
13                 RANDALL BUCK WOOD:  Let's get them in
14        the polling place, let them vote, count their vote
15        if they're legal.
16                 VICE CHAIR PENA:  I think I misspoke
17        in my question.
18                 What I meant was with regards to the
19        mail-in ballot problem and all the other dirty
20        politics that you see, does Senate Bill 362 address
21        that?
22                 RANDALL BUCK WOOD:  No, it does not.
23                 VICE CHAIR PENA:  Thank you very
24        much.
25                 CHAIRMAN SMITH:  It may be a relief
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033690

USA_00021430

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 67 of 113

67

1     to the audience to -- to be told that the Members

2     are far less inquisitive once the cameras leave.

3                   Representative Heflin.

4                   REPRESENTATIVE HEFLIN:  Just to clear

5     a couple of points.  Let me say the point I was

6     trying to make on the provisional ballots is if we

7     go five days as opposed to two, you nearly double

8     the amount of people that clear up their -- their --

9     their ballots or count.  So that was a question I

10    had.

11                  Now, you say that -- why -- why is voter

12    fraud more prevalent in mail-in ballots?  Is it

13    because it's easier to do?

14                  RANDALL BUCK WOOD:  It's

15    unsupervised.

16                  REPRESENTATIVE HEFLIN:  And what --

17    and what --

18                  RANDALL BUCK WOOD:  And it allows

19    people to --

20                  REPRESENTATIVE HEFLIN:  Impersonate

21    50 people to be effective.

22                  RANDALL BUCK WOOD:  They don't

23    impersonate people.  These people actually exist.

24    They go and actually -- I remember one time in

25    Beeville -- I had a contest in Bee County.  And I



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006549

TX_00033691

USA_00021431

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 68 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 98 of 237
HEARING - Volume 1                                    APRIL 07, 2009

68

```
 1     had where the ballots -- they were following the

 2     mailman around.  And when he would go to the

 3     mailbox, they would go take the ballot out of the

 4     mailbox and vote.

 5                  REPRESENTATIVE HEFLIN:  Let me -- let

 6     me ask you this last question then.  In Texas was

 7     there an organized effort by ACORN to operate here

 8     in Texas, or was that strictly in other states?

 9                  RANDALL BUCK WOOD:  It certainly

10     wasn't in Texas.

11                  REPRESENTATIVE HEFLIN:  It wasn't?

12                  RANDALL BUCK WOOD:  Yeah.  And we --

13     not to ever have voter registration being done on a

14     piecemeal basis.

15            In other words, paying by the name, I

16     don't care whether it's ACORN or who it is, it

17     done -- you'll get -- you'll get fraud in there.

18                  REPRESENTATIVE HEFLIN:  Thank you

19     very much.

20                  RANDALL BUCK WOOD:  Okay.

21                  REPRESENTATIVE HEFLIN:  We appreciate

22     your testimony.

23                  CHAIRMAN SMITH:  Representative

24     Bohac?

25                  REPRESENTATIVE BOHAC:  I want to come
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033692

USA_00021432

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 69 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 99 of 237
HEARING - Volume 1                                    APRIL 07, 2009

69

1      back to just a couple of things.

2              I have heard oftentimes that there would

3      be in the poll book where you would have one person

4      and you would see kind of a repeating signature.

5      Now, you've prosecuted or defended, or whichever

6      side of the aisle, a number of these lawsuits.  Have

7      you ever seen a poll book which appeared to be a

8      person who signed -- there was one person who signed

9      multiple times as if they were different people?

10             RANDALL BUCK WOOD:  Yes, I have seen

11     that.

12             REPRESENTATIVE BOHAC:  That's voter

13     impersonation.

14             RANDALL BUCK WOOD:  No, it isn't.

15     The person actually went and voted.  I went and took

16     that poll list and it looked -- the problem to me is

17     that probably somebody signed in a number of people.

18             So I went to those people. And it turns

19     out -- you know what it was?  Somebody thought they

20     were being helpful in the polling place and one of

21     the election officials wrote those names or those

22     signatures in.  I -- I've never seen it done

23     otherwise.

24             REPRESENTATIVE BOHAC:  (Inaudible).

25             RANDALL BUCK WOOD:  I -- I -- listen,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033693

USA_00021433

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 70 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 100 of 237
HEARING - Volume 1                                        APRIL 07, 2009

70

1     that's one of the things -- you show me a poll

2     that's like that, I get really excited.  But I know

3     if I call that person in and put them on the stand,

4     I've got to go do some investigation or have

5     somebody go do investigation.  And when you go out

6     and check it, I've never found it.

7                    REPRESENTATIVE BOHAC:  So it's your

8     testimony that the voting clerk was being helpful to

9     the person by signing their name in the poll book?

10                   RANDALL BUCK WOOD:  In that

11    particular instance, that's exactly what they were

12    doing.

13            I don't know -- we don't have -- one of

14    the things -- this is -- I know this is not you

15    all's issue.  But we're having fewer and fewer

16    people that are willing to work in polling places.

17    It used to be that you were having the same people

18    working every time.  I used to be election judge.  I

19    haven't done it in a number of years.  Especially in

20    urban areas you can't find anybody to do it.  We've

21    got people that are going to be telling people

22    things that have never worked in a polling place

23    before.  And that person that did that, I don't know

24    why they did it.  I didn't try to get them

25    prosecuted, but they shouldn't have been doing it.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033694

USA_00021434

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 71 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 101 of 237
HEARING - Volume 1                                    APRIL 07, 2009

71

1    But they did it.  But when we went and interviewed

2    those people, they were absolutely convincing.  They

3    would have convinced a jury, judge or anybody else,

4    I went down and I voted and this is my mother; she

5    went with me.

6              I mean, it just -- we have uneducated

7    people in our polling places to -- in lots and lots

8    of places.

9                    REPRESENTATIVE BOHAC:  Well, I'll

10   accept your explanation.

11             I'm going to pivot for just a moment on

12   the education front.  You saw how quickly the

13   Chairman laid out the bill.  He said on one hand you

14   can show a photo I.D.  On the other hand, if you

15   don't have this, you have to show two forms of

16   non-photo I.D.  And you're saying that that --

17   educating the public about those requirements would

18   be almost insurmountable?

19                    RANDALL BUCK WOOD:  No.  I think if

20   you start out with your voter education and you

21   don't let people tell people that they've got to

22   have that, I mean, that is a real problem.  I know

23   what's going to happen.  There is going to be

24   television heads in major markets that says you've

25   got to be able to have this information in order to



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033695

USA_00021435

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 72 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 102 of 237
HEARING - Volume 1                                        APRIL 07, 2009

72

```
 1      be able to vote.  There -- it's going to be there.

 2      And we're going to have a registrar, believe me,

 3      that are going to get -- put information out like

 4      that.

 5              We -- we need to circumscribe that as best

 6      we can so that the person knows if they go to the

 7      polling place they're going to be able to vote.

 8      Now, if they're not qualified, their vote's not

 9      going to count.  But they're going to be able to

10      vote.

11              And by the way, I know that it was

12      mentioned about the fact -- fact about carrying a

13      voter registration card around with them.  I carry

14      mine 100 percent of the time.  Most people don't.

15      Well, they also don't carry electric bills; they

16      don't carry hardly any of that information that's

17      there.  They just don't have it.  If they don't have

18      a driver's license, generally they have maybe a

19      Social Security card or something, but they don't

20      have the information.  I want it clear if those

21      persons are really qualified to vote, they get to

22      vote.  And if they get to vote, they get -- their

23      vote is counted.

24                      UNIDENTIFIED REPRESENTATIVE:

25      (Inaudible).
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033696

USA_00021436

Case 2:13-cv-00193  Document 663-11  Filed on 11/11/14 in TXSD  Page 73 of 113
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 103 of 237
HEARING - Volume 1                                    APRIL 07, 2009

73

1              UNIDENTIFIED REPRESENTATIVE:  I want

2        to -- I'm not going to ask you anymore questions,

3        Buck.  But you are really an important witness.  We

4        rarely get someone like you who knows the inside of

5        the watch like you know it.  And you know the

6        solution to the ballot-by-mail problem, because

7        you've seen it and you've lived it for decades.

8              What's the one, two and three things this

9        Committee needs to do?  And please be specific.  You

10       know the answer to the question, Buck.  What do we

11       need to do to correct the ballot-by-mail fraud?

12             RANDALL BUCK WOOD:  The only way I

13       know how to correct it is to go back to our system

14       of having to have a -- a legitimate excuse and not

15       just anybody over the age of 65 being able to vote

16       by mail, because that's where the problem is.  And

17       we used to not have this problem.

18             Now, that puts a burden on those --

19       however many people in order to get a note from

20       their doctor or something of that nature, but that's

21       the only way I know how to do it.

22             REPRESENTATIVE BOHAC:  That's the

23       first solution.

24             What's the second solution?  I don't think

25       we're going to do that.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033697

USA_00021437

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 74 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 104 of 237
HEARING - Volume 1                                        APRIL 07, 2009

74

```
 1                    RANDALL BUCK WOOD:  No, I don't think

 2       so, either.

 3                    REPRESENTATIVE BOHAC:  I don't think

 4       we want to do that.  I think there's other solutions

 5       that you know of, that you're aware of.  What can we

 6       do to get rid of this vote buying and this vote

 7       harvesting?

 8                    RANDALL BUCK WOOD:  Short of that, I

 9       don't know anything, because you're going to mail a

10       ballot out.

11            One of the things you could do -- now, I'm

12       not suggesting that this be done.  You could not

13       publish the -- a list of the people who have been --

14       mail ballots have been mailed to, because they go

15       down to the clerk's offices, and they know every day

16       how many ballots have been mailed out and to whom.

17       And then they follow them up.

18            I'm not -- I don't know that it would stop

19       it, but right now it's a very useful tool for them

20       to be able to get that information immediately.

21       They get it on a daily basis, how many people --

22       now, (inaudible) have -- candidates have a

23       legitimate reason for wanting to know that, because

24       they want to write these people and say, "I want

25       your vote."
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033698

USA_00021438

Case 2:13-cv-00193  Document 663-11  Filed on 11/11/14 in TXSD  Page 75 of 113
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 105 of 237
HEARING - Volume 1                                    APRIL 07, 2009

75

1          UNIDENTIFIED REPRESENTATIVE:  I --

2     I -- I think -- I think we corrected that.  The

3     information on who -- who -- we used to allow people

4     to get a list of people -- people who submitted an

5     application to vote by mail.  We now only allow it

6     48 hours after the ballot's already been turned to

7     the Voter Registrar's office.  So -- so that gap is

8     gone.

9          RANDALL BUCK WOOD:  I'm afraid

10    it's -- that's not being uniformly enforced.

11         REPRESENTATIVE BOHAC:  It's the law.

12         RANDALL BUCK WOOD:  I -- I know that.

13    I understand that.  But I'm telling you that they

14    have somebody in the clerk's office who tells

15    somebody who they -- they know.  I -- I just --

16         REPRESENTATIVE BOHAC:  Thank you for

17    your testimony.  I don't have any more questions.

18    Thank you.

19         RANDALL BUCK WOOD:  You're welcome.

20         CHAIRMAN SMITH:  All right.

21    Mr. Wood, in closing and in summary, I think the

22    primary point that you brought before this Committee

23    was your desire to see that to the extent that we

24    have a changed or altered identification requirement

25    and, therefore, have a provisional ballot, that we



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006557

TX_00033699

USA_00021439

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 76 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 106 of 237
HEARING - Volume 1                                    APRIL 07, 2009

76

 1       structure those ballots in such a way that those

 2       people who are within a reasonable period of time

 3       following that, clearly identified as being a legal

 4       voter, have their votes counted.

 5               Is that your primary concern?

 6                     RANDALL BUCK WOOD:  And that

 7       information needs to be made available to everyone

 8       immediately so that they can be helped.

 9                     CHAIRMAN SMITH:  Okay.  That's

10       what -- and so, in turn, I'm asking you to say --

11       you believe Florida is the best way to do it, but

12       certainly between Indiana and Georgia and Florida, I

13       don't -- I assume your preferred choice would be

14       Florida in terms of how they handle provisional

15       ballots.  Is that correct?

16                     RANDALL BUCK WOOD:  They handle it --

17       they handle it more like what I'm suggesting.  But

18       one of the things that they -- I don't think they do

19       is they don't keep statistics on which ballots are

20       which.  And that doesn't do you any good, because

21       you never know how many people were turned -- were

22       voting provisionally for one reason or voting

23       provisionally for another reason.

24                     CHAIRMAN SMITH:  Yeah.  Well, we did

25       get testimony yesterday from a person, so I do



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033700

USA_00021440

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 77 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 107 of 237
HEARING - Volume 1                                    APRIL 07, 2009

77

 1    believe there is some -- I don't -- I don't know

 2    that we got into how they distinguished it, but he

 3    was able to tell us the number of ballots statewide

 4    that were cast on a provisional basis, the total

 5    amount that were cast --

 6              VICE CHAIR PENA:  Mr. Chairman, that

 7    was State of Georgia.

 8              CHAIRMAN SMITH:  Georgia and Florida.

 9              VICE CHAIR PENA:  And the gentleman

10    from Florida said there was 14,000 or 15,000

11    provisional ballots, and 1100 of them were

12    provisionally cast due to not having an I.D.

13              RANDALL BUCK WOOD:  Then they have --

14    then they have something similar to what we need --

15              VICE CHAIR PENA:  What?

16              RANDALL BUCK WOOD:  -- and what that

17    is so we can identify those --

18              VICE CHAIR PENA:  (Inaudible).

19              CHAIRMAN SMITH:  I just wanted it to

20    be clear for the record.

21              RANDALL BUCK WOOD:  Okay.  I was not

22    aware that they -- that they had that ability.

23    It -- it --

24              UNIDENTIFIED REPRESENTATIVE:

25    Mr. Chairman --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033701

USA_00021441

Case 2:13-cv-00193   Document 663-11   Filed on 11/11/14 in TXSD   Page 78 of 113
Case 1:12-cv-00128-RMC-DST-RLW   Document 214-1   Filed 06/20/12   Page 108 of 237
HEARING - Volume 1                                                APRIL 07, 2009

78

```
 1              CHAIRMAN SMITH:  In Florida, there
 2      were 8.3 million votes cast, and 394 were not
 3      counted because of the photo I.D. requirement
 4      statewide.  That's what he found.  And -- and -- and
 5      so -- but what I -- I think I hear you saying is
 6      what you would like is to even go beyond the Florida
 7      law and sort of provide this information to
 8      interested parties publicly so that they would have
 9      the opportunity to actually assist the person in
10      providing the appropriate identification wherever it
11      would need to be provided to comply with the law?
12              RANDALL BUCK WOOD:  And I just --
13      this -- you're -- yes.  Yes.  The answer to that
14      question is yes.
15              I just touched on the fact --
16              CHAIRMAN SMITH:  (Inaudible).
17              RANDALL BUCK WOOD:  -- that no matter
18      what we tell the election official to do at the
19      polling place, it doesn't get done.  People don't
20      know.  They really don't.  And some of them can't
21      hear.  And so they need to have -- there needs to be
22      a way that we try to help those people, because the
23      people we're talking about - and we all know
24      this - we're talking about elderly, infirmed,
25      uneducated or not much education.  So those
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033702

USA_00021442

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 79 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 109 of 237
HEARING - Volume 1                                    APRIL 07, 2009

79

1    socioeconomic minorities, that's what we're talking

2    about, people who don't even own a car.  So we

3    don't -- this I.D. -- that I'm going to tell you at

4    the polling place that you need to go do this within

5    a certain numbers of days, they don't -- it's lucky

6    they even got to the polling place.  So --

7              CHAIRMAN SMITH:  Tell me, do -- do

8    we -- I mean, do we create problems if we post on

9    the courthouse steps on election day the names of

10   the people in the county who cast a ballot because

11   they did not provide identification, from a privacy

12   standpoint?  From a standpoint of having people go

13   to their house and aggressively and in ways that

14   nobody would wish on these people attempt to assist

15   them with making sure that their vote counted?

16             RANDALL BUCK WOOD:  I -- I can't

17   imagine a person who bothered to go to the polling

18   place to vote not wanting their vote to count.  And,

19   yes, I am sure there will be instances where they

20   will say, "I -- I don't care anymore.  I don't want

21   anybody talking to me anymore."  I think that's a --

22   a minor concern.

23             CHAIRMAN SMITH:  So you don't -- you

24   don't see there being a privacy concern or any

25   question at all?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033703

USA_00021443

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 80 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 116 of 237
HEARING - Volume 1                                              APRIL 07, 2009

80

1            RANDALL BUCK WOOD:  When it comes to

2        voting, you sign your name and you go in there to

3        vote, that's public information.

4            Now, one thing that's not happening,

5        though, is voter officials in local counties are not

6        making that information available.  They're supposed

7        to, but they don't make it available.  I want it put

8        in the bill that the day after the election that you

9        can get that information so that whatever number of

10       days you set, something can be legitimately done.

11           CHAIRMAN SMITH:  I thank you.  I

12       think all of the members of the Committee find your

13       testimony to be interesting and knowledgeable and

14       provided with a great deal of integrity.  So we

15       appreciate it.

16           REPRESENTATIVE VEASEY:  One question.

17           CHAIRMAN SMITH:  Yes, sir,

18       Representative Veasey.

19           REPRESENTATIVE VEASEY:

20       Representative Veasey from Fort Worth.  Wanted to

21       ask you just one question related to voter

22       impersonation in the polls.

23           Based on your experience in investigating,

24       you know, different voting improprieties

25       particularly as it relates to third parties



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033704

USA_00021444

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 81 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 111 of 237
HEARING - Volume 1                                      APRIL 07, 2009

81

```
 1    registering people to vote, do you think that if
 2    someone were to commit voter impersonation that they
 3    would do so with a fictitious name that is widely
 4    known to others?
 5            I know like in the ACORN case, for
 6    instance, you heard examples of football players
 7    and -- and, you know, people writing in Mickey Mouse
 8    and things like that.
 9            Do you think that voter impersonation
10    would occur if a third-party group were to sign
11    people up under the names of Mickey Mouse and Troy
12    Aikman?  Because I don't think I could commit voter
13    impersonation under the name Troy Aikman.  Maybe
14    Todd could, but I don't think I can.  So...
15                RANDALL BUCK WOOD:  I don't -- I
16    don't see that as a problem.  The ACORN issue was a
17    problem because they put a lot of people on the
18    rolls that -- that were not registered.
19                REPRESENTATIVE VEASEY:  Right.
20                RANDALL BUCK WOOD:  Okay?  I --
21    I'm -- I'm no expert on what actually happened, but
22    I doubt seriously that many of these people -- they
23    didn't even know they were registered.  And they
24    used names -- they just made up names in order to
25    get paid --
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033705

USA_00021445

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 82 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 112 of 237
HEARING - Volume 1                                      APRIL 07, 2009

82

```
1                    REPRESENTATIVE VEASEY:  And that's
2        the problem with people --
3                    RANDALL BUCK WOOD:  -- it's just --
4                    REPRESENTATIVE VEASEY:  --
5        (inaudible) registration basis.
6                    RANDALL BUCK WOOD:  (Inaudible) I've
7        seen voter registration drives pick up a few people
8        who were not eligible to vote.  But when I then
9        tried to see if they voted, they didn't vote.
10                   CHAIRMAN SMITH:  Thank you, Mr. Wood.
11       Appreciate you very much.
12             At this time the Chair calls Robin
13       Armstrong to testify in favor of Senate Bill 362.
14             Please state your name.
15                   ROBIN ARMSTRONG:  I'm Dr. Robin
16       Armstrong.  And I'm testifying in favor of Senate
17       Bill 362, requiring a voter to present proof of
18       identification before voting.
19             Thank you, Committee, for allowing me to
20       testify today.  I appreciate that.
21             First question I ask is why is it
22       important to require a photo I.D. to vote?  I think
23       to protect the integrity of our elections.  There's
24       a bipartisan committee.  It's called the Commission
25       On Federal Election Professionals here by former
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033706

USA_00021446

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 83 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 113 of 237
HEARING - Volume 1                                    APRIL 07, 2009

83

 1     President Jimmy Carter and former Secretary of State

 2     James Baker.  They concluded -- and I'm going to

 3     quote this.  It says, "To ensure that persons

 4     presenting themselves at the polling place are the

 5     ones on the registration list, the Commission

 6     represents that states use the real I.D. card.  The

 7     card includes a person's full legal name, date of

 8     birth, signature, a photograph and a person's Social

 9     Security number."

10             Now, these requirements that the

11     bipartisan commission came up with are actually more

12     stringent than what is being asked in Senate Bill

13     362.

14             Another reason for requiring a photo I.D.

15     to vote is just the closeness of our elections.

16     These elections are getting closer and closer in the

17     State of Texas and nationwide.  So I think the

18     margin for error's less.  I think that we need to

19     make sure that we have mechanisms in place to

20     prevent voter fraud.

21             We also must instill confidence in our

22     electoral process.  70 percent of Texans, in a poll

23     done by the University of Texas, support photo I.D.

24     to vote.  And so I think it will instill some more

25     confidence in our -- in our voting public.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033707

USA_00021447

Case 2:13-cv-00193  Document 663-11  Filed on 11/11/14 in TXSD  Page 84 of 113
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 114 of 237
HEARING - Volume 1                                          APRIL 07, 2009

84

1           There's a Rasmussen poll that reported

2       that 77 percent of likely voters across the country

3       believe that displaying a photo I.D. -- believe that

4       displaying a photo I.D. should be required to cast a

5       vote. And so this is a bipartisan issue amongst

6       Republicans and Democrats.

7           Problem with the current Texas law is

8       anyone can use someone else's voter certification

9       card.  Voter's certificate cards -- certificate

10      cards can be stolen or lost.  There's no proof of

11      citizenship required.

12          Now, there are actually incidences that

13      would support the need -- be prevented if there was

14      a photo I.D. to vote.  In 2008 general election

15      there were 62,548 duplicate records, and so those

16      were names showing up multiple times on the rolls as

17      having voted.  Now, whether actually voter fraud

18      took place or not, that's a -- you know, a lot more

19      duplicate names than should be there.  Obviously,

20      hard to say that for sure.  Like you said earlier,

21      it's hard to prove that.

22          In Bexar -- in Bexar County, in 2004

23      primary election there were 41 deceased voters who

24      applied for application by mail.

25          There are also some concerns, obviously,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033708

USA_00021448

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 85 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 115 of 237
HEARING - Volume 1                                          APRIL 07, 2009

85

1    about voter suppression in minority, poor or elderly

2    precincts.  I actually have a study here that was

3    done in Indiana, and it was done by the Institute of

4    Public Policy at the Harry S. Truman School of

5    Public Affairs in Missouri.  And it showed that

6    actual -- it compared voter turnout before and after

7    the vote.  And afterwards it showed that actually

8    the -- the -- the voting in minority precincts and

9    those areas actually increased by 2 percent.  And so

10   photo I.D. did not suppress voter turnout in those

11   instances.

12            Thank you.

13                 CHAIRMAN SMITH:  All right.  I --

14   I -- I just -- you mentioned the Carter Baker

15   Commission --

16                 ROBIN ARMSTRONG:  Yes, sir.

17                 CHAIRMAN SMITH:  -- and you mentioned

18   that -- that they had some more stringent

19   requirements in terms of what they were requesting

20   states to do than perhaps is in the Senate bill.

21                 ROBIN ARMSTRONG:  Correct.

22                 CHAIRMAN SMITH:  And I just want to

23   indicate for the record that this report was issued

24   in September of 2005.  And just for purposes -- I

25   assume that the members of the audience are familiar



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033709

USA_00021449

Case 2:13-cv-00193  Document 663-11  Filed on 11/11/14 in TXSD  Page 86 of 113
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 116 of 237
HEARING - Volume 1                                    APRIL 07, 2009

86

1    with this report.  You'll probably hear some more

2    discussion of it during the meeting.  It's a

3    commission of experts that was appointed to look at

4    the issue of our election process in general after

5    the very interesting Presidential election that we

6    had in 2000.  It was headed by Republican former

7    Secretary of State James Baker on the one hand and

8    former President Jimmy Carter on the other.  And

9    they issued a very lengthy report, which I think all

10   the Members of the Committee have looked at to some

11   extent.  And they do recommend a photo

12   identification in conjunction with a real I.D. card,

13   which simply has not taken off for a variety of

14   reasons, including some degree of opposition, I

15   understand, from both the right and -- and from the

16   left.  And they do recommend a -- a five-year

17   transition period in this report.  So they recommend

18   that until -- and it was issued in 2005; that until

19   January 1st, 2010, the State should require voters

20   to present I.D. at the polls, but voters who fail to

21   do so should nonetheless be allowed to cast a

22   provisional ballot, and their ballot would count if

23   their signature was verified.  After January 1st,

24   2010, their recommendation is voters without a valid

25   photo I.D. could cast a provisional, but they would



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_006568

TX_00033710

USA_00021450

Case 2:13-cv-00193  Document 663-11  Filed on 11/11/14 in TXSD  Page 87 of 113
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 117 of 237
HEARING - Volume 1                                                      APRIL 07, 2009

87

```
 1        have to return personally to the appropriate

 2        election office within 48 hours with a valid photo

 3        I.D. for their vote to be counted after that

 4        five-year transition period.

 5              But I think it's important for everybody

 6        in the audience to understand and -- and -- and I'll

 7        ask you if you -- if you will and if you do, to

 8        agree with me that -- that there really were two

 9        sides of the recommendation of that commission.  One

10        was that we enhance the security at our polls and --

11        and the other was that we simultaneously expand

12        access to the polls by states taking affirmative and

13        aggressive steps to register additional voters.

14              Do you recall that -- that collateral

15        recommendation of that bipartisan commission?

16                  ROBIN ARMSTRONG:  No, I do not.

17                  CHAIRMAN SMITH:  Okay.  Well --

18                  ROBIN ARMSTRONG:  I'm not disagreeing

19        with you.

20                  CHAIRMAN SMITH:  I understand.

21              And I'll just represent to you, without

22        getting into it, that -- and I'll read just a -- one

23        sentence from their letter, which summarizes their

24        findings.  "We're recommending a photo I.D. system

25        for voters designed to increase registration with a
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033711

USA_00021451

Case 2:13-cv-00193  Document 663-11  Filed on 11/11/14 in TXSD  Page 88 of 113
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 118 of 237
HEARING - Volume 1                                        APRIL 07, 2009

88

1       more affirmative and aggressive role for states in

2       finding new voters and providing free I.D.s for

3       those without driver's licenses".

4              And I'll just represent to you that I've

5       looked at quite bit of information on this subject,

6       and it's the only area where I have found anybody

7       that's been able to find any degree of bipartisan

8       consensus on this issue.  Simply pointing out that

9       there is no need to choose between enhanced security

10      on the one hand and increased -- and enhanced access

11      on the other; you can have both.  And, in fact,

12      this -- this commission is -- is recommending both.

13             Any -- any other questions, Members of the

14      Committee?

15             All right.  I don't think we have any.

16      Thank you very much for your time.

17                    ROBIN ARMSTRONG:  Excuse me.

18                    CHAIRMAN SMITH:  Excuse me.  Rep --

19      Representative.

20                    REPRESENTATIVE BROWN:  Thank you,

21      Dr. Armstrong.

22                    ROBIN ARMSTRONG:  Thank you.

23                    REPRESENTATIVE BROWN:  Appreciate

24      your comments.

25             You -- you meet with a lot of candidates



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033712

USA_00021452

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 89 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 119 of 237
HEARING - Volume 1                                          APRIL 07, 2009

89

```
 1        involved in a lot of elections and so on.  What is

 2        your -- your idea of fraud among us?  Is it there,

 3        or are we chasing after something that doesn't

 4        exist?

 5                    ROBIN ARMSTRONG:  Well, I -- I

 6        believe there's voter fraud amongst us.  You know, I

 7        believe that sometimes it's -- it's difficult to

 8        determine whether it's voter fraud or voter

 9        ignorance.  But I think the result is the same.  And

10        I think that we probably should -- we -- we should

11        have legislation to make sure that -- that we can

12        make sure that that doesn't happen, you know,

13        especially as these elections become closer and

14        closer.  I believe, you know, our -- our system --

15        our election system is going to be under more

16        pressure to make sure that we have mechanisms in

17        place so that we can root out any types of fraud

18        or -- or ignorance or people making mistakes and

19        voting incorrectly.  So I think it's important to

20        have legislation such as this.

21                    So, yes, I think it does exist.

22                    REPRESENTATIVE BROWN:  And I assume

23        you mean by rooting out ignorance that while we're

24        pursuing the fraud that we're also trying to

25        educate --
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033713

USA_00021453

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 90 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 120 of 237
HEARING - Volume 1                                    APRIL 07, 2009

90

1                    ROBIN ARMSTRONG:  Correct.

2                    REPRESENTATIVE BROWN:  -- our voters

3    as much as we can?

4                    ROBIN ARMSTRONG:  Yes.

5                    REPRESENTATIVE BROWN:  I agree.

6    Thank you.

7                    ROBIN ARMSTRONG:  Thank you.

8                    CHAIRMAN SMITH:  Any other questions,

9    Members?  Thank you, Mr. Armstrong, very much.

10                   ROBIN ARMSTRONG:  Thank you.

11                   CHAIRMAN SMITH:  At this time the

12   Chair calls Mary Naranjo, representing the Texas

13   Young Democrats, U.T. College Democrats of America

14   Presidents, testifying against Senate Bill 362.

15        If you don't mind, for the record please

16   state your name again and who you represent.

17                   MARY NARANJO:  Whoa.  It's Mary

18   Naranjo.  Good afternoon.

19        So there are a couple things --

20                   CHAIRMAN SMITH:  You gave your name.

21   Please tell me who you represent again.

22                   MARY NARANJO:  Sorry.  I'm the

23   President of College Democrats of America and also

24   the Vice President of Texas Young Democrats and a

25   student at the University of Texas as a senior.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033714

USA_00021454

Case 2:13-cv-00193  Document 663-11  Filed on 11/11/14 in TXSD  Page 91 of 113
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 121 of 237
HEARING - Volume 1                                              APRIL 07, 2009

91

1                   CHAIRMAN SMITH:  Thank you.

2                   MARY NARANJO:  Hook 'em.

3               One of the things that I would just like

4       to start my testimony off with, which is a great

5       maxim for anyone in this room to kind of be thinking

6       about when thinking of the election system, is if it

7       ain't broke, don't fix it.  And this issue isn't a

8       problem at the moment.

9               I think it's interesting that, you

10      know, while I'm working with students across the

11      U.S., whether it be in Indiana, Florida or Virginia

12      or Colorado, where we're trying to get students to

13      the polls, we're actually now trying to bring in a

14      regressive piece of legislation that is going to

15      actually disenfranchise students.  And while we have

16      people up here talking about different minorities,

17      these college students are still not a protected

18      class under the Voting Rights Act.  And later on in

19      the testimony, I would love to give you some great

20      examples of when I was in Florida working in the

21      2008 election.

22              But one -- one real world piece of, you

23      know, information I would like to give you is my

24      driver's license.  Currently it says Lufkin, Texas,

25      where I'm originally from, my permanent address.  If



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033715

USA_00021455

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 92 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 122 of 237
HEARING - Volume 1                                        APRIL 07, 2009

92

1     I ever changed it, my mom would probably get mad at

2     me, because she would think I'm actually an adult.

3     However, I do live in Austin, Texas. And I've gone

4     to school here for five years. And actually, under

5     the current piece of -- under the current statute, I

6     can vote in Travis County because I've worked here,

7     I've worked on a number of campaigns here and I'm

8     really invested in a number of the issues. And

9     so -- however, if we actually went under Senator

10    Fraser's piece of legislation I would not be able to

11    vote in Travis County.

12            One correction I would like to make is

13    looking at Section 9, there was a question, and I

14    can't remember by which Representative -- the

15    assertion was actually made that, you know, we would

16    be helping people to vote because they would only

17    have to bring their I.D. or their voter registration

18    card. Right? So making an I.D. required we would

19    be helping them. Well, current statute already

20    states that you can bring a voter I.D. card or your

21    driver's license. So it's or, not and. And I think

22    that's an important delineation to make, because a

23    photo I.D. is not required right now, not even to

24    register to vote. So then having a photo I.D.

25    required and/or something like a birth certificate



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033716

USA_00021456

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 93 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 123 of 237
HEARING - Volume 1                                    APRIL 07, 2009

93

```
 1    where you have to pay for this type of documentation
 2    cost money.  And I know that that's, you know, a
 3    controversial thing to bring up a poll tax.  But in
 4    all honesty, the fact that you have to pay to get a
 5    piece of documentation to then vote is just that
 6    very issue and is that definition -- the definition
 7    of that.
 8              CHAIRMAN SMITH:  Thirty seconds.
 9              MARY NARANJO:  Thank you.
10         One particular thing I would like to bring
11    up is for students in particular this bill is
12    harmful because of issues with domicile and
13    residency, just like the example I gave of my
14    driver's license.  In addition to photo I.D.s --
15    state-issued photo I.D.s, of the 44 million students
16    who voted, 19 percent of them don't have a
17    government-issued photo I.D.
18              CHAIRMAN SMITH:  Okay.  I think your
19    three minutes is up.
20         So tell me, you currently attend the
21    University of Texas Austin?
22              MARY NARANJO:  Yes, sir.
23              CHAIRMAN SMITH:  Are you registered
24    to vote in -- in Travis County?
25              MARY NARANJO:  I can be under this
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033717

USA_00021457

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 94 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 124 of 237
HEARING - Volume 1                                    APRIL 07, 2009

94

 1    law.

 2              CHAIRMAN SMITH:  Are you currently,

 3    though?

 4              MARY NARANJO:  No, sir.  I drive four

 5    hours to go and vote in Lufkin, Texas, because the

 6    absentee ballot that I've cast in the past never

 7    made it to my county.  And so I had to drive on

 8    election day to make sure I got to vote.

 9              CHAIRMAN SMITH:  So under current law

10    you're not able to vote in Travis County.  You're

11    just saying if you registered here, you could?

12              MARY NARANJO:  In current law if I

13    wanted to with my -- despite the fact that my

14    driver's license has a Lufkin, Texas address on it,

15    I can still put down my Social Security number

16    and/or my Texas driver's license and register to

17    vote in Travis County.  It would be a new

18    registrant, and I would be changing from Angelina

19    County to Travis County.  That's why I concurrently

20    have a Texas driver's license in Lufkin and also

21    vote in Travis County as long as I don't vote in

22    both places.  That's election fraud.

23              But under Senator Fraser's bill, if I were

24    to have a driver's license or photo I.D. that said

25    Lufkin, Texas, and the voter roll had my address for



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033718

USA_00021458

Case 2:13-cv-00193  Document 663-11  Filed on 11/11/14 in TXSD  Page 95 of 113
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 125 of 237
HEARING - Volume 1                                              APRIL 07, 2009

95

1          Austin, then there would be a discrepancy as to

2          domicile, as to where I live.  And so that's where

3          students would be getting turned away.  And there

4          are a number of examples of that happening in other

5          states, some where I actually worked in during the

6          election, that being Florida.

7                   And so while in theory, you know, it

8          should all work out and everyone should, you know,

9          be able to vote, the implications, the actual

10         practice and logistics of it don't get carried out

11         that way.

12                   CHAIRMAN SMITH:  And so you're making

13         the presumption that that would change because of --

14         of -- of the -- and we've talked about this on the

15         Committee, and this may or may not make any sense to

16         you.  But because of the difference in a presentment

17         standard under the current legis -- under the

18         current language of the law and an identity standard

19         under the law.  Is that -- is that your

20         understanding?

21                   MARY NARANJO:  So the presumption is

22         not there.  It's kind of been dropped out or

23         something with the new text.  Right?

24                   So if there are acceptable forms of I.D.

25         that have -- that are going to be of particular



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033719

USA_00021459

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 96 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 126 of 237
HEARING - Volume 1                                    APRIL 07, 2009

96

1          interest to students is that section -- it would be

2          Section 63.0101, Part 1, "A driver's license or

3          personal identification card issued to the person by

4          the Department of Public Safety that is not expired

5          or that expired no earlier than two years before the

6          date of presentation."

7                    Now, what's being stricken out is, "Or a

8          similar document issued to the person by the agency

9          of another state regardless of whether the license

10         is a card or has expired."

11                   So students like -- if we have students

12         who are out-coming -- let's say we have Oklahomans

13         come to Texas because they realize Texas is just a

14         better state, which I think we can all agree in this

15         room about.  Right?

16                   Well, so you have a student who comes to

17         Texas, wants to vote in a Texas election, well, the

18         U.S. Supreme Court says if you go to school in Texas

19         and you consider Texas your home, is what the

20         current statute says, then you can vote in Texas.

21         However, if that person has an Oklahoma driver's

22         license under this -- taking -- taking this chunk

23         out of the bill, they can't.  That's how students

24         are going to get turned away.  I mean, that's --

25                   CHAIRMAN SMITH:  So your concern is



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033720

USA_00021460

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 97 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 127 of 237
HEARING - Volume 1                                    APRIL 07, 2009

97

 1      about students from other states.  It really doesn't

 2      affect you --

 3                  MARY NARANJO:  It's both.

 4                  CHAIRMAN SMITH:  Okay.  Tell me how

 5      it affected you.

 6                  MARY NARANJO:  Because if I were to

 7      come to Travis County and they were going to look at

 8      my -- if I had a state-issued I.D. and I still had

 9      my Lufkin address, which my mother clings onto

10      because she wants me to come back home some day,

11      then I have go to them and say, "Here's my I.D.  And

12      it has my Lufkin address, which does not match their

13      address on the voting roll, which would be an

14      Austin, Texas, address," then that's where the

15      discrepancy happens.  And while it's not explicit,

16      the problem is when you look at similar laws, like

17      in Indiana, that's where the discrepancy issue is

18      created, because in Indiana a state-issued I.D. to

19      meet the requirements of an I.D. has to have a name,

20      a photo, an expiration date and must be current.

21           For instance, students at I.D. Bloomington

22      (phonetic) they don't have an expiration date on

23      their student I.D.s.  So they can't use that as a

24      student card to go and vote.

25                  CHAIRMAN SMITH:  Do you get a student



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033721

USA_00021461

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 98 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 128 of 237
HEARING - Volume 1                                    APRIL 07, 2009

98

```
 1          identifying card at the University of Texas?

 2                         MARY NARANJO:  Yes, sir.

 3                         CHAIRMAN SMITH:  Is that --

 4                         MARY NARANJO:  In fact, I've got it

 5          right here.

 6                         CHAIRMAN SMITH:  -- your Austin

 7          address?

 8                         MARY NARANJO:  No, sir.  There's not

 9          an address on these student cards.  In fact, there's

10          a photo, there's my name.  There's not even an

11          expiration date.  There's a code that I can get food

12          with, but I can't get to vote with it.

13                         CHAIRMAN SMITH:  Okay.  Language in

14          the Senate bill says among the list of photo

15          identification that would be acceptable, a valid

16          identification card that contains a person's

17          photograph and is issued by an agency, institution

18          or political subdivision of this state.

19                         UNIDENTIFIED REPRESENTATIVE:  Would

20          that not qualify?

21                         CHAIRMAN SMITH:  I believe it would.

22          That's my -- that's my suggestion.

23                         UNIDENTIFIED REPRESENTATIVE:

24          (Inaudible).

25                         MARY NARANJO:  I -- I would humbly
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033722

USA_00021462

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 99 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 129 of 237
HEARING - Volume 1                                    APRIL 07, 2009

99

```
 1          disagree that, in practice, similar language like

 2          that in the Indiana bill --

 3                    CHAIRMAN SMITH:  Not similar

 4          language, actually.  You said the language said it

 5          had to have an expiration.  This doesn't call for an

 6          expiration.

 7                 You're talking about an Indiana bill.

 8          You're not talking about the Texas bill.

 9                    MARY NARANJO:  Yes, sir.  But I'm

10          actually talking about actual practice, like when

11          you have poll workers.

12                    CHAIRMAN SMITH:  I know exactly what

13          you're talking about.

14                    UNIDENTIFIED REPRESENTATIVE:  The

15          point is -- the point is the Indiana law has

16          requirements about what has to be on that card that

17          doesn't appear to be in this language.

18                    CHAIRMAN SMITH:  The point I'm

19          making --

20                    MARY NARANJO:  That's --

21                    CHAIRMAN SMITH:  -- is I believe the

22          Senate bill is intended to allow you to vote by

23          simply using your student identification card that

24          is -- I can certainly represent that it is issued to

25          every student in every school in the state, but
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033723

USA_00021463

Case 2:13-cv-00193  Document 663-11  Filed on 11/11/14 in TXSD  Page 100 of 113
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 130 of 237
HEARING - Volume 1                                    APRIL 07, 2009

100

 1        certainly is issued, I believe, to almost all of

 2        them.

 3                  And you've got one.

 4                  MARY NARANJO:  It is a state -- it is

 5        a state school.

 6                  CHAIRMAN SMITH:  And let me just be

 7        clear.  You know, the -- we've had a lot of

 8        discussion about the extent to which we're going to

 9        change current law in terms of the mech -- the way a

10        poll worker identifies whether you do or do not have

11        the proper documentation.  And I think there's

12        probably a consensus on this Committee that at the

13        end of the day the consensus in the House is that we

14        not change the current standard to not create any

15        additional complication and that the -- the purpose

16        of this bill would simply be, again, current

17        standard in terms of the way they handle

18        identification, one photo on the list or two

19        non-photos on the list. And there's a number of

20        documents on both lists, and I don't suppose there's

21        anybody in the State of Texas that has every

22        document on both lists.

23                  And so I know that there's a number of

24        people that can -- can -- can testify that I don't

25        have this particular document or I don't have this



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033724

USA_00021464

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 101 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 131 of 237
HEARING - Volume 1                                              APRIL 07, 2009

101

 1     particular document.  But I guess what we're really

 2     interested in is hearing from anybody that doesn't

 3     have any document on the list that would be

 4     sufficient to allow them to vote.  And it -- it

 5     sounds like to me that I -- I have fairly quickly

 6     identified a document that you have as a University

 7     of Texas student in Austin that would allow you to

 8     vote, especially to the extent that we maintain the

 9     current standard in terms of the -- the way in which

10     the poll worker determines whether you do or do not

11     have proper documentation.

12                 MARY NARANJO:  So -- and so just to

13     make sure that I'm understanding correctly, that

14     under Section 6 of the, you know -- which

15     identification you can be able to use, you would say

16     that Part B, "An agency, institution or political

17     subdivision of this state" qualifies as a student

18     I.D.?

19                 CHAIRMAN SMITH:  Yes.  University of

20     Texas.

21                 MARY NARANJO:  Okay.  So what about

22     students at Trinity, St. Mary's, SMU?

23                 CHAIRMAN SMITH:  That's -- that's

24     a -- that's a -- a question I -- you know, they may

25     or may not, depending on how that is defined --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033725

USA_00021465

Case 2:13-cv-00193  Document 663-11  Filed on 11/11/14 in TXSD  Page 103 of 113
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 132 of 237
HEARING - Volume 1                                              APRIL 07, 2009

102

```
 1     qualified --
 2                    UNIDENTIFIED REPRESENTATIVE:
 3     (Inaudible).
 4                    CHAIRMAN SMITH:  No.  That's one of a
 5     number of the list.
 6                    MARY NARANJO:  One thing I would
 7     recommend to the Committee is that you would also
 8     look at transcripts as another form, considering
 9     most students living in the dorms do not get a
10     utility bill, and in most cases we really don't get
11     a number of the two -- two items.
12                    CHAIRMAN SMITH:  And we've -- we've
13     heard from representatives of the AARP where we've
14     talked about certain senior citizens that do not get
15     an electric bill and do not get a water bill --
16                    MARY NARANJO:  Uh-huh.
17                    CHAIRMAN SMITH:  -- but -- but
18     this -- this would allow them to vote with a Social
19     Security card, with a Medicare card, with a Medicaid
20     card.
21                    MARY NARANJO:  Those are all things
22     old people have.
23                    CHAIRMAN SMITH:  I understand.  I'm
24     talking about --
25                    MARY NARANJO:  I'm sorry.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006584

TX_00033726

USA_00021466

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 103 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 133 of 237
HEARING - Volume 1                                    APRIL 07, 2009

103

```
1                    CHAIRMAN SMITH:  -- my -- my -- I
2      understand.
3                    REPRESENTATIVE BROWN:  It's next to
4      [sic] who belongs to AARP.  That's what he just
5      said.
6                    MARY NARANJO:  Right.  Sorry.
7                    CHAIRMAN SMITH:  My point is we're
8      talking about a number of people who say I don't
9      have this.  And depending on whether you're a young
10     person or an old person what you don't have may
11     vary.  But the question is, is there anybody out
12     there that doesn't have the ability to obtain the
13     proper identification.  And to the extent that that
14     is -- there are legitimate concerns of that -- of
15     that kind, I can assure you I think the Committee's
16     intent is to address them.
17          To the extent that we simply have a number
18     of people that can identify certain things that they
19     do not have while conceding that they have a lot of
20     other things that would allow them to vote, I don't
21     know that that testimony will be as persuasive.
22                    REPRESENTATIVE BROWN:  Mr. Chairman --
23                    CHAIRMAN SMITH:  Yes?
24                    REPRESENTATIVE BROWN:  -- just one
25     relevant question here.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033727

USA_00021467

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 104 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 134 of 237
HEARING - Volume 1                                        APRIL 07, 2009

104

 1                    MARY NARANJO:  Yes.

 2                    REPRESENTATIVE BROWN:  I think she

 3       said she can only vote in Lufkin.  Is that where?

 4                    MARY NARANJO:  Yes, ma'am.

 5                    REPRESENTATIVE BROWN:  With her --

 6       with her I.D. because a different address on the

 7       I.D.  Is that correct?

 8                    CHAIRMAN SMITH:  I understand.  But I

 9       think it's the intent of this Committee if we do

10       what I think we're intending to do --

11                    MARY NARANJO:  Uh-huh.

12                    CHAIRMAN SMITH:  -- and I'm not clear

13       on frankly how the Senate language affects you.  I'm

14       not conceding that it adversely affects you, but

15       I -- I -- I know we can adopt language that does not

16       change current law in that regard.  I mean, it may

17       be that current law creates a problem for you to the

18       extent that your identification that is allowed

19       under current law is not at the proper address.  I

20       don't know.  But it's not our intent --

21                    MARY NARANJO:  Actually --

22                    CHAIRMAN SMITH:  -- to complicate

23       that any more than is necessary.  We had discussion

24       last night about the fact that you cannot --

25                    MARY NARANJO:  I heard.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033728

USA_00021468

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 105 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 135 of 237
HEARING - Volume 1                                      APRIL 07, 2009

105

1          CHAIRMAN SMITH:  -- completely remove

2     discretion from poll workers.  You don't want to do

3     that.  You don't want to create a bright -- bright

4     line test for where every letter of the I.D. must

5     match the voter registration card, or you're going

6     to create all kinds of problems.  You want to allow

7     some discretion on the part of the worker, but I --

8     but on the other hand I think you -- you want to --

9     some limits on the extent of discretion on the part

10     of the poll worker.  And that's the balance we're

11     going to be trying to strive.

12          MARY NARANJO:  I definitely

13     appreciate the intent of the Committee, especially

14     after listening to testimony for 12 hours yesterday.

15     So I understand you've heard a litany of issues in

16     regards to this.

17          Two things I would like to point out.  I

18     think there was a slight misunderstanding - and I

19     can explain it again if you want, or for the sake of

20     brevity, I can skip over it - that currently I can

21     register in Travis County because I live here.  But

22     if the -- the way that the law was interpreted, it's

23     the -- from my understanding from the Senate

24     language that I would not be able to vote with my

25     driver's license from Lufkin, because it has me as a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033729

USA_00021469

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 106 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 136 of 237
HEARING - Volume 1                                    APRIL 07, 2009

106

1    resident in Lufkin, Texas.  So I could not vote in

2    Travis County.

3              The second thing that I would all -- the

4    second thing that I would also just like -- did you

5    need something?  Sorry.

6                   UNIDENTIFIED REPRESENTATIVE:  I -- I

7    just -- we just had that discussion about your I.D.

8    and we discussed what it said in the law.  So we

9    went over that.

10                   VICE CHAIR PENA:  Yes, Mr. Chairman.

11                   CHAIRMAN SMITH:  I believe the

12   Indiana law specifically requires a driver's license

13   with certain information on this.

14             What this law requires is a driver's

15   license or personal identification card issued to

16   the person by the Department of Public Safety that

17   has not expired or that expired no earlier than two

18   years before date of presentation.  I think --

19                   UNIDENTIFIED REPRESENTATIVE:  Uh-huh.

20                   CHAIRMAN SMITH:  -- it provides you

21   with an opportunity to -- to persuade the poll

22   worker that -- that -- that though the address is

23   different because you're at the University of Texas

24   School of Law, that is your driver's license.  And I

25   believe --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033730

USA_00021470

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 103 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 137 of 237
HEARING - Volume 1                                      APRIL 07, 2009

107

1          MARY NARANJO:  Uh-huh.

2          CHAIRMAN SMITH:  -- that's the same

3     thing that you currently have to do under current

4     law to the extent you try to vote with your driver's

5     license.

6          MARY NARANJO:  Which would bring up

7     the second thing.  And it seems like it -- you

8     know, the intent is to get people to vote that are

9     who they say they are, which is totally a legitimate

10    pursuit.

11         The issue is then in terms of getting this

12    legitimacy in the paperwork, there's a cost.  If a

13    student loses their I.D., it costs them $10.  If

14    they want to get a U.T. I.D., it cost them $10.  If

15    they want to get a driver's license, it costs them

16    $25.  And so there is a legitimate issue with it

17    cost -- you have to pay money to vote.  And that's

18    my personal opinion.

19         CHAIRMAN SMITH:  Well, and then

20    that's why it's significant that this legislation,

21    unlike some of the other pieces of legislation, does

22    not require you to get that photo I.D.  That's

23    why -- I think part of the reason why the Senate

24    bill allows an alternative other than a photo I.D.

25    that that -- that would allow those -- and I think



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033731

USA_00021471

Case 2:13-cv-00193  Document 663-11  Filed on 11/11/14 in TXSD  Page 108 of 113
Case 1:12-cv-00128-RMC-DST-RLW  Document 214-1  Filed 06/20/12  Page 138 of 237
HEARING - Volume 1                                    APRIL 07, 2009

108

1    we have determined that we can presume it's a very

2    small percentage, 1.2 percent in Indiana,

3    Mississippi and Maryland.  And the presumption is

4    it's a little higher in Texas because of the fact we

5    have a larger minority community.

6              MARY NARANJO:  Uh-huh.

7              CHAIRMAN SMITH:  But we're talking

8    about a few percent of the people in the state that

9    are registered voters that do not already have photo

10   I.D.s.

11        With regard to that percent, I think

12   you're correct to the extent we mandated a photo

13   I.D., there would be potential arguments regarding a

14   mandated cost that -- that might be a barrier to

15   some people to the polls.

16        But under this bill, they're not doing

17   that.  They're allowing two non-photo

18   identifications without requiring anybody to get a

19   photo identification.  You understand that?

20             MARY NARANJO:  I'm not -- I mean, I'm

21   not familiar with the percentage that you are

22   quoting.  But, I mean, there's plenty of --

23             CHAIRMAN SMITH:  No.  The document

24   says that you have to --

25             REPRESENTATIVE ANCHIA:  Can I ask her



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033732

USA_00021472

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 109 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 139 of 237
HEARING - Volume 1                                    APRIL 07, 2009

                                                      109

1       a question?

2                   CHAIRMAN SMITH:  -- to get a photo

3       I.D.

4              Representative Anchia.

5                   REPRESENTATIVE ANCHIA:  Thank you.

6       Thank you.  Mr. Chairman.

7              I think I understand the point.

8                   UNIDENTIFIED REPRESENTATIVE:  But you

9       have to have documents to get that.

10                  REPRESENTATIVE ANCHIA:  I think I

11      understand.  I'm going to try to ignore the sidebar

12      conversation --

13                  MARY NARANJO:  No problem.

14                  REPRESENTATIVE ANCHIA:  -- and try to

15      answer your question.

16             I think I understand the point that you're

17      trying to make.  The language of the Senate bill --

18      and we're not talking about the intent of the

19      Committee, but rather you're talking about the

20      Senate bill, is that your identity needed to be

21      verified by the poll worker from the proof

22      presented.  Right?

23                  MARY NARANJO:  Exactly.  Yes, sir.

24                  REPRESENTATIVE ANCHIA:  And that is

25      different than the current presentment standard; it



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033733

USA_00021473

                                                                   110

 1      is an identity standard.  Correct?

 2              And the point I think you're trying to

 3      make is that because you have a -- your registration

 4      is in Travis County -- it may have your name and

 5      your photograph, but at the same time your --

 6      your -- your license has your Lufkin address, that,

 7      in fact, it might be difficult for a poll worker to

 8      say, well, this is the same person that is on the

 9      rolls from the proof presented, because it has

10      conflicting addresses.  Is that your concern?

11                      MARY NARANJO:  Yes, sir.

12              And in addition to that, not only is that

13      my personal concern, but there's also been actual

14      instances in Virginia, in Michigan, in Pennsylvania

15      where students who went to polling locations --

16      while the intent of the Committee may be different,

17      the actual implications and, like I say, the

18      logistics of carrying out the legislation is

19      different sometimes than what the hope is.

20              Like, we didn't hope to get into a

21      recession, but guess what, we are in one.  So --

22                      REPRESENTATIVE ALISEDA:  And you

23      represent college students.  Correct?

24                      MARY NARANJO:  Yes, sir.

25                      REPRESENTATIVE ANCHIA:  From across



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00033734

USA_00021474

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 111 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 141 of 237
HEARING - Volume 1                                    APRIL 07, 2009

                                                                    111

1    the country.  Correct?

2                    MARY NARANJO:  75,000.

3                    REPRESENTATIVE ANCHIA:  So under the

4    Senate bill if the two forms of I.D. that I had when

5    I showed up at the polls were an out-of-state

6    driver's license, say from Oklahoma, and my Southern

7    Methodist University I.D., would I be able to vote

8    under this bill?

9                    MARY NARANJO:  No.  And, actually,

10   that's a specific case.

11                   REPRESENTATIVE ANCHIA:  Okay.  Would

12   I be able to do it if I had an out-of-state driver's

13   license and a Baylor University I.D.?

14                   MARY NARANJO:  No.

15                   REPRESENTATIVE ANCHIA:  Would I be

16   able to do it if I had an out-of-state driver's

17   license and a Trinity University I.D.?

18                   MARY NARANJO:  No.

19                   REPRESENTATIVE ANCHIA:  Or a Rice

20   I.D.?

21                   MARY NARANJO:  No.

22                   REPRESENTATIVE ANCHIA:  Okay.

23   Because those are all private schools and are not

24   covered under the bill.  Right?

25                   MARY NARANJO:  That's correct.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_006593

TX_00033735

USA_00021475

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 112 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 142 of 237
HEARING - Volume 1                                                    APRIL 07, 2009

112

1                    REPRESENTATIVE ANCHIA:  So if those

2        are the only two types of I.D. that you brought to

3        the poll and assume they both had your photo on

4        them, right, a private university I.D. and an

5        out-of-state driver's license, you would not be able

6        to vote under the Senate bill.  Is that not correct?

7                    MARY NARANJO:  That is correct.

8                    REPRESENTATIVE ANCHIA:  And didn't

9        that happen quite a bit in Indiana?

10                   Weren't there a lot of college students

11       there who are U.S. citizens, validly registered, of

12       age, and they were turned away at the polls?  Is

13       that not correct?

14                   MARY NARANJO:  Yes.  The same thing

15       happened in Florida, which is another one of the

16       three states that we continue to reference, and then

17       we also had problems in South Carolina and Colorado.

18                   REPRESENTATIVE ANCHIA:  The

19       respect -- the intent of having a broad list of

20       documents.  But if you show up to the polls with

21       just -- with two forms of photo I.D., one being your

22       out-of-state driver's license and one being a

23       college -- a private college photo I.D., you're not

24       going to be able to vote, even though otherwise

25       you're eligible?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033736

USA_00021476

Case 2:13-cv-00193 Document 663-11 Filed on 11/11/14 in TXSD Page 113 of 113
Case 1:12-cv-00128-RMC-DST-RLW Document 214-1 Filed 06/20/12 Page 143 of 237
HEARING - Volume 1                                      APRIL 07, 2009

113

1          MARY NARANJO:  One, you're not going
2     to be able to vote.  And, two, the (inaudible) which
3     actually goes as far as to strike other state I.D.s.
4     So it's actually --
5               REPRESENTATIVE ANCHIA:  Affirmatively.
6               MARY NARANJO:  Exactly.  So we're
7     actually regressing.
8               REPRESENTATIVE ANCHIA:  And in past
9     sessions -- I don't know if you're aware, but I
10    worked on this in the 2005 session and 2007 session.
11    Those bills were amended or introduced with
12    provisions for I.D.s from other -- from other
13    universities including private universities from
14    within the State and public universities from
15    outside the State.
16          So I -- I -- I know -- those -- those
17    provisions are noted -- noticeably absent --
18              MARY NARANJO:  Right.
19              REPRESENTATIVE ANCHIA:  -- from the
20    Senate bill.
21              MARY NARANJO:  I mean, in addition to
22    that, students who would be attending the University
23    of Texas who would decide to change their domicile
24    or consider home [sic], there are numerous examples,
25    the most noticeable one being Virginia where



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00033737

USA_00021477